UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV, Inc.           Case No. 3:24-bk-00496-BAJ
                                                         Chapter 11

             Debtor.
_____/

## NOTICE OF APPEARANCE

Scott E. Bomkamp, Esq. files this Notice of Appearance on behalf of Mary Ida Townson, United States Trustee for Region 21.

The meeting of creditors will be held telephonically on March 20, 2024, at 1:00 p.m.

The United States Bankruptcy Court will serve creditors and parties in interest with the Notice of Chapter 11 Bankruptcy Case, which serves as official notice of the meeting of creditors.

DATED: February 22, 2024

                                                                    Respectfully submitted,

                                                                    Mary Ida Townson
                                                                    United States Trustee, Region 21

                                                                    _/s/ Scott Bomkamp_
                                                                    Scott Bomkamp, Trial Attorney
                                                                    Florida Bar No.: 0578541
                                                                    United States Department of Justice
                                                                    Office of the United States Trustee
                                                                    George C. Young Federal Building 400 W. Washington St., Suite 1100
                                                                    Orlando, FL 32801
                                                                    Telephone No.: (407) 648-6069
                                                                    Facsimile No.: (407) 648-6323
                                                                    scott.e.bomkamp@usdoj.gov