**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: GENIE INVESTMENTS NV, INC.

CASE NO.: 3:24-bk-00496-BAJ

    Debtor (s).

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Bryan K. Mickler of the Law Offices of Mickler & Mickler, LLP hereby appears as counsel on behalf of the Debtor(s) in the above case and requests that all further pleadings be directed to his attention.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was furnished to the United States Trustee and all interested parties as per the attached matrix by CM/ECF filing and/or First Class United States Mail, this ___27___ day of February, 2024.

Law Offices of Mickler & Mickler, LLP

By:__/s/ Bryan K. Mickler_____
    Bryan K. Mickler
Florida Bar No. 091790
Attorney for the Debtor(s)
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822
(904) 725-0855 FAX
bkmickler@planlaw.com

docs\bankrupt\forms\notice.apr