**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: GENIE INVESTMENTS NV, INC.

CASE NO.: 3:24-bk-00496-BAJ

Debtor (s).

_____/

**MOTION TO EXTEND TIME TO FILE LOCAL RULE 2081-1 DOCUMENTS,**
**SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

The Debtor in the above case, in accordance with Fed.R.Bankr.P. 9006, moves the Court to extend the time period to file the required Local Rule 2081-1 Documents, Chapter 11 schedules and Statement of Financial Affairs, and would state:

This case was filed on February 21, 2024 as an attempt by the Debtor to attempt to save it's lending business. The case was filed as an emergency filing with only the petition and matrices filed. A complete set of schedules and statement of financial affairs is to be filed within 14 days of the filing of the Petition. The Debtor is still gathering the records required.

The Debtor requests an extension of time to file the required 2081-1 documents, schedules and statement of financial affairs for a period of 30 days from the expiration of the 14 day original period, or until April 5, 2024.

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a copy of the foregoing was furnished to the United States Trustee and all creditors per the attached matrix by CM/ECF filing this __27____ day of February 2024.

Law Offices of Mickler & Mickler, LLP

By:__/s/ Bryan K. Mickler_____
    Bryan K. Mickler
Florida Bar No. 091790
Attorney for the Debtor(s)
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822
(904) 725-0855 FAX
bkmickler@planlaw.com

docs\bankrupt\forms\extend time schedules