**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                                                              CASE NO.: 3:24-bk-00496-BAJ
    GENIE INVESTMENTS NV, INC.
        Debtor (s).
_____/

## MOTION TO ALLOW POST-PETITION RETAINER

The Debtor, GENIE INVESTMENTS NV, INC., moves the Court to approve the payment of a post-petition retainer to The Law Offices of Mickler & Mickler, LLP in the amount of $25,000.00. The proposed payment is to be paid to the trust account of the attorney and is for representation by the attorney on behalf of the debtor in their Chapter 11 case. The source of the funds are pre-petition funds of the Debtor.

### Certificate of Service

I Hereby Certify that, on February 28, 2024, a copy of the foregoing was filed electronically with the Court's CM/ECF filing system which will generate an electronic notice of filing to the United States Trustee and all interested parties as per the attached matrix.

                                            Law Offices of Mickler & Mickler, LLP

                                            By: _/s/ Bryan K. Mickler_____
                                                Bryan K. Mickler
                                          Florida Bar No. 091790
                                          Attorney for Debtor(s)
                                          5452 Arlington Expressway
                                          Jacksonville, FL 32211
                                          (904) 725-0822
                                          (904) 725-0855 FAX
                                          bkmickler@planlaw.com