UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

GENIE INVESTMENTS NV, INC.
  Debtor.

Case No.: 3:24-bk-00496-BAJ

Chapter 11

**AFFIDAVIT OF PROPOSED ATTORNEY**

STATE OF FLORIDA

COUNTY OF DUVAL

BEFORE ME, the undersigned authority, personally appeared BRYAN K. MICKLER, who being duly sworn, deposes and says:

1. I, BRYAN K. MICKLER, am an attorney-at-law duly licensed to practice in the State and admitted to practice before the United States Bankruptcy Court for the Middle District of Florida and the United States District Court for the Middle District of Florida;

2. The undersigned attorney maintains his office at 5452 Arlington Expressway, Jacksonville, Florida 32211;

3. To the best of my knowledge, I am not a creditor, an equity security holder or an insider as provided in Section 101(14)(a); I am not and was not a director, officer, employee of the Debtor as provided in Section 101(14)(b); I have no interests materially adverse to the Debtor as set forth in Section 101(14)(c);

4. To the best of my knowledge, I am a disinterested person;

5. I do not represent the shareholders, equity interests or other related/insider parties in any other matters;

6. Rates for the firm range from $300.00–$400.00 per hour.

I declare (or certify, verify, or state) under penalty of that the foregoing is true and correct.

Executed on February 28, 2024.

_____
BRYAN K. MICKLER