**ORDERED.**

Dated: February 28, 2024

_____
Jason A. Burgess
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE: GENIE INVESTMENTS NV, INC.

CASE NO.: 3:24-bk-00496-BAJ

    Debtor (s).

_____/

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE LOCAL RULE 2081-1 DOCUMENT, SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This case is before the Court upon the Motion of the Debtor to Extend the Time to File required Local Rule 2018-1 Documents, Schedules and Statement of Financial Affairs (Doc. No. 8). Upon consideration, it is

ORDERED

1. The Debtor's Motion is Granted.

2. The Debtor is allowed until April 5, 2024 to file the required Local Rule 2081-1 Documents, Schedules and Statement of Financial Affairs.

Attorney Bryan K. Mickler is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.