```
Label Matrix for local noticing        Scott E Bomkamp                        Bryan K. Mickler
113A-3                                 DOJ-Ust                                Attorney for the Debtor
Case 3:24-bk-00496-BAJ                 United States Trustee                  5452 Arlington Expy.
Middle District of Florida             400 W. Washington St.                  Jacksonville, FL 32211-6860
Jacksonville                           Ste 1100
Fri Mar  1 08:37:36 EST 2024           Orlando, FL 32801-2440

Duval County Tax Collector             Florida Dept of Revenue                Florida Dept. of Revenue
231 Forsyth St.  #130                  P.O. Box 6668                          Bankruptcy Unit
Jacksonville FL 32202-3380             Tallahassee, FL 32314-6668             P.O. Box 6668
                                                                              Tallahassee, FL 32314-6668


Genie Investments NV Inc.              IRS                                    Internal Revenue Service
PO Box 60443                           Centralized Insolvency Operations      PO Box 7346
Jacksonville, FL 32236-0443            P.O. Box 7346                          Philadelphia, PA  19101-7346
                                       Philadelphia, PA 19101-7346


Bryan K. Mickler                       Secretary of the Treasury              U.S. Securities & Exchange Commission
Mickler & Mickler                      15th & Pennsylvania Ave., NW           Office of Reorganization
5452 Arlington Expressway              Washington, DC 20220-0001              950 East Paces Ferry Road, N.E.
Jacksonville, FL 32211-6860                                                   Suite 900
                                                                              Atlanta, GA 30326-1382


United States Attorney                 United States Trustee - JAX 11         End of Label Matrix
300 North Hogan St Suite 700           Office of the United States Trustee    Mailable recipients    13
Jacksonville, FL 32202-4204            George C Young Federal Building        Bypassed recipients     0
                                       400 West Washington Street, Suite 1100 Total                  13
                                       Orlando, FL 32801-2210
```