**[Dntcsc]** [District Notice of (Initial) Status Conference]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:24−bk−00496−BAJ
Chapter 11

Genie Investments NV Inc.

_____Debtor*_____/

NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE:**

1.  The Honorable Jason A. Burgess will conduct a status conference on **March 7, 2024 , at 10:00 AM in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202**.

2.  All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom available at https://www.flmb.uscourts.gov/judges/burgess/.

3.  Interested parties must appear at the status conference, or any objections or defenses to matters discussed at the status conference may be deemed waived.

4.  The Court may continue the status conference upon announcement made in open court and reflected on the docket without further written notice.

**Avoid delays at Courthouse security checkpoints**. You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

Dated  March 1, 2024

FOR THE COURT
Sheryl L. Loesch,
Clerk of Court
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3−150
Jacksonville, FL 32202

*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.
The Clerk's office is directed to serve a copy of this Notice on interested parties.