<u>COMPOSITE EXHIBIT A</u>

Lisa Butkiewicz
5434 E. Kathleen Rd.
Scottsdale, AZ
85254
██████████

<mark>TOTAL LOSSES TO DATE: $60,000</mark>
<mark>*Total recovered: $0*</mark>

I, Lisa Butkiewicz of 5434 E. Kathleen Road, Scottsdale, Arizona, do hereby testify that David Hughes, of Illinois working via his companies Zoomeral and Genie Investments NV, through his broker Jessica Seithel of Scottsdale, AZ sent me an 85-page contract in October 2022. This contract stated that Hughes was able to provide my business with a low interest non-recourse line of credit in the amount of $3 million for a technology company.

As per the contract, Hughes asked me to wire him $60,000 to be held in an ICA account, for pre-paid interest. The money was to be 'safe' in that account. The first tranche of capital was to be wired to me within 75-90 days so was to be wired in January of 2023, THIS NEVER CAME THROUGH. The second tranche was to be wired in the amount of $2.4 million in April of 2023. THIS NEVER CAME THROUGH.

For months, it was excuse after excuse after excuse, and lie after lie. He knew full well he was not going to fund anyone, and he committed massive securities fraud by taking the money from

## COMPOSITE EXHIBIT A

the ICA account and wiring it to another party (this was only disclosed in February of 2023, when he initiated a lawsuit against his "Wholesale Lender").

David Hughes had no intention of funding this line of credit, as he already had breached his contracts with others, leaving them in a wake of financial ruin. Hughes failed to disclose to any of his victims that others were not funded, but continued to take in people's money for his Ponzi Scheme. In October of 2023, I wrote to him via his Zoomeral portal and got him to admit that he was still offering these "loans" which is nothing more than a big Ponzi scheme.

When anyone would get upset or post negative reviews online, he would threaten a lawsuit, and has initiated a claim against some of his victims who went public with his Ponzi scheme. To date, there are about 40 identified victims, and about $8.5 million in direct losses. The amounts of the lines of credit that he had committed to his victims is ~$94,000,000.

I am willing to testify to the above under penalty of perjury.



COMPOSITE EXHIBIT A

Lisa Butkiewicz

COMPOSITE EXHIBIT A

[This Page Was Intentionally Left Blank to Separate Statements]

## COMPOSITE EXHIBIT A



# ACRES & ROYALTY LLC

February 28, 2024

**Scott E. Bomkamp, Trial Attorney**
Florida Bar No.: 0578541
United States Department of Justice
Office of the United States Trustee
George C. Young Federal Building 400 W.
Orlando, Florida 32801
Telephone No.: (407) 648-6069
Facsimile No.: (407) 648-6323
scott.e.bomkamp@usdoj.gov

**RE:** **Affidavit_Genie-McMann**

Dear Mr. Bomkamp,

Please find attached affidavit to be used at your discretion for filings involving Genie Investments, McMann Commercial Lending, their associated entities, managers/owners and partners.

Happy to make myself available for any further questions you may have regarding this case. Thank you very much for your time and attention to this matter!

Respectfully,

G. Chase Buxton
Manager
Acres and Royalty, LLC

P.O. Box 1087, Ruston, LA 71273-1087

## COMPOSITE EXHIBIT A

# **AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF LINCOLN

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified within and for the State and Parish aforesaid, and in the presence of the undersigned competent witnesses, personally came and appeared:

> **G. CHASE BUXTON**, a person of the full age of majority and a resident and domiciliary of the Parish of Lincoln, State of Louisiana, who further declared his present mailing address is P.O. Box 1087, Ruston, Louisiana 71273;

hereinafter referred to as "Affiant", who upon being duly sworn, declared the following statements to be true:

1.  I am the manager and owner of Acres and Royalty, LLC with a principal business address of 499 CCC Road, Ruston, Louisiana 71273.

2.  Acres and Royalty, LLC has had an active status since January 1st, 2011, and is in good standing with the office of the Louisiana Secretary of State.

3.  Acres and Royalty, LLC submitted a Business Line of Credit Application, dated April 3, 2023, to McMann Commercial Lending LLC. Application required a due diligence fee of $7,900.00, which was wired to account no. ███████, McMann Commercial Lending LLC, 205 N Michigan Avenue, Suite 810, Chicago, Illinois 60601, on April 6th, 2023. Receiving financial institution was Old Plank Trail Community Bank, NA. Wire confirmation attached hereto.

4.  Following McMann's approval of application, Acres and Royalty, LLC entered into a Due Diligence Fee Agreement, dated April 12, 2023, with Genie Investments NV. Agreement required a due diligence fee of $37,000.00, which was wired to account no. ███████ Genie Investments NV, 401 Ryland Street, Suite-200-A, Reno, Nevada 89502 8, on April 12th, 2023. Receiving financial institution was JPMorgan Chase Bank, NA. Wire confirmation attached hereto.

5.  Following McMann's approval of application, Acres and Royalty, LLC entered into a Business Expansion Line of Credit Agreement, dated May 4, 2023, with McMann Commercial Lending LLC. Agreement required an ICA Advance Fee of $45,118.50, which was wired to account no. ███████, McMann Commercial Activations, 205 N Michigan Avenue, Suite 810, Chicago, Illinois 60601, on May 5th, 2023. Receiving financial institution was Old Plank Trail Community Bank, NA. Wire confirmation attached hereto.

## COMPOSITE EXHIBIT A

6.   Per Article 7.1 of the Business Expansion Line of Credit Agreement, dated May 4, 2023, "Lender agrees that the first tranche of funding will be no later than seventy-five (75) calendar days following the opening of the ICA by the lender with its wholesale lender." To date, no funding has been received by McMann Commercial Lending LLC and/or Genie Investments NV.

7.   On September 11, 2023. Genie Investments NV, via email correspondence, confirmed receipt of bridge payment funds in the amount of $37,000.00, and also stated ICA funds ($45,118.50) remained with McMann Commercial Lending LLC.

8.   On September 12, 2023, Genie Investments forwarded a letter dated August 23, 2023 by Adam Walker titled "Genie Investments – Update on Funding Delays" which communicated their attempts to settle with their capital provider, but no bona-fide offer had been received.

9.   Following the delay of funding by lender, numerous inquiries were submitted via email, phone calls/messages and texts to McMann Commercial Lending. In many cases, Michael Lanza and/or Walt Trock did not respond. When responses were received, the messages and updates regarding status of funding and/or return of ICA account funds was vague, and offered little information on recourse for lender's delay of funding.

