

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/07/2024 10:00 AM

COURTROOM  4A, 4th Floor

HONORABLE JASON BURGESS

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:24-bk-00496-BAJ | 11 | 02/21/2024 |

**Chapter 11**

**DEBTOR:**         Genie Investments NV Inc.

**DEBTOR ATTY:**   Bryan Mickler

**TRUSTEE:**        NA

**HEARING:**

1. Status Conference
2. Preliminary Hearing on Motion to Allow Payment of Post Petition Retainer Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 11
3. Preliminary Hearing on Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss This Case, or Convert This Case to Chapter 7 Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 20

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Status Conference

  HELD


2. Preliminary Hearing on Motion to Allow Payment of Post Petition Retainer Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 11

  GRANTED (SUBJECT TO REQUIREMENTS) ORDER MICKLER


3. Preliminary Hearing on Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss This Case, or Convert This Case to Chapter 7 Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 20

SET ALL DAY TRIAL APRIL 9 @ 9:00 (CRD WILL PREPARE)

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.