**ORDERED.**

Dated: March 08, 2024

_Jason A. Burgess_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:24-bk-00496-BAJ |
| GENIE INVESTMENTS NV, INC. | Chapter 11 |
| Debtors. | |

**ORDER GRANTING MOTION TO ALLOW POST-PETITION RETAINER**

This case was before the Court on March 7, 2024 upon the Motion to Allow Post-Petition Retainer of the Debtor (Doc. No. 11). After a hearing, it is

ORDERED

1. The Motion to Allow a Post-Petition Attorney Fee Retainer is Granted;

2. The Debtor shall be authorized to pay the amount of $25,000.00 to the Trust Account of Law Offices of Mickler & Mickler, LLP from pre-petition funds;

3. The attorney for the Debtor shall file a fee application for any amount sought to be deducted from the trust account funds during the pendency of this Chapter 11 case;

4. Any remaining funds shall be considered a pre-petition attorney fee retainer subject to review and/or disgorgement upon review by the Court at a later date in accordance with 11

U.S.C. § 330.

Attorney Bryan K. Mickler is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.