**ORDERED.**

Dated: March 08, 2024

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV, INC.

Debtors.

Case No.: 3:24-bk-00496-BAJ
Chapter 11

**ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY**

This case was before the Court on March 7, 2024 upon the application of the debtor-in-possession (Doc. No. 12) seeking authority to employ BRYAN K. MICKLER as Chapter 11 counsel. After a hearing, it is

ORDERED

1. The debtor-in-possession is authorized to employ, under general retainer, BRYAN K. MICKLER of the Law Offices of Mickler & Mickler, LLP, as attorney for the debtor and debtor-in-possession.

2. The Debtor shall be authorized to pay the amount of $25,000.00 to the Trust Account of Law Offices of Mickler & Mickler, LLP from pre-petition funds;

3. The attorney for the Debtor shall file a fee application for any amount sought to be

      deducted from the trust account funds during the pendency of this Chapter 11 case;

4. Compensation shall be determined later consistent with Section 330 of the Bankruptcy Code.

Attorney Bryan K. Mickler is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.