United States Bankruptcy Court
Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-00496-BAJ |
| Genie Investments NV Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 113A-3    User: admin    Page 1 of 2
Date Rcvd: Mar 08, 2024    Form ID: pdfdoc    Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genie Investments NV Inc., PO Box 60443, Jacksonville, FL 32236-0443 |
| 30799849 | + | Bryan K. Mickler, Attorney for the Debtor, 5452 Arlington Expy., Jacksonville, FL 32211-6860 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 30790351 | + | Email/Text: taxdept@coj.net | Mar 08 2024 21:48:00 | Duval County Tax Collector, 231 Forsyth St. #130, Jacksonville FL 32202-3380 |
| 30790352 | | Email/Text: OGCBankruptcy@floridarevenue.com | Mar 08 2024 21:48:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 30790354 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 08 2024 21:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 30790356 | + | Email/Text: karen.brown@treasury.gov | Mar 08 2024 21:48:00 | Secretary of the Treasury, 15th & Pennsylvania Ave., NW, Washington, DC 20220-0001 |
| 30790355 | | Email/Text: atlreorg@sec.gov | Mar 08 2024 21:48:00 | U.S. Securities & Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, N.E., Suite 900, Atlanta, GA 30326-1382 |
| 30790353 | + | Email/Text: Usaflm.bk-jax@usdoj.gov | Mar 08 2024 21:48:00 | United States Attorney, 300 North Hogan St Suite 700, Jacksonville, FL 32202-4204 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 10, 2024    Signature:    /s/Gustava Winters

| District/off: 113A-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 08, 2024 | Form ID: pdfdoc | Total Noticed: 8 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov |
| United States Trustee - JAX 11 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 3

[Dordst] [ORDER SCHEDULING TRIAL]

ORDERED.

Dated: **March 8, 2024**

*Jason A. Burgess*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No.
                                                                                                3:24−bk−00496−BAJ
                                                                                                Chapter 11

Genie Investments NV Inc.

_____Debtor*_____/

ORDER SCHEDULING TRIAL

   The trial in the contested matter arising from the Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss This Case, or Convert This Case to Chapter 7 (Document No. 20) filed by U.S. Trustee, will be held on April 9, 2024, at 9:00 AM in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202 , before the Honorable Jason A. Burgess, United States Bankruptcy Judge. Accordingly, it is

   **ORDERED**:

1. **Witness List.** The parties shall exchange names and addresses of witnesses within 14 days of the date of entry of this Order.

2. **Exhibits.** Parties shall comply with all requirements of Local Rules 7001−1 and 9070−1 concerning Exhibits. Parties shall exchange exhibits no later than seven days before the date set for trial.

   (a) **Objections to Authenticity.** Unless written objection to authenticity is filed with the Court and served by email no later than the close of business on the second business day before trial, copies of exhibits will be admitted in lieu of the originals.

   (b) **Self−Authentication.** If a party intends to rely upon the self−authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party shall file with the Court and serve on other parties the written declaration required by Fed. R. Evid. 902(11) or (12) and a copy of all records sought to be admitted at least 28 days before trial.

3. **Discovery Cutoff.** Parties shall complete discovery no later than seven days before the trial date except that parties may complete previously scheduled depositions up to the trial date.

4. **Discovery Disputes.** The parties shall first confer in good faith to resolve any discovery disputes. If unsuccessful, any party may request a telephone conference with the Court so that the Court may render an informal, preliminary ruling on the discovery dispute, without prejudice to the right of any party to file a formal motion.

5. **Meet and Confer Requirement.** Counsel for all parties shall confer within seven days prior to the trial and seek in good faith to settle the case.

6. **Additional deadlines.** Enter any additional deadlines provided by chambers, or None

7. **Remote Witness Testimony.** Witnesses outside of the jurisdiction are permitted to appear via Zoom. For Zoom registration information please visit http://www.flmb.uscourts.gov/judges/burgess/

Avoid delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.