**ORDERED.**

Dated: March 14, 2024

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,

CASE NO.: 3:24-bk-00496-BAJ
Chapter 11

Debtor.
_____/

### ORDER DENYING MOTION IN LIMINE

This case is before the Court on the Motion in Limine (the "Motion") (Doc. No. 23) filed by Genie Investments NV Inc. (the "Debtor") and the Objection (Doc. No. 31) filed by the United States Trustee (the "UST"). A trial is scheduled for April 9, 2024, on the Expedited Motion to Appoint Chapter 11 Trustee (Doc. No. 20) filed by the UST. The Debtor argues that the testimony of certain witnesses should be excluded from the trial because of lack of privity, *res judicata*, and the parol evidence rule. The UST counters that the Debtor's arguments are non-evidentiary, not germane to the trial issues, premature, and vague. Upon review, the Court determines that the Motion should be denied.

Accordingly, it is **ORDERED:**

The Motion is **DENIED**.

Attorney Bryan K. Mickler is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.