**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                                          Case No.: 3:24-bk-00496-BAJ

GENIE INVESTMENTS NV, INC.                                          Chapter 11

        Debtor.

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** a copy of the Order dated March 14. 2024 Denying Motion in Limine (Doc 32) has been furnished by CM/ECF electronic filing to United States Trustee and to all creditors as per the attached Court's Matrix; this 15th day of March, 2024.

                                        Law Offices of Mickler & Mickler

                                        By: _/s/ Bryan K. Mickler_____
                                              Bryan K. Mickler
                                        Florida Bar No. 091790
                                        Attorney for Debtor-in-Possession
                                        5452 Arlington Expressway
                                        Jacksonville, FL 32211
                                        (904) 725-0822 / FAX: 725-0855
                                        bkmickler@planlaw.com