**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV, INC.
    Debtor.

Case No.: 3:24-bk-00496-BAJ

Chapter 11

**WITNESS LIST**

**PLEASE TAKE NOTICE** that in accordance with the Order at Doc. No. 24, the Debtor files the attached WITNESS LIST related to the Trial to be held on April 9, 2024 on the United States Trustee's Expedited Motion to Appoint Chapter 11 Trustee, or, in the alternative, Appoint an Examiner, Dismiss this Case, or Convert this Case to Chapter 7 (Doc 20).

1. David Hughes;
2. John Cohan;
3. Adam Walker;
4. Any witness called by United States Trustee;
5. Any rebuttal witness as required.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing, was furnished to Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801 and all interested parties; by CM/ECF filing, this 21st day of March, 2024.

Law Offices of Mickler & Mickler, LLP

By:_/s/ Bryan K. Mickler_____
    Bryan K. Mickler
Florida Bar No. 091790
Attorney for the Debtor
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822 / (904) 725-0855 FAX
bkmickler@planlaw.com