UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV, Inc.,    Case No.: 3:24-bk-00496-BAJ
    Chapter 11

        Debtor.

_____/

**UNITED STATES TRUSTEE'S WITNESS LIST IN CONNCECTION WITH THE TRIAL ON THE UNITED STATES TRUSTEE'S EXPEDITED MOTION TO APPOINT CHAPTER 11 TRUSTEE, OR, IN THE ALTERNATIVE, APPOINT AN EXAMINER, DISMISS THIS CASE, OR CONVERT THIS CASE TO CHAPTER 7 (Doc. No. 20); AND DEBTOR'S RESPONSE THERETO (Doc. No. 34)**

COMES NOW, the United States Trustee for Region 21, Mary Ida Townson (the "United States Trustee"), by and through the undersigned counsel, and files this witness list in connection with the trial on the United States Trustee's Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss this Case, or Convert this Case to Chapter 7 (the "Motion"; Doc. No. 20) and the Debtor's, Genie Investments NV, Inc.'s, Response to Expedited Motion to Appoint Chapter 11 Trustee or in the Alternative, Appoint an Examiner, Dismiss this Case or Convert this Case to Chapter 7 Filed By United States Trustee (the "Response"; Doc. No. 34) which trial has been set for April 9, 2024. (Doc. No. 24).

The witnesses whom the United States Trustee may call include the following:[1]

1. David Hughes
   Owner of Genie Investments NV Inc.
   c/o Bryan K. Mickler, Esq.
   Mickler & Mickler, LLP
   5452 Arlington Expressway

---

[1] It is likely that the witness list will subsequently be narrowed due to time considerations.

      Jacksonville, FL 32211

2. John Michael Cohan
   Director of Genie Investments NV Inc.
   c/o Bryan K. Mickler, Esq.
   Mickler & Mickler, LLP
   5452 Arlington Expressway
   Jacksonville, FL 32211

3. David Munoz
   Analyst with the United States Trustee Program
   400 W. Washington Street, Suite 1100
   Orlando, FL 32801

4. Kristin Stegent
   Owner of Rolling by the Dozen RV Park LLC
   40 Country Road 267
   Somerville, TX 77879

5. Lea Muse
   Owner of Belle Maison Realty LLC
   1133 E 83rd Street, #171
   Chicago, IL 60619

6. Charles Blake Stringer
   Owner of Nutra-Acres Inc.
   205 N. Michigan Avenue
   Chicago, IL 60611

7. Kim Nash
   Owner of A Complete Home Inspection LLC
   110 Velsco Lane
   Port Sulphur, LA 70083

8. Lisa Butkiewicz
   Owner of Meetopolis LLC
   5434 E Kathleen Road
   Scottsdale, AZ 85254

9. Rejoy Joy
   Owner of Global Verse Holdings LLC
   1709 Vintage Lane
   Wylie, TX 75098

10. Christopher Lovett
    Owner of TnC NOLA Holdings LLC
    1461 Annunciation Street, Unit B
    New Orleans, LA 70130

11. Nicholas Virthe
    Owner of Sun Coast Entertainment Live LLC
    6960 Brescia Way
    Orlando, FL 32819

12. Carla Harrison
    Owner of Legacy Land Developers LLC
    1651 West 100th Street
    Chicago, IL 60643

13. Shailesh Patel
    Member/Manager of North Haven Lodging Partners LLC
    Member/Manager of Wallingford Lodging Partners LLC
    2517 W. Brentridge Street
    Sioux Falls, SD 57108

14. Vinay Patel
    Member of North Haven Lodging Partners LLC
    642 Racebrook Road
    Orange, CT 06477

15. Preet Patel
    Representative of North Haven Lodging Partners LLC
    Representative of Wallingford Lodging Partners LLC
    2313 Timberview Drive
    Durham, NC 27705

16. Any witness called by Counsel for the Debtor; and

17. Any rebuttal witnesses.

Dated:  March 22, 2024.

                                      Respectfully Submitted

                                      Mary Ida Townson
                                      United States Trustee for Region 21

                                      */s/   Scott Bomkamp*
                                      Scott Bomkamp, Trial Attorney
                                      Office of the United States Trustee
                                      U.S. Department of Justice
                                      400 W. Washington St., Suite 1100
                                      Orlando, FL 32801
                                      Telephone No.:  (407) 648-6301, Ext. 150
                                      Facsimile No.:  (407) 648-6323
                                      Email: scott.e.bomkamp@usdoj.gov
                                      Indiana Bar No.: 28475-49


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on March 22, 2024 on all parties having appeared electronically via CM/ECF in the instant matter.

                                      */s/   Scott Bomkamp*
                                      Scott Bomkamp, Trial Attorney