**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: GENIE INVESTMENTS NV, INC.

CASE NO.: 3:24-bk-00496-BAJ

    Debtor (s).

_____/

**APPLICATION TO EMPLOY ATTORNEY AS SPECIAL COUNSEL FOR DEBTOR**

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at Clerk of the Court at 300 N. Hogan St., Ste. 3-150, Jacksonville, FL 32202 within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

TO: The Honorable JASON A. BURGESS, Bankruptcy Judge

Upon this Application, the above captioned Debtor respectfully represents:

1. On February 21, 2024, the applicant filed a petition for reorganization under Chapter 11 of the Bankruptcy Code.

2. Applicant wishes to employ ADAM WALKER as an attorney duly qualified to practice in the State of Missouri and before various Federal District Courts as admitted. See attached Exhibit 1 as Affidavit in Support of this Application.

3. Applicant has been involved in arbitration proceedings and Federal Cases for pre-petition breach of contract claims as disclosed on the Debtor's Statement of Financial Affairs and the attached affidavit.

4. The professional services which this attorney is to render include legal pleadings, conferences, trial work and other advice to assist the Chapter 11 attorney and the applicant in the above proceedings and this case. Compensation is to be a payment of $500.00 per hour to the attorney for work on behalf of the Applicant. See attached Exhibit 2. The post-petition payment by the Debtor to this attorney is being made by a third party corporation by the name of Better Methods.

5. Applicants wish to employ this attorney due to the extensive post-petition work on behalf of the Debtor in the arbitration action that the Debtor anticipates will be required.

6. To the best of the applicants' knowledge, this attorney has no interest adverse to the applicant or the estate in any of the matters upon which the attorney is to be engaged and the employment of the attorney would be in the best interest of this estate.

7. The attorney has never previously represented any relatives and/or business of the Applicants to create a conflict of representation. Prior to the petition the applicant was being paid by Better Methods but undertook no representation on behalf of that entity.

[INTENTIONALLY LEFT BLANK]

WHEREFORE, applicant prays that it be authorized to employ ADAM WALKER as the special counsel for the debtor in this case and that said attorney be awarded compensation as is fit and proper upon further application to this Court from the property of this estate and/or as a part of any plan eventually to be submitted for confirmation.

                                          Law Offices of Mickler & Mickler, LLP

                                          By:_/s/ Bryan K. Mickler_____
                                            Bryan K. Mickler
                                        Florida Bar No. 091790
                                        Attorney for the Debtor(s)
                                        5452 Arlington Expressway
                                        Jacksonville, FL 32211
                                        (904) 725-0822
                                        (904) 725-0855 FAX
                                        court@planlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof was furnished to Assistant U.S. Trustee, 400 W. Washington St., Suite 1100, Orlando, Florida 32801 and to all interested parties, by CM/ECF and/or U. S. Mail postage prepaid, this __28__ day of March, 2024.

                                          By: /s/ Bryan K. Mickler_____
                                               Attorney

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>GENIE INVESTMENTS NV, INC.<br>      Debtor. | Case No.: 3:24-bk-00496-BAJ<br><br>Chapter 11 |

### DECLARATION OF PROPOSED ATTORNEY

STATE OF MISSOURI

COUNTY OF JACKSON

The undersigned authority, ADAM B. WALKER, declares as follows:

1. I, ADAM B. WALKER, am an attorney-at-law duly licensed to practice in the State of Missouri.

2. I maintain my office at 4050 Pennsylvania Ave., Suite 115-10, Kansas City, MO 64111, under the name Walker Law Office, LLC.

3. To the best of my knowledge, I am not a creditor, an equity security holder or an insider as provided in Section 101(14)(a); I am not and was not a director, officer, or employee of the Debtor as provided in Section 101(14)(b); I have no interests materially adverse to the Debtor as set forth in Section 101(14)(c).

4. To the best of my knowledge, I am a disinterested person.

5. I represent the Debtor, GENIE INVESTMENTS NV, INC., in a pending arbitration, *Genie Investments NV v. Velanos Principal Capital*, JAMS Ref. No. 5425001617, in which Genie Investments NV seeks to recover damages for breach of contract, conversion, and/or unjust enrichment.

6. I also represent the Debtor in a lawsuit filed in the U.S. District Court for the Northern

District of Illinois, Case No. 1:23-cv-16264, in which the Debtor is named as a defendant. Although activity in that case pertaining to the Debtor is stayed by the instant matter, it may be necessary to perform further activities on the Debtor's behalf in that lawsuit if, for example, one or more of the plaintiffs seeks to have the stay lifted, or otherwise at the Court's instance.

7. In addition, I provide the Debtor with general legal advice concerning various matters, including, but not necessarily limited to, compliance with applicable laws and regulations and overall legal strategy. I also represent the Debtor in inquiries by law-enforcement agencies and other governmental entities.

