**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                  Case No.: 3:24-bk-00496-BAJ
                                                                        Chapter 11
GENIE INVESTMENTS NV, INC.

        Debtor(s).

---

**NOTICE OF FILING SCHEDULES A/B – H, SUMMARY OF SCHEDULES AND LIST**

**OF 20 LARGEST UNSECURED CREDITORS**

    **PLEASE TAKE NOTICE** that the Debtor files the attached Schedules A/B – H, Summary

of Schedules and List of 20 Largest Unsecured Claims to complete the required schedules for the

Debtor.

                         Law Offices of Mickler & Mickler, LLP

                         By:_/s/ Bryan K. Mickler_____
                            Bryan K. Mickler
                         Florida Bar No. 091790
                         Attorney for the Debtor(s)
                         5452 Arlington Expressway
                         Jacksonville, FL 32211
                         (904) 725-0822
                         (904) 725-0855 FAX
                         court@planlaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was furnished to the United States

Trustee and all interested parties per the attached mailing matrix by CM/ECF and/or First Class

United States Mail this ___3__ day of April, 2024.

<u>/s/ Bryan K. Mickler</u>
Attorney

docs\bankrupt\forms\addendum notice 11

**Fill in this information to identify the case:**

Debtor name _____ Genie Investments NV, Inc. _____

United States Bankruptcy Court for the:

_____ Middle District of Florida _____

Case number (if known): _____ 3:24-bk-00496-BAJ _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/20/2024___
   MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

Printed name ___John Cohan___

Position or relationship to debtor ___D. Factor___

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Genie Investments NV, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Middle District of Florida</td></tr>
<tr><td>Case number (if known):</td><td>3:24-bk-00496-BAJ</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ajer LLC<br>1070 S 650 West<br>Farmington, UT 84025 | | | Contingent<br>Disputed<br>Unliquidated | | | $180,000.00 |
| 2 | Alere LLC<br>1530 E. Williams Field Rd 201<br>Gilbert, AZ 85295 | | | Contingent<br>Disputed<br>Unliquidated | | | $250,000.00 |
| 3 | ALV Capital LLC<br>23 Upton St<br>Peabody, MA 01960 | | | Contingent<br>Disputed<br>Unliquidated | | | $150,000.00 |
| 4 | Amroddddo Holdings LLC<br>2283 Candlestick Ave<br>Henderson, NV 89052 | | | Contingent<br>Disputed<br>Unliquidated | | | $176,000.00 |
| 5 | Another Chance Group Home Inc<br>54 N Vista Ave<br>Casa Grande, AZ 85122 | | | Contingent<br>Disputed<br>Unliquidated | | | $235,000.00 |
| 6 | Anvil Construction Inc<br>470 N. Main Street<br>Brigham City, UT 84302 | | | Contingent<br>Disputed<br>Unliquidated | | | $350,000.00 |
| 7 | Archer Capital Investments<br>1448 W. Salmon Caddis Drive<br>Bluffdale, UT 84065 | | | Contingent<br>Disputed<br>Unliquidated | | | $200,000.00 |
| 8 | Autonomous Drone Solutions DBA Calaway Solutions LLC<br>2121 Brittmoore 2200<br>Houston, TX 77043 | | | Contingent<br>Disputed<br>Unliquidated | | | $100,000.00 |

Debtor    Genie Investments NV, Inc.            Case number *(if known)*    3:24-bk-00496-BAJ

