```
Label Matrix for local noticing        Genie Investments NV Inc.              Bryan K. Mickler
113A-3                                 PO Box 60443                           Attorney for the Debtor
Case 3:24-bk-00496-BAJ                 Jacksonville, FL 32236-0443            5452 Arlington Expy.
Middle District of Florida                                                    Jacksonville, FL 32211-6860
Jacksonville
Wed Apr  3 09:07:31 EDT 2024

Duval County Tax Collector             Florida Dept. of Revenue               Internal Revenue Service
231 Forsyth St.  #130                  Bankruptcy Unit                        PO Box 7346
Jacksonville FL 32202-3380             P.O. Box 6668                          Philadelphia, PA  19101-7346
                                       Tallahassee, FL 32314-6668


Secretary of the Treasury              The Generations Group-DonStrickland -  U.S. Securities & Exchange Commission
15th & Pennsylvania Ave., NW           14312 Zion Gate Xing                   Office of Reorganization
Washington, DC 20220-0001              Conroe, TX 77384-2516                  950 East Paces Ferry Road, N.E.
                                                                              Suite 900
                                                                              Atlanta, GA 30326-1382


United States Attorney                 Bryan K. Mickler +                     United States Trustee - JAX 11 +
300 North Hogan St Suite 700           Mickler & Mickler                      Office of the United States Trustee
Jacksonville, FL 32202-4204            5452 Arlington Expressway              George C Young Federal Building
                                       Jacksonville, FL 32211-6860            400 West Washington Street, Suite 1100
                                                                              Orlando, FL 32801-2210


Scott E Bomkamp +                      Jason A. Burgess +
DOJ-Ust                                Jacksonville
United States Trustee                  300 North Hogan Street
400 W. Washington St.                  Room 4-213
Ste 1100                               Jacksonville, FL 32202-4204
Orlando, FL 32801-2440
```

                   The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Note: Entries with a '+' at the end of the     End of Label Matrix
name have an email address on file in CMECF       Mailable recipients    13
-------------------------------------------       Bypassed recipients     1
Note: Entries with a '-' at the end of the        Total                  14
name have filed a claim in this case
```