| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00496-BAJ<br>Middle District of Florida<br>Jacksonville<br>Wed Apr  3 09:07:31 EDT 2024 | Genie Investments NV Inc.<br>PO Box 60443<br>Jacksonville, FL 32236-0443 | Bryan K. Mickler<br>Attorney for the Debtor<br>5452 Arlington Expy.<br>Jacksonville, FL 32211-6860 |
| Duval County Tax Collector<br>231 Forsyth St.  #130<br>Jacksonville FL 32202-3380 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | The Generations Group-DonStrickland -<br>14312 Zion Gate Xing<br>Conroe, TX 77384-2516 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Bryan K. Mickler +<br>Mickler & Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6860 | United States Trustee - JAX 11 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Scott E Bomkamp +<br>DOJ-Ust<br>United States Trustee<br>400 W. Washington St.<br>Ste 1100<br>Orlando, FL 32801-2440 | Jason A. Burgess +<br>Jacksonville<br>300 North Hogan Street<br>Room 4-213<br>Jacksonville, FL 32202-4204 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>--------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     1<br>Total                  14 |