**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                                                               CHAPTER **11**
**Genie Investments NV, Inc.**

DEBTOR(S)                                                   CASE NO    **3:24-bk-00496-BAJ**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **David Hughes**<br>PO BOX 5886, Wilmington, DE, 19808, USA | common | 10000 | owner |
| **John M. Cohan**<br>PO BOX 5886, Wilmington, DE, 19808, USA | common | 10000 | owner |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the __**Director**__ of the __**Public Corporation**__ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **04/03/2024**                         Signature: /s/ John Michael Cohan
                                                                             *John Michael Cohan, Director*