## United States Bankruptcy Court
## Middle District of Florida

In re **Genie Investments NV, Inc.**  
Debtor(s)

Case No. **3:24-bk-00496-BAJ**  
Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Genie Investments NV, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**04/03/2024**  
Date

/s/ Bryan K. Mickler  
**Bryan K. Mickler**  
Signature of Attorney or Litigant  
Counsel for **Genie Investments NV, Inc.**  
**Bar Number: 091790**  
**Law Offices of Mickler & Mickler, LLP**  
**5452 Arlington Expy.**  
**Jacksonville, FL 32211**  
**Phone: (904) 725-0822**  
**Email: bkmickler@planlaw.com**