# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES   or   NO   (circle one)** | **1** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated: _____, 2024.**

**By: _____, Deputy Clerk**

# U.S. Bankruptcy Court
## Middle District of Florida (Jacksonville)
### Bankruptcy Petition #: 3:24-bk-00496-BAJ

*Date filed:* 02/21/2024
*341 meeting:* 04/03/2024
*Deadline for filing claims:* 05/01/2024

*Assigned to:* Jason A. Burgess
Chapter 11
Voluntary
Asset

*Debtor*
**Genie Investments NV Inc.**
PO Box 60443
Jacksonville, FL 32236
DUVAL-FL
516-547-2810
Tax ID / EIN: 87-4036343

represented by **Bryan K. Mickler**
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
Fax : 904-725-0855
Email: court@planlaw.com

*U.S. Trustee*
**United States Trustee - JAX 11**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
407-648-6301

represented by **Scott E Bomkamp**
DOJ-Ust
United States Trustee
400 W. Washington St.
Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 02/21/2024 | 1 (5 pgs) | Voluntary Petition under Chapter 11. Filing Fee Paid. Schedules and Statements Incomplete, Statement of Financial Affairs Not Filed or Incomplete, Disclosure of Compensation of Attorney Not Filed or Not Required, Filed by Genie Investments NV Inc.. Chapter 11 Plan due by 6/20/2024. Disclosure Statement due by 6/20/2024. (Cathy P.) (Entered: 02/21/2024) |
| 02/21/2024 | 2 (2 pgs) | Order Authorizing Debtor-In-Possession to Operate Business. (ADIclerk) (Entered: 02/21/2024) |
| 02/21/2024 | 3 | Receipt of Chapter 11 Filing Fee - $1,738.00 by CP. Receipt Number 30000299. (ADIclerk) (Entered: 02/21/2024) |
| 02/21/2024 |  | Debtor(s) Attorney and Unrepresented Debtor(s) are directed to comply with all requirements set forth in Local Rule 2081-1. The Court's Local Rule can be found at http://www.flmb.uscourts.gov/localrules/rules/2081-1.pdf. (ADIclerk) (Entered: 02/21/2024) |
| 02/22/2024 | 4 (1 pg) | Notice of Appearance Filed by Scott E Bomkamp on behalf of U.S. Trustee United States Trustee - JAX 11. (Bomkamp, Scott) (Entered: 02/22/2024) |
| 02/23/2024 | 5 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 2)). Notice Date 02/23/2024. (Admin.) (Entered: 02/24/2024) |
| 02/26/2024 | 6 (2 pgs) | Notice of Deficient Filing. Summary of Assets, Schedules and Statements, Plan, Case Management Summary, List of 20 Largest Creditors, Certificate Authorizing Debtor to File Bankruptcy,List of Equity Security Holders, Creditor Matrix not filed. (related document(s)1). (Faye) (Entered: 02/26/2024) |
| 02/27/2024 | 7 (2 pgs; 2 docs) | Notice of Appearance and Request for Notice on Behalf of the Debtor Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc.. (Attachments: # 1 Mailing Matrix) (Mickler, Bryan) (Entered: 02/27/2024) |
| 02/27/2024 | 8 (3 pgs; 2 docs) | Motion to Extend Deadline to File Schedules and Statements *with Local Rule 2081-1 Documents* Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. (Attachments: # 1 Mailing Matrix) (Entered: 02/27/2024) |

| | | |
|---|---|---|
| 02/27/2024 | 9<br>(2 pgs) | Statement/Disclosure of Compensation of Attorney Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc.. (Mickler, Bryan) (Entered: 02/27/2024) |
| 02/28/2024 | 10<br>(2 pgs) | Notice of Bankruptcy Case . Section 341(a) meeting to be held on 3/20/2024 at 01:00 PM. U.S. Trustee (Jax) will hold the meeting telephonically. Call in Number: 866-718-3566. Passcode: 2721444#. Proofs of Claims due by 5/1/2024. (Juan) (Entered: 02/28/2024) |
| 02/28/2024 | 11<br>(2 pgs; 2 docs) | Motion to Allow *Payment of Post Petition Retainer* Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. (Attachments: # 1 Mailing Matrix) (Entered: 02/28/2024) |
| 02/28/2024 | 12<br>(6 pgs; 3 docs) | Application to Employ Bryan K. Mickler as Attorney for Debtor *with Attached Affidavit in Support* Contains negative notice. Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. (Attachments: # 1 Affidavit # 2 Mailing Matrix) (Entered: 02/28/2024) |
| 02/28/2024 | 13<br>(1 pg) | Order Granting Motion To Extend Deadline to File Schedules and Statements *(Extended until 4/5/24)* (Related Doc # 8) Service Instructions: Bryan Mickler is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Cathy P.) (Entered: 02/28/2024) |
| 02/28/2024 | 14<br>(3 pgs) | BNC Certificate of Mailing - Notice to Creditors and Parties in Interest (related document(s) (Related Doc # 6)). Notice Date 02/28/2024. (Admin.) (Entered: 02/29/2024) |
| 02/29/2024 | 15<br>(2 pgs; 2 docs) | Certificate of Service Re: Order dated February 28, 2024 Granting Motion to Extend Time to File Local Rule 2081-1 Document, Schedules and Statement of Financial Affairs. Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. (related document(s)13). (Attachments: # 1 Mailing Matrix) (Mickler, Bryan) (Entered: 02/29/2024) |
| 02/29/2024 | | Preliminary Hearing Scheduled for 3/7/2024 10:00 am Jacksonville, FL - Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street. Re: Motion to Allow Payment of Post Petition Retainer Doc 11. **This entry is not an official notice of hearing from the court.**<br><br>**Noticing Instructions**: The Court directs Bryan K. Mickler to prepare, file, and serve a notice of hearing that includes the information on the Notice of Hearing Sample Form available at https://www.flmb.uscourts.gov/proguide/documents/Samples/Notice_of_Hearing_Bankruptcy_Sample_Form.pdf?id=1 Counsel must file and serve the notice of hearing on interested parties within 3 days. If the hearing is on an Emergency/Expedited matter, then counsel must file and serve the notice of hearing immediately upon receipt of this directive. If the notice of hearing is not timely served and filed, then the Court will remove it from the hearing calendar and, in its discretion, may deny the relief requested. If notice of the hearing is not timely served and filed, then the Court will remove it from the hearing calendar and, in its discretion, may deny the relief requested.<br><br>(related document(s)11). (Bill) (Entered: 02/29/2024) |
| 03/01/2024 | 16<br>(3 pgs; 2 docs) | Notice of Hearing on Motion to Allow Payment of Post Petition Retainer Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. (related document(s)11). Hearing scheduled for 3/7/2024 at 10:00 AM at Jacksonville, FL - Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street. (Attachments: # 1 Mailing Matrix) (Mickler, Bryan) (Entered: 03/01/2024) |
| 03/01/2024 | 17<br>(1 pg) | Notice of Status Conference (related document(s)1). Hearing scheduled for 3/7/2024 at 10:00 AM at Jacksonville, FL - Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street. (Faye) (Entered: 03/01/2024) |
| 03/01/2024 | 18<br>(4 pgs) | BNC Certificate of Mailing - Notice of Meeting of Creditors. (related document(s) (Related Doc # 10)). Notice Date 03/01/2024. (Admin.) (Entered: 03/02/2024) |
| 03/03/2024 | 19<br>(2 pgs) | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 17)). Notice Date 03/03/2024. (Admin.) (Entered: 03/04/2024) |
| 03/05/2024 | 20<br>(119 pgs; 4 docs) | Expedited Motion *to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss This Case, or Convert This Case to Chapter 7* Filed by U.S. Trustee United States Trustee - JAX 11. (Attachments: # 1 Exhibit A: Composite Victims' Statements # 2 Exhibit B: Complaint from Illinois Litigation # 3 Exhibit C: Complaint from Florida Litigation) (Bomkamp, Scott) (Entered: 03/05/2024) |
| 03/06/2024 | 21<br>(2 pgs) | Notice of Hearing on Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss This Case, or Convert This Case to Chapter (related document(s)20). Hearing scheduled for 3/7/2024 at 10:00 AM at Jacksonville, FL - Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street. (Ryan S.) (Entered: 03/06/2024) |

| | | |
|---|---|---|
| 03/07/2024 | 22<br>(2 pgs) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES: WITNESSES: EVIDENCE: RULING:** 1. Status Conference **HELD** 2. Preliminary Hearing on Motion to Allow Payment of Post Petition Retainer Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 11 **GRANTED (SUBJECT TO REQUIREMENTS) ORDER MICKLER** 3. Preliminary Hearing on Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss This Case, or Convert This Case to Chapter 7 Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 20 **SET ALL DAY TRIAL APRIL 9 @ 9:00 (CRD WILL PREPARE)** Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court** . (Bill) (Entered: 03/07/2024) |
| 03/08/2024 | 23<br>(67 pgs) | Motion *in Limine to Exclude Trial Testimony and Evidence* Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. (related document(s)22, 20). (Entered: 03/08/2024) |
| 03/08/2024 | 24<br>(2 pgs) | Order Scheduling *Trial on Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss This Case, or Convert This Case to Chapter 7* (related document(s)20). Hearing scheduled for 4/9/2024 at 09:00 AM at Jacksonville, FL - Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street. Service Instructions: Clerks Office to serve. (Cathy P.) (Entered: 03/08/2024) |
| 03/08/2024 | 25<br>(2 pgs) | Order Granting Motion To Allow *Post-Petition Retainer* (Related Doc # 11). Service Instructions: Bryan Mickler is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Tonya) (Entered: 03/08/2024) |
| 03/08/2024 | 26<br>(2 pgs) | Order Approving Application to Employ/Retain *Bryan K. Mickler as attorney for the debtor and debtor-in-possession* (Related Doc # 12). Service Instructions: Bryan Mickler is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Tonya) (Entered: 03/08/2024) |
| 03/08/2024 | 27<br>(3 pgs) | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 21)). Notice Date 03/08/2024. (Admin.) (Entered: 03/09/2024) |
| 03/10/2024 | 28<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 24)). Notice Date 03/10/2024. (Admin.) (Entered: 03/11/2024) |
| 03/11/2024 | 29<br>(2 pgs; 2 docs) | Certificate of Service Re: Order dated March 8, 2024 Granting Motion to Allow Post-Petition Retainer. Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. (related document(s)25). (Attachments: # 1 Mailing Matrix) (Mickler, Bryan) (Entered: 03/11/2024) |
| 03/11/2024 | 30<br>(2 pgs; 2 docs) | Certificate of Service Re: Order dated March 8, 2024 Authorizing Employment of Attorney. Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. (related document(s)26). (Attachments: # 1 Mailing Matrix) (Mickler, Bryan) (Entered: 03/11/2024) |
| 03/13/2024 | 31<br>(9 pgs) | Objection to *Motion In Limine to Exclude Trial Testimony and Evidence* Filed by U.S. Trustee United States Trustee - JAX 11 (related document(s)23). (Bomkamp, Scott) (Entered: 03/13/2024) |
| 03/14/2024 | 32<br>(2 pgs) | Order Denying Motion *in Limine* (Related Doc # 23). Service Instructions: Bryan Mickler is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Tonya) (Entered: 03/14/2024) |
| 03/15/2024 | 33<br>(2 pgs; 2 docs) | Certificate of Service Re: Order dated March 14. 2024 Denying Motion in Limine. Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. (related document(s)32). (Attachments: # 1 Mailing Matrix) (Mickler, Bryan) (Entered: 03/15/2024) |
| 03/15/2024 | 34<br>(142 pgs) | Response to *United States Trustee's Motion to Appoint Trustee and other Relief* Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. (related document(s)20). (Mickler, Bryan) (Entered: 03/15/2024) |
| 03/21/2024 | 35<br>(1 pg) | Witness List Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. (related document(s)24, 20). (Mickler, Bryan) (Entered: 03/21/2024) |
| 03/22/2024 | | The United States Trustee states that the initial meeting of creditors was held and continued to the following date to allow further examination of the debtor(s) and/or the records of the debtor(s). Filed by U.S. Trustee United States Trustee - JAX 11. Section 341(a) meeting to be held on 3/27/2024 at 02:00 PM. U.S. Trustee (Jax) will hold the meeting telephonically. Call in Number: 866-718-3566. Passcode: 2721444#. (Bomkamp, Scott) (Entered: 03/22/2024) |
| 03/22/2024 | 36<br>(4 pgs) | Witness List *in Connection with Trial on Motion to Appoint Chapter 11 Trustee, Examiner, Dismiss Case, or Convert Case to Chapter 7* Filed by Scott E Bomkamp on behalf of U.S. Trustee United States Trustee - JAX 11 (related document(s)24, 20). (Bomkamp, Scott) (Entered: 03/22/2024) |

| | | |
|---|---|---|
| 03/28/2024 | [37](#)<br>(10 pgs; 2 docs) | Application to Employ Adam Walker as Special Counsel Attorney for Debtor *with supporting Affidavit* Contains negative notice. Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. (Attachments: # [1](#) Mailing Matrix) (Entered: 03/28/2024) |
| 03/29/2024 | [38](#)<br>(9 pgs) | Reply *to Debtor's Response to Expedited Motion to Appoint Chapter 11 Trustee, Appoint Examiner, Dismiss Case, or Convert to Chapter 7* Filed by U.S. Trustee United States Trustee - JAX 11 (related document(s)[34](#), [20](#)). (Bomkamp, Scott) (Entered: 03/29/2024) |
| 03/29/2024 | | The United States Trustee states that the initial meeting of creditors was held and continued to the following date to allow further examination of the debtor(s) and/or the records of the debtor(s). Filed by U.S. Trustee United States Trustee - JAX 11. Section 341(a) meeting to be held on 4/3/2024 at 02:00 PM. U.S. Trustee (Jax) will hold the meeting telephonically. Call in Number: 866-718-3566. Passcode: 2721444#. (Bomkamp, Scott) (Entered: 03/29/2024) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/02/2024 09:04:09 | | |
| **PACER Login:** | iwolfgra | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:24-bk-00496-BAJ Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |