# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **6** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated: _____, 2024.**

**By: _____, Deputy Clerk**

March 1, 2024

We applied for a $1.787M BELOC (Business Equity Line of Credit) loan with McMann Commercial Lending for the purpose of refinancing our RV park December 2022.

We were asked by McMann to create a Zoomeral account and to upload all our documents there. The Zoomeral platform never worked for uploading documents, though. We sent all documents through email and were told by McMann that they would upload the documents to Zoomeral for us.

We were approved for the BELOC loan and also approved for a bridge loan that would be provided by Genie Investments. The owner of Zoomeral is part owner of Genie Investments.

We wired a $7,900 application fee to McMann. Then we wired a $35,000 non-refundable due diligence fee to Genie Investments for a $178,000 bridge loan (10% of the BELOC loan). And we wired $26,805 to Genie Investments for prepaid bridge loan interest ($21,444) and a Zoomeral origination fee ($5,361) on January 10, 2023.

The contract with Genie Investments stated that Genie would provide McMann with the $178,000 bridge loan as a downpayment for the BELOC loan.

The contract with McMann stated we'd receive 20% of our BELOC loan within 75 calendar days of wiring the prepaid bridge loan interest and then receive the other 80% of loan within 75 calendar days from the first funding.

We never received any funding and were given all sorts of excuses such as the bank had placed a hold on the account due to the size of the deposits coming into and going out of the account and that attorneys were working to get the hold released. Plus many more.

I reached out to the owner of Zoomeral and Genie Investments, David Hughes. He told me that there are no guaranteed loans. He also told me that my prepaid interest for the bridge loan was expired. In the contract with Genie Investments, it states that you have to ask in writing to renew your loan interest after 90 days. Otherwise, it is theirs and is non-refundable. Yet, the $178,000 was supposed to be sent to McMann and McMann provide the first portion of the BELOC loan within 75 calendar days. David Hughes laughed and told me there was no BELOC loan.

After leaving an honest, non-disparaging online review after 5 months of waiting for a loan that was not funded, David Hughes of Genie Investments canceled my Zoomeral account. He pleaded with me over the phone to take down my review and then threatened to bring a lawsuit against me. Ultimately he brought a suit against me in arbitration that is currently on hold due to lack of response on his part.

David Hughes is now asking clients for even more money to help him bring a lawsuit against his wholesale lender, claiming clients may get their funds returned if they participate. First come, first serve. And an extensive confidentiality agreement must be signed. Just today he offered a client $20,000 to remove her online reviews and for her to give information on what is going on within a large group of clients who have all been scammed by him.

I believe both Zoomeral and Genie Investments make their money from the upfront fees and have little motivation or intention to actually fund loans. I have personally heard from over 40 clients of Zoomeral and Genie Investments who paid heavy upfront fees and never received a loan. I believe he either gambled our money trying to acquire a loan or that he's just running a massive Ponzi scheme and has covered himself in every way he could think of legally to keep the operation rolling.

This scam has damaged my husband, me and our 10 kids in an immeasurable way. It put us in the worst financially position of our lives and has caused immense struggle.

*Kristin Stegent*

Kristin Stegent