# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **9** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:**_____**, 2024.**

**By: _____, Deputy Clerk**

# Wire Transfer Outgoing Request

**CHASE**

## Wire Transfer Sender Information

| Field | Value |
|---|---|
| Sender Name: | RYAN S STEGENT |
| Account Name: | KRISTIN STEGENT OR RYAN S STEGENT |
| Street Address: | [redacted] |
| City: | SOMERVILLE |
| State: | TX |
| Zip: | 77879-[redacted] |
| Country: | USA |
| Daytime Phone: | [redacted] |
| Primary ID Type: | Driver's License |
| ID Issuer: | TX |
| ID Number: | [redacted]7852 |
| ID Issue Date: | [redacted]2020 |
| ID Exp: | [redacted]2027 |
| Secondary ID Type: | |
| ID Issuer: | |
| ID Number: | |
| ID Issue Date: | |
| ID Exp: | |
| Comments: | |

## Wire Transfer Information

| Field | Value |
|---|---|
| Request Date: | 01/03/2023 |
| Request time: | 05:14:45PM Eastern time |
| Effective date: | 01/04/2023 |
| Wire Type: | Domestic |
| Debit Account #: | XXXXXX8591 |
| Debit Account Type: | TOTAL CHECKING |
| Wire Amount (US dollars): | $35,000.00 |
| Qualifying Account #: | |
| Qualifying Account Type: | |
| Source of funds: | Checking |
| Wire Fee: | $35.00 |
| Currency type to be sent: | US Dollars |
| Exchange rate: | N/A |
| Foreign currency amount: | N/A |
| Amount to Collect (USD): | $35,035.00 |
| FX Contract Number: | |

## Recipient Account Information

| Field | Value |
|---|---|
| Account Name: | GENIE INVESTMENTS NV |
| Street Address: | |
| Account Number: | [redacted]8502 |
| City: | |
| State: | |
| Zip: | |
| Country: | |
| Text to Recipient: | "DUE DILIGENCE" USER ID 2634 |

## Receiving Bank Information

| Field | Value |
|---|---|
| Bank Name: | JPMorgan Chase Bank National Association |
| Street Address: | [redacted] |
| Bank ABA/SWIFT Code: | [redacted]0021 |
| City: | Ardsley |
| State: | NY |
| Zip: | 10502-[redacted] |
| Country: | USA |
| Intermediary Bank Name: | |
| Street Address: | |
| Intermediary Bank ABA: | |
| City: | |
| State: | |
| Zip: | |
| Country: | |
| Text to Receiving Bank: | |

N15220-CS WTA (06/2022)    Page 1 of 5