# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **11** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

# Wire Transfer Outgoing Request

**CHASE**

## Wire Transfer Sender Information

| Sender Name: | | | | | |
|---|---|---|---|---|---|
| RYAN S STEGENT | | | | | |
| Account Name: | | Street Address: | | | |
| KRISTIN STEGENT OR RYAN S STEGENT | | ▓▓▓▓▓▓▓▓▓▓ | | | |
| City: | State: | Zip: | Country: | | Daytime Phone: |
| SOMERVILLE | TX | 77879-▓▓ | USA | | ▓▓▓▓ |
| Primary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | | ID Exp: |
| Driver's License | TX | ▓▓▓▓ | ▓▓/2020 | | ▓▓2027 |
| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | | ID Exp: |
| Comments: | | | | | |

## Wire Transfer Information

| Request Date: | Request time: | Effective date: | Wire Type: |
|---|---|---|---|
| 01/10/2023 | 04:53:20PM Eastern time | 01/10/2023 | Domestic |
| Debit Account #: | Debit Account Type: | Wire Amount (US dollars): | |
| XXXXXX8591 | TOTAL CHECKING | $26,805.00 | |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: | Wire Fee: |
| | | Checking | $35.00 |
| Currency type to be sent: | Exchange rate: | Foreign currency amount: | Amount to Collect (USD): |
| US Dollars | N/A | N/A | $26,840.00 |
| FX Contract Number: | | | |

## Recipient Account Information

| Account Name: | | | | |
|---|---|---|---|---|
| Genie Investments NV | | | | |
| Street Address: | | Account Number: | | |
| | | ▓▓▓▓▓▓ | | |
| City: | | State: | Zip: | Country: |
| Text to Recipient: | | | | |
| Bridge loan prepaid interest and zoomeral fees | | | | |

## Receiving Bank Information

| Bank Name: | | | | |
|---|---|---|---|---|
| JPMorgan Chase Bank National Association | | | | |
| Street Address: | | Bank ABA/SWIFT Code: | | |
| ▓▓▓▓▓▓ | | ▓▓▓0021 | | |
| | City: | State: | Zip: | Country: |
| | Ardsley | NY | 10502-▓ | USA |
| Intermediary Bank Name: | | | | |
| Street Address: | | Intermediary Bank ABA: | | |
| | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | |

N15220-CS WTA (06/2022)    Page 1 of 5