UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV, Inc.,                     Case No.: 3:24−bk−00496−BAJ

Debtor.                                         Chapter 11

_____ /

**<u>UNITED STATES TRUSTEE'S EXHIBIT LIST (Part I)</u>**
Trial on Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner,
Dismiss Case, or Convert Case to Chapter 7 (Document No. 20)
<u>Trial Date:   April 9, 2024, at 9:00 a.m.</u>

| Exh. No. | Document Description | Date Identified | *Date Admitted* | *With or Without Objection* |
|---|---|---|---|---|
| 1 | Docket for Case No. 3:24-bk-00496-BAJ | | | |
| 2 | Voluntary Petition (Doc. No. 1) | | | |
| 3 | U.S. Trustee's Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss This Case, or Convert This Case to Chapter 7 (Doc. No. 20) | | | |
| 4 | Debtor's Response to U.S. Trustee's Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss This Case, or Convert Case to Chapter 7 (Doc. No. 34) | | | |
| 5 | U.S. Trustee's Reply to Debtor's Response to Expedited Motion to Appoint Chapter 11 Trustee, Appoint Examiner, Dismiss Case or Convert to Chapter 7 (Doc. No. 38) | | | |
| 6 | Statement of Small Business Owner, Kristin Stegent (Rolling By the Dozen RV Park, LLC) | | | |
| 7 | Stegent: $7,900 Wire Transfer | | | |
| 8 | Stegent: Due Diligence Fee Agreement signed & Wire Instructions to Genie | | | |
| 9 | Stegent: $35,000 Due Diligence Wire Transfer | | | |

| 10 | Stegent: Bridge Loan Agreement signed | | | |
|----|---------------------------------------|--|--|--|
| 11 | Stegent: $26,805 Prepaid Interest & Zoomeral Fees Wired | | | |
| 12 | Stegent: BELOC Agreement | | | |
| 13 | Stegent: Email with David Hughes re public post | | | |
| 14 | Stegent: Email with David Hughes re breach | | | |
| 15 | Stegent: Email with McMann re the status of the BELOC loan closing | | | |
| 16 | Stegent: Email with David Hughes re countersuit | | | |
| 17 | Stegent: Genie's Cease & Desist Demand Letter | | | |
| 18 | Stegent: Genie's Refund Opt-In Agreement | | | |
| 19 | Stegent: Email with Genie's counsel re service of Genie Arbitration Complaint | | | |
| 20 | Stegent: Email with Genie's counsel re arbitration | | | |
| 21 | Stegent: Genie's JAMS Arbitration Demand | | | |
| 22 | Stegent: Email with Genie's counsel re postings | | | |
| 23 | Stegent: Email with JAMS re extension for Arbitration Objection | | | |
| 24 | Stegent: Genie's email re removal of posts to agree to extension | | | |
| 25 | Stegent: Genie email to remove online reviews | | | |
| 26 | Stegent: Objections to Arbitration | | | |
| 27 | Stegent: Genie's email to JAMS re motion for summary judgment filing | | | |
| 28 | Statement of Small Business Owner, Charles Blake Stringer (Nutra-Acres, LLC) | | | |
| 29 | Stringer: Email with Application, Business Plan, and BELOC timeline | | | |
| 30 | Stringer: Emails re BELOC timeline | | | |
| 31 | Stringer: Due Diligence Fee Agreement & Wiring Instructions | | | |

| | | | | |
|---|---|---|---|---|
| 32 | Stringer: Email re BELOC Loan Agreement & Bridge Loan Agreement | | | |
| 33 | Stringer: Email attaching Due Diligence Fee Agreement and Bridge Loan Agreement | | | |
| 34 | Stringer: Signed Bridge Loan Agreement | | | |
| 35 | Stringer: Email with notarized signature on the Bridge Loan Agreement with Genie | | | |
| 36 | Stringer: McMann Wiring Instructions to Genie's account for BELOC Loan Agreement | | | |
| 37 | Stringer: Email with David at Zoomeral attaching signed Bridge Loan Agreement | | | |
| 38 | Stringer: Email attaching Nutra-Acres Demand Letter to McMann and Genie | | | |
| 39 | Stringer: McMann BELOC loan funding update and Nutra-Acres email response | | | |
| 40 | Stringer: McMann termination letter of BELOC with Nutra-Acres | | | |
| 41 | Stringer: Email re unable to refund $115k wire | | | |
| 42 | Stringer: Email re unable to refund $245k wire | | | |
| 43 | Stringer: Genie's Cease & Desist Letter | | | |
| 44 | Stringer: Genie's email re update on Due Diligence & Bridge Interest Payments | | | |
| 45 | Stringer: Genie email re Refund Opt-In | | | |
| 46 | Stringer: Nutra-Acres Commercial Demand for Arbitration to AAA | | | |
| 47 | Stringer: Genie email serving Cease & Desist Letter re defamation, Arbitration Complaint, signed Due Diligence Agreement | | | |
| 48 | Stringer: Genie email re Nutra-Acres Response to Objections | | | |
| 49 | Stringer: Genie email re arbitration attorney | | | |
| 50 | Stringer: AAA email re submission by 11/16/23 | | | |
| 51 | Stringer: Nutra-Acres Objection to Arbitration | | | |

| 52 | Stringer: EM from AAA Closing Arbitration | | | |
|----|------------------------------------------|--|--|--|

BY: _____
         Deputy Clerk