# EXHIBIT COVER SHEET

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES     or     NO     (circle one)** | **13** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**From:** David from Genie Investments <dhughes@genieinvestments.com>
**Sent:** Monday, June 19, 2023 2:32 PM
**To:** Kristin Stegent <■■■■■■■■■■■■■■■■■■■■■■■■■■>
**Subject:** RE: Public Post Today

Kristin,

I am not sure what you are talking about. If your talking about Genie or ZOOMERAL, we have to agree to any language you post, anywhere. This is covered in our terms and conditions. If you do choose to use Zoomeral or Genie then we will hand off to our attorneys immediately.

Not sure what you are getting at though. When McMann funds you then you will take them down????? I don't get it.

Sincerely,

**David Hughes**
Genie Investments, Secretary

**GENIE INVESTMENTS**
*Believe in your Dreams*

A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. . Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity. DISCLAIMER: Sender (dhughes@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710     AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm
PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.
This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and educational purposes only and does not provide investment advice.

**From:** Kristin Stegent <■■■■■■■■■■■■■■■■■■■■■■■■■■>
**Sent:** Monday, June 19, 2023 10:20 AM
**To:** David from Genie Investments <dhughes@genieinvestments.com>
**Subject:** Public Post Today

David,

I typed in the wrong date. Today is the Monday I'll be making my public posts. Will take down if funded.

Thanks,

Kristin Stegent

**From:** David from Genie Investments <dhughes@genieinvestments.com>
**Sent:** Monday, June 19, 2023 3:01 PM
**To:** Kristin Stegent
**Subject:** RE: Public Post Today

Kristin,

Okay, I just saw your post. I will hand this off to our legal department. You have violated many of our terms and conditions so, I have terminated your account with Zoomeral. As you are aware, we were working on some personal and business offers for you and that has now ended as well.

To be clear, Genie will no longer consider you/your company for any loan.

For serving notice purposes, please email the address you wish to be served at home/business/attorney.

If you wish to take your post down, then do so immediately and let me know that it is down, and I will stop legal efforts to remedy. To be clear though, you will not give an ultimatum to fund you, or you will do us harm. That is what you have done within an email to me. You have gone ways outside of your contracted agreements. All of them, actually.  Please understand that taking your post down will not get your Zoomeral account back nor will Genie consider you for a future loan. Taking the post down will only remove the cause of action suit.

Last chance, you want to keep it up or take it down? If you are going to take it down, then you will need to take it down by 5:00 Central Standard time tomorrow. Sorry you have taken these steps, Genie and Zoomeral were both putting something together for you and your business.

Sincerely,

**David Hughes**
Genie Investments, Secretary

**GENIE INVESTMENTS**
*Believe in your Dreams*

A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. . Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity. DISCLAIMER: Sender (dhughes@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710    AS PER

GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm
PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.
This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and educational purposes only and does not provide investment advice.

**From:** Kristin Stegent
**Sent:** Monday, June 19, 2023 10:20 AM
**To:** David from Genie Investments <dhughes@genieinvestments.com>
**Subject:** Public Post Today

David,

I typed in the wrong date. Today is the Monday I'll be making my public posts. Will take down if funded.

Thanks,

Kristin Stegent

**From:** Kristin Stegent <████████████████████>
**Sent:** Monday, June 19, 2023 4:15 PM
**To:** David from Genie Investments <dhughes@genieinvestments.com>
**Subject:** Re: Public Post Today

David,

Just saw this second e-mail. To be clear, I was giving you the courtesy of letting you know that I was going to make my honest, factual post of my experience with Genie and Zoomeral if I was not funded. If I would have been funded, I would have had no facts of not being funded and wouldn't have felt the need to post a review. But honestly, if I had been funded, it would have been only out of courtesy to you to not post a review. I honestly think people need to see an honest review and see what they are signing up for, but I was willing not to put that out there if I had received funding because funding would have overall satisfied me as a client. I do not believe I have violated terms and conditions, and you've told me that my contract expired after 90 days anyway. I am comfortable with you bringing a lawsuit against me if you choose to do so. I will bring a countersuit with interpleaders.

Sincerely,

Kristin Stegent

---

**From:** David from Genie Investments <dhughes@genieinvestments.com>
**Sent:** Monday, June 19, 2023 3:01 PM
**To:** Kristin Stegent <████████████████████>
**Subject:** RE: Public Post Today

Kristin,

Okay, I just saw your post. I will hand this off to our legal department. You have violated many of our terms and conditions so, I have terminated your account with Zoomeral. As you are aware, we were working on some personal and business offers for you and that has now ended as well.

To be clear, Genie will no longer consider you/your company for any loan.

For serving notice purposes, please email the address you wish to be served at home/business/attorney.

If you wish to take your post down, then do so immediately and let me know that it is down, and I will stop legal efforts to remedy. To be clear though, you will not give an ultimatum to fund you, or you will do us harm. That is what you have done within an email to me. You have gone ways outside of your contracted agreements. All of them, actually. Please understand that taking your post down will not get your Zoomeral account back nor will Genie consider you for a future loan. Taking the post down will only remove the cause of action suit.

Last chance, you want to keep it up or take it down? If you are going to take it down, then you will need to take it down by 5:00 Central Standard time tomorrow. Sorry you have taken these steps, Genie and Zoomeral were both putting something together for you and your business.

Sincerely,

**David Hughes**
Genie Investments, Secretary

# GENIE INVESTMENTS
*Believe in your Dreams*

A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. . Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity. DISCLAIMER: Sender (dhughes@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710     AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm
PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.
This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and educational purposes only and does not provide investment advice.

**From:** Kristin Stegent
**Sent:** Monday, June 19, 2023 10:20 AM
**To:** David from Genie Investments <dhughes@genieinvestments.com>
**Subject:** Public Post Today

David,

I typed in the wrong date. Today is the Monday I'll be making my public posts. Will take down if funded.

Thanks,

Kristin Stegent

**David from Genie Investme…**  6/19/23
To: Kristin Stegent

# RE: Public Post Today

Kristin,

Okay, I just saw your post. I will hand this off to our legal department. You have violated many of our terms and conditions so, I have terminated your account with Zoomeral. As you are aware, we were working on some personal and business offers for you and that has now ended as well.

To be clear, Genie will no longer consider you/your company for any loan.

For serving notice purposes, please email the address you wish to be served at home/business/attorney.

If you wish to take your post down, then do so immediately and let me know that it is down, and I will stop legal efforts to remedy. To be clear though, you will not give an ultimatum to fund you, or you will do us harm. That is what you have done within an email to me. You have gone ways outside of your contracted agreements. All of them, actually. Please understand that taking your post down will not get your Zoomeral account back nor will Genie consider you for a future loan. Taking the post down will only remove the cause of action suit.

Last chance, you want to keep it up or take it down?