# EXHIBIT COVER SHEET

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES   or   NO   (circle one)** | **15** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated: _____, 2024.**

**By: _____, Deputy Clerk**

**From:** Info MCL <info@mcmanncommerciallending.com>
**Sent:** Friday, June 23, 2023 9:33 AM
**Subject:** BELOC Loan Closing Protocol

The protocol for BELOC loan closings will be going out this coming week. Once the BELOC loan information has been confirmed then the funding process will begin. We will not have a funding schedule until after applicants have been confirmed. McMann Commercial Lending would like to thank everyone for their patience while we are working through this loan closing process.

Walt Trock
**Corporate** ▓▓▓▓▓▓▓▓▓▓
**Direct** ▓▓▓▓▓▓▓▓
**Managing Director**
https://mcmanncommerciallending.com
800-616-7276

Appointment Calendar | Quick Commercial Loan Approval

