# EXHIBIT COVER SHEET

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES    or    NO    (circle one)** | **16** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated: _____, 2024.**

**By: _____, Deputy Clerk**

**From:** David from Genie Investments <dhughes@genieinvestments.com>
**Sent:** Friday, July 7, 2023 4:10 PM
**To:** Kristin Stegent
**Subject:** Re: Multiparty Lawsuit

Kristin,

I am having one of our attorney's draft a strong testation letter for you and your attorney. I am not sure if you know what a testation letter is, but in case you do not, it is a letter that states. So, the attorney that writes the letter has his or her license on the line if any statements are not true and provable with statements our attorney has reviewed. After you and your attorney review this testation letter, I don't believe that there will be any chance that you will bring suit against any company I own or me for that matter. We are very proud of our history. The testation letter will include the following at a minimum:

- All companies that I own-run are in good standing
- All companies that I own/run have never been sued
- Genie specifically, has a fantastic history of successful loan closing over the years (plural)

I should have it within the next week or so. There is no SCAM/FRAUD I assure you and any attorney that you share it with will also agree that there is no SCAM/FRAUD.

Again, with this email, I will keep it positive and extend another olive branch. Take your post down and we can discuss reactivating your ZOOMERAL account that you already paid for. Please understand though, Genie, and all management of Genie concur, will not extend or consider extending a loan to you considering your actions and position. Perhaps in the future this can change but you are going to have to draw down. Genie aside, loans can be offered to you by other third-party lenders that use our directory as you will have your active account back. I will happily, provide you with this gesture to show my good faith. I know once you really understand more about Zoomeral, you will tremendously value your software subscription. So again, the choice is yours of course, but I believe it would be very reasonable for you to take me up on this offer. You can always put your post back up later. I will keep this message positive so I will end with all of the above and wish you a good weekend.

Sincerely & Respectfully,

**David Hughes**
Genie Investments, Secretary

**GENIE INVESTMENTS**
*Believe in your Dreams*

A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. . Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity. DISCLAIMER: Sender (dhughes@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-

mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710    AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm
PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.
This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and educational purposes only and does not provide investment advice.

**From:** Kristin Stegent
**Sent:** Friday, July 7, 2023 9:09 AM
**To:** David from Genie Investments <dhughes@genieinvestments.com>
**Subject:** Multiparty Lawsuit

David,

I would have liked to work with you and Walt. I definitely gave you both fair warning about posting publicly and gave you both a chance to fulfill your contracts with me. At this point, I will be working with a lawyer and other borrowers and to bring a multiparty lawsuit against both McMann and Genie. Everyone in law and government agencies I have spoken with absolutely sees both companies as part of a scam based on all the facts of multiple people's stories. This will take time to build and execute, but I will see you in court.

Sincerely,

Kristin Stegent