# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **21** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated: _____, 2024.**

**By: _____, Deputy Clerk**

# Demand For Arbitration - Genie Investments vs. ROLLING BY THE DOZEN RV PARK LLC #5425001699

## Submission Date: 12/13/2023

### 1. JAMS Local Center

JAMS resolution center    Requested Hearing Location

New York, New York

### 2. Rules & Fees

Arbitration Rules

JAMS Comprehensive Arbitration Rules and Procedures

Filing & Submission Fees

⦿ Two-party matter: $2,000.

### 3. Claimant(s)

1.
   Genie Investments

### Claimant Representatives

A. Michael Faragalla
   Spiegel & Utrera, P.A.
   1840 Coral Way, 4th Floor
   33145 Miami FL
   6308850060
   Attorneyfaragalla@amerilawyer.com

B. Jason Houda
   Spiegel & Utrera, P.A.
   1 Maiden Lane, 5th Floor
   10038 New York NY
   2142633393
   Attorneyhouda@amerilawyer.com

### 4. Respondent(s)

1.
   ROLLING BY THE DOZEN RV PARK LLC
   PO BOX 184
   77878 Snook TX
   kristinstegent@hotmail.com

### Respondent Representatives

A. Kristin Stegent
   PO BOX 184
   77878 Snook TX
   kristinstegent@hotmail.com

## 5. Nature of Dispute

Claims: 1) Breach of contract for BLCL 2) Defamation/libel/slander/disparagement 3) Wire fraud 4) Confidentiality Relief: Damages, attorneys fees, and injunctive relief (removal of all disparaging posts)

Amount in Controversy  $ 26805.00

- [Arbitration Complaint - Stegent & Rolling.pdf](#)   Claims/Responses/Counterclaims

## 6. Agreement

Pg. 4, para 7.

☑  By checking the box to the left, Claimant requests that the Expedited Procedures described in JAMS Comprehensive Rules 16.1 and 16.2 be applied in this matter. Respondent shall indicate not later than seven (7) days from the date this Demand is served whether it agrees to the Expedited Procedures.

- [Rolling by the dozen Signed Retention Agreement and wire confirmation.pdf](#)   Other

## 7. Consumer & Employment

⦿ NO, this is not a CONSUMER ARBITRATION

## 8. Submission information

Name        Michael Faragalla
Address     1840 Coral Way, 4th Floor
Zip Code    33145
City        Miami
State       FL
Phone       6308850060
E-mail      attorneyfaragalla@amerilawyer.com