# EXHIBIT COVER SHEET

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES    or    NO    (circle one)** | **22** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____**, 2024.**

**By:** _____**, Deputy Clerk**

**From:** Kristin Stegent <kristinstegent@hotmail.com>
**Sent:** Thursday, January 11, 2024 10:32 AM
**To:** Jason Houda <attorneyhouda@amerilawyer.com>
**Cc:** Juliana Wilkin <jwilkin@jamsadr.com>; Attorneyfaragalla@amerilawyer.com <Attorneyfaragalla@amerilawyer.com>
**Subject:** Re: Genie Investments vs. Rolling by the Dozen RV Park LLC - JAMS Ref No. 5425001699

Proof of emergency. And reviews I left 6 and 7 months ago. Not actively posting, thanks.

10:23

Kristin Stegent

**Posts**  Photos  Reels



**Kristin Stegent**
3h

Dad was doing pretty good we thought, but then he had a setback last night. The nurse practitioner called my mom. Doctor wanted them to stand Dad up to pee to help his kidney function. Standing beside bed he stopped breathing. Went into cardiac arrest. They did CPR and intubated him. The good news to the setback is CPR worked immediately and Dad woke up quickly. Best outcome for what happened. They kept him sedated through night constantly checking hemoglobin, blood gases, everything. They think they may be able to remove tube today. ICU Nurse said Dad was wide awake through sedation. He was following commands and nodding head answering appropriately so no damage during brief time heart stopped. All was stable.

We all have PTSD from Dad being on the vent for 17 days when he almost died 7 years ago Easter Day, but we are hopeful and praying he's gonna pull through all this ok. Please continue to pray with us, and thank you so much for all the thoughts and prayers! ❤️

109    46 comments  2 shares

Like    Comment    Send    Share



**Kristin Stegent**
17h

Home  Video  Friends  Marketplace  Notifications  Menu

10:23

**Kristin Stegent**

Posts   Photos   Reels

**Kristin Stegent**
17h

UPDATE: Thank you for praying!!! This morning my dad had outpatient surgery to clean out blocked arteries in his leg. Thd main artery in his stomach got nicked. He ended up going by ambulance to the hospital and they were literally squeezing a bag of blood into his veins to get it in fast enough. He was white! They found the tear and repaired it. We think he's going to be ok. My mom, aunt, sister and I saw him tonight. He's in a lot of pain but is talking a little and even cracked a little joke. He's in pain from gas building up in his body. They cannot give him narcotics but are giving him something to try to help with the pain. He has a central line in his neck and 4 bags of blood on standby. Please pray he can sleep tonight, for no more bleeding and that he makes a full recovery. Thank you!! ❤️❤️❤️

Please pray for my Dad now! Major complication to minor surgery. I think he's having or about to have emergency surgery. I'm on the road headed that way.



Home   Video   Friends   Marketplace   Notifications   Menu



**Kristin S.**

7 months ago

We started the application process with McMann Commercial Lending for a BELOC loan December 2022. The process was pretty simple aside from some of our paperwork being lost and having to resend it. Our application was accepted. Initially we wired a $7,900 application fee to McMann Commercial Lending. Then we wired a $35,000 non-refundable due diligence fee to a third party investor, and finally we wired $26,805 to the third party for bridge loan interest ($21,444) and a loan data management platform origination fee ($5,361) on January 10, 2023. At that point, we were told that McMann had everything they needed from us and that we were awaiting funding. We were verbally guaranteed, as well as guaranteed within our contract, that we'd receive the funding of our first tranche (20% of loan) in no later than 75 calendar days and then the funding of our second tranche (80% of loan) in no later than 75 calendar days from the funding date of our first tranche. Around 75 days of waiting, we started asking about our funding. For the next 2 months, anytime we asked about our funding we received either no response or a text message stating something like, "As soon as I have any update I will let you know". We received 25+ text messages similar to or exactly like this plus a few e-mail updates. One of the e-mail updates sent on 3/23 stated that the bank had placed a hold on the account due to the size of the deposits coming into and going out of the account and that attorneys

    

Search | Projects | Me | Collections | More



Back    McMann Commerc...

account due to the size of the deposits coming into and going out of the account and that attorneys were working to get the hold released. Then we received an e-mail on 4/03 stating that the hold had been released. On 5/10 we were told through e-mail that McMann attorneys were handling a compliance issue and that it should be resolved by Friday 5/12 and that the funding should be happening the week of 5/15 to 5/20. We are currently at 149 days of waiting for the funding of our first tranche, just 1 day away from when we should have already received both tranches. We were offered the potential of a personal line of credit since our BELOC funding is delayed with no explanation of why our BELOC funding is delayed. We declined the offer and stated that we only want to receive our BELOC funding. On the first week of June we were told there would be an announcement regarding BELOC loans on Wednesday 6/07. On Wednesday 6/07 I received this text from the owner of McMann Commercial Lending: "notices on the BELOC loan status are being prepared and should be out by email later in the day". There was never an e-mail sent. And here we are...still waiting.

I have received many messages through social media after posting my initial Google review - there are many people not being funded and I have yet to hear of anyone who has actually received funding for their BELOC loan.



Helpful 1    Thanks 1    Love this 1    Oh no 1

Search    Projects    Me    Collections    More

**12:08**

🔒 zoomeral

← **Kristin Stegent**
2 reviews · 7 photos

★☆☆☆☆  6 months ago

We applied for a BELOC loan with McMann Commercial Lending (3rd party lender) December 2022. We were asked by McMann to create a Zoomeral account and to upload all our documents there. The Zoomeral platform never worked for uploading documents, though. We sent all documents through email and were told by McMann that they would upload the documents to Zoomeral for us. We were approved for the BELOC loan and also approved for a bridge loan that would be provided by Genie Investments. The owner of Zoomeral is part owner of Genie Investments. We wired a $35,000 non-refundable due diligence fee to Genie Investments for a $178,000 bridge loan. Then we wired $26,805 to Genie Investments for prepaid bridge loan interest ($21,444) and a Zoomeral origination fee ($5,361) on January 10, 2023. The contract with McMann stated we'd receive 20% of our BELOC loan within 75 calendar days of wiring the prepaid bridge loan interest and then receive the other 80% of loan within 75 calendar days from the first funding. We are at 160 days and have received no funding. I reached out to the owner of



the first funding. We are at 160 days and have received no funding. I reached out to the owner of Zoomeral and Genie Investments. He told me that there are no guaranteed loans. He also told me that my prepaid interest for the bridge loan was expired. In the contract with Genie Investments, it states that you have to ask in writing to renew your loan interest after 90 days. Otherwise, it is theirs and is non-refundable. Genie Investments has a heavy non-disparagement agreement that prevents many clients from speaking about their experiences online. The company is quick to threaten to cancel a loan or to bring a lawsuit against a client if the client does post any type of negative review or statement online.

I do not recommend getting a loan through Zoomeral or Genie Investments as there are heavy up front fees with no guarantee for a loan. If you do use either, I'd advise reading every single word of the contract and understand what you are getting into before you sign. I believe both Zoomeral and Genie Investments make their money from the upfront fees and have little motivation or intention to actually fund loans.

👍 4     ↑



**From:** Jason Houda <attorneyhouda@amerilawyer.com>
**Sent:** Thursday, January 11, 2024 10:17 AM
**To:** Kristin Stegent <kristinstegent@hotmail.com>
**Cc:** Juliana Wilkin <jwilkin@jamsadr.com>; Attorneyfaragalla@amerilawyer.com <Attorneyfaragalla@amerilawyer.com>
**Subject:** Re: Genie Investments vs. Rolling by the Dozen RV Park LLC - JAMS Ref No. 5425001699

Ms. Wilkin,

The Defendants in these matters are communicating and actively defaming our client. We object to any further delays or extensions. While I am not taking the position that there is a medical emergency, Defendant has a history of making knowingly false statements regarding our client v. different corporate entities. The Defendant has provided no documentary or supporting evidence and is actively posting defamatory content causing irreparable harm to my client. This request should be denied.

Jason Houda, Esq.
Phone: (800) 603-3900
Fax: (800) 520-7800

*Unless otherwise indicated or obvious from the nature of this transmittal, or the attachments hereto, the information contained in this e-mail is privileged and confidential, intended for the use of the intended recipient named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, or copying of this e-mail, or the attachments hereto, is prohibited. If you have received this communication in error, please immediately notify the sender by e-mail and return the original message to the sender at the above address. This e-mail and attachments is for the personal and confidential use of the designated recipient(s) and may be privileged attorney-client communication or attorney work-product. If you are not the intended recipient, you have received this email in error. Any review, dissemination, distribution or copying of this message is prohibited. If you have received this email in error, notify the sender at once by email or telephone, and delete the original from your system. This email does not create an attorney-client relationship. Unless you are already a client of Spiegel & Utrera, P.A. or AmeriLawyer.com, pursuant to a prior agreement, you should not use, interpret, or rely on this email as legal advice or opinion. Do not act on any information in this email without seeking legal advice.*

On Thu, Jan 11, 2024 at 10:52 AM Kristin Stegent <kristinstegent@hotmail.com> wrote:
I am requesting a 14 day extension for the strike and rank process as we are in the middle of a family medical emergency.

Thanks,

Kristin Stegent

**From:** Juliana Wilkin <jwilkin@jamsadr.com>
**Sent:** Tuesday, January 9, 2024 10:54 AM
**To:** Attorneyfaragalla@amerilawyer.com <Attorneyfaragalla@amerilawyer.com>; Attorneyhouda@amerilawyer.com <Attorneyhouda@amerilawyer.com>; kristinstegent@hotmail.com <kristinstegent@hotmail.com>
**Subject:** Genie Investments vs. Rolling by the Dozen RV Park LLC - JAMS Ref No. 5425001699

Good Morning.

This is a courtesy notification that JAMS has uploaded the Commencement packet in the above referenced arbitration to JAMS ACCESS, which includes the strike and rank list for the arbitrator. **There is a deadline associated with the packet, so please register with JAMS ACCESS if you have not already done so at https://access.jamsadr.com.**

If you have any questions related to this matter, please contact me.

Kind regards,
Juliana

**Juliana C. Wilkin (she/her)**
Senior Arbitration Practice Specialist
East/Central Arbitration Team

**JAMS - Local Solutions. Global Reach.™**

P:  1.312.655.9193
E:   JWilkin@JAMSADR.com
 **www.JAMSADR.com**
**Follow us on:**


 **JAMS was recently recognized at Legalweek's Leaders in Tech Law Awards.**
 **Learn more about our Virtual and Hybrid capabilities.**