# EXHIBIT COVER SHEET

**Exhibit**

| | |
|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |
| Admitted: | **YES     or     NO     (circle one)**     **23** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |
| Case No. | **3:24−bk−00496−BAJ** |
| Nature of Hearing: | **Trial on** |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |
| | **Debtor's Response Thereto (Doc. No. 34)** |
| | **U.S. Trustee's Reply (Doc. No. 38)** |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**From:** Juliana Wilkin <jwilkin@jamsadr.com>
**Sent:** Thursday, January 11, 2024 10:27 AM
**To:** Jason Houda <attorneyhouda@amerilawyer.com>; Kristin Stegent <kristinstegent@hotmail.com>
**Cc:** Attorneyfaragalla@amerilawyer.com <Attorneyfaragalla@amerilawyer.com>
**Subject:** RE: Genie Investments vs. Rolling by the Dozen RV Park LLC - JAMS Ref No. 5425001699

Good Morning, Mr. Houda and Ms. Stegent.

Thank you for providing the request for extension and objection. JAMS will allow a reasonable extension, but not a 14-day extension. The deadline to return the strike and rank list has been extended to **January 24, 2024, allowing an extra 7 days for return of the strike and rank lists.**

Mr. Houda, if this matter is to be considered on an emergency basis, please refer to JAMS Rules.

Kind regards,
Juliana

> **Juliana C. Wilkin (she/her)**
> Senior Arbitration Practice Specialist
> East/Central Arbitration Team
>
> **JAMS - Local Solutions. Global Reach.™**
>
> P:  1.312.655.9193
> E:   JWilkin@JAMSADR.com
> www.JAMSADR.com
> **Follow us on:**
> 
> **JAMS was recently recognized at Legalweek's Leaders in Tech Law Awards**.
> **Learn more about our Virtual and Hybrid capabilities**.

**From:** Jason Houda <attorneyhouda@amerilawyer.com>
**Sent:** Thursday, January 11, 2024 10:17 AM
**To:** Kristin Stegent <kristinstegent@hotmail.com>
**Cc:** Juliana Wilkin <jwilkin@jamsadr.com>; Attorneyfaragalla@amerilawyer.com
**Subject:** Re: Genie Investments vs. Rolling by the Dozen RV Park LLC - JAMS Ref No. 5425001699

> **Caution:** This email originated from outside JAMS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Wilkin,

The Defendants in these matters are communicating and actively defaming our client. We object to any further delays or extensions. While I am not taking the position that there is a medical emergency, Defendant has a history of making knowingly false statements regarding our client v. different corporate entities. The Defendant has provided no documentary or supporting evidence and is actively posting defamatory content causing irreparable harm to my client. This request should be denied.

Jason Houda, Esq.
Phone: (800) 603-3900
Fax: (800) 520-7800



*Unless otherwise indicated or obvious from the nature of this transmittal, or the attachments hereto, the information contained in this e-mail is privileged and confidential, intended for the use of the intended recipient named above.  If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, or copying of this e-mail, or the attachments hereto, is prohibited.  If you have received this communication in error, please immediately notify the sender by e-mail and return the original message to the sender at the above address. This e-mail and attachments is for the personal and confidential use of the designated recipient(s) and may be privileged attorney-client communication or attorney work-product. If you are not the intended recipient, you have received this email in error. Any review, dissemination, distribution or copying of this message is prohibited. If you have received this email in error, notify the sender at once by email or telephone, and delete the original from your system. This email does not create an attorney-client relationship. Unless you are already a client of Spiegel & Utrera, P.A. or AmeriLawyer.com, pursuant to a prior agreement, you should not use, interpret, or rely on this email as legal advice or opinion. Do not act on any information in this email without seeking legal advice.*

On Thu, Jan 11, 2024 at 10:52 AM Kristin Stegent <kristinstegent@hotmail.com> wrote:
I am requesting a 14 day extension for the strike and rank process as we are in the middle of a family medical emergency.

Thanks,

Kristin Stegent

**From:** Juliana Wilkin <jwilkin@jamsadr.com>
**Sent:** Tuesday, January 9, 2024 10:54 AM
**To:** Attorneyfaragalla@amerilawyer.com <Attorneyfaragalla@amerilawyer.com>; Attorneyhouda@amerilawyer.com <Attorneyhouda@amerilawyer.com>; kristinstegent@hotmail.com <kristinstegent@hotmail.com>
**Subject:** Genie Investments vs. Rolling by the Dozen RV Park LLC - JAMS Ref No. 5425001699

Good Morning.

This is a courtesy notification that JAMS has uploaded the Commencement packet in the above referenced arbitration to JAMS ACCESS, <u>which includes the strike and rank list for the arbitrator</u>. **There is a deadline associated with the packet, so please register with JAMS ACCESS if you have not already done so at [https://access.jamsadr.com](https://access.jamsadr.com).**

If you have any questions related to this matter, please contact me.

Kind regards,
Juliana

> **Juliana C. Wilkin (she/her)**
>
> Senior Arbitration Practice Specialist
> East/Central Arbitration Team
>
> **JAMS - Local Solutions. Global Reach.™**
>
> P:  1.312.655.9193
> E:   [JWilkin@JAMSADR.com](mailto:JWilkin@JAMSADR.com)
> [www.JAMSADR.com](http://www.JAMSADR.com)
> **Follow us on:**
>    
>
> **JAMS was recently recognized at [Legalweek's Leaders in Tech Law Awards](#)**.
> **Learn more about our [Virtual and Hybrid capabilities](#)**.