# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **26** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:**_____**, 2024.**

**By:** _____**, Deputy Clerk**

# Objections to Arbitration

At this time, I object to arbitration due to the following:

1. Misrepresentation of the facts listed in the documents provided - The amount listed and represented by Genie Investments is not accurate. Only one of my two wire transfers are accounted for in the information provided by Genie Investments. Also, only one of my two contracts has been provided. I do not have a Business Expansion Line of Credit Agreement with Genie Investments. I have one with McMann Commercial Lending. I did not contact Genie Investments for a business line of credit. I was offered a bridge loan from Genie Investments through the 3rd party of McMann Commercial Lending. These facts and many others are inaccurately stated or are misrepresented.
2. I ask for an extension of time before starting the arbitration process and ask for a continuance until the ongoing investigation by the Federal Bureau of Investigations has been completed, as well as any other state or federal investigative authorities that are gathering information about this matter. I, along with many others clients of Genie Investments, are currently working with several agencies. I have provided a victim letter with case number from the FBI.
3. I object to the carve-out of an individual nature in this suit, which has the same material facts with all parties. I, along with many other clients of Genie Investments, will request a joint multi-party suit. We will request to be enjoined by all necessary parties, including Mcmann Commercial Lending (or Mcmann Capital Lending). I can and will provide a list of defendant parties with the same material facts in this case.
4. I request a time for discovery of material facts in this case and matter.  Not all relevant facts are included in this dispute. Other important facts will need to be examined through the discovery process. There is currently a lawsuit against Genie Investments that will help determine facts and findings about the claimant. I request to mirror the discovery schedule of the North Haven Case.
5. The contract was first breached by the claimant at 75 days after my ICA payment was made. I left no reviews or online postings until 139 days after my ICA payment was made and I had received no funding of my loan. Is it possible to breach an already breached contract?
6. I believe my 1st amendment right gives me the freedom to leave a factual and honest online review.
7. I would like to request an extension before starting the arbitration process to give me time to find and secure legal counsel. Because of the loss of money to Genie Investments and financial decisions made believing our loan would be funded, finances are strained. This makes finding legal counsel difficult.
8. I am not able to pay arbitration fees at this time. My husband is working in plumbing to provide for our family of 12, and I manage our RV park that has not been and is not currently breaking even. My dad stepped in to help us financially because of this failed loan and the strain it put on our finances. He suddenly passed away a week ago Sunday.

Thank you for your consideration,

Kristin Stegent
ROLLING BY THE DOZEN RV PARK LLC