# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **28** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

Genie Investments

In October 2022  I was seeking an option for a refinance package on my existing 7,000 acre organic farming operation in the Texas Panhandle.
I had a broker by the name of Clyde Allsop from New Jersey that had been given some information about a financial institution by the name of Mcmann Commercial Lending LLC located out of Chicago, Illinois.
This finance group had a program called a BELOC business expansion line of credit. I paid an initial $7900 for an application, application fee upfront to McMann.
 This loan product looked to be a very good fit for what I was exploring.
My initial contact with Mcmann was with their loan officer a fellow named Michael Lanza,
He presented me with the contracts, and also made several calls and question and answer sessions with my Lenders and even their attorneys on numerous conference calls. My loan that I was approved on was for 24 million against my 35 million in assets of my current operations. This loan was to refinance roughly $18 million in pre-existing debt and provide me with some additional operating capital.
I also had dealings with the owner and manager of Mcmann, Mr. Walter Trock. Mr. Trock later made many representations to my Lenders with letters of guarantees & explanations of funding delays.

The Mcmann group  provided all the initial loan documentation, and as a part of their services as being agents for a " Sister Company"  of Genie Investments NV .
Mcmann facilitated what they called a bridge loan and an ICA interest Carry account that Was needed in order to facilitate the business expansion line of credit BELOC loan.
It was explained over and over to myself, my Lenders and others, That it was necessary to put up 10% on the total loan value in order to do a lock on the rates on the business expansion line of credit.
Where Genie comes into the picture is this Mcmann claimed that Genie was their "Sister company" and had vast experience in the funding process of these BELOC Loans and because of that Genie would provide the Bridge loan or the necessary bridge funding in order to receive the 10% upfront funds to lock in the loan for the borrowers that were unable to put up the entire amount, themselves out-of-pocket.
Mcmann provided to me & my new formed entity Nutra-Acres LLC the necessary documentation, and loan documentation for the bridge loan that Genie investments would provide in front of the Mcmann BLOC loan package.
In Feb-March of 2023 I paid in a total of $365,000 by wire into the Genie Investment ICA account.
It was represented to us that this was a trust account set up for the pre-payment of interest on the total of the Bridge loan that would be provided further to Mcmann and the BELOC business expansion line of credit loan.

This money was wired into Chase Bank
ABA 021000021
Account 852288502
Genie Investments NV

It was understood that this money would preserve the position of an interest carry account on the bridge loan.  I have multiple emails & the contracts that explain this and even several phone recording conversations from Mr. LANZA explaining this.

The original contractual agreement from Mcmann explained and outlined that once the ICA account was fully funded then we would receive a notice and at that point the "timeline" would start on a 14-75 day period for the receipt of the first Tranche payment of 20% Of the total loan.  I was refinancing existing debt, and I was under an agreement with my current lenders to wait for the funds to close the refinance process. The money never showed and after the 75 day Period and many many conversations of excuses and letters of the delays I had an attorney that I had previously worked with who is a bankruptcy attorney from Fort Worth Texas by the name of Jeff Prostok he served a letter of demand to Genie investments, and Mcmann commercial lending group, we never got a satisfactory response from either party.
I later served a demand letter of civil theft from my attorney, Mr. John Lovell from Amarillo Texas. This demand letter was to all parties both Mcmann and Genie and again no response.

Genie filed an arbitration suit against me and my entity some months later.  That suit was objected to and has been put in a position of stay due to my January 2, 2023 forced filing of Chapter 11 bankruptcy in the Northern District of Texas. Case # 24-20000-11
I have listed Genie investments, and Mcmann commercial lending in my schedules, As a claimant.
The plan is to list both these lenders as an adversarial and file suit in the bankruptcy case.
All of the above comments and writings are as of fact.

*[signature]*

Blake Stringer
Nutra-Acres LLC

2/28/2024