# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO      (circle one)** | **29** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:**_____**, 2024.**

**By:** _____**, Deputy Clerk**

| | |
|---|---|
| **From:** | Michael Lanza |
| **To:** | Charles Stringer |
| **Cc:** | Clyde Allsop |
| **Subject:** | Documents as promised. |
| **Date:** | Wednesday, December 14, 2022 11:20:38 AM |
| **Attachments:** | Outlook-image.png.png |
| | Outlook-image.png.png |
| | McMann BELOC Fillable Application DB.pdf |
| | McMann Business Plan Template WT.pdf |
| | McMann BELOC Timeline.docx |

It was a pleasure speaking to you today. See the attached Application, Business Plan Template and the summary of the timeline. If after reviewing the documents you have any questions please give me a call.

Michael J. Lanza

**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar




| Sales Representative# 2 |
|---|
| Name: Walt Trock |
| Contact 800-616-7276 |

This is a PDF fillable doc. Handwritten Applications are unacceptable.



# McMANN Commercial Lending

## Business Line of Credit Application

Fax Completed Application to 312-871-3344 Or email to
info@mcmanncommerciallending.com

### BUSINESS INFORMATION

| Type of Entity (check one) | ☐ Corporation ☐ S Corporation | ☐ General Partnership ☐ Nonprofit | ☐ LLC ☐ Other | ☐ LP | ☐ Sole Proprietorship | ☐ LLP | Federal ID |
|---|---|---|---|---|---|---|---|

| Merchants Legal Name | D/B/A | Business Phone |
|---|---|---|

| Physical Address | City, State, Zip | Business Fax |
|---|---|---|

| Mailing Address / Billing Address | City, State, Zip | Use of Proceeds |
|---|---|---|

| Business Type; Product/Service Sold | State of Incorporation/Organization | Date business started (mm/yy) | Length of Ownership | |
|---|---|---|---|---|

| Contact Name | Position | Email Address | Web Address | Requested Advance Amount |
|---|---|---|---|---|

### MERCHANT/OWNER INFORMATION (1)

| Corporate Officer/Owner Name | Title | Social Security Number | Date of Birth | Ownership % |
|---|---|---|---|---|

| Driver's License & State | Home Phone Number | Cell Phone Number | Email Address |
|---|---|---|---|

| Residence Address | City, State, Zip |
|---|---|

### OWNER INFORMATION (2) – ONLY IF MERCHANT/OWNER (1) IS LESS THAN 51% (both Owners must exceed 51%)

| Corporate Officer/Owner Name | Title | Social Security Number | Date of Birth | Ownership % |
|---|---|---|---|---|

| Driver's License & State | Home Phone Number | Cell Phone Number | Email Address |
|---|---|---|---|

| Residence Address | City, State, Zip |
|---|---|

### SALES & CREDIT CARD PROCESSING INFORMATION

Visa/MasterCard: Card Swipe_____% Manually Keyed_____% Phone/Mail Order_____% Internet_____% Total (100%)

Avg. Gross Monthly Sales (Cash, Checks, Credit Cards)

Seasonal Sales: ☐ Yes ☐ No If yes, high volume months: ☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ Jun ☐ Jul ☐ Aug ☐ Sep ☐ Oct ☐ Nov ☐ Dec

| # of Terminals | Terminal Make & Model | Software Type / POS System | Software Type / POS System - Contact Name & Phone |
|---|---|---|---|

### BACKGROUND INFORMATION

| Are you currently paying back a cash advance? | ☐ YES ☐ NO | If Yes, Company:_____ When taken out?_____ Balance:_____ |
|---|---|---|
| Are you currently behind on any of the following? | ☐ YES ☐ NO | If Yes, How much? Utilities:_____ Sales Tax:_____ Liquor Tax:_____ Rent:_____ Bank Loans:_____ |
| Any State / Federal Liens against the owners or business? (sales tax, mixed beverage, 941, etc.) | ☐ YES ☐ NO | If Yes, Details: _____ |
| Have you ever filed for Bankruptcy? | ☐ YES ☐ NO | If Yes, Details: _____ |
| Do you have any Lawsuits or Judgments against you or your business spending? | ☐ YES ☐ NO | If Yes, Details: _____ |

| TRADE REFERENCE (1) Business Name | Contact, Account Number | Phone Number |
|---|---|---|
| TRADE REFERENCE (2) Business Name | Contact, Account Number | Phone Number |

### BUSINESS PROPERTY INFORMATION

| Own/Lease | Lease Start Date | Lease Term | Monthly Rent/Mtg | Type of Building | Square Footage (approx) |
|---|---|---|---|---|---|

Contact Name | Phone Number | Fax

Managing Member

_____   _____

### Here is what is needed to complete your request for a Unsecured Business Line of Credit

-Please fill out, sign, and return the attached MCL Business Application
-Executive Summary:  Sample Format Attached
-Articles of Incorporation, Good Standing, Operating Agreements, EIN from the IRS.
-2 Forms of personal ID State driver's licenses and a US Visa (copies of all owners ID's with more than 20% ownership in the Corp)
-Personal Financial statement (limited edition part of this application)
-Borrowers Consent (owners of 20% or more of Corp or LLC
-Due Diligence Deposit per LOI which is part of this application as all due diligence deposits are Non Refundable.

-The Following Can Wait until the On Line Data Base Platform is set up or until a Secure folder is sent for uploads: Business Bank Statements, Profit and Loss Statement from Business, Previous Year Business Tax Returns.



# McMANN Commercial Lending
205 N Michigan Ave • Suite 810 • Chicago IL 60601
312-224-8559 • 800-616-7726 • Fax 312-871-3344
Advertised Rates and Terms do not apply to all properties and county in the continental US

## Executive Summary Line of Credit

**Purpose and Use of Funds:**

 is requesting a $                  Line of Credit to support the leased additional warehouse space that was leased in July of this year. Company has already stocked about 15% of this space and is expected to have 75%- 85% of this new space occupied by January of 2021. The Line of Credit will be used to support the anticipated growth over the next 3 years that the additional space will provide

**Exit Strategy of LOC:**
In 2020, the company grew by 40%. The same growth is expected to continue in 2021. The expanded storage space that is now available and the additional 85% demand for unique food storage products will provide sufficient profitability with which to repay the Line of Credit.

**About The Company:**
 Company Inc. is a growing food storage and distribution company. Founded in 2005, the company has been growing steadily and are proud to say that many of the customers we started with are still with us today, our customers are growing due in part to our excellent supportive services. We are FDA registered and GMP certified which is not a requirement but demonstrates that we take food storage seriously. This year, we have begun the process of a new certification, one that is deemed the highest level of certification that a food-grade warehouse can achieve. Our audit date for this certification is in February 2021.

*Mc*

McMann Commercial Lending ● 800-616-7276 ● Chicago IL 60611

## Borrowers Consent

I hereby give our consent to McMann and its affiliates and/or successors and/or assigns permission to obtain ANY AND ALL INFORMATION regarding ownership, of assets, employment, checking/savings and/or all banking accounts, verifications of mortgages, payoffs, credit obligations and ALL OTHER MATTERS which may be required with our loan application for a loan.

THIS FORM MAY BE REPRODUCED AND THAT COPY SHALL BE AS EFFECTIVE AS THE ORIGINAL CONSENT WHICH WE HAVE SIGNED.

_____    _____    _____
Borrowers Signature                                              Date                      Date of Birth

_____    Social Security #    Email Address
Borrowers name typed or printed

_____
Primary Residence Address, City, State, Zip


_____    _____    _____
Co Borrowers Signature                                           Date                      Date of Birth

_____    Social Security #    Email Address
Co Borrowers name typed or printed

_____
Primary Residence Address, City, State, Zip


_____    _____    _____
Co Borrowers Signature                                           Date                      Date of Birth

_____    Social Security #    Email Address
Co Borrowers name typed or printed

_____
Primary Residence Address, City, State, Zip


_____    _____    _____
Co Borrowers Signature                                           Date                      Date of Birth

_____    Social Security #    Email Address
Co Borrowers name typed or printed

_____
Primary Residence Address, City, State, Zip

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

# UnSecured LOC Due Diligence Checklist as of 10/13/2021

1. Income Statement (past five years or less starting with company establishment)

2. Balance Sheets (past five years or less starting with company establishment)

3. Cash Flow Statements (past five years or less starting with company establishment)

4. Tax Returns (past five years or less starting with company establishment)

5. Net Worth Statement/s for All Equity Owners That Have A 5% Or Higher Ownership Stake

6. Business Plan Including A 2 Year Forecast/Proforma & Management Bios

7. Previous 5 Month's Business Bank Statements for All Business Bank Accounts

8. Post-Closing Balance Assuming Term Sheet Terms/Rates

9. All UCC Lien Filings & Current List of All Creditors

10. Articles of Incorporation, Corporate Bylaws/Operating Agreement, & A Recent Certificate of Good Standing

11. Capitalization Table of All Outstanding Stock Shares, Stock Warrants, & Stock Options

12. All Registered Intellectual Property

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

## McMann Commercial Lending Wire Instructions:

**Beneficiary: McMann Commercial Lending LLC,**
**205 N Michigan Ave, Suite 810 Chicago IL 60601**
**Bank: Old Plank Trail Community Bank 60423**
**Phone: 815-464-6888**
**Account #:** ▇▇▇▇▇**6406, Routing:** ▇▇▇▇**6582**

As of December 1, 2022 the BELOC Due Diligence Deposit is $7,900 Non-Refundable.

## Executive Summary Line of Credit

**Purpose and Use of Funds:**

 is requesting a $                    Line of Credit to support the leased additional warehouse space that was leased in July of this year.  Company has already stocked about 15% of this space and is expected to have 75%- 85% of this new space occupied by January of 2021. The Line of Credit will be used to support the anticipated growth over the next 3 years that the additional space will provide

**Exit Strategy of LOC:**

In 2020,  the company grew by 40%. The same growth is expected to continue in 2021. The expanded storage space that is now available and the additional 85% demand for unique food storage products will provide sufficient profitability with which to repay the Line of Credit.

**About The Company:**

 Company Inc. is a growing food storage and distribution company. Founded in 2005, the company has been growing steadily and are proud to say that many of the customers we started with are still with us today, our customers are growing due in part to our excellent supportive services. We are FDA registered and GMP certified which is not a requirement but demonstrates that we take food storage seriously. This year, we have begun the process of a new certification, one that is deemed the highest level of certification that a food-grade warehouse can achieve. Our audit date for this certification is in February 2021.

**McMANN Commercial Lending** • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

March 27, 2024

Proposed Timeline:

1. **Once Approved you will receive an activation link per SEC Guidelines where you go online an activate your account by uploading your application and business plan to avoid solicitation and verify, we did not change any info to get you approved.**
2. **Once Activated you will receive the Retention Agreement to retain McMann to secure the Bridge loan. Once executed and the Bridge loan fee of XXK is paid for the XXXM Bridge we move forward.**
3. **within 48-72 hours you will receive the Terms Sheet, Data Management Agreement and the Bridge Loan agreement. Once executed you return all three agreements.**
4. **Within 48-72 hours you receive your loan agreement for review by you and your lawyer. Once executed you return and wire in your prepaid interest for the 90-day Bridge loan. The rate on that is 5% per month.**
5. **Once the loan agreement executed and the prepaid interest is received the bridge lender will deposit the XXXM into the ICA Account.**
6. **At this point you are closed, and the clock starts ticking on the wait until your funding is received. This as stated can be 14-75 days for the first Tranche of 20%. Once this deposit is made the clock starts ticking on the second tranche which again could be 14-75 days for the remaining 80%.**

**Any questions give me a call.**