# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES      or      NO      (circle one)** | **39** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

From: **Charles Stringer** <cbs.llc2019@gmail.com>
Date: Thu, Jun 8, 2023 at 5:54 PM
Subject: Re: BELOC loan funding update
To: Clyde Allsop <ccccllc54@gmail.com>, David Hughes <David@zoomeral.com>, David from Genie Investments <dhughes@genieinvestments.com>, Info MCL <info@mcmanncommerciallending.com>, Michael Lanza <mlanza@mcmanncommerciallending.com>, Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, Sandra Colthirst <scolthirst@mcmanncommerciallending.com>, <blake.nutraacres.llc@gmail.com>

To Walter Trock, and all business associates of Mcmann commercial lending.

I am in receipt of your email and Letter about the Beloc funding dated Today June 8 '23

Once again, we have received in writing something that means nothing.

This letter does not alleviate our concerns about funding of the Beloc Loan.
There is no definite timeline, no commitment language, no transparency, no contractual evidence of this loan funding at all, and as pointed out in previous written communications this is all very vague to what the facts really are.
In fact it raises even more questions to the validity of the loan, because in this letter, you are claiming to letting us terminate, and giving back a refund of the interest payment on the ICA bridge loan portion that the Genie Investment group Funded on behalf of Mcmann clients, and as you know from the previous correspondence last week a letter and response from David Hughes to my federal bankruptcy attorneys at the Prostok Law Firm, according to David Hughes that our contract is expired, but now, your representations in this letter, is saying there's a choice to terminate, and receive a refund? Mcmann, at this point your representations are that nothing about this loan program is expired.

 Who is representing whom here?

There's been many communications with representations from all parties that are very misleading, & deceptive.
Bottom line there's still no proof or evidence there are any funds available, there is no proof or transparency that anyone will receive a Beloc loan.

Mr. Trock At this point as I explain to you by text yesterday the only way you will stop me from exposing everything & everybody I know about Mcmann, Zoomeral, Genie or any others involved in this loan process of yours, is simply this: FUND the loan, that you & your associates are contractually obligated too.

There are about 20 people involved at this point, I now have personally dealt with six attorneys, several brokers, and several others that are on the same Zoomeral/Mcmann platform currently waiting for the Beloc to fund,
I personally have been to the FBI, and have a case filed, yesterday I started filing complaints, CFPB,FINRA, the Texas, Attorney General, soon will be the Illinois attorney general, I'm encouraging all brokers and Mcmann clients that have not been funded by the Beloc to do the same, and name off every fact, detail and person involved in this horrible situation that Mcmann and all of its associates have failed to contractually obligate.

Unlike yourselves, we are being very factual and transparent about this situation.

This is already cost me, hundreds of thousands of dollars in damages & this is a fact.
If the funding remedy does not happen in the next few days, it is my intention to put you all on notice of a lawsuit, and I'm certain several will follow.

You're a timely and transparent response will be much appreciated.


Charles Blake Stringer
Nutra acres LLC


P.s. David Hughes, I will ask of you to send on, and for this to Mike Connor & the rest of the owners of Genie Investment, as I do not have their email addresses.




On Thu, Jun 8, 2023 at 3:03 PM Info MCL <info@mcmanncommerciallending.com> wrote:

**McMANN Commercial Lending** • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 224-328-6440

June 8, 2023

To:  BELOC Approved Loan Applicants
Re:  Disbursement amounts and dates for the lst Tranche

Dear Messer's:

    McMann Commercial Lending LLC ("McMann") has been in communication with its wholesale Private lenders. McMann is pleased to inform you that these investors have advised McMann that it intends to provide McMann with funds before the end of this month (June 2023), as delays on the investors end have purportedly been resolved. McMann thanks you for your patience.

    Nevertheless, if you feel that you must exercise your option to terminate your BELOC agreement and obtain a refund of your Interest Credit Account payments, please complete, notarize, and submit the Termination form attached to your BELOC agreement and submit the request to McMann. The refund will then be promptly processed. To be clear, while these investors have advised McMann that funds will arrive before the end of June, this is not a guarantee of funding from McMann.

    McMann will provide another update once the private investors provide McMann with additional information as to funding amounts and dates. McMann understands that you may desire more specific information; however, no more detail can be provided at this time. McMann has no option but to provide these private investors with the necessary time to perform. Again, McMann appreciates your patience and understanding in this matter.