# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **40** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____, 2024.

**By:** _____, Deputy Clerk



500 S<small>KOKIE</small> B<small>LVD</small>., S<small>UITE</small> 600
N<small>ORTHBROOK</small>, I<small>LLINOIS</small> 60062
(224) 260-3090

D<small>ANIEL</small> S. K<small>LAPMAN</small>
(224) 260-3087
dklapman@swkattorneys.com

June 23, 2023

**VIA EMAIL AND CERTIFIED MAIL**
Attn: Charles Stringer, Managing Member
Nutra-Acres, LLC
130 North Dumas Avenue
Dumas, Texas 79029
Cbs.llc2019@gmail.com

  Re: Termination of Business Expansion Line of Credit Agreement between McMann Commercial Lending LLC and Nutra-Acres LLC

Dear Mr. Springer:

  Please be advised that this firm represents McMann Commercial Lending LLC ("McMann") concerning the above referenced Business Expansion Line of Credit Agreement ("BELOC") entered into by McMann as lender and Nutra-Acres LLC ("Nutra Acres" or "Borrower") on March 9, 2023. You are hereby notified that McMann has terminated the BELOC pursuant to its terms.

  More specifically, at a minimum, as Nutra-Acres' managing member, you have repeatedly breached Section 14.5 of the BELOC, including in writing to various third parties, including but in no way limited to your email of June 8, 2023. These breaches constitute an event of default, giving McMann the right to terminate all obligations under the BELOC. Additional breaches and defaults by Nutra-Acres exist, and McMann reserves all rights concerning those breaches, including but not limited to potential failures to meet Borrower obligations under BELOC sections 7.2, 7.3, 8.1, 8.6, 8.7, and others. These breaches provide McMann remedies under Section 13.1, including the termination of all obligations to make advances to Nutra-Acres as borrowers.

  Were Borrowers' breaches not sufficient to constitute a basis for termination, your continued harassment of McMann and Mr. Walter Trock, including but not limited to blocking his calendar with threatening messages, as well as your sending Mr. Trock a photo of his residence, have rendered McMann unwilling to deliver funds to Nutra-Acres as specified in to Section 13.7(b) of the BELOC.

Nutra-Acres, LLC
June 23, 2023
Page 2 of 2

      Be advised that your obligations under Section 14.5 survive termination of the BELOC and McMann reserves all rights to pursue all available remedies for any past, continuing, and future breaches.  Your continued harassment of McMann, and Walter Trock in particular, will not be tolerated.  Govern yourself accordingly.

Sincerely,

*[signature]*

Daniel S. Klapman

cc:    Walter Trock
        Robert Strauss