# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **41** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court
Middle District of Florida**

**Dated:** _____, 2024.

**By:** _____, Deputy Clerk

| | |
|---|---|
| **From:** | Charles Stringer |
| **To:** | John H. Lovell |
| **Subject:** | Fwd: FW: can you get me wire info |
| **Date:** | Monday, July 17, 2023 4:40:53 PM |
| **Attachments:** | doc41325020230717152740.pdf |

Amarillo National Bank
Same story on Genie/Mcmann !
No go on refund

---------- Forwarded message ---------
From: **Ivy, Jerry** <Jerry.Ivy@anb.com>
Date: Mon, Jul 17, 2023 at 3:32 PM
Subject: FW: can you get me wire info
To: cbsllc2019@gmail.com <cbsllc2019@gmail.com>


Request was denied



**From:** Johnson, Chelsey <Chelsey.Johnson@anb.com>
**Sent:** Monday, July 17, 2023 3:28 PM
**To:** Ivy, Jerry <Jerry.Ivy@anb.com>
**Subject:** RE: can you get me wire info


Yes sir we received a denial today to due no debit authority but I have emailed the Hold Harmless.

**From:** Ivy, Jerry <Jerry.Ivy@anb.com>
**Sent:** Monday, July 17, 2023 3:20 PM
**To:** Johnson, Chelsey <Chelsey.Johnson@anb.com>
**Subject:** RE: can you get me wire info


Did this get done?


**From:** Johnson, Chelsey <Chelsey.Johnson@anb.com>
**Sent:** Thursday, July 13, 2023 12:34 PM
**To:** Ivy, Jerry <Jerry.Ivy@anb.com>
**Cc:** Torres, Laura <Laura.Torres@anb.com>
**Subject:** RE: can you get me wire info

Can I get a Hold Harmless.

---

**From:** Ivy, Jerry <Jerry.Ivy@anb.com>
**Sent:** Thursday, July 13, 2023 10:57 AM
**To:** Johnson, Chelsey <Chelsey.Johnson@anb.com>
**Subject:** can you get me wire info

| Date | Description | | Amount | Fee |
|---|---|---|---|---|
| Feb 13, 2023 | WIRE/OUT- ▓▓▓▓▓▓ ;BNF GENIE INVESTMENTS LLC;OBI BRIDGE- LLC MCMANN FUNDING | | $115,000.00 | $4,100.00 |

```
GFX/PAYplus Connect Message Print - Fed Exception Dialog Box

User: cjohnson       Bank: Amarillo National      Date: 07/17/23 08:43:11

Message Status: EXCP
Seq Num:       ■■■■■           Related Seq Num:
Pay Method: FED Input          Message ID: FTR811
Date Recvd: 07/17/2023 06:15:48    Value Date: 07/17/2023

Sender:     ■■■■■■■       Receiver:     ■■■■■■■
Amount:     $115,000.00
Debit info --
    Sndr:   021000021
    Name:   JPMORGAN CHASE BANK, NA
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Credit info: NONE

Advice:              Dept:         60      Trancode:
Category:            Linesheet:            Create Template:

Message Text:
                XFT811
    Msg Disp    {1100}30P S
    Acc Time    {1110}07162102FT03
    OMAD        {1120}20230717MMQFMPDY00000307162102FT03
    Msg Type    {1510}1090
    IMAD        {1520}20230717B1QGC04C000353
    Amount      {2000}000011500000
    Sender DI   {3100}021000021JPMORGAN CHASE*
    Sndr Ref    {3320}6652600197HH*
    Rcvr DI     {3400}111300958AMARILLO NATL*
    Bus Func    {3600}SVC
    Free Text   {9000}ATTENTION INVESTIGATIONS PLEASE REF*
                ER TO YOUR MESSAGE DATED 07/13/2023*
                 AND REFERENCE 20231940051900 REGAR*
                DING YOUR FED IMAD 0213MMQFMPDY0001*
                71 FOR 115,000.00/USD DATED 02/13/2*
                023 PLEASE NOTE WE ARE UNABLE TO CO*
                MPLY WITH YOUR RECALL REQUEST ...(1*
                /2) OF MSG. TO BE CONTD. REGARDS, J*
                PMORGAN OUR REF JPM230713-008461 GL*
                BL SOL CNTR (866) 223-0359*
```

```
GFX/PAYplus Connect Message Print - Fed Exception Dialog Box

User: cjohnson       Bank: Amarillo National      Date: 07/17/23 08:43:09

Message Status: EXCP
Seq Num:      ██████████        Related Seq Num:
Pay Method: FED Input           Message ID: FTR811
Date Recvd: 07/17/2023 06:15:48    Value Date: 07/17/2023

Sender:    ██████████    Receiver:  ██████████
Amount:   $115,000.00
Debit info --
    Sndr:  ██████████
    Name:    JPMORGAN CHASE BANK, NA
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Credit info: NONE

Advice:              Dept:          60    Trancode:
Category:            Linesheet:           Create Template:

Message Text:
                XFT811
    Msg Disp     {1100}30P S
    Acc Time     {1110}07162102FT03
    OMAD         {1120}20230717MMQFMPDY00000207162102FT03
    Msg Type     {1510}1090
    IMAD         {1520}20230717B1QGC03C000424
    Amount       {2000}000011500000
    Sender DI    {3100}021000021JPMORGAN CHASE*
    Sndr Ref     {3320}6652700197HH*
    Rcvr DI      {3400}111300958AMARILLO NATL*
    Bus Func     {3600}SVC
    Free Text    {9000}AS BENEFICIARY HAS DENIED DEBITAUTH*
                 ORITY. PLEASE HAVE REMITTER CONTACT*
                 BENEFICIARY DIRECTLY. NO INDEMNITY*
                 INTENDED. PLEASE AVOID DUPLICATION*
                 S. UETR REF 710FCEB2-7E61-443D-91B9*
                 -5800A611F683 . (2/2) END OF MESSAG*
                 E REGARDS, JPMORGAN OUR REF JPM2307*
                 13-008461 GLBL SOL CNTR (866) 223-0*
                 359*
```

**From:** Charles Stringer
**To:** Ivy, Jerry
**Subject:** Re: FW: can you get me wire info
**Date:** Monday, July 17, 2023 4:43:00 PM

Ok, thanks for the update.

This doesn't shock me at this point, I just got same response from Happy.
We will continue to pursue a remedy .

Thanks for your help.

On Mon, Jul 17, 2023 at 3:32 PM Ivy, Jerry <Jerry.Ivy@anb.com> wrote:

> Request was denied
>
> **From:** Johnson, Chelsey <Chelsey.Johnson@anb.com>
> **Sent:** Monday, July 17, 2023 3:28 PM
> **To:** Ivy, Jerry <Jerry.Ivy@anb.com>
> **Subject:** RE: can you get me wire info
>
> Yes sir we received a denial today to due no debit authority but I have emailed the Hold Harmless.
>
> **From:** Ivy, Jerry <Jerry.Ivy@anb.com>
> **Sent:** Monday, July 17, 2023 3:20 PM
> **To:** Johnson, Chelsey <Chelsey.Johnson@anb.com>
> **Subject:** RE: can you get me wire info
>
> Did this get done?
>
> **From:** Johnson, Chelsey <Chelsey.Johnson@anb.com>
> **Sent:** Thursday, July 13, 2023 12:34 PM
> **To:** Ivy, Jerry <Jerry.Ivy@anb.com>
> **Cc:** Torres, Laura <Laura.Torres@anb.com>
> **Subject:** RE: can you get me wire info

Can I get a Hold Harmless.

---

**From:** Ivy, Jerry <Jerry.Ivy@anb.com>
**Sent:** Thursday, July 13, 2023 10:57 AM
**To:** Johnson, Chelsey <Chelsey.Johnson@anb.com>
**Subject:** can you get me wire info

| Date | Description | Amount | Fee |
|---|---|---|---|
| Feb 13, 2023 | WIRE/OUT- ▇▇▇▇▇▇;BNF GENIE INVESTMENTS LLC;OBI BRIDGE- LLC MCMANN FUNDING | $115,000.00 | $4,100.00 |

```
GFX/PAYplus Connect Message Print - Fed Exception Dialog Box

User: cjohnson      Bank: Amarillo National      Date: 07/17/23 08:43:11

Message Status: EXCP
Seq Num:     ███████████         Related Seq Num:
Pay Method: FED Input            Message ID: FTR811
Date Recvd: 07/17/2023 06:15:48  Value Date: 07/17/2023

Sender:   ███████       Receiver:  ███████
Amount:   $115,000.00
Debit info --
    Sndr:  ███████
    Name:  JPMORGAN CHASE BANK, NA
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Credit info: NONE

Advice:              Dept:      60    Trancode:
Category:            Linesheet:       Create Template:

Message Text:
              XFT811
  Msg Disp    {1100}30P S
  Acc Time    {1110}07162102FT03
  OMAD        {1120}20230717MMQFMPDY00000307162102FT03
  Msg Type    {1510}1090
  IMAD        {1520}20230717B1QGC04C000353
  Amount      {2000}000011500000
  Sender DI   {3100}021000021JPMORGAN CHASE*
  Sndr Ref    {3320}6652600197HH*
  Rcvr DI     {3400}111300958AMARILLO NATL*
  Bus Func    {3600}SVC
  Free Text   {9000}ATTENTION INVESTIGATIONS PLEASE REF*
              ER TO YOUR MESSAGE DATED 07/13/2023*
               AND REFERENCE 20231940051900 REGAR*
              DING YOUR FED IMAD 0213MMQFMPDY0001*
              71 FOR 115,000.00/USD DATED 02/13/2*
              023 PLEASE NOTE WE ARE UNABLE TO CO*
              MPLY WITH YOUR RECALL REQUEST ...(1*
              /2) OF MSG. TO BE CONTD. REGARDS, J*
              PMORGAN OUR REF JPM230713-008461 GL*
              BL SOL CNTR (866) 223-0359*
```

```
GFX/PAYplus Connect Message Print - Fed Exception Dialog Box

User: cjohnson       Bank: Amarillo National       Date: 07/17/23 08:43:09

Message Status: EXCP
Seq Num:      █████████         Related Seq Num:
Pay Method: FED Input           Message ID: FTR811
Date Recvd: 07/17/2023 06:15:48  Value Date: 07/17/2023

Sender:   █████████       Receiver:  █████████
Amount:   $115,000.00
Debit info --
    Sndr:  █████████
    Name:  JPMORGAN CHASE BANK, NA
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Credit info: NONE

Advice:              Dept:        60     Trancode:
Category:            Linesheet:           Create Template:

Message Text:
              XFT811
   Msg Disp   {1100}30P S
   Acc Time   {1110}07162102FT03
   OMAD       {1120}20230717MMQFMPDY00000207162102FT03
   Msg Type   {1510}1090
   IMAD       {1520}20230717B1QGC03C000424
   Amount     {2000}000011500000
   Sender DI  {3100}021000021JPMORGAN CHASE*
   Sndr Ref   {3320}6652700197HH*
   Rcvr DI    {3400}111300958AMARILLO NATL*
   Bus Func   {3600}SVC
   Free Text  {9000}AS BENEFICIARY HAS DENIED DEBITAUTH*
              ORITY. PLEASE HAVE REMITTER CONTACT*
              BENEFICIARY DIRECTLY. NO INDEMNITY*
              INTENDED. PLEASE AVOID DUPLICATION*
              S. UETR REF 710FCEB2-7E61-443D-91B9*
              -5800A611F683 . (2/2) END OF MESSAG*
              E REGARDS, JPMORGAN OUR REF JPM2307*
              13-008461 GLBL SOL CNTR (866) 223-0*
              359*
```