# EXHIBIT COVER SHEET

|                    |                                                              | **Exhibit** |
|--------------------|--------------------------------------------------------------|-------------|
| Party Submitting:  | **Mary Ida Townson, U.S. Trustee for Region 21**             |             |
| Admitted:          | **YES    or    NO    (circle one)**                          | **43**      |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.**                               |             |
| Case No.           | **3:24−bk−00496−BAJ**                                        |             |
| Nature of Hearing: | **Trial on**                                                 |             |

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

| Trial Date: | **April 9, 2024, at 9:00 a.m.** |

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

# Spiegel & Utrera, P.A.
**Counselors & Attorneys at Law**

| | | | |
|---|---|---|---|
| SANDY A. ADELSTEIN[9] | COURTNEY RIORDAN[10] | Offices located in: | 9 East Loockerman Street |
| JOEL BECK[8] | LUIS RUIZ[12] | Chicago | Suite 202 |
| B. MARTIN DRUYAN[5] | LAWRENCE J. SPIEGEL[1] | Dover, DE | Dover, DE 19901 |
| ALEJANDRO ECHEVERRIA[2] | MARY C. SPIEGEL[2] | Las Vegas | Telephone (302) 744-9800 |
| MICHAEL S. FARAGALLA[6] | NICOLAS W. SPIGNER[3] | Los Angeles | Facsimile (302) 674-2100 |
| MATTHEW FORNARO[11] | NATALIA UTRERA[2] | Miami | |
| MICHAEL P. OKAYO[7] | MICHAEL WELCHKO[6] | New York City | |
| | | Northern New Jersey | |

**SENIOR PARALEGALS**

GRACIELA BATTAGLIA                         CLAUDIA FERNANDEZ

| | |
|---|---|
| PRESIDENT: | LAWRENCE J. SPIEGEL |
| SENIOR VICE PRESIDENT: | NATALIA UTRERA |
| EXECUTIVE VICE PRESIDENT: | MARY C. SPIEGEL |
| VICE PRESIDENT OF OPERATIONS: | HORACIO MONTEIRO |
| VICE PRESIDENT OF MARKETING: | ALEJANDRO ECHEVERRIA |
| VICE PRESIDENT OF LITIGATION: | MICHAEL S. FARAGALLA |
| REGIONAL VICE PRESIDENT: | MICHAEL WELCHKO |
| SECRETARY: | NATALIA UTRERA |
| TREASURER: | NATALIA UTRERA |

[2] Licensed in Florida
[7] Licensed in California and New York
[6] Licensed in Illinois and Florida
[3] Licensed in California, Arizona and New York
[12] Licensed Cuba
[10] Licensed Delaware
[8] Licensed in Nevada
[9] Licensed in New Jersey
[4] Licensed in California
[5] Licensed in Florida and New York
[11] Licensed in Florida and District of Columbia
[1] Licensed in Florida and Registered as a Foreign Lawyer in England and Wales

August 10, 2023

**SENT VIA USPS CERTIFIED MAIL & EMAIL**
Attn: Charles Stringer
NUTRA-ACRES, LLC
130 North Dumas Avenue
Dumas, Texas 79029
Email: cbsllc2019@gmail.com

Re:   **Defamatory and Libelous Remarks and References Regarding ZOOMERAL, INC & GENIE INVESTMENTS NV**

To whom it may concern/ NUTRA-ACRES, LLC:

Please, be advised that Spiegel & Utrera, P.A., (hereinafter referred to as "Firm") has been engaged by GENIE INVESTMENTS NV, a Nevada Corporation, and ZOOMERAL, INC., a Delaware Corporation (hereinafter "Our Client" and/or "Our Clients") regarding (i) the defamatory, disparaging and libelous statements via phone, SMS text message, and on-line postings made by you, NUTRA-ACRES, LLC and/or Charles Stringer individually (collectively hereinafter, "You" or "Your"), intended to cause damage to our Client, our Client's affiliates, and our Client's reputation, (ii) Your breach of ZOOMERAL's Terms and Conditions amounting to a material breach of contract (attached herein as *Exhibit A* and referred to herein as the "Agreement") and (ii) the commission and/or attempted commission of wire fraud.

You are hereby directed to:

**CEASE AND DESIST ALL DEFAMATORY, DISPARAGING AND LIBELOUS STATEMENTS ON ANY AND ALL ONLINE POSTING MADE OR DIRECTED BY YOU ABOUT OUR CLIENT AND OUR CLIENT'S AFFILIATES INCLUDING ZOOMERAL, INC. AND/OR GENIE INVESTMENTS NV. FURTHER, DEMAND IS HEREBY MADE YOU SPECIFICALLY DELETE THE WEBSITE YOU CREATED (AKA (https://www.victimsbelocscam.com/) AS IT IS IN CLEAR VIOLATION OF ZOOMERAL'S TERMS AND CONDITIONS WHICH YOU AGREED TO. YOU MUST ALSO CEASE AND DESIST FROM FILING AGENCY REPORTS SUCH AS WITH THE SECURITIES AND EXCHANGE COMISSION.**

Under Delaware law, the elements of defamation are: (1) Defendant made a defamatory statement; (2) concerning Plaintiff; (3) the statement was published; and (4) a third party would understand the character of the communication as defamatory. *Cousins v. Goodier*, C. A. S20C-11-036 CAK, 5-6 (Del. Super. Ct. Jul. 30, 2021). In Delaware, defamation per se includes disparaging statements intended to hurt a person in his or her trade or business. Here, your publishing on the internet, clearly intended to injure and defame our Client, has caused exorbitant damages to our Client and his business.

You should understand that making such defamatory statements through online platforms is actionable under the existing laws of the State of Delaware and that the damages to our Client's business and the reputation of our Client's affiliates is significant and includes both general and special damages related to presumed injuries to reputation as well as pecuniary loss resulting from the effects of your defamatory comments. Here, your defamatory acts were widespread. Among other breaches, you (i) created a website: https://www.victimsbelocscam.com/ dedicated exclusively to the spreading of false and defamatory information meant to damage our Client's reputation and business, (ii) you created and submitted false reports to at least three (3) agencies, namely the Securities and Exchange Commission, and (iii) you generated and disseminated a graphic image (or Meme) of an independent contractor acting as wholesaler for our Client with a Hitler moustache (the aforementioned shall be collectively referred to herein as the "Defamatory Acts"). You should also know that a person who is found to have knowingly and willfully submitted false, fictitious, and/or fraudulent statements to the Securities and Exchange Commission may be subject to criminal sanctions under federal law. Our Client received clear evidence of a submitted report to the SEC by You and against our Client.

Further, such actions are in clear violation of ZOOMERAL's Terms and Conditions, which you agreed to as evidenced by ***Exhibit A***. In other words, you are also in breach of your Agreement. Be advised, a breach of contract in Delaware occurs when one party to the contract fails to fulfill a legal duty the contract created. Under Delaware law, the elements of a breach of contract claim are: (1) a contractual obligation; (2) a breach of that obligation; and (3) resulting damages. *Interim Healthcare, Inc. v. Spherion Corp.*, 884 A.2d 513, 548 (Del. Super. Ct. 2005). In this case, You have clearly breached Your Agreement with Our client and Our client has suffered significant damages. Every contract in Delaware contains an implied covenant which imposes on the parties to the contract a duty of good faith and fair dealing, and that the parties will not seek in bad faith to injure or unfairly frustrate the rights of the other party to receive the benefits of said agreement. You have clearly acted in bad faith here by (i) attempting to withdraw **TWO HUNDRED FORTY-FIVE THOUSAND DOLLARS AND 00/100 CENTS**

from Chase Bank on March 22, 2023 (proof of which is attached herein as *Exhibit B*) and (ii) carrying out the Defamatory Acts outlined above. Damages recoverable by a party injured by a breach of contract are those which would naturally result from the breach and can reasonably be said to have been contemplated by the parties at the time the contract was made. You knew or should have known that Your actions would cause harm to our Client and based on your actions, this appears to have been Your sole purpose.

Additionally, the actions taken by You when you attempted to withdraw unauthorized funds from our Client's bank account amount to wire fraud which is a federal crime. In general terms, the elements of wire fraud are: (1) the defendant was part of a scheme to defraud another person, such as by obtaining money or something else of value through false pretenses; (2) the defendant acted knowingly or with intent to defraud; (3) the defendant made false representations that were material to the scheme to defraud; and (4) the defendant transmitted a material misrepresentation by wire, radio, or television communications in interstate or foreign commerce. 18 U.S.C. § 1343. Your attempt to electronically wire **TWO HUNDRED FORTY-FIVE THOUSAND DOLLARS AND 00/100 CENTS** from Chase Bank on March 22, 2023 in violation of the executed bridge loan agreement (attached herein as *Exhibit C*) squarely meets the criteria for wire fraud. In this case, your actions would be punishable by up to 20 years in federal prison if You were found guilty. Our Client reserves the right to contact the authorities and report your illegal behavior.

Therefore, **FINAL DEMAND** is hereby made that you remove https://www.victimsbelocscam.com/. Further, **DEMAND** is hereby made that you (A) provide us with prompt written assurance that any Agreements between You and ZOOMERAL and/or GENIE INVESTMENTS are terminated, and (B) remit payment in the amount of $25,000.00 consisting attorney's fees and damages as amounted to this day to:

Attn: GENIE INVESTMENTS NV
C/O SPIEGEL & UTRERA.P.A.
1840 Coral Way, 4th Floor
Miami, FL 33145

If you do not comply with this demand immediately, our Client is entitled to seek monetary damages and equitable relief for your defamation, attempted wire fraud, and breach of contract. In the event you fail to meet this demand, please be advised that our Client has asked us to communicate to you that it will pursue all available legal remedies, including seeking monetary damages, injunctive relief, and an order that you pay court costs and attorney's fees. Your liability and exposure under such legal action could be considerable.

Accordingly, please sign and return the attached Defamation Settlement Agreement immediately to:

**SPIEGEL & UTRERA P.A**
1840 Coral Way, 4th Floor
Miami, FL 33145

Your failure to return above-mentioned Defamation Settlement Agreement and to make immediate arrangements to cease and desist from the aforementioned activity will be considered

as a complete denial and a refusal to resolve this matter amicably will leave our Client with no choice but to protect their legal rights under the law.

**PLEASE GOVERN YOURSELF ACCORDING.**

Sincerely,

*/s/ Courtney Riordan*

For The Firm

**Defamation Settlement Agreement**

I, Charles Stringer, agree to immediately cease and desist any defamation of GENIE INVESTMENTS NV and its affiliates, including ZOOMERAL, INC., in any medium, online, published, or in person, and further agree to remove all online posts I in part authored in any way related to GENIE INVESTMENTS NV and its affiliates, in exchange for GENIE INVESTMENTS NV, releasing any and all claims against me for defamation. In the event I breach this Agreement, GENIE INVESTMENTS NV and its affiliates, including ZOOMERAL, INC., shall be free to pursue all rights that GENIE INVESTMENTS NV and its affiliates have as of the date of this Agreement as if this Agreement had never been signed.

Signed:

By:_____
    Charles Stringer


Dated: The ____ day of _____, 20____.