# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **46** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**



# COMMERCIAL ARBITRATION RULES
# DEMAND FOR ARBITRATION

*For Consumer or Employment cases, please visit www.adr.org for appropriate forms.*

You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

| Name of Respondent: | Name of Representative (if known): |
|---|---|
| Address: | Name of Firm (if applicable): |
| | Representative's Address: |
| City:   State:   Zip Code: | City:   State:   Zip Code: |
| Phone No.:   Fax No.: | Phone No.:   Fax No.: |
| Email Address: | Email Address: |

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Brief Description of the Dispute:

Dollar Amount of Claim: $

Other Relief Sought:
   Attorneys Fees   Interest   Arbitration Costs
   Punitive/ Exemplary   Other

Amount enclosed: $      In accordance with Fee Schedule:   Flexible Fee Schedule   Standard Fee Schedule

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:

Hearing locale:       *(check one)*   Requested by Claimant   Locale provision included in the contract

Estimated time needed for hearings overall:
   hours or    days

Type of Business:   Claimant:
                    Respondent:

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?

| Signature (may be signed by a representative): | Date: |
|---|---|
| Name of Claimant: | Name of Representative: |
| Address (to be used in connection with this case): | Name of Firm (if applicable): |
| | Representative's Address: |
| City:   State:   Zip Code: | City:   State:   Zip Code: |
| Phone No.:   Fax No.: | Phone No.:   Fax No.: |
| Email Address: | Email Address: |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. At the same time, send the original Demand to the Respondent.

*Please visit our website at www.adr.org if you would like to file this case online. AAA Case Filing Services can be reached at 877-495-4185.*