# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **48** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Jason Houda |
| **To:** | cbsllc2019@gmail.com |
| **Cc:** | Michael Faragalla; Giovani Garcia |
| **Subject:** | Re: IMPORTANT: You are Being Served in Arbitration |
| **Date:** | Tuesday, November 7, 2023 4:48:54 PM |

Typo correction: "Per the arbitration agreement your company executed with Genie Investments, arbitration is set to take place in New Castle County, DE, with the prevailing party to pay attorney fees."

- Per the agreement you and your company executed with Genie Investments, the prevailing party is to be paid attorney fees. Meaning, that when we win at arbitration you will be responsible for Genie Investment's attorney fees.

Sorry for any confusion.

On Tue, Nov 7, 2023 at 4:22 PM Jason Houda <attorneyhouda@amerilawyer.com> wrote:
> Dear Mr. Stringer,
>
> Genie Investments has retained my firm to pursue numerous claims in commercial arbitration against you. My firm has previously sent you a cease and desist letter, and you failed to comply with our demands. I've attached the filed arbitration demand, the contract you and your company executed with Genie Investments, the cease and desist my firm sent you, and a complaint with the claims we will be pursuing against you.
>
> Genie Investments has authorized settlement of this matter now for:
>
> - The removal and destruction of all defamatory and libelous publications made, and
> - Payment of attorneys fees accrued
>
> Genie Investments has also authorized this settlement to be made by an installment plan.
>
> You may have been corresponding with Ms. Shilo Bentacourt, a pre-litigation attorney at our firm. Because this matter has been filed and is now being litigated, it has moved to our litigation department. Accordingly, you are to direct all communications to Mr. Michael Faragalla and myself. Per the arbitration agreement your company executed with Genie Investments, arbitration is set to take place in New Castle County, DE, with the prevailing party to pay attorney fees. Please let us know how you would like to proceed in writing **by 11-10-2023**.
>
> Best regards,
> --
>
> Jason Houda, Esq.
>
> Phone: (800) 603-3900
>
> Fax: (800) 520-7800

*Unless otherwise indicated or obvious from the nature of this transmittal, or the attachments hereto, the information contained in this e-mail is privileged and confidential, intended for the use of the intended recipient named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, or copying of this e-mail, or the attachments hereto, is prohibited. If you have received this communication in error, please immediately notify the sender by e-mail and return the original message to the sender at the above address. This e-mail and attachments is for the personal and confidential use of the designated recipient(s) and may be privileged attorney-client communication or attorney work-product. If you are not the intended recipient, you have received this email in error. Any review, dissemination, distribution or copying of this message is prohibited. If you have received this email in error, notify the sender at once by email or telephone, and delete the original from your system. This email does not create an attorney-client relationship. Unless you are already a client of Spiegel & Utrera, P.A. or AmeriLawyer.com, pursuant to a prior agreement, you should not use, interpret, or rely on this email as legal advice or opinion. Do not act on any information in this email without seeking legal advice.*