# EXHIBIT COVER SHEET

**Exhibit**

Party Submitting: **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted: **YES   or   NO   (circle one)**    **51**

Chapter 11 Debtor: **Genie Investments NV, Inc.**

Case No.: **3:24−bk−00496−BAJ**

Nature of Hearing: **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date: **April 9, 2024, at 9:00 a.m.**


**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Charles Stringer |
| **To:** | Jason Houda |
| **Cc:** | Giovani Garcia; Michael Faragalla |
| **Bcc:** | John H. Lovell |
| **Subject:** | Re: IMPORTANT: Arbitration |
| **Date:** | Friday, November 10, 2023 3:44:29 PM |

NOTICE:

To all parties,

1. At this point, we object to arbitration due to the misrepresentation of the facts listed here in the documents provided.

 a. The amounts listed in the Notices and represented by Genie investments are not accurate or correct, it looks as though only one of my two wire deposits are accounted for in the information provided, by the council of Genie.

b. We have an objection, also and ask to a change of venue, even though the company shows to be registered in Delaware, the facts of the case are the parties are not located or provide business services from Delaware, therefore, venue needs to be changed to the point of origin in which the business contracts were initiated.

c. We object to the current initiation arbitration process and ask for a continuance until all ongoing information is collected by the Federal Bureau of investigations have been and completed, as well as any other state or federal investigative authorities that are also gathering information about this matter.
We are currently working with several agencies at this time.


d. We object to the carve-out of an individual nature in this suit, which has the same material facts with all parties, and We will request a joint multi party suit, including the fact that we will request to be enjoined by all necessary parties, including Mcmann commercial lending, a.k.a. Mcmann capital lending, also, but not limited to the individuals, Walter Trock,& Michael Lanza.
We can and will provide a list of defendant parties with the same material facts in this case.

e. We request a time for discovery of material facts in this case and matter.


2. It is clearly stated in the contract, an arbitration clause, but in the Genie investment contract, and as acknowledged that the American arbitration association is not listed,
We here by object to using American arbitration association Aka AAA and Demand the request of the contract by using JAMS group as listed in the contract to be used for our arbitration process and proceedings.

We reserve the right to amend these objections moving forward.

Nutra acres LLC
Blake Stringer

On Tue, Nov 7, 2023 at 3:22 PM Jason Houda <attorneyhouda@amerilawyer.com> wrote:
> Dear Mr. Stringer,
>
> Genie Investments has retained my firm to pursue numerous claims in commercial arbitration against you. My firm has previously sent you a cease and desist letter, and you failed to comply with our demands. I've attached the filed arbitration demand, the contract you and your company executed with Genie Investments, the cease and desist my firm sent you, and a complaint with the claims we will be pursuing against you.
>
> Genie Investments has authorized settlement of this matter now for:
>
> - The removal and destruction of all defamatory and libelous publications made, and
> - Payment of attorneys fees accrued
>
> Genie Investments has also authorized this settlement to be made by an installment plan.
>
> You may have been corresponding with Ms. Shilo Bentacourt, a pre-litigation attorney at our firm. Because this matter has been filed and is now being litigated, it has moved to our litigation department. Accordingly, you are to direct all communications to Mr. Michael Faragalla and myself. Per the arbitration agreement your company executed with Genie Investments, arbitration is set to take place in New Castle County, DE, with the prevailing party to pay attorney fees. Please let us know how you would like to proceed in writing **by 11-10-2023**.
>
> Best regards,
> --
>
> Jason Houda, Esq.
>
> Phone: (800) 603-3900
>
> Fax: (800) 520-7800
>
> 
>
> *Unless otherwise indicated or obvious from the nature of this transmittal, or the attachments hereto, the information contained in this e-mail is privileged and confidential, intended for the use of the intended recipient named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, or copying of this e-mail, or the attachments hereto, is prohibited. If you have received this communication in error, please immediately notify the sender by e-mail and return the original message to the sender at the above address. This e-mail and attachments is for the personal and confidential use of the designated recipient(s) and may be privileged attorney-client communication or attorney work-product. If you are not the intended recipient, you*

*have received this email in error. Any review, dissemination, distribution or copying of this message is prohibited. If you have received this email in error, notify the sender at once by email or telephone, and delete the original from your system. This email does not create an attorney-client relationship. Unless you are already a client of Spiegel & Utrera, P.A. or AmeriLawyer.com, pursuant to a prior agreement, you should not use, interpret, or rely on this email as legal advice or opinion. Do not act on any information in this email without seeking legal advice.*