UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV, Inc.,  Case No.: 3:24−bk−00496−BAJ

Debtor.  Chapter 11

_____ /

### UNITED STATES TRUSTEE'S EXHIBIT LIST (Part II)

Trial on Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Document No. 20)
Trial Date:  April 9, 2024, at 9:00 a.m.

| Exh. No. | Document Description | Date Identified | *Date Admitted* | *With or Without Objection* |
|---|---|---|---|---|
| 53 | Statement of Small Business Owner, Lisa Butkiewicz (Meetopolis, LLC) | | | |
| 54 | Butkiewicz: Email re line of credit options | | | |
| 55 | Butkiewicz: Email re use of funds | | | |
| 56 | Butkiewicz: Terms & Commitment | | | |
| 57 | Butkiewicz: Email re due diligence agreement | | | |
| 58 | Butkiewicz: Email re loan approval | | | |
| 59 | Butkiewicz: Email re due diligence fee of $15k | | | |
| 60 | Butkiewicz: Email re wire instructions | | | |
| 61 | Butkiewicz: Email with Zoomeral link to upload the business plan | | | |
| 62 | Butkiewicz: Genie wiring instructions and signed BELOC agreement | | | |
| 63 | Butkiewicz: Genie letter to Borrowers | | | |
| 64 | Butkiewicz: Genie letter re Update on Funding Delays | | | |
| 65 | Butkiewicz: Genie Refund Opt-In Agreement | | | |
| 66 | Butkiewicz: Text correspondence with Broker | | | |

| | | | | |
|---|---|---|---|---|
| 67 | Butkiewicz: Zoomeral correspondence with Genie | | | |
| 68 | Small Business Owner, Adam Foster (Foster Group, LLC): Jeff Klie email with BELOC requirements | | | |
| 69 | Foster: Jeff Klie email with testimonials, BELOC requirements, Term Sheet and Wiring Instructions | | | |
| 70 | Foster: McMann emails regarding BELOC and terms | | | |
| 71 | Foster: McMann meeting with BELOC underwriting notes and BELOC advertisement | | | |
| 72 | Foster: Emails with McMann forwarding BELOC application and $7,900 wire confirmation | | | |
| 73 | Foster: Emails with McMann forwarding signed documents | | | |
| 74 | Foster: McMann emails to not end up cash short | | | |
| 75 | Foster: Email applying for the $11m BELOC | | | |
| 76 | Foster: Email forwarding $11m BELOC application, signed Due Diligence with Genie, and confirmation of $30k wire to Genie | | | |
| 77 | Foster: Email forwarding signed Data Management Agreement, Security Agreement, Promissory Note, Intercreditor Agreement | | | |
| 78 | Foster: McMann letter re funding status | | | |
| 79 | Foster: Wiring instructions and confirmation of $165k wire | | | |
| 80 | Foster: BELOC Loan Closing Protocol | | | |
| 81 | Foster: Email re Final Confirmation and Proceed with BELOC Funding | | | |
| 82 | Foster: Email to McMann requesting phone call | | | |
| 83 | Foster: Email from Genie Bridge Loan interest payments are non-refundable | | | |
| 84 | Foster: Email from Genie's lawyer re refund | | | |

-3-

| | | | | |
|---|---|---|---|---|
| 85 | Foster: Signed Opt-In Agreement | | | |
| 86 | Foster: Demand Letter to McMann requesting refund | | | |
| 87 | Foster: Form Termination Letter (notarized) | | | |
| 88 | Foster: Zoomeral Termination Confirmation | | | |
| 89 | Foster: McMann email re recovery of funds | | | |
| 90 | Foster: McMann email advertising new program PLOC | | | |
| 91 | Foster: McMann Personal Business Line of Credit (PLOC) | | | |
| 92 | Foster: McMann email re Genie's fraud filing | | | |

BY: _____
          Deputy Clerk