# EXHIBIT COVER SHEET

**Exhibit**

| | |
|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |
| Admitted: | **YES    or    NO      (circle one)** |

**53**

| | |
|---|---|
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |
| Case No. | **3:24−bk−00496−BAJ** |
| Nature of Hearing: | **Trial on** |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |
| | **Debtor's Response Thereto (Doc. No. 34)** |
| | **U.S. Trustee's Reply (Doc. No. 38)** |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

Lisa Butkiewicz
5434 E. Kathleen Rd.
Scottsdale, AZ
85254
818-209-1933
Lisamarie422@gmail.com

<mark>TOTAL LOSSES TO DATE: $60,000</mark>
<mark>*Total recovered: $0*</mark>

I, Lisa Butkiewicz of 5434 E. Kathleen Road, Scottsdale, Arizona, do hereby testify that David Hughes, of Illinois working via his companies Zoomeral and Genie Investments NV, through his broker Jessica Seithel of Scottsdale, AZ sent me an 85-page contract in October 2022. This contract stated that Hughes was able to provide my business with a low interest non-recourse line of credit in the amount of $3 million for a technology company.

As per the contract, Hughes asked me to wire him $60,000 to be held in an ICA account, for pre-paid interest. The money was to be 'safe' in that account. The first tranche of capital was to be wired to me within 75-90 days so was to be wired in January of 2023, THIS NEVER CAME THROUGH. The second tranche was to be wired in the amount of $2.4 million in April of 2023. THIS NEVER CAME THROUGH.

For months, it was excuse after excuse after excuse, and lie after lie. He knew full well he was not going to fund anyone, and he committed massive securities fraud by taking the money from

the ICA account and wiring it to another party (this was only disclosed in February of 2023, when he initiated a lawsuit against his "Wholesale Lender").

David Hughes had no intention of funding this line of credit, as he already had breached his contracts with others, leaving them in a wake of financial ruin. Hughes failed to disclose to any of his victims that others were not funded, but continued to take in people's money for his Ponzi Scheme. In October of 2023, I wrote to him via his Zoomeral portal and got him to admit that he was still offering these "loans" which is nothing more than a big Ponzi scheme.

When anyone would get upset or post negative reviews online, he would threaten a lawsuit, and has initiated a claim against some of his victims who went public with his Ponzi scheme. To date, there are about 40 identified victims, and about $8.5 million in direct losses. The amounts of the lines of credit that he had committed to his victims is ~$94,000,000.

I am willing to testify to the above under penalty of perjury. Feel free to go through my emails to him on my Zoomeral account.

Log in: https://zoomeral.com

Lisa@meetopolis.com

PW: Arizona85254

Click on: business dashboard

Then: messages and offers

*Lisa Butkiewicz* [signature]

Lisa Butkiewicz

DAVID HUGHES CELL PHONE: 217-416-5059

BROKER JESSICA SEITHEL CELL PHONE: 480-322-2998