# EXHIBIT COVER SHEET

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES    or    NO    (circle one)** | **54** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____, **2024.**

**By:** _____, **Deputy Clerk**

**From:** Lisa Butkiewicz  lisa@meetopolis.com
**Subject:** Fw: LOC loan options
**Date:** December 8, 2023 at 1:07 PM
**To:** Lisamarie422@gmail.com  lisamarie422@gmail.com



---

**From:** Jess Seithel <jmseithel@gmail.com>
**Sent:** Monday, September 26, 2022 1:01 PM
**To:** Lisa Butkiewicz <lisa@meetopolis.com>
**Subject:** Fwd: LOC loan options

Lisa,

It was such a pleasure speaking with you today. Per our conversation, please find the following:
<u>Loan Product Highlights</u>
- 10% Prepaid Interest Deposit Required*
- Interest Only Payments for the life of the loan
- Non-Recourse
- Low Interest Rates (3.5%-4.75%)
- 10 Year Term
- No Prepayment Penalty
- No personal guarantee
-Min LOC $10M (I can go lower on a case-by-case basis)
*Deposit assistance programs available (min 15% of the 10% deposit required)

<u>Requirements for Application</u>:
***Business/Project Plan- inclusive of the following:**

- -Executive Summary (define the ESG of your project in this section)
- -Company Description
- -Products and Services
- -Market analysis (3rd party reports that back up the analysis)
- -Strategy and Implementation (Marketing plan)
- -Organization and Management Team (Resumes and Bios, Entity structure and entity docs)
- -Financial plan and projections (Costs spent to date, Budget & Proforma- min 5 year)

- **Outline Use of Proceeds for full amount of LOC requested**
**-Proof of funds for the 15% of the 10% if using deposit assistance or 10% of the LOC if not**
- **Background Check** (a KYC form will be provided to you upon term sheet delivery).

Best,
Jessica Seithel
JM Global Consultants
480-322-2998