## EXHIBIT COVER SHEET

**Exhibit**

Party Submitting: **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted: **YES    or   NO    (circle one)** **57**

Chapter 11 Debtor: **Genie Investments NV, Inc.**

Case No. **3:24−bk−00496−BAJ**

Nature of Hearing: **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date: **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____**, 2024.**

**By:** _____**, Deputy Clerk**

**From:** **Lisa Butkiewicz** lisa@meetopolis.com 
**Subject:** Fw: Touching base
**Date:** March 18, 2024 at 12:16 PM
**To:** Lisamarie422@gmail.com  lisamarie422@gmail.com



Lisa Butkiewicz
c: +1.818.209.1933



---

**From:** Jessica Seithel <jessica@knightslending.com>
**Sent:** Monday, October 17, 2022 12:48 PM
**To:** Lisa Butkiewicz <lisa@meetopolis.com>
**Subject:** Re: Touching base

Hi Lisa,
The due diligence agreement and KYC form will be sent to you today and respectively tomorrow. I will follow-up with you to confirm receipt.

Best,
Jessica

On Mon, Oct 17, 2022 at 10:48 AM Lisa Butkiewicz <lisa@meetopolis.com> wrote:

> Hi Jessica
>
> Hope you had a good weekend! Love the weather!
>
> Just wanted to touch base and see how the paperwork was coming along and if you need anything from me.
>
> Best,
> Lisa
>
> Lisa Butkiewicz
> c: +1.818.209.1933
>
> 
>
> 6501 E. Greenway Parkway
> #103-218
> Scottsdale, AZ 85254



--

**Jessica Seithel**

**Chief Corporate**

 **Development Officer | Knights Lending**

Phone: (480) 322-2998

Website:

 knightslending.com

https://calendly.com/projectconsulting/discoverymeeting



This email and any files transmitted herewith are confidential
 and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee, or have received this e-mail by mistake, please delete this e-mail from your system. Access to this e-mail by anyone other than the
 intended person is unauthorized. You should not disseminate, distribute, or copy the contents of this e-mail or any files attached hereto. Any views or opinions presented in this e-mail are solely those of the author and do not represent the views and opinions
 of Knights Lending. All reasonable precautions have been taken to ensure that no viruses are present in this e-mail, however, e-mail transmissions cannot be guaranteed to be secure or error-free. The sender, therefore, does not accept liability for any errors
 or omissions in the contents of this message which arise as a result of e-mail transmission.