# EXHIBIT COVER SHEET

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES     or     NO     (circle one)** | **58** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____, **2024.**

**By:** _____, **Deputy Clerk**

**From:** Jessica Seithel jessica@knightslending.com
**Subject:** Re: KYC
**Date:** October 24, 2022 at 11:08 AM
**To:** Lisa Butkiewicz lisa@meetopolis.com

It did!

> On Mon, Oct 24, 2022 at 11:06 AM Lisa Butkiewicz <lisa@meetopolis.com> wrote:
> Hi Jessica
>
> Happy Monday. Did the KYC get approved? LMK!
>
> Lisa
>
> Sent from my iPhone

--

# Jessica Seithel

# Chief Corporate Development Officer | Knights Lending

Phone: (480) 322-2998

Website: knightslending.com

https://calendly.com/projectconsulting/discoverymeeting



This email and any files transmitted herewith are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee, or have received this e-mail by mistake, please delete this e-mail from your system. Access to this e-mail by anyone other than the intended person is unauthorized. You should not disseminate, distribute, or copy the contents of this e-mail or any files attached hereto. Any views or opinions presented in this e-mail are solely those of the author and do not represent the views and opinions of Knights Lending. All reasonable precautions have been taken to ensure that no viruses are present in this e-mail, however, e-mail transmissions cannot be guaranteed to be secure or error-free. The sender, therefore, does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.