# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **59** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____**, 2024.**

**By:** _____**, Deputy Clerk**

From: Lisa Butkiewicz <lisa@meetopolis.com>
Subject: Fw: Re:
Date: December 6, 2023 at 10:11:48 AM MST
To: "Lisamarie422@gmail.com" <lisamarie422@gmail.com>

Lisa Butkiewicz
c: +1.818.209.1933

meetopolis
BE HAPPY. HEALTHY. WHOLE.





**From:** Jessica Seithel <jessica@knightslending.com>
**Sent:** Monday, October 24, 2022 4:34 PM
**To:** Lisa Butkiewicz <lisa@meetopolis.com>
**Subject:** Re:

KYC is all clear. Next step is to pay a DD fee of $15k. Bridge and Loan Documents are being created as we speak.

Best,
Jessica

On Sat, Oct 22, 2022 at 10:42 AM Lisa Butkiewicz <lisa@meetopolis.com> wrote:

Good morning Jessica,

I set up the Portal for Knights Lending but wanted to find out if I need to do anything further there. Some of the links don't give me access, but I have submitted everything last week as I mentioned on the phone. Also, LMK if you got word re: the KYC approval.

Thanks!
Lisa

Lisa Butkiewicz
c: +1.818.209.1933



**[6501 E. Greenway Parkway](#)**
**[#103](#)-218**
**Scottsdale, AZ 85254**



