# **EXHIBIT COVER SHEET**

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES   or   NO   (circle one)** | **60** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____, **2024.**

**By:** _____, **Deputy Clerk**

**From:** **Lisa Butkiewicz** lisa@meetopolis.com
**Subject:** Fw: Bank Wire Information (Client Acct).pdf
**Date:** December 6, 2023 at 9:06 AM
**To:** Lisamarie422@gmail.com lisamarie422@gmail.com









**From:** Jessica Seithel <jessica@knightslending.com>
**Sent:** Tuesday, November 1, 2022 2:14 PM
**To:** Lisa Butkiewicz <lisa@meetopolis.com>
**Subject:** Bank Wire Information (Client Acct).pdf

Lisa,
Please see attached information for wire instructions.
Best,

**Jessica Seithel**

**Chief Corporate**

 **Development Officer | Knights Lending**

Phone: (480) 322-2998

Website:

 knightslending.com
https://calendly.com/projectconsulting/discoverymeeting



This email and any files transmitted herewith are confidential
 and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named
addressee, or have received this e-mail by mistake, please delete this e-mail from your system. Access to this e-mail by
anyone other than the
 intended person is unauthorized. You should not disseminate, distribute, or copy the contents of this e-mail or any
files attached hereto. Any views or opinions presented in this e-mail are solely those of the author and do not represent
the views and opinions
 of Knights Lending. All reasonable precautions have been taken to ensure that no viruses are present in this e-mail,

however, e-mail transmissions cannot be guaranteed to be secure or error-free. The sender, therefore, does not accept liability for any errors
 or omissions in the contents of this message which arise as a result of e-mail transmission.

