## EXHIBIT COVER SHEET

**Exhibit**

Party Submitting:    **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:    **YES    or    NO    (circle one)**    **61**

Chapter 11 Debtor:    **Genie Investments NV, Inc.**

Case No.    **3:24−bk−00496−BAJ**

Nature of Hearing:    **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:    **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**


**By: _____, Deputy Clerk**



**From:** **Chris Seithel** admin@innovativereferralconsultants.com
**Subject:** Link for Application
**Date:** January 3, 2023 at 6:52 PM
**To:** lisa@meetopolis.com

Lisa,
The link for the application is below in my signature line. Please make sure when you upload your business plan it has all of the requested information in one upload. It won't allow for multiple attachments.

Best Regards,
Jessica Seithel
*Innovative Referral Consultants Team*
480-463-4439
https://zoomeral.com/innovative-referral-consultants/