# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES      or      NO       (circle one)** | **63** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:                                    , 2024.**

**By:                              , Deputy Clerk**



**519 8TH AVENUE, 25TH FLOOR**
**NEW YORK, NY 10018**
**DIRECT (773) 931-6630** •
**scott@warren.law**

March 31, 2023

Genie Investments
c/o: Borrowers
dhughes@genieinvestments.com

*Re:*     *Update*

Dear Borrower:

On behalf of Genie Investments ("Genie"), this letter provides the latest update with respect to the anticipated funding of your loan product.

I have been communicating with Genie's wholesale private equity affiliate and their attorney regarding the current status of the funding issues related to your loan product. I was advised that the delays are due to certain compliance and other restrictions within the sole discretion and control of HSBC Bank- London, and beyond the control of Genie's wholesale affiliate. To this end, it is my understanding that Genie's wholesale affiliate has engaged key banking officers at the highest levels at HSBC, including a very influential board member, who have been cooperatively working with the wholesale affiliate to resolve these issues in expedient fashion. Although Genie's wholesale affiliate is confident that this delay will be resolved shortly, they are not yet able to provide an estimated time frame with reasonable assurance. However, we were promised an estimated time frame as soon as practicable. Finally, Genie's wholesale affiliate advised that it is simultaneously pursuing an alternative solution through other banking channels to satisfy said liquidity requirements by which they anticipate they would begin accepting funding requests as early as the week of April 3rd.

As Genie's counsel, I will continue to communicate with the wholesale affiliate to keep abreast of the situation and will provide timely updates as required. Thank you.



**519 8TH AVENUE, 25TH FLOOR**
**NEW YORK, NY 10018**
**DIRECT (773) 931-6630** •
**scott@warren.law**

Kind regards,

*[signature]*

Scott J. Oh, Esq.
Attorney for Genie Investments