# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO     (circle one)** | **66** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

TEXTS WITH JESSICA SEITHEL, BROKER WHO BROUGHT ME TO DAVID HUGHES TEXTS START IN OCTOBER OF 2022, AND I WIRED THE MONEY IN LATE OCT 2022. SHE IS COMPLICIT IN THIS SCHEME. AS A SIDE NOTE, THE INITIAL COMPANY THAT I WIRED THE MONEY TO IS CALLED KNIGHTS LENDING, BUT WITHIN A MONTH OF WIRING THEM THE MONEY (THEY WERE DOING THEIR DEAL WITH DAVID HUGHES WHO REPRESENTED HE WAS THE 'LENDER') THEY DROPPED OUT AND JESSICA TOLD ME THIS IS GREAT NEWS AS I CAN DEAL DIRECT WITH THE 'LENDER' WHO SHE SAID WAS DAVID HUGHES/GENIE. MY CONTRACT WAS WITH GENIE AND THEY THEN TRANSFERRED DAVID THE MONEY I WIRED TO THEM.







