# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **67** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | | |
|---|---|---|
| Lisa,<br><br>Please see attached Term Sheet and Loan Agreements. Genie Investments has received your funds for this transaction and your wire date has been honored. Simply execute and notarize these agreements to move forward with your funding process. Thank you. | 1/10/2023 | Genie Investment<br>Sheet - Business<br>Bridge Loan - Me |
| Hello, here is the fully executed agreement for Meetopolis.<br><br>Best,<br>Lisa<br>lisa@meetopolis.com<br>818 209 1933 | 1/10/2023 | |
| Hello, here is the fully executed agreement for Meetopolis.<br><br>Best,<br>Lisa<br>lisa@meetopolis.com<br>818 209 1933 | 1/10/2023 | |
| Hello, here is the fully executed agreement for Meetopolis.<br><br>Best,<br>Lisa<br>lisa@meetopolis.com<br>818 209 1933 | 1/10/2023 | |
| Hello, here is the fully executed agreement for Meetopolis.<br><br>Best,<br>Lisa<br>lisa@meetopolis.com<br>818 209 1933 | 1/10/2023 | |
| Hello, here is the fully executed agreement for Meetopolis.<br><br>Best,<br>Lisa<br>lisa@meetopolis.com<br>818 209 1933 | 1/10/2023 | |
| Hello, here is the fully executed agreement for Meetopolis.<br><br>Best,<br>Lisa<br>lisa@meetopolis.com<br>818 209 1933 | 1/10/2023 | Fully Executed G |
| Attached please find copy of the passport and license. | 1/10/2023 | PassportLicense |
| Lisa,<br><br>Thank you for uploading your loan agreements. Please use the following link by copying and pasting the link into your browser to go to Step Three. Follow through with Step Four and complete your ZOOMERAL Business profile. Thank you.<br><br>https://zoomeral.com/business-dashboard-step-three/ | 1/11/2023 | |

| | |
|---|---|
| Thanks, I was able to complete step 3, but it doesn't automatically take you to step 4, so not sure why. It shows on step 3 only 75% done. LMK if you need anything else.<br>Best,<br>Lisa | 1/11/2023 |
| Thanks, I was able to complete step 3, but it doesn't automatically take you to step 4, so not sure why. It shows on step 3 only 75% done. LMK if you need anything else.<br>Best,<br>Lisa | 1/11/2023 |
| Thanks, I was able to complete step 3, but it doesn't automatically take you to step 4, so not sure why. It shows on step 3 only 75% done. LMK if you need anything else.<br>Best,<br>Lisa | 1/11/2023 |
| Lisa,<br><br>Please update / edit your ZOOMERAL business profile next. Thank you. | 1/11/2023 |
| Thanks I have done this. Also, attached below is deck. | 1/11/2023 |
| Thanks I have done this. Also, attached below is deck. | 1/11/2023 |
| Thanks I have done this. Also, attached below is deck. | 1/11/2023 |
| Thanks I have done this. The system seems a bit buggy and doesn't always save answers. Also, attached below is deck. | 1/11/2023  Meetopolis Menta |
| Lisa,<br><br>Upon review of your account, you have not yet completed your ZOOMERAL business profile. After logging into your account, please click on "Your Business Dashboard." Then you will be able to click on "Update Your Profile." At this page you will indicate whether your business is a Startup or a Mature business and you will be asked a series of questions based on your answer. If you are experiencing issues with your ZOOMERAL account, please contact the ZOOMERAL Support staff at support@zoomeral.com. Thank you. | 1/11/2023 |
| I have reached out to support, as I have tried multiple times. Thx | 1/11/2023 |
| Lida,<br><br>Genie Investments is pleased to inform you that Genie has been told by the wholesale lender that Genie will receive funds sometime this week. To this end, Genie would like to confirm your Wiring Instructions. Please use the following link by copying and pasting the link into your browser to provide your Wiring Instructions. Thank you!<br><br>https://zoomeral.com/borrower-wiring-instructions/<br><br>As always, thank you for your business and your patience. | 1/23/2023 |
| Hello, If the money will be sent to Genie this week, can I also expect it to hit my bank account this week? Please advise. Thank you! | 1/26/2023 |
| Lisa, | 1/26/2023 |

| | |
|---|---|
| As soon as Genie is able to confirm your closing date, Genie will be in touch. Thank you for your patience. | |
| Thank you for this. Just wanted to confirm that money hit Genie today from the wholesale lender as previously confirmed. Thank you!<br><br>Lisa | 1/27/2023 |
| Lisa,<br><br>Genie Investments has been informed that Genie will be receiving the wire today or tomorrow. Once received Genie will message you back with the details of your funding. As always, thank you for your patience and for being a loyal customer. | 1/30/2023 |
| Thank you for the update.<br>Regards,<br>Lisa | 1/30/2023 |
| Hello,<br>Wanted to find out if there are any updates on when the funds will be transferred?<br>Thanks in advance. | 2/1/2023 |
| Hello,<br>Just wanted to see when the funds will be transferred.<br>Thanks in advance.<br>Lisa | 2/1/2023 |
| Good morning,<br>Can I get an update on when the funds will be transferred this week? If possible would like to schedule a call.<br>Regards,<br>Lisa<br>818 209 1933 | 2/2/2023 |
| Lisa,<br><br>Genie Investments would like to give you an update. As you were made aware, late Friday night, 01/27/2023, Genie received a copy of transaction of the wire from Genie's wholesale lender to Genie. Upon review, Genie noticed a minor clerical error on the document and informed Genie's wholesale lender immediately. Genie also informed Chase bank and was told by the banker that the clerical error would not affect the transaction, so Genie expected to receive funds by 01/31/2023, however Genie did not. As of late yesterday, Genie's wholesale lender requested a trace on the wire and is waiting on an update from their bank, therefore, Genie is standing by and will keep you informed along the way. Genie does not like these delays; however, this is the nature of the business when you are working with banks and other third-party lenders. As always, thank you very much for your patience, Genie is doing everything in its power to get you funded quickly. | 2/2/2023 |
| Hi David, Good morning and happy Monday. Wanted to follow up and as according to the last email about a week ago Genie requested a trace on the wire. Can you advise on the status of that trace. I'm sure they were able to locate it and would appreciate knowing if they are intending to transfer this week. Thanks very much in advance.<br>Best,<br>Lisa | 2/6/2023 |
| Hi David,<br>I reached out to Jessica but she said to reach out to you as she cannot share status. Could you | 2/7/2023 |

| | |
|---|---|
| please let me know the updates regarding the wholesale lender so I know what to tell all the people I have waiting in queue to begin? Thanks very much. Any update is appreciated. Feel free to call if you wish 818 209 1933.<br>Lisa | |
| And as a PS, I guess I'd like to learn when/if you've had this type of delay before (was it with the same Wholesale Lender) and how long until it was resolved. As you can imagine, I am managing issues on my end also and that information would help me with personnel. Thanks David. | 2/7/2023 |
| Lisa,<br><br>Genie Investments is pleased to inform you that Genie had a great conversation with Genie's wholesale lender at the end of the day yesterday. Genie's wholesale lender informed Genie that they have requested the wire to be returned to them and that they expect to receive the funds back in their account by today. Genie expects to receive the wire from the wholesale lender shortly after that. Once Genie confirms that Genie has received the wire from the wholesale lender, the wholesale lender will send the remaining funds and Genie will be able to provide you with your expected funding date with an amount. Genie will be in touch with you every 2 to 4 business days until this delay is resolved with the latest information. As always, thank you for your business and your patience. | 2/9/2023 |
| Hello David<br><br>Was hoping for an update today regarding getting funded this week. I know that with Wells Fargo (my bank) a domestic wire they will release funds right away so please advise as to the status. Assuming that the wire came back through to Genie by now. Thanks in advance for an update.<br><br>Warmly,<br>Lisa | 2/13/2023 |
| Lisa,<br><br>Genie Investments is happy to inform you that Genie has received written notification that a wire has been sent by Genie's wholesale lender's bank representative on 02/13/2023. Genie expects to have more documentation from Genie's wholesale lender towards the end of the week, early next, that will allow Genie to predict your funding date more accurately. As stated in Genie's previous message, Genie will be in touch with you every two to four (2-4) business days until this is resolved. As always, thank you very much. | 2/15/2023 |
| Lisa,<br><br>Genie Investments has been informed by Genie's wholesale lender that their issue would be resolved by the end of this week. By early next week, Genie expects to be able to provide you with the latest update regarding resolving this delay. As always, thank you for your patience. | 2/22/2023 |
| Hello,<br><br>Can I get a bit more clarification on what is going on? This message is rather nebulous at best. I thought on 2/15 Genie received written notification that the wire was sent? What is "their issue" that is happening with the wholesale lender? Please advise.<br><br>Thank you. | 2/22/2023 |
| I would like to request a zoom between David and my investor who put in the 15% down. Please provide a few time slots we can choose from so he can get an understanding of what the issue is. Thank you. | 2/22/2023 |

| | |
|---|---|
| Lisa,<br><br>Genie understands your message and as soon as Genie can provide an update, Genie will be in touch. Until Genie can provide another update, please refer to Genie's previous message. As per Genie's attorneys, Genie only provides updates in writing via this messaging system. Thank you for your understanding and patience. | 2/23/2023 |
| Please advise if this quite substantial delay (30 days +), will count on the clock towards the second tranche, which would have been set to be released on April 15. My assumption is that is should go toward that 75 day clock and should not be 75 days from all these delays. Please advise. Thx. | 2/23/2023 |
| Lisa,<br><br>Genie understands your message. As per your agreements, your second tranche is delivered within 75 calendar days after the first tranche is delivered. Please refer to Exhibit B, your tranche schedule. Thank you. | 2/24/2023 |
| Wow, you're saying that this delay could go on for God only knows how long.....(already going into March so we are at 4 months since we wired you the money) and then we still have to wait an additional 75 more days to get the amount that is REALLY needed? NOT good news at all. Seems like more should be done to get the money flowing. It only takes a couple days (tops) for an international wire to hit. I send them all the time all over the world. 99% of the time international wires hit within 24 hours. | 2/24/2023 |
| I don't really need to refer to Exhibit B, because if I do that, I should also refer to the Exhibit that states the first tranche was scheduled for 75 days out. So it seems like we are not going by the agreement at this point.... | 2/24/2023 |
| Lisa,<br><br>Genie Investments received an update from Genie's wholesale lender yesterday afternoon, 02/23/2023. The sole issue with funds being released is 100% HSBC Bank. At this point, beginning today 02/24/2023, Genie's wholesale lender's legal team will now pick efforts up directly with HSBC until funds are released. Genie believes that these legal efforts will result in funds being released within the next couple of weeks. In addition, Genie Investments' legal team will also be routinely updated by Genie's wholesale lender's legal team regarding this process until it is resolved. You can expect to receive another update from Genie Investments or from Genie's legal team within the next couple of weeks. As always, Genie thanks you for your patience with this unfortunate delay and for being a valued Genie Investments customer. | 2/24/2023 |
| Unfortunately it seems that attorneys should have been involved after the first week of 'delays' and shenanigans. So, now it's a lot more speculation and hurry up and wait (in the dark) for who knows what. Very disturbing to say the least. What would not sit well is that within two more weeks hearing there is another 'delay'.....Much more transparency is requested especially when Genie has had our money since Nov. 1 2022. Additionally, we are requesting that we are not the ones to pay the price of these delays and be forced to wait ANOTHER 75 days from whenever the first tranche is wired. We are requesting that Genie figure out how to honor the second tranche be released pursuant to the 75 days after when the contract stated the first money should have been released, thus wiring the second tranche on ~ April 15, 2023. Thank you. | 2/24/2023 |
| Lisa,<br><br>Genie has received your message. Per Genie's last message to you, Genie is expecting to have another update over the next couple of weeks. This message will be either from Genie Investments or from Genie's attorneys working with Genie's private equity attorneys. Genie is | 2/28/2023 |

| | | |
|---|---|---|
| hopeful that these legal efforts will cause HSBC to move quicker. Thank you for your patience and understanding in this matter. | | |
| At this point after the series of issues....our (reasonable) request would be to see the proof of wire transfer from the lender's bank to HSBC regarding when the funds were moved and how. Thank you. | 2/28/2023 | |
| Lisa,<br><br>Genie understands your message. As per Genie's last message, Genie or Genie's legal team will be providing you an update within the next couple of weeks. Thank you for your patience. | 3/1/2023 | |
| Would request an update as to what transpired this week with attorneys and HSBC London. Do not feel it's appropriate to be left in the dark another week. Please revert with veritable details with all deliberate speed. Thank you. | 3/3/2023 | |
| Lisa,<br><br>Genie understands your message and your concerns. Please refer to Genie's last message sent to you on 03/01/23. If you are no longer able to wait for the funds, Genie understands. If you would like to terminate your agreement, please notify Genie and Genie will provide you the necessary link to do so. As always, thank you for your business and your patience. | 3/3/2023 | |
| Thanks for the reply. I will look forward to the update next week. | 3/3/2023 | |
| Lisa,<br><br>Genie Investments has received an update from Genie's wholesale lender. They have presented their bank with a formal Demand Letter to release funds immediately. They have also provided Genie's counsel with a copy of the Demand Letter. Genie's counsel is in direct contact with their legal counsel and will continue to be until there is a resolution. Genie Investments expects Genie's attorneys will be able to provide you with the next update within a week or two regarding the status and an expected resolution. Genie thanks you for your patience in this matter and wants to reassure you that Genie has taken all possible prudent steps to resolve this matter quickly. | 3/10/2023 | |
| David,<br><br>That is seriously the update? Essentially 'we are working on it and have no clue when it will be rectified and funds will be made available'. What happened to the fact that initially when we were told that they refused to release the funds, you stated you were able to get a line of credit in order to make good on the contracted funding? Whatever happened to that? This update is truly not an update. Extremely, extremely troubling. As you can imagine, the predicament you have put people into is pretty serious. When one has a 90 page contract stating that funding is in 75-90 days, one makes decisions based on that contract. And no, pulling out at this point is sadly NOT an option, again BASED on the fact that peoples backs are now against the wall in a serious way, having believed the contract I signed over four months ago. If this is a typical thing that happens with your funding sources, that should BE DISCLOSED IMMEDIATELY UP FRONT. | 3/10/2023 | |
| Lisa,<br><br>Genie understands your message. If you are no longer able to wait for your funds, Genie understands. If you would like to terminate your agreement, please notify Genie and Genie will provide you the necessary link to do so, and your Interest Credit Account ( ICA ) will be returned to the bridge lender as per the terms of the agreement. As always, thank you for your business and your patience. | 3/13/2023 | |

| | | |
|---|---|---|
| Lisa, David will be giving you a call this week. Please give Genie available times with 2 hour windows for Wednesday, Thursday, and Friday of this week. Thank you. | 3/13/2023 | |
| I am available on Friday from 10 am to noon MST. | 3/13/2023 | |
| My schedule has changed and I would like to see if he is available for a call today from 10 am-noon PST. Friday no longer works as todays meetings got moved to Friday. 818 209 1933. Thank you. | 3/15/2023 | |
| Lisa, Genie understands your message. Unfortunately, due to high demand, call requests made within a 24 hour period are not feasible. Please provide a few times for next week for Monday, Tuesday and Wednesday. Thank you. | 3/15/2023 | |
| I can do Thursday from 3-5 pm PST and Friday from 3-5 PST. | 3/15/2023 | |
| Any updates? | 3/22/2023 | |
| Lisa, Genie is expecting another update this week from Genie's legal department. Thanks for your patience. | 3/22/2023 | |
| Thanks for letting me know. | 3/22/2023 | |
| Seems like an update is due. Please advise on status since as you know it's been a long 2 months additional wait time. Thank you. | 3/28/2023 | |
| Hello, what is the latest? Also, please advise if we will be getting the second tranche as per the contract which was 75 days after the first tranche was scheduled to be in (2 months ago) or we will be penalized and have to wait an additional 75 days for other peoples errors. It seems that it would be right to get it as per the contract. | 3/29/2023 | |
| Lisa, Genie Investments received an update from Genie's wholesale lender late on Friday of last week. Genie's attorney is drafting a letter that explains their update and proposed resolutions. Genie is pleased to announce that this delay is expected to be resolved shortly. Genie expects to have a letter to you by tomorrow. Thank you for your patience. | 3/30/2023 | |
| Lisa, Regarding your question about your second tranche, please refer to the message Genie sent you on 2/24/2023. Thank you for your understanding. | 3/30/2023 | |
| Lisa, Please see attached correspondence from Genie's attorneys. Genie will be in touch with you as soon as possible with the next update. Thank you for your patience. | 4/3/2023 | Letter to Borrowe |
| Can we get a specific update? Seems MORE than overdue.....going on three months now.....and withdrawing is 100% out of the question with the commitments that have been made and being financially in arrears having planned for what our contract stated. | 4/17/2023 | |

| | | |
|---|---|---|
| Please provide an update on what is going on. | 4/18/2023 | |
| Lisa,<br><br>Please see correspondence from Genie's attorney. Genie will be in touch with you within the next couple of weeks. Thank you for your patience. | 4/21/2023 | Letter to Borrowe |
| Lisa,<br><br>Please see Genie's previous message regarding the latest update. Thank you. | 4/21/2023 | |
| Please update with significant details and a disbursement date this week as it's been two weeks since the last insignificant update. We are in dire situations due to whatever is really going on. | 5/2/2023 | |
| Lisa,<br><br>Genie understands your message. Genie is working diligently to get you funding as soon as possible and expects to have another update for you from the attorney shortly. If you are no longer able to wait for your funds, Genie understands. Your remedy is to terminate the agreement. If you would like to terminate your agreement, please notify Genie and Genie will provide you the necessary link to do so. As always, thank you for your business and your patience. | 5/3/2023 | |
| As stated multiple times, terminating is NOT an option with the HORRIBLE financial situation you have put us in. | 5/4/2023 | |
| **Lisa,**<br><br>**Genie has received your message regarding not wanting to terminate. Since you choose not to terminate, you are contractually obligated to pay additional bridge interest if the bride term is longer than 90 days, which it is, however, Genie has waived your requirement to pay this additional bridge interest and your line of credit is still in the queue to fund. Please let Genie know if you have any other concerns or questions. Thank you.** | **5/4/2023** | |
| What's the update? When will the funds be wired? | 5/15/2023 | |
| WHEN WILL WE SEE THIS MONEY??? | 5/17/2023 | |
| UPDATE??????? | 5/17/2023 | |
| **Lisa,**<br><br>**As soon as Genie has the next update, Genie will be in touch. Thank you for your patience.** | **5/18/2023** | |
| Isn't it long overdue for a real and specific update and a time table. We are at 4 months overdue as per the contract. | 5/22/2023 | |
| **Lisa,**<br><br>**Genie expects to have an update for you by the end of the week. Thank you for your patience.** | **5/22/2023** | |
| We will be anxiously awaiting this overdue update and release of funding. Thank you. | 5/25/2023 | |

| | |
|---|---|
| **Lisa,** **Genie understands and expects to have another update for you shortly. Thank you for your patience.** | **5/26/2023** |
| Ok, it's Friday, 'the end of the week' so please advise on the delivery date for tranche one. | 5/26/2023 |
| ?????????? | 6/1/2023 |
| **Lisa,** **Genie does not have an update yet. Genie expects to have an update soon. Thank you for your patience.** | **6/2/2023** |
| When will this money be released? | 6/7/2023 |
| **Lisa,** **Genie Investments has been in communication with Genie's wholesale lender on regular basis. Genie is pleased to inform you that Genie's wholesale lender has promised to provide Genie with funds before the end of this month. As always, Genie wants to thank you for your patience. Due to the recent conversations with Genie's wholesale lender, Genie is of the opinion that delays have been resolved. All this being said, if you are in the position that you need to terminate and receive your Interest Credit Account payment refund, please do not hesitate to fill out and notarize the Termination form in your agreements and request that Genie sends you the Termination link because even though Genie has the belief that funds will arrive before the end of June, this is in no form a guarantee that Genie's wholesale lender will perform.** **This update is being directly provided by Genie Investments, not Genie's attorney because of the timeline provided by Genie's wholesale lender. Genie does not expect to have another update until the end of June, so this will give Genie's wholesale lender the time to perform on their promises to Genie. Genie understands that you may want more specific information contained in this update, however, please understand that that there is no more detail that can be provided at this time. Again, Genie is allowing Genie's wholesale lender the necessary time to perform. Thank you for your understanding.** | **6/7/2023** |
| What is the update and delivery date on the funds? | 6/26/2023 |
| **Lisa,** **Please refer to Genie's last message sent on 6/7/2023. Thank you.** | **6/27/2023** |
| It's the last day of the month. When are we going to get our money released? It's time we got a definitive delivery date and Genie makes good on their contract. | 6/30/2023 |
| **Lisa,** **Genie expects to have a complete update for you by the end of the week, early next. Thank you for your patience and enjoy the holiday.** | **7/3/2023** |
| A "Complete update"?? What does that mean? So the end of the week or early next week? In other words another two weeks out? It's been two weeks....two weeks... two weeks....for six months. This is ridiculous. And no, terminating the contract is not an option due to the financial predicament that your group has gotten us into. I will expect the delivery of the finances no later than next week Wed. It time your group is transparent about who this "Wholesale lender" is and begins to make good on your contract with your clients. | 7/3/2023 |

| | |
|---|---|
| Please refer to your message on 6-7, "Genie is pleased to inform you that Genie's wholesale lender has promised to provide Genie with funds before the end of this month." THE MONTH CAME AND WENT AND AGAIN WE ARE HEARING THE SAME EXCUSES OF 'TWO MORE WEEKS'. NOT ACCEPTABLE. YOU NEED TO DISCLOSE WHO YOUR WHOLESALE LENDER IS AND WHAT IS REALLY GOING ON. EITHER THAT OR YOU NEED TO LITIGATE AGAINST THEM FOR BREACHING THEIR CONTRACTUAL AGREEMENTS WITH 'GENIE.' And please don't reply telling us we can walk from our contract. That is highly offensive after this protracted waiting period and what we have suffered financially at this point. | 7/3/2023 |
| **Lisa,** **Respectfully, Genie did not get your company into any predicament and Genie has waived your obligation to paying the additional bridge interest that is normally required during this delay and your line of credit is still in the queue as a special courtesy to relieve any further financial distress your company may be experiencing. This does not guarantee you a loan closing, nor has there ever been a guarantee. In reference to your requests, Genie will not be disclosing the name of the wholesale lenders because of confidentiality agreements with Genie's wholesale lenders, nor does Genie want to litigate against Genie's wholesale lenders at this time because of the value that they bring and have brought to the table. This is unfortunately the nature of the lending business and your patience is required if you wish to receive your loan as Genie is waiting for another update on funds too, so that it can be sent to you promptly after Genie has received it. Thank you for your patience.** | **7/3/2023** |
| David, What is the date of my funds disbursement? This has been going on long enough and it's time to deliver on your commitment and contract. I will expect a funding date as a next step. | 7/10/2023 |
| David, please let me know the date I will be receiving my full first tranche. | 7/11/2023 |
| No more delays and excuses. Thank you. | 7/11/2023 |
| **Lisa,** **As soon as Genie has another update from Genie's wholesale lender, Genie will deliver it to you promptly. Thank you for your patience.** | **7/12/2023** |
| Seriously??????? That is the update???????????? YOU NEED TO GIVE ME A DELIVERY DATE FOR MY FIRST TRANCHE BY THE END OF THE WEEK. | 7/12/2023 |
| **Lisa,** **David Hughes will be emailing you arrange a call with you. Thank you.** | **7/13/2023** |
| Hi David, I was curious what the procedure would be should my investor want to cancel and get his money back? It was only $60,000 which is still a lot of money to most people so if you could refund that we can part ways amicably. Thank you, Lisa | 7/28/2023 |
| **Lisa,** **You paid $15,000 for Due Diligence and $45,000 for Bridge Interest. Both these payments were 100% non-refundable. For more information, please check your agreements. Thank you.** | **7/28/2023** |

| | | |
|---|---|---|
| Hi David, I spoke to Jessica last week and she informed me that you were planning on posting an update regarding the wholesale lender dealings via your attorney and that you were planning on posting that based on a forthcoming settlement you would be refunding clients their money and fees shortly (if not able to fund). Can you advise when you will be posting update as my investor has given me 7 more days to wait on this deal. Thanks in advance. | 8/17/2023 | |
| **Lisa,** **Genie is waiting for the attorney to complete drafting the update letter. Settlement discussions are ongoing. Genie will deliver the letter to you shortly. Thank you.** | **8/18/2023** | |
| **Lisa,** **Please see attached attorney letter, and please read it carefully. Genie understands you may have questions, if so, please give Genie some times you are available next week with your time zone. Thank you very much.** | **8/23/2023** | Borrower letter (D interest)- Aug. 20 |
| When will the lawsuit be filed against the wholesale lender? | 9/6/2023 | |
| **Lisa,** **Genie hopes this message finds you well. Genie wanted to inform you regarding the current status of your file. At this time, it is a legal matter and is currently in the hands of Genie's attorneys. They are diligently working on it to ensure that everything is addressed appropriately.** **Once Genie's attorneys have any updates or further information on the progress, Genie will ensure to relay it to you promptly. Genie appreciates your patience during this process and assures you that Genie is doing Genie's utmost to expedite the resolution.** **Thank you for your understanding. If you have any questions or require any further clarification, please don't hesitate to reach out.** **Warm regards,** **Genie** | **9/7/2023** | |
| Hello, When will this lawsuit be filed? Shouldn't take that long to initiate a lawsuit. | 9/14/2023 | |
| **Lisa,** **Thank you for reaching out. Genie understands your concerns regarding the timing of the lawsuit. Genie is currently working on ensuring all necessary documentation and groundwork is prepared comprehensively with Genie's attorneys. Genie will get back to you as soon as possible. Your patience is greatly appreciated.** **Best regards,** **Genie** | **9/15/2023** | |
| Hi David, I need to know the status of the lawsuit and when it will be filed. My investor is requesting clarity and answers regarding the delays. I think a little more transparency at this juncture is definitely apropos. Thank you. | 9/20/2023 | |
| **Lisa,** **Thank you for reaching out. Please be reminded that you are communicating with Genie** | **9/20/2023** | |

| | | |
|---|---|---|
| **Investments and its staff, and not David Hughes directly.**<br><br>**Please refer to Genie's previous message on 09-15-2023. Genie understands your concerns about the lawsuit's status and the urgency you've communicated. Genie Investments is actively working on it, and Genie recognizes the importance of transparency in this matter. Genie will provide an update as soon as possible.**<br><br>**Thank you for your patience and understanding.** | | |
| Doesn't matter. David Hughes signed my contract. So my communication will go to him. | 9/20/2023 | |
| **Lisa,**<br><br>**To be clear, David Hughes duly signed on behalf of Genie Investments and you are communicating with Genie Investments via this messaging portal. Thank you.** | **9/20/2023** | |
| LOL. What difference does it make at this point? Please advise on the state of the lawsuit being filed. There should be a definitive date it will be filed at this point. | 9/25/2023 | |
| **Lisa,**<br><br>**Please refer to Genie's previous message on 09-15-2023. The status has not changed. As soon as there is an update from Genie's attorneys, Genie will deliver it to you promptly. Thank you for your understanding and patience.** | **9/26/2023** | |
| **Lisa,**<br><br>**Genie Investments hopes this message you well. To keep you informed, Genie has attached an agreement. To be clear, Genie not have a contractual obligation to refund any of the non-refundable fees you have paid to Genie. However, as a gesture of good faith, Genie has agreed to create a courtesy refund list for those who wish to be refunded.**<br><br>**Genie has reached a tentative, conditional settlement agreement with its capital provider that owes Genie funds. Therefore, if you want to be added to the refund list, please sign and return, and follow the instructions in the Refund Opt-In Agreement attached to this message by October 12, 2023, at 8:25 a.m. PST.**<br><br>**Genie appreciates your patience and prompt response.** | **10/6/2023** | 10-6-2023 - Opt I |
| Seriously???????? LOL | 10/6/2023 | |
| **Lisa,**<br><br>**It is possible that Genie may close your loan after settlement, but it cannot be assumed that a closing will happen. Genie does not know how much Genie will receive from the settlement or when Genie will receive it. If Genie's capital provider pays Genie everything they owe, Genie would be extremely eager to close your loan. If you Opt-In to the agreement, you will only receive your refund. Genie's attorneys will be providing the updates through this messaging system until this is resolved. The decision is ultimately up to you as it is your business that you need to take care of and you must take this seriously. Thank you for your understanding.** | **10/6/2023** | |
| David, I would like a call with you tomorrow. Please provide a few times for the call. Thx | 10/12/2023 | |

| | |
|---|---|
| **Lisa,** **All updates must be provided directly through this messaging system as per Genie's attorneys by Genie's attorneys. It is not that David does not want to speak with you, however, all communications must be here in writing as per the advice of Genie's attorneys. If you have a question, feel free to address it here. Thank you for your understanding.** | **10/12/2023** |
| Two weeks ago I was told by Jessica David was taking calls. What changed? | 10/12/2023 |
| Why the sudden about face? I am Davids client. Why would he not be willing to talk to his clients this week when he was two weeks ago? | 10/12/2023 |
| **Lisa,** **Nothing has changed other than Genie's attorneys have taken control over updates for your account.** | **10/12/2023** |
| Who is the Attorney? | 10/12/2023 |
| **Lisa,** **Genie Investments uses multiple firms, Walker Law Office and Spiegal and Utrera are handling your matter. Genie also uses independent attorneys and has been represented by MY RIA Lawyer, Warren Law Group and Tate Law Group. All communications must be here in writing in the messaging system. Do you have any other questions Genie can help you with today?** | **10/12/2023** |
| Yes I do. Which Walker Law Office-send me the website; and which Spiegal and Utrera-send me the website; and which attorney at each firm is representing MY MATTER. | 10/12/2023 |
| **Lisa,** **Walker Law Office LLC - Adam Walker - awsecuritieslaw.com is the company's domain, but currently does not have an active website. Mr. Walker is an independent licensed attorney in Kansas City, Missouri.** **Spiegal and Utrera - Shiloh Bentacourt - www.amerilawyer.com - Shiloh is the attorney that drafted the Opt In Agreement you are currently reviewing.** **For your convenience, here are the websites for the other firms mentioned in Genie's previous message:** **My RIA Lawyer - www.myrialawyer.com** **Warren Law Group - https://warren.law/** **Tate Law Group - www.tate-legal.com** | **10/12/2023** |
| So who is representing my case? | 10/12/2023 |
| **Lisa,** **You do not have a suit, nor do you have a case. There is no attorney that is assigned to your account specifically. Genie's attorneys, referenced in recent messages, draft the** | **10/12/2023** |

| | |
|---|---|
| updates and one of the members of Genie's staff delivers it to you via this messaging system once they become available. Do not contact Genie's attorneys as they do not represent you, however, you will be receiving updates from them regularly through this system.<br><br>As stated in the Opt In Agreement, Genie is in active settlement discussions with Genie's capital provider. Depending on the settlement, your loan could fund, but that is of course not a guarantee Genie can make to you. To be clear, you have the ability to Opt In to the agreement and receive a potential refund if funds are recovered. If you Opt In, you will receive a full or prorated refund dependent upon the settlement amount, if any, and you will not receive the proceeds to your loan. This decision is yours to make as it is your business that you need to protect and Genie can not make this decision for you.<br><br>As a special courtesy to you, Genie will extend your deadline 5 extra business days, so that you have time to think it over. Thank you for your business. | |
| In order to make a decision to sign or not, my attorney wants to know the following: 1-who is the attorney that is negotiating the settlement<br>2-what state is the negotiation taking place in<br>3-what is the arbitration company<br>I'm not interested in WHO Genie has 'used' over the years. We need to know WHO is representing the negotiation. Name of attorney, and firm, as well as website. | 10/14/2023 |
| **Lisa,**<br><br>**Walker Law Office LLC - Adam Walker - Mr. Walker is an independent licensed attorney in Kansas City, Missouri and is handling all of these matters.** | **10/16/2023** |
| See the other questions above.<br>1-who is arbitrating?<br>2-what state is the arbitration taking place in? | 10/16/2023 |
| **Lisa,**<br><br>**As stated in Genie's previous message, Adam Walker is handling these matters. Once Genie's attorneys have an update, Genie will deliver it to you promptly. Genie expects to have another update for you in the next couple of weeks. Thank you for your understanding.** | **10/16/2023** |
| LOLOL, it's been the 'next couple of weeks since Feb. 1. | 10/16/2023 |
| David, Jessica told me last Friday that you have some new lenders and are taking deals. I have a friend who would like to apply direct with you for these new funds. How can he go about this? | 10/24/2023 |
| **Lisa,**<br><br>**While you are logged in to your Business dashboard, click on "You Invite… We Email… You Earn," then click on "Invite a Business." Enter the required information and click submit. This will send out an email to your referral. If your referral does not see the invite in their inbox, make sure they check spam. Thank you!** | **10/24/2023** |
| Ok, is there a dollar amount it is limited to as he is going for a larger sum ie., $25 million USD. | 10/24/2023 |
| **Lisa,**<br><br>**There is no maximum. Thanks.** | **10/25/2023** |

| | | |
|---|---|---|
| **Notice of Agreement Termination**<br><br>Lisa,<br><br>Genie Investments hopes this message finds you well. As you may already be aware, Genie has recently encountered an unforeseen challenge with one of Genie's capital providers that is outside of Genie's control. Consequently, pursuant to section 13.7 of the agreement, your agreement with Genie Investments is hereby terminated, effective immediately. Please be advised that confidentiality, indemnification, non-disparagement and publicity clauses remain in full force and effect. Consider this communication as the official notice of the termination of your agreement with Genie Investments.<br><br>However, this setback does not close the doors for future collaborations. Genie invites you to apply for a new loan when the time is right for you. Should you choose to do so, Genie will take a fresh look at your business profile. Genie recommends ensuring that all your information is up to date to facilitate a smooth application process. This incident does not indicate any permanent inability on Genie's part to service a loan for you in the future.<br><br>If you are entitled to a refund of your Interest Credit Account, rest assured you will be promptly informed of the expected refund date in a subsequent communication.<br><br>Furthermore, if you've incurred non-refundable Due Diligence and Bridge Interest charges and have not yet executed the Opt-In Agreement, Genie strongly urges you to seize this final opportunity to do so as Genie is in active negotiations with Genie's capital provider to resolve this matter. If you have executed and returned the Opt-In Agreement, there is nothing further you need to do.<br><br>Genie Investments deeply regrets any inconvenience this may cause and sincerely appreciates your understanding during this time. Your trust and business mean a great deal to Genie, and Genie hopes to serve you again in brighter circumstances.<br><br>Thank you for your continued support and understanding.<br><br>Warm regards,<br><br>Genie Investments | 10/25/2023 | |
| **Lisa,**<br><br>**Please see attached update.**<br><br>**Please provide Genie with some days and times you are available for a conference call next week to discuss your participation to recover your outstanding funds. Make sure to include your time zone.**<br><br>**Thank you,**<br><br>**Genie Investments** | 2/9/2024 | Genie Update 02- |
| I am available on Monday Feb. 26 10 am- 2 pm Arizona time | 2/12/2024 | |
| **Lisa,**<br><br>**Genie has received your message. Genie will be providing you with another update shortly regarding a settlement plan to recover your funds.** | 2/13/2024 | |

| | | |
|---|---|---|
| **Lisa,**<br><br>**Please see attached settlement agreement. Genie will start receiving wires Monday 02/19/2024 9:00 am and the program's expiration date is Friday 02/23/2024 5:00 pm. This is an optional program that would put you at the front of the line when and if a settlement is reached. The agreements' Reward Schedule goes into further detail regarding the specifics of this program. When returning your executed agreement, make sure to upload a time-stamped copy of your wire receipt. Thank you for your business.** | 2/16/2024 | Genie Settlement (02.16.24)_DA97 |
| **Lisa,**<br><br>**Genie would like to provide you with the correct bank account number. The account number provided in the original settlement was provided in error. All other wiring details provided were correct. Please see corrected account number below. Genie is aware that some of you have already attempted to wire Genie. If you have already sent in a wire, it should have been returned to you by the bank. Your original wire confirmation date and time will be honored as long as you send a new wire and able to provide a receipt for both transactions. Genie apologies for any inconvenience and thanks you for your consideration.**<br><br>**Corrected Account #: 4444742343** | 2/20/2024 | |