**EXHIBIT COVER SHEET**

|  |  | **Exhibit** |
|---|---|---|

Party Submitting:       **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:       **YES       or    NO       (circle one)**                                      **68**

Chapter 11 Debtor:       **Genie Investments NV, Inc.**

Case No.       **3:24−bk−00496−BAJ**

Nature of Hearing:       **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:       **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**Re: Loan information**

Jeff Klie <jeff@fastestfeedback.com>
Wed 1/18/2023 5:30 PM
To:Adam Foster <adamjohnfoster@hotmail.com>

Hi Adam,

I just sent over your term sheet.
If you have any questions then please let me know.

Thanks,

**Jeffrey Klie**
President: |*FastestFeedback*
E: jeff@fastestfeedback.com
*Click to Schedule a Meeting with Jeff*

On Wed, Jan 18, 2023 at 6:12 PM Adam Foster <adamjohnfoster@hotmail.com> wrote:
> Jeff, just got word that my LLC name is approved. what is the next step?
>
> Get Outlook for iOS
>
> ---
>
> **From:** Adam Foster <adamjohnfoster@hotmail.com>
> **Sent:** Saturday, January 14, 2023 11:21:22 AM
> **To:** Jeff Klie <jeff@fastestfeedback.com>
> **Subject:** Re: Loan information
>
> Hey Jeff,
> I applied and the name will be:
>
> Foster Group LLC
>
> *Adam Foster*
>
> ---
>
> **From:** Jeff Klie <jeff@fastestfeedback.com>
> **Sent:** Friday, January 13, 2023 4:20 PM
> **To:** Adam Foster <adamjohnfoster@hotmail.com>
> **Subject:** Re: Loan information
>
> I wanted to mention also... you will know that your EIN name is available when you apply for it. If you want to send me the EIN name (including inc or LLC or other) when you know it then I can start the process and get you locked into current rates.

Thanks again,

**Jeffrey Klie**
President: |*Fastest*Feedback
E: jeff@fastestfeedback.com
*Click to Schedule a Meeting with Jeff*

On Fri, Jan 13, 2023 at 6:03 PM Adam Foster <adamjohnfoster@hotmail.com> wrote:
> Sounds good, thank you. I'll work on that immediately.
>
>
> *Adam Foster*
> _____
>
> **From:** Jeff Klie <jeff@fastestfeedback.com>
> **Sent:** Friday, January 13, 2023 3:44 PM
> **To:** Adam Foster <adamjohnfoster@hotmail.com>
> **Subject:** Re: Loan information
>
> Thank you, Adam.
>
> In order to start the process you will need an EIN in place. This can be done online and will take a week or two most likely.
> I will keep your information on file and get this immediately once you know your EIN name.
>
> Thank you,
>
> **Jeffrey Klie**
> President: |*Fastest*Feedback
> E: jeff@fastestfeedback.com
> *Click to Schedule a Meeting with Jeff*
>
>
> On Fri, Jan 13, 2023 at 4:36 PM Adam Foster <adamjohnfoster@hotmail.com> wrote:
>> The funds may also be used to expand any business that I purchase.
>>
>> Get Outlook for iOS
>> _____
>>
>> **From:** Adam Foster <adamjohnfoster@hotmail.com>
>> **Sent:** Friday, January 13, 2023 2:29:53 PM
>> **To:** Jeff Klie <jeff@fastestfeedback.com>
>> **Subject:** Re: Loan information

Adam John Foster
$2,500,000
Don't have a business LLC established yet
2539 N 300 E, Lehi, UT, 84043
Purpose is to buy an existing business


Get [Outlook for iOS](Outlook for iOS)

---

**From:** Jeff Klie <[jeff@fastestfeedback.com](mailto:jeff@fastestfeedback.com)>
**Sent:** Friday, January 13, 2023 2:10:32 PM
**To:** Adam Foster <[adamjohnfoster@hotmail.com](mailto:adamjohnfoster@hotmail.com)>
**Subject:** Re: Loan information

Hi Adam,

Fantastic.  The next step will be for me to create a profile for you.

Can you please answer the following questions:

- Your full legal name:
- Total amount of loan that you want:
- Your full legal company name (please include LLC or INC or other...):
- Your full Business address associated with the EIN taking out this loan (home address is fine if there is no other address):
- Can you please provide an overview of what you will be using the funds for?  Please list everything that you may use these funds for.  If you plan to use them in the future for expanding purposes please also include that.


Once this profile is created then I will get a 2 or 3 page term sheet over to you within a business day or two.

Thank you,

**Jeffrey Klie**
President: |*Fastest*Feedback
E: [jeff@fastestfeedback.com](mailto:jeff@fastestfeedback.com)
*Click to Schedule a Meeting with Jeff*



On Fri, Jan 13, 2023 at 3:16 PM Adam Foster <[adamjohnfoster@hotmail.com](mailto:adamjohnfoster@hotmail.com)> wrote:

> Hey Jeff,
> I'm very interested to move forward. What is the next step?

*Adam Foster*

---

**From:** Jeff Klie <jeff@fastestfeedback.com>
**Sent:** Monday, January 9, 2023 2:42 PM
**To:** adamjohnfoster@hotmail.com <adamjohnfoster@hotmail.com>
**Subject:** Loan information

Adam,

Thanks for speaking with me today.  I'm happy that Travis Weaver connected us.
As requested, I have attached a few documents for you to review.

If you would like to set up a free, no-obligation profile and get a term sheet then let me know and I will do it ASAP.  This will lock you into a 10-year, interest-only, 2.5% loan.

I look forward to speaking with you soon.

Please let me know if you have any questions.

Thanks,


**Jeffrey Klie**
President: |*Fastest*Feedback
E: jeff@fastestfeedback.com
*Click to Schedule a Meeting with Jeff*

# The Seven Steps of the
# 10X EIN Loans



## 01
### Account Creation

We create an account for you and send you a term sheet for the requested loan amount.

## 02
### 5 Days for Term Acceptance

Borrower has 5 days to decide to join. If they want to lock the rate from the term  they must join and pay membership fees



## 03 Underwriting

Member is sent underwriting for requested loan amount

## 04
### Review & Deposit

After signing underwriting the client puts  10% into an ICA (Interest Credit Account).



## 05
### First Payment

First funding of 20% to client in as little as two weeks



## 06
### Second  Payment

Borrower receives second payment between 2 weeks to 75 days



## 07
### Loan Maintenance

Loan proceeds may be used like a business credit line. Quarterly covenants will be used to make sure loan proceeds are being kept in good standing



brought to you by
WWW.FASTESTFEEDBACK.COM

# BELOC

**Business Expansion Line of Credit**

BELOC



# BELOC

Our Exclusive Business Growth Line of Credit Lender has been in business for over 150 years and has over $1.7 Trillion in assets.

## We Provide Capital to Small & Large Businesses

We determine the health of your business NOT based just on credit scores. Our in depth understanding of small/ large businesses means that we can provide capital to businesses **quickly and responsibly**.

## What Our Members Say About Us

**"I created my profile and got my loan. It was SO SIMPLE. You truly delivered. I love the platform!"**

**-R.S Jr Technology Company Owner/Executive**

## About Our Business Expansion Line of Credit:

- 4% Interest-only APR (3.5% if quick to move)
- Range from $25,000 to NO MAX
- **10-year term**
- Funding **within 75 calendar days or less**
  - 7 points are charged one-time at closing for costs such as attorney's fees, promoter's commissions, etc. (only 4 points if quick to move)
- 10% down-payment for Interest Credit Account
  - This secondary investment instrument can be provided to you via Bridge Loan after a Due Diligence Period and Fee!

## Commonly Used For:

- Purchasing Inventory
- Renting, buying or leasing equipment
- Hiring additional staff
- Launching a marketing campaign
- Working capital
- Real Estate
- Paying off large amounts of Venture Capital debt

# Business Expansion Line of Credit Benefits

- **4% Interest-only rate! (APR) (3.5% if quick to move)**
- **Funding Range $25,000 – NO MAXIMUM**
- **Fast: As little as 14 days for funding**
- **NO CREDIT CHECKS**
- **NO PERSONAL GUARANTEES**
- **NOT Based on revenues of business**
- **Interest is PRE-PAID in full for up to 4 years. After this period, interest is then due monthly.**
- **Balloon Note: Pay back the principal by the end of the term or sooner**
- **NO PRE-PAYMENT PENALTIES**
- **Previous bankruptcies allowed**
- **Cash wired directly into business bank account**
- **Term - 10 years**
- **No application fees, nor underwriting fees!**

# What is the Collateral?

- **UCC1 Lien on all Company Assets**
- **Only 10% of total requested line of credit is required to get funding**
- **The 10% can be raised from investors inside the platform**
- **Get funded up to ten times (10x) the amount you deposit**
- **Equity Investments are available to selected businesses**

**Missing the 10% deposit?  Inquire about our Due Diligence program and deposit as little as 1.5%!  Quotes for our Due Diligence program vary as per the size of the project.**

## Required Documents for Pre-Approval

- **KYC/CIS Application with two (2) forms of identification (State ID, Passport and Social Security are acceptable forms of ID)**

- **Business Plan, Slide Deck or Executive Summary**

## The Process

- <u>Initial Steps:</u>
  - **The KYC/CIS application will be automatically sent to you via email with your Term Sheet shortly after you Apply and submit your Business Plan, Slide Deck or Executive Summary**
  - **Create a Business Account and Apply at**

- <u>Next Steps:</u>
  - **Activate your Business Account**
  - **Upload Accepted Term Sheet with Proof of Funds**
  - **Review & Execute Loan Agreement**
  - **Receive 10x Your Deposit**

# Business Expansion Line of Credit Requirements

| CRITERIA | MINIMUM | IDEAL |
|---|---|---|
| FICO | not applicable | not applicable |
| TIME IN BUSINESS | not applicable | not applicable |
| ANNUAL GROSS REVENUES | not applicable | not applicable |
| BANKRUPTCY OK? | yes | not applicable |
| JUDGMENTS AND LIENS OK? | Judgments - Yes; Liens - Yes, must be refinanced within BELOC | not applicable |
| CREDIT PARTNER OK? | not necessary | not applicable |
| SECURED OR UNSECURED? | Secured, UCC1 Lien | Secured, UCC1 Lien |
| INDUSTRY IMPORTANT? | no | not applicable |
| FUNDING AMOUNT | 10x Interest Credit Account Deposit | 10x Interest Credit Account Deposit |

All Interest Credit Account Deposited Funds must be good, clean, and cleared cash funds obtained via legal means.