## EXHIBIT COVER SHEET

**Exhibit**

Party Submitting:      **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:      **YES      or      NO      (circle one)**      **69**

Chapter 11 Debtor:      **Genie Investments NV, Inc.**

Case No.      **3:24−bk−00496−BAJ**

Nature of Hearing:      **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:      **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

Re: Term Sheet

Jeff Klie <jeff@fastestfeedback.com>
Fri 2/10/2023 11:44 AM
To:Adam Foster <adamjohnfoster@hotmail.com>

Hi Adam,

Once you get the term sheet they want you to initial it and send it back within 5 days.
The day after you do that, they will send over a 60 to 70 page document.  They want you to perform your due diligence, sign it and have it  notarized within 7 days of receiving it.

Thanks,

**Jeffrey Klie**
President: |*Fastest*Feedback
Click **HERE** to upload documents
*Click to Schedule a Meeting with Jeff*


On Fri, Feb 10, 2023 at 11:59 AM Adam Foster <adamjohnfoster@hotmail.com> wrote:

Thanks Jeff, as I look to finalize a decision, how long are these terms good for?

*Adam Foster*

**From:** Jeff Klie <jeff@fastestfeedback.com>
**Sent:** Wednesday, February 8, 2023 3:53 PM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Subject:** Re: Term Sheet

No.  No other costs as far as fees are concerned.  The activation fee pays for all of the fees normally associated with closings.
However, they do take 4 pts from the loan proceeds at closing.


**Jeffrey Klie**
President: |*Fastest*Feedback
Click **HERE** to upload documents
*Click to Schedule a Meeting with Jeff*


On Wed, Feb 8, 2023 at 3:33 PM Adam Foster <adamjohnfoster@hotmail.com> wrote:

Thanks Jeff,
Are there any other associated closing costs for the loan?

*Adam Foster*

**From:** Jeff Klie <[jeff@fastestfeedback.com](mailto:jeff@fastestfeedback.com)>
**Sent:** Wednesday, February 8, 2023 12:21 PM
**To:** Adam Foster <[adamjohnfoster@hotmail.com](mailto:adamjohnfoster@hotmail.com)>
**Subject:** Re: Term Sheet

Hi Adam,

Unfortunately, it is not possible to go back to those terms right now.
I briefly looked at them last night. Seems quite similar.  Looks like they have less years and higher rates but less money needed down.  I understand if you want to shop around - that's just smart.

To activate the account you have to wire in your activation fee.  The instructions are on the first email in this thread along with your original term sheet.

Thanks,

**Jeffrey Klie**
President: |*FastestFeedback*
Click **HERE** to upload documents
*Click to Schedule a Meeting with Jeff*

On Wed, Feb 8, 2023 at 2:10 PM Adam Foster <[adamjohnfoster@hotmail.com](mailto:adamjohnfoster@hotmail.com)> wrote:
Thanks Jeff,
How do I activate the account?

Also, I reached out to McMann to see what kind of program they have. It is quite similar to what you are offering, but they only require a 10% deposit. I know I missed the deadline, but is it possible to go back to the original terms that we first discussed?

*Adam Foster*

**From:** Jeff Klie <[jeff@fastestfeedback.com](mailto:jeff@fastestfeedback.com)>
**Sent:** Wednesday, February 8, 2023 12:06 PM
**To:** Adam Foster <[adamjohnfoster@hotmail.com](mailto:adamjohnfoster@hotmail.com)>
**Subject:** Re: Term Sheet

Hi Adam,
I put in your request for the new loan and they said you are all set up in the system.
Once you activate the account they will send over the new, revised agreements reflecting your requested changes and you can move forward from there.

Thanks,

**Jeffrey Klie**
President: |*Fastest*Feedback
Click **HERE** to upload documents
*Click to Schedule a Meeting with Jeff*

On Tue, Feb 7, 2023 at 11:14 PM Jeff Klie <jeff@fastestfeedback.com> wrote:
Hi Adam,
Thanks for the clarification.
No, I'm not aware of Walt Trock but I just looked them up and it does seem similar, I agree.

Thanks,

**Jeffrey Klie**
President: |*Fastest*Feedback
Click **HERE** to upload documents
*Click to Schedule a Meeting with Jeff*

On Tue, Feb 7, 2023 at 10:43 PM Adam Foster <adamjohnfoster@hotmail.com> wrote:
Hey Jeff,
Great question. I think we will need to go for a 1.5m loan (which would be a $225,000 loan).

Side question for you, is this program affiliated with Walt Trock at McMann Commercial Lending in Chicago? I noticed he has a similar program on his website.

Best,
*Adam Foster*

**From:** Jeff Klie <jeff@fastestfeedback.com>
**Sent:** Tuesday, February 7, 2023 8:36 PM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Subject:** Re: Term Sheet

Hi Adam,

I'm sorry for the redundant questions.  I just want to make sure that I have this correct for you.  For your first loan request you had asked for $2.5m.  That would have required a $250k ICA deposit.
As the terms are now 15% into an ICA that same $2.5m loan would need $375k into an ICA.

A $250k ICA deposit would net a loan of $1.667m.

So, did you still want $2.5m or would you want the $1.667m  loan?

OR any different amount?

Again, I apologize for the questions but just want to make sure that I am being precise for your request.

Thanks,

**Jeffrey Klie**
President: |*Fastest***Feedback**
Click **HERE** to upload documents
*Click to Schedule a Meeting with Jeff*

On Tue, Feb 7, 2023 at 3:17 PM Adam Foster <adamjohnfoster@hotmail.com> wrote:
> Thanks Jeff,
> Yes the purpose is the same, I am looking to buy an existing business.
>
> *Adam Foster*
> _____
>
> **From:** Jeff Klie <jeff@fastestfeedback.com>
> **Sent:** Tuesday, February 7, 2023 1:04 PM
> **To:** Adam Foster <adamjohnfoster@hotmail.com>
> **Subject:** Re: Term Sheet
>
> Hi Adam,
>
> Yes, I can do that.  I wanted to make you aware that the terms for new loans changed as of February 1st.
> Now the terms are as follows:
>
> 15 yr, interest only loan
> 3.25% Interest
> 15% needed to fund the ICA
>
> In comparison, when we spoke the terms were:
> 10 yr int only loan
> 2.5%
> 10% needed to fund the ICA.

Can you let me know what you will be using as your plan of business now?  Will it be the same?

Thanks,

**Jeffrey Klie**
President: |*FastestFeedback*
Click **HERE** to upload documents
*Click to Schedule a Meeting with Jeff*

On Tue, Feb 7, 2023 at 10:21 AM Adam Foster <adamjohnfoster@hotmail.com> wrote:

Hey Jeff,
The business I was looking at fell through, the lease was non-transferable. I am shopping around for another opportunity. I was wondering if you could please send me another term sheet, I'd like to get this process going

*Adam Foster*

---

**From:** Jeff Klie <jeff@fastestfeedback.com>
**Sent:** Tuesday, January 24, 2023 9:42 AM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Subject:** Re: Term Sheet

Hi Adam,

The soonest is 28 days.  The furthest out is 150 days.
AND, so that you are certain, it is possible (however unlikely) that it could push past the 150 days   IF that were to ever happen then you can get a full refund of your ICA or find out how much longer it will take and stay the course.
It is unlikely but I want you to know every possibility.  I have heard of it being late on a few occasions.  The worst case I personally know of was 14 days late, around Christmas and holidays a few years ago.
A majority of the time it comes before the maximum, however.

Thanks,

**Jeffrey Klie**
President: |*FastestFeedback*
E: jeff@fastestfeedback.com
*Click to Schedule a Meeting with Jeff*

On Tue, Jan 24, 2023 at 11:33 AM Adam Foster <adamjohnfoster@hotmail.com>
wrote:

> Hey Jeff,
> Quick question for you, I put an offer on a business for $2m, contingent on financing.
> The closing date is March 15th, but we could possibly push it out. If I go with the
> BELOC, what is the soonest and latest the money may arrive?
>
> Thanks
> *Adam Foster*
>
> ---
>
> **From:** Jeff Klie <jeff@fastestfeedback.com>
> **Sent:** Sunday, January 22, 2023 6:25 PM
> **To:** Adam Foster <adamjohnfoster@hotmail.com>
> **Subject:** Re: Term Sheet
>
> Hi Adam,
> Attached is an updated PDF to show the 2.5% rate that is good until the end of this
> month. I also attached a testimonial page.
>
> Thanks,
>
> **Jeffrey Klie**
> President: |***FastestFeedback***
> E: jeff@fastestfeedback.com
> *Click to Schedule a Meeting with Jeff*
>
>
>
> On Thu, Jan 19, 2023 at 9:47 AM Jeff Klie <jeff@fastestfeedback.com> wrote:
>> Hi Adam,
>> I do have a website, however it is for text marketing and customer feedback. Since
>> we brought on this loan program, I've been so swamped that I have not had time
>> to create a site that we obviously need.
>> However, I have included a couple of PDFs for your reference.
>>
>> If you still wanted the website it is: Fastest Feedback
>>
>>
>> Thanks,
>>
>> **Jeffrey Klie**
>> President: |***FastestFeedback***
>> E: jeff@fastestfeedback.com
>> *Click to Schedule a Meeting with Jeff*

On Thu, Jan 19, 2023 at 12:20 AM Adam Foster <adamjohnfoster@hotmail.com> wrote:

Thanks Jeff,

Do you have a website that I can see more information?

Get Outlook for iOS

---

**From:** Jeff Klie <jeff@fastestfeedback.com>
**Sent:** Wednesday, January 18, 2023 5:53:42 PM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Subject:** Re: Term Sheet

The entire loan will be at 2.5%.  It is interest only and will be for 10 years (you can pay it off early with no penalty).  It's always interest only - at the end of 10 years, if you have not yet done so, you will either owe a balloon payment or need to refinance.

The 10% you put into the ICA account will be drawn down monthly for your interest only payment.  That should last around 3 years. When it is depleted you will simply make monthly payments as you would any loan for the last 6 or 7 years.

The 10% ICA will need to be funded at the time you sign and notarize the agreement.  This is your money and will be used to make your monthly payments automatically for about 3 years or so.  If at any point you want to stop the process and cancel the loan before the money gets to you then simply let us know and we will give you a full refund of that ICA account.  Once the money is sent to you then have the option of sending some or all of it back to us.  If you do that then there is no interest payment on the amount that we have.  So, if you take a 2.5m loan and only need 500,000 then send the other 2m back and you will only be charged interest on the 500,000 you have or have used. However, you still have 10% in an ICA, which we will use to make whatever your monthly, interest only payment will be.

**Jeffrey Klie**
President: |*Fastest*Feedback
E: jeff@fastestfeedback.com
*Click to Schedule a Meeting with Jeff*

On Wed, Jan 18, 2023 at 7:42 PM Adam Foster <adamjohnfoster@hotmail.com> wrote:

Got it, can you please explain to me again how the payment works?

1) I will make internet only payments for the first 3 years, is that right? What interest rate am I paying after that? Is it still interest only?
2) When do I provide the 10% down payment? Is it all up front? Or iteratively as I pull out the loan?

Get Outlook for iOS

**From:** Jeff Klie <jeff@fastestfeedback.com>
**Sent:** Wednesday, January 18, 2023 7:38:03 PM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Subject:** Re: Term Sheet

Hi Adam,
We don't know until the account is activated. They are a warehouse lender and deal with Banks, Loan agencies, Hedge Funds and private lenders/investors. They don't start the work of putting together the financing until the account is activated so as not to waste time/resources.
Once the account is activated you will receive 72 pages of a contract and instructions - usually within 24 hours.  It will show the group that will be providing you funding and spell it all out clearly.

Thanks,

**Jeffrey Klie**
President: |*Fastest*Feedback
E: jeff@fastestfeedback.com
*Click to Schedule a Meeting with Jeff*

On Wed, Jan 18, 2023 at 7:16 PM Adam Foster <adamjohnfoster@hotmail.com> wrote:
> Thanks Jeff, who is providing the financing for this loan? I don't see it anywhere in the sheet?
>
> Get Outlook for iOS
>
> ────────────────────────────
> **From:** Jeff Klie <jeff@fastestfeedback.com>
> **Sent:** Wednesday, January 18, 2023 7:03:21 PM
> **To:** Adam Foster <adamjohnfoster@hotmail.com>
> **Subject:** Term Sheet
>
> Hi Adam,
>
> Attached is the term sheet along with a letter informing you that the rates will be 2.5% if you activate within five days.

I have also attached wire instructions for the activation.

Thank you,

**Jeffrey Klie**
President: |*Fastest***Feedback**
E: jeff@fastestfeedback.com
*Click to Schedule a Meeting with Jeff*

# Read some of our Testimonials…

"The Line of Credit application process was quick and painless. The loan closing was much faster than ever expected. In short, the best financial decision McMann Commercial Lending ever experienced was applying for, being approved and funded with the Line of Credit Program."

*-McMann Commercial Lending*

"The EIN-Only loan is a unique and exciting opportunity. I had my doubts at first, but after 2 successful fundings on this platform, I'm looking forward to what we can do together to grow my business."

*-Micah*

# Easy, simple and completely friendly…

"The line of credit application process was easy. A painless process with the loan closing faster than we expected."

*-Walt*

"This program has taken the guessing game out of investing and made it simple. I was looking for a safe and secure investment. I have now found it."

*-Mr. Hewitt*

# How can we help you?

"These guys have transformed my personal financial strategy. I have done multiple deals with them and will continue to use them for a very long time. Come make 38% in 5 months. It has been great for me."

*-Mr. Davis*

"They created my profile and I got my loan.  It was SO SIMPLE!  This program truly delivered. I love this platform!

*-R.S. Jr. Technology Owner/Executive*

# Let's Grow Together…

"As an investor, I have never had an easier time finding a loan to make. I just found a company and handled the loan. I'm a huge fan of this platform and can't wait to see more."

*-Todd M*

*Accredited Investor*

"I love these guys. Nowhere else could I have gotten a better product to help my business grow. The team has been excellent to work with and my decision was fast with zero hassle, which was so refreshing. This was by far the best decision I've made for a loan."

*-Mrs. Patel*

Adam,

Please read all directions carefully.

Please Review your Term Sheet

If you activate your Business Account **within 5 calendar days of receiving this documentation and time-stamped message, you will receive a reduced interest rate of 2.5%** and a points reduction to 4 points for your Line of Credit!

If you accept these terms and are ready to move forward in the process, please ACTIVATE your account by joining as a member, then initial and return this Term Sheet.

Once your account is activated and the Term Sheet is uploaded, you will receive your Loan Agreements within 24 hours on business days and be on Step One. Thank you very much for your interest, We look forward to working with you soon.

# BELOC

## Business Expansion Line of Credit



## BELOC

Our Exclusive Business Growth Line of Credit Lender has been in business for over 150 years and has over $1.7 Trillion in assets.

## We Provide Capital to Small & Large Businesses

We determine the health of your business NOT based just on credit scores. Our in depth understanding of small/large businesses means that we can provide capital to businesses **quickly and responsibly**.

## What Our Members Say About Us

*"I created my profile and got my loan. It was SO SIMPLE. You truly delivered. I love the platform!"*

**-R.S Jr Technology Company Owner/Executive**

## About Our Business Expansion Line of Credit:

- 4% Interest-only APR (2.5% if quick to move)
- Range from $25,000 to NO MAX
- **10-year term**
- Funding **within 75 calendar days or less**
  - 7 points are charged one-time at closing for costs such as attorney's fees, promoter's commissions, etc. (only 4 points if quick to move)
- 10% down-payment for Interest Credit Account
  - This secondary investment instrument can be provided to you via Bridge Loan after a Due Diligence Period and Fee!

## Commonly Used For:

- Purchasing Inventory
- Renting, buying or leasing equipment
- Hiring additional staff
- Launching a marketing campaign
- Working capital
- Real Estate
- Paying off large amounts of Venture Capital debt

## Business Expansion Line of Credit Benefits

- **4% Interest-only rate! (APR) (2.5% if quick to move)**
- **Funding Range $25,000 – NO MAXIMUM**
- **Fast: As little as 14 days for funding (Up to 75 days however)**
- **NO CREDIT CHECKS**
- **NO PERSONAL GUARANTEES**
- **NOT Based on revenues of business**
- **Interest is PRE-PAID in full for up to 4 years. After this period, interest is then due monthly.**
- **Balloon Note: Pay back the principal by the end of the term or sooner**
- **NO PRE-PAYMENT PENALTIES**
- **Previous bankruptcies allowed**
- **Cash wired directly into business bank account**
- **Term - 10 years**
- **No application fees, nor underwriting fees! Simply a one time activation fee.**

## What is the Collateral?

- **UCC1 Lien on all Company Assets**
- **Only 10% of total requested line of credit is required to get funding**
- **The 10% can be raised from investors inside the platform**
- **Get funded up to ten times (10x) the amount you deposit**
- **Equity Investments are available to selected businesses**

**Missing the 10% deposit? Inquire about our Due Diligence program and deposit as little as 1.5%! Quotes for our Due Diligence program vary as per the size of the project.**

## Required Documents for Pre-Approval

- KYC/CIS Application with two (2) forms of identification
  (State ID, Passport and Social Security are acceptable forms of ID)

- Business Plan, Slide Deck or Executive Summary

## The Process

- <u>Initial Steps:</u>
  - The KYC/CIS application will be automatically sent to you via email with your Term Sheet shortly after you Apply and submit your Business Plan, Slide Deck or Executive Summary
  - Create a Business Account and Apply at

- <u>Next Steps:</u>
  - Activate your Business Account
  - Upload Accepted Term Sheet with Proof of Funds
  - Review & Execute Loan Agreement
  - Receive 10x Your Deposit

# Business Expansion Line of Credit Requirements

| CRITERIA | MINIMUM | IDEAL |
|---|---|---|
| FICO | not applicable | not applicable |
| TIME IN BUSINESS | not applicable | not applicable |
| ANNUAL GROSS REVENUES | not applicable | not applicable |
| BANKRUPTCY OK? | yes | not applicable |
| JUDGMENTS AND LIENS OK? | Judgments - Yes; Liens - Yes, must be refinanced within BELOC | not applicable |
| CREDIT PARTNER OK? | not necessary | not applicable |
| SECURED OR UNSECURED? | Secured, UCC1 Lien | Secured, UCC1 Lien |
| INDUSTRY IMPORTANT? | no | not applicable |
| FUNDING AMOUNT | 10x Interest Credit Account Deposit | 10x Interest Credit Account Deposit |

All Interest Credit Account Deposited Funds must be good, clean, and cleared cash funds obtained via legal means.

Terms and Contingent Commitment Letter
1/18/2023



RE:  Foster Group LLC  ("Company")

To Whom It May Concern,

**Foster Group LLC and Adam Foster** ("Client") is **PRE-APPROVED** for funding via non-recourse, asset-backed Line of Credit ("LOC") with Genie Investments ("Provider") to be a capital contribution into the Company used for the construction and development of the Project (Business Plan) and to be used at the Company's discretion within the scope of the agreement. Tranche schedules are subject to the needs of the business and will be mutually agreed upon after further review of the Project.

*(PLEASE INITIAL THE CORRESPONDING BOX.)*

### Company Remits Interest Credit Payment

**LOC AMOUNT:**  $2,500,000
**INTEREST CREDIT PAYMENT AMOUNT:** $250,000 (reserved funds)
**TERM:** 120 Months
**RATE:** 4% I/O
**POINTS: 4**%
**SUCCESS FEE:** 3% (ZOOMERAL, Inc.)
**PPP**: None
**DELIVERY**: Tranche Schedule
**FUNDING DATE:** LOC will be available within 75 calendar days from aggregated funds being locked.

**ESTIMATED FUNDING DATE:** 4/3/2023

**Initial Below**

*This approval expires on 1/25/2023, 5pm ET and is subject to the following:*

- Client Information Summary (CIS) completion in full and this terms and contingent commitment letter, both signed by primary decision executor.
- All soft costs, including by not limited to appraisals, due diligence, insurance, wiring fees, UCC filings, etc., to be paid by Company.
- Funding is subject to our complete review of the transaction, Client, project(s) and collateral.
- Provider reserves the right to amend or add any requirements or LOC conditions at its sole discretion.
- Funding period begins when Company's funds are locked with Provider's Warehouse Lender as part of the funding procedure after Company's Payment into Provider's account to create Company's Interest Credit Account, all requested deliverables are submitted, Provider transfers funds into a Provider lock account, and Loan Agreements are executed.
- Your Interest Credit Account will cover the Company's Interest-only payments for the first three (3) years. If the term exceeds the three (3) year mark, the Company is required to make the required interest-only monthly payments to Genie Investments.
- All parties have an obligation to respect professional secrecy and to take all appropriate precautions to protect the confidentiality of the information each holds in respect of the others' activities. All parties will refrain from engaging in disparagement of the others under any circumstances that may arise. This legal obligation shall remain in full force and effect at all times.
- Company must activate and complete their ZOOMERAL, Inc. Business Account prior to closing, must maintain it and keep it up to date throughout the entire term.

**Terms & Conditions**

This Letter is intended solely as a basis for negotiation between Provider and Client of mutually satisfactory definitive documentation relating to a potential LOC (LOC) by Provider to Client. The Line of Credit is subject to the foregoing the parties agree as follows:

1. **Definitive Documentation**. As promptly as reasonably practicable following the execution and delivery of this Letter, the parties (and their respective legal counsel, if necessary) will commence preparation of definitive documents for the LOC. The definitive agreements and other documentation for the LOC (collectively, the "LOC Documents") will be based upon the terms set forth in this document.

2. **Due Diligence**. Provider will continue to engage in underwriting and due diligence of Client and the scope related to the LOC. Client shall provide information to Provider relevant to the LOC in order that Provider may have the opportunity to conduct customary and appropriate underwriting and due diligence as Provider may deem necessary or desirable in connection with its evaluation of the LOC. In the event that information contained in this letter is found to be inaccurate, the Provider at its sole discretion may update the terms or void this letter completely.

3. **Non-Binding**. This Letter has been prepared and executed to serve as an aid to the negotiation, preparation and execution of the LOC Documents. Client and Provider have mutually discussed the proposed terms of the LOC Documents without Providers' benefit of complete underwriting and due diligence investigation. Therefore, the terms and conditions of this Letter are subject to, among other things, further due diligence investigation by Provider. Except for the provisions of Sections 2, 3, 4, and, hereof (which are intended to be legally binding on the parties hereto), this Letter is not intended to constitute a binding contract on either party, and neither party will be liable to the other party due to any failure to enter into any LOC Document. No past or future action, course of conduct or failure to act relating to the LOC, or relating to the negotiation of the terms of the LOC or the LOC Documents will give rise to or serve as a basis for any obligation or other liability on the part of either party.

4. **Governing Law**. This Letter is governed by the laws of the State of Delaware, without regard to its conflicts of law rules.

5. **Legal Authority**. Client and Provider each represents that the respective person executing this Letter on its behalf has the legal authority to enter into this Letter based on the relevant governing documents of each party.

6. **Upon Acceptance.** Upon Client accepting this letter, Client has seven (7) calendar days to purchase ZOOMERAL digital data storage, execute agreements, submit requested deliverables and remit their Payment into the Provider's account, otherwise Client may need to reapply. This reapplication process may take up to thirty (30) business days.

Please contact Genie Investments through the ZOOMERAL messaging system located on your dashboard, if you have any questions regarding this approval.

Regards,

*Genie Investments*

2666



A division of *CNB Bank*

Member FDIC

## INCOMING DOMESTIC WIRE INSTRUCTIONS

BANK NAME:        ERIEBANK A Division of CNB Bank
                  31 S SECOND STREET
                  CLEARFIELD PA 16830

BANK ABA/ROUTING NUMBER:        ██████████

CUSTOMER NAME _____

CUSTOMER FULL ADDRESS_____

_____

ACCT. # _____

REFERENCE / INVOICE # (if applicable) _____