# EXHIBIT COVER SHEET

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES    or    NO    (circle one)** | **70** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court
Middle District of Florida**

**Dated:                                    , 2024.**

**By:                              , Deputy Clerk**

## Re: Inquiry

**Adam Foster** <adamjohnfoster@hotmail.com>
Wed 2/15/2023 1:24 PM

To: Michael Lanza <mlanza@mcmanncommerciallending.com>
Cc: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>

Ok, thank you.

Get [Outlook for iOS](#)

---

**From:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Sent:** Wednesday, February 15, 2023 1:06:41 PM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Cc:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Inquiry

No, we have everything we need and file is in underwriting. Will keep you posted.

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Wednesday, February 15, 2023 12:48 PM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Cc:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Inquiry

Hey Michael,
I just wanted to check in and see if there's anything else you need from me. Hope things are going well.

Best,
*Adam Foster*
*801-505-8646*

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Monday, February 13, 2023 10:31 AM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Cc:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Inquiry

I am providing the 10%

Get [Outlook for iOS](#)

---

**From:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Sent:** Monday, February 13, 2023 10:07:52 AM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Cc:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Inquiry

Are you providing the 10% for the ICA account or are you requiring our Bridge loan service? Please advise ASAP so I can get this loan submitted/registered. Thanks.

**Michael J. Lanza**
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
[McMannCommercialLending.com](McMannCommercialLending.com)
[Appointment Calendar](Appointment Calendar)

  

---

**From:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Sent:** Friday, February 10, 2023 12:21 PM
**To:** Adam Foster <adamjohnfoster@hotmail.com>; Info MCL <info@mcmanncommerciallending.com>
**Cc:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Inquiry

I got your appointment but had no number for you so I thought you would call me. You can see my number below if you have time for a short call.

**Michael J. Lanza**
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
[McMannCommercialLending.com](McMannCommercialLending.com)
[Appointment Calendar](Appointment Calendar)

  

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Friday, February 10, 2023 12:17 PM
**To:** Info MCL <info@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Inquiry

Walt,

Thanks for all your help. What is the best way to get a hold of Michael and Rene? I have left voicemails, emails, and scheduled time on Micheal's calendar through his Calendly link on Linkedin (but never got a phone call at the appointed time).

Best,
*Adam Foster*

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Wednesday, February 8, 2023 3:11 PM
**To:** Info MCL <info@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Inquiry

Got it, that makes sense!

Get [Outlook for iOS](#)

---

**From:** Info MCL <info@mcmanncommerciallending.com>
**Sent:** Wednesday, February 8, 2023 2:58:51 PM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Inquiry

Nope not at all.  The ICA is a pre paid interest account that belongs to you that is used to pay the monthly interest due on the loan until the ICA account is exhausted.  Because you are the owner of the ICA that is why it is stated as returned to you in the form of a monthly interest payment.  If along the way you chose to payoff or cancel your loan any ICA balance is returned to you by way of a discounted payoff.

Walt Trock
**Corporate 312-642-5054 X101**
**Direct 224-532-6116**
**Managing Director**
https://mcmanncommerciallending.com
800-616-7276
[Appointment Calendar](#) | [Quick Commercial Loan Approval](#)



---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Wednesday, February 8, 2023 3:25 PM
**To:** Info MCL <info@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Inquiry

Thanks all,
One more question, it states the deposit in the ICA will be refunded back to me at the closing of the loan. Does this mean once the loan is approved at the beginning? Or at the end of the 10 years?

Get [Outlook for iOS](#)

---

**From:** Info MCL <info@mcmanncommerciallending.com>
**Sent:** Wednesday, February 8, 2023 1:55:10 PM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Inquiry

Michael or Rene can answer all your questions.

Michael Lanza, Senior Commercial Loan Officer Cell 312-643-5027, mlanza@mcmanncommerciallending.com
Rene Jamulitrat, Commercial Loan Processor, 312-643-5036.
rjamulitrat@mcmanncommerciallending.com

Walt Trock
**Corporate 312-642-5054 X101**
**Direct 224-532-6116**
**Managing Director**
https://mcmanncommerciallending.com
800-616-7276
[Appointment Calendar](#) | [Quick Commercial Loan Approval](#)



---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Wednesday, February 8, 2023 2:21 PM
**To:** Info MCL <info@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Inquiry

This is great, thank you so much. My purpose in applying for this is to buy an existing business. I just recently created an LLC, so I have no financial history for my business. I am currently looking at several businesses to buy over the next 6 months which total $2.5m, targeting an EBITDA / Asking Price ratio of 3X or less.

A few questions for you:

1. Can I use these funds to buy an existing business? Or several?
2. Since I just created my LLC, is there a best way to fill out the application?
3. Since I don't know which business I will be buying, how should I fill out the projections sheet?
4. What will determine the interest rate, APR? Is it 4.5% interest only for 10 years?

    5. I am looking to borrow about $2.5 million, I'd like to determine my total out of pocket which I need to finalize this loan. Is the following correct, or is there more?
        a. $250,000 down payment - placed in an ICA (is this refundable if loan is not approved?)
        b. $7,900 non-refundable deposit
        c. 5 to 8 points closing costs (how much is this? When is it due?)

*Adam Foster*

---

**From:** Info MCL <info@mcmanncommerciallending.com>
**Sent:** Wednesday, February 8, 2023 10:58 AM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Inquiry

**BELOC Business Expansion Line of Credit Features**

• Rates from 4.25% to 8.875% Fixed for 10 Years
• You can combine several plans into one loan.
• Loan Amounts From $250,000 and up
• NO Pre-Payment Penalty
• No Personal Guarantee
• No Personal Credit Reports Pulled or Needed to Qualify
• Previous Bankruptcies allowed
• No Restriction on Use of Funds
• Loans can be for any project located in any stabilized County
• Interest Only Payments
• The ideal business startup loan, historical track record of the LLC is not needed.
• Property Ownership is NOT Required, no title liens.
• Loans are Corporate Only
• A Low One Time Due Diligence Cost (this is the only out of pocket expense)
• Save on the closing cost of Site Inspections, Appraisals, Construction Draws of Development, Rehab or Construction Loans.
• The average out-of-pocket savings over a small conventional loan is at least $35,000 for each loan.
• Cash is wired directly to the business bank account.
• **A Qualified Business Plan and Exit Strategy is a Must!**

**For entities outside of the continental US the entity must have a US LLC or Corporation, EIN number and a US bank with an ABA number. Swift Codes will not be allowed.**

Walt Trock
**Corporate 312-642-5054 X101**

**Direct 224-532-6116**
**Managing Director**
https://mcmanncommerciallending.com
800-616-7276
Appointment Calendar | Quick Commercial Loan Approval

 

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Wednesday, February 8, 2023 9:40 AM
**To:** Info MCL <info@mcmanncommerciallending.com>
**Subject:** Inquiry

Walt,
Curious about the business expansion line of credit.

*Adam Foster*
*801-505-8646*