# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **71** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:**_____**, 2024.**

**By: _____, Deputy Clerk**

## FW: Adam Foster and Michael Lanza

Michael Lanza <mlanza@mcmanncommerciallending.com>
Thu 2/9/2023 11:40 AM
To:Adam Foster <adamjohnfoster@gmail.com>

_____

From: Michael Lanza <mlanza@mcmanncommerciallending.com>
Sent: Thursday, February 9, 2023 11:39:50 AM (UTC-07:00) Mountain Time (US & Canada)
To: Michael Lanza; Adam Foster
Subject: Adam Foster and Michael Lanza
When: Friday, February 10, 2023 9:00 AM-9:30 AM.
Where:

Event Name: 30 Minute Meeting

Please share anything that will help prepare for our meeting.: I would like to know more about the BELOC program.

Need to make changes to this event?
Cancel: https://calendly.com/cancellations/f421197c-17b4-4f00-bdde-16fdced29d57
Reschedule: https://calendly.com/reschedulings/f421197c-17b4-4f00-bdde-16fdced29d57

Powered by Calendly https://calendly.com/

**McMANN Commercial Lending** • 205 N Michigan Ave • Chicago IL 60601
312-224-8559   Fax 312-871-3344

November 29, 2022

BELOC (Business Expansion Line of Credit) Underwriting Notes. Some outstanding value-added features that the BELOC loan program offers:

1. Working Capital is provided to small and large business.  Start-ups are OK.  New LLCs are OK.
2. Loan Amount Floor:  $250,000
3. Loan Amount Ceiling NONE
4. Interest Rate: 4.25% to 7.875% fixed while in effect
5. Term:  10 Years while in effect – Can be longer depending on loan size
6. No PPP (Pre-Payment Penalty)
7. Non-Recourse or NO Personal Guarantee (PG)
8. NO Personal credit reports of all applicants is used to qualify for a loan.
9. Previous Bankruptcies allowed.
10. No title liens on the property.
11. No verification, seasoning or sourcing of funds used for Interest Credit Account (ICA).
12. 100% Financing plus Closing Cost and Interest Reserve allowed.
13. Cash is wired directly to the business bank account.

The BELOC is a defined as a closed end line of credit meaning all funds are taken at closing or through a pre-determined tranche schedule. BELOC is not a traditional bank open end line of credit where funds can be used, then paid back and used again. The BELOC is an IO (Interest Only) bridge program.  Interest payments on the entire loan balance is due monthly.

A comprehensive business plan is the best strategy you can submit for the loan presentation and label the doc as the Business Plan.  A Good BP will determine loan approvals.  To date no qualified loan application has been rejected. BPs are not subject to business type or property only to the BP and experience of the owners. Exit Strategy is the 10-year term projected earnings for the BP.  The Projections should be labeled as the Exit Strategy.

The disposition of the $7,900 Due Diligence (non-refundable) cost allows us to do the following payment can be made by bank wire credit cards are not accepted.

  a. Set aside and lock in the loan amount
  b. Guarantee delivery of the quoted Fixed the interest rate for the term of the loan.
  c. Send the applicant a term sheet for signature and return.
  d. Background checks on all applicants in the LLC and the LLC entity of fraud and money laundering.
  e. Activation cost starting July1, 2022 for Due Diligence is $7,900 Non-Refundable.

**McMANN Commercial Lending** • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

The Interest Credit Account (ICA) deposit funds not required to be wired into the warehouse account until after hard load terms are reviewed and approved by the applicant. Interest Credit Account (ICA)s are held in warehouse bank account and returned at closing. Hence Interest payments are guaranteed for the start up phase of the loan.

If the applicant does not have the 10% Interest Credit Account (ICA) Deposit most applicants have access to investors that will extend a 10% bridge for 90 calendar days from approximate date of deposit of Interest Credit Account (ICA) funds.

The Interest Credit Account (ICA) funds sit in the warehouse account until the BELOC is closed and funded.

If the application is for $275,000,000 the 10% Interest Credit Account (ICA) Deposit is equal to $27,500,000 lacking personal financials, the owners cannot determine what the LLC or applicants of the LLC may or may not have access too.

If the LLC does not have access to the $27.5M McMann can offer you a 10% Interest Credit Account (ICA) Waiver deposit ($2,75,000) as an alternative to the 10% deposit for a nonrefundable advance payment of $25,000 to $250,000 plus. This option would require a total of $7,900 plus the Waiver cost for a total Non-Refundable transfer of funds. Interest Credit Account (ICA) Deposits to the warehouse account that ensure a loan closing is refunded at closing.

Due Diligence Cost due at application: $7,900 (this is a non-refundable cost, and it is your only out of pocket cost). Compare this cost to a additional commercial loan closing for attorneys, title fees, appraisals, lien searches, site inspections, draw schedules which in many cases can be as much as $40,000 per loan or more.,

## Loan Closing Protocol

Terms are sent for signature and return after receipt of the full application. The Interest Credit Account (ICA) deposit is 10% of the loan amount to guarantee closing. The deposit is returned at closing in approximately 75 Calendar days from date of Interest Credit Account (ICA) Deposit.

Loan amounts are determined as a 10X calculation. For Example, if an applicant has $3MM on deposit the loan amount is figured as follows: $3MM / .10 = $30MM. 10 Times the loan amount or 10X

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

4 to 8 Points of the loan amount are the only other cost of the loan and these points, and an interest reserve can be rolled into the loan amount. Closings are done on-line as once the docs are signed funds are wired to the specified account. Your obligation is to stick the business plan and an exit strategy that shows your ability to repay the loan.

The Interest Only Payments are due monthly.  Many applicants increase the loan amount sufficient to create a reserve account to make an automatic monthly payment.

IO payments are figured as follows:  .03 / 12 = .0025 monthly X's the loan amount.  Example $500,000 loan X's .0025 = $1,250 Monthly X's 120 months = $150,000 for interest reserve.

## Tranche Loan Closing Schedule

The loan funding schedule is an approximate following receipt of the Signed Hard Loan Terms and transfer of the ICA account by the Applicant.

1. First Tranche is the 2X Part or 20% of the loan amount usually disbursed within an estimated 90 business bnaking days from date of
2. 

    the ICA Deposit.  For example, if the loan amount is $5MM then the first Tranche is $1,000,000.
3. Loan closing cost and points are taken out of the first Tranche.
4. ICA funds are returned to the applicant at closing.
5. The second Tranche or 8X portion 80% of the loan amount is usually disbursed within 75 calendar days of the First Tranche.  For example, if the loan amount is $5MM then the second Tranche is $4MM.
6. Both Tranches come to the total of the full loan amount and cover all closing cost.  The only risk to the applicant is the $7.900 DDD.

The Interest Credit Account (ICA) Deposit is not a fee it is a cost.  A fee implies that the money goes to the attorney's account as a charge.  Not True at all.  The Interest Credit Account (ICA) deposit is held in an warehouse account with a strict provision that the funds in that account can only be disbursed back to the applicant at the time of loan closing or to the warehouse line in case of a loan closing default by the applicant.

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

The actual calculation of the Interest Credit Account (ICA) deposit is 10% of the loan amount.  McMann's position is that an applicant is experienced enough to realize that a 10% security hold is a real bargain in the world of high balance commercial lending.

The Interest Credit Account (ICA) waiver deposit is not offered to everyone it is only offered to an applicant that presents a sensible and dynamic business plan with a commonsense exit strategy and has demonstrated that they have a vested financial interest already in the project.  Both the plan and the exit are backed by applicant(s) that have a demonstrated expertise in the arena of the business plan.

Those that apply for the waiver option can only qualify if they meet the conditions stated above, have presented their full application and
are willing and capable to commit to an additional $25,000 to $250,000 non-refundable waiver deposit.  This waiver deposit is in addition to the $7.900 non-refundable Due Diligence cost of application.

These notes are current as of the publication date.  As with all commercial lending program market conditions have a big impact of rates, terms, and qualification.  These notes can change at any given time there are not written in stone.  If you want a Registered Term Sheet that locks down the rate, term and closing points McMann requires a complete detailed application and a wire to cover the due diligence cost of the application.



McMANN Commercial Lending
312-224-8559 • 800-616-7726 • Fax 312-871-3344 • Chicago IL 60601



**McMANN Commercial Lending** ● 205 N Michigan Ave ● Chicago IL 60601
312-224-8559  Fax 224-328-6440

> BELOC Loans are being funded daily when you let the Money Drive the Deal. The BELOC is a safe bet considering todays market conditions.

# Business Expansion Line of Credit From 4.25% Fixed to $900MM Plus

Our Exclusive Business Expansion (BELOC) Line of Credit financial backer has been in business for over 150 years and has over $1.7 Trillion in assets.

## About Our Business Expansion Line of Credit:

· 4.5% Interest-only APR
· Range from $250,000 to NO MAX
· 10-year term
· Approvals in 24 hours (business days only)
· 1st Funding approximately 90 days or less
   5 to 8 points are charged as a one-time closing
   for costs of attorney's fees, promoter's commissions,
   and traditional 3rd party cost.
· 10% Reserve required for an ICA (Interest Credit Account. This secondary investment instrument can be raised by **McMann** with contractual agreements in place.

## We Provide Capital to Small & Large Businesses

We determine the health of your business NOT based just on credit scores. Our in depth understanding of small/large businesses means that we can provide capital to businesses quickly and responsibly. No Personal Guarantees. No Credit Pulls. No Position on Assets.

## What Our Borrowers Say About Us

*"I created my application and got my loan. It was SO SIMPLE. McMann truly delivered. I love the platform!"*

–R.S Jr Technology Company
Owner/Executive

## FUNDS are Commonly Used For:

- Purchasing Inventory
- Renting, buying, or leasing equipment
- Hiring additional staff
- Launching a marketing campaign
- Working capital
- Real Estate
- Paying off large amounts of Venture Capital debt

**Loan Officer: Michael Lanza**
**Direct Phone: 312-643-5027**

**Email: info@mcmanncommerciallending.com**
**Set a Time to Talk click: Calendar Link**



**McMANN Commercial Lending**
205 N Michigan Ave ● Chicago IL 60601
312-224-8559 ● 800-616-7276 ● Fax 312-871-3344
Advertised Rates and Terms do not apply to all properties and countries in the continental US.