## EXHIBIT COVER SHEET

**Exhibit**

Party Submitting:     **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:     **YES     or     NO     (circle one)**          **72**

Chapter 11 Debtor:     **Genie Investments NV, Inc.**

Case No.     **3:24−bk−00496−BAJ**

Nature of Hearing:     **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:     **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

## Re: Documents as requested.

## Info MCL <info@mcmanncommerciallending.com>

Sat 2/11/2023 11:46 AM

To:Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>;Adam Foster <adamjohnfoster@hotmail.com>;Michael Lanza <mlanza@mcmanncommerciallending.com>

when you see the info MCL email address I already have a copy no need to dupicte.


Walt Trock
**Corporate 312-642-5054 X101**
**Direct 224-532-6116**
**Managing Director**
https://mcmanncommerciallending.com
800-616-7276
[Appointment Calendar](#) | [Quick Commercial Loan Approval](#)



---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Saturday, February 11, 2023 12:45 PM
**To:** Adam Foster <adamjohnfoster@hotmail.com>; Michael Lanza <mlanza@mcmanncommerciallending.com>
**Cc:** Info MCL <info@mcmanncommerciallending.com>
**Subject:** RE: Documents as requested.

Hello Adam,
Wire receipt for deposit is received.

Thank you,
Rene Jamulitrat
**Direct: 318-834-3383**
**Office: 800-616-7276**
**Loan Processor**
[mcmanncommerciallending.com](#)
[Appointment Calendar](#)

 

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Saturday, February 11, 2023 12:26 PM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Cc:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Subject:** Re: Documents as requested.

Here is the wire receipt for the deposit. Please let me know if you got this.

Best,

*Adam Foster*

---

**From:** Adam Foster <[adamjohnfoster@hotmail.com](mailto:adamjohnfoster@hotmail.com)>
**Sent:** Saturday, February 11, 2023 8:56 AM
**To:** Michael Lanza <[mlanza@mcmanncommerciallending.com](mailto:mlanza@mcmanncommerciallending.com)>
**Cc:** Rene Jamulitrat <[rJamulitrat@mcmanncommerciallending.com](mailto:rJamulitrat@mcmanncommerciallending.com)>; Info MCL <[info@mcmanncommerciallending.com](mailto:info@mcmanncommerciallending.com)>
**Subject:** Re: Documents as requested.

Thanks so much Michael for our conversation the other day. Here are the completed documents, I'll get the wire sent this weekend and will send you a confirmation.

Best,

*Adam Foster*

---

**From:** Michael Lanza <[mlanza@mcmanncommerciallending.com](mailto:mlanza@mcmanncommerciallending.com)>
**Sent:** Friday, February 10, 2023 10:46 AM
**To:** Adam Foster <[adamjohnfoster@hotmail.com](mailto:adamjohnfoster@hotmail.com)>
**Cc:** Rene Jamulitrat <[rJamulitrat@mcmanncommerciallending.com](mailto:rJamulitrat@mcmanncommerciallending.com)>; Info MCL <[info@mcmanncommerciallending.com](mailto:info@mcmanncommerciallending.com)>
**Subject:** Documents as requested.

Please find attached the application, which we prefer typed, and the business plan template. When you send the Due diligence wire, please remember to send us the wire confirmation so we apply the funds correctly. Any questions please do not hesitate to give me a call.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
[McMannCommercialLending.com](http://McMannCommercialLending.com)
[Appointment Calendar](#)




| Sales Representative# 2 |
|---|
| Name: Walt Trock |
| Contact 800-616-7276 |

This is a PDF fillable doc. Handwritten
Applications are unacceptable.



## McMANN Commercial Lending

## Business  Line of Credit Application

**Fax  Completed  Application  to  312-871-3344  Or  email to**
**info@mcmanncommerciallending.com**

### BUSINESSINFORMATION

| Type of Entity (check one) | ☐ Corporation ☐ SCorporation | ☐ GeneralPartnership ☐ Nonprofit | ☑ LLC ☐ Other | ☐ LP | ☐ SoleProprietorship | ☐ LLP | Federal ID 92-1753196 |
|---|---|---|---|---|---|---|---|

| Merchants LegalName Foster Group, LLC | D/B/A | Business Phone 801-505-8646 |
|---|---|---|

| Physical Address 2539 N 300 E | City, State,Zip Lehi, UT 84043 | Business Fax |
|---|---|---|

| Mailing Address / BillingAddress 2539 N 300 E | City, State,Zip Lehi, UT 84043 | Use of Proceeds To purchase an existing business in the next 6 months |
|---|---|---|

| Business Type; Product/ServiceSold Manage other businesses | State ofIncorporation/Organization Utah | Date business started(mm/yy) 1/16/23 | Length ofOwnership 1 month |
|---|---|---|---|

| ContactName Adam Foster | Position President | EmailAddress fostergroupllc.net@gmail.com | WebAddress | Requested AdvanceAmount $2,500,000 |
|---|---|---|---|---|

### MERCHANT/OWNER INFORMATION(1)

| Corporate Officer/OwnerName | | | | |
|---|---|---|---|---|

| Driver's License &State 159421547 Utah | Home PhoneNumber 801-505-8646 | Cell PhoneNumber 801-505-8646 | EmailAddress adamjohnfoster@hotmail.com |
|---|---|---|---|

| ResidenceAddress 2539 N 300 E | City, State,Zip Lehi, UT 84043 |
|---|---|

### OWNER INFORMATION (2) – ONLY IF MERCHANT/OWNER (1) IS LESS THAN 51% (both Owners must exceed51%)

| Corporate Officer/OwnerName | Title | Social SecurityNumber | Date ofBirth | Ownership% |
|---|---|---|---|---|

| Driver's License &State | Home PhoneNumber | Cell PhoneNumber | EmailAddress |
|---|---|---|---|

| ResidenceAddress | City, State,Zip |
|---|---|

### SALES & CREDIT CARD PROCESSINGINFORMATION

| | Avg. Gross Monthly Sales (Cash, Checks,Credit Cards) |
|---|---|
| Visa/MasterCard: Card Swipe_____% Manually Keyed____% Phone/MailOrder_____% Internet_____% Total(100%) | |

SeasonalSales: ☐ Yes ☐ No  Ifyes,highvolumemonths: ☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ Jun ☐ Jul ☐ Aug ☐ Sep ☐ Oct ☐ Nov ☐ Dec

| # ofTerminals | Terminal Make &Model | Software Type / POSSystem | Software Type / POS System - Contact Name &Phone |
|---|---|---|---|

### BACKGROUNDINFORMATION

| Are you currently paying back acashadvance? | ☐ YES ☑ NO | IfYes,Company:_____ Whentakenout?_____ Balance:_____ |
|---|---|---|
| Are you currently behind on any ofthefollowing? | ☐ YES ☑ NO | IfYes, How much?Utilities:_____ SalesTax:_____ LiquorTax:_____ Rent:_____ BankLoans:_____ |
| Any State / Federal Liens against the owners orbusiness? (salestax,mixedbeverage,941,etc.) | ☐ YES ☑ NO | If Yes,Details: _____ |
| Have you ever filedforBankruptcy? | ☐ YES ☑ NO | If Yes,Details: _____ |
| Do you have any Lawsuits or Judgments against you or your businessspending? | ☐ YES ☑ NO | If Yes, Details: _____ |

| TRADE REFERENCE (1) BusinessName | Contact, AccountNumber | PhoneNumber |
|---|---|---|

| TRADE REFERENCE (2) BusinessName | Contact, AccountNumber | PhoneNumber |
|---|---|---|

### BUSINESS PROPERTYINFORMATION

| Own/Lease | Lease StartDate | LeaseTerm | MonthlyRent/Mtg | Type of Building | Square Footage(approx) |
|---|---|---|---|---|---|

Managing Member

*Adam Foster*          2/11/23

### Here is what is needed to complete your request for a Unsecured Business Line of Credit

-Please fill out, sign, and return the attached MCL Business Application
-Executive Summary:  Sample Format Attached
-Articles of Incorporation, Good Standing, Operating Agreements, EIN from the IRS.
-2 Forms of personal ID State driver's licenses and a US Visa (copies of all owners ID's with more than 20% ownership in the Corp)
-Personal Financial statement (limited edition part of this application)
-Borrowers Consent (owners of 20% or more of Corp or LLC
-Due Diligence Deposit per LOI which is part of this application as all due diligence deposits are Non Refundable.

-The Following Can Wait until the On Line Data Base Platform is set up or until a Secure folder is sent for uploads: Business Bank Statements, Profit and Loss Statement from Business, Previous Year Business Tax Returns.

# *Mc*MANN Commercial Lending

### 205 N Michigan Ave ● Suite 810 ● Chicago IL 60601
### 312-224-8559 ● 800-616-7726 ● Fax 312-871-3344
Advertised Rates and Terms do not apply to all properties and county in the continental US

## Executive Summary Line of Credit

**Purpose and Use of Funds:**

 is requesting a $              Line of Credit to support the leased additional warehouse space that was leased in July of this year. Company has already stocked about 15% of this space and is expected to have 75%- 85% of this new space occupied by January of 2021. The Line of Credit will be used to support the anticipated growth over the next 3 years that the additional space will provide

**Exit Strategy of LOC:**

In 2020, the company grew by 40%. The same growth is expected to continue in 2021. The expanded storage space that is now available and the additional 85% demand for unique food storage products will provide sufficient profitability with which to repay the Line of Credit.

**About The Company:**

 Company Inc. is a growing food storage and distribution company. Founded in 2005, the company has been growing steadily and are proud to say that many of the customers we started with are still with us today, our customers are growing due in part to our excellent supportive services. We are FDA registered and GMP certified which is not a requirement but demonstrates that we take food storage seriously. This year, we have begun the process of a new certification, one that is deemed the highest level of certification that a food-grade warehouse can achieve. Our audit date for this certification is in February 2021.

*Mc*

McMann Commercial Lending • 800-616-7276 • Chicago IL 60611

## Borrowers Consent

I hereby give our consent to McMann and its affiliates and/or successors and/or assigns permission to obtain ANY AND ALL INFORMATION regarding ownership, of assets, employment, checking/savings and/or all banking accounts, verifications of mortgages, payoffs, credit obligations and ALL OTHER MATTERS which may be required with our loan application for a loan.

THIS FORM MAY BE REPRODUCED AND THAT COPY SHALL BE AS EFFECTIVE AS THE ORIGINAL CONSENT WHICH WE HAVE SIGNED.

*Adam Foster*
_____
Borrowers Signature

_____     _____     _____
Borrowers name typed or printed          Social Security #        Email Address

2539 N 300 E, Lehi, UT 84043
_____
Primary Residence Address, City, State, Zip


_____     _____     _____
Co Borrowers Signature                         Date                     Date of Birth

_____     _____     _____
Co Borrowers name typed or printed       Social Security #        Email Address

_____
Primary Residence Address, City, State, Zip


_____     _____     _____
Co Borrowers Signature                         Date                     Date of Birth

_____     _____     _____
Co Borrowers name typed or printed       Social Security #        Email Address

_____
Primary Residence Address, City, State, Zip


_____     _____     _____
Co Borrowers Signature                         Date                     Date of Birth

_____     _____     _____
Co Borrowers name typed or printed       Social Security #        Email Address

_____
Primary Residence Address, City, State, Zip

McMANN Commercial Lending ● 205 N Michigan Ave ● Chicago IL 60601
312-224-8559  Fax 312-871-3344

# UnSecured LOC Due Diligence Checklist as of 10/13/2021

**1. Income Statement (past five years or less starting with company establishment)**

**2. Balance Sheets (past five years or less starting with company establishment)**

**3. Cash Flow Statements (past five years or less starting with company establishment)**

**4. Tax Returns (past five years or less starting with company establishment)**

**5. Net Worth Statement/s for All Equity Owners That Have A 5% Or Higher Ownership Stake**

**6. Business Plan Including A 2 Year Forecast/Proforma & Management Bios**

**7. Previous 5 Month's Business Bank Statements for All Business Bank Accounts**

**8. Post-Closing Balance Assuming Term Sheet Terms/Rates**

**9. All UCC Lien Filings & Current List of All Creditors**

**10. Articles of Incorporation, Corporate Bylaws/Operating Agreement, & A Recent Certificate of Good Standing**

**11. Capitalization Table of All Outstanding Stock Shares, Stock Warrants, & Stock Options**

**12. All Registered Intellectual Property**

McMANN Commercial Lending  • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

# McMann Commercial Lending Wire Instructions:

**Beneficiary: McMann Commercial Lending LLC,**
**205 N Michigan Ave, Suite 810 Chicago IL 60601**
**Bank: Old Plank Trail Community Bank 60423**
**Phone:  815-464-6888**

As of December 1, 2022 the BELOC Due Diligence Deposit is $7,900 Non-Refundable.



# AMERICA FIRST
## C R E D I T  U N I O N

America First Credit Union
Lehi

Employee ID: 12725 140-12
Date: 02/11/2023
Time: 10:12:43

Member Name: FOSTER GROUP LLC
Account Number:    XXXXXX0052

----------Wire Transfer----------
Task:          MCMANN COMMERICAL
               LENDING LLC
From Type:        Checking 9
Wire Amount:       $7,900.00
Account Fee:          $15.00
Ending Balance:       $20.00

Daytime Number:   (801)505-8646

----------Destination----------
ABA Number:         071926582
Bank Name:     Old Plank Trail
               Community Bank, Na
City:             New Lenox
State:             Illinois
----------Beneficiary----------
Beneficiary Name:      MCMANN
               COMMERICAL LENDING LLC

**AMERICA FIRST**
CREDIT UNION

STATEMENT

America First Federal Credit Union · 1-800-999-3961 · americafirst.com
P.O. Box 9199, Ogden, UT 84409

```
50036314   0000
#BWNCHFQ
#250FOSTE00544045#
FOSTER  GROUP  LLC
2539  N  300  E
LEHI  UT  84043
```

Statement  Date:  February  28,  2023

Page  Number      1    of  2

 — **for your information**

Jumpstart your savings with a bump-rate certificate at America First. We're now offering
industry-leading dividends with flexible terms and the best in member service. You'll
also have a chance to increase the rate once during its term, so don't delay.
Learn more at **americafirst.com**. Eligibility, terms & conditions apply.

| A Summary of Your Accounts | | | A Summary of Your Loans | | | |
|---|---|---|---|---|---|---|
| | Ending Balance | 2023 Dividends | | Ending Balance | Total Amount Due | Next Payment | 2023 Interest |
| Share Savings | 80.00 | 0.00 | | | | | |
| Money Mkt Savings 7 | 0.00 | 0.00 | | | | | |
| Checking | 20.00 | 0.00 | | | | | |
| **Total:** | **100.00** | **0.00** | | | | | |

## Share Savings

Statement  Period:  February  01,  2023  –  February  28,  2023

| Post Date | Effective Date | Transaction  Description | Transaction Amount | Account Balance |
|---|---|---|---|---|
| | | BEGINNING  BALANCE | | 80.00 |
| | | ENDING  BALANCE | | 80.00 |

## Money Market Savings 7

Statement  Period:  February  01,  2023  –  February  28,  2023

| Post Date | Effective Date | Transaction  Description | Transaction Amount | Account Balance |
|---|---|---|---|---|
| | | BEGINNING  BALANCE | | .00 |
| | | ENDING  BALANCE | | .00 |

## Checking

Statement  Period:  February  01,  2023  –  February  28,  2023

| Post Date | Effective Date | Transaction  Description | Check Number | Transaction Amount | Account Balance |
|---|---|---|---|---|---|
| | | BEGINNING  BALANCE | | | 5.00 |
| 02/11 | | FUNDS  TRANSFER  FROM  LOAN  ACCOUNT:XXXXXX653-1.5  ADAM  FOSTER | | 7,930.00 | 7,935.00 |
| 02/11 | | BANK  TO  BANK  TRANSFER | | 7,900.00- | 35.00 |
| 02/11 | | BANK  TO  BANK  TRANSFER  FEE | | 15.00- | 20.00 |
| | | ENDING  BALANCE | | | 20.00 |

Federally insured by NCUA. Equal Opportunity Lender.



STATEMENT