# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **73** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____**, 2024.**

**By:** _____**, Deputy Clerk**

## RE: Foster Group LLC BELOC

**Rene Jamulitrat** <rJamulitrat@mcmanncommerciallending.com>
Wed 3/1/2023 3:24 PM

To: Adam Foster <adamjohnfoster@hotmail.com>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>

Adam,

Thank you for your quick response. I will look over everything and if something is missing, I will let you know.


**Rene Jamulitrat**
**Direct: 312-643-5054**
**Office: 800-616-7276**
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar




---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Wednesday, March 1, 2023 2:32 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Rene,
I am attaching the following:

1. Signed document
2. Signed document
3. Passport
4. SS Card
5. Dr License
6. Proof of funds

Please let me know if you got this and if there's anything else you need from me

*Adam Foster*

---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Wednesday, March 1, 2023 10:26 AM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL

<<info@mcmanncommerciallending.com>>
**Subject:** Foster Group LLC BELOC

Hello Adam,

Please see attached documents for review.
If you agree, fully execute and return.

Thanks,
Rene Jamulitrat
**Direct: 312-643-5054**
**Office: 800-616-7276**
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar




McMann Financial Services LLC, 205 N Michigan Ave, Suite 810, Chicago IL 60601

# LETTER OF ENGAGEMENT FOR COMMERCIAL MORTGAGE BANKING DATA MANAGEMENT AND STORAGE

We are pleased that you **(Foster Group, LLC.)** have requested the services of **McMann Financial Services LLC** (hereinafter referred to as MFS) to assist you in Data Management and Storage for certain real property and related Lines of Credit. This engagement letter (hereinafter referred to as "**Agreement**") shall outline our understanding of the mutual objectives of the **Client** and **MFS** and the terms of our engagement, as well as the nature and limitations of the services we shall provide. It is our understanding that you are seeking data financing management which is for:

**File Data Management and Storage of an unsecured Commercial Line of Credit.**

The amount of data storage encompasses approximately $**2,500,000.00**, or a Loan amount agreeable to both parties. Our services to secure the management of the loan file shall include, without limitation, loan documentation packaging, processing, placement and updating as needed. Once the loan package is secured, we shall diligently seek to maintain the data file current as deemed necessary by the Line of Credit Warehouse Lender to maintain the qualifications for the approved Line of Credit.

The terms of our engagement are as follows:

1. Our non-refundable retainer and underwriting shall be **$7,900.00**, which is due and payable by the Client. This fee is considered earned when an acceptable loan commitment letter is presented for approval from a lender. The fee can either be paid from the loan proceeds or directly by the Borrower/Client. This fee has already been paid by Client.

2. Our engagement shall be exclusive and run for 5 years from the date of this Agreement.

3. The Data Management fee shall be 1% of the gross loan proceeds of the Approved Line of Credit Advance (the dollar amount of which is equal to **$25,000.00** (not including the aforementioned "Retainer"). This compensation shall be deemed earned upon completion of a Line of Credit Loan Closing. **McMann** will be paid the total fees earned from the loan proceeds.

4. The **Client** shall be responsible for paying any additional costs associated with this project. Cost as appraisals, title, attorney fees, EPA, underwriting, processing or accounting that may be required by a lender after the loan commitment and closing.

5. **MFS** fee is due and payable in full if the **Client** makes false or misleading statements to **MFS, which** causes the failure of the procurement of a loan. **MCL** is entitled to the same fees and points which it would have received had the loan been consummated and funds received by the **Borrower (Client)**. All fees paid by the **Borrower (Client)** to **MFS** are non-refundable; it being specifically and agreed that all charges incurred by **MFS** were incurred on behalf of the **Client**.

<u>LETTTER OF ENGAGEMENT COMMERCIAL MORTGAGE DATA MANAGEMENT AND STORAGE</u>

- 2 -

6. All prior and simultaneous understandings and agreements between us and merged into this Agreement and this Agreement completely expresses the understanding between us with respect to the subject matter of our Agreement. This Agreement may be changed only by written Agreement signed by both parties.

7. Nothing contained in this Agreement shall be deemed to constitute a partnership, joint venture,

8. or any other relationship between us except as limited to performing the services set forth in this Agreement. We do not have any authority to execute any contract or Agreement on **Client** behalf nor does this Agreement grant any authority to assume to create any obligation or liability on **Client** behalf, or to bind the **Client** in any way except as expressly set forth in this Agreement.

9. This Agreement and the rights under it are not assignable.

10. This Agreement shall be governed and construed in accordance with the laws of the State of IL.

Please indicate your concurrence with the foregoing by dating and signing your name where indicated below on both copies of this engagement letter. You should retain one copy of this Agreement for your records and return the other copy to us.

Agreed and approved:

_____
Walter P Trock 111
Managing Partner
McMann Financial Services LLC
205 N Michigan Ave, Ste 810
Chicago IL 60601

_____
Adam Foster
President
Foster Group, LLC

Date: 03/01/2023



Terms and Contingent Commitment Letter
3/1/2023

RE: Foster Group LLC ("Company")

To Whom It May Concern,

**Foster Group LLC and Adam Foster** ("Client") are **PRE-APPROVED** for funding via non-recourse, asset-backed Line of Credit ("LOC") with **McMann Commercial Lending LLC** ("Provider") to be a capital contribution into the Company used for the construction and development of the Project (Business Plan) and to be used at the Company's discretion within the scope of the agreement. Tranche schedules are subject to the needs of the business and will be mutually agreed upon after further review of the Project.

(PLEASE INITIAL THE CORRESPONDING BOX.)

## Company Remits Interest Credit Payment

**LOC AMOUNT:** $2,500,000
**INTEREST CREDIT PAYMENT AMOUNT:** $250,000 (reserved funds)
**TERM:** 120 Months
**RATE:** 4.5% I/O
**POINTS:** 4%
**SUCCESS FEE:** 1%
**DATA MANAGEMENT FEE:** 1%
**DELIVERY:** Tranche Schedule
**FUNDING DATE:** LOC will be available within 75 calendar days from aggregated funds being locked.
**ESTIMATED FUNDING DATE:** 5/30/2023

**Initial Below**



*This approval expires on 3/8/2023, 5pm ET and is subject to the following:

Applicant signature: _Adam Foster_

Date: __03/01/2023__

March 1, 2023

Initials: __AF__

- Client Information Summary (CIS) completion in full and this terms and contingent commitment letter, both signed by primary decision executor.
- All soft costs, including by not limited to appraisals, due diligence, insurance, wiring fees, UCC filings, etc., to be paid by Company.
- Funding is subject to our complete review of the transaction, Client, project(s) and collateral.
- Provider reserves the right to amend or add any requirements or LOC conditions at its sole discretion.
- Funding period begins when Company's funds are locked with Provider's Warehouse Lender as part of the funding procedure after Company's Payment into Provider's account to create Company's Interest Credit Account, all requested deliverables are submitted, Provider transfers funds into a Provider lock account, and Loan Agreements are executed.
- Your Interest Credit Account will cover the Company's Interest-only payments for the first three (3) years. If the term exceeds the three (3) year mark, the Company is required to make the required interest-only monthly payments to McMann Commercial Lending.
- All parties have an obligation to respect professional secrecy and to take all appropriate precautions to protect the confidentiality of the information each holds in respect of the others' activities. All parties will refrain from engaging in disparagement of the others under any circumstances that may arise. This legal obligation shall remain in full force and effect at all times.
- Company must activate and complete their ZOOMERAL, Inc. Business Account prior to closing, must maintain it and keep it up to date throughout the entire term.

**Terms & Conditions**

This Letter is intended solely as a basis for negotiation between Provider and Client of mutually satisfactory definitive documentation relating to a potential LOC (LOC) by Provider to Client. The Line of Credit is subject to the foregoing the parties agree as follows:

1. **Definitive Documentation**. As promptly as reasonably practicable following the execution and delivery of this Letter, the parties (and their respective legal counsel, if necessary) will commence preparation of definitive documents for the LOC. The definitive agreements and other documentation for the LOC (collectively, the "LOC Documents") will be based upon the terms set forth in this document.
2. **Due Diligence**. Provider will continue to engage in underwriting and due diligence of Client and the scope related to the LOC. Client shall provide information to Provider relevant to the LOC in order that Provider may have the opportunity to conduct customary and appropriate underwriting and due diligence as Provider may deem necessary or desirable in connection with its evaluation of the LOC. In the event that information contained in this letter is found to be inaccurate, the Provider at its sole discretion may update the terms or void this letter completely.
3. **Non-Binding**. This Letter has been prepared and executed to serve as an aid to the negotiation, preparation and execution of the LOC Documents. Client and Provider have mutually discussed the proposed terms of the LOC Documents without Providers' benefit of complete underwriting and due diligence investigation. Therefore, the terms and conditions of this Letter are subject to, among other things, further due diligence investigation by Provider. Except for the provisions of Sections 2, 3, 4, and, hereof (which are intended to be legally binding on the parties hereto), this Letter is not intended to constitute a binding contract on either party, and neither party will be liable to the other party due to any failure to enter into any LOC Document. No past or future action, course of conduct or failure to act relating to the LOC, or relating to the negotiation of the terms of the LOC or the LOC Documents will give rise to or serve as a basis for any obligation or other liability on the part of either party.
4. **Governing Law**. This Letter is governed by the laws of the State of Illinois, without regard to its conflicts of law rules.
5. **Legal Authority**. Client and Provider each represents that the respective person executing this Letter on its behalf has the legal authority to enter into this Letter based on the relevant governing documents of each party.
6. **Upon Acceptance.** Upon Client accepting this letter, Client has seven (7) calendar days to purchase ZOOMERAL digital data storage, execute agreements, submit requested deliverables and remit their Payment into the Provider's account, otherwise Client may need to reapply. This reapplication process may take up to thirty (30) business days.

Initials: _AF_

# PROOF OF FUNDS

**Please provide a screenshot of your internet banking portal or letter from your bank showing funds on account as described in this document.**

Initials: AF

# CLIENT INFORMATION SUMMARY

In accordance with Articles two (2) through five (5) of the Due Diligence Convention and the Federal Banking Commission Circular of December 1998, concerning the prevention of money laundering, and Article 305 of the Swiss Criminal Code, the following information may be supplied to banks and/or other financial institutionsfor the purpose of verification of identity. All parties have an obligation to respect professional secrecy and to take all appropriate precautions to protect the confidentiality of the information each holds in respect of the others' activities. This legal obligation shall remain in full force and effect at all times.

**DATE:** 03/01/2023

## Beneficiary / Client / Company

| | |
|---|---|
| Client / Signatory Name | Adam Foster |
| Nationality | American |
| Driver License Number | [redacted] |
| Date of Issue | 01/19/2021 |
| Date of Expiration | [redacted] |
| Country of Issue | United States of America |
| Date of Birth (MM/DD/YYYY) | [redacted] |
| Place of Birth | Livermore, California |
| Contact Address | 2539 N 300 E, Lehi, UT 84043 |
| Passport Number | [redacted] |
| Country of Residence | |
| Date of Issue | 10 Mar 2020 |
| Date of Expiration | 09 Mar 2030 |
| Contact Telephone | 801-505-8646 |
| Client E-mail Address | adamjohnfoster@hotmail.com |

## Business Information

| | |
|---|---|
| Business Name | Foster Group, LLC |
| Business Address | 2539 N 300 E, Lehi, UT 84043 |
| Mailing Address | 2539 N 300 E, Lehi, UT 84043 |
| Registered Office Domicile | 2539 N 300 E, Lehi, UT 84043 |
| Country / State of Incorporation | United States of America / Utah |
| Business Telephone | 801-505-8646 |

1. Attach a copy of Passport and Driver's License
2. Attach a copy of Social Security Card
3. Attach a copy of the Accepted Term Sheet

Initials: _AF_

## DISCLOSURE AND AUTHORIZATION FOR CONSUMER REPORTS

In connection with my application for funding with _____, I understand consumer reports will be requested by (The Company). These reports may include, as allowed by law, the following types of information, as applicable: names and dates of previous employers, reason for termination of employment, work experience, reasons for termination of tenancy, former landlords, education, accidents, licensure, credit, etc. I further understand that such reports may contain public record information such as, but not limited to: my driving record, workers' compensation claims, judgments, bankruptcy proceedings, evictions, criminal records, etc., from federal, state, and other agencies that maintain such records.

### Authorization

I hereby authorize procurement of consumer report(s) and investigative consumer report(s) by Company. If funded (or contracted), this authorization shall remain on file and shall serve as ongoing authorization for Company to procure such reports at any time during my employment, contract, or volunteer period. I authorize without reservation, any person, business or agency contacted by the consumer reporting agency to furnish the above- mentioned information.

This authorization is conditioned upon the following representations of my rights:

Printed Name: Adam Foster

Signature: *Adam Foster*

Date: 03/01/2023

For ide [redacted]

Social [redacted]

Drivers [redacted]

Present Address: 2539 N 300 E, Lehi, UT 84043

Previous Address 1: 136 W 3240 N, Lehi, UT 84043

Previous Address Dates: (MM/YY): 06 /'18 to 09 /'20

Previous Address 2: 3301 N 500 W, Lehi, UT 84043

Previous Address Dates (MM/YY): 05 /'16 to 05 /'18

*Please attach a separate page if you have additional addresses.*

Initials: AF

# Executive Summary Line of Credit

**Purpose and Use of Funds:**
Foster Group, LLC is requesting a $2,500,000 Line of Credit to purchase an existing business called EverSmith Organics, LLC, a health food manufacturer which sells its products online, mostly in the United States, on online platforms such as Amazon, Shopify, and Walmart.com. The company has experienced tremendous growth in a niche market over the last 3 years. The Line of Credit will be used to purchase this business and grow revenue by expanding into international markets and wholesale retailers.

**Exit Strategy of LOC:**
In 2022, EverSmith Organics grew total revenue by 100%. The same growth is expected to continue in 2023. By focusing on international expansion and streamlining operations, it will provide sufficient profitability with which to repay the Line of Credit.

**About The Company:**
Foster Group, LLC is a management company founded in 2023 seeking to purchase high growth companies with consistent revenue. EverSmith Organics, LLC has been selected because of its excellent record of growth during the Covid-19 pandemic. Founded in 2020, it began in the owner's home, and quickly moved into a large production facility. The business maintains strong margins and 5-star reviews, all while shipping directly to the consumer and keeping inventory levels low. They continue to be the #1 seller in their product category on Amazon.