# EXHIBIT COVER SHEET

**Exhibit**

Party Submitting: **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted: **YES   or   NO   (circle one)**   **<u>74</u>**

Chapter 11 Debtor: **Genie Investments NV, Inc.**

Case No. **3:24−bk−00496−BAJ**

Nature of Hearing: **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date: **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court
Middle District of Florida**

**Dated: _____, 2024.**

**By: _____, Deputy Clerk**

### Re: Foster Group LLC BELOC

**Info MCL** <info@mcmanncommerciallending.com>
Sat 3/25/2023 7:40 AM
To:Adam Foster <adamjohnfoster@hotmail.com>
Cc:Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>

The important part was to show you how to figure out the loan amount and the proper steps to employ so that you do not end up cash short.

**Walt Trock**
**Corporate 312-642-5054 X101**
**Direct 224-532-6116**
**Managing Director**
https://mcmanncommerciallending.com
800-616-7276
Appointment Calendar | Quick Commercial Loan Approval



---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Friday, March 24, 2023 7:02 PM
**To:** Info MCL <info@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Sandra Colthirst <scolthirst@mcmanncommerciallending.com>; Donnae Barrett <dbarrett@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Thanks Walt,
I already paid the $7,900 fee, the $205k is what I have left.

Get Outlook for iOS

---

**From:** Info MCL <info@mcmanncommerciallending.com>
**Sent:** Friday, March 24, 2023 5:52:03 PM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Sandra Colthirst <scolthirst@mcmanncommerciallending.com>; Donnae Barrett <dbarrett@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

$205,000 - $7,900 = $197.100 - cash reserves = $164,250 / .15 = $1,095,000 Loan  Amount.

**Walt Trock**
**Corporate 312-642-5054 X101**
**Direct 224-532-6116**
**Managing Director**
https://mcmanncommerciallending.com
800-616-7276
Appointment Calendar | Quick Commercial Loan Approval



---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Friday, March 24, 2023 5:21 PM
**To:** Info MCL <info@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Sounds great.

I have $205,000 in cash, if my math is correct I can get a total of $7 million in funding using the bridge loan. If I pay the closing costs with the loan proceeds, that leaves $5,995,000 I can use to purchase a business, is that correct?

Get Outlook for iOS

---

**From:** Info MCL <info@mcmanncommerciallending.com>
**Sent:** Friday, March 24, 2023 3:18:32 PM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Subject:** Re: Foster Group LLC BELOC

Adam to clarify if you are asking about closing points then yes those points can be rolled into the loan and disbursed out of the loan. As to the ICA Deposit that is not a fee as ICA is an interest expense. The ICA is paid after the loan is approved and can be sourced from any entiy. The ICA deposit can re refund from proceeds it cannot be funded by the loan. The $7,900 Due Diligence is a non-refundable cost that is paid upfront in order to activate the loan approval process.

Walt Trock
**Corporate 312-642-5054 X101**
**Direct 224-532-6116**
**Managing Director**
https://mcmanncommerciallending.com
800-616-7276
Appointment Calendar | Quick Commercial Loan Approval



---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Friday, March 24, 2023 3:40 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Hey Rene,
I just wanted to follow up with you on this. Have you been able to discuss with Michael if we can roll all the fees into the loan?

Thanks

*Adam Foster*

---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Saturday, March 18, 2023 7:36 PM
**To:** Adam Foster <adamjohnfoster@hotmail.com>; Info MCL <info@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Received

Thank you
Rene

Get Outlook for iOS

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Saturday, March 18, 2023 12:34 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Sorry Rene,
I needed to update the Executive Summary, here they are again.

*Adam Foster*

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Saturday, March 18, 2023 11:15 AM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Rene,
I will get confirmation from Michael if my numbers are accurate, but I believe we can move forward with the updated amount of $7,000,000. Please see the attached Executive Summary and Application.

Thanks!

*Adam Foster*

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Friday, March 17, 2023 1:25 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

I see I already fudged the numbers here (the Total Upfront Cost for $8m loan would actually be $230k). Is this more accurate?

|  |  | Notes |
|---|---:|---|
| **BELOC** | $7,000,000 | 4.25% interest only for 10 years |
|  |  |  |
| Bridge Loan |  |  |
| Bridge Loan Fee | -$30,000 | Pay up front to MCL |
| Bridge Loan Down Payment | -$70,000 | Pay up front to MCL, 10% of bridge loan |
| Bridge Loan Pre-paid Interest | -$105,000 | Pay up front to MCL, 15% of bridge loan |
| **Total Up Front Cost** | -$205,000 |  |
|  |  |  |
| **1st Tranche (75 days)** |  |  |
| BELOC Dispersement | $1,400,000 | 20% of BELOC |
| Bridge Loan | -$700,000 | Pay this to lender out of 1st tranche schedule |
| BELOC Promote Fee | -$25,000 | Pay this to lender out of 1st tranche schedule |
| LOC Fee | -$280,000 | Pay this to lender out of 1st tranche schedule, 4% of BELOC |
| **Left Over** | $395,000 |  |
|  |  |  |
| **2nd Tranche (75 days)** |  |  |
| BELOC Dispersement | $5,600,000 | 80% of BELOC |
|  |  |  |
| **Available Funds** | $5,995,000 | Left over from 1st tranche + 2nd tranche |

*Adam Foster*

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Friday, March 17, 2023 1:10 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Michael,
Thanks for the conversation today. Here's my question:

**If I have $200,000 to use for the bridge loan on a BELOC, after all fees and interest payments, how much money will I have to purchase a business?**

Here is my analysis, please let me know where I may be wrong in my numbers. If I did the math correctly, with $200,000 up front, I should have $6,855,000 at the end of 2nd tranche, which funds I can use to buy a business. Is this correct?

|  |  | Notes |
|---|---:|---|
| **BELOC Loan** | **$8,000,000** | 4.25% interest only for 10 years |
|  |  |  |
| **Bridge Loan** |  |  |
| Bridge Loan Fee | -$30,000 | Pay up front to MCL |
| Bridge Loan down payment | -$80,000 | Pay up front to MCL |
| Bridge Loan pre-paid interest | -$120,000 | Pay up front to MCL, 15% of bridge loan |
| **Total Up Front Cost** | **-$200,000** |  |
|  |  |  |
| **1st Tranche (75 days)** |  |  |
| BELOC Dispersement | $1,600,000 | 20% of Total |
| Bridge Loan | -$800,000 | Pay this to lender out of 1st tranche schedule |
| BELOC Promote Fee | -$25,000 | Pay this to lender out of 1st tranche schedule |
| LOC Fee | -$320,000 | Pay this to lender out of 1st tranche schedule, 4% of total loan amount |
| **Left Over** | **$455,000** |  |
|  |  |  |
| **2nd Tranche (75 days)** |  |  |
| BELOC Dispersement | $6,400,000 | 80% of Total |
|  |  |  |
| **Available Funds** | **$6,855,000** | Left over from 1st tranche + 2nd tranche |

*Adam Foster*

---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Wednesday, March 15, 2023 1:55 PM
**To:** Adam Foster <adamjohnfoster@hotmail.com>; Info MCL <info@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Hello Adam,

See attached loan application.
Please complete the 1st two pages of the application with your updated loan amount.
I will also need your executive summary for the new loan amount.

Thank you,
Rene


Rene Jamulitrat
**Direct:** 312-643-5036
**Office:** 800-616-7276
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar




---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Thursday, March 9, 2023 9:10 AM
**To:** Info MCL <info@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Michael,
Thank you for our conversation today, as you can see below, I still have a few unanswered questions if you or Rene could help provide some help that would be most appreciated.

Per our conversation, I am including a screenshot of the Recital D on page 3 which mentions the $88k, curious what that is for?

> **D.** The Borrower has agreed to pay, pursuant to Section 3.6 hereof, the aggregate amount of Eighty Eight Thousand Nine Hundred Thirty Five Dollars and No Cents Dollars ($88,935), (the "**ICA Payment**"), by bank wire to Lender. An account on the books and records of Lender shall be created to serve as an Interest Credit Account (the "**ICA**"). A credit equal to the ICA Payment shall be noted in the ICA for purposes of satisfying interest payments under the LOC and upon theterms and conditions set forth herein.

As we discussed, I would also like to pursue the following before moving forward:

1. Bridge loan for the downpayment (what is the total out of pocket for that?)
2. Add all closing costs (I believe it is 6 points) to the loan amount, do we need a new agreement for that?

Best,

*Adam Foster*

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Monday, March 6, 2023 5:40 PM
**To:** Info MCL <info@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Also a few other questions:

1. What is the total out of pocket I can expect with this loan?
    a. Is the $12,500 Closing Fee mentioned in Section 3.11 rolled into the loan amount?
    b. Is the $100k LOC Fee mentioned in Section 3.9a rolled into the loan amount?
    c. Is the $88,935 ICA Payment mentioned in Recital D rolled into the loan amount?
    d. Is the $25,000 Promote Fee paid out of the 1st Tranche Schedule automatically or do I need to make that payment to the lender?
2. The language of this agreement suggests this is a real estate project, which it is not. Can you please explain why that is?
3. I may decide to purchase 2-3 small businesses with this loan, but I'm not sure which will go through since I am still doing due diligence on them. Is that permissible under Section 9.5?
4. Section 9.7 suggests that I am not able to change the LLC to an S-Corp or C-Corp later, am I reading that correctly?

Thanks,
*Adam Foster*

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Monday, March 6, 2023 4:38 PM
**To:** Info MCL <info@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Thanks so much,
I am attaching the following:

1. Operating Agreement
2. Financial Statements (P&L for the last 3 years of the business I was trying to buy)

I submitted a request for a Letter of Good Standing with the Utah State Tax Commission, they said it may take 5-10 business days. In the meantime, I will wire you the deposit tomorrow along with the signed and notarized agreement.

Btw, page 2 of the agreement says "Cactus Properties, LLC" - I believe it's supposed to say "Foster Group, LLC." Does this need to be changed before I sign?

Best,

*Adam Foster*

**From:** Info MCL <info@mcmanncommerciallending.com>
**Sent:** Monday, March 6, 2023 10:50 AM
**To:** Adam Foster <adamjohnfoster@hotmail.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

To answer some of your questions.  A notice of Good Standing is a standard doc issued by the state.  It usually costs a few dollars to get the pdf file.  Note that all commercial loans always require a certificate of incorporation and a notice of Good Standing after the first year of incorporation.

Financial Statements can come from a Bookkeeper, CPA or just a printed statement from Quick Books online.  Your choice it is in your best interest to represent that you have some form of actual account to demonstrate that you have control of your finances.  No control, no plan = failure.

Walt Trock
**Corporate 312-642-5054 X101**
**Direct 224-532-6116**
**Managing Director**
https://mcmanncommerciallending.com
800-616-7276
[Appointment Calendar](#) | [Quick Commercial Loan Approval](#)



---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Monday, March 6, 2023 11:43 AM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Thanks Rene,
I am providing the BELOC requirement answers here, please see below for a few questions:

1. Full legal names of all parties that have ownership in the Company:
   a. Adam John Foster
2. Certificate of Formation or Articles of Incorporation -
   a. Received
3. Operating Agreement -
   a. **Working on it**
4. Employer Identification Number -
   a. 92-1753196
5. Letter of Good Standing -
   a. **Does this need to come from the state?**
6. Confirm Business Name –
   a. Foster Group, LLC
7. Confirm Business Address –
   a. 2539 N 300 E, Lehi, UT 84043
8. Confirm Registered Agent's Address –
   a. 2539 N 300 E, Lehi, UT 84043
9. Confirm Phone Number of Business –
   a. 801-505-8646
10. Unaudited Financial Statements -
    a. **I don't have any since this is a new business which I registered a few weeks ago, what should I do?**
11. Bank Information:
    a. Account number –
       ███████████
    b. Routing number -
       ███████████
         i. Foster Group, LLC
    d. Address of bank –
         i. America First Credit Union

        ii. PO Box 9199
           Ogden, Utah 84409

*Adam Foster*

---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Monday, March 6, 2023 9:02 AM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Subject:** Foster Group LLC BELOC

Hello Adam,
Please see attached wiring instructions and list of BELOC closing requirements list.
**When sending the wire for $250,000, please write "ICA" in the Memo**
Thank you,
Rene Jamulitrat
**Direct: 312-643-5036**
**Office: 800-616-7276**
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar


