# EXHIBIT COVER SHEET

**Exhibit**

Party Submitting: **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted: **YES or NO (circle one)** **75**

Chapter 11 Debtor: **Genie Investments NV, Inc.**

Case No. **3:24−bk−00496−BAJ**

Nature of Hearing: **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date: **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:______________________________, 2024.**

**By: _________________________, Deputy Clerk**

# Re: Foster Group LLC BELOC

Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
Mon 3/27/2023 11:39 AM
To:Adam Foster <adamjohnfoster@hotmail.com>
Cc:Michael Lanza <mlanza@mcmanncommerciallending.com>;Info MCL <info@mcmanncommerciallending.com>

Received, thank you.

Get [Outlook for iOS](https://aka.ms/o0ukef)

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Monday, March 27, 2023 12:36:18 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Thanks Rene,
Yes, I am applying for $11M, please see the attached application and executive summary.

Thanks,

*Adam Foster*

---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Monday, March 27, 2023 9:21 AM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Subject:** Foster Group LLC BELOC

Hello Adam,

The most recent BELOC activation form is for the amount $11M.
The most recent application and executive summary I have from you is for $7M.

Please confirm you are requesting the $11M.
If this is correct, please provide your updated loan application and executive summary.

Rene Jamulitrat
**Direct: 312-643-5036**
**Office: 800-616-7276**
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar



AMERICAN ASSOCIATION of PRIVATE LENDERS
BBB
A+
ACCREDITED BUSINESS

Thanks,
Rene

| Sales Representative# 2 |
|---|
| Name: Walt Trock |
| Contact 800-616-7276 |

This is a PDF fillable doc. Handwritten Applications are unacceptable.

McMANN Commercial Lending

# Business Line of Credit Application

**Fax Completed Application to 312-871-3344 Or email to info@mcmanncommercliallending.com**

## BUSINESSINFORMATION

| | | |
|---|---|---|
| Type of Entity (checkone) | ☐ Corporation ☐ GeneralPartnership ■ LLC ☐ LP ☐ SoleProprietorship ☐ LLP ☐ SCorporation ☐ Nonprofit ☐ Other | Federal ID 92-1753196 |
| Merchants LegalName Foster Group, LLC | D/B/A | Business Phone 801-505-8646 |
| Physical Address 2539 N 300 E | City, State,Zip Lehi, UT 84043 | Business Fax |
| Mailing Address / BillingAddress 2539 N 300 E | City, State,Zip Lehi, UT 84043 | Use of Proceeds To purchase an existing business in the next 6 months |

| | | | |
|---|---|---|---|
| Business Type; Product/ServiceSold Manage other businesses | State ofIncorporation/Organization Utah | Date business started(mm/yy) 1/16/23 | Length ofOwnership 2 months |

| | | | | |
|---|---|---|---|---|
| ContactName Adam Foster | Position President | EmailAddress fostergroupllc.net@gmail.com | WebAddress | Requested AdvanceAmount $11,000,000 |

## MERCHANT/OWNER INFORMATION(1)

| | | | |
|---|---|---|---|
| Corporate Officer/OwnerName Adam Foster | Title | [redacted] | Ownership% 100% |
| Driver's License &State [redacted] | Home PhoneNumber 801-505-8646 | Cell PhoneNumber 801-505-8646 | EmailAddress adamjohnfoster@hotmail.com |
| ResidenceAddress 2539 N 300 E | | City, State,Zip Lehi, UT 84043 | |

## OWNER INFORMATION (2) – ONLY IF MERCHANT/OWNER (1) IS LESS THAN 51% (both Owners must exceed51%)

| | | | | |
|---|---|---|---|---|
| Corporate Officer/OwnerName | Title | Social SecurityNumber | Date ofBirth | Ownership% |
| Driver's License &State | Home PhoneNumber | Cell PhoneNumber | EmailAddress | |
| ResidenceAddress | | City, State,Zip | | |

## SALES & CREDIT CARD PROCESSINGINFORMATION

Visa/MasterCard: Card Swipe______% Manually Keyed_____% Phone/MailOrder______% Internet_____% Total(100%)

Avg. Gross Monthly Sales (Cash, Checks,Credit Cards)

SeasonalSales: ☐ Yes ☐ No Ifyes,highvolumemonths: ☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ Jun ☐ Jul ☐ Aug ☐ Sep ☐ Oct ☐ Nov ☐ Dec

| # ofTerminals | Terminal Make &Model | Software Type / POSSystem | Software Type / POS System - Contact Name &Phone |
|---|---|---|---|
| | | | |

## BACKGROUNDINFORMATION

Are you currently paying back acashadvance? ☐ YES ■ NO IfYes,Company:______________ Whentakenout?____________ Balance:____________

Are you currently behind on any ofthefollowing? ☐ YES ☒ NO IfYes, How much?Utilities:________ SalesTax:________ LiquorTax:________ Rent:________ BankLoans:________

Any State / Federal Liens against the owners orbusiness? (salestax,mixedbeverage,941,etc.) ☐ YES ☒ NO If Yes,Details:

Have you ever filedforBankruptcy? ☐ YES ☒ NO If Yes,Details:

Do you have any Lawsuits or Judgments against you or your businesspending? ☐ YES ☒ NO If Yes, Details:

| | | |
|---|---|---|
| TRADE REFERENCE (1) BusinessName | Contact, AccountNumber | PhoneNumber |
| TRADE REFERENCE (2) BusinessName | Contact, AccountNumber | PhoneNumber |

## BUSINESS PROPERTYINFORMATION

| Own/Lease | Lease StartDate | LeaseTerm | MonthlyRent/Mtg | Type of Building | Square Footage(approx) |
|---|---|---|---|---|---|
| | | | | | |

Contact Name | Phone Number | Fax

Managing Member

Adam [signature] 3/16/2023

**Here is what is needed to complete your request for a Unsecured Business Line of Credit**

-Please fill out, sign, and return the attached MCL Business Application
-Executive Summary: Sample Format Attached
-Articles of Incorporation, Good Standing, Operating Agreements, EIN from the IRS.
-2 Forms of personal ID State driver's licenses and a US Visa (copies of all owners ID's with more than 20% ownership in the Corp)
-Personal Financial statement (limited edition part of this application)
-Borrowers Consent (owners of 20% or more of Corp or LLC
-Due Diligence Deposit per LOI which is part of this application as all due diligence deposits are Non Refundable.

**-The Following Can Wait until the On Line Data Base Platform is set up or until a Secure folder is sent for uploads: Business Bank Statements, Profit and Loss Statement from Business, Previous Year Business Tax Returns.**

MC MANN Commercial Lending

205 N Michigan Ave • Suite 810 • Chicago IL 60601
312-224-8559 • 800-616-7726 • Fax 312-871-3344
Advertised Rates and Terms do not apply to all properties and county in the continental US

## Executive Summary Line of Credit

**Purpose and Use of Funds:**

is requesting a $ Line of Credit to support the leased additional warehouse space that was leased in July of this year. Company has already stocked about 15% of this space and is expected to have 75%- 85% of this new space occupied by January of 2021. The Line of Credit will be used to support the anticipated growth over the next 3 years that the additional space will provide

**Exit Strategy of LOC:**

In 2020, the company grew by 40%. The same growth is expected to continue in 2021. The expanded storage space that is now available and the additional 85% demand for unique food storage products will provide sufficient profitability with which to repay the Line of Credit.

**About The Company:**

Company Inc. is a growing food storage and distribution company. Founded in 2005, the company has been growing steadily and are proud to say that many of the customers we started with are still with us today, our customers are growing due in part to our excellent supportive services. We are FDA registered and GMP certified which is not a requirement but demonstrates that we take food storage seriously. This year, we have begun the process of a new certification, one that is deemed the highest level of certification that a food-grade warehouse can achieve. Our audit date for this certification is in February 2021.

Mc

McMann Commercial Lending ● 800-616-7276 ● Chicago IL 60611

# Borrowers Consent

I hereby give our consent to McMann and its affiliates and/or successors and/or assigns permission to obtain ANY AND ALL INFORMATION regarding ownership, of assets, employment, checking/savings and/or all banking accounts, verifications of mortgages, payoffs, credit obligations and ALL OTHER MATTERS which may be required with our loan application for a loan.

THIS FORM MAY BE REPRODUCED AND THAT COPY SHALL BE AS EFFECTIVE AS THE ORIGINAL CONSENT WHICH WE HAVE SIGNED.

[signature] 3/16/2023 [redacted]

Borrowers Signature | Date | Date of Birth

Adam Foster [redacted] adamjohnfoster@hotmail.com

Borrowers name typed or printed | Social Security # | Email Address

2539 N 300 E, Lehi, UT 84043

Primary Residence Address, City, State, Zip

Co Borrowers Signature | Date | Date of Birth

Co Borrowers name typed or printed | Social Security # | Email Address

Primary Residence Address, City, State, Zip

Co Borrowers Signature | Date | Date of Birth

Co Borrowers name typed or printed | Social Security # | Email Address

Primary Residence Address, City, State, Zip

Co Borrowers Signature | Date | Date of Birth

Co Borrowers name typed or printed | Social Security # | Email Address

Primary Residence Address, City, State, Zip

MC
McMANN Commercial Lending ● 205 N Michigan Ave ● Chicago IL 60601
312-224-8559 Fax 312-871-3344

# UnSecured LOC Due Diligence Checklist as of 10/13/2021

**1. Income Statement (past five years or less starting with company establishment)**

**2. Balance Sheets (past five years or less starting with company establishment)**

**3. Cash Flow Statements (past five years or less starting with company establishment)**

**4. Tax Returns (past five years or less starting with company establishment)**

**5. Net Worth Statement/s for All Equity Owners That Have A 5% Or Higher Ownership Stake**

**6. Business Plan Including A 2 Year Forecast/Proforma & Management Bios**

**7. Previous 5 Month's Business Bank Statements for All Business Bank Accounts**

**8. Post-Closing Balance Assuming Term Sheet Terms/Rates**

**9. All UCC Lien Filings & Current List of All Creditors**

**10. Articles of Incorporation, Corporate Bylaws/Operating Agreement, & A Recent Certificate of Good Standing**

**11. Capitalization Table of All Outstanding Stock Shares, Stock Warrants, & Stock Options**

**12. All Registered Intellectual Property**

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559 Fax 312-871-3344

# McMann Commercial Lending Wire Instructions:

**Beneficiary: McMann Commercial Lending LLC,
205 N Michigan Ave, Suite 810 Chicago IL 60601
Bank: Old Plank Trail Community Bank 60423
Phone: 815-464-6888**

As of December 1, 2022 the BELOC Due Diligence Deposit is $7,900 Non-Refundable.

# Executive Summary Line of Credit

**Purpose and Use of Funds:**

Foster Group, LLC is requesting a $11,00,000 Line of Credit to purchase an existing eCommerce business called Wear Wide, Inc. an apparel company which sells its products online, mostly in the United States, on online platforms such as Amazon and Walmart.com. The company has experienced tremendous growth in a niche market over the last 3 years. The Line of Credit will be used to purchase this business.

**Exit Strategy of LOC:**

In 2022, Wear Wide Inc. has continued to expand including launching several major brand names in the second half of 2022. By maintaining Seller's Discretionary Earnings of $3,000,000 and launching products in new categories, expanding onto additional sales channels, starting an international expansion through Amazon's overseas platforms, and shifting from DTC sales to wholesale accounts, it will provide sufficient profitability with which to repay the Line of Credit.

**About The Company:**

Foster Group, LLC is a management company founded in 2023 seeking to purchase high growth companies with consistent revenue. Wear Wide Inc. has developed a diverse line of unique apparel items that perform tremendously well on the Amazon.com platform. The brand enjoys highly enthusiastic reviews. The business has been in operation for 10 years, which has enabled growth to 150,000+ SKUs, which includes a mix of private label products and 3rd party resells. The company has thrived on its excellent partnerships with more than 40 top brands, and with trusted suppliers who are mainly in the United States.

With 65% of their products drop shipped by the manufacturer and the rest shipped by Fulfillment By Amazon, this brand offers quick deliveries and strong customer service. The company also benefits from having an experienced team in place that manages all daily operations, so that the current owner spends 10 hours or less each week running the business.



*Believe in your Dreams*

March 27, 2023

**Wiring Instructions**

As per your Due Diligence Fee Agreement, the Borrower must wire the necessary amount to:

**Bank Name & Address**:
Chase Bank
1515 Atlantic Boulevard
Jacksonville, Florida 32207

**Account Mailing Address:**
401 Ryland Street Suite 200-A
Reno, Nevada 89502 8

**Routing Number:** [redacted]

**Credit Account Number:** [redacted]

**Account Title:** Genie Investments NV

*This fee for Due Diligence is 100% **non-refundable**.*

****When sending the wire, please write "Due Diligence" in the Memo along with your User ID (2803)."*****

Initials: AF

# DUE DILIGENCE FEE AGREEMENT

This Due Diligence Fee Agreement (this "**Agreement**"), dated as of **March 27, 2023** (the "**Effective Date**"), is entered into between Foster Group LLC, having an address at 2539 N 300 E, Lehi, Utah 84043 ("**Borrower**"), and Genie Investments, having an address at P.O. Box 5886, Wilmington, Delaware 19808 ("**Company**"), and together with the Borrower, the "Parties," and each, a "Party").

WHEREAS, Borrower desires to compensate **Company** for its costs to conduct certain due diligence services ("Services") upon the terms and conditions hereinafter set forth, and **Company** is willing to perform such Services.

In consideration of the mutual covenants and agreements hereinafter set forth, the Parties agree as follows:

**1. Performance of Services**

Upon request of the Company, Company agrees to the Services in connection with Borrower applying for funding.

**2. Payment**

As a material inducement to the Company to commence the Services, the Borrower shall pay Company a non-accountable and non-refundable fee of Thirty Thousand Dollars ($30,000), payable before the commencement of the Services.

Payment of the diligence fee is not a guarantee that Company will offer to fund to Borrower, or that any offer will be on terms and conditions acceptable to Borrower. Assuming the sufficiency of the diligence materials provided by the Borrower, Company intends to offer a Bridge Loan to Borrower to cover the Interest Credit Account amount. The maximum cost of this Bridge Loan will be Fifteen Thousand dollars per One Hundred Thousand dollars needed ($15,000/$100,000) or Fifteen percent (15%) of the Interest Credit Account. The interest of this Bridge Loan is 100% non-refundable.

**3. Term and Termination**

a. Terms

This Agreement shall commence as of the Effective Date and shall continue thereafter until the completion of the Services unless sooner terminated according to this section.

b. Termination

Company may terminate this Agreement, upon the occurrence of any of the following events:

a. Borrower fails, in the absence of a bona fide dispute concerning such payment, to make payment for Services on its due date, provided however, that Borrower may cure such breach by making

Initials: AF

payment within 5 days of Borrower's receipt of notice that it failed to make such payment when due;

b. Borrower requests that Company violate any applicable law or the rules of any regulatory body having jurisdiction and Borrower does not promptly revoke such request upon Company's refusal to comply;

c. Borrower requests that Company take any action which would result in the commission of fraud upon any person or party and Borrower does not promptly revoke such request upon Company's refusal to comply; or

d. Borrower requests that Company take any action that, upon the advice of counsel to Company, could subject Company to liability or material damages in civil litigation and Borrower does not promptly revoke such request upon Company's refusal to comply).

**4. Borrower Representations**

a. Reliance

**Borrower acknowledges and agrees that all materials and information Borrower provided to Company is accurate and complete and that Company will, without independent verification, rely on it to potentially provide funding. The company shall not assume any responsibility or have any liability for such materials or information. Borrower represents that Borrower has the right to supply such information to Company and that the supply of such information by Borrower and its use by Company for the provision of the Services will not infringe any rights held by any third party, involve the unauthorized use of confidential information belonging to a third party or result in the breach by Borrower or Company of any law, regulation, fiduciary duty, intellectual property right or agreement.**

b. Litigation

Borrower (i) is not subject to any outstanding injunction, judgment, order, decree, ruling, or charge, or (ii) is not a party or is not threatened to be made a party to any action, suit, proceeding, hearing, or investigation of, in, or before any court or quasi-judicial or administrative agency of any federal, state, local, or foreign jurisdiction or before any arbitrator, in each case that could be reasonably expected to result in a material adverse change in the business, financial condition, operations, results of operations, or prospects of Borrower.

Initials: AF

**5. Indemnification**

Borrower shall indemnify Company against any cost, loss, expense, or liability which may be suffered or incurred by Company in the proper performance of its obligations under this Agreement including, without limitation, arising from any misrepresentation, misconduct, negligence, or dishonesty on the part of any third party, except to the extent that the cost, loss, expense or liability is due to the breach of this Agreement, violation of law, negligence, willful misconduct, fraud or dishonesty on the part of Company or to the extent that such liability cannot lawfully be excluded or limited.

**6. Independent Contractor**

The company's status shall be that of an independent contractor, and not that of an agent or employee of the Borrower. Company shall not hold itself out as an employee or agent of Borrower except as contemplated by any other ancillary agreement.

**7. Arbitration**

Any dispute, claim, or controversy arising out of or relating to this Agreement, or the breach, termination, enforcement, interpretation, or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, shall be determined by binding arbitration in New Castle County, Delaware, before one arbitrator. The arbitration shall be administered by JAMS according to its Comprehensive Arbitration Rules and Procedures or by ADR Services according to its Arbitration Rules, at the election of the party initiating the arbitration. The Party initiating a demand for Arbitration shall serve notice of such demand according to the notice requirements outlined in Section 9 herein. Within three (3) banking-business days of service of any demand for arbitration, the Parties to the dispute shall work cooperatively to mutually select an agreeable arbitrator. If the Parties to the dispute are unable to reach an agreement on an arbitrator, then the arbitration shall be selected according to the JAMS or ADR Services arbitration selection protocol. Each side shall be entitled to propound one (1) set of requests for the production of documents. The requests in each set shall not number more than twenty-five (25) and shall be limited to documents relevant to the issues being arbitrated. Each side shall further be entitled to notice and take no more than three (3) depositions, which shall last no more than three (3) hours per deponent, including reasonable breaks and objections. No other discovery shall be permitted, except upon a showing of good cause to the arbitrator. Any discovery disputes shall be submitted to and decided by the arbitrator. The prevailing party shall be entitled to an award of its reasonable costs and expenses, including but not limited to, attorneys 'fees, in addition to any other available remedies. Any award rendered therein shall be final and binding on each and all of the parties thereto and their representatives and judgment may be entered thereon in any court of competent jurisdiction. This clause shall not preclude Parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction. Any action or proceeding brought to interpret or enforce this agreement to arbitrate shall be governed by the laws of the State of Delaware. This agreement to arbitrate is intended by the Parties to constitute a waiver of any right to trial by jury, or the right to proceed in any state or federal court for resolution of any dispute arising concerning the enforcement or interpretation of this Agreement, or this agreement to arbitrate.

Initials: ______

**8. Confidentiality**

During the term of this Agreement, the Parties may communicate to each other certain confidential information to enable the Company to perform the Services hereunder, or Company may develop confidential information for Borrower. Each Party agrees (i) to treat, and to cause its employees, agents, subcontractors, and representatives, if any, to treat as secret and confidential, all such information, and

(ii) except as necessary in the performance of the Services, not to disclose any such confidential information or make available any reports, recommendations, or conclusions which Company may make for Borrower to any person, firm, or corporation without first obtaining Company's written approval. The foregoing shall not prohibit or restrict any party from disclosing any information: (a) the disclosure of which is necessary to comply with any applicable laws, including, without limitation, federal or state securities laws, or any exchange listing or similar rules and regulations; (b) the disclosure of which is ordered according to a subpoena or other order from a court or governmental body of competent jurisdiction; (c) such information is now, or hereafter is made, generally available to the public other than by disclosure in violation of this Agreement; (d) such information was disclosed to the disclosing Party by a third party that the disclosing Party, in good faith, believes was not bound by an obligation of confidentiality; or (vi) the Parties hereto consent to the form and content of any such disclosure. If any Party learns that disclosure of such information is sought in or by a court or governmental body of competent jurisdiction or through other means, such Party shall (1) give prompt notice to the other Party before making such disclosure and allow such other Party, at its expense, to undertake appropriate action to prevent disclosure of or to obtain a protective order for, such information, (2) reasonably cooperate with such other Party in its efforts to prevent, or obtain a protective order for, such disclosure, and (3) disclose the minimum amount of information required to be disclosed.

**9. Notices**

All notices given under this Agreement, unless otherwise specified herein, must be in writing and will be effectively served by: (i) submission through the zoomeral.com portal using the Borrower's ZOOMERAL account and (ii) upon delivery or, if sent by certified mail, upon the first to occur of receipt by the addressee or the expiration of ninety-six (96) hours after deposit in first-class certified United States mail, postage prepaid, return receipt requested, or two business days if sent by pre-paid nationally recognized overnight courier service, sent to the Party at its address set forth below, or such other address as a Party may designate from time to time by written notice given according to this paragraph:

To Borrower: Foster Group LLC
Attention: Adam Foster
2539 N 300 E
Lehi, Utah 84043

To Company: Genie Investments
P.O. Box 5886
Wilmington, Delaware 19808

Initials: AF

**10. Assignment**
The borrower may not assign, subcontract, or delegate all or any part of its rights or obligations hereunder without the Company's prior written approval (which may be withheld or delayed in the Company's sole discretion).

**11. Binding Effect**
Subject to the provisions of section 10 above, the terms of this Agreement will bind and benefit the successors and assigns of the Parties.

**12. Waiver**
No delay or omission on the part of any party hereto in exercising any right hereunder shall operate as a waiver of such right or any other right under this Agreement.

**13. Headings**
The several headings to articles, sections, and subsections herein are inserted for convenience only and shall be ignored in interpreting the provisions of this Agreement.

**14. Schedules, Attachments, and Exhibits**
All schedules, attachments, and exhibits, if any, referred to in or attached to this Agreement are and shall be deemed to be an integral part of this Agreement as if fully set forth herein.

**15. Amendments**
This Agreement may not be modified or amended except by a written agreement signed by Borrower and Company.

**16. No Third-Party Rights**
This Agreement is made entirely for the benefit of Borrower, Company, and their successors in interest (including any participants). No third person shall have any rights hereunder.

**17. Force Majeure**
No liability shall result from the delay or nonperformance of Services caused by circumstances beyond the control of the Company, including without limitation Acts of God, fire, flood, snowstorm, pandemic, war, acts of terrorism, government action, riot, civil disturbance, accident, inability to obtain labor, material, or equipment ("Force Majeure"). During periods of Force Majeure, Services so affected by such Force Majeure may be eliminated without liability, but this Agreement shall remain otherwise unaffected. Timely notice of Force Majeure and its expected duration shall be given by the affected party to the other, and the party whose performance is affected by a Force Majeure event will use commercially reasonable efforts to avoid, remove or minimize the impact of such event on the performance of its obligations at the required level at the earliest possible date.

**18. Applicable Law**
This Agreement shall be governed by and construed per the laws of the State of Delaware and the United States.

Initials: AF

**19. Severability**

The invalidity or unenforceability of any one or more of the provisions of this Agreement will in no way affect any other provision.

**20. Counterparts**

This Agreement may be signed in two or more counterparts, each of which shall be treated as an original but which, when taken together, shall constitute the same instrument. A signed facsimile or electronic copy of this Agreement shall constitute an original for all purposes.

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement on the date first above written.

Foster Group LLC

Adam Foster

_______________________

Adam Foster

Genie Investments

_______________________

Genie Investments

Initials: AF

# **Exhibit A**

As agreed to in the Due Diligence Fee Agreement, Borrower agrees to provide the Company with all of the following (mark any not applicable as "N/A"):

1. Income Statement (past five years or less starting with company establishment)
2. Balance Sheets (past five years or less starting with company establishment)
3. Cash Flow Statements (past five years or less starting with company establishment)
4. Tax Returns (past five years or less starting with company establishment)
5. Net Worth Statement/s for All Equity Owners That Have A 5% Or Higher Ownership Stake
6. Business Plan Including A 2 Year Forecast/Proforma & Management Bios
7. Previous 3 Month's Business Bank Statements for All Business Bank Accounts
8. Post-Closing Balance Sheet Assuming Term Sheet Terms/Rates
9. All UCC Lien Filings & Current List of All Material Creditors
10. Articles of Incorporation and Corporate Bylaws/Operating Agreement
11. Capitalization Table of All Outstanding Stock Shares, Stock Warrants, & Stock Options
12. Documentation Related to All Registered Intellectual Property (Patents and Trademarks)

Initials: AF

## Re: Foster Group LLC BELOC

Adam Foster <adamjohnfoster@hotmail.com>

Fri 4/28/2023 10:38 AM

To:Michael Lanza <mlanza@mcmanncommerciallending.com>;Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>

Hey Team,
Just wanted to see if there's been any progress on funding?

Thanks,
*Adam Foster*

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Wednesday, April 12, 2023 9:22 AM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Rene Jamulitrat
<rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Hey Michael,
I just wanted to follow up and see if there is any progress on funding?

Best,

*Adam Foster*

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Thursday, March 30, 2023 8:35 AM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Rene Jamulitrat
<rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Hey Michael,
My apologies, I sent this to Rene, but did not copy you on it. Here it is again.

*Adam Foster*

---

**From:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Sent:** Thursday, March 30, 2023 7:50 AM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Adam Foster
<adamjohnfoster@hotmail.com>
**Subject:** Re: Foster Group LLC BELOC

Did you send the signed agreement back separately? If not, please do.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**

McMannCommercialLending.com
Appointment Calendar

---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Wednesday, March 29, 2023 1:21 PM
**To:** Adam Foster <adamjohnfoster@hotmail.com>; Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Received, thank you.

Get Outlook for iOS

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Wednesday, March 29, 2023 12:16:17 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Rene,
Here is the copy of the wire receipt. Please let me know if you got it.

*Adam Foster*

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Wednesday, March 29, 2023 9:45 AM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC

Hey Rene,
Here is the signed copy. I will send the wire today.

*Adam Foster*

---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Monday, March 27, 2023 2:40 PM
**To:** Adam Foster <adamjohnfoster@hotmail.com>
**Subject:** Foster Group LLC BELOC

Hello,
Please see attached due diligence agreement.
If you agree, fully execute and return.
The document is PDF fillable as we do not accept handwritten documents.

Thanks

Rene Jamulitrat
**Direct: 312-643-5036**
**Office: 800-616-7276**
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar

 

Lehi

Phone: [illegible]-3061

Trans. ID: 15449101090000033

Employee ID: 15449 140-3

Date: 03/29/2023

Time: 11:03:26

Member Name: FOSTER GROUP LLC

Account Number: XXXXXX0052

---------Wire Transfer--------

Task: Genie Investments NV

From Type: Checking 9

Wire Amount: $30,000.00

Account Fee: $15.00

Ending Balance: $0.00

Daytime Number: (801)505-8646

---------Destination----------

ABA Number: 021000021

Bank Name: Jpmorgan Chase Bank, Na

City: New York

State: New York

----------Beneficiary---------

Beneficiary Name: Genie Investments NV

Account #:

Additional Info: User ID 2803

Address: 401 Ryland Street Suit 200-A

City: Reno

State: Nevada

Zip: 89502

-------------------------------

Note:Transfer requests and changes received after 3:45 PM MST will be processed as of the following business day.

-------------------------------

AMERICA FIRST CREDIT UNION

STATEMENT

America First Federal Credit Union · 1-800-999-3961 · americafirst.com
P.O. Box 9199, Ogden, UT 84409

50036934 0000
#BWNCHFQ
#250FOSTE00544045#
FOSTER GROUP LLC
2539 N 300 E
LEHI UT 84043

Statement Date: March 31, 2023

Account Number: [redacted]

Page Number 1 of 2

**for your information**

Effective May 8, 2023, the credit union is updating its Funds Availability Policy to clarify that Saturday is not considered a business day for purposes of determining the availability of your deposits.

## A Summary of Your Accounts

| | Ending Balance | 2023 Dividends |
|---|---|---|
| Share Savings | 80.00 | 0.00 |
| Money Mkt Savings 7 | 545.44 | 160.44 |
| Checking | 0.00 | 0.00 |
| **Total:** | **625.44** | **160.44** |

## A Summary of Your Loans

| | Ending Balance | Total Amount Due | Next Payment | 2023 Interest |
|---|---|---|---|---|

## Share Savings

Statement Period: March 01, 2023 - March 31, 2023

| Post Date | Effective Date | Transaction Description | Transaction Amount | Account Balance |
|---|---|---|---|---|
| | | BEGINNING BALANCE | | 80.00 |
| | | ENDING BALANCE | | 80.00 |

## Money Market Savings 7

Statement Period: March 01, 2023 - March 31, 2023

| Post Date | Effective Date | Transaction Description | Transaction Amount | Account Balance |
|---|---|---|---|---|
| | | BEGINNING BALANCE | | .00 |
| 03/01 | | FUNDS TRANSFER FROM LOAN ACCOUNT:XXXXXX653-1.5 ADAM FOSTER | 250,000.00 | 250,000.00 |
| 03/06 | | ONLINE BANKING FUNDS TRANSFER TO CHECKING | 300.00- | 249,700.00 |
| 03/07 | | ONLINE BANKING FUNDS TRANSFER TO CHECKING | 100,000.00- | 149,700.00 |
| 03/07 | | ONLINE BANKING FUNDS TRANSFER FROM CHECKING | 100,000.00 | 249,700.00 |
| 03/07 | | ONLINE BANKING FUNDS TRANSFER TO CHECKING | 300.00- | 249,400.00 |
| 03/09 | | FUNDS TRANSFER TO LOAN ACCOUNT:XXXXXX653-1.5 ADAM FOSTER | 234,000.00- | 15,400.00 |
| 03/09 | | BANK TO BANK TRANSFER | 15,000.00- | 400.00 |
| 03/09 | | BANK TO BANK TRANSFER FEE | 15.00- | 385.00 |
| 03/31 | 04/01 | DIVIDEND EARNED FOR PERIOD OF 03/01/2023 THROUGH 03/31/2023 | | |
| | | ANNUAL PERCENTAGE YIELD EARNED IS 2.96% | 160.44 | 545.44 |
| | | ENDING BALANCE | | 545.44 |



STATEMENT

FOSTER GROUP LLC Account Number - [redacted] arch 31, 2023 Page - 2 of 2

## Checking

Statement Period: March 01, 2023 - March 31, 2023

| Post Date | Effective Date | Transaction Description | Check Number | Transaction Amount | Account Balance |
|---|---|---|---|---|---|
| | | BEGINNING BALANCE | | | 20.00 |
| 03/01 | | ONLINE BANKING FUNDS TRANSFER FROM SHARE ACCOUNT: XXXXXX653-1.9 ADAM FOSTER | | 20.00 | 40.00 |
| 03/01 | | ONLINE BANKING FUNDS TRANSFER TO SHARE ACCOUNT: XXXXXX653-1.9 ADAM FOSTER | | 20.00- | 20.00 |
| 03/06 | | ONLINE BANKING FUNDS TRANSFER FROM MONEY MARKET | | 300.00 | 320.00 |
| 03/07 | | ONLINE BANKING FUNDS TRANSFER FROM MONEY MARKET | | 100,000.00 | 100,320.00 |
| 03/07 | | ONLINE BANKING FUNDS TRANSFER TO MONEY MARKET | | 100,000.00- | 320.00 |
| 03/07 | | ONLINE BANKING FUNDS TRANSFER FROM MONEY MARKET | | 300.00 | 620.00 |
| 03/08 | 03/07 | VISA - 03/06 ROCKETLAW 877-757-1550 WWW.ROCKETLAW CA 0064 | | 5.00- | 615.00 |
| 03/08 | 03/07 | VISA - 03/06 CUTLER RILEY PLLC 801-6184469 UT 006267 | | 300.00- | 315.00 |
| 03/09 | 03/08 | VISA - 03/07 CUTLER RILEY PLLC 801-6184469 UT 007463 | | 300.00- | 15.00 |
| 03/29 | | FUNDS TRANSFER FROM SHARE ACCOUNT:XXXXXX653-1.9 ADAM FOSTER | | 30,000.00 | 30,015.00 |
| 03/29 | | BANK TO BANK TRANSFER | | 30,000.00- | 15.00 |
| 03/29 | | BANK TO BANK TRANSFER FEE | | 15.00- | .00 |
| | | ENDING BALANCE | | | .00 |

## Checking Summary

| Item | Amount | | Item | Amount | | Item | Amount | Item | Amount |
|---|---|---|---|---|---|---|---|---|---|
| VISA | 5.00 | : | VISA | 300.00 | : | VISA | 300.00 | | |

**Total Checks and Visa Checking: 605.00** **Total Withdrawals: 130,035.00** **Total Deposits: 130,620.00**

SEND CORRESPONDENCE TO: P.O. BOX 9199, OGDEN, UT 84409 · AMERICAFIRST.COM · TOLL-FREE: 1-800-999-3961
THOSE WITH HEARING OR SPEECH IMPAIRMENTS CAN DIAL 711 OR USE PREFERRED TELECOMMUNICATION RELAY SERVICES.

americafirst.com

Federally insured by NCUA. Equal Opportunity Lender.