# EXHIBIT COVER SHEET

|||
|---|---|
| | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |
| Admitted: | **YES   or   NO   (circle one)**   **79** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |
| Case No. | **3:24−bk−00496−BAJ** |
| Nature of Hearing: | **Trial on** |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |
| | **Debtor's Response Thereto (Doc. No. 34)** |
| | **U.S. Trustee's Reply (Doc. No. 38)** |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____, 2024.

**By:** _____, Deputy Clerk

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

# McMann Commercial Lending Wire Instructions:

**1:  Commercial Account**
Beneficiary: McMann Commercial Lending LLC,
205 N Michigan Ave, Suite 810 Chicago IL 60601
Bank: Old Plank Trail Community Bank 60423
Phone:  815-464-6888
700 W Ex
Routing:
Account

**2: Commercial Loan Activation Account**
Beneficiary: McMann Commercial Activations
205 N Michigan Ave, Suite 810 Chicago IL 60601
Bank: Old Plank Trail Community Bank 60423
Phone:  815-464-6888
700 W Exchange St, Crete IL 60417
Routing:
Account

**SENDER:** FOSTER GROUP LLC
2539 N 300 E
LEHI, UT 84043
(801)505-8646

**RECIPIENT:** MCMANN COMMERCIAL ACTIVATIO
205 N MICHIGAN AVE
SUITE 810
CHICAGO, IL 60601
8154646888

**DESTINATION:** OLD PLANK TRAIL COMMUNITY BANK, NA

**RECIPIENT ACCOUNT:** [redacted]

**ROUTING NUMBER:** [redacted]

**ADDRESS:** NEW LENOX, IL

**Additional Instructions:** ADAM FOSTER

**Purpose of Payment:** LOAN DEPOSIT

| | |
|---|---|
| Transfer Amount: | $165,000.00 |
| Wire Transfer Fees: | $15.00 |
| Total Amount: | $165,015.00 |

Recipient may receive less due to fees charges by recipient bank.

**BENEFICIARY ACCOUNT NUMBER:** The beneficiary account number and beneficiary bank identification number you provided must be complete and accurate. You could lose the entire transfer amount if this information is incorrect.

When you initiate a wire transfer, you may identify either the recipient or any financial institution by name and by account or identifying number. The Credit Union and other institutions may rely on the account or other identifying number you give, even if it does not match the party named in your instructions. Wire transfers are governed by the Membership and Account Agreement, Uniform Commercial Code Section 4A, by Federal Reserve Regulation J (if the transfer is cleared through the Federal Reserve), and by Consumer Financial Protection Bureau Regulation E. Transfer requests, changes, and cancellations received after 4:00 p.m. MT will be processed as of the following business day. If you do not have sufficient available funds in your account at the time the transfer is processed, the transfer will not be executed. If the Credit Union is obligated under applicable state law to pay you interest, the interest rate shall be equal to the dividend rate payable on the account to/from which the funds transfer was or should have been made.

I authorize the Credit Union to execute the transfer described above in accordance with the Membership and Account Agreement and debit my account in the amount requested plus applicable fees or charges (if I have not otherwise paid the Credit Union). I understand that the Credit Union may (in its sole discretion) undertake certain measures to verify the authenticity of this request, and that if the Credit Union is unable to verify the authenticity of this request, it may choose not to execute the transfer. I have read and understand the notice above regarding the wire transfer.



```
Lehi
Phone: 1-800-xxx-xxxx
Trans. ID: 1339017296354096
Employee ID: 13390 140-9
Date: 06/20/2023
Time: 15:30:14


Member Name: FOSTER GROUP LLC
Account Number:      XXXXXX0052


----------Wire Transfer----------
Task:             MCMANN COMMERCIAL
                         ACTIVATIONS
From Type:             Checking 9
Wire Amount:          $165,000.00
Account Fee:               $15.00
Ending Balance:         $2,366.78

Daytime Number:    (801)505-8646


----------Destination----------
ABA Number:
Bank Name:        Old Plank Trail
                  Community Bank, Na
City:                   New Lenox
State:                   Illinois
----------Beneficiary----------
Beneficiary Name:          MCMANN
       COMMERCIAL ACTIVATIONS
Account #:
Additional Info:    ADAM FOSTER
Address:       205 N MICHIGAN AVE
                         SUITE 810
City:                     CHICAGO
State:                   Illinois
Zip:                        60601

Note: Transfer requests and
changes received after 3:45 PM
MST will be processed as of
the following business day.
```

**AMERICA FIRST** CREDIT UNION

**STATEMENT**

America First Federal Credit Union · 1-800-999-3961 · americafirst.com
P.O. Box 9199, Ogden, UT 84409

```
50036150   0000
#BWNCHFQ
#250FOSTE00544045#
FOSTER   GROUP   LLC
2539  N 300 E
LEHI  UT 84043
```

Statement  Date:  June 30, 2023

Account  Number:

Page  Number          1     of 2

 — **for your information**

America First Credit Union's Rate and Fee Schedule will be updated to reflect the following: Effective August 1, 2023, the fee associated with One-Time Origination of Bank-to-Bank Transfers will be discontinued. Effective July 26, 2023, fees associated with Rush Bill Pay will be added. Visit **americafirst.com** to review the document online or contact us for printed copies.

### A Summary of Your Accounts

|  | Ending Balance | 2023 Dividends |
|---|---:|---:|
| Share Savings | 5.00 | 0.00 |
| Bus MM Savings 7 | 192.42 | 297.72 |
| Checking | 1,034.78 | 0.00 |
| **Total:** | **1,232.20** | **297.72** |

### A Summary of Your Loans

| Ending Balance | Total Amount Due | Next Payment | 2023 Interest |
|---|---|---|---|

## Share Savings

Statement  Period: June 01, 2023 - June 30, 2023

| Post Date | Effective Date | Transaction Description | Transaction Amount | Account Balance |
|---|---|---|---:|---:|
|  |  | BEGINNING BALANCE |  | 5.00 |
|  |  | ENDING BALANCE |  | 5.00 |

## Business Money Market Savings 7

Statement  Period: June 01, 2023 - June 30, 2023

| Post Date | Effective Date | Transaction Description | Transaction Amount | Account Balance |
|---|---|---|---:|---:|
|  |  | BEGINNING BALANCE |  | 192.18 |
| 06/30 | 07/01 | DIVIDEND EARNED FOR PERIOD OF 06/01/2023 THROUGH 06/30/2023 |  |  |
|  |  | ANNUAL PERCENTAGE YIELD EARNED IS  1.53% | .24 | 192.42 |
|  |  | ENDING BALANCE |  | 192.42 |

## Checking

Statement  Period: June 01, 2023 - June 30, 2023

| Post Date | Effective Date | Transaction Description | Check Number | Transaction Amount | Account Balance |
|---|---|---|---|---:|---:|
|  |  | BEGINNING BALANCE |  |  | 1,047.77 |
| 06/01 | 05/31 | VISA - 05/31 INTUIT *QBOOKS ONLINE CL.INTUIT.COM CA 03065 |  | 9.65- | 1,038.12 |
| 06/06 |  | ONLINE BANKING FUNDS TRANSFER  TO SHARE ACCOUNT: XXXXXX072-3.9 SEA CAR TOURS |  | 600.00- | 438.12 |

americafirst.com  

Federally insured by NCUA. Equal Opportunity Lender.



**STATEMENT**

FOSTER GROUP LLC                                 Account Number -              June 30, 2023        Page -    2 of 2

## Checking, Continued

Statement Period: June 01, 2023 - June 30, 2023

```
Post      Effective                                                              Check      Transaction        Account
Date      Date         Transaction  Description                                  Number     Amount             Balance
06/06                  POINT OF SALE PURCHASE
                         US   UT AMERICAN FORK, WAL-MART #2511   949 W GRASSLAND                  2.40-          435.72
06/07     06/06        VISA - 06/05 THE UPS STORE 5398 801-7664999 UT 005379                       .76-          434.96
06/07                  AUTOMATIC WITHDRAWAL, HARLAND CLARKE   CHK ORDER    PPD                   24.53-          410.43
06/12     06/11        VISA - 06/10 GOOGLE *GSUITE_FOSTERG  CC@GOOGLE.COM CA 0104                12.00-          398.43
06/12     06/11        VISA - 06/10 EVOICE SERVICES  866-761-8109 CA 010011                      16.65-          381.78
06/20                  ONLINE BANKING FUNDS TRANSFER FROM SHARE ACCOUNT:                      2,000.00         2,381.78
                         XXXXXX072-3.9  SEA CAR TOURS
06/20                  FUNDS TRANSFER FROM LOAN ACCOUNT:XXXXXX653-1.5   ADAM FOSTER          160,000.00       162,381.78
06/20                  FUNDS TRANSFER FROM SHARE ACCOUNT:XXXXXX072-3.9   SEA CAR TOURS         5,000.00       167,381.78
06/20                  BANK TO BANK TRANSFER                                                165,000.00-         2,381.78
06/20                  BANK TO BANK TRANSFER FEE                                                 15.00-         2,366.78
06/24     06/23        VISA - 06/22 FUND & GROW INC 800-9960270 FL 022014                     1,332.00-         1,034.78
                       ENDING BALANCE                                                                           1,034.78
```

## Checking Summary

| Item | Amount | | Item | Amount | | Item | Amount | Item | Amount |
|---|---|---|---|---|---|---|---|---|---|
| VISA | 9.65 | : | VISA | 12.00 | : | VISA | 1,332.00 | | |
| VISA | .76 | : | VISA | 16.65 | | | | | |

**Total Checks and Visa Checking:**   1,371.06        **Total Withdrawals:**   165,641.93        **Total Deposits:**   167,000.00

SEND CORRESPONDENCE TO: P.O. BOX 9199, OGDEN, UT 84409 • AMERICAFIRST.COM • TOLL-FREE: 1-800-999-3961
THOSE WITH HEARING OR SPEECH IMPAIRMENTS CAN DIAL 711 OR USE PREFERRED TELECOMMUNICATION RELAY SERVICES.

americafirst.com

Federally insured by NCUA. Equal Opportunity Lender.