# EXHIBIT COVER SHEET

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES     or    NO      (circle one)** | **80** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____, **2024.**

**By:** _____, **Deputy Clerk**

# BELOC Loan Closing Protocol

**Rene Jamulitrat** <rJamulitrat@mcmanncommerciallending.com>

Fri 6/23/2023 12:21 PM

To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>

📎 1 attachments (131 KB)
BELOC Loan Closing Protocol.pdf;

Hello,

Please see attached for BELOC loan closing protocol.

Thank you,

Rene Jamulitrat
Direct: 312-643-5036
Office: 800-616-7276
**Administrative Assistant**
mcmanncommerciallending.com
Appointment Calendar




McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 224-328-6440

Friday, June 23, 2023

BELOC Loan Closing Protocol

The protocol for BELOC loan closings will be going out this coming week.  Once the BELOC loan information has been confirmed then the funding process will begin.  We will not have a funding schedule until after applicants have been confirmed.   McMann Commercial Lending would like to thank everyone for their patience while we are working through this loan closing process.

*Commercial Real Estate Underwriting | Advisory | Placement*