# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **81** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

Gmail                                                                                                                    Adam Foster <adam@fostergroupinc.net>

## Foster Group LLC BELOC Confirmation Letter
11 messages

**Rene Jamulitrat** <rJamulitrat@mcmanncommerciallending.com>                                                    Mon, Jul 3, 2023 at 3:26 PM
To: "adam@fostergroupinc.net" <adam@fostergroupinc.net>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>

Hello,

Please see attached copy of Final Confirmation Letter.
If you agree, fully execute and return.


Thank you,

Rene Jamulitrat
Direct: 312-643-5036
Office: 800-616-7276
**Administrative Assistant**
mcmanncommerciallending.com
Appointment Calendar



📎 **Loan Confirmation Letter Foster Group LLC.pdf**
197K

**Info MCL** <info@mcmanncommerciallending.com>                                                                  Mon, Jul 3, 2023 at 3:28 PM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, "adam@fostergroupinc.net" <adam@fostergroupinc.net>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>

Nice work

Walt Trock
**Corporate 312-642-5054 X101**
**Direct 224-532-6116**
**Managing Director**
https://mcmanncommerciallending.com
800-616-7276
Appointment Calendar | Quick Commercial Loan Approval



**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Monday, July 3, 2023 4:26 PM
**To:** adam@fostergroupinc.net <adam@fostergroupinc.net>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Subject:** Foster Group LLC BELOC Confirmation Letter

[Quoted text hidden]

**Adam Foster** <adam@fostergroupinc.net>                                                                         Mon, Jul 3, 2023 at 4:35 PM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>

Thanks Rene,
Do I fill out Exhibit A? If so, which section should I fill out? Does it require a signature at the bottom or just type my name?
[Quoted text hidden]

**Adam Foster** <adam@fostergroupinc.net>                                                                         Wed, Jul 5, 2023 at 9:31 AM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>

Here you go!
Please let me know if you got this and if I filled it out correctly :)

Adam

On Mon, Jul 3, 2023 at 3:26 PM Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com> wrote:
[Quoted text hidden]

📎 **Loan Confirmation Letter Foster Group LLC - Signed.pdf**
508K

**Rene Jamulitrat** <rJamulitrat@mcmanncommerciallending.com>                                                    Wed, Jul 5, 2023 at 9:59 AM
To: Adam Foster <adam@fostergroupinc.net>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>

Received and it is filled out correctly.

Thank you,

Rene Jamulitrat
Direct: 312-643-5036
Office: 800-616-7276

**Administrative Assistant**
mcmanncommerciallending.com
Appointment Calendar



---

**From:** Adam Foster <adam@fostergroupinc.net>
**Sent:** Wednesday, July 5, 2023 10:31 AM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Subject:** Re: Foster Group LLC BELOC Confirmation Letter

[Quoted text hidden]

---

**Adam Foster** <adam@fostergroupinc.net>                                                                                                               Thu, Aug 3, 2023 at 4:43 PM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>

Hey Rene,
Just wanted to follow up and see if there has been any update on funding?

Best,
Adam

[Quoted text hidden]

---

**Adam Foster** <adam@fostergroupinc.net>                                                                                                               Fri, Sep 8, 2023 at 8:07 AM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>

Michael,
We are now well past the 75 day mark for the 1st tranche schedule and I have not received any update on my loan status. I received an email on August 21st asking for times I was available to discuss the status of my loan, which I provided, but received no response. I have spoken to Rene multiple times with a request to talk to you, but have not received any communication from you. I would like to pull out of this program and get my money back, please call me as soon as possible.

Adam Foster
801-505-8646

[Quoted text hidden]

---

**Michael Lanza** <mlanza@mcmanncommerciallending.com>                                                                                                  Fri, Sep 8, 2023 at 8:24 AM
To: Adam Foster <adam@fostergroupinc.net>, Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>

We were never able to get you a loan yourself for the prepaid interest on the Bridge. We were never able to secure a third party that would finance that cost for you. Hence the ICA deposit was never made and your clock never started ticking down to receive funding. If Termination is your choice, then I will have Rene help you get the process initiated. I am currently on a call but I am sure Rene will contact you to get the process started.

Michael J. Lanza
**Direct** 321-295-4808
**Office** 800-616-7276
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar

 

---

**From:** Adam Foster <adam@fostergroupinc.net>
**Sent:** Friday, September 8, 2023 10:07 AM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Adam Foster** <adam@fostergroupinc.net>                                                                                                               Tue, Oct 17, 2023 at 7:22 PM
To: Michael Lanza <mlanza@mcmanncommerciallending.com>
Cc: Info MCL <info@mcmanncommerciallending.com>, Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>

Michael,
I filled out the form to request the refund a few weeks ago. The 40 day mark is coming up on October 21st. Can you please confirm that you received it?

Adam Foster
[Quoted text hidden]

---

**Adam Foster** <adam@fostergroupinc.net>                                                                                                               Wed, Nov 1, 2023 at 3:50 PM
To: Michael Lanza <mlanza@mcmanncommerciallending.com>, wtrock@mcmanncapital.com, Genie Investments <contact@genieinvestments.com>, Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>

This is Adam Foster with Foster Group LLC. According to our signed Business Expansion Line of Credit Agreement section 13.7, you have now past the due date to return my investment of $165,000.

You are now in breach of contract and will be receiving litigation notices from my attorney at Shimanovsky & Moscardini, attorneys at law  I have also been in contact with special agent Brian Kimball from the Provo, Utah branch of the Federal Bureau of Investigation.

You have until 3pm this Friday, November 3rd to send $165,000 by bank wire to my account on file. FBI Agent Brian Kimball has asked me to call him on Monday to let him know if I have received these funds by Friday. If the funds are received by 3pm, I will ask my attorney to not send the litigation notice, and will tell Agent Kimball that the funds were received.

Bank Name: America First Credit Union
Routing #: 324377516
Account #: 746044540052

Adam Foster
President
Foster Group, LLC
801-505-8646

[Quoted text hidden]

---

**Adam Foster** <adam@fostergroupinc.net>  Tue, Nov 28, 2023 at 12:34 PM
To: Michael Lanza <mlanza@mcmanncommerciallending.com>, wtrock@mcmanncapital.com, Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>

On June 14th, Michael Lanza emailed Adam Foster stating that the destination bank for the $165,000 had changed and is different from the destination bank listed on the Bridge Loan Agreement. Michael Lanza instructed Adam Foster to send the $165,000 to the following account, owned by McMann Commercial Lending LLC:

Commercial Loan Activation Account
**Beneficiary: McMann Commercial Activations**
205 N Michigan Ave, Suite 810 Chicago IL 60601

Bank: Old Plank Trail Community Bank 60423
Phone: 815-464-6888
700 W Exchange St, Crete IL 60417

Routing: ███████
Account ███████

**Adam Foster wired $165,000 to the above account on June 20, 2023.**

1. **Can you confirm that you received these funds on June 20, 2023?**
2. **Where are those funds now?**

Adam Foster
President
Foster Group, LLC

[Quoted text hidden]

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 224-328-6440

# FINAL CONFIRMATION & PERMISSION TO PROCEED WITH BELOC FUNDING

Re: __Foster Group LLC__          (the "BELOC")

To Whom it May Concern:

The undersigned Borrower hereby confirms its desire to proceed with the BELOC processing. By execution hereof, Borrower further confirms that applicant has not applied for a loan similar to the BELOC with a lender other than McMann Commercial Lending LLC ("Lender").

Attached hereto as Exhibit A is the completed Wire Instructions Form.

By execution of this letter, Borrower acknowledges the following:

1. Borrower agrees that Borrower shall not, at any time, make, publish or communicate to any person or entity or in any public forum, any defamatory, maliciously false or disparaging remarks, comments or statements concerning Lender or Lender's business, employees, officers, or directors and any prospective clients, suppliers, investors or other associated third parties, now or in the future.

2. Borrower agrees that the specific terms of BELOC, and the related terms regarding Lender's agreement to fund the BELOC and any information regarding Lender's related entities, partners, subsidiaries, and vendors are proprietary in nature (hereinafter collectively, "Confidential Information"). Borrower agrees that the applicant shall not disclose any Confidential Information without the express written consent of Lender.

3. In the event Borrower breaches its obligations set forth in Paragraph 1 or discloses any Confidential Information, Lender shall be entitled to pursue against Borrower injunctive relief, pecuniary damages, or other remedies available to Lender in law or at equity. All such remedies are cumulative in nature. Lender shall also be entitled to the collection of its attorneys' fees and costs in enforcing the terms set forth above against Borrower.

Borrower: _____
Dated: _____
Adam Foster
2539 N 300 East, Lehi, UT 84043
Ln# 2803

1 of 2

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 224-328-6440

EXHIBIT A

WIRE INSTRUCTIONS FORM

| YOUR INFORMATION | | | |
|---|---|---|---|
| **Name on the Account** | | | |
| **Your Permanent Address** | Street Address | | |
| City | State/Province | | Zip Code |
| **Receiving Account Number** | | | |
| **RECEIVING/INTERMEDIARY BANK INFORMATION** | | | |
| **Bank Name** | | | |
| **Bank Address** | Street Address | | |
| City | State/Province | | Zip Code |
| **Fedwire ABA Routing #** | | | |
| **Swift Code/IBAN Code** | | | |
| **BENEFICIARY BANK INFORMATION** | | | |
| **Bank Name** | | | |
| **Bank Address** | Street Address | | |
| City | State/Province | | Zip Code |
| **Fedwire ABA Routing #** | | | |
| **Swift Code/IBAN Code** | | | |

Please ensure that the above information matches the recipient information that the bank has on file.
Note: A wire cost of $40 will be deducted from any earned fees being paid.

| Authorized User |
|---|

_____    _____
Full Name                                             Date