# EXHIBIT COVER SHEET

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES     or     NO      (circle one)** | **82** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated: _____, 2024.**

**By: _____, Deputy Clerk**

## Re: Adam Foster -Foster Group LLC - Phone Call

**Adam Foster** <adamjohnfoster@hotmail.com>
Sat 9/2/2023 5:18 AM
To:Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>;Michael Lanza <mlanza@mcmanncommerciallending.com>

Hey Rene,
I really need to talk to Michael soon, any suggestions?

Get [Outlook for iOS](#)

---

**From:** Adam Foster <adamjohnfoster@hotmail.com>
**Sent:** Thursday, August 31, 2023 3:54:28 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Adam Foster -Foster Group LLC - Phone Call

??

Get [Outlook for iOS](#)

---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Wednesday, August 30, 2023 1:29:38 PM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Cc:** Adam Foster <adamjohnfoster@hotmail.com>
**Subject:** Adam Foster -Foster Group LLC - Phone Call

Hello Michael,

I just spoke with Adam. Adam explained that he had send his phone call availability previously but he was never scheduled.
.
Please see available times he has this week and try to schedule.
10 am 08/31/2023 MT
2:00 pm 08/31/2023 MT
1:00 pm 09/01/2023 MT

Thank you,

Rene Jamulitrat
Direct: 312-643-5036
Office: 800-616-7276
**Administrative Assistant**
[mcmanncommerciallending.com](#)
[Appointment Calendar](#)


