## EXHIBIT COVER SHEET

**Exhibit**

Party Submitting:          **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:          **YES     or   NO      (circle one)**          **83**

Chapter 11 Debtor:          **Genie Investments NV, Inc.**

Case No.          **3:24−bk−00496−BAJ**

Nature of Hearing:          **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:          **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

 Gmail

**Subject: Confirmation of Receipt: Update on Due Diligence & Bridge Interest Payments**
9 messages

---

**Genie Investments** <contact@genieinvestments.com>                    Mon, Sep 11, 2023 at 1:38 PM

Dear Genie Investments Customer,

Genie Investments trusts this email finds you well. Genie is reaching out to confirm whether you've received the recent update from Genie Investments' legal team concerning Genie's due diligence and bridge interest payments associated with your account.

While Genie's standard agreement classifies these bridge interest payments as non-refundable, Genie recognizes the challenges posed by the unforeseen delay on the part of Genie's capital provider. As a gesture of goodwill and commitment to Genie's customers, Genie Investments has decided to treat these payments as refundable in the event of any settlement or judgment with Genie's capital provider. Some of you are on the refund list and some of you are not. If you are not, Genie needs to hear back from you.

Genie's primary aim is to ensure transparency and uphold the trust you have placed in Genie Investments. Please let Genie know if you have received the related documents and whether there are any questions or concerns Genie can assist with. Your satisfaction and understanding remain Genie's utmost priority.

Thank you for your patience and continued relationship with Genie Investments. Genie values and appreciates your business.

Sincerely,

GENIE INVESTMENTS

A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.

DISCLAIMER: Sender (jmcohan@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710    AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm

PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.

This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and education.nal purposes only and does not provide investment advice.

---

**Adam Foster** <adam@fostergroupinc.net>                    Mon, Sep 11, 2023 at 3:32 PM
To: Genie Investments <contact@genieinvestments.com>

Thank you for your email. My name is Adam Foster with Foster Group, LLC. I have not received the documents and would like to be added to the refund list. Please email me back and confirm.

Adam Foster
President
Foster Group, LLC
801-505-8646

[Quoted text hidden]

---

**4 attachments**

| | |
|---|---|
| | **image001.png** 1K |
| GENIE INVESTMENTS | **image002.jpg** 47K |
| GENIE INVESTMENTS | **image002.jpg** 47K |
| | **image001.png** 1K |

---

**Genie Investments** <contact@genieinvestments.com>                    Tue, Sep 12, 2023 at 8:33 AM
To: Adam Foster <adam@fostergroupinc.net>

Adam,

Please provide your executed agreements and wire receipts and Genie will work to get you on the refund list. Thank you.

Sincerely,


GENIE INVESTMENTS

A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.

DISCLAIMER: Sender (jmcohan@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U S C 1367,2510 2521,2701 2710   AS PER GRAMM LEACH BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801 6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm

PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.

This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and education.nal purposes only and does not provide investment advice.

[Quoted text hidden]

---

**Adam Foster** <adam@fostergroupinc.net>
To: Genie Investments <contact@genieinvestments.com>
Tue, Sep 12, 2023 at 2:25 PM

I signed a lot of papers with McMann and with Genie Investments. I am attaching the one I signed with Genie Investments and the wire receipt, please let me know if this is sufficient.

Adam Foster
[Quoted text hidden]

**6 attachments**

for Bridge Loan.jpg

image001.png
1K

GI | GENIE INVESTMENTS   image002.jpg
47K

image001.png
1K

GI | GENIE INVESTMENTS   image002.jpg
47K

Foster Group (2803) Due Dilligence Fee Agreement 03272023.pdf
419K

---

**Adam Foster** <adam@fostergroupinc.net>
To: Genie Investments <contact@genieinvestments.com>
Tue, Sep 12, 2023 at 2:30 PM

Here is another one I signed for the Bridge Loan. **Please confirm that you have received it**. It's too large to send as an email, so it is sent as a Google Drive link. If it doesn't open, I can sent it via WeTransfer.

Foster Group Bridge Loan Agreement - Signed (1)...
[Quoted text hidden]

---

**Genie Investments** <contact@genieinvestments.com>
To: Adam Foster <adam@fostergroupinc.net>
Wed, Sep 13, 2023 at 8:49 AM

Adam,

Genie received Wire Confirmation of $30,000 for your Due Diligence. Please provide Wire Receipt of $165,000 for the Bridge Loan Interest payments. Thank you.

[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]
>> [Quoted text hidden]
>>
>> A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.
>>
>> [Quoted text hidden]

---

**Adam Foster** <adam@fostergroupinc.net>
To: Genie Investments <contact@genieinvestments.com>
Wed, Sep 13, 2023 at 7:18 PM

Here is the wire confirmation for the $165,000. I believe this one was sent to McMann Commercial. I'm also attaching the agreement I had with McMann. **Please send me the latest documents/updates from the lawyer**.

Foster Group Term Sheet & Loan Agreement - Sign...

[Quoted text hidden]

**6 attachments**

image001.png
1K

GI | GENIE INVESTMENTS   image002.jpg
47K

image001.png
1K

GI | GENIE INVESTMENTS   image002.jpg
47K

IMG_3689.HEIC
1122K

▯ **IMG_3688.HEIC**
1738K

---

**Adam Foster** <adam@fostergroupinc.net>    Wed, Oct 25, 2023 at 1:36 PM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, Michael Lanza <mlanza@mcmanncommerciallending.com>, scolthirst@mcmanncommerciallending.com

This is my communication with Genie Investments.

[Quoted text hidden]

**6 attachments**



🖼 **image001.png**
1K

**image002.jpg**
47K

**image001.png**
1K

**image002.jpg**
47K

**G_3689.HEIC**
22K

**G_3688.HEIC**
738K

---

**Adam Foster** <adam@fostergroupinc.net>    Wed, Oct 25, 2023 at 1:40 PM
To: Genie Investments <contact@genieinvestments.com>

I have not received any communication from you since Sept 13th. What is the next step?

Adam
[Quoted text hidden]

**EXHIBIT F**
**FORM TERMINATION LETTER**

GENIE INVESTMENTS
P.O. Box 5886
Wilmington, Delaware 19808

    Re: McMann
Commercial Lending LLC -
Foster Group LLC
To Whom it May Concern:
    The undersigned Borrower has decided to exercise its rights to terminate the above referenced transaction pursuant to the terms of the LOC Agreement dated March 13, 2023.
    Please consider this letter as notice of Borrower's termination of the LOC Agreement and request for refund of Borrower's ICA payment, less any amounts due and owed to Lender under Section 13.7 of the LOC Agreement.

BORROWER: McMann Commercial
Lending LLC - Foster Group LLC

By: _Adam Dot_
Name: Adam Foster
Title: _President_

**SUBSCRIBED AND SWORN TO BEFORE ME** on this _11_ day of _September_, 2023.

_____
NOTARY PUBLIC
In and for the State of _Utah_

My Commission Expires: _11/01/2023_

JACOB ALLEN
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 709063
COMM. EXP. 11/01/2023

Please confirm your Wiring Instructions:
Account Title: Adam Foster - Foster Group, LLC
Address on Account: 2539 N 300 E, Lehi, UT 84043
Bank Name: America First Credit Union
Bank Address: PO BOX 9199 Ogden, UT 84409-9921
Routing #: ████████████
Account #: ████████████

User ID (2803)