# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **84** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:**_____**, 2024.**

**By: _____, Deputy Clerk**

 **Gmail** **Adam Foster <adam@fostergroupinc.net>**

---

**Sent on behalf of Genie Investments**
19 messages

---

**Adam Walker** <adam@awsecuritieslaw.com>  Thu, Nov 2, 2023 at 3:48 PM
To: "adam@fostergroupinc.net" <adam@fostergroupinc.net>
Cc: "Daniel S. Klapman" <DKlapman@swkattorneys.com>

Mr. Foster,

Attached is a response from Genie Investments NV to your email message of November 1, 2023.

Thank you,
Adam Walker

Walker Law Office, LLC
4050 Pennsylvania Ave., Suite 115-10
Kansas City, Missouri 64111
(816) 226-6476

📄 **WLA response to Foster Group 11-02-2023.pdf**
141K

---

**Adam Foster** <adam@fostergroupinc.net>  Thu, Nov 2, 2023 at 4:22 PM
To: Michael Lanza <mlanza@mcmanncommerciallending.com>, Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>, wtrock@mcmanncapital.com, scolthirst@mcmanncommerciallending.com

I am attaching the wire transfer of the $165,000 to McMann Commercial Lending to confirm the accuracy of the statement received by Adam Walker.
[Quoted text hidden]

**3 attachments**



re receipt for $165 - photo
38K

re receipt for $165k
22K

📄 **WLA response to Foster Group 11-02-2023.pdf**
141K

---

**Adam Foster** <adam@fostergroupinc.net>  Thu, Nov 2, 2023 at 4:33 PM
To: adam@awsecuritieslaw.com
Cc: "Daniel S. Klapman" <DKlapman@swkattorneys.com>

Thank you Adam,
I received an email from David Hughes (see attached) stating that the due diligence and bridge interest payments that were once non-refundable will now be refundable as a gesture of goodwill. On March 29, 2023 I wired $30,000 to Genie Investments (see attached). Based on David's email, does this mean that I will be refunded the $30,000? If so, when can I expect to receive this refund? How will it be delivered?

Adam Foster
President
Foster Group, LLC
801-505-8646
[Quoted text hidden]

**attachments**



receipt for $30k
K

📄 **fostergroupinc.net Mail - Subject_ Conf...pdf**
282K

📄 **Foster Group (2803) Due Dilligence Fee Agreement 03272023.pdf**
419K

---

**Adam Walker** <adam@awsecuritieslaw.com>  Mon, Nov 6, 2023 at 9:06 AM
To: Adam Foster <adam@fostergroupinc.net>

Good morning. Yes, Foster Group can make itself eligible for a refund of this payment by signing and returning the attached "opt-in" agreement. If you choose to sign the opt-in agreement, you can return it to me and/or to the email address on the agreement.

We don't presently know when these refunds will be available. We are working to enforce an agreement with Genie's capital provider to deliver funds that have been owed to Genie for several months. Part of our efforts include an arbitration case that was filed last week and, as I'm sure you know, legal actions -- even arbitrations -- take time.

I don't know for sure what payment method Genie would use to issue refunds, but based on past practice, I would assume they would send by wire transfer.

Thank you,

Adam Walker

Walker Law Office, LLC
4050 Pennsylvania Ave., Suite 115-10
Kansas City, Missouri 64111
(816) 226-6476

[Quoted text hidden]

📄 10-6-2023 - Opt In Agreement.pdf
23K

---

**Adam Foster** <adam@fostergroupinc.net>      Mon, Nov 6, 2023 at 5:32 PM
To: Adam Walker <adam@awsecuritieslaw.com>, "attorneybetancourt@amerilawyer.com" <attorneybetancourt@amerilawyer.com>

Here is the signed agreement. Please send the check to:

Adam Foster
2539 N 300 E
Lehi, UT 84043
[Quoted text hidden]

📄 10-6-2023 - Opt In Agreement - Adam Foster.pdf
80K

---

**Adam Foster** <adam@fostergroupinc.net>      Mon, Nov 6, 2023 at 5:34 PM
To: Adam Walker <adam@awsecuritieslaw.com>, "attorneybetancourt@amerilawyer.com" <attorneybetancourt@amerilawyer.com>

Please see attached receipt from wire transfer.

[Quoted text hidden]


receipt for $30k
3K

---

**Adam Walker** <adam@awsecuritieslaw.com>      Tue, Nov 7, 2023 at 9:32 AM
To: Adam Foster <adam@fostergroupinc.net>

Mr. Foster, will you please upload a copy of the signed opt-in agreement in the Zoomeral messaging system? Thank you.

Adam Walker

Walker Law Office, LLC
4050 Pennsylvania Ave., Suite 115-10
Kansas City, Missouri 64111
(816) 226-6476

[Quoted text hidden]

---

**Adam Foster** <adam@fostergroupinc.net>      Tue, Nov 7, 2023 at 12:02 PM
To: Adam Walker <adam@awsecuritieslaw.com>

I would be happy to do that, but I don't know how. Is there a place on the portal to upload documents?

[Quoted text hidden]

---

**Adam Walker** <adam@awsecuritieslaw.com>      Tue, Nov 7, 2023 at 12:39 PM
To: Adam Foster <adam@fostergroupinc.net>

If you go to www.zoomeral.com>>Login>>Business Dashboard>>Messages & Offers, there should be a message for you. If you reply to that message, you should have the opportunity to upload the signed agreement. Please let me know if you run into any issues.

Thank you,
Adam Walker

Walker Law Office, LLC
4050 Pennsylvania Ave., Suite 115-10
Kansas City, Missouri 64111
(816) 226-6476

[Quoted text hidden]

---

**Adam Foster** <adam@fostergroupinc.net>      Tue, Nov 7, 2023 at 1:00 PM
To: Adam Walker <adam@awsecuritieslaw.com>

Got it! I just sent it, please let me know if you got it.
[Quoted text hidden]

---

**Adam Foster** <adam@fostergroupinc.net>      Mon, Nov 13, 2023 at 2:42 PM
To: Adam Walker <adam@awsecuritieslaw.com>

Adam,
Has there been any update on when I'll receive the refund?
[Quoted text hidden]

---

**Adam Walker** <adam@awsecuritieslaw.com>      Mon, Nov 13, 2023 at 3:27 PM
To: Adam Foster <adam@fostergroupinc.net>

Not that I know of, but my focus is on trying to resolve the upstream issue. For anything refund related, I recommend sending an inquiry through the Zoomeral messaging system.

Adam Walker
Walker Law Office, LLC
(816) 226-6476

[Quoted text hidden]

---

**Adam Foster** <adam@fostergroupinc.net>      Mon, Nov 20, 2023 at 10:00 AM
To: Adam Walker <adam@awsecuritieslaw.com>, Genie Investments <contact@genieinvestments.com>

Adam,

I received the following communication from McMann today: The originator BELOC application from this applicant was taken by McMann Commercial Lending as part of McMann's Capital Provider agreement with Genie Investments.  McMann Activated the BELOC account for this client with Genie Investments and as part of the agreement any funds that were required to initate the BELOC loan was between the applicant and Genie Investments. The funds in question were wired to Genie Investments directly by the applicant to Genie Investments.  McMann Commercial cannot refund funds McMann Commercial did not receive.  McMann Commercial has aided the applicant to help the applicant recieve a refund from Genie Investments.  The obligation to return the funds in question belond to Genie Investments.  McMann Commercial cannot force an independent 3rd party to send a refund this applicant McMann can aid the applicant as it has done however McMann Commercial cannot force Genie Investments to refund the funds in question.

Please see the attached receipts for the wire I sent on June 20, 2023. Can you please confirm if the destination bank on the receipt is owned by Genie Investments:

Old Plank Trail Community Bank, NA

**2 attachments**

Wire receipt for $165 - photo (1).jpg

Wire receipt for $165k.pdf
1116K

---

**Genie Investments** <contact@genieinvestments.com>      Mon, Nov 20, 2023 at 10:53 AM
To: Adam Foster <adam@fostergroupinc.net>, Adam Walker <adam@awsecuritieslaw.com>

Adam,

Please review the wire receipts that you sent us. Both receipts list McMann as the recipient. Genie does not own that bank or any other bank. Thank you.

Sincerely,



A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.

DISCLAIMER: Sender (jmcohan@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710     AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm

PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.

This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and educational purposes only and does not provide investment advice.

[Quoted text hidden]

---

**Adam Foster** <adam@fostergroupinc.net>      Mon, Nov 20, 2023 at 11:01 AM
To: Genie Investments <contact@genieinvestments.com>

Yes it does, thank you. Sorry I meant to ask, "Can you please confirm if Genie Investments is the owner of the following bank **account**?"

Old Plank Trail Community Bank, NA
New Lenox, IL
Routing # 071926582
Recipient Account: 9245657299
[Quoted text hidden]

---

**Genie Investments** <contact@genieinvestments.com>      Mon, Nov 20, 2023 at 11:24 AM
To: Adam Foster <adam@fostergroupinc.net>

Adam,

Understood. That bank account is **not** Genie Investments' account.

[Quoted text hidden]

---

**Adam Foster** <adam@fostergroupinc.net>      Mon, Nov 20, 2023 at 11:34 AM

To: Genie Investments <contact@genieinvestments.com>

Thanks for the clarification. Special agent Brian Kimball from the FBI reached out to me again asking if I received the $30,000 from Genie Investments yet, I told him no. Do you have an ETA on when you think those will be sent out?

Adam

[Quoted text hidden]

---

**Genie Investments** <contact@genieinvestments.com>    Mon, Nov 20, 2023 at 11:42 AM
To: Adam Foster <adam@fostergroupinc.net>

Adam,

Genie filed an arbitration against Genie's capital provider for breach of contract regarding funds that are owed to Genie. As soon as Genie's attorneys have an update, Genie will deliver it to you promptly. Have you received a copy of the Opt-In Agreement regarding your refund? (attached)

Have you logged into your ZOOMERAL account? All communications should be via the ZOOMERAL messaging portal, so there is a clear record in writing.

Genie will be happy to work with the FBI through Genie's attorneys if this is what is required. Thanks.

[Quoted text hidden]

📄 **10-6-2023 - Opt In Agreement.pdf**
23K

---

**Adam Foster** <adam@fostergroupinc.net>    Mon, Nov 20, 2023 at 11:56 AM
To: Genie Investments <contact@genieinvestments.com>

Yes I filled this out a couple weeks ago and uploaded it to the portal. Thanks so much for your help David, I will let them know.

Adam

[Quoted text hidden]

# WALKER LAW OFFICE, LLC

4050 Pennsylvania Ave., Suite 115-10
Kansas City, Missouri 64111
(816) 226-6476

November 2, 2023

VIA EMAIL (adam@fostergroupinc.net)
Adam Foster
Foster Group LLC

*Re: Refund demand*

Dear Mr. Foster,

    I write on behalf of Genie Investments NV. We have received and reviewed your email message of November 1, 2023, in which you demand a return of your "investment of $165,000" made pursuant to "our signed Business Expansion Line of Credit Agreement section 13.7."

    Based on the available documentation, we have determined that Genie Investments never entered into a Business Expansion Line of Credit (BELOC) Agreement with the Foster Group LLC. To the best of our knowledge, you executed a BELOC Agreement with McMann Commercial Lending. Thus, any relief you seek pursuant to that agreement should be directed solely toward McMann Commercial Lending.

    Likewise, although Genie Investments and the Foster Group executed a Bridge Loan Agreement that called for the Foster Group to pay Genie Investments a total of $165,000, Genie Investments never received any portion of that amount. Instead, as you know, McMann Commercial Lending received the full $165,000 payment by wire transfer on June 20, 2023. Thus, McMann Commercial Lending is solely responsible for any refund from that amount to which you may be entitled, and we respectfully request that you direct all future communications concerning this matter to McMann Commercial Lending and its representatives.

Sincerely,

Adam Walker
Walker Law Office