# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **85** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____, **2024.**

**By:** _____, **Deputy Clerk**

# REFUND OPT-IN AGREEMENT

Please take notice that GENIE INVESTMENTS ("Genie") and its former capital provider have reached a tentative and/or conditional resolution. Genie anticipates this resolution will be drafted into a settlement agreement and finalized between 30-60 days from, October 9, 2023.

While Genie has no contractual obligation to refund any of the due diligence fees, and/or pre-paid interests, Genie is willing to establish a courtesy-based refund list to return as much possible of the non-refundable fees you paid to Genie.

In exchange for being put on the refund list, you agree:
(1) To remove all negative comments, you created and/or directed others to create about Genie/ZOOMERAL from the internet and/or social media platforms;
(2) To cease making negative comments and/or directing others to make comments about Genie/ZOOMERAL on the internet and/or social media platforms/ZOOMERAL;
(3) To not join any other lawsuit, legal action, legal proceedings, and/or class action against Genie/ZOOMERAL;
(4) that Genie/ZOOMERAL has no contractual obligation to issue a refund;
(5) all attorney fees/costs incurred in responding to threats of legal action will be deducted from any refund obtained;
(6) a full refund is not guaranteed;
(7) any and all refunds will be prorated depending on the amount that Genie is able to recover from its capital provider.

To be put on the refund list, please take the following steps:
(1) sign the Refund Opt-In Agreement and email it back to Genie's attorney, Shiloh Bentacourt, at attorneybetancourt@amerilawyer.com;
(2) attach proof of each domestic transfer for each fee alleged was submitted;
(3) provide information where you want your refund check issued to.

Refunds will be calculated and/or divided equally across all requests for refunds and will be issued within 30 days of Genie receiving funds from its former capital provider.

In addition, Genie's attorneys will be providing material updates throughout this process via the ZOOMERAL messaging system.

**GENIE INVESTMENTS**

By_____

Title_____

Date_____

**BORROWER**

By _Adam Foster_ (signature)

Title _President_

Date _11/6/2023_

GENIE INVESTMENTS
Refund Opt-In Agreement