# EXHIBIT COVER SHEET

                                                         **Exhibit**

| | |
|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |
| Admitted: | **YES** or **NO** (circle one)       **86** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |
| Case No. | **3:24−bk−00496−BAJ** |
| Nature of Hearing: | **Trial on**<br><br>**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**<br><br>**Debtor's Response Thereto (Doc. No. 34)**<br><br>**U.S. Trustee's Reply (Doc. No. 38)** |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____**, 2024.**

**By:** _____**, Deputy Clerk**

# SHIMANOVSKY & MOSCARDINI, LLP

**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| DAVID L. SHIMANOVSKY<br>FRANK A. MOSCARDINI, JR.<br>MAE F. HUNG<br>BRIAN G. ELMAN<br>―――――――――――――<br>DAVID M. KOPPA<br>DRUELLA PARKER<br>JEANNE MOULTHROP<br>JEROME LUBELCHEK<br>GLORIA KRISTOPEK<br>ESTELA GOMEZ<br>TAMARA K. TABOR<br>LAUREN HARRIS<br>JEFFREY G. MASHNI<br>JODY B. ROSENBAUM<br>JOSE MORENO, JR.<br>KATERYNA BILOUS<br>LAURA A. APOSTOL<br>AMELIA NIEMI<br>KESHIA BARDNEY<br>NIKKI LAZZARA<br>MARGARET CHRISTY | 205 WEST RANDOLPH STREET, SUITE 1405<br>CHICAGO, ILLINOIS 60606<br>FAX (312) 466-0823<br>TELEPHONE (312) 782-2585 | *OF COUNSEL*<br>MARK E. STONE<br>PAUL MARZANO<br>ROSS WEISMAN<br>PETER L. BERK<br>FRANK G. TUZZOLINO<br>―――――――――――――<br>*SUBURBAN OFFICE*<br>5600 NORTH RIVER ROAD, SUITE 800<br>ROSEMONT, ILLINOIS 60018 |

November 2, 2023

Walter P Trock
McMann Commercial Lending LLC
205 N Michigan Ave, Ste 810
Chicago, IL 60601

          Re:    Foster Group LLC
                   Cancellation of September 11, 2023
                   Our File No.:    UT-NWY-9KK

Dear Mr. Trock:

      Please be advised that this firm has been contacted by Adam Foster, President of Foster Group LLC. McMann Commercial Lending failed to obtain financing for Foster Group LLC. Pursuant to Section 13.7 of the Line of Credit Agreement dated May 5, 2023, Mr. Foster submitted a termination letter and request for refund of the $165,000 paid. He has received no refund or response to his communications to date.

      If you wish to avoid litigation, demand is made that you issue a refund of $165,000 immediately. Funds must be remitted by bank wire directly to Foster Group LLC at the following account:

Bank Name:    America First Credit Union
Routing #        [REDACTED]
Account #:       [REDACTED]

Other responses should be directed to the undersigned. Thank you for your cooperation.

Very truly yours,

*Jeanne A. Moulthrop*
Jeanne A. Moulthrop
Attorney at Law

cc:  rJamulitrat@mcmanncommerciallending.com  
mlanza@mcmanncommerciallending.com  
info@mcmanncommerciallending.com  
wtrock@mcmanncapital.com  
contact@genieinvestments.com  
scolthirst@mcmanncommerciallending.com  

Adam Foster, Foster Group LLC