# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or    NO     (circle one)** | **87** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:                              , 2024.**

**By:                         , Deputy Clerk**

# EXHIBIT F
# FORM TERMINATION LETTER

McMann Commercial Lending LLC
205 N Michigan Avenue, Suite 810
Chicago, Illinois 60601

Re: Foster Group LLC.

To Whom it May Concern:

The undersigned Borrower has decided to exercise its rights to terminate the above-referenced transaction according to the terms of the LOC Agreement dated May 5, 2023.
  Please consider this letter as notice of Borrower's termination of the LOC Agreement and request for a refund of Borrower's ICA payment, less any amounts due and owed to Lender under Section 13.7 of the LOC Agreement.

BORROWER: Foster Group LLC

By: *[signature]*
Name: Adam Foster
Title: President

SUBSCRIBED AND SWORN TO BEFORE ME on this 2nd day of November, 2023

*[signature]*
NOTARY PUBLIC
In and for the State of Utah

TROY LOVE
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 721575
COMM. EXP. 11/17/2025

My Commission Expires: 11/17/2025

11/17/2025

Please confirm your Wiring Instructions:
Account Title: Adam Foster - Foster Group, LLC
Address on Account: 2539 N 300 E, Lehi, UT, 84043
Bank Name: America First Credit Union
Bank Address: PO BOX 9199, Ogden, UT 84409-9921
Routing #: [redacted]
Account #: [redacted]

Initials: AF