# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **89** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____**, 2024.**

**By:** _____**, Deputy Clerk**



Adam Foster <adam@fostergroupinc.net>

## BELOC Applicant Update
2 messages

**Walt Trock** <wtrock@mcmanncapital.com>  Mon, Jan 15, 2024 at 3:47 PM

Dear BELOC Loan Applicant,

McMann Commercial Lending and our attorneys have been working behind the scenes for recovery of funds for ICA accounts. We were notified of possible settlements sometime in the first quarter of 2024. Nothing in writing, only verbal at this point in time. As circumstances change, we will keep you informed.

If you are still looking for funding, McMann can offer alternatives such as a Line of Credit Loan up to $20M from a Federally Charted FDIC insured bank. Loan is available in all 48 contentious states with no seasoning or pre-payment penalties.

Walt Trock
**Corporate 312-690-9646**
**Direct 224-532-6116**
**Managing Director**
mcmanncapital.com
Quick Commercial Loan Approval
Calendar Appointment



Book time to meet with me

---

**Adam Foster** <adam@fostergroupinc.net>  Wed, Jan 17, 2024 at 12:39 PM
To: "Anderson, Mark" <MAnderson3@ilsos.gov>

[Quoted text hidden]