# **EXHIBIT COVER SHEET**

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **90** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court
Middle District of Florida**

**Dated:** _____**, 2024.**

**By:** _____**, Deputy Clerk**

 Gmail                                                                                                                                Adam Foster <adam@fostergroupinc.net>

---

**This Line of Credit will save you a ton of cash over a MCA Loan.**

Walt Trock <wtrock@mcmanncapital.com>                                                                                 Sat, Feb 3, 2024 at 12:09 PM
To: Walt Trock <wtrock@mcmanncapital.com>
Cc: Rene Jamulitrat <rjamulitrat@mcmanncapital.com>

Please see attached PLOC Guidelines.
If you are interested in this product, please let me know.

**Loan Benefits:**

- $250,000 to $20,000,000 available in all 48 contiguous States.
- Payments are Interest Only (IO).
- No PPP Pre Payment Penalty.
- Closing costs are taken from loan proceeds.
- Rates at + or – Prime.
- MCA loans are not even a close option.
- Never have to close the asset account and lose equity or growth.
- Funds available only when needed.
- You do not have to take the full loan amount at closing,
- No commitment from applicant until you have a Hard Loan Approval.
- Loan backed by a FDIC insured institution.

**Qualifications:**

- **Bank Statements are not required to qualify.**
- Credit score over 670
- Start Ups OK
- US Citizen
- 2 years tax returns, business and personal required.
- Completed Application and Personal Financial Statement
- Leverage up to 100% depending on the asset.
- All asset accounts qualify except for Retirement accounts.
- The loan should be active for at least 3 months.

Walt Trock
Managing Director
**Corporate 312-643-5054**
**Cell 224-532-6116**
mcmanncapital.com
Quick Commercial Loan Approval
Calendar Appointment



 Book time to meet with me

---

📎 **PLOC Guidelines SB 01312024.pdf**
358K