# **EXHIBIT COVER SHEET**

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO      (circle one)** | **92** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:**_____**, 2024.**

**By:** _____**, Deputy Clerk**

 Adam Foster <adam@fostergroupinc.net>

---

**Genie Update**
1 message

**Walt Trock** <wtrock@mcmanncapital.com>  Tue, Feb 13, 2024 at 2:57 PM
To: Info MCL <info@mcmanncommerciallending.com>

https://www.dropbox.com/scl/fi/akdejpuhe83uhq6rkz3xe/Genie-Federal-Fraud-Filing-02062024-1.pdf?rlkey=j3mc7chvvnot1y1jxdb0fbb1d&dl=0

> Genie Federal Fraud Filing 02062024 (1).pdf
>
> Shared with Dropbox
>
> www.dropbox.com

Walt Trock
Managing Director
**Corporate 312-643-5054**
**Cell 224-532-6116**
mcmanncapital.com
Quick Commercial Loan Approval
Calendar Appointment

Book time to meet with me