UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV, Inc.,   Case No.: 3:24−bk−00496−BAJ

Debtor.   Chapter 11

_____/

### UNITED STATES TRUSTEE'S EXHIBIT LIST (Part III)

Trial on Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Document No. 20)
Trial Date: April 9, 2024, at 9:00 a.m.

| Exh. No. | Document Description | Date Identified | *Date Admitted* | *With or Without Objection* |
|---|---|---|---|---|
| 93 | Statement of Small Business Owner, Rejoe Joy (Global Verse Holdings, LLC) | | | |
| 94 | Joy: Genie Due Diligence Fee Agreement (signed) and Wiring Instructions to Genie's account | | | |
| 95 | Joy: Wire transfer of $50k to Genie for retention fee | | | |
| 96 | Joy: Emails with McMann and Crestar attaching the loan agreements and requesting reallocation of the $50k Bridge Loan as a down | | | |
| 97 | Joy: Scan of Agreements | | | |
| 98 | Joy: Bridge Loan Agreement | | | |
| 99 | Joy: Wire transfer of $45k to Genie Investments for prepaid interest on the Bridge Loan Agreement | | | |
| 100 | Joy: Demand Letter to McMann | | | |
| 101 | Joy: McMann response to Demand Letter that refund must come from Genie for the $95k | | | |
| 102 | Joy: McMann email re Retention Fee Discount for future deal | | | |
| 103 | Joy: Email to McMann and Crestar regarding return of funds | | | |

| | | | | |
|---|---|---|---|---|
| 104 | Joy: BELOC Funding Timeline advertisement | | | |
| 105 | Statement of Small Business Owner, Lea Muse (Belle Maison Realty, LLC) | | | |
| 106 | Muse: Literature from McMann advertising BELOC, BELOC application, Executive Summary Line of Credit, Borrowers Consent, Due Diligence checklist, and wiring instructions | | | |
| 107 | Muse: McMann email with application to complete, due diligence cost of $6,900 | | | |
| 108 | Muse: McMann email attaching BELOC application, business plan template and wiring instructions | | | |
| 109 | Muse: BELOC application | | | |
| 110 | Muse: $7,800 Wire to McMann | | | |
| 111 | Muse: McMann emails re request for advanced amount | | | |
| 112 | Muse: McMann emails re approved BELOC loan applicant and start up protocol including Zoomeral sign up | | | |
| 113 | Muse: Signed Due Diligence Fee Agreement and wiring instructions to Genie's account | | | |
| 114 | Muse: $25K Wire confirmation to Genie account | | | |
| 115 | Muse: Terms & Commitment Letter | | | |
| 116 | Muse: Bridge Loan Agreement | | | |
| 117 | Muse: Emails with McMann transferring documents | | | |
| 118 | Muse: Engagement letter and Mortgage Banking Data | | | |
| 119 | Muse: Loan Agreement and list of Closing Requirements | | | |
| 120 | Muse: Signed BELOC Agreement | | | |
| 121 | Muse: Signed & notarized BELOC Agreement | | | |
| 122 | Muse: BELOC Agreement Questions | | | |

| 123 | Muse: $45K Wire confirmation to Genie account | | | |
| --- | --- | --- | --- | --- |
| 124 | Muse: BELOC Loan Funding Update | | | |
| 125 | Muse: BELOC Loan Closing Protocol | | | |
| 126 | Muse: Genie update on funding delays | | | |
| 127 | Muse: Genie corporation statement | | | |
| 128 | Muse: Zoomeral messages with Genie | | | |
| 129 | Muse: BELOC applicant update | | | |
| 130 | Muse: Genie's update on refund delays | | | |
| 131 | Muse: Genie Settlement Agreement re Velanos Trial | | | |
| 132 | Muse: Genie closed Chase bank account | | | |

BY: _____
      Deputy Clerk