# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **100** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

October 16, 2023

Via Email and Certified Mail

Walt Trock & Michael Lanza
McMann Commercial Lending
205 Michigan Ave
Chicago, IL 60601

RE: Demand for Refund of Wired Funds Sent for Unfunded Loan

Dear Mr. Trock & Mr. Lanza:

This letter serves as a formal demand to return my payments made for an unfunded loan. I wired McMann Commercial Lending LLC (McMann) $102,800 from October 2022 to January 2023, but I have not yet received any loan funding, which was initially promised by March 2023. Therefore, I am demanding a full return of the wired funds.

In October 2022, I signed an initial lending agreement with McMann Commercial Lending LLC (McMann) and wired $7800, an initial application fee and subsequently $50,000 to start the bridge loan process. Upon renegotiating the terms of the loan fee structure, I signed a new lending agreement on January 9, 2023 (the "January 9 Agreement") and wired McMann an additional $45,000.

According to page 2 of the January 9 Agreement, the estimated funding date was March 13, 2023. When I followed up with Michael Lanza, I was told it may take up to 75 days after that date, which would be late May 2023. I did not receive any funding at that time. McMann was required to provide a written Tranche Schedule, referenced throughout the January 9 Agreement, but has failed to do so. Instead, McMann has only provided verbal updates and only when I reach out, setting various future funding dates. However, McMann has failed each one of these funding dates.

At this time, I would like to terminate my agreements and obtain a full refund of funds paid. I have raised this termination with several McMann employees and affiliates, but no one has addressed my concerns, repeatedly punting to future conversations. I last spoke to McMann affiliate Larry Roche on September 5, 2023 about this loan and have still heard nothing about funding the loan or about terminating the loan arrangement. I note that Section 13.7(a) of the January 9 Agreement provides for termination where the Lender fails to provide the first advance according to the Tranche Schedule. However, Section 13.7(a)'s termination requires use of Exhibit F, which McMann failed to provide as an attachment to the agreement (much like McMann failed to provide a Tranche Schedule).

I demand a full refund of the $102,800 by October 30, 2023. If I do not receive timely payment, I will be forced to pursue legal action. I will also be informing the Securities and Exchange

Committee, so they can get involved as well. You have been provided my wire information multiple times, but if it needed again, please let me know.

Please acknowledge receipt of this letter within 24 hours of receipt.

Sincerely,

Rejoe Joy
Chief Executive Manager
Global Verse Holdings LLC


CC:   Michael Lanza, Larry Roche, Rene Jamulitrat, Sandra Colthirst, Walt Trock