# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO     (circle one)** | **101** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____, 2024.

**By:** _____, Deputy Clerk



Rejoe Joy <globalverseholdingsllc@gmail.com>

## Global Verse Holdings LLC BELOC
2 messages

**Sandra Colthirst** <scolthirst@mcmanncommerciallending.com>      Wed, Oct 18, 2023 at 10:32 AM
To: Rejoe Joy <globalverseholdingsllc@gmail.com>, Larry Roche <Larry@crestarmortgage.net>
Cc: Info MCL <info@mcmanncommerciallending.com>, Michael Lanza <mlanza@mcmanncommerciallending.com>, Donnae Barrett <dbarrett@mcmanncommerciallending.com>, Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, Lareina Benros <lbenros@mcmanncommerciallending.com>

Good day,

Please be advised that the initial $7,800 wired to McMann Commercial Lending is non-refundable. The two subsequent wires totaling $95,000 were sent to Genie Investments. The cost for the bridge loan application and bridge loan pre-paid interest was paid to Genie Investments and therefore the request for a refund must be directed to and come from Genie Investments.

The following is a statement from David Hughes about Genie's position on the return of bridge loan cost and prepaid interest:

*Walt,*

*After thought and discussion with other Genie management. Here is our position on the matter. As you are aware, Genie is conducting an opt-in refund program for any client that sent Genie non-refundable due diligence and non-refundable bridge interest. This opt-in program is the only type of refund program we will consider at this time. It is McMann's responsibility to make sure that every one of McMann's clients has been offered this opt-in agreement we are offering. If you need more time, then Genie will allow a grace period as long as we are able but please understand that settlement and refund discussions are taking place currently with our capital provider so time is of the essence, to say the least. As you are also aware, Genie has no obligation to refund any of these fees but we have made the decisionok to hold our capital provider accountable for these refunds due to their funding delay. Any refunds will rely upon Genie actually realizing funds from our capital provider. If settlement or legal proceedings produce nothing realized, then Genie will not be able to offer any refunds at all. If half of the capital is realized, then Genie will provide half with each client pro-rata.*

*Sincerely,*

*David Hughes*
*Genie Investments, Director*



The Opt-in agreement reference above is attached.

Regards,
Sandra Colthirst
Direct 312-238-9609
**Processing Manager**
McMannCommercialLending.com
800-616-7276

Schedule a call |Quick Commercial Loan Approval



 **10-5-2023 - Opt In Agreement.pdf**
      23K

---

**Rejoe Joy** <globalverseholdingsllc@gmail.com>                                                    Wed, Oct 18, 2023 at 10:40 AM
To: jina.e.john@gmail.com

Jina,
This is what they responded. Call me whenever you can. I don't want to sign this.
[Quoted text hidden]

 **10-5-2023 - Opt In Agreement.pdf**
      23K