# EXHIBIT COVER SHEET

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES     or    NO      (circle one)** | **102** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

 **Gmail**                                                                              Rejoe Joy <globalverseholdingsllc@gmail.com>

## Retention Fee Discount.
2 messages

**Michael Lanza** <mlanza@mcmanncommerciallending.com>                                                      Mon, Jan 30, 2023 at 9:56 AM
To: "globalverseholdingsllc@gmail.com" <globalverseholdingsllc@gmail.com>
Cc: Larry Roche <Larry@crestarmortgage.net>

This email will serve as your notice that on the next deal that you do with McMann because of the issue with your first deal and that Bridge loan we will agree to discount your Retention fee for the next deal in order to compensate you for the discrepancy.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar



**Rejoe Joy** <globalverseholdingsllc@gmail.com>                                                           Mon, Jan 30, 2023 at 11:04 AM
To: Michael Lanza <mlanza@mcmanncommerciallending.com>
Cc: Larry Roche <Larry@crestarmortgage.net>

Thank you for this Michael. I resent the docs to Larry for the loan. Please let me know all is good to go and what I need to do next.
Thanks
Rejoe

On Jan 30, 2023, at 8:56 AM, Michael Lanza <mlanza@mcmanncommerciallending.com> wrote:

This email will serve as your notice that on the next deal that you do with McMann because of the issue with your first deal and that Bridge loan we will agree to discount your Retention fee for the next deal in order to compensate you for the discrepancy.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
[McMannCommercialLending.com](McMannCommercialLending.com)
[Appointment Calendar](Appointment Calendar)

\<Outlook-image.png.png\>
\<Outlook-image.png.png\>