# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES      or      NO      (circle one)** | **104** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**



# Funding Timeline

*This guide shows approximate times for B.E.L.O.C. funding.*

**1.** After approval you will receive an activation link per SEC Guidelines. Go online and activate your account by uploading your application and business plan. Please review everything and verify that all of the information is correct.

**2.** Once activated, you will receive the Retention Agreement which retains McMann to secure the Bridge loan. Please sign and notarize the agreement. Next, wire the Bridge loan fee to the address on the Retention Agreement.

**3.** Within 48-72 hours you will receive the Terms Sheet, Data Management Agreement and the Bridge Loan agreement. Please sign, notarize and return all three agreements.

**4.** Within 48-72 hours you will receive your loan agreement. Please review it with your lawyer and CPA. Once it is signed and notarized, please return it to us. Next, wire in your pre-paid interest for the 90-day Bridge loan.

**5.** Once the loan agreement is signed and notarized and the prepaid interest is received the bridge lender will deposit the money into the ICA Account.

**6.** At this point you are closed and the countdown begins towards funding your loan. This, as stated, can be 30-90 days for the first Tranche of 20%. Once you receive this tranche, the clock starts ticking on the second tranche which could be 30-90 days for the remaining 80%.

Terms and conditions are subject to change without notice.