# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **105** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____, **2024.**

**By:** _____, **Deputy Clerk**

Case 3:24-bk-00496-BAJ    Doc 48-6    Filed 04/04/24    Page 2 of 5

Lea Muse
Belle Maison Realty, LLC
(818) 261-8583
lea.bellerealty@gmail.com
**TOTAL FINANCIAL LOSS:**
**$127,131.30**

I went to McMann Commercial Lending as a client to be consulted on a BELOC (Business Expansion Line of Credit) loan. Over the course of several months I gave McMann a business plan and wired McMann an upfront "Due Diligence" fee of $7,800 on December 13, 2023, which I wired to the following:

McMann Commercial Lending Wire Instructions:
Beneficiary:   McMann Commercial Lending LLC, 205 N Michigan Ave, Suite 810 Chicago IL 60601
Bank:          Old Plank Trail Community Bank 60423
Phone:         815-464-6888
Account #:     6406
Routing:       582

Michael Lanza (321) 295-4808 - mlanza@mcmanncommcerciallending.com

Walter Trock (224) 532-6116 - info@mcmanncommerciallending.com

According to the BELOC program, Micheal Lanza suggested I need 20% of the $600,000 for the Bridge Loan for a total of $120,000. He forwarded me to Preferred Lending. With Preferred Lending, a middle man, I was then forwarded to "Happy Money" and "Rocket Loans" to take out two personal loans. The table below is the cost of loans with fees.

| Account | Loan Amount | Financed Amount | Terms | Origination Fees | Fees to Preferred Funding Group | Payments Made as of September 2023 | |
|---|---|---|---|---|---|---|---|
| Happy Money | $40,000.00 | $39,000.00 | | $1,000.00 | $5,850.00 | $5,356.86 | |
| Rocket Mortgage | $20,000.00 | $18,704.00 | 60 months | $1,296.00 | $2,805.60 | $2,917.92 | |
| TOTAL | $60,000.00 | $57,704.00 | | $2,296.00 | $8,655.60 | $8,274.78 | $19,226.38 Total Loss |



After I was approved for a $3 million dollar loan, I was instructed by Michael Lanza of McMann Commercial Lending to wire $25,000 to Genie Investments as a Retention Fee. I received a Term and Contingent Commitment Letter and Bridge Loan agreement along with a Business Expansion Line of Credit Agreement. I signed all the documentation and received a funding date of May 4, 2023. I submitted these documents to McMann Commercial Lending on February 11, 2023.

On March 20, 2023 I was instructed by Michael Lanza of McMann Commercial Lending to wire $45,000 to Genie Investments for prepaid interest on a $600,000 Bridge Loan. The bridge loan was to cover the 20% "down payment" for my requested BELOC of $3,000,000. Michael Lanza assured me all documentation was complete and funding will occur as dated on May 4, 2023. I wired a total of $70,000 to Genie Investments to the following:

Bank Name & Address: Chase Bank
1515 Atlantic Boulevard Jacksonville, Florida 32207
Account Mailing Address: 401 Ryland Street Suite 200-A Reno, Nevada 89502 8
Routing Number: ▇▇▇▇▇▇▇▇
Credit Account Number: ▇▇▇▇▇▇▇▇
Account Title: Genie Investments NV

****Genie Investments operated by the same individuals that run Zoomeral.

**David Hughes** (217) 670-1239 - (217) 416-5059 - (217) 726-9698
Email: dhughes@genieinvestments.com
Website: www.zoomeral.com
**John Michael Cohan** - contact@genieinvestments.com
Website: www.zoomeral.com

There were multiple phone calls with Michael Lanza as time passed the May 4, 2023 funding date. However, the responses were vague and inconsistent with his prior promises. He would always assure me there were always delays with this type of funding and "I'll get back to you". Michael Lanza has never called me to update me on the loan or the process. I never received any calls from his loan processors Rene Jamulitrat or Sandra Colthirst. I also never received confirmation that the funds I wired to Genie were received. I was also instructed to log into a **Zoomeral** website which was a portal for borrowers to submit documents, and receive updates on their loans and any other communiations. The website is bare bones and I was never sent any correspondence through this site.



**Website:** Zoomeral.com

**Login:** lea.bellerealty@gmail.com

**PW:** McMann (I was given this password and login by McMann)

On June 15, 2023, McMann sent an email for the first time since the start of the loan process. The letter states:

> "McMann is pleased to inform you that these investors have advised McMann that it intends to provide McMann with funds before the end of this month (June 2023). As delays on the investors' end have purportedly been resolved. McMann thanks you for your patience." ...

On June 23, 2023, received an email from McMann:

> "BELOC Loan Closing Protocol" "The protocol for BELOC loan closings will be going out this coming week. Once the BELOC loan information has been confirmed then the funding process will begin. We will not have a funding schedule until after applicants have been confirmed. McMann Commercial Lending would like to thank everyone for their patience while we are working through this loan closing process."...

July 2023 - I have not received any communications from Genie Investments or McMann regarding funding. I received multiple excuses from Michael Lanza with what is causing the delays. I go to Google to see if any complaints have been noted on McMann's reviews and I found multiple clients also complaining of the same experience with McMann. (Please go to Google and find McMann Commercial Lending for the reviews)

August 18, 2023 - I talk to the manager and owner of McMann Commercial Lending, Walter Trock. He says there is a problem with the "capital provider" and they are working with their lawyers to push Genie Investments and the capital provider to action. Walter Trock gave me his lawyer's information, Dan Klapman, SWK Attorneys, 500 Skokie Blvd., Suite 600 | Northbrook, IL 60062, 224-260-3087 Direct | 224-260-3089 Fax, 224-260-3090 dklapman@swkattorneys.com. I called Dan Klapman 3 times, texted him twice and sent an email and he did not return any response.

October 3,2023 - I visited a Chase branch bank in-person to talk to a representative regarding the bank account I wired my funds to Genie. I give them my wiring instructions to Genie Investments. After looking into the account, the representative could not indulge further, except to advise me to get a lawyer.



I spoke to Michael Lanza October 6, 2023, He goes on to inform me that Genie Investments has transferred the money overseas and they are trying to recall it back. He further explains that Genie is having trouble bringing money back into the US as it is more difficult to bring money in than going out. This was the excuse I could not accept. I immediately started to report Michael Lanza (McMann Commercial Lending) Walter Trock (McMann Commercial Lending), David Hughes (Genie Investments) and Mike Conner (Genie Investments)

October 18, 2023 - I have incurred **$30,000** in debt due to the negligence of McMann Commercial Lending.

As of today, February 27, 2024. I have not received a refund of funds and no communications from Genie and McMann. There were feeble attempts to update me from Genie and McMann, however, this was only after they were informed that the FBI was involved.

*[Signature]*
2/28/2024