# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **106** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

Current Rates will Expire on May13, 2022 Expect a 2 Pont rate Increase. Lock in now with a full ap.

# McMANN Commercial Lending

312-224-8559 • 800-616-7726 • Fax 312-871-3344 • Chicago IL 60601

## Business Expansion Line of Credit 2.5% Fixed to $90MM Plus

Our Exclusive Business Expansion Line of Credit (BELOC) financial backer has been in business for over 150 years and has over $1.7 Trillion in assets.



## We Provide Capital to Small & Large Businesses

We determine the health of your business NOT based just on credit scores. Our in depth understanding of small/large businesses means that we can provide capital to businesses quickly and responsibly. No Personal Guarantees. No Credit Pulls. No Title on Real Estate.

## About Our Business Expansion Line of Credit:
## What Our Borrowers Say About Us

"I created my application and got my loan. It was SO SIMPLE. McMann truly delivered. I love the platform!"

-R.S Jr Technology Company

"They allowed closing cost and interest reserve to be rolled into the loan. A tremendous asset for success"

- Rates from 2.5% to 6.875%, Fixed for 10 Years
- Rate will be locked when complete application is received
- Range from $100,000 to NO MAX
- 10-year term
- Approvals in 3 business days with full application.
- Funding within 90 days or less
  - 5-7 points are charged one-time at closing for costs such as attorney's fees, promoter's commissions, and traditional 3rd party cost.
- 10% escrow deposit is required while loan is in processing to guarantee closing. This deposit is returned at closing. This investment instrument can be raised with a McMann contractual agreement in place and an approved loan

## Commonly Used For:

- Purchasing Inventory
- Renting, buying, or leasing equipment
- Hiring additional staff
- Launching a marketing campaign
- Working capital
- Real Estate
- Paying off large amounts of Venture Capital debt

**Loan Officer: Walt Trock**
**Direct Phone: 224-532-6116**

**Email: wtrock@mcmanncommerciallending.com**
**Appointment Link: Set An Appointment**

## McMANN Commercial Lending

205 N Michigan Ave • Chicago IL 60601
312-224-8559 • 800-616-7726 • Fax 312-871-3344
Advertised Rates and Terms do not apply to all properties and county in the continental US

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

# Special Features to the Current BELOC Program Loan Offering as of March3, 2022.

- 10X is 10% of the loan amount. For example, if applying for $5MM BELOC, then the escrow deposit or loan funding guarantee is 10% of the loan amount. 10% = $500,000 refunded at closing.
- There is no escrow reserve IO payments are the responsibly of the applicant. Interest reserves and closing cost can be built into the total loan amount.
- IO payments are calculated as follows: $.03 / 12 = .0025$ X the loan amount. $1,250 is the interest payment due monthly in this example. It is the responsibility of the applicant to create an IO reserve account to make timely monthly payments.

**Time frame for closing is as follows:**
- 2 to 3 business days for loan approval and terms after receipt of the complete application and DDD cost.
- Once terms are accepted, signed, and returned the applicant is responsible to deposit the 10% escrow loan guarantee in the IOLTA attorney account. This deposit is returned at closing.
- The usual time frame for closing is on average 45 days. Funding of the approved loan is estimated in two tranches each 75 days apart after receipt of the escrow deposit. The first tranche is 20% of the loan amount and the second tranche is 80% of the loan amount. Total time frame to receive the full loan amount is approximately 150 calendar days after receipt of the escrow deposit.
- Firm Closing and Funding dates cannot be established because of the funding mechanics of this program. These closing dates will be released within the Approved Term Sheet.
- If the applicant is unable to have access to the 10% Escrow Deposit. Then McMann Commercial Lending can assist with raising the 10% Deposit for a non-refundable fee. The Fee amount can be discussed after the BELOC has been applied for, approved and Terms are acceptable to the applicant.

- **What does the Due Diligence Cost Cover?**
This cost covers 3rd party cost of background checks for fraud and money of the individuals and the corporations involved in the applicant. DDD also covers the cost of reserving the funds and rate of the loan amount applied for.

| Sales Representative# 2 |
|---|
| Name: Walt Trock |
| Contact 800-616-7276 |

# McMANN Commercial Lending

## Business Line of Credit Application

Fax Completed Application to 312-871-3344 Or email to
info@mcmanncommerciallending.com

### BUSINESS INFORMATION

| Type of Entity (check one) | ☐ Corporation  ☐ General Partnership  ☐ LLC  ☐ LP  ☐ Sole Proprietorship  ☐ LLP  ☐ S Corporation  ☐ Nonprofit  ☐ Other | Federal ID |
|---|---|---|

| Merchants Legal Name | D/B/A | Business Phone |
|---|---|---|

| Physical Address | City, State, Zip | Business Fax |
|---|---|---|

| Mailing Address / Billing Address | City, State, Zip | Use of Proceeds |
|---|---|---|

| Business Type; Product/Service Sold | State of Incorporation/Organization | Date business started (mm/yy) | Length of Ownership |
|---|---|---|---|

| Contact Name | Position | Email Address | Web Address | Requested Advance Amount |
|---|---|---|---|---|

### MERCHANT/OWNER INFORMATION (1)

| Corporate Officer/Owner Name | Title | Social Security Number | Date of Birth | Ownership % |
|---|---|---|---|---|

| Driver's License & State | Home Phone Number | Cell Phone Number | Email Address |
|---|---|---|---|

| Residence Address | City, State, Zip |
|---|---|

### OWNER INFORMATION (2) – ONLY IF MERCHANT/OWNER (1) IS LESS THAN 51% (both Owners must exceed 51%)

| Corporate Officer/Owner Name | Title | Social Security Number | Date of Birth | Ownership % |
|---|---|---|---|---|

| Driver's License & State | Home Phone Number | Cell Phone Number | Email Address |
|---|---|---|---|

| Residence Address | City, State, Zip |
|---|---|

### SALES & CREDIT CARD PROCESSING INFORMATION

Visa/MasterCard: Card Swipe_____% Manually Keyed_____% Phone/Mail Order_____% Internet_____% Total (100%)

Avg. Gross Monthly Sales (Cash, Checks, Credit Cards)

Seasonal Sales: ☐ Yes ☐ No   If yes, high volume months:  ☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ Jun ☐ Jul ☐ Aug ☐ Sep ☐ Oct ☐ Nov ☐ Dec

| # of Terminals | Terminal Make & Model | Software Type / POS System | Software Type / POS System - Contact Name & Phone |
|---|---|---|---|

### BACKGROUND INFORMATION

| Are you currently paying back a cash advance? | ☐ YES  ☐ NO   If Yes, Company:_____ When taken out?_____ Balance:_____ |
|---|---|
| Are you currently behind on any of the following? | ☐ YES  ☐ NO   If Yes, How much? Utilities:_____ Sales Tax:_____ Liquor Tax:_____ Rent:_____ Bank Loans:_____ |
| Any State / Federal Liens against the owners or business? (sales tax, mixed beverage, 941, etc.) | ☐ YES  ☐ NO   If Yes, Details:_____ |
| Have you ever filed for Bankruptcy? | ☐ YES  ☐ NO   If Yes, Details:_____ |
| Do you have any Lawsuits or Judgments against you or your business spending? | ☐ YES  ☐ NO   If Yes, Details:_____ |

| TRADE REFERENCE (1) Business Name | Contact, Account Number | Phone Number |
|---|---|---|

| TRADE REFERENCE (2) Business Name | Contact, Account Number | Phone Number |
|---|---|---|

### BUSINESS PROPERTY INFORMATION

| Own/Lease | Lease Start Date | Lease Term | Monthly Rent/Mtg | Type of Building | Square Footage (approx) |
|---|---|---|---|---|---|

| Contact Name | Phone Number | Fax |
|---|---|---|
| Managing Member | | |

_____    _____    _____    _____

**Here is what is needed to complete your request for a Unsecured Business Line of Credit**

-Please fill out, sign, and return the attached MCL Business Application
-Executive Summary:  Sample Format Attached
-Articles of Incorporation, Good Standing, Operating Agreements, EIN from the IRS.
-2 Forms of personal ID State driver's licenses and a US Visa (copies of all owners ID's with more than 20% ownership in the Corp)
-Personal Financial statement (limited edition part of this application)
-Borrowers Consent (owners of 20% or more of Corp or LLC
-Due Diligence Deposit per LOI which is part of this application

-The Following Can Wait until the On Line Bank Account is set up or until a Secure folder is sent for uploads: Business Bank Statements, Profit and Loss Statement from Business, Previous Year Business Tax Returns.



# McMANN Commercial Lending
205 N Michigan Ave • Suite 810 • Chicago IL 60601
312-224-8559 • 800-616-7726 • Fax 312-871-3344
Advertised Rates and Terms do not apply to all properties and county in the continental US

## Executive Summary Line of Credit

**Purpose and Use of Funds:**

 is requesting a $                    Line of Credit to support the leased additional warehouse space that was leased in July of this year. Company has already stocked about 15% of this space and is expected to have 75%- 85% of this new space occupied by January of 2021. The Line of Credit will be used to support the anticipated growth over the next 3 years that the additional space will provide

**Exit Strategy of LOC:**

In 2020, the company grew by 40%. The same growth is expected to continue in 2021. The expanded storage space that is now available and the additional 85% demand for unique food storage products will provide sufficient profitability with which to repay the Line of Credit.

**About The Company:**

 Company Inc. is a growing food storage and distribution company. Founded in 2005, the company has been growing steadily and are proud to say that many of the customers we started with are still with us today, our customers are growing due in part to our excellent supportive services. We are FDA registered and GMP certified which is not a requirement but demonstrates that we take food storage seriously. This year, we have begun the process of a new certification, one that is deemed the highest level of certification that a food-grade warehouse can achieve. Our audit date for this certification is in February 2021.

McMann Commercial Lending ● 800-616-7276 ● Chicago IL 60611

## Borrowers Consent

I hereby give our consent to McMann and its affiliates and/or successors and/or assigns permission to obtain ANY AND ALL INFORMATION regarding ownership, of assets, employment, checking/savings and/or all banking accounts, verifications of mortgages, payoffs, credit obligations and ALL OTHER MATTERS which may be required with our loan application for a loan.

THIS FORM MAY BE REPRODUCED AND THAT COPY SHALL BE AS EFFECTIVE AS THE ORIGINAL CONSENT WHICH WE HAVE SIGNED.

_____    _____    _____
Borrowers Signature                                             Date                              Date of Birth

_____    _____    _____
Borrowers name typed or printed                       Social Security #              Email Address

_____
Primary Residence Address, City, State, Zip


_____    _____    _____
Co Borrowers Signature                                          Date                              Date of Birth

_____    _____    _____
Co Borrowers name typed or printed                    Social Security #              Email Address

_____
Primary Residence Address, City, State, Zip

_____    _____    _____
Co Borrowers Signature                                          Date                              Date of Birth

_____    _____    _____
Co Borrowers name typed or printed                    Social Security #              Email Address

_____
Primary Residence Address, City, State, Zip

_____    _____    _____
Co Borrowers Signature                                          Date                              Date of Birth

_____    _____    _____
Co Borrowers name typed or printed                    Social Security #              Email Address

_____
Primary Residence Address, City, State, Zip

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

# UnSecured LOC Due Diligence Checklist as of 10/13/2021

**1. Income Statement (past five years or less starting with company establishment)**

**2. Balance Sheets (past five years or less starting with company establishment)**

**3. Cash Flow Statements (past five years or less starting with company establishment)**

**4. Tax Returns (past five years or less starting with company establishment)**

**5. Net Worth Statement/s for All Equity Owners That Have A 5% Or Higher Ownership Stake**

**6. Business Plan Including A 2 Year Forecast/Proforma & Management Bios**

**7. Previous 5 Month's Business Bank Statements for All Business Bank Accounts**

**8. Post-Closing Balance Assuming Term Sheet Terms/Rates**

**9. All UCC Lien Filings & Current List of All Creditors**

**10. Articles of Incorporation, Corporate Bylaws/Operating Agreement, & A Recent Certificate of Good Standing**

**11. Capitalization Table of All Outstanding Stock Shares, Stock Warrants, & Stock Options**

**12. All Registered Intellectual Property**

**McMANN** Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

# McMann Commercial Lending Wire Instructions:

**Beneficiary: McMann Commercial Lending LLC,
205 N Michigan Ave, Suite 810 Chicago IL 60601
Bank: First Merchants Bank, Muncie IN 47305
Phone 800-205-3464
Account #** ▇▇▇▇▇▇
**Routing:** ▇▇▇▇▇▇

**Swift Codes are not avaialble for international transfer of funds.  McMann only accepts wires from US Banks.
Please note funds wired for a Due Diligence Deposit on a commercial loan are non-refundable.**