# EXHIBIT COVER SHEET

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES    or    NO    (circle one)** | **107** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

## Re: Lea Muse

From: Info MCL (info@mcmanncommerciallending.com)

To: leamuse13@yahoo.com

Cc: scolthirst@mcmanncommerciallending.com; dbarrett@mcmanncommerciallending.com

Date: Thursday, May 12, 2022 at 07:09 AM CDT

Thanks for asking we are doing great.  The Business Plan looks we;; done and would easily be approved.  Attaching the Application that needs to be completed before end of business Friday to lock in the lowest r possible fixed 10-year rate.  The Due Diligences cost is $6,900 Non-Refundable and is your only 3rd party cost for the entire loan. You can also roll in points and interest into your loan amount.  See attachment.

## BELOC Business Expansion Line of Credit Features

• Rates from 2.75% to 7.875% Fixed for 10 Years
• You can combine several plans into one loan.
• Loan Amounts From $100,000 and up
• NO Pre-Payment Penalty
• No Personal Guarantee
• No Personal Credit Reports Pulled or Needed to Qualify
•  Previous Bankruptcies allowed
• No Restriction on Use of Funds
•  Loans can be for any project located in any stabilized County
• Interest Only Payments
• The ideal business startup loan, historical track record of the LLC is not needed.
• Property Ownership is NOT Required, no title liens.
• Loans are Corporate Only
• A Low One Time Due Diligence Cost (this is the only out of pocket expense)
• Save on the closing cost of Site Inspections, Appraisals, Construction Draws of Development, Rehab or Construction Loans.
• The average out-of-pocket savings over a small conventional loan is at least $35,000 for each loan.
•  Cash is wired directly to the business bank account.
• **A Qualified Business Plan and Exit Strategy is a Must!**

Walt Trock
Direct 224-532-6116
Managing Director
McMannCommercialLending.com
800-616-7276
Schedule A Call | Apply Now

**From:** Lea Muse <leamuse13@yahoo.com>
**Sent:** Thursday, May 12, 2022 7:01:00 AM
**To:** Info MCL <info@mcmanncommerciallending.com>
**Subject:** Lea Muse

Hello Walt,

I know it's been a while and I hope all is well with you and your family.

I have attached a rough draft of my business plan for your review. I would like some time with you to discuss the draft.

Please let me know.

Lea Muse
818-261-8583

 BELOC Detailed Application 05032022.pdf
1.2MB