# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **108** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:                              , 2024.**

**By:                       , Deputy Clerk**

### Re: Belle Maison Realty, LLC - Lea Muse

From:   Michael Lanza (mlanza@mcmanncommerciallending.com)

To:       leamuse13@yahoo.com

Date:   Tuesday, June 14, 2022 at 12:27 PM CDT

It was great speaking to you to. Please find attached the application, the business plan template and the wiring instructions. If you have any questions when filling out the documents don't hesitate to give me a call. Thanks.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Commercial Loan Officer**
McMannCommercialLending.com

 

**From:** Lea Muse <leamuse13@yahoo.com>
**Sent:** Tuesday, June 14, 2022 12:29 PM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Belle Maison Realty, LLC - Lea Muse

Hello Michael,

It was great to speak to you today regarding a business expansion loan with McMann.

Please note my email address as the primary email for any communications and correspondences.

I look forward to hearing from you soon.

Thank you,

Lea Muse

 McMann Wiring Instructions for Due Diligence SC.pdf
331.4kB

 McMann BELOC Fillable Application DB.pdf
1.5MB

 McMann Business Plan Template WT.pdf
4.7MB