# EXHIBIT COVER SHEET

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES    or    NO    (circle one)** | **109** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____, **2024.**

**By:** _____, **Deputy Clerk**

Sales Representative# 2
Name: Wah Trich
Contact: 800-816-7275

# McMANN Commercial Lending

## Business Line of Credit Application

Fax Completed Application to 312-871-3344 Or email to info@mcmanncommerciallending.com

### BUSINESS INFORMATION

| Field | Value |
|---|---|
| Type of Entity (check one) | ☐ Corporation ☐ General Partnership ☒ LLC ☐ LP ☐ Sole Proprietorship ☐ LLP ☐ S Corporation ☐ Nonprofit ☐ Other |
| Federal ID | 88-0840319 |
| Merchants Legal Name | Belle Maison Realty, LLC |
| DBA | |
| Business Phone | 818-261-8583 |
| Physical Address | 1133 E 83rd Street, unit 171 |
| City, State, Zip | Chicago, IL 60619 |
| Business Fax | |
| Mailing Address / Billing Address | 1133 E 83rd Street, unit 171 |
| City, State, Zip | Chicago, IL 60619 |
| Use of Proceeds | Acquire Multi-Family Real Estate |
| Business Type Product/Service Sold | Real Estate Holding |
| State of Incorporation/Organization | Illinois |
| Date business started (mm/yy) | 02/23/2022 |
| Length of Ownership | 8 mths |
| Contact Name | Lea Muse |
| Position | Owner |
| Email Address | lea.bellerealty@gmail.com |
| Web Address | |
| Requested Advance Amount | |

### MERCHANT/OWNER INFORMATION (1)

| Field | Value |
|---|---|
| Corporate Officer/Owner Name | Lea Muse |
| Title | Owner |
| Social Security Number | [REDACTED] |
| Date of Birth | [REDACTED] |
| Ownership % | 100 |
| Driver's License & State | M200-5307-3644 |
| Home Phone Number | N/A |
| Cell Phone Number | 818-261-8583 |
| Email Address | lea.bellerealty@gmail.com |
| Residence Address | 1133 E 83rd Street, unit 171 |
| City, State, Zip | Chicago, IL 60619 |

### OWNER INFORMATION (2) – ONLY IF MERCHANT/OWNER (1) IS LESS THAN 51% (both Owners must exceed 51%)

| Field | Value |
|---|---|
| Corporate Officer/Owner Name | N/A |
| Title | |
| Social Security Number | |
| Date of Birth | |
| Ownership % | |
| Driver's License & State | |
| Home Phone Number | |
| Cell Phone Number | |
| Email Address | |
| Residence Address | |
| City, State, Zip | |

### SALES & CREDIT CARD PROCESSING INFORMATION — N/A

Visa/MasterCard: Card Swipe ____ % Manually Keyed ____ % Phone/Mail Order ____ % Internet ____ % Total (100%)

Avg. Gross Monthly Sales (Cash, Checks, Credit Cards)

Seasonal Sales: ☐ Yes ☐ No  If yes, high volume months: ☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ Jun ☐ Jul ☐ Aug ☐ Sep ☐ Oct ☐ Nov ☐ Dec

# of Terminals | Terminal Make & Model | Software Type / POS System | Software Type / POS System - Contact Name & Phone

### BACKGROUND INFORMATION

| Question | Yes/No | Details |
|---|---|---|
| Are you currently paying back a cash advance? | ☐ YES ☒ NO | If Yes, Company ____ When taken out? ____ Balance ____ |
| Are you currently behind on any of the following? | ☐ YES ☒ NO | If Yes, How much? Utilities ____ Sales tax ____ Liquor tax ____ Rent ____ Bank Loans ____ |
| Any State / Federal Liens against the owners or business? (sales tax, mixed beverage, 941, etc.) | ☐ YES ☒ NO | If Yes, Details ____ |
| Have you ever filed for Bankruptcy? | ☐ YES ☒ NO | If Yes, Details ____ |
| Do you have any Lawsuits or Judgments against you or your business pending? | ☐ YES ☒ NO | If Yes, Details ____ |

TRADE REFERENCE (1) Business Name ____ Contact/Account Number ____ Phone Number ____

TRADE REFERENCE (2) Business Name ____ Contact/Account Number ____ Phone Number ____

### BUSINESS PROPERTY INFORMATION

| Own/Lease | Lease Start Date | Lease Term | Monthly Rent/Mtg | Type of Building | Square Footage (approx) |
|---|---|---|---|---|---|
| | | | | | |

|  | Contact Name | Phone Number | Fax |
|---|---|---|---|

Managing Member

*[signature]* 12/2/2022

Here is what is needed to complete your request for a Unsecured Business Line of Credit

- Please fill out, sign, and return the attached MCL Business Application
- Executive Summary: Sample Format Attached
- Articles of Incorporation, Good Standing, Operating Agreements, EIN from the IRS.
- 2 Forms of personal ID State driver's licenses and a US Visa (copies of all owners ID's with more than 20% ownership in the Corp)
- Personal Financial statement (limited edition part of this application)
- Borrowers Consent (owners of 20% or more of Corp or LLC
- Due Diligence Deposit per LOI which is part of this application

- The Following Can Wait until the On Line Bank Account is set up or until a Secure folder is sent for uploads: Business Bank Statements, Profit and Loss Statement from Business, Previous Year Business Tax Returns.

# MANN Commercial Lending

205 N Michigan Ave • Suite 810 • Chicago IL 60601
312-224-8559 • 800-616-7726 • Fax 312-871-3344
Advertised Rates and Terms do not apply to all properties and county in the continental US

**Purpose and Use of Funds:**

Belle Maison Realty, LLC is requesting a $3,000,000 Business Expansion Loan to acquire a 24 unit multifamily property for the purpose of owning and controlling cash flowing multifamily real estate in the expanding areas within close proximity to the Atlanta, GA metropolitan area. Future growth in Georgia estimates that by 2030 will have nearly 12 million residents and will be home to nearly 13 million people by 2040. Historic price changes and the affordability of housing relative to other states are two ways that real estate investors can measure the current and potential future demand for rental property in Georgia. Georgia has the perfect four-season climate, from summertime temperatures of 80 degrees to brief winters with average temperatures in the upper 40s will further entice renters to relocate from cold winter climates and ever increasing cost of living in other greater metropolitan cities such as Los Angeles, New York and Chicago.

**Exit Strategy of LOC:**

Belle Maison Realty, LLC will buy and hold multifamily properties to build equity over a 5-10 year term, then selling to investors at appreciated growth. Real estate historically acts as a potential hedge against inflation when bought and held for the long term. Annual increases in inflation, as measured by the consumer price index (CPI), generally can be passed to a tenant in the form of rent price increases.

**About The Company:**



Belle Maison Realty, LLC is a business that is principally engaged in owning, holding, and selling real estate. Belle Maison Realty, LLC will derive most of its income from dividends, interest, and rent collection. In order to take advantage of the rental market, the company's objectives are:

- Become a trusted private real estate holding limited liability company managing cash flowing multifamily assets.
- Investing in large multifamily properties to generate wealth for Belle Maison Realty, LLC and Belle Maison Realty, LLC investors.
- To control 300 units within the next 10 years through acquisitions.
- Ensure that we hire professionals who are well experienced in commercial brokerage with a good track record of return on investments.

| | | |
|---|---|---|
| Form **LLC-5.5** | **Illinois**<br>**Limited Liability Company Act**<br>**Articles of Organization** | FILE # 11468209 |
| Secretary of State Jesse White<br>Department of Business Services<br>Limited Liability Division<br>www.ilsos.gov | Filing Fee:   $150<br><br>Approved By:   MAG | FILED<br>FEB 23 2022<br>Jesse White<br>Secretary of State |

1. Limited Liability Company Name: BELLE MAISON REALTY, LLC

2. Address of Principal Place of Business where records of the company will be kept:
   1133 E 83RD STREET, UNIT 171
   CHICAGO, IL 60619

3. The Limited Liability Company has one or more members on the filing date.

4. Registered Agent's Name and Registered Office Address:

   LEA MUSE
   1133 E 83RD ST UNIT 171
   CHICAGO, IL 60619-6455

5. Purpose for which the Limited Liability Company is organized:
   "The transaction of any or all lawful business for which Limited Liability Companies may be organized under this Act."

6. The LLC is to have perpetual existence.

7. Name and business addresses of all the managers and any member having the authority of manager:

   MUSE, LEA
   1133 E 83RD STREET, UNIT 171
   CHICAGO, IL 60619

8. Name and Address of Organizer
   I affirm, under penalties of perjury, having authority to sign hereto, that these Articles of Organization are to the best of my knowledge and belief, true, correct and complete.

   Dated: FEBRUARY 23, 2022    LEA MUSE
                               1133 E 83RD STREET, UNIT 171
                               CHICAGO, IL 60619

This document was generated electronically at www.ilsos.gov

```
IRS  DEPARTMENT OF THE TREASURY
     INTERNAL REVENUE SERVICE
     CINCINNATI  OH    45999-0023
```

Date of this notice:  02-23-2022

Employer Identification Number:
███████████

Form:  SS-4

Number of this notice:  CP 575 G

```
BELLE MAISON REALTY LLC
BELLE MAISON REALTY
% LEA MUSE SOLE MBR
1133 E 83RD ST UNIT 171
CHICAGO, IL  60619
```

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN ███████████. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when another person has stolen their identity and are opening a business using their information. If you did not apply for this EIN, please contact us at the phone number or address listed on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*. The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

McMann Commercial Lending • 800-616-7276 • Chicago IL 60611

## Borrowers Consent

I hereby give our consent to McMann and its affiliates and/or successors and/or assigns permission to obtain ANY AND ALL INFORMATION regarding ownership, of assets, employment, checking/savings and/or all banking accounts, verifications of mortgages, payoffs, credit obligations and ALL OTHER MATTERS which may be required with our loan application for a loan.

THIS FORM MAY BE REPRODUCED AND THAT COPY SHALL BE AS EFFECTIVE AS THE ORIGINAL CONSENT WHICH WE HAVE SIGNED.

*[Signature: Lea Muse]*

| Borrowers Signature | 12/2/22 Date | [redacted] Date of Birth |

Lea Muse — Borrowers name typed or printed | [redacted] Social Security # | lea.bellerealty@gmail.com Email Address

1133 E 83rd Street, unit 171, Chicago, IL 60619
Primary Residence Address, City, State, Zip

*N/A*

Co Borrowers Signature | Date | Date of Birth

Co Borrowers name typed or printed | Social Security # | Email Address

Primary Residence Address, City, State, Zip

Co Borrowers Signature | Date | Date of Birth

Co Borrowers name typed or printed | Social Security # | Email Address

Primary Residence Address, City, State, Zip

Co Borrowers Signature | Date | Date of Birth

Co Borrowers name typed or printed | Social Security # | Email Address

Primary Residence Address, City, State, Zip