# EXHIBIT COVER SHEET

                                                                                           **Exhibit**

| | | |
|---|---|---|
| **Party Submitting:** | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| **Admitted:** | **YES    or    NO    (circle one)** | **110** |
| **Chapter 11 Debtor:** | **Genie Investments NV, Inc.** | |
| **Case No.** | **3:24−bk−00496−BAJ** | |
| **Nature of Hearing:** | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| **Trial Date:** | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**CHASE** for BUSINESS
Printed from Chase for Business

✓ **We've scheduled your wire.**
Please print and save this page for your records.

## Account details

| | |
|---:|:---|
| Wire to | McMann Commercial Lending LLC (...7528) |
| Wire from | BUS COMPLETE CHK (...6852) |
| Wire status | In transit |
| Transaction number | ▮▮▮▮▮ |

## Sender information

| | |
|---:|:---|
| Wire date | Dec 9, 2022 |
| Wire amount | $7,800.00 USD (U.S. Dollars) |
| Outgoing wire transfer fee | $25.00 USD (U.S. Dollars) |
| Total | **$7,825.00** USD (U.S. Dollars) |

Your account activity will show separate charges for wire amount and wire transfer fee.

## Additional information

| | |
|---:|:---|
| Message to recipient bank | None |
| Message to recipient | Belle Maison Realty, LLC - Lea Muse |
| Memo | None |

JPMorgan Chase Bank, N.A. Member FDIC    ©2022 JPMorgan Chase & Co.    Equal Opportunity Lender