## <u>EXHIBIT COVER SHEET</u>

<u>**Exhibit**</u>

Party Submitting:  **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:  **YES    or    NO    (circle one)**    <u>**111**</u>

Chapter 11 Debtor:  **Genie Investments NV, Inc.**

Case No.  **3:24−bk−00496−BAJ**

Nature of Hearing:  **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:  **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

 Gmail                                                        Belle Maison Realty, LLC <lea.bellerealty@gmail.com>

---

**Fw: Belle Maison Realty, LLC - Lea Muse**

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>                    Mon, Dec 12, 2022 at 9:25 AM
To: Michael Lanza <mlanza@mcmanncommerciallending.com>

Thank you Michael for the update.

Lea

On Mon, Dec 12, 2022, 8:53 AM Michael Lanza <mlanza@mcmanncommerciallending.com> wrote:

Appreciate you getting me this. I will get it submitted to underwriting today. Will be in touch when I have any update.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar



---

**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Sunday, December 11, 2022 3:49 PM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Fw: Belle Maison Realty, LLC - Lea Muse

Hello Michael,

I have attached the updated application with the requested amount.

I will also avail myself to your Bridge Loan Service.

Please let me know if you need any more information from me.

Thank you,

Lea

On Sun, Dec 11, 2022, 9:57 AM Michael Lanza <mlanza@mcmanncommerciallending.com> wrote:

I was working on putting together the package for submission to underwriting. I need you to please update the application. In the first section there is a space labeled REQESTED ADVANCE AMOUNT. Please fill that in to match the amount requested on the business plan. Will you be bringing your own 10% for the ICA account or will you be availing yourself of our Bridge loan service? Please advise. Thanks.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar



**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Friday, December 9, 2022 12:08 PM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Fw: Belle Maison Realty, LLC - Lea Muse

I forgot to attach my IDs to the package

On Fri, Dec 9, 2022, 10:16 AM Belle Maison Realty, LLC <lea.bellerealty@gmail.com> wrote:
No apology necessary. Thank you for your time. I look forward to hearing from you soon.

Lea

On Fri, Dec 9, 2022 at 8:27 AM Michael Lanza <mlanza@mcmanncommerciallending.com> wrote:

My apologies, I stopped work last night at 10 PM and had an early morning appointment. I just saw your emails and will review everything and let you know if we need anything else. Thanks.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar

image.png image.png

**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Friday, December 9, 2022 9:04 AM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Fw: Belle Maison Realty, LLC - Lea Muse

Hello Michael,

Please see the attached wired fund receipt. Let me know if you have any questions.

On Thu, Dec 8, 2022 at 10:15 PM Belle Maison Realty, LLC <lea.bellerealty@gmail.com> wrote:
Hello Michael,

I hope all is well.
Please see the attached application package to start the process. I will forward funds once you confirm receipt of the application.

Let me know if you have any questions.

Lea



Lea Muse
Belle Maison Realty, LLC
(818) 261-8583
lea.bellerealty@gmail.com

On Fri, Dec 2, 2022 at 2:23 PM Belle Maison Realty, LLC <lea.bellerealty@gmail.com> wrote:
Hello Michael,

I apologize for the delay. A question has come up and I need to speak to you. I will schedule a meeting for this coming Monday.

Lea

On Tue, Nov 29, 2022 at 3:57 PM lea.bellerealty@gmail.com <lea.bellerealty@gmail.com> wrote:

Hello Michael,

I have a few questions. I have scheduled a meeting on Dec 1st 10am CST.

Thank you,

Lea



Lea Muse
Belle Maison Realty, LLC
(818) 261-8583
lea.bellerealty@gmail.com

Sent from Yahoo Mail on Android

On Tue, Nov 29, 2022 at 10:32 AM, Michael Lanza <mlanza@mcmanncommerciallending.com> wrote:

I have attached our Business plan Template as well as the application. The format we require for the business plan is more clear/concise. thanks.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar



---

**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Monday, November 28, 2022 10:06 AM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Fw: Belle Maison Realty, LLC - Lea Muse

Hello Michael,

I hope you had the best time with family and friends for Thanksgiving.

I have attached a business plan for your review. Please let me know what you think.

I will call you so that we may discuss further.

Thank you,

Lea

On Mon, Nov 28, 2022 at 7:22 AM Lea Muse <leamuse13@yahoo.com> wrote:

----- Forwarded Message -----
**From:** "Lea Muse" <leamuse13@yahoo.com>
**To:** "mlanza@mcmanncommerciallending.com" <mlanza@mcmanncommerciallending.com>

**Sent:** Sun, Nov 27, 2022 at 11:01 PM
**Subject:** Re: Belle Maison Realty, LLC - Lea Muse

Hello Michael,

Please see my

Sent from Yahoo Mail on Android

On Sun, Nov 27, 2022 at 10:04 PM, Michael Lanza
<mlanza@mcmanncommerciallending.com> wrote:

Hope this email finds you well. Hoping to receive your business plan soon.
Please advise. Thanks.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar

image.png image.png

---

**From:** Lea Muse <leamuse13@yahoo.com>
**Sent:** Tuesday, November 15, 2022 9:51 AM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Belle Maison Realty, LLC - Lea Muse

Hello Michael,

Just touching base with you. I was tiding up my business plan. I will send it to you before the week is over.

Thank you,

Lea

On Tue, Nov 8, 2022 at 1:16 PM, Lea Muse
<leamuse13@yahoo.com> wrote:

Hello Michael,

I hope all is well. It's been sometime since our last interaction and I wanted to reach out to you. When you have a chance, please give me a call at 818-261-8583.

Thank you,

Lea Muse

On Thursday, June 30, 2022 at 09:24:42 AM CDT, Michael Lanza <mlanza@mcmanncommerciallending.com> wrote:

Hope this email finds you well. Just checking in to see how things are going and when I can expect your package? Please advise. Thanks.

Michael J. Lanza

**Direct** 321-295-4808
**Office** 800-616-7276
**Senior Commercial Loan Officer**
McMannCommercialLending.com

---

**From:** Lea Muse <leamuse13@yahoo.com>
**Sent:** Monday, June 20, 2022 2:20 PM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Belle Maison Realty, LLC - Lea Muse

Hello Michael,

Thank you for reaching out. I am off today for the holiday. I also must apologize to you about your first email response. After some thought and wondering where your email was sent, I checked my Spam and it was there. I am not certain why it would have gone there considering I sent you an email. At any rate, thank you for your patience.

Currently, I am working some things out and will get back to you on the application.

I will reach out to you as soon as I get things sorted.

Thank you again Michael.

I will keep in touch soon.

Lea

On Monday, June 20, 2022, 09:34:48 AM CDT, Michael Lanza <mlanza@mcmanncommerciallending.com> wrote:

Hope this email finds you well. I am not sure if you are working or not but I figured I would follow up. Any questions I can answer for you on the program guidelines? Can I expect the package this week? Don't forget to send me a PDF copy of the wire confirmation so we make sure the funds are applied correctly. Thanks.

Michael J. Lanza
**Direct** 321-295-4808
**Office** 800-616-7276
**Commercial Loan Officer**
McMannCommercialLending.com

---

**From:** Lea Muse <leamuse13@yahoo.com>
**Sent:** Friday, June 17, 2022 3:05 PM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Belle Maison Realty, LLC - Lea Muse

Thank you Michael. I have it now.

Lea

On Friday, June 17, 2022, 01:25:12 PM CDT, Michael Lanza <mlanza@mcmanncommerciallending.com> wrote:

Here it is again. Please see attached. Please confirm receipt. Thanks.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Commercial Loan Officer**
McMannCommercialLending.com

---

**From:** Lea Muse <leamuse13@yahoo.com>
**Sent:** Friday, June 17, 2022 2:20 PM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Belle Maison Realty, LLC - Lea Muse

Hello Michael,

I searched my email entirely and I don't see your response.

Please resend.

Thank you,

Lea

On Tuesday, June 14, 2022, 11:29:31 AM CDT, Lea Muse <leamuse13@yahoo.com> wrote:


Hello Michael,

It was great to speak to you today regarding a business expansion loan with McMann.

Please note my email address as the primary email for any communications and correspondences.

I look forward to hearing from you soon.

Thank you,

Lea Muse

--

---

**4 attachments**

 **Outlook-image.png.png**
8K

 **Outlook-image.png.png**
24K



**Outlook-image.png.png**
24K



**Outlook-image.png.png**
8K