# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **112** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

Belle Maison Realty LLC BELOC

| | |
|---|---|
| From: | Sandra Colthirst (scolthirst@mcmanncommerciallending.com) |
| To: | lea.bellerealty@gmail.com |
| Cc: | mlanza@mcmanncommerciallending.com; info@mcmanncommerciallending.com; dbarrett@mcmanncommerciallending.com |
| Date: | Tuesday, December 13, 2022 at 07:47 AM CST |

Good day Lea,

I welcome you as an approved BELOC applicant and introduce you to our new BELOC loan start-up protocol. You should click on the link below and enter your corporate name, **Belle Maison Realty, LLC.**, with an email address of **lea.bellerealty@gmail.com,** and use the password of **McMann** (case sensitive) to activate your online data management account.

Once you have completed this initial activation step, respond to this email letting me know you have activated your account. The process will be approved, making sure everything is in proper order. You will be contacted and instructed to continue establishing the BELOC account. If you are asked to upload docs you have already sent, please follow the protocol to ensure accurate data of your account. Kindly follow this link to begin:

https://zoomeral.com/mcmann-commercial-lending/

Regards,
Sandra Colthirst
Direct 312-238-9609
**Processing Manager**
McMannCommercialLending.com
800-616-7276
Schedule a call |Quick Commercial Loan Approval



 Gmail                                                                                                                                          Belle Maison Realty, LLC <lea.bellerealty@gmail.com>

## Belle Maison Realty LLC BELOC
13 messages

**Sandra Colthirst** <scolthirst@mcmanncommerciallending.com>                                                                                          Tue, Dec 13, 2022 at 7:47 AM
To: "lea.bellerealty@gmail.com" <lea.bellerealty@gmail.com>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>, Donnae Barrett <dbarrett@mcmanncommerciallending.com>

Good day Lea,

I welcome you as an approved BELOC applicant and introduce you to our new BELOC loan start-up protocol.  You should click on the link below and enter your corporate name, **Belle Maison Realty, LLC.**, with an email address of **lea.bellerealty@gmail.com**, and use the password of **McMann** (case sensitive) to activate your online data management account.

Once you have completed this initial activation step, respond to this email letting me know you have activated your account.  The process will be approved, making sure everything is in proper order.  You will be contacted and instructed to continue establishing the BELOC account. If you are asked to upload docs you have already sent, please follow the protocol to ensure accurate data of your account.  Kindly follow this link to begin:

https://zoomeral.com/mcmann-commercial-lending/

Regards,
Sandra Colthirst
Direct 312-238-9609
**Processing Manager**
McMannCommercialLending.com
800-616-7276
Schedule a call |Quick Commercial Loan Approval

---

**Michael Lanza** <mlanza@mcmanncommerciallending.com>                                                                                                Tue, Dec 13, 2022 at 9:08 AM
To: Sandra Colthirst <scolthirst@mcmanncommerciallending.com>, "lea.bellerealty@gmail.com" <lea.bellerealty@gmail.com>
Cc: Info MCL <info@mcmanncommerciallending.com>, Donnae Barrett <dbarrett@mcmanncommerciallending.com>

Lea It is great you are approved and hopefully you can do your activation here shortly. I am being told the wire for your Due Diligence fee was not received. I believe you may have used the wrong wiring instructions. Please recall the first wire and resend to the account per the attached wiring instructions ASAP! thanks.

   Michael J. Lanza
   **Direct 321-295-4808**
   **Office 800-616-7276**
   **Senior Commercial Loan Officer**
   McMannCommercialLending.com
   Appointment Calendar

 

**From:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>
**Sent:** Tuesday, December 13, 2022 8:47 AM
**To:** lea.bellerealty@gmail.com <lea.bellerealty@gmail.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>; Donnae Barrett <dbarrett@mcmanncommerciallending.com>
**Subject:** Belle Maison Realty LLC BELOC

[Quoted text hidden]

📄 **McMann Wiring Instructions for Due Diligence SC.pdf**
   196K

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>                                                                                               Tue, Dec 13, 2022 at 11:32 AM
To: Michael Lanza <mlanza@mcmanncommerciallending.com>
Cc: Sandra Colthirst <scolthirst@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>, Donnae Barrett <dbarrett@mcmanncommerciallending.com>

Hello all,

I apologize! I am not sure why my first wiring instructions were incorrect. I resent the wire. Please see the attached receipt.

Thank you,

Lea
[Quoted text hidden]

📄 **Wire activity - 12.13.2022 -Belle Maison Realty.pdf**
   60K

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>  Tue, Dec 13, 2022 at 11:48 AM
To: Sandra Colthirst <scolthirst@mcmanncommerciallending.com>

Hello Sandra,

I am in the process of completing the activation setup, however, there is a question there I am not certain I understand. What is "Type of funding you need:"  Is it loan?

[Quoted text hidden]

---

**Sandra Colthirst** <scolthirst@mcmanncommerciallending.com>  Tue, Dec 13, 2022 at 11:50 AM
To: "Belle Maison Realty, LLC" <lea.bellerealty@gmail.com>

Hi Lea,

Yes, you would choose 'loan'.  Please let me know when you have completed the submission.

Thanks!
Sandra Colthirst
Direct 312-238-9609
**Processing Manager**
McMannCommercialLending.com
800-616-7276
Schedule a call |Quick Commercial Loan Approval



---

**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Tuesday, December 13, 2022 9:48 AM
**To:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>
**Subject:** Re: Belle Maison Realty LLC BELOC

[Quoted text hidden]

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>  Tue, Dec 13, 2022 at 11:54 AM
To: Sandra Colthirst <scolthirst@mcmanncommerciallending.com>

Thank you Sandra. I have completed the set up
[Quoted text hidden]

---

**Sandra Colthirst** <scolthirst@mcmanncommerciallending.com>  Tue, Dec 13, 2022 at 11:55 AM
To: "Belle Maison Realty, LLC" <lea.bellerealty@gmail.com>

Great, thanks for letting me know!  Your loan documents will be issued within 48 hours.

Sandra Colthirst
Direct 312-238-9609
**Processing Manager**
McMannCommercialLending.com
800-616-7276
Schedule a call |Quick Commercial Loan Approval



---

**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Tuesday, December 13, 2022 9:54 AM
[Quoted text hidden]

[Quoted text hidden]

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>  Tue, Dec 13, 2022 at 12:00 PM
To: Sandra Colthirst <scolthirst@mcmanncommerciallending.com>

Ok, thank you!
[Quoted text hidden]

---

**Info MCL** <info@mcmanncommerciallending.com>  Tue, Dec 13, 2022 at 5:01 PM
To: "Belle Maison Realty, LLC" <lea.bellerealty@gmail.com>, Michael Lanza <mlanza@mcmanncommerciallending.com>
Cc: Sandra Colthirst <scolthirst@mcmanncommerciallending.com>, Donnae Barrett <dbarrett@mcmanncommerciallending.com>

Electronic transfers are sometimes confusing, in this case your 2nd wire is showing up as pending.  Thank you for your patience and we will do out best to get you up and locked.

Walt Trock
**Corporate 312-642-5054 X101**
**Direct 224-532-6116**
**Managing Director**
https://mcmanncommerciallending.com
800-616-7276
Appointment Calendar | Quick Commercial Loan Approval



---

**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Tuesday, December 13, 2022 11:32 AM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>

**Cc:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>; Donnae Barrett <dbarrett@mcmanncommerciallending.com>
**Subject:** Re: Belle Maison Realty LLC BELOC

[Quoted text hidden]

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>     Wed, Dec 14, 2022 at 9:08 AM
To: Info MCL <info@mcmanncommerciallending.com>

Thank you Walt!

[Quoted text hidden]

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>     Fri, Dec 16, 2022 at 10:49 AM
To: Sandra Colthirst <scolthirst@mcmanncommerciallending.com>

Hello Sandra,

You mentioned my loan documents will be issued within 48 hours.

Did I miss something?

Please advise.

Lea

[Quoted text hidden]

---

Sandra Colthirst <scolthirst@mcmanncommerciallending.com>     Sat, Dec 17, 2022 at 10:11 AM
To: "Belle Maison Realty, LLC" <lea.bellerealty@gmail.com>

Good day,

Your first document (due diligence fee agreement) was issued to your loan officer yesterday (Friday) morning.  All documents and requests will be forwarded to you by the loan officer.

Sandra Colthirst
Direct 312-238-9609
**Processing Manager**
McMannCommercialLending.com
800-616-7276
Schedule a call |Quick Commercial Loan Approval



---

**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Friday, December 16, 2022 8:49 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>     Sun, Aug 6, 2023 at 2:40 PM
Draft To: Sandra Colthirst <scolthirst@mcmanncommerciallending.com>

Hello Sandra,

Its has been

On Tue, Dec 13, 2022 at 7:47 AM Sandra Colthirst <scolthirst@mcmanncommerciallending.com> wrote:
[Quoted text hidden]