# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **114** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**



Your wire transfer request has been sent.
You'll get an email from **capitalone@notification.capitalone.com** sent to **leamuse13@yahoo.com**
confirming your order



GKY6C
CONFIRMATION CODE

## Wire Transfer Details

| | |
|---|---|
| From | 360 Savings ...0327 |
| To | A Person Or Company |
| Amount | $25000.00 |
| Non-Refundable Fee | $30.00 |
| Memo | Retention Fee |
| Payment Type | Business expenses |

## Recipient Information

| | |
|---|---|
| Name | Genie Investments |
| Address | 401 Ryland St Ste 200A Reno, NV 89502 |

## Bank Information

| | |
|---|---|
| Wire Routing Number (ABA) | |
| Bank Address | 1515 Atlantic Blvd Jacksonville, FL 32207 |
| Bank Name | JPMORGAN CHASE BANK, NA |
| Account Number | |