## <u>EXHIBIT COVER SHEET</u>

<u>**Exhibit**</u>

Party Submitting:     **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:     **YES     or     NO     (circle one)**          <u>**115**</u>

Chapter 11 Debtor:     **Genie Investments NV, Inc.**

Case No.     **3:24−bk−00496−BAJ**

Nature of Hearing:     **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:     **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**



Terms and Contingent Commitment Letter
2/3/2023

RE:  Belle Maison Realty, LLC ("Company")

To Whom It May Concern,

**Belle Maison Realty, LLC and Lea Muse** ("Client") are **PRE-APPROVED** for funding via non- recourse, asset-backed Line of Credit ("LOC") with **McMann Commercial Lending LLC** ("Provider") to be a capital contribution into the Company used for the construction and development of the Project (Business Plan) and to be used at the Company's discretion within the scope of the agreement. Tranche schedules are subject to the needs of the business and will be mutually agreed upon after further review of the Project.

*(PLEASE INITIAL THE CORRESPONDING BOX.)*

## Company Remits Interest Credit Payment

**LOC AMOUNT:**  $3,000,000
**INTEREST CREDIT PAYMENT AMOUNT:** $300,000 (reserved funds)
**TERM:** 120 Months
**RATE:** 4.75% I/O
**POINTS: 4**%
**SUCCESS FEE:** 1%
**DATA  MANAGEMENT FEE**: 1%
**DELIVERY**: Tranche Schedule
**FUNDING DATE:** LOC will be available within 75 calendar days from aggregated funds being locked.
**ESTIMATED FUNDING DATE:** 5/4/2023

**Initial Below**

*This approval expires on 2/10/2023, 5pm ET and is subject to the following:*

Applicant signature: _____

Date: __**2/6/2023**__

February 3, 2023

Initials: _____

- Client Information Summary (CIS) completion in full and this terms and contingent commitment letter, both signed by primary decision executor.
- All soft costs, including by not limited to appraisals, due diligence, insurance, wiring fees, UCC filings, etc., to be paid by Company.
- Funding is subject to our complete review of the transaction, Client, project(s) and collateral.
- Provider reserves the right to amend or add any requirements or LOC conditions at its sole discretion.
- Funding period begins when Company's funds are locked with Provider's Warehouse Lender as part of the funding procedure after Company's Payment into Provider's account to create Company's Interest Credit Account, all requested deliverables are submitted, Provider transfers funds into a Provider lock account, and Loan Agreements are executed.
- Your Interest Credit Account will cover the Company's Interest-only payments for the first three (3) years. If the term exceeds the three (3) year mark, the Company is required to make the required interest-only monthly payments to McMann Commercial Lending.
- All parties have an obligation to respect professional secrecy and to take all appropriate precautions to protect the confidentiality of the information each holds in respect of the others' activities. All parties will refrain from engaging in disparagement of the others under any circumstances that may arise. This legal obligation shall remain in full force and effect at all times.
- Company must activate and complete their ZOOMERAL, Inc. Business Account prior to closing, must maintain it and keep it up to date throughout the entire term.

## Terms & Conditions

This Letter is intended solely as a basis for negotiation between Provider and Client of mutually satisfactory definitive documentation relating to a potential LOC (LOC) by Provider to Client. The Line of Credit is subject to the foregoing the parties agree as follows:

1. **Definitive Documentation**. As promptly as reasonably practicable following the execution and delivery of this Letter, the parties (and their respective legal counsel, if necessary) will commence preparation of definitive documents for the LOC. The definitive agreements and other documentation for the LOC (collectively, the "LOC Documents") will be based upon the terms set forth in this document.

2. **Due Diligence**. Provider will continue to engage in underwriting and due diligence of Client and the scope related to the LOC. Client shall provide information to Provider relevant to the LOC in order that Provider may have the opportunity to conduct customary and appropriate underwriting and due diligence as Provider may deem necessary or desirable in connection with its evaluation of the LOC. In the event that information contained in this letter is found to be inaccurate, the Provider at its sole discretion may update the terms or void this letter completely.

3. **Non-Binding**. This Letter has been prepared and executed to serve as an aid to the negotiation, preparation and execution of the LOC Documents. Client and Provider have mutually discussed the proposed terms of the LOC Documents without Providers' benefit of complete underwriting and due diligence investigation. Therefore, the terms and conditions of this Letter are subject to, among other things, further due diligence investigation by Provider. Except for the provisions of Sections 2, 3, 4, and, hereof (which are intended to be legally binding on the parties hereto), this Letter is not intended to constitute a binding contract on either party, and neither party will be liable to the other party due to any failure to enter into any LOC Document. No past or future action, course of conduct or failure to act relating to the LOC, or relating to the negotiation of the terms of the LOC or the LOC Documents will give rise to or serve as a basis for any obligation or other liability on the part of either party.

4. **Governing Law**. This Letter is governed by the laws of the State of Illinois, without regard to its conflicts of law rules.

5. **Legal Authority**. Client and Provider each represents that the respective person executing this Letter on its behalf has the legal authority to enter into this Letter based on the relevant governing documents of each party.

6. **Upon Acceptance.** Upon Client accepting this letter, Client has seven (7) calendar days to purchase digital data storage, execute agreements, submit requested deliverables and remit their Payment into the Provider's account, otherwise Client may need to reapply. This reapplication process may take up to thirty (30) business days.

Initials: _____

# PROOF OF FUNDS

**Please provide a screenshot of your internet banking portal or letter from your bank showing funds on account as described in this document.**

Initials: _____

# CLIENT INFORMATION SUMMARY

In accordance with Articles two (2) through five (5) of the Due Diligence Convention and the Federal Banking Commission Circular of December 1998, concerning the prevention of money laundering, and Article 305 of the Swiss Criminal Code, the following information may be supplied to banks and/or other financial institutionsfor the purpose of verification of identity. All parties have an obligation to respect professional secrecy and to take all appropriate precautions to protect the confidentiality of the information each holds in respect of the others' activities. This legal obligation shall remain in full force and effect at all times.

**DATE:**

| Beneficiary / Client / Company | |
|---|---|
| Client / Signatory Name | **Lea J Muse** |
| Nationality | **United States Citizen** |
| Driver License Number | |
| Date of Issue | **2021** |
| Date of Expiration | **2025** |
| Country of Issue | **United States** |
| Date of Birth (MM/DD/YYYY) | |
| Place of Birth | **Brooklyn, New York** |
| Contact Address | **1133 E 83rd St. UNIT 171, Chicago, IL 60619** |
| Passport Number | |
| Country of Residence | **United States** |
| Date of Issue | **2014** |
| Date of Expiration | **2024** |
| Contact Telephone | **(818) 261-8583** |
| Client E-mail Address | **lea.bellerealty@gmail.com** |

| Business Information | |
|---|---|
| Business Name | **Belle Maison Realty, LLC** |
| Business Address | **1133 E 83rd St. UNIT 171, Chicago, IL 60619** |
| Mailing Address | **1133 E 83rd St. UNIT 171, Chicago, IL 60619** |
| Registered Office Domicile | |
| Country / State of Incorporation | **United States / Illinois** |
| Business Telephone | **(818) 261-8583** |

1. Attach a copy of Passport and Driver's License
2. Attach a copy of Social Security Card
3. Attach a copy of the Accepted Term Sheet

Initials:

## DISCLOSURE AND AUTHORIZATION OR CONSUMER REPORTS

In connection with my application for funding with _____, I understand consumer reports will be requested by (The Company). These reports may include, as allowed by law, the following types of information, as applicable: names and dates of previous employers, reason for termination of employment, work experience, reasons for termination of tenancy, former landlords, education, accidents, licensure, credit, etc. I further understand that such reports may contain public record information such as, but not limited to: my driving record, workers' compensation claims, judgments, bankruptcy proceedings, evictions, criminal records, etc., from federal, state, and other agencies that maintain such records.

### Authorization

**I hereby authorize procurement of consumer report(s) and investigative consumer report(s) by Company. If funded (or contracted), this authorization shall remain on file and shall serve as ongoing authorization for Company to procure such reports at any time during my employment, contract, or volunteer period. I authorize without reservation, any person, business or agency contacted by the consumer reporting agency to furnish the above- mentioned information.**

**This authorization is conditioned upon the following representations of my rights:**

Printed Name: __**Lea Muse**__

Signature: _____

Date: _____**2/6/2023**_____

**For identification purposes only:**

Social Security No.:_ ▓▓▓▓▓▓ _____; Date of Birth:_ ▓▓▓▓▓▓ _____.

Drivers License No.:_ ▓▓▓▓▓▓▓ ___; State of Issue:__**Illinois**_____.

Present Address: ____**1133 E 83rd St. UNIT 171, Chicago, IL 60619**____

Previous Address 1: __**1517 E 84th Street, Chicago, IL 60619**____

Previous Address Dates: (MM/YY) __**02/2012**__to___**10/2014**____

Previous Address 2: __**11110 Moorpark St. #214, North Hollywood, CA 91602**____

Previous Address Dates (MM/YY):__**10/2005**__to___**02/2012**____

*Please attach a separate page if you have additional addresses.*

Initials: _____