# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **117** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

 Belle Maison Realty, LLC <lea.bellerealty@gmail.com>

## FW: Belle Maison Realty LLC BELOC
27 messages

**Rene Jamulitrat** <rJamulitrat@mcmanncommerciallending.com>  Fri, Feb 3, 2023 at 7:54 AM
To: "lea.bellerealty@gmail.com" <lea.bellerealty@gmail.com>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>, Sandra Colthirst <scolthirst@mcmanncommerciallending.com>, Donnae Barrett <dbarrett@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>

Hello,

Please see attached.

Please sign, notarize, and return all three agreements.

Thank you,

**Rene Jamulitrat**

**Direct: 318-834-3383**

**Office: 800-616-7276**

**Loan Processor**

mcmanncommerciallending.com

Appointment Calendar



---

**From:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>
**Sent:** Friday, February 3, 2023 4:40 AM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; M chael Lanza <mlanza@mcmanncommerciallending.com>
**Cc:** Donnae Barrett <dbarrett@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Subject:** Belle Maison Realty LLC BELOC

Kindly note the attached documents for the client.

Sandra Colthirst

Direct 312-238-9609

**Processing Manager**

McMannCommercialLending.com

800-616-7276

Schedule a call |Quick Commercial Loan Approval



**3 attachments**

 **Belle Maison v2 - Term Sheet.pdf**
445K

 **Belle Maison v2 - Bridge loan agreement.pdf**
485K

 **Belle Maison Data Management (02032023).pdf**
130K

---

**Rene Jamulitrat** <rJamulitrat@mcmanncommerciallending.com>    Fri, Feb 3, 2023 at 9:39 AM
To: "lea.bellerealty@gmail.com" <lea.bellerealty@gmail.com>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>, Sandra Colthirst <scolthirst@mcmanncommerciallending.com>, Donnae Barrett <dbarrett@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>

Hello,

Please see attached set of agreements.

[Quoted text hidden]

**3 attachments**

 **Belle Maison v2 - Term Sheet.pdf**
445K

 **Belle Maison v2 - Bridge loan agreement.pdf**
485K

 **Belle Maison Data Management (02032023).pdf**
179K

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>    Fri, Feb 3, 2023 at 9:52 AM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>, Sandra Colthirst <scolthirst@mcmanncommerciallending.com>, Donnae Barrett <dbarrett@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>

Thank you.

I acknowledge the documentation has been received and will require review.

Thank you,

Lea Muse

[Quoted text hidden]

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>    Mon, Feb 6, 2023 at 7:27 PM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>, Sandra Colthirst <scolthirst@mcmanncommerciallending.com>, Donnae Barrett <dbarrett@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>

Hello Rene,

I am awaiting for the updated Bridge Loan Agreement that will reflect the amount I have already paid to Genie Investments of $25K

Please let me know if you have any questions.

Thank you,

Lea Muse

[Quoted text hidden]

**2 attachments**

 **Belle Maison Data Management (02032023)_Lea.pdf**
126K

 **Belle Maison v2 - Term Sheet_Lea.pdf**
504K

---

**Michael Lanza** <mlanza@mcmanncommerciallending.com>                              Mon, Feb 6, 2023 at 7:54 PM
To: "Belle Maison Realty, LLC" <lea.bellerealty@gmail.com>, Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
Cc: Sandra Colthirst <scolthirst@mcmanncommerciallending.com>, Donnae Barrett <dbarrett@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>

In reviewing the Bridge loan document there is no misspelling on page 8. Please confirm the page number. See attached Bridge loan agreement. Thanks.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar



---

**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Monday, February 6, 2023 8:27 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Sandra Colthirst <scolthirst@mcmanncommerciallending.com>; Donnae Barrett <dbarrett@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Subject:** Re: FW: Belle Maison Realty LLC BELOC

[Quoted text hidden]

 **Belle Maison Realty LLC Bridge loan agreement SC.pdf**
528K

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>                              Tue, Feb 7, 2023 at 9:56 AM
To: Michael Lanza <mlanza@mcmanncommerciallending.com>

Hello Michael,

Shouldn't the $25k I have already wired to Genie Investments be acknowledged in the agreement? I still don't see it in the document.

Lea

The misspelling is on the attached file
[Quoted text hidden]

**5 attachments**

 **image001.png**
16K


**image002.png**
32K


**Outlook-image.png.png**
8K


**Outlook-image.png.png**
24K


**Screenshot_20230207_095046_Adobe Acrobat.jpg**
71K

---

**Michael Lanza** <mlanza@mcmanncommerciallending.com>  Tue, Feb 7, 2023 at 11:45 AM
To: "Belle Maison Realty, LLC" <lea.bellerealty@gmail.com>
Cc: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>

I am in the process of getting the misspelling corrected and working on the 25K showing in the agreement. I will get back to you when I have it handled.

> Michael J. Lanza
> **Direct 321-295-4808**
> **Office 800-616-7276**
> **Senior Commercial Loan Officer**
> McMannCommercialLending.com
> Appointment Calendar
>
>  

---

**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Tuesday, February 7, 2023 10:56 AM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>  Tue, Feb 7, 2023 at 1:37 PM
To: Michael Lanza <mlanza@mcmanncommerciallending.com>

Thank you Michael
[Quoted text hidden]

4 attachments


**Outlook-image.png.png**
8K


**Outlook-image.png.png**
24K


**Outlook-image.png.png**
8K


**Outlook-image.png.png**
24K

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>  Thu, Feb 9, 2023 at 2:09 PM
To: Michael Lanza <mlanza@mcmanncommerciallending.com>

Hello Michael,

When can I expect the updated Bridge Agreement?

Lea

[Quoted text hidden]

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>  Fri, Feb 10, 2023 at 9:23 AM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>

Hello Rene, when can I expect an updated Bridge Loan agreement?

Lea Muse
818-261-8583
[Quoted text hidden]

---

**Rene Jamulitrat** <rJamulitrat@mcmanncommerciallending.com>  Fri, Feb 10, 2023 at 10:04 AM
To: "Belle Maison Realty, LLC" <lea.bellerealty@gmail.com>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>, Sandra Colthirst <scolthirst@mcmanncommerciallending.com>

Hello Lea,

Here it is.

# Rene Jamulitrat

**Direct: 318-834-3383**

**Office: 800-616-7276**

**Loan Processor**

mcmanncommerciallending.com

Appointment Calendar

 

[Quoted text hidden]

---

 **Belle Maison corrected Bridge loan agreement.pdf**
486K

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>   Fri, Feb 10, 2023 at 10:57 AM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>, Sandra Colthirst <scolthirst@mcmanncommerciallending.com>

Hello Rene,

I still don't see the acknowledgement of the $25K I paid to Genie.

Please advise.

Thank you,

Lea
[Quoted text hidden]

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>   Sat, Feb 11, 2023 at 9:05 AM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>, Sandra Colthirst <scolthirst@mcmanncommerciallending.com>

Hello,

Please see the signed agreements attached.

Let me know if you have any questions.

Thank you,

Lea Muse
818-261-8583

[Quoted text hidden]

---

**6 attachments**


**Lea's Driver License.JPG**
339K


**Lea's Passport.JPG**
1096K


SS#_LeaMuse.jpg
1158K

Belle Maison Data Management (02032023)_Lea.pdf
126K

Belle Maison v2 - Term Sheet_Lea.pdf
504K

Belle Maison v2 - Bridge loan agreement_signed.pdf
8009K

---

**Michael Lanza** <mlanza@mcmanncommerciallending.com>  Mon, Feb 13, 2023 at 8:13 AM
To: "Belle Maison Realty, LLC" <lea.bellerealty@gmail.com>, Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
Cc: Sandra Colthirst <scolthirst@mcmanncommerciallending.com>

Rene my processor will upload this to underwriting and hopefully we should have you loan agreement out to you shortly. Thanks.

   Michael J. Lanza
   **Direct 321-295-4808**
   **Office 800-616-7276**
   **Senior Commercial Loan Officer**
   McMannCommercialLending.com
   Appointment Calendar

 

---

**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Saturday, February 11, 2023 10:05 AM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Sandra Colthirst <scolthirst@mcmanncommerciallending.com>
[Quoted text hidden]

[Quoted text hidden]

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>  Mon, Feb 13, 2023 at 12:15 PM
To: Michael Lanza <mlanza@mcmanncommerciallending.com>
Cc: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, Sandra Colthirst <scolthirst@mcmanncommerciallending.com>

Thank you Michael, Rene and Sandra,

I have receieved the loan agreement. I will review and have them to you on or before Friday.

Thank you,

Lea
[Quoted text hidden]

**4 attachments**


Outlook-image.png.png
8K

 **Outlook-image.png.png**
24K

 **Outlook-image.png.png**
8K

 **Outlook-image.png.png**
24K

---

**Rene Jamulitrat** <rJamulitrat@mcmanncommerciallending.com>  Mon, Feb 13, 2023 at 12:32 PM
To: "Belle Maison Realty, LLC" <lea.bellerealty@gmail.com>

Thank you

Rene Jamulitrat

**Direct: 318-834-3383**

**Office: 800-616-7276**

**Loan Processor**

mcmanncommerciallending.com

Appointment Calendar



---

**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Monday, February 13, 2023 12:15 PM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Cc:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Sandra Colthirst <scolthirst@mcmanncommerciallending.com>
**Subject:** Re: FW: Belle Maison Realty LLC BELOC

Thank you Michael, Rene and Sandra,

I have receieved the loan agreement. I will review and have them to you on or before Friday.

Thank you,

Lea

On Mon, Feb 13, 2023, 8:14 AM Michael Lanza <mlanza@mcmanncommerciallending.com> wrote:

Rene my processor will upload this to underwriting and hopefully we should have you loan agreement out to you shortly. Thanks.

>   Michael J. Lanza
>
>   **Direct 321-295-4808**
>
>   **Office 800-616-7276**
>
>   **Senior Commercial Loan Officer**
>
>   McMannCommercialLending.com
>
>   Appointment Calendar

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]
>
> > [Quoted text hidden]
> >
> > **From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
> > **Sent:** Friday, February 10, 2023 9:24 AM
> > **To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
> > **Subject:** Re: FW: Belle Maison Realty LLC BELOC
> >
> > Hello Rene, when can I expect an updated Bridge Loan agreement?
> >
> > Lea Muse
> >
> > 818-261-8583
> >
> > On Fri, Feb 3, 2023 at 7:54 AM Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com> wrote:
> >
> > > Hello,
> > >
> > > Please see attached.
> > >
> > > Please sign, notarize, and return all three agreements.
> > >
> > > Thank you,

Rene Jamulitrat

**Direct:** 318-834-3383

**Office:** 800-616-7276

Loan Processor

[mcmanncommerciallending.com](mcmanncommerciallending.com)

[Appointment Calendar](Appointment Calendar)

---

**From:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>
**Sent:** Friday, February 3, 2023 4:40 AM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Michael Lanza <mlanza@mcmanncommerciallending.com>
**Cc:** Donnae Barrett <dbarrett@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Subject:** Belle Maison Realty LLC BELOC

[Quoted text hidden]

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>  Mon, Feb 27, 2023 at 10:09 AM
To: Michael Lanza <mlanza@mcmanncommerciallending.com>

Hello Michael,

I am following up.

Let me know the status of my documents I have signed and returned to you and if there is anything else required from me.

Lea

On Fri, Feb 3, 2023 at 7:54 AM Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com> wrote:
[Quoted text hidden]

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>  Mon, Feb 27, 2023 at 6:43 PM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>

Hello Rene,

I am following up.

Let me know the status of my documents I have signed and returned to you and if there is anything else required from me.

Lea

On Fri, Feb 3, 2023 at 7:54 AM Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com> wrote:
[Quoted text hidden]

---

**Rene Jamulitrat** <rJamulitrat@mcmanncommerciallending.com>  Wed, Mar 15, 2023 at 11:00 AM
To: "Belle Maison Realty, LLC" <lea.bellerealty@gmail.com>, Michael Lanza <mlanza@mcmanncommerciallending.com>

Hello Lea,

I'm getting back to you about missing requirements.

The only thing I am missing is the wire confirmation for your bridge wire in the amount of $45,000.00 per bridge loan agreement.

Thank you,

Rene Jamulitrat
**Direct:** 312-643-5036
**Office:** 800-616-7276
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar



---

**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Monday, February 27, 2023 6:43 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: FW: Belle Maison Realty LLC BELOC

[Quoted text hidden]

---

 **Belle Maison v2 - Bridge loan agreement signed.pdf**
8009K

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>  Wed, Mar 15, 2023 at 11:11 AM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>

Hello Rene,

I wired Genie Investments on March 9th the $45k, per the Bridge Loan Agreement.

Please see attached.

Let me know if you have any questions.

Lea Muse
818-261-8583
[Quoted text hidden]

---

**5 attachments**

 **Outlook-d2nnrq5o.png**
11K

 **image001.png**
16K

**Outlook-qq2pgrih.png**
7K

 **image002.png**
32K

**Genie Wire activity - March 9, 2023.pdf**
26K

---

**Rene Jamulitrat** <rJamulitrat@mcmanncommerciallending.com>  Wed, Mar 15, 2023 at 11:22 AM

To: "Belle Maison Realty, LLC" <lea.bellerealty@gmail.com>

Perfect, thank you!

**Rene Jamulitrat**
**Direct:** 312-643-5036
**Office:** 800-616-7276
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar

 

**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Wednesday, March 15, 2023 11:11 AM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>    Wed, Mar 15, 2023 at 11:38 AM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>

You're welcome.

Lea Muse
[Quoted text hidden]

**4 attachments**

 **Outlook-3jpz3g0k.png**
7K

 **Outlook-3uilunql.png**
11K

 **Outlook-3uilunql.png**
11K

 **Outlook-3jpz3g0k.png**
7K

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>    Mon, Mar 20, 2023 at 11:15 AM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>

Hello Rene,

Any updates?

Please advise.

Lea
[Quoted text hidden]

**Rene Jamulitrat** <rJamulitrat@mcmanncommerciallending.com>  Mon, Mar 20, 2023 at 5:37 PM
To: "Belle Maison Realty, LLC" <lea.bellerealty@gmail.com>

Hello Sandra,

Please see attached wire transfer.

Is this what you are looking for?

Thanks,
Rene


**Rene Jamulitrat**
**Direct: 312-643-5036**
**Office: 800-616-7276**
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar

 

---

**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Monday, March 20, 2023 11:15 AM
[Quoted text hidden]

[Quoted text hidden]

---

 **Genie Wire activity - March 9, 2023.pdf**
26K

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>  Mon, Mar 20, 2023 at 7:26 PM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>

Hello. Rene,

This is Lea. Was this email meant for me?

I was asking about updates on my loan closing, not my wiring activity.

Please advise.

Lea
[Quoted text hidden]

---

**Rene Jamulitrat** <rJamulitrat@mcmanncommerciallending.com>  Mon, Mar 20, 2023 at 7:58 PM
To: "Belle Maison Realty, LLC" <lea.bellerealty@gmail.com>

My mistake.
I thought     email was from Sandra and she was wanting the wire confirmation again.
Ugh, it's been a Monday all day.

I will check about any updates tomorrow.

Rene


Get Outlook for iOS

---

**From:** Belle Maison Realty, LLC <lea.bellerealty@gmail.com>
**Sent:** Monday, March 20, 2023 7:26:43 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>  
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>

Mon, Mar 20, 2023 at 8:32 PM

Thank you Rene.

Lea  
[Quoted text hidden]

---

**4 attachments**


**Outlook-utbqvux1.png**  
7K


**Outlook-uhz0ky1d.png**  
11K


**Outlook-utbqvux1.png**  
7K


**Outlook-uhz0ky1d.png**  
11K