# EXHIBIT COVER SHEET

                                                                       **Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES** or **NO** **(circle one)** | **119** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____, **2024.**

**By:** _____, **Deputy Clerk**

 Belle Maison Realty, LLC <lea.bellerealty@gmail.com>

# Belle Maison Realty LLC BELOC - Loan Agreement & List of Closing Requirements
2 messages

**Rene Jamulitrat** <rJamulitrat@mcmanncommerciallending.com>  Mon, Feb 13, 2023 at 8:45 AM
To: "Belle Maison Realty, LLC" <lea.bellerealty@gmail.com>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>, Sandra Colthirst <scolthirst@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>

Hello Lea,

Please see attached loan agreements and list of closing requirements.

Please review loan agreement dated February 13, 2023.

If you agree, fully execute and return.

Please answer all questions and provide items requested on list of BELOC closing requirements.

Thank you,

**Rene Jamulitrat**

**Direct: 318-834-3383**

**Office: 800-616-7276**

**Loan Processor**

mcmanncommerciallending.com

Appointment Calendar

 

**2 attachments**

 **Belle Maison v2 - Wiring Instructions - Business Expansion LOC Agreement.pdf**
645K

 **LIST OF BELOC CLOSING REQUIREMENTS for Belle Maison Realty.pdf**
157K

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>  Fri, Feb 17, 2023 at 5:29 PM
To: Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
Cc: Michael Lanza <mlanza@mcmanncommerciallending.com>, Sandra Colthirst <scolthirst@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>

Hello Michael and Rene,

Please review the signed BELOC Agreement and all requested documents.

Please let me know if you have any questions.

Thank you,

Lea
[Quoted text hidden]

---

**6 attachments**

- **Belle Maison v2 - Wiring Instructions - Business Expansion LOC Agreement.pdf**
  4794K
- **Operating Agreement_ Belle Maison.pdf**
  1702K
- **Articles_LLC_BelleMaison.pdf**
  153K
- **EIN_Belle Maison.pdf**
  9K
- **Letter of Good Standing_Belle Maison.pdf**
  460K
- **List of BELOC Requirements.pdf**
  39K

McMANN Commercial Lending ● 205 N Michigan Ave ● Suite 810 ● Chicago IL 60601
312-224-8559   Fax 312-871-3344

## LIST OF BELOC REQUIREMENTS

1. Full legal names of all parties that have ownership in the Company:
2. Certificate of Formation or Articles of Incorporation -
3. Operating Agreement -
4. Employer Identification Number -
5. Letter of Good Standing -
6. Confirm Business Name –
7. Confirm Business Address –
8. Confirm Registered Agent's Address –
9. Confirm Phone Number of Business –
10. Unaudited Financial Statements
11. Bank Information:
    - Account number –
    - Routing number -
    - Name on account –
    - Address of bank –