# EXHIBIT COVER SHEET

**Exhibit**

Party Submitting:   **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:   **YES   or   NO   (circle one)**   **122**

Chapter 11 Debtor:   **Genie Investments NV, Inc.**

Case No.   **3:24−bk−00496−BAJ**

Nature of Hearing:   **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:   **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

            **Belle Maison Realty, LLC <lea.bellerealty@gmail.com>**

## BELOC Agreement
1 message

**Belle Maison Realty, LLC** <lea.bellerealty@gmail.com>        Thu, Mar 9, 2023 at 10:33 AM
To: Michael Lanza <mlanza@mcmanncommerciallending.com>

Hello Michael, I have a few questions.

1. The $30K I mentioned was the Promote Fee on Page 8 of the Credit Agreement. This says at Closing and out of the initial advance.

2. Also page 8, Legal and Incidental Fees, Charges and Costs is $12K, the Borrower shall pay at closing.

According to the agreement the $45K (the total of the above) should be paid at closing.

Are we at closing?

Another, item I would like to discuss is the Line of Credit Account, top of page 9.

l

---



**Belle Maison v2 - Wiring Instructions - Business Expansion LOC Agreement-2.pdf**
4794K