# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **123** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**CHASE for BUSINESS**®

Printed from Chase for Business

BUS COMPLETE CHK (...6852)

**-$45,000.00**
Outgoing wire transfer

Mar 9, 2023
Posted date

BUS COMPLETE CHK (...6852)
Account name

3316563068ES
Transaction ID

CHASUS33
SWIFT/FED/CHIP ID

### Beneficiary information

| | |
|---|---|
| Account | ....8502 |
| Name | GENIE INVESTMENTS NV |
| Address | 401 RYLAND ST STE 200A RENO NV 89502-1643 US |

### Bank information

| | |
|---|---|
| Related references | BOH OF 23/03/09 |

### Additional information

| | |
|---|---|
| Additional information | PREPAID INTEREST - LEA MUSE, BELLE MAISON REALTY, LLC |

For transaction details, please refer to the periodic statement for the official record of this transaction. For outgoing payments you may also access up to 13 months of wire transfer history from the Wire activity/Global activity page.

JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity