## <u>EXHIBIT COVER SHEET</u>

<u>**Exhibit**</u>

Party Submitting:      **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:                **YES     or   NO       (circle one)**                    <u>**124**</u>

Chapter 11 Debtor:    **Genie Investments NV, Inc.**

Case No.                  **3:24−bk−00496−BAJ**

Nature of Hearing:    **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:               **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 224-328-6440

June 8, 2023


To:  BELOC Approved Loan Applicants
Re:  Disbursement amounts and dates for the lst Tranche

Dear Messer's:

McMann Commercial Lending LLC ("McMann") has been in communication with its wholesale Private lenders.  McMann is pleased to inform you that these investors have advised McMann that it intends to provide McMann with funds before the end of this month (June 2023), as delays on the investors end have purportedly been resolved.  McMann thanks you for your patience.

Nevertheless, if you feel that you must exercise your option to terminate your BELOC agreement and obtain a refund of your Interest Credit Account payments, please complete, notarize, and submit the Termination form attached to your BELOC agreement and submit the request to McMann.  The refund will then be promptly processed.  To be clear, while these investors have advised McMann that funds will arrive before the end of June, this is not a guarantee of funding from McMann.

McMann will provide another update once the private investors provide McMann with additional information as to funding amounts and dates.  McMann understands that you may desire more specific information; however, no more detail can be provided at this time. McMann has no option but to provide these private investors with the necessary time to perform. Again, McMann appreciates your patience and understanding in this matter.