## EXHIBIT COVER SHEET

**Exhibit**

Party Submitting:     **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:          **YES      or    NO      (circle one)**                    **127**

Chapter 11 Debtor:   **Genie Investments NV, Inc.**

Case No.           **3:24−bk−00496−BAJ**

Nature of Hearing:   **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:          **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

# Spiegel & Utrera, P.A.

### Counselors & Attorneys at Law

| | | |
|---|---|---|
| SANDY A. ADELSTEIN[9] | COURTNEY RIORDAN[10] | |
| JOEL BECK[8] | LUIS RUIZ[12] | |
| B. MARTIN DRUYAN[5] | LAWRENCE J. SPIEGEL[1] | |
| ALEJANDRO ECHEVERRIA[2] | MARY C. SPIEGEL[2] | |
| MICHAEL S. FARAGALLA[4] | NICOLAS W. SPIGNER[3] | |
| MATTHEW FORNARO[11] | NATALIA UTRERA[3] | |
| MICHAEL P. OKAYO[7] | MICHAEL WELCHKO[6] | |

**SENIOR PARALEGALS**

GRACIELA BATTAGLIA    CLAUDIA FERNANDEZ

| | |
|---|---|
| PRESIDENT: | LAWRENCE J. SPIEGEL |
| SENIOR VICE PRESIDENT: | NATALIA UTRERA |
| EXECUTIVE VICE PRESIDENT: | MARY C. SPIEGEL |
| VICE PRESIDENT OF OPERATIONS: | HORACIO MONTEIRO |
| VICE PRESIDENT OF MARKETING: | ALEJANDRO ECHEVERRIA |
| VICE PRESIDENT OF LITIGATION: | MICHAEL S. FARAGALLA |
| REGIONAL VICE PRESIDENT: | MICHAEL WELCHKO |
| SECRETARY: | NATALIA UTRERA |
| TREASURER: | NATALIA UTRERA |

**Offices located in:**
Chicago
Dover, DE
Las Vegas
Los Angeles
Miami
New York City
Northern New Jersey

**2545 Chandler Avenue, Suite 4
Las Vegas, NV 89120
Telephone (702) 364-2200
Facsimile (702) 458-2100**

[2] Licensed in Florida
[7] Licensed in California and New York
[4] Licensed in Illinois and Florida
[3] Licensed in California, Arizona and New York
[12] Licensed Cuba
[10] Licensed Delaware
[8] Licensed in Nevada
[9] Licensed in New Jersey
[6] Licensed in California
[5] Licensed in Florida and New York
[11] Licensed in Florida and District of Columbia
[1] Licensed in Florida and Registered as a Foreign Lawyer in England and Wales

September 7, 2023

John Michael Cohan
GENIE INVESTMENTS NV
P.O. Box 60443
Jacksonville, Florida 32236

**RE:    GENIE INVESTMENTS NV, a Nevada Corporation**

With regard to GENIE INVESTMENTS NV, a Nevada Corporation having a business mailing address of P.O. Box 60443, Jacksonville, Florida 32236 (hereinafter the "Corporation") we have reviewed the following documents (referred to collectively as the "Documents"):

a)    the Statement executed by the Corporation's Director (the "Statement")

Further, we have examined the Certificate of Good Standing and all required entity documentation as necessary or appropriate to enable us to render the opinion hereinafter expressed. In such examination, we have assumed the genuineness of all signatures, the authenticity of all documents submitted to us as originals, the conformity to originals of all documents submitted to us as certified copies or photocopies and the authenticity of the originals of such latter documents.

On the basis of the preceding and such other investigations as we have deemed necessary, we are of the opinion that:

1.    The Borrower is a corporation duly organized, validly existing and in good standing under the laws of the State of Nevada, has all requisite power and authority to transact the business in which it is engaged.

2.    The Corporation has never been sued for any cause of action in any jurisdiction.

3.    The Corporation has never misappropriated any of its clients' funds. The Corporation has never lost any of its clients' funds.

4.    The Corporation has a history of closing loans. The Corporation closed its first loan on 27 January 2021 and has closed many more loans thereafter each year.

Please be advised that our Firm has no duty to notify you of any change with respect to the above-mentioned information. If you have any additional questions, please contact the Firm.


Sincerely,

*/s/ Joel Beck*

Spiegel & Utrera, P.A.
For the Firm