## EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|

Party Submitting:       **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:             **YES     or    NO        (circle one)**                    **128**

Chapter 11 Debtor:    **Genie Investments NV, Inc.**

Case No.             **3:24−bk−00496−BAJ**

Nature of Hearing:    **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:          **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

# ZOOMERAL

## Profile Choice  ⌄

- 🧑‍🦱 Free Promoter Signup
- 📇 Marketing Training & Materials  ⌄
- 👥 Parties You've Referred That Signed Up
- $🪙 ZOOMERAL Bucks Earned Commissions  ⌄
- 🎦 Promoter Sales Leads Program  ⌄
- $🪙 You Invite... We Email... You Earn  ⌄
- 🎥 How To Use This Dashboard
- 💬 Messages & Offers
- 🗝 Manage Your Avatar & Password
- ➡ Log Out

Today, March 17, 2024

 6

🔔

Your Unique User ID Is:        2617        Lea

# Your **Message** Center
It's All About Your Numbers



| MESSAGE | DATE | ATTACHMENT | |
|---|---|---|---|
| Lea,<br><br>As per your request, please see attached attorney update letter. Thank you. | 10/3/2023 | Borrower letter (DD fees + bridge loan interest)- Aug. 2023 (003)_4C9FEC58D3.pdf | Mark as read |
| Notice of Agreement Termination | 10/25/2023 | | Mark as read |

Lea,

Genie Investments hopes this message finds you well. As you may already be aware, Genie has recently encountered an unforeseen challenge with one of Genie's capital providers that is outside of Genie's control. Consequently, pursuant to section 13.7 of the agreement, your agreement with Genie Investments is hereby terminated, effective immediately. Please be advised that confidentiality, indemnification, non-disparagement and publicity clauses remain in full force and effect. Consider this communication as the official notice of the termination of your agreement with Genie Investments.

However, this setback does not close the doors for future collaborations. Genie invites you to apply for a new loan when the time is right for you. Should you choose to do so, Genie will take a fresh look at your business profile. Genie

| MESSAGE | DATE | ATTACHMENT |
|---|---|---|

recommends ensuring that all your information is up to date to facilitate a smooth application process. This incident does not indicate any permanent inability on Genie's part to service a loan for you in the future.

If you are entitled to a refund of your Interest Credit Account, rest assured you will be promptly informed of the expected refund date in a subsequent communication.

Furthermore, if you've incurred non-refundable Due Diligence and Bridge Interest charges and have not yet executed the Opt-In Agreement, Genie strongly urges you to seize this final opportunity to do so as Genie is in active negotiations with Genie's capital provider to resolve this matter. If you have executed and returned the Opt-In Agreement, there is nothing further you need to do.

Genie Investments deeply regrets any inconvenience this may cause and sincerely appreciates your understanding during this time. Your trust and business mean a great deal to Genie, and Genie hopes to serve you again in brighter circumstances.

Thank you for your continued support

| MESSAGE | DATE | ATTACHMENT | |
|---|---|---|---|
| and understanding.<br><br>Warm regards,<br><br>Genie Investments | | | |
| Lea,<br><br>Please see attached update.<br><br>Please provide Genie with some days and times you are available for a conference call next week to discuss your participation to recover your outstanding funds. Make sure to include your time zone.<br><br>Thank you,<br><br>Genie Investments | 2/9/2024 | Genie Update 02-24_E289B10914.pdf | Mark as read |
| Lea,<br><br>Please see attached settlement agreement. Genie will start receiving wires Monday 02/19/2024 9:00 am and the program's expiration date is Friday 02/23/2024 5:00 pm. This is an optional program that would put you at the front of the line when and if a settlement is reached. The agreements' Reward Schedule goes into further detail regarding the specifics of this program. When returning your executed agreement, make sure to upload a time-stamped copy of your wire receipt. Thank you for your business. | 2/16/2024 | Genie Settlement Agreement - Velanos Trial (02.16.24)_4.pdf | Mark as read |
| Your company strategy is absurd! You owe ME money but I have to sign off on this "Reward | 2/17/2024 | | |

| MESSAGE | DATE | ATTACHMENT | |
|---|---|---|---|
| Schedule"? Obtaining funds owned to me by you and your company is NOT a reward! Its a REFUND! RETURN MY MONEY! | | | |
| **Lea,** **Genie requested your availability to discuss the reasoning behind this agreement. If you would like to further understand the document, Genie will gladly host a conference call with you. Please provide some days and times you are available with your time zone if you are interested. Thank you.** | 2/20/2024 | | Mark as read |
| **Lea,** **Genie would like to provide you with the correct bank account number. The account number provided in the original settlement was provided in error. All other wiring details provided were correct. Please see corrected account number below. Genie is aware that some of you have already attempted to wire Genie. If you have already sent in a wire, it should have been returned to you by the bank. Your original wire confirmation date and time will be honored as long as you send a new wire and able to provide a receipt for both transactions. Genie apologies for any inconvenience and thanks you for your consideration.** | 2/20/2024 | | Mark as read |

