# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **132** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**CHASE for BUSINESS**®
Printed from Chase for Business

| | |
|---|---|
| **Sent** | Mar 18, 2024 2:14 PM |
| **From** | Online Banking |
| **Subject** | US Dollar Wire Transfers Inquiry JPM240216-007403, 209591695 |

We're writing regarding the wire transaction for Account XXXXXXXXXXXXX6852, dated 03/09/2023, in the amount of 45,000.00/USD. This transaction is identified under our Transaction Reference Number 3316563068ES .We are processing the investigation for this wire under JPM Case ID JPM240216-007403.

Please be advised that we cannot process your recall request as beneficiary's account was already closed. WE KINDLY RECOMMEND THAT YOU can always reach out and report the issue to YOUR local law enforcement or file a legal complaint. WE CLOSE OUR FILE.

UETR Ref 415fdd7e-7e66-4455-92b7-dae541d4e3d3
If you have any additional questions or wish for an update on the status, please respond to this message or call the Treasury Services Solution Center at 1-855-536-1269 referencing our JPM Case ID.

Representatives are available Monday through Friday, from 7:00 AM until 8:00 PM (EST).


Thank you for banking with Chase.

JPM Treasury Services.