# EXHIBIT COVER SHEET

  **Exhibit**

| | |
|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |
| Admitted: | **YES   or   NO   (circle one)**   **93** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |
| Case No. | **3:24−bk−00496−BAJ** |
| Nature of Hearing: | **Trial on** |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |
| | **Debtor's Response Thereto (Doc. No. 34)** |
| | **U.S. Trustee's Reply (Doc. No. 38)** |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated: _____, 2024.**

**By: _____, Deputy Clerk**

2/29/24

Rejoe Joy for Global Verse Holdings LLC

Against Mcmann Commercial Lending and Genie Investments

**Complaint:** Mcmann Lending took $7800 for a loan application that I never received a loan. Mcmann Instructed me to cover the 10% I could take a bridge loan for a fee of $50,000 plus 3 months at $15,000/mth for a total of $45,000, Genie Investments would cover the 10% thru the bridge loan.

They then over a year later and stall after stall, Mcmann said I could not receive a refund of my monies to them and I needed to contact Genie to try and get my money back. I then set demand notes via email and mail (letter returned undeliverable) and received a response from Mcmann stating Genie may be able to provide a 50% refund if I signed a document that states I may only receive up to 50% of my money back.

**Time Line:**

Oct 4, 2022, I was introduced to Larry Roche, from Crestview Mortgage, the broker in this deal, who then introduced me to Michael Lanza, with Mcmann Lending. I then filed the application and sent all my documents and $7,800 to Mcmann Lending.

Oct 7, 2022, received email from Sandra Colthurst, processing manager, that term sheet will be sent out soon.

October 11th received my term sheet for $10 million loan.

October 14th paid 'retention fee" to Genie for bridge loan for $50,000

October 15th, I originally applied for a $10 million dollar loan, then once they stated I needed to put 10% in I said I only have about $100,000, so we lowered the loan amount to 3.57 million.

October thru January after months of emails Michael Lanza, got updated paper work for the new loan amount of 3.57 million. Also then sent me instructions to prepay Genie the interest portion for the bridge loan.

January thru early October 2023 Michael kept saying the loan is about to be funded, then more delays and excuses.

October 16th, I sent them a demand letter via email and mail (returned due to not locating Mcmann), asking for a refund of all my costs totaling $102,800.

October 18th, I received a response from Sandra Colthirst with all parties copied, there is not refund for $7800 that went to Mcmann for due diligence, and I would need to contact Genie for the retention fee and interest. Attached to that was a "Refund Opt-in Agreement" stating that if I sign, I could get up to 50% of what I paid back. I was done with them after this and began contacting lawyers and groups to begin a process to get my money back.

These people have no conscious. I talk to them about my plan and they were that is a great idea and go forward and the loan would be here by no time. I began planning how to buy down most of my high interest rate real estate purchases with this loan, but now I am stuck with high rates and negative cashflow and in a terrible financial position because of these crooks. Please help in any way you can.

Thanks

*Rejoe Joy*

Rejoe Joy

Global Verse Holdings LLC

Chief Executive Manager

Cell#: 845-642-7566

Email: globalverseholdingsllc@gmail.com

Or rejoej@gmail.com