# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **95** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

## Domestic Transfer

Page 3 of 3

"By signing this document you understand that this funds transfer request is subject to Terms and Conditions stated below."
"Please refer to your Current Schedule of Service Charges and Fees to determine the appropriate wire fee for this transaction."

| Client Signature: | Branch Rep Signature: | Reference Number: |
|---|---|---|
|  |  | ▓▓▓▓▓4JWP |
|  |  | 10/14/2022    2.37 PM |

## Terms and Conditions
## Domestic and International Wire Transfer

Please read the following terms carefully because, where indicated below, the type of transaction you conduct may change the way the following terms apply to you. For purposes of these Terms and Conditions, a "Consumer International Transfer" is an electronic transfer of funds requested by an individual (non-corporate) sender, for personal, family or household purposes, to be received by designated recipient outside the United States of America.

1) **Documentation:**
   (a) *For Consumer International Transfers*, we will provide a pre-payment disclosure and a receipt. Alternatively, we may provide a combined disclosure with a proof of payment at the time of the transaction.
   (b) *For all other transfers*, we will not, unless otherwise agreed, send written advice of this payment order executed by us or issue any receipt or confirmation thereof other than as required by law for your affected account with us.

2) **Cancellation:**
   (a) *For Consumer International Transfers*, you have the right to cancel a transaction within 30 minutes of payment, as long as (i) the funds have not yet been picked up or deposited and (ii) you provide specified recipient contact information and enough information for us to identify the transaction.
   (b) *For all other transfers*, you shall have no absolute right to cancel or amend this payment order after we have received it from you. We shall, when possible make a reasonable effort to act on your request for cancellation or amendment of this payment order prior to the time we execute it, but we shall have no liability if such cancellation or amendment is not effected.

3) **Preventing Errors:**
   (a) *For all transfers except Consumer International Transfers*, you understand that banks routinely rely on account numbers in executing payment orders. Accordingly, if the name and account number of the named beneficiary on this payment order are different, we and all intermediary and beneficiary banks may rely upon the account number as the proper designation of the beneficiary and your payment of this payment order will remain final.
   (b) *For Consumer International Transfers*, you understand that banks routinely rely on account numbers in executing payment orders. Accordingly, you could lose the transfer amount if you provide us an incorrect account number or recipient institution identifier.

4) **Error Resolution:** You agree to promptly examine any confirmations of payment orders which we or other banks send or make available to you, and all periodic statements of the accounts affected by this payment order and to promptly notify us of any discrepancies between your records
   (a) *For Consumer International Transfers*, you may notify us of errors you believe occurred in your transfer no later than 180 days after the date we disclose to you that the transfer will be available to the recipient. We will determine whether an error occurred within 90 days after we receive your notice and we will correct any error promptly. We will tell you the results within three business days after completing our investigation.
   (b) *For all other transfers*: (1) If you fail to notify us within 30 days of your receipt of such confirmation or periodic statement, whichever is earlier, then you shall be entirely precluded from asserting the discrepancy or error against us, and we shall have no liability to you of any kind for the discrepancy or error; (2) In the event this payment order is not executed by us for any reason, we will refund to you the U.S. dollar amount of this payment order, less all of our wire and other costs and expenses associated with this payment order. Except for the payment of such refund, we shall not be liable to you for any loss or damage which you may suffer or incur by reason of this payment order not being executed by us.

5) **Liability:**
   (a) *For Consumer International Transfers*, you may notify us of errors you believe occurred in your transfer no later than 180 days after the date we disclose to you that the transfer will be available to the recipient. We will determine whether an error occurred within 90 days after we receive your notice and we will correct any error promptly.
   (b) *For all other transfers*, we shall be liable only for our own gross negligence or willful misconduct and shall not be responsible for (a) any loss or damage arising from or in connection with any error, failure or delay in execution of this payment order resulting from circumstances beyond our reasonable control including, but not limited to, any inoperability of communications facilities or (b) any loss or damage arising from or in connection with any inaccuracy, act or failure to act on the part of any person not within our reasonable control.
   (c) *For all transfers*, except as otherwise provided by applicable law, we shall not be liable for any consequential, incidental, special or indirect losses, damages (including dishonor of checks or other items), or expenses (including counsel fees) which you may incur or suffer by reason of this payment order or the services provided by us here under, whether or not the likelihood of such losses or damages was known by us.

6) **Payment System:** We may exercise our discretion in using any payment system appropriate to execute the payment orders.

7) **Governing Law:** This payment order shall be governed by the laws of the Commonwealth of Pennsylvania, including its Uniform Commercial Code Article and, if this payment order is executed utilizing the communications network of the Federal Reserve System, Subpart B of Regulation J of the Federal Reserve System. Terms used and undefined herein which are defined in the Uniform Commercial Code shall have the meanings set forth in the Uniform Commercial Code. This agreement shall also be governed by the rules and regulations of the Office of Foreign Asset Control (OFAC), and where applicable, Regulation E of the Bureau of Consumer Financial Protection. This payment order is also subject to the rules of any payment network or clearinghouse through which the payment order is

8) **Recordkeeping and Reporting:** You acknowledge that we may have certain legal recordkeeping and reporting requirements with respect to services to you hereunder. You consent to our disclosure to government authorities of information concerning this or any previous funds transfer which we believe to be appropriate or necessary to fulfill such legal requirements. You agree to cooperate fully with us to enable us to fulfill such requirements as may exist from time to time.

9) **Currency:** *For international funds transfers made by business customers*, in the event this payment order is an international payment order expressed in U.S. dollars, we may execute this payment order in U.S. dollars or we may, in our sole discretion, convert such U.S. dollars into the applicable foreign currency (at an exchange rate determined by us at the time of such conversion) before we execute this payment order.

10) **Delays:** In some instances, your transfer may not be completed until the business day after you request it, which could be the following Monday or later, depending on whether your request falls before a holiday weekend. If completion of your request would cause your account to be overdrawn, we reserve the right to cancel the transaction and notify you accordingly. We will not be liable for any consequential, incidental, special or indirect losses, damages (including dishonor of checks or other items), or expenses (including counsel fees) which you may incur or suffer by reason of this cancellation, whether or not the likelihood of

PNC Payment Systems



**Domestic Transfer**  Page 1 of 3

## Client Information

| | | |
|---|---|---|
| Individuals Name | : | REJOE JOY |
| Client Identification | : | ▉9234 |
| ID Type | : | State Driver's License |
| Client Phone | : | 8456427566 |
| Client Alt Phone | : | |
| Client Email Address | : | |
| Payment Initiated From | : | BRN |

Expiration : 09/12/2030
Extn :
Extn :

## Payment Instruction

| | | |
|---|---|---|
| Payment Amount | : | 50,000.00 |
| Send Date | : | 10/14/2022 |

Currency : USD

## Debit Information

| | | |
|---|---|---|
| Account Type | : | D-DDA |
| Account # | : | ▉2977 |
| Name | : | REJOE JOY |
| Address 1 | : | 1709 VINTAGE LN |
| Address 2 | : | |
| City | : | WYLIE |
| State | : | TX |
| Zip | : | 75098 |

## Beneficiary Information

| | | |
|---|---|---|
| Beneficiary | : | Not on Us |
| Account # | : | ▉8502 |
| Name | : | GENIE INVESTMENTS NV |
| Address 1 | : | 401 RYLAND STREET SUITE 200-A |
| Address 2 | : | |
| City | : | RENO |
| State | : | NV |
| Zip | : | 89502 |

# Performance Select Statement
PNC Bank

**PNC BANK**

Primary account number: ▮▮▮▮-42-2977
Page 1 of 3

**For the period** 09/23/2022 to 10/21/2022

Number of enclosures: 0

REJOE JOY

- For 24-hour banking, and transaction or interest rate information, sign-on to
- PNC Bank Online Banking at pnc.com

For customer service call 1-888-PNC-BANK
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at pnc.com

IMPORTANT ACCOUNT INFORMATION FOR VIRTUAL WALLET WITH PERFORMANCE SELECT
AND PERFORMANCE SELECT CHECKING CUSTOMERS

The information below amends certain information in our Virtual Wallet Features and Fees and our Consumer Schedule of Service Charges and Fees ('Schedule'). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective October 23, 2022, the following pricing changes will be in effect:

> There will no longer be a discount on the annual rental fee for Safe Deposit Boxes.
> The discount on select Checks and Deposit Tickets will be $10.00.
> Other financial institutions' ATM surcharge fees will be reimbursed up to $10.00 at the end of the statement period.

Effective July 2022, PNC expanded their ATM network by 41,000 across the United States. Refer to PNC.com for more details.

If you have any questions, please feel free to visit your local PNC Branch or Solution Center or call the Customer Care Center at 1-888-762-2265.



Rejoe Joy

## Performance Select
### Interest Checking Account Summary
**Account number:** ▮▮▮▮▮2977
**Overdraft Protection**   has not been established for this account.
   Please contact us if you would like to set up this service.
Overdraft Coverage
- Your account is currently Opted-Out.

## Balance Summary



| Beginning | Deposits and | Checks and other | Ending |
|---|---|---|---|
| | | balance | and... |

# Performance Select Statement



For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period 09/23/2022 to 10/21/2022

Account Number: ████-2977 - continued

## Transaction Summary

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 0 | 0 | 0 |

## Interest Summary

| Annual Percentage Yield (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this |

## Activity Detail

### Deposits and Other Additions

Date
09/...
10/...
10/...
10/21

### Checks and Substitute Checks

| Check number | Date Reference | Check Amount | Date paid | Reference number |
| 200█ | | | | |
| 204█ | | | | |

### Online and Electronic Banking Deductions

| Date | Amount | Description |
|---|---|---|
| 09/26 | 3█ | |
| 09/26 | 1█ | |
| 09/28 | | |
| 09/30 | | |
| 10/03 | 3█ | Nationstar DBA XXXXXX9740 |
| 10/03 | 7,800.00 | Wire Transfer Out 22A3I3741Jxq5Slm |
| 10/04 | | |
| 10/12 | | |

Online and Electronic Banking Deductions continued on next page

# Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

Account Number: ____2977 - continued

For the period 09/23/2022 to 10/21/2022
Primary account number: 8____2977
Page 3 of 3

## Online and Electronic Banking Deductions — continued

| Date | Amount | Description |
|---|---|---|
| 10/14 | 50,000.00 | Wire Transfer Out 22Aei3742Rlu4Jwp |
| 10/18 | | |

## Other Deductions

There was 1 Other Deduction totaling $300.00

Date
10/1

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|



Member FDIC    Equal Housing Lender