# **EXHIBIT COVER SHEET**

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES     or     NO       (circle one)** | **96** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**



**Rejoe Joy** <globalverseholdingsllc@gmail.com>  Thu, Nov 24, 2022, 2:42 PM
to Michael, Larry

All,
I am a cash poor entrepreneur, I don't have cash to put up for the 6 million dollar line of credit. I had no idea that I would need so much cash on top of all the fees once the loan is closed. Please revise the loan agreements to 1.6 million. You have 50k for the bridge loan that will now not be needed. Let's allocate that to the 10% down. I just don't have additional funds to pay interest for the bridge loan. I will then put an additional 110k to total up to 10%. I have attached the updated financials and executive summary for the updated loan of $1.6 million. I appreciate everyone's efforts to get me through to the finish line. Once this loan closes I can then revisit the next loan at a larger amount. I will be back in town December 28th after 12pm cst if we need to talk.
Thanks
Rejoe

**2 Attachments** • Scanned by Gmail