# EXHIBIT COVER SHEET

                                                                                                                                    **Exhibit**

Party Submitting:     **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:     **YES    or    NO    (circle one)**                       **99**

Chapter 11 Debtor:     **Genie Investments NV, Inc.**

Case No.     **3:24−bk−00496−BAJ**

Nature of Hearing:     **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:     **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court
Middle District of Florida**

**Dated: _____, 2024.**

**By: _____, Deputy Clerk**

# CHASE for BUSINESS

Printed from Chase for Business

 **We've scheduled your wire.**

Please print and save this page for your records.

## Account details

| | |
|---:|:---|
| Wire to | Genie Investments NV (...2222) |
| Wire from | BUS COMPLETE CHK (...3239) |
| Wire status | Pending |
| Transaction number |  |

## Sender information

| | |
|---:|:---|
| Wire date | Feb 10, 2023 |
| Wire amount | $45,000.00 USD (U.S. Dollars) |
| Outgoing wire transfer fee | $25.00 USD (U.S. Dollars) |
| Total | **$45,025.00 USD (U.S. Dollars)** |

Your account activity will show separate charges for wire amount and wire transfer fee.

## Additional information

| | |
|---:|:---|
| Message to recipient bank | Bridge Loan Interest pmt for 1.5 percent of 3575000 loan |

| | |
|---|---|
| Message to recipient | Bridge Loan Interest pmt for 1.5 percent of 3575000 loan |
| Memo | Bridge Loan Interest pmt for 1.5 percent of 3575000 loan |

JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2023 through February 28, 2023

Account Number: 23239

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00282122 DRE 201 219 06023 NNNNNNNNNNN 1 000000000 64 0000
GLOBAL VERSE HOLDINGS LLC
30 N GOULD ST STE 4000
SHERIDAN WY 82801-6317



## We're changing how we charge fees for ACH Payment Services

On March 1, 2023 we'll remove the $25 ACH Payments Monthly Fee, and you'll only pay when you use the services.

Here's how the fees will change:

**Starting March 1:**
No monthly fee for ACH Payment Services

**For standard ACH Payments - Transaction fees will change to:**
First 10 payments each month: $2.50 each
After that, each payment costs $0.15 each

Transaction fees for Real Time Payments and Same Day ACH will not change.

If you have questions, please call the number on this statement. We appreciate your business.

## CHECKING SUMMARY | Chase Business Complete Checking



| | INSTANCES | AMOUNT |
|---|---|---|

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.

Page 1 of 4



February 01, 2023 through February 28, 2023

Account Number: ████████123239

### How to Avoid the Monthly Service Fee (MSF)
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- **$2,000 Minimum Daily Ending Balance**: Your lowest daily ending balance was $2,500.00.
- **$2,000 Chase Payment Solutions℠ Activity**: $0.00 was deposited into this account.
- **$2,000 Chase Ink® Business Card Activity**: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/■ | ████████ | ████ |

**Total Deposits and Additions**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|

**Total Checks Paid**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/10 | 02/10 Online Domestic Wire Transfer A/C: Genie Investments NV Reno NV 89502-1643 US Ref: Bridge Loan Interest Pmt For 1.5 Percent of 3575000 Loan/Bnf/Bridge Lo An Interest Pmt For 1.5 Percent of 3575000 Loan Trn: 3078023041Es | $45,000.00 |

**Total Electronic Withdrawals**     $45,000.00

## OTHER WITHDRAWALS



## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/10 | Online Domestic Wire Fee | $25.00 |

**Total Fees**     $25.00



February 01, 2023 through February 28, 2023

Account Number: ~~~~~~~~3239

## DAILY ENDING BALANCE



DATE | AMOUNT
02/~~
02/1~
02/2~

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC





February 01, 2023 through February 28, 2023

Account Number: ███████23239

This Page Intentionally Left Blank