# EXHIBIT COVER SHEET

                                                                                                      **Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or   NO      (circle one)** | **35** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____**, 2024.**

**By:** _____**, Deputy Clerk**

| | |
|---|---|
| **From:** | Charles Stringer |
| **To:** | Michael Lanza |
| **Subject:** | Fwd: notarized loan docs |
| **Date:** | Monday, February 13, 2023 5:06:05 PM |
| **Attachments:** | Image_105.pdf |

IN WITNESS WHEREOF, the parties have caused this Agreement to be duly executed and delivered by their respective officers thereunto duly authorized as of the date first above written.

**LOC Lender:** Genie Investments

By: *Genie Investments*

**Debtor:** Nutra-Acres, LLC

By: *Charles Blake Stringer*
Name: Charles Blake Stringer
Title: Managing Member 100% Owner

**SUBSCRIBED AND SWORN TO BEFORE ME** on this 13th day of February, 2023.

*Sherry Stover*
NOTARY PUBLIC
In and for the State of Texas

SHERRY STOVER
Notary Public, State of Texas
Comm. Expires 07-13-2025
Notary ID 12695636-5

My Commission Expires:

07-13-2025

Initials: CBS