# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **38** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court
Middle District of Florida**

**Dated:** _____**, 2024.**

**By:** _____**, Deputy Clerk**

| | |
|---|---|
| **From:** | Charles Stringer |
| **To:** | Christy Gromowsky |
| **Subject:** | Fwd: CERTIFIED LEGAL NOTICE |
| **Date:** | Monday, September 11, 2023 10:46:41 AM |
| **Attachments:** | McMann-Genie ltr 05.26.23.pdf |

---------- Forwarded message ---------
From: **Charles Stringer** <cbs.llc2019@gmail.com>
Date: Sat, May 27, 2023 at 9:05 AM
Subject: Fwd: CERTIFIED LEGAL NOTICE
To: <scott@warren.law>, <troberson@forsheyprostok.com>

Good afternoon.

On behalf of Mr. Prostok, attached is correspondence with respect to the above-referenced matter.

Thank you.

Teresa

**Teresa Roberson**   | **FORSHEYPROSTOK**LLP

Legal Assistant      | **P** 817.877.8855  | **F**817.877.4151

**777 Main Street, Suite 1550 | Fort Worth, TX 76102**

troberson@forsheyprostok.com



Jeff Prostok*
Direct Dial No. (817) 877-4223
E-mail: jprostok@forsheyprostok.com
Fort Worth Office

*Board Certified Business Bankruptcy
Texas Board of Legal Specialization

May 26, 2023

McMann Commercial Lending
Attn: Walt Trock, Managing Partner
205 N. Michigan Ave.
Chicago, IL 60601

*Via FedEx*
*Also Via Email:*
walt.trock@mcmanncommerciallending.com
*Also Via Fax: 224.328.6440*

Genie Investments
Attn:  David Hughes
       Caleb Davis
       John M. Cohan
       Michael Connor
P.O. Box 60443
Jacksonville, FL 32236

*Via Email*
david@zoomeral.com
dhughes@genieinvestments.com
*Certified Mail, Return Receipt Requested*

Re:     Charles Blake Stringer dba Nutra-Acres LLC

Dear Messrs. Trock and Hughes:

My firm represents Charles Blake Stringer dba Nutra-Acres LLC ("Stringer"). As you are aware, Stringer entered into (i) a Bridge Loan Agreement effective as of February 7, 2023 pursuant to which Genie Investments ("Genie") agreed to provide a bridge loan in the amount of $2.4 million (the "Bridge Loan"), and (ii) a Business Extension Line of Credit Agreement executed as of February 13, 2023 pursuant to which McMann Commercial Lending LLC ("McMann") agreed to provide a loan in the amount of $24 million (the "BELOC Loan"). Stringer worked with McMann in obtaining approval for both the Bridge Loan and the BELOC Loan. The primary purpose of the Bridge Loan and BELOC Loan was to refinance existing debt secured by approximately $30 million of farmland and other property owned by Stringer (the "Collateral").

As of February 13, 2023, Stringer had paid $360,000 (the "Pre-Paid Interest Payment") to Genie in accordance with the loan documents, as acknowledged in Mr. Trock's letter to Stringer dated February 24, 2023. Another bridge loan in the amount of $5 million has yet to fund despite representations made to Stringer on multiple occasions that such loan was to be funded by now. Likewise, the first tranche of the BELOC Loan has yet to fund despite McMann being obligated to fund the first tranche within 75 calendar days of receipt of the Pre-Paid Interest Payment. To date, McMann's and Genie's actions indicate that they have defrauded Stringer with respect to the Pre-Paid Interest Payment.

---

**FORSHEY PROSTOK**, LLP

500 Crescent Court, Suite 240
Dallas, Texas 75201
Ph 214-716-2100
Fax 817-877-4151

777 Main Street, Suite 1550
Fort Worth, Texas 76102
Ph 817-877-8855
Fax 817-877-4151

1990 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Ph 832-536-6910
Fax 832-310-1172

May 26, 2023
Page 2

Stringer's requests for explanations for the delays in funding of the loans and other information regarding the status of these loans have been effectively ignored. Only vague responses have been provided. For example, Mr. Trock's letter dated May 4, 2023 to Stringer states that "compliance concerns" has delayed the "international source of funding" for the BELOC Loan. No concrete or otherwise meaningful information has been provided in response to Stringer's requests for information. Furthermore, McMann and Genie have failed to provide any justification for their defaults and failure to fulfill their contractual obligations to Stringer.

As a result of the unexcused delays and breaches of the loan agreements, the current first lienholder has posted the Collateral for a June 6, 2023 foreclosure sale. Unless McMann and Genie immediately provide funding under the loans to refinance the existing debts secured by the Collateral, Stringer will initiate a bankruptcy proceeding in Texas.

In a bankruptcy proceeding, Stringer will pursue any and all claims against McMann, Genie, and any individuals associated therewith responsible for the damages already suffered and to be suffered by Stringer. This would include, but is not limited to, claims to recover (i) the Pre-Paid Interest Payment, (ii) the significant attorney's fees and other costs that will be occasioned by the bankruptcy proceeding, and (iii) any equity in the Collateral that is lost by Stringer in the event that one of the existing lienholders is permitted to foreclose on any of the Collateral.

Stringer hereby requests that McMann and Genie, by no later than May 31, 2023, provide written communications to me fully explaining the status of the loans, the exact and detailed reasons why the loans have not been funded to date as required under the loan documents, identifying the amounts and locations of any funding that has been received and is being held, and identifying the date by which the loans will be funded. Your immediate attention to this matter is appreciated.

Sincerely yours,

*Jeff Prostok* (with permission)

Jeff Prostok

CC:   Charles Blake Stringer

Robert S. Strauss
SWK Attorneys at Law
500 Skokie Boulevard, Suite 600
Northbrook, IL 60062
*(via First Class Mail and via email: rstrauss@swkattorneys.com)*