# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **42** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____, 2024.

**By:** _____, Deputy Clerk

| | |
|---|---|
| From: | Charles Stringer |
| To: | Charles Stringer |
| Subject: | Fwd: FW: [EXTERNAL SENDER] SAR report / wire return request |
| Date: | Thursday, November 16, 2023 12:52:09 PM |
| Attachments: | image001.png |
| | 509450 $245,000.00 3-22-23.pdf |
| | 509450 $245,000.00 3-22-23 (2).pdf |

---------- Forwarded message ---------
From: **Nathan Crawford** <ncrawford@happybank.com>
Date: Mon, Jul 17, 2023 at 9:50 AM
Subject: FW: [EXTERNAL SENDER] SAR report / wire return request
To: Charles Stringer <cbs.llc2019@gmail.com>

Mr. Stringer,

Unfortunately, the wire recall was not successful. I apologize and wish we could do more. I have attached the documentation for your records and please let me know if I can do anything else.

Thank you,

Nathan Crawford, MBA

Fraud Investigator

  

This e-mail and any files transmitted with it are the property of Centennial Bank and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipient(s) or otherwise have

reason to believe that you have received this message in error, please notify the sender at **(501-328-4731)** and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

---

**From:** Travis Soto <tsoto@happybank.com>
**Sent:** Monday, July 17, 2023 9:48 AM
**To:** CEN-Fraud Department <CEN-FraudDepartment@my100bank.com>
**Cc:** FDSI-Wire Department <FDSI-WireDepartment@my100bank.com>
**Subject:** RE: [EXTERNAL SENDER] SAR report / wire return request

Good morning,

Please be advised we received message that the beneficiary has denied debit authorization and to have remitter contact beneficiary directly.

I have attached the messages.

Thank you

---

**From:** CEN-Fraud Department <CEN-FraudDepartment@my100bank.com>
**Sent:** Thursday, July 13, 2023 4:14 PM
**To:** FDSI-Wire Department <FDSI-WireDepartment@my100bank.com>
**Cc:** CEN-Fraud Department <CEN-FraudDepartment@my100bank.com>
**Subject:** FW: [EXTERNAL SENDER] SAR report / wire return request

FYI, regarding the request I just sent. Thanks.

Nathan Crawford, MBA

Fraud Investigator



This e-mail and any files transmitted with it are the property of Centennial Bank and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender at (501-328-4731) and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**From:** Charles Stringer <cbs.llc2019@gmail.com>
**Sent:** Thursday, July 13, 2023 4:08 PM
**To:** Nathan Crawford <ncrawford@happybank.com>
**Subject:** [EXTERNAL SENDER] SAR report / wire return request

Nathan,

Thank you for your time today. I do appreciate this.

I want to make an official request for a wire return funds request, due to fraudulent activity of the account recipient.

My wire in the amount of $245,000 was sent on March 22, 2023.

The wire was sent out of my corporate account titled Stringer Farms Inc. ending in the number **9450.

As we spoke about earlier today I have made an additional request of the same activities with Amarillo National Bank. With the additional amount of $115,000.

I have made multiple filings with different agencies, including the FBI, CFPB, consumer fraud protection bureau, SEC, the Attorney General in 2 states and others. Attorney here in Amarello with his firm Mr. John Lovell, and he has been following up and will be following

up with documents to go forward with a lawsuit against these fraudulent lenders.

If you need anything else, please let me know, and again, thank you for your help today.

Blake Stringer

CBS farms

Stringer Farms Inc.

Nutra-acres LLC

806 676 4888

| User: TSOTO | eGIFTS | Monday, 17-JUL-2023 09:44:56 |
|---|---|---|

`CLOSE WINDOW`

**Report Name:** INCOMING SERVICE MESSAGE **Report Date:** 17-JUL-2023  **Reviewed/Printed by:** TSOTO on 17-JUL-2023 09:44:54

```
===============================================================================
XFT811  {1100}30P S{1110}07162102FT03{1120}20230717MMQFMPH300000407162102FT03{1510}1090{1520}20230717B1QGC03C000433{2000}000024500000{3100}02?        JPMORGAN CHASE*{3?
{3400}         CENTENNIAL BANK*
{3600}SVC{9000}AS BENEFICIARY HAS DENIED DEBITAUTH*ORITY. PLEASE HAVE REMITTER CONTACT* BENEFICIARY DIRECTLY. NO INDEMNITY* INTENDED. PLEASE AVOID DUPLICATION*S. 
7E68-4462-9E98*-872F25783F05 . (2/2) END OF MESSAG*E REGARDS, JPMORGAN OUR REF JPM2307*13-010903 GLBL SOL CNTR (866) 223-0*359*

===============================================================================
TITLE - INCOMING SERVICE MESSAGE
{1100}
   FORMAT_VERSION=30
   TEST_PRODUCTION_CODE=P
   MSG_DUPLICATION_CODE=
   MSG_STATUS_IND=S
{1110}
   ACCEPTANCE_DATE=0716
   ACCEPTANCE_TIME=2102
   ACCEPTANCE_APPL_ID=FT03
{1120}
   OUTPUT_CYCLE_DATE=20230717
   OUTPUT_DESTINATION_ID=MMQFMPH3
   OUTPUT_SEQUENCE_NUMBER=000004
   OUTPUT_DATE=0716
   OUTPUT_TIME=2102
   OUTPUT_FRB_APPL_ID=FT03
{1510}
   TYPE_CODE=10
   SUBTYPE_CODE=90
{1520}
   INPUT_CYCLE_DATE=17-07-2023
   INPUT_SOURCE=B1QGC03C
   INPUT_SEQUENCE_NUMBER=000433
{2000}
   AMOUNT=245,000.00
{3100}
   SENDER_DI_NUMBER=
   SENDER_SHORT_NAME=JPMORGAN CHASE
{3320}
   SENDER_REFERENCE=6691800197HH
{3400}
   RECEIVER_DI_NUMBER=
   RECEIVER_SHORT_NAME=CENTENNIAL BANK
{3600}
   BUSINESS_FUNCTION_CODE=SVC
   BUSINESS_FUNCTION_CODE_ADDITION=
{9000}
   FREE_TEXT_INFO_LINE1=AS BENEFICIARY HAS DENIED DEBITAUTH
   FREE_TEXT_INFO_ADDITIONAL_LINE=ORITY. PLEASE HAVE REMITTER CONTACT
   FREE_TEXT_INFO_ADDITIONAL_LINE_2=
   FREE_TEXT_INFO_ADDITIONAL_LINE_3=
   FREE_TEXT_INFO_ADDITIONAL_LINE_4=
   FREE_TEXT_INFO_ADDITIONAL_LINE_5=
   FREE_TEXT_INFO_ADDITIONAL_LINE_6=
   FREE_TEXT_INFO_ADDITIONAL_LINE_7=
   FREE_TEXT_INFO_ADDITIONAL_LINE_8=
   FREE_TEXT_INFO_ADDITIONAL_LINE_9=
   FREE_TEXT_INFO_ADDITIONAL_LINE_10=
   FREE_TEXT_INFO_ADDITIONAL_LINE_11=
   FREE_TEXT_INFO_ADDITIONAL_LINE= BENEFICIARY DIRECTLY. NO INDEMNITY
   FREE_TEXT_INFO_ADDITIONAL_LINE= INTENDED. PLEASE AVOID DUPLICATION
   FREE_TEXT_INFO_ADDITIONAL_LINE=S. UETR REF DD1D2D6E-7E68-4462-9E98
   FREE_TEXT_INFO_ADDITIONAL_LINE=-872F25783F05 . (2/2) END OF MESSAG
   FREE_TEXT_INFO_ADDITIONAL_LINE=E REGARDS, JPMORGAN OUR REF JPM2307
   FREE_TEXT_INFO_ADDITIONAL_LINE=13-010903 GLBL SOL CNTR (866) 223-0
   FREE_TEXT_INFO_ADDITIONAL_LINE=359

===============================================================================
```

User: TSOTO      eGIFTS      Monday, 17-JUL-2023 09:44:28

[CLOSE WINDOW]

**Report Name:** INCOMING SERVICE MESSAGE    **Report Date:** 17-JUL-2023    Reviewed/Printed by: TSOTO on 17-JUL-2023 09:44:25

================================================================================
XFT811 {1100}30P S{1110}07162102FT03{1120}20230717MMQFMPH300000307162102FT03{1510}1090{1520}20230717B1QGC02C000464{2000}000024500000{3100▇▇▇▇▇▇▇▇JPMORGAN CHASE*{3▇{3600}SVC{9000}ATTENTION INVESTIGATIONS PLEASE REF*ER TO YOUR MESSAGE DATED 07/13/2023* AND REFERENCE 202307130007239 REGA*RDING YOUR FED IMAD 0322MMQFMPH3000
(*1/2) OF MSG. TO BE CONTD. REGARDS,*JPMORGAN OUR REF JPM230713-010903 G*LBL SOL CNTR (866) 223-0359*

================================================================================
TITLE - INCOMING SERVICE MESSAGE
{1100}
   FORMAT_VERSION=30
   TEST_PRODUCTION_CODE=P
   MSG_DUPLICATION_CODE=
   MSG_STATUS_IND=S
{1110}
   ACCEPTANCE_DATE=0716
   ACCEPTANCE_TIME=2102
   ACCEPTANCE_APPL_ID=FT03
{1120}
   OUTPUT_CYCLE_DATE=20230717
   OUTPUT_DESTINATION_ID=MMQFMPH3
   OUTPUT_SEQUENCE_NUMBER=000003
   OUTPUT_DATE=0716
   OUTPUT_TIME=2102
   OUTPUT_FRB_APPL_ID=FT03
{1510}
   TYPE_CODE=10
   SUBTYPE_CODE=90
{1520}
   INPUT_CYCLE_DATE=17-07-2023
   INPUT_SOURCE=B1QGC02C
   INPUT_SEQUENCE_NUMBER=000464
{2000}
   AMOUNT=245,000.00
{3100}
   SENDER_DI_NUMBER=▇▇▇▇▇▇▇▇
   SENDER_SHORT_NAME=JPMORGAN CHASE
{3320}
   SENDER_REFERENCE=6691700197HH
{3400}
   RECEIVER_DI_NUMBER=▇▇▇▇▇▇▇▇
   RECEIVER_SHORT_NAME=CENTENNIAL BANK
{3600}
   BUSINESS_FUNCTION_CODE=SVC
   BUSINESS_FUNCTION_CODE_ADDITION=
{9000}
   FREE_TEXT_INFO_LINE1=ATTENTION INVESTIGATIONS PLEASE REF
   FREE_TEXT_INFO_ADDITIONAL_LINE=ER TO YOUR MESSAGE DATED 07/13/2023
   FREE_TEXT_INFO_ADDITIONAL_LINE_2=
   FREE_TEXT_INFO_ADDITIONAL_LINE_3=
   FREE_TEXT_INFO_ADDITIONAL_LINE_4=
   FREE_TEXT_INFO_ADDITIONAL_LINE_5=
   FREE_TEXT_INFO_ADDITIONAL_LINE_6=
   FREE_TEXT_INFO_ADDITIONAL_LINE_7=
   FREE_TEXT_INFO_ADDITIONAL_LINE_8=
   FREE_TEXT_INFO_ADDITIONAL_LINE_9=
   FREE_TEXT_INFO_ADDITIONAL_LINE_10=
   FREE_TEXT_INFO_ADDITIONAL_LINE_11=
   FREE_TEXT_INFO_ADDITIONAL_LINE= AND REFERENCE 202307130007239 REGA
   FREE_TEXT_INFO_ADDITIONAL_LINE=RDING YOUR FED IMAD 0322MMQFMPH3000
   FREE_TEXT_INFO_ADDITIONAL_LINE=268 FOR 245,000.00/USD DATED 03/22/
   FREE_TEXT_INFO_ADDITIONAL_LINE=2023 PLEASE NOTE WE ARE UNABLE TO C
   FREE_TEXT_INFO_ADDITIONAL_LINE=OMPLY WITH YOUR RECALL REQUEST ...(
   FREE_TEXT_INFO_ADDITIONAL_LINE=1/2) OF MSG. TO BE CONTD. REGARDS,
   FREE_TEXT_INFO_ADDITIONAL_LINE=JPMORGAN OUR REF JPM230713-010903 G
   FREE_TEXT_INFO_ADDITIONAL_LINE=LBL SOL CNTR (866) 223-0359

================================================================================