# EXHIBIT COVER SHEET

                                        **Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **44** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:**_____**, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Genie Investments |
| **Subject:** | Subject: Confirmation of Receipt: Update on Due Diligence & Bridge Interest Payments |
| **Date:** | Monday, October 2, 2023 8:57:28 PM |
| **Attachments:** | image001.png |

Dear Genie Investments Customer,

Genie Investments trusts this email finds you well. Genie is reaching out to confirm whether you've received the recent update from Genie Investments' legal team concerning Genie's due diligence and bridge interest payments associated with your account.

While Genie's standard agreement classifies these bridge interest payments as non-refundable, Genie recognizes the challenges posed by the unforeseen delay on the part of Genie's capital provider. As a gesture of goodwill and commitment to Genie's customers, Genie Investments has decided to treat these payments as refundable in the event of any settlement or judgment with Genie's capital provider. Some of you are on the refund list and some of you are not. If you are not, Genie needs to hear back from you.

Genie's primary aim is to ensure transparency and uphold the trust you have placed in Genie Investments. Please let Genie know if you have received the related documents and whether there are any questions or concerns Genie can assist with. Your satisfaction and understanding remain Genie's utmost priority.

Thank you for your patience and continued relationship with Genie Investments. Genie values and appreciates your business.

Sincerely,



A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity. DISCLAIMER: Sender (jmcohan@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710    AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see:

http://www.ftc.gov/privacy/glbact/glbsub1.htm

PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.

This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and education.nal purposes only and does not provide investment advice.