# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **50** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____, 2024.

**By:** _____, Deputy Clerk

| | |
|---|---|
| **From:** | englishju@adr.org |
| **To:** | attorneyriordan@amerilawyer.com; attorneyhouda@amerilawyer.com; cbsllc2019@gmail.com |
| **Subject:** | Genie Investments v. Nutra-Acres LLC - Case 01-23-0005-0483 |
| **Date:** | Thursday, November 9, 2023 7:45:10 AM |
| **Attachments:** | image2e2090.PNG |
| | imagedfa4bd.PNG |
| | 2023-11-08 INTAKE AAA Not Named Request Submission.pdf |

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



**Julie English**
**Case Filing Specialist**

American Arbitration Association
International Centre for Dispute Resolution
T: 856 281 1705 ext 2705  F: 877 304 8457  E: EnglishJu@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
adr.org  |  icdr.org  |  aaamediation.org



*Please note during the week of November 20 (Thanksgiving Week 2023), the AAA will operate with a reduced staff as we look to provide time for the AAA team to disconnect and recharge. To ensure continuity of service, a dedicated team will be available to provide emergency, deadline-driven services as needed. Thank you, and we wish you a joyful Thanksgiving Holiday among friends and family.*

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.



1101 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856)435-6401

November 8, 2023

Michael Faragalla, Esq.
Spiegel & Utrera PA
9 E Loockerman Street
Suite 202
Dover, DE 19901
Via Email to: Attornyfaragalla@amerilawyer.com

Charles Stringer
130 North Dumas Avenue
Dumas, TX Dumas
Via Email to: cbsllc2019@gmail.com

Case Number: 01-23-0005-0483

Genie Investments
-vs-
Nutra-Acres LLC

Dear Parties:

This will acknowledge of claimant's demand for arbitration. We understand a copy was sent to the respondent as required by the rules.

We note your contract does not designate the American Arbitration Association as the administering agency. The AAA is of course willing to provide its administrative services in this matter and requests that the parties sign and return this letter to the undersigned, agreeing to utilize the AAA as the alternative dispute resolution provider for this dispute under the **Commercial Arbitration Rule**s. The letter may be signed in counterparts and electronic submission is acceptable. In the alternative, the parties may send confirmation by email that they agree to AAA administration of this matter.

Unfortunately, if we do not receive the parties' submission on or before **November 16th 2023**, we may administratively close the file. Please note that if AAA closes the file due to claimant's failure to cure the filing deficiency, the AAA will retain a $500 deficient filing fee and refund the remainder of fees received. If the filing deficiency is cured, the deficient filing fee will not be assessed. If you need additional time to respond, please email me to request an extension.

No answering statement or counterclaim is due at this time because the filing requirements have not been met. Upon cure of the filing deficiency, a case manager will notify the parties of the response deadlines.

If you have any questions, please feel free to contact me. Thank you for choosing the American Arbitration Association for your dispute resolution needs.

Sincerely,

/s/

Julie English
Case Filing Specialist
Email: englishju@adr.org

Fax: (877)304-8457

By signing below, I authorize AAA to administer this dispute under the **Commercial Arbitration Rule**.

_____          _____
Claimant or Claimant's Representative      Date          Respondent or Respondent's Representative      Date