## EXHIBIT COVER SHEET

**Exhibit**

Party Submitting:    **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:    **YES    or    NO    (circle one)**    **52**

Chapter 11 Debtor:    **Genie Investments NV, Inc.**

Case No.    **3:24−bk−00496−BAJ**

Nature of Hearing:    **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:    **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | englishju@adr.org |
| **To:** | attorneyriordan@amerilawyer.com; attorneyhouda@amerilawyer.com; cbsllc2019@gmail.com |
| **Subject:** | Genie Investments v. Nutra-Acres LLC - Case 01-23-0005-0483 |
| **Date:** | Monday, November 13, 2023 2:32:13 PM |
| **Attachments:** | image39f461.PNG |
| | image7e2b89.PNG |
| | 2023-11-13 INTAKE Closing Letter.pdf |

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



**Julie English**
**Case Filing Specialist**

American Arbitration Association
International Centre for Dispute Resolution
T: 856 281 1705 ext 2705  F: 877 304 8457  E:
EnglishJu@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
adr.org  |  icdr.org  |  aaamediation.org



*Please note during the week of November 20 (Thanksgiving Week 2023), the AAA will operate with a reduced staff as we look to provide time for the AAA team to disconnect and recharge. To ensure continuity of service, a dedicated team will be available to provide emergency, deadline-driven services as needed. Thank you, and we wish you a joyful Thanksgiving Holiday among friends and family.*

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.



1101 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856)435-6401

November 13, 2023

Michael Faragalla, Esq.
Spiegel & Utrera PA
9 E Loockerman Street
Suite 202
Dover, DE 19901
Via Email to: Attornyfaragalla@amerilawyer.com

Charles Stringer
130 North Dumas Avenue
Dumas, TX Dumas
Via Email to: cbsllc2019@gmail.com

Case Number: 01-23-0005-0483

Genie Investments
-vs-
Nutra-Acres LLC

Dear Parties:

On November 9th 2023, claimant was notified that the filing requirements for the above matter have not been met. The filing deficiency has not been cured. Accordingly, we have administratively closed our file.

The AAA will return the filing fees to the filing party less the deficient filing fee in the amount of $500.

In the future should you decide to resubmit this matter, please provide all the requisite information along with the appropriate filing fee.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

Please email the undersigned with any questions, including any questions about AAA's filing requirements.

Sincerely,

/s/

Julie English
Case Filing Specialist
Email: englishju@adr.org
Fax: (877)304-8457

*Supervisor Information: James Daubert, daubertj@adr.org*

cc:
Courtney Riordan