**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                          Case No.: 3:24-bk-00496-BAJ
                                                Chapter 11
GENIE INVESTMENTS NV, INC.
              Debtor(s).

**DEBTOR'S EXHIBIT LIST**

| Ex. No. | Date Identified | Date Admitted | By Whom | Description |
|---------|-----------------|---------------|---------|-------------|
| 1 | 4/9/2024 | | Debtor | 2634 – Kristin Stegent |
| 2 | 4/9/2024 | | Debtor | 2617 – Lea Muse |
| 3 | 4/9/2024 | | Debtor | 2791 – Blake Stringer |
| 4 | 4/9/2024 | | Debtor | 2633 – Kim Nash |
| 5 | 4/9/2024 | | | 2521 – Rejoe Joy |
| 6 | 4/9/2024 | | | 2678 – Christopher Lovett |
| 7 | 4/9/2024 | | | 2482 – Nicolas Virthe |
| 8 | 4/9/2024 | | | 2641 – Lisa Butkiewicz |
| 9 | 4/9/2024 | | Debtor | Rebuttal Exhibits |
| 10 | 4/9/2024 | | Debtor | Any Exhibit introduced by United States Trustee |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1

docs\bankrupt\forms\exhibit.lst