**EXHIBIT IDENTIFICATION TAG**

**Debtor's Exhibit No. _2__**


Debtor(s): Genie Investments NV, Inc.
Case No.: 3:24-bk-00496-BAJ

**Plaintiff(s)**:

**Defendants**:
**Adv. Pro. No.**:

**Filed for Identification**: April 9, 2024

**Admitted in Evidence**:

**Date:**  April 9, 2024

**Nature of Proceeding**:  Trial on Trustee Appointment Motion

**United States Bankruptcy Court for the Middle District of Florida**


By:_____, Clerk

# GENIE INVESTMENTS

| Date | User ID | Bridge Interest | Bridge Amount | Account |
|------|---------|-----------------|---------------|---------|
| 12/16/2022 | 2617 | $45,000 | $300,000 | Morgan Stanley |

## BRIDGE LOAN AGREEMENT

This Bridge Loan Agreement (this "**Agreement**") is made and entered into as of February 3, 2023 (the "**Effective Date**"), between GENIE INVESTMENTS (the "**Lender**"), and Belle Maison Realty, LLC ("**Borrower**").

## ARTICLE I
## DEFINITIONS AND INTERPRETATIONS

**Section 1.01**        **Definitions.**

**"Affiliate"** as to any Person, means any other Person that, directly or indirectly through one or more intermediaries, is in control of, is controlled by, or is under common control with, such Person. For purposes of this definition, "control" of a Person means the power, directly or indirectly, either to (a) vote 10% or more of the securities having ordinary voting power for the election of directors (or persons performing similar functions) of such Person or (b) direct or cause the direction of the management and policies of such Person, whether by contract or otherwise.

**"Business Day"** means (a) for all purposes other than as covered by subsection (b) below, a day other than a Saturday, Sunday, or other day on which commercial banks in Delaware are authorized or required by law to close.

**"Default"** means any of the events specified in Article 7 which constitutes an Event of Default or which, upon the giving of notice, the lapse of time, or both pursuant to Article 7 would, unless cured or waived, become an Event of Default.

**"Event of Default"** has the meaning set forth in Article 7.

**"Governmental Authority"** means the government of any nation or any political subdivision thereof, whether at the national, state, territorial, provincial, municipal, or any other level, and any agency, authority, instrumentality, regulatory body, court, central bank, or other entity exercising executive, legislative, judicial, taxing, regulatory, or administrative powers or functions of, or pertaining to, government.

**"Lien"** means any mortgage, pledge, hypothecation, assignment (as security), Payment arrangement, encumbrance, lien (statutory or other), charge, or other security interest, or any preference, priority, or other security agreement or preferential arrangement of any kind or nature whatsoever having substantially the same economic effect as any of the foregoing (including any conditional sale or other title retention agreement and any capital lease).

Initials:

"**Loan**" means  the Bridge Loan.

"**Loan Documents**" means, collectively, this Agreement, the Security Agreement, the Promissory Note, the Intercreditor Agreement and all other agreements, documents, certificates, and instruments executed and delivered to the Lender by any Loan Party in connection therewith.

"**Loan Parties**" means the Borrower.

"**Material Adverse Effect**" means a material adverse effect on (a) the business, assets, properties, liabilities (actual or contingent), operations, or condition (financial or otherwise) or prospects of the Borrower, individually, or the Borrower and its Subsidiaries taken as a whole, (b) the validity or enforceability of any Loan Document, (c) the perfection or priority of any material Lien purported to be created by any Loan Document, (d) the rights or remedies of the Lender under any Loan Document, or (e) the ability of any Loan Party to perform any of its material payment obligations under any Loan Document to which it is a party.

"**Material Litigation**" has the meaning set forth in Section 8.04.

"**Maturity Date**" means 5/3/2023.

"**Person**" means any individual, corporation, limited liability Borrower, trust, joint venture, association, Borrower, limited or general partnership, unincorporated organization, Governmental Authority, or other entity.

"**Security Agreement**" means the Security Agreement made by the Borrower and in favor of the Lender, dated as of February 3, 2023.

**Section 1.02 Interpretation.** With reference to this Agreement and each other Loan Document, unless otherwise specified herein or in such other Loan Document:

(a)  The definitions of terms herein shall apply equally to the singular and plural forms of the terms defined. Whenever the context may require, any pronoun shall include the corresponding masculine, feminine, and neuter forms. The words "include," "includes," and "including" shall be deemed to be followed by the phrase "without limitation." The word "will" shall be construed to have the same meaning and effect as the word "shall." Unless the context requires otherwise (i) any definition of or reference to any agreement, instrument, or other document shall be construed as referring to such agreement, instrument, or other document as from time to time amended, supplemented, or otherwise modified (subject to any restrictions on such amendments, supplements, or modifications set forth herein or in any other Loan Document), (ii) any reference herein to any Person shall be construed to include such Person's successors and assigns, (iii) the words "herein,"

Initials: _____

"hereof," and "hereunder," and words of similar import when used in any Loan Document, shall be construed to refer to such Loan Document in its entirety and not to any particular provision thereof, (iv) all references in a Loan Document to Articles, Sections, Exhibits, and Schedules shall be construed to refer to Articles and Sections of, and Exhibits and Schedules to, the Loan Document in which such references appear, (v) any reference to any law shall include all statutory and regulatory provisions consolidating, amending, replacing, or interpreting such law and any reference to any law or regulation shall, unless otherwise specified, refer to such law or regulation as amended, modified, or supplemented from time to time, and (vi) the words "asset" and "property" shall be construed to have the same meaning and effect and to refer to any and all tangible and intangible assets and properties, including cash, securities, accounts, and contract rights.

(b)  In the computation of periods of time from a specified date to a later specified date, the word "from" means "from and including;" the words "to" and "until" each mean "to but excluding;" and the word "through" means "to and including."

(c)  Any reference herein or in any other Loan Document to the satisfaction, repayment, or payment in full of the Obligations shall mean the repayment in Dollars in full in cash or immediately available funds.

(d)  All accounting terms not specifically or completely defined herein shall be construed in conformity with, and all financial data required to be submitted pursuant to this Agreement shall be prepared in conformity with, GAAP as in effect from time to time, and applied on a consistent basis in a manner consistent with that used in preparing the Borrower's audited financial statements, except as otherwise specifically prescribed herein.

## ARTICLE II
## AMOUNT AND TERMS OF LOAN

### Section 2.01 Bridge Loan Commitment.

(a)  Subject the terms and conditions of this Agreement, the Lender agrees to make:

(i) on the Effective Date, a Bridge Loan in an amount equal to Three Hundred  Thousand  Dollars and No Cents ($300,000) (the "**Bridge Loan**" or "**Loan**");

(b)  Amounts borrowed under Section 2.01(a) and repaid or prepaid may not be reborrowed.

### Section 2.02 Procedures for Loan Borrowing.

(a)  <u>Bridge Loan</u>. On the Effective Date, the Lender shall hold Bridge Loan in Lender's account on behalf of the Borrower.

Initials:

**Section 2.03 Interest.**

(a) <u>Computation of Interest</u>. Interest on the outstanding principal amount of the Loan shall accrue at an interest rate of Four percent (4%) per month. All computations of interest for Loan shall be made on the basis of a year or 365 or 366 days, as applicable, and the actual number of days elapsed. In no event shall any interest charged collected or reserved in respect of a Loan exceed the maximum a rate then permitted by applicable laws, and if any payment of interest made by the Borrower in respect of a Loan exceeds such maximum rate, then such excess sum shall be credited by the Lender as a payment of principal.

(b) <u>Payment of Interest</u>. Pre-paid interest on the outstanding principal amount of the Loan shall be paid in kind and capitalized on this Business Day and shall be paid in cash in full upon acceptance of this agreement. Borrower understands that this payment is fully non-refundable.

**2.04. Security Interest.** The Loan shall be secured in accordance with the provisions of a Security Agreement with Borrower, in the form attached hereto as <u>Exhibit A</u> (the "**Security Agreement**"), the provisions of a Promissory Note with Borrower, in the form attached hereto as <u>Exhibit B</u> and shall be subject to an Intercreditor Agreement between the Lender and Borrower, in the form attached hereto Exhibit C (the "**Intercreditor Agreement**").

**2.05 Repayment.** The aggregate principal amount outstanding and accrued and unpaid interest of the Loan shall be due and payable by the Borrower on the Maturity Date. The Borrower may at any time and from time to time prepay the Loan, in whole or in part, without premium or penalty, upon irrevocable notice delivered to the Lender no later than 11:00 AM at least three (3) Business Days prior thereto.

**2.06 Payments.** All payments shall be made in lawful money of the United States of America in the manner designated by Lender in writing to the Borrower. Payment shall be credited first to accrued interest due and payable, with any remainder to principal.

## ARTICLE III
## CONDITIONS PRECEDENT TO BRIDGE LOAN

**3.01 Conditions to Lender's Obligations.** The obligations of the Lender to make the Loan is subject to the fulfillment or waiver of each of the following conditions:

(a) <u>Representations and Warranties</u>. Each of the representations and warranties of the Borrower contained in Section 4 shall be true and correct in all material respects on the Effective Date except for (i) representations and warranties made as of a particular date, which shall be true and correct in all

Initials:

material respects on and as of that particular date, and (ii) representations and warranties that are qualified as to "materiality", "Material Adverse Effect" or similar language, which shall be true and correct in all respects on and as of the Effective Date or such earlier date as the case may be.

(b)  Loan Documents. The Borrower shall deliver to the Lender:

(i) a duly executed copy of this Agreement;

(ii) a duly executed copy of the Security Agreement;

(iii) a duly executed copy of the Note;

(iii) duly executed copies of the ancillary documents required to perfect the Lender's security interests in the collateral contemplated by the Security Agreement;

(iv) a duly executed copy of the Intercreditor Agreement.

(c)  Qualifications. All authorizations, approvals or permits, if any of any Governmental Authority or regulatory body of the United States or of any state that are required in connection with the lawful issuance of the Loan pursuant to this Agreement shall be obtained and effective as of the Effective Date or Borrowing Date, as applicable.

(d)  Certificates and Documents. The Borrower shall deliver to Lender:

(i)  The Certificate of Incorporation of the Borrower, certified as of a recent date by the Secretary of State of Illinois;

(ii) A certificate of good standing issued by the Secretary of State of Illinois; and

(iv) A customary certificate of the Secretary of the Borrower, dated as of the Effective Date, in the form reasonably approved by Lender, certifying:

a. True and correct copies of the Borrower's BYLAWS or OPERATING AGREEMENT; and

b. True and correct copies of the resolutions of the Borrower's Board of Directors approving the transactions contemplated thereby.

## ARTICLE IV
## REPRESENTATIONS AND WARRANTIES OF THE
## BORROWER

Initials:

**Section 4.01 Representations and Warranties of the Borrower**. The Borrower represents and warrants to the Lender, the following representations and warranties are true and complete as of the Effective Date and as of the date of each borrowing of the Loan hereunder.

**Section 4.02 Organization, Qualifications and Corporate Power**. The Borrower is a Limited Liability Company duly, incorporated, validly existing and in good standing under the laws of the State of Illinois.

**Section 4.03 Authorization.** All corporate action on the part of the Borrower, and its officers, directors, and stockholders necessary for the authorization, execution and delivery of this Agreement and the Security Agreement and the performance of the obligations of the Borrower hereunder and thereunder has been taken.

**Section 4.04 Governmental Consents and Filings**. No consent, approval, order or authorization of, or registration, qualification, designation, declaration or filing with any federal, state or local Governmental Authority is required on the part of the Borrower in connection with the transactions contemplated by this Agreement.

**Section 4.05 Enforceability.** This Agreement and the Security Agreement constitute valid and legally binding obligations of the Borrower, enforceable in accordance with their respective terms.

**Section 4.06 Noncontravention**. The execution, delivery and performance by the Borrower of this Agreement and the security Agreement, will not cause a default under, or otherwise breach, its BYLAWS, OPERATING AGREEMENT or any other document or agreement to which Borrower is a party or by which it is bound, or any laws, rule or regulation applicable to the Borrower or its assets which such default or breach would have a Material Adverse Effect on the Borrower.

### ARTICLE V
### AFFIRMATIVE COVENANTS OF THE BORROWER

**Section 5.01 Affirmative Covenants of the Borrower**. The Borrower covenants and agrees with the Lender that until all principal of an interest on the Loan and all other amounts due or which become due hereunder are repaid in full and performance of all other obligations of Borrower, Borrower agrees to do all of the following unless Lender shall otherwise consent in writing:

**Section 5.02 Compliance with Laws.** Comply with and provide to Lender upon Lender's reasonable request evidence of material compliance with, all applicable state, local federal, and international laws, procedures, acts, ordinances, and regulations.

**Section 5.03  Compliance with Documents.** Perform and comply

Initials:

with all the terms and conditions of this Agreement and the other Loan Documents.

**Section 5.04 Books and Records.** Keep and maintain complete and accurate books of account, in accordance with generally accepted accounting principles consistently applied, reflecting all financial transactions of the Borrower.

**Section 5.05 Payment Obligations.** Pay and discharge before the same shall become delinquent all material obligations, claims, indebtedness, taxes, and other obligations (except only those so long as and to the extent that the same shall be contested in good faith by appropriate and timely proceedings and for which adequate provisions have been established in accordance with generally accepted accounting principles).

**Section 5.06 Financial Reports.** Deliver to Lender, with respect to Borrower as soon as available and in any event (a) within twenty (20) days after the end of each calendar [month] during the term of the Loan, financial statements of Borrower for such [month], certified as true and correct (which reports shall be prepared in accordance with generally accepted accounting principles consistently applied) and operating statements in form reasonably satisfactory to Lender. Borrower shall also deliver to Lender, promptly upon request therefor, such other financial information of the Borrower (and its subsidiaries, if any) as may reasonably be requested by Lender.

**Section 5.07 Notification to Lender.** Promptly after learning thereof, notify Lender of:

(a) the details of any material action, proceeding, investigation or claim against or affecting the Borrower instituted before any court, arbitrator or Governmental Authority or to the Borrower's knowledge threatened in writing to be instituted; (b) any material dispute between Borrower and any governmental authority; (c) any labor controversy which has resulted in or, to the Borrower's knowledge, threatens to result in a strike or disruption which would reasonably be expected to have a Material Adverse Effect on the business of the Borrower; (d) the occurrence of any Event of Default; and (e) any written agreement to purchase any part of the Borrower or any application for any refinancing of the Loan.

**Section 5.08   Partnership/Corporate Existence**. Preserve and maintain its existence, rights, franchises, and privileges in the jurisdiction of its formation.

## ARTICLE VI
## NEGATIVE COVENANTS OF THE BORROWER

**Section 6.01 Negative Covenants of the Borrower.** The Borrower covenants and agrees with the Lender that until all principal of an interest on the Loan and all other amounts due or which become due hereunder are repaid in full and performance of all other obligations of Borrower, Borrower shall

Initials: _____

note:

**Section 6.02. Liquidation, Merger and Sale of Assets**. Liquidate, merge or consolidate with any other Person, or sell, lease or transfer or otherwise dispose of any assets to any Person other than in the ordinary course of business.

**Section 6.03 Liens.** Create or incur any mortgage, security interest, lien, or other encumbrance of any kind upon the assets of the Borrower or any portion thereof other than (a) any lien securing indebtedness owing to Lender.

**Section 6.04 Investments, Loan and Guaranties.** (a) be or become a party to any joint venture or other partnership, or (b) be or become a guarantor of any kind.

**Section 6.05 Acquisitions.** Enter into any transaction or series of related transactions for the purpose of or resulting, directly or indirectly, in (a) the acquisition of all or substantially all of the assets of any Person, or any business or division of any Person, (b) the acquisition of any of the outstanding capital stock (or other equity interest) of any Person, or (c) the acquisition of another Person by a merger, amalgamation or consolidation or any other combination with such Person.

**Section 6.06 Organizational Documents**. (a) Amend its Organizational Documents in any manner adverse to Lender, or (b) amend its Organizational Documents to change its name or state, province or other jurisdiction of organization, or its form of organization.

## ARTICLE VII
## EVENTS OF DEFAULT

Any of the following specified events shall constitute an Event of Default (each an "**Event of Default**"):

**Section 7.01 Nonpayment.** Failure to make any payment required by the Promissory Note, this Agreement or any other loan documents, and such failure continues for a period of thirty (30) days after notice of such default is sent by Lender to Borrower.

**Section 7.02 Other Covenants and Agreements.** Failure by Borrower to perform or comply with any of the other covenants or agreements contained in this Agreement, or any of the Loan Documents and such failure shall nothave been fully corrected within twenty (20) days after notice of such default is sent by Lender toBorrower.

**Section    7.03    Representations and Warranties**. If any

Initials: _____

representation, warranty or statement made in or pursuant to this Agreement or any other loan document or any other material information furnished by the Borrower to the Lender, shall be false or erroneous in any material respect when made or when deemed made.

# ARTICLE VIII
## SECURITY

**Section 8.01  Security.** If any lien granted in this Agreement or any other loan document in favor of the Lender, shall be determined to be (a) void, voidable or invalid, or is subordinated or not otherwise given the priority contemplated by this Agreement and the Borrower has failed to promptly execute within thirty (30) calendar days from the date such change in lien status occurs appropriate documents to correct such matters, or (b) unperfected as to any material amount of collateral (as determined by the Lender, in its reasonable discretion) and the Borrower has failed to promptly execute within three (3) calendar days from the date of such change in the lien status occurs appropriate documents to correct such matters.

**Section 8.02  Validity of Loan Documents.** If (a) any material provision, in the sole opinion of the Lender, of any Loan Document shall at any time cease to be valid, binding and enforceable against the Borrower, and the Borrower has failed to promptly execute appropriate documents to correct such matters; (b) the validity, binding effect or enforceability of any loan document against the Borrower shall be contested by the Borrower; (c) the Borrower shall deny that it has any or further liability or obligation under any loan document; or (d) any loan document shall be terminated, invalidated or set aside, or be declared ineffective or inoperative or in any way cease to give or provide to the Lender the benefits purported to be created thereby, and the Borrower has failed to promptly execute appropriate documents to correct such matters.

**Section 8.03  Petition for Bankruptcy, Insolvency.** The insolvency of; the filing by Borrower in any jurisdiction of a petition for bankruptcy, liquidation or reorganization, seeking, consenting to or appointment of any trustee, receiver, liquidator, or custodian of it or of all or substantially all of its property; or any such proceedings shall have been voluntarily or involuntarily instituted against Borrower; the failure of Borrower to generally pay its debts as they come due or any admission in writing in that regard; the making by Borrower of a general assignment for the benefit of creditors; the entry against Borrower, voluntarily or involuntarily, of any order for relief in any bankruptcy reorganization, liquidation, or similar proceeding or the declaration of or action taken by any Governmental Authority which operates as a moratorium on the payment of debts of Borrower, which such order or declaration or action shall have remained in place and undischarged or unstayed for a period of ninety (90) days; or the taking of action by Borrower to authorize any of the actions set forth in this Section 8.03.

**Section 8.04  Material Litigation**. Any action, suit, proceeding or

Initials: _____

investigation of any kind involving, or threatened in writing against, Borrower or any subsidiary thereof, before any court or arbitrator or any other authority which (a) would reasonably be expected to have a Material Adverse Effect, or (b) calls into question the validity or enforceability of, or otherwise seeks to invalidate, any Loan Documents. Promptly after the commencement thereof, Borrower shall deliver to Lender notice of all actions, suits, investigations, litigation and proceedings before any court or governmental department, commission, board, bureau, agency orinstrumentality, domestic or foreign, affecting Borrower or any of its subsidiaries, and promptly after the occurrence thereof, notice of any adverse change in the status or the financial effect on Borrower or any of its subsidiaries, of the disclosed litigation.

## ARTICLE IX
## REMEDIES

**Section 9.01 General.** Following the occurrence of one or more Events of Default, Lender at its option, may (a) declare all outstanding indebtedness evidenced by the Promissory Note, including principal and interest, immediately due and payable; (b) terminate all obligations under the loan documents; and (c) pursue and enforce, either successively or concurrently, all rights and remedies set forth in the Promissory Note, in the loan documents, or in any other Collateral instrument held by Lender or accruing to Lender by law, and such other rights and remedies as Lender may have in law or in equity, including such rights as are provided in this Article 9. If an Event of Default referred to in Section 6 hereof occurs, (i) all obligations of the Lender under the Loan Documents shall automatically and immediately terminate, if not previously terminated, and (ii) the principal of and interest then outstanding on the Loan, and all of the other obligations owing under the loan documents, shall thereupon become and thereafter be immediately due and payable in full (if not already due and payable), all without anypresentment, demand or notice of any kind, which are hereby waived by the Borrower.

## ARTICLE X
## GENERAL PROVISION

**Section 10.01 Disclaimer of Liability.** Lender has no liability or obligations except those under the terms of the Loan Documents and makes no warranties or representations in connection therewith.

**Section 10.02 Confidentiality.** Borrower agrees that the specific terms of this Agreement,and Borrower hereby agrees to maintain confidential this Agreement, and any information disclosed by Lender related to the terms upon which funding of the Bridge Loan is to take place. Borrower's disclosure of a confidential terms shall constitute a material breach of this Agreement, and will subject Borrower to injunctive relief, pecuniary damages, or other remedies available to Lender in law or at equity. All such remedies are cumulative in nature.

Initials: _____

**Section 10.03  Responsibility for Application of Funds.** Lender shall have no obligation to see that funds advanced under the Bridge Loan are used for the purpose set forth in this Agreement. Borrower shall be fully responsible for the proper application according to the terms of this Agreement. Lender may rely solely upon Borrower's statements and reports in making said Bridge Loan and Borrower does hereby release and indemnify Lender and hold Lender harmless from any and all losses, claims, demands, or expenses which may arise or result from misapplication or misuse of the Bridge Loan by Borrower or its agents. Borrower's indemnification of Lender shall not extend to losses arising from Lender's material breach of this Agreement or Lender's gross negligence or willful misconduct (in each case as determined by a court of competent jurisdiction in a final andnon-appealable decision).

**Section 10.04  Notices**. All notices given under this Agreement, unless otherwise specifiedherein, must be in writing and will be effectively served by: (i) submission through the zoomeral.com portal using the Borrower's ZOOMERAL account and (ii) upon delivery or, if sent certified mail upon the first to occur of receipt by the addressee or the expiration of ninety six (96)hours after deposit in first class certified United States mail, postage prepaid, return receipt requested, or two business days if sent by pre-paid nationally recognized overnight courier service,sent to the Party at its address set forth below, or such other address as a Party may designate fromtime to time by written notice given pursuant to this paragraph:

To Borrower:    Belle Maison Realty, LLC
                1133 E 83rd Street, #171
                Chicago, Illinois 60619

To Lender:      Genie Investments
                P.O. Box 5886
                Wilmington, Delaware 19808

**Section 10.05 Applicable Law.** This Agreement and, unless otherwise specifically provided for therein, shall be governed by and construed in accordancewith the laws of the State of Delaware and the United States.

**Section 10.0 6  Successors and Assigns**. The terms of this Agreement will bind and benefitthe successors and assigns of the Parties. Borrower may not assign this Agreement or any proceeds from the Bridge Loan or assign or delegate any of its rights or obligations hereunder without the prior written consent of Lender, which may be withheld in Lender's sole discretion.

**Section 10.07 Severability.** The invalidity or unenforceability of any one or more of the provisions of this Agreement will in no way affect any other provision.

Initials: _____

**Section 10.08 Amendments.** This Agreement may not be modified or amended except bywritten agreement signed by the Borrower and Lender.

**Section 10.09 Headings; Attachments.** The several headings to articles, sections and subsections herein are inserted for convenience only and shall be ignored in interpreting the provisions of this Agreement. Each schedule or exhibit attached to this Agreement shall be incorporated herein and shall be deemed to be a part hereof.

**Section 10.10    No Third-Party Rights**. This Agreement is made entirely for the benefit of Borrower, the Lender, and their successors in interest (including any participants). No third Person shall have any rights hereunder.

**Section 10.11 Indemnification**. The Borrower agrees to defend, indemnify and hold harmless the Lender (and its Affiliates, officers, directors, attorneys, agents and employees) from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses (including attorneys 'fees), or disbursements of any kind or nature whatsoever thatmay be imposed on, incurred by or asserted against the Lender in connection with any investigative, administrative or judicial proceeding (whether or not the Lender shall be designateda party thereto) or any other claim by any Person relating to or arising out of the Loan Documents or any actual or proposed use of proceeds of the Loan, or any activities of the Borrower or its Affiliates; provided that the Lender shall not have the right to be indemnified underthis Section 10.11 for its own gross negligence or willful misconduct, as determined by a final andnon-appealable decision in arbitration as for any dispute between the Parties, or by final non- appealable judgment of a court of competent jurisdiction when such dispute involves another third party Person. All obligations provided for in this Section 10.11 shall survive any termination of this Agreement. The Borrower hereby agrees to indemnify, defend and hold harmless the Lender,the Manager of Lender, and all of their members, managers, Affiliates and advisors, from any andall damages, losses, liabilities, costs and expenses (including reasonable attorneys' fees and costs) that they may incur by reason of Borrower's failure to fulfill all of the terms and conditions of thisAgreement or by reason of the untruth or inaccuracy of any of the representations, warranties or agreements contained herein or in any other documents the Borrower has furnished to any of the foregoing in connection with this transaction. This indemnification includes, but is not limited to, any damages, losses, liabilities, costs and expenses (including attorneys' fees and costs) incurred by Lender, the managing member of Lender, or any of its members, managers, Affiliates or advisors, defending against any alleged violation of federal or state securities laws which is based upon or related to any untruth or inaccuracy of any of the representations, warranties or agreements contained herein or in any other documents the Borrower has furnished in connection with this transaction. The Lender hereby agrees to indemnify, defend and hold harmless the Borrower, theofficers of Lender, and all of their shareholders, managers, Affiliates and advisors, from any and all damages, losses, liabilities, costs and expenses (including

Initials: _____

reasonable attorneys' fees and costs)that they may incur by reason of Lender's default of its obligations under this Agreement.

**Section 10.12  General Limitation of Liability.** No claim may be made by the Borrower or any other Person against the Lender or the Affiliates, directors, officers, employees, attorneys or agents of the Lender for any damages other than actual compensatory damages in respect of any claim  for breach of contract or any other theory of liability arising out of or related to  the transactions contemplated by this Agreement, or any act, omission or event occurring in connection therewith; and the Borrower and Lender hereby, to the fullest extent permitted under applicable law, waive, release and agree not to sue or counterclaim upon any such claim for any special, indirect, consequential or punitive damages, whether or not accruedand whether or not known or suspected to exist in their favor and regardless of whether Lender has been advised of the likelihood of such loss of damage. Borrower further agrees that, in the event of a delay in funding by the wholesale lender that causes a delay in funding from Lender to Borrower, Borrower shall not file for arbitration or otherwise pursue legal claims against Lender for such delay to the extent Lender takes reasonable steps to pursue claims it may have against the wholesale lender; provided, further, that this provision  is superseded by the limitations of liability otherwise provided for in this Agreement and is not intended to create any rights in favor of Borrower.

**Section 10.13   Legal Representation of the Parties**. The Loan Documents were negotiated by the parties with the benefit of legal representation and any rule of construction or interpretation otherwise requiring this Agreement or any other Loan Document to be construed or interpreted against any Party shall not apply to any construction or interpretation hereof or thereof.

**Section 10.14  JURY TRIAL WAIVER**. THE BORROWER AND THE LENDER, TO THE EXTENT PERMITTED BY LAW, HEREBY WAIVE ANY RIGHT TO HAVE A JURY PARTICIPATE IN RESOLVING ANY DISPUTE, WHETHER SOUNDING IN CONTRACT, TORT OR OTHERWISE, BETWEEN THE BORROWER AND THE LENDER, ARISING OUT OF, IN CONNECTION WITH, RELATED TO, OR INCIDENTAL TO THE RELATIONSHIP ESTABLISHED BETWEEN THEM IN CONNECTION WITH THIS AGREEMENT OR ANY NOTE OR OTHER INSTRUMENT, DOCUMENT OR AGREEMENT EXECUTED OR DELIVERED IN CONNECTION HEREWITH OR THE TRANSACTIONS RELATED THERETO.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date first written above by their respective officers thereunto duly authorized.

Initials:

GENIE INVESTMENTS

By ___*Genie Investments*___


Belle Maison Realty, LLC

By ___Lea Muse___
Name: Lea Muse
Title: Owner


**SUBSCRIBED AND SWORN TO BEFORE ME** on this *10* day of
*Feb* _____, 2023


OFFICIAL SEAL
ROBERT A. YEE
Notary Public - State of Illinois
My Commission Expires 10/14/2026

NOTARY PUBLIC
In and for the State of *Illinois*

My Commission Expires: *10/14/2026*


Initials: _____

EXHIBIT A

# SECURITY AGREEMENT

This SECURITY AGREEMENT, dated as of February 3, 2023 (as amended, supplemented or otherwise modified from time to time in accordance with the provisions hereof, this "**Agreement**"), made by and among Belle Maison Realty, LLC, an Illinois Limited Liability Company (the "**Grantor**"), in favor of Genie Investments (the "**Secured Party**").

WHEREAS, on the date hereof, the Secured Party has made a loan to the Grantor in an aggregate unpaid principal amount not exceeding Three Hundred  Thousand  Dollars and No Cents ($300,000) (the "**Loan**"), evidenced by that certain Bridge Loan Agreement of even date herewith (as amended, supplemented or otherwise modified from time to time, the "**Loan Agreement**") made by the Grantor and payable to the order of the Secured Party. Capitalized terms used but not otherwise defined herein shall have the meanings assigned to such terms in the Loan Agreement;

WHEREAS, this Agreement is given by the Grantor in favor of the Secured Party to secure the payment and performance of all of the Secured Obligations; and

WHEREAS, it is a condition to the obligations of the Lender to make the Loans under the Loan Agreement that the Grantor execute and deliver this Agreement.

NOW, THEREFORE, in consideration of the mutual covenants, terms and conditions set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1.    <u>Definitions</u>.

(a)    Unless otherwise specified herein, all references to Sections and Schedules herein are to Sections and Schedules of this Agreement.

(b)    Unless otherwise defined herein, terms used herein that are defined in the UCC shall have the meanings assigned to them in the UCC. However, if a term is defined in Article 9 of the UCC differently than in another Article of the UCC, the term has the meaning specified in Article 9.

(c)    For purposes of this Agreement, the following terms shall have the following meanings:

"**Collateral**" has the meaning set forth in Section 2.

"**Event of Default**" has the meaning set forth in the Loan Agreement.

"**First Priority**" means, with respect to any lien and security interest purported to be created in any Collateral pursuant to this Agreement, such lien and security interest is the most senior lien to which such Collateral is subject (subject only to liens permitted under the Loan Agreement or Intercreditor Agreement).

"**Perfection Certificate**" has the meaning set forth in Section 5.

Initials: _____

"**Proceeds**" means "proceeds" as such term is defined in section 9-102 of the UCC and, in any event, shall include, without limitation, all dividends or other income from the Collateral, collections thereon or distributions with respect thereto.

"**Secured Obligations**" has the meaning set forth in Section 3.

"**UCC**" means the Uniform Commercial Code as in effect from time to time in the State of Delaware or, when the laws of any other state govern the method or manner of the perfection or enforcement of any security interest in any of the Collateral, the Uniform Commercial Code as in effect from time to time in such state.

2.     <u>Grant of Security Interest</u>. The Grantor hereby pledges and grants to the Secured Party, and hereby creates a continuing First Priority lien and security interest in favor of the Secured Party in and to all of its right, title and interest in and to the following, wherever located, whether now existing or hereafter from time to time arising or acquired (collectively, the "**Collateral**"):

(a)     all fixtures and personal property of every kind and nature including all accounts (including health-care-insurance receivables), goods (including inventory and equipment), documents (including, if applicable, electronic documents), instruments, promissory notes, chattel paper (whether tangible or electronic), letters of credit, letter-of-credit rights (whether or not the letter of credit is evidenced by a writing), securities and all other investment property, commercial tort claims, general intangibles (including all payment intangibles), money, Payment accounts, and any other contract rights or rights to the payment of money; and

(b)     all Proceeds and products of each of the foregoing, all books and records relating to the foregoing, all supporting obligations related thereto, and all accessions to, substitutions and replacements for, and rents, profits and products of, each of the foregoing, and any and all Proceeds of any insurance, indemnity, warranty or guaranty payable to the Grantor from time to time with respect to any of the foregoing.

3.     <u>Secured Obligations</u>. The Collateral secures the due and prompt payment and performance of:

(a)     the obligations of the Grantor from time to time arising under the Loan Agreement, this Agreement or otherwise with respect to the due and prompt payment of (i) the principal of and premium, if any, and interest on the Loans (including interest accruing during the pendency of any bankruptcy, insolvency, receivership or other similar proceeding, regardless of whether allowed or allowable in such proceeding), when and as due, whether at maturity, by acceleration, upon one or more dates set for prepayment or otherwise and (ii) all other monetary obligations, including fees, costs, attorneys' fees and disbursements, reimbursement obligations, contract causes of action, expenses and indemnities, whether primary, secondary, direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, fixed or otherwise (including monetary obligations incurred during the pendency of any bankruptcy, insolvency, receivership or other similar proceeding, regardless of whether allowed or allowable in such proceeding), of the Grantor under or in respect of the Loan Agreement and this Agreement; and

(b)     all other covenants, duties, debts, obligations and liabilities of any kind of the Grantor under or in respect of the Loan Agreement, this Agreement or any other document made, delivered or given in connection with any of the foregoing, in each case whether evidenced by a note or other writing, whether allowed in any bankruptcy, insolvency, receivership or other similar proceeding, whether arising from an extension of credit, issuance of a letter of credit, acceptance, loan, guaranty, indemnification or otherwise, and whether primary, secondary, direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, fixed or otherwise

Initials: _____

(all such obligations, covenants, duties, debts, liabilities, sums and expenses set forth in Section 3 being herein collectively called the **"Secured Obligations"**).

4.      Perfection of Security Interest and Further Assurances.

(a)      The Grantor shall, from time to time, as may be required by the Secured Party with respect to all Collateral, immediately take all actions as may be requested by the Secured Party to perfect the security interest of the Secured Party in the Collateral, including, without limitation, with respect to all Collateral over which control may be obtained within the meaning of sections 8-106, 9-104, 9-105, 9-106 and 9-107 of the UCC, as applicable, the Grantor shall immediately take all actions as may be requested from time to time by the Secured Party so that control of such Collateral is obtained and at all times held by the Secured Party. All of the foregoing shall be at the sole cost and expense of the Grantor.

(b)      The Grantor hereby irrevocably authorizes the Secured Party at any time and from time to time to file in any relevant jurisdiction any financing statements and amendments thereto that contain the information required by Article 9 of the UCC of each applicable jurisdiction for the filing of any financing statement or amendment relating to the Collateral, including any financing or continuation statements or other documents for the purpose of perfecting, confirming, continuing, enforcing or protecting the security interest granted by the Grantor hereunder, without the signature of the Grantor where permitted by law, including the filing of a financing statement describing the Collateral as all assets now owned or hereafter acquired by the Grantor, or words of similar effect. The Grantor agrees to provide all information required by the Secured Party pursuant to this Section promptly to the Secured Party upon request.

(c)      The Grantor agrees that at any time and from time to time, at the expense of the Grantor, the Grantor will promptly execute and deliver all further instruments and documents, obtain such agreements from third parties, and take all further action, that may be necessary or desirable, or that the Secured Party may reasonably request, in order to create and/or maintain the validity, perfection or priority of and protect any security interest granted or purported to be granted hereby or to enable the Secured Party to exercise and enforce its rights and remedies hereunder or under any other agreement with respect to any Collateral.

5.      Representations and Warranties. The Grantor represents and warrants as follows:

(a)      It has previously delivered to the Secured Party a certificate signed by the Grantor and entitled "Perfection Certificate" (**"Perfection Certificate"**), and that: (i) the Grantor's exact legal name is that indicated on the Perfection Certificate and on the signature page hereof, (ii) the Grantor is an organization of the type, and is organized in the jurisdiction, set forth in the Perfection Certificate, (iii) the Perfection Certificate accurately sets forth, the Grantor's place of business (or, if more than one, its chief executive office), and its mailing address, (iv) all other information set forth on the Perfection Certificate relating to the Grantor is accurate and complete and (v) there has been no change in any such information since the date on which the Perfection Certificate was signed by the Grantor.

(b)      All information set forth on the Perfection Certificate relating to the Collateral is accurate and complete and there has been no change in any such information since the date on which the Perfection Certificate was signed by the Grantor.

(c)      At the time the Collateral becomes subject to the lien and security interest created by this Agreement, the Grantor will be the sole, direct, legal and beneficial owner thereof, free and

Initials:

clear of any lien, security interest, encumbrance, claim, option or right of others except for the security interest created by this Agreement and other liens permitted by the Loan Agreement.

(d)     The pledge of the Collateral pursuant to this Agreement creates a valid and perfected First Priority security interest in the Collateral, securing the payment and performance when due of the Secured Obligations.

(e)     It has full power, authority and legal right to borrow the Loans and pledge the Collateral pursuant to this Agreement.

(f)     Each of this Agreement and the Loan Agreement has been duly authorized, executed and delivered by the Grantor and constitutes a legal, valid and binding obligation of the Grantor enforceable in accordance with its terms, subject to applicable bankruptcy, insolvency, reorganization, moratorium or other similar laws affecting creditors' rights generally and subject to equitable principles (regardless of whether enforcement is sought in equity or at law).

(g)     No authorization, approval, or other action by, and no notice to or filing with, any governmental authority or regulatory body is required for the borrowing of the Loans and the pledge by the Grantor of the Collateral pursuant to this Agreement or for the execution and delivery of the Loan Agreement and this Agreement by the Grantor or the performance by the Grantor of its obligations thereunder.

(h)     The execution and delivery of the Loan Agreement and this Agreement by the Grantor and the performance by the Grantor of its obligations thereunder, will not violate any provision of any applicable law or regulation or any order, judgment, writ, award or decree of any court, arbitrator or governmental authority, domestic or foreign, applicable to the Grantor or any of its property, or the organizational or governing documents of the Grantor or any agreement or instrument to which the Grantor is party or by which it or its property is bound.

(i)     The Grantor has taken all action required on its part for control (as defined in sections 8-106, 9-104, 9-105, 9-106 and 9-107 of the UCC, as applicable) to have been obtained by the Secured Party over all Collateral with respect to which such control may be obtained pursuant to the UCC. No person other than the Secured Party has control or possession of all or any part of the Collateral.

6.     <u>Voting, Distributions and Receivables</u>.

(a)     The Secured Party agrees that unless an Event of Default shall have occurred and be continuing, the Grantor may, to the extent the Grantor has such right as a holder of the Collateral consisting of securities, or indebtedness owed by any obligor, vote and give consents, ratifications and waivers with respect thereto, except to the extent that, in the Secured Party's reasonable judgment, any such vote, consent, ratification or waiver would detract from the value thereof as Collateral or which would be inconsistent with or result in any violation of any provision of the Loan Agreement or this Agreement.

**(b)**     If any Event of Default shall have occurred and be continuing, the Secured Party may, or at the request and option of the Secured Party the Grantor shall, notify account debtors and other persons obligated on any of the Collateral of the security interest of the Secured Party in any account, chattel paper, general intangible, instrument or other Collateral and that payment thereof is to be made directly to the Secured Party.

Initials:

7.      Covenants. The Grantor covenants as follows:

(a)      The Grantor will not, without providing at least 30 days' prior written notice to the Secured Party, change its legal name, identity, type of organization, jurisdiction of organization, corporate structure, location of its chief executive office or its principal place of business or its organizational identification number. The Grantor will, prior to any change described in the preceding sentence, take all actions reasonably requested by the Secured Party to maintain the perfection and priority of the Secured Party's security interest in the Collateral.

(b)      The Collateral, to the extent not delivered to the Secured Party pursuant to Section 4, will be kept at those locations listed on the Perfection Certificate and the Grantor will not remove the Collateral from such locations without providing at least 30 days' prior written notice to the Secured Party. The Grantor will, prior to any change described in the preceding sentence, take all actions reasonably required by the Secured Party to maintain the perfection and priority of the Secured Party's security interest in the Collateral.

(c)      The Grantor shall, at its own cost and expense, defend title to the Collateral and the First Priority lien and security interest of the Secured Party therein against the claim of any person claiming against or through the Grantor and shall maintain and preserve such perfected First Priority security interest for so long as this Agreement shall remain in effect.

(d)      The Grantor will not sell, offer to sell, dispose of, convey, assign or otherwise transfer, grant any option with respect to, restrict, or grant, create, permit or suffer to exist any mortgage, pledge, lien, security interest, option, right of first offer, encumbrance or other restriction or limitation of any nature whatsoever on, any of the Collateral or any interest therein except as expressly provided for in the Loan Agreement/herein or with the prior written consent of the Secured Party.

(e)      The Grantor will keep the Collateral in good order and repair and will not use the same in violation of law or any policy of insurance thereon. The Grantor will permit the Secured Party, or its designee, to inspect the Collateral at any reasonable time, wherever located.

(f)      The Grantor will pay promptly when due all taxes, assessments, governmental charges, and levies upon the Collateral or incurred in connection with the use or operation of the Collateral or incurred in connection with this Agreement.

8.      Secured Party Appointed Attorney-in-Fact. The Grantor hereby appoints the Secured Party the Grantor's attorney-in-fact, with full authority in the place and stead of the Grantor and in the name of the Grantor or otherwise, from time to time during the continuance of an Event of Default in the Secured Party's discretion to take any action and to execute any instrument which the Secured Party may deem necessary or advisable to accomplish the purposes of this Agreement (but the Secured Party shall not be obligated to and shall have no liability to the Grantor or any third party for failure to do so or take action). This appointment, being coupled with an interest, shall be irrevocable. The Grantor hereby ratifies all that said attorneys shall lawfully do or cause to be done by virtue hereof.

9.      Secured Party May Perform. If the Grantor fails to perform any obligation contained in this Agreement, the Secured Party may itself perform, or cause performance of, such obligation, and the expenses of the Secured Party incurred in connection therewith shall be payable by the Grantor; provided that the Secured Party shall not be required to perform or discharge any obligation of the Grantor.

10.      Reasonable Care. The Secured Party shall have no duty with respect to the care and preservation of the Collateral beyond the exercise of reasonable care. The Secured Party shall be deemed to have exercised reasonable care in the custody and preservation of the Collateral in its possession if the Collateral is accorded treatment substantially equal to that which the Secured Party accords its own

Initials: _____

property, it being understood that the Secured Party shall not have any responsibility for (a) ascertaining or taking action with respect to any claims, the nature or sufficiency of any payment or performance by any party under or pursuant to any agreement relating to the Collateral or other matters relative to any Collateral, whether or not the Secured Party has or is deemed to have knowledge of such matters, or (b) taking any necessary steps to preserve rights against any parties with respect to any Collateral. Nothing set forth in this Agreement, nor the exercise by the Secured Party of any of the rights and remedies hereunder, shall relieve the Grantor from the performance of any obligation on the Grantor's part to be performed or observed in respect of any of the Collateral.

11.    <u>Remedies Upon Default</u>.

(a)    If any Event of Default shall have occurred and be continuing, the Secured Party, without any other notice to or demand upon the Grantor, may assert all rights and remedies of a secured party under the UCC or other applicable law, including, without limitation, the right to take possession of, hold, collect, sell, lease, deliver, grant options to purchase or otherwise retain, liquidate or dispose of all or any portion of the Collateral. If notice prior to disposition of the Collateral or any portion thereof is necessary under applicable law, written notice mailed to the Grantor at its notice address as provided in Section 15 hereof ten days prior to the date of such disposition shall constitute reasonable notice, but notice given in any other reasonable manner shall be sufficient. So long as the sale of the Collateral is made in a commercially reasonable manner, the Secured Party may sell such Collateral on such terms and to such purchaser(s) as the Secured Party in its absolute discretion may choose, without assuming any credit risk and without any obligation to advertise or give notice of any kind other than that necessary under applicable law. Without precluding any other methods of sale, the sale of the Collateral or any portion thereof shall have been made in a commercially reasonable manner if conducted in conformity with reasonable commercial practices of creditors disposing of similar property. To the extent permitted by applicable law, the Grantor waives all claims, damages and demands it may acquire against the Secured Party arising out of the exercise by it of any rights hereunder. The Grantor hereby waives and releases to the fullest extent permitted by law any right or equity of redemption with respect to the Collateral, whether before or after sale hereunder, and all rights, if any, of marshalling the Collateral and any other security for the Secured Obligations or otherwise. At any such sale, unless prohibited by applicable law, the Secured Party or any custodian may bid for and purchase all or any part of the Collateral so sold free from any such right or equity of redemption. Neither the Secured Party nor any custodian shall be liable for failure to collect or realize upon any or all of the Collateral or for any delay in so doing, nor shall it be under any obligation to take any action whatsoever with regard thereto. The Secured Party shall not be obligated to clean-up or otherwise prepare the Collateral for sale.

(b)    If any Event of Default shall have occurred and be continuing, any cash held by the Secured Party as Collateral and all cash Proceeds received by the Secured Party in respect of any sale of, collection from, or other realization upon all or any part of the Collateral shall be applied in whole or in part by the Secured Party to the payment of expenses incurred by the Secured Party in connection with the foregoing or incidental to the care or safekeeping of any of the Collateral or in any way relating to the Collateral or the rights of the Secured Party hereunder, including reasonable attorneys' fees, and the balance of such proceeds shall be applied or set off against all or any part of the Secured Obligations in such order as the Secured Party shall elect. Any surplus of such cash or cash Proceeds held by the Secured Party and remaining after payment in full of all the Secured Obligations shall be paid over to the Grantor or to whomsoever may be lawfully entitled to receive such surplus. The Grantor shall remain liable for any deficiency if such cash and the cash Proceeds of any sale or other realization of the Collateral are insufficient to pay the Secured Obligations and the fees and other charges of any attorneys employed by the Secured Party to collect such deficiency.

Initials: _____

(c)      If the Secured Party shall determine to exercise its rights to sell all or any of the Collateral pursuant to this Section, the Grantor agrees that, upon request of the Secured Party, the Grantor will, at its own expense, do or cause to be done all such acts and things as may be necessary to make such sale of the Collateral or any part thereof valid and binding and in compliance with applicable law.

12.    <u>No Waiver and Cumulative Remedies</u>. The Secured Party shall not by any act (except by a written instrument pursuant to Section 14), delay, indulgence, omission or otherwise be deemed to have waived any right or remedy hereunder or to have acquiesced in any Default or Event of Default. All rights and remedies herein provided are cumulative and are not exclusive of any rights or remedies provided by law.

13.    <u>SECURITY INTEREST ABSOLUTE</u>. The Grantor hereby waives demand, notice, protest, notice of acceptance of this Agreement, notice of loans made, credit extended, Collateral received or delivered or other action taken in reliance hereon and all other demands and notices of any description. All rights of the Secured Party and liens and security interests hereunder, and all Secured Obligations of the Grantor hereunder, shall be absolute and unconditional irrespective of:

(a)      any illegality or lack of validity or enforceability of any Secured Obligation or any related agreement or instrument;

(b)      any change in the time, place or manner of payment of, or in any other term of, the Secured Obligations, or any rescission, waiver, amendment or other modification of the Loan Agreement, this Agreement or any other agreement, including any increase in the Secured Obligations resulting from any extension of additional credit or otherwise;

(c)      any taking, exchange, substitution, release, impairment or non-perfection of any Collateral or any other collateral, or any taking, release, impairment, amendment, waiver or other modification of any guaranty, for all or any of the Secured Obligations;

(d)      any manner of sale, disposition or application of proceeds of any Collateral or any other collateral or other assets to all or part of the Secured Obligations;

(e)      any default, failure or delay, willful or otherwise, in the performance of the Secured Obligations;

(f)      any defense, set-off or counterclaim (other than a defense of payment or performance) that may at any time be available to, or be asserted by, the Grantor against the Secured Party; or

(g)      any other circumstance (including, without limitation, any statute of limitations) or manner of administering the Loans or any existence of or reliance on any representation by the Secured Party that might vary the risk of the Grantor or otherwise operate as a defense available to, or a legal or equitable discharge of, the Grantor or any other grantor, guarantor or surety.

14.    <u>Amendments</u>. None of the terms or provisions of this Agreement may be amended, modified, supplemented, terminated or waived, and no consent to any departure by the Grantor therefrom shall be effective unless the same shall be in writing and signed by the Secured Party and the Grantor, and then such amendment, modification, supplement, waiver or consent shall be effective only in the specific instance and for the specific purpose for which made or given.

15.    <u>Addresses For Notices</u>. All notices and other communications provided for in this Agreement shall be in writing and shall be given in the manner and become effective as set forth in the Loan Agreement, and addressed to the respective parties at their addresses as specified on the signature

Initials: _____

pages hereof or as to either party at such other address as shall be designated by such party in a written notice to each other party.

16.     <u>Continuing Security Interest; Further Actions</u>. This Agreement shall create a continuing First Priority lien and security interest in the Collateral and shall (a) subject to Section 16, remain in full force and effect until payment and performance in full of the Secured Obligations, (b) be binding upon the Grantor, its successors and assigns, and (c) inure to the benefit of the Secured Party and its successors, transferees and assigns; provided that the Grantor may not assign or otherwise transfer any of its rights or obligations under this Agreement without the prior written consent of the Secured Party.

17.     <u>Termination; Release</u>. On the date on which all Secured Obligations have been paid and performed in full, the Secured Party will, at the request and sole expense of the Grantor, (a) duly assign, transfer and deliver to or at the direction of the Grantor (without recourse and without any representation or warranty) such of the Collateral as may then remain in the possession of the Secured Party, together with any monies at the time held by the Secured Party hereunder, and (b) execute and deliver to the Grantor a proper instrument or instruments acknowledging the satisfaction and termination of this Agreement.

18.     <u>GOVERNING LAW</u>. This Agreement and the Loan Agreement and any claim, controversy, dispute or cause of action (whether in contract or tort or otherwise) based upon, arising out of or relating to this Agreement or the Loan Agreement (except, as to the Loan Agreement, as expressly set forth therein) and the transactions contemplated hereby and thereby shall be governed by, and construed in accordance with, the laws of the State of Delaware.

19.     <u>Counterparts</u>. This Agreement and any amendments, waivers, consents or supplements hereto may be executed in counterparts (and by different parties hereto in different counterparts), each of which shall constitute an original, but all taken together shall constitute a single contract. Delivery of an executed counterpart of a signature page to this Agreement by facsimile or in electronic (i.e., "pdf" or "tif") format shall be effective as delivery of a manually executed counterpart of this Agreement. This Agreement and the Loan Agreement constitute the entire contract among the parties with respect to the subject matter hereof and supersede all previous agreements and understandings, oral or written, with respect thereto.

[<em>Signature Page Follows</em>]

Initials: _____

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date first written above by their respective officers thereunto duly authorized.

GENIE INVESTMENTS

By _____*Genie Investments*_____


Belle Maison Realty, LLC

By _____
Name: Lea Muse
Title: ___Owner_____


**SUBSCRIBED AND SWORN TO BEFORE ME** on this _10_ day of
___*Feb*_____, 202~~3~~

```
OFFICIAL SEAL
ROBERT A. YEE
Notary Public - State of Illinois
My Commission Expires 10/14/2026
```

_____
NOTARY PUBLIC
In and for the State of _Illinois_

My Commission Expires: _10/14/2026_

_____


Belle Maison Realty, LLC
By _____
Name: Lea Muse
Title: Owner


Initials _____

# Perfection Certificate

Reference is hereby made to that certain Security Agreement (the "**Security Agreement**"), dated as of February 3, 2023, between Belle Maison Realty, LLC, (the "**Company**"), in favor of Genie Investments (the "**Lender**). Capitalized terms used but not defined herein have the meanings assigned to them in the Security Agreement.

The undersigned hereby certifies to the Lender:

1.  <u>Name</u>.

    (a)    The exact legal name of the Company, as such name appears in its respective certificate of incorporation or any other formation or organizational document, is as follows:

    Belle Maison Realty, LLC
    _____

    (b)    The following are any other legal names that the Company has had in the past four months, together with the date of the relevant change:

    N/A
    _____

    _____

    _____

    (c)    The following are any other names (including trade names) used by the Company, or any other business or organization to which the Company became the successor by merger, consolidation, acquisition, change in form, nature or jurisdiction of organization or otherwise, now or at any time during the past four months:

    N/A
    _____

    _____

    _____

2.  <u>Other Identifying Factors</u>.

    (a)    The Company is the type of entity described next to its name below:

    **Limited Liability Company**

    (b)    The jurisdiction of organization or formation of the Company is as follows:

    **The state of Illinois**

    (c)    The Company has not changed its jurisdiction of organization or formation at any time during the past four months, except as set forth below:

    N/A
    _____

Initials: _____

(d)     The federal taxpayer identification number of the Company is:

**88-0840319**
_____

3.     <u>Current Locations</u>.

(a)     The chief executive office of the Company is located at the following address:

1133 E 83rd Street  UNIT 171
_____

Chicago, IL 60619
_____

(b)     The principal mailing address of the Company is the following address, if different from the Chief Executive office:

If principal mailing address is the same as the Chief Executive office please put an "X" this box: [**X**]

_____

_____

4.     <u>Fixtures</u>.

Listed below is the information required by UCC § 9-502(b) of each state in which any of the Collateral consisting of fixtures is or is to be located and the name and address of each real estate recording office where a mortgage on the real estate on which such fixtures are or are to be located would be recorded:

N/A
_____

_____

_____

5.     <u>Real Property</u>.

(a)     The following is a list of real property owned or leased by the Company:

N/A
_____

_____

_____

_____

Initials: _____

6.    <u>Stock Ownership and Other Equity Interests</u>.

The following is a list of all of the authorized, and the issued and outstanding, stock, partnership interests, limited liability company membership interests or other equity interests of the Company, the record and beneficial owners of such stock, partnership interests, membership interests or other equity interests and whether such interests are certificated or non-certificated:

N/A

_____

_____

_____

_____

_____

_____

7.    <u>Instruments and Tangible Chattel Paper</u>.

The following is a list of all instruments (other than checks to be deposited in the ordinary course of business), promissory notes, tangible chattel paper and other evidence of indebtedness held by the Company:

N/A

_____

_____

_____

_____

_____

_____

8.    <u>Commercial Tort Claims</u>.

The following is a list of all Commercial Tort Claims held by the Company, including a brief description thereof:

N/A

_____

_____

_____

_____

_____

Initials: _____

9.     <u>Deposit Accounts and Securities Accounts</u>.

(a)     The following is a list of all deposit accounts and securities accounts maintained by the Company, including the name of each institution where each such account is held, the name and account number of each such account and the name of each entity that holds each account:

**Chase Bank - Checking account**

**Belle Maison Realty, LLC**

**Account # 907726852**

_____

_____

_____

(b)     If the Company maintains a securities account with a securities intermediary, (i) the account agreement is not governed by the law of a foreign country and does not provide that the issues governed by Article 2(1) of the Hague Securities Convention are determined by the law of a foreign country, and (ii) the securities intermediary maintains an office in the United States that qualifies under the second sentence of Article 4(1) of the Hague Securities Convention.

10.     <u>Letter-of-Credit-Rights</u>.

The following is a list of all Letters of Credit issued in favor of the Company as beneficiary thereunder:

N/A

_____

_____

_____

_____

_____

_____

11.     <u>Extraordinary Transactions</u>.

All of the Collateral has been originated by the Company in the ordinary course of business or consists of goods which have been acquired by the Company in the ordinary course of business from a person in the business of selling goods of that kind, except for those purchases, acquisitions and other transactions listed below:

N/A

_____

_____

[*Signature Page Follows*]

Initials: _____

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date first written above by their respective officers thereunto duly authorized.

GENIE INVESTMENTS

By ___*Genie Investments*___

Belle Maison Realty, LLC

By _____
Name: Lea Muse
Title: Owner

**SUBSCRIBED AND SWORN TO BEFORE ME** on this _10_ day of _Feb_____, 2023

OFFICIAL SEAL
ROBERT A. YEE
Notary Public - State of Illinois
My Commission Expires 10/14/2026

NOTARY PUBLIC
In and for the State of _Illinois_

My Commission Expires: _10/14/2026_

_____

Belle Maison Realty, LLC
By _____
Name: Lea Muse
Title: Owner

Initials _____

EXHIBIT B

# **Promissory Note**

February 3, 2023

FOR VALUE RECEIVED, the undersigned, Belle Maison Realty, LLC, an Illinois Limited Liability Company, (the **"Borrower"**), hereby promises to pay Genie Investments, (the **"Lender"**) the principal amount of Three Hundred  Thousand  Dollars and No Cents ($300,000) (the "**Loan**") in accordance with the provisions of the Loan Agreement, dated as of  February 3, 2023, among the Borrower and the Lender (the **"Loan Agreement"**). Capitalized terms used herein and not otherwise defined shall have the meanings assigned to them in the Loan Agreement.

(a)     The Borrower promises to pay interest on the unpaid principal amount of Loan from the date of such Loan until such principal amount is paid in full, at the interest rates and at the times provided in the Loan Agreement. All payments of principal and interest shall be made to the Lender in Dollars in immediately available funds by a method designated in writing by Lender.

(b)     This Note is secured by the Collateral. Upon the occurrence and continuation of any Event of Default under the Loan Agreement, all principal and all accrued interest then remaining unpaid on this Note shall become, or may be declared to be, immediately due and payable, all as provided in the Loan Agreement.

(c)     The Loan made by the Lender shall be evidenced by one or more records or accounts maintained by the Lender in the ordinary course of business.

(d)     The Borrower hereby waives diligence, presentment, demand, protest, notice of intent to accelerate, notice of acceleration, and any other notice of any kind. No failure on the part of the holder hereof to exercise, and no delay in exercising, any right, power or privilege hereunder shall operate as a waiver thereof or a consent thereto; nor shall a single or partial exercise of any such right, power or privilege preclude any other or further exercise thereof or the exercise of any other right, power or privilege.

THIS NOTE AND THE OBLIGATIONS OF THE BORROWER HEREUNDER SHALL FOR ALL PURPOSES BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF DELAWARE.

[*Signature Page Follows*]

Initials:

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date first written above by their respective officers thereunto duly authorized.

Belle Maison Realty, LLC

By _____
Name: Lea Muse
Title:  Owner

**SUBSCRIBED AND SWORN TO BEFORE ME** on this _10_ day of ___Feb___, 20_23_.

_____
NOTARY PUBLIC
In and for the State of _Illinois_

My Commission Expires: _10/14/2026_

OFFICIAL SEAL
ROBERT A. YEE
Notary Public - State of Illinois
My Commission Expires 10/14/2026

Initials: _____

EXHIBIT C

## **INTERCREDITOR AGREEMENT**

This INTERCREDITOR AGREEMENT, dated as of February 3, 2023 this "Agreement"), is made by and between Belle Maison Realty, LLC, (the "Debtor"), Genie Investments, (the "LOC Lender"), herein referred to each as a "Party" and together, the "Parties."

## RECITALS

A.    The LOC Lender has approved the Debtor for a Line of Credit in the amount of 3,000,000 ((the "LOC") pursuant to the LOC Lender's Business Expansion Line of Credit Agreement (the "LOCA") in the dated February 3, 2023.

B.    The executed LOCA requires the Debtor to deposit with the LOC Lender Forty Five Thousand  Dollars and No Cents ($45,000), representing 1.5%  of the LOC, (the "Debtor Deposit") into an Interest Credit Account (the "ICA") maintained by the LOC Lender for the benefit of Debtor.

C.    Nine Thousand  Dollars and No Cents ($9,000) of the Debtor's Deposit, shall be paid to ZOOMERAL, Inc. for the purpose of an origination fee (the "Origination Fee").

D.    Thirty Six Thousand  Dollars and No Cents ($36,000) of the Debtor's Deposit, for the purpose of Debtor's payment of interest, due and payable prior to the Bridge Term (as defined herein) of the LOCA.

E.    The Debtor has requested and LOC Lender has agreed to provide an ICA for bridge funding in the amount of Three Hundred  Thousand  Dollars and No Cents ($300,000) plus interest reserve and fees (the "Bridge Loan").  The Bridge Loan Bridge is subject to the terms and conditions set forth in the Promissory Note (the "Note"), Security Agreement, Guaranty, and this Agreement, of even date herewith executed by and between the Debtor and LOC Lender (collectively, the "Loan Documents")

F.    LOC Lender will provide the Bridge Loan on behalf of the Debtor to the ICA to enable the Debtor to secure the LOC from the LOC Lender.  Upon execution of the Loan Documents, LOC Lender will fund the ICA within three (3) Banking days.

Initials: _____

G.    Commencing February 3, 2023, LOC Lender shall receive full payment of all interest from the ICA in the amount of Thirty Six Thousand  Dollars and No Cents ($36,000).

H.    Debtor shall have the right to extend the Bridge Term for an additional term of thirty (30) days (the "Extension Option"). If Debtor wishes to extend the Bridge Term, Debtor shall notify LOC Lender in writing of its intention to exercise the Extension Option no later than five (5) business days prior to the end of the Bridge Term. If Debtor exercises the Extension Option, the Bridge Term shall continue month-to-month until Debtor notifies LOC Lender, in writing, of its intention to terminate the then-existing Bridge Term no later than five (5) business days prior to then-existing Bridge Term.

I.    The Bridge Loan will be secured by, inter alia, a security interest in the LOC Lender Collateral senior to any security interest therein held by LOC Lender.

J.    The LOC Lender holds or will hold a security interest in the LOC Lender Collateral.

K.    The Creditors are executing this Agreement to set forth their lien and security priorities with respect to the Debtor transaction.

<u>AGREEMENT</u>

NOW, THEREFORE, in consideration of the premises, and intending to be legally bound hereby, the Parties hereby agree as follows:

1.  <u>DEFINITIONS</u>. The following terms used herein shall have the following meaning. All capitalized terms not herein defined shall have the meaning set forth in the Uniform Commercial Code:

1.1.    "Bankruptcy Code" - Title 11 of the United Sates Code.

1.2.     "Bridge Loan" – See Recital C. & D.

1.3.    "Bridge Term" – Ninety (90) calendar days from the date of agreement execution

1.4.    "Chosen State" – Delaware

1.5.     "Creditor(s)" - The LOC Lender

1.6.     "Debtor" – See preamble.

1.7.    "Default Notice" – See section 4.2

1.8.     "LOC Lender" - See Preamble.

Initials: _____

1.9.   "LOC Lender Collateral" – All collateral which now or hereafter secures the LOC Lender Obligations.

1.10.  "LOC Lender Obligations" – Indebtedness owed by the Debtor to the LOC Lender.

1.11.  "LOC Lender Collateral "—All collateral which now or hereafter secures the LOC Lender obligations pursuant to the Security Agreement.

1.12.  "LOC Lender Obligations" – All obligations of the Debtor to LOC Lender under the Note or any other agreement between Debtor and LOC Lender.

1.13.  "Party" – Each of the LOC Lender and the Debtor.

2.   <u>PRIORITY</u>.

2.1.   Notwithstanding the terms or provisions of any agreement or arrangement which either Creditor may now or hereafter have with the Debtor or any rule of law, and irrespective of the time, order, or method of attachment or perfection of any security interest or the recordation or other filing in any public record of any financing statement, any security interests now or hereafter held by LOC Lender in any and all assets of the Debtor, is and shall remain senior to any security interest therein now or hereafter held by the LOC Lender.

3.   <u>BRIDGE LOAN REPAYMENT TO LOC LENDER.</u>

3.1.   The Parties acknowledge and agree that the LOC Lender Obligations shall be due and payable to LOC Lender on Debtor's first draw from the Debtor's LOC. The LOC Lender affirms and warrants that no draw request from the Debtor shall be accepted if the LOC Lender Obligations have not been satisfied or the full amount of the LOC Lender Obligations isn't included in the draw request.  The first draw from the LOC shall be at a minimum sufficient to satisfy the LOC Lender Obligations, and no other payment from the Debtor's LOC availability shall be disbursed unless and until the full amount of the LOC Lender Obligations have been paid. The Parties' additionally agree that the first LOC draw request must occur within ninety banking days from the date of the opening of the Debtor's ICA with the Lender (the "Bridge Loan Term").

3.2.   In the event the first draw request is not made and the LOC Lender Obligations are not satisfied within the Bridge Loan Term, or Debtor otherwise defaults in the performance of the LOC Lender Obligations, LOC Lender may send a Default Notice to LOC Lender demanding the full payment of the LOC Lender Obligations from the ICA.

3.3.   Within one Business Day of the Default Notice, LOC Lender shall retain the full amount of the LOC Lender Obligations from the funds held in the Debtor's ICA.

3.4.   The Debtor understands that payments to LOC Lender hereunder by LOC Lender shall be deemed to be payments to the Debtor under the LOCA.

3.5.   All payments to LOC Lender shall be made as follows (or in accordance with such other instructions as may be advised in writing by LOC Lender to Borrower):

Initials: _____

Bank Name: Chase Bank
Bank Address: 1515 Atlantic Boulevard, Jacksonville, Florida 32207
ABA #: 021000021
Account Name: Genie Investments NV
Account Address: 401 Ryland Street Suite 200-A, Reno, Nevada 89502
Account #: 4012372222

4. <u>LOC LENDER COVENANTS AND WARRANTIES.</u>

    4.1.    LOC Lender shall not transfer, assign, withdraw, or otherwise disburse to the LOC Lender, the Debtor, or any other person, any funds from the ICA unless and until all LOC Lender Obligations are fully satisfied in accordance with the Note and this Agreement.

5. <u>CHOICE OF LAW.</u>

    5.1.    This Agreement and all transactions contemplated hereunder and/or evidenced hereby shall be governed by, construed under, and enforced in accordance with the internal laws of the Delaware.

6. JURISIDCTION; VENUE.

    6.1. Jurisdiction. The Parties agree that any legal action, suit, or proceeding arising out of or relating to this Agreement may be brought in a state or federal court located in Delaware. The Parties submit to the exclusive jurisdiction of any such court in any such action, suit, or proceeding.

    6.2. <u>Venue</u>. The Parties irrevocably and unconditionally waive to the fullest extent permitted by applicable law, any objection that it may now or hereafter have to the laying of venue of any action or proceeding arising out of or relating to this Agreement in any court referred to in **Error! Bookmark not defined.**6.1 and the defense of an inconvenient forum to the maintenance of such action or proceeding in any such court.

7. <u>Waiver of Jury Trial</u>. THE PARTIES HEREBY IRREVOCABLY WAIVE, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY IN ANY LEGAL PROCEEDING DIRECTLY OR INDIRECTLY RELATING TO THIS AGREEMENT OR THE TRANSACTIONS CONTEMPLATED THEREBY, WHETHER BASED ON CONTRACT, TORT, OR ANY OTHER THEORY.

8. <u>BENEFITS OF THE AGREEMENT.</u>

    8.1.    This Agreement is solely for the benefit of and shall bind the Parties and their respective successors and assigns and no other entity shall have any right, benefit, priority, or interest hereunder.

9. <u>TERM.</u>

Initials:

9.1.    This Agreement may be terminated by the parties only upon full payment to LOC Lender of the LOC Lender Obligations by Debtor and/or the LOC Lender.

## 10. ATTORNEYS FEES.

10.1.    In the event that any Party retains counsel in connection with the interpretation, defense, or enforcement of this agreement, the prevailing Party shall recover its reasonable attorney's fees and expenses from the unsuccessful Party.

## 11. COUNTERPARTS.

11.1.    This Agreement may be signed in any number of counterparts, each of which shall be an original, with the same effect as if all signatures were upon the same instrument.  Delivery of an executed counterpart of the signature page to this Agreement by facsimile shall be effective as delivery of a manually executed counterpart of this Agreement, and any Party delivering such an executed counterpart of the signature page to this Agreement by facsimile to any other Party shall thereafter also promptly deliver a manually executed counterpart of this Agreement to such other Party, provided that the failure to deliver such manually executed counterpart shall not affect the validity, enforceability, or binding effect of this Agreement.

## 12. NOTICE.

10.1    All notices required to be given to either Party hereunder shall be sent to the Parties at their respective addresses listed below and shall be deemed given upon the first to occur of: (a) deposit thereof, postage prepaid, in a receptacle under the control of the United States Postal Service; (b) the first business day following transmittal by electronic mail ; or (c) actual receipt by the Party to whom notice is being given, or an employee or agent of thereof.

**LOC Lender**

Name:        Genie Investments
Address:     PO Box 5886
             Wilmington, Delaware 19808

**Debtor**

Name:        Belle Maison Realty, LLC
Address:     1133 E 83rd Street, #171
             Chicago, Illinois 60619
Attention:   Lea Muse

Initials: _____

13. <u>Amendments and Waivers</u>. No term of this Agreement may be waived, modified, or amended except by an instrument in writing signed by both of the Parties. Any waiver of the terms hereof shall be effective only in the specific instance and for the specific purpose given.

14. <u>Headings</u>. The headings of the various Sections and subsections herein are for reference only and shall not define, modify, expand, or limit any of the terms or provisions hereof.

15. <u>No Waiver; Cumulative Remedies</u>. No failure to exercise, and no delay in exercising on the part of LOC Lender, of any right, remedy, power, or privilege hereunder shall operate as a waiver thereof; nor shall any single or partial exercise of any right, remedy, power, or privilege hereunder preclude any other or further exercise thereof or the exercise of any other right, remedy, power, or privilege. The rights, remedies, powers, and privileges herein provided are cumulative and not exclusive of any rights, remedies, powers, and privileges provided by law.

16. <u>Electronic Execution</u>. The words "execution," "signed," "signature," and words of similar import in this Agreement shall be deemed to include electronic or digital signatures or electronic records, each of which shall be of the same effect, validity, and enforceability as manually executed signatures or a paper-based record-keeping system, as the case may be, to the extent and as provided for under applicable law, including the Electronic Signatures in Global and National Commerce Act of 2000 (15 U.S.C. §§ 7001 to 7031), the Uniform Electronic Transactions Act (UETA), or any Delaware state law.

17. <u>Severability</u>. If any term or provision of this Agreement is invalid, illegal, or unenforceable in any jurisdiction, such invalidity, illegality, or unenforceability shall not affect any other term or provision of this Agreement or invalidate or render unenforceable such term or provision in any other jurisdiction. Upon such determination that any term or other provision is invalid, illegal, or unenforceable, the Parties shall negotiate in good faith to modify this Note so as to affect the original intent of the parties as closely as possible in a mutually acceptable manner in order that the transactions contemplated hereby be consummated as originally contemplated to the greatest extent possible.

*[Signature Page Follows]*

Initials:

IN WITNESS WHEREOF, the parties have caused this Agreement to be duly executed and delivered by their respective officers thereunto duly authorized as of the date first above written.

**LOC Lender:**  Genie Investments

By: *Genie Investments*

**Debtor:**  Belle Maison Realty, LLC

By: 

Name: Lea Muse

Title:  Owner

**SUBSCRIBED AND SWORN TO BEFORE ME** on this _10_ day of _Feb_ , 20_23_

OFFICIAL SEAL
ROBERT A. YEE
Notary Public - State of Illinois
My Commission Expires 10/14/2026

NOTARY PUBLIC
In and for the State of _Illinois_

My Commission Expires: _10/14/2026_

Initials:

# Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2022

**STATEMENT PACKAGE FOR:**
MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

**TOTAL VALUE OF YOUR ACCOUNTS** (as of 12/31/22)          **$3,706,268.65**
*Includes Accrued Interest*
*Excludes Bank Loan Balances (See detail on Overview page)*

**Your Financial Advisor**
**Michael Stewart**
Associate Vice President
Michael.G.Stewart@morganstanley.com
818 409-0769

**Your Branch**
55 SOUTH LAKE AVE, STE 700
PASADENA, CA 91101
Telephone: 626-449-1240; Alt. Phone: 800-488-1240; Fax: 626-449-7121

*Morgan Stanley Smith Barney LLC. Member SIPC.*

#BWNJGWM

MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS
401 RYLAND ST.
SUITE 200A
RENO NV 89502-1643

**Client Service Center** (24 Hours a Day; 7 Days a Week): 800-869-3326
**Access Your Accounts Online:** www.morganstanley.com/online

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

**CLIENT STATEMENT** | For the Period December 1-31, 2022

## GIMA Status Definitions

**GIMA STATUS IN INVESTMENT ADVISORY PROGRAMS**

Global Investment Manager Analysis (GIMA) reviews certain investment products in various advisory programs. For these programs, a GIMA status will apply:

**Focus (FL):** Investment products on the Focus List have been subject to an in-depth review and possess GIMA's highest level of confidence.

**Approved (AL):** Investment products on the Approved List have typically been subject to a less rigorous review process and have been approved for recommendation to investors.

**Not Approved (NL):** Investment products that were previously on the Focus List or Approved List but are no longer on either of those lists.  GIMA no longer covers these products.

For more information, please contact us for the applicable Morgan Stanley ADV brochure.

# Morgan Stanley

## Expanded Disclosures

Expanded Disclosures, which apply to all statements we send to you, are provided with your first statement and thereafter twice a year.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Account Valuation**
Account values are computed by adding (1) the market value of all priced positions, (2) valuations utilizing industry service providers and/or outside custodians for other positions, and (3) adding any credit or subtracting any debit to your closing Cash, Money Market Funds and/or Deposit balance. Cash, Deposits and Money Market Funds are displayed on a settlement date basis, and other positions are displayed in your account on a trade date basis. The values of fixed income positions in summary displays include accrued interest in the totals. In the "Holdings" section, fixed income market value and accrued interest are also displayed in separate columns. Accrued interest is the interest earned but not yet paid on the bond since its last interest payment. In most cases, it is calculated from the date of the last coupon payment (or "dated date") through the closing date of the statement. Foreign Currency Deposits are reflected in U.S. dollars as of the statement end date. The Annual Percentage Yield (APY) for deposits represents the applicable rate in effect for your deposits at the statement ending date. This APY may be different than the APY that was in effect during the statement period. For current Bank Deposit or Money Market Fund yields, go to www.morganstanley.com/wealth-investmentstrategies/ratemonitor.html.

**Additional Retirement Account Information**
Tax-qualified account contributions are subject to IRS eligibility rules

and regulations. The Contributions and Distributions information in this statement reflects information for a particular account, without reference to any other account, and is based on information provided by you. The deductibility of an individual contribution depends upon your Modified Adjusted Gross Income and coverage by a retirement plan at work. Check with your tax advisor to verify how much you can contribute, if the contribution will be tax deductible, and if special rules apply. The information included in this statement is not intended to constitute tax, legal or accounting advice. Contact us if any of this information is incorrect.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Gain/(Loss) Information**
Gain/(Loss) is provided for informational purposes. It is not a substitute for Internal Revenue Service (IRS) Form 1099 (on which we report cost basis for covered securities) or any other IRS tax form, and should not be used for tax preparation. Unrealized Gain/(Loss) provided on this statement is an estimate. Contact your own independent legal or tax advisor to determine the appropriate use of the Gain/(Loss) information on this statement. For more information, contact us.

**Tax Reporting**
Under Federal income tax law, we are required to report gross proceeds of sales (including short sales) on Form 1099-B by March 15 of the year following the calendar year of the transaction for reportable (i.e., non-retirement) accounts. For sales of certain securities acquired on or after January 1, 2011 (or applicable date for the type of security) we are also required to report cost basis and holding period. Under IRS regulations, if you have not provided us with a certification of either U.S. or foreign status on applicable Form W-9 or W-8, your accounts may be subject to either 24% back-up withholding or 30% nonresident alien withholding on payments made to your accounts.

**Investment Objectives**
The following is an explanation of the investment objective alternatives applicable to your account(s): Income - for investors seeking regular income with low to moderate risk to principal; Capital Appreciation - for investors seeking capital appreciation with moderate to high risk to principal; Aggressive Income - for investors seeking higher returns either as growth or as income with greater risk to principal; Speculation - for

investors seeking high profits or quick returns with considerable possibility of losing most or all of their investment.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer** (not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral. The amount you may borrow is based on the value of eligible securities in your margin accounts. If a security has eligible shares the number of shares pledged as collateral is indicated below the position. If you have a margin account, as permitted by law, we may use certain securities in your account for, among other things, settling short sales or lending the securities for short sales, for which we may receive compensation.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Money Market Fund (MMF) Pricing**
You could lose money in MMFs. Although MMFs classified as government funds (i.e., MMFs that invest 99.5% of total assets in cash and/or securities backed by the U.S. government) and retail funds (i.e., MMFs open to natural person investors only) seek to preserve value at $1.00 per share, they cannot guarantee they will do so. The price of other MMFs will fluctuate and when you sell shares they may be worth more or less than originally paid. MMFs may impose a fee upon sale

CONTINUED

## Expanded Disclosures (CONTINUED)

or temporarily suspend sales if liquidity falls below required minimums. During suspensions, shares would not be available for purchases, withdrawals, check writing or ATM debits. A MMF investment is not insured or guaranteed by the Federal Deposit Insurance Corporation or other government agency.

**Notice Regarding Global Investment Manager Analysis**
The Global Investment Manager Analysis team conducts analysis on various mutual funds and exchange-traded funds for clients holding those funds in certain investment advisory programs. If you have invested in any of these funds in another type of account, such as a brokerage account, you will not receive the same materials and status updates on the funds as we provide to investment advisory clients (including instructions on selling fund shares).

**Pricing of Securities**
The prices of securities are derived from various sources, and do not necessarily represent the prices at which those securities could have been bought or sold. Although we attempt to use reliable sources of information, we can offer no assurance as to their accuracy, reliability or completeness. Prices are as of the date shown only and are not an offer by us or our affiliates to purchase or sell any instrument or enter into any transaction or a commitment by us or them to make such an offer. Prices of securities not actively traded may not be available, and are indicated by N/A (not available). For additional information on how we price securities, contact us.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available).  There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and are subject to special risks, which may include, but are not limited to: loss of initial investment; issuer credit risk and price volatility resulting from actual or anticipated changes to issuer's and/or guarantor's credit ratings/spreads; limited or no appreciation and limits on participation in any appreciation of underlying asset(s); risks associated with the underlying asset(s); no periodic payments; call prior to maturity; early redemption fees for market linked deposits; lower interest rates and/or yield compared to conventional debt with comparable maturity; unique tax implications; limited or no secondary market; and conflicts of interest due to affiliation, compensation or other factors which could adversely affect market value or payout to investors. Investors also should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured

Investments, which may appear in various product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the product category where they appear, and therefore may not satisfy portfolio asset allocation needs for that category. When displayed, the accrued interest, annual income and yield for structured investments with a contingent income feature (e.g., Range Accrual Notes/Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant observation period and payment in full of all contingent interest. Actual accrued interest, annual income and yield will be dependent upon the performance of the underlying asset(s) and may be significantly lower than estimates shown. For more information on the risks and conflicts of interest related to Structured Investments, log in to Morgan Stanley Online at www.morganstanley.com/structuredproductsrisksandconflicts. For information on risks specific to your Structured Investments, contact us.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Certain Assets Not Held Here**
You may purchase certain assets through us that may be held at another financial institution. Assets not held with us may not be covered by SIPC protection. We may include information about certain assets on this statement solely as a service to you and are not responsible for information provided by external sources. Generally, any financial institution that holds securities is responsible for year-end reporting (e.g., Forms 1099) and separate periodic statements, which may vary from our information due to different reporting periods. In the case of networked mutual funds, we perform all year-end tax reporting.

**Total Income**
Total income, as used in the income summaries, represents dividends and/or interest on securities we receive on your behalf and credit to your account(s) during the calendar year. We report dividend distributions and taxable bond interest credited to your account to the

IRS. The totals we report may differ from those indicated as "This Year" figures on the last statement for the calendar year. Only information on Forms 1099 should be used for tax reporting. In the case of Corporations, Real Estate Investment Trusts (REITs), Master Limited Partnerships, Regulated Investment Companies and Unit Investment Trusts, some sponsors may reclassify the distribution to a different tax type for year-end reporting.

**Transaction Dates and Conditions**
Transactions display trade date and settlement date. Transactions are included on this statement on trade date basis (excluding BDP and MMFs). Trades that have not settled as of statement month end will also be displayed in the "Unsettled Purchases/Sales Activity" section. Upon written request, we will give you the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Tax and Legal Disclosure**
We do not provide legal or tax advice. Please consult your own tax advisor.

Revised 11/2022

# Morgan Stanley

## Consolidated Summary

### OVERVIEW OF YOUR ACCOUNTS (includes accrued interest)

*Although only whole dollar amounts are displayed below, both dollars and cents are used to calculate all totals. Manually summing the individual line items may not equal the actual total displayed. Refer to Account Statements for details. Excludes Bank Loan Balances (including Liquidity Access Lines, Tailored Lending Loans and Mortgage Balances).*

| | Account Number | Beginning Value (12/1/22) | Funds Credited/(Debited) | Security/Currency Transfers Rcvd/(Dlvd) | Change in Value | Ending Value (12/31/22) | Income/Dist This Period/YTD | YTD Realized Gain/(Loss) (Total ST/LT) | Unrealized Gain/(Loss) (Total ST/LT) | Page |
|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL FOR ALL ACCOUNTS** | | **$3,700,000** | **$(1,026)** | — | **$7,295** | **$3,706,268** | **$7,548** | — | **$(2,523)** | |
| | | | | | | | **$7,548** | — | — | |
| **Business Accounts** | | | | | | | | | | |
| MSL FBO GENIE INVESTMENTS NV | 255-145712-290 | 3,700,000 | (1,026) | — | 7,295 | 3,706,268 | 7,548 | — | (2,523) | 9 |
| C/O CALEB MICHAEL DAVIS | *Invest Advisory* | | | | | | 7,548 | — | — | eDel |
| Recap of Cash Management Activity included | | | | | | | | | | |
| **Total Business Accounts** | | **$3,700,000** | **$(1,026)** | — | **$7,295** | **$3,706,268** | **$7,548** | — | **$(2,523)** | |
| | | | | | | | **$7,548** | — | — | |

**Liquidity Access Line Accounts** (These accounts are not included in the Consolidated Summary balances.)

| | | | | |
|---|---|---|---|---|
| GENIE INVESTMENTS NV | 255-145861-290 | | - See Account Summary and/or Account Detail - | 23 |
| C/O CALEB MICHAEL DAVIS | *MSPBNA Loan* | | | eDel |
| Recap of Cash Management Activity included | | | | |

*This summary may include assets held in either brokerage and/or advisory accounts. Visit https://www.morganstanley.com/wealth-relationshipwithms/pdfs/understandingyourrelationship.pdf to understand the differences between brokerage and advisory accounts. Refer to individual Account Gain/(Loss) Summary and Expanded Disclosures for additional information. Accounts with no balances, holdings or activity year-to-date are not displayed on this page. eDel: This account is enrolled in eDelivery.*

# Morgan Stanley

## Consolidated Summary

### CHANGE IN VALUE OF YOUR ACCOUNTS (includes accrued interest)

|  | This Period (12/1/22-12/31/22) | This Year (1/1/22-12/31/22) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | $3,700,000.00 | — |
| Credits | 557.58 | 3,700,557.58 |
| Debits | (1,584.47) | (1,584.47) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | $(1,026.89) | $3,698,973.11 |
| **Change in Value** | 7,295.54 | 7,295.54 |
| **TOTAL ENDING VALUE** | $3,706,268.65 | $3,706,268.65 |

*Net Credits / Debits include investment advisory fees as applicable. See Activity section for details.*

### MARKET VALUE OVER TIME

*The below chart displays the most recent thirteen months of Market Value.*



*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations.*

### ASSET ALLOCATION (includes accrued interest)

|  | Market Value | Percentage |
|---|---|---|
| Cash | $821,083.75 | 22.15 |
| Equities | 16,893.20 | 0.46 |
| Fixed Income & Preferreds | 2,787,480.57 | 75.21 |
| Alternatives | 80,811.13 | 2.18 |
| **TOTAL VALUE** | **$3,706,268.65** | **100.00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures.*
*Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances.  These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

# Morgan Stanley

## Consolidated Summary

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 11/30/22) | This Period (as of 12/31/22) |
|---|---|---|
| Cash, BDP, MMFs | $3,700,000.00 | $524,629.46 |
| Stocks | — | 738.70 |
| ETFs & CEFs | — | 1,764,077.75 |
| Corporate Fixed Income ^ | — | 148,152.50 |
| Government Securities ^ | — | 739,589.30 |
| Certificates of Deposit ^ | — | 185,740.09 |
| Mutual Funds | — | 343,340.85 |
| **Total Assets** | **$3,700,000.00** | **$3,706,268.65** |
| **Total Liabilities** (outstanding balance) | | |
| **TOTAL VALUE** | **$3,700,000.00** | **$3,706,268.65** |

*Total liabilities excludes Bank Loan Balances (including Liquidity Access Lines, Tailored Lending Loans and Mortgage Balances).*

### CASH FLOW

| | This Period (12/1/22-12/31/22) | This Year (1/1/22-12/31/22) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$3,700,000.00** | **—** |
| Purchases | (3,181,892.30) | (3,181,892.30) |
| Income and Distributions | 7,548.65 | 7,548.65 |
| **Total Investment Related Activity** | **$(3,174,343.65)** | **$(3,174,343.65)** |
| Electronic Transfers-Credits | — | 3,700,000.00 |
| Other Credits | 557.58 | 557.58 |
| Other Debits | (1,584.47) | (1,584.47) |
| **Total Cash Related Activity** | **$(1,026.89)** | **$3,698,973.11** |
| **Total Card/Check Activity** | **—** | **—** |
| **CLOSING CASH, BDP, MMFs** | **$524,629.46** | **$524,629.46** |

Morgan Stanley

This page intentionally left blank

# Morgan Stanley

## Account Summary

| | |
|---|---|
| Portfolio Management Active Assets Account<br>255-145712-290 | MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period<br>(12/1/22-12/31/22) | This Year<br>(1/1/22-12/31/22) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | $3,700,000.00 | — |
| Credits | 557.58 | 3,700,557.58 |
| Debits | (1,584.47) | (1,584.47) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | $(1,026.89) | $3,698,973.11 |
| **Change in Value** | 7,295.54 | 7,295.54 |
| **TOTAL ENDING VALUE** | $3,706,268.65 | $3,706,268.65 |

*Net Credits / Debits include investment advisory fees as applicable. See Activity section for details.*

### MARKET VALUE OVER TIME
*The below chart displays the most recent thirteen months of Market Value.*



*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations.*

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $821,083.75 | 22.15 |
| Equities | 16,893.20 | 0.46 |
| Fixed Income & Preferreds | 2,787,480.57 | 75.21 |
| Alternatives | 80,811.13 | 2.18 |
| **TOTAL VALUE** | **$3,706,268.65** | **100.00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

# Morgan Stanley

## Account Summary

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 11/30/22) | This Period (as of 12/31/22) |
|---|---|---|
| Cash, BDP, MMFs | $3,700,000.00 | $524,629.46 |
| Stocks | — | 738.70 |
| ETFs & CEFs | — | 1,764,077.75 |
| Corporate Fixed Income^ | — | 148,152.50 |
| Government Securities^ | — | 739,589.30 |
| Certificates of Deposit^ | — | 185,740.09 |
| Mutual Funds | — | 343,340.85 |
| **Total Assets** | **$3,700,000.00** | **$3,706,268.65** |
| **Total Liabilities** (outstanding balance) | — | — |
| **TOTAL VALUE** | **$3,700,000.00** | **$3,706,268.65** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (12/1/22-12/31/22) | This Year (1/1/22-12/31/22) |
|---|---|---|
| Qualified Dividends | $1.82 | $1.82 |
| Other Dividends | 7,546.83 | 7,546.83 |
| **Income And Distributions** | **$7,548.65** | **$7,548.65** |
| **Tax-Exempt Income** | | |
| **TOTAL INCOME AND DISTRIBUTIONS** | **$7,548.65** | **$7,548.65** |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### ADDITIONAL ACCOUNT INFORMATION

| Category | This Period (12/1/22-12/31/22) | This Year (1/1/22-12/31/22) |
|---|---|---|
| Accrued Interest Paid | $4,992.36 | $4,992.36 |

### CASH FLOW

| | This Period (12/1/22-12/31/22) | This Year (1/1/22-12/31/22) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$3,700,000.00** | **—** |
| Purchases | (3,181,892.30) | (3,181,892.30) |
| Income and Distributions | 7,548.65 | 7,548.65 |
| **Total Investment Related Activity** | **$(3,174,343.65)** | **$(3,174,343.65)** |
| Electronic Transfers-Credits | — | 3,700,000.00 |
| Other Credits | 557.58 | 557.58 |
| Other Debits | (1,584.47) | (1,584.47) |
| **Total Cash Related Activity** | **$(1,026.89)** | **$3,698,973.11** |
| **Total Card/Check Activity** | **—** | **—** |
| **CLOSING CASH, BDP, MMFs** | **$524,629.46** | **$524,629.46** |

### GAIN/(LOSS) SUMMARY

| | Realized This Period (12/1/22-12/31/22) | Realized This Year (1/1/22-12/31/22) | Unrealized Inception to Date (as of 12/31/22) |
|---|---|---|---|
| Short-Term Gain | — | — | $3,866.32 |
| Short-Term (Loss) | — | — | (6,389.92) |
| **Total Short-Term** | **—** | **—** | **$(2,523.60)** |

*The Gain/(Loss) Summary, which may change due to basis adjustments, is provided for informational purposes and should not be used for tax preparation. Refer to Gain/(Loss) in the Expanded Disclosures.*

# Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2022

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

**Investment Objectives (in order of priority):** Capital Appreciation, Income, Aggressive Income, Speculation

**Investment Advisory Account**

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

**Account Holder Votes Proxy:** No

*The account holder has delegated the authority to vote proxies for the account to Institutional Shareholder Services or a third-party or Morgan Stanley-affiliated portfolio manager, as applicable.*

**Pledged to:** Liquidity Access Line

*The assets in this account are pledged to a Liquidity Access Line (LAL), which is a securities based loan/line of credit product[1], and these assets can be used to repay the LAL.*

    **LAL Account Number:** 255-XXX861
    **LAL Account Name:** GENIE INVESTMENTS NV
    **Outstanding Balance**[2]: $3,001,090.34

*[1]The lender of which is either Morgan Stanley Private Bank, National Association or Morgan Stanley Bank, N.A., as applicable, each an affiliate of Morgan Stanley Smith Barney LLC.*
*[2]Outstanding Balance is the unpaid principal balance plus the amount of any issued letters of credit, reflecting the period of this account statement. Accrued interest that is unpaid is not included. Note that Outstanding Balance may increase or decrease based on the Borrower's loan activity. The entire amount of the collateral in this account may be applied against the LAL Obligations. For a more detailed description of the terms of such LAL, please review the Liquidity Access Line Application and Agreements, the associated Terms and Conditions and the Third Party Pledge Agreement (if applicable).*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period. For debt securities that pay dividends (identified as "Pays Div" below the security description), accrued interest represents accrued expected dividends. Unit and Total Cost include these accrued dividends, but Market Value does not, so Unrealized Gain/(Loss) may be understated.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions.*

| Description | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|
| CASH | $207.87 | | | |
| MSILF GOVT SEC PART | 524,421.59 | 3.810 | 19,980.46 | — |

# Morgan Stanley

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| **CASH, BDP, AND MMFs** | **14.16%** | **$524,629.46** | **$19,980.46** |

*Certain money market funds classified as government funds and retail funds seek (although they cannot guarantee) to maintain a share price of $1.00, therefore the dollar amounts listed equal the number of shares. Additional information concerning these transactions is available upon request. For more information about the pricing of Money Market Funds, please see the Expanded Disclosures. The money market funds reflected above include the balances in your automatic sweep feature, if any, and may include other money market funds that have been purchased in your account.*

## STOCKS

### COMMON STOCKS

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| EXXON MOBIL CORP (XOM) | 12/19/22 | 3.000 | $104.430 | $110.300 | $313.29 | **$330.90** | $17.61 ST | $11.00 | 3.32 |
| *Next Dividend Payable 03/2023; Asset Class: Equities* | | | | | | | | | |
| PBF ENERGY INC (PBF) | 12/19/22 | 10.000 | 36.885 | 40.780 | 368.85 | **407.80** | 38.95 ST | — | — |
| *Next Dividend Payable 02/2023; Asset Class: Equities* | | | | | | | | | |

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **STOCKS** | **0.02%** | | | | **$682.14** | **$738.70** | **$56.56 ST** | **$11.00** | **1.49%** |

## EXCHANGE-TRADED & CLOSED-END FUNDS

*Estimated Annual Income for Exchange Traded Funds, is based upon historical distributions over the preceding 12-month period, while Estimated Annual Income for Closed End Funds may be based upon either (a) the most recent dividend or (b) sum of prior 12 months (depending upon whether there is an announced fixed rate). Current Yield is calculated by dividing the total Estimated Annual Income by the current Market Value of the position, and it is for informational purposes only. Distributions may consist of income, capital gains or the returns of capital distributions. EAI is based upon information provided by an outside vendor and is not verified by us. Depending upon market conditions, Current Yield may differ materially from published yields. Investors should refer to the Fund website for the most recent yield information.*

*Global Investment Manager Analysis (GIMA) status codes (FL, AL or NL), may be shown for certain exchange-traded funds and are not guarantees of performance.  Refer to "GIMA Status in Investment Advisory Programs" in the June or December statement for a description of these status codes.*

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| BLACKROCK ENERGY AND RESOURCES (BGR) | 12/19/22 | 307.000 | $12.060 | $12.530 | $3,702.42 | **$3,846.71** | $144.29 ST | $216.00 | 5.62 |
| *Next Dividend Payable 01/2023; Asset Class: Equities* | | | | | | | | | |
| BLACKROCK FLT RTE INC STRAT FD (FRA) | 12/19/22 | 230.000 | 11.252 | 11.260 | 2,587.85 | **2,589.80** | 1.95 ST | 222.00 | 8.57 |
| *Next Dividend Payable 01/2023; Asset Class: FI & Pref* | | | | | | | | | |
| FIRST TR MLP&ENRG INC FND (FEI) | 12/19/22 | 981.000 | 7.566 | 7.810 | 7,422.64 | **7,661.61** | 238.97 ST | 589.00 | 7.69 |
| *Next Dividend Payable 01/17/23; Asset Class: Alt* | | | | | | | | | |
| FRANKLIN INVESTMENT GRADE CO (FLCO) | 12/19/22 | 174.000 | 21.253 | 20.870 | 3,698.00 | **3,631.38** | (66.62) ST | 140.00 | 3.86 |

# Morgan Stanley

## Account Detail

| | Portfolio Management Active Assets Account 255-145712-290 | MSL FBO GENIE INVESTMENTS NV C/O CALEB MICHAEL DAVIS |
|---|---|---|

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| *Next Dividend Payable 01/04/23; Asset Class: FI & Pref* | | | | | | | | | |
| FT NORTH AMERICAN ENERGY INFRA (EMLP) | 12/19/22 | 984.000 | 26.394 | 26.690 | 25,971.79 | **26,262.96** | 291.17 ST | 828.00 | 3.15 |
| *GIMA Status: AL; Next Dividend Payable 03/2023; Asset Class: Alt* | | | | | | | | | |
| GOLDMAN SACHS ACCESS TRE 0-1 Y (GBIL) | 12/19/22 | 1,484.000 | 99.850 | 99.710 | 148,177.40 | **147,969.64** | (207.76) ST | 2,033.00 | 1.37 |
| *GIMA Status: AL; Next Dividend Payable 01/03/23; Asset Class: FI & Pref* | | | | | | | | | |
| INVESCO TREASURY COLLATERAL ET (CLTL) | 12/19/22 | 7.000 | 105.223 | 105.340 | 736.56 | **737.38** | 0.82 ST | 10.00 | 1.36 |
| *GIMA Status: AL; Next Dividend Payable 01/2023; Asset Class: FI & Pref* | | | | | | | | | |
| INVESCO VARIABLE RATE ETF (VRIG) | 12/19/22 | 1,503.000 | 24.660 | 24.710 | 37,063.98 | **37,139.13** | 75.15 ST | 887.00 | 2.39 |
| *Next Dividend Payable 01/2023; Asset Class: FI & Pref* | | | | | | | | | |
| ISHARES 0-3 MONTH TREASURY B (SGOV) | 12/19/22 | 11,119.000 | 99.990 | 100.140 | 1,111,788.81 | **1,113,456.66** | 1,667.85 ST | 16,178.00 | 1.45 |
| *GIMA Status: AL; Next Dividend Payable 01/2023; Asset Class: FI & Pref* | | | | | | | | | |
| ISHARES MSCI BRAZ SM CAP ETF (EWZS) | 12/19/22 | 33.000 | 11.106 | 11.675 | 366.51 | **385.27** | 18.76 ST | 18.00 | 4.67 |
| *GIMA Status: AL; Next Dividend Payable 06/2023; Asset Class: Equities* | | | | | | | | | |
| ISHARES MSCI BRAZIL ETF (EWZ) | 12/19/22 | 13.000 | 26.565 | 27.970 | 345.35 | **363.61** | 18.26 ST | 46.00 | 12.65 |
| *GIMA Status: AL; Next Dividend Payable 06/2023; Asset Class: Equities* | | | | | | | | | |
| ISHARES SHORT TREASURY BD ETF (SHV) | 12/19/22 | 1,012.000 | 109.769 | 109.920 | 111,086.33 | **111,239.04** | 152.71 ST | 1,542.00 | 1.39 |
| *GIMA Status: AL; Next Dividend Payable 01/2023; Asset Class: FI & Pref* | | | | | | | | | |
| ISHARES TREASURY FLOATING RATE (TFLO) | 12/19/22 | 2,946.000 | 50.310 | 50.410 | 148,213.26 | **148,507.86** | 294.60 ST | 2,492.00 | 1.68 |
| *GIMA Status: AL; Next Dividend Payable 01/2023; Asset Class: FI & Pref* | | | | | | | | | |
| JOHN HANCOCK FINANCIAL OPPS FD (BTO) | 12/19/22 | 11.000 | 32.160 | 33.310 | 353.76 | **366.41** | 12.65 ST | 29.00 | 7.91 |
| *Next Dividend Payable 03/2023; Asset Class: Equities* | | | | | | | | | |
| PACER US CASH COWS 100 ETF (COWZ) | 12/19/22 | 242.000 | 45.808 | 46.250 | 11,085.58 | **11,192.50** | 106.92 ST | 219.00 | 1.96 |
| *GIMA Status: AL; Next Dividend Payable 03/2023; Asset Class: Equities* | | | | | | | | | |
| SPDR BLOOMBERG 1-3 MONTH T-B (BIL) | 12/19/22 | 1,622.000 | 91.335 | 91.470 | 148,145.37 | **148,364.34** | 218.97 ST | 1,969.00 | 1.33 |
| *GIMA Status: AL; Next Dividend Payable 01/2023; Asset Class: FI & Pref* | | | | | | | | | |
| VANECK J. P. MORGAN EM LOCAL (EMLC) | 12/19/22 | 15.000 | 24.156 | 24.230 | 362.34 | **363.45** | 1.11 ST | 21.00 | 5.78 |
| *GIMA Status: AL; Next Dividend Payable 01/2023; Asset Class: FI & Pref* | | | | | | | | | |

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **EXCHANGE-TRADED & CLOSED-END FUNDS** | **47.60%** | | | | **$1,761,107.95** | **$1,764,077.75** | **$2,969.80 ST** | **$27,439.00** | **1.56%** |

# Morgan Stanley

## Account Detail

| Portfolio Management Active Assets Account 255-145712-290 | MSL FBO GENIE INVESTMENTS NV C/O CALEB MICHAEL DAVIS |
|---|---|

### CORPORATE FIXED INCOME

**CORPORATE BONDS**

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE & CO FXD TO 102024 VAR THRAFTR 6.1000% | 12/19/22 | 75,000.000 | $99.696 | $97.421 | $74,771.67 | | | $4,575.00 | 6.26 |
| | | | $99.696 | | $74,771.67 | $73,065.38 | $(1,706.29) ST | $1,131.04 | |
| *Coupon Rate 6.100%; Perpetual Maturity; CUSIP 48126HAC4* | | | | | | | | | |
| *Interest Paid Semi-Annually Apr/Oct; Callable $100.00 on 10/01/24; Floating Rate; Moody BAA2     S&P BBB-; Issued 09/23/14; Pays Div; LIBOR Linked; Asset Class: FI & Pref* | | | | | | | | | |
| LENNAR CORP | 12/19/22 | 73,000.000 | 100.777 | 100.559 | 73,567.21 | | | 4,289.00 | 5.84 |
| | | | 100.762 | | 73,556.07 | 73,408.07 | (148.00) ST | 548.01 | |
| *Coupon Rate 5.875%; Matures 11/15/2024; CUSIP 526057CR3* | | | | | | | | | |
| *Interest Paid Semi-Annually May/Nov; Callable $100.00 on 05/15/24; Yield to Call 5.441%; Moody BAA2     S&P BBB-; Issued 05/15/18; Asset Class: FI & Pref* | | | | | | | | | |

| | Percentage of Holdings | Face Value | | | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| CORPORATE FIXED INCOME | | 148,000.000 | | | $148,338.88 | | | $8,864.00 | 6.05% |
| | | | | | $148,327.74 | $146,473.45 | $(1,854.29) ST | $1,679.05 | |
| TOTAL CORPORATE FIXED INCOME (includes accrued interest) | 4.00% | | | | | $148,152.50 | | | |

### GOVERNMENT SECURITIES

**TREASURY SECURITIES**

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES TREASURY NOTE | 12/19/22 | 184,000.000 | $100.105 | $99.721 | $184,194.06 | | | $8,050.00 | 4.38 |
| | | | $100.103 | | $184,189.87 | $183,486.09 | $(703.78) ST | $1,349.04 | |
| *Coupon Rate 4.375%; Matures 10/31/2024; CUSIP 91282CFQ9* | | | | | | | | | |
| *Interest Paid Semi-Annually; Yield to Maturity 4.532%; Moody AAA; Issued 10/31/22; Asset Class: FI & Pref* | | | | | | | | | |
| UNITED STATES TREASURY NOTE | 12/19/22 | 184,000.000 | 100.457 | 100.020 | 184,840.94 | | | 8,280.00 | 4.49 |
| | | | 100.448 | | 184,823.69 | 184,035.94 | (787.75) ST | 705.16 | |
| *Coupon Rate 4.500%; Matures 11/30/2024; CUSIP 91282CFX4* | | | | | | | | | |
| *Interest Paid Semi-Annually; Yield to Maturity 4.487%; Moody AAA; Issued 11/30/22; Asset Class: FI & Pref* | | | | | | | | | |
| UNITED STATES TREASURY NOTE | 12/19/22 | 367,000.000 | 100.554 | 99.945 | 369,035.70 | | | 15,598.00 | 4.25 |
| | | | 100.547 | | 369,007.34 | 366,799.30 | (2,208.04) ST | 3,213.77 | |
| *Coupon Rate 4.250%; Matures 10/15/2025; CUSIP 91282CFP1* | | | | | | | | | |
| *Interest Paid Semi-Annually; Yield to Maturity 4.269%; Moody AAA; Issued 10/17/22; Asset Class: FI & Pref* | | | | | | | | | |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2022

## Account Detail

Portfolio Management Active Assets Account
255-145712-290

MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

| | Percentage of Holdings | Face Value | | | Orig Total Cost Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **GOVERNMENT SECURITIES** | | 735,000.000 | | | $738,070.70 | | | $31,928.00 | 4.35% |
| | | | | | $738,020.90 | $734,321.33 | $(3,699.57) ST | $5,267.97 | |
| | | | | | | | | | |
| **TOTAL GOVERNMENT SECURITIES** (includes accrued interest) | 19.96% | | | | | $739,589.30 | | | |

### CERTIFICATES OF DEPOSIT

| Security Description | Trade Date | Face Value | Orig Unit Cost Adj Unit Cost | Unit Price | Orig Total Cost Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| WELLS FARGO BK NA SIOUX FALLS SD CD | 12/19/22 | 185,000.000 | $100.500 | $100.183 | $185,925.00 | | | $8,788.00 | 4.74 |
| Coupon Rate 4.750%; Matures 06/14/2024; CUSIP 9497634H6 | | | $100.487 | | $185,900.23 | $185,338.55 | $(561.68) ST | $401.54 | |
| *Interest Paid Monthly; Yield to Maturity 4.617%; Issued 12/14/22; Maturity Value = $185,000.00; Asset Class: FI & Pref* | | | | | | | | | |

| | Percentage of Holdings | Face Value | | | Orig Total Cost Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **CERTIFICATES OF DEPOSIT** | | 185,000.000 | | | $185,925.00 | | | $8,788.00 | 4.74% |
| | | | | | $185,900.23 | $185,338.55 | $(561.68) ST | $401.54 | |
| | | | | | | | | | |
| **TOTAL CERTIFICATES OF DEPOSIT** (includes accrued interest) | 5.01% | | | | | $185,740.09 | | | |

## MUTUAL FUNDS

### OPEN-END NON-SWEEP MONEY MARKET FUNDS

*The Current Yield is for informational purposes only and, depending upon market conditions, may differ materially from published Money Market Fund yields. Current Yield is calculated by dividing the total estimated annual income (in most cases, as of the prior month-end) by the current market value of the entire position. Investors should refer to the fund website for the most recent yield information. For holders of money market fund shares with a floating net asset value, we will provide information which may be relevant to holders who have elected to use the NAV method of tax accounting pursuant to Treasury Regulation section 1.446-7. However, since this is supplemental data, it will not be furnished to the Internal Revenue Service.*

| Security Description | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **FEDERATED HERMES GOVT OBL AVR (GOVXX)** | 296,454.290 | N/A | $1.0000 | N/A | $296,454.29 | $10,438.00 | 3.52 |
| *GIMA Status: AL; Enrolled In MS Dividend Reinvestment; Capital Gains Reinvest; Asset Class: Cash* | | | | | | | |

# Morgan Stanley

## Account Detail

| Portfolio Management Active Assets Account 255-145712-290 | MSL FBO GENIE INVESTMENTS NV C/O CALEB MICHAEL DAVIS |
|---|---|

### OPEN-END MUTUAL FUNDS

*Although share price is displayed only to three decimal places, calculation of Market Value is computed using the full share price in our data base, which may carry out beyond three decimal places. Estimated Annual Income is based upon historical distributions over the preceding 12-month period, rather than on the most recent dividend. Current Yield is calculated by dividing the total estimated annual income by the current market value of the position, and it is for informational purposes only. Distributions may consist of income, capital gains or the returns of capital distributions. EAI is based upon information provided by an outside vendor and is not verified by us. Depending upon market conditions, Current Yield may differ materially from published Fund yields. Investors should refer to the Fund website for the most recent yield information.*

*Global Investment Manager Analysis (GIMA) status codes (FL, AL or NL), may be shown for certain mutual funds and are not guarantees of performance.  Refer to "GIMA Status in Investment Advisory Programs" in the June or December statement for a description of these codes.*

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| AQR EQ MARKET NEUTRAL INST (QMNIX) | 12/19/22 | 2,149.465 | $8.620 | $8.780 | $18,528.39 | $18,872.30 | $343.91 ST | $1,124.00 | 5.96 |
| *GIMA Status: AL; Enrolled In MS Dividend Reinvestment; Capital Gains Reinvest; Asset Class: Alt* | | | | | | | | | |
| BLACKSTONE ALT MULTI-STRAT I (BXMIX) | 12/19/22 | 2,770.946 | 10.030 | 10.110 | 27,792.59 | 28,014.26 | 221.67 ST | — | — |
| *GIMA Status: AL; Enrolled In MS Dividend Reinvestment; Capital Gains Reinvest; Asset Class: Alt* | | | | | | | | | |
| **OPEN-END MUTUAL FUNDS** | | | | | $46,320.98 | $46,886.56 | $565.58 ST | $1,124.00 | 2.40% |

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **MUTUAL FUNDS** | 9.26% | | | | $46,320.98 | $343,340.85 | $565.58 ST | $11,562.00 | 3.37% |

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | | | | | $2,880,359.94 | $3,698,920.09 | $(2,523.60) ST | $108,572.46 $7,348.56 | 2.93% |
| **TOTAL VALUE** (includes accrued interest) | 100.00% | | | | | $3,706,268.65 | | | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

# Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2022

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

### ALLOCATION OF ASSETS (^ includes accrued interest)

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $524,629.46 | — | — | — | — | — |
| Stocks | — | $738.70 | — | — | — | — |
| ETFs & CEFs | — | 16,154.50 | $1,713,998.68 | $33,924.57 | — | — |
| Corporate Fixed Income ^ | — | — | 148,152.50 | — | — | — |
| Government Securities ^ | — | — | 739,589.30 | — | — | — |
| Certificates of Deposit ^ | — | — | 185,740.09 | — | — | — |
| Mutual Funds | 296,454.29 | — | — | 46,886.56 | — | — |
| **TOTAL ALLOCATION OF ASSETS ^** | **$821,083.75** | **$16,893.20** | **$2,787,480.57** | **$80,811.13** | **—** | **—** |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|---|
| 12/1 | | Dividend | MSILF GOVT SEC PART DIV PAYMENT | | | | | $7,263.13 |
| 12/14 | | Service Fee | ADV FEE 12/08-12/31 | | | | | (1,584.47) |
| 12/19 | 12/21 | Bought | ISHARES 0-3 MONTH TREASURY B | ACTED AS AGENT | | 11,119.000 | 99.9900 | (1,111,788.81) |
| 12/19 | 12/20 | Bought | UNITED STATES TREASURY NOTE 4.250% DUE2025-10-15 [91282CFP1] | ACTED AS AGENT ACCRUED INTEREST | 2,828.12 | 367,000.000 | 100.5547 | (371,863.82) |
| 12/19 | 12/20 | Bought | FEDERATED HERMES GOVT OBL AVR | | | 296,454.290 | 1.0000 | (296,454.29) |
| 12/19 | 12/21 | Bought | WELLS FARGO BK NA SIOUX FALLS SD 4.750% DUE2024-06-14 [9497634H6] | ACTED AS AGENT ACCRUED INTEREST | 168.53 | 185,000.000 | 100.5000 | (186,093.53) |
| 12/19 | 12/20 | Bought | UNITED STATES TREASURY NOTE 4.375% DUE2024-10-31 [91282CFQ9] | ACTED AS AGENT ACCRUED INTEREST | 1,111.88 | 184,000.000 | 100.1055 | (185,305.94) |
| 12/19 | 12/20 | Bought | UNITED STATES TREASURY NOTE 4.500% DUE2024-11-30 [91282CFX4] | ACTED AS AGENT ACCRUED INTEREST | 454.95 | 184,000.000 | 100.4570 | (185,295.89) |
| 12/19 | 12/21 | Bought | ISHARES TREASURY FLOATING RATE | ACTED AS AGENT | | 2,946.000 | 50.3100 | (148,213.26) |
| 12/19 | 12/21 | Bought | GOLDMAN SACHS ACCESS TRE 0-1 Y | ACTED AS AGENT | | 1,484.000 | 99.8500 | (148,177.40) |
| 12/19 | 12/21 | Bought | SPDR BLOOMBERG 1-3 MONTH T-B | ACTED AS AGENT | | 1,622.000 | 91.3350 | (148,145.37) |
| 12/19 | 12/21 | Bought | ISHARES SHORT TREASURY BD ETF | ACTED AS AGENT | | 1,012.000 | 109.7691 | (111,086.33) |
| 12/19 | 12/21 | Bought | JPMORGAN CHASE & CO FXD TO    10 6.100% DUE2062-12-19 [48126HAC4] | DIVIDEND | 1,016.67 | 75,000.000 | 98.3400 | (74,771.67) |
| 12/19 | 12/21 | Bought | LENNAR CORP 5.875% DUE2024-11-15 [526057CR3] | ACTED AS AGENT ACCRUED INTEREST | 428.88 | 73,000.000 | 100.7770 | (73,996.09) |
| 12/19 | 12/21 | Bought | INVESCO VARIABLE RATE ETF | ACTED AS AGENT | | 1,503.000 | 24.6600 | (37,063.98) |
| 12/19 | 12/20 | Bought | BLACKSTONE ALT MULTI-STRAT I | | | 2,770.946 | 10.0300 | (27,792.59) |

# Morgan Stanley

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

### CASH FLOW ACTIVITY BY DATE (CONTINUED)

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 12/19 | 12/21 | Bought | FT NORTH AMERICAN ENERGY INFRA | ACTED AS AGENT | 984.000 | 26.3941 | (25,971.79) |
| 12/19 | 12/20 | Bought | AQR EQ MARKET NEUTRAL INST | | 2,149.465 | 8.6200 | (18,528.39) |
| 12/19 | 12/21 | Bought | PACER US CASH COWS 100 ETF | ACTED AS AGENT | 242.000 | 45.8082 | (11,085.58) |
| 12/19 | 12/21 | Bought | FIRST TR MLP&ENRG INC FND | ACTED AS AGENT | 981.000 | 7.5664 | (7,422.64) |
| 12/19 | 12/21 | Bought | BLACKROCK ENERGY AND RESOURCES | ACTED AS AGENT | 307.000 | 12.0600 | (3,702.42) |
| 12/19 | 12/21 | Bought | FRANKLIN INVESTMENT GRADE CO | ACTED AS AGENT | 174.000 | 21.2529 | (3,698.00) |
| 12/19 | 12/21 | Bought | BLACKROCK FLT RTE INC STRAT FD | ACTED AS AGENT | 230.000 | 11.2515 | (2,587.85) |
| 12/19 | 12/21 | Bought | INVESCO TREASURY COLLATERAL ET | ACTED AS AGENT | 7.000 | 105.2227 | (736.56) |
| 12/19 | 12/21 | Bought | PBF ENERGY INC | ACTED AS AGENT | 10.000 | 36.8850 | (368.85) |
| 12/19 | 12/21 | Bought | ISHARES MSCI BRAZ SM CAP ETF | ACTED AS AGENT | 33.000 | 11.1063 | (366.51) |
| 12/19 | 12/21 | Bought | VANECK J. P. MORGAN EM LOCAL | ACTED AS AGENT | 15.000 | 24.1562 | (362.34) |
| 12/19 | 12/21 | Bought | JOHN HANCOCK FINANCIAL OPPS FD | ACTED AS AGENT | 11.000 | 32.1600 | (353.76) |
| 12/19 | 12/21 | Bought | ISHARES MSCI BRAZIL ETF | ACTED AS AGENT | 13.000 | 26.5650 | (345.35) |
| 12/19 | 12/21 | Bought | EXXON MOBIL CORP | ACTED AS AGENT | 3.000 | 104.4290 | (313.29) |
| 12/21 | | Refund | MSILF GOVT SEC PART | | | | 557.58 |
| 12/29 | | Dividend | PACER US CASH COWS 100 ETF | | | | 77.65 |
| 12/30 | | Dividend | FT NORTH AMERICAN ENERGY INFRA | | | | 206.05 |
| 12/30 | | Qualified Dividend | VANECK J. P. MORGAN EM LOCAL | | | | 1.82 |

**NET CREDITS/(DEBITS)** $(3,175,370.54)

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 12/1 | Automatic Investment | MSILF GOVT SEC PART | $7,263.13 |
| 12/15 | Automatic Redemption | MSILF GOVT SEC PART | (1,584.47) |
| 12/20 | Automatic Redemption | MSILF GOVT SEC PART | (1,085,240.92) |
| 12/21 | Automatic Redemption | MSILF GOVT SEC PART | (2,096,651.38) |
| 12/22 | Automatic Investment | MSILF GOVT SEC PART | 557.58 |
| 12/30 | Automatic Investment | MSILF GOVT SEC PART | 77.65 |

**NET ACTIVITY FOR PERIOD** $(3,175,578.41)

## MESSAGES

**FINRA BrokerCheck**
FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA web site address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

# Morgan Stanley

## Account Detail

| | Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|---|
| | 255-145712-290 | C/O CALEB MICHAEL DAVIS |

**Tips on Protecting Yourself from Fraudulent Account Activity**
The safety of our clients is of utmost importance to Morgan Stanley.  We are taking this opportunity to alert our clients of the following scams that have been identified by a number of organizations.  *Please be reminded that you should never provide your account numbers, passwords, or personal information, including your social security number, to anyone you do not know.*  Example of scams to be aware of:  *Treatment scams: Supply scams: Provider scams: Charity scams: Phishing scams: App scams: Investment scams: Tech Support scams: Home Sanitation scams; and Government Assistance scams.* If you have any questions regarding these scams, please immediately contact us.

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Important Information About Advisory Accounts**
Please contact us if there have been any changes in your financial situation or investment objectives, or if you wish to impose any reasonable restrictions on the management of your Investment Advisory accounts, or to reasonably modify existing restrictions.
For a copy of the applicable ADV Brochure for Morgan Stanley Smith Barney LLC, or for any investment adviser with whom we contract to manage your investment advisory account, please visit www.morganstanley.com/ADV. These ADV Brochures contain important information about our advisory programs.

**Online Availability of Client Relationship Summary and Other Disclosures**
The Morgan Stanley Client Relationship Summary as well as other applicable regulatory disclosures are available at www.morganstanley.com/disclosures/account-disclosures. Please visit this website and review these documents carefully, as they provide important information.

**Important Information Regarding Your LIBOR-linked Securities**
LIBOR will no longer be published after 6/30/23 and Secured Overnight Financing Rate (SOFR) has been selected as its recommended alternative. Please be aware of the particular "fallback provisions" associated with your specific LIBOR-linked security(ies). Fallback provisions are contract terms that specify what will happen when LIBOR is no longer available. While legislative progress has been made to address the fallback provisions of certain securities, the market transition away from LIBOR could adversely affect the value of and return on LIBOR-linked securities. See www.ms.com/wm/libor for more information or contact a member of your Morgan Stanley team.

**Retirement Rollover Guide**
If you are considering rolling over your retirement assets, please review our Rollover Guide which can be found at https://www.morganstanleyclientserv.com/publiccontent/msoc/pdf/RolloverGuide.pdf for important information regarding your options and the factors that you should consider before you make your rollover decision.

**2022 IRA Fair Market Value - 5498**
This information is being furnished to the Internal Revenue Service ("IRS").
Morgan Stanley Smith Barney LLC is required by law to report the calendar year end Fair Market Value ("FMV") of an IRA, along with the FMV and type(s) of certain specified assets/hard-to-value assets held in an IRA to the Internal Revenue Service ("IRS") and to IRA holders.
For purposes of this reporting requirement, the "2022 Fair Market Value," along with the "2022 Fair Market Value of Certain Specified Assets" and the "Type of specified asset" (if applicable) reported on this Year-End Statement will serve as your written notification of this FMV information in compliance with IRS requirements and will be sent to the IRS electronically, on IRS Form 5498, along with your name, address, and tax identification number (e.g., Social Security Number).
If we receive an adjusted year-end value for any investments (e.g., custodial annuities) held within this IRA, your FMV information may change. Any changes to the FMV information will be reflected on your next statement and reported electronically to the IRS.
Please note, however, that a second notice (on IRS Form 5498) will be provided to you if you make any reportable contributions to your IRA for 2022, including, for example, individual contributions made on or before April 15, 2023, that are designated as 2022 contributions, as well as rollovers, recharacterizations, and, if applicable, Roth conversions made to your IRA on or before December 31, 2022.

**Important Message to Our Clients, Including Residents of Nevada, Regarding Access to Fee and Compensation Information**
Morgan Stanley is committed to ensuring you are kept informed about important matters that may affect your account(s).  Additional information regarding how Morgan Stanley and your Financial Advisor, Private Wealth Advisor, MSVA Financial Advisor or MSVA Representative are compensated for products or services we offer can be found at http://morganstanley.com/disclosures/fiduciary.  It is important that you carefully review this information any time we provide you with a recommendation or solicitation.  Should you have any questions or need any additional information, please contact a member of your Morgan Stanley Team.

# Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2022

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

**Best Practices for Protecting Yourself and Your Investments**

When investing at any financial institution or with a financial professional, it is important to keep the following best practices in mind:

- Be clear about your investment goals and the amount of risk you are comfortable taking.
- Before making any investments, be sure to ask questions about the potential investment, including the potential risks associated with them. Request information such as the prospectus, offering documents, or research information and carefully review them.
- Be cautious of investment opportunities that offer an unusually high rate of return but are described as low-risk or guaranteed.
- Be cautious of investment opportunities that are not offered directly through the institution you are investing with, such as real estate, start-up businesses, etc. as most financial institutions, like Morgan Stanley prohibit these types of recommendations.
- Read and retain your account statements, confirmations, and any other information you receive about your investment transactions including the firm's client relationship summary (CRS). The CRS can be located on the websites of all SEC registered investment advisors and broker-dealers who work with retail investors.
- Immediately contact a member of the management team if you recognize any type of a discrepancy on your account statement. For example:
  o   A security or money transaction you did not authorize
  o   An investment you purchased that you do not see on your account statement
  o   An item on your account statement that you do not understand
- When sending funds to your financial institution, be sure the funds are being sent directly to the financial institution you are investing with and not to a 3rd party institution.
- Last but not least, never share your account passwords with anyone.

# Morgan Stanley

**CLIENT STATEMENT**

| | Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|---|
| **2022 Recap of Cash Management Activity** | 255-145712-290 | C/O CALEB MICHAEL DAVIS |

*We are pleased to enclose your Recap of Cash Management Activity. This section includes a summary of selected account activity for the preceding 12 months: including your electronic transfers, checking and card activity for the year (including ATM transactions, automated payments and Billpay), and security transfers. As part of the Recap, Debit Card activity is organized by spending category: and checks are organized by expense code.*

*Information related to Income, Distributions, Purchases, Sales, and Redemptions will be provided to accounts subject to IRS reporting on Forms 1099 in the Consolidated Tax Package.*

*For your convenience, this Recap is also available as a separately retrievable document on Morgan Stanley Online under Statements within the Account Documents tab.*

***For reportable account(s), we recommend that you wait for your IRS Form(s) 1099 before completing your tax returns.*** *This Recap is not a substitute for the official account statements that you have received from us throughout the year: and is for informational purposes only to provide you with a recap of your cash management activity. If there are any discrepancies between your account statement(s) and the information in this Recap, you should rely on the account statement(s) you have previously received.*

## CASH RELATED ACTIVITY

### ELECTRONIC TRANSFERS (CREDITS)

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 11/8 | Funds Received | WIRED FUNDS RECEIVED | JPMORGAN CHASE BANK GENIE INVESTMENTS NV | $3,700,000.00 |
| **TOTAL ELECTRONIC TRANSFERS (CREDITS)** | | | | **$3,700,000.00** |

### OTHER CREDITS

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 12/21 | Refund | MSILF GOVT SEC PART | | $557.58 |
| **TOTAL OTHER CREDITS** | | | | **$557.58** |

### OTHER DEBITS

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 11/14 | Account Charge | BUSINESS AAA ANN SV CH | 11/01/2022-10/31/2023 | $(150.00) |
| 11/15 | Account Fee Adj | AAA FEE REVERSAL | | 150.00 |
| 12/14 | Service Fee | ADV FEE 12/08-12/31 | | (1,584.47) |
| **TOTAL OTHER DEBITS** | | | | **$(1,584.47)** |
| **TOTAL CASH RELATED ACTIVITY** | | | | **$3,698,973.11** |

This page intentionally left blank

# Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2022

## Account Summary

| | Liquidity Access Line | GENIE INVESTMENTS NV |
|---|---|---|
| | 255-145861-290 | C/O CALEB MICHAEL DAVIS |

Account is not included in the Consolidated Summary balances

### BANK LOAN ACTIVITY SUMMARY

| | This Period (12/1/22-12/31/22) | This Year (1/1/22-12/31/22) |
|---|---|---|
| **OPENING LOAN BALANCE** | **$3,000,000.00** | — |
| Borrowed | 1,090.34 | 3,001,090.34 |
| **CLOSING LOAN BALANCE** | **$3,001,090.34** | **$3,001,090.34** |
| *Includes:* | | |
| Interest Paid | $1,090.34 | $1,090.34 |

### LOAN BALANCE OVER TIME



### BANK LOAN SUMMARY

| | This Period (as of 12/31/22) |
|---|---|
| Variable Rate Line at 6.89113% | $3,001,090.34 |

### AVAILABLE FUNDS

| | This Period (as of 12/31/22) |
|---|---|
| Available to Borrow ^ | — |

^ *Available to borrow at month-end is equal to the loan value of the pledged collateral less outstanding loan balances and accrued interest and fees.*

**LAL TYPE:**                               NON-PURPOSE

### INTEREST ON VARIABLE RATE LINE

| | This Period (12/1/22-12/31/22) |
|---|---|
| Interest Accrued | $17,316.71 |
| Interest Adjustments | — |
| **TOTAL INTEREST** | **$17,316.71** |

*Interest is calculated on the basis of a 360-day year, but charged for the actual number of elapsed days. If interest has accrued, it will display in the Variable Rate Line: Daily Interest Schedule.*

### CASH FLOW

| | This Period (12/1/22-12/31/22) | This Year (1/1/22-12/31/22) |
|---|---|---|
| Electronic Transfers-Debits | — | $(3,000,000.00) |
| Other Credits | 1,090.34 | 3,001,090.34 |
| Other Debits | (1,090.34) | (1,090.34) |
| **Total Cash Related Activity** | **—** | **—** |
| **Total Check Activity** | **—** | **—** |

*The lender of Liquidity Access Line (LAL) is either Morgan Stanley Private Bank, National Association or Morgan Stanley Bank, N.A., as applicable, each an affiliate of Morgan Stanley Smith Barney LLC (MSSB). For more information, see your Liquidity Access Line Application and Agreements.*

| CONSOLIDATED SUMMARY | PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS | **LIQUIDITY ACCESS LINE ACCOUNTS** |
|---|---|---|---|---|---|---|

# Morgan Stanley

## Account Summary

**Liquidity Access Line**
**255-145861-290**

**GENIE INVESTMENTS NV**
**C/O CALEB MICHAEL DAVIS**

Account is not included in the Consolidated Summary balances

### RELATED ACCOUNTS

| Account Name | Account Number | Enrolled in Overdraft | Pledged Collateral | Pledged Collateral Value |
|---|---|---|---|---|
| MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS | 255-145712-290 | No | Yes | $3,706,268.65 |

*Account details are displayed only for accounts within the account link group statement package. The Total Pledged Collateral field only includes the sum of displayed values.*

# Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2022

## Account Detail

**Liquidity Access Line**
**255-145861-290**

**GENIE INVESTMENTS NV**
**C/O CALEB MICHAEL DAVIS**

Account is not included in the Consolidated Summary balances

**Loan Account:** Liquidity Access Line

## ACTIVITY

### CASH RELATED ACTIVITY

#### OTHER CREDITS AND DEBITS

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 12/1 | Other Debits | INTEREST PAYMENT | | $(1,090.34) |
| 12/1 | Other Credits | PRINCIPAL ADVANCE | | 1,090.34 |
| **TOTAL OTHER CREDITS AND DEBITS** | | | | **$0.00** |
| TOTAL OTHER CREDITS | | | | $1,090.34 |
| TOTAL OTHER DEBITS | | | | $(1,090.34) |

## BANK LOAN ACTIVITY *(This section reflects the impact of Cash Related Activity on your Liquidity Access Line.)*

### VARIABLE RATE LINE

**Variable Rate Line**
**Interest Accrued This Period:** $17,316.71

**Interest Rate as of 12/31/22:** 6.89113%

**Interest Payment Date:** 1/3/23
**Interest Payment Type:** Variable Rate Advance
**Interest Payment Amount:** $17,316.71

| Transaction Date | Effective Date | Description | Amount | Loan Balance |
|---|---|---|---|---|
| | 12/1 | Opening Balance | | $3,000,000.00 |
| 12/1 | 12/1 | Interest Payment $1,090.34 | — | 3,000,000.00 |
| 12/1 | 12/1 | Principal Advance | 1,090.34 | 3,001,090.34 |
| | 12/30 | Closing Balance | | 3,001,090.34 |

### Variable Rate Line: Daily Interest Schedule

| From | To | Loan Balance | Rate % | Daily Interest Accrued | No. of Days | Interest Accrued |
|---|---|---|---|---|---|---|
| 12/1 | 12/1 | $3,001,090.34 | 6.58051 | $548.58 | 1 | $548.58 |
| 12/2 | 12/4 | 3,001,090.34 | 6.60625 | 550.72 | 3 | 1,652.16 |
| 12/5 | 12/5 | 3,001,090.34 | 6.63232 | 552.89 | 1 | 552.89 |
| 12/6 | 12/7 | 3,001,090.34 | 6.63267 | 552.92 | 2 | 1,105.85 |
| 12/8 | 12/8 | 3,001,090.34 | 6.63334 | 552.98 | 1 | 552.98 |
| 12/9 | 12/11 | 3,001,090.34 | 6.63400 | 553.03 | 3 | 1,659.10 |
| 12/12 | 12/12 | 3,001,090.34 | 6.63604 | 553.20 | 1 | 553.20 |
| 12/13 | 12/13 | 3,001,090.34 | 6.63672 | 553.26 | 1 | 553.26 |
| 12/14 | 12/14 | 3,001,090.34 | 6.63739 | 553.32 | 1 | 553.32 |
| 12/15 | 12/15 | 3,001,090.34 | 6.63772 | 553.34 | 1 | 553.34 |
| 12/16 | 12/18 | 3,001,090.34 | 6.65511 | 554.79 | 3 | 1,664.38 |
| 12/19 | 12/19 | 3,001,090.34 | 6.70691 | 559.11 | 1 | 559.11 |
| 12/20 | 12/20 | 3,001,090.34 | 6.72364 | 560.51 | 1 | 560.51 |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2022

## Account Detail

| | Liquidity Access Line<br>255-145861-290 | GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |
|---|---|---|

Account is not included in the Consolidated Summary balances

### Variable Rate Line: Daily Interest Schedule (CONTINUED)

| From | To | Loan Balance | Rate % | Daily Interest Accrued | No. of Days | Interest Accrued |
|---|---|---|---|---|---|---|
| 12/21 | 12/21 | 3,001,090.34 | 6.74036 | 561.90 | 1 | 561.90 |
| 12/22 | 12/22 | 3,001,090.34 | 6.75708 | 563.29 | 1 | 563.29 |
| 12/23 | 12/26 | 3,001,090.34 | 6.77380 | 564.69 | 4 | 2,258.75 |
| 12/27 | 12/27 | 3,001,090.34 | 6.84130 | 570.32 | 1 | 570.32 |
| 12/28 | 12/28 | 3,001,090.34 | 6.85802 | 571.71 | 1 | 571.71 |
| 12/29 | 12/29 | 3,001,090.34 | 6.87474 | 573.10 | 1 | 573.10 |
| 12/30 | 12/31 | 3,001,090.34 | 6.89113 | 574.48 | 2 | 1,148.96 |
| **Total Interest Accrued** | | | | | | **$17,316.71** |

*We calculate Daily Interest Accrued on the Variable Rate Line of the Liquidity Access Line as follows: (1) multiply the applicable Rate by the Loan Balance and (2) divide by 360 (days). The Rate is only displayed when there is a Loan Balance. Interest Accrued values in this Daily Interest Schedule may be rounded for display purposes and, as a result, summing the individual line items may not equal the Total Interest Accrued displayed. Capitalized terms used in this paragraph refer to the terms set forth in the table above.*

## MESSAGES

**FINRA BrokerCheck**

FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA web site address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**Tips on Protecting Yourself from Fraudulent Account Activity**

The safety of our clients is of utmost importance to Morgan Stanley.  We are taking this opportunity to alert our clients of the following scams that have been identified by a number of organizations.  *Please be reminded that you should never provide your account numbers, passwords, or personal information, including your social security number, to anyone you do not know.*  Example of scams to be aware of:  *Treatment scams: Supply scams: Provider scams: Charity scams: Phishing scams: App scams: Investment scams: Tech Support scams: Home Sanitation scams: and Government Assistance scams.* If you have any questions regarding these scams, please immediately contact us.

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Retirement Rollover Guide**

If you are considering rolling over your retirement assets, please review our Rollover Guide which can be found at https://www.morganstanleyclientserv.com/publiccontent/msoc/pdf/RolloverGuide.pdf for important information regarding your options and the factors that you should consider before you make your rollover decision.

**2022 IRA Fair Market Value - 5498**

This information is being furnished to the Internal Revenue Service ("IRS").

Morgan Stanley Smith Barney LLC is required by law to report the calendar year end Fair Market Value ("FMV") of an IRA, along with the FMV and type(s) of certain specified assets/hard-to-value assets held in an IRA to the Internal Revenue Service ("IRS") and to IRA holders.

For purposes of this reporting requirement, the "2022 Fair Market Value," along with the "2022 Fair Market Value of Certain Specified Assets" and the "Type of specified asset" (if applicable) reported on this Year-End Statement will serve as your written notification of this FMV information in compliance with IRS requirements and will be sent to the IRS electronically, on IRS Form 5498, along with your name, address, and tax identification number (e.g., Social Security Number).

If we receive an adjusted year-end value for any investments (e.g., custodial annuities) held within this IRA, your FMV information may change. Any changes to the FMV information will be reflected on your next statement and reported electronically to the IRS.

Please note, however, that a second notice (on IRS Form 5498) will be provided to you if you make any reportable contributions to your IRA for 2022, including, for example, individual contributions made on or before April 15, 2023, that are designated as 2022 contributions, as well as rollovers, recharacterizations, and, if applicable, Roth conversions made to your IRA on or before December 31, 2022.

**Important Message to Our Clients, Including Residents of Nevada, Regarding Access to Fee and Compensation Information**

Morgan Stanley is committed to ensuring you are kept informed about important matters that may affect your account(s).  Additional information regarding how Morgan Stanley and your Financial Advisor, Private Wealth Advisor, MSVA Financial Advisor or MSVA Representative are compensated for products or services we offer can be found at http://morganstanley.com/disclosures/fiduciary.  It is important that you carefully review this information any time we provide you with a recommendation or solicitation.  Should you have any questions or need any additional information, please contact a member of your Morgan Stanley Team.

# Morgan Stanley

## Account Detail

| Liquidity Access Line | GENIE INVESTMENTS NV |
| 255-145861-290 | C/O CALEB MICHAEL DAVIS |

Account is not included in the Consolidated Summary balances

**Best Practices for Protecting Yourself and Your Investments**

When investing at any financial institution or with a financial professional, it is important to keep the following best practices in mind:

- Be clear about your investment goals and the amount of risk you are comfortable taking.
- Before making any investments, be sure to ask questions about the potential investment, including the potential risks associated with them. Request information such as the prospectus, offering documents, or research information and carefully review them.
- Be cautious of investment opportunities that offer an unusually high rate of return but are described as low-risk or guaranteed.
- Be cautious of investment opportunities that are not offered directly through the institution you are investing with, such as real estate, start-up businesses, etc. as most financial institutions, like Morgan Stanley prohibit these types of recommendations.
- Read and retain your account statements, confirmations, and any other information you receive about your investment transactions including the firm's client relationship summary (CRS). The CRS can be located on the websites of all SEC registered investment advisors and broker-dealers who work with retail investors.
- Immediately contact a member of the management team if you recognize any type of a discrepancy on your account statement. For example:
  o A security or money transaction you did not authorize
  o An investment you purchased that you do not see on your account statement
  o An item on your account statement that you do not understand
- When sending funds to your financial institution, be sure the funds are being sent directly to the financial institution you are investing with and not to a 3rd party institution.
- Last but not least, never share your account passwords with anyone.

# Morgan Stanley

**CLIENT STATEMENT**

| 2022 Recap of Cash Management Activity | Liquidity Access Line 255-145861-290 | GENIE INVESTMENTS NV C/O CALEB MICHAEL DAVIS |
|---|---|---|

Account is not included in the Consolidated Summary balances

*We are pleased to enclose your Recap of Cash Management Activity on your Liquidity Access Line. This section includes a summary of your electronic transfers and checking activity for the preceding 12 months (including automated payments and Billpay).*

*For your convenience, this Recap is also available as a separately retrievable document on Morgan Stanley Online under Statements within the Account Documents tab.*

*This Recap is not a substitute for the official account statements that you have received from us throughout the year; and is for informational purposes only to provide you with a recap of your cash management activity. If there are any discrepancies between your account statement(s) and the information in this Recap, you should rely on the account statement(s) you have previously received.*

## CASH RELATED ACTIVITY

### ELECTRONIC TRANSFERS (DEBITS)

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 11/29 | Funds Transferred | WIRED FUNDS SENT | BENE: Genie Investment NV ACCT: XXXXX8502 | $(3,000,000.00) |

| **TOTAL ELECTRONIC TRANSFERS (DEBITS)** | | | | **$(3,000,000.00)** |
|---|---|---|---|---|

### OTHER CREDITS

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 11/29 | Other Credits | PRINCIPAL ADVANCE | | $3,000,000.00 |
| 12/1 | Other Credits | PRINCIPAL ADVANCE | | 1,090.34 |

| **TOTAL OTHER CREDITS** | | | | **$3,001,090.34** |
|---|---|---|---|---|

### OTHER DEBITS

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 12/1 | Other Debits | INTEREST PAYMENT | | $(1,090.34) |

| **TOTAL OTHER DEBITS** | | | | **$(1,090.34)** |
|---|---|---|---|---|

| **TOTAL CASH RELATED ACTIVITY** | | | | **$0.00** |
|---|---|---|---|---|

# Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2023

**STATEMENT PACKAGE FOR:**
MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

| | |
|---|---|
| **Beginning Total Value** (as of 1/1/23) | **$3,706,268.65** |
| **Ending Total Value** (as of 1/31/23) | **$5,187,484.12** |

*Includes Accrued Interest*
*Excludes Bank Loan Balances (See detail on Overview page)*

**Your Financial Advisor**
**Michael Stewart**
Vice President
Michael.G.Stewart@morganstanley.com
818 409-0769

**Your Branch**
55 SOUTH LAKE AVE, STE 700
PASADENA, CA 91101
Telephone: 626-449-1240; Alt. Phone: 800-488-1240; Fax: 626-449-7121

*Morgan Stanley Smith Barney LLC. Member SIPC.*

#BWNJGWM

MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS
401 RYLAND ST.
SUITE 200A
RENO NV 89502-1643

**Client Service Center** (24 Hours a Day; 7 Days a Week): 800-869-3326
**Access Your Accounts Online:** www.morganstanley.com/online

INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD

255 - 145712 - 290 - 4 - 3

## Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

# Morgan Stanley

## Consolidated Summary

### OVERVIEW OF YOUR ACCOUNTS (includes accrued interest)

*Although only whole dollar amounts are displayed below, both dollars and cents are used to calculate all totals. Manually summing the individual line items may not equal the actual total displayed. Refer to Account Statements for details. Excludes Bank Loan Balances (including Liquidity Access Lines, Tailored Lending Loans and Mortgage Balances).*

| | Account Number | Beginning Value (1/1/23) | Funds Credited/(Debited) | Security/Currency Transfers Rcvd/(Dlvd) | Change in Value | Ending Value (1/31/23) | Income/Dist This Period/YTD | YTD Realized Gain/(Loss) (Total ST/LT) | Unrealized Gain/(Loss) (Total ST/LT) | Page |
|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL FOR ALL ACCOUNTS** | | **$3,706,268** | **$1,448,501** | **—** | **$32,714** | **$5,187,484** | **$1,858** | **$772** | **$13,388** | |
| | | | | | | | **$1,858** | | | |
| **Business Accounts** | | | | | | | | | | |
| MSL FBO GENIE INVESTMENTS NV | 255-145712-290 | 3,706,268 | 1,448,501 | — | 32,714 | 5,187,484 | 1,858 | 772 | 13,388 | 7 |
| C/O CALEB MICHAEL DAVIS | *Invest Advisory* | | | | | | 1,858 | — | — | *eDel* |
| **Total Business Accounts** | | **$3,706,268** | **$1,448,501** | **—** | **$32,714** | **$5,187,484** | **$1,858** | **$772** | **$13,388** | |
| | | | | | | | **$1,858** | **—** | **—** | |
| **Liquidity Access Line Accounts** (These accounts are not included in the Consolidated Summary balances.) | | | | | | | | | | |
| GENIE INVESTMENTS NV | 255-145861-290 | | | | - See Account Summary and/or Account Detail - | | | | | *25* |
| C/O CALEB MICHAEL DAVIS | *MSPBNA Loan* | | | | | | | | | *eDel* |

*This summary may include assets held in either brokerage and/or advisory accounts. Visit https://www.morganstanley.com/wealth-relationshipwithms/pdfs/understandingyourrelationship.pdf to understand the differences between brokerage and advisory accounts. Refer to individual Account Gain/(Loss) Summary and Expanded Disclosures for additional information. Accounts with no balances, holdings or activity year-to-date are not displayed on this page. eDel: This account is enrolled in eDelivery.*

# Morgan Stanley

## Consolidated Summary

### CHANGE IN VALUE OF YOUR ACCOUNTS (includes accrued interest)

|  | This Period (1/1/23-1/31/23) | This Year (1/1/23-1/31/23) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | **$3,706,268.65** | **$3,706,268.65** |
| Credits | 1,450,547.34 | 1,450,547.34 |
| Debits | (2,046.03) | (2,046.03) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | **$1,448,501.31** | **$1,448,501.31** |
| Change in Value | 32,714.16 | 32,714.16 |
| **TOTAL ENDING VALUE** | **$5,187,484.12** | **$5,187,484.12** |

*Net Credits / Debits include investment advisory fees as applicable. See Activity section for details.*

### MARKET VALUE OVER TIME

*The below chart displays the most recent thirteen months of Market Value.*



*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

|  | Market Value | Percentage |
|---|---|---|
| Cash | $1,269,699.30 | 24.48 |
| Equities | 72,539.65 | 1.40 |
| Fixed Income & Preferreds | 3,686,788.80 | 71.07 |
| Alternatives | 158,456.37 | 3.05 |
| **TOTAL VALUE** | **$5,187,484.12** | **100.00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

# Morgan Stanley

## Consolidated Summary

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 12/31/22) | This Period (as of 1/31/23) |
|---|---|---|
| Cash, BDP, MMFs | $524,629.46 | $701,442.19 |
| Stocks | 738.70 | 10,303.87 |
| ETFs & CEFs | 1,764,077.75 | 1,929,856.76 |
| Corporate Fixed Income^ | 148,152.50 | 262,314.49 |
| Government Securities^ | 739,589.30 | 1,379,171.76 |
| Certificates of Deposit^ | 185,740.09 | 257,642.63 |
| Mutual Funds | 343,340.85 | 646,752.42 |
| **Total Assets** | **$3,706,268.65** | **$5,187,484.12** |
| **Total Liabilities** (outstanding balance) | — | — |
| **TOTAL VALUE** | **$3,706,268.65** | **$5,187,484.12** |

*Total liabilities excludes Bank Loan Balances (including Liquidity Access Lines, Tailored Lending Loans and Mortgage Balances).*

### CASH FLOW

| | This Period (1/1/23-1/31/23) | This Year (1/1/23-1/31/23) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$524,629.46** | **$524,629.46** |
| Purchases | (1,535,734.73) | (1,535,734.73) |
| Dividend Reinvestments | (404.07) | (404.07) |
| Sales and Redemptions | 254,655.25 | 254,655.25 |
| Income and Distributions | 9,794.97 | 9,794.97 |
| **Total Investment Related Activity** | **$(1,271,688.58)** | **$(1,271,688.58)** |
| Electronic Transfers-Credits | 1,450,000.00 | 1,450,000.00 |
| Other Credits | 547.34 | 547.34 |
| Other Debits | (2,046.03) | (2,046.03) |
| **Total Cash Related Activity** | **$1,448,501.31** | **$1,448,501.31** |
| **Total Card/Check Activity** | **—** | **—** |
| **CLOSING CASH, BDP, MMFs** | **$701,442.19** | **$701,442.19** |

This page intentionally left blank

# Morgan Stanley

## Account Summary

Portfolio Management Active Assets Account
255-145712-290

MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (1/1/23-1/31/23) | This Year (1/1/23-1/31/23) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | $3,706,268.65 | $3,706,268.65 |
| Credits | 1,450,547.34 | 1,450,547.34 |
| Debits | (2,046.03) | (2,046.03) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | $1,448,501.31 | $1,448,501.31 |
| **Change in Value** | 32,714.16 | 32,714.16 |
| **TOTAL ENDING VALUE** | $5,187,484.12 | $5,187,484.12 |

*Net Credits / Debits include investment advisory fees as applicable. See Activity section for details.*

### MARKET VALUE OVER TIME
*The below chart displays the most recent thirteen months of Market Value.*



*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $1,269,699.30 | 24.48 |
| Equities | 72,539.65 | 1.40 |
| Fixed Income & Preferreds | 3,686,788.80 | 71.07 |
| Alternatives | 158,456.37 | 3.05 |
| **TOTAL VALUE** | **$5,187,484.12** | **100.00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures.*
*Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

# Morgan Stanley

## Account Summary

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 12/31/22) | This Period (as of 1/31/23) |
|---|---|---|
| Cash, BDP, MMFs | $524,629.46 | $701,442.19 |
| Stocks | 738.70 | 10,303.87 |
| ETFs & CEFs | 1,764,077.75 | 1,929,856.76 |
| Corporate Fixed Income^ | 148,152.50 | 262,314.49 |
| Government Securities^ | 739,589.30 | 1,379,171.76 |
| Certificates of Deposit^ | 185,740.09 | 257,642.63 |
| Mutual Funds | 343,340.85 | 646,752.42 |
| **Total Assets** | **$3,706,268.65** | **$5,187,484.12** |
| **Total Liabilities** (outstanding balance) | — | — |
| **TOTAL VALUE** | **$3,706,268.65** | **$5,187,484.12** |

### CASH FLOW

| | This Period (1/1/23-1/31/23) | This Year (1/1/23-1/31/23) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$524,629.46** | **$524,629.46** |
| Purchases | (1,535,734.73) | (1,535,734.73) |
| Dividend Reinvestments | (404.07) | (404.07) |
| Sales and Redemptions | 254,655.25 | 254,655.25 |
| Income and Distributions | 9,794.97 | 9,794.97 |
| **Total Investment Related Activity** | **$(1,271,688.58)** | **$(1,271,688.58)** |
| Electronic Transfers-Credits | 1,450,000.00 | 1,450,000.00 |
| Other Credits | 547.34 | 547.34 |
| Other Debits | (2,046.03) | (2,046.03) |
| **Total Cash Related Activity** | **$1,448,501.31** | **$1,448,501.31** |
| **Total Card/Check Activity** | **—** | **—** |
| **CLOSING CASH, BDP, MMFs** | **$701,442.19** | **$701,442.19** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (1/1/23-1/31/23) | This Year (1/1/23-1/31/23) |
|---|---|---|
| Qualified Dividends | $49.05 | $49.05 |
| Other Dividends | 772.81 | 772.81 |
| Interest | 1,036.80 | 1,036.80 |
| **Income And Distributions** | **$1,858.66** | **$1,858.66** |
| **Tax-Exempt Income** | **—** | **—** |
| **TOTAL INCOME AND DISTRIBUTIONS** | **$1,858.66** | **$1,858.66** |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### GAIN/(LOSS) SUMMARY

| | Realized This Period (1/1/23-1/31/23) | Realized This Year (1/1/23-1/31/23) | Unrealized Inception to Date (as of 1/31/23) |
|---|---|---|---|
| Short-Term Gain | $772.63 | $772.63 | $16,527.57 |
| Short-Term (Loss) | — | — | (3,138.60) |
| **Total Short-Term** | **$772.63** | **$772.63** | **$13,388.97** |

*This Summary may change due to basis adjustments and should not be used for tax preparation. Refer to the Expanded Disclosures or go to www.morganstanley.com/wealth/disclosures/disclosures.asp.*

### ADDITIONAL ACCOUNT INFORMATION

| Category | This Period (1/1/23-1/31/23) | This Year (1/1/23-1/31/23) |
|---|---|---|
| Accrued Interest Paid | $6,817.27 | $6,817.27 |

| Category | This Period (1/1/23-1/31/23) | This Year (1/1/23-1/31/23) |
|---|---|---|
| Accrued Interest Received | 11.33 | 11.33 |

# Morgan Stanley

| | Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|---|
| **Account Detail** | 255-145712-290 | C/O CALEB MICHAEL DAVIS |

**Investment Objectives (in order of priority):** Capital Appreciation, Income, Aggressive Income, Speculation                    **Investment Advisory Account**
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*
**Account Holder Votes Proxy:** No
*The account holder has delegated the authority to vote proxies for the account to Institutional Shareholder Services or a third-party or Morgan Stanley-affiliated portfolio manager, as applicable.*
**Pledged to:** Liquidity Access Line
*The assets in this account are pledged to a Liquidity Access Line (LAL), which is a securities based loan/line of credit product[1], and these assets can be used to repay the LAL.*

    **LAL Account Number:** 255-XXX861
    **LAL Account Name:**  GENIE INVESTMENTS NV
    **Outstanding Balance[2]:** $3,018,407.05

[1]*The lender of which is either Morgan Stanley Private Bank, National Association or Morgan Stanley Bank, N.A., as applicable, each an affiliate of Morgan Stanley Smith Barney LLC.*
[2]*Outstanding Balance is the unpaid principal balance plus the amount of any issued letters of credit, reflecting the period of this account statement. Accrued interest that is unpaid is not included. Note that Outstanding Balance may increase or decrease based on the Borrower's loan activity. The entire amount of the collateral in this account may be applied against the LAL Obligations. For a more detailed description of the terms of such LAL, please review the Liquidity Access Line Application and Agreements, the associated Terms and Conditions and the Third Party Pledge Agreement (if applicable).*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period. For more information on how we price securities, go to www.morganstanley.com/wealth/disclosures/disclosures.asp. For debt securities that pay dividends (identified as "Pays Div" below the security description), accrued interest represents accrued expected dividends. Unit and Total Cost include these accrued dividends, but Market Value does not, so Unrealized Gain/(Loss) may be understated.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis.  You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you.  Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions.*

| Description | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|
| **CASH** | **$97.74** | | | |
| MSILF GOVT SEC PART | 701,344.45 | 3.910 | 27,422.57 | — |

# Morgan Stanley

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

| | Percentage of Holdings | | | | | Market Value | | Est Ann Income |
|---|---|---|---|---|---|---|---|---|
| **CASH, BDP, AND MMFs** | 13.52% | | | | | $701,442.19 | | $27,422.57 |

*Certain money market funds classified as government funds and retail funds seek (although they cannot guarantee) to maintain a share price of $1.00, therefore the dollar amounts listed equal the number of shares. Additional information concerning these transactions is available upon request. For more information about the pricing of Money Market Funds, please see the Expanded Disclosures. The money market funds reflected above include the balances in your automatic sweep feature, if any, and may include other money market funds that have been purchased in your account.*

## STOCKS

### COMMON STOCKS

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| EXXON MOBIL CORP (XOM) | 12/19/22 | 3.000 | $104.430 | $116.010 | $313.29 | $348.03 | $34.74 ST | | |
| | 1/10/23 | 1.000 | 109.930 | 116.010 | 109.93 | 116.01 | 6.08 ST | | |
| | 1/19/23 | 23.000 | 111.645 | 116.010 | 2,567.84 | 2,668.23 | 100.39 ST | | |
| | **Total** | 27.000 | | | 2,991.06 | **3,132.27** | 141.21 ST | 98.00 | 3.13 |
| *Next Dividend Payable 03/2023; Asset Class: Equities* | | | | | | | | | |
| PBF ENERGY INC (PBF) | 12/19/22 | 10.000 | 36.885 | 41.990 | 368.85 | 419.90 | 51.05 ST | | |
| | 1/10/23 | 3.000 | 38.180 | 41.990 | 114.54 | 125.97 | 11.43 ST | | |
| | 1/19/23 | 37.000 | 40.788 | 41.990 | 1,509.17 | 1,553.63 | 44.46 ST | | |
| | **Total** | 50.000 | | | 1,992.56 | **2,099.50** | 106.94 ST | — | — |
| *Next Dividend Payable 02/2023; Asset Class: Equities* | | | | | | | | | |
| VISTA ENERGY S.A.B. DE C.V. (VIST) | 1/19/23 | 319.000 | 16.189 | 15.900 | 5,164.23 | **5,072.10** | (92.13) ST | — | — |
| *Asset Class: Equities* | | | | | | | | | |

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **STOCKS** | 0.20% | | | | $10,147.85 | $10,303.87 | $156.02 ST | $98.00 | 0.95% |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2023

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

## EXCHANGE-TRADED & CLOSED-END FUNDS

*Estimated Annual Income for Exchange Traded Funds, is based upon historical distributions over the preceding 12-month period, while Estimated Annual Income for Closed End Funds may be based upon either (a) the most recent dividend or (b) sum of prior 12 months (depending upon whether there is an announced fixed rate). Current Yield is calculated by dividing the total Estimated Annual Income by the current Market Value of the position, and it is for informational purposes only. Distributions may consist of income, capital gains or the returns of capital distributions. EAI is based upon information provided by an outside vendor and is not verified by us. Depending upon market conditions, Current Yield may differ materially from published yields. Investors should refer to the Fund website for the most recent yield information.*

*Global Investment Manager Analysis (GIMA) status codes (FL, AL or NL), may be shown for certain exchange-traded funds and are not guarantees of performance.  Refer to "GIMA Status in Investment Advisory Programs" in the June or December statement for a description of these status codes.*

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| ALPS CLEAN ENERGY ETF (ACES) | 1/19/23 | 10.000 | $48.515 | $52.880 | $485.15 | **$528.80** | $43.65 ST | $5.00 | 0.95 |
| *GIMA Status: AL; Next Dividend Payable 03/2023; Asset Class: Equities* | | | | | | | | | |
| ARK FINTECH INNOVATION ETF (ARKF) | 1/19/23 | 32.000 | 16.005 | 18.440 | 512.16 | 590.08 | 77.92 ST | — | — |
| *Next Dividend Payable 12/2023; Asset Class: Equities* | | | | | | | | | |
| ARK GENOMIC REVOLUTION ETF (ARKG) | 1/19/23 | 16.000 | 31.809 | 33.700 | 508.95 | **539.20** | 30.25 ST | — | — |
| *GIMA Status: AL; Asset Class: Equities* | | | | | | | | | |
| BLACKROCK ENERGY AND RESOURCES (BGR) | 12/19/22 | 270.000 | 12.060 | 13.210 | 3,256.20 | 3,566.70 | 310.50 ST | | |
| | 1/10/23 | 935.000 | 12.509 | 13.210 | 11,696.01 | 12,351.35 | 655.34 ST | | |
| | Total | 1,205.000 | | | 14,952.21 | **15,918.05** | 965.84 ST | 846.00 | 5.31 |
| *Next Dividend Payable 02/2023; Asset Class: Equities* | | | | | | | | | |
| BLACKROCK FLT RTE INC STRAT FD (FRA) | 12/19/22 | 230.000 | 11.252 | 11.950 | 2,587.85 | 2,748.50 | 160.65 ST | | |
| | 1/10/23 | 82.000 | 11.560 | 11.950 | 947.92 | 979.90 | 31.98 ST | | |
| | 1/19/23 | 2.000 | 11.510 | 11.950 | 23.02 | 23.90 | 0.88 ST | | |
| | Total | 314.000 | | | 3,558.79 | **3,752.30** | 193.51 ST | 303.00 | 8.08 |
| *Next Dividend Payable 02/2023; Asset Class: FI & Pref* | | | | | | | | | |
| FIRST TR MLP&ENRG INC FND (FEI) | 12/19/22 | 936.000 | 7.566 | 8.200 | 7,082.15 | 7,675.20 | 593.05 ST | | |
| | 1/10/23 | 992.000 | 7.853 | 8.200 | 7,790.37 | 8,134.40 | 344.03 ST | | |
| | Total | 1,928.000 | | | 14,872.52 | **15,809.60** | 937.08 ST | 1,157.00 | 7.32 |
| *Next Dividend Payable 02/15/23; Asset Class: Alt* | | | | | | | | | |
| FRANKLIN INVESTMENT GRADE CO (FLCO) | 12/19/22 | 161.000 | 21.253 | 21.790 | 3,421.71 | 3,508.19 | 86.48 ST | | |
| | 1/10/23 | 550.000 | 21.401 | 21.790 | 11,770.77 | 11,984.50 | 213.73 ST | | |
| | Total | 711.000 | | | 15,192.48 | **15,492.69** | 300.21 ST | 572.00 | 3.69 |
| *Next Dividend Payable 02/07/23; Asset Class: FI & Pref* | | | | | | | | | |
| FT NASDAQ CLEAN EDGE GREEN ENR (QCLN) | 1/19/23 | 10.000 | 49.816 | 55.970 | 498.16 | **559.70** | 61.54 ST | 2.00 | 0.36 |
| *GIMA Status: AL; Next Dividend Payable 03/2023; Asset Class: Equities* | | | | | | | | | |
| FT NORTH AMERICAN ENERGY INFRA (EMLP) | 12/19/22 | 984.000 | 26.394 | 27.540 | 25,971.79 | 27,099.36 | 1,127.57 ST | | |
| | 1/10/23 | 728.000 | 27.136 | 27.540 | 19,754.94 | 20,049.12 | 294.18 ST | | |
| | 1/19/23 | 2.000 | 27.115 | 27.540 | 54.23 | 55.08 | 0.85 ST | | |

# Morgan Stanley

## Account Detail

| | Portfolio Management Active Assets Account<br>255-145712-290 | MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |
|---|---|---|

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| Total | | 1,714.000 | | | 45,780.96 | **47,203.56** | 1,422.60 ST | 1,441.00 | 3.05 |
| *GIMA Status: AL; Next Dividend Payable 03/2023; Asset Class: Alt* | | | | | | | | | |
| GLOBAL X COPPER MINERS ETF (COPX) | 1/19/23 | 12.000 | 40.720 | 41.290 | 488.64 | **495.48** | 6.84 ST | 13.00 | 2.62 |
| *GIMA Status: AL; Next Dividend Payable 07/2023; Asset Class: Alt* | | | | | | | | | |
| GOLDMAN SACHS ACCESS TRE 0-1 Y (GBIL) | 12/19/22 | 1,484.000 | 99.850 | 99.990 | 148,177.40 | 148,385.16 | 207.76 ST | | |
| | 1/10/23 | 586.000 | 99.750 | 99.990 | 58,453.50 | 58,594.14 | 140.64 ST | | |
| Total | | 2,070.000 | | | 206,630.90 | **206,979.30** | 348.40 ST | 2,836.00 | 1.37 |
| *GIMA Status: AL; Next Dividend Payable 02/07/23; Asset Class: FI & Pref* | | | | | | | | | |
| INVESCO DB COMMODITY INDEX TRA (DBC) | 1/10/23 | 21.000 | 23.930 | 24.870 | 502.53 | 522.27 | 19.74 ST 4 | | |
| | 1/19/23 | 185.000 | 24.962 | 24.870 | 4,617.97 | 4,600.95 | (17.02) ST 4 | | |
| Total | | 206.000 | | | 5,120.50 | **5,123.22** | 2.72 ST | 30.00 | 0.59 |
| *GIMA Status: AL; Next Dividend Payable 12/2023; Asset Class: Alt* | | | | | | | | | |
| INVESCO SOLAR ETF (TAN) | 1/19/23 | 6.000 | 78.070 | 80.800 | 468.42 | **484.80** | 16.38 ST | — | — |
| *GIMA Status: AL; Next Dividend Payable 12/2023; Asset Class: Equities* | | | | | | | | | |
| INVESCO TREASURY COLLATERAL ET (CLTL) | 12/19/22 | 7.000 | 105.223 | 105.370 | 736.56 | 737.59 | 1.03 ST | | |
| | 1/10/23 | 2.000 | 105.435 | 105.370 | 210.87 | 210.74 | (0.13) ST | | |
| Total | | 9.000 | | | 947.43 | **948.33** | 0.90 ST | 16.00 | 1.69 |
| *GIMA Status: AL; Next Dividend Payable 02/2023; Asset Class: FI & Pref* | | | | | | | | | |
| INVESCO VARIABLE RATE ETF (VRIG) | 12/19/22 | 1,503.000 | 24.660 | 24.880 | 37,063.98 | 37,394.64 | 330.66 ST | | |
| | 1/10/23 | 578.000 | 24.805 | 24.880 | 14,337.12 | 14,380.64 | 43.52 ST | | |
| Total | | 2,081.000 | | | 51,401.10 | **51,775.28** | 374.18 ST | 1,411.00 | 2.73 |
| *Next Dividend Payable 02/2023; Asset Class: FI & Pref* | | | | | | | | | |
| INVESCO WILDERHILL CLEAN ENERG (PBW) | 1/19/23 | 12.000 | 42.580 | 46.050 | 510.96 | **552.60** | 41.64 ST | 19.00 | 3.44 |
| *GIMA Status: AL; Next Dividend Payable 03/2023; Asset Class: Alt* | | | | | | | | | |
| ISHARES 0-3 MONTH TREASURY B (SGOV) | 12/19/22 | 10,083.000 | 99.990 | 100.460 | 1,008,199.17 | 1,012,938.18 | 4,739.01 ST | | |
| | 1/10/23 | 1,245.000 | 100.215 | 100.460 | 124,767.68 | 125,072.70 | 305.02 ST | | |
| Total | | 11,328.000 | | | 1,132,966.85 | **1,138,010.88** | 5,044.03 ST | 16,482.00 | 1.45 |
| *GIMA Status: AL; Next Dividend Payable 02/07/23; Asset Class: FI & Pref* | | | | | | | | | |
| ISHARES 10-20 YR TREASU BD ETF (TLH) | 1/19/23 | 4.000 | 115.770 | 114.890 | 463.08 | **459.56** | (3.52) ST | 12.00 | 2.61 |
| *GIMA Status: AL; Next Dividend Payable 02/07/23; Asset Class: FI & Pref* | | | | | | | | | |
| ISHARES 20+ YR TREASU BOND ETF (TLT) | 1/19/23 | 4.000 | 107.895 | 107.170 | 431.58 | **428.68** | (2.90) ST | 11.00 | 2.57 |
| *GIMA Status: AL; Asset Class: FI & Pref* | | | | | | | | | |
| ISHARES GSCI COMMODITY DYNAM (COMT) | 1/10/23 | 19.000 | 27.169 | 28.220 | 516.22 | 536.18 | 19.96 ST | | |
| | 1/19/23 | 346.000 | 28.265 | 28.220 | 9,779.69 | 9,764.12 | (15.57) ST | | |
| Total | | 365.000 | | | 10,295.91 | **10,300.30** | 4.39 ST | 3,065.00 | 29.76 |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2023

## Account Detail

| | Portfolio Management Active Assets Account<br>255-145712-290 | | | | MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS | | | |

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| *GIMA Status: AL; Next Dividend Payable 01/2024; Asset Class: Alt* | | | | | | | | | |
| ISHARES MSCI BRAZ SM CAP ETF (EWZS) | 12/19/22 | 33.000 | 11.106 | 12.970 | 366.51 | 428.01 | 61.50 ST | | |
| | 1/10/23 | 9.000 | 12.198 | 12.970 | 109.78 | 116.73 | 6.95 ST | | |
| | 1/19/23 | 370.000 | 12.483 | 12.970 | 4,618.82 | 4,798.90 | 180.08 ST | | |
| | **Total** | 412.000 | | | 5,095.11 | **5,343.64** | 248.53 ST | 222.00 | 4.15 |
| *GIMA Status: AL; Next Dividend Payable 06/2023; Asset Class: Equities* | | | | | | | | | |
| ISHARES MSCI BRAZIL ETF (EWZ) | 12/19/22 | 13.000 | 26.565 | 30.340 | 345.35 | 394.42 | 49.07 ST | | |
| | 1/10/23 | 4.000 | 28.890 | 30.340 | 115.56 | 121.36 | 5.80 ST | | |
| | 1/19/23 | 157.000 | 29.545 | 30.340 | 4,638.57 | 4,763.38 | 124.81 ST | | |
| | **Total** | 174.000 | | | 5,099.48 | **5,279.16** | 179.68 ST | 613.00 | 11.61 |
| *GIMA Status: AL; Next Dividend Payable 06/2023; Asset Class: Equities* | | | | | | | | | |
| ISHARES SHORT TREASURY BD ETF (SHV) | 12/19/22 | 1,012.000 | 109.769 | 110.280 | 111,086.33 | 111,603.36 | 517.03 ST | | |
| | 1/10/23 | 396.000 | 109.995 | 110.280 | 43,558.02 | 43,670.88 | 112.86 ST | | |
| | **Total** | 1,408.000 | | | 154,644.35 | **155,274.24** | 629.89 ST | 2,146.00 | 1.38 |
| *GIMA Status: AL; Asset Class: FI & Pref* | | | | | | | | | |
| ISHRS MSCI MEXICO ETF (EWW) | 1/19/23 | 9.000 | 56.090 | 57.650 | 504.81 | **518.85** | 14.04 ST | 14.00 | 2.70 |
| *GIMA Status: AL; Next Dividend Payable 06/2023; Asset Class: Equities* | | | | | | | | | |
| JOHN HANCOCK FINANCIAL OPPS FD (BTO) | 12/19/22 | 11.000 | 32.160 | 37.390 | 353.76 | 411.29 | 57.53 ST | | |
| | 1/10/23 | 134.000 | 35.791 | 37.390 | 4,795.93 | 5,010.26 | 214.33 ST | | |
| | 1/19/23 | 5.000 | 34.320 | 37.390 | 171.60 | 186.95 | 15.35 ST | | |
| | **Total** | 150.000 | | | 5,321.29 | **5,608.50** | 287.21 ST | 390.00 | 6.95 |
| *Next Dividend Payable 03/2023; Asset Class: Equities* | | | | | | | | | |
| PACER US CASH COWS 100 ETF (COWZ) | 12/19/22 | 242.000 | 45.808 | 49.750 | 11,085.58 | 12,039.50 | 953.92 ST | | |
| | 1/10/23 | 298.000 | 47.797 | 49.750 | 14,243.42 | 14,825.50 | 582.08 ST | | |
| | **Total** | 540.000 | | | 25,329.00 | **26,865.00** | 1,536.00 ST | 489.00 | 1.82 |
| *GIMA Status: AL; Next Dividend Payable 03/2023; Asset Class: Equities* | | | | | | | | | |
| PIMCO 25 + YR ZERO CPN US TIF (ZROZ) | 1/19/23 | 5.000 | 97.480 | 96.530 | 487.40 | **482.65** | (4.75) ST | 12.00 | 2.49 |
| *GIMA Status: AL; Next Dividend Payable 04/2023; Asset Class: FI & Pref* | | | | | | | | | |
| SPDR BLOOMBERG 1-3 MONTH T-B (BIL) | 12/19/22 | 1,622.000 | 91.335 | 91.730 | 148,145.37 | 148,786.06 | 640.69 ST | | |
| | 1/10/23 | 634.000 | 91.505 | 91.730 | 58,014.17 | 58,156.82 | 142.65 ST | | |
| | **Total** | 2,256.000 | | | 206,159.54 | **206,942.88** | 783.34 ST | 3,497.00 | 1.69 |
| *GIMA Status: AL; Next Dividend Payable 02/07/23; Asset Class: FI & Pref* | | | | | | | | | |
| SPDR PORTF LONG TERM TREAS ETF (SPTL) | 1/19/23 | 16.000 | 31.290 | 31.100 | 500.64 | **497.60** | (3.04) ST | 13.00 | 2.61 |
| *GIMA Status: AL; Next Dividend Payable 02/07/23; Asset Class: FI & Pref* | | | | | | | | | |

# Morgan Stanley

## Account Detail

| | Portfolio Management Active Assets Account 255-145712-290 | MSL FBO GENIE INVESTMENTS NV C/O CALEB MICHAEL DAVIS |
|---|---|---|

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| VANECK J. P. MORGAN EM LOCAL (EMLC) | 12/19/22 | 15.000 | 24.035 | 25.270 | 360.52 | 379.05 | 18.53 ST R | | |
| | 1/10/23 | 192.000 | 24.895 | 25.270 | 4,779.84 | 4,851.84 | 72.00 ST | | |
| Total | | 207.000 | | | 5,140.36 | **5,230.89** | 90.53 ST | 285.00 | 5.45 |
| *GIMA Status: AL; Next Dividend Payable 02/07/23; Asset Class: FI & Pref* | | | | | | | | | |
| VANECK RARE EARTH/STRATEGIC (REMX) | 1/19/23 | 5.000 | 86.730 | 95.260 | 433.65 | **476.30** | 42.65 ST | 6.00 | 1.26 |
| *GIMA Status: AL; Next Dividend Payable 12/2023; Asset Class: Alt* | | | | | | | | | |
| VANGUARD EXTENDED DUR TREAS (EDV) | 1/19/23 | 5.000 | 92.010 | 91.260 | 460.05 | **456.30** | (3.75) ST | 14.00 | 3.07 |
| *GIMA Status: AL; Next Dividend Payable 03/2023; Asset Class: FI & Pref* | | | | | | | | | |
| VANGUARD LONG TERM BND (BLV) | 1/19/23 | 6.000 | 78.090 | 77.700 | 468.54 | **466.20** | (2.34) ST | 17.00 | 3.65 |
| *GIMA Status: AL; Next Dividend Payable 02/06/23; Asset Class: FI & Pref* | | | | | | | | | |
| VANGUARD LONG-TERM GOVERNMENT (VGLT) | 1/19/23 | 7.000 | 66.430 | 66.020 | 465.01 | **462.14** | (2.87) ST | 12.00 | 2.60 |
| *GIMA Status: AL; Next Dividend Payable 02/06/23; Asset Class: FI & Pref* | | | | | | | | | |

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **EXCHANGE-TRADED & CLOSED-END FUNDS** | 37.20% | | | | **$1,916,195.98** | **$1,929,856.76** | **$13,660.78 ST** | **$35,951.00** | **1.86%** |

## CORPORATE FIXED INCOME

### CORPORATE BONDS

| Security Description | Trade Date | Face Value | Orig Unit Cost Adj Unit Cost | Unit Price | Orig Total Cost Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE & CO FXD TO 102024 VAR THRAFTR 6.1000% | 12/19/22 | 75,000.000 | $99.696 | $99.867 | $74,771.67 | | | | |
| Coupon Rate 6.100%; Perpetual Maturity; CUSIP 48126HAC4 | | | $99.696 | | $74,771.67 | $74,899.88 | $128.21 ST | | |
| | 1/10/23 | 29,000.000 | 100.866 | 99.867 | 29,251.25 | | | | |
| | | | 100.866 | | 29,251.25 | 28,961.29 | (289.96) ST | | |
| | 1/19/23 | 51,000.000 | 101.332 | 99.867 | 51,679.21 | | | | |
| | | | 101.332 | | 51,679.21 | 50,931.92 | (747.29) ST | | |
| Total | | 155,000.000 | | | 155,702.13 | | | 9,455.00 | 6.10 |
| | | | | | 155,702.13 | **154,793.08** | (909.04) ST | 3,151.67 | |
| *Interest Paid Semi-Annually Apr/Oct; Callable $100.00 on 10/01/24; Floating Rate; Moody BAA2     S&P BBB-; Issued 09/23/14; Pays Div; LIBOR Linked; Asset Class: FI & Pref* | | | | | | | | | |
| LENNAR CORP | 12/19/22 | 73,000.000 | 100.777 | 101.083 | 73,567.21 | | | | |
| Coupon Rate 5.875%; Matures 11/15/2024; CUSIP 526057CR3 | | | 100.731 | | 73,533.80 | 73,790.59 | 256.79 ST | | |
| | 1/10/23 | 29,000.000 | 100.918 | 101.083 | 29,266.51 | | | | |
| | | | 100.891 | | 29,258.40 | 29,314.07 | 55.67 ST | | |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2023

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| | Total | 102,000.000 | | | 102,833.72 | | | 5,993.00 | 5.81 |
| | | | | | 102,792.20 | 103,104.66 | 312.46 ST | 1,265.08 | |

*Interest Paid Semi-Annually May/Nov; Callable $100.00 on 05/15/24; Yield to Call  4.990%; Moody BAA2    S&P BBB-; Issued 05/15/18; Asset Class: FI & Pref*

| Security Description | | Percentage of Holdings | Face Value | | | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|---|
| **CORPORATE FIXED INCOME** | | | 257,000.000 | | | $258,535.85 | | | $15,448.00 | 5.99% |
| | | | | | | $258,494.33 | $257,897.74 | $(596.58) ST | $4,416.75 | |
| **TOTAL CORPORATE FIXED INCOME** (includes accrued interest) | | 5.06% | | | | | $262,314.49 | | | |

## GOVERNMENT SECURITIES

### TREASURY SECURITIES

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **UNITED STATES TREASURY NOTE** Coupon Rate  4.375%; Matures 10/31/2024; CUSIP 91282CFQ9 | 12/19/22 | 184,000.000 | $100.105 / $100.099 | $100.006 | $184,194.06 / $184,181.78 | $184,010.78 | $(171.00) ST | | |
| | 1/10/23 | 331,000.000 | 100.050 / 100.049 | 100.006 | 331,168.09 / 331,162.59 | 331,019.40 | (143.19) ST | | |
| | Total | 515,000.000 | | | 515,362.15 / 515,344.37 | 515,030.18 | (314.19) ST | 22,531.00 / 5,726.17 | 4.37 |

*Interest Paid Semi-Annually; Yield to Maturity  4.368%; Moody AAA; Issued 10/31/22; Asset Class: FI & Pref*

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **UNITED STATES TREASURY NOTE** Coupon Rate  4.500%; Matures 11/30/2024; CUSIP 91282CFX4 | 12/19/22 | 184,000.000 | 100.457 / 100.430 | 100.297 | 184,840.94 / 184,790.34 | 184,546.25 | (244.09) ST | | |
| | 1/10/23 | 73,000.000 | 100.339 / 100.329 | 100.297 | 73,248.09 / 73,240.38 | 73,216.72 | (23.66) ST | | |
| | Total | 257,000.000 | | | 258,089.03 / 258,030.72 | 257,762.97 | (267.75) ST | 11,565.00 / 1,969.86 | 4.48 |

*Interest Paid Semi-Annually; Yield to Maturity  4.327%; Moody AAA; Issued 11/30/22; Asset Class: FI & Pref*

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **UNITED STATES TREASURY BOND** Coupon Rate  7.625%; Matures 02/15/2025; CUSIP 912810ET1 | 1/10/23 | 24,000.000 | 106.878 / 106.689 | 106.563 | 25,650.94 / 25,605.45 | 25,575.00 | (30.45) ST | | |
| | 1/19/23 | 24,000.000 | 107.089 / 106.973 | 106.563 | 25,701.56 / 25,673.48 | 25,575.00 | (98.48) ST | | |
| | Total | 48,000.000 | | | 51,352.50 / 51,278.93 | 51,150.00 | (128.93) ST | 3,660.00 / 1,680.82 | 7.15 |

*Interest Paid Semi-Annually Feb/Aug; Yield to Maturity  4.231%; Moody AAA; Issued 02/15/95; Asset Class: FI & Pref*

# Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2023

## Account Detail

| | Portfolio Management Active Assets Account 255-145712-290 | | MSL FBO GENIE INVESTMENTS NV C/O CALEB MICHAEL DAVIS | |
|---|---|---|---|---|

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **UNITED STATES TREASURY NOTE** | 12/19/22 | 366,000.000 | 100.554 | 100.676 | 368,030.15 | | | | |
| Coupon Rate 4.250%; Matures 10/15/2025; CUSIP 91282CFP1 | | | 100.532 | | 367,947.20 | 368,473.36 | 526.16 ST | | |
| | 1/10/23 | 145,000.000 | 100.597 | 100.676 | 145,866.60 | | | | |
| | | | 100.585 | | 145,848.48 | 145,979.88 | 131.40 ST | | |
| | Total | 511,000.000 | | | 513,896.75 | | | 21,718.00 | 4.22 |
| | | | | | 513,795.68 | 514,453.24 | 657.56 ST | 6,324.33 | |
| *Interest Paid Semi-Annually; Yield to Maturity 3.982%; Moody AAA; Issued 10/17/22; Asset Class: FI & Pref* | | | | | | | | | |
| **TREASURY SECURITIES** | | 1,331,000.000 | | | **$1,338,700.43** | | | **$59,474.00** | **4.44%** |
| | | | | | $1,338,449.70 | $1,338,396.39 | $(53.31) ST | $15,701.18 | |

**FEDERAL AGENCIES**

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **FED HOME LN MTG CORP MED TERM NOTE** | 1/10/23 | 25,000.000 | 100.049 | $100.239 | $25,012.20 | | | $1,300.00 | 5.18 |
| Coupon Rate 5.200%; Matures 01/27/2025; CUSIP 3134GYD25 | | | 100.049 | | $25,012.13 | $25,059.75 | $47.62 ST | $14.44 | |
| *Interest Paid Semi-Annually; Callable $100.00 on 07/27/23; Yield to Maturity 5.072%; First Coupon 07/27/23; Moody AAA   S&P AA+; Issued 01/27/23; Asset Class: FI & Pref* | | | | | | | | | |

| | Percentage of Holdings | Face Value | | | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **GOVERNMENT SECURITIES** | | 1,356,000.000 | | | **$1,363,712.63** | | | **$60,774.00** | **4.46%** |
| | | | | | $1,363,461.83 | $1,363,456.14 | $(5.69) ST | $15,715.62 | |
| **TOTAL GOVERNMENT SECURITIES** (includes accrued interest) | 26.59% | | | | | $1,379,171.76 | | | |

## CERTIFICATES OF DEPOSIT

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **WELLS FARGO BK NA SIOUX FALLS SD CD** | 12/19/22 | 185,000.000 | $100.500 | $100.033 | $185,925.00 | | | | |
| Coupon Rate 4.750%; Matures 06/14/2024; CUSIP 9497634H6 | | | $100.461 | | $185,852.24 | $185,061.05 | $(791.19) ST | | |
| | 1/10/23 | 72,000.000 | 100.688 | 100.033 | 72,495.36 | | | | |
| | | | 100.660 | | 72,475.03 | 72,023.76 | (451.27) ST | | |
| | Total | 257,000.000 | | | 258,420.36 | | | 12,208.00 | 4.75 |
| | | | | | 258,327.27 | 257,084.81 | (1,242.46) ST | 557.82 | |
| *Interest Paid Monthly; Yield to Maturity 4.721%; Issued 12/14/22; Maturity Value = $257,000.00; Asset Class: FI & Pref* | | | | | | | | | |

# Morgan Stanley

## Account Detail

| | Portfolio Management Active Assets Account<br>255-145712-290 | MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |
|---|---|---|

| | Percentage<br>of Holdings | Face Value | Orig Total Cost<br>Adj Total Cost | Market Value | Unrealized<br>Gain/(Loss) | Est Ann Income<br>Accrued Interest | Current<br>Yield % |
|---|---|---|---|---|---|---|---|
| **CERTIFICATES OF DEPOSIT** | | 257,000.000 | $258,420.36 | | | $12,208.00 | 4.75% |
| | | | $258,327.27 | $257,084.81 | $(1,242.46) ST | $557.82 | |
| **TOTAL CERTIFICATES OF DEPOSIT**<br>(includes accrued interest) | 4.97% | | | $257,642.63 | | | |

## MUTUAL FUNDS

### OPEN-END NON-SWEEP MONEY MARKET FUNDS

*The Current Yield is for informational purposes only and, depending upon market conditions, may differ materially from published Money Market Fund yields. Current Yield is calculated by dividing the total estimated annual income (in most cases, as of the prior month-end) by the current market value of the entire position. Investors should refer to the fund website for the most recent yield information. For holders of money market fund shares with a floating net asset value, we will provide information which may be relevant to holders who have elected to use the NAV method of tax accounting pursuant to Treasury Regulation section 1.446-7. However, since this is supplemental data, it will not be furnished to the Internal Revenue Service.*

| Security Description | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Est Ann Income | Current<br>Yield % |
|---|---|---|---|---|---|---|---|
| **FEDERATED HERMES GOVT OBL AVR (GOVXX)** | 568,257.110 | N/A | $1.0000 | N/A | **$568,257.11** | $22,770.00 | 4.01 |
| *GIMA Status: AL; Enrolled In MS Dividend Reinvestment; Capital Gains Reinvest; Asset Class: Cash* | | | | | | | |

### OPEN-END MUTUAL FUNDS

*Although share price is displayed only to three decimal places, calculation of Market Value is computed using the full share price in our data base, which may carry out beyond three decimal places. Estimated Annual Income is based upon historical distributions over the preceding 12-month period, rather than on the most recent dividend. Current Yield is calculated by dividing the total estimated annual income by the current market value of the position, and it is for informational purposes only. Distributions may consist of income, capital gains or the returns of capital distributions. EAI is based upon information provided by an outside vendor and is not verified by us. Depending upon market conditions, Current Yield may differ materially from published Fund yields. Investors should refer to the Fund website for the most recent yield information.*

*Global Investment Manager Analysis (GIMA) status codes (FL, AL or NL), may be shown for certain mutual funds and are not guarantees of performance.  Refer to "GIMA Status in Investment Advisory Programs" in the June or December statement for a description of these codes.*

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized<br>Gain/(Loss) | Est Ann Income | Current<br>Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **AQR EQ MARKET NEUTRAL INST (QMNIX)** | 12/19/22 | 2,149.465 | $8.620 | $8.920 | $18,528.39 | $19,173.23 | $644.84 ST | | |
| | 1/10/23 | 784.428 | 8.770 | 8.920 | 6,879.43 | 6,997.10 | 117.67 ST | | |
| | 1/19/23 | 51.800 | 8.720 | 8.920 | 451.70 | 462.06 | 10.36 ST | | |
| | **Total** | 2,985.693 | | | 25,859.52 | 26,632.38 | 772.87 ST | 1,562.00 | 5.87 |
| *GIMA Status: AL; Enrolled In MS Dividend Reinvestment; Capital Gains Reinvest; Asset Class: Alt* | | | | | | | | | |

# Morgan Stanley

## Account Detail

| | Portfolio Management Active Assets Account 255-145712-290 | MSL FBO GENIE INVESTMENTS NV C/O CALEB MICHAEL DAVIS |
|---|---|---|

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| BLACKSTONE ALT MULTI-STRAT I (BXMIX) | 12/19/22 | 2,770.946 | 10.030 | 10.210 | 27,792.59 | 28,291.36 | 498.77 ST | | |
| | 1/10/23 | 1,058.307 | 10.120 | 10.210 | 10,710.07 | 10,805.31 | 95.24 ST | | |
| | 1/19/23 | 1,250.368 | 10.170 | 10.210 | 12,716.24 | 12,766.26 | 50.02 ST | | |
| | Total | 5,079.621 | | | 51,218.90 | 51,862.93 | 644.03 ST | — | — |
| *GIMA Status: AL: Enrolled In MS Dividend Reinvestment; Capital Gains Reinvest; Asset Class: Alt* | | | | | | | | | |
| **OPEN-END MUTUAL FUNDS** | | | | | $77,078.42 | $78,495.31 | $1,416.90 ST | $1,562.00 | 1.99% |

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **MUTUAL FUNDS** | 12.47% | | | | $77,078.42 | $646,752.42 | $1,416.90 ST | $24,332.00 | 3.76% |

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | | | | | $3,883,705.68 | $5,166,793.93 | $13,388.97 ST | $176,233.57 $20,690.19 | 3.40% |
| **TOTAL VALUE** (includes accrued interest) | 100.00% | | | | | $5,187,484.12 | | | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

*4 - This tax lot is, or was acquired as, a Publicly Traded Partnership ("PTP"). PTPs are not considered "covered securities," and therefore your cost basis is not furnished to the IRS. Because Morgan Stanley is not notified by the PTP of certain adjustments, it is not feasible to provide precise cost basis information for PTPs, and you should not rely on the cost basis provided above for tax purposes. To determine cost basis, refer to your own records and the information provided by the PTP on your Schedule K-1, and consult with your own tax advisor.*

*R - The cost basis was adjusted due to either a return of capital payment and/or a reclassification of income. A return of capital reduces your basis in the security.*

# Morgan Stanley

## Account Detail

| | Portfolio Management Active Assets Account<br>255-145712-290 | MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |
|---|---|---|

### ALLOCATION OF ASSETS (^ includes accrued interest)

| | Cash | Equities | Fixed Income &<br>Preferred Securities | Alternatives | Structured<br>Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $701,442.19 | — | — | — | — | — |
| Stocks | — | $10,303.87 | — | — | — | — |
| ETFs & CEFs | — | 62,235.78 | $1,787,659.92 | $79,961.06 | — | — |
| Corporate Fixed Income ^ | — | — | 262,314.49 | — | — | — |
| Government Securities ^ | — | — | 1,379,171.76 | — | — | — |
| Certificates of Deposit ^ | — | — | 257,642.63 | — | — | — |
| Mutual Funds | 568,257.11 | — | — | 78,495.31 | — | — |
| **TOTAL ALLOCATION OF ASSETS ^** | **$1,269,699.30** | **$72,539.65** | **$3,686,788.80** | **$158,456.37** | **—** | **—** |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity<br>Date | Settlement<br>Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 1/3 | | Dividend | MSILF GOVT SEC PART | Transaction Reportable for the Prior Year. | | | $7,532.24 |
| 1/3 | | Dividend | GOLDMAN SACHS ACCESS TRE 0-1 Y | | | | 459.97 |
| 1/3 | | Dividend | FEDERATED HERMES GOVT OBL AVR | Transaction Reportable for the Prior Year. | | | 404.07 |
| 1/3 | | Funds Received | WIRED FUNDS RECEIVED | JPMORGAN CHASE BANK<br>GENIE INVESTMENTS NV | | | 1,450,000.00 |
| 1/3 | | Dividend Reinvestment | FEDERATED HERMES GOVT OBL AVR | REINVESTMENT a/o 12/30/22 | 404.070 | 1.0000 | (404.07) |
| 1/9 | | Service Fee | ADV FEE 01/01-01/31 | | | | (2,046.06) |
| 1/10 | 1/12 | Sold | ISHARES TREASURY FLOATING RATE | ACTED AS AGENT | 2,946.000 | 50.4317 | 148,568.38 |
| 1/10 | 1/11 | Bought | UNITED STATES TREASURY NOTE<br>4.375% DUE2024-10-31 [91282CFQ9] | ACTED AS AGENT<br>ACCRUED INTEREST    2,880.25 | 331,000.000 | 100.0508 | (334,048.34) |
| 1/10 | 1/11 | Bought | FEDERATED HERMES GOVT OBL AVR | | 271,098.470 | 1.0000 | (271,098.47) |
| 1/10 | 1/11 | Bought | UNITED STATES TREASURY NOTE<br>4.250% DUE2025-10-15 [91282CFP1] | ACTED AS AGENT<br>ACCRUED INTEREST    1,489.84 | 145,000.000 | 100.5977 | (147,356.44) |
| 1/10 | 1/12 | Bought | ISHARES 0-3 MONTH TREASURY B | ACTED AS AGENT | 1,245.000 | 100.2150 | (124,767.68) |
| 1/10 | 1/11 | Bought | UNITED STATES TREASURY NOTE<br>4.500% DUE2024-11-30 [91282CFX4] | ACTED AS AGENT<br>ACCRUED INTEREST    379.04 | 73,000.000 | 100.3398 | (73,627.13) |
| 1/10 | 1/12 | Bought | WELLS FARGO BK NA SIOUX FALLS SD<br>4.750% DUE2024-06-14 [9497634H6] | ACTED AS AGENT<br>ACCRUED INTEREST    271.72 | 72,000.000 | 100.6880 | (72,767.08) |
| 1/10 | 1/12 | Bought | GOLDMAN SACHS ACCESS TRE 0-1 Y | ACTED AS AGENT | 586.000 | 99.7500 | (58,453.50) |
| 1/10 | 1/12 | Bought | SPDR BLOOMBERG 1-3 MONTH T-B | ACTED AS AGENT | 634.000 | 91.5050 | (58,014.17) |
| 1/10 | 1/12 | Bought | ISHARES SHORT TREASURY BD ETF | ACTED AS AGENT | 396.000 | 109.9950 | (43,558.02) |
| 1/10 | 1/12 | Bought | LENNAR CORP<br>5.875% DUE2024-11-15 [526057CR3] | ACTED AS AGENT<br>ACCRUED INTEREST    269.76 | 29,000.000 | 100.9190 | (29,536.27) |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2023

## Account Detail

| | Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|---|
| | 255-145712-290 | C/O CALEB MICHAEL DAVIS |

### CASH FLOW ACTIVITY BY DATE (CONTINUED)

| Activity Date | Settlement Date | Activity Type | Description | Comments | | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|---|
| 1/10 | 1/12 | Bought | JPMORGAN CHASE & CO FXD TO   10 6.100% DUE2063-01-10 [48126HAC4] | ACTED AS AGENT DIVIDEND        496.30 | | 29,000.000 | 99.1550 | (29,251.25) |
| 1/10 | 1/11 | Bought | UNITED STATES TREASURY BOND 7.625% DUE2025-02-15 [912810ET1] | ACTED AS AGENT ACCRUED INTEREST       740.95 | | 24,000.000 | 106.8789 | (26,391.89) |
| 1/10 | 1/27 | Bought | FED HOME LN MTG CORP MED TERM NO 5.200% DUE2025-01-27 [3134GYD25] | ACTED AS AGENT | | 25,000.000 | 100.0488 | (25,012.20) |
| 1/10 | 1/12 | Bought | FT NORTH AMERICAN ENERGY INFRA | ACTED AS AGENT | | 728.000 | 27.1359 | (19,754.94) |
| 1/10 | 1/12 | Bought | INVESCO VARIABLE RATE ETF | ACTED AS AGENT | | 578.000 | 24.8047 | (14,337.12) |
| 1/10 | 1/12 | Bought | PACER US CASH COWS 100 ETF | ACTED AS AGENT | | 298.000 | 47.7967 | (14,243.42) |
| 1/10 | 1/12 | Bought | FRANKLIN INVESTMENT GRADE CO | ACTED AS AGENT | | 550.000 | 21.4014 | (11,770.77) |
| 1/10 | 1/12 | Bought | BLACKROCK ENERGY AND RESOURCES | ACTED AS AGENT | | 935.000 | 12.5091 | (11,696.01) |
| 1/10 | 1/12 | Bought | FIRST TR MLP&ENRG INC FND | ACTED AS AGENT | | 992.000 | 7.8532 | (7,790.37) |
| 1/10 | 1/11 | Bought | AQR EQ MARKET NEUTRAL INST | | | 784.428 | 8.7700 | (6,879.43) |
| 1/10 | 1/12 | Bought | JOHN HANCOCK FINANCIAL OPPS FD | ACTED AS AGENT | | 134.000 | 35.7905 | (4,795.93) |
| 1/10 | 1/12 | Bought | VANECK J. P. MORGAN EM LOCAL | ACTED AS AGENT | | 192.000 | 24.8950 | (4,779.84) |
| 1/10 | 1/12 | Bought | BLACKROCK FLT RTE INC STRAT FD | ACTED AS AGENT | | 82.000 | 11.5600 | (947.92) |
| 1/10 | 1/12 | Bought | ISHARES GSCI COMMODITY DYNAM | ACTED AS AGENT | | 19.000 | 27.1695 | (516.22) |
| 1/10 | 1/12 | Bought | INVESCO DB COMMODITY INDEX TRA | ACTED AS AGENT | | 21.000 | 23.9300 | (502.53) |
| 1/10 | 1/12 | Bought | INVESCO TREASURY COLLATERAL ET | ACTED AS AGENT | | 2.000 | 105.4350 | (210.87) |
| 1/10 | 1/12 | Bought | ISHARES MSCI BRAZIL ETF | ACTED AS AGENT | | 4.000 | 28.8900 | (115.56) |
| 1/10 | 1/12 | Bought | PBF ENERGY INC | ACTED AS AGENT | | 3.000 | 38.1800 | (114.54) |
| 1/10 | 1/12 | Bought | EXXON MOBIL CORP | ACTED AS AGENT | | 1.000 | 109.9263 | (109.93) |
| 1/10 | 1/12 | Bought | ISHARES MSCI BRAZ SM CAP ETF | ACTED AS AGENT | | 9.000 | 12.1979 | (109.78) |
| 1/11 | 1/11 | Bought | BLACKSTONE ALT MULTI-STRAT I | a/o 01/10/23 | | 1,058.307 | 10.1200 | (10,710.07) |
| 1/17 | | Interest Income | WELLS FARGO BK NA SIOUX FALLS SD | 4.750% DUE2024-06-14 [9497634H6] | | | | 1,036.80 |
| 1/17 | | Qualified Dividend | FIRST TR MLP&ENRG INC FND | | | | | 49.05 |
| 1/19 | 1/23 | Sold | ISHARES 0-3 MONTH TREASURY B | ACTED AS AGENT | | 1,036.000 | 100.3350 | 103,944.67 |
| 1/19 | 1/20 | Sold | UNITED STATES TREASURY NOTE 4.250% DUE2025-10-15 [91282CFP1] | ACTED AS AGENT ACCRUED INTEREST       11.33 | | 1,000.000 | 101.0430 | 1,021.76 |
| 1/19 | 1/23 | Sold | BLACKROCK ENERGY AND RESOURCES | ACTED AS AGENT | | 37.000 | 12.8609 | 475.83 |
| 1/19 | 1/23 | Sold | FIRST TR MLP&ENRG INC FND | ACTED AS AGENT | | 45.000 | 8.0300 | 361.34 |
| 1/19 | 1/23 | Sold | FRANKLIN INVESTMENT GRADE CO | ACTED AS AGENT | | 13.000 | 21.7907 | 283.27 |
| 1/19 | | Service Fee Adj | NET PLATFORM CREDIT | PLATFORM FEE        ($290.34) PLATFORM CREDIT      $290.37 | | | | 0.03 |
| 1/19 | 1/23 | Bought | JPMORGAN CHASE & CO FXD TO   10 6.100% DUE2063-01-19 [48126HAC4] | ACTED AS AGENT DIVIDEND        967.87 | | 51,000.000 | 99.4340 | (51,679.21) |
| 1/19 | 1/20 | Bought | UNITED STATES TREASURY BOND 7.625% DUE2025-02-15 [912810ET1] | ACTED AS AGENT ACCRUED INTEREST       785.71 | | 24,000.000 | 107.0898 | (26,487.27) |
| 1/19 | 1/20 | Bought | BLACKSTONE ALT MULTI-STRAT I | | | 1,250.368 | 10.1700 | (12,716.24) |
| 1/19 | 1/23 | Bought | ISHARES GSCI COMMODITY DYNAM | ACTED AS AGENT | | 346.000 | 28.2650 | (9,779.69) |
| 1/19 | 1/23 | Bought | VISTA ENERGY S.A.B. DE C.V. | ACTED AS AGENT | | 319.000 | 16.1888 | (5,164.23) |
| 1/19 | 1/23 | Bought | ISHARES MSCI BRAZIL ETF | ACTED AS AGENT | | 157.000 | 29.5450 | (4,638.57) |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2023

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

### CASH FLOW ACTIVITY BY DATE (CONTINUED)

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 1/19 | 1/23 | Bought | ISHARES MSCI BRAZ SM CAP ETF | ACTED AS AGENT | 370.000 | 12.4833 | (4,618.82) |
| 1/19 | 1/23 | Bought | INVESCO DB COMMODITY INDEX TRA | ACTED AS AGENT | 185.000 | 24.9620 | (4,617.97) |
| 1/19 | 1/23 | Bought | EXXON MOBIL CORP | ACTED AS AGENT | 23.000 | 111.6450 | (2,567.84) |
| 1/19 | 1/23 | Bought | PBF ENERGY INC | ACTED AS AGENT | 37.000 | 40.7885 | (1,509.17) |
| 1/19 | 1/23 | Bought | ARK FINTECH INNOVATION ETF | ACTED AS AGENT | 32.000 | 16.0050 | (512.16) |
| 1/19 | 1/23 | Bought | INVESCO WILDERHILL CLEAN ENERG | ACTED AS AGENT | 12.000 | 42.5799 | (510.96) |
| 1/19 | 1/23 | Bought | ARK GENOMIC REVOLUTION ETF | ACTED AS AGENT | 16.000 | 31.8095 | (508.95) |
| 1/19 | 1/23 | Bought | ISHRS MSCI MEXICO ETF | ACTED AS AGENT | 9.000 | 56.0900 | (504.81) |
| 1/19 | 1/23 | Bought | SPDR PORTF LONG TERM TREAS ETF | ACTED AS AGENT | 16.000 | 31.2900 | (500.64) |
| 1/19 | 1/23 | Bought | FT NASDAQ CLEAN EDGE GREEN ENR | ACTED AS AGENT | 10.000 | 49.8163 | (498.16) |
| 1/19 | 1/23 | Bought | GLOBAL X COPPER MINERS ETF | ACTED AS AGENT | 12.000 | 40.7200 | (488.64) |
| 1/19 | 1/23 | Bought | PIMCO 25+YR ZERO CPN US TIF | ACTED AS AGENT | 5.000 | 97.4800 | (487.40) |
| 1/19 | 1/23 | Bought | ALPS CLEAN ENERGY ETF | ACTED AS AGENT | 10.000 | 48.5150 | (485.15) |
| 1/19 | 1/23 | Bought | VANGUARD LONG TERM BND | ACTED AS AGENT | 6.000 | 78.0900 | (468.54) |
| 1/19 | 1/23 | Bought | INVESCO SOLAR ETF | ACTED AS AGENT | 6.000 | 78.0699 | (468.42) |
| 1/19 | 1/23 | Bought | VANGUARD LONG-TERM GOVERNMENT | ACTED AS AGENT | 7.000 | 66.4300 | (465.01) |
| 1/19 | 1/23 | Bought | ISHARES 10-20 YR TREASU BD ETF | ACTED AS AGENT | 4.000 | 115.7710 | (463.08) |
| 1/19 | 1/23 | Bought | VANGUARD EXTENDED DUR TREAS | ACTED AS AGENT | 5.000 | 92.0100 | (460.05) |
| 1/19 | 1/20 | Bought | AQR EQ MARKET NEUTRAL INST | | 51.800 | 8.7200 | (451.70) |
| 1/19 | 1/23 | Bought | VANECK RARE EARTH/STRATEGIC | ACTED AS AGENT | 5.000 | 86.7300 | (433.65) |
| 1/19 | 1/23 | Bought | ISHARES 20+ YR TREASU BOND ETF | ACTED AS AGENT | 4.000 | 107.8950 | (431.58) |
| 1/19 | 1/20 | Bought | FEDERATED HERMES GOVT OBL AVR | | 300.280 | 1.0000 | (300.28) |
| 1/19 | 1/23 | Bought | JOHN HANCOCK FINANCIAL OPPS FD | ACTED AS AGENT | 5.000 | 34.3200 | (171.60) |
| 1/19 | 1/23 | Bought | FT NORTH AMERICAN ENERGY INFRA | ACTED AS AGENT | 2.000 | 27.1150 | (54.23) |
| 1/19 | 1/23 | Bought | BLACKROCK FLT RTE INC STRAT FD | ACTED AS AGENT | 2.000 | 11.5078 | (23.02) |
| 1/24 | | Refund | FEDERATED HERMES GOVT | | | | 7.39 |
| 1/27 | | Dividend | INVESCO VARIABLE RATE ETF | | | | 212.18 |
| 1/27 | | Dividend | INVESCO TREASURY COLLATERAL ET | | | | 2.92 |
| 1/27 | | Refund | MSILF GOVT SEC PART | | | | 539.95 |
| 1/31 | | Dividend | BLACKROCK ENERGY AND RESOURCES | | | | 72.66 |
| 1/31 | | Dividend | BLACKROCK FLT RTE INC STRAT FD | | | | 25.08 |

**NET CREDITS/(DEBITS)** | | | | | | | **$176,812.73**

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 1/3 | Automatic Investment | MSILF GOVT SEC PART | $7,532.24 |
| 1/3 | Automatic Investment | MSILF GOVT SEC PART | 207.87 |
| 1/4 | Automatic Investment | MSILF GOVT SEC PART | 1,450,459.97 |

# Morgan Stanley

| Account Detail | Portfolio Management Active Assets Account 255-145712-290 | MSL FBO GENIE INVESTMENTS NV C/O CALEB MICHAEL DAVIS |
|---|---|---|

## MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY (CONTINUED)

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 1/10 | Automatic Redemption | MSILF GOVT SEC PART | (2,046.06) |
| 1/11 | Automatic Redemption | MSILF GOVT SEC PART | (859,401.70) |
| 1/12 | Automatic Redemption | MSILF GOVT SEC PART | (370,285.41) |
| 1/18 | Automatic Investment | MSILF GOVT SEC PART | 1,085.85 |
| 1/20 | Automatic Redemption | MSILF GOVT SEC PART | (38,933.70) |
| 1/24 | Automatic Investment | MSILF GOVT SEC PART | 12,553.56 |
| 1/25 | Automatic Investment | MSILF GOVT SEC PART | 7.39 |
| 1/27 | Automatic Redemption | MSILF GOVT SEC PART | (25,012.20) |
| 1/30 | Automatic Investment | MSILF GOVT SEC PART | 755.05 |
| **NET ACTIVITY FOR PERIOD** | | | **$176,922.86** |

## REALIZED GAIN/(LOSS) DETAIL

### SHORT-TERM GAIN/(LOSS)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| BLACKROCK ENERGY AND RESOURCES | 12/19/22 | 01/19/23 | 37.000 | $475.83 | $446.22 | $29.61 | |
| FIRST TR MLP&ENRG INC FND | 12/19/22 | 01/19/23 | 45.000 | 361.34 | 340.49 | 20.85 | |
| FRANKLIN INVESTMENT GRADE CO | 12/19/22 | 01/19/23 | 13.000 | 283.27 | 276.29 | 6.98 | |
| ISHARES 0-3 MONTH TREASURY B | 12/19/22 | 01/19/23 | 1,036.000 | 103,944.67 | 103,589.64 | 355.03 | |
| ISHARES TREASURY FLOATING RATE | 12/19/22 | 01/10/23 | 2,946.000 | 148,568.38 | 148,213.26 | 355.12 | |
| US TSY NOTE     4250  25OC15 | 12/19/22 | 01/19/23 | 1,000.000 | 1,010.43 | 1,005.39 | 5.04 | |
| **Short-Term This Period** | | | | **$254,643.92** | **$253,871.29** | **$772.63** | |
| **Short-Term Year to Date** | | | | **$254,643.92** | **$253,871.29** | **$772.63** | |
| **Net Realized Gain/(Loss) This Period** | | | | **$254,643.92** | **$253,871.29** | **$772.63** | |
| **Net Realized Gain/(Loss) Year to Date** | | | | **$254,643.92** | **$253,871.29** | **$772.63** | |

*Treasury regulations require that we report on Form 1099-B a) adjusted cost basis on the sale of covered securities acquired on or after 1/1/11 (or the applicable date for the type of security), b) the gain or loss on either long-term or short-term, and c) basis adjustments on covered securities due to wash sales, certain corporate actions and transfers by gift or inheritance. This section may not reflect all the basis adjustments required when filing your tax return. For more information, refer to the Expanded Disclosures or go to www.morganstanley.com/wealth/disclosures/disclosures.asp.*

## MESSAGES

**Tips on Protecting Yourself from Fraudulent Account Activity**
The safety of our clients is of utmost importance to Morgan Stanley.  We are taking this opportunity to alert our clients of the following scams that have been identified by a number of organizations.  *Please be reminded that you should never provide your account numbers, passwords, or personal information, including your social security number, to anyone you do not know.*  Example of scams to be aware of:
  *Treatment scams: Supply scams: Provider scams: Charity scams: Phishing scams; App scams: Investment scams: Tech Support scams: Home Sanitation scams; and Government Assistance scams.* If you have any questions regarding these scams, please immediately contact us.

# Morgan Stanley

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Important Information About Advisory Accounts**
Please contact us if there have been any changes in your financial situation or investment objectives, or if you wish to impose any reasonable restrictions on the management of your Investment Advisory accounts, or to reasonably modify existing restrictions.
For a copy of the applicable ADV Brochure for Morgan Stanley Smith Barney LLC, or for any investment adviser with whom we contract to manage your investment advisory account, please visit www.morganstanley.com/ADV. These ADV Brochures contain important information about our advisory programs.

**Online Availability of Client Relationship Summary and Other Disclosures**
The Morgan Stanley Client Relationship Summary as well as other applicable regulatory disclosures are available at www.morganstanley.com/disclosures/account-disclosures. Please visit this website and review these documents carefully, as they provide important information.

**Important Information Regarding Your LIBOR-linked Securities**
LIBOR will no longer be published after 6/30/23 and Secured Overnight Financing Rate (SOFR) has been selected as its recommended alternative. Please be aware of the particular "fallback provisions" associated with your specific LIBOR-linked security(ies). Fallback provisions are contract terms that specify what will happen when LIBOR is no longer available. While legislative progress has been made to address the fallback provisions of certain securities, the market transition away from LIBOR could adversely affect the value of and return on LIBOR-linked securities. See www.ms.com/wm/libor for more information or contact a member of your Morgan Stanley team.

**INFORMATION ABOUT YOUR INVESTMENT ADVISORY ACCOUNT**
The annual rate of 3.108 bps, which may be discounted, was used to calculate the Fourth Quarter 2022 Platform Fee.  It is offset by a credit to your account from 100% of the revenue Morgan Stanley collects from investment product providers for administering their investment products on our Advisory platforms. There is no impact to your annual Advisory Fee. For more information please review applicable program's ADV Brochure at www.morganstanley.com/adv.

This page intentionally left blank

# Morgan Stanley

## Account Summary

| | Liquidity Access Line<br>255-145861-290 | GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |
|---|---|---|

Account is not included in the Consolidated Summary balances

### BANK LOAN ACTIVITY SUMMARY

| | This Period<br>(1/1/23-1/31/23) | This Year<br>(1/1/23-1/31/23) |
|---|---|---|
| **OPENING LOAN BALANCE** | **$3,001,090.34** | **$3,001,090.34** |
| Borrowed | 17,316.71 | 17,316.71 |
| **CLOSING LOAN BALANCE** | **$3,018,407.05** | **$3,018,407.05** |
| *Includes:* | | |
| Interest Paid | $17,316.71 | $17,316.71 |

### LOAN BALANCE OVER TIME



### BANK LOAN SUMMARY

| | This Period<br>(as of 1/31/23) |
|---|---|
| Variable Rate Line at 7.15162% | $3,018,407.05 |

### AVAILABLE FUNDS

| | This Period<br>(as of 1/31/23) |
|---|---|
| Available to Borrow ^ | $478,161.14 |

^ *Available to borrow at month-end is equal to the loan value of the pledged collateral less outstanding loan balances and accrued interest and fees.*

### LAL TYPE:                                          NON-PURPOSE

### INTEREST ON VARIABLE RATE LINE

| | This Period<br>(1/1/23-1/31/23) |
|---|---|
| Interest Accrued | $18,431.81 |
| Interest Adjustments | — |
| **TOTAL INTEREST** | **$18,431.81** |

*Interest is calculated on the basis of a 360-day year, but charged for the actual number of elapsed days. If interest has accrued, it will display in the Variable Rate Line: Daily Interest Schedule.*

### CASH FLOW

| | This Period<br>(1/1/23-1/31/23) | This Year<br>(1/1/23-1/31/23) |
|---|---|---|
| Other Credits | $17,316.71 | $17,316.71 |
| Other Debits | (17,316.71) | (17,316.71) |
| **Total Cash Related Activity** | **—** | **—** |
| **Total Check Activity** | **—** | **—** |

*The lender of Liquidity Access Line (LAL) is either Morgan Stanley Private Bank, National Association or Morgan Stanley Bank, N.A., as applicable, each an affiliate of Morgan Stanley Smith Barney LLC (MSSB). For more information, see your Liquidity Access Line Application and Agreements.*

# Morgan Stanley

## Account Summary

**Liquidity Access Line**
**255-145861-290**

**GENIE INVESTMENTS NV**
**C/O CALEB MICHAEL DAVIS**

Account is not included in the Consolidated Summary balances

### RELATED ACCOUNTS

| Account Name | Account Number | Enrolled in Overdraft | Pledged Collateral | Pledged Collateral Value |
|---|---|---|---|---|
| MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS | 255-145712-290 | No | Yes | $5,187,484.12 |

*Account details are displayed only for accounts within the account link group statement package. The Total Pledged Collateral field only includes the sum of displayed values.*

# Morgan Stanley

| Account Detail | Liquidity Access Line<br>255-145861-290 | GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |
|---|---|---|

Account is not included in the Consolidated Summary balances

**Loan Account:** Liquidity Access Line

## ACTIVITY

## CASH RELATED ACTIVITY

### OTHER CREDITS AND DEBITS

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 1/3 | Other Debits | INTEREST PAYMENT | | $(17,316.71) |
| 1/3 | Other Credits | PRINCIPAL ADVANCE | | 17,316.71 |
| **TOTAL OTHER CREDITS AND DEBITS** | | | | **$0.00** |
| TOTAL OTHER CREDITS | | | | $17,316.71 |
| TOTAL OTHER DEBITS | | | | $(17,316.71) |

## BANK LOAN ACTIVITY *(This section reflects the impact of Cash Related Activity on your Liquidity Access Line.)*

### VARIABLE RATE LINE

**Variable Rate Line**          **Interest Rate as of 1/31/23:** 7.15162%          **Interest Payment Date:** 2/1/23
**Interest Accrued This Period:** $18,431.81          **Interest Payment Type:** Variable Rate Advance
                                                      **Interest Payment Amount:** $18,431.81

| Transaction Date | Effective Date | Description | Amount | Loan Balance |
|---|---|---|---|---|
| | 1/1 | Opening Balance | | $3,001,090.34 |
| 1/3 | 1/3 | Interest Payment $17,316.71 | — | 3,001,090.34 |
| 1/3 | 1/3 | Principal Advance | 17,316.71 | 3,018,407.05 |
| | 1/31 | Closing Balance | | 3,018,407.05 |

### Variable Rate Line: Daily Interest Schedule

| From | To | Loan Balance | Rate % | Daily Interest Accrued | No. of Days | Interest Accrued |
|---|---|---|---|---|---|---|
| 1/1 | 1/2 | $3,001,090.34 | 6.89113 | $574.47 | 2 | $1,148.94 |
| 1/3 | 1/3 | 3,018,407.05 | 6.95595 | 583.22 | 1 | 583.22 |
| 1/4 | 1/4 | 3,018,407.05 | 6.97267 | 584.62 | 1 | 584.62 |
| 1/5 | 1/5 | 3,018,407.05 | 6.98906 | 586.00 | 1 | 586.00 |
| 1/6 | 1/8 | 3,018,407.05 | 7.00611 | 587.42 | 3 | 1,762.27 |
| 1/9 | 1/9 | 3,018,407.05 | 7.06895 | 592.69 | 1 | 592.69 |
| 1/10 | 1/10 | 3,018,407.05 | 7.08602 | 594.12 | 1 | 594.12 |
| 1/11 | 1/11 | 3,018,407.05 | 7.10308 | 595.56 | 1 | 595.56 |
| 1/12 | 1/12 | 3,018,407.05 | 7.11980 | 596.96 | 1 | 596.96 |
| 1/13 | 1/16 | 3,018,407.05 | 7.13653 | 598.36 | 4 | 2,393.44 |
| 1/17 | 1/17 | 3,018,407.05 | 7.15120 | 599.59 | 1 | 599.59 |
| 1/18 | 1/19 | 3,018,407.05 | 7.15086 | 599.56 | 2 | 1,199.12 |
| 1/20 | 1/23 | 3,018,407.05 | 7.15120 | 599.59 | 4 | 2,398.36 |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2023

## Account Detail

|  |  |
|---|---|
| **Liquidity Access Line**<br>255-145861-290 | **GENIE INVESTMENTS NV**<br>**C/O CALEB MICHAEL DAVIS** |

Account is not included in the Consolidated Summary balances

### Variable Rate Line: Daily Interest Schedule (CONTINUED)

| From | To | Loan Balance | Rate % | Daily Interest Accrued | No. of Days | Interest Accrued |
|---|---|---|---|---|---|---|
| 1/24 | 1/24 | 3,018,407.05 | 7.15123 | 599.59 | 1 | 599.59 |
| 1/25 | 1/25 | 3,018,407.05 | 7.15125 | 599.59 | 1 | 599.59 |
| 1/26 | 1/30 | 3,018,407.05 | 7.15158 | 599.62 | 5 | 2,998.11 |
| 1/31 | 1/31 | 3,018,407.05 | 7.15162 | 599.63 | 1 | 599.63 |
| **Total Interest Accrued** | | | | | | **$18,431.81** |

*We calculate Daily Interest Accrued on the Variable Rate Line of the Liquidity Access Line as follows: (1) multiply the applicable Rate by the Loan Balance and (2) divide by 360 (days). The Rate is only displayed when there is a Loan Balance. Interest Accrued values in this Daily Interest Schedule may be rounded for display purposes and, as a result, summing the individual line items may not equal the Total Interest Accrued displayed. Capitalized terms used in this paragraph refer to the terms set forth in the table above.*

## MESSAGES

**Tips on Protecting Yourself from Fraudulent Account Activity**

The safety of our clients is of utmost importance to Morgan Stanley.  We are taking this opportunity to alert our clients of the following scams that have been identified by a number of organizations.  *Please be reminded that you should never provide your account numbers, passwords, or personal information, including your social security number, to anyone you do not know.*  Example of scams to be aware of:  *Treatment scams; Supply scams; Provider scams; Charity scams; Phishing scams; App scams; Investment scams; Tech Support scams; Home Sanitation scams; and Government Assistance scams.* If you have any questions regarding these scams, please immediately contact us.

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Reminder: Variable Interest Rate Index Increase**

As we previously communicated, your variable interest rate index, which is based on the Secured Overnight Financing Rate (SOFR) plus a Variable Rate Adjustment or spread adjustment, increased to 0.09109% from 0.07940% on January 9, 2023. Note, the rate will continue to increase by approximately equal increments each quarter until July 10, 2023, to a maximum Variable Rate Adjustment of 0.11448%. Please contact your Morgan Stanley team with any questions.

# Morgan Stanley

**CLIENT STATEMENT** | For the Period February 1-28, 2023

**STATEMENT FOR:**
MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

**Beginning Total Value** (as of 2/1/23)          **$5,187,484.12**
**Ending Total Value** (as of 2/28/23)           **$5,181,684.61**
*Includes Accrued Interest*

**Your Financial Advisor**
**Michael Stewart**
Vice President
Michael.G.Stewart@morganstanley.com
818 409-0769

**Your Branch**
55 SOUTH LAKE AVE, STE 700
PASADENA, CA 91101
Telephone: 626-449-1240; Alt. Phone: 800-488-1240; Fax: 626-449-7121

*Morgan Stanley Smith Barney LLC. Member SIPC.*

#BWNJGWM

MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS
401 RYLAND ST.
SUITE 200A
RENO NV 89502-1643

**Client Service Center** (24 Hours a Day; 7 Days a Week): 800-869-3326
**Access Your Account Online:** www.morganstanley.com/online

INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD

255 - 145712 - 290 - 4 - 3

# Morgan Stanley

## Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in

exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle,

printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

# Morgan Stanley

## Account Summary

Portfolio Management Active Assets Account
255-145712-290

MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (2/1/23-2/28/23) | This Year (1/1/23-2/28/23) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | $5,187,484.12 | $3,706,268.65 |
| Credits | 242.38 | 1,450,789.72 |
| Debits | (2,586.64) | (4,632.67) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | $(2,344.26) | $1,446,157.05 |
| **Change in Value** | (3,455.25) | 29,258.91 |
| **TOTAL ENDING VALUE** | $5,181,684.61 | $5,181,684.61 |

*Net Credits / Debits include investment advisory fees as applicable. See Activity section for details.*

### MARKET VALUE OVER TIME
*The below chart displays the most recent thirteen months of Market Value.*



*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $4,072,710.05 | 78.60 |
| Equities | 58,509.41 | 1.13 |
| Fixed Income & Preferreds | 794,988.91 | 15.34 |
| Alternatives | 255,476.24 | 4.93 |
| **TOTAL VALUE** | **$5,181,684.61** | **100.00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures.*
*Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

# Morgan Stanley

## Account Summary

| | |
|---|---|
| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 1/31/23) | This Period (as of 2/28/23) |
|---|---|---|
| Cash, BDP, MMFs | $701,442.19 | $99,283.43 |
| Stocks | 10,303.87 | 3,449.88 |
| ETFs & CEFs | 1,929,856.76 | 757,690.33 |
| Corporate Fixed Income^ | 262,314.49 | 104,103.65 |
| Government Securities^ | 1,379,171.76 | 50,630.81 |
| Certificates of Deposit | 257,642.63 | — |
| Mutual Funds | 646,752.42 | 4,166,526.51 |
| **Total Assets** | **$5,187,484.12** | **$5,181,684.61** |
| **Total Liabilities** (outstanding balance) | — | — |
| **TOTAL VALUE** | **$5,187,484.12** | **$5,181,684.61** |

### CASH FLOW

| | This Period (2/1/23-2/28/23) | This Year (1/1/23-2/28/23) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$701,442.19** | **$524,629.46** |
| Purchases | (3,578,550.64) | (5,114,285.37) |
| Dividend Reinvestments | (1,701.51) | (2,105.58) |
| Sales and Redemptions | 2,965,612.53 | 3,220,267.78 |
| Income and Distributions | 14,825.12 | 24,620.09 |
| **Total Investment Related Activity** | **$(599,814.50)** | **$(1,871,503.08)** |
| Electronic Transfers-Credits | — | 1,450,000.00 |
| Other Credits | 242.38 | 789.72 |
| Other Debits | (2,586.64) | (4,632.67) |
| **Total Cash Related Activity** | **$(2,344.26)** | **$1,446,157.05** |
| **Total Card/Check Activity** | **—** | **—** |
| **CLOSING CASH, BDP, MMFs** | **$99,283.43** | **$99,283.43** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (2/1/23-2/28/23) | This Year (1/1/23-2/28/23) |
|---|---|---|
| Qualified Dividends | $121.30 | $170.35 |
| Other Dividends | 11,837.02 | 12,609.83 |
| Interest | 2,866.80 | 3,903.60 |
| **Income And Distributions** | **$14,825.12** | **$16,683.78** |
| **Tax-Exempt Income** | **—** | **—** |
| **TOTAL INCOME AND DISTRIBUTIONS** | **$14,825.12** | **$16,683.78** |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### GAIN/(LOSS) SUMMARY

| | Realized This Period (2/1/23-2/28/23) | Realized This Year (1/1/23-2/28/23) | Unrealized Inception to Date (as of 2/28/23) |
|---|---|---|---|
| Short-Term Gain | $4,805.90 | $5,578.53 | $8,225.61 |
| Short-Term (Loss) | (12,823.49) | (12,823.49) | (2,403.00) |
| **Total Short-Term** | **$(8,017.59)** | **$(7,244.96)** | **$5,822.61** |
| Disallowed Loss | $0.57 | $0.57 | |

*This Summary may change due to basis adjustments and should not be used for tax preparation. Refer to the Expanded Disclosures or go to www.morganstanley.com/wealth/disclosures/disclosures.asp.*

# Morgan Stanley

**CLIENT STATEMENT** | For the Period February 1-28, 2023

## Account Summary

Portfolio Management Active Assets Account
255-145712-290

MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

### ADDITIONAL ACCOUNT INFORMATION

| Category | This Period (2/1/23-2/28/23) | This Year (1/1/23-2/28/23) | Category | This Period (2/1/23-2/28/23) | This Year (1/1/23-2/28/23) |
|---|---|---|---|---|---|
| Accrued Interest Paid | $73.45 | $6,890.72 | Accrued Interest Received | 16,463.75 | 16,475.08 |
| U.S. Treasury Coupon Interest | 1,830.00 | 1,830.00 | | | |

*All Municipal and U.S. Treasury coupon interest displayed in this section is also included in the Income and Distribution Summary. Municipal interest above is subject to federal income tax, but may be exempt from state and local income tax. U.S. Treasury interest is subject to federal income tax, but is exempt from both state and local income tax.*

# Morgan Stanley

## Account Detail

| | |
|---|---|
| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

**Investment Objectives (in order of priority):** Capital Appreciation, Income, Aggressive Income, Speculation     **Investment Advisory Account**
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*
**Account Holder Votes Proxy:** No
*The account holder has delegated the authority to vote proxies for the account to Institutional Shareholder Services or a third-party or Morgan Stanley-affiliated portfolio manager, as applicable.*
**Pledged to:** Liquidity Access Line
*The assets in this account are pledged to a Liquidity Access Line (LAL), which is a securities based loan/line of credit product[1], and these assets can be used to repay the LAL.*

    **LAL Account Number:** 255-XXX861
    **LAL Account Name:**  GENIE INVESTMENTS NV
    **Outstanding Balance**[2]: $3,036,838.86

[1]*The lender of which is either Morgan Stanley Private Bank, National Association or Morgan Stanley Bank, N.A., as applicable, each an affiliate of Morgan Stanley Smith Barney LLC.*
[2]*Outstanding Balance is the unpaid principal balance plus the amount of any issued letters of credit, reflecting the period of this account statement. Accrued interest that is unpaid is not included. Note that Outstanding Balance may increase or decrease based on the Borrower's loan activity. The entire amount of the collateral in this account may be applied against the LAL Obligations. For a more detailed description of the terms of such LAL, please review the Liquidity Access Line Application and Agreements, the associated Terms and Conditions and the Third Party Pledge Agreement (if applicable).*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period. For more information on how we price securities, go to www.morganstanley.com/wealth/disclosures/disclosures.asp.*

### CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions.*

| Description | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|
| CASH | $92.88 | | | |
| MSILF GOVT SEC PART | 99,190.55 | 4.150 | 4,116.41 | — |

# Morgan Stanley

## Account Detail

| | Portfolio Management Active Assets Account 255-145712-290 | MSL FBO GENIE INVESTMENTS NV C/O CALEB MICHAEL DAVIS |
|---|---|---|

| | Percentage of Holdings | | | | Market Value | Est Ann Income |
|---|---|---|---|---|---|---|
| CASH, BDP, AND MMFs | 1.92% | | | | $99,283.43 | $4,116.41 |

*Certain money market funds classified as government funds and retail funds seek (although they cannot guarantee) to maintain a share price of $1.00, therefore the dollar amounts listed equal the number of shares. Additional information concerning these transactions is available upon request. For more information about the pricing of Money Market Funds, please see the Expanded Disclosures. The money market funds reflected above include the balances in your automatic sweep feature, if any, and may include other money market funds that have been purchased in your account.*

## STOCKS

### COMMON STOCKS

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| CHEVRON CORP (CVX) | 2/7/23 | 2.000 | $173.110 | $160.770 | $346.22 | $321.54 | $(24.68) ST | | |
| | 2/13/23 | 1.000 | 171.210 | 160.770 | 171.21 | 160.77 | (10.44) ST | | |
| Total | | 3.000 | | | 517.43 | **482.31** | (35.12) ST | 18.00 | 3.73 |
| *Next Dividend Payable 03/10/23: Asset Class: Equities* | | | | | | | | | |
| EXXON MOBIL CORP (XOM) | 12/19/22 | 3.000 | 104.430 | 109.910 | 313.29 | 329.73 | 16.44 ST | | |
| | 1/10/23 | 1.000 | 109.930 | 109.910 | 109.93 | 109.91 | (0.02) ST | | |
| | 1/19/23 | 23.000 | 111.645 | 109.910 | 2,567.84 | 2,527.93 | (39.91) ST | | |
| Total | | 27.000 | | | 2,991.06 | **2,967.57** | (23.49) ST | 98.00 | 3.30 |
| *Next Dividend Payable 03/10/23: Asset Class: Equities* | | | | | | | | | |

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| STOCKS | 0.07% | | | | $3,508.49 | $3,449.88 | $(58.61) ST | $116.00 | 3.36% |

## EXCHANGE-TRADED & CLOSED-END FUNDS

*Estimated Annual Income for Exchange Traded Funds, is based upon historical distributions over the preceding 12-month period, while Estimated Annual Income for Closed End Funds may be based upon either (a) the most recent dividend or (b) sum of prior 12 months (depending upon whether there is an announced fixed rate). Current Yield is calculated by dividing the total Estimated Annual Income by the current Market Value of the position, and it is for informational purposes only. Distributions may consist of income, capital gains or the returns of capital distributions. EAI is based upon information provided by an outside vendor and is not verified by us. Depending upon market conditions, Current Yield may differ materially from published yields. Investors should refer to the Fund website for the most recent yield information.*

*Global Investment Manager Analysis (GIMA) status codes (FL, AL or NL), may be shown for certain exchange-traded funds and are not guarantees of performance.  Refer to "GIMA Status in Investment Advisory Programs" in the June or December statement for a description of these status codes.*

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| ABRDN BLOOMBERG ALL COMMODIT (BCI) | 2/13/23 | 24.000 | $21.270 | $20.780 | $510.47 | **$498.72** | $(11.75) ST | $106.00 | 21.25 |
| *GIMA Status: AL: Next Dividend Payable 12/2023: Asset Class: Alt* | | | | | | | | | |

# Morgan Stanley

## Account Detail

| | Portfolio Management Active Assets Account<br>255-145712-290 | | | MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS | | | | |

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| BLACKROCK ENERGY AND RESOURCES (BGR) | 12/19/22 | 221.000 | 12.060 | 12.530 | 2,665.26 | 2,769.13 | 103.87 ST | | |
| | 1/10/23 | 935.000 | 12.509 | 12.530 | 11,696.01 | 11,715.55 | 19.54 ST | | |
| | Total | 1,156.000 | | | 14,361.27 | 14,484.68 | 123.41 ST | 812.00 | 5.61 |
| *Next Dividend Payable 03/2023: Asset Class: Equities* | | | | | | | | | |
| BLACKROCK FLT RTE INC STRAT FD (FRA) | 12/19/22 | 230.000 | 11.252 | 11.990 | 2,587.85 | 2,757.70 | 169.85 ST | | |
| | 1/10/23 | 82.000 | 11.560 | 11.990 | 947.92 | 983.18 | 35.26 ST | | |
| | 1/19/23 | 2.000 | 11.510 | 11.990 | 23.02 | 23.98 | 0.96 ST | | |
| | Total | 314.000 | | | 3,558.79 | 3,764.86 | 206.07 ST | 303.00 | 8.05 |
| *Next Dividend Payable 03/2023: Asset Class: FI & Pref* | | | | | | | | | |
| FIRST TR MLP&ENRG INC FND (FEI) | 12/19/22 | 835.000 | 7.566 | 8.000 | 6,317.95 | 6,680.00 | 362.05 ST | | |
| | 1/10/23 | 992.000 | 7.853 | 8.000 | 7,790.37 | 7,936.00 | 145.63 ST | | |
| | 2/7/23 | 25.000 | 8.058 | 8.000 | 201.46 | 200.00 | (1.46) ST | | |
| | Total | 1,852.000 | | | 14,309.78 | 14,816.00 | 506.22 ST | 1,111.00 | 7.50 |
| *Next Dividend Payable 03/2023: Asset Class: Alt* | | | | | | | | | |
| FLEXSHARES TR STOXX GLOBR INF (NFRA) | 2/13/23 | 9.000 | 52.307 | 50.470 | 470.76 | 454.23 | (16.53) ST | 10.00 | 2.20 |
| *GIMA Status: AL; Next Dividend Payable 03/2023: Asset Class: Alt* | | | | | | | | | |
| FRANKLIN INVESTMENT GRADE CO (FLCO) | 12/19/22 | 161.000 | 21.253 | 21.050 | 3,421.71 | 3,389.03 | (32.68) ST | | |
| | 1/10/23 | 550.000 | 21.401 | 21.050 | 11,770.77 | 11,577.45 | (193.32) ST | | |
| | 2/3/23 | 1.000 | 21.760 | 21.050 | 21.76 | 21.05 | (0.71) ST | | |
| | 2/7/23 | 2.000 | 21.580 | 21.050 | 43.16 | 42.10 | (1.06) ST | | |
| | 2/13/23 | 9.000 | 21.406 | 21.050 | 192.65 | 189.45 | (3.20) ST | | |
| | Total | 723.000 | | | 15,450.05 | 15,219.08 | (230.97) ST | 525.00 | 3.45 |
| *Next Dividend Payable 03/07/23: Asset Class: FI & Pref* | | | | | | | | | |
| FT NORTH AMERICAN ENERGY INFRA (EMLP) | 12/19/22 | 959.000 | 26.394 | 26.720 | 25,311.94 | 25,624.48 | 312.54 ST | | |
| | 1/10/23 | 728.000 | 27.136 | 26.720 | 19,754.94 | 19,452.16 | (302.78) ST | | |
| | 1/19/23 | 2.000 | 27.115 | 26.720 | 54.23 | 53.44 | (0.79) ST | | |
| | Total | 1,689.000 | | | 45,121.11 | 45,130.08 | 8.97 ST | 1,420.00 | 3.15 |
| *GIMA Status: AL; Next Dividend Payable 03/2023: Asset Class: Alt* | | | | | | | | | |
| GENL AMER INV CO (GAM) | 2/13/23 | 13.000 | 39.510 | 38.330 | 513.63 | 498.29 | (15.34) ST | 2.00 | 0.40 |
| *Asset Class: Equities* | | | | | | | | | |
| GLOBAL X US INF DEV ETF (PAVE) | 2/13/23 | 17.000 | 29.289 | 29.190 | 497.92 | 496.23 | (1.69) ST | 4.00 | 0.81 |
| *GIMA Status: AL; Next Dividend Payable 07/2023: Asset Class: Equities* | | | | | | | | | |
| GOLDMAN SACHS ACCESS TRE 0-1 Y (GBIL) | 11/21/22 | 4.000 | 99.893 | 99.920 | 399.57 | 399.68 | 0.11 ST  H | | |
| | 12/19/22 | 1,480.000 | 99.850 | 99.920 | 147,778.00 | 147,881.60 | 103.60 ST | | |
| | 1/10/23 | 582.000 | 99.750 | 99.920 | 58,054.50 | 58,153.44 | 98.94 ST | | |
| | 2/3/23 | 3.000 | 99.697 | 99.920 | 299.09 | 299.76 | 0.67 ST | | |

# Morgan Stanley

## Account Detail

| | Portfolio Management Active Assets Account<br>255-145712-290 | | | MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS | | | | |

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| | Total | 2,069.000 | | | 206,531.16 | **206,734.48** | 203.82 ST | 3,567.00 | 1.73 |
| *GIMA Status: AL; Next Dividend Payable 03/07/23; Basis Adjustment Due to Wash Sale: $0.57; Asset Class: FI & Pref* | | | | | | | | | |
| INVESCO TREASURY COLLATERAL ET (CLTL) | 12/19/22 | 7.000 | 105.223 | 105.340 | 736.56 | 737.38 | 0.82 ST | | |
| | 1/10/23 | 2.000 | 105.435 | 105.340 | 210.87 | 210.68 | (0.19) ST | | |
| | Total | 9.000 | | | 947.43 | **948.06** | 0.63 ST | 19.00 | 2.00 |
| *GIMA Status: AL; Next Dividend Payable 03/2023; Asset Class: FI & Pref* | | | | | | | | | |
| INVESCO VARIABLE RATE ETF (VRIG) | 12/19/22 | 1,490.000 | 24.660 | 24.950 | 36,743.40 | 37,175.50 | 432.10 ST | | |
| | 1/10/23 | 578.000 | 24.805 | 24.950 | 14,337.12 | 14,421.10 | 83.98 ST | | |
| | Total | 2,068.000 | | | 51,080.52 | **51,596.60** | 516.08 ST | 1,603.00 | 3.11 |
| *Next Dividend Payable 03/2023; Asset Class: FI & Pref* | | | | | | | | | |
| ISHARES SHORT TREASURY BD ETF (SHV) | 12/19/22 | 1,009.000 | 109.769 | 110.230 | 110,757.02 | 111,222.07 | 465.05 ST | | |
| | 1/10/23 | 396.000 | 109.995 | 110.230 | 43,558.02 | 43,651.08 | 93.06 ST | | |
| | 2/3/23 | 2.000 | 109.970 | 110.230 | 219.94 | 220.46 | 0.52 ST | | |
| | Total | 1,407.000 | | | 154,534.98 | **155,093.61** | 558.63 ST | 2,665.00 | 1.72 |
| *GIMA Status: AL; Next Dividend Payable 03/07/23; Asset Class: FI & Pref* | | | | | | | | | |
| ISHRS MSCI MEXICO ETF (EWW) | 1/19/23 | 9.000 | 56.090 | 57.640 | 504.81 | **518.76** | 13.95 ST | 14.00 | 2.70 |
| *GIMA Status: AL; Next Dividend Payable 06/2023; Asset Class: Equities* | | | | | | | | | |
| KAYNE ANDERSON ENERGY INFRSTR (KYN) | 2/13/23 | 55.000 | 9.255 | 8.910 | 509.03 | **490.05** | (18.98) ST | 44.00 | 8.98 |
| *Next Dividend Payable 04/2023; Asset Class: Alt* | | | | | | | | | |
| PACER US CASH COWS 100 ETF (COWZ) | 12/19/22 | 219.000 | 45.808 | 47.660 | 10,031.99 | 10,437.54 | 405.55 ST | | |
| | 1/10/23 | 298.000 | 47.797 | 47.660 | 14,243.42 | 14,202.68 | (40.74) ST | | |
| | 2/7/23 | 313.000 | 49.693 | 47.660 | 15,553.97 | 14,917.58 | (636.39) ST | | |
| | Total | 830.000 | | | 39,829.38 | **39,557.80** | (271.58) ST | 751.00 | 1.90 |
| *GIMA Status: AL; Next Dividend Payable 03/2023; Asset Class: Equities* | | | | | | | | | |
| PROSHARES GLB INFRASTRUCTURE (TOLZ) | 2/13/23 | 11.000 | 46.708 | 44.640 | 513.79 | **491.04** | (22.75) ST | 15.00 | 3.05 |
| *GIMA Status: AL; Next Dividend Payable 03/2023; Asset Class: Alt* | | | | | | | | | |
| SPDR BLOOMBERG 1-3 MONTH T-B (BIL) | 12/19/22 | 1,618.000 | 91.335 | 91.710 | 147,780.03 | 148,386.78 | 606.75 ST | | |
| | 1/10/23 | 634.000 | 91.505 | 91.710 | 58,014.17 | 58,144.14 | 129.97 ST | | |
| | 2/3/23 | 4.000 | 91.455 | 91.710 | 365.82 | 366.84 | 1.02 ST | | |
| | Total | 2,256.000 | | | 206,160.02 | **206,897.76** | 737.74 ST | 3,497.00 | 1.69 |
| *GIMA Status: AL; Next Dividend Payable 03/07/23; Asset Class: FI & Pref* | | | | | | | | | |

# Morgan Stanley

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| EXCHANGE-TRADED & CLOSED-END FUNDS | 14.62% | | | | $755,404.90 | $757,690.33 | $2,285.43 ST | $16,468.00 | 2.17% |

## CORPORATE FIXED INCOME
### CORPORATE BONDS

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| LENNAR CORP | 12/19/22 | 73,000.000 | $100.776 | $100.382 | $73,567.21 | | | | |
| Coupon Rate 5.875%; Matures 11/15/2024; CUSIP 526057CR3 | | | $100.699 | | $73,509.94 | $73,278.50 | $(231.44) ST | | |
| | 1/10/23 | 29,000.000 | 100.919 | 100.382 | 29,266.51 | | | | |
| | | | 100.851 | | 29,246.81 | 29,110.64 | (136.17) ST | | |
| | Total | 102,000.000 | | | 102,833.72 | | | 5,993.00 | 5.85 |
| | | | | | 102,756.75 | 102,389.13 | (367.61) ST | 1,714.52 | |
| *Interest Paid Semi-Annually May/Nov; Callable $100.00 on 05/15/24; Yield to Call 5.537%; Moody BAA2     S&P BBB-; Issued 05/15/18; Asset Class: FI & Pref* | | | | | | | | | |

| | Percentage of Holdings | Face Value | | | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| CORPORATE FIXED INCOME | | 102,000.000 | | | $102,833.72 | | | $5,993.00 | 5.85% |
| | | | | | $102,756.75 | $102,389.13 | $(367.61) ST | $1,714.52 | |

| | Percentage of Holdings | | | | | Market Value | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL CORPORATE FIXED INCOME (includes accrued interest) | 2.01% | | | | | $104,103.65 | | | |

## GOVERNMENT SECURITIES
### TREASURY SECURITIES

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES TREASURY BOND | 1/10/23 | 24,000.000 | $106.879 | $105.207 | $25,650.94 | | | | |
| Coupon Rate 7.625%; Matures 02/15/2025; CUSIP 912810ET1 | | | $106.446 | | $25,546.95 | $25,249.69 | $(297.26) ST | | |
| | 1/19/23 | 24,000.000 | 107.090 | 105.207 | 25,701.56 | | | | |
| | | | 106.718 | | 25,612.41 | 25,249.69 | (362.72) ST | | |
| | Total | 48,000.000 | | | 51,352.50 | | | 3,660.00 | 7.24 |
| | | | | | 51,159.36 | 50,499.37 | (659.98) ST | 131.44 | |
| *Interest Paid Semi-Annually Feb/Aug; Yield to Maturity 4.814%; Moody AAA; Issued 02/15/95; Asset Class: FI & Pref* | | | | | | | | | |

# Morgan Stanley

| **Account Detail** | Portfolio Management Active Assets Account<br>255-145712-290 | MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |
|---|---|---|

| | Percentage<br>of Holdings | Face Value | | Orig Total Cost<br>Adj Total Cost | Market Value | Unrealized<br>Gain/(Loss) | Est Ann Income<br>Accrued Interest | Current<br>Yield % |
|---|---|---|---|---|---|---|---|---|
| GOVERNMENT SECURITIES | | 48,000.000 | | $51,352.50<br>$51,159.36 | <br>$50,499.37 | <br>$(659.98) ST | $3,660.00<br>$131.44 | 7.25% |
| TOTAL GOVERNMENT SECURITIES<br>(includes accrued interest) | 0.98% | | | | $50,630.81 | | | |

## MUTUAL FUNDS

### OPEN-END NON-SWEEP MONEY MARKET FUNDS

*The Current Yield is for informational purposes only and, depending upon market conditions, may differ materially from published Money Market Fund yields. Current Yield is calculated by dividing the total estimated annual income (in most cases, as of the prior month-end) by the current market value of the entire position. Investors should refer to the fund website for the most recent yield information. For holders of money market fund shares with a floating net asset value, we will provide information which may be relevant to holders who have elected to use the NAV method of tax accounting pursuant to Treasury Regulation section 1.446-7. However, since this is supplemental data, it will not be furnished to the Internal Revenue Service.*

| Security Description | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Est Ann Income | Current<br>Yield % |
|---|---|---|---|---|---|---|---|
| FEDERATED HERMES GOVT OBL AVR (GOVXX) | 3,973,426.620 | N/A | $1.0000 | N/A | $3,973,426.62 | $168,712.00 | 4.25 |
| *GIMA Status: AL; Enrolled In Dividend Reinvestment; Capital Gains Reinvest; Asset Class: Cash* | | | | | | | |

### OPEN-END MUTUAL FUNDS

*Although share price is displayed only to three decimal places, calculation of Market Value is computed using the full share price in our data base, which may carry out beyond three decimal places. Estimated Annual Income is based upon historical distributions over the preceding 12-month period, rather than on the most recent dividend. Current Yield is calculated by dividing the total estimated annual income by the current market value of the position, and it is for informational purposes only. Distributions may consist of income, capital gains or the returns of capital distributions. EAI is based upon information provided by an outside vendor and is not verified by us. Depending upon market conditions, Current Yield may differ materially from published Fund yields. Investors should refer to the Fund website for the most recent yield information.*

*Global Investment Manager Analysis (GIMA) status codes (FL, AL or NL), may be shown for certain mutual funds and are not guarantees of performance.  Refer to "GIMA Status in Investment Advisory Programs" in the June or December statement for a description of these codes.*

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized<br>Gain/(Loss) | Est Ann Income | Current<br>Yield % |
|---|---|---|---|---|---|---|---|---|---|
| AQR EQ MARKET NEUTRAL INST (QMNIX) | 12/19/22 | 2,103.842 | $8.620 | $9.210 | $18,135.12 | $19,376.39 | $1,241.27 ST | | |
| | 1/10/23 | 784.428 | 8.770 | 9.210 | 6,879.43 | 7,224.58 | 345.15 ST | | |
| | 1/19/23 | 51.800 | 8.720 | 9.210 | 451.70 | 477.08 | 25.38 ST | | |
| | 2/7/23 | 2,903.949 | 8.840 | 9.210 | 25,670.91 | 26,745.37 | 1,074.46 ST | | |
| | 2/13/23 | 5,578.733 | 9.030 | 9.210 | 50,375.96 | 51,380.13 | 1,004.17 ST | | |
| | Total | 11,422.752 | | | 101,513.12 | 105,203.55 | 3,690.43 ST | 5,974.00 | 5.68 |
| *GIMA Status: AL; Enrolled In Dividend Reinvestment; Capital Gains Reinvest; Asset Class: Alt* | | | | | | | | | |

# Morgan Stanley

| Account Detail | Portfolio Management Active Assets Account<br>255-145712-290 | MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |
|---|---|---|

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| BLACKSTONE ALT MULTI-STRAT I (BXMIX) | 12/19/22 | 2,770.946 | 10.030 | 10.260 | 27,792.59 | 28,429.91 | 637.32 ST | | |
| | 1/10/23 | 1,058.307 | 10.120 | 10.260 | 10,710.07 | 10,858.23 | 148.16 ST | | |
| | 1/19/23 | 1,250.368 | 10.170 | 10.260 | 12,716.24 | 12,828.78 | 112.54 ST | | |
| | 2/3/23 | 2,479.290 | 10.250 | 10.260 | 25,412.72 | 25,437.51 | 24.79 ST | | |
| | 2/7/23 | 1,002.022 | 10.250 | 10.260 | 10,270.73 | 10,280.75 | 10.02 ST | | |
| | 2/13/23 | 5.962 | 10.240 | 10.260 | 61.05 | 61.17 | 0.12 ST | | |
| | **Total** | 8,566.895 | | | 86,963.40 | 87,896.34 | 932.95 ST | — | — |

*GIMA Status: AL; Enrolled In Dividend Reinvestment; Capital Gains Reinvest; Asset Class: Alt*

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| OPEN-END MUTUAL FUNDS | | | | | $188,476.52 | $193,099.89 | $4,623.38 ST | $5,974.00 | 3.09% |
| MUTUAL FUNDS | 80.41% | | | | $188,476.52 | $4,166,526.51 | $4,623.38 ST | $174,686.00 | 4.19% |

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL VALUE | | | | | $1,101,306.02 | $5,179,838.65 | $5,822.61 ST | $205,039.41<br>$1,845.96 | 3.96% |
| TOTAL VALUE (includes accrued interest) | 100.00% | | | | | $5,181,684.61 | | | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

*H - Wash sale rules apply to this tax lot. The cost basis and acquisition date (trade date) have been adjusted to account for a disallowed loss of a related wash sale transaction. The aggregate amount of the basis adjustment is identified in italics under the Security Description.*

# Morgan Stanley

**CLIENT STATEMENT** | For the Period February 1-28, 2023

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

### ALLOCATION OF ASSETS (^ includes accrued interest)

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $99,283.43 | — | — | — | — | — |
| Stocks | — | $3,449.88 | — | — | — | — |
| ETFs & CEFs | — | 55,059.53 | $640,254.45 | $62,376.35 | — | — |
| Corporate Fixed Income ^ | — | — | 104,103.65 | — | — | — |
| Government Securities ^ | — | — | 50,630.81 | — | — | — |
| Mutual Funds | 3,973,426.62 | — | — | 193,099.89 | — | — |
| **TOTAL ALLOCATION OF ASSETS ^** | **$4,072,710.05** | **$58,509.41** | **$794,988.91** | **$255,476.24** | **—** | **—** |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 2/1 | | Dividend | MSILF GOVT SEC PART DIV PAYMENT | | | | $3,313.17 |
| 2/1 | | Dividend | FEDERATED HERMES GOVT OBL AVR DIV PAYMENT | | | | 1,701.51 |
| 2/1 | | Dividend Reinvestment | FEDERATED HERMES GOVT OBL AVR | REINVESTMENT a/o 01/31/23 | 1,701.510 | 1.0000 | (1,701.51) |
| 2/3 | 2/7 | Sold | ISHARES GSCI COMMODITY DYNAM | ACTED AS AGENT | 365.000 | 26.8834 | 9,812.21 |
| 2/3 | 2/7 | Sold | ISHARES MSCI BRAZIL ETF | ACTED AS AGENT | 174.000 | 28.5450 | 4,966.71 |
| 2/3 | 2/7 | Sold | VISTA ENERGY S.A.B. DE C.V. | ACTED AS AGENT | 319.000 | 15.5600 | 4,963.52 |
| 2/3 | 2/7 | Sold | INVESCO DB COMMODITY INDEX TRA | ACTED AS AGENT | 206.000 | 23.6200 | 4,865.60 |
| 2/3 | 2/7 | Sold | PBF ENERGY INC | ACTED AS AGENT | 50.000 | 39.7703 | 1,988.47 |
| 2/3 | 2/7 | Sold | PACER US CASH COWS 100 ETF | ACTED AS AGENT | 23.000 | 50.0423 | 1,150.94 |
| 2/3 | 2/7 | Sold | SPDR PORTF LONG TERM TREAS ETF | ACTED AS AGENT | 16.000 | 30.9309 | 494.87 |
| 2/3 | 2/7 | Sold | PIMCO 25+YR ZERO CPN US TIF | ACTED AS AGENT | 5.000 | 96.6200 | 483.08 |
| 2/3 | 2/7 | Sold | GLOBAL X COPPER MINERS ETF | ACTED AS AGENT | 12.000 | 39.7850 | 477.40 |
| 2/3 | 2/7 | Sold | VANGUARD LONG TERM BND | ACTED AS AGENT | 6.000 | 77.4250 | 464.53 |
| 2/3 | 2/7 | Sold | VANGUARD LONG-TERM GOVERNMENT | ACTED AS AGENT | 7.000 | 65.6804 | 459.74 |
| 2/3 | 2/7 | Sold | ISHARES 10-20 YR TREASU BD ETF | ACTED AS AGENT | 4.000 | 114.3017 | 457.19 |
| 2/3 | 2/7 | Sold | ISHARES 20+ YR TREASU BOND ETF | ACTED AS AGENT | 4.000 | 106.6900 | 426.75 |
| 2/3 | 2/7 | Sold | FT NORTH AMERICAN ENERGY INFRA | ACTED AS AGENT | 15.000 | 27.3820 | 410.72 |
| 2/3 | 2/6 | Sold | AQR EQ MARKET NEUTRAL INST | | 45.623 | 8.7900 | 401.03 |
| 2/3 | 2/7 | Sold | JOHN HANCOCK FINANCIAL OPPS FD | ACTED AS AGENT | 10.000 | 36.7841 | 367.83 |
| 2/3 | 2/7 | Sold | FIRST TR MLP&ENRG INC FND | ACTED AS AGENT | 32.000 | 8.1621 | 261.18 |
| 2/3 | 2/6 | Bought | FEDERATED HERMES GOVT OBL AVR | | 50,278.440 | 1.0000 | (50,278.44) |
| 2/3 | 2/6 | Bought | BLACKSTONE ALT MULTI-STRAT I | | 2,479.290 | 10.2500 | (25,412.72) |
| 2/3 | 2/7 | Bought | ISHARES 0-3 MONTH TREASURY B | ACTED AS AGENT | 27.000 | 100.1350 | (2,703.65) |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period February 1-28, 2023

## Account Detail

| | | Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
| | | 255-145712-290 | C/O CALEB MICHAEL DAVIS |

### CASH FLOW ACTIVITY BY DATE (CONTINUED)

| Activity Date | Settlement Date | Activity Type | Description | Comments | | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|---|
| 2/3 | 2/7 | Bought | VANECK RARE EARTH/STRATEGIC | ACTED AS AGENT | | 17.000 | 93.7900 | (1,594.43) |
| 2/3 | 2/7 | Bought | FT NASDAQ CLEAN EDGE GREEN ENR | ACTED AS AGENT | | 26.000 | 57.4161 | (1,492.82) |
| 2/3 | 2/7 | Bought | ARK GENOMIC REVOLUTION ETF | ACTED AS AGENT | | 42.000 | 35.3593 | (1,485.09) |
| 2/3 | 2/7 | Bought | INVESCO WILDERHILL CLEAN ENERG | ACTED AS AGENT | | 31.000 | 47.1200 | (1,460.72) |
| 2/3 | 2/7 | Bought | ARK FINTECH INNOVATION ETF | ACTED AS AGENT | | 72.000 | 19.8239 | (1,427.32) |
| 2/3 | 2/7 | Bought | SPDR BLOOMBERG 1-3 MONTH T-B | ACTED AS AGENT | | 4.000 | 91.4538 | (365.82) |
| 2/3 | 2/7 | Bought | GOLDMAN SACHS ACCESS TRE 0-1 Y | ACTED AS AGENT | | 3.000 | 99.6950 | (299.09) |
| 2/3 | 2/7 | Bought | ISHARES SHORT TREASURY BD ETF | ACTED AS AGENT | | 2.000 | 109.9699 | (219.94) |
| 2/3 | 2/7 | Bought | ISHARES MSCI BRAZ SM CAP ETF | ACTED AS AGENT | | 7.000 | 12.3450 | (86.42) |
| 2/3 | 2/7 | Bought | FRANKLIN INVESTMENT GRADE CO | ACTED AS AGENT | | 1.000 | 21.7550 | (21.76) |
| 2/6 | | Dividend | VANGUARD LONG TERM BND | | | | | 1.41 |
| 2/6 | | Dividend | VANGUARD LONG-TERM GOVERNMENT | | | | | 1.13 |
| 2/7 | | Dividend | ISHARES 0-3 MONTH TREASURY B | | | | | 4,458.37 |
| 2/7 | | Dividend | SPDR BLOOMBERG 1-3 MONTH T-B | | | | | 758.00 |
| 2/7 | | Dividend | GOLDMAN SACHS ACCESS TRE 0-1 Y | | | | | 732.49 |
| 2/7 | | Dividend | ISHARES SHORT TREASURY BD ETF | | | | | 520.26 |
| 2/7 | | Dividend | FRANKLIN INVESTMENT GRADE CO | | | | | 23.82 |
| 2/7 | | Dividend | ISHARES 10-20 YR TREASU BD ETF | | | | | 1.30 |
| 2/7 | | Dividend | SPDR PORTF LONG TERM TREAS ETF | | | | | 1.25 |
| 2/7 | | Dividend | ISHARES 20+ YR TREASU BOND ETF | | | | | 1.10 |
| 2/7 | | Qualified Dividend | VANECK J. P. MORGAN EM LOCAL | | | | | 24.90 |
| 2/7 | 2/9 | Sold | ISHARES 0-3 MONTH TREASURY B | ACTED AS AGENT | | 5,176.000 | 100.1608 | 518,420.42 |
| 2/7 | 2/9 | Sold | ISHARES MSCI BRAZ SM CAP ETF | ACTED AS AGENT | | 419.000 | 12.0941 | 5,067.31 |
| 2/7 | 2/9 | Sold | VANECK RARE EARTH/STRATEGIC | ACTED AS AGENT | | 22.000 | 92.1900 | 2,028.13 |
| 2/7 | 2/9 | Sold | VANGUARD EXTENDED DUR TREAS | ACTED AS AGENT | | 5.000 | 89.6050 | 448.01 |
| 2/7 | 2/9 | Sold | GOLDMAN SACHS ACCESS TRE 0-1 Y | ACTED AS AGENT | | 4.000 | 99.7106 | 398.83 |
| 2/7 | 2/9 | Sold | SPDR BLOOMBERG 1-3 MONTH T-B | ACTED AS AGENT | | 4.000 | 91.4742 | 365.89 |
| 2/7 | 2/9 | Sold | ISHARES SHORT TREASURY BD ETF | ACTED AS AGENT | | 3.000 | 109.9801 | 329.93 |
| 2/7 | 2/9 | Sold | INVESCO VARIABLE RATE ETF | ACTED AS AGENT | | 13.000 | 24.9400 | 324.21 |
| 2/7 | 2/8 | Bought | FEDERATED HERMES GOVT OBL AVR | | | 617,513.200 | 1.0000 | (617,513.20) |
| 2/7 | 2/8 | Bought | AQR EQ MARKET NEUTRAL INST | | | 2,903.949 | 8.8400 | (25,670.91) |
| 2/7 | 2/9 | Bought | PACER US CASH COWS 100 ETF | ACTED AS AGENT | | 313.000 | 49.6932 | (15,553.97) |
| 2/7 | 2/9 | Bought | JOHN HANCOCK FINANCIAL OPPS FD | ACTED AS AGENT | | 281.000 | 36.8252 | (10,347.88) |
| 2/7 | 2/8 | Bought | BLACKSTONE ALT MULTI-STRAT I | | | 1,002.022 | 10.2500 | (10,270.73) |
| 2/7 | 2/9 | Bought | FT NASDAQ CLEAN EDGE GREEN ENR | ACTED AS AGENT | | 146.000 | 56.9069 | (8,308.41) |
| 2/7 | 2/9 | Bought | ALPS CLEAN ENERGY ETF | ACTED AS AGENT | | 89.000 | 51.8082 | (4,610.93) |
| 2/7 | 2/9 | Bought | ARK FINTECH INNOVATION ETF | ACTED AS AGENT | | 163.000 | 19.3178 | (3,148.80) |
| 2/7 | 2/8 | Bought | UNITED STATES TREASURY NOTE | ACTED AS AGENT | | 3,000.000 | 100.1406 | (3,044.85) |
| | | | 4.250% DUE2025-10-15 [91282CFP1] | ACCRUED INTEREST | 40.63 | | | |
| 2/7 | 2/8 | Bought | UNITED STATES TREASURY NOTE | ACTED AS AGENT | | 2,000.000 | 99.5820 | (2,015.81) |
| | | | 4.375% DUE2024-10-31 [91282CFQ9] | ACCRUED INTEREST | 24.17 | | | |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period February 1-28, 2023

## Account Detail

| | | |
|---|---|---|
| Portfolio Management Active Assets Account<br>255-145712-290 | MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS | |

### CASH FLOW ACTIVITY BY DATE (CONTINUED)

| Activity Date | Settlement Date | Activity Type | Description | Comments | | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|---|
| 2/7 | 2/8 | Bought | UNITED STATES TREASURY NOTE<br>4.500% DUE2024-11-30 [91282CFX4] | ACTED AS AGENT<br>ACCRUED INTEREST | 8.65 | 1,000.000 | 99.8516 | (1,007.17) |
| 2/7 | 2/9 | Bought | CHEVRON CORP | ACTED AS AGENT | | 2.000 | 173.1077 | (346.22) |
| 2/7 | 2/9 | Bought | FIRST TR MLP&ENRG INC FND | ACTED AS AGENT | | 25.000 | 8.0583 | (201.46) |
| 2/7 | 2/9 | Bought | INVESCO WILDERHILL CLEAN ENERG | ACTED AS AGENT | | 2.000 | 45.7082 | (91.42) |
| 2/7 | 2/9 | Bought | FRANKLIN INVESTMENT GRADE CO | ACTED AS AGENT | | 2.000 | 21.5788 | (43.16) |
| 2/7 | 2/9 | Bought | ARK GENOMIC REVOLUTION ETF | ACTED AS AGENT | | 1.000 | 34.6674 | (34.67) |
| 2/7 | | Service Fee | ADV FEE 02/01-02/28 | | | | | (2,586.64) |
| 2/13 | 2/15 | Sold | ISHARES 0-3 MONTH TREASURY B | ACTED AS AGENT | | 6,179.000 | 100.2310 | 619,313.16 |
| 2/13 | 2/14 | Sold | UNITED STATES TREASURY NOTE<br>4.375% DUE2024-10-31 [91282CFQ9] | ACTED AS AGENT<br>ACCRUED INTEREST | 6,623.17 | 517,000.000 | 99.4609 | 520,836.21 |
| 2/13 | 2/14 | Sold | UNITED STATES TREASURY NOTE<br>4.250% DUE2025-10-15 [91282CFP1] | ACTED AS AGENT<br>ACCRUED INTEREST | 7,321.68 | 514,000.000 | 99.8555 | 520,578.79 |
| 2/13 | 2/14 | Sold | UNITED STATES TREASURY NOTE<br>4.500% DUE2024-11-30 [91282CFX4] | ACTED AS AGENT<br>ACCRUED INTEREST | 2,424.07 | 258,000.000 | 99.7188 | 259,698.45 |
| 2/13 | 2/15 | Sold | WELLS FARGO BK NA SIOUX FALLS SD<br>4.750% DUE2024-06-14 [9497634H6] | ACTED AS AGENT<br>ACCRUED INTEREST | 33.44 | 257,000.000 | 99.8710 | 256,701.91 |
| 2/13 | 2/15 | Sold | JPMORGAN CHASE & CO FXD TO    10<br>6.100% DUE2063-02-13 [48126HAC4] | ACTED AS AGENT<br>DIVIDEND | 3,519.36 | 155,000.000 | 99.5500 | 157,821.86 |
| 2/13 | 2/14 | Sold | FED HOME LN MTG CORP MED TERM NO<br>5.200% DUE2025-01-27 [3134GYD25] | ACTED AS AGENT<br>ACCRUED INTEREST | 61.39 | 25,000.000 | 99.7097 | 24,988.82 |
| 2/13 | 2/15 | Sold | JOHN HANCOCK FINANCIAL OPPS FD | ACTED AS AGENT | | 421.000 | 35.5700 | 14,974.62 |
| 2/13 | 2/15 | Sold | FT NASDAQ CLEAN EDGE GREEN ENR | ACTED AS AGENT | | 182.000 | 55.4253 | 10,087.16 |
| 2/13 | 2/15 | Sold | VANECK J. P. MORGAN EM LOCAL | ACTED AS AGENT | | 207.000 | 24.8000 | 5,133.48 |
| 2/13 | 2/15 | Sold | ALPS CLEAN ENERGY ETF | ACTED AS AGENT | | 99.000 | 50.4199 | 4,991.45 |
| 2/13 | 2/15 | Sold | ARK FINTECH INNOVATION ETF | ACTED AS AGENT | | 267.000 | 17.9892 | 4,803.01 |
| 2/13 | 2/15 | Sold | INVESCO WILDERHILL CLEAN ENERG | ACTED AS AGENT | | 45.000 | 43.6800 | 1,965.55 |
| 2/13 | 2/15 | Sold | ARK GENOMIC REVOLUTION ETF | ACTED AS AGENT | | 59.000 | 32.4152 | 1,912.45 |
| 2/13 | 2/15 | Sold | BLACKROCK ENERGY AND RESOURCES | ACTED AS AGENT | | 49.000 | 13.3909 | 656.13 |
| 2/13 | 2/15 | Sold | FIRST TR MLP&ENRG INC FND | ACTED AS AGENT | | 69.000 | 8.3650 | 577.17 |
| 2/13 | 2/15 | Sold | INVESCO SOLAR ETF | ACTED AS AGENT | | 6.000 | 77.1501 | 462.88 |
| 2/13 | 2/15 | Sold | FT NORTH AMERICAN ENERGY INFRA | ACTED AS AGENT | | 10.000 | 27.4935 | 274.93 |
| 2/13 | 2/14 | Bought | FEDERATED HERMES GOVT OBL AVR | | | 2,735,676.360 | 1.0000 | (2,735,676.36) |
| 2/13 | 2/14 | Bought | AQR EQ MARKET NEUTRAL INST | | | 5,578.733 | 9.0300 | (50,375.96) |
| 2/13 | 2/15 | Bought | PROSHARES GLB INFRASTRUCTURE | ACTED AS AGENT | | 11.000 | 46.7080 | (513.79) |
| 2/13 | 2/15 | Bought | GENL AMER INV CO | | | 13.000 | 39.5098 | (513.63) |
| 2/13 | 2/15 | Bought | ABRDN BLOOMBERG ALL COMMODIT | ACTED AS AGENT | | 24.000 | 21.2694 | (510.47) |
| 2/13 | 2/15 | Bought | KAYNE ANDERSON ENERGY INFRSTR | ACTED AS AGENT | | 55.000 | 9.2550 | (509.03) |
| 2/13 | 2/15 | Bought | GLOBAL X US INF DEV ETF | ACTED AS AGENT | | 17.000 | 29.2896 | (497.92) |
| 2/13 | 2/15 | Bought | FLEXSHARES TR STOXX GLOBR INF | ACTED AS AGENT | | 9.000 | 52.3065 | (470.76) |
| 2/13 | 2/15 | Bought | FRANKLIN INVESTMENT GRADE CO | ACTED AS AGENT | | 9.000 | 21.4050 | (192.65) |
| 2/13 | 2/15 | Bought | CHEVRON CORP | ACTED AS AGENT | | 1.000 | 171.2100 | (171.21) |

# Morgan Stanley

## Account Detail

Portfolio Management Active Assets Account
255-145712-290

MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

### CASH FLOW ACTIVITY BY DATE (CONTINUED)

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 2/13 | 2/14 | Bought | BLACKSTONE ALT MULTI-STRAT I | | 5.962 | 10.2400 | (61.05) |
| 2/14 | | Interest Income | WELLS FARGO BK NA SIOUX FALLS SD | 4.750% DUE2024-06-14 [9497634H6] | | | 1,036.80 |
| 2/15 | | Interest Income | UNITED STATES TREASURY BOND | 7.625% DUE2025-02-15 [912810ET1] | | | 1,830.00 |
| 2/15 | | Qualified Dividend | FIRST TR MLP&ENRG INC FND | | | | 96.40 |
| 2/22 | | Refund | MSILF GOVT SEC PART | | | | 213.28 |
| 2/22 | | Refund | FEDERATED HERMES GOVT | | | | 29.10 |
| 2/24 | | Dividend | INVESCO VARIABLE RATE ETF | | | | 227.48 |
| 2/24 | | Dividend | INVESCO TREASURY COLLATERAL ET | | | | 2.85 |
| 2/28 | | Dividend | BLACKROCK ENERGY AND RESOURCES | | | | 67.63 |
| 2/28 | | Dividend | BLACKROCK FLT RTE INC STRAT FD | | | | 25.25 |

**NET CREDITS/(DEBITS)** $(602,158.76)

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 2/1 | Automatic Investment | MSILF GOVT SEC PART | $3,313.17 |
| 2/1 | Automatic Investment | MSILF GOVT SEC PART | 97.74 |
| 2/6 | Automatic Redemption | MSILF GOVT SEC PART | (75,290.13) |
| 2/7 | Automatic Investment | MSILF GOVT SEC PART | 2.54 |
| 2/8 | Automatic Redemption | MSILF GOVT SEC PART | (629,467.77) |
| 2/10 | Automatic Investment | MSILF GOVT SEC PART | 479,469.44 |
| 2/14 | Automatic Redemption | MSILF GOVT SEC PART | (479,469.44) |
| 2/16 | Automatic Investment | MSILF GOVT SEC PART | 98,717.84 |
| 2/23 | Automatic Investment | MSILF GOVT SEC PART | 242.38 |
| 2/27 | Automatic Investment | MSILF GOVT SEC PART | 230.33 |

**NET ACTIVITY FOR PERIOD** $(602,153.90)

## REALIZED GAIN/(LOSS) DETAIL

### SHORT-TERM GAIN/(LOSS)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| ALPS CLEAN ENERGY ETF | 01/19/23 | 02/13/23 | 10.000 | $504.19 | $485.15 | $19.04 | |
| | 02/07/23 | 02/13/23 | 89.000 | 4,487.26 | 4,610.93 | (123.67) | |
| AQR EQ MARKET NEUTRAL INST | 12/19/22 | 02/03/23 | 45.623 | 401.03 | 393.27 | 7.76 | |
| ARK FINTECH INNOVATION ETF | 01/19/23 | 02/13/23 | 32.000 | 575.64 | 512.16 | 63.48 | |
| | 02/03/23 | 02/13/23 | 72.000 | 1,295.20 | 1,427.32 | (132.12) | |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period February 1-28, 2023

## Account Detail

| | Portfolio Management Active Assets Account<br>255-145712-290 | MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |
|---|---|---|

### SHORT-TERM GAIN/(LOSS) (CONTINUED)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| | 02/07/23 | 02/13/23 | 163.000 | 2,932.17 | 3,148.80 | (216.63) | |
| ARK GENOMIC REVOLUTION ETF | 01/19/23 | 02/13/23 | 16.000 | 518.63 | 508.95 | 9.68 | |
| | 02/03/23 | 02/13/23 | 42.000 | 1,361.41 | 1,485.09 | (123.68) | |
| | 02/07/23 | 02/13/23 | 1.000 | 32.41 | 34.67 | (2.26) | |
| BLACKROCK ENERGY AND RESOURCES | 12/19/22 | 02/13/23 | 49.000 | 656.13 | 590.94 | 65.19 | |
| FHLMC MTN      5200 *25JA27 | 01/10/23 | 02/13/23 | 25,000.000 | 24,927.43 | 25,011.94 | (84.51) | |
| FIRST TR MLP&ENRG INC FND | 12/19/22 | 02/03/23 | 32.000 | 261.18 | 242.12 | 19.06 | |
| | 12/19/22 | 02/13/23 | 69.000 | 577.17 | 522.08 | 55.09 | |
| FT NASDAQ CLEAN EDGE GREEN ENR | 01/19/23 | 02/13/23 | 10.000 | 554.24 | 498.16 | 56.08 | |
| | 02/03/23 | 02/13/23 | 26.000 | 1,441.02 | 1,492.82 | (51.80) | |
| | 02/07/23 | 02/13/23 | 146.000 | 8,091.90 | 8,308.41 | (216.51) | |
| FT NORTH AMERICAN ENERGY INFRA | 12/19/22 | 02/03/23 | 15.000 | 410.72 | 395.91 | 14.81 | |
| | 12/19/22 | 02/13/23 | 10.000 | 274.93 | 263.94 | 10.99 | |
| GLOBAL X COPPER MINERS ETF | 01/19/23 | 02/03/23 | 12.000 | 477.40 | 488.64 | (11.24) | |
| GOLDMAN SACHS ACCESS TRE 0-1 Y | 12/19/22 | 02/07/23 | 4.000 | 398.83 | 399.40 | (0.57) | W |
| *Disallowed Loss Based On Wash Sale: $0.57* | | | | | | | |
| INVESCO DB COMMODITY INDEX TRA | 01/10/23 | 02/03/23 | 21.000 | 496.01 | 502.53 | (6.52) | 4 |
| | 01/19/23 | 02/03/23 | 185.000 | 4,369.59 | 4,617.97 | (248.38) | 4 |
| INVESCO SOLAR ETF | 01/19/23 | 02/13/23 | 6.000 | 462.88 | 468.42 | (5.54) | |
| INVESCO VARIABLE RATE ETF | 12/19/22 | 02/07/23 | 13.000 | 324.21 | 320.58 | 3.63 | |
| INVESCO WILDERHILL CLEAN ENERG | 01/19/23 | 02/13/23 | 12.000 | 524.15 | 510.96 | 13.19 | |
| | 02/03/23 | 02/13/23 | 31.000 | 1,354.04 | 1,460.72 | (106.68) | |
| | 02/07/23 | 02/13/23 | 2.000 | 87.36 | 91.42 | (4.06) | |
| ISHARES 0-3 MONTH TREASURY B | 12/19/22 | 02/07/23 | 5,176.000 | 518,420.42 | 517,548.24 | 872.18 | |
| | 12/19/22 | 02/13/23 | 4,907.000 | 491,822.25 | 490,650.93 | 1,171.32 | |
| | 01/10/23 | 02/13/23 | 1,245.000 | 124,784.74 | 124,767.68 | 17.06 | |
| | 02/03/23 | 02/13/23 | 27.000 | 2,706.17 | 2,703.65 | 2.52 | |
| ISHARES 10-20 YR TREASU BD ETF | 01/19/23 | 02/03/23 | 4.000 | 457.19 | 463.08 | (5.89) | |
| ISHARES 20+ YR TREASU BOND ETF | 01/19/23 | 02/03/23 | 4.000 | 426.75 | 431.58 | (4.83) | |
| ISHARES GSCI COMMODITY DYNAM | 01/10/23 | 02/03/23 | 19.000 | 510.77 | 516.22 | (5.45) | |
| | 01/19/23 | 02/03/23 | 346.000 | 9,301.44 | 9,779.69 | (478.25) | |
| ISHARES MSCI BRAZ SM CAP ETF | 12/19/22 | 02/07/23 | 33.000 | 399.10 | 366.51 | 32.59 | |
| | 01/10/23 | 02/07/23 | 9.000 | 108.84 | 109.78 | (0.94) | |
| | 01/19/23 | 02/07/23 | 370.000 | 4,474.71 | 4,618.82 | (144.11) | |
| | 02/03/23 | 02/07/23 | 7.000 | 84.66 | 86.42 | (1.76) | |
| ISHARES MSCI BRAZIL ETF | 12/19/22 | 02/03/23 | 13.000 | 371.08 | 345.35 | 25.73 | |
| | 01/10/23 | 02/03/23 | 4.000 | 114.17 | 115.56 | (1.39) | |
| | 01/19/23 | 02/03/23 | 157.000 | 4,481.46 | 4,638.57 | (157.11) | |
| ISHARES SHORT TREASURY BD ETF | 12/19/22 | 02/07/23 | 3.000 | 329.93 | 329.31 | 0.62 | |
| JOHN HANCOCK FINANCIAL OPPS FD | 12/19/22 | 02/03/23 | 10.000 | 367.83 | 321.60 | 46.23 | |
| | 12/19/22 | 02/13/23 | 1.000 | 35.57 | 32.16 | 3.41 | |
| | 01/10/23 | 02/13/23 | 134.000 | 4,766.27 | 4,795.93 | (29.66) | |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period February 1-28, 2023

## Account Detail

| | Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|---|
| | 255-145712-290 | C/O CALEB MICHAEL DAVIS |

## SHORT-TERM GAIN/(LOSS) (CONTINUED)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| | 01/19/23 | 02/13/23 | 5.000 | 177.84 | 171.60 | 6.24 | |
| | 02/07/23 | 02/13/23 | 281.000 | 9,994.94 | 10,347.88 | (352.94) | |
| JPMORGAN CHASE CO 6100 *63FB10 | 12/19/22 | 02/13/23 | 75,000.000 | 76,365.42 | 74,771.67 | 1,593.75 | |
| | 01/10/23 | 02/13/23 | 29,000.000 | 29,527.96 | 29,251.25 | 276.71 | |
| | 01/19/23 | 02/13/23 | 51,000.000 | 51,928.48 | 51,679.21 | 249.27 | |
| PACER US CASH COWS 100 ETF | 12/19/22 | 02/03/23 | 23.000 | 1,150.94 | 1,053.59 | 97.35 | |
| PBF ENERGY INC | 12/19/22 | 02/03/23 | 10.000 | 397.69 | 368.85 | 28.84 | |
| | 01/10/23 | 02/03/23 | 3.000 | 119.31 | 114.54 | 4.77 | |
| | 01/19/23 | 02/03/23 | 37.000 | 1,471.47 | 1,509.17 | (37.70) | |
| PIMCO 25+YR ZERO CPN US TIF | 01/19/23 | 02/03/23 | 5.000 | 483.08 | 487.40 | (4.32) | |
| SPDR BLOOMBERG 1-3 MONTH T-B | 12/19/22 | 02/07/23 | 4.000 | 365.89 | 365.34 | 0.55 | |
| SPDR PORTF LONG TERM TREAS ETF | 01/19/23 | 02/13/23 | 16.000 | 494.87 | 500.64 | (5.77) | |
| US TSY NOTE    4250  25OC15 | 12/19/22 | 02/13/23 | 366,000.000 | 365,471.02 | 367,924.57 | (2,453.55) | |
| | 01/10/23 | 02/13/23 | 145,000.000 | 144,790.43 | 145,838.60 | (1,048.17) | |
| | 02/07/23 | 02/13/23 | 3,000.000 | 2,995.66 | 3,004.20 | (8.54) | |
| US TSY NOTE    4375  24OC31 | 12/19/22 | 02/13/23 | 184,000.000 | 183,008.12 | 184,178.44 | (1,170.32) | |
| | 01/10/23 | 02/13/23 | 331,000.000 | 329,215.70 | 331,159.59 | (1,943.89) | |
| | 02/07/23 | 02/13/23 | 2,000.000 | 1,989.22 | 1,991.64 | (2.42) | |
| US TSY NOTE    4500  24NV30 | 12/19/22 | 02/13/23 | 184,000.000 | 183,482.50 | 184,776.55 | (1,294.05) | |
| | 01/10/23 | 02/13/23 | 73,000.000 | 72,794.69 | 73,236.18 | (441.49) | |
| | 02/07/23 | 02/13/23 | 1,000.000 | 997.19 | 998.52 | (1.33) | |
| VANECK J. P. MORGAN EM LOCAL | 12/19/22 | 02/13/23 | 15.000 | 371.99 | 360.52 | 11.47 R | |
| | 01/10/23 | 02/13/23 | 192.000 | 4,761.49 | 4,779.84 | (18.35) | |
| VANECK RARE EARTH/STRATEGIC | 01/19/23 | 02/07/23 | 5.000 | 460.94 | 433.65 | 27.29 | |
| | 02/03/23 | 02/07/23 | 17.000 | 1,567.19 | 1,594.43 | (27.24) | |
| VANGUARD EXTENDED DUR TREAS | 01/19/23 | 02/07/23 | 5.000 | 448.01 | 460.05 | (12.04) | |
| VANGUARD LONG TERM BND | 01/19/23 | 02/03/23 | 6.000 | 464.53 | 468.54 | (4.01) | |
| VANGUARD LONG-TERM GOVERNMENT | 01/19/23 | 02/03/23 | 7.000 | 459.74 | 465.01 | (5.27) | |
| VISTA ENERGY S.A.B. DE C.V. | 01/19/23 | 02/03/23 | 319.000 | 4,963.52 | 5,164.23 | (200.71) | |
| WELLS FARGO BK NA 4750  24JN14 | 12/19/22 | 02/13/23 | 185,000.000 | 184,761.35 | 185,832.36 | (1,071.01) | |
| | 01/10/23 | 02/13/23 | 72,000.000 | 71,907.12 | 72,463.93 | (556.81) | |
| **Short-Term This Period** | | | | **$2,949,148.78** | **$2,957,166.37** | **$(8,017.59)** | |
| **Short-Term Year to Date** | | | | **$3,203,792.70** | **$3,211,037.66** | **$(7,244.96)** | |
| **Net Realized Gain/(Loss) This Period** | | | | **$2,949,148.78** | **$2,957,166.37** | **$(8,017.59)** | |
| **Net Realized Gain/(Loss) Year to Date** | | | | **$3,203,792.70** | **$3,211,037.66** | **$(7,244.96)** | |

*Disallowed Loss Based On Wash Sale This Period: $0.57*

# Morgan Stanley

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

**Disallowed Loss Based On Wash Sale Year to Date: $0.57**

*Treasury regulations require that we report on Form 1099-B a) adjusted cost basis on the sale of covered securities acquired on or after 1/1/11 (or the applicable date for the type of security), b) the gain or loss as either long-term or short-term, and c) basis adjustments on covered securities due to wash sales, certain corporate actions and transfers by gift or inheritance. This section may not reflect all the basis adjustments required when filing your tax return. For more information, refer to the Expanded Disclosures or go to www.morganstanley.com/wealth/disclosures/disclosures.asp.*

*4 - This tax lot is, or was acquired as, a Publicly Traded Partnership ("PTP"). PTPs are not considered "covered securities," and therefore your cost basis is not furnished to the IRS. Because Morgan Stanley is not notified by the PTP of certain adjustments, it is not feasible to provide precise cost basis information for PTPs, and you should not rely on the cost basis provided above for tax purposes. To determine cost basis, refer to your own records and the information provided by the PTP on your Schedule K-1, and consult with your own tax advisor.*

*H, W, > - The wash sale rule applies to this tax lot. For lots noted with an "H," the cost basis and acquisition date (trade date) have been adjusted to account for disallowed loss of a related wash sale transaction. For lots noted with a "W," the disallowed loss on covered securities will be reported on Form 1099-B for the current tax year. The aggregate basis adjustment and the disallowed loss amount are identified in italics under the Security Description. To take into account disallowed loss adjustments due to wash sales, add the total "Disallowed Loss Based on Wash Sale Year to Date" amount to the total "Net Realized Gain/ (Loss) Year to Date." For lots noted with a ">," both "H" and "W" apply.*

*R - The cost basis was adjusted due to either a return of capital payment and/or a reclassification of income. A return of capital reduces your basis in the security.*

## MESSAGES

**Tips on Protecting Yourself from Fraudulent Account Activity**
The safety of our clients is of utmost importance to Morgan Stanley.  We are taking this opportunity to alert our clients of the following scams that have been identified by a number of organizations.  *Please be reminded that you should never provide your account numbers, passwords, or personal information, including your social security number, to anyone you do not know.*  Example of scams to be aware of:  *Treatment scams; Supply scams; Provider scams; Charity scams; Phishing scams; App scams; Investment scams; Tech Support scams; Home Sanitation scams; and Government Assistance scams.* If you have any questions regarding these scams, please immediately contact us.

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Important Information About Advisory Accounts**
Please contact us if there have been any changes in your financial situation or investment objectives, or if you wish to impose any reasonable restrictions on the management of your Investment Advisory accounts, or to reasonably modify existing restrictions.
For a copy of the applicable ADV Brochure for Morgan Stanley Smith Barney LLC, or for any investment adviser with whom we contract to manage your investment advisory account, please visit www.morganstanley.com/ADV. These ADV Brochures contain important information about our advisory programs.

**Online Availability of Client Relationship Summary and Other Disclosures**
The Morgan Stanley Client Relationship Summary as well as other applicable regulatory disclosures are available at www.morganstanley.com/disclosures/account-disclosures. Please visit this website and review these documents carefully, as they provide important information.

Morgan Stanley

This page intentionally left blank

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2023

**STATEMENT FOR:**
MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

| | |
|---|---|
| **Beginning Total Value** (as of 3/1/23) | **$5,181,684.61** |
| **Ending Total Value** (as of 3/31/23) | **$5,803,655.11** |
| *Includes Accrued Interest* | |

**Your Financial Advisor**
**Michael Stewart**
Vice President
Michael.G.Stewart@morganstanley.com
818 409-0769

**Your Branch**
55 SOUTH LAKE AVE, STE 700
PASADENA, CA 91101
Telephone: 626-449-1240; Alt. Phone: 800-488-1240; Fax: 626-449-7121

*Morgan Stanley Smith Barney LLC. Member SIPC.*

#BWNJGWM

MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS
401 RYLAND ST.
SUITE 200A
RENO NV 89502-1643

**Client Service Center** (24 Hours a Day; 7 Days a Week): 800-869-3326
**Access Your Account Online:** www.morganstanley.com/online

INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD

# Morgan Stanley

## Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

# Morgan Stanley

## Account Summary

| Portfolio Management Active Assets Account 255-145712-290 | MSL FBO GENIE INVESTMENTS NV C/O CALEB MICHAEL DAVIS |
| --- | --- |

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (3/1/23-3/31/23) | This Year (1/1/23-3/31/23) |
| --- | --- | --- |
| **TOTAL BEGINNING VALUE** | **$5,181,684.61** | **$3,706,268.65** |
| Credits | 625,197.83 | 2,075,987.55 |
| Debits | (2,860.57) | (7,493.24) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | **$622,337.26** | **$2,068,494.31** |
| **Change in Value** | (366.76) | 28,892.15 |
| **TOTAL ENDING VALUE** | **$5,803,655.11** | **$5,803,655.11** |

*Net Credits / Debits include investment advisory fees as applicable. See Activity section for details.*

### MARKET VALUE OVER TIME
*The below chart displays the most recent thirteen months of Market Value.*



*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
| --- | --- | --- |
| Cash | $5,075,467.50 | 87.45 |
| Fixed Income & Preferreds | 727,821.17 | 12.54 |
| Alternatives | 366.44 | 0.01 |
| **TOTAL VALUE** | **$5,803,655.11** | **100.00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

# Morgan Stanley

## Account Summary

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 2/28/23) | This Period (as of 3/31/23) |
|---|---|---|
| Cash, BDP, MMFs | $99,283.43 | $676,204.96 |
| Stocks | 3,449.88 | — |
| ETFs & CEFs | 757,690.33 | 623,332.69 |
| Corporate Fixed Income^ | 104,103.65 | 104,854.92 |
| Government Securities | 50,630.81 | — |
| Mutual Funds | 4,166,526.51 | 4,399,262.54 |
| **Total Assets** | **$5,181,684.61** | **$5,803,655.11** |
| **Total Liabilities** (outstanding balance) | **—** | **—** |
| **TOTAL VALUE** | **$5,181,684.61** | **$5,803,655.11** |

### CASH FLOW

| | This Period (3/1/23-3/31/23) | This Year (1/1/23-3/31/23) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$99,283.43** | **$524,629.46** |
| Purchases | (451,584.24) | (5,565,869.61) |
| Dividend Reinvestments | (8,634.29) | (10,739.87) |
| Sales and Redemptions | 403,042.21 | 3,623,309.99 |
| Income and Distributions | 11,760.59 | 36,380.68 |
| **Total Investment Related Activity** | **$(45,415.73)** | **$(1,916,918.81)** |
| Electronic Transfers-Credits | 625,000.00 | 2,075,000.00 |
| Other Credits | 197.83 | 987.55 |
| Other Debits | (2,860.57) | (7,493.24) |
| **Total Cash Related Activity** | **$622,337.26** | **$2,068,494.31** |
| **Total Card/Check Activity** | **—** | **—** |
| **CLOSING CASH, BDP, MMFs** | **$676,204.96** | **$676,204.96** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (3/1/23-3/31/23) | This Year (1/1/23-3/31/23) |
|---|---|---|
| Qualified Dividends | $191.50 | $361.85 |
| Other Dividends | 11,569.09 | 24,178.92 |
| Interest | — | 3,903.60 |
| **Income And Distributions** | **$11,760.59** | **$28,444.37** |
| **Tax-Exempt Income** | **—** | **—** |
| **TOTAL INCOME AND DISTRIBUTIONS** | **$11,760.59** | **$28,444.37** |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### GAIN/(LOSS) SUMMARY

| | Realized This Period (3/1/23-3/31/23) | Realized This Year (1/1/23-3/31/23) | Unrealized Inception to Date (as of 3/31/23) |
|---|---|---|---|
| Short-Term Gain | $948.97 | $6,527.50 | $2,684.31 |
| Short-Term (Loss) | (10,290.55) | (23,114.04) | (179.19) |
| **Total Short-Term** | **$(9,341.58)** | **$(16,586.54)** | **$2,505.12** |
| Disallowed Loss | | $0.57 | |

*This Summary may change due to basis adjustments and should not be used for tax preparation. Refer to the Expanded Disclosures or go to www.morganstanley.com/wealth/disclosures/disclosures.asp.*

# Morgan Stanley

## Account Summary

|  |  |
|---|---|
| Portfolio Management Active Assets Account<br>255-145712-290 | MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |

### ADDITIONAL ACCOUNT INFORMATION

| Category | This Period<br>(3/1/23-3/31/23) | This Year<br>(1/1/23-3/31/23) | Category | This Period<br>(3/1/23-3/31/23) | This Year<br>(1/1/23-3/31/23) |
|---|---|---|---|---|---|
| Accrued Interest Paid | — | $6,890.72 | Accrued Interest Received | 151.66 | 16,626.74 |
| U.S. Treasury Coupon Interest | — | 1,830.00 | | | |

*All Municipal and U.S. Treasury coupon interest displayed in this section is also included in the Income and Distribution Summary. Municipal interest above is subject to federal income tax, but may be exempt from state and local income tax. U.S. Treasury interest is subject to federal income tax, but is exempt from both state and local income tax.*

# Morgan Stanley

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

**Investment Objectives (in order of priority):** Capital Appreciation, Income, Aggressive Income, Speculation                **Investment Advisory Account**
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

**Account Holder Votes Proxy:** No
*The account holder has delegated the authority to vote proxies for the account to Institutional Shareholder Services or a third-party or Morgan Stanley-affiliated portfolio manager, as applicable.*

**Pledged to:** Liquidity Access Line
*The assets in this account are pledged to a Liquidity Access Line (LAL), which is a securities based loan/line of credit product[1], and these assets can be used to repay the LAL.*

> **LAL Account Number:** 255-XXX861
> **LAL Account Name:** GENIE INVESTMENTS NV
> **Outstanding Balance[2]:** $3,053,965.26

[1]*The lender of which is either Morgan Stanley Private Bank, National Association or Morgan Stanley Bank, N.A., as applicable, each an affiliate of Morgan Stanley Smith Barney LLC.*
[2]*Outstanding Balance is the unpaid principal balance plus the amount of any issued letters of credit, reflecting the period of this account statement. Accrued interest that is unpaid is not included. Note that Outstanding Balance may increase or decrease based on the Borrower's loan activity. The entire amount of the collateral in this account may be applied against the LAL Obligations. For a more detailed description of the terms of such LAL, please review the Liquidity Access Line Application and Agreements, the associated Terms and Conditions and the Third Party Pledge Agreement (if applicable).*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period. For more information on how we price securities, go to www.morganstanley.com/wealth/disclosures/disclosures.asp.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to https://www.morganstanley.com/content/dam/msdotcom/en/wealth-disclosures/pdfs/BDP_disclosure.pdf*

| Description | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|
| CASH | $176.66 | | | |
| MSILF GOVT SEC PART | 676,028.30 | 4.400 | 29,745.25 | — |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2023

## Account Detail

| | | |
|---|---|---|
| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV | |
| 255-145712-290 | C/O CALEB MICHAEL DAVIS | |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| **CASH, BDP, AND MMFs** | **11.65%** | **$676,204.96** | **$29,745.25** |

*Certain money market funds classified as government funds and retail funds seek (although they cannot guarantee) to maintain a share price of $1.00, therefore the dollar amounts listed equal the number of shares. Additional information concerning these transactions is available upon request. For more information about the pricing of Money Market Funds, please see the Expanded Disclosures. The money market funds reflected above include the balances in your automatic sweep feature, if any, and may include other money market funds that have been purchased in your account.*

## EXCHANGE-TRADED & CLOSED-END FUNDS

*Estimated Annual Income for Exchange Traded Funds, is based upon historical distributions over the preceding 12-month period, while Estimated Annual Income for Closed End Funds may be based upon either (a) the most recent dividend or (b) sum of prior 12 months (depending upon whether there is an announced fixed rate). Current Yield is calculated by dividing the total Estimated Annual Income by the current Market Value of the position, and it is for informational purposes only. Distributions may consist of income, capital gains or the returns of capital distributions. EAI is based upon information provided by an outside vendor and is not verified by us. Depending upon market conditions, Current Yield may differ materially from published yields. Investors should refer to the Fund website for the most recent yield information.*

*Global Investment Manager Analysis (GIMA) status codes (FL, AL or NL), may be shown for certain exchange-traded funds and are not guarantees of performance. Refer to GIMA Status in Investment Advisory Programs" in the June or December statement for a description of these status codes.*

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **GOLDMAN SACHS ACCESS TRE 0-1 Y (GBIL)** | 11/21/22 | 4.000 | $99.893 | $100.140 | $399.57 | $400.56 | $0.99 ST  H | | |
| | 12/19/22 | 1,480.000 | 99.850 | 100.140 | 147,778.00 | 148,207.20 | 429.20 ST | | |
| | 1/10/23 | 582.000 | 99.750 | 100.140 | 58,054.50 | 58,281.48 | 226.98 ST | | |
| | 2/3/23 | 3.000 | 99.697 | 100.140 | 299.09 | 300.42 | 1.33 ST | | |
| | 3/16/23 | 1.000 | 100.010 | 100.140 | 100.01 | 100.14 | 0.13 ST | | |
| **Total** | | 2,070.000 | | | 206,631.17 | **207,289.80** | 658.63 ST | 4,161.00 | 2.01 |
| *GIMA Status: AL; Next Dividend Payable 04/07/23; Basis Adjustment Due to Wash Sale: $0.57; Asset Class: FI & Pref* | | | | | | | | | |
| **INVESCO TREASURY COLLATERAL ET (CLTL)** | 12/19/22 | 7.000 | 105.223 | 105.530 | 736.56 | 738.71 | 2.15 ST | | |
| | 1/10/23 | 2.000 | 105.435 | 105.530 | 210.87 | 211.06 | 0.19 ST | | |
| **Total** | | 9.000 | | | 947.43 | **949.77** | 2.34 ST | 22.00 | 2.32 |
| *GIMA Status: AL; Next Dividend Payable 04/2023; Asset Class: FI & Pref* | | | | | | | | | |
| **INVESCO VARIABLE RATE ETF (VRIG)** | 12/19/22 | 1,490.000 | 24.660 | 24.720 | 36,743.40 | 36,832.80 | 89.40 ST | | |
| | 1/10/23 | 578.000 | 24.805 | 24.720 | 14,337.12 | 14,288.16 | (48.96) ST | | |
| | 3/1/23 | 7.000 | 24.940 | 24.720 | 174.58 | 173.04 | (1.54) ST | | |
| | 3/16/23 | 12.000 | 24.793 | 24.720 | 297.51 | 296.64 | (0.87) ST | | |
| | 3/21/23 | 9.000 | 24.700 | 24.720 | 222.30 | 222.48 | 0.18 ST | | |
| **Total** | | 2,096.000 | | | 51,774.91 | **51,813.12** | 38.21 ST | 1,832.00 | 3.54 |
| *Next Dividend Payable 04/2023; Asset Class: FI & Pref* | | | | | | | | | |
| **ISHARES SHORT TREASURY BD ETF (SHV)** | 12/19/22 | 1,005.000 | 109.769 | 110.500 | 110,317.95 | 111,052.50 | 734.55 ST | | |
| | 1/10/23 | 396.000 | 109.995 | 110.500 | 43,558.02 | 43,758.00 | 199.98 ST | | |
| | 2/3/23 | 2.000 | 109.970 | 110.500 | 219.94 | 221.00 | 1.06 ST | | |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2023

## Account Detail

| | Portfolio Management Active Assets Account 255-145712-290 | MSL FBO GENIE INVESTMENTS NV C/O CALEB MICHAEL DAVIS |
|---|---|---|

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| | 3/1/23 | 5.000 | 109.950 | 110.500 | 549.75 | 552.50 | 2.75 ST | | |
| **Total** | | 1,408.000 | | | 154,645.66 | **155,584.00** | 938.34 ST | 3,075.00 | 1.98 |
| *GIMA Status: AL; Next Dividend Payable 04/07/23; Asset Class: FI & Pref* | | | | | | | | | |
| **SPDR BLOOMBERG 1-3 MONTH T-B (BIL)** | 12/19/22 | 1,612.000 | 91.335 | 91.820 | 147,232.02 | 148,013.84 | 781.82 ST | | |
| | 1/10/23 | 634.000 | 91.505 | 91.820 | 58,014.17 | 58,213.88 | 199.71 ST | | |
| | 2/3/23 | 4.000 | 91.455 | 91.820 | 365.82 | 367.28 | 1.46 ST | | |
| | 3/1/23 | 8.000 | 91.460 | 91.820 | 731.68 | 734.56 | 2.88 ST | | |
| **Total** | | 2,258.000 | | | 206,343.69 | **207,329.56** | 985.87 ST | 4,916.00 | 2.37 |
| *GIMA Status: AL; Next Dividend Payable 04/10/23; Asset Class: FI & Pref* | | | | | | | | | |
| **SPDR GOLD TR GOLD SHS (GLD)** | 3/16/23 | 2.000 | 178.445 | 183.220 | 356.89 | 366.44 | 9.55 ST | — | — |
| *GIMA Status: AL; Asset Class: Alt* | | | | | | | | | |

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **EXCHANGE-TRADED & CLOSED-END FUNDS** | 10.74% | | | | **$620,699.75** | **$623,332.69** | **$2,632.94 ST** | **$14,006.00** | **2.25%** |

## CORPORATE FIXED INCOME

### CORPORATE BONDS

| Security Description | Trade Date | Face Value | Orig Unit Cost Adj Unit Cost | Unit Price | Orig Total Cost Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **LENNAR CORP** | 12/19/22 | 73,000.000 | $100.776 | $100.580 | $73,567.21 | | | | |
| Coupon Rate 5.875%; Matures 11/15/2024; CUSIP 526057CR3 | | | $100.664 | | $73,484.48 | $73,423.04 | $(61.44) ST | | |
| | 1/10/23 | 29,000.000 | 100.918 | 100.580 | 29,266.51 | | | | |
| | | | 100.808 | | 29,234.44 | 29,168.06 | (66.38) ST | | |
| **Total** | | 102,000.000 | | | 102,833.72 | | | 5,993.00 | 5.84 |
| | | | | | 102,718.92 | **102,591.09** | (127.82) ST | 2,263.83 | |
| *Interest Paid Semi-Annually May/Nov; Callable $100.00 on 05/15/24; Yield to Call 5.330%; Moody BAA2    S&P BBB-; Issued 05/15/18; Asset Class: FI & Pref* | | | | | | | | | |

| | Percentage of Holdings | Face Value | | | Orig Total Cost Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **CORPORATE FIXED INCOME** | | 102,000.000 | | | **$102,833.72** | | | **$5,993.00** | **5.84%** |
| | | | | | **$102,718.92** | **$102,591.09** | **$(127.82) ST** | **$2,263.83** | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL CORPORATE FIXED INCOME** (includes accrued interest) | 1.81% | | | | | **$104,854.92** | | | |

# Morgan Stanley

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

## MUTUAL FUNDS

### OPEN-END NON-SWEEP MONEY MARKET FUNDS

*The Current Yield is for informational purposes only and, depending upon market conditions, may differ materially from published Money Market Fund yields. Current Yield is calculated by dividing the total estimated annual income (in most cases, as of the prior month-end) by the current market value of the entire position. Investors should refer to the fund website for the most recent yield information. For holders of money market fund shares with a floating net asset value, we will provide information which may be relevant to holders who have elected to use the NAV method of tax accounting pursuant to Treasury Regulation section 1.446-7. However, since this is supplemental data, it will not be furnished to the Internal Revenue Service.*

| Security Description | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **FEDERATED HERMES GOVT OBL AVR (GOVXX)** | 4,399,262.540 | N/A | $1.0000 | N/A | **$4,399,262.54** | $178,918.00 | 4.07 |
| *GIMA Status: AL: Enrolled In Dividend Reinvestment; Capital Gains Reinvest; Asset Class: Cash* | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **MUTUAL FUNDS** | 75.80% | | | — | **$4,399,262.54** | N/A | $178,918.00 | 4.07% |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | | | | $723,418.67 | $5,801,391.28 | $2,505.12 ST | $228,662.25 $2,263.83 | 3.94% |
| **TOTAL VALUE** (includes accrued interest) | 100.00% | | | | $5,803,655.11 | | | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*
*H – Wash sale rules apply to this tax lot. The cost basis and acquisition date (trade date) have been adjusted to account for a disallowed loss of a related wash sale transaction. The aggregate amount of the basis adjustment is identified in italics under the Security Description.*

## ALLOCATION OF ASSETS (^ includes accrued interest)

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $676,204.96 | — | — | — | — | — |
| ETFs & CEFs | — | — | $622,966.25 | $366.44 | — | — |
| Corporate Fixed Income ^ | — | — | 104,854.92 | — | — | — |
| Mutual Funds | 4,399,262.54 | — | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS ^** | **$5,075,467.50** | **—** | **$727,821.17** | **$366.44** | **—** | **—** |

# Morgan Stanley

## Account Detail

Portfolio Management Active Assets Account
255-145712-290

MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 3/1 | | Dividend | FEDERATED HERMES GOVT OBL AVR DIV PAYMENT | | | | $8,634.29 |
| 3/1 | | Dividend | MSILF GOVT SEC PART DIV PAYMENT | | | | 897.87 |
| 3/1 | 3/2 | Sold | UNITED STATES TREASURY BOND 7.625% DUE2025-02-15 [912810ET1] | ACTED AS AGENT ACCRUED INTEREST 151.66 | 48,000.000 | 105.0195 | 50,561.03 |
| 3/1 | 3/3 | Sold | FRANKLIN INVESTMENT GRADE CO | ACTED AS AGENT | 723.000 | 20.8718 | 15,090.18 |
| 3/1 | 3/3 | Sold | EXXON MOBIL CORP | ACTED AS AGENT | 27.000 | 111.1035 | 2,999.76 |
| 3/1 | 3/2 | Sold | AQR EQ MARKET NEUTRAL INST | | 174.711 | 9.3300 | 1,630.05 |
| 3/1 | 3/3 | Sold | ABRDN BLOOMBERG ALL COMMODIT | ACTED AS AGENT | 24.000 | 21.0800 | 505.91 |
| 3/1 | 3/3 | Sold | GENL AMER INV CO | ACTED AS AGENT | 13.000 | 38.2113 | 496.74 |
| 3/1 | 3/3 | Sold | PROSHARES GLB INFRASTRUCTURE | ACTED AS AGENT | 11.000 | 44.5912 | 490.49 |
| 3/1 | 3/3 | Sold | KAYNE ANDERSON ENERGY INFRSTR | ACTED AS AGENT | 55.000 | 8.9130 | 490.21 |
| 3/1 | 3/3 | Sold | CHEVRON CORP | ACTED AS AGENT | 3.000 | 162.1250 | 486.37 |
| 3/1 | 3/3 | Sold | FLEXSHARES TR STOXX GLOBR INF | ACTED AS AGENT | 9.000 | 50.3500 | 453.14 |
| 3/1 | | Dividend Reinvestment | FEDERATED HERMES GOVT OBL AVR | REINVESTMENT a/o 02/28/23 | 8,634.290 | 1.0000 | (8,634.29) |
| 3/1 | 3/2 | Bought | FEDERATED HERMES GOVT OBL AVR | | 117,726.570 | 1.0000 | (117,726.57) |
| 3/1 | 3/3 | Bought | FIRST TR MLP&ENRG INC FND | ACTED AS AGENT | 1,396.000 | 7.9700 | (11,126.12) |
| 3/1 | 3/3 | Bought | ISHRS MSCI MEXICO ETF | ACTED AS AGENT | 166.000 | 58.9600 | (9,787.36) |
| 3/1 | 3/3 | Bought | BLACKROCK FLT RTE INC STRAT FD | ACTED AS AGENT | 549.000 | 12.0000 | (6,588.00) |
| 3/1 | 3/3 | Bought | FT NORTH AMERICAN ENERGY INFRA | ACTED AS AGENT | 59.000 | 26.6667 | (1,573.34) |
| 3/1 | 3/3 | Bought | PACER US CASH COWS 100 ETF | ACTED AS AGENT | 31.000 | 48.0893 | (1,490.77) |
| 3/1 | 3/3 | Bought | BLACKROCK ENERGY AND RESOURCES | ACTED AS AGENT | 67.000 | 12.6900 | (850.23) |
| 3/1 | 3/3 | Bought | SPDR BLOOMBERG 1-3 MONTH T-B | ACTED AS AGENT | 8.000 | 91.4600 | (731.68) |
| 3/1 | 3/3 | Bought | ISHARES SHORT TREASURY BD ETF | ACTED AS AGENT | 5.000 | 109.9500 | (549.75) |
| 3/1 | 3/3 | Bought | INVESCO VARIABLE RATE ETF | ACTED AS AGENT | 7.000 | 24.9400 | (174.58) |
| 3/1 | 3/2 | Bought | BLACKSTONE ALT MULTI-STRAT I | | 13.742 | 10.2700 | (141.13) |
| 3/7 | | Dividend | GOLDMAN SACHS ACCESS TRE 0-1 Y | | | | 593.06 |
| 3/7 | | Dividend | SPDR BLOOMBERG 1-3 MONTH T-B | | | | 575.92 |
| 3/7 | | Dividend | ISHARES SHORT TREASURY BD ETF | | | | 408.63 |
| 3/7 | | Dividend | FRANKLIN INVESTMENT GRADE CO | | | | 45.25 |
| 3/7 | | Service Fee | ADV FEE 03/01-03/31 | | | | (2,860.57) |
| 3/10 | | Qualified Dividend | EXXON MOBIL CORP | | | | 24.57 |
| 3/10 | | Qualified Dividend | CHEVRON CORP | | | | 4.53 |
| 3/15 | | Qualified Dividend | FIRST TR MLP&ENRG INC FND | | | | 162.40 |
| 3/16 | 3/17 | Sold | AQR EQ MARKET NEUTRAL INST | | 11,248.041 | 8.8300 | 99,320.20 |
| 3/16 | 3/17 | Sold | BLACKSTONE ALT MULTI-STRAT I | | 8,580.637 | 10.1400 | 87,007.66 |
| 3/16 | 3/20 | Sold | FT NORTH AMERICAN ENERGY INFRA | ACTED AS AGENT | 1,748.000 | 26.1280 | 45,671.37 |
| 3/16 | 3/20 | Sold | PACER US CASH COWS 100 ETF | ACTED AS AGENT | 861.000 | 45.0532 | 38,790.49 |
| 3/16 | 3/20 | Sold | FIRST TR MLP&ENRG INC FND | ACTED AS AGENT | 3,248.000 | 7.3398 | 23,839.47 |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2023

## Account Detail

Portfolio Management Active Assets Account
255-145712-290

MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

## CASH FLOW ACTIVITY BY DATE (CONTINUED)

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 3/16 | 3/20 | Sold | BLACKROCK ENERGY AND RESOURCES | ACTED AS AGENT | 1,223.000 | 11.2890 | 13,806.33 |
| 3/16 | 3/20 | Sold | ISHRS MSCI MEXICO ETF | ACTED AS AGENT | 175.000 | 55.9200 | 9,785.92 |
| 3/16 | 3/20 | Sold | BLACKROCK FLT RTE INC STRAT FD | ACTED AS AGENT | 863.000 | 11.3194 | 9,768.56 |
| 3/16 | 3/20 | Sold | SPDR BLOOMBERG 1-3 MONTH T-B | ACTED AS AGENT | 6.000 | 91.7000 | 550.19 |
| 3/16 | 3/20 | Sold | GLOBAL X US INF DEV ETF | ACTED AS AGENT | 17.000 | 27.2950 | 464.01 |
| 3/16 | 3/20 | Sold | ISHARES SHORT TREASURY BD ETF | ACTED AS AGENT | 4.000 | 110.3001 | 441.19 |
| 3/16 | 3/17 | Bought | FEDERATED HERMES GOVT OBL AVR | | 299,868.000 | 1.0000 | (299,868.00) |
| 3/16 | 3/20 | Bought | SPDR GOLD TR GOLD SHS | ACTED AS AGENT | 2.000 | 178.4427 | (356.89) |
| 3/16 | 3/20 | Bought | INVESCO VARIABLE RATE ETF | ACTED AS AGENT | 12.000 | 24.7927 | (297.51) |
| 3/16 | 3/20 | Bought | GOLDMAN SACHS ACCESS TRE 0-1 Y | ACTED AS AGENT | 1.000 | 100.0100 | (100.01) |
| 3/21 | | Refund | FEDERATED HERMES GOVT | | | | 143.13 |
| 3/21 | | Refund | MSILF GOVT SEC PART | | | | 54.70 |
| 3/21 | 3/22 | Sold | FEDERATED HERMES GOVT OBL AVR | | 392.940 | 1.0000 | 392.94 |
| 3/21 | 3/23 | Bought | INVESCO VARIABLE RATE ETF | ACTED AS AGENT | 9.000 | 24.7000 | (222.30) |
| 3/24 | | Dividend | INVESCO VARIABLE RATE ETF | | | | 234.06 |
| 3/24 | | Dividend | INVESCO TREASURY COLLATERAL ET | | | | 3.35 |
| 3/28 | | Funds Received | WIRED FUNDS RECEIVED | JPMORGAN CHASE BANK GENIE INVESTMENTS NV | | | 500,000.00 |
| 3/29 | | Funds Received | WIRED FUNDS RECEIVED | JPMORGAN CHASE BANK GENIE INVESTMENTS NV | | | 125,000.00 |
| 3/31 | | Dividend | BLACKROCK FLT RTE INC STRAT FD | | | | 96.31 |
| 3/31 | | Dividend | BLACKROCK ENERGY AND RESOURCES | | | | 80.35 |

**NET CREDITS/(DEBITS)** $576,921.53

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

## MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 3/1 | Automatic Investment | MSILF GOVT SEC PART | $897.87 |
| 3/1 | Automatic Investment | MSILF GOVT SEC PART | 92.88 |
| 3/2 | Automatic Redemption | MSILF GOVT SEC PART | (65,676.62) |
| 3/3 | Automatic Redemption | MSILF GOVT SEC PART | (11,859.03) |
| 3/8 | Automatic Redemption | MSILF GOVT SEC PART | (1,237.71) |
| 3/13 | Automatic Investment | MSILF GOVT SEC PART | 29.10 |
| 3/16 | Automatic Investment | MSILF GOVT SEC PART | 162.40 |
| 3/17 | Automatic Redemption | MSILF GOVT SEC PART | (21,599.44) |
| 3/21 | Automatic Investment | MSILF GOVT SEC PART | 50,422.42 |
| 3/22 | Automatic Investment | MSILF GOVT SEC PART | 197.83 |
| 3/23 | Automatic Investment | MSILF GOVT SEC PART | 170.64 |

# Morgan Stanley

## Account Detail

| | Portfolio Management Active Assets Account<br>255-145712-290 | MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |
|---|---|---|

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY (CONTINUED)

| Activity<br>Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 3/27 | Automatic Investment | MSILF GOVT SEC PART | 237.41 |
| 3/29 | Automatic Investment | MSILF GOVT SEC PART | 500,000.00 |
| 3/30 | Automatic Investment | MSILF GOVT SEC PART | 125,000.00 |

**NET ACTIVITY FOR PERIOD** $576,837.75

## REALIZED GAIN/(LOSS) DETAIL

### SHORT-TERM GAIN/(LOSS)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| ABRDN BLOOMBERG ALL COMMODIT | 02/13/23 | 03/01/23 | 24.000 | $505.91 | $510.47 | $(4.56) | |
| AQR EQ MARKET NEUTRAL INST | 12/19/22 | 03/01/23 | 174.711 | 1,630.05 | 1,506.01 | 124.04 | |
| | 12/19/22 | 03/16/23 | 1,929.131 | 17,034.23 | 16,629.11 | 405.12 | |
| | 01/10/23 | 03/16/23 | 784.428 | 6,926.50 | 6,879.43 | 47.07 | |
| | 01/19/23 | 03/16/23 | 51.800 | 457.39 | 451.70 | 5.69 | |
| | 02/07/23 | 03/16/23 | 2,903.949 | 25,641.87 | 25,670.91 | (29.04) | |
| | 02/13/23 | 03/16/23 | 5,578.733 | 49,260.21 | 50,375.96 | (1,115.75) | |
| BLACKROCK ENERGY AND RESOURCES | 12/19/22 | 03/16/23 | 221.000 | 2,494.85 | 2,665.26 | (170.41) | |
| | 01/10/23 | 03/16/23 | 935.000 | 10,555.12 | 11,696.01 | (1,140.89) | |
| | 03/01/23 | 03/16/23 | 67.000 | 756.36 | 850.23 | (93.87) | |
| BLACKROCK FLT RTE INC STRAT FD | 12/19/22 | 03/16/23 | 230.000 | 2,603.44 | 2,587.85 | 15.59 | |
| | 01/10/23 | 03/16/23 | 82.000 | 928.18 | 947.92 | (19.74) | |
| | 01/19/23 | 03/16/23 | 2.000 | 22.64 | 23.02 | (0.38) | |
| | 03/01/23 | 03/16/23 | 549.000 | 6,214.30 | 6,588.00 | (373.70) | |
| BLACKSTONE ALT MULTI-STRAT I | 12/19/22 | 03/16/23 | 2,770.946 | 28,097.39 | 27,792.59 | 304.80 | |
| | 01/10/23 | 03/16/23 | 1,058.307 | 10,731.24 | 10,710.07 | 21.17 | |
| | 01/19/23 | 03/16/23 | 1,250.368 | 12,678.73 | 12,716.24 | (37.51) | |
| | 02/03/23 | 03/16/23 | 2,479.290 | 25,140.00 | 25,412.72 | (272.72) | |
| | 02/07/23 | 03/16/23 | 1,002.022 | 10,160.50 | 10,270.73 | (110.23) | |
| | 02/13/23 | 03/16/23 | 5.962 | 60.46 | 61.05 | (0.59) | |
| | 03/01/23 | 03/16/23 | 13.742 | 139.34 | 141.13 | (1.79) | |
| CHEVRON CORP | 02/07/23 | 03/01/23 | 2.000 | 324.25 | 346.22 | (21.97) | |
| | 02/13/23 | 03/01/23 | 1.000 | 162.12 | 171.21 | (9.09) | |
| EXXON MOBIL CORP | 12/19/22 | 03/01/23 | 3.000 | 333.31 | 313.29 | 20.02 | |
| | 01/10/23 | 03/01/23 | 1.000 | 111.10 | 109.93 | 1.17 | |
| | 01/19/23 | 03/01/23 | 23.000 | 2,555.35 | 2,567.84 | (12.49) | |
| FIRST TR MLP&ENRG INC FND | 12/19/22 | 03/16/23 | 835.000 | 6,128.68 | 6,317.95 | (189.27) | |
| | 01/10/23 | 03/16/23 | 992.000 | 7,281.02 | 7,790.37 | (509.35) | |
| | 02/07/23 | 03/16/23 | 25.000 | 183.50 | 201.46 | (17.96) | |
| | 03/01/23 | 03/16/23 | 1,396.000 | 10,246.27 | 11,126.12 | (879.85) | |
| FLEXSHARES TR STOXX GLOBR INF | 02/13/23 | 03/01/23 | 9.000 | 453.14 | 470.76 | (17.62) | |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2023

## Account Detail

| | Portfolio Management Active Assets Account<br>255-145712-290 | MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |
|---|---|---|

### SHORT-TERM GAIN/(LOSS) (CONTINUED)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| FRANKLIN INVESTMENT GRADE CO | 12/19/22 | 03/01/23 | 161.000 | 3,360.33 | 3,421.71 | (61.38) | |
| | 01/10/23 | 03/01/23 | 550.000 | 11,479.39 | 11,770.77 | (291.38) | |
| | 02/03/23 | 03/01/23 | 1.000 | 20.87 | 21.76 | (0.89) | |
| | 02/07/23 | 03/01/23 | 2.000 | 41.75 | 43.16 | (1.41) | |
| | 02/13/23 | 03/01/23 | 9.000 | 187.84 | 192.65 | (4.81) | |
| FT NORTH AMERICAN ENERGY INFRA | 12/19/22 | 03/16/23 | 959.000 | 25,056.55 | 25,311.94 | (255.39) | |
| | 01/10/23 | 03/16/23 | 728.000 | 19,021.03 | 19,754.94 | (733.91) | |
| | 01/19/23 | 03/16/23 | 2.000 | 52.25 | 54.23 | (1.98) | |
| | 03/01/23 | 03/16/23 | 59.000 | 1,541.54 | 1,573.34 | (31.80) | |
| GENL AMER INV CO | 02/13/23 | 03/01/23 | 13.000 | 496.74 | 513.63 | (16.89) | |
| GLOBAL X US INF DEV ETF | 02/13/23 | 03/16/23 | 17.000 | 464.01 | 497.92 | (33.91) | |
| ISHARES SHORT TREASURY BD ETF | 12/19/22 | 03/16/23 | 4.000 | 441.19 | 439.07 | 2.12 | |
| ISHRS MSCI MEXICO ETF | 01/19/23 | 03/01/23 | 9.000 | 503.28 | 504.81 | (1.53) | |
| | 03/01/23 | 03/16/23 | 166.000 | 9,282.64 | 9,787.36 | (504.72) | |
| KAYNE ANDERSON ENERGY INFRSTR | 02/13/23 | 03/01/23 | 55.000 | 490.21 | 509.03 | (18.82) | |
| PACER US CASH COWS 100 ETF | 12/19/22 | 03/16/23 | 219.000 | 9,866.57 | 10,031.99 | (165.42) | |
| | 01/10/23 | 03/16/23 | 298.000 | 13,425.75 | 14,243.42 | (817.67) | |
| | 02/07/23 | 03/16/23 | 313.000 | 14,101.53 | 15,553.97 | (1,452.44) | |
| | 03/01/23 | 03/16/23 | 31.000 | 1,396.64 | 1,490.77 | (94.13) | |
| PROSHARES GLB INFRASTRUCTURE | 02/13/23 | 03/01/23 | 11.000 | 490.49 | 513.79 | (23.30) | |
| SPDR BLOOMBERG 1-3 MONTH T-B | 12/19/22 | 03/16/23 | 6.000 | 550.19 | 548.01 | 2.18 | |
| US TSY BOND      7625  25FB15 | 01/10/23 | 03/01/23 | 24,000.000 | 25,204.69 | 25,546.95 | (342.26) | |
| | 01/19/23 | 03/01/23 | 24,000.000 | 25,204.68 | 25,612.41 | (407.73) | |
| **Short-Term This Period** | | | | **$402,497.61** | **$411,839.19** | **$(9,341.58)** | |
| **Short-Term Year to Date** | | | | **$3,606,290.31** | **$3,622,876.85** | **$(16,586.54)** | |
| **Net Realized Gain/(Loss) This Period** | | | | **$402,497.61** | **$411,839.19** | **$(9,341.58)** | |
| **Net Realized Gain/(Loss) Year to Date** | | | | **$3,606,290.31** | **$3,622,876.85** | **$(16,586.54)** | |

*Disallowed Loss Based On Wash Sale Year to Date: $0.57*

*Treasury regulations require that we report on Form 1099-B a) adjusted cost basis on the sale of covered securities acquired on or after 1/1/11 (or the applicable date for the type of security), b) the gain or loss as either long-term or short-term, and c) basis adjustments on covered securities due to wash sales, certain corporate actions and transfers by gift or inheritance. This section may not reflect all the basis adjustments required when filing your tax return. For more information, refer to the Expanded Disclosures or go to www.morganstanley.com/wealth/disclosures/disclosures.asp.*

## MESSAGES

**Financial Disclosure Statement (in millions of dollars):**
At January 31, 2023 Morgan Stanley Smith Barney LLC had net capital of $3,538 which exceeded the Securities and Exchange Commission's minimum requirement by $3,370. A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at December 31, 2022 can be viewed online at: https://www.morganstanley.com/about-us-ir/subsidiaries, or may be mailed to you at no cost by calling 1 (833) 445-2492, after March 15, 2023.

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2023

## Account Detail

| Portfolio Management Active Assets Account | MSL FBO GENIE INVESTMENTS NV |
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

**FINRA BrokerCheck**

FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**Tips on Protecting Yourself from Fraudulent Account Activity**

The safety of our clients is of utmost importance to Morgan Stanley.  We are taking this opportunity to alert our clients of the following scams that have been identified by a number of organizations.  *Please be reminded that you should never provide your account numbers, passwords, or personal information, including your social security number, to anyone you do not know.*  Example of scams to be aware of:  *Treatment scams; Supply scams; Provider scams; Charity scams; Phishing scams; App scams; Investment scams; Tech Support scams; Home Sanitation scams; and Government Assistance scams.* If you have any questions regarding these scams, please immediately contact us.

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Important Information About Advisory Accounts**

Please contact us if there have been any changes in your financial situation or investment objectives, or if you wish to impose any reasonable restrictions on the management of your Investment Advisory accounts, or to reasonably modify existing restrictions.

For a copy of the applicable ADV Brochure for Morgan Stanley Smith Barney LLC, or for any investment adviser with whom we contract to manage your investment advisory account, please visit www.morganstanley.com/ADV. These ADV Brochures contain important information about our advisory programs.

**Online Availability of Client Relationship Summary and Other Disclosures**

The Morgan Stanley Client Relationship Summary as well as other applicable regulatory disclosures are available at www.morganstanley.com/disclosures/account-disclosures. Please visit this website and review these documents carefully, as they provide important information.

**Retirement Rollover Guide**

If you are considering rolling over your retirement assets, please review our Rollover Guide which can be found at https://www.morganstanleyclientserv.com/publiccontent/msoc/pdf/RolloverGuide.pdf for important information regarding your options and the factors that you should consider before you make your rollover decision.

**Important Message to Our Clients, Including Residents of Nevada, Regarding Access to Fee and Compensation Information**

Morgan Stanley is committed to ensuring you are kept informed about important matters that may affect your account(s).  Additional information regarding how Morgan Stanley and your Financial Advisor, Private Wealth Advisor, MSVA Financial Advisor or MSVA Representative are compensated for products or services we offer can be found at http://morganstanley.com/disclosures/fiduciary.  It is important that you carefully review this information any time we provide you with a recommendation or solicitation.  Should you have any questions or need any additional information, please contact a member of your Morgan Stanley Team.

**Best Practices for Protecting Yourself and Your Investments**

When investing at any financial institution or with a financial professional, it is important to keep the following best practices in mind:

-   Be clear about your investment goals and the amount of risk you are comfortable taking.
-   Before making any investments, be sure to ask questions about the potential investment, including the potential risks associated with them. Request information such as the prospectus, offering documents, or research information and carefully review them.
-   Be cautious of investment opportunities that offer an unusually high rate of return but are described as low-risk or guaranteed.
-   Be cautious of investment opportunities that are not offered directly through the institution you are investing with, such as real estate, start-up businesses, etc. as most financial institutions, like Morgan Stanley prohibit these types of recommendations.
-   Read and retain your account statements, confirmations, and any other information you receive about your investment transactions including the firm's client relationship summary (CRS). The CRS can be located on the websites of all SEC registered investment advisors and broker-dealers who work with retail investors.
-   Immediately contact a member of the management team if you recognize any type of a discrepancy on your account statement. For example:
    o   A security or money transaction you did not authorize
    o   An investment you purchased that you do not see on your account statement
    o   An item on your account statement that you do not understand
-   When sending funds to your financial institution, be sure the funds are being sent directly to the financial institution you are investing with and not to a 3rd party institution.
-   Last but not least, never share your account passwords with anyone.