UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV, Inc.,              Case No.: 3:24−bk−00496−BAJ

Debtor.                                   Chapter 11

_____ /

**UNITED STATES TRUSTEE'S EXHIBIT LIST (Part IV)**
Trial on Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Document No. 20)
Trial Date: April 9, 2024, at 9:00 a.m.

| Exh. No. | Document Description | Date Identified | *Date Admitted* | *With or Without Objection* |
|---|---|---|---|---|
| 133 | Statement of Small Business Owner Kim Nash (A Complete Home Inspection, LLC) | | | |
| 134 | Nash: Email with McMann, Crestar, and Alliance Mortgage Now re a line of credit agreement and amendment | | | |
| 135 | Nash: Email wiring instructions for $7,800 fee | | | |
| 136 | Nash: Email re fee breakdown | | | |
| 137 | Nash: Email re the BELOC timeline | | | |
| 138 | Nash: Email re the new loan amount | | | |
| 139 | Nash: Email re Regions Bank Wire $7,900 | | | |
| 140 | Nash: Email re underwriter inquiry | | | |
| 141 | Nash: Email with Retention Agreement | | | |
| 142 | Nash: Email re Regions $20k wire to Genie for Due Diligence Fees | | | |
| 143 | Nash: Email attaching signed Bridge Loan Agreement | | | |
| 144 | Nash: McMann BELOC agreement signed | | | |
| 145 | Nash: BELOC agreement (altered by Genie in Arbitration) | | | |

| 146 | Nash: Email attaching Security Agreement | | | |
|---|---|---|---|---|
| 147 | Nash: Email forwarding BELOC Loan Agreement | | | |
| 148 | Nash: Email confirming $37,500 wire to Genie for 3 months pre-paid interest/ construction costs | | | |
| 149 | Nash: Email with McMann re loan agreement | | | |
| 150 | Nash: Email re Second Operating Agreement | | | |
| 151 | Nash: Email to McMann with HEIC file | | | |
| 152 | Nash: Email re Bridge Loan Agreement | | | |
| 153 | Nash: Email receipt of signature page forwarded to underwriting | | | |
| 154 | Nash: Email re first tranche in a week | | | |
| 155 | Nash: Email re first tranche week of 4/2/23 | | | |
| 156 | Nash: Email re funding update | | | |
| 157 | Nash: Email re status of the problem | | | |
| 158 | Nash: McMann email advising don't cancel BELOC | | | |
| 159 | Nash: Email requesting an update | | | |
| 160 | Nash: Email re hardship | | | |
| 161 | Nash: Hughes email re alternative financing | | | |
| 162 | Nash: Email re Zoomeral | | | |
| 163 | Nash: Genie letter re 5/5/23 text with David Hughes | | | |
| 164 | Nash: Genie Arbitration Complaint against A Complete Home Inspection, LLC | | | |
| 165 | Small Business Owner Shailesh Patel (North Haven Lodging Partners, LLC and Wallingford Lodging Partners, LLC) Emails regarding NCNDA agreement | | | |
| 166 | Shailesh Patel: Email with fillable BELOC application for North Haven and Wallingford | | | |
| 167 | Shailesh Patel: Email re $7,500 wire | | | |

| | | | | |
|---|---|---|---|---|
| 168 | Shailesh Patel: Email with Business Plan template | | | |
| 169 | Shailesh Patel: Email re concerns about BELOC | | | |
| 170 | Shailesh Patel: Email attaching the corrected North Haven BELOC agreement (2816) | | | |
| 171 | Shailesh Patel: Email attaching the corrected Wallingford BELOC agreement (2815) | | | |
| 172 | Shailesh Patel: Email that all documents are in order, next send the wires | | | |
| 173 | Shailesh Patel: Email confirming $1.8m North Haven wire confirmation on 5/3/23 and $1.8m Wallingford wire confirmation on 5/3/23 both to Genie | | | |
| 174 | Shailesh Patel: Email re 75-day cycle and first tranche | | | |
| 175 | Shailesh Patel: Email re material and labor cost incurred for hotel construction, request funds | | | |
| 176 | Shailesh Patel: Email re termination of ICA loan 2816 and 2815 | | | |
| 177 | Shailesh Patel: Email requesting conference to discuss termination | | | |
| 178 | Shailesh Patel: Email to Hughes post conference forwarding termination template for termination and refund via a Zoomeral link | | | |
| 179 | Preet Patel (Representative for North Haven Lodging Partners, LLC and Wallingford Lodging Partners, LLC) Wiring instructions for North Haven Loan 2815 to Genie account | | | |
| 180 | Preet Patel: Wiring instructions for Wallingford Loan 2816 to Genie account | | | |
| 181 | Preet Patel: Email to David re dealings with McMann | | | |
| 182 | Preet Patel: Emails regarding expected refund date of 10/13/23 | | | |
| 183 | Preet Patel: Email with David Hughes re Zoomeral tutorial | | | |

| | | | | |
|---|---|---|---|---|
| 184 | Preet Patel: Email with David Hughes re expected ICA refund the week of 10/13/23 | | | |
| 185 | Preet Patel: Email re ICA termination refund status | | | |
| 186 | Preet Patel: Genie's attorney's letter (Walker Law Office) re Update on Funding Delays | | | |
| 187 | Preet Patel: Emails with McMann forwarding Genie's letters for North Haven Lodging and Wallingord | | | |
| 188 | Preet Patel: Emails with McMann re their agreement with Genie re refunds | | | |
| 189 | Preet Patel: Emails requesting Genie provide $3.6m refund to the applicants | | | |
| 190 | Preet Patel: Email from David Hughes re teleconference to discuss the refund | | | |
| 191 | Preet Patel: Emails with McMann re Genie's prior requests for BELOC terminations and ICA refund | | | |
| 192 | Preet Patel: Email with David Hughes re the processing of the ICA refund | | | |
| 193 | Preet Patel: Email with David Hughes re further communications through counsel | | | |
| 194 | Preet Patel: McMann counsel's (Klapman) demand letter that Genie provide the $3.6m refund | | | |
| 195 | Preet Patel: Applicant counsel's (Morris) demand to McMann to refund the $3.6m ICA deposit | | | |
| 196 | Preet Patel: Applicant counsel's (Morris) demand to Genie re failure to refund post termination | | | |
| 197 | Preet Patel: Text messages with Walter Trock of McMann | | | |
| 198 | Preet Patel: Text messages with David Hughes of Genie | | | |
| 199 | Preet Patel: Zoomeral messages with David Hughes | | | |

BY: _____
     Deputy Clerk