**EXHIBIT COVER SHEET**

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **134** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| From: | Larry Roche |
| To: | kipnash2@gmail.com |
| Cc: | Aaron Levy |
| Subject: | FW: Loan Agreement Amendment. |
| Date: | Thursday, November 10, 2022 12:29:21 PM |
| Attachments: | Outlook-image.png.png |
| | Outlook-image.png.png |
| | 10xmultifamily LLC - Business Expansion LOC Agreement Amendment SC.pdf |

Kim,
Need to sign this form & send back to me ASAP…LOC is approved…please get back to me quick
Thank you,
Larry

**From:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Sent:** Thursday, November 10, 2022 11:24 AM
**To:** omodolapo Abioro <10xmultifamily@gmail.com>
**Cc:** Larry Roche <Larry@crestarmortgage.net>
**Subject:** Loan Agreement Amendment.

Please see attached. Send it back executed. Waiting for underwriting to advise if anything else is needed. Thanks.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar



# AMENDMENT TO BUSINESS EXPANSION LINE OF CREDIT AGREEMENT

**THIS AMENDMENT is made as of this 17th day of October, 2022, by and**

**BETWEEN:**

Genie Investments ("Lender")

   -AND-

10xmultifamily LLC

to amend that certain Business Expansion Line of Credit Agreement between the Parties (the "BELOC"), by incorporation the following terms and conditions thereto.

## RECITALS

WHEREAS, the Parties entered into the BELOC, for the following purpose provide project financing for the Borrower's project.

WHEREAS, Borrower agreed to remit their ICA Payment ("ICA Payment") to create the Interest Credit Account (the "**ICA**") () and said ICA Payment was made on or about July 2, 2022 by Borrower pursuant to the original signed BELOC;

WHEREAS, Lender desires to amend the BELOC to better facilitate the processing and delivery of the Borrower's requested project financing in a more efficient and expedient manner;

WHEREAS, the Parties desire to amend the BELOC on the terms and conditions set forth herein this Amendment.

   NOW THEREFORE, in mutual exchange of valuable consideration, the sufficiency of which is hereby acknowledged, the Parties hereby agree to amend the BELOC as follows:

## AMENDMENTS

1. The Non-Depletion Agreement, Exhibit G in your Loan Agreements, is hereby terminated, and declared and rendered null and void. The Parties are mutually released from all rights, duties, and obligations thereunder.

2. All other terms and conditions of the BELOC shall remain in full force and effect.

3. To the extent of any inconsistency or contradiction between the BELOC and this Amendment, the terms of this Amendment shall control and supersede over the BELOC.

**IN WITNESS WHEREOF** the Parties have duly affixed their signatures under hand and seal on the date first written above.

**LENDER:**

GENIE INVESTVESTMENTS

*Genie Investments*

**BORROWER:**

10xmultifamily LLC

_____