# EXHIBIT COVER SHEET

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES   or   NO   (circle one)** | **135** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Michael Lanza |
| **To:** | kipnash2@gmail.com |
| **Cc:** | kipnash7@gmail.com; Larry Roche |
| **Subject:** | Re: Business Plan |
| **Date:** | Monday, December 5, 2022 2:40:11 PM |
| **Attachments:** | Outlook-image.png.png |
| | Outlook-image.png.png |
| | Outlook-image.png.png |
| | Outlook-image.png.png |
| | McMann Wiring Instructions for Due Diligence SC.pdf |

Here are the wiring instructions. Please send me a copy of the wire confirmation once sent. Thanks.


    Michael J. Lanza

    **Direct 321-295-4808**
    **Office 800-616-7276**
    **Senior Commercial Loan Officer**
    McMannCommercialLending.com
    Appointment Calendar



---

**From:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Sent:** Monday, December 5, 2022 1:28 PM
**To:** kipnash2@gmail.com <kipnash2@gmail.com>
**Cc:** kipnash7@gmail.com <kipnash7@gmail.com>; Larry Roche <Larry@crestarmortgage.net>
**Subject:** Re: Business Plan

I just heard from my boss on the Zelle question. Unfortunately, we cannot accept Zelle because like a credit card payment it can be disputed at any time and we get a chargeback. We have had customers who after their loan closed disputed the payment and we ended up losing money. I am not saying you would do that I am just saying that is why we don't accept Zelle. We would need a wire. I will let you decide how and when that can happen. As far as your question as to whether it is a done deal or not. Yes, it should be approved as long as nothing pops up in the background check. Hope this helps. Thanks.


    Michael J. Lanza

Direct 321-295-4808
Office 800-616-7276
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar



**From:** kipnash2@gmail.com <kipnash2@gmail.com>
**Sent:** Monday, December 5, 2022 10:12 AM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Business Plan

Thanks! You feel like this is a done deal when his back round check comes in. Can you see if I can send it threw my bank which is Zella?
Thanks
Kim Nash

Sent from my iPhone

> On Dec 5, 2022, at 10:02 AM, Michael Lanza <mlanza@mcmanncommerciallending.com> wrote:
>
> This is fine. You can either wait until you get home or have your son send in the wire. Either Way I just need a confirmation when the $7800 is sent so I can submit. Thanks.
>
> Michael J. Lanza
> Direct 321-295-4808
> Office 800-616-7276
> **Senior Commercial Loan Officer**
> McMannCommercialLending.com
> Appointment Calendar
>
> <Outlook-image.png.png>
> <Outlook-image.png.png>

**From:** Kipp Nash <kipnash7@gmail.com>
**Sent:** Sunday, December 4, 2022 11:58 PM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Larry Roche <Larry@crestarmortgage.net>
**Subject:** Business Plan

My apologies. My son changed paperwork for me. This attached business plan was also suppose to be forwarded.  Please let me know if this works. Thanks for all your help. We will be home Thursday.
Thanks
Kim Nash


Sent from my iPhone


Sent from my iPhone

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

## McMann Commercial Lending Wire Instructions:

**Beneficiary: McMann Commercial Lending LLC,
205 N Michigan Ave, Suite 810 Chicago IL 60601
Bank: Old Plank Trail Community Bank 60423
Phone:  815-464-6888
Account #: ███████ , Routing: ███████**