## EXHIBIT COVER SHEET

**Exhibit**

Party Submitting:     **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:             **YES    or   NO     (circle one)**                    **136**

Chapter 11 Debtor:    **Genie Investments NV, Inc.**

Case No.              **3:24−bk−00496−BAJ**

Nature of Hearing:    **Trial on**

                      **U.S. Trustee's Motion to Appoint Chapter 11
                      Trustee, or, in the Alternative, Appoint
                      Examiner, Dismiss Case, or Convert Case to
                      Chapter 7 (Doc. No. 20)**

                      **Debtor's Response Thereto (Doc. No. 34)**

                      **U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:           **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**From:** Michael Lanza
**To:** Kipp Nash
**Cc:** kipnash2@gmail.com; Larry Roche; Aaron Levy
**Subject:** Fee Breakdown for 2.5M Loan.
**Date:** Friday, December 9, 2022 2:47:03 PM
**Attachments:** Outlook-image.png.png
Outlook-image.png.png

Hopefully this helps. My apologies for the delay, it has been a hectic day.

4 points Commission
2 Points Success Fee(This is the servicing fee.)
2 points Data Management fee ( This is the fee for collecting documents throughout the life of the loan for a possible audit.)

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar

