**EXHIBIT COVER SHEET**

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **137** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Michael Lanza |
| **To:** | Kipp Nash |
| **Cc:** | kipnash2@gmail.com; Larry Roche |
| **Subject:** | Re: |
| **Date:** | Monday, December 12, 2022 11:08:30 AM |
| **Attachments:** | Outlook-image.png.png |
| | Outlook-image.png.png |
| | McMann BELOC Timeline.docx |

This hopefully gives you a better idea of the timeline. The points/fees Breakdown as follow on the 2.5M loan amount.

4 Points Commission totaling 100K
2 Points Success Fee which is our servicing fee totaling 50K
2 Points Data Management for collecting updated documents RE possible audit totaling 50K
20K Bridge loan Fee for 250K Bridge Loan
37.5K Prepaid interest for 90 days for the Bridge loan. If you pay it off before 90 days the unused interest is refunded.

Hope this helps.


Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar



---

**From:** Kipp Nash <kipnash7@gmail.com>
**Sent:** Sunday, December 11, 2022 4:29 PM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:**

Hello,
I have a few questions.
How long does it take to get approved?
How long does it take to get paperwork to sign?

Thanks
Kim Nash

Sent from my iPhone

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

December 12, 2022

Proposed Timeline:

1. **Once Approved you will receive an activation link per SEC Guidelines where you go online an activate your account by uploading your application and business plan to avoid solicitation and verify, we did not change any info to get you approved.**
2. **Once Activated you will receive the Retention Agreement to retain McMann to secure the Bridge loan. Once executed and the Bridge loan fee of XXK is paid for the XXXM Bridge we move forward.**
3. **within 48-72 hours you will receive the Terms Sheet, Data Management Agreement and the Bridge Loan agreement. Once executed you return all three agreements.**
4. **Within 48-72 hours you receive your loan agreement for review by you and your lawyer. Once executed you return and wire in your prepaid interest for the 90-day Bridge loan. The rate on that is 5% per month.**
5. **Once the loan agreement executed and the prepaid interest is received the bridge lender will deposit the XXXM into the ICA Account.**
6. **At this point you are closed, and the clock starts ticking on the wait until your funding is received. This as stated can be 14-75 days for the first Tranche of 20%. Once this deposit is made the clock starts ticking on the second tranche which again could be 14-75 days for the remaining 80%.**

**Any questions give me a call.**