# EXHIBIT COVER SHEET

                                                                                                                             **Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **138** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | kipnash2@gmail.com |
| **To:** | Larry Roche |
| **Subject:** | Fwd: New Loan Amount from Michael Lanza. |
| **Date:** | Sunday, December 18, 2022 1:33:44 PM |
| **Attachments:** | Outlook-image.png.png |
| | Outlook-image.png.png |

Sent from my iPhone

Begin forwarded message:

> **From:** Michael Lanza <mlanza@mcmanncommerciallending.com>
> **Date:** December 4, 2022 at 5:57:18 AM CST
> **To:** kipnash2@gmail.com
> **Cc:** Larry Roche <Larry@crestarmortgage.net>
> **Subject: New Loan Amount from Michael Lanza.**
>
> It was a pleasure speaking to you yesterday. Sorry to bother you while you were on your trip. I didn't get to this last night because I got sidetracked. If after paying your due diligence fee of $7800 you have $60K left the highest loan amount you can afford is $2.5M. This is because I have gotten underwriting to reduce the minimum fee for signing the retention agreement from $30K to $20K which leaves you $40K to pay your prepaid interest. The prepaid interest for a $250K Bridge loan for a $2.5M BELOC is $37.5K so this works. We will need the application and the executive summary to reflect the new loan amount of $2.5M so please resend. Any questions, give me a call and hopefully you have a good rest of the trip.
>
> Michael J. Lanza
> **Direct 321-295-4808**
> **Office 800-616-7276**
> **Senior Commercial Loan Officer**
> McMannCommercialLending.com
> Appointment Calendar
>
>