**EXHIBIT COVER SHEET**

**Exhibit**

Party Submitting:       **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:              **YES      or   NO       (circle one)**                    **142**

Chapter 11 Debtor:      **Genie Investments NV, Inc.**

Case No.               **3:24−bk−00496−BAJ**

Nature of Hearing:      **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:            **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | kipnash2@gmail.com |
| **To:** | Larry Roche; Michael Lanza |
| **Subject:** | REGIONS |
| **Date:** | Wednesday, January 4, 2023 11:16:30 AM |
| **Attachments:** | REGIONS.pdf |

Sent from my iPhone

vice                                                                      CUSTOMER COPY

# REGIONS

## Domestic Wire Transfer Request/Authorization

**ator/Payment By:**

KIM BOUDREAU NASH
NAME

████████████                                    ████████████
STREET ADDRESS                                   CUSTOMER IDENTIFICATION

████████████                                     CHECKING            12/04/1968
CITY/STATE/ZIP                                   ACCOUNT TYPE         DATE OF BIRTH

                                                 ███ 3536             ████████████
                                                 ACCOUNT NUMBER       TAX IDENTIFICATION NUMBER

**ansfer Instructions:**

$ 20,000.00
WIRE AMOUNT

JPMORGAN CHASE BANK, NA          NEW YORK NY                    ███ 0021
TARGET BANK NAME                 TARGET BANK CITY, STATE        TARGET BANK ABA

BENEFICIARY BANK NAME            BENEFICIARY BANK CITY, STATE   BENEFICIARY BANK ACCOUNT NUMBER

GENIE INVESTMENTS NV             401 RYLAND STREET SUITE 200-A  ███ 3502
BENEFICIARY'S NAME               BENEFICIARY'S ADDRESS          BENEFICIARY'S ACCOUNT NUMBER

                                 RENO NV 89502
                                 BENEFICIARY'S CITY, STATE, ZIP, OR COUNTRY

Originator to Beneficiary Information (optional);      Bank to Bank Information (optional):

DUE DILLIGENCE

USER ID 2633

                                                 Purpose:  LOAN

signing below, Originator authorizes Regions Bank to effect the Funds Transfer described on this request and
grees to be bound by the terms and conditions of the Funds Transfer Agreement set forth on the reverse side
reof. Originator certifies that the information contained in this request is correct.

_____        _____
AUTHORIZED SIGNATURE                    BANK AUTHORIZED SIGNATURE

_____        _____
NAME OF CORPORATION/PARTNERSHIP         APPROVING BANK OFFICER

Y: SIGNATORY REPRESENTATIVE NAME (PRINTED)

                                        # ████████████ 3939

LE

quest Date:  01/04/2023          Wire fee: $ 25.00       Wire Sequence Number: _____

pared By:  LYNN COOPER           Branch:  001 00084 BELLE CHASSE

nal charges may apply for notification services. Notification services are only available to customers that
ntered into a separate funds transfer agreement with the Regions Money Transfer Department.

## Thank you for banking with Regions!

                                                 Distribution:    ORIGINAL – CUSTOMER
                                                                  1ST COPY – BRANCH