# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES   or   NO**   (circle one) | **148** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**From:** kipnash2@gmail.com
**To:** Larry Roche; Michael Lanza; Aaron Levy; Aaron Levy
**Subject:** Sales and Service
**Date:** Wednesday, January 11, 2023 1:58:59 PM
**Attachments:** Sales and Service.pdf

Sent from my iPhone

CUSTOMER COPY

Sales and Service

 **REGIONS**

## Domestic Wire Transfer Request/Authorization

**Originator/Payment By:**

NAME: KIM BOUDREAU NASH
STREET ADDRESS: [redacted]
CITY/STATE/ZIP: [redacted]
CUSTOMER IDENTIFICATION: [redacted]
ACCOUNT TYPE: CHECKING
ACCOUNT NUMBER: [redacted]
DATE OF BIRTH: [redacted]
TAX IDENTIFICATION NUMBER: [redacted]

**Transfer Instructions:**

WIRE AMOUNT: $ 37,500.00
TARGET BANK NAME: JPMORGAN CHASE BANK, NA
TARGET BANK CITY, STATE: NEW YORK NY
BENEFICIARY BANK CITY, STATE: [redacted]
BENEFICIARY BANK NAME: [redacted]
BENEFICIARY'S NAME: GENIE INVESTMENTS NV
BENEFICIARY'S ADDRESS: 401 RYLAND ST STE 200 A
BENEFICIARY'S CITY, STATE, ZIP, OR COUNTRY: RENO NV 89502
BANK ABA: [redacted]0021
BENEFICIARY BANK ACCOUNT NUMBER: [redacted]8502
BENEFICIARY'S ACCOUNT NUMBER: [redacted]

Originator to Beneficiary Information (optional): ICA USER ID [redacted]

*3 months prepaid Intrest*

Bank to Bank Information (optional):

Purpose: CONSTRUCTION COSTS

By signing below, Originator authorizes Regions Bank to effect the Funds Transfer described on this request and agrees to be bound by the terms and conditions of the Funds Transfer Agreement set forth on the reverse side hereof. Originator certifies that the information contained in this request is correct.

AUTHORIZED SIGNATURE:
BANK AUTHORIZED SIGNATURE: Anne Guillot
APPROVING BANK OFFICER:

NAME OF CORPORATION/PARTNERSHIP:
BY: SIGNATORY REPRESENTATIVE NAME (PRINTED):
TITLE:

Request Date: 01/11/2023
Prepared By: ANNE GUILLOT
Wire fee: $ 25.00
Branch: [redacted] BELLE CHASSE
W[redacted]e903

Additional charges may apply for notification services. Notification services are only available to customers that have entered into a separate funds transfer agreement with the Regions Money Transfer Department.

Thank you for banking with Regions!

Distribution: ORIGINAL – CUSTOMER
1st COPY – BRANCH

Form 52137xx
Rev 03/2018