**EXHIBIT COVER SHEET**

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES   or   NO**   (circle one) | **149** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date: **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Michael Lanza |
| **To:** | Kipp Nash |
| **Cc:** | kipnash2@gmail.com; Larry Roche; Rene Jamulitrat |
| **Subject:** | Re: Loan Agreement. |
| **Date:** | Thursday, January 12, 2023 11:08:48 AM |
| **Attachments:** | Outlook-image.png.png |
| | Outlook-image.png.png |

Thanks, I think this should be it. Will advise if need anything else.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar



**From:** Kipp Nash <kipnash7@gmail.com>
**Sent:** Thursday, January 12, 2023 10:33 AM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Cc:** kipnash2@gmail.com <kipnash2@gmail.com>; Larry Roche <Larry@crestarmortgage.net>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Loan Agreement.

Is this what you needed me to do ?
Thanks
Kim Nash
Sent from my iPhone

> On Jan 12, 2023, at 8:50 AM, Michael Lanza <mlanza@mcmanncommerciallending.com> wrote:
>
> I got the loan agreement executed. The other attachment is the form to cancel the loan and it is not filled out completely. This will definitely cause confusion. Please get me an attachment that provides the information you tried to provide on this document

without being on the cancelation form.

>   Michael J. Lanza
>   **Direct 321-295-4808**
>   **Office 800-616-7276**
>   **Senior Commercial Loan Officer**
>   [McMannCommercialLending.com](McMannCommercialLending.com)
>   [Appointment Calendar](Appointment Calendar)
>
>   <Outlook-image.png.png>
>   <Outlook-image.png.png>

---

**From:** Kipp Nash <kipnash7@gmail.com>
**Sent:** Wednesday, January 11, 2023 11:02 AM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Cc:** kipnash2@gmail.com <kipnash2@gmail.com>; Larry Roche <Larry@crestarmortgage.net>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Loan Agreement.


Sent from my iPhone

> On Jan 10, 2023, at 2:56 PM, Michael Lanza <mlanza@mcmanncommerciallending.com> wrote:
>
> Please see attached loan agreement. See required documentation/information below.
>
> Please note the attached loan agreement for execution and return by the client, along with the following:
>
> 1. Full legal names of all parties that have ownership in the Company:
> 2. Operating Agreement -
> 3. Employer Identification Number -
> 4. Letter of Good Standing -
> 5. Confirm Business Name –
> 6. Confirm Business Address –

7. Confirm Registered Agent's Address –
8. Confirm Phone Number of Business –
9. Unaudited Financial Statements
10. Bank Information:

- Account number –
- Routing number -
- Name on account –
- Address of bank

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar

<Outlook-image.png.png>
<Outlook-image.png.png>


<Kipp John Nash A-Complete home inspection BELOC Loan Agreement SC.pdf>