# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES   or   NO**   (circle one) | **150** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Michael Lanza |
| **To:** | kipnash2@gmail.com |
| **Cc:** | Kipp Nash; Larry Roche; Rene Jamulitrat |
| **Subject:** | Re: Underwriting update. |
| **Date:** | Tuesday, January 17, 2023 11:39:29 AM |
| **Attachments:** | Outlook-image.png.png |
| | Outlook-image.png.png |

https://search.aol.com/aol/image;_ylt=AwrOrLh1zsZj21YCKZBpCWVH;_ylu=Y29sbwNncTEEcG9zAzIEdnRpZAMEc2VjA3Nj?q=unaudited%20financial%20statement%20template&v_t=loki-tb-sb

**AOL Search**

The search engine that helps you find exactly what you're looking for. Find the most relevant information, video, images, and answers from all across the Web.

search.aol.com

https://search.aol.com/aol/image;_ylt=AwrOrLh1zsZj21YCKZBpCWVH;_ylu=Y29sbwNncTEEcG9zAzIEdnRpZAMEc2VjA3Nj?q=unaudited%20financial%20statement%20template&v_t=loki-tb-sb

**AOL Search**

The search engine that helps you find exactly what you're looking for. Find the most relevant information, video, images, and answers from all across the Web.

search.aol.com

First one is the unaudited financial. Second is the operating Agreement.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar



**From:** kipnash2@gmail.com <kipnash2@gmail.com>
**Sent:** Tuesday, January 17, 2023 11:35 AM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Cc:** Kipp Nash <kipnash7@gmail.com>; Larry Roche <Larry@crestarmortgage.net>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Underwriting update.

Sent from my iPhone

On Jan 17, 2023, at 9:00 AM, Michael Lanza <mlanza@mcmanncommerciallending.com> wrote:

We still need the following from **A Complete Home Inspection** to submit the file for funding:

- Operating Agreement
- Employer Identification Number (the IRS form with the number)
- Unaudited financial statement

Please get this to me ASAP! Thanks.

Michael J. Lanza

**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
[McMannCommercialLending.com](McMannCommercialLending.com)
[Appointment Calendar](Appointment Calendar)

<Outlook-image.png.png>
<Outlook-image.png.png>

## A COMPLETE HOME INSPECTION SERVICE, LLC



A Complete Home Inspection Services LLC is a limited liability Company made of one sole owner Kipp Nash.  Kipp Nash is the authorized party on the account.  A Complete Home Inspection was formed with the Secretary of State in 2001. Company Tax Identification number is ██████████. The purpose of the company is to perform Home Inspection, rental and sales of residential and commercial properties.  Kipp Nash is also a license home Inspector.


Thank you,

Kipp Nash

**From:** kipnash2@gmail.com
**To:** Larry Roche; Michael Lanza; Rene Jamulitrat; Aaron Levy
**Subject:** A COMPLETE HOME INSPECTION, LLC.
**Date:** Tuesday, January 17, 2023 3:27:56 PM
**Attachments:** A COMPLETE HOME INSPECTION, LLC..pdf

Sent from my iPhone

A COMPLETE HOME INSPECTION, LLC.

**Assets:**

Cash flow as of January 1, 2022 thru January 16, 2023                $212,000.00

**Liabilities:**

Insurance    $2300.00

Fuel:        $2000.00

Equipment    $1000.00

Account payable (payroll) 78,000.00

TOTAL LIABILITIES                                                    $83,300.00

PROFIT:                                                              $128,700.00

Kipp Nash