# EXHIBIT COVER SHEET

**Exhibit**

| | |
|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |

Admitted:      **YES      or      NO      (circle one)**                **153**

Chapter 11 Debtor:   **Genie Investments NV, Inc.**

Case No.   **3:24−bk−00496−BAJ**

Nature of Hearing:   **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:   **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Michael Lanza |
| **To:** | kipnash2@gmail.com; Larry Roche; Aaron Levy |
| **Cc:** | Rene Jamulitrat |
| **Subject:** | Re: [Signature Page Follows] |
| **Date:** | Monday, January 30, 2023 9:47:03 AM |
| **Attachments:** | Outlook-image.png.png<br>Outlook-image.png.png |

I have forwarded to underwriting. Will advise when I have an update.

Michael J. Lanza

**Direct 321-295-4808**

**Office 800-616-7276**

**Senior Commercial Loan Officer**

McMannCommercialLending.com

Appointment Calendar



**From:** kipnash2@gmail.com <kipnash2@gmail.com>
**Sent:** Sunday, January 29, 2023 5:23 PM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Larry Roche <Larry@crestarmortgage.net>; Aaron Levy <alliancemortgagenow@gmail.com>
**Subject:** [Signature Page Follows]


Sent from my iPhone