**EXHIBIT COVER SHEET**

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **154** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Michael Lanza |
| **To:** | Kipp Nash |
| **Cc:** | kipnash2@gmail.com; Larry Roche |
| **Subject:** | Update. |
| **Date:** | Wednesday, March 29, 2023 4:54:37 AM |
| **Attachments:** | Outlook-image.png.png <br> Outlook-image.png.png |

My apologies I had intended to respond yesterday but the day got away from me. According to the disbursement department they expect the hold on the funds to be lifted by the end of the week. Once it is the release of funds to client's expecting/due their tranche will resume. When this happens, they should be able to provide clarification of an expected date for your first Tranche . As soon as I get an update, I will let you know.

Michael J. Lanza

**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**

McMannCommercialLending.com

Appointment Calendar

