## <u>EXHIBIT COVER SHEET</u>

<u>Exhibit</u>

Party Submitting:      **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:      **YES      or     NO      (circle one)**      <u>**155**</u>

Chapter 11 Debtor:      **Genie Investments NV, Inc.**

Case No.      **3:24−bk−00496−BAJ**

Nature of Hearing:      **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:      **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**From:** Michael Lanza
**To:** Kipp Nash
**Cc:** kipnash2@gmail.com; Larry Roche
**Subject:** Update.
**Date:** Sunday, April 2, 2023 6:40:11 AM
**Attachments:** Outlook-image.png.png
Outlook-image.png.png

My apologies for not being in touch. I am dealing with a family situation. It should be resolved by Monday and I will be back to work. I did have a short call with my boss late yesterday. In the confusion of the last day of the month he did not hear from the attorney's working with the bank's attorneys. He expects to get confirmation Monday 4/3 that the hold has been lifted and that the funds are able to be disbursed. Once we can get an approximate date for the disbursement of your first Tranche, we will let you know. Thanks for your patience and your business.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar



**From:**      kipnash2@gmail.com
**To:**        Michael Lanza
**Subject:**   Re: Update.
**Date:**      Monday, April 3, 2023 11:07:32 PM

Thank you

Sent from my iPhone

> On Apr 3, 2023, at 8:45 PM, Michael Lanza
> <mlanza@mcmanncommerciallending.com> wrote:

My apologies for not getting back to you sooner. The hold is off according to the attorneys and we are expecting a schedule of loans and when they are expected to fund soon. I will update you as I get anything specific on timing of the funding of your first Tranche . Thanks for your patience and your business.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar

<Outlook-image.png.png>
<Outlook-image.png.png>