**EXHIBIT COVER SHEET**

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES    or    NO    (circle one)** | **156** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:**_____**, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Michael Lanza |
| **To:** | Kipp Nash |
| **Cc:** | kipnash2@gmail.com; Larry Roche |
| **Subject:** | Update. |
| **Date:** | Thursday, April 27, 2023 4:51:44 AM |
| **Attachments:** | Outlook-image.png.png<br>Outlook-image.png.png |

My apologies for not getting back to you yesterday. The end of the month gets crazy. I am supposed to get an update from my boss later this morning on where the closing attorney is on these fundings. I will advise as soon as I do. Thanks, and I will be back to you as soon as I have any update.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar

