# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **157** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Kipp Nash |
| **To:** | Michael Lanza |
| **Cc:** | kipnash2@gmail.com; Aaron Levy; Larry Roche |
| **Subject:** | Re: Update. |
| **Date:** | Monday, May 8, 2023 5:52:18 PM |

What is exactly has been the problem? If this is a loan that has been done in past why is it not funding? Why do we have to continue to wait? What is really going on ? We just need to understand better meaning we are way past days.
Kipp Nash

Sent from my iPhone

On May 8, 2023, at 4:01 AM, Michael Lanza <mlanza@mcmanncommerciallending.com> wrote:

We were told by the attorneys that are handling the compliance issue that it should be resolved by Friday 5/12. The funding will be happening the week of Monday 5/15 to Friday 5/20. I am trying to get more specific information on when your deal will fund and will let you know as soon as I do.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar

<Outlook-image.png.png>
<Outlook-image.png.png>