# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO      (circle one)** | **158** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | kipnash2@gmail.com |
| **To:** | Info MCL |
| **Cc:** | Michael Lanza; Sandra Colthirst; Larry Roche; Aaron Levy |
| **Subject:** | Kipp Nash |
| **Date:** | Saturday, May 27, 2023 10:19:45 AM |
| **Attachments:** | Outlook-ozzxjtre.png |

Good morning,

We would like proof of being told last 3 months funds are at attorney office in CA.  They have been release now not been release. Compliance issues have been resolved to now not being resolved.  Please send us proof funds are in compliance at an attorney office as we are being told now.
Thank you,
Kipp Nash

Sent from my iPhone

> On May 18, 2023, at 6:01 PM, Info MCL <info@mcmanncommerciallending.com> wrote:
>
> Upon review of your request to cancel your BELOC  we would strongly advise agaisnt making that reqeust.  The down side is that you borrowed the ICA deposit so there are no funds to return.  The Up side is that you have a great rate and term fro an IO loan that will start funding in the near future.  To take your approved loan and turn it into a cancellation makes no financial sesne.  A little patience in this case will go a long way to improving your financial situation.
>
> **Walt Trock**
> **Corporate 312-642-5054 X101**
> **Direct 224-532-6116**
> **Managing Director**
> https://mcmanncommerciallending.com
> 800-616-7276
> Appointment Calendar | Quick Commercial Loan Approval
>
>