# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **159** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Larry Roche |
| **To:** | kipnash2@gmail.com |
| **Subject:** | FW: Update. |
| **Date:** | Thursday, August 3, 2023 11:01:06 AM |
| **Attachments:** | Outlook-image.png.png<br>Outlook-image.png.png |

Kim,

From Michael this morning to a client of mine & Rich. Will keep you updated.

Thanks,

Larry

**From:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Sent:** Thursday, August 3, 2023 8:07 AM
**To:** Information <info@thegenerationsgroup.net>
**Cc:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Larry Roche <Larry@crestarmortgage.net>
**Subject:** Update.

My apologies for not getting back to you. As we have always told you, the BELOC program is evolving and changing. The latest change is that the financial partner we work with usually did the disbursements of the Tranches. We at McMann are taking that responsibility on to have more control of making sure our client's get funded as soon as possible .To that end we have been working to establish new banking relationships in order to handle multimillion dollar incoming wires as well as wire of similar size going out. If we had tried to use the existing accounts, we had the funds as soon as they hit our account would have been frozen and we would have to have gone through the arduous task of explaining where the money came from and that it was not money laundering or fraud. We should have the new relationships finalized shortly and will be able to take in the funds and make the disbursements to our clients awaiting their first tranche. We apologize for the delay and will keep you posted as things progress.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar