# EXHIBIT COVER SHEET

|  |  | Exhibit |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **160** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**From:** kipnash2@gmail.com
**To:** dhughes@genieinvestments.com; Larry Roche; Michael Lanza; Info MCL; Aaron levy
**Subject:** Loan
**Date:** Friday, August 18, 2023 11:26:16 AM

David, Walt and Michael,

As I send this email threw lots of prayer and thought. I have to express my thoughts.
My conversation with David. Led me to believe that the way Mcmann sold the loan to me is not how he does it and he is not responsible for that. His source did not pay as there was a sign contract and now he is suing them. You continue to promote Zoomeral as if you have people funded and you have no money to pay them.   My question is can we see this sign contract? Can we see where when you accepted our money you had a contract. Giving loans without having funds to pay.

My conversation with Walt - he has done his part. Genie investment did not come threw with money.  There has not been 1 BELOC loan paid out for the 2 years he has been selling this loan. Why would you let this go 2 years ? To continue to get 7900 from every client.

Michael- sold this loan saying all his clients get their first trench within 90 days. I have this on recording. When In fact he has not had 1 get their first trench.
I have LOTS of recording, text and emails.

This has been awful for 9 months. Every week it's you're going to be paid Friday or next money.

I understand things happen.  But that's where honesty comes in. Give me my money back.  I signed up for a loan that you cannot provide. Not 1 cent.
I am requesting my 7900 that Walt took and my 57,500 that Genie Investments took. I am not canceling my loan. You cannot provide the funds or the loan.

I did go yesterday to speak with an attorney. He gave me a lot of info to think on and move to the next step. I am praying what is the best next step. This may not seem like a lot of money to you but it's my mother n laws money who she gave me every dime. Now i have her children angry with me.
The attorney suggestion was I do a

 *Civil Theft Demand and Notice of Fraudulent Inducement*
*Then a class action suit*
*As long as you don't lie. You have signed a contract. They cannot fulfill it. Then to come back with a don't talk will NOT stand up with any judge.*
Copy and pasted.
I am being very honest upfront. I have to protect my MIL money. I think you both were quite clear funding IS NOT happening and refuse to give me my deposit back on a contract that seems to be a scam cause not 1 was funded.   Not that you care my sister n law just cursed me out like if i went shopping on her mothers money.
This has been devastating.   I have been patient and as kind as i can be with this situation.
Thank you,
Kipp & Kim Nash



Sent from my iPhone