# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **161** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:**_____**, 2024.**

**By: _____, Deputy Clerk**

**From:** David from Genie Investments <dhughes@genieinvestments.com>
**Date:** August 29, 2023 at 1:05:22 PM CDT
**To:** kipnash2@gmail.com
**Subject:** Re: Kipp & Kim Nash

Kim,

As discussed earlier on the phone. Please complete your zoomeral business profile and after you do, please email me. I will then happily have a call with you to go over all of the many other possible alternative funding efforts you can take. You have our zoomeral software for the next 5 years to assist your company with access to many entities that could be interested in providing you with capital. This is what I am in control of.

Regarding your Line of Credit, this agreement is between McMann and your company, as you well know, so I cannot speak to it. You need to speak to McMann about it. Under certain conditions, due diligence and even bridge interest (which are both non-refundable), Genie has decided to treat as refundable but this will rely on Genie receiving a settlement from our capital provider that allows these same funds to be deliverable. Again, McMann has this letter explaining this process from our attorney so please reach directly out to McMann regarding any refund etc...

In closing, conference call. Yes, happy to do it after your profile is complete. Happy to do it. Please let me know when it is complete. Please email me and or text me when it is.

Thank You & Respectfully,,

**David Hughes**
Genie Investments, Director



A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.
DISCLAIMER: Sender (dhughes@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710     AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm
PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.
This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and education.nal purposes only and does not provide investment advice.

<hr size=2 width="98%" align=center>
**From:** kipnash2@gmail.com <kipnash2@gmail.com>
**Sent:** Tuesday, August 29, 2023 11:48 AM
**To:** David from Genie Investments <dhughes@genieinvestments.com>
**Subject:** Re: Kipp & Kim Nash

David,
Are we still going to do this meeting ? If so, 12:00, 1:00 or 2:00 is food.

Kim Nash

Sent from my iPhone

On Aug 28, 2023, at 5:09 PM, David from Genie Investments <dhughes@genieinvestments.com> wrote:

Kim

Please email me back with a few good times please for this Friday and your time zone.

Sincerely,

**David Hughes**
Genie Investments, Director



A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.
DISCLAIMER: Sender (dhughes@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710    AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm
PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.
This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and education.nal purposes only and does not provide investment advice.

**From:** kipnash2@gmail.com <kipnash2@gmail.com>
**Sent:** Monday, August 28, 2023 10:33 AM
**To:** David from Genie Investments <dhughes@genieinvestments.com>; Michael Lanza <mlanza@mcmanncommerciallending.com>; Larry Roche <larry@crestarmortgage.net>; Info MCL <info@mcmanncommerciallending.com>
**Subject:** Kipp & Kim Nash

Last Monday I received a call for 3 times to have a conference call.  All 3 of those times have past. When will I receive a call.