## <u>EXHIBIT COVER SHEET</u>

<u>Exhibit</u>

Party Submitting:     **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:          **YES     or   NO      (circle one)**          <u>**162**</u>

Chapter 11 Debtor:    **Genie Investments NV, Inc.**

Case No.          **3:24−bk−00496−BAJ**

Nature of Hearing:    **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:        **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | kipnash2@gmail.com |
| **To:** | Walt Trock |
| **Subject:** | Re: Kipp & Kim Nash |
| **Date:** | Wednesday, August 30, 2023 10:08:33 AM |

David,
Continues to ask me to fill out this Zoomeral Portfolio so he can try to get something else.
What is your thoughts on that?

Sent from my iPhone

> On Aug 30, 2023, at 9:00 AM, Walt Trock <wtrock@mcmanncapital.com> wrote:
>
>
> We are initiating a suit against Genie Investments/Zoomeral for recovery. The problem is that I have to do it for all applicants. I donot have the authority to do it one applicant at a time. We are working on the issue with SWK attorneys and I will let you know what they advise.
>
> Walt Trock
> **Corporate 312-642-5054 X101**
> **Direct 224-532-6116**
> **Managing Director**
> mcmanncapital.com
> 800-616-7276
> Quick Commercial Loan Approval
>
> <Outlook-docnbqvv.png>
> <Outlook-ksuytq5f.png>
>
> **From:** kipnash2@gmail.com <kipnash2@gmail.com>
> **Sent:** Wednesday, August 30, 2023 8:35 AM
> **To:** Walt Trock <wtrock@mcmanncapital.com>
> **Subject:** Re: Kipp & Kim Nash
>
> What other alternatives are you offering your customers?
>
> Sent from my iPhone
>
>> On Aug 30, 2023, at 8:15 AM, Walt Trock <wtrock@mcmanncapital.com> wrote:

Kip the $7,900 was part of the Due Diligence and it was clearly stated that the Due Diligence was non-refundable. McMann Commercial cannot refund Due Diligence that have already been expensed on your behalf. You did get a loan approval, loan terms and a loan agreement. If the investor has not yet funded what I was referring too was pre-paid interest if you applied for a Bridge Loan to fund your deposit to qualify for the BELOC loan.

Please read all of your signed agreements.

Walt Trock
**Corporate 312-642-5054 X101**
**Direct 224-532-6116**
**Managing Director**
mcmanncapital.com
800-616-7276
[Quick Commercial Loan Approval](#)

<Outlook-qyd1qptb.png>
<Outlook-sspxwo1x.png>

---

**From:** kipnash2@gmail.com <kipnash2@gmail.com>
**Sent:** Tuesday, August 29, 2023 3:45 PM
**To:** Walt Trock <wtrock@mcmanncapital.com>
**Cc:** David Investments <dhughes@genieinvestments.com>; Michael Lanza <mlanza@mcmanncommerciallending.com>; Larry Roche <Larry@crestarmortgage.net>; Info MCL <info@mcmanncommerciallending.com>; david@zoomeral.com <david@zoomeral.com>
**Subject:** Re: Kipp & Kim Nash

I know you realize I sent the 7900.00 on this LOAN! I do not pay 7900.00 for any other loan it was attached to this loan that didn't happen I would get every cent back y'all did not fund the loan I signed paperwork and wired money back all the same day for this BELOC loan. Which y'all could NOT fund.
Kim Nash

Sent from my iPhone

> On Aug 29, 2023, at 3:15 PM, Walt Trock <wtrock@mcmanncapital.com> wrote:

That is correct there was no BELOC loan so the bridge loan interest if paid should be refunded.  The application cost is not refundable, however the pre-paid interest on that loan is refundable.  The refund should be from Genie Investments to McMann Commercial and McMann intern refunds the unused interest to your corporate account.

Walt Trock

**Corporate 312-642-5054 X101**

**Direct 224-532-6116**

**Managing Director**

mcmanncapital.com

800-616-7276

[Quick Commercial Loan Approval](#)

<Outlook-wwcg4ghj.png>

<Outlook-4witzeyk.png>

---

**From:** kipnash2@gmail.com <kipnash2@gmail.com>
**Sent:** Tuesday, August 29, 2023 2:18 PM
**To:** Walt Trock <wtrock@mcmanncapital.com>
**Cc:** David Investments <dhughes@genieinvestments.com>; Michael Lanza <mlanza@mcmanncommerciallending.com>; Larry Roche <Larry@crestarmortgage.net>; Info MCL <info@mcmanncommerciallending.com>; david@zoomeral.com <david@zoomeral.com>
**Subject:** Re: Kipp & Kim Nash

Bridge loan was to obtain a loan correct ? Well there was no loan so no need for a bridge loan ….

Sent from my iPhone

> On Aug 29, 2023, at 1:15 PM, Walt Trock <wtrock@mcmanncapital.com> wrote:
>
>
> Kip, I can only refer you to your signed BELOC loan agreement that outlines your recourse for refunds.
>
> Walt Trock
>
> **Corporate 312-642-5054 X101**

**Direct 224-532-6116**
**Managing Director**
mcmanncapital.com
800-616-7276
Quick Commercial Loan Approval

<Outlook-igbq1usd.png>
<Outlook-uio4pnae.png>

---

**From:** kipnash2@gmail.com
<kipnash2@gmail.com>
**Sent:** Tuesday, August 29, 2023 9:05 AM
**To:** kipnash2@gmail.com
<kipnash2@gmail.com>
**Cc:** David Investments
<dhughes@genieinvestments.com>; Michael
Lanza
<mlanza@mcmanncommerciallending.com>;
Larry Roche <Larry@crestarmortgage.net>;
Info MCL
<info@mcmanncommerciallending.com>
**Subject:** Re: Kipp & Kim Nash

Second request

Sent from my iPhone

> On Aug 28, 2023, at 10:34 AM,
kipnash2@gmail.com wrote:
>
> Last Monday I received a call for 3 times to
have a conference call.  All 3 of those times
have past. When will I receive a call.
> Kim Nash
>
> Sent from my iPhone