## EXHIBIT COVER SHEET

**<u>Exhibit</u>**

Party Submitting:     **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:          **YES    or    NO      (circle one)**          **<u>163</u>**

Chapter 11 Debtor:   **Genie Investments NV, Inc.**

Case No.          **3:24−bk−00496−BAJ**

Nature of Hearing:    **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11
Trustee, or, in the Alternative, Appoint
Examiner, Dismiss Case, or Convert Case to
Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:        **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**



# GENIE INVESTMENTS

P.O. Box 60443, Jacksonville, Florida 32236

(302) 250-4654

September 6, 2023

Dear Mrs. Nash,

I hope this letter finds you well. We are writing to address your concerns and communications with Mr. Hughes, as raised in your text message on May 5, 2023, and other prior exchanges.

Let's first clarify that neither Genie Investments nor ZOOMERAL can comment on financial transactions or commitments you have made with other parties, including your family and friends. These transactions are outside our purview, as we were not directly, nor indirectly involved in your purchase or pricing decisions.

To address your assertion that our companies wish for you to "walk away," I must affirm that this is not our intent. We value our relationship with your business. Our recent actions, including the conversion of non-refundable payments to refundable status, legal fees being spent and the recent My RIA attorney letter, stand as a testament to our dedication.

Mr. Hughes remains committed to guiding you through the necessary processes, and we kindly request you schedule the upcoming screen-sharing meeting through our official communication channels, as Mr. Hughes has restricted his personal contact details. Please do this promptly to not delay the process any further.

Currently, your account is in good standing with both Genie Investments and ZOOMERAL. We offer the following pathways for your business funding:

(1) Await the outcome of our ongoing discussions with our capital provider for potential loan disbursement or refund.

(2) Request an introduction to another capital provider promising substantial funding opportunities.

(3) Leverage the ZOOMERAL platform to access a plethora of potential investors and lenders.

Please understand that we take all potential claims and threats seriously. Any public postings that disparage our companies or executives will prompt immediate legal action, without opportunity for retraction. Such actions will also result in the termination of your good standing with our companies and may lead to the forfeiture of any pending settlements. For your awareness, you are contractually obligated to uphold confidentiality and other covenants as outlined in our terms of use and agreements.

In summary, while we cannot be held accountable for your prior dealings with other parties, we are earnestly working to facilitate your current and future business needs. If you wish to proceed in a collaborative manner, please let us know. We have some reservations due to the tone of recent communications, but we are open to moving forward constructively.

Please consider this letter as a comprehensive and final warning before any legal action may be necessitated. We hope it doesn't come to that, and that we can collaborate effectively moving forward.

Sincerely,

*Genie Investments*

Genie Investments