# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES   or   NO   (circle one)** | **164** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**JAMS ARBITRATION:**
**COUNTY OF NEW CASTLE, DELAWARE**
-----------------------------------------------------------------------X

                                                          Case No.: 01-23-0005-0487

**GENIE INVESTMENTS**

                        *Plaintiff*,

                                                **VERIFIED COMPLAINT**

   -against-

**A-COMPLETE HOME INSPECTION LLC, &**
**KIPP NASH a/k/a KIM NASH**
                          *Defendant(s)*
-----------------------------------------------------------------------X

**Plaintiff GENIE INVESTMENTS** ("Genie" or "Plaintiff") by and through their attorneys, SPIEGEL & UTRERA, P.A., P.C., complaining of Defendants, **A-COMPLETE HOME INSPECTION LLC**, a Louisiana limited liability corporation ("A-Complete"), doing business in Texas, **AND KIPP NASH a/k/a KIM NASH,** an individual ("Nash"), all doing business in Louisiana, respectfully shows to this Court and alleges:

## THE PARTIES

### On all dates hereinafter:

1. Genie, a Nevada corporation, who the Defendant(s) contracted to obtain a Business Line of Credit Loan, and is the party initiating these proceedings.

2. Upon information and belief, A-Complete is a Louisiana registered or unregistered foreign business corporation which at all relevant times had its principal place of business

3. Nash is a natural person residing at 110 Velsco Lane, Port Sulphur, LA 70083, who was and remains the Founder of A-Complete Home Inspection LLC.

## ARBITRATION AGREEMENT

4. The parties are bound by a valid and enforceable arbitration agreement, which requires the resolution of disputes through arbitration, as evidenced by the attached cease and desist letter and due diligence agreement.

## NATURE OF THE DISPUTE

5. A dispute has arisen between the parties related to the due diligence agreement as outlined in the cease-and-desist letter dated August 10, 2023, which lays out defamation, libel, attempted wire fraud, and breach of contract.

## RELIEF SOUGHT

6. The Plaintiff seeks the following relief:

   a. Damages in an amount to be determined at arbitration,

   b. Injunctive relief,

   c. Removal and destruction of all libelous publications,

   d. Attorney's fees,

   e. Interest, and

   f. Other relief determined to be appropriate by the arbitrator.

## SUBMISSION TO ARBITRATION

7. The Plaintiff hereby requests that the JAMS conduct commercial arbitration proceedings to resolve the dispute as outlined in this Complaint.

## JURISDICTION

8. The arbitration jurisdiction has been established by the arbitration agreement, and the parties have agreed to submit the dispute for resolution to the JAMS.

## FACTUAL BACKGROUND

9. Defendants contacted Genie to obtain a Business Line of Credit Loan (BLCL).

10. Genie offered a due diligence fee agreement to Defendants, and Defendants accepted and executed said agreement on or about 1-3-2023.

11. Defendant then breached the agreement and attempted to fraudulently convert funds from Genie.

12. Defendant then proceeded to make false statements about Genie, attempting to harm Genie's business and preventing Genie from obtaining new clients and customers.

## CAUSES OF ACTION

13. Plaintiffs assert and reallege all preceding paragraphs.

14. Plaintiffs incorporate by reference the included cease and desist demand.

15. Defendants are on notice that Plaintiffs intend to assert the following at arbitration:

   a. Breach of Contract,

   b. Breach of the duty of good faith and fair dealing,

   c. Wire Fraud,

   d. Mail Fraud,

   e. Libel,

   f. Slander,

   g. Defamation,

   h. Disparagement,

  i. Breach of Confidentiality,

  j. Harassment,

  k. Conversion,

  l. Unjust enrichment,

  m. Tort per Se,

  n. Tortious interference with a contact,

  o. False light, and

  p. Public disclosure of private facts

16. Plaintiffs reserve the right to amend this complaint and pursue further causes of action at arbitration.

  **WHEREFORE**, the Plaintiff respectfully requests that the Arbitrator issue Judgment against Defendant(s) in a sum to be later determined at Arbitration, together with the costs, disbursements, special damages, general damages, reasonable attorneys' fees, prejudgment and post-judgment interest, and such other and further relief as may be just, proper, and equitable. Plaintiff reserves the right to amend this complaint later at arbitration.

Dated: November 7, 2023

Miami, Florida

Respectfully submitted,

**Spiegel & Utrera, P.A.**
*Attorneys for Plaintiff*
*Genie Investments*

By:   */Michael Faragalla/*
Michael Faragalla, Esq.
*Vice President of Litigation*
1840 Coral Way
Miami, FL 33145
Tel: (214) 263-3393
Email: Attornyfaragalla@amerilawyer.com
*Attorneys for Plaintiff*
*GENIE INVESTMENTS*