# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES   or   NO   (circle one)** | **166** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Vinay Patel |
| **To:** | Morris, Benjamin J. |
| **Subject:** | Fwd: Application and Executive Summary |
| **Date:** | Wednesday, January 3, 2024 9:50:23 AM |
| **Attachments:** | McMann BELOC Fillable Application DB.pdf |
| | McMann BELOC Fillable Application DB.pdf |

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Sent from my iPhone

Begin forwarded message:

> **From:** Ritesh Katwala <ritesh@citycapitaloffice.com>
> **Date:** March 1, 2023 at 2:11:56 AM GMT+5:30
> **Subject: Application and Executive Summary**
>
> Hello Saileshbhai and Vinaybhai,
>
> Thank you for signing the NCNDA. Per our conversation here are the next few steps and documents we will need to complete.
>
> **1- Complete the BELOC Application in Full ( See attached) Do not worry about the document list on page 5**
>
> **2- Complete and Executive summary no more than 2 pages or use the one in the application**
>
> Once this is done. We will get the Pre-Screen and Rough Term to you before we wire the $7800 per the institutions on the last page of the application.
>
> Please feel free to contact me if you have any questions or concerns,
>
> Sincerely,
>
> 
>
> Ritesh Katwala
> *Co-Founder*
>
> M- (630) 881-0057
> https://www.citycapitaloffice.com/

[Schedule An Appointment](#)

| Sales Representative# 2 |
|---|
| Name: Walt Trock |
| Contact 800-616-7276 |



# Business Line of Credit Application
**Fax Completed Application to 312-871-3344 Or email to**
info@mcmanncommerciallending.com

## BUSINESS INFORMATION

| Type of Entity (check one) | ☐ Corporation  ☐ General Partnership  ☐ LLC  ☐ LP  ☐ Sole Proprietorship  ☐ LLP  ☐ S Corporation  ☐ Nonprofit  ☐ Other | Federal ID |
|---|---|---|
| Merchants Legal Name | D/B/A | Business Phone |
| Physical Address | City, State, Zip | Business Fax |
| Mailing Address / Billing Address | City, State, Zip | Use of Proceeds |
| Business Type; Product/Service Sold | State of Incorporation/Organization | Date business started (mm/yy) | Length of Ownership | |
| Contact Name | Position | Email Address | Web Address | Requested Advance Amount |

## MERCHANT/OWNER INFORMATION (1)

| Corporate Officer/Owner Name | Title | Social Security Number | Date of Birth | Ownership % |
|---|---|---|---|---|
| Driver's License & State | Home Phone Number | Cell Phone Number | Email Address | |
| Residence Address | | City, State, Zip | | |

## OWNER INFORMATION (2) – ONLY IF MERCHANT/OWNER (1) IS LESS THAN 51% (both Owners must exceed 51%)

| Corporate Officer/Owner Name | Title | Social Security Number | Date of Birth | Ownership % |
|---|---|---|---|---|
| Driver's License & State | Home Phone Number | Cell Phone Number | Email Address | |
| Residence Address | | City, State, Zip | | |

## SALES & CREDIT CARD PROCESSING INFORMATION

Visa/MasterCard: Card Swipe_____% Manually Keyed_____% Phone/Mail Order_____% Internet_____% Total (100%)

Avg. Gross Monthly Sales (Cash, Checks, Credit Cards)

Seasonal Sales: ☐ Yes ☐ No  If yes, high volume months: ☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ Jun ☐ Jul ☐ Aug ☐ Sep ☐ Oct ☐ Nov ☐ Dec

| # of Terminals | Terminal Make & Model | Software Type / POS System | Software Type / POS System - Contact Name & Phone |
|---|---|---|---|

## BACKGROUND INFORMATION

| Are you currently paying back a cash advance? | ☐ YES ☐ NO | If Yes, Company:_____ When taken out?_____ Balance:_____ |
|---|---|---|
| Are you currently behind on any of the following? | ☐ YES ☐ NO | If Yes, How much? Utilities:_____ Sales Tax:_____ Liquor Tax:_____ Rent:_____ Bank Loans:_____ |
| Any State / Federal Liens against the owners or business? (sales tax, mixed beverage, 941, etc.) | ☐ YES ☐ NO | If Yes, Details: |
| Have you ever filed for Bankruptcy? | ☐ YES ☐ NO | If Yes, Details: |
| Do you have any Lawsuits or Judgments against you or your business spending? | ☐ YES ☐ NO | If Yes, Details: |

| TRADE REFERENCE (1) Business Name | Contact, Account Number | Phone Number |
|---|---|---|
| TRADE REFERENCE (2) Business Name | Contact, Account Number | Phone Number |

## BUSINESS PROPERTY INFORMATION

| Own/Lease | Lease Start Date | Lease Term | Monthly Rent/Mtg | Type of Building | Square Footage (approx) |
|---|---|---|---|---|---|

Contact Name  Phone Number  Fax

Managing Member

**Here is what is needed to complete your request for a Unsecured Business Line of Credit**

-Please fill out, sign, and return the attached MCL Business Application
-Executive Summary:  Sample Format Attached
-Articles of Incorporation, Good Standing, Operating Agreements, EIN from the IRS.
-2 Forms of personal ID State driver's licenses and a US Visa (copies of all owners ID's with more than 20% ownership in the Corp)
-Personal Financial statement (limited edition part of this application)
-Borrowers Consent (owners of 20% or more of Corp or LLC
-Due Diligence Deposit per LOI which is part of this application

-**The Following Can Wait until the On Line Bank Account is set up or until a Secure folder is sent for uploads: Business Bank Statements, Profit and Loss Statement from Business, Previous Year Business Tax Returns.**



McMANN Commercial Lending
205 N Michigan Ave • Suite 810 • Chicago IL 60601
312-224-8559 • 800-616-7726 • Fax 312-871-3344
Advertised Rates and Terms do not apply to all properties and county in the continental US

## Executive Summary Line of Credit

**Purpose and Use of Funds:**

 is requesting a $                   Line of Credit to support the leased additional warehouse space that was leased in July of this year. Company has already stocked about 15% of this space and is expected to have 75%- 85% of this new space occupied by January of 2021. The Line of Credit will be used to support the anticipated growth over the next 3 years that the additional space will provide

**Exit Strategy of LOC:**
In 2020, the company grew by 40%. The same growth is expected to continue in 2021. The expanded storage space that is now available and the additional 85% demand for unique food storage products will provide sufficient profitability with which to repay the Line of Credit.

**About The Company:**
 Company Inc. is a growing food storage and distribution company. Founded in 2005, the company has been growing steadily and are proud to say that many of the customers we started with are still with us today, our customers are growing due in part to our excellent supportive services. We are FDA registered and GMP certified which is not a requirement but demonstrates that we take food storage seriously. This year, we have begun the process of a new certification, one that is deemed the highest level of certification that a food-grade warehouse can achieve. Our audit date for this certification is in February 2021.

*Mc*

McMann Commercial Lending ● 800-616-7276 ● Chicago IL 60611

## Borrowers Consent

I hereby give our consent to McMann and its affiliates and/or successors and/or assigns permission to obtain ANY AND ALL INFORMATION regarding ownership, of assets, employment, checking/savings and/or all banking accounts, verifications of mortgages, payoffs, credit obligations and ALL OTHER MATTERS which may be required with our loan application for a loan.

THIS FORM MAY BE REPRODUCED AND THAT COPY SHALL BE AS EFFECTIVE AS THE ORIGINAL CONSENT WHICH WE HAVE SIGNED.

_____    _____    _____
Borrowers Signature                                          Date                          Date of Birth

_____    _____    _____
Borrowers name typed or printed                  Social Security #           Email Address

_____
Primary Residence Address, City, State, Zip


_____    _____    _____
Co Borrowers Signature                                       Date                          Date of Birth

_____    _____    _____
Co Borrowers name typed or printed               Social Security #           Email Address

_____
Primary Residence Address, City, State, Zip

_____    _____    _____
Co Borrowers Signature                                       Date                          Date of Birth

_____    _____    _____
Co Borrowers name typed or printed               Social Security #           Email Address

_____
Primary Residence Address, City, State, Zip

_____    _____    _____
Co Borrowers Signature                                       Date                          Date of Birth

_____    _____    _____
Co Borrowers name typed or printed               Social Security #           Email Address

_____
Primary Residence Address, City, State, Zip

**McMANN Commercial Lending** • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

# UnSecured LOC Due Diligence Checklist as of 10/13/2021

1. Income Statement (past five years or less starting with company establishment)

2. Balance Sheets (past five years or less starting with company establishment)

3. Cash Flow Statements (past five years or less starting with company establishment)

4. Tax Returns (past five years or less starting with company establishment)

5. Net Worth Statement/s for All Equity Owners That Have A 5% Or Higher Ownership Stake

6. Business Plan Including A 2 Year Forecast/Proforma & Management Bios

7. Previous 5 Month's Business Bank Statements for All Business Bank Accounts

8. Post-Closing Balance Assuming Term Sheet Terms/Rates

9. All UCC Lien Filings & Current List of All Creditors

10. Articles of Incorporation, Corporate Bylaws/Operating Agreement, & A Recent Certificate of Good Standing

11. Capitalization Table of All Outstanding Stock Shares, Stock Warrants, & Stock Options

12. All Registered Intellectual Property

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

## McMann Commercial Lending Wire Instructions:

**Beneficiary: McMann Commercial Lending LLC,
205 N Michigan Ave, Suite 810 Chicago IL 60601
Bank: Old Plank Trail Community Bank 60423
Phone:  815-464-6888
Account #: ▮▮▮▮▮▮▮▮ , Routing: ▮▮▮▮▮▮**

| Sales Representative# 2 |
|---|
| Name: Walt Trock |
| Contact 800-616-7276 |



# Business Line of Credit Application
**Fax Completed Application to 312-871-3344 Or email to**
info@mcmanncommerciallending.com

## BUSINESS INFORMATION

| Type of Entity (check one) | ☐ Corporation  ☐ General Partnership  ☐ LLC  ☐ LP  ☐ Sole Proprietorship  ☐ LLP  ☐ S Corporation  ☐ Nonprofit  ☐ Other | Federal ID |
|---|---|---|
| Merchants Legal Name | D/B/A | Business Phone |
| Physical Address | City, State, Zip | Business Fax |
| Mailing Address / Billing Address | City, State, Zip | Use of Proceeds |
| Business Type; Product/Service Sold | State of Incorporation/Organization | Date business started (mm/yy) | Length of Ownership | |
| Contact Name | Position | Email Address | Web Address | Requested Advance Amount |

## MERCHANT/OWNER INFORMATION (1)

| Corporate Officer/Owner Name | Title | Social Security Number | Date of Birth | Ownership % |
|---|---|---|---|---|
| Driver's License & State | Home Phone Number | Cell Phone Number | Email Address | |
| Residence Address | | City, State, Zip | | |

## OWNER INFORMATION (2) – ONLY IF MERCHANT/OWNER (1) IS LESS THAN 51% (both Owners must exceed 51%)

| Corporate Officer/Owner Name | Title | Social Security Number | Date of Birth | Ownership % |
|---|---|---|---|---|
| Driver's License & State | Home Phone Number | Cell Phone Number | Email Address | |
| Residence Address | | City, State, Zip | | |

## SALES & CREDIT CARD PROCESSING INFORMATION

Visa/MasterCard: Card Swipe_____% Manually Keyed_____% Phone/Mail Order_____% Internet_____% Total (100%)

Avg. Gross Monthly Sales (Cash, Checks, Credit Cards)

Seasonal Sales: ☐ Yes ☐ No  If yes, high volume months: ☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ Jun ☐ Jul ☐ Aug ☐ Sep ☐ Oct ☐ Nov ☐ Dec

| # of Terminals | Terminal Make & Model | Software Type / POS System | Software Type / POS System - Contact Name & Phone |
|---|---|---|---|

## BACKGROUND INFORMATION

| Are you currently paying back a cash advance? | ☐ YES ☐ NO | If Yes, Company:_____ When taken out?_____ Balance:_____ |
|---|---|---|
| Are you currently behind on any of the following? | ☐ YES ☐ NO | If Yes, How much? Utilities:_____ Sales Tax:_____ Liquor Tax:_____ Rent:_____ Bank Loans:_____ |
| Any State / Federal Liens against the owners or business? (sales tax, mixed beverage, 941, etc.) | ☐ YES ☐ NO | If Yes, Details:_____ |
| Have you ever filed for Bankruptcy? | ☐ YES ☐ NO | If Yes, Details:_____ |
| Do you have any Lawsuits or Judgments against you or your business spending? | ☐ YES ☐ NO | If Yes, Details:_____ |

| TRADE REFERENCE (1) Business Name | Contact, Account Number | Phone Number |
|---|---|---|
| TRADE REFERENCE (2) Business Name | Contact, Account Number | Phone Number |

## BUSINESS PROPERTY INFORMATION

| Own/Lease | Lease Start Date | Lease Term | Monthly Rent/Mtg | Type of Building | Square Footage (approx) |
|---|---|---|---|---|---|

Managing Member

**Here is what is needed to complete your request for a Unsecured Business Line of Credit**

-Please fill out, sign, and return the attached MCL Business Application
-Executive Summary:  Sample Format Attached
-Articles of Incorporation, Good Standing, Operating Agreements, EIN from the IRS.
-2 Forms of personal ID State driver's licenses and a US Visa (copies of all owners ID's with more than 20% ownership in the Corp)
-Personal Financial statement (limited edition part of this application)
-Borrowers Consent (owners of 20% or more of Corp or LLC
-Due Diligence Deposit per LOI which is part of this application

-**The Following Can Wait until the On Line Bank Account is set up or until a Secure folder is sent for uploads: Business Bank Statements, Profit and Loss Statement from Business, Previous Year Business Tax Returns.**



McMANN Commercial Lending
205 N Michigan Ave • Suite 810 • Chicago IL 60601
312-224-8559 • 800-616-7726 • Fax 312-871-3344
Advertised Rates and Terms do not apply to all properties and county in the continental US

## Executive Summary Line of Credit

**Purpose and Use of Funds:**

 is requesting a $                    Line of Credit to support the leased additional warehouse space that was leased in July of this year. Company has already stocked about 15% of this space and is expected to have 75%- 85% of this new space occupied by January of 2021. The Line of Credit will be used to support the anticipated growth over the next 3 years that the additional space will provide

**Exit Strategy of LOC:**

In 2020, the company grew by 40%. The same growth is expected to continue in 2021. The expanded storage space that is now available and the additional 85% demand for unique food storage products will provide sufficient profitability with which to repay the Line of Credit.

**About The Company:**

 Company Inc. is a growing food storage and distribution company. Founded in 2005, the company has been growing steadily and are proud to say that many of the customers we started with are still with us today, our customers are growing due in part to our excellent supportive services. We are FDA registered and GMP certified which is not a requirement but demonstrates that we take food storage seriously. This year, we have begun the process of a new certification, one that is deemed the highest level of certification that a food-grade warehouse can achieve. Our audit date for this certification is in February 2021.

*Mc*

McMann Commercial Lending ● 800-616-7276 ● Chicago IL 60611

## Borrowers Consent

I hereby give our consent to McMann and its affiliates and/or successors and/or assigns permission to obtain ANY AND ALL INFORMATION regarding ownership, of assets, employment, checking/savings and/or all banking accounts, verifications of mortgages, payoffs, credit obligations and ALL OTHER MATTERS which may be required with our loan application for a loan.

THIS FORM MAY BE REPRODUCED AND THAT COPY SHALL BE AS EFFECTIVE AS THE ORIGINAL CONSENT WHICH WE HAVE SIGNED.

_____    _____    _____
Borrowers Signature                                           Date                               Date of Birth

_____    _____    _____
Borrowers name typed or printed                 Social Security #              Email Address

_____
Primary Residence Address, City, State, Zip


_____    _____    _____
Co Borrowers Signature                                        Date                               Date of Birth

_____    _____    _____
Co Borrowers name typed or printed              Social Security #              Email Address

_____
Primary Residence Address, City, State, Zip


_____    _____    _____
Co Borrowers Signature                                        Date                               Date of Birth

_____    _____    _____
Co Borrowers name typed or printed              Social Security #              Email Address

_____
Primary Residence Address, City, State, Zip


_____    _____    _____
Co Borrowers Signature                                        Date                               Date of Birth

_____    _____    _____
Co Borrowers name typed or printed              Social Security #              Email Address

_____
Primary Residence Address, City, State, Zip

## UnSecured LOC Due Diligence Checklist as of 10/13/2021

1. Income Statement (past five years or less starting with company establishment)

2. Balance Sheets (past five years or less starting with company establishment)

3. Cash Flow Statements (past five years or less starting with company establishment)

4. Tax Returns (past five years or less starting with company establishment)

5. Net Worth Statement/s for All Equity Owners That Have A 5% Or Higher Ownership Stake

6. Business Plan Including A 2 Year Forecast/Proforma & Management Bios

7. Previous 5 Month's Business Bank Statements for All Business Bank Accounts

8. Post-Closing Balance Assuming Term Sheet Terms/Rates

9. All UCC Lien Filings & Current List of All Creditors

10. Articles of Incorporation, Corporate Bylaws/Operating Agreement, & A Recent Certificate of Good Standing

11. Capitalization Table of All Outstanding Stock Shares, Stock Warrants, & Stock Options

12. All Registered Intellectual Property

**McMann Commercial Lending** • 205 N Michigan Ave • Chicago IL 60601
312-224-8559  Fax 312-871-3344

## McMann Commercial Lending Wire Instructions:

**Beneficiary: McMann Commercial Lending LLC,**
**205 N Michigan Ave, Suite 810 Chicago IL 60601**
**Bank: Old Plank Trail Community Bank 60423**
**Phone: 815-464-6888**
**Account #:** ▇▇▇▇▇▇▇ **, Routing:** ▇▇▇▇▇▇