# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES   or   NO   (circle one)** | **167** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Vinay Patel |
| **To:** | Morris, Benjamin J. |
| **Subject:** | Fwd: Wire from Harford lodging |
| **Date:** | Sunday, January 7, 2024 8:55:31 PM |

**\*\* EXTERNAL EMAIL MESSAGE \*\***
Wire for Wallingford and north haven
Sent from my iPhone

Begin forwarded message:

> **From:** Ryan Hepper <rhepper@loftadvisors.com>
> **Date:** March 11, 2023 at 2:55:15 AM GMT+5:30
> **Subject: RE: Wire from Harford lodging**
>
> Vinay,
>
> Please see the wire confirmation details below.
>
> **First Dakota National Bank Wire Date: 3/10/23**
>
> **IMAD:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
> **OMAD :** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>
> **Funds in the amount of $ 7,500.00 have been wired to McMann Commercial Lending LLC**
> ------
> **First Dakota National Bank Wire Date: 3/10/23**
>
> **IMAD:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
> **OMAD :** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>
> **Funds in the amount of $ 7,500.00 have been wired to McMann Commercial Lending LLC**
>
> Have a nice weekend!
>
> **Ryan Hepper**
> Private Banking Associate | Loft Advisors | 605.731.5131
> NMLS #2449807 - Lender NMLS #410144
>
> ---
>
> **From:** Vinay Patel <vinaypatel@sbmhospitality.com>
> **Sent:** Friday, March 10, 2023 1:41 PM
> **To:** Ryan Hepper <rhepper@loftadvisors.com>

**Subject:** [EXTERNAL] Wire from Harford lodging

<mark>**EXTERNAL EMAIL: Ensure you trust vinaypatel@sbmhospitality.com before clicking on any links or attachments.**</mark>

Hi Ryan,

We need to send out two separate wire amounts of $7500 Each from Hartford lodging. See below wire instructions.

1 Memo : North haven lodging partners LLC
2 memo : Wallingford Lodging partners LLC


McMann Commercial Lending Wire Instructions:
Beneficiary: McMann Commercial Lending LLC,
205 N Michigan Ave, Suite 810 Chicago IL 60601
Bank: Old Plank Trail Community Bank 60423
Phone:  815-464-6888
Account #: ▮▮▮▮▮▮▮▮ , Routing: ▮▮▮▮▮▮▮▮

Thanks,
Vinay


This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the original recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error, and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you received this email in error, please immediately notify postmaster@firstdakota.com.

If any personal views or opinions are contained in this email, those views or opinions are solely those of the author and do not necessarily represent those of First Dakota National Bank.

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the original recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error, and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you received this email in error, please immediately notify postmaster@firstdakota.com.

If any personal views or opinions are contained in this email, those views or opinions are solely those of the author and do not necessarily represent those of

First Dakota National Bank.