# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **168** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Vinay Patel |
| **To:** | Morris, Benjamin J. |
| **Subject:** | Fwd: Urgent hotel deal updates |
| **Date:** | Wednesday, January 3, 2024 9:48:07 AM |
| **Attachments:** | McMann Business Plan Template WT.pdf |

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Sent from my iPhone

Begin forwarded message:

> **From:** Ritesh Katwala <ritesh@citycapitaloffice.com>
> **Date:** March 12, 2023 at 6:36:16 PM GMT+5:30
> **Subject: Urgent hotel deal updates**
>
> Hello good morning,
> I got this from the lender.
>
> " I urgently need the application for the 17M property. I have one for the 18M Property. I need both executive summaries in our format. See attached. Last but not least I received one wire not two and it wasn't for $7900 it was for $7500. I need to get these registered ASAP otherwise they are subject to the new guidelines."
>
> Please use the attached format.
>
> Ritesh Katwala

# Executive Summary Line of Credit

**Purpose and Use of Funds:**

is requesting a $            Line of Credit to support the leased additional warehouse space that was leased in July of this year. Company has already stocked about 15% of this space and is expected to have 75%- 85% of this new space occupied by January of 2021. The Line of Credit will be used to support the anticipated growth over the next 3 years that the additional space will provide

**Exit Strategy of LOC:**

In 2020, the company grew by 40%. The same growth is expected to continue in 2021. The expanded storage space that is now available and the additional 85% demand for unique food storage products will provide sufficient profitability with which to repay the Line of Credit.

**About The Company:**

Company Inc. is a growing food storage and distribution company. Founded in 2005, the company has been growing steadily and are proud to say that many of the customers we started with are still with us today, our customers are growing due in part to our excellent supportive services. We are FDA registered and GMP certified which is not a requirement but demonstrates that we take food storage seriously. This year, we have begun the process of a new certification, one that is deemed the highest level of certification that a food-grade warehouse can achieve. Our audit date for this certification is in February 2021.