**EXHIBIT COVER SHEET**

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **169** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Shailesh Patel |
| **To:** | Morris, Benjamin J. |
| **Subject:** | Fw: North Haven Lodging Partners LLC - BELOC |
| **Date:** | Wednesday, January 3, 2024 9:51:30 AM |
| **Attachments:** | Outlook-2jq4s02j.png |
| | Outlook-jbtfo0w0.png |
| | image.png |

**\*\* EXTERNAL EMAIL MESSAGE \*\***

**Shailesh Patel**
**SBM Hospitality LLC**
**3705 W Avera Dr**
**Sioux Falls. SD 57108**
**605-376-9509 (cell)**
**888-711-0240 (Fax)**
**Shailesh.Patel@SBMHospitality.com**

*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*
*Famous verses from  a Bhagvad Geeta*

---

**From:** Ritesh Katwala <ritesh@citycapitaloffice.com>
**Sent:** Wednesday, March 15, 2023 7:24 AM
**To:** Shailesh Patel <shailesh.patel@sbmhospitality.com>; Smgroupconsultingg@gmail.com <Smgroupconsultingg@gmail.com>
**Cc:** Vinay Patel <vinaypatel@sbmhospitality.com>; Preet Patel <preet.patel@sbmhospitality.com>; Aditi Patel <aditi.patel@sbmhospitality.com>
**Subject:** Re: North Haven Lodging Partners LLC - BELOC

Hello Shaileshbhai,

Thank you for your email. I can address the concerns you have .

1) This loan is not amortized at all. It is Interest only (I/O) for 10 years.

2) The rate is at 4.75% I/O so at full Drawn $18MM it will be $855K per year or $71250 per month fixed for 10 years.
3) Please keep in mind that based on the 10% that you are putting in escrow will pay for about 2.4-2.6 years of payments for you. So for about 2.3 years you will not make any payments.
4) The points you are paying is the derivative of buying down the rate to 4.75%. Today the conventional rates are from 6.38%-9.75% and we are doing construction that normally will start at 7.5% I/O for 2 years.

image.png


Please let me know if you have any questions,

Sincerely,



Ritesh Katwala
*Co-Founder*

M- (630) 881-0057
https://www.citycapitaloffice.com/
Schedule An Appointment


On Wed, Mar 15, 2023 at 12:09 AM Shailesh Patel <shailesh.patel@sbmhospitality.com> wrote:

Ritesh,

I have couple of questions. There is no amortization mentioned is it 25 years? There is no way if it amortized over period of 10 years it will cash flow.

Secondly you guys are charging us 1.25 million in points up front and holding the interest upfront it technically add1.5% interest rate for 10 years so our rate will be 6.25 for 10 years. Can we get a better rate than 4.75% more like 4%.

Everything else looks good.

Hope to hear from you soon.

Thanks,

**Shailesh Patel**
**SBM Hospitality LLC**
**3705 W Avera Dr**
**Sioux Falls. SD 57108**
**605-376-9509 (cell)**
**888-711-0240 (Fax)**
**Shailesh.Patel@SBMHospitality.com**

*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*
*Famous verses from a Bhagvad Geeta*

---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Tuesday, March 14, 2023 2:57 PM
**To:** Vinay Patel <vinaypatel@sbmhospitality.com>; Shailesh Patel <shailesh.patel@sbmhospitality.com>
**Cc:** Ritesh Katwala <ritesh@citycapitaloffice.com>
**Subject:** North Haven Lodging Partners LLC - BELOC

Hello,

The documents sent earlier today through the link are not accessible at the time.
While we work on solving the issue, please see attached term sheet and data management agreement.

Please review and if you agree, fully execute and return to me.

Thank you,
Rene

Rene Jamulitrat
**Direct: 312-643-5036**
**Office: 800-616-7276**
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar



**From:**     Vinay Patel <vinaypatel@sbmhospitality.com>
**Sent:**     Wednesday, January 3, 2024 9:48 AM
**To:**       Morris, Benjamin J.
**Subject:**  Fwd: North Haven Lodging Partners LLC - BELOC

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Sent from my iPhone

Begin forwarded message:

> **From:** Ritesh Katwala <ritesh@citycapitaloffice.com>
> **Date:** March 15, 2023 at 5:54:48 PM GMT+5:30
> **Subject: Re: North Haven Lodging Partners LLC - BELOC**
>
> Hello Shaileshbhai,
>
> Thank you for your email. I can address the concerns you have .
>
> 1) This loan is not amortized at all. It is Interest only (I/O) for 10 years.
> 2) The rate is at 4.75% I/O so at full Drawn $18MM it will be $855K per year or $71250 per month fixed for 10 years.
> 3) Please keep in mind that based on the 10% that you are putting in escrow will pay for about 2.4-2.6 years of payments for you. So for about 2.3 years you will not make any payments.
> 4) The points you are paying is the derivative of buying down the rate to 4.75%. Today the conventional rates are from 6.38%-9.75% and we are doing construction that normally will start at 7.5% I/O for 2 years.

## Rates By Loan Type

| Commercial Loan Type | Average Rates |
|---|---|
| Conventional | 6.38% - 9.75% |
| Private Banking | 6.13% - 8.75% |
| SBA 7A | 6.75% - 10.25% |
| SBA 504 | 6.33% - 6.79% |
| USDA | 7.75% - 10.75% |
| Insurance | 5.88% - 7.89% |
| CMBS | 6.23% - 7.43% |
| Bridge | 8.87% - 17.87% |
| Construction | 9.25% - 14.25% |
| Mezzanine | 7.93% - 11.73% |

Please let me know if you have any questions,

Sincerely,



Ritesh Katwala
*Co-Founder*

2



M- (630) 881-0057
https://www.citycapitaloffice.com/
Schedule An Appointment

On Wed, Mar 15, 2023 at 12:09 AM Shailesh Patel <shailesh.patel@sbmhospitality.com> wrote:
Ritesh,
I have couple of questions. There is no amortization mentioned is it 25 years? There is no way if it amortized over period of 10 years it will cash flow.

Secondly you guys are charging us 1.25 million in points up front and holding the interest upfront it technically add1.5% interest rate for 10 years so our rate will be 6.25 for 10 years.  Can we get a better rate than 4.75% more like 4%.
Everything else looks good.
Hope to hear from you soon.
Thanks,

Shailesh Patel
SBM Hospitality LLC
3705 W Avera Dr

Sioux Falls. SD 57108
605-376-9509 (cell)

888-711-0240 (Fax)
Shailesh.Patel@SBMHospitality.com

*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*
**Famous verses from a Bhagvad Geeta**

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Tuesday, March 14, 2023 2:57 PM
**To:** Vinay Patel <vinaypatel@sbmhospitality.com>; Shailesh Patel <shailesh.patel@sbmhospitality.com>
**Cc:** Ritesh Katwala <ritesh@citycapitaloffice.com>
**Subject:** North Haven Lodging Partners LLC - BELOC

Hello,

The documents sent earlier today through the link are not accessible at the time.
While we work on solving the issue, please see attached term sheet and data management agreement.

Please review and if you agree, fully execute and return to me.

Thank you,
Rene

**Rene Jamulitrat**
**Direct:** 312-643-5036
**Office:** 800-616-7276
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar




4