# EXHIBIT COVER SHEET

**Exhibit**

| | |
|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |
| Admitted: | **YES    or    NO    (circle one)**    **172** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |
| Case No. | **3:24−bk−00496−BAJ** |
| Nature of Hearing: | **Trial on** |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |
| | **Debtor's Response Thereto (Doc. No. 34)** |
| | **U.S. Trustee's Reply (Doc. No. 38)** |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Shailesh Patel |
| **To:** | Morris, Benjamin J. |
| **Subject:** | Fw: Wallingford Lodging Partners LLC / North Haven Lodging partners |
| **Date:** | Tuesday, March 19, 2024 8:00:47 PM |
| **Attachments:** | image001.jpg |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Shailesh Patel
SBM Hospitality LLC
3705 W Avera Dr
Sioux Falls. SD 57108
605-376-9509 (cell)
888-711-0240 (Fax)
Shailesh.Patel@SBMHospitality.com

*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*

*Famous verses from  a Bhagvad Geeta*

**From:** RITESH KATWALA <ritesh@citycapitaloffice.com>
**Sent:** Tuesday, May 2, 2023 3:40 PM
**To:** Shailesh Patel <shailesh.patel@sbmhospitality.com>; Vinay Patel <vinaypatel@sbmhospitality.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Cc:** smgroupconsultingg@gmail.com <smgroupconsultingg@gmail.com>; PIYUSH PATEL <piyush@citycapitaloffice.com>; Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** RE: Wallingford Lodging Partners LLC / North Haven Lodging partners

Hello All,

As of today, we have confirmation from Michael and Rene that all the documents are in order. Next step is to get two wires in the account at JP Morgan Chase per the loan agreement.

- Once wire is completed and confirmation is sent to Rene and Michael in 48 hours or 75-day cycle will start for the first tranche.

Please let me know if we have any questions,

Sincerely,



Ritesh Katwala
*Co-Founder*

M- (630) 881-0057
https://www.citycapitaloffice.com/

---

**From:** Shailesh Patel <shailesh.patel@sbmhospitality.com>
**Sent:** Thursday, April 27, 2023 1:35 PM
**To:** Vinay Patel <vinaypatel@sbmhospitality.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; RITESH KATWALA <ritesh@citycapitaloffice.com>
**Cc:** smgroupconsultingg@gmail.com
**Subject:** Re: Wallingford Lodging Partners LLC / North Haven Lodging partners

Ritesh,
We have completed all formalities please send us info to set up Zoomerall so we can also wire the money by tomorrow.
Please let us know if something is missing.
Thanks


**Shailesh Patel**
**SBM Hospitality LLC**
**3705 W Avera Dr**
**Sioux Falls. SD 57108**
**605-376-9509 (cell)**
**888-711-0240 (Fax)**
Shailesh.Patel@SBMHospitality.com

*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*

### Famous verses from a Bhagvad Geeta

---

**From:** Vinay Patel <vinaypatel@sbmhospitality.com>
**Sent:** Thursday, April 27, 2023 11:23 AM
**To:** Shailesh Patel <shailesh.patel@sbmhospitality.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Ritesh Katwala <ritesh@citycapitaloffice.com>
**Cc:** smgroupconsultingg@gmail.com <smgroupconsultingg@gmail.com>
**Subject:** Re: Wallingford Lodging Partners LLC / North Haven Lodging partners

Rene,

See attached copy of voided check for North Haven and Wallingford lodging partners LLC.

Thanks,
Vinay

---

**From:** Shailesh Patel <shailesh.patel@sbmhospitality.com>
**Date:** Wednesday, April 26, 2023 at 9:13 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, Vinay Patel <vinaypatel@sbmhospitality.com>, Ritesh Katwala <ritesh@citycapitaloffice.com>
**Cc:** smgroupconsultingg@gmail.com <smgroupconsultingg@gmail.com>
**Subject:** Re: Wallingford Lodging Partners LLC / North Haven Lodging partners

Rene,
Here are operating agreements for both hotels.

**Shailesh Patel**
**SBM Hospitality LLC**
**3705 W Avera Dr**
**Sioux Falls. SD 57108**
**605-376-9509 (cell)**

**888-711-0240 (Fax)**
Shailesh.Patel@SBMHospitality.com

*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*
*Famous verses from  a Bhagvad Geeta*

---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Tuesday, April 25, 2023 3:47 PM
**To:** Vinay Patel <vinaypatel@sbmhospitality.com>; Shailesh Patel <shailesh.patel@sbmhospitality.com>; Ritesh Katwala <ritesh@citycapitaloffice.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; smgroupconsultingg@gmail.com <smgroupconsultingg@gmail.com>
**Subject:** Re: Wallingford Lodging Partners LLC BELOC 2815

Hello,
I still need a copy of the wire confirmation for the escrow/ Interest credit payment amount.



**Rene Jamulitrat**
**Direct: 312-643-5036**
**Office: 800-616-7276**
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar



**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Tuesday, April 25, 2023 3:15 PM
**To:** Vinay Patel <vinaypatel@sbmhospitality.com>; Shailesh Patel <shailesh.patel@sbmhospitality.com>; Ritesh Katwala <ritesh@citycapitaloffice.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; smgroupconsultingg@gmail.com <smgroupconsultingg@gmail.com>
**Subject:** Re: Wallingford Lodging Partners LLC BELOC 2815

Thank you

# Rene Jamulitrat
**Direct: 312-643-5036**
**Office: 800-616-7276**
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar



---

**From:** Vinay Patel <vinaypatel@sbmhospitality.com>
**Sent:** Tuesday, April 25, 2023 3:00 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Shailesh Patel <shailesh.patel@sbmhospitality.com>; Ritesh Katwala <ritesh@citycapitaloffice.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; smgroupconsultingg@gmail.com <smgroupconsultingg@gmail.com>
**Subject:** Re: Wallingford Lodging Partners LLC BELOC 2815

Hi Rene, See attached requested outstanding documents.

Thanks,
Vinay

---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Date:** Thursday, April 20, 2023 at 5:40 PM
**To:** Shailesh Patel <shailesh.patel@sbmhospitality.com>, Vinay Patel <vinaypatel@sbmhospitality.com>, Ritesh Katwala <ritesh@citycapitaloffice.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>, smgroupconsultingg@gmail.com <smgroupconsultingg@gmail.com>
**Subject:** Re: Wallingford Lodging Partners LLC BELOC 2815

Hello,

Please note there are items outstanding for your file.

I need the documents and information requested on the list attached.  Also, a copy of the wire confirmation for the escrow.

Thank you,

Rene Jamulitrat
**Direct: 312-643-5036**
**Office: 800-616-7276**
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar



---

**From:** Shailesh Patel <shailesh.patel@sbmhospitality.com>
**Sent:** Thursday, April 20, 2023 1:42 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Vinay Patel <vinaypatel@sbmhospitality.com>; Ritesh Katwala <ritesh@citycapitaloffice.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; smgroupconsultingg@gmail.com <smgroupconsultingg@gmail.com>
**Subject:** Re: Wallingford Lodging Partners LLC BELOC 2815

Guys,

Here is the signed documents. for Wallingford. I will send you North Haven docs in next few minutes.

Please let me know if you need more info.

**Shailesh Patel**
**SBM Hospitality LLC**
**3705 W Avera Dr**
**Sioux Falls. SD 57108**
**605-376-9509 (cell)**
**888-711-0240 (Fax)**

Shailesh.Patel@SBMHospitality.com

*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or*

*deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*
*Famous verses from a Bhagvad Geeta*

---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Monday, April 10, 2023 1:18 PM
**To:** Vinay Patel <vinaypatel@sbmhospitality.com>; Shailesh Patel <shailesh.patel@sbmhospitality.com>; Ritesh Katwala <ritesh@citycapitaloffice.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>
**Subject:** Wallingford Lodging Partners LLC BELOC 2815

Hello,
Please see attached updated loan agreement.
If you agree, fully execute and return the signed agreement with wire confirmation for ICA deposit.

**When sending the wire, please write "ICA" in the Memo along with your User ID (2815).

Rene Jamulitrat
**Direct:** 312-643-5036
**Office:** 800-616-7276
Loan Processor
mcmanncommerciallending.com
Appointment Calendar

