# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **175** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Shailesh Patel |
| **To:** | Morris, Benjamin J. |
| **Subject:** | Fw: Wallingford Lodging Partners LLC BELOC 2815 |
| **Date:** | Tuesday, March 19, 2024 8:02:18 PM |
| **Attachments:** | Outlook-1lyxjg3x.png |
| | Outlook-milkgxht.png |
| | Outlook-3gu3enwb.png |
| | Outlook-gghkloqa.png |
| | image.png |
| | Outlook-afgmldej.png |
| | Outlook-5txc3jf4.png |
| | Outlook-image.png.png |

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Shailesh Patel
SBM Hospitality LLC
3705 W Avera Dr
Sioux Falls. SD 57108
605-376-9509 (cell)
888-711-0240 (Fax)
Shailesh.Patel@SBMHospitality.com

*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*
*Famous verses from a Bhagvad Geeta*

**From:** Shailesh Patel <shailesh.patel@sbmhospitality.com>
**Sent:** Monday, August 14, 2023 3:40 PM
**To:** preet01patelmd@gmail.com <preet01patelmd@gmail.com>; preet.patel@duke.edu <preet.patel@duke.edu>
**Subject:** Re: Wallingford Lodging Partners LLC BELOC 2815

Michael,

As per our email confirmation we started the work on Hampton Inn North Haven and Wallingford you said that the matter of account opening should be resolved in days and not weeks. It has been 10 days since that conversation and we started the project based on your promise now some of bills are coming thru and will be required to pay it.  We have been hearing next week next week, in few days since early July and are on our 100th day since we sent the deposit. Please wire us the money we need it ASAP as we now have incurred expenses on material and labor and will need to pay some of these subs. Your urgent attention to this matter will be greatly appreciated.

Please email me back on what date this week we can expect money wired in our account. We will need it to pay the bills so please send thew wire ASAP.

Thanks

**Shailesh Patel**
**SBM Hospitality LLC**
**3705 W Avera Dr**
**Sioux Falls. SD 57108**
**605-376-9509 (cell)**
**888-711-0240 (Fax)**
**Shailesh.Patel@SBMHospitality.com**


*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*

*Famous verses from  a Bhagvad Geeta*

---

**From:** Shailesh Patel <shailesh.patel@sbmhospitality.com>
**Sent:** Monday, August 14, 2023 3:39 PM
**To:** preet01patelmd@gmail.com <preet01patelmd@gmail.com>; preet.patel@duke.edu <preet.patel@duke.edu>
**Subject:** Fw: Wallingford Lodging Partners LLC BELOC 2815

**Shailesh Patel**
**SBM Hospitality LLC**
**3705 W Avera Dr**
**Sioux Falls. SD 57108**
**605-376-9509 (cell)**
**888-711-0240 (Fax)**
**Shailesh.Patel@SBMHospitality.com**

*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*
*Famous verses from a Bhagvad Geeta*

---

**From:** Shailesh Patel <shailesh.patel@sbmhospitality.com>
**Sent:** Monday, August 14, 2023 3:33 PM
**To:** Vinay Patel <vinaypatel@sbmhospitality.com>; Michael Lanza <mlanza@mcmanncommerciallending.com>; Ritesh Katwala <ritesh@citycapitaloffice.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Subject:** Re: Wallingford Lodging Partners LLC BELOC 2815

Michael,
As per our email confirmation we started the work on Hampton Inn North Haven and Wallingford you said that the matter of account opening should be resolved in days and not weeks. It has been 10 days since that conversation and we started the project based on your promise now some of bills are coming thru and will be required to pay it. We have been hearing next week next week, in few days since early July and are on our 100th day since we sent the deposit. Please wire us the money we need it ASAP as we now have incurred expenses on material and labor and will need to pay some of these subs. Your urgent attention to this matter will be greatly appreciated.
Please email me back on what date this week we can expect money wired in our account. We will need it to pay the bills so please send thew wire ASAP.
Thanks

**Shailesh Patel**
**SBM Hospitality LLC**
**3705 W Avera Dr**
**Sioux Falls. SD 57108**
**605-376-9509 (cell)**
**888-711-0240 (Fax)**
**Shailesh.Patel@SBMHospitality.com**


*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*

*Famous verses from a Bhagvad Geeta*

---

**From:** Shailesh Patel <shailesh.patel@sbmhospitality.com>
**Sent:** Friday, August 4, 2023 10:37 AM
**To:** Vinay Patel <vinaypatel@sbmhospitality.com>; Michael Lanza <mlanza@mcmanncommerciallending.com>
**Subject:** Re: Wallingford Lodging Partners LLC BELOC 2815

Michael,
Thanks for the update. We appreciate your response to my email. We are currently in bind with the contractors who are calling us almost every day on a date they can start. We have been putting them off by saying next week for almost 4- 5 weeks now and lot of them are not happy. We have done our negotiating and tied the contracts down to price where we like them and I do not want them to get mad and walk away. It will delay our whole project and really throw us off our tracks for timing as well as budget as we look for new contractors and then to get on their schedules and it could be months. It is really hard for these guys to work on indefinite time line a week loss of job really hurts them where they have us on schedule and do not accept other jobs given the size of the projects and when we push them back for weeks it is really hard on them and their families too as lot of the foremen do not take a pay check home.

We will really appreciate it if you can give us some direction on the worst-case scenario to

receiving the first tranches so we can actually tell them a realistic date they can start. It will help us navigate this project smoothly and not breaking their trusts. Please give us some kind of timeline where you think you can get the new financial institute in place and when can we expect the first Tranche.

We really do not want to be a pest but we have a lot of people riding on this and everybody has been very patient till now but some of them are getting very uneasy and not happy, So your cooperation in resolving this matter will be highly appreciated. Hope to hear from you soon.
Have a wonderful day.


**Shailesh Patel**
**SBM Hospitality LLC**
**3705 W Avera D**
**Sioux Falls. SD 57108**
**605-376-9509 (cell)**
**888-711-0240 (Fax)**
**Shailesh.Patel@SBMHospitality.com**


*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*
*Famous verses from a Bhagvad Geeta*

---

**From:** Vinay Patel <vinaypatel@sbmhospitality.com>
**Sent:** Friday, August 4, 2023 9:27 AM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Shailesh Patel <shailesh.patel@sbmhospitality.com>
**Subject:** Re: Wallingford Lodging Partners LLC BELOC 2815

Dear Michael

Thank you for your update and the detailed explanation of the recent changes to the BELOC program. I appreciate your effort in keeping me informed of the developments, especially considering your busy schedule.

It's great to hear that McMann is taking on the responsibility of handling disbursements for the Tranches directly. This step indicates your commitment to ensuring a smoother and more efficient funding process for your clients. Establishing new banking relationships for handling large incoming and outgoing wires sounds like a prudent move to avoid any potential account freezes or complications. I understand that navigating such financial matters can be intricate, and I applaud your dedication to maintaining transparency and legitimacy.

While I understand that the transition to new banking relationships may take some time, I was hoping to inquire about a **definite timeline** for when these new arrangements are expected to be finalized. Having an estimated timeline would help me manage expectations on my end and communicate effectively with any stakeholders involved. I understand that unforeseen challenges can arise, but having a general timeframe would be greatly appreciated.

Once again, thank you for keeping me in the loop about these changes. I look forward to your response and further updates on the progress of the BELOC program.

I look forward to speaking with you this afternoon !!

Thank you,

Vinay


Sent from my iPhone


> On Aug 4, 2023, at 9:52 AM, Michael Lanza <mlanza@mcmanncommerciallending.com> wrote:
>
>
> My apologies for not getting back to you. The day got away from me and this morning has been back-to-back calls. I should have some time to speak this afternoon and will try and reach out but I at least wanted to give you a brief rundown of where we stand. As we have always told you, the BELOC program is evolving and changing. The latest change is that the financial partner we work with usually did the disbursements of the Tranches. We at McMann are taking that responsibility on to have more control of making sure our client's get funded as soon as possible .To that end we have been working to establish new banking relationships in order to handle

multimillion dollar incoming wires as well as wire of similar size going out. If we had tried to use the existing accounts, we had the funds as soon as they hit our account would have been frozen and we would have to have gone through the arduous task of explaining where the money came from and that it was not money laundering or fraud. We should have the new banking relationships finalized shortly and will be able to take in the funds and make the disbursements to our clients awaiting their first tranche. We apologize for the delay and will keep you posted as things progress.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar

---

**From:** Shailesh Patel <shailesh.patel@sbmhospitality.com>
**Sent:** Tuesday, August 1, 2023 2:20 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Vinay Patel <vinaypatel@sbmhospitality.com>; Ritesh Katwala <ritesh@citycapitaloffice.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; smgroupconsultingg@gmail.com <smgroupconsultingg@gmail.com>
**Subject:** Re: Wallingford Lodging Partners LLC BELOC 2815

Rene, Michael,
Hope you are having a wonderful day.
I was just circling back to you regarding North Haven and Wallingford funding. We were told in June that it was going to happen last part of June than it was early first week of July and were told that money would be received by the time we land in India on July 5th so based on that I had signed contracts for site work and other stuff to start on July 15th but ever since July 5th we are being told this week next week and my subs have held off other jobs based on that and have not taken any other jobs but now they have lost an entire 3 weeks because of this delay and are about to walk off. We again were told by Michael on the phone that it will be funded this week and now again we do not know if it going to happen

this week or not. So honestly, I do not know what to tell these guys.
It is very very inconvenient for us to schedule work like this hope you understand where we are coming from, my subs are really mad at us as they lost 2 weeks of work because of me and want reimbursed and want us to be honest with them.
Guys we cannot live on indefinite timeline, it is very tough.
Please email us on exactly when can we expect the funding. Your timely cooperation and response will be highly appreciated.

Also, as I told you about the new India deal on the phone, we cannot do this in India there if you promise and do not deliver you lose all your credibility. Plus, we have to put 3 million hard money down and we do not want to lose it and our credibility too. A week here there is okay but weeks at a time with new promise every week will not work.
Hope we can expand our relationship further with this mutual understanding and respect for each other's timeline.

 Please let me know exactly when can we expect the funding so we can go and tell our subs when to schedule us and start working.

Your timely response will be much appreciated.
Thank you and have a wonderful day.



**Shailesh Patel**
**SBM Hospitality LLC**
**3705 W Avera Dr**
**Sioux Falls. SD 57108**
**605-376-9509 (cell)**
**888-711-0240 (Fax)**
**Shailesh.Patel@SBMHospitality.com**


*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness*

*in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*
## Famous verses from a Bhagvad Geeta

---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Tuesday, April 25, 2023 3:47 PM
**To:** Vinay Patel <vinaypatel@sbmhospitality.com>; Shailesh Patel <shailesh.patel@sbmhospitality.com>; Ritesh Katwala <ritesh@citycapitaloffice.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; smgroupconsultingg@gmail.com <smgroupconsultingg@gmail.com>
**Subject:** Re: Wallingford Lodging Partners LLC BELOC 2815

Hello,
I still need a copy of the wire confirmation for the escrow/ Interest credit payment amount.



Rene Jamulitrat
**Direct: 312-643-5036**
**Office: 800-616-7276**
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar



---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Tuesday, April 25, 2023 3:15 PM
**To:** Vinay Patel <vinaypatel@sbmhospitality.com>; Shailesh Patel <shailesh.patel@sbmhospitality.com>; Ritesh Katwala <ritesh@citycapitaloffice.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; smgroupconsultingg@gmail.com <smgroupconsultingg@gmail.com>
**Subject:** Re: Wallingford Lodging Partners LLC BELOC 2815

Thank you

Rene Jamulitrat
**Direct: 312-643-5036**
**Office: 800-616-7276**

**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar



**From:** Vinay Patel <vinaypatel@sbmhospitality.com>
**Sent:** Tuesday, April 25, 2023 3:00 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Shailesh Patel <shailesh.patel@sbmhospitality.com>; Ritesh Katwala <ritesh@citycapitaloffice.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; smgroupconsultingg@gmail.com <smgroupconsultingg@gmail.com>
**Subject:** Re: Wallingford Lodging Partners LLC BELOC 2815

Hi Rene, See attached requested outstanding documents.


Thanks,
Vinay

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Date:** Thursday, April 20, 2023 at 5:40 PM
**To:** Shailesh Patel <shailesh.patel@sbmhospitality.com>, Vinay Patel <vinaypatel@sbmhospitality.com>, Ritesh Katwala <ritesh@citycapitaloffice.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>, smgroupconsultingg@gmail.com <smgroupconsultingg@gmail.com>
**Subject:** Re: Wallingford Lodging Partners LLC BELOC 2815

Hello,

Please note there are items outstanding for your file.
I need the documents and information requested on the list attached.  Also, a copy of the wire confirmation for the escrow.

Thank you,
Rene Jamulitrat
**Direct:** 312-643-5036
**Office:** 800-616-7276
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar



**From:** Shailesh Patel <shailesh.patel@sbmhospitality.com>
**Sent:** Thursday, April 20, 2023 1:42 PM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Vinay Patel <vinaypatel@sbmhospitality.com>; Ritesh Katwala <ritesh@citycapitaloffice.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; smgroupconsultingg@gmail.com <smgroupconsultingg@gmail.com>
**Subject:** Re: Wallingford Lodging Partners LLC BELOC 2815

Guys,
Here is the signed documents. for Wallingford. I will send you North Haven docs in next few minutes.
Please let me know if you need more info.

**Shailesh Patel**
**SBM Hospitality LLC**
**3705 W Avera Dr**
**Sioux Falls. SD 57108**
**605-376-9509 (cell)**
**888-711-0240 (Fax)**
**Shailesh.Patel@SBMHospitality.com**

*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*
*Famous verses from a Bhagvad Geeta*

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Sent:** Monday, April 10, 2023 1:18 PM
**To:** Vinay Patel <vinaypatel@sbmhospitality.com>; Shailesh Patel <shailesh.patel@sbmhospitality.com>; Ritesh Katwala <ritesh@citycapitaloffice.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL

&lt;info@mcmanncommerciallending.com&gt;
**Subject:** Wallingford Lodging Partners LLC BELOC 2815

Hello,

Please see attached updated loan agreement.

If you agree, fully execute and return the signed agreement with wire confirmation for ICA deposit.

**When sending the wire, please write "ICA" in the Memo along with your User ID (2815).

Rene Jamulitrat
**Direct: 312-643-5036**
**Office: 800-616-7276**
**Loan Processor**
mcmanncommerciallending.com
Appointment Calendar

