<u>**EXHIBIT COVER SHEET**</u>

<u>**Exhibit**</u>

Party Submitting:      **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:      **YES      or      NO      (circle one)**      <u>**176**</u>

Chapter 11 Debtor:      **Genie Investments NV, Inc.**

Case No.      **3:24−bk−00496−BAJ**

Nature of Hearing:      **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:      **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Vinay Patel |
| **To:** | Morris, Benjamin J. |
| **Subject:** | Fwd: North Haven (2816), Wallingford (2815) |
| **Date:** | Friday, January 5, 2024 10:24:32 AM |
| **Attachments:** | image001.jpg |
| | image002.png |

## ** EXTERNAL EMAIL MESSAGE **

Sent from my iPhone

Begin forwarded message:

> **From:** RITESH KATWALA <ritesh@citycapitaloffice.com>
> **Date:** August 17, 2023 at 12:30:12 AM GMT+5:30
> **Subject: North Haven (2816), Wallingford (2815)**

 <!--[if !supportAnnotations]--><!--[endif]-->
Hello Michael,

I trust this message finds you well. I am writing to address a matter of considerable urgency regarding the hotel projects and our ongoing engagement.
Over the past two weeks, both our clients and my team have been actively seeking clarification on the anticipated timeline for the delivery of the first Tanach. Regrettably, we find ourselves in a situation where we have exceeded the 75-day period stipulated in the loan agreement without the corresponding funds being disbursed, as agreed upon. This has raised concerns among all parties involved.

Despite our repeated attempts to establish direct communication, we have yet to receive a definitive response from your end. The absence of clear and timely information has led to a sense of uncertainty and frustration, both on our part and that of our clients.

Furthermore, it was communicated to our client a mere ten days ago that the funding for the project was expected to be finalized by Monday, the 14th. Regrettably, as of today's date, no funds have been received in accordance with this commitment.

In light of these circumstances and the escalating concerns, it is with a heavy heart that I must inform you that we are contemplating advising our client to proceed with the execution of the Termination letter, as permitted within the confines of the agreement. Our intention is not to resort to such measures, but the current situation necessitates the exploration of all available options.

Your immediate attention to this matter would be greatly appreciated. Should you have any questions or require additional information, please do not hesitate to reach out. Clear and open communication is crucial at this juncture as we strive to find a

resolution that is equitable for all parties involved.

Sincerely,


Ritesh Katwala
*Co-Founder*

M- (630) 881-0057
https://www.citycapitaloffice.com/