**EXHIBIT COVER SHEET**

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO     (circle one)** | **177** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Vinay Patel |
| **To:** | Morris, Benjamin J. |
| **Subject:** | Fwd: Conference Call. |
| **Date:** | Wednesday, January 3, 2024 9:50:34 AM |
| **Attachments:** | Outlook-image.png.png |
| | Outlook-image.png.png |

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Sent from my iPhone

Begin forwarded message:

> **From:** RITESH KATWALA <ritesh@citycapitaloffice.com>
> **Date:** August 18, 2023 at 1:57:02 AM GMT+5:30
> **Subject: FW: Conference Call.**
>
> <!--[if !supportAnnotations]--><!--[endif]-->
> Sailesh Bhai,
>
> I will strongly recommend that we completed the termination agreement before we schedule any calls. Let's just get this termination in motion. We can get on the call to discuss the timeline and process.
>
> Ritesh
>
> ---
>
> **From:** Michael Lanza <mlanza@mcmanncommerciallending.com>
> **Sent:** Thursday, August 17, 2023 10:12 AM
> **To:** shailesh.patel@sbmhospitality.com
> **Cc:** RITESH KATWALA <ritesh@citycapitaloffice.com>; Info MCL <info@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
> **Subject:** Conference Call.
>
> Please provide 3 times that you are available so we can schedule a conference call with our investor partner Genie to get you the answers/information you need. Thanks, and look forward to your response.
>
> Michael J. Lanza
> **Direct 321-295-4808**

**Office 800-616-7276**
**Senior Commercial Loan Officer**
McMannCommercialLending.com
Appointment Calendar

