# EXHIBIT COVER SHEET

| | | Exhibit |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES or NO (circle one)** | **178** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on**<br><br>**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**<br><br>**Debtor's Response Thereto (Doc. No. 34)**<br><br>**U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:____________________________, 2024.**

**By: _______________________, Deputy Clerk**

**From:** Shailesh Patel
**To:** Morris, Benjamin J.
**Subject:** Fw: North Haven (2816), Wallingford (2815)
**Date:** Tuesday, March 19, 2024 8:06:51 PM
**Attachments:** image001.jpg
image002.png
Outlook-uwvzilvq.png
Outlook-af2oe35b.png
North havne Bank Wire Template 1.pdf
Wallingford Bank Wire Template.pdf

---

**** EXTERNAL EMAIL MESSAGE ****

**Shailesh Patel**
**SBM Hospitality LLC**
**3705 W Avera Dr**
**Sioux Falls. SD 57108**
**605-376-9509 (cell)**
**888-711-0240 (Fax)**
**Shailesh.Patel@SBMHospitality.com**

*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*
*Famous verses from a Bhagvad Geeta*

---

**From:** Vinay Patel <vinaypatel@sbmhospitality.com>
**Sent:** Saturday, August 19, 2023 11:36 AM
**To:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Shailesh Patel <shailesh.patel@sbmhospitality.com>; RITESH KATWALA <ritesh@citycapitaloffice.com>; Michael Lanza <mlanza@mcmanncommerciallending.com>; scade@foley.com <scade@foley.com>; preet.patel@duke.edu <preet.patel@duke.edu>
**Cc:** Brijesh patel <smgroupconsultingg@gmail.com>; PIYUSH PATEL <piyush@citycapitaloffice.com>; Dhughes@Genieinvestments.com <Dhughes@Genieinvestments.com>; Sandra Colthirst <scolthirst@mcmanncommerciallending.com>

**Subject:** Re: North Haven (2816), Wallingford (2815)

Hi Rene,

I have uploaded both termination letter to zoomeral.

Also see attached North Haven and Wallingford lodging partners LLC bank wire template.

Thanks,
Vinay

---

**From:** Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>
**Date:** Friday, August 18, 2023 at 10:24 PM
**To:** Vinay Patel <vinaypatel@sbmhospitality.com>, Shailesh Patel <shailesh.patel@sbmhospitality.com>, RITESH KATWALA <ritesh@citycapitaloffice.com>, Michael Lanza <mlanza@mcmanncommerciallending.com>, scade@foley.com <scade@foley.com>, preet.patel@duke.edu <preet.patel@duke.edu>
**Cc:** Brijesh patel <smgroupconsultingg@gmail.com>, PIYUSH PATEL <piyush@citycapitaloffice.com>, Dhughes@Genieinvestments.com <Dhughes@Genieinvestments.com>, Sandra Colthirst <scolthirst@mcmanncommerciallending.com>
**Subject:** Re: North Haven (2816), Wallingford (2815)

Kindly note the following:

**In order to Terminate your Loan Agreement for 2815 and receive a refund, please use the following link by copying and pasting the link into your browser. Make sure your Termination Form Letter is notarized. Thank you.**

**https://zoomeral.com/genie-ica-termination-refunds**

Genie ICA Termination Refunds
Genie ICA Termination Refunds It's All About Your Numbers! Genie Investments Needs You To Upload Your Termination Form Letter & Input Your Wiring Instructions
zoomeral.com

This link is for Wallingford (2815) . I will send a separate email for North Haven
Attached is a wiring instructions letter for you to complete and send with the termination Form.

Thank you,

Rene Jamulitrat
Direct: 312-643-5036
Office: 800-616-7276
**Administrative Assistant**
mcmanncommerciallending.com
Appointment Calendar



---

**From:** Vinay Patel <vinaypatel@sbmhospitality.com>
**Sent:** Thursday, August 17, 2023 2:55 PM
**To:** Shailesh Patel <shailesh.patel@sbmhospitality.com>; RITESH KATWALA <ritesh@citycapitaloffice.com>; Michael Lanza <mlanza@mcmanncommerciallending.com>; scade@foley.com <scade@foley.com>; preet.patel@duke.edu <preet.patel@duke.edu>
**Cc:** Brijesh patel <smgroupconsultingg@gmail.com>; PIYUSH PATEL <piyush@citycapitaloffice.com>; Dhughes@Genieinvestments.com <Dhughes@Genieinvestments.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Sandra Colthirst <scolthirst@mcmanncommerciallending.com>
**Subject:** Re: North Haven (2816), Wallingford (2815)

See attached Updated bank information copy.

Thanks,
Vinay

---

**From:** Vinay Patel <vinaypatel@sbmhospitality.com>
**Date:** Thursday, August 17, 2023 at 4:36 PM
**To:** Shailesh Patel <shailesh.patel@sbmhospitality.com>, RITESH KATWALA <ritesh@citycapitaloffice.com>, Michael Lanza <mlanza@mcmanncommerciallending.com>, scade@foley.com <scade@foley.com>, preet.patel@duke.edu <preet.patel@duke.edu>
**Cc:** Brijesh patel <smgroupconsultingg@gmail.com>, PIYUSH PATEL <piyush@citycapitaloffice.com>, Dhughes@Genieinvestments.com <Dhughes@Genieinvestments.com>, Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, scolthirst@mcmanncommerciallending.com <scolthirst@mcmanncommerciallending.com>
**Subject:** Re: North Haven (2816), Wallingford (2815)

Hi All,

See attached Sign Termination Letter.

Thanks,
Vinay

---

**From:** Shailesh Patel <shailesh.patel@sbmhospitality.com>
**Date:** Thursday, August 17, 2023 at 4:32 PM
**To:** RITESH KATWALA <ritesh@citycapitaloffice.com>, Michael Lanza <mlanza@mcmanncommerciallending.com>, scade@foley.com <scade@foley.com>, preet.patel@duke.edu <preet.patel@duke.edu>
**Cc:** Vinay Patel <vinaypatel@sbmhospitality.com>, Brijesh patel <smgroupconsultingg@gmail.com>, PIYUSH PATEL <piyush@citycapitaloffice.com>, Dhughes@Genieinvestments.com <Dhughes@Genieinvestments.com>, Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, scolthirst@mcmanncommerciallending.com <scolthirst@mcmanncommerciallending.com>
**Subject:** Re: North Haven (2816), Wallingford (2815)

 David,
Thank you for the call today morning. As per our conversation today we would like to terminate the current agreement because we need to get our money back as we have incurred the bills by starting construction and subs are threatening to file lien on the hotel even before we start the project. So please refund our money and wire it back ASAP. We will circle back to you once we have a more clarity on timeline to start construction. We might utilize bridge loan to fund the gap between the equity difference at that point but for now we need to money back from our escrow account to pay off the bills incurred.
Please advise how soon can we expect our money back.
Hope to resume this at a later date once we have definitive timeline. I have copied our attorney Scott on this email too.
Please feel free to reach out to me or to him if you have any questions.
Have a wonderful day.


**Shailesh Patel**
**SBM Hospitality LLC**
**3705 W Avera Dr**
**Sioux Falls. SD 57108**
**605-376-9509 (cell)**
**888-711-0240 (Fax)**
**Shailesh.Patel@SBMHospitality.com**

*-Success or achievement is not the final goal. It is the spirit in which you act that makes your life beautiful and worth living.*
*- Learn to live selflessly and do your duties stay calm in success and despairs do not let Happiness and sorrow bother you or deviate your righteousness*
*-Neither in this world nor elsewhere is there any happiness in store for him who always doubts.*
*- Man is made by his belief. As he believes, so he is.*

*Famous verses from a Bhagvad Geeta*

---

**From:** RITESH KATWALA <ritesh@citycapitaloffice.com>
**Sent:** Wednesday, August 16, 2023 2:00 PM
**To:** Michael Lanza <mlanza@mcmanncommerciallending.com>
**Cc:** Shailesh Patel <shailesh.patel@sbmhospitality.com>; Vinay Patel <vinaypatel@sbmhospitality.com>; Brijesh patel <smgroupconsultingg@gmail.com>; PIYUSH PATEL <piyush@citycapitaloffice.com>
**Subject:** North Haven (2816), Wallingford (2815)

Hello Michael,

I trust this message finds you well. I am writing to address a matter of considerable urgency regarding the hotel projects and our ongoing engagement.
Over the past two weeks, both our clients and my team have been actively seeking clarification on the anticipated timeline for the delivery of the first Tanach. Regrettably, we find ourselves in a situation where we have exceeded the 75-day period stipulated in the loan agreement without the corresponding funds being disbursed, as agreed upon. This has raised concerns among all parties involved.

Despite our repeated attempts to establish direct communication, we have yet to receive a definitive response from your end. The absence of clear and timely information has led to a sense of uncertainty and frustration, both on our part and that of our clients.

Furthermore, it was communicated to our client a mere ten days ago that the funding for the project was expected to be finalized by Monday, the 14th. Regrettably, as of today's date, no funds have been received in accordance with this commitment.

In light of these circumstances and the escalating concerns, it is with a heavy heart that I must inform you that we are contemplating advising our client to proceed with the execution of the Termination letter, as permitted within the confines of the agreement. Our intention is not to resort to such measures, but the current situation necessitates the exploration of all available options.

Your immediate attention to this matter would be greatly appreciated. Should you have any questions or require additional information, please do not hesitate to reach out. Clear and open communication is crucial at this juncture as we strive to find a resolution that is equitable for all parties involved.

Sincerely,

Ritesh Katwala
***Co-Founder***

M- (630) 881-0057
https://www.citycapitaloffice.com/

# Wire Instructions

▣ U.S. Funds wires

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559 Fax 312-871-3344

| YOUR INFORMATION | | | |
|---|---|---|---|
| Name on the Account | North Haven Lodging Partners LLC | | |
| Your Permanent Address | [redacted] | | |
| [redacted] | E/PROVINCE [redacted] | [redacted] | COUNTRY USA |
| Receiving Account Number | [redacted] | | |

| RECEIVING/ INTERMEDIARY BANK INFORMATION | | | | |
|---|---|---|---|---|
| Bank Name | First Dakota National Bank | | | |
| Bank Address | [redacted] | [redacted] | [redacted] | [redacted] |
| Fedwire ABA Routing Number | [redacted] | | | |
| Swift Code / IBAN Code | | | | |

| BENEFICIARY BANK INFORMATION | | | | |
|---|---|---|---|---|
| Bank Name | First Dakota National Bank | | | |
| Bank Address | [redacted] | [redacted] | [redacted] | [redacted] |
| Fedwire ABA Routing Number | [redacted] | | | |
| Swift Code / IBAN Code | | | | |

Please ensure that the above information matches the recipient information that the bank has on file
Note: A wire cost of $40 will be deducted from any earned fees being paid.

**Authorized User**

Vihang Patel
Full name

10/19/23
Date

Signature

# Wire Instructions

▣ U.S. Funds wires

McMANN Commercial Lending • 205 N Michigan Ave • Chicago IL 60601
312-224-8559 Fax 312-871-3344

| YOUR INFORMATION | | | |
|---|---|---|---|
| Name on the Account | North Haven Lodging Partners LLC | | |
| Your Permanent Address | [redacted] | | |
| [redacted] | E/PROVINCE [redacted] | [redacted] | COUNTRY USA |
| Receiving Account Number | [redacted] | | |

| RECEIVING/ INTERMEDIARY BANK INFORMATION | | | | |
|---|---|---|---|---|
| Bank Name | First Dakota National Bank | | | |
| Bank Address | [redacted] | [redacted] | [redacted] | [redacted] |
| Fedwire ABA Routing Number | [redacted] | | | |
| Swift Code / IBAN Code | | | | |

| BENEFICIARY BANK INFORMATION | | | | |
|---|---|---|---|---|
| Bank Name | First Dakota National Bank | | | |
| Bank Address | [redacted] | [redacted] | [redacted] | [redacted] |
| Fedwire ABA Routing Number | [redacted] | | | |
| Swift Code / IBAN Code | | | | |

Please ensure that the above information matches the recipient information that the bank has on file
Note: A wire cost of $40 will be deducted from any earned fees being paid.

**Authorized User**

Vihang Patel
Full name

10/19/23
Date

Signature