# EXHIBIT COVER SHEET

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES    or    NO    (circle one)** | **180** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**



April 10, 2023

**Wiring Instructions**

**Step 1**: As per your Term Sheet, within seven (7) calendar days the Company must wire the necessary amount, **plus (+) a seventy-five-dollar ($75) wiring fee** to the account listed below:

**Bank Name & Address:**
Chase Bank
1515 Atlantic Boulevard
Jacksonville, Florida 32207

**Account Mailing Address:**
401 Ryland Street Suite 200-A
Reno, Nevada 89502

**Routing Number:** ▓▓▓▓▓▓

**Credit Account Number:** ▓▓▓▓8502

**Account Title:** Genie Investments NV

**\*\*When sending the wire, please write "ICA" in the Memo along with your User ID (2816).\*\***

**Step 2:** The Company must then send a message to Provider, stating that they have remitted to the Provider *and* attach proof of the transferred funds.

**Step 3**: The provider will confirm the receipt of the wire transfer back to the Company.

**Step 4:** The Company must submit all requested deliverables to the Provider before delivering funds. By submitting all deliverables and executed loan agreements, the Company is providing written authorization to transfer funds a to be created Provider account and lock the funds in that account with Provider's Warehouse Lending Source.

**Step 5**: Once the Provider aggregates the Company's funds with other borrowers to meet its minimum threshold, the funds will be transferred and locked in a Provider account with the Provider's Warehouse Lending Source, where the funds remain in the account until your Line of Credit funds.

During this funding period, funds will be blocked and will not be available for use, nor will they be refundable, nor partially refundable. If the Company's line of credit is not funded within the time frame as per the Business Growth Line of Credit Agreement after funds have been delivered, then the Company's funds will be returned in full less the wiring fee of seventy-five dollars ($75).

Initials: _____