**EXHIBIT COVER SHEET**

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **182** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:    **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Vinay Patel |
| **To:** | Cade, Steve; Morris, Benjamin J. |
| **Subject:** | FW: North Haven Lodging LLC and Wallingford LLC ICA terminations |
| **Date:** | Friday, October 20, 2023 2:03:05 PM |

**\*\* EXTERNAL EMAIL MESSAGE \*\***

---

**From:** Preet Patel <preet.patel@duke.edu>
**Date:** Friday, September 15, 2023 at 9:29 AM
**To:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>, Dhughes@genieinvestments.com <Dhughes@genieinvestments.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>, Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, Donnae Barrett <dbarrett@mcmanncommerciallending.com>
**Subject:** Re: North Haven Lodging LLC and Wallingford LLC ICA terminations

Dear Sandra,

Thank you so much for the update! We appreciate you and your team's willingness to help get everything sorted in a timely manner and communicating it with us. We look forward to receiving the ICA refund so we can settle our outstanding balances and come back to the table. Appreciate you and your team getting this done for us!

I hope everyone has a great weekend, thanks again!


Preet S. Patel M.D.

*Duke University Medical Center*

*Department of Interventional Radiology*

*#: 605-321-3072*

---

**From:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>
**Sent:** Thursday, September 14, 2023 6:04 PM
**To:** Preet Patel <preet.patel@duke.edu>; Dhughes@genieinvestments.com <Dhughes@genieinvestments.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Donnae Barrett <dbarrett@mcmanncommerciallending.com>
**Subject:** Re: North Haven Lodging LLC and Wallingford LLC ICA terminations

Good day,

Kindly see an update on your refunds from Genie:

> **Regarding 2815 and 2816, the expected refund date is 10/13/2023.**

Regards,

Sandra Colthirst

Direct 312-238-9609

**Processing Manager**

McMannCommercialLending.com

800-616-7276

Schedule a call | Quick Commercial Loan Approval

---

**From:** Preet Patel <preet.patel@duke.edu>
**Sent:** Thursday, September 14, 2023 11:05 AM
**To:** Dhughes@genieinvestments.com <Dhughes@genieinvestments.com>
**Cc:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>
**Subject:** North Haven Lodging LLC and Wallingford LLC ICA terminations

Dear David,

Sorry to bother you! I spoke with Renee from McMann and they were having trouble seeing our ICA termination documents on Zoomeral that were uploaded on 8/19/23 - was wondering if you could help with this to help get things processed and moving! Thanks so much for time!

Preet Shailesh Patel M.D.

Sent from my iPhone