## **EXHIBIT COVER SHEET**

**Exhibit**

Party Submitting:       **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:               **YES      or    NO      (circle one)**                    **183**

Chapter 11 Debtor:      **Genie Investments NV, Inc.**

Case No.                **3:24−bk−00496−BAJ**

Nature of Hearing:      **Trial on**

                        **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

                        **Debtor's Response Thereto (Doc. No. 34)**

                        **U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:             **April 9, 2024, at 9:00 a.m.**

 

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:**_____**, 2024.**

**By: **_____**, Deputy Clerk**

**Re: Zoomeral Tutorial meeting**

David from Genie Investments <dhughes@genieinvestments.com>
Tue 9/26/2023 1:11 PM

To:Preet Patel <preet.patel@duke.edu>;Aditi Patel <adi.s.patel03@gmail.com>
Cc:Vinay Patel <vinaypatel@sbmhospitality.com>

My fault entirely. I was looking at the wrong day. We will do it tomorrow, by the way, what is your USER ID?

Sincerely,

---

**David Hughes**
Genie Investments, Director



A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.
DISCLAIMER: Sender (dhughes@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710     AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm
PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.
This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and education.nal purposes only and does not provide investment advice.

---

**From:** Preet Patel <preet.patel@duke.edu>
**Sent:** Tuesday, September 26, 2023 12:08 PM
**To:** David from Genie Investments <dhughes@genieinvestments.com>; Aditi Patel <adi.s.patel03@gmail.com>
**Cc:** Vinay Patel <vinaypatel@sbmhospitality.com>
**Subject:** Re: Zoomeral Tutorial meeting

Hey David! We said Wednesday from the prior email I thought?

Regards,
Preet S. Patel M.D.

*Duke University Medical Center*
*Department of Interventional Radiology*
*#: 605-321-3072 l Pager: 206-9356*

---

**From:** David from Genie Investments <dhughes@genieinvestments.com>
**Sent:** Tuesday, September 26, 2023 10:04:49 AM
**To:** Aditi Patel <adi.s.patel03@gmail.com>
**Cc:** Preet Patel <preet.patel@duke.edu>; Vinay Patel <vinaypatel@sbmhospitality.com>
**Subject:** Re: Zoomeral Tutorial meeting

I have the meeting room open: https://us02web.zoom.us/j/88463742942

## Join our Cloud HD Video Meeting

Zoom is the leader in modern enterprise video communications, with an easy, reliable cloud platform for video and audio conferencing, chat, and webinars across mobile, desktop, and room systems. Zoom Rooms is the original software-based conference room solution used around the world in board, conference, huddle, and training rooms, as well as executive offices and classrooms. Founded in 2011, Zoom helps businesses and organizations bring their teams together in a frictionless environment to get more done. Zoom is a publicly traded company

us02web.zoom.us

Sincerely,

**David Hughes**
Genie Investments, Director



A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.

DISCLAIMER: Sender (dhughes@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710     AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm
PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.
This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and education.nal purposes only and does not provide investment advice.

---

**From:** Aditi Patel <adi.s.patel03@gmail.com>
**Sent:** Wednesday, September 20, 2023 4:31 PM
**To:** David from Genie Investments <dhughes@genieinvestments.com>
**Cc:** Preet Patel <preet.patel@duke.edu>; Vinay Patel <vinaypatel@sbmhospitality.com>
**Subject:** Re: Zoomeral Tutorial meeting

Works for me, thank you!

Aditi

On Wed, Sep 20, 2023 at 2:27 PM David from Genie Investments <dhughes@genieinvestments.com> wrote:

Okay... next Wednesday at 12:00 Central Time work for everyone?

Sincerely,

**David Hughes**
Genie Investments, Director



A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.
DISCLAIMER: Sender (dhughes@genieinvestments.com) is NOT a United States Securities

Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710    AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm

PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.

This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and education.nal purposes only and does not provide investment advice.

---

**From:** Vinay Patel <vinaypatel@sbmhospitality.com>
**Sent:** Wednesday, September 20, 2023 12:48 PM
**To:** Aditi Patel <adi.s.patel03@gmail.com>
**Cc:** David from Genie Investments <dhughes@genieinvestments.com>; Preet Patel <preet.patel@duke.edu>

**Subject:** Re: Zoomeral Tutorial meeting

Hi David,

I am available tomorrow and anytime next week.

Thanks
Vinay
Sent from my iPhone

> On Sep 20, 2023, at 1:41PM, Aditi Patel <adi.s.patel03@gmail.com> wrote:
>
>
> Hi David,
>
> I can do 10am-12pm tomorrow or 10am-2pm any day next week that works for you?
>
> Thanks,
> Aditi

On Tue, Sep 19, 2023 at 6:00 PM David from Genie Investments <dhughes@genieinvestments.com> wrote:

Please email me two of three that work for your group and I'll pick one.

Thanks

Sent from my iPhone

On Sep 19, 2023, at 3:54 PM, Preet Patel <preet.patel@duke.edu> wrote:

Hey David!

Hope you had a great weekend! Any other times this week that works for you?

Regards,
Preet S. Patel M.D.

*PGY-2*
*Duke University Medical Center*
*Department of Interventional Radiology - 2028*
*#: 605-321-3072 | Pager: 206-9356*

---

**From:** Aditi Patel <adi.s.patel03@gmail.com>
**Sent:** Wednesday, September 13, 2023 1:51:38 PM
**To:** David from Genie Investments <dhughes@genieinvestments.com>
**Cc:** Preet Patel <preet.patel@duke.edu>; vinaypatel@sbmhospitality.com <vinaypatel@sbmhospitality.com>
**Subject:** Re: Zoomeral Tutorial meeting

Hi David,

We can connect this Monday (9/18) between 10am–12pm and 2pm–5pm EST. Let me know if those time slots work for you otherwise happy to send some additional times.

Thanks,
Aditi

12/14/23, 5:04 PM

On Tue, Sep 12, 2023 at 5:09 PM David from Genie Investments <dhughes@genieinvestments.com> wrote:

Preet,

Absolutely, please send me an email back with a few available times that you all have for a screen share next Monday and your time zone and I will schedule the zoom meeting.

Sincerely,

<image001.png>
**David Hughes**
Genie Investments, Director
<image002.png>

A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.

DISCLAIMER: Sender (dhughes@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710    AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm

PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.

This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and

12/14/23, 5:04 PM

education.nal purposes only and does not provide investment advice.

---

**From:** Preet Patel <<u>preet.patel@duke.edu</u>>
**Sent:** Tuesday, September 12, 2023 1:36 PM
**To:** David from Genie Investments <<u>dhughes@genieinvestments.com</u>>
**Cc:** Aditi Patel <<u>adi.s.patel03@gmail.com</u>>; <u>vinaypatel@sbmhospitality.com</u>
**Subject:** Zoomeral Tutorial meeting

Dear David,

I hope you are doing well and your month is off to a great start! I wanted to introduce to you our team that will be handling things, my sister, Aditi Patel, who is joining our group from Barclays and Compass and my uncle Vinay Patel.

We wanted to set up a time to do the Zoomeral tutorial so that we can explore options of financing with your group as soon as our funds from McMann clear and we can settle our outstanding balances of construction. Getting familiarity with the software and portal will help expedite things once the ICA refund takes place so that we can hit the ground running. The team is free most of next week and so we wanted to see what times you had available to meet!

Thanks so much again for your help!


Preet S. Patel M.D.

*Duke University Medical Center*
*Department of Interventional Radiology*
*#: 605-321-3072*