# EXHIBIT COVER SHEET

**Exhibit**

| | |
|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |

Admitted:          **YES     or     NO       (circle one)**                                         **184**

Chapter 11 Debtor:     **Genie Investments NV, Inc.**

Case No.     **3:24−bk−00496−BAJ**

Nature of Hearing:     **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:     **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Vinay Patel |
| **To:** | Cade, Steve; Morris, Benjamin J. |
| **Subject:** | FW: North Haven Lodging LLC and Wallingford LLC ICA terminations |
| **Date:** | Friday, October 20, 2023 2:03:48 PM |

## ** EXTERNAL EMAIL MESSAGE **

**From:** Preet Patel <preet.patel@duke.edu>
**Date:** Monday, October 9, 2023 at 4:32 PM
**To:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>, Dhughes@genieinvestments.com <Dhughes@genieinvestments.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>, Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, Donnae Barrett <dbarrett@mcmanncommerciallending.com>
**Subject:** Re: North Haven Lodging LLC and Wallingford LLC ICA terminations

Hey team -

Hope the week is off to a good start! So we'll expect the wire confirmations of the ICA refunds this week, on 10/13/2023, and wanted to confirm you have all the pertinent banking and wire instruction information and that there is to-do on our end!

Will we get a wire transfer confirmation for each project communicated to us? Thanks so much for your help!

Regards,
Preet S. Patel M.D.

*Duke University Medical Center*
*Department of Interventional Radiology*
*#: 605-321-3072 | Pager: 206-9356*

**From:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>
**Sent:** Thursday, September 14, 2023 6:04 PM
**To:** Preet Patel <preet.patel@duke.edu>; Dhughes@genieinvestments.com <Dhughes@genieinvestments.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Donnae Barrett <dbarrett@mcmanncommerciallending.com>
**Subject:** Re: North Haven Lodging LLC and Wallingford LLC ICA terminations

Good day,

Kindly see an update on your refunds from Genie:

> Regarding 2815 and 2816, the expected refund date is 10/13/2023.

Regards,
Sandra Colthirst
Direct 312-238-9609
**Processing Manager**
McMannCommercialLending.com
800-616-7276
Schedule a call |Quick Commercial Loan Approval



**From:** Preet Patel <preet.patel@duke.edu>
**Sent:** Thursday, September 14, 2023 11:05 AM
**To:** Dhughes@genieinvestments.com <Dhughes@genieinvestments.com>
**Cc:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>
**Subject:** North Haven Lodging LLC and Wallingford LLC ICA terminations

Dear David,

Sorry to bother you! I spoke with Renee from McMann and they were having trouble seeing our ICA termination documents on Zoomeral that were uploaded on 8/19/23 - was wondering if you could help with this to help get things processed and moving! Thanks so much for time!

Preet Shailesh Patel M.D.

Sent from my iPhone