**EXHIBIT COVER SHEET**

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **185** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Vinay Patel |
| **To:** | Cade, Steve; Morris, Benjamin J. |
| **Subject:** | FW: North Haven Lodging LLC and Wallingford LLC ICA terminations |
| **Date:** | Friday, October 20, 2023 2:04:39 PM |
| **Attachments:** | Outlook-vjip1cji.png |
| | Outlook-kxyzlht3.png |

## ** EXTERNAL EMAIL MESSAGE **

**From:** Preet Patel <preet.patel@duke.edu>
**Date:** Friday, October 13, 2023 at 11:33 AM
**To:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>, Walt Trock <wtrock@mcmanncapital.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>, Info MCL <info@mcmanncommerciallending.com>, Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>, Donnae Barrett <dbarrett@mcmanncommerciallending.com>
**Subject:** Re: North Haven Lodging LLC and Wallingford LLC ICA terminations

Sandra do we have any updates at all on this yet? Today is the day of ICA refund, let me know what you see! Thanks!

Regards,

Preet S. Patel M.D.

*PGY-2*

*Duke University Medical Center*

*Department of Interventional Radiology - 2028*

*#: 605-321-3072 | Pager: 206-9356*

**From:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>
**Sent:** Thursday, October 12, 2023 12:51:41 PM
**To:** Preet Patel <preet.patel@duke.edu>; Walt Trock <wtrock@mcmanncapital.com>; Dhughes@genieinvestments.com <Dhughes@genieinvestments.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Donnae Barrett <dbarrett@mcmanncommerciallending.com>
**Subject:** Re: North Haven Lodging LLC and Wallingford LLC ICA terminations

Good day,

We have requested updates on your refund. This will be communicated as soon as a response is received.

Thanks,

Sandra Colthirst

Direct 312-238-9609

**Processing Manager**

McMannCommercialLending.com

800-616-7276

Schedule a call |Quick Commercial Loan Approval



**From:** Preet Patel <preet.patel@duke.edu>
**Sent:** Thursday, October 12, 2023 7:36 AM

**To:** Walt Trock <wtrock@mcmanncapital.com>; Sandra Colthirst <scolthirst@mcmanncommerciallending.com>; Dhughes@genieinvestments.com <Dhughes@genieinvestments.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Donnae Barrett <dbarrett@mcmanncommerciallending.com>
**Subject:** Re: North Haven Lodging LLC and Wallingford LLC ICA terminations

Hey Walt!

If its ok we may have you guys help us get in contact with Genie regarding the refund that is due tomorrow. We have not heard via Zoomeral any updates or communication regarding tomorrow and its absolutely imperative that the ICA refund takes place tomorrow as indicated via Sandra's email as we have payments for contractors due on 10/14-10/16.

Is there a processing department through Genie that we can get in touch with? Thanks!


Preet S. Patel M.D.

*Duke University Medical Center*

*Department of Interventional Radiology - 2028*

*#: 605-321-3072 | Pager: 206-9356*

---

**From:** Walt Trock <wtrock@mcmanncapital.com>
**Sent:** Monday, October 9, 2023 5:13 PM
**To:** Preet Patel <preet.patel@duke.edu>; Sandra Colthirst <scolthirst@mcmanncommerciallending.com>; Dhughes@genieinvestments.com <Dhughes@genieinvestments.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Donnae Barrett <dbarrett@mcmanncommerciallending.com>
**Subject:** Re: North Haven Lodging LLC and Wallingford LLC ICA terminations

Any anticipated refunds that you are referencing in your emails in this string are the domain of our 3rd party contractual investment company Genie Investments Inc. If you would like further information on how to contact Genie Investments in regards to refunds due to you from Genie Investments, please let us know and we will attempt to assist you as best as possible in your behalf.

Thank you.

Walt Trock
**Corporate 312-690-9646**
**Direct 224-532-6116**
**Managing Director**
mcmanncapital.com

Quick Commercial Loan Approval

Calander Appointment



---

**From:** Preet Patel <preet.patel@duke.edu>
**Sent:** Monday, October 9, 2023 3:31 PM
**To:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>; Dhughes@genieinvestments.com <Dhughes@genieinvestments.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Donnae Barrett <dbarrett@mcmanncommerciallending.com>
**Subject:** Re: North Haven Lodging LLC and Wallingford LLC ICA terminations

Hey team -

Hope the week is off to a good start! So we'll expect the wire confirmations of the ICA refunds this week, on 10/13/2023, and wanted to confirm you have all the pertinent banking and wire instruction information and that there is to-do on our end!

Will we get a wire transfer confirmation for each project communicated to us? Thanks so much for your help!

Regards,

Preet S. Patel M.D.

*Duke University Medical Center*

*Department of Interventional Radiology*

*#: 605-321-3072 | Pager: 206-9356*

---

**From:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>
**Sent:** Thursday, September 14, 2023 6:04 PM
**To:** Preet Patel <preet.patel@duke.edu>; Dhughes@genieinvestments.com <Dhughes@genieinvestments.com>
**Cc:** Michael Lanza <mlanza@mcmanncommerciallending.com>; Info MCL <info@mcmanncommerciallending.com>; Rene Jamulitrat <rJamulitrat@mcmanncommerciallending.com>; Donnae Barrett <dbarrett@mcmanncommerciallending.com>
**Subject:** Re: North Haven Lodging LLC and Wallingford LLC ICA terminations

Good day,

Kindly see an update on your refunds from Genie:

> Regarding 2815 and 2816, the expected refund date is 10/13/2023.

Regards,

Sandra Colthirst

Direct 312-238-9609

**Processing Manager**

McMannCommercialLending.com

800-616-7276

Schedule a call |Quick Commercial Loan Approval



---

**From:** Preet Patel <preet.patel@duke.edu>
**Sent:** Thursday, September 14, 2023 11:05 AM
**To:** Dhughes@genieinvestments.com <Dhughes@genieinvestments.com>
**Cc:** Sandra Colthirst <scolthirst@mcmanncommerciallending.com>
**Subject:** North Haven Lodging LLC and Wallingford LLC ICA terminations

Dear David,

Sorry to bother you! I spoke with Renee from McMann and they were having trouble seeing our ICA termination documents on Zoomeral that were uploaded on 8/19/23 - was wondering if you could help with this to help get things processed and moving! Thanks so much for time!

Preet Shailesh Patel M.D.

Sent from my iPhone