# EXHIBIT COVER SHEET

**Exhibit**

Party Submitting: **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted: **YES   or   NO   (circle one)**   **188**

Chapter 11 Debtor: **Genie Investments NV, Inc.**

Case No. **3:24−bk−00496−BAJ**

Nature of Hearing: **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date: **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Preet Patel |
| **To:** | Michael Lanza |
| **Cc:** | Rene Jamulitrat; Walt Trock; Shailesh Patel; Aditi Patel; vinaypatel@sbmhospitality.com |
| **Subject:** | Re: Update. |
| **Date:** | Tuesday, October 17, 2023 8:59:54 PM |

## ** EXTERNAL EMAIL MESSAGE **

Hey Michael,

Connecting you with the rest of our team - they should be available at any time tomorrow, I will let Shailesh let you know and will have one of our attorneys on as well.

As I'm sure you know this is quite a serious situation we are in and there is a lot to untangle but paramount is your agreement with Genie and us and how our refund is expected to take place

Regards,

Preet S. Patel M.D.

*#: 605-321-3072 | Pager: 206-9356*

**From:** Michael Lanza <mlanza@mcmanncapital.com>
**Sent:** Tuesday, October 17, 2023 8:49:02 PM
**To:** Preet Patel <preet.patel@duke.edu>
**Cc:** Rene Jamulitrat <rjamulitrat@mcmanncapital.com>; Walt Trock <wtrock@mcmanncapital.com>
**Subject:** Update.

My apologies for the late email. My boss , Walter Trock who you have been speaking with, asked me to touch base regarding status. He said you had expressed interest in working with us and our attorneys to allow us to help recover your funds. Please advise when a good time is to talk tomorrow and the best number to reach you on. Thanks, and look forward to speaking with you.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**

mcmanncapital.com

Appointment Calendar