# EXHIBIT COVER SHEET

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES   or   NO   (circle one)** | **190** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

### Re: Return of ICA deposits for loans 2815 and 2816

**David from Genie Investments** <dhughes@genieinvestments.com>
Tue 10/17/2023 12:00 PM
To: Preet Patel <preet.patel@duke.edu>

Mr. Patel,

Agreed, I was confused as to why Mr. Trock copied you on the email which was on a different subject altogether. Please disregard. Talk this afternoon.

Sincerely,

**David Hughes**
Genie Investments, Director



A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.

DISCLAIMER: The sender (dhughes@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. The sender is a Consultant and makes no warranties or representations as to the Buyer, Seller, or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, the Recipient must return any and all documents in their original receipted condition to the Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710    AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm

PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.

This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and educational purposes only and does not provide investment advice.

---

**From:** Preet Patel <preet.patel@duke.edu>
**Sent:** Tuesday, October 17, 2023 10:57 AM
**To:** Walt Trock <wtrock@mcmanncapital.com>; David from Genie Investments <dhughes@genieinvestments.com>; David Hughes <david@zoomeral.com>
**Cc:** Dan Klapman <dklapman@swkattorneys.com>; John from Genie Investments

<jmcohan@genieinvestments.com>
**Subject:** Re: Return of ICA deposits for loans 2815 and 2816

We are not in the bucket on non-refundable due diligence and non-refundable bridge interest.

For loans 2815 and 2816 this our 100% our own capital that is being withheld from us. There is no route for opting into any agreement as our contract is very, very clear on how these proceedings are to be handled with regards to full refund of ICA payment once the loan termination agreement has been completed and the refund is now past due. This is in a contract and our wire was sent under the pretenses of this contract. Looking forward to discussing this at 2pm CST but please know that we are in our absolute and full rights to receive our funds back in full with clear, legal documentation.

Preet S. Patel M.D.

---

**From:** Walt Trock <wtrock@mcmanncapital.com>
**Sent:** Tuesday, October 17, 2023 11:45 AM
**To:** David from Genie Investments <dhughes@genieinvestments.com>; David Hughes <david@zoomeral.com>
**Cc:** Dan Klapman <dklapman@swkattorneys.com>; John from Genie Investments <jmcohan@genieinvestments.com>; Preet Patel <preet.patel@duke.edu>
**Subject:** Return of ICA deposits for loans 2815 and 2816

What Genie is offering in this email has nothing to do with the return of ICA deposits that Genie has already committed to refunding and then after the declared wire date an excuse was offered why the ICA deposit of $3.6MM could not be refunded.

I am referring to loans #2815 & 2816. There is no acceptable excuse for not refunding the full amount of an ICA deposit made with the applicant's own funds into a fiduciary account which is holding the ICA deposit.

Please respond with the wire confirmation of the entire amount of $3.6MM being refunded immediately to the above-mentioned applicants that have been extremely cooperative in working with Genie Investments and complying with Genie's demands of withdrawal by the applicant.

Walt Trock
McMann Commercial Lending

Get Outlook for iOS

**From:** David from Genie Investments <dhughes@genieinvestments.com>
**Sent:** Tuesday, October 17, 2023 9:24:51 AM
**To:** Walt Trock <wtrock@mcmanncapital.com>; David Hughes <david@zoomeral.com>
**Cc:** Dan Klapman <dklapman@swkattorneys.com>; John from Genie Investments <jmcohan@genieinvestments.com>
**Subject:** (Response) Settlement request on Log Cabin Building LLC loan 2520

Walt,

After thought and discussion with other Genie management. Here is our position on the matter. As you are aware, Genie is conducting an opt-in refund program for any client that sent Genie non-refundable due diligence and non-refundable bridge interest. This opt-in program is the only type of refund program we will consider at this time. It is McMann's responsibility to make sure that every one of McMann's clients has been offered this opt-in agreement we are offering. If you need more time, then Genie will allow a grace period as long as we are able but please understand that settlement and refund discussions are taking place currently with our capital provider so time is of the essence, to say the least. As you are also aware, Genie has no obligation to refund any of these fees but we have made the decisionok to hold our capital provider accountable for these refunds due to their funding delay. Any refunds will rely upon Genie actually realizing funds from our capital provider. If settlement or legal proceedings produce nothing realized, then Genie will not be able to offer any refunds at all. If half of the capital is realized, then Genie will provide half with each client pro-rata.

MOST IMPORTANTLY: Genie needs your help. On many occasions, we have requested, both verbally and in writing, that you audit your accounts and specifically your customers who paid Genie non-refundable due diligence fees but did not follow through with a bridge loan. There are approximately 15 of these accounts as you are well aware. We need a complete list from you of every client that sent us due diligence and then did not engage with a bridge. There seems to be much confusion. We have heard that some clients of yours filled out a bridge agreement with Genie, however, someone at McMann deleted Genie's wiring instructions and then replaced them with McMann wiring instructions. In addition, we have heard that McMann, in some cases, took Genie's name off of some bridge loan agreements in its entirety and had McMann clients wire McMann bridge interest for McMann Bridges. So, to make this simple, please email back with a list of any of your clients that sent in Due Diligence and Bridge Interest along with their supporting wire receipts and executed agreements. Genie will then compare to our list and make sure that no customer is left out. We have our audit list but having yours, and comparing ours to yours would be the responsible thing to do for all clients.

Finally, until such time as all of these matters are cleared up, please be advised that neither ZOOMERAL or Genie will be accepting any new accounts/clients from McMann Commercial Lending or any other company you are currently affiliated with. Please understand that this is not to be interpreted as negative, it's just that these matters need to be understood and cleaned up before we can consider doing any more business with the companies you operate.

Sincerely,

**David Hughes**
Genie Investments, Director



A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.

DISCLAIMER: The sender (dhughes@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. The sender is a Consultant and makes no warranties or representations as to the Buyer, Seller, or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, the Recipient must return any and all documents in their original receipted condition to the Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710    AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm

PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.

This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and educational purposes only and does not provide investment advice.

---

**From:** Walt Trock <wtrock@mcmanncapital.com>
**Sent:** Thursday, October 5, 2023 7:42 PM
**To:** David Hughes <david@zoomeral.com>; David from Genie Investments <dhughes@genieinvestments.com>
**Cc:** Dan Klapman <dklapman@swkattorneys.com>
**Subject:** Settlement request on Log Cabin Building LLC loan 2520

See Attached letter to settle this matter out of court.  Your assistance and support is greatly appreciated.

Walt Trock
**Corporate 312-416-0352**
**Direct 224-532-6116**
**Managing Director**
mcmanncapital.com
Quick Commercial Loan Approval

[Calander Appointment](#)

