# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **191** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Preet Patel |
| **To:** | Walt Trock; Michael Lanza |
| **Cc:** | Rene Jamulitrat; Shailesh Patel; Aditi Patel; vinaypatel@sbmhospitality.com; Morris, Benjamin J.; Cade, Steve |
| **Subject:** | Re: Update. |
| **Date:** | Friday, October 20, 2023 9:56:47 AM |

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Understood. Not sure what the hold up was in getting these documents sooner to us but your swift response and transfer of documents to us is appreciated and imperative. Please send it to our legal team as soon as you possibly can, I have cc'd our attorneys.

Regards,

Preet S. Patel M.D.

*Duke University Medical Center*

*Department of Interventional Radiology - 2028*

*#: 605-321-3072 | Pager: 206-9356*

---

**From:** Walt Trock <wtrock@mcmanncapital.com>
**Sent:** Friday, October 20, 2023 9:37:58 AM
**To:** Preet Patel <preet.patel@duke.edu>; Michael Lanza <mlanza@mcmanncapital.com>
**Cc:** Rene Jamulitrat <rjamulitrat@mcmanncapital.com>; Shailesh Patel <harihar_inc@hotmail.com>; Aditi Patel <adi.s.patel03@gmail.com>; vinaypatel@sbmhospitality.com <vinaypatel@sbmhospitality.com>
**Subject:** Re: Update.

We are treating this situation with the upmost concern.  In our prior experience with Genie Investments McMann Commercial has had 5 requests for BELOC terminations along with a full ICA deposit being returned to the applicants.

You can understand our concern when Genie Investments violated their ICA deposit returns last Friday.  McMann is working diligently to have SWK Attorneys take possession and extend to you the original Genie Investments docs that support the extension of the Genie Investments loan and terms with McMann Commercial.

Some of the original documents for North Haven and Wallingford are with the administrator on their work desk computer so this detailed information will not be available till later today. At that time McMann we will be able to deliver to SWK all the Genie support docs that you are requesting.  This means SWK has some but not all and we have every expectation to fill in the gaps during this workday.

Aa we have discussed our best opportunity of obtaining your full $3.6M ICA depsoit refund is to file jointly against Genie Investments.  This joint action will save us both time and cost in getting the safe return of your funds.

Sincerely

Walt Trock
McMann Commercial Lending

Get [Outlook for iOS](Outlook for iOS)

---

**From:** Preet Patel <preet.patel@duke.edu>
**Sent:** Tuesday, October 17, 2023 7:59:41 PM
**To:** Michael Lanza <mlanza@mcmanncapital.com>
**Cc:** Rene Jamulitrat <rjamulitrat@mcmanncapital.com>; Walt Trock <wtrock@mcmanncapital.com>; Shailesh Patel <harihar_inc@hotmail.com>; Aditi Patel <adi.s.patel03@gmail.com>; vinaypatel@sbmhospitality.com <vinaypatel@sbmhospitality.com>
**Subject:** Re: Update.

Hey Michael,

Connecting you with the rest of our team - they should be available at any time tomorrow, I will let Shailesh let you know and will have one of our attorneys on as well.

As I'm sure you know this is quite a serious situation we are in and there is a lot to untangle but paramount is your agreement with Genie and us and how our refund is expected to take place

Regards,

Preet S. Patel M.D.

*#: 605-321-3072 | Pager: 206-9356*

---

**From:** Michael Lanza <mlanza@mcmanncapital.com>
**Sent:** Tuesday, October 17, 2023 8:49:02 PM
**To:** Preet Patel <preet.patel@duke.edu>
**Cc:** Rene Jamulitrat <rjamulitrat@mcmanncapital.com>; Walt Trock <wtrock@mcmanncapital.com>
**Subject:** Update.

My apologies for the late email. My boss , Walter Trock who you have been speaking with, asked me to touch base regarding status. He said you had expressed interest in working with us and our attorneys to allow us to help recover your funds. Please advise when a good time is to talk tomorrow and the best number to reach you on. Thanks, and look forward to speaking with you.

Michael J. Lanza
**Direct 321-295-4808**
**Office 800-616-7276**
**Senior Commercial Loan Officer**

mcmanncapital.com