# EXHIBIT COVER SHEET

                                                                  **Exhibit**

Party Submitting:    **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:              **YES    or    NO    (circle one)**                  **192**

Chapter 11 Debtor:    **Genie Investments NV, Inc.**

Case No.    **3:24−bk−00496−BAJ**

Nature of Hearing:    **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:    **April 9, 2024, at 9:00 a.m.**

 

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:**_____**, 2024.**

**By: _____, Deputy Clerk**

| | |
|---|---|
| **From:** | Vinay Patel |
| **To:** | Cade, Steve; Morris, Benjamin J. |
| **Subject:** | FW: #2815 & #2816 ICA Refunds for 10/13/23 |
| **Date:** | Friday, October 20, 2023 2:04:10 PM |

### ** EXTERNAL EMAIL MESSAGE **

**From:** Preet Patel <preet.patel@duke.edu>
**Date:** Thursday, October 12, 2023 at 9:03 AM
**To:** Dhughes@Genieinvestments.com <Dhughes@genieinvestments.com>
**Cc:** scade@foley.com <scade@foley.com>, Shailesh Patel <harihar_inc@hotmail.com>, Vinay Patel <vinaypatel@sbmhospitality.com>, Aditi Patel <adi.s.patel03@gmail.com>
**Subject:** #2815 & #2816 ICA Refunds for 10/13/23

Hi David,

I hope you are well!

We were hoping to talk to someone at Genie that will be handling the processing of the ICA refund tomorrow to make sure all of the wiring instructions and details are correct to ensure looks correct!

We left some messages in Zoomeral but given the short time frame we have and issue with our accounts still appearing to say deactivated, we just wanted to see if there was someone on the team we could discuss things with to ensure it all looks good on everyone's end. Again apologies for what is the 1000th time we have reached out but I think we just need some information communicated directly to us with whoever that may be. Please let me know what you think and thank you again! We just want to make sure everything is correct prior to tomorrow.

Preet S. Patel M.D.

*Duke University Medical Center*

*Department of Interventional Radiology - 2028*

*#: 605-321-3072 | Pager: 206-9356*