# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **193** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

### Re: Notice of Communication

David Hughes <david@zoomeral.com>
Tue 10/24/2023 8:03 PM

To:Preet Patel <preet.patel@duke.edu>

Again,

Please communicate through your attorney and I will with mine until this is resolved.

Thank you and respectfully,

Sent from my iPhone

> On Oct 24, 2023, at 5:28 PM, Preet Patel <preet.patel@duke.edu> wrote:

I felt this is an important communication to make given the nature of the phone call I received yesterday. Pleading with us not to pursue any legal action due to the nature of time energy and expense was not a wise request to make.

Anything that you have to say will be said to your attorney which will then be communicated to our attorneys. Unless you are reaching out to confirm a wire transfer or letting us know that our money is coming back to us, there is absolutely nothing you can say, or do to change our position and how we aim to proceed.

I also think it's important that you realize what this is all done to us. We are currently in the process of saying goodbye to one of our family members in hospice.

Rather than being able to have peace of mind outside of our mourning we instead have had to deal with you and your untenable actions. This is something that none of us will ever forget, unfortunately. So please know that our stance is extremely firm and that we will do everything in our power to seek what is fair and just. There's nothing more to say to someone whose actions are far and wide discrepant of the words that they say.

Preet S. Patel M.D.