# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES   or   NO   (circle one)** | **195** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:**_____**, 2024.**

**By: _____, Deputy Clerk**

**FOLEY**

FOLEY & LARDNER LLP

ATTORNEYS AT LAW

11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
858.847.6700 TEL
858.792.6773 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
858.847.6750
bmorris@foley.com

CLIENT/MATTER NUMBER
138696-0101

October 24, 2023

**Via E-Mail and FedEx**

Dan Klapman, Esq.
SWK Attorneys
500 Skokie Blvd., Suite 600
Northbrook, IL 60062
Email: dklapman@swkattorneys.com

Re: Failure to Refund of Deposit Following Termination of Line of Credit Agreement

Dear Mr. Klapman,

This letter is written on behalf of our clients Wallingford Lodging Partners LLC and North Haven Lodging Partners LLC (collectively, "Borrower") to you as counsel for McMann Commercial Lending LLC[1] ("Lender") relating to certain Business Expansion Line of Credit Agreements and related instruments (the "Agreements"), between each Borrower and Lender.

On April 10, 2023, Borrowers entered into the Agreements with Lender for a total line of credit in the amount of $36,000,000 (the "Line of Credit"). As a condition of the Agreement, Borrowers advanced deposits in the total amount of $3,600,000 (the "Deposit") to Lender. Pursuant to the Agreements, the Deposit was to be held on the books and records of Lender to serve as an Interest Credit Account ("ICA") for the Line of Credit.

The Agreements provide that Lender is required to make the first Advance under the Line of Credit within 75 days of the Deposit by Borrower. The Agreements further state that if Lender fails to make the first Advance on funds under the Line of Credit as required, Borrowers are entitled to a full refund of the Deposit upon providing Lender with written notice of its request for a refund.

Borrowers made the Deposit on May 3, 2023, to certain accounts designated and as directed by Lender. Lender never made the first Advance as required by the Agreements. By August 19, 2023, Borrowers made a timely written request to Lender to terminate the Agreements and refund

---

[1] a/k/a McMann Professional Services LLC and McMann Capital.

| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TALLAHASSEE |
| BOSTON | HOUSTON | MIAMI | SALT LAKE CITY | TAMPA |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN DIEGO | WASHINGTON, D.C. |
| DALLAS | LOS ANGELES | NEW YORK | SAN FRANCISCO | BRUSSELS |
| DENVER | MADISON | ORLANDO | SILICON VALLEY | TOKYO |

4858-0972-6089.1



Dan Klapman, Esq.
October 24, 2023
Page 2

the Deposit.[2] However, despite Lender's representations Borrowers were entitled to a full refund of the Deposit, Lender has failed and refused to return the Deposit to Borrowers.

Lender's failure to return the Deposit constitutes a breach of the Agreements which has caused and continues to cause, substantial harm to Borrowers. In addition, Lender's representations that it would return the Deposit if it failed to make the first Advance on funds under the Line of Credit, and representations that a full refund was due after receipt of the termination notice were false and misleading. As a result of Lender's conduct, Borrowers have suffered damages in the amount of the Deposit, plus interest and attorney's fees, and other direct damages.

Demand is hereby made (again) upon Lender to return the Deposit to Borrowers no later than 5:00 p.m. on Tuesday, October 31, 2023—more than two weeks after the refund was required. If Lender fails to do so, Borrowers will be compelled to initiate legal action against Lender, its affiliates, and ownership.

Please be advised that Borrowers are prepared to pursue their legal rights in this matter vigorously. We urge you to take immediate action to resolve this matter.

Thank you for your immediate attention to this matter.

Sincerely,

Benjamin J. Morris

Enclosures

cc:   McMann Commercial Lending LLC (via FedEx)

---

[2] Copies of Borrowers Form Termination Letters are enclosed.

4858-0972-6089.1

**EXHIBIT F**
**FORM TERMINATION LETTER**

McMann Commercial Lending LLC
205 N Michigan Avenue, Ste 810
Chicago, Illinois 60601

Re: North Haven Lodging Partners LLC

To Whom it May Concern:

The undersigned Borrower has decided to exercise its rights to terminate the above-referenced transaction according to the terms of the LOC Agreement dated April 10, 2023.
    Please consider this letter as notice of Borrower's termination of the LOC Agreement and request for a refund of Borrower's ICA payment, less any amounts due and owed to Lender under Section 13.7 of the LOC Agreement.

BORROWER: North Haven Lodging Partners LLC

By: _____  /s/ Vihang Patel

Name: Shailesh Patel and Vihang Patel
Title: Member

SUBSCRIBED AND SWORN TO BEFORE ME on this 16 day of August, 2023

*Notary for Vihangkumar Patel only*

NOTARY PUBLIC
In and for the State of CT

[Notary Stamp: BLERINA BOBI, Notary Public, Connecticut, My Commission Expires Sep 30, 2027]

My Commission Expires: 09-30-27

<u>Please confirm your Wiring Instructions:</u>
Account Title: North Haven Lodging Partners LLC
Address on Account: ■■■■■■
Bank Name: First Dakota
Bank Address: ■■■■■■
Routing #: ■■■■■■
Account #: ■■■■■■

Initials: VP

**EXHIBIT F**
**FORM TERMINATION LETTER**

McMann Commercial Lending LLC
205 N Michigan Avenue, Ste 810
Chicago, Illinois 60601

Re: Wallingford Lodging Partners LLC

To Whom it May Concern:

The undersigned Borrower has decided to exercise its rights to terminate the above-referenced transaction according to the terms of the LOC Agreement dated April 10, 2023.

Please consider this letter as notice of Borrower's termination of the LOC Agreement and request for a refund of Borrower's ICA payment, less any amounts due and owed to Lender under Section 13.7 of the LOC Agreement.

BORROWER: Wallingford Lodging Partners LLC

By: _____ *[signature: Vihang Patel]*
Name: Shailesh Patel and Vihang Patel
Title: Member

SUBSCRIBED AND SWORN TO BEFORE ME on this **16** day of **August**, 202**3**.

*Notary for Vihangkumar Patel only*

NOTARY PUBLIC
In and for the State of **CT**

BLERINA BOBI
Notary Public
Connecticut
My Commission Expires Sep 30, 2027

My Commission Expires:
**09-30-27**

Please confirm your Wiring Instructions:
Account Title: Wallingford Lodging Partners LLC
Address on Account: [redacted]
Bank Name: First Dakota [redacted]
Bank Address: [redacted]
Routing #: [redacted]
Account #: [redacted]

Initials: VP