# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or   NO    (circle one)** | **197** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**



**+1 (224) 532-6116**

> soon, there may be no other recourse. Please make this happen.

The agreements for your loan are with McMann that is correct. Genie is NOT a broker here they are the primary wholesale investor to whom you wired the $3.6MM. McMann will do everything possible to help you get a return of ICA funds from the account that you wire the funds too.  Please note you wire instructions for the ICA Deposits,  these funds were wired directly to Genie Investments and it is Genie Investments that is holding your funds,  Not  McMann Commercial.  McMann Commercial will do everything legally available to us to help you with the return of your ICA deposits.

> Correct and understood. But we had a contractual agreement that both parties agreed to that is effectively in breach and finding a resolution very soon is



**+1 (224) 532-6116**

Yesterday 12:10 PM

> Things are going to get very serious very soon if our money does not come back to us and I think if there are conversations you need to have with people to ensure that our money comes back to us that would be wise to do that.
>
> This is all very concerning and becoming very illegal. we are in a breach of contract situation, regardless of what that letter says because that will not hold up in any reasonable court of law.
>
> You have been very helpful to us thus far, but it is your name and your company that is listed on these contracts, and there will be significant liability if it is not returned us .

> I just received a copy of the letter sent by Genie Investments about the refusal to return ICA deposits. I have forward a copy of these two

**+1 (224) 532-6116**

> I just received a copy of the letter sent by Genie Investments about the refusal to return ICA deposits. I have forward a copy of these two letters to our Law Firm SWK Attorneys. As soon as I hear back from. SWK I will be touch about what action McMann can take against Genie Investments to aid in the return of your two ICA deposits. This is a very serious situation and we will do everything we can to aid you in the return of your funds. Walt Trock

> Have Peter Huh look into this on your behalf at SWK, I have heard of him through a friend he represented

> But Walt this is extremely concerning and our contract is very clear with how our funds are to be returned. And Genie is the broker here but it is McMann listed in this contract and I need you to get this back to us very soon.



+1 (224) 532-6116

draw our own conclusions about Walt and do what we need to do there, essentially trying to push responsibility as its your name on this. We do not know the nature of McManns relationship with Genie but everyone is in this until we can get our funds back.

We have a call with Genie at 2pm CST with our attorneys - any information you can share will be crucial

Come to find out David Hughes says many things, mostly unsupported. Probably the best thing that McMann can do you is to pass these notes along to our Attorney group SWK attorneys and let them guide me as to what can be released to you and your attorney. I will set up a transfer file for SWK. After your meeting with. your group let me know their contact information and we will work with you to get to the bottom of this.

Case 3:24-bk-00496-BAJ    Doc 53-33    Filed 04/04/24    Page 6 of 6



+1 (224) 532-6116

> solved through refunding us. But it is McMann, and your name and signature on this contract so please, help us before things go from bad to terminal.

> Those who paid prepaid interest etc. is one thing but this is 100% our money that we put up that is being withheld from us, and it is a very large sum and that makes this a very, very serious issue.

> I am doing everything that I can in your behalf. This is the first time that Genie Investments has done this so it is new to McMann. I have meetings set up with our attorneys to discuss what means are available to McMann to get you performance on the return of your funds.

> And I appreciate that greatly, thank you, but we need to find a solution to this quickly. Our Chairman wants to be very aggressive very soon and I am trying to see if we can