**EXHIBIT COVER SHEET**

|  |  |  |
|---|---|---|
|  |  | **Exhibit** |
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES     or     NO     (circle one)** | **198** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**













**David**

> Appreciate the call - and glad that there's a plan for remedy here

> You can understand our fear and concerns given everything that's happened thus far 😭

Don't worry, we are on it daily until it's remedied.

Please login and check messages. You should have them.

> Received - we'll give you our times via Zoomeral shortly!

Thank you

> Messaged our times

Okay, we will confirm them back as soon as we can confirm with our legal.

> Our whole Tuesday is open for this - so whatever times work with you guys for this we can do



