UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV, Inc.,                    Case No.: 3:24−bk−00496−BAJ

Debtor.                                         Chapter 11

_____ /

**UNITED STATES TRUSTEE'S EXHIBIT LIST (Part V)**
Trial on Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Document No. 20)
Trial Date: April 9, 2024, at 9:00 a.m.

| Exh. No. | Document Description | Date Identified | *Date Admitted* | *With or Without Objection* |
|---|---|---|---|---|
| 200 | Docket for U.S. District Court Case No. 6:24-cv-00271-ACC in the Middle District of Florida – Genie Investments NV, LLC v. Joshua Wearmouth, et al. | | | |
| 201 | Complaint filed by Genie against Wearmouth and Velanos Principal Capital in the U.S. District Court Case No. 6:24-cv-00271-ACC for violations of the Exchange Act, California Corporate Code, and fraud seeking $10m+ in damages, etc. | | | |
| 202 | Docket for U.S. District Court Case No. 1:23-cv-16264 in the Northern District of Illinois – North Haven Lodging Partners, LLC and Wallingford Lodging Partners, LLC v. McMann Commercial Lending LLC and Genie Investments NV | | | |
| 203 | Complaint filed by North Haven and Wallingford against McMann and Genie in the U.S. District Court Case No. 1:23-cv-16264 for breach of contract, conversion, fraudulent transfer, fraudulent misrepresentation, breach of fiduciary duty, constructive trust, and unjust enrichment | | | |
| 204 | Suggestion of Bankruptcy filed by Genie in U.S. District Court Case No. 1:23-cv-16264 | | | |

| | | | | |
|---|---|---|---|---|
| 205 | Docket for U.S. Bankruptcy Court Adversary Proceeding Case No. 3:20-ap-07029, Gargula v. Hughes, II | | | |
| 206 | U.S. Trustee's Complaint Objecting to the Discharge of Debtor David C. Hughes, II in Adversary Proceeding Case No. 3:20-ap-07029 | | | |
| 207 | U.S. Trustee's Motion for Entry of Default and Motion for Default Judgment in Adversary Proceeding Case No. 3:20-ap-07029 | | | |
| 208 | U.S. Trustee's Default Judgment to Deny Discharge of Debtor David C. Hughes, II in Adversary Proceeding Case No. 3:20-ap-07029 | | | |
| 209 | Genie's List of Money Owed to Customers provided to the U.S. Trustee | | | |
| 210 | Genie's Proof of Refunds provided to the U.S. Trustee | | | |
| 211 | Genie's Morgan Stanley Statement for Genie Investments NV for the period of January 1-31, 2024, provided to the U.S. Trustee | | | |
| 212 | Genie Investments NV's Summary of Assets, Schedules and Statements (Doc. No. 39) | | | |
| 213 | Genie Investments NV's Statement of Financial Affairs (Doc. No. 40) | | | |
| 214 | Genie Investments NV's List of Equity Security Holders (Doc. No. 41) | | | |
| 215 | Genie Investments NV's Statement of Corporate Ownership (Doc. No. 42) | | | |
| 216 | Genie Investments NV's Chapter 11 Case Management Summary (Doc. No. 44) | | | |

BY: _____
       Deputy Clerk