# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **200** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

Query   Reports   Utilities   Help   Log Out

# U.S. District Court
## Middle District of Florida (Orlando)
### CIVIL DOCKET FOR CASE #: 6:24-cv-00271-ACC-LHP

Genie Investments NV, LLC v. Wearmouth et al  
Assigned to: Judge Anne C. Conway  
Referred to: Magistrate Judge Leslie Hoffman Price  
Demand: $9,999,000  
Cause: 28:1332 - Diversity: Securities Fraud  

Date Filed: 02/06/2024  
Jury Demand: Plaintiff  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question  

**Plaintiff**

**Genie Investments NV, LLC**    represented by   **Michael S Faragalla**  
Spiegel & Utrera, P.A.  
1840 Coral Way, 4th Floor  
Miami, FL 33145  
305-854-6000  
Email: attorneyfaragalla@amerilawyer.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Joshua Wearmouth**

**Defendant**

**James William Byrd**

**Defendant**

**Nordic Trust Alliance KB, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2024 | 1 | COMPLAINT against James William Byrd, Nordic Trust Alliance KB, LLC, Joshua Wearmouth with Jury Demand (Filing fee $405 receipt number AFLMDC-21741187) filed by Genie Investments NV, LLC. (Attachments: # 1 Civil Cover Sheet)(Faragalla, Michael) Modified text on 2/7/2024 (BD). (Entered: 02/06/2024) |
| 02/07/2024 | 2 | NEW CASE ASSIGNED to Judge Anne C. Conway and Magistrate Judge Leslie Hoffman Price. New case number: 6:24-cv-00271-ACC-LHP. (JG) (Entered: 02/07/2024) |
| 02/08/2024 | 3 | **INITIAL CASE ORDER** - Notice of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Parties have 14 days from the date of this order to file their disclosure |

| | | |
|---|---|---|
| | | statement (if not already filed) and to notify the court of a related action (not required if there are no related actions). Signed by Judge Anne C. Conway on 2/8/2024. (KLD) (Entered: 02/08/2024) |
| 02/09/2024 | 4 | **ORDER directing compliance to Plaintiff to file an Amended Complaint within fourteen (14) days of the date of this Order that includes proper jurisdictional allegations. Signed by Judge Anne C. Conway on 2/9/2024. (KLD)** (Entered: 02/09/2024) |
| 02/14/2024 | 5 | NOTICE of Appearance by Michael S Faragalla on behalf of Genie Investments NV, LLC (Attachments: # 1 Supplement Amended Case Caption, # 2 Civil Cover Sheet, # 3 Proposed Summons Nordic, # 4 Supplement Rule 7.1 Disclosure, # 5 Proposed Summons Joshua Wearmouth, # 6 Proposed Summons James William Byrd)(Faragalla, Michael) **COUNSEL NOTIFIED TO REFILE ATTACHEMENTS INDIVIDUALLY Modified on 2/15/2024 as to docket text (ARL). (Entered: 02/14/2024) |
| 02/23/2024 | 6 | First MOTION to Amend *Case Caption* by Genie Investments NV, LLC. (Faragalla, Michael) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 02/23/2024) |
| 02/23/2024 | 7 | PROPOSED summons to be issued by Genie Investments NV, LLC. (Faragalla, Michael) (Entered: 02/23/2024) |
| 02/23/2024 | 8 | PROPOSED summons to be issued by Genie Investments NV, LLC. (Faragalla, Michael) (Entered: 02/23/2024) |
| 02/23/2024 | 9 | PROPOSED summons to be issued by Genie Investments NV, LLC. (Faragalla, Michael) (Entered: 02/23/2024) |
| 02/23/2024 | 10 | CORPORATE Disclosure Statement by Genie Investments NV, LLC. (Faragalla, Michael) (Entered: 02/23/2024) |
| 02/26/2024 | 11 | **ORDER denying without prejudice 6 Motion to Ammend Pleadings. Signed by Magistrate Judge Leslie Hoffman Price on 2/26/2024. (MKH)** (Entered: 02/26/2024) |
| 02/26/2024 | 12 | SUMMONS issued as to James William Byrd, Nordic Trust Alliance KB, LLC, Joshua Wearmouth. (ABM) (Entered: 02/26/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/02/2024 18:27:20 | | | |
| **PACER Login:** | iwolfgra | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:24-cv-00271-ACC-LHP |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |