# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **202** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

Query    Reports    Utilities    Help    Log Out

HOLLEB HOTALING

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:23-cv-16264

| | |
|---|---|
| North Haven Lodging Partners LLC et al v. McMann Commercial Lending LLC et al | Date Filed: 11/27/2023 |
| Assigned to: Honorable John F. Kness | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Breach of Contract | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**North Haven Lodging Partners LLC**    represented by    **William J. McKenna , Jr.**
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, IL 60654
(312)832-4500
Fax: Active
Email: wmckenna@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Thomas McClain**
Foley & Lardner LLP
321 N. Clark St.
Suite 2800
Chicago, IL 60654
312-832-5397
Fax: Not a member
Email: amcclain@foley.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wallingford Lodging Partners LLC**    represented by    **William J. McKenna , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Thomas McClain**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**McMann Commercial Lending LLC**
*now known as*
McMann Professional Services LLC

| | | |
|---|---|---|
| **Defendant** | | |
| **McMann Capital** | represented by | **Daniel S Klapman** <br> Swk Attorneys <br> 500 Skokie Blvd <br> Suite 600 <br> Northbrook, IL 60062 <br> 224-260-3090 <br> Fax: 224-270-3087 <br> Email: dklapman@swkattorneys.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Theodore Chakos** <br> Illinois Advocates, LLC <br> 77 Washington Street <br> 2102 <br> Chicago, IL 60602 <br> (312)818-6759 <br> Fax: Not a member <br> Email: tchakos@swkattorneys.com <br> *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Genie Investments NV** | represented by | **Adam B. Walker** <br> Walker Law Office <br> 4050 Pennsylvania Ave <br> Suite 115-10 <br> Kansas City, MO 64111-3041 <br> 816-226-6476 <br> Email: adam@awsecuritieslaw.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| **Cross Claimant** | | |
| **Genie Investments NV** | represented by | **Adam B. Walker** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

| | | |
|---|---|---|
| **Cross Defendant** | | |
| **North Haven Lodging Partners LLC** | represented by | **William J. McKenna , Jr.** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Andrew Thomas McClain** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| **Cross Defendant** | | |
| **Wallingford Lodging Partners LLC** | represented by | **William J. McKenna , Jr.** <br> (See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Thomas McClain**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/27/2023 | 1 | COMPLAINT filed by Wallingford Lodging Partners LLC, North Haven Lodging Partners LLC; Jury Demand. Filing fee $ 402, receipt number AILNDC-21364758. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1 - North Haven BELOC, # 3 Exhibit 2 - Wallingford BELOC, # 4 Exhibit 3 - Termination Notices, # 5 Exhibit 4 (Part I) - Demand to Genie Investments, # 6 Exhibit 4 (Part II) - Demand to Genie Investments, # 7 Exhibit 5 - Correspondence)(McKenna, William) (Entered: 11/27/2023) |
| 11/27/2023 | 2 | Rule 7.1 Disclosure STATEMENT by North Haven Lodging Partners LLC (McKenna, William) (Entered: 11/27/2023) |
| 11/27/2023 | 3 | Rule 7.1 Corporate Disclosure STATEMENT by Wallingford Lodging Partners LLC (McKenna, William) (Entered: 11/27/2023) |
| 11/27/2023 | 4 | ATTORNEY Appearance for Plaintiffs North Haven Lodging Partners LLC, Wallingford Lodging Partners LLC by William J. McKenna, Jr (McKenna, William) (Entered: 11/27/2023) |
| 11/27/2023 | 5 | ATTORNEY Appearance for Plaintiffs North Haven Lodging Partners LLC, Wallingford Lodging Partners LLC by Andrew Thomas McClain (McClain, Andrew) (Entered: 11/27/2023) |
| 11/28/2023 |   | CASE ASSIGNED to the Honorable John F. Kness. Designated as Magistrate Judge the Honorable Keri L. Holleb Hotaling. Case assignment: Random assignment. (Civil Category 2). (mcp, ) (Entered: 11/28/2023) |
| 11/28/2023 |   | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (mcp, ) (Entered: 11/28/2023) |
| 11/28/2023 |   | SUMMONS Issued as to Defendants Genie Investments NV, McMann Commercial Lending LLC (axa, ) (Entered: 11/28/2023) |
| 11/28/2023 | 6 | ORDER signed by the Honorable John F. Kness on 11/28/2023: Telephonic initial status hearing is set for 2/8/2024 at 9:30 AM. Consistent with Rule 26(f) of the Federal Rules of Civil Procedure, the parties are directed to meet and conduct a planning conference in advance of the initial status hearing. No later than ten days before the status hearing, the parties shall jointly complete and file on the docket a report that provides the information required by the Court's model Joint Initial Status Report, which can be found at https://www.ilnd.uscourts.gov/judge-info.aspx?Iu9/vqz23r5X7AkWx/nLtg== (see link entitled "Joint Initial Status Report"). If all Defendants have not yet been served or have not yet responded to requests to draft the required Joint Initial Status Report, Plaintiff must file the report on its own and must inform the Court of that circumstance. The parties are to |

| | | |
|---|---|---|
| | | use the following call-in number: 888-684-8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice(ef, ) (Entered: 11/28/2023) |
| 12/13/2023 | 7 | SUMMONS Returned Executed by Wallingford Lodging Partners LLC, North Haven Lodging Partners LLC as to McMann Capital on 12/11/2023, answer due 1/1/2024; McMann Commercial Lending LLC on 12/11/2023, answer due 1/1/2024. (McClain, Andrew) (Entered: 12/13/2023) |
| 12/13/2023 | 8 | SUMMONS Returned Executed by Wallingford Lodging Partners LLC, North Haven Lodging Partners LLC as to Genie Investments NV on 12/11/2023, answer due 1/1/2024. (McClain, Andrew) (Entered: 12/13/2023) |
| 12/14/2023 | 9 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21424180.<br><br>(Walker, Adam) (Entered: 12/14/2023) |
| 12/15/2023 | 10 | MOTION by Plaintiffs North Haven Lodging Partners LLC, Wallingford Lodging Partners LLC for temporary restraining order *and Injunctive Relief and Hearing on Preliminary Injunction*<br><br>(McKenna, William) (Entered: 12/15/2023) |
| 12/15/2023 | 11 | MEMORANDUM by North Haven Lodging Partners LLC, Wallingford Lodging Partners LLC in support of motion for temporary restraining order 10 (McKenna, William) (Entered: 12/15/2023) |
| 12/15/2023 | 12 | DECLARATION of Shailesh Patel regarding memorandum in support of motion 11 , motion for temporary restraining order 10 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(McKenna, William) (Entered: 12/15/2023) |
| 12/15/2023 | 13 | DECLARATION of Preet Patel regarding memorandum in support of motion 11 , motion for temporary restraining order 10 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(McKenna, William) (Entered: 12/15/2023) |
| 12/15/2023 | 14 | Regarding Briefing Schedule re Motion for Temporary Restraining Order and Injunctive Relief and Hearing on Preliminary Injunction STATEMENT by North Haven Lodging Partners LLC, Wallingford Lodging Partners LLC (McKenna, William) (Entered: 12/15/2023) |
| 12/18/2023 | 15 | MINUTE entry before the Honorable John F. Kness: Motion to appear pro hac vice 9 is granted. Attorney Adam B. Walker is added as counsel for Genie Investments NV. Mailed notice (ags) (Entered: 12/18/2023) |
| 12/19/2023 | 16 | ATTORNEY Appearance for Defendant McMann Capital by Daniel S Klapman (Attachments: # 1 Notice of Filing)(Klapman, Daniel) (Entered: 12/19/2023) |
| 12/19/2023 | 17 | RESPONSE by Defendant McMann Capital to statement 14 (Klapman, Daniel) (Entered: 12/19/2023) |
| 12/20/2023 | 18 | ATTORNEY Appearance for Defendant Genie Investments NV by Adam B. Walker (Walker, Adam) (Entered: 12/20/2023) |
| 12/21/2023 | 19 | MINUTE entry before the Honorable John F. Kness: A hearing on the pending motion 10 seeking a temporary restraining order is set for Thursday, 12/28/2023, at 11:00 a.m. That |

| | | |
|---|---|---|
| | | hearing will be held in person in Courtroom 2125 of the Everett McKinley Dirksen United States Courthouse. Briefing on the TRO motion is suspended pending further order. Counsel should instead be prepared to address the substance of the motion at the hearing. Mailed notice. (kp, ) (Entered: 12/21/2023) |
| 12/28/2023 | 20 | MINUTE entry before the Honorable John F. Kness: In-person motion hearing held on 12/28/2023. For the reasons stated on the record, the Court enters the following agreed briefing schedule on Plaintiffs' motion for temporary restraining order 10 : Defendants' responses are due on or before 1/10/2024, and Plaintiffs' reply is due on or before 1/17/2024. As part of this briefing, each party that is an LLC or LLP must identify the name and domicile(s) of every partner or member of each such entity. See Belleville Catering Co. v. Champaign Market Place LLC, 350 F.3d 691 (7th Cir. 2003); Cosgrove v. Bartolotta, 150 F.3d 729 (7th Cir. 1998). If any partners or members are themselves partnerships or LLCs, this requirement also applies to their partners or members. Defendants must answer or otherwise respond to the complaint on or before 1/26/2024. A status hearing for tracking purposes is set for 1/19/2024 at 9:00 AM. The parties are to use the following call-in number: 888-684-8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (kp, ) (Entered: 12/28/2023) |
| 12/28/2023 | 21 | ANNUAL REMINDER: Pursuant to Local Rule 3.2 (Notification of Affiliates), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information. Signed by the Executive Committee on 12/28/2023: Mailed notice. (tg, ) (Entered: 12/29/2023) |
| 01/10/2024 | 22 | MEMORANDUM by Genie Investments NV in Opposition to motion for temporary restraining order 10 (Attachments: # 1 Declaration David Hughes)(Walker, Adam) (Entered: 01/10/2024) |
| 01/10/2024 | 23 | MEMORANDUM by McMann Capital, McMann Commercial Lending LLC in Opposition to motion for temporary restraining order 10 (Attachments: # 1 Declaration)(Klapman, Daniel) (Entered: 01/10/2024) |
| 01/11/2024 | 24 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Wallingford Lodging Partners LLC *and Amended Rule 7.1 Corporate Disclosure Statement* (McKenna, William) (Entered: 01/11/2024) |
| 01/11/2024 | 25 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by North Haven Lodging Partners LLC *and Amended Rule 7.1 Corporate Disclosure Statement* (McKenna, William) (Entered: 01/11/2024) |
| 01/12/2024 | 26 | MINUTE entry before the Honorable John F. Kness: In view of the briefing schedule set for the Motion for Temporary Restraining Order 10 20 , the status hearing set for 1/19/24 is reset for 1/31/2024 at 9:30 A.M. The parties are to use the following call-in number: 888-684-8852, conference code 3796759. The public and media representatives may have |

| | | |
|---|---|---|
| | | access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, ) (Entered: 01/12/2024) |
| 01/17/2024 | 27 | RESPONSE by North Haven Lodging Partners LLC, Wallingford Lodging Partners LLCin Support of MOTION by Plaintiffs North Haven Lodging Partners LLC, Wallingford Lodging Partners LLC for temporary restraining order *and Injunctive Relief and Hearing on Preliminary Injunction*<br><br>10 (Attachments: # 1 Exhibit A - 12/28/23 Transcript, # 2 Declaration of Shailesh Patel) (McKenna, William) (Entered: 01/17/2024) |
| 01/26/2024 | 28 | First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Genie Investments NV<br><br>(Walker, Adam) (Entered: 01/26/2024) |
| 01/26/2024 | 29 | MEMORANDUM by Genie Investments NV in support of Motion to Dismiss for Failure to State a Claim 28 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Walker, Adam) (Entered: 01/26/2024) |
| 01/26/2024 | 30 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants McMann Capital, McMann Commercial Lending LLC<br><br>(Klapman, Daniel) (Entered: 01/26/2024) |
| 01/26/2024 | 31 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants McMann Capital, McMann Commercial Lending LLC *(Memorandum in Support)*<br><br>(Klapman, Daniel) (Entered: 01/26/2024) |
| 01/29/2024 | 32 | STATUS Report *Joint Initial Status Report Under Rule 26(f)* by North Haven Lodging Partners LLC, Wallingford Lodging Partners LLC<br><br>(McKenna, William) (Entered: 01/29/2024) |
| 01/31/2024 | 33 | MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held on 1/31/2024. The parties addressed issues regarding Defendants' motions to dismiss 28 and 31 and Plaintiff's motion for temporary restraining order 10 . As discussed on the record, Plaintiff's responses to the motions to dismiss are due by 12:00 P.M. C.S.T. on 2/12/2024. Plaintiff is also directed to submit a proposed temporary restraining order to the Court's proposed order mailbox, Proposed_Order_Kness@ilnd.uscourts.gov, and separately to file a version on the docket. An in-person motion hearing is set for 2/14/2024 at 1:30 P.M. At the hearing, the Plaintiff should be prepared to address the bond issue tied to the entry of a temporary restraining order. The Court also encouraged the parties to actively engage in settlement discussions and each party agreed to do so. The previously scheduled initial status hearing on 2/8/2024 is stricken. Defendant McCann's memorandum in support of it's motion to dismiss 31 was incorrectly filed on the docket as a motion and is dismissed as moot. Mailed notice. (exr, ) (Entered: 02/01/2024) |
| 02/12/2024 | 34 | RESPONSE by North Haven Lodging Partners LLC, Wallingford Lodging Partners LLCin Opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants McMann Capital, McMann Commercial Lending LLC<br><br>30 (McKenna, William) (Entered: 02/12/2024) |
| 02/12/2024 | 35 | RESPONSE by North Haven Lodging Partners LLC, Wallingford Lodging Partners LLCin Opposition to First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by |

|  |  | Defendant Genie Investments NV |
|---|---|---|
|  |  | 28 (Attachments: # 1 Exhibit A - Complaint (Genie Investments v. JoshuaWearmouth, et al), # 2 Supplement LEXIS citation (2019 Bankr. LEXIS 3603))(McKenna, William) (Entered: 02/12/2024) |
| 02/12/2024 | 36 | Plaintiffs' Proposed Preliminary Injunction Order re 10 Plaintiffs' Motion for Temporary Restraining Order and Injunctive Relief by North Haven Lodging Partners LLC, Wallingford Lodging Partners LLC (McKenna, William) (Entered: 02/12/2024) |
| 02/13/2024 | 37 | MOTION by Defendant Genie Investments NV to compel *arbitration and stay further proceedings*<br><br>(Walker, Adam) (Entered: 02/13/2024) |
| 02/13/2024 | 38 | MEMORANDUM by Genie Investments NV in support of motion to compel 37 *arbitration and stay further proceedings* (Walker, Adam) (Entered: 02/13/2024) |
| 02/14/2024 | 39 | MINUTE entry before the Honorable John F. Kness: In-person motion hearing held on 2/14/2024. For the reasons stated on the record, Plaintiffs' motion for temporary restraining order 10 is denied. The parties are directed to meet and confer and file a joint status report no later than 5:00 P.M. CST on 2/20/2024. The status report will include a proposed timeline for the expedited discovery discussed on the record. The report will also include a proposed briefing schedule both for Defendants' motions to dismiss as well as Defendant Genie Investments NV's motion to compel arbitration. Additionally, the parties will advise the Court in the report whether they will consent to the jurisdiction of the assigned Magistrate Judge for any portion of this case. Mailed notice. (exr, ) (Entered: 02/15/2024) |
| 02/20/2024 | 40 | STATUS Report *Joint Status Report* by North Haven Lodging Partners LLC, Wallingford Lodging Partners LLC<br><br>(McKenna, William) (Entered: 02/20/2024) |
| 02/21/2024 | 41 | CROSS-COMPLAINT filed by Genie Investments NV. (jn, ) (Entered: 02/22/2024) |
| 02/23/2024 | 42 | NOTICE of Voluntary Dismissal by Genie Investments NV *of Cross-Complaint* (Walker, Adam) (Entered: 02/23/2024) |
| 02/23/2024 | 43 | CROSS-Complaint by Genie Investments NV. (Envelope not Postmarked) (jh, ) (Entered: 02/26/2024) |
| 02/27/2024 | 44 | NOTICE of Voluntary Dismissal by Genie Investments NV *of Duplicate Cross-Complaint* (Walker, Adam) (Entered: 02/27/2024) |
| 02/27/2024 | 45 | SUGGESTION of Bankruptcy as to Genie Investments NV (Walker, Adam) (Entered: 02/27/2024) |
| 02/28/2024 | 46 | MINUTE entry before the Honorable John F. Kness: Defendant Genie Investments NV has filed a "Suggestion of Bankruptcy" 45 representing that it has filed for protection under Chapter 11 of the Bankruptcy Code. Defendant Genie suggests that an automatic stay has thus been imposed upon the filing of the bankruptcy case. 11 U.S.C. § 362. Based on the application of § 362, the case is stayed as to Defendant Genie Investments NV. To the extent Plaintiff disagrees that a stay is in place, it may file an appropriate response. The parties are instructed to meet and confer to determine whether the case should be stayed in its entirety based on the bankruptcy stay as to Defendant Genie Investments NV. A joint written status report setting forth the parties' position(s) must be filed on or before 03/08/2024. A status hearing for case tracking purposes is set for 3/12/2024 at 9:30 A.M. The parties are to use the following call-in number: 888-684-8852, conference code 3796759. The public and media representatives may have access to the hearing via the |

| | | |
|---|---|---|
| | | same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, ) (Entered: 02/28/2024) |
| 03/04/2024 | 47 | REPLY by McMann Capital, McMann Commercial Lending LLC to response in opposition to motion, 34 (Klapman, Daniel) (Entered: 03/04/2024) |
| 03/08/2024 | 48 | Joint Status Report on Parties' Positions as to Scope of Stay by McMann Capital, McMann Commercial Lending LLC (Klapman, Daniel) (Entered: 03/08/2024) |
| 03/12/2024 | 49 | MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held on 3/12/2024 to discuss the issue of the bankruptcy filing by defendant Genie Investments NV. Having reviewed the joint status report 48 , the Court temporarily stays this matter as to all Defendants. Plaintiffs are given leave to file a position paper regarding the stay on or before 3/19/2024. A continued status hearing is set for 4/16/2024 at 9:30 A.M. The parties are to use the following call-in number: 888-684-8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, ) (Entered: 03/12/2024) |
| 03/19/2024 | 50 | RESPONSE by Plaintiffs North Haven Lodging Partners LLC, Wallingford Lodging Partners LLC to other 48 *March 8, 2024 Joint Status Report re Scope of Automatic Stay* (McKenna, William) (Entered: 03/19/2024) |
| 03/22/2024 | 51 | ATTORNEY Appearance for Defendant McMann Capital by Theodore Chakos (Chakos, Theodore) (Entered: 03/22/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/02/2024 17:35:10 | | | |
| **PACER Login:** | iwolfgra | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-16264 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |