# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES   or   NO   (circle one)** | **204** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
|  | **Debtor's Response Thereto (Doc. No. 34)** | |
|  | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NORTH HAVEN LODGING PARTNERS LLC, AND WALLINGFORD LODGING PARTNERS LLC, <br><br> Plaintiffs. <br><br> v. <br><br> MCMANN COMMERCIAL LENDING LLC AND GENIE INVESTMENTS NV, <br><br> Defendants. | Case No. 1:23-cv-16264 <br><br> Judge John F. Kness |

**SUGGESTION OF BANKRUPTCY**

Defendant Genie Investments NV (Genie), through its undersigned attorney of record, would show the Court:

1. It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, which bears the case number 3:24-bk-00496 – Chapter 11 Case.

2. Relief was ordered on February 21, 2024.

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only.

WHEREFORE, the defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

Dated: February 27, 2024                    Respectfully submitted,

Adam Walker                                  GENIE INVESTMENTS NV
Walker Law Office
4050 Pennsylvania Ave., Suite 115-10    By: _____
Kansas City, Missouri 64111                       Adam Walker
(816) 226-6476
adam@awsecuritieslaw.com

Case: 1:23-cv-16264 Document #: 46 Filed: 02/28/24 Page 1 of 1 PageID #:833

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

North Haven Lodging Partners LLC, et al.

                                    Plaintiff,

v.                                              Case No.: 1:23−cv−16264

                                                    Honorable John F. Kness

McMann Commercial Lending LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2024:

      MINUTE entry before the Honorable John F. Kness: Defendant Genie Investments NV has filed a "Suggestion of Bankruptcy" [45] representing that it has filed for protection under Chapter 11 of the Bankruptcy Code. Defendant Genie suggests that an automatic stay has thus been imposed upon the filing of the bankruptcy case. 11 U.S.C. § 362. Based on the application of § 362, the case is stayed as to Defendant Genie Investments NV. To the extent Plaintiff disagrees that a stay is in place, it may file an appropriate response. The parties are instructed to meet and confer to determine whether the case should be stayed in its entirety based on the bankruptcy stay as to Defendant Genie Investments NV. A joint written status report setting forth the parties' position(s) must be filed on or before 03/08/2024. A status hearing for case tracking purposes is set for 3/12/2024 at 9:30 A.M. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.