# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **205** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

ADV, CLSD, 727

# U.S. Bankruptcy Court
## Central District of Illinois (Springfield)
### Adversary Proceeding #: 20-07029

*Assigned to:* Judge Mary P. Gorman  
*Lead BK Case:* 19-71781  
*Lead BK Title:* David C Hughes, II  
*Lead BK Chapter:* 7  
*Demand:*

*Date Filed:* 06/22/20  
*Date Terminated:* 09/16/20

*Nature[s] of Suit:*  41 Objection / revocation of discharge - 727(c),(d),(e)

*Plaintiff*
-----------------------
**Nancy J. Gargula**  
United States Trustee  
401 Main Street, Suite 1100  
Peoria, IL 61602  
309-671-7854

represented by **James Anthony Salinas**  
Office of United States Trustee  
401 Main St., Suite 1100  
Peoria, IL 61602  
309-671-7854 x238  
Email: james.salinas@usdoj.gov  
*LEAD ATTORNEY*

**Mark D Skaggs**  
401 Main St. #1100  
Peoria, IL 61602  
309-671-7854  
Email: Mark.D.Skaggs@usdoj.gov

V.

*Defendant*
-----------------------
**David C Hughes, II**  
2812 Pat Tillman Dr.  
Springfield, IL 62711  
SSN / ITIN: xxx-xx-9041

represented by **David C Hughes, II**  
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 06/22/2020 | 1<br>(36 pgs; 2 docs) | Adversary case 20-07029. (41 (Objection / revocation of discharge - 727(c),(d),(e))): Complaint by Nancy J. Gargula against David C Hughes II Fee Exempt (Attachments: # 1 Exhibit Group Exhibit 1 - Pictures) (Skaggs, Mark) (Entered: 06/22/2020) |
| 06/22/2020 | 2<br>(3 pgs) | Summons Issued on David C Hughes II Answer Due 7/22/2020 (court, mste) (Entered: 06/22/2020) |

| | | |
|---|---|---|
| 06/22/2020 | 3 | (Text-only notice, no associated pdf) NOTICE RE: FILING OF COMPLAINT, SERVICE OF SUMMONS, AND DEFAULT. An adversary complaint has been filed. Selection of the proper "nature of suit" when docketing the complaint is important. Please verify that you have selected all actions that apply to your complaint and no others. For more information about selecting the appropriate "nature of suit" when filing a complaint, see the Court's procedures available on the Court's website or click the link below.<br><br>A summons has been issued for service on the Defendant(s). The Plaintiff must serve the summons and a copy of the complaint within 7 days of issuance. If not served within 7 days, an alias summons must be requested. It is the sole responsibility of the Plaintiff to determine whether an alias summons is needed. Failure to effectuate proper service within 90 days of the filing of the complaint may result in dismissal. Proof of service is required and should be filed using the "Summons Service Executed" docket event. In the event the Defendant fails to appear and respond to the complaint, the Court will enter a default only upon the filing of a motion for default judgment and satisfaction of all other requirements under the Federal Rules of Bankruptcy Procedure. **The Court will no longer request motions for default or default judgment from parties.** For more information about the service of summons and complaint and obtaining default judgments, see the Court's procedures for Adversary Proceedings: Filing Complaint, Service of Summons, and Motions for Default Judgments available on the Court's website. (court, mste) (Entered: 06/22/2020) |
| 06/23/2020 | 4<br>(3 pgs) | Summons Service Executed on David C Hughes II 6/23/2020 (Skaggs, Mark) (Entered: 06/23/2020) |
| 06/24/2020 | 5<br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s)2 Summons Issued) No. of Notices: 1. Notice Date 06/24/2020. (Admin.) (Entered: 06/24/2020) |
| 07/31/2020 | 6<br>(5 pgs; 2 docs) | Motion for Default Judgment *and Motion for Entry of Default* Filed by Mark D Skaggs on behalf of Nancy J. Gargula (Attachments: # 1 Exhibit A) (Skaggs, Mark) (Entered: 07/31/2020) |
| 07/31/2020 | 7<br>(1 pg) | Hearing Set - Telephonic Call In; **Parties participating in this hearing are directed to call 1-877-336-1829 five minutes prior to the hearing time. Use Access Code 8878507. Multiple hearings may be set at the same time. Please remain on the line until your hearing(s) are concluded.** (RE: related document(s)6 Motion for Default Judgment filed by Plaintiff Nancy J. Gargula) Hearing to be held on 8/25/2020 at 09:00 AM Telephone Conference-Springfield,IL-MPG for 6, (court, apas) (Entered: 07/31/2020) |
| 08/02/2020 | 8<br>(2 pgs) | BNC Certificate of Mailing - Hearing (RE: related document(s)7 Call In Telephonic -AP) No. of Notices: 2. Notice Date 08/02/2020. (Admin.) (Entered: 08/02/2020) |
| 08/25/2020 | 9 | Hearing Held (RE: related document(s)6 Motion for Default Judgment filed by Plaintiff Nancy J. Gargula) Hearing held deadline set: 9/8/2020. (court, mste) (Entered: 08/25/2020) |
| 08/25/2020 | 10<br>(1 pg) | PDF with attached Audio File. Court Date & Time [ 8/25/2020 9:10:06 AM ]. File Size [ 4213 KB ]. Run Time [ 00:01:45 ]. (Attorney: |

| | | |
|---|---|---|
| | | James Salinas-plaintiff). (admin). (Entered: 08/25/2020) |
| 09/01/2020 | [11](#)<br>(2 pgs) | Default Judgment (RE: related document(s)[6](#) Motion for Default Judgment filed by Plaintiff Nancy J. Gargula). (court, mste) (Entered: 09/01/2020) |
| 09/01/2020 | | Disposition of Adversary 20-07029 Judgment For Plaintiff Close Adversary: 9/15/2020. (court, mste) (Entered: 09/01/2020) |
| 09/03/2020 | [12](#)<br>(3 pgs) | BNC Certificate of Mailing - PDF Document (RE: related document(s)[11](#) Default Judgment) No. of Notices: 2. Notice Date 09/03/2020. (Admin.) (Entered: 09/03/2020) |
| 09/16/2020 | | Adversary Case 3:20-ap-7029 Closed (court, mste) (Entered: 09/16/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/02/2024 18:32:37 | | | |
| **PACER Login:** | iwolfgra | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 20-07029 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |