# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** |  |
| Admitted: | **YES    or    NO    (circle one)** | **207** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** |  |
| Case No. | **3:24−bk−00496−BAJ** |  |
| Nature of Hearing: | **Trial on** |  |
|  | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** |  |
|  | **Debtor's Response Thereto (Doc. No. 34)** |  |
|  | **U.S. Trustee's Reply (Doc. No. 38)** |  |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** |  |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| David C. Hughes, II, | ) | Case No.: 19-71781 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| ***************************************** | ) | |
| NANCY J. GARGULA, | ) | |
| United States Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adv. No.: 20-07029 |
| | ) | |
| David C. Hughes, II, | ) | |
| | ) | . |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND
MOTION FOR DEFAULT JUDGMENT**

NOW COMES, Plaintiff, NANCY J. GARGULA, United States Trustee for Region 10, by and through her attorney, Mark D. Skaggs, and states in support of this Motion for Entry of Default and Motion for Default Judgment:

1. The United States Trustee filed on June 22, 2020, a Complaint Objecting to the Entry of a Discharge against David C. Hughes, II, ("Defendant"), pursuant to 11 U.S.C. §§727(a)(2), (a)(4)(A) (Doc. 1).

2. A Summons was issued by the Court on June 22, 2020. (Doc. 2).

3. The undersigned served a copy of the Summons and Complaint on the Defendant David C. Hughes, II, on June 23, 2020. Service was completed on the Defendant through the use of the United States Postal Service, first class mail, at the following address: 2812 Pat Tillman Drive, Springfield, Illinois 62711.  Service was also completed on June 23, 2020, on Defendant's counsel of record in the underlying bankruptcy case, Joseph Camiel Piolette, through the use of

the United States Postal Service, first class mail, at the following address: Pioletti & Pioletti, 107 East Eureka Ave., Eureka, IL 61530. The U.S. Trustee has not received back either mailing.

4. The Summons, as issued by the Court on June 22, 2020, and as served on June 23, 2020, provided for a deadline for the Defendant to file an answer or otherwise plead of July 22, 2020 or 21 days after the date of the service of the summons. Fed. R. Civ. P. 12(a)(1)(A)(i) (West 2020).

5. The summons deadline to file an answer or otherwise plead has passed and, as of the filing of this Motion, the Defendant has not answered or otherwise filed any pleading, and is thereby in default.

6. In support of this motion and in compliance with the Service Members Civil Relief Act, 50 U.S.C. § 521, please see the United States Trustee's Affidavit attached hereto as "Exhibit A." This Affidavit is being served upon Defendant and his bankruptcy counsel along with this Motion for Entry of Default and Motion for Default Judgment.

7. The United States Trustee is entitled to a default judgment.

WHEREFORE, the United States Trustee requests: (1) an entry of default against the Defendant given that Defendant was properly served and failed to appear or respond to the Complaint; and, (2) entry of Default Judgment denying the Defendant's discharge pursuant to 11 U.S.C. §§727 (a)(4)(A) based upon the allegations as set forth in the Complaint.

Dated: July 31, 2020

NANCY J. GARGULA,

United States Trustee

*/s/ Mark D. Skaggs*

Mark D. Skaggs, ARDC No.: 6210087
United States Department of Justice
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, IL 61602
Phone: (309) 671-7854, Ext. 226
Email: Mark.D.Skaggs@usdoj.gov

Mark D. Skaggs,
Trial Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **MOTION FOR JUDGMENT BY DEFAULT** was served electronically through CM/ECF and upon the following persons by first-class U.S. Mail, postage fully prepaid, or electronically to the email address indicated, on July 31, 2020:

David C. Hughes, II
2812 Pat Tillman Dr.
Springfield, IL 62711

Joseph Camiel Pioletti - (Debtor's Bankruptcy Case Counsel)
Pioletti & Pioletti
107 East Eureka Ave.
Eureka, IL   61530

*/s/ Mark D. Skaggs*

Mark D. Skaggs
Trial Attorney

Mark D. Skaggs, ARDC No.: 6210087
United States Department of Justice
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, IL 61602
Phone: (309) 671-7854, Ext. 226
Email: Mark.D.Skaggs@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| David C. Hughes, II, ) | Case No.: 19-71781 |
| ) | Chapter 7 |
| Debtor. ) | |
| ***************************************** ) | |
| NANCY J. GARGULA, ) | |
| United States Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. No.: 20-07029 |
| ) | |
| David C. Hughes, II, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT
ON COMPLAINT TO DENY DISCHARGE**

Mark D. Skaggs, being duly sworn, upon oath states:

1. I am an attorney for the Plaintiff in this proceeding.

2. The Clerk issued a summons to me on June 22, 2020, after the filing of this Adversary Complaint.

3. I served the Summons and Complaint upon the Defendant by first class mail on June 23, 2020, and filed a Certificate of Service with the Clerk on the same day. I also served the Summons and Complaint upon Joseph Camiel Pioletti, Defendant's attorney of record in the underlying bankruptcy case.

4. The Clerk issued a 30-day deadline for Defendant to file a written Answer or otherwise plead. That 30-day deadline was July 22, 2020.

5. This deadline has passed and the Clerk's PACER docket record reflects that Defendant

has failed to respond to the Complaint filed June 22, 2020.

6. I affirm, pursuant to the Service Members Civil Relief Act, 50 U.S.C. § 521, upon information and belief, that Defendant is not currently in the military service. This belief is based upon the following facts: Defendant appeared and testified at his § 341 first meeting of creditors in this bankruptcy case; Defendant appeared and testified at his Rule 2004 examination in the underlying bankruptcy case from his residence located at the address stated herein; Defendant did not schedule any military income on his Schedule I, and Defendant currently receives mail and resides at 2812 Pat Tillman Dr., Springfield, IL 62711, as is evidenced by the Court's docket in this matter.

7. I affirm, pursuant to the Service Members Civil Relief Act, 50 U.S.C. § 521, that a search of the name and social security number of the above Defendant in the records of the Department of Defense Manpower Data Center indicated no information that the Defendant was on active duty in the military on the date of filing of this adversary case.

8. The matters set forth in the Complaint and the allegations contained therein are true and correct.

FURTHER AFFIANT SAITH NOT.

_____
Mark D. Skaggs
Attorney for U.S. Trustee

Subscribed and sworn to before me this 31st day of July, 2020.

JENNIE M GALLAGHER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
November 27, 2023

_____
Notary Public

Page 2 of 2                                                                    Exhibit A