# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **208** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**IT IS SO ORDERED.**

**SIGNED THIS: September 1, 2020**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**
_____

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| David C. Hughes, II, | ) | Case Number: 19-71781 |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| | ) | |
| NANCY J. GARGULA, | ) | |
| United States Trustee for Region 10, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary Number: 20-07029 |
| | ) | |
| David C. Hughes, II, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFAULT JUDGMENT ON
### COMPLAINT TO DENY DISCHARGE

This matter came on for hearing on August 25, 2020, on the United States Trustee's Motion for Default Judgment on a Complaint to Deny Discharge. Movant, NANCY J. GARGULA, United States Trustee for Region 10 ("UST"), appeared by Attorney James A.

Salinas, and DAVID C. HUGHES, II, *pro se* Defendant, failed to appear. During the hearing, the United States Trustee made an offer of proof on the Complaint and the Motion for Default Judgment. The Court having reviewed the Motion for Default Judgment and supporting Affidavit, and being fully advised in the premises of the underlying Complaint to Deny Discharge, finds that both the Complaint to Deny Discharge and Motion for Default Judgment are well pled in the law and the facts, and should be granted.

It is therefore, ORDERED and ADJUDGED that the discharge is denied in the underlying bankruptcy case of DAVID C. HUGHES, II, case number 19-71781, for the reasons alleged in Counts I and II of the United States Trustee's Complaint to Deny Discharge, pursuant to the provisions of 11 U.S.C. §§ 727(a)(4)(A), for Defendant's false oaths.

###