# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES   or   NO   (circle one)** | **209** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| User ID | ICA (refundable) | DD (non) | Bridge (non) | Promoter | Business Name | Management | Address | City, State, Zip | ICA Total |
|---|---|---|---|---|---|---|---|---|---|
| 2916 | $ 100,000 | | | 2542 | Autonomous Drone Solutions DBA Calaway Solutions LLC | Garrett Calaway | 2121 Brittmoore unit 2200 | Houston, Texas 77043 | $ 9,727,644 |
| 2920 | $ 375,000 | | | 2637 | Seiler Tucker Inc. | Michelle Seiler Tucker | 400 Poydras Suite 1460 | New Orleans, Louisiana 70130 | |
| 2696 | $ 180,000 | | | 2542 | Ajer LLC | Rustyn Smith | 1070 S 650 West | Farmington, UT 84025 | DD Total |
| 2530 | $ 48,000 | | | 607 M N | The Generations Group | Don Strickland | 1006 Top Hill Dr. | Breham, Texas 77833 | $1,077,225 |
| 2449 | $ 500,000 | | | 607 G | Brooklyn Heights LLC | Shameika Amin | 307 N Lincoln Street | Tallulah, LA 71282 | |
| 2798 | $ 5,000 | | | 2542 | Iron Dragon Corp. | John Ritz | 70 Winding Way | Gibbsboro, NJ 08026 | Bridge Total |
| 2613 | $ 100,000 | | | 1886 | Half A Dime LTD | Bryar Nichol | Box 653 | Beveralodge, Alberta T0H0C0 | $ 5,927,630 |
| 2320 | $ 500,000 | | | 1076 | The Farming Co Pty Ltd | Melanie Prinsloo | 86 Lakeside Drive | Helena Valley, WA 6056 | |
| 2350 | $ 210,000 | $ 25,000 | | 2225 | Another Chance Group Home Inc | Skylar Whitfield | 54 N Vista Ave | Casa Grande, AZ 85122 | Total Refundable |
| 2443 | $ 30,000 | | | 1 | Skyward Tax & Accounting Service LLC | Anthony L. Wong Shue | 3505 LAKE LYNDA DR. SUITE 200 | Orlando, Florida 32817 | $ 9,727,644 |
| 2366 | $ 100,000 | | | | SSC Services Inc | Adriano Sampaio | 80 Franklin Street | Framingham, MA 01702 | |
| 2387 | $ 400,000 | | | 607 G | Terry's Florists LLC | Anthony Picco | 46 English Plaza | Red Bank, New Jersey 07701 | Total Non |
| 2625 | $ 150,000 | | | 2392 | Bull + Bear Properties LLC | Astor Rogers | 1140 E 87th Street | Chicago, Illinois 60619 | $ 7,004,855 |
| 2815 | $ 1,800,000 | | | 607 M N | Wallingford Lodging Partners LLC | Shailesh Patel & Vinay Patel | 2517 W Brentridge Circle | Sioux Falls, SD 57108 | |
| 2816 | $ 1,800,000 | | | 607 M N | North Haven Lodging Partners LLC | Shailesh Patel & Vinay Patel | 2517 W Brentridge Circle | Sioux Falls, SD 57108 | Refund + Non |
| 2629 | $ 176,000 | | | 607 M N | AMRODDO HOLDINGS, LLC | Roberta Toomer | 2283 Candlestick Ave | Henderson, Nevada 89052 | $ 16,732,499 |
| 2432 | $ 70,000 | | | 607 G | Cool Beanz LLC | Michael Sian and Dylan Padilla | 6585 Decatur Bouleard | Las Vegas, Nevada 89118 | |
| 2357 | $ 45,000 | $ 25,000 | | 607 G | S&L Zeppetelli DBA SLZ Waste Inc. | Jospeh Juliano | 191 Moonachie Road | Moonachie, New Jersey 07074 | Opt In |
| 1951 | $ 223,000 | | | 607 G | New Mount Olive Missionary Baptist Church Inc. | Ferlander Lewis | 15643 S. Wood Street P.O. Box 1696 | Harvey, IL 60426 | $ 4,421,250 |
| 2739 | $ 150,000 | | | 2542 | ALV Capital LLC | Valentino Perrina | 23 Uptown St | Peabody, MA 01960 | |
| 2777 | $ 30,000 | | | 2542 | Hospitality Growth Capital LLC | Angelo Perrina | 23 Upton St | Peabody, MA 01960 | Refund + Opt In |
| 2775 | $ 30,000 | | | 2542 | Solar Capital Funding LLC | Angelo Perrina | 23 Upton St | Peabody, MA 01960 | $ 14,148,894 |
| 2776 | $ 30,000 | | | 2542 | Nutre Leasing LLC | Angelo Perrina | 23 Upton St | Peabody, MA 01960 | |
| 2371 | $ 70,000 | | | 607 M N | Story Book Homes LLC | Daniel Reichard | 86 Mountain Avenue | Berkeley Heights, New Jersey 07922 | |
| 2373 | $ 97,500 | | | 607 G | On Site Life Care Inc. | Dr. Djenane Bartholomew | 41 Flatbush Avenue, 1st Floor | Brooklyn, New York 11217 | |
| 2325 | $ 250,000 | | | 2225 | Alere LLC | Mike Endredy | 1530 E Williams Field Rd Suite 201 | Gilbert, AZ 85295 | |
| 2359 | $ 360,000 | | | 607 M N | Braces at Brick, PA | John Young | 990 Cedar Bridge Avenue | Brick, New Jersey 08723 | |
| 2405 | $ 30,000 | | | 2225 | Golden Goods LLC | Anthony Wong Shue | 3620 West 10th Street | Greeley, CO 80634 | |
| 2413 | $ 57,500 | | | 607 G | Cobb Utilities Inc. | Candice Cobb | 191 Honey Suckle Circle | Ranger, GA 30734 | |
| 2453 | $ 80,000 | | | 2267 | Moser Holdings, LLC | Kevin Moser | 537 S. 150 E. | Smithfield, UT 84335 | |
| 2635 | $ 20,000 | | | 2384 | Fehu Capital Inc | Jonathan Burnham | 3139 W. Holcombe Blvd #A129 | Houston, TX 77025 | |
| 2598 | $ 120,000 | | | 2542 | H&M Essential Services, LLC | Michael Calvitto | 221 N Broad St, Suite 3A | Middletown, Delaware 19709 | |
| 2690 | $ 50,000 | | | 2465 | Sunlight Storage LLC | Doug Daniels | 3344 Bear Canyon Ln | Cedar Hills, UT 84062 | |
| 2624 | $ 50,000 | | | 2594 | Andorful Dynasty Real Estate LLC | Joseph Andorful | 1622 N 3950 W | Lehi, UT 84043 | |
| 2570 | $ 200,000 | | | 607 M N | Nortical Capital Inc | Arnold Ainsley | 921 E. Parker Street, Ste 1 | Lakeland, Florida 33801 | |
| 2620 | $ 60,000 | | | 862 | Lobenhaus Capital, LLC | Chiagozie Fawole | 6303 Lone Wolf Drive | Jamesville, New York 13078 | |
| 2623 | $ 100,000 | | | 2542 | Dajo Properties LLC | John Stoltzfus | 1136 Chestnut Tree Rd | Honeybrook, PA 19344 | |
| 2649 | $ 200,000 | | | 2384 | Archer Capital Investments | Michael Thompson | 1448 W Salmon Caddis Drive | Bluffdale, Utah 84065 | |
| 2748 | $ 15,000 | | | 2542 | Taj Construction LLC | Amer Risal Taj | 10 Windsor Dr | Foxboro, MA 02035 | |
| 2787 | $ 15,000 | | | 2542 | Rowehl & Russo Properties, LLC | Cheryl Rowehl | 237 Floyd Road | Shirley, New York 11967 | |
| 2689 | $ 100,000 | | | 2534 | My Dragonfly Home Solutions, LLC | Sandra Ramirez | 7700 Irvine Center Drive Suite 800 | Irvine, California 92618 | |
| 2794 | $ 67,500 | | | 2542 | NY SF Sunset Yards LLC | Joseph Woolridge | 64 Grand Street | Brooklyn, New York 11249 | |
| 2958 | $ 15,000 | | | 2542 | NCR Digital Corp. | Cheryl Rowehl | 237 Floyd Road | Shirley, New York 11967 | |
| 2493 | $ 350,000 | | | 2453 | Anvil Construction Inc | Randy Deem | 470 N. Main Street | Brigham City, Utah 84302 | |
| 2976 | $ 150,000 | | | 2542 | Zelco Properties LLC | Frank Broomall | 108 Patriot Dr Ste A | Middletown, Delaware 19709 | |
| 3052 | $ 50,000 | | | 2267 | Knut LLC | Daniel Knutsen | 697 N740 E | Lehi, Utah 84043 | |
| 2056 | $ 58,500 | | | | Platinum Investments USA LLC | Arnath Nagagopan | 43 Lindsay Street | Burwood NSW 2134 AUSTRALIA. USA TBC. | |
| 2685 | $ 20,000 | | | | Winslow Homes LLC | Ryan Winslow | 3539 Tuscany Reserve Blvd | New Smyrna Beach, FL 32168 | |
| 607 | | | | 1 | McMann Commercial Lending LLC | Walter P Trock III | 500 N Michigan Ave. Suite 600 | Chicago, IL 60611 | |
| 2651 | | $ 15,000 | $ 750,000 | 2637 | Bild Credit LLC | Elggren Dayton | 30 N Gould Street, Ste #30212 | Sherdian, Wyoming 82801 | |
| 2646 | | | $ 1,500,000 | 2637 | Latent Wealth Group LLC | Mark Steiner | 302 N. Abajo Peak Way | Heber City, Utah 84032 | |
| 1903 | | | $ 31,500 | | Just Hewitt LLC | Daniel J. Hewitt | 205 E Hidalgo Avenue | Raymondville, Texas 78580 | |
| 2267 | | | $ 75,000 | 2260 | CNF Solutions LLC | Steve Daniels | 135 East 620 South | Smithfield, UT 84335 | |
| 2514 | | $ 20,000 | $ 200,000 | 2267 | 20Twenty Development LLC | Bryan Olson | 1089 E Benchview Drive | Ogden, UT 84404 | |
| 2541 | | $ 15,000 | $ 30,000 | 2494 | BAYI Capital Management LLC | Temidayo Adebayo | 148 Undercliff Avenue | Edgewater, NJ 07020 | |
| 2482 | | $ 40,000 | $ 281,250 | 607 | Sun Coast Entertainment Live LLC | Nicholas Virthe | 6960 Brescia Way | Orlando, Florida 32819 | |
| 2645 | | $ 15,000 | $ 330,000 | 2637 | CannaVision Inc | David Russell | 777 Main Street Suite 600 | Fort Worth, Texas 76102 | |
| 2641 | | $ 15,000 | $ 45,000 | 2637 | Meetopolis LLC | Lisa Butkiewicz | 5434 E Kathleen Road | Scottsdale, Arizona 85254 | |
| 2544 | | $ 15,000 | $ 45,000 | 2494 | Solace Realty Concepts LLC | Ayo Agbejimi | 112 Lehigh Avenue | Newark, New Jersey 07112 | |
| 2650 | | $ 15,000 | $ 900,000 | 2637 | Darnell Development, LLC | Patrick Darnell | 2814 W Newton CT | Visalia, California 93291 | |
| 2520 | | $ 15,000 | $ 75,000 | 607 M GDB | Log Cabin Building LLC | Ian Black | 289 Parker Driv | Pittsburgh, Pennsylvania 15216 | |
| 2644 | | $ 15,000 | $ 195,000 | 2637 | Ficarra Holdings LLC | Robert Ficarra | 408 Billings Road | Somers, Connecticut 06071 | |
| 2597 | | $ 15,000 | $ 15,000 | 2494 | Faith Investor Services LLC | Lourndy St. Louis | 1522 4th Ave | Asbury Park, New Jersey 07712 | |
| 2600 | | | $ 7,500 | 2260 | Ricks Ventures LLC | Kimbal Ricks | 1354 W 1900 S | Logan, Utah 84321 | |
| 2606 | | $ 15,000 | $ 45,000 | | WW LLC | Doug Wiker | 26620 E Hoxie Road | Rockford, Washington 99030 | |
| 2627 | | $ 20,000 | $ 9,000 | 607 M GDN | Oregon Business Management Group Inc | Michael Covalt | 12600 SW 72nd Ave, suite 140 | Tigard, Oregon 97223 | |

| User ID | ICA (refundable) | DD (non) | Bridge (non) | Promoter | Business Name | Management | Address | City, State, Zip | ICA Total |
|---|---|---|---|---|---|---|---|---|---|
| 2643 | | $ 15,000 | $ 165,000 | 2637 | Heliosun LLC dba Odin | Wrex Lindsay | 1300 S Litchfield Rd, #230A | Goodyear, AZ 85338 | |
| 2664 | | $ 15,000 | $ 150,000 | 2637 | Springer Farms Landholdings LLC | David Springer & Travis Nokes | 325 N 1200 E | American Fork, Utah 84003 | |
| 2732 | | | $ 7,500 | 2260 | Ameiva LLC | Brian Bevan | 282 E 300 s | Smithfield, UT 84335 | |
| 2733 | | $ 15,000 | $ 80,000 | 2260 | Expansive Investments LLC | Joe Darger | 3855 S 500 W Suite B | Salt Lake City, UT 84115 | |
| 2617 | | $ 25,000 | $ 45,000 | 607 GDB | Belle Maison Realty, LLC | Lea Muse | 1133 E 83rd Street, #171 | Chicago, Illinois 60619 | |
| 2743 | | $ 30,000 | $ 150,000 | 607 GDB | Adaptive Medical Technologies LLC | Timothy Rogers | 7349 Paseo Del Sur | Scottsdale, Arizona 85258 | |
| 2766 | | $ 15,000 | $ 56,250 | 2637 | Knife & Spirit LLC | Scott Casey | 7217 E 4th Avenue | Scottsdale, Arizona 85251 | |
| 2809 | | $ 30,000 | $ 187,500 | 607 GDB | Phoenix Rising LLC | Scott Rogers | 172 Center St | Jackson, Wyoming 83001 | |
| 2550 | | $ 15,000 | $ 15,000 | 2534 | Seeking First LLC | Hernan Roldan | 3320 Laurel Dale Drive | Tampa Bay, Florida 33618 | |
| 2633 | | $ 20,000 | $ 37,500 | 607 M GDB | A Complete Home Inspecton, LLC | Kipp Nash | 110 Velsco Lane | Port Sulphur, LA 70083 | |
| 2634 | | $ 35,000 | $ 26,805 | 6087M GDB | Rolling by the Dozen RV Park LLC | Kristin & Ryan Stegent | 40 Country Road 267 | Somervillle, TX 77879 | |
| 2791 | | $ 40,000 | $ 345,000 | 607 M GDB | Nutra-Acres Inc. | Charles Stringer | 205 N Michigan Ave | Chicago, IL 60611 | |
| 2676 | | $ 15,000 | | 2542 | Business Live Global USA, LLC | Deborah Lee | 4538 Walnut Ridge Circle | Mcdonald, PA 15057 | |
| 2678 | | $ 30,000 | $ 34,500 | 607 M GDB | TnC NOLA Holdings LLC | Christopher Lovett | 1461 Annunciacton street, Unit B | New Orleans, Louisiana 70130 | |
| 2563 | | $ 40,000 | | 607 GDB | High Dunes II LLC | John Hofford | 17 Lockwood Drive | Charleston, SC 29401 | |
| 2357 | $ 45,000 | $ 25,000 | | 607 GDRB | S&L Zeppetelli DBA SLZ Waste Inc. | Jospeh Juliano | 191 Moonachie Road | Moonachie, New Jersey 07074 | |
| 2669 | | $ 40,000 | | 607 | Humane Care 7 Days Medical Group Inc. | Thuc Tu | 6552 Bolsa Avenue, Suite N | Huntington Beach, CA 92647 | |
| 2668 | | $ 15,000 | | 607 GD | Edge Development LLC | Scott Yoneyama | 315 239th Ct. SE | Sammamish, Washington 98074 | |
| 2673 | | $ 40,000 | | 607 GD | Prine Energy Services LLC | Ben Fussell | 450 Gears Rd | Houston, Texas 77067 | |
| 2679 | | $ 25,000 | | 607 | Wai Holdings LLC | John Wilson | 45 North Market | Wailuku, Hawaii 96793 | |
| 2808 | | $ 25,000 | | 607 | VTJ LLC | Terry Glassman | 706 Leander Dr | Leander, Texas 78641 | |
| 2762 | | $ 15,000 | | 2762 | Michele Ruiz Productions, LLC dba Ruiz Strategies | Michele Ruiz | 925 Century Park East, Suite 1700 | Los Angeles, California 90069 | |
| 2803 | | $ 30,000 | | 607 GDBN | Foster Group LLC | Adam Foster | 2539 N 300 E | Lehi, UT 84043 | |
| 2884 | $ 45,044 | $ 37,000 | | 607 M GB | Acres & Royalty LLC | David Guest | 205 N Michigan Ave | Chicago, Illinois 60601 | |
| 2814 | | $ 45,000 | | 607 GD | MAA DFW Investments LLC | Mayur Patel | 2509 Amelia Island | Path, Southlake, Texas 7609 | |
| 2811 | | $ 30,000 | | 607 GD | JC&TL Inc. | Chi Ping Teng | 13865 Magnolia Avenue # B | Chino, California 91710 | |
| 2895 | | $ 25,000 | | 607 GD | Dun Agro Hemp Group Inc. | Albert Dun | PO Box 475 | Shelbyville, Indiana 46176 | |
| 2521 | | $ 50,000 | $ 45,000 | 607M GDB | Global Verse Holdings LLC | Rejoe Joy | 1709 Vintage Lane | Wylie, Texas 75098 | |