# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **210** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

# Genie Investments NV

## Profit and Loss
January 2020 - January 2024

|  | TOTAL |
|---|---:|
| **Income** | |
|   Bridge Interest Revenue | 5,786,380.00 |
|   Commission Revenue | 295,600.00 |
|   Due Diligence Revenue | 1,067,175.00 |
|   Miscellaneous Income | 7,742.38 |
|   Termination Refund | -7,365,095.01 |
| **Total Income** | **$ -208,197.63** |
| **GROSS PROFIT** | **$ -208,197.63** |
| **Expenses** | |
|   Advertising & Promotion | |
|     Website Expense | 100.63 |
| **Total Advertising & Promotion** | **100.63** |
|   Background Check Expense | 347.00 |
|   Bank Charges & Fees | 3,459.88 |
|   Commission Expense | 408,037.50 |
|   Compliance Expense | 5,943.50 |
|   Contractors | 3,323.25 |
|   Legal & Professional Fees | 5,000.00 |
|     Accounting / Bookkeeping Services | 3,750.00 |
|   Advisory Fees | 65,731.54 |
|   Legal Expense | 342,827.51 |
|   Registered Agent | 464.00 |
| **Total Legal & Professional Fees** | **417,773.05** |
|   Licenses & Fees | 9.00 |
|   Parasec Expense | -4,026.00 |
|   SOS Expense | 1,025.00 |
| **Total Expenses** | **$835,992.81** |
| **NET OPERATING INCOME** | **$ -1,044,190.44** |
| **Other Income** | |
|   Dividends | 367,007.71 |
|   Interest - Morgan Stanley | 20,097.50 |
|   Interest Earned | 644.26 |
|     Chase Bridge Interest Earned | 7.02 |
|     Interest Earned - Checking | 0.06 |
|     Interest Earned - ICA | 182,841.91 |
| **Total Interest Earned** | **183,493.25** |
|   Realized Gain | 6,279,830.58 |
|   Refunds from Stocks | 6,772.34 |
| **Total Other Income** | **$6,857,201.38** |
| **Other Expenses** | |
|   Interest Expense - Loan | 114,338.86 |

# Genie Investments NV

## Profit and Loss
January 2020 - January 2024

|  | TOTAL |
|---|---:|
| Interest Expense - Morgan Stanley | 529,021.05 |
| Other Expenses | 8,394.00 |
| Realized Loss | 62,207.95 |
| Taxes | |
|   Delaware Corp Tax | 780.00 |
| **Total Taxes** | **780.00** |
| **Total Other Expenses** | **$714,741.86** |
| **NET OTHER INCOME** | **$6,142,459.52** |
| **NET INCOME** | **$5,098,269.08** |