# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES   or   NO   (circle one)** | **211** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court
Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

# Morgan Stanley

## CLIENT STATEMENT | For the Period January 1-31, 2024

**STATEMENT PACKAGE FOR:**
  MSL FBO GENIE INVESTMENTS NV
  C/O CALEB MICHAEL DAVIS

**Beginning Total Value** (as of 1/1/24)  $10,566,138.22
**Ending Total Value** (as of 1/31/24)  $2,516.80
  *Includes Accrued Interest*
  *Excludes Bank Loan Balances (See detail on Overview page)*

**Your Financial Advisor**
  Michael Stewart
  Senior Vice President
  Michael.G.Stewart@morganstanley.com
  818 409-0769

**Your Branch**
  55 SOUTH LAKE AVE, STE 700
  PASADENA, CA 91101
  Telephone: 626-449-1240 ; Alt. Phone: 800-488-1240 ; Fax: 626-449-7121

*Morgan Stanley Smith Barney LLC. Member SIPC.*

#BWNJGWM

MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS
401 RYLAND ST.
SUITE 200A
RENO NV 89502-1643

**Client Service Center** (24 Hours a Day; 7 Days a Week): 800-869-3326
**Access Your Accounts Online:** www.morganstanley.com/online

INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD

255 - 145712 - 290 - 4 - 3

## Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.
**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.
**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.
**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.
**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.
**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.
**Important Information if You are a Margin Customer** (not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.
**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.
**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.
**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.
**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.
**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.
**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.
**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.
**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.
**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

## Consolidated Summary

### OVERVIEW OF YOUR ACCOUNTS (includes accrued interest)

*Although only whole dollar amounts are displayed below, both dollars and cents are used to calculate all totals. Manually summing the individual line items may not equal the actual total displayed. Refer to Account Statements for details. Excludes Bank Loan Balances (including Liquidity Access Lines, Tailored Lending Loans and Mortgage Balances).*

| | Account Number | Beginning Value (1/1/24) | Funds Credited/(Debited) | Security/Currency Transfers Rcvd/(Dlvd) | Change in Value | Ending Value (1/31/24) | Income/Dist This Period/YTD | YTD Realized Gain/(Loss) (Total ST/LT) | Unrealized Gain/(Loss) (Total ST/LT) | Page |
|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL FOR ALL ACCOUNTS** | | $10,566,138 | $(10,578,326) | — | $14,704 | $2,516 | — | — | — | |
| | | | | | | | — | — | — | |
| **Business Accounts** | | | | | | | | | | |
| MSL FBO GENIE INVESTMENTS NV C/O CALEB MICHAEL DAVIS | -290 *Invest Advisory* | 10,566,138 | (10,578,326) | — | 14,704 | 2,516 | — | — | — | 7 *eDel* |
| **Total Business Accounts** | | $10,566,138 | $(10,578,326) | — | $14,704 | $2,516 | — | — | — | |
| | | | | | | | — | — | — | |

**Liquidity Access Line Accounts** (These accounts are not included in the Consolidated Summary balances.)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| GENIE INVESTMENTS NV C/O CALEB MICHAEL DAVIS | -290 *(Liquidity Access Line effective only upon written notice from Morgan Stanley Bank, N.A. or Morgan Stanley Private Bank, National Association)* | | | | | | | | | * |
| GENIE INVESTMENTS NV C/O CALEB MICHAEL DAVIS | -290 *MSPBNA Loan* | | | | - See Account Summary and/or Account Detail - | | | | | 13 *eDel* |

*This summary may include assets held in either brokerage and/or advisory accounts. Visit https://www.morganstanley.com/wealth-relationshipwithms/pdfs/understandingyourrelationship.pdf to understand the differences between brokerage and advisory accounts. Refer to individual Account Gain/(Loss) Summary and Expanded Disclosures for additional information. Accounts with no balances, holdings or activity year-to-date are not displayed on this page. *No statement was created for this period as the account had neither eligible activity nor assets. eDel: This account is enrolled in eDelivery.*

## Consolidated Summary

### CHANGE IN VALUE OF YOUR ACCOUNTS (includes accrued interest)

| | This Period (1/1/24-1/31/24) | This Year (1/1/24-1/31/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | $10,566,138.22 | $10,566,138.22 |
| Credits | 7,333.12 | 7,333.12 |
| Debits | (10,585,659.49) | (10,585,659.49) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | $(10,578,326.37) | $(10,578,326.37) |
| **Change in Value** | 14,704.95 | 14,704.95 |
| **TOTAL ENDING VALUE** | $2,516.80 | $2,516.80 |

Net Credits / Debits include investment advisory fees as applicable. See Activity section for details.

### MARKET VALUE OVER TIME

The below chart displays the most recent thirteen months of Market Value.



The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $2,516.80 | 100.00 |
| **TOTAL VALUE** | **$2,516.80** | **100.00%** |

FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.



Cash

This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.

# Morgan Stanley

CLIENT STATEMENT | For the Period January 1-31, 2024

## Consolidated Summary

### BALANCE SHEET (^ includes accrued interest)

|  | Last Period (as of 12/31/23) | This Period (as of 1/31/24) |
|---|---:|---:|
| Cash, BDP, MMFs | $3,586,260.88 | $2,516.80 |
| Net Unsettled Purchases/Sales | 6,979,877.34 | — |
| **Total Assets** | **$10,566,138.22** | **$2,516.80** |
| **Total Liabilities** (outstanding balance) | — | — |
| **TOTAL VALUE** | **$10,566,138.22** | **$2,516.80** |

*Total liabilities excludes Bank Loan Balances (including Liquidity Access Lines, Tailored Lending Loans and Mortgage Balances).*

### CASH FLOW

|  | This Period (1/1/24-1/31/24) | This Year (1/1/24-1/31/24) |
|---|---:|---:|
| **OPENING CASH, BDP, MMFs** | **$3,586,260.88** | **$3,586,260.88** |
| Prior Net Unsettled Purch/Sales | 6,979,877.34 | 6,979,877.34 |
| Income and Distributions | 14,704.95 | 14,704.95 |
| **Total Investment Related Activity** | **$6,994,582.29** | **$6,994,582.29** |
| Electronic Transfers-Credits | 6,817.15 | 6,817.15 |
| Electronic Transfers-Debits | (10,579,843.17) | (10,579,843.17) |
| Other Credits | 515.97 | 515.97 |
| Other Debits | (5,816.32) | (5,816.32) |
| **Total Cash Related Activity** | **$(10,578,326.37)** | **$(10,578,326.37)** |
| **Total Card/Check Activity** | — | — |
| **CLOSING CASH, BDP, MMFs** | **$2,516.80** | **$2,516.80** |

| CONSOLIDATED SUMMARY | PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS | LIQUIDITY ACCESS LINE ACCOUNTS |

This page intentionally left blank

**CLIENT STATEMENT** | For the Period January 1-31, 2024

## Account Summary

**Portfolio Management Active Assets Account** ▇▇▇▇-290

**MSL FBO GENIE INVESTMENTS NV**
**C/O CALEB MICHAEL DAVIS**

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (1/1/24-1/31/24) | This Year (1/1/24-1/31/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | $10,566,138.22 | $10,566,138.22 |
| Credits | 7,333.12 | 7,333.12 |
| Debits | (10,585,659.49) | (10,585,659.49) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | $(10,578,326.37) | $(10,578,326.37) |
| **Change in Value** | 14,704.95 | 14,704.95 |
| **TOTAL ENDING VALUE** | $2,516.80 | $2,516.80 |

Net Credits / Debits include investment advisory fees as applicable. See Activity section for details.

### MARKET VALUE OVER TIME
The below chart displays the most recent thirteen months of Market Value.



The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $2,516.80 | 100.00 |
| **TOTAL VALUE** | **$2,516.80** | **100.00%** |

FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.



Cash

This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.

## Account Summary

Portfolio Management Active Assets Account
-290

MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

### BALANCE SHEET (^ includes accrued interest)

|  | Last Period (as of 12/31/23) | This Period (as of 1/31/24) |
|---|---:|---:|
| Cash, BDP, MMFs | $3,586,260.88 | $2,516.80 |
| Net Unsettled Purchases/Sales | 6,979,877.34 | — |
| **Total Assets** | **$10,566,138.22** | **$2,516.80** |
| **Total Liabilities** (outstanding balance) | — | — |
| **TOTAL VALUE** | **$10,566,138.22** | **$2,516.80** |

### CASH FLOW

|  | This Period (1/1/24-1/31/24) | This Year (1/1/24-1/31/24) |
|---|---:|---:|
| **OPENING CASH, BDP, MMFs** | **$3,586,260.88** | **$3,586,260.88** |
| Prior Net Unsettled Purch/Sales | 6,979,877.34 | 6,979,877.34 |
| Income and Distributions | 14,704.95 | 14,704.95 |
| **Total Investment Related Activity** | **$6,994,582.29** | **$6,994,582.29** |
| Electronic Transfers-Credits | 6,817.15 | 6,817.15 |
| Electronic Transfers-Debits | (10,579,843.17) | (10,579,843.17) |
| Other Credits | 515.97 | 515.97 |
| Other Debits | (5,816.32) | (5,816.32) |
| **Total Cash Related Activity** | **$(10,578,326.37)** | **$(10,578,326.37)** |
| **Total Card/Check Activity** | — | — |
| **CLOSING CASH, BDP, MMFs** | **$2,516.80** | **$2,516.80** |

### INCOME AND DISTRIBUTION SUMMARY

|  | This Period (1/1/24-1/31/24) | This Year (1/1/24-1/31/24) |
|---|---:|---:|
| Income And Distributions | — | — |
| Tax-Exempt Income | — | — |
| **TOTAL INCOME AND DISTRIBUTIONS** | — | — |

Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

### GAIN/(LOSS) SUMMARY

|  | Realized This Period (1/1/24-1/31/24) | Realized This Year (1/1/24-1/31/24) | Unrealized Inception to Date (as of 1/31/24) |
|---|---:|---:|---:|
| **TOTAL GAIN/(LOSS)** | — | — | — |

This Summary is for informational purposes only and should not be used for tax preparation. Refer to the Expanded Disclosures or go to www.morganstanley.com/wealth/disclosures/disclosures.asp.

## Account Detail

**Portfolio Management Active Assets Account** ▇▇▇▇-290

**MSL FBO GENIE INVESTMENTS NV**
**C/O CALEB MICHAEL DAVIS**

**Investment Objectives (in order of priority):** Income, Aggressive Income, Capital Appreciation, Speculation

*Investment Advisory Account*

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

**Account Holder Votes Proxy:** No
*The account holder has delegated the authority to vote proxies for the account to Institutional Shareholder Services or a third-party or Morgan Stanley-affiliated portfolio manager, as applicable.*

**Pledged to:** Liquidity Access Line
*The assets in this account are pledged to a Liquidity Access Line (LAL), which is a securities based loan/line of credit product[1], and these assets can be used to repay the LAL.*

| | |
|---|---|
| **LAL Account Number:** | 255-XXX971 |
| **LAL Account Name:** | GENIE INVESTMENTS NV |
| **Outstanding Balance[2]:** | $0.00 |

[1] *The lender of which is either Morgan Stanley Private Bank, National Association or Morgan Stanley Bank, N.A., as applicable, each an affiliate of Morgan Stanley Smith Barney LLC.*
[2] *Outstanding Balance is the unpaid principal balance plus the amount of any issued letters of credit, reflecting the period of this account statement. Accrued interest that is unpaid is not included. Note that Outstanding Balance may increase or decrease based on the Borrower's loan activity. The entire amount of the collateral in this account may be applied against the LAL Obligations. For a more detailed description of the terms of such LAL, please review the Liquidity Access Line Application and Agreements, the associated Terms and Conditions and the Third Party Pledge Agreement (if applicable).*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period. For more information on how we price securities, go to www.morganstanley.com/wealth/disclosures/disclosures.asp.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to https://www.morganstanley.com/content/dam/msdotcom/en/wealth-disclosures/pdfs/BDP_disclosure.pdf*

| Description | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|
| **MSILF GOVT SEC PART** | $2,516.80 | 4.910 | $123.57 | — |

## Account Detail

Portfolio Management Active Assets Account
█████████-290

MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| **CASH, BDP, AND MMFs** | 100.00% | $2,516.80 | $123.57 |

Certain money market funds classified as government funds and retail funds seek (although they cannot guarantee) to maintain a share price of $1.00, therefore the dollar amounts listed equal the number of shares. Additional information concerning these transactions is available upon request. For more information about the pricing of Money Market Funds, please see the Expanded Disclosures. The money market funds reflected above include the balances in your automatic sweep feature, if any, and may include other money market funds that have been purchased in your account.

| | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|
| **TOTAL VALUE** | 100.00% | — | $2,516.80 | N/A | $123.57 — | 4.91% |

Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $2,516.80 | — | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | $2,516.80 | — | — | — | — | — |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 1/2 | | Dividend | MSILF GOVT SEC PART | Transaction Reportable for the Prior Year. | | | $8,645.03 |
| 1/2 | | Dividend | FEDERATED HERMES GOVT OBL AVR | Transaction Reportable for the Prior Year. | | | 6,059.92 |
| 1/3 | | Cash Transfer | FUNDS TRANSFERRED | CONFIRMATION # 213934484 TO ████ X971 | | | (9,935,236.73) |
| 1/4 | | Funds Transferred | WIRED FUNDS SENT | BENE: Genie Investments II ACCT: ████ 4873 | | | (644,606.44) |
| 1/8 | | Service Fee | ADV FEE 01/01-01/31 | | | | (5,817.15) |
| 1/9 | | Cash Transfer | FUNDS TRANSFERRED | CONFIRMATION # 214321463 FROM ████ X085 | | | 6,817.15 |
| 1/18 | | Service Fee Adj | NET PLATFORM CREDIT | PLATFORM FEE ($759.03) PLATFORM CREDIT $759.86 | | | 0.83 |
| 1/23 | | Refund | MSILF GOVT SEC PART | | | | 438.29 |

## Account Detail

Portfolio Management Active Assets Account
_____-290

MSL FBO GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

### CASH FLOW ACTIVITY BY DATE (CONTINUED)

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 1/23 | | Refund | FEDERATED HERMES GOVT | | | | 77.68 |

**NET CREDITS/(DEBITS)** $(10,563,621.42)

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 1/2 | Automatic Investment | MSILF GOVT SEC PART | $1,500,217.20 |
| 1/2 | Automatic Investment | MSILF GOVT SEC PART | 8,645.03 |
| 1/3 | Automatic Investment | MSILF GOVT SEC PART | 6,985,937.26 |
| 1/4 | Automatic Redemption | MSILF GOVT SEC PART | (9,935,236.73) |
| 1/5 | Automatic Redemption | MSILF GOVT SEC PART | (644,606.44) |
| 1/9 | Automatic Redemption | MSILF GOVT SEC PART | (1,000.00) |
| 1/10 | Automatic Investment | MSILF GOVT SEC PART | 2,000.00 |
| 1/19 | Automatic Investment | MSILF GOVT SEC PART | 0.83 |
| 1/24 | Automatic Investment | MSILF GOVT SEC PART | 515.97 |

**NET ACTIVITY FOR PERIOD** $(2,083,526.88)

### MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Important Information About Advisory Accounts**
Please contact us if there have been any changes in your financial situation or investment objectives, or if you wish to impose any reasonable restrictions on the management of your Investment Advisory accounts, or to reasonably modify existing restrictions.
For a copy of the applicable ADV Brochure for Morgan Stanley Smith Barney LLC, or for any investment adviser with whom we contract to manage your investment advisory account, please visit www.morganstanley.com/ADV. These ADV Brochures contain important information about our advisory programs.

**Online Availability of Client Relationship Summary and Other Disclosures**
The Morgan Stanley Client Relationship Summary as well as other applicable regulatory disclosures are available at www.morganstanley.com/disclosures/account-disclosures. Please visit this website and review these documents carefully, as they provide important information.

**INFORMATION ABOUT YOUR INVESTMENT ADVISORY ACCOUNT**
The annual rate of 2.85 bps, which may be discounted, was used to calculate the Fourth Quarter Platform Fee. It is offset by a credit to your account from 100% of the revenue Morgan Stanley collects from investment product providers for administering their investment products on our Advisory platforms. There is no impact to your annual Advisory Fee. For more information please review applicable program's ADV Brochure at www.morganstanley.com/adv.

This page intentionally left blank

## Account Summary

**Liquidity Access Line** -290

GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

Account is not included in the Consolidated Summary balances

### BANK LOAN ACTIVITY SUMMARY

|  | This Period (1/1/24-1/31/24) | This Year (1/1/24-1/31/24) |
|---|---|---|
| **OPENING LOAN BALANCE** | $9,863,316.39 | $9,863,316.39 |
| Borrowed | 67,543.52 | 67,543.52 |
| Repayments | (9,930,859.91) | (9,930,859.91) |
| **CLOSING LOAN BALANCE** | — | — |
| *Includes:* | | |
| Interest Paid | $67,543.52 | $67,543.52 |

### LOAN BALANCE OVER TIME



### BANK LOAN SUMMARY

|  | This Period (as of 1/31/24) |
|---|---|
| Variable Rate Line at 7.94584% | — |

### AVAILABLE FUNDS

|  | This Period (as of 1/31/24) |
|---|---|
| Available to Borrow ^ | — |
| Overpayment to MSPBNA | 4,376.82 |
| **TOTAL AVAILABLE FUNDS** | **$4,376.82** |

^ *Available to borrow at month-end is equal to the loan value of the pledged collateral less outstanding loan balances and accrued interest and fees.*

**LAL TYPE:** NON-PURPOSE

### INTEREST ON VARIABLE RATE LINE

|  | This Period (1/1/24-1/31/24) |
|---|---|
| Interest Accrued | $4,376.82 |
| Interest Adjustments | — |
| **TOTAL INTEREST** | **$4,376.82** |

*Interest is calculated on the basis of a 360-day year, but charged for the actual number of elapsed days. If interest has accrued, it will display in the Variable Rate Line: Daily Interest Schedule.*

### CASH FLOW

|  | This Period (1/1/24-1/31/24) | This Year (1/1/24-1/31/24) |
|---|---|---|
| Electronic Transfers-Credits | $9,935,236.73 | $9,935,236.73 |
| Other Credits | 67,543.52 | 67,543.52 |
| Other Debits | (10,002,780.25) | (10,002,780.25) |
| **Total Cash Related Activity** | — | — |
| **Total Check Activity** | — | — |

The lender of Liquidity Access Line (LAL) is either Morgan Stanley Private Bank, National Association or Morgan Stanley Bank, N.A., as applicable, each an affiliate of Morgan Stanley Smith Barney LLC (MSSB). For more information, see your Liquidity Access Line Application and Agreements.

## Account Summary

**Liquidity Access Line**
▮▮▮▮▮▮-290

**GENIE INVESTMENTS NV**
**C/O CALEB MICHAEL DAVIS**

Account is not included in the Consolidated Summary balances

### RELATED ACCOUNTS

| Account Name | Account Number | Enrolled in Overdraft | Pledged Collateral | Pledged Collateral Value |
|---|---|---|---|---|
| MSL FBO GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS | ▮▮▮▮▮▮-290 | No | Yes | $2,516.80 |

Account details are displayed only for accounts within the account link group statement package. The Total Pledged Collateral field only includes the sum of displayed values.

## Account Detail

**Liquidity Access Line** -290

GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

Account is not included in the Consolidated Summary balances

**Loan Account:** Liquidity Access Line

# ACTIVITY

## CASH RELATED ACTIVITY

### ELECTRONIC TRANSFERS

*Check disbursements from branch offices are displayed as Electronic Transfers.*

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 1/3 | Cash Transfer - Credit | FUNDS TRANSFERRED | CONFIRMATION # 213934484 FROM X712 | $9,935,236.73 |
| **TOTAL ELECTRONIC TRANSFERS** | | | | **$9,935,236.73** |
| TOTAL ELECTRONIC TRANSFERS-CREDITS | | | | $9,935,236.73 |

### OTHER CREDITS AND DEBITS

| Activity Date | Activity Type | Description | Comments | Credits/(Debits) |
|---|---|---|---|---|
| 1/2 | Other Credits | PRINCIPAL ADVANCE | | $67,543.52 |
| 1/2 | Other Debits | INTEREST PAYMENT | | (67,543.52) |
| 1/3 | Other Debits | PRINCIPAL PAYMENT | | (9,935,236.73) |
| **TOTAL OTHER CREDITS AND DEBITS** | | | | **$(9,935,236.73)** |
| TOTAL OTHER CREDITS | | | | $67,543.52 |
| TOTAL OTHER DEBITS | | | | $(10,002,780.25) |

## BANK LOAN ACTIVITY *(This section reflects the impact of Cash Related Activity on your Liquidity Access Line.)*

### VARIABLE RATE LINE

**Variable Rate Line**
**Interest Accrued This Period:** $4,376.82

**Interest Rate as of 1/31/24:** 7.94584%

**Interest Payment Date:** 2/1/24
**Interest Payment Type:** Variable Rate Advance
**Interest Payment Amount:** $4,376.82

| Transaction Date | Effective Date | Description | Amount | Loan Balance |
|---|---|---|---|---|
| | 1/1 | Opening Balance | | $9,863,316.39 |
| 1/2 | 1/2 | Interest Payment $67,543.52 | — | 9,863,316.39 |
| 1/2 | 1/2 | Principal Advance | 67,543.52 | 9,930,859.91 |
| 1/3 | 1/3 | Principal Payment | (9,930,859.91) | — |
| | 1/31 | Closing Balance | | — |

### Variable Rate Line: Daily Interest Schedule

| From | To | Loan Balance | Rate % | Daily Interest Accrued | No. of Days | Interest Accrued |
|---|---|---|---|---|---|---|
| 1/1 | 1/1 | $9,863,316.39 | 7.95855 | $2,180.49 | 1 | $2,180.49 |
| 1/2 | 1/2 | 9,930,859.91 | 7.96182 | 2,196.33 | 1 | 2,196.33 |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

## Account Detail

**Liquidity Access Line** ███████-290

**GENIE INVESTMENTS NV**
**C/O CALEB MICHAEL DAVIS**

Account is not included in the Consolidated Summary balances

### Variable Rate Line: Daily Interest Schedule (CONTINUED)

| From | To | Loan Balance | Rate % | Daily Interest Accrued | No. of Days | Interest Accrued |
|---|---|---|---|---|---|---|
| **Total Interest Accrued** | | | | | | **$4,376.82** |

We calculate Daily Interest Accrued on the Variable Rate Line of the Liquidity Access Line as follows: (1) multiply the applicable Rate by the Loan Balance and (2) divide by 360 (days). The Rate is only displayed when there is a Loan Balance. Interest Accrued values in this Daily Interest Schedule may be rounded for display purposes and, as a result, summing the individual line items may not equal the Total Interest Accrued displayed. Capitalized terms used in this paragraph refer to the terms set forth in the table above.

## MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.