10.  After numerous requests regarding Zoomeral credentials to McMann Commercial Lending LLC, I was provided credentials on October 4, 2023. Upon access of the Zoomeral portal, no information was available regarding Acres and Royalty, LLC's funding request, loan documents, loan status, etc.

11.  Since the submission of the application and up-front fees and payments, McMann and Genie have provided very few updates, and only when initiated by me, the "Borrower." It is my understanding (through various sources, including recently filed suits) that McMann Commercial Lending LLC and Genie Investments NV have no ability to repay funds, which were all forwarded to a "capital provider" for a high-risk investment strategy. I am currently working towards a resolution of lender's failure of funding, and return of funds, with the help of several entities/parties who have experienced the same lending failure, lack of transparency and unrefunded fees/payments.

12.  I would request any funds forwarded to, and received by, Genie Investments, including the Due Diligence Fee Agreement payment of $37,000.00, and any funds transferred from McMann Commercial Lending LLC in the amount of $45,118.50 for the ICA Advance Fee, be returned as a result of the provider's failure to fund per the terms of the Due Diligence Fee Agreement and the Business Expansion Line of Credit Agreement.

13.  McMann Commercial Lending LLC, Walt Trock has continued to solicit the Business-Personal Line of Credit product. Acres & Royalty, LLC having received an offer as recently as February 13, 2024, via email.

*~ Signatures on Next Page ~*

## COMPOSITE EXHIBIT A

THUS DONE AND SIGNED by **G. CHASE BUXTON,** in the presence of the undersigned competent witnesses, and me, Notary Public, in the City of Ruston, Parish of Lincoln, State of Louisiana, on this the _29_ day of February, 2024.

WITNESSES:

_Melynda S. Benson_
PRINT NAME

_Tia Culpepper_
PRINT NAME

**G. Chase Buxton**
Affiant

NOTARY PUBLIC

(PRINT NAME) Elizabeth K. Johnson
#058040
Notary Public, Lincoln Parish, Louisiana
NOTARY ID: _____ My Commission is for Life

Page **3** of **3**

## COMPOSITE EXHIBIT A

## ORIGIN BANK (144)
### Funds Transfer / Payment Order Request

Today's Date    06-APR-2023      Transfer Date   06-APR-2023
Branch Name                  RETAIL (200)     Branch Code   200
Originator's Account #
Online Institution's Routing Number (9 digits)
Wire Number    ▓▓▓▓▓    Wire Amount    USD 7,900.00    Service Charge    25.00    Product Code CTR
                      Debit Amount    USD 7,925.00    Exchange Rate
                      Created By    NITRA HALL

Telegraphic Name    OLD PLANK TRAIL COMMUNITY BANK, NA
Name of Originator    ACRES AND ROYALTY LLC
Taxpayer ID
Address of Originator    PO BOX 1087
                     RUSTON LA 71273-1087

Corresponding Institution
(If Beneficiary's Bank is offline or Outside the United States)
Beneficiary Institution
(Final Destination Bank's Name & Address)

Beneficiary's Name (Final Recipient of Funds)    MCMANN COMMERCIAL LENDING LLC
Beneficiary's Address (required)    205 N MICHIGAN AVE
                             SUITE 810
                             CHICAGO IL 60601

Beneficiary's Account Number (required)    ▓▓▓▓▓
Other Beneficiary Information, Reference Information, or Payment Instructions
DUE DILLIGENCE FEE

### THIS TRANSACTION IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS

1. **Processing Payment Orders:** We will use our best efforts to execute your Payment Order on the date received provided the Payment Order is received by us before our established cutoff time and is received on a day which is a business day for us, for the funds transfer or communications facility ("communications facility") selected by us, and for any receiving financial institution. We will treat Payment Orders received by us after our cutoff time as received on our next business day. In our sole discretion, we may reject any Payment Order for any reason. We will notify you of any rejection orally, electronically, or in writing. We are not liable to you for the rejection, and we are not obligated to pay you interest for the period before you receive the notice of rejection. You must provide us with complete and correct beneficiary information including the name of the beneficiary, the name and address of the beneficiary's financial institution, and the beneficiary's account number at that financial institution. Receiving financial institutions may credit a Payment Order on the basis of the account number provided, even if the account number does not correspond to an account of the intended beneficiary.

2. **Confirmation of Executed Payment Orders:** Provided that prior arrangements have been made, we will send you a notice of debit to your account and a copy of your Payment Order after we have executed your Payment Order. You agree to review these items and report any errors to us immediately.

3. **Canceling or Amending Payment Orders:** Any request to cancel this Payment Order must be made before we execute it. We will consider a request to amend a Payment Order as a request to cancel it. We will make a reasonable effort to act on a timely request to cancel a Payment Order but will not be liable if for any reason the Payment Order is not canceled.

4. **Liability:** We shall be responsible only for performing the services expressly provided for in this Funds Transfer Request, and shall be liable only for our gross negligence or willful misconduct in performing those services. We shall not be responsible for the acts or omissions of any other person, including without limitation any Federal Home Loan Bank, Federal Reserve Bank or communication facility, or any receiving financial institution, and no such person shall be deemed our agent. In no event shall we be liable for any consequential, special, punitive or indirect loss or damage which you incur or suffer in connection with or arising out of this Funds Transfer Request. We shall be excused from failing to act or delay in acting if such failure or delay is caused by legal constraint, interruption of transmission or communication facilities, conflicts between the time of our execution of a Payment Order and the deadlines of any Federal Reserve Bank or communications facility, equipment failure, war, labor dispute or job action, emergency conditions, acts of God, or other circumstances beyond our control. In addition, we shall be excused from failing to execute or delay in executing a Payment Order if such execution would result in our exceeding any limitations on our intra-day net funds position established according to Federal Reserve Board guidelines or in our otherwise violating any provision of any risk control program of the Federal Reserve Board or any rule or regulation of any other U.S. government regulatory authority.

5. **Foreign Payment Orders:** You agree that if you request that a Payment Order be sent to a foreign country, we may send the Payment Order in the currency of the receiving financial institution's country at our buying rate of exchange for U.S. dollar transfers. You agree that, if for any reason the Payment Order is returned to us, you will accept the refund in U.S. dollars of the amount of the foreign money credit, based on our current buying rate on the date of the refund, less any charges or expenses to us.

_(signature)_    Dave      4/6/2023        _(signature)_ Acres of Royalty, LLC
Authorized Signature (and Title, if applicable)    Date      Name of business or organization, if applicable

_(signature)_      4/6/2023
Authorized Signature (and Title, if applicable)    Date

_(signature)_      4-6-2023
Authorized Signature (and Title, if applicable)    Date

## COMPOSITE EXHIBIT A

# ORIGIN BANK (144)

## Funds Transfer / Payment Order Request

| | | | | | |
|---|---|---|---|---|---|
| *Today's Date* | **12-APR-2023** | | *Transfer Date* | **12-APR-2023** | |
| *Branch Name* | | | **RETAIL (200)** | | *Branch Code* **200** |
| *Originator's Account #* | | | | | |

*Online Institution's Routing Number (9 digits)*
*Wire Number* [redacted]   *Wire Amount* USD 37,000.00   *Service Charge* **25.00**   *Product Code* CTR
　　　　　　　　　　　　　　*Debit Amount* USD 37,025.00   *Exchange Rate*
　　　　　　　　　　　　　　*Created By* **ARIEL WEBB**

*Telegraphic Name* **JPMORGAN CHASE BANK, NA**
*Name of Originator* **ACRES AND ROYALTY LLC**
*Taxpayer ID*
*Address of Originator* **PO BOX 1087**
　　　　　　　　　　　**RUSTON LA 71273-1087**

*Corresponding Institution*
(If Beneficiary's Bank is offline or Outside the United States)
*Beneficiary Institution*
(Final Destination Bank's Name & Address)

*Beneficiary's Name (Final Recipient of Funds)*  **GENIE INVESTMENTS NV**
*Beneficiary's Address (required)*　　　　　　　**401 RYLAND STREET SUITE 200-A**
　　　　　　　　　　　　　　　　　　　　　　**RENO, NEVADA 89502 8**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES**

*Beneficiary's Account Number (required)* [redacted]
*Other Beneficiary Information, Reference Information, or Payment Instructions*
**DUE DILIGENCE USER ID** [redacted]

### THIS TRANSACTION IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS

1. Processing Payment Orders: We will use our best efforts to execute your Payment Order on the date received provided the Payment Order is received by us before our established cutoff time and is received on a day which is a business day for us, for the funds transfer or communications facility ("communications facility") selected by us, and for any receiving financial institution. We will treat Payment Orders received by us after our cutoff time as received on our next business day. In our sole discretion, we may reject any Payment Order for any reason. We will notify you of any rejection orally, electronically, or in writing. We are not liable to you for the rejection, and we are not obligated to pay you interest for the period before you receive the notice of rejection. You must provide us with complete and correct beneficiary information including the name of the beneficiary, the name and address of the beneficiary's financial institution, and the beneficiary's account number at that financial institution. Receiving financial institutions may credit a Payment Order on the basis of the account number provided, even if the account number does not correspond to an account of the intended beneficiary.

2. Confirmation of Executed Payment Orders: Provided that prior arrangements have been made, we will send you a notice of debit to your account and a copy of your Payment Order after we have executed your Payment Order. You agree to review these items and report any errors to us immediately.

3. Canceling or Amending Payment Orders: Any request to cancel this Payment Order must be made before we execute it. We will consider a request to amend a Payment Order as a request to cancel it. We will make a reasonable effort to act on a timely request to cancel a Payment Order but we will not be liable if for any reason the Payment Order is not canceled.

4. Liability: We shall be responsible only for performing the services expressly provided for in this Funds Transfer Request, and shall be liable only for our gross negligence or willful misconduct in performing those services. We shall not be responsible for the acts or omissions of any other person, including without limitation any Federal Home Loan Bank, Federal Reserve Bank or communication facility, or any receiving financial institution, and no such person shall be deemed our agent. In no event shall we be liable for any consequential, special, punitive or indirect loss or damage which you may incur or suffer in connection with or arising out of this Funds Transfer Request. We shall be excused from failing to act or delay in acting if such failure or delay is caused by legal constraint, interruption of transmission or communication facilities, conflicts between the time of our execution of a Payment Order and the deadlines of any Federal Reserve Bank or communications facility, equipment failure, war, labor dispute or job action, emergency conditions, acts of God, or other circumstances beyond our control. In addition, we shall be excused from failing to execute or delay in executing a Payment Order if such execution would result in our exceeding any limitations on our intra-day net funds position established according to Federal Reserve Board guidelines or in our otherwise violating any provision of any risk control program of the Federal Reserve Board or any rule or regulation of any other U.S. government regulatory authority.

5. Foreign Payment Orders: You agree that if you request that a Payment Order be sent to a foreign country, we may send the Payment Order in the currency of the receiving financial institution's country at our buying rate of exchange for U.S. dollar transfers. You agree that, if for any reason the Payment Order is returned to us, you will accept the refund in U.S. dollars of the amount of the foreign money credit, based on our current buying rate on the date of the refund, less any charges or expenses to us.

Authorized Signature (and Title, if applicable)　　Date **4/12/2023**

Authorized Signature (and Title, if applicable)　　Date **4/12/23**

Name of Business or organization, if applicable

Authorized Signature (and Title, if applicable)　　Date **4/12/2023**

## COMPOSITE EXHIBIT A

### ORIGIN BANK (144)
### Funds Transfer / Payment Order Request

| | | | | |
|---|---|---|---|---|
| *Today's Date* | **05-MAY-2023** | *Transfer Date* | **05-MAY-2023** | |
| *Branch Name* | | **RETAIL (200)** | *Branch Code* | **200** |

*Originator's Account #*
*Online Institution's Routing Number (9 digits)*

| | | | | |
|---|---|---|---|---|
| *Wire Number* | ▮▮▮▮ | *Wire Amount* | USD 45,118.50 | *Service Charge* | **25.00** | *Product Code* | **CTR** |

*Debit Amount* USD 45,143.50 *Exchange Rate*
*Created By* **ARIEL WEBB**

*Telegraphic Name* **OLD PLANK TRAIL COMMUNITY BANK, NA**
*Name of Originator* **ACRES AND ROYALTY LLC**
*Taxpayer ID*
*Address of Originator* **PO BOX 1087**
**RUSTON LA 71273-1087**

*Corresponding Institution*
(If Beneficiary's Bank is offline or Outside the United States)
*Beneficiary Institution*
(Final Destination Bank's Name & Address)

*Beneficiary's Name (Final Recipient of Funds)* **MCMANN COMMERCIAL ACTIVATIONS**
*Beneficiary's Address (required)*

*Beneficiary's Account Number (required)*
*Other Beneficiary Information, Reference Information, or Payment Instructions*
**BRIDGE PAYMENT**
**USER ID** ▮▮▮

### THIS TRANSACTION IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS

**1. Processing Payment Orders:** We will use our best efforts to execute your Payment Order on the date received provided the Payment Order is received by us before our established cutoff time and is received on a day which is a business day for us, for the funds transfer or communications facility ("communications facility") selected by us, and for any receiving financial institution. We will treat Payment Orders received by us after our cutoff time as received on our next business day. In our sole discretion, we may reject any Payment Order for any reason. We will notify you of any rejection orally, electronically, or in writing. We are not liable to you for the rejection, and we are not obligated to pay you interest for the period before you receive the notice of rejection. You must provide us with complete and correct beneficiary information including the name of the beneficiary, the name and address of the beneficiary's financial institution, and the beneficiary's account number at that financial institution. Receiving financial institutions may credit a Payment Order on the basis of the account number provided, even if the account number does not correspond to an account of the intended beneficiary.

**2. Confirmation of Executed Payment Orders:** Provided that prior arrangements have been made, we will send you a notice of debit to your account and a copy of your Payment Order after we have executed your Payment Order. You agree to review these items and report any errors to us immediately.

**3. Cancelling or Amending Payment Orders:** Any request to cancel this Payment Order must be made before we execute it. We will consider a request to amend a Payment Order as a request to cancel it. We will make a reasonable effort to act on a timely request to cancel a Payment Order but we will not be liable if for any reason the Payment Order is not cancelled.

**4. Liability:** We shall be responsible only for performing the services expressly provided for in this Funds Transfer Request, and shall be liable only for our gross negligence or willful misconduct in performing those services. We shall not be responsible for the acts or omissions of any other person, including without limitation any Federal Home Loan Bank, Federal Reserve Bank or communication facility, or any receiving financial institution, and no such person shall be deemed our agent. In no event shall we be liable for any consequential, special, punitive or indirect loss or damage which you may incur or suffer in connection with or arising out of this Funds Transfer Request.

We shall be excused from failing to act or delay in acting if such failure or delay is caused by legal constraint, interruption of transmission or communication facilities, equipment failure, war, labor dispute or job action, emergency conditions, acts of God, or other circumstances beyond our control. In addition, we shall be excused from failing to execute or delay in executing a Payment Order if such execution would result in our exceeding any limitations on our intra-day net funds position established according to Federal Reserve Board guidelines or in our otherwise violating any provision of any risk control program of the Federal Reserve Board or any rule or regulation of any other U.S. government regulatory authority.

**5. Foreign Payment Orders:** You agree that if you request that a Payment Order be sent to a foreign country, we may send the Payment Order in the currency of the receiving financial institution's country at our buying rate of exchange for U.S. dollar transfers. You agree that, if for any reason the Payment Order is returned to us, you will accept the refund in U.S. dollars of the amount of the foreign money credit, based on our current buying rate on the date of the refund, less any charges or expenses to us.

| | | |
|---|---|---|
| _Authorized Signature (and Title, if applicable)_ | **5/5/2023** _Date_ | _Name of business or organization, if applicable_ |
| _Authorized Signature (and Title, if applicable)_ | **5/5/23** _Date_ | _Authorized Signature (and Title, if applicable)_ _Date_ |

<u>COMPOSITE EXHIBIT A</u>

[This Page Was Intentionally Left Blank to Separate Statements]

## COMPOSITE EXHIBIT A

Carla Harrison
Legacy Land Developers, LLC

███████████████████

**Total Financial Loss:**
**$49,900**

Last year (around March 2023) a lender, RGC Capital, advised our business consultant about a great opportunity for our new business for new construction and development. My husband and I entered into a contractual loan agreement with a company by the name of McMann Commercial Lending LLC, in which they were to provide a BELOC (Business Expansion Line of Credit) and Bridge loan – where they kept emphasizing that there were no out-of-pocket funds, no personal guarantors, and no collateral – all funds were to be funded by them (through private lenders), no outsourcing. Over the course of several months, we gave McMann our business plan, financial statements, and proof of funds for the 20% required (that we would get back with the loan).

The BELOC loan would be paid out by Tranche's - $20% (14-75 days) and then followed by an 80% payout – however, the interest on the Bridge Loan would have to be wired (instructions below) to them to start the BELOC loan and remain in their account, which was somewhere around $260,000. We applied for the loan on May 2nd, 2023, and received the $7,900 Due Diligence Fee wire instructions on the evening of May 11th, 2023 – we sent that to them on May 12th, 2023 – which was supposedly for a background check and to make sure we are not a fraudulent company or participating in money laundering. We received an email approval of $11,500,000 on the morning of May 16th, 2023, of which $1,7250,000 was for the Bridge Loan at 4.5% interest – we received a hard letter on May 23rd, 2023. This seemed pretty quick since this process supposedly included the underwriting process. All the while, we are having conference calls with Ed Perez and Michael Lanza, confirming our approval status and reiterating the process steps. Additionally, we received emails that we should not have, for meetings and letter updates that did not apply to us.

**WIRE INSTRUCTIONS:**
**McMann Commercial Lending Wire Instructions:**
Commercial Account
Beneficiary: McMann Commercial Lending LLC,
205 N Michigan Ave, Suite 810 Chicago IL 60601
Bank: Old Plank Trail Community Bank 60423
Phone: ████████
Routing: ████████
Account #: ████████

On May 18th, 2023, we signed a contract for the property next to our desired land, this was assuming we would have our first tranche and could purchase the property with the funds. We eventually lost our $2000 earnest money, because we could not fund the purchase.

## COMPOSITE EXHIBIT A

On May 25th, 2023, we received the agreement forms for the $40,000 Origination Fee/Due Diligence Fee, Term Sheets, and Data Management Sheet. At that point, I pulled the funds we needed for the Origination Fee and the 20% from my retirement accounts (resulting in 10% penalty). All required documents and a Due Diligence Fee of $40,000 were sent to them on June 6th, 2023. From our calls and interactions, the next step was to receive our agreement documentation for the Bridge and BELOC loan, which we were told we would receive in 5-7 days. This did not happen, so my team members and I constantly called, texted, and emailed about the delay. We were told that the attorneys were changing all of the agreements across the board to be more transparent and user-friendly, and the attorneys work at their own pace. I had text conversations with Ed Perez for the entire month of June, inquiring about the agreements – I was then advised that they have all NEW attorneys working on it, and it should not be long. At this point, we are getting leery about everything because wouldn't they have known BEFORE we sent our $40,000 that the new agreements were being worked on, and there was an issue with attorneys, so the documents would not be out in the 5-7 days as expected, there definitely was some misleading here? So, to appease us, McCann agreed to a discounted Data Management & Success Fee of .5 points instead of the 1 point as initially stated.

We finally received the long-awaited Bridge Loan and BELOC agreement forms at 11:54 p.m. on June 27th, 2023 – 21 days after our $40,000 was received. At this point, we review and have concerns about the documents, but at the same time, we are seeing many more bad reviews on the BBB website and Bigger Pocket reviews. So, our team does send change requests for the documents, BUT ultimately, we do not want to risk moving forward with all of the RED FLAGS that we have already had.

So, on August 8th, 2023, we chose to terminate our loan request. We sent in a notarized termination form and requested our $40,000 Origination Fee since NO LOAN was originated. Ed Perez acknowledged our request on August 9th, 2023. On September 20th, 2023 my husband called Walt Trock and he answered; Mr. Trock acted as if he did not know the scenario (although he sent an email stating we could do a call but never followed up on it) – Mr. Trock said to send an email with the pertinent info, which we did, but then no response from him.

On October 16th, 2023, I reached out to Mr. Trock again, and he said someone else handles BELOC loan info and to email him again, and he would give me the information, which was Sandra Colthirst. She was supposedly looking into this but, then I was referred back to Mr. Trock. After a few back-and-forth emails, Mr. Trock pointed the finger at Genie Investments. I advised him none of my contractual agreements were with them but this is what he said:

## COMPOSITE EXHIBIT A



Walt Trock ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
To: You

Cc: Sandra Colthirst;  Michael Lanza;  Rene Jamulitrat;  Ed Perez;  jeffharrison1143 (Guest)

Fri 11/17/2023 9:49 AM

Genie Investments that McMann had a contractual relationship with and any funds sent to McMann Commercial would have been sent to Genie Investments as part of our financial agreement. Genie Investments is the firm that backed our program. You may not be aware of this relationship, however now that McMann Commercial is involved with legal proceedings, I am bound by the attorney group that represents McMann Commercial on what I can and cannot do.

I will be check with these attorneys about your matter. I will let you know when I get direction.

Walt Trock

▮▮▮▮▮▮▮▮▮▮▮

So directly, we have wired McMann $47,900; however, due to our thinking that we were receiving the BELOC and Bridge loan from them, this has caused our business to lose much more. We would not have placed a contract on the property adjacent to our development land, so $2,000 Earnest money is gone. I also would not have pulled my personal retirement funds resulting in penalties and taxes, $30,000 penalties, and taxes monies are due as a result.

Respectfully,

Carla Harrison
Legacy Land Developers, LLC

▮▮▮▮▮▮▮▮▮

COMPOSITE EXHIBIT A

[This Page Was Intentionally Left Blank to Separate Statements]

## COMPOSITE EXHIBIT A

2/29/24

Rejoe Joy for Global Verse Holdings LLC

Against Mcmann Commercial Lending and Genie Investments

**Complaint:** Mcmann Lending took $7800 for a loan application that I never received a loan. Mcmann Instructed me to cover the 10% I could take a bridge loan for a fee of $50,000 plus 3 months at $15,000/mth for a total of $45,000, Genie Investments would cover the 10% thru the bridge loan.

They then over a year later and stall after stall, Mcmann said I could not receive a refund of my monies to them and I needed to contact Genie to try and get my money back. I then set demand notes via email and mail (letter returned undeliverable) and received a response from Mcmann stating Genie may be able to provide a 50% refund if I signed a document that states I may only receive up to 50% of my money back.

**Time Line:**

Oct 4, 2022, I was introduced to Larry Roche, from Crestview Mortgage, the broker in this deal, who then introduced me to Michael Lanza, with Mcmann Lending. I then filed the application and sent all my documents and $7,800 to Mcmann Lending.

Oct 7, 2022, received email from Sandra Colthurst, processing manager, that term sheet will be sent out soon.

October 11th received my term sheet for $10 million loan.

October 14th paid 'retention fee" to Genie for bridge loan for $50,000

October 15th, I originally applied for a $10 million dollar loan, then once they stated I needed to put 10% in I said I only have about $100,000, so we lowered the loan amount to 3.57 million.

October thru January after months of emails Michael Lanza, got updated paper work for the new loan amount of 3.57 million. Also then sent me instructions to prepay Genie the interest portion for the bridge loan.

January thru early October 2023 Michael kept saying the loan is about to be funded, then more delays and excuses.

October 16th, I sent them a demand letter via email and mail (returned due to not locating Mcmann), asking for a refund of all my costs totaling $102,800.

October 18th, I received a response from Sandra Colthirst with all parties copied, there is not refund for $7800 that went to Mcmann for due diligence, and I would need to contact Genie for the retention fee and interest. Attached to that was a "Refund Opt-in Agreement" stating that if I sign, I could get up to 50% of what I paid back. I was done with them after this and began contacting lawyers and groups to begin a process to get my money back.

## COMPOSITE EXHIBIT A

These people have no conscious. I talk to them about my plan and they were that is a great idea and go forward and the loan would be here by no time. I began planning how to buy down most of my high interest rate real estate purchases with this loan, but now I am stuck with high rates and negative cashflow and in a terrible financial position because of these crooks. Please help in any way you can.

Thanks

Rejoe Joy

Rejoe Joy

Global Verse Holdings LLC

Chief Executive Manager

<u>COMPOSITE EXHIBIT A</u>

[This Page Was Intentionally Left Blank to Separate Statements]

March 1, 2024

## COMPOSITE EXHIBIT A

U.S. Department of Justice

Executive Office for U.S. Trustees

441 G Street, NW Suite 6150

Washington, DC 20530

Attention:       Scott E. Bomkamp

Subject:          Genie Investments Bankruptcy

To Whom it May Concern,

My name is Christopher Lovett, and I believe I have been involved in wire fraud. In December of 2022, I was made aware of a business equity line of credit through a New Orleans mortgage broker named Aaron Levy with Alliance Mortgage ▮▮▮▮▮▮.

The deals of the loan were $2.4M for 10 years at 4% if we could get the paperwork signed by the end of the year. We submitted our application through Aaron along with a $7,900 application fee wired to McMann Commercial Lending LLC in Chicago, IL.

We were informed in January 2023 that our loan was "approved," and we would need to wire $30,000 to start the process to Genie Investments in Reno, NV. That money was wired on January 26, 2023.

Again on February 26, 2023, we were informed that the remaining $34,575 would need to be wired to finalize the deal.

Shortly after I wired my money, I was informed that it would be 3-4 weeks before I received my first tranche of 20% of the full loan amount. Then, within 2 weeks I would receive the second tranche for the balance of the loan. In early April, I was informed that the first tranche would happen by the end of the month. Again, in May 2023, I was informed that by the end of May we would receive our first tranche. This happened again in June and July.

Finally, in August 2023, I realized I was never going to receive this money. I was told by Walter Trock with McMann Commercial Lending that I needed to submit a transaction cancellation form. I submitted that form on September 6th, 2023. I was then told it would be 45 days until I received my refund.

Since then, I have received a notification from both McMann and Genie that they are not required to give me a refund. I have also received a Cease and Desist and Demand letter from Genie stating that I tried to commit wire fraud by attempting to recall the wired funds and that I owed them $25,000 in legal fees within 5 business days of receiving the letter.

I have also received a Demand for Arbitration from Genie on December 22, 2023. I have since filed a Motion to Dismiss on February 8, 2024. The fees for arbitration, totaling $4,750, were paid on or around February 16, 2024. No date for arbitration has been set.

If you have any questions, please do not hesitate to contact US at ▮▮▮▮▮▮.

Sincerely,

Christopher J. Lovett

COMPOSITE EXHIBIT A

[This Page Was Intentionally Left Blank to Separate Statements]

<u>COMPOSITE EXHIBIT A</u>

February 28, 2024

To whom it may concern,

September 2020 starts everything off when I entered into an agreement with Genie for a line of credit in the amount of 4x my deposit of $190,000.00 into an interest carrying account that would serve the purpose of escrow satisfying the interest over the 5-year term of the loan. The $760,000.00 was to be sent to me via 4 tranches. The first tranche came back to me in the amount of $145k which was net of the 6% "closing fee" for the entire loan that never happened. So, I paid for goods that never came. No other tranches ever came and received every excuse imaginable from covid to the economy on why the funds haven't come. They continue to take other people's money knowing they won't perform, and I feel totally defrauded. I would like to at least recoup what I am out, the 45k, and move on with my life. I believe this a very well-orchestrated scheme and needs to stop before more damage is done to families hoping that have found exotic financing that will help their businesses grow as I did.

Thank you for looking into this for me and many others that have been stolen from.

Sincerely,

Mitchell Mims
MIMS-IPR, LLC

<u>COMPOSITE EXHIBIT A</u>

[This Page Was Intentionally Left Blank to Separate Statements]

## COMPOSITE EXHIBIT A

Lea Muse
Belle Maison Realty, LLC
███████████

**TOTAL FINANCIAL LOSS:**
**$127,131.30**

I went to McMann Commercial Lending as a client to be consulted on a BELOC (Business Expansion Line of Credit) loan. Over the course of several months I gave McMann a business plan and wired McMann an upfront "Due Diligence" fee of $7,800 on December 13, 2023, which I wired to the following:

McMann Commercial Lending Wire Instructions:

| | |
|---|---|
| Beneficiary: | McMann Commercial Lending LLC, 205 N Michigan Ave, Suite 810 Chicago IL 60601 |
| Bank: | Old Plank Trail Community Bank 60423 |
| Phone: | |
| Account #: | ████████ |
| Routing: | ████████ |

| | |
|---|---|
| **Michael Lanza** ████████████████████ | |
| **Walter Trock** ████████████████ | |

According to the BELOC program, Micheal Lanza suggested I need 20% of the $600,000 for the Bridge Loan for a total of $120,000. He forwarded me to Preferred Lending. With Preferred Lending, a middle man, I was then forwarded to "Happy Money" and "Rocket Loans" to take out two personal loans. The table below is the cost of loans with fees.



| Account | Loan Amount | Financed Amount | Terms | Origination Fees | Fees to Preferred Funding Group | Payments Made as of September 2023 | |
|---|---|---|---|---|---|---|---|
| Happy Money | $40,000.00 | $39,000.00 | | $1,000.00 | $5,850.00 | $5,356.86 | |
| Rocket Mortgage | $20,000.00 | $18,704.00 | 60 months | $1,296.00 | $2,805.60 | $2,917.92 | |
| TOTAL | $60,000.00 | $57,704.00 | | $2,296.00 | $8,655.60 | $8,274.78 | $19,226.38 |
| | | | | | | | Total Loss |

## COMPOSITE EXHIBIT A

After I was approved for a $3 million dollar loan, I was instructed by Michael Lanza of McMann Commercial Lending to wire $25,000 to Genie Investments as a Retention Fee. I received a Term and Contingent Commitment Letter and Bridge Loan agreement along with a Business Expansion Line of Credit Agreement. I signed all the documentation and received a funding date of May 4, 2023. I submitted these documents to McMann Commercial Lending on February 11, 2023.

On March 20, 2023 I was instructed by Michael Lanza of McMann Commercial Lending to wire $45,000 to Genie Investments for prepaid interest on a $600,000 Bridge Loan. The bridge loan was to cover the 20% "down payment" for my requested BELOC of $3,000,000. Michael Lanza assured me all documentation was complete and funding will occur as dated on May 4, 2023. I wired a total of $70,000 to Genie Investments to the following:

| | |
|---|---|
| Bank Name & Address: | Chase Bank |
| | 1515 Atlantic Boulevard Jacksonville, Florida 32207 |
| Account Mailing Address: | 401 Ryland Street Suite 200-A Reno, Nevada 89502 8 |
| Routing Number: | |
| Credit Account Number: | |
| Account Title: | Genie Investments NV |

****Genie Investments operated by the same individuals that run Zoomeral.

**David Hughes**
Email:
Website:
**John Michael Cohan -**
Website:

There were multiple phone calls with Michael Lanza as time passed the May 4, 2023 funding date. However, the responses were vague and inconsistent with his prior promises. He would always assure me there were always delays with this type of funding and "I'll get back to you". Michael Lanza has never called me to update me on the loan or the process. I never received any calls from his loan processors Rene Jamulitrat or Sandra Colthirst. I also never received confirmation that the funds I wired to Genie were received.  I was also instructed  to log into a **Zoomeral** website which was a portal for borrowers to submit documents, and receive updates on their loans and any other communications. The website is bare bones and I was never sent any correspondence through this site.

COMPOSITE EXHIBIT A



On June 15, 2023, McMann sent an email for the first time since the start of the loan process. The letter states:

"McMann is pleased to inform you that these investors have advised McMann that it intends to provide McMann with funds before the end of this month (June 2023). As delays on the investors' end have purportedly been resolved. McMann thanks you for your patience." ...

On June 23, 2023, received an email from McMann:

"BELOC Loan Closing Protocol" "The protocol for BELOC loan closings will be going out this coming week. Once the BELOC loan information has been confirmed then the funding process will begin. We will not have a funding schedule until after applicants have been confirmed. McMann Commercial Lending would like to thank everyone for their patience while we are working through this loan closing process."...

July 2023 - I have not received any communications from Genie Investments or McMann regarding funding. I received multiple excuses from Michael Lanza with what is causing the delays. I go to Google to see if any complaints have been noted on McMann's reviews and I found multiple clients also complaining of the same experience with McMann. (Please go to Google and find McMann Commercial Lending for the reviews)

August 18, 2023 - I talk to the manager and owner of McMann Commercial Lending, Walter Trock. He says there is a problem with the "capital provider" and they are working with their lawyers to push Genie Investments and the capital provider to action. Walter Trock gave me his lawyer's information, Dan Klapman, SWK Attorneys, 500 Skokie Blvd., Suite 600 | Northbrook, IL 60062, ███████████████████████████ I called Dan Klapman 3 times, texted him twice and sent an email and he did not return any response.

October 3,2023 - I visited a Chase branch bank in-person to talk to a representative regarding the bank account I wired my funds to Genie. I give them my wiring instructions to Genie Investments. After looking into the account, the representative could not indulge further, except to advise me to get a lawyer.

COMPOSITE EXHIBIT A

I spoke to Michael Lanza October 6, 2023, He goes on to inform me that Genie Investments has transferred the money overseas and they are trying to recall it back. He further explains that Genie is having trouble bringing money back into the US as it is more difficult to bring money in than going out. This was the excuse I could not accept. I immediately started to report Michael Lanza (McMann Commercial Lending)  Walter Trock (McMann Commercial Lending), David Hughes (Genie Investments) and Mike Conner (Genie Investments)

October 18, 2023 - I have incurred  **$30,000** in debt due to the negligence of McMann Commercial Lending.

As of today, February 27, 2024.  I have not received a refund of funds and no communications from Genie and McMann. ████████████████████████████
████████████████████████████████████████

COMPOSITE EXHIBIT A

[This Page Was Intentionally Left Blank to Separate Statements]

COMPOSITE EXHIBIT A

I, Kim Nash, am a victim of fraud by Genie Investments and McMann commerical lending. My franical lost to Genie is $57,500.⁰⁰ My franical lost to McMann is 7900.00

Sincerly

Kim Nash

A Complete Home

COMPOSITE EXHIBIT A

[This Page Was Intentionally Left Blank to Separate Statements]

COMPOSITE EXHIBIT A

From: Kristin Stegent ████████████████████
Date: March 1, 2024 at 8:46:15 PM EST
To: "Bomkamp, Scott E. (USTP)" <Scott.E.Bomkamp@usdoj.gov>
Subject: [EXTERNAL] Genie Investments Scam Statement

Hi Scott,

Here is my signed statement. Please let me know if you need anything else!

Thanks,

Kristin Stegent

## COMPOSITE EXHIBIT A

March 1, 2024

We applied for a $1.787M BELOC (Business Equity Line of Credit) loan with McMann Commercial Lending for the purpose of refinancing our RV park December 2022.

We were asked by McMann to create a Zoomeral account and to upload all our documents there. The Zoomeral platform never worked for uploading documents, though. We sent all documents through email and were told by McMann that they would upload the documents to Zoomeral for us.

We were approved for the BELOC loan and also approved for a bridge loan that would be provided by Genie Investments. The owner of Zoomeral is part owner of Genie Investments.

We wired a $7,900 application fee to McMann. Then we wired a $35,000 non-refundable due diligence fee to Genie Investments for a $178,000 bridge loan (10% of the BELOC loan). And we wired $26,805 to Genie Investments for prepaid bridge loan interest ($21,444) and a Zoomeral origination fee ($5,361) on January 10, 2023.

The contract with Genie Investments stated that Genie would provide McMann with the $178,000 bridge loan as a downpayment for the BELOC loan.

The contract with McMann stated we'd receive 20% of our BELOC loan within 75 calendar days of wiring the prepaid bridge loan interest and then receive the other 80% of loan within 75 calendar days from the first funding.

We never received any funding and were given all sorts of excuses such as the bank had placed a hold on the account due to the size of the deposits coming into and going out of the account and that attorneys were working to get the hold released. Plus many more.

I reached out to the owner of Zoomeral and Genie Investments, David Hughes. He told me that there are no guaranteed loans. He also told me that my prepaid interest for the bridge loan was expired. In the contract with Genie Investments, it states that you have to ask in writing to renew your loan interest after 90 days. Otherwise, it is theirs and is non-refundable. Yet, the $178,000 was supposed to be sent to McMann and McMann provide the first portion of the BELOC loan within 75 calendar days. David Hughes laughed and told me there was no BELOC loan.

After leaving an honest, non-disparaging online review after 5 months of waiting for a loan that was not funded, David Hughes of Genie Investments canceled my Zoomeral account. He pleaded with me over the phone to take down my review and then threatened to bring a lawsuit against me. Ultimately he brought a suit against me in arbitration that is currently on hold due to lack of response on his part.

David Hughes is now asking clients for even more money to help him bring a lawsuit against his wholesale lender, claiming clients may get their funds returned if they participate. First come, first serve. And an extensive confidentiality agreement must be signed. Just today he offered a client $20,000 to remove her online reviews and for her to give information on what is going on within a large group of clients who have all been scammed by him.

I believe both Zoomeral and Genie Investments make their money from the upfront fees and have little motivation or intention to actually fund loans. I have personally heard from over 40 clients of Zoomeral and Genie Investments who paid heavy upfront fees and never received a loan. I believe he either gambled our money trying to acquire a loan or that he's just running a

## COMPOSITE EXHIBIT A

massive Ponzi scheme and has covered himself in every way he could think of legally to keep the operation rolling.

This scam has damaged my husband, me and our 10 kids in an immeasurable way. It put us in the worst financially position of our lives and has caused immense struggle.

*Kristin Stegent*

Kristin Stegent

<u>COMPOSITE EXHIBIT A</u>

[This Page Was Intentionally Left Blank to Separate Statements]

## COMPOSITE EXHIBIT A

Genie Investments

In October 2022  I was seeking an option for a refinance package on my existing 7,000 acre organic farming operation in the Texas Panhandle.
I had a broker by the name of Clyde Allsop from New Jersey that had been given some information about a financial institution by the name of Mcmann Commercial Lending LLC located out of Chicago, Illinois.
This finance group had a program called a BELOC business expansion line of credit. I paid an initial $7900 for an application, application fee upfront to McMann.
 This loan product looked to be a very good fit for what I was exploring.
My initial contact with Mcmann was with their loan officer a fellow named Michael Lanza,
He presented me with the contracts, and also made several calls and question and answer sessions with my Lenders and even their attorneys on numerous conference calls. My loan that I was approved on was for 24 million against my 35 million in assets of my current operations. This loan was to refinance roughly $18 million in pre-existing debt and provide me with some additional operating capital.
I also had dealings with the owner and manager of Mcmann, Mr. Walter Trock. Mr. Trock later made many representations to my Lenders with letters of guarantees & explanations of funding delays.

The Mcmann group  provided all the initial loan documentation, and as a part of their services as being agents for a " Sister Company"  of Genie Investments NV .
Mcmann facilitated what they called a bridge loan and an ICA interest Carry account that Was needed in order to facilitate the business expansion line of credit BELOC loan.
It was explained over and over to myself, my Lenders and others, That it was necessary to put up 10% on the total loan value in order to do a lock on the rates on the business expansion line of credit.
Where Genie comes into the picture is this Mcmann claimed that Genie was their "Sister company" and had vast experience in the funding process of these BELOC Loans and because of that Genie would provide the Bridge loan or the necessary bridge funding in order to receive the 10% upfront funds to lock in the loan for the borrowers that were unable to put up the entire amount, themselves out-of-pocket.
Mcmann provided to me & my new formed entity Nutra-Acres LLC the necessary documentation, and loan documentation for the bridge loan that Genie investments would provide in front of the Mcmann BLOC loan package.
In Feb-March of 2023 I paid in a total of $365,000 by wire into the Genie Investment ICA account.
It was represented to us that this was a trust account set up for the pre-payment of interest on the total of the Bridge loan that would be provided further to Mcmann and the BELOC business expansion line of credit loan.

This m⬛⬛⬛⬛⬛ wired into Chase Bank
ABA⬛⬛⬛⬛⬛⬛⬛
Acco⬛⬛⬛⬛⬛⬛
Genie Investments NV

It was understood that this money would preserve the position of an interest carry account on the bridge loan.  I have multiple emails & the contracts that explain this and even several phone recording conversations from Mr. LANZA explaining this.

## COMPOSITE EXHIBIT A

The original contractual agreement from Mcmann explained and outlined that once the ICA account was fully funded then we would receive a notice and at that point the "timeline" would start on a 14-75 day period for the receipt of the first Tranche payment of 20% Of the total loan.  I was refinancing existing debt, and I was under an agreement with my current lenders to wait for the funds to close the refinance process. The money never showed and after the 75 day Period and many many conversations of excuses and letters of the delays I had an attorney that I had previously worked with who is a bankruptcy attorney from Fort Worth Texas by the name of Jeff Prostok he served a letter of demand to Genie investments, and Mcmann commercial lending group, we never got a satisfactory response from either party.
I later served a demand letter of civil theft from my attorney, Mr. John Lovell from Amarillo Texas. This demand letter was to all parties both Mcmann and Genie and again no response.

Genie filed an arbitration suit against me and my entity some months later.  That suit was objected to and has been put in a position of stay due to my January 2, 2023 forced filing of Chapter 11 bankruptcy in the Northern District of Texas. Case # 24-20000-11
I have listed Genie investments, and Mcmann commercial lending in my schedules, As a claimant.
The plan is to list both these lenders as an adversarial and file suit in the bankruptcy case.
All of the above comments and writings are as of fact.

Blake Stringer
Nutra-Acres LLC

2/28/2024

<u>COMPOSITE EXHIBIT A</u>

[This Page Was Intentionally Left Blank to Separate Statements]

## COMPOSITE EXHIBIT A

**March 1st 2024**
**Orlando, Florida**

On or around September 27th 2022 I signed a contract for a $18,750MM  Beloc loan with McMann
Commercial Lending and I had to provide a deposit of $281,250.00 and also a finders fee of 40k.
This money was wire to Genie Investment and I got told by McMann that Genie investment was a
third party and my money will be held in escrow until the loan funds and this money will be used to
prepay some interest on the loan for the first few months. The loan never fund and I got promise
multiple times the money was coming in before the end of the month. I asked to get my money back
and I never got it back. Walter Trock from McMann is accusing David Hugues from Genie to be
responsible and vice versa.

**Nicholas Virthe**
**Sun Coast Entertainment Live LLC**
**6960 Brescia way**
**Orlando, Florida , 32819**
**USA**

<u>COMPOSITE EXHIBIT A</u>

[This Page Was Intentionally Left Blank to Separate Statements]

## COMPOSITE EXHIBIT A

**From:** D Wiker ████████████████████
**Sent:** Wednesday, February 28, 2024 10:18 AM
**To:** Bomkamp, Scott E. (USTP) <Scott.E.Bomkamp@usdoj.gov>
**Subject:** [EXTERNAL] Genie/McMann Fraud

Mr. Bomkamp

When I was introduced to David Hughes, it was through a woman named Michelle, a credit repair agent, who informed me about financing options for a business line of credit. Initially, she attempted to charge me $50,000 to initiate the line of credit commitment through a Wyoming company named Star Enterprises LLC. After realizing Star Enterprises was a scam, I contacted David Hughes directly. He instructed me to fill out information on the Zoomeral website, promising a swift provision of a term sheet and loan commitment. He assured me that everyone gets funded, citing the use of a hedge fund for financing.

Subsequently, I paid upfront interest of $180,000 to finalize the LOC. However, David's attitude shifted dramatically afterward. He became rude, combative, and distanced himself from Genie, claiming they were separate entities and that Genie had been defrauded, resulting in a refusal to fund loans.

Later, I discovered they were still issuing term sheets under a different profile, albeit with similar premises. The only noticeable difference was the bank account for wiring funds, changing from Chase Bank to TD Bank.

Recently, David Hughes contacted me, stating he was raising legal funds to reimburse my money. However, he insisted that I wire him money first, equivalent to 10% of the previous amount sent. For instance, if I sent $1,000, I could supposedly recover $10,000, and so forth.

I have all my correspondence if needed and access to their lending portal. I'd be happy to share my credentials and you could interact with them directly under my profile.

Respectfully,
Doug Wiker
WW LLC