8. The services described in paragraphs five through seven are performed and charged pursuant to an engagement agreement between my firm, Walker Law Office, and the Debtor. A copy of that agreement, which specifies the rates of attorney's fees to be charged to the Debtor for representation in the pending arbitration and litigation matters described herein and for other legal counsel and legal work performed on behalf of and at the request of the Debtor, is attached.

9. The undersigned would continue to represent the Debtor GENIE INVESTMENTS NV, INC., based upon the same contractual agreement as entered pre-petition in the Chapter 11. Any eventual recovery from the arbitration described in paragraph 5 would be turned over to the Bankruptcy Estate for use in funding the reorganization efforts of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2024.

_____
Adam B. Walker
WALKER LAW OFFICE, LLC

# EXHIBIT 2

# WALKER LAW OFFICE, LLC

**4050 Pennsylvania Ave., Suite 115-10**
**Kansas City, Missouri 64111**
**(816) 226-6476**

September 19, 2023

VIA EMAIL (dhughes@genieinvestments.com)
David Hughes
Genie Investments NV, LLC

    *Re: Engagement of Walker Law Office, LLC*

Dear Mr. Hughes,

Thank you for selecting the Walker Law Office ("us," "we," or "Firm") to represent and advise you with respect to disputes arising from or otherwise related to the October 2022 joint-venture agreement between Genie Investments NV (Genie) and Velanos Principal Capital (Velanos), including all amendments thereto. This agreement sets forth the terms and conditions under which we will provide legal services to you. This document is a privileged and confidential agreement for legal services (Agreement) that states the terms of our representation. Please read it carefully.

**Scope of Representation:** Our representation shall include, but is not necessarily limited to, providing counsel and advice, negotiating with counterparties, communicating with law-enforcement agencies and officials, communicating with customers and former customers of Genie, and preparing, initiating, and prosecuting legal proceedings. In addition, you explicitly authorize us to undertake any other matters that relate to or flow from these issues. We will keep you informed of the progress of our work and will consult with you regarding any significant developments in your case.

**Client's Duties:** You agree to cooperate fully with us in all matters related to the negotiation of the matter and to the preparation and presentation of your claims or defenses. You agree to keep us informed of any information or developments that may come to your attention, to abide by this agreement, to pay the Firm's statements for services on time and as set forth in this agreement, and to keep us advised of your address, telephone number and whereabouts (if called for in the representation), as well as any potential conflicts of interest. You agree to assist us by timely providing necessary information and documents. You agree to advise us of any potential or actual conflicts of interest.

**Fees:** As consideration for our services, you agree to pay our hourly rates. The hourly rate for our lead counsel, Adam Walker, is **$500/hour**. In addition, we may task any paralegal, law clerk, secretary, or other person associated with the Firm to perform necessary services under the direction of the lead counsel by the Firm. Hourly rates for such paraprofessionals may range from $150-$300/hour.

We will bill in arrears for work we perform on your open matter(s). You may also make retainer payments, which we will bill against as we work on those matters. Any retainer payments made by you will be held

in the Firm's trust account until earned. We will provide you with twice-monthly statements itemizing the time spent on your case and informing you of the remaining balance of your retainer, if any.

We reserve the right to impose a retainer requirement if we deem it prudent to do so. In the event we impose a retainer requirement, we will require you to replenish the retainer when it is nearing depletion.

**Expenses:** In addition to our hourly fees, we may incur expenses on your behalf when performing legal services under this agreement. You agree to be responsible for all expenses related to your case, including, but not limited to, court costs, filing fees, expert-witness fees, travel, shipping, and copying/printing. Any such expenses will be detailed in your billing statements.

**Payment:** You agree to pay our invoices within five business days of receipt. In the event that an invoice remains unpaid for more than ten days, we may charge interest on the outstanding balance at the rate of 5.0% per month.

**Responsibilities:** We will use our best efforts to represent your interests vigorously and ethically. We will keep you informed of developments in your case and consult with you regarding major decisions. You agree to cooperate fully with us and to provide us with all information and materials that we may require to represent you effectively.

**Termination:** You may terminate our representation at any time upon reasonable notice. We reserve the right to withdraw from the representation if we determine that it is no longer feasible or appropriate for us to continue. Notwithstanding the termination of our representation, you will remain responsible, as provided above, for payment of reimbursement for any services provided and expenses incurred before the date of termination.

**Confidentiality:** We will maintain the confidentiality of all information that you provide to us in connection with this matter.

If these terms are acceptable to you, please sign below and return a copy of this letter via email to adam@awsecuritieslaw.com.

Sincerely,

Adam Walker
Walker Law Office, LLC

I have read and agree to the terms of this engagement letter.

Signature: _____
David Hughes

_____
Date