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   Braces at Brick, PA<br>900 Cedar Bridge Avenue<br>Brick, NJ 08723 | | | Contingent Disputed Unliquidated | | | $360,000.00 |
| 10   Brooklyn Heights LLC<br>307 N Lincoln Street<br>Tallulah, LA 71282 | | | Contingent Disputed Unliquidated | | | $500,000.00 |
| 11   Bull & Bear Properties LLC<br>1140 E 87th Street<br>Chicago, IL 60619 | | | Contingent Disputed Unliquidated | | | $150,000.00 |
| 12   H&M Essential Services, LLC<br>221 N Broad Street 3A<br>Middletown, DE 19709 | | | Contingent Disputed Unliquidated | | | $120,000.00 |
| 13   New Mount olive Missionary Baptist Church Inc<br>P.O. Box 1696<br>Harvey, IL 60426 | | | Contingent Disputed Unliquidated | | | $223,000.00 |
| 14   North Haven Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108 | | | Contingent Disputed Unliquidated | | | $1,800,000.00 |
| 15   Nortical Capital Inc<br>921 E. Parker Street 1<br>Lakeland, FL 33801 | | | Contingent Disputed Unliquidated | | | $200,000.00 |
| 16   Seiler Tucker Inc<br>400 Poydras Suite 1460<br>New Orleans, LA 70130 | | | Contingent Disputed Unliquidated | | | $375,000.00 |
| 17   Terry's Florists LLC<br>46 English Plaza<br>Red Bank, NJ 07701 | | | Contingent Disputed Unliquidated | | | $400,000.00 |
| 18   The Farming Co. PTY LTD<br>86 Lakeside Dr.<br>Helena, MT 59604 | | | Contingent Disputed Unliquidated | | | $500,000.00 |
| 19   Wallingford Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108 | | | Contingent Disputed Unliquidated | | | $1,800,000.00 |
| 20   Zelco Properties LLC<br>108 Patriot Dr A<br>Middletown, DE 19709 | | | Contingent Disputed Unliquidated | | | $150,000.00 |

Fill in this information to identify the case:

Debtor Name   Genie Investments NV, Inc.

United States Bankruptcy Court for the:   **Middle**   District of   **Florida**
                                                                        (State)

Case number (If      **3:24-bk-00496-BAJ**
known):

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    All cash or cash equivalents owned or controlled by the debtor

    Current value of
    debtor's interest

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
    |---|---|---|---|
    | 3.1. Morgan Stanley | Money market account | x  2  9  0 | $2,516.80 |

4.  **Other cash equivalents** *(Identify all)*

    4.1 _____   _____

    4.2 _____   _____

5.  **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | |
    |---|
    | $2,516.80 |

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

    Current value of
    debtor's interest

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    7.1 _____   _____

    7.2 _____   _____

Debtor   __Genie Investments NV, Inc._____      Case number *(if known)* __3:24-bk-00496-BAJ_____
     Name

---

8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

    Description, including name of holder of prepayment

    8.1  __Bold City pre payment until 6/2024_____      _____$0.00

9.   **Total of Part 2**      | $0.00 |
    Add lines 7 through 8. Copy the total to line 81.

| **Part 3:** | **Accounts receivable** |
| --- | --- |

10.  **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                 Current value of
                                               debtor's interest

11.  **Accounts receivable**

    11a. 90 days old or less:  ___unknown____ - ___unknown____ = ....➔    __$84,624,144.00__
                               face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:  _____ - _____ = ....➔    _____
                               face amount         doubtful or uncollectible accounts

12.  **Total of Part 3**      | $84,624,144.00 |
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| **Part 4:** | **Investments** |
| --- | --- |

13.  **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                           Valuation method used   Current value of
                                           for current value        debtor's interest

14.  **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____      _____      _____

    14.2 _____      _____      _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of
                                       ownership:

    15.1_____      _____      _____      _____

    15.2_____      _____      _____      _____

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____      _____      _____

---

Debtor    __Genie Investments NV, Inc.__    Case number *(if known)*  __3:24-bk-00496-BAJ__
          Name

16.2 _____    _____    _____

17.  **Total of Part 4**
     Add lines 14 through 16. Copy the total to line 83.    _____

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| | MM / DD / YYYY | | | |
| 20. Work in progress | | | | |
| | MM / DD / YYYY | | | |
| 21. Finished goods, including goods held for resale | | | | |
| | MM / DD / YYYY | | | |
| 22. Other inventory or supplies | | | | |
| | MM / DD / YYYY | | | |

23.  **Total of Part 5**
     Add lines 19 through 22. Copy the total to line 84.    _____

24.  **Is any of the property listed in Part 5 perishable?**

   ☑ No

   ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No. Go to Part 7.

   ☐ Yes. Fill in the information below.

Debtor  Genie Investments NV, Inc.

Name

Case number *(if known)*  3:24-bk-00496-BAJ

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor    Genie Investments NV, Inc.                                    Case number *(if known)* 3:24-bk-00496-BAJ
          Name

| Desk, Chairs | $250.00 | | $250.00 |

40. Office fixtures

41. Office equipment, including all computer equipment and
    communication systems equipment and software

42. Collectibles *Examples*: Antiques and figurines; paintings, prints, or other
    artwork; books, pictures, or other art objects; china and crystal; stamp,
    coin, or baseball card collections; other collections, memorabilia, or
    collectibles

    42.1 _____

    42.2 _____

    42.3 _____

43. Total of Part 7

    Add lines 39 through 42. Copy the total to line 86.                              | $250.00 |

44. Is a depreciation schedule available for any of the property listed in Part 7?

    ☑ No

    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?

    ☑ No

    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm
    vehicles

    47.1 _____

    47.2 _____

    47.3 _____

    47.4 _____

48. Watercraft, trailers, motors, and related accessories *Examples*:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____

Debtor    **Genie Investments NV, Inc.**    Case number *(if known)*  **3:24-bk-00496-BAJ**
_____
Name

| | | | | |
|---|---|---|---|---|
| 48.2 _____ | _____ | _____ | _____ | _____ |

49. Aircraft and accessories

| | | | | |
|---|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ | _____ |

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | | | | |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

Debtor    __Genie Investments NV, Inc._____    Case number *(if known)* __3:24-bk-00496-BAJ__
          Name

---

58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

59.  Does the debtor have any interests in intangibles or intellectual property?

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |
| 60.  Patents, copyrights, trademarks, and trade secrets | | | |
| | _____ | _____ | _____ |
| 61.  Internet domain names and websites | | | |
| | _____ | _____ | _____ |
| 62.  Licenses, franchises, and royalties | | | |
| | _____ | _____ | _____ |
| 63.  Customer lists, mailing lists, or other compilations | | | |
| | _____ | _____ | _____ |
| 64.  Other intangibles, or intellectual property | | | |
| | _____ | _____ | _____ |
| 65.  Goodwill | | | |
| | _____ | _____ | _____ |

66.  Total of Part 10
     Add lines 60 through 65. Copy the total to line 89.                             ☐ _____

67.  Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☑ No

☐ Yes

69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 11:    All other assets**

Debtor    __Genie Investments NV, Inc._____    Case number *(if known)* __3:24-bk-00496-BAJ__
          Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

<table>
<tr><td></td><td>Current value of<br>debtor's interest</td></tr>
</table>

71. **Notes receivable**

    Description (include name of obligor)

    _____  _____ – _____ = → _____
                                  Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____

    _____    Tax year _____    _____

    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____                            _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _Velanos and related entities claims_____    unknown

    Nature of claim    __fraud/theft_____

    Amount requested    ____$75,000,000.00_____

    _Warren Law Group Legal malpractice claim_____    unknown

    Nature of claim    __legal malpractice_____

    Amount requested    _____unknown_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                            _____

    Nature of claim    _____

    Amount requested    _____

76. **Trusts, equitable or future interests in property**

    _____                            _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____                            _____

    _____                            _____

Debtor    __Genie Investments NV, Inc._____
          Name

Case number *(if known)* __3:24-bk-00496-BAJ____

| 78. | Total of Part 11 | |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $2,516.80 | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $84,624,144.00 | |
| 83. | Investments. *Copy line 17, Part 4.* | | |
| 84. | Inventory. *Copy line 23, Part 5.* | | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $250.00 | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | | |
| 88. | Real property. *Copy line 56, Part 9.*.................................... ➞ | | |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | | |
| 90. | All other assets. *Copy line 78, Part 11.* | + unknown | |
| 91. | Total. *Add lines 80 through 90 for each column.*..................91a. | $84,626,910.80 | + 91b. |
| 92. | Total of all property on Schedule A/B. Lines 91a + 91b = 92. ..................................... | | $84,626,910.80 |

Fill in this information to identify the case:

Debtor name ___Genie Investments NV, Inc.___

United States Bankruptcy Court for the: _____ Middle _____ District of _____ Florida _____
                                                                                    (State)

Case number (if known): ___3:24-bk-00496-BAJ___

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.1** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____
_____

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

_____   _____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      _____

Fill in this information to identify the case:

Debtor name _____ Genie Investments NV, Inc. _____

United States Bankruptcy Court for the:
_____ Middle District of Florida _____

Case number (if known): _____ 3:24-bk-00496-BAJ _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed | _____ | _____ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? <br>☐ No <br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed | _____ | _____ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? <br>☐ No <br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | | | |

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

20 Development LLC

1089 E Benchview Drive

Ogden, UT 84404

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

---

**3.2** Nonpriority creditor's name and mailing address

A Complete Home Inspection LLC

110 Velsco Lane

Port Sulphur, LA 70083

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

---

**3.3** Nonpriority creditor's name and mailing address

Acres & Royalty LLC

205 N Michigan Ave

Chicago, IL 60601

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$82,044.00

---

**3.4** Nonpriority creditor's name and mailing address

Adaptive Medical Technologies LLC

7349 Paseo Del Sur

Scottsdale, AZ 85258

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$30,000.00

---

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180,000.00 |
|---|---|---|---|

**Ajer LLC**

1070 S 650 West

Farmington, UT 84025

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250,000.00 |
|---|---|---|---|

**Alere LLC**

1530 E. Williams Field Rd 201

Gilbert, AZ 85295

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150,000.00 |
|---|---|---|---|

**ALV Capital LLC**

23 Upton St

Peabody, MA 01960

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Ameiva LLC**

282 E 300 S

Smithfield, UT 84335

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Genie Investments NV, Inc.**
Name

Case number *(if known)*  **3:24-bk-00496-BAJ**

---

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

Amrodddo Holdings LLC

2283 Candlestick Ave

Henderson, NV 89052

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$176,000.00

---

**3.10** Nonpriority creditor's name and mailing address

Andorful Dynasty Real Estate LLC

1622 N 3950 W

Lehi, UT 84043

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$50,000.00

---

**3.11** Nonpriority creditor's name and mailing address

Another Chance Group Home Inc

54 N Vista Ave

Casa Grande, AZ 85122

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$235,000.00

---

**3.12** Nonpriority creditor's name and mailing address

Anvil Construction Inc

470 N. Main Street

Brigham City, UT 84302

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$350,000.00

---

| Debtor | Genie Investments NV, Inc. | | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

**3.13** Nonpriority creditor's name and mailing address

Archer Capital Investments

1448 W. Salmon Caddis Drive

Bluffdale, UT 84065

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$200,000.00

**3.14** Nonpriority creditor's name and mailing address

Autonomous Drone Solutions DBA Calaway Solutions LLC

2121 Brittmoore 2200

Houston, TX 77043

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$100,000.00

**3.15** Nonpriority creditor's name and mailing address

BAYI Capital Management LLC

148 Undercliff Avenue

Edgewater, NJ 07020

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,000.00

**3.16** Nonpriority creditor's name and mailing address

Belle Maison Realty, LLC

1133 E 83rd Street 171

Chicago, IL 60619

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25,000.00

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.17** Nonpriority creditor's name and mailing address

Bild Credit LLC

30 N Gould Street 30212

Sheridan, WY 82801

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$15,000.00

---

**3.18** Nonpriority creditor's name and mailing address

Braces at Brick, PA

900 Cedar Bridge Avenue

Brick, NJ 08723

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$360,000.00

---

**3.19** Nonpriority creditor's name and mailing address

Brooklyn Heights LLC

307 N Lincoln Street

Tallulah, LA 71282

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$500,000.00

---

**3.20** Nonpriority creditor's name and mailing address

Bull & Bear Properties LLC

1140 E 87th Street

Chicago, IL 60619

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$150,000.00

Debtor  **Genie Investments NV, Inc.**
Name

Case number *(if known)*   **3:24-bk-00496-BAJ**

| Part 2: | Additional Page |

**3.21** Nonpriority creditor's name and mailing address
Business Live Global USA, LLC

4538 Walnut Ridge Circle

Mc Donald, PA 15057

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,000.00

---

**3.22** Nonpriority creditor's name and mailing address
CannaVision Inc

777 Main Street 600

Fort Worth, TX 76102

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,000.00

---

**3.23** Nonpriority creditor's name and mailing address
CNF Solutions LLC

135 East 620 South

Smithfield, UT 84335

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.24** Nonpriority creditor's name and mailing address
Cobb Utilities Inc

191 Honey Suckle Circle

Ranger, GA 30734

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$57,100.00

---

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.25** Nonpriority creditor's name and mailing address

Cool Beanz LLC

6585 Decatur Blvd

Las Vegas, NV 89118

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$70,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.26** Nonpriority creditor's name and mailing address

Dajo Properties LLC

11360 Chestnut Tree Rd

Honey Brook, PA 19344

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$100,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.27** Nonpriority creditor's name and mailing address

Darnell Development, LLC

2814 W Newton CT

Visalia, CA 93291

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$15,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.28** Nonpriority creditor's name and mailing address

Dun Agro Hemp Group Inc

P.O. Box 475

Shelbyville, IN 46176

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$25,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Genie Investments NV, Inc.**                                    Case number *(if known)*   **3:24-bk-00496-BAJ**
          Name

| Part 2: | Additional Page |

**3.29** Nonpriority creditor's name and mailing address

Edge Development LLC

315 239th Ct. SE

Sammamish, WA 98074

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,000.00

---

**3.30** Nonpriority creditor's name and mailing address

Expansive Investments, LLC

3855 S 500 W B

Salt Lake City, UT 84115

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,000.00

---

**3.31** Nonpriority creditor's name and mailing address

Faith Investor Services, LLC

1522 4th Ave

Asbury Park, NJ 07712

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,000.00

---

**3.32** Nonpriority creditor's name and mailing address

Fehu Capital Inc

3139 W. Holmbe Blvd A219

77025

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 |
|---|---|---|---|

**Ficarra Holdings LLC**

408 Billings Road

Somers, CT 06071

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
|---|---|---|---|

**Foster Group LLC**

2539 N 300 E

Lehi, UT 84043

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|

**Global Verse Holdings LLC**

1709 Vintage Lane

Wylie, TX 75098

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
|---|---|---|---|

**Golden Goods LLC**

3620 West 10th Street

Greeley, CO 80634

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120,000.00 |
|---|---|---|---|

H&M Essential Services, LLC

221 N Broad Street 3A

Middletown, DE 19709

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,000.00 |
|---|---|---|---|

Half a Dime, LTD

Box 653

Alberta,

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 |
|---|---|---|---|

Heliosun LLC DBA Odin

1600 S Litchfield Rd 230A

Goodyear, AZ 85338

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,000.00 |
|---|---|---|---|

High Dunes II LLC

17 Lockwood Drive

Charleston, SC 29401

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.41** Nonpriority creditor's name and mailing address

Hospitality Growth Capital LLC

23 Upton St

Peabody, MA 01960

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$30,000.00

---

**3.42** Nonpriority creditor's name and mailing address

Humane Care 7 Days Medical Group Inc

6552 Bolsa Avenue N

Huntington Beach, CA 92647

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$40,000.00

---

**3.43** Nonpriority creditor's name and mailing address

Iron Dragon Corporation

70 Winding Way

Gibbsboro, NJ 08026

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

**3.44** Nonpriority creditor's name and mailing address

JC&TL Inc

13865 Magnolia Avenue B

Chino, CA 91710

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$30,000.00

---

| Debtor | **Genie Investments NV, Inc.** | Case number *(if known)* | **3:24-bk-00496-BAJ** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Just Hewitt LLC

205 E Hidalgo Avenue

Raymondville, TX 78580

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred  _____

Basis for the claim: _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 |
|---|---|---|---|

Knife & Spirit

7217 E 4th Avenue

Scottsdale, AZ 85251

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred  _____

Basis for the claim: _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

Knights Lending

1603 Capitol Ave, Ste. 413

Cheyenne, WY 82001

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred  _____

Basis for the claim: _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|

Knut LLC

697 N 740 E

84043

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred  _____

Basis for the claim: _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|--------|---------------------------|--------------------------|-------------------|
|        | Name |  |  |

## Part 2: Additional Page

**3.49**

**Nonpriority creditor's name and mailing address**

Latent Wealth Group LLC

302 N. Abajo Peak Way

Heber City, UT 84032

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.50**

**Nonpriority creditor's name and mailing address**

Lobenhaus Capital, LLC

6303 Lone Wolf Drive

Jamesville, NY 13078

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$60,000.00

---

**3.51**

**Nonpriority creditor's name and mailing address**

Log Cabin Building LLC

289 Parker Drive

Pittsburgh, PA 15216

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,000.00

---

**3.52**

**Nonpriority creditor's name and mailing address**

MAA DFW Investments LLC

2509 Amelia Island

Southlake, TX 76092

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$45,000.00

Debtor    **Genie Investments NV, Inc.**                                    Case number *(if known)*    **3:24-bk-00496-BAJ**
      Name

| Part 2: | Additional Page |
|---|---|

**3.53**   Nonpriority creditor's name and mailing address

McMann Commercial Lending LLC

500 N Michigan Ave 600

Chicago, IL 60611

Date or dates debt was incurred   _____

Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**     **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.54**   Nonpriority creditor's name and mailing address

Meetopolis LLC

5434 E Kathleen Road

Scottsdale, AZ 85254

Date or dates debt was incurred   _____

Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**     **$15,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.55**   Nonpriority creditor's name and mailing address

Michele Ruiz Productions, LLC DBA Ruiz Strategies

925 Century Park East 1700

West Hollywood, CA 90069

Date or dates debt was incurred   _____

Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**     **$15,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.56**   Nonpriority creditor's name and mailing address

Moser Holdings, LLC

537 S. 150 E.

Smithfield, UT 84335

Date or dates debt was incurred   _____

Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**     **$80,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**3.57** Nonpriority creditor's name and mailing address

My Dragonfly Home Solutions, LLC

7700 Irvine Center Drive 800

Irvine, CA 92618

As of the petition filing date, the claim is: $100,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.58** Nonpriority creditor's name and mailing address

NCR Digital Corp

237 Floyd Road

Shirley, NY 11967

As of the petition filing date, the claim is: $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.59** Nonpriority creditor's name and mailing address

New Mount olive Missionary Baptist Church Inc

P.O. Box 1696

Harvey, IL 60426

As of the petition filing date, the claim is: $223,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.60** Nonpriority creditor's name and mailing address

North Haven Lodging Partners LLC

2517 W Brentridge Circle

Sioux Falls, SD 57108

As of the petition filing date, the claim is: $1,800,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|--------|---------------------------|--------------------------|-------------------|
|        | Name                      |                          |                   |

## Part 2: Additional Page

**3.61** Nonpriority creditor's name and mailing address
Nortical Capital Inc

921 E. Parker Street 1

Lakeland, FL 33801

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$200,000.00

---

**3.62** Nonpriority creditor's name and mailing address
Nutra-Acres Inc

205 Michigan Ave

Chicago, IL 60611

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$40,000.00

---

**3.63** Nonpriority creditor's name and mailing address
Nutre Leasing LLC

23 Upton St

Peabody, MA 01960

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$30,000.00

---

**3.64** Nonpriority creditor's name and mailing address
NY SF Sunset Yards LLC

64 Grand Street

Brooklyn, NY 11249

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$67,500.00

Debtor  **Genie Investments NV, Inc.**                                    Case number *(if known)*    **3:24-bk-00496-BAJ**
Name

| Part 2: | Additional Page |

**3.65**  Nonpriority creditor's name and mailing address

On Site Life Care Inc.

41 Flatbush Avenue, 1st Floor

Brooklyn, NY 11217

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$97,500.00

---

**3.66**  Nonpriority creditor's name and mailing address

Oregon Business Management Group Inc

12600 SW 72nd Ave 140

Tigard, OR 97223

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

---

**3.67**  Nonpriority creditor's name and mailing address

Phoenix Rising LLC

172 Center Bay

Jackson, WY 83001

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$30,000.00

---

**3.68**  Nonpriority creditor's name and mailing address

Platinum Investments USA LLC

c/o THE CORPORATION TRUST COMPANY

CORPORATION TRUST CENTER 1209 ORANGE ST

Wilmington, DE 19801

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$58,500.00

---

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,000.00 |
|---|---|---|---|

**3.69** Nonpriority creditor's name and mailing address
Prine Energy Services LLC

450 Gears Road

Houston, TX 77067

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$40,000.00

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.70** Nonpriority creditor's name and mailing address
Ricks Ventures LLC

1354 W 1900 S

Logan, UT 84321

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$0.00

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.71** Nonpriority creditor's name and mailing address
Rolling By The Dozen RV Park LLC

40 Country Road 267

Somerville, TX 77879

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$35,000.00

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.72** Nonpriority creditor's name and mailing address
Rowehl & Russo Properties, LLC

237 Floyd Road

Shirley, NY 11967

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$15,000.00

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Genie Investments NV, Inc.**                                    Case number *(if known)*    3:24-bk-00496-BAJ
          Name

| Part 2: | Additional Page |
|---------|-----------------|

**3.73** Nonpriority creditor's name and mailing address

S&L Zeppeteli DBA SLZ Waste Inc

191 Moonachie Road

Moonachie, NJ 07074

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:        **$70,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.74** Nonpriority creditor's name and mailing address

Seeking First LLC

3320 Laurel Dale Drive

Tampa, FL 33618

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:        **$15,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.75** Nonpriority creditor's name and mailing address

Seiler Tucker Inc

400 Poydras Suite 1460

New Orleans, LA 70130

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:        **$375,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.76** Nonpriority creditor's name and mailing address

Skyward Tax & Accounting Service LLC

3505 Lake Lynda Dr. 200

Orlando, FL 32817

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:        **$30,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Genie Investments NV, Inc.**                                            Case number *(if known)*    3:24-bk-00496-BAJ
_____
Name

---

| **Part 2:** | **Additional Page** |

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,000.00 |
|---|---|---|---|

3.77 Nonpriority creditor's name and mailing address
Solar Capital Funding LLC

23 Upton St

Peabody, MA 01960

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:  $30,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.78 Nonpriority creditor's name and mailing address
Solas Realty Concepts LLC

112 Lehigh Avenue

Newark, NJ 07112

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:  $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.79 Nonpriority creditor's name and mailing address
Springer Farms Landholdings LLC

325 N 1200 E

American Fork, UT 84003

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:  $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.80 Nonpriority creditor's name and mailing address
SSC Services Inc

80 Franklin Street

Framingham, MA 01702

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:  $100,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    __Genie Investments NV, Inc.__    Case number *(if known)*    __3:24-bk-00496-BAJ__
Name

| Part 2: | Additional Page |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $70,000.00 |
|---|---|---|---|

**3.81** Nonpriority creditor's name and mailing address

Story Book Homes LLC

86 Mountain Avenue

Berkeley Heights, NJ 07922

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$70,000.00

**3.82** Nonpriority creditor's name and mailing address

Sun Coast Entertainment Live LLC

6960 Brescia Way

Orlando, FL 32819

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$40,000.00

**3.83** Nonpriority creditor's name and mailing address

Sunlight Storage LLC

3344 Bear Canyon Ln

Pleasant Grove, UT 84062

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$50,000.00

**3.84** Nonpriority creditor's name and mailing address

Taj Construction LLC

10 Windsor Dr.

Foxboro, MA 02035

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,000.00

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400,000.00 |
|---|---|---|---|

Terry's Florists LLC

46 English Plaza

Red Bank, NJ 07701

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500,000.00 |
|---|---|---|---|

The Farming Co. PTY LTD

86 Lakeside Dr.

Helena, MT 59604

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,000.00 |
|---|---|---|---|

The Generations Group

1006 Top Hill Dr

Brenham, TX 77833

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
|---|---|---|---|

TnC NOLA Holdings LLC

1461 Annunciaction Street B

New Orleans, LA 70130

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Genie Investments NV, Inc.**

Name

Case number *(if known)*    **3:24-bk-00496-BAJ**

---

**Part 2:** Additional Page

---

**3.89** Nonpriority creditor's name and mailing address

VTJ LLC

706 Leander DR

Leander, TX 78641

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25,000.00

---

**3.90** Nonpriority creditor's name and mailing address

Wai Holdings LLC

45 North Market

Wailuku, HI 96793

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25,000.00

---

**3.91** Nonpriority creditor's name and mailing address

Wallingford Lodging Partners LLC

2517 W Brentridge Circle

Sioux Falls, SD 57108

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,800,000.00

---

**3.92** Nonpriority creditor's name and mailing address

Winslow Homes LLC

3539 Tuscany Reserve Blvd

32168

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

---

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 |
|---|---|---|---|

WW LLC

26620 E Hoxie Road

Rockford, WA 99030

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150,000.00 |
|---|---|---|---|

Zelco Properties LLC

108 Patriot Dr A

Middletown, DE 19709

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Genie Investments NV, Inc.**        Case number *(if known)*    **3:24-bk-00496-BAJ**
       Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.   **Total claims from Part 2** | 5b.   **+** | **$10,679,644.00** |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$10,679,644.00** |

<table>
<tr><td colspan="2" style="background-color:#444;color:#fff;">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Genie Investments NV, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Middle District of Florida</td></tr>
<tr><td colspan="2">Case number (if known):    3:24-bk-00496-BAJ    Chapter    11</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Florida<br>Contract to be ASSUMED | Bold City Commercial LLC<br>4426 CAPITAL DOME DR<br>Jacksonville, FL 32246 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __Genie Investments NV, Inc.__

United States Bankruptcy Court for the: __Middle__    District of __Florida__
(State)

Case number (If known): __3:24-bk-00496-BAJ__

☐ Check if this is an
amended filing

## Official Form 206H
# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Debtor    Genie Investments NV, Inc.    Case number (if known)  3:24-bk-00496-BAJ
          Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | | | Column 2: Creditor | |
|---|---|---|---|---|---|---|
| | Name | Mailing address | | | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City      State      ZIP Code | | | | |
| 2.6 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City      State      ZIP Code | | | | |

**Fill in this information to identify the case:**

Debtor name      Genie Investments NV, Inc.

United States Bankruptcy Court for the:

     Middle District of Florida

Case number (if known):    3:24-bk-00496-BAJ    Chapter   11

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real Property:**

       Copy line 88 from *Schedule A/B*............................................................................    $0.00

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B*........................................................................    $84,626,910.80

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B*..........................................................................    $84,626,910.80

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    $0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................    +   $10,679,644.00

4. **Total liabilities**..........................................................................................................

    Lines 2 + 3a + 3b    $10,679,644.00