# EXHIBIT COVER SHEET

**Exhibit**

Party Submitting:  **Mary Ida Townson, U.S. Trustee for Region 21**

Admitted:  **YES   or   NO   (circle one)**  **212**

Chapter 11 Debtor:  **Genie Investments NV, Inc.**

Case No.  **3:24−bk−00496−BAJ**

Nature of Hearing:  **Trial on**

**U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)**

**Debtor's Response Thereto (Doc. No. 34)**

**U.S. Trustee's Reply (Doc. No. 38)**

Trial Date:  **April 9, 2024, at 9:00 a.m.**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:**_____, **2024.**

**By:** _____, **Deputy Clerk**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

GENIE INVESTMENTS NV, INC.

      Debtor(s).

Case No.: 3:24-bk-00496-BAJ
Chapter 11

## NOTICE OF FILING SCHEDULES A/B – H, SUMMARY OF SCHEDULES AND LIST OF 20 LARGEST UNSECURED CREDITORS

      **PLEASE TAKE NOTICE** that the Debtor files the attached Schedules A/B – H, Summary of Schedules and List of 20 Largest Unsecured Claims to complete the required schedules for the Debtor.

Law Offices of Mickler & Mickler, LLP

By:_/s/ Bryan K. Mickler_____
     Bryan K. Mickler
Florida Bar No. 091790
Attorney for the Debtor(s)
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822
(904) 725-0855 FAX
court@planlaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing was furnished to the United States

Trustee and all interested parties per the attached mailing matrix by CM/ECF and/or First Class

United States Mail this ___3__ day of April, 2024.

<u>/s/ Bryan K. Mickler</u>
Attorney

docs\bankrupt\forms\addendum notice 11

**Fill in this information to identify the case:**

Debtor name _____ Genie Investments NV, Inc. _____

United States Bankruptcy Court for the:

_____ Middle District of Florida _____

Case number (if known): _____ 3:24-bk-00496-BAJ _____

☐ Check if this is an
amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☑ *Schedule H: Codebtors (Official Form 206H)*

☑ *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)*

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/20/2024__
　　　　　　 MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

Printed name _John Cohan_

Position or relationship to debtor _Director_

Official Form B202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

Debtor name _____ Genie Investments NV, Inc. _____

United States Bankruptcy Court for the:

Middle District of Florida

Case number (if known): _____ 3:24-bk-00496-BAJ _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ajer LLC 1070 S 650 West Farmington, UT 84025 | | | Contingent Disputed Unliquidated | | | $180,000.00 |
| 2 | Alere LLC 1530 E. Williams Field Rd 201 Gilbert, AZ 85295 | | | Contingent Disputed Unliquidated | | | $250,000.00 |
| 3 | ALV Capital LLC 23 Upton St Peabody, MA 01960 | | | Contingent Disputed Unliquidated | | | $150,000.00 |
| 4 | Amrodddo Holdings LLC 2283 Candlestick Ave Henderson, NV 89052 | | | Contingent Disputed Unliquidated | | | $176,000.00 |
| 5 | Another Chance Group Home Inc 54 N Vista Ave Casa Grande, AZ 85122 | | | Contingent Disputed Unliquidated | | | $235,000.00 |
| 6 | Anvil Construction Inc 470 N. Main Street Brigham City, UT 84302 | | | Contingent Disputed Unliquidated | | | $350,000.00 |
| 7 | Archer Capital Investments 1448 W. Salmon Caddis Drive Bluffdale, UT 84065 | | | Contingent Disputed Unliquidated | | | $200,000.00 |
| 8 | Autonomous Drone Solutions DBA Calaway Solutions LLC 2121 Brittmoore 2200 Houston, TX 77043 | | | Contingent Disputed Unliquidated | | | $100,000.00 |

Debtor    Genie Investments NV, Inc.                                                    Case number *(if known)*    3:24-bk-00496-BAJ
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Braces at Brick, PA<br>900 Cedar Bridge Avenue<br>Brick, NJ 08723 | | | Contingent<br>Disputed<br>Unliquidated | | | $360,000.00 |
| 10  Brooklyn Heights LLC<br>307 N Lincoln Street<br>Tallulah, LA 71282 | | | Contingent<br>Disputed<br>Unliquidated | | | $500,000.00 |
| 11  Bull & Bear Properties LLC<br>1140 E 87th Street<br>Chicago, IL 60619 | | | Contingent<br>Disputed<br>Unliquidated | | | $150,000.00 |
| 12  H&M Essential Services, LLC<br>221 N Broad Street 3A<br>Middletown, DE 19709 | | | Contingent<br>Disputed<br>Unliquidated | | | $120,000.00 |
| 13  New Mount olive Missionary Baptist Church Inc<br>P.O. Box 1696<br>Harvey, IL 60426 | | | Contingent<br>Disputed<br>Unliquidated | | | $223,000.00 |
| 14  North Haven Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108 | | | Contingent<br>Disputed<br>Unliquidated | | | $1,800,000.00 |
| 15  Nortical Capital Inc<br>921 E. Parker Street 1<br>Lakeland, FL 33801 | | | Contingent<br>Disputed<br>Unliquidated | | | $200,000.00 |
| 16  Seiler Tucker Inc<br>400 Poydras Suite 1460<br>New Orleans, LA 70130 | | | Contingent<br>Disputed<br>Unliquidated | | | $375,000.00 |
| 17  Terry's Florists LLC<br>46 English Plaza<br>Red Bank, NJ 07701 | | | Contingent<br>Disputed<br>Unliquidated | | | $400,000.00 |
| 18  The Farming Co. PTY LTD<br>86 Lakeside Dr.<br>Helena, MT 59604 | | | Contingent<br>Disputed<br>Unliquidated | | | $500,000.00 |
| 19  Wallingford Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108 | | | Contingent<br>Disputed<br>Unliquidated | | | $1,800,000.00 |
| 20  Zelco Properties LLC<br>108 Patriot Dr A<br>Middletown, DE 19709 | | | Contingent<br>Disputed<br>Unliquidated | | | $150,000.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor Name **Genie Investments NV, Inc.** | |
| United States Bankruptcy Court for the: **Middle** District of **Florida** | |
| | (State) |
| Case number (If known): **3:24-bk-00496-BAJ** | ☐ Check if this is an amended filing |

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                   Current value of debtor's interest

2. **Cash on hand**                                                                     _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)   Type of account   Last 4 digits of account number

   3.1. **Morgan Stanley**   **Money market account**   x **2 9 0**   $2,516.80

4. **Other cash equivalents** *(Identify all)*

   4.1  _____                                                                     _____
   4.2  _____                                                                     _____

5. **Total of Part 1**                                                                  $2,516.80
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

                                                                                        Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1  _____                                                                     _____
   7.2  _____                                                                     _____

Debtor    __Genie Investments NV, Inc._____    Case number (if known) __3:24-bk-00496-BAJ__
          Name

---

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1   __Bold City pre payment until 6/2024_____    $0.00

9.   **Total of Part 2**                                                              $0.00
     Add lines 7 through 8. Copy the total to line 81.

## Part 3:    Accounts receivable

10.  **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.
     ☑ Yes. Fill in the information below.

                                                                                     Current value of
                                                                                     debtor's interest

11.  **Accounts receivable**

     11a. 90 days old or less:    __unknown__    -    __unknown__    =......→         $84,624,144.00
                                  face amount         doubtful or uncollectible accounts

     11b. Over 90 days old:       _____    -    _____    =......→     _____
                                  face amount         doubtful or uncollectible accounts

12.  **Total of Part 3**                                                             $84,624,144.00
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:    Investments

13.  **Does the debtor own any investments?**

     ☑ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

                                                          Valuation method used    Current value of
                                                          for current value        debtor's interest

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1   _____    _____    _____

     14.2   _____    _____    _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
     including any interest in an LLC, partnership, or joint venture**

     Name of entity:                                   % of
                                                        ownership:

     15.1  _____    _____    _____    _____

     15.2  _____    _____    _____    _____

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable
     instruments not included in Part 1**

     Describe:

     16.1  _____    _____    _____    _____

---

Debtor    __Genie Investments NV, Inc._____    Case number (if known) __3:24-bk-00496-BAJ____
          Name

16.2    _____    _____    _____

17.    **Total of Part 4**
       Add lines 14 through 16. Copy the total to line 83.    [_____]

**Part 5:    Inventory, excluding agriculture assets**

18.    **Does the debtor own any inventory (excluding agriculture assets)?**
       ☑ No. Go to Part 6.
       ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**
       _____    _____    _____    _____    _____
                               MM / DD / YYYY

20.    **Work in progress**
       _____    _____    _____    _____    _____
                               MM / DD / YYYY

21.    **Finished goods, including goods held for resale**
       _____    _____    _____    _____    _____
                               MM / DD / YYYY

22.    **Other inventory or supplies**
       _____    _____    _____    _____    _____
                               MM / DD / YYYY

23.    **Total of Part 5**
       Add lines 19 through 22. Copy the total to line 84.    [_____]

24.    **Is any of the property listed in Part 5 perishable?**
       ☑ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☑ No
       ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27.    **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
       ☑ No. Go to Part 7.
       ☐ Yes. Fill in the information below.

Debtor    Genie Investments NV, Inc.                                Case number *(if known)* 3:24-bk-00496-BAJ
          Name

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |
| 28. Crops—either planted or harvested | | | |
| 29. Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |
| 39. Office furniture | | | |

Debtor   Genie Investments NV, Inc.                                                      Case number (if known) 3:24-bk-00496-BAJ
         Name

| Desk, Chairs | $250.00 | | $250.00 |
|---|---|---|---|

40.   Office fixtures

41.   Office equipment, including all computer equipment and
      communication systems equipment and software

42.   Collectibles  *Examples:* Antiques and figurines; paintings, prints, or other
      artwork; books, pictures, or other art objects; china and crystal; stamp,
      coin, or baseball card collections; other collections, memorabilia, or
      collectibles

      42.1 _____

      42.2 _____

      42.3 _____

43.   Total of Part 7
      Add lines 39 through 42. Copy the total to line 86.                                                    $250.00

44.   Is a depreciation schedule available for any of the property listed in Part 7?
      ☑ No
      ☐ Yes

45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?
      ☑ No
      ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46.   Does the debtor own or lease any machinery, equipment, or vehicles?
      ☑ No. Go to Part 9.
      ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm
      vehicles

      47.1 _____

      47.2 _____

      47.3 _____

      47.4 _____

48.   Watercraft, trailers, motors, and related accessories  Examples:
      Boats, trailers, motors, floating homes, personal watercraft, and fishing
      vessels

      48.1 _____

Debtor    Genie Investments NV, Inc.                                    Case number (if known) 3:24-bk-00496-BAJ
          Name

48.2 _____    _____    _____    _____

49. **Aircraft and accessories**

49.1 _____    _____    _____    _____

49.2 _____    _____    _____    _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

     _____    _____    _____    _____

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

Debtor    Genie Investments NV, Inc.    Case number *(if known)* 3:24-bk-00496-BAJ
_____
Name

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |

66. Total of Part 10

Add lines 60 through 65. Copy the total to line 89.    _____

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☑ No

☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

☑ No

☐ Yes

## Part 11:    All other assets

Debtor    __Genie Investments NV, Inc._____    Case number *(if known)*  __3:24-bk-00496-BAJ_____
        Name

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

_____   _____ – _____ => _____
                     Total face amount       doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

_____   Tax year _____   _____
_____   Tax year _____   _____
_____   Tax year _____   _____

**73.** **Interests in insurance policies or annuities**

_____   _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

__Velanos and related entities claims_____   _____ unknown

Nature of claim    __fraud/theft_____

Amount requested    __$75,000,000.00_____

__Warren Law Group Legal malpractice claim____   _____ unknown

Nature of claim    __legal malpractice_____

Amount requested    ____unknown_____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   _____

Nature of claim    _____

Amount requested    _____

**76.** **Trusts, equitable or future interests in property**

_____   _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   _____
_____   _____

---

Debtor   Genie Investments NV, Inc.                                       Case number *(if known)* 3:24-bk-00496-BAJ
         Name

78.   Total of Part 11

      Add lines 71 through 77. Copy the total to line 90.                                    [                    ]

79.   Has any of the property listed in Part 11 been appraised by a professional within the last year?

      ☑ No
      ☐ Yes

**Part 12:**   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,516.80 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $84,624,144.00 | |
| 83. Investments. *Copy line 17, Part 4.* | | |
| 84. Inventory. *Copy line 23, Part 5.* | | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $250.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | | |
| 88. Real property. *Copy line 56, Part 9.*.......................... ➔ | | [        ] |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | | |
| 90. All other assets. *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........91a. | $84,626,910.80 | + 91b. [        ] |

92.   Total of all property on Schedule A/B. Lines 91a + 91b = 92 ..................                          [ $84,626,910.80 ]

Fill in this information to identify the case:

Debtor name _____Genie Investments NV, Inc._____

United States Bankruptcy Court for the: _____Middle_____ District of _____Florida_____
                                                                      (State)

Case number (if known): ___3:24-bk-00496-BAJ_____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| | | |
| --- | --- | --- |
| _____ | _____ |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.       _____

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of _1_

---

Fill in this information to identify the case:

Debtor name _____ Genie Investments NV, Inc. _____

United States Bankruptcy Court for the:
_____ Middle District of Florida _____

Case number (if known): _____ 3:24-bk-00496-BAJ _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507)
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2**  Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Genie Investments NV, Inc. | | Case number *(if known)* | 3:24-bk-00496-BAJ |
|--------|------------|--|--------------------------|-------------------|
| | Name | | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|--|--|--|-----------------|

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---------|------------------------------------------------|-------------------------|------------|
| | 20 Development LLC | ☑ Contingent | |
| | 1089 E Benchview Drive | ☑ Unliquidated | |
| | Ogden, UT 84404 | ☑ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---------|------------------------------------------------|-------------------------|------------|
| | A Complete Home Inspection LLC | ☑ Contingent | |
| | 110 Velsco Lane | ☑ Unliquidated | |
| | Port Sulphur, LA 70083 | ☑ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,044.00 |
|---------|------------------------------------------------|-------------------------|------------|
| | Acres & Royalty LLC | ☑ Contingent | |
| | 205 N Michigan Ave | ☑ Unliquidated | |
| | Chicago, IL 60601 | ☑ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---------|------------------------------------------------|-------------------------|------------|
| | Adaptive Medical Technologies LLC | ☑ Contingent | |
| | 7349 Paseo Del Sur | ☑ Unliquidated | |
| | Scottsdale, AZ 85258 | ☑ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

Debtor    **Genie Investments NV, Inc.**                                        Case number *(if known)*    **3:24-bk-00496-BAJ**
Name

| **Part 2:** | **Additional Page** |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

Ajer LLC

1070 S 650 West

Farmington, UT 84025

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$180,000.00

**3.6** Nonpriority creditor's name and mailing address

Alere LLC

1530 E. Williams Field Rd 201

Gilbert, AZ 85295

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$250,000.00

**3.7** Nonpriority creditor's name and mailing address

ALV Capital LLC

23 Upton St

Peabody, MA 01960

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$150,000.00

**3.8** Nonpriority creditor's name and mailing address

Ameiva LLC

282 E 300 S

Smithfield, UT 84335

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Debtor    **Genie Investments NV, Inc.**
_____    Case number (if known)    **3:24-bk-00496-BAJ**
Name

| Part 2: | Additional Page |
| --- | --- |

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $176,000.00
| Amrodddo Holdings LLC | Check all that apply. |
| | ☑ Contingent |
| 2283 Candlestick Ave | ☑ Unliquidated |
| Henderson, NV 89052 | ☑ Disputed |
| | Basis for the claim: _____ |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00
| Andorful Dynasty Real Estate LLC | Check all that apply. |
| | ☑ Contingent |
| 1622 N 3950 W | ☑ Unliquidated |
| Lehi, UT 84043 | ☑ Disputed |
| | Basis for the claim: _____ |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $235,000.00
| Another Chance Group Home Inc | Check all that apply. |
| | ☑ Contingent |
| 54 N Vista Ave | ☑ Unliquidated |
| Casa Grande, AZ 85122 | ☑ Disputed |
| | Basis for the claim: _____ |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $350,000.00
| Anvil Construction Inc | Check all that apply. |
| | ☑ Contingent |
| 470 N. Main Street | ☑ Unliquidated |
| Brigham City, UT 84302 | ☑ Disputed |
| | Basis for the claim: _____ |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

**3.13** Nonpriority creditor's name and mailing address

Archer Capital Investments

1448 W. Salmon Caddis Drive

Bluffdale, UT 84065

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:     $200,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.14** Nonpriority creditor's name and mailing address

Autonomous Drone Solutions DBA Calaway Solutions LLC

2121 Brittmoore 2200

Houston, TX 77043

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:     $100,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address

BAYI Capital Management LLC

148 Undercliff Avenue

Edgewater, NJ 07020

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:     $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.16** Nonpriority creditor's name and mailing address

Belle Maison Realty, LLC

1133 E 83rd Street 171

Chicago, IL 60619

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:     $25,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

**3.17** Nonpriority creditor's name and mailing address

Bild Credit LLC

30 N Gould Street 30212

Sheridan, WY 82801

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.18** Nonpriority creditor's name and mailing address

Braces at Brick, PA

900 Cedar Bridge Avenue

Brick, NJ 08723

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $360,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.19** Nonpriority creditor's name and mailing address

Brooklyn Heights LLC

307 N Lincoln Street

Tallulah, LA 71282

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $500,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.20** Nonpriority creditor's name and mailing address

Bull & Bear Properties LLC

1140 E 87th Street

Chicago, IL 60619

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $150,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Genie Investments NV, Inc. | Case number (if known) | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.21 Nonpriority creditor's name and mailing address**

Business Live Global USA, LLC

4538 Walnut Ridge Circle

Mc Donald, PA 15057

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.22 Nonpriority creditor's name and mailing address**

CannaVision Inc

777 Main Street 600

Fort Worth, TX 76102

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.23 Nonpriority creditor's name and mailing address**

CNF Solutions LLC

135 East 620 South

Smithfield, UT 84335

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.24 Nonpriority creditor's name and mailing address**

Cobb Utilities Inc

191 Honey Suckle Circle

Ranger, GA 30734

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $57,100.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    __Genie Investments NV, Inc._____    Case number *(if known)*    __3:24-bk-00496-BAJ__
       Name

| **Part 2:** | **Additional Page** |
|---|---|

**3.25** Nonpriority creditor's name and mailing address

Cool Beanz LLC

6585 Decatur Blvd

Las Vegas, NV 89118

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $70,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.26** Nonpriority creditor's name and mailing address

Dajo Properties LLC

11360Chestnut Tree Rd

Honey Brook, PA 19344

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $100,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.27** Nonpriority creditor's name and mailing address

Darnell Development, LLC

2814 W Newton CT

Visalia, CA 93291

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.28** Nonpriority creditor's name and mailing address

Dun Agro Hemp Group Inc

P.O. Box 475

Shelbyville, IN 46176

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $25,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Genie Investments NV, Inc.
Name
Case number *(if known)*    3:24-bk-00496-BAJ

## Part 2: Additional Page

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 |

Edge Development LLC

*Check all that apply.*
☑ Contingent
315 239th Ct. SE
☑ Unliquidated
Sammamish, WA 98074
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number ___ ___ ___ ___
☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 |

Expansive Investments, LLC

*Check all that apply.*
☑ Contingent
3855 S 500 W B
☑ Unliquidated
Salt Lake City, UT 84115
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number ___ ___ ___ ___
☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 |

Faith Investor Services, LLC

*Check all that apply.*
☑ Contingent
1522 4th Ave
☑ Unliquidated
Asbury Park, NJ 07712
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number ___ ___ ___ ___
☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 |

Fehu Capital Inc

*Check all that apply.*
☑ Contingent
3139 W. Holmbe Blvd A219
☑ Unliquidated
77025
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number ___ ___ ___ ___
☐ Yes

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

**3.33**  Nonpriority creditor's name and mailing address

Ficarra Holdings LLC

408 Billings Road

Somers, CT 06071

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:      $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34**  Nonpriority creditor's name and mailing address

Foster Group LLC

2539 N 300 E

Lehi, UT 84043

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:      $30,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35**  Nonpriority creditor's name and mailing address

Global Verse Holdings LLC

1709 Vintage Lane

Wylie, TX 75098

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:      $50,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36**  Nonpriority creditor's name and mailing address

Golden Goods LLC

3620 West 10th Street

Greeley, CO 80634

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:      $30,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.37** Nonpriority creditor's name and mailing address

H&M Essential Services, LLC

221 N Broad Street 3A

Middletown, DE 19709

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$120,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.38** Nonpriority creditor's name and mailing address

Half a Dime, LTD

Box 653

Alberta,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$100,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.39** Nonpriority creditor's name and mailing address

Heliosun LLC DBA Odin

1600 S Litchfield Rd 230A

Goodyear, AZ 85338

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$15,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.40** Nonpriority creditor's name and mailing address

High Dunes II LLC

17 Lockwood Drive

Charleston, SC 29401

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$40,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Genie Investments NV, Inc.**    Case number (if known)    3:24-bk-00496-BAJ
Name

| Part 2: | Additional Page |

**3.41** Nonpriority creditor's name and mailing address

Hospitality Growth Capital LLC

23 Upton St

Peabody, MA 01960

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $30,000.00
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.42** Nonpriority creditor's name and mailing address

Humane Care 7 Days Medical Group Inc

6552 Bolsa Avenue N

Huntington Beach, CA 92647

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $40,000.00
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.43** Nonpriority creditor's name and mailing address

Iron Dragon Corporation

70 Winding Way

Gibbsboro, NJ 08026

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $5,000.00
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.44** Nonpriority creditor's name and mailing address

JC&TL Inc

13865 Magnolia Avenue B

Chino, CA 91710

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $30,000.00
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Genie Investments NV, Inc.                                    Case number *(if known)*    3:24-bk-00496-BAJ
          Name

| Part 2: | Additional Page |

**3.45** | Nonpriority creditor's name and mailing address

Just Hewitt LLC

205 E Hidalgo Avenue

Raymondville, TX 78580

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.46** | Nonpriority creditor's name and mailing address

Knife & Spirit

7217 E 4th Avenue

Scottsdale, AZ 85251

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.47** | Nonpriority creditor's name and mailing address

Knights Lending

1603 Capitol Ave, Ste. 413

Cheyenne, WY 82001

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.48** | Nonpriority creditor's name and mailing address

Knut LLC

697 N 740 E

84043

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    $50,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Genie Investments NV, Inc.**                                                   Case number *(if known)*   **3:24-bk-00496-BAJ**
         Name

| Part 2: | Additional Page |
|---|---|

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Latent Wealth Group LLC

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

302 N. Abajo Peak Way

Heber City, UT 84032

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60,000.00 |
|---|---|---|---|

Lobenhaus Capital, LLC

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

6303 Lone Wolf Drive

Jamesville, NY 13078

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 |
|---|---|---|---|

Log Cabin Building LLC

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

289 Parker Drive

Pittsburgh, PA 15216

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,000.00 |
|---|---|---|---|

MAA DFW Investments LLC

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

2509 Amelia Island

Southlake, TX 76092

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor   __Genie Investments NV, Inc.__                                    Case number *(if known)*   __3:24-bk-00496-BAJ__
         Name

| Part 2: | Additional Page |

**3.53**  Nonpriority creditor's name and mailing address

McMann Commercial Lending LLC

500 N Michigan Ave 600

Chicago, IL 60611

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.54**  Nonpriority creditor's name and mailing address

Meetopolis LLC

5434 E Kathleen Road

Scottsdale, AZ 85254

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:          $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.55**  Nonpriority creditor's name and mailing address

Michele Ruiz Productions, LLC DBA Ruiz Strategies

925 Century Park East 1700

West Hollywood, CA 90069

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:          $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.56**  Nonpriority creditor's name and mailing address

Moser Holdings, LLC

537 S. 150 E.

Smithfield, UT 84335

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:          $80,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Genie Investments NV, Inc.                                    Case number *(if known)*    3:24-bk-00496-BAJ
          Name

| Part 2: | Additional Page |

**3.57** Nonpriority creditor's name and mailing address

My Dragonfly Home Solutions, LLC

7700 Irvine Center Drive 800

Irvine, CA 92618

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $100,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.58** Nonpriority creditor's name and mailing address

NCR Digital Corp

237 Floyd Road

Shirley, NY 11967

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.59** Nonpriority creditor's name and mailing address

New Mount olive Missionary Baptist Church Inc

P.O. Box 1696

Harvey, IL 60426

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $223,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.60** Nonpriority creditor's name and mailing address

North Haven Lodging Partners LLC

2517 W Brentridge Circle

Sioux Falls, SD 57108

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $1,800,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    __Genie Investments NV, Inc._____    Case number *(if known)*    __3:24-bk-00496-BAJ__
          Name

| Part 2: | Additional Page |

**3.61**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $200,000.00
       __Nortical Capital Inc_____    *Check all that apply.*
                                                            ☑ Contingent
       __921 E. Parker Street 1_____   ☑ Unliquidated
       __Lakeland, FL 33801_____    ☑ Disputed

                                                            Basis for the claim: _____
       Date or dates debt was incurred    _____
                                                            Is the claim subject to offset?
       Last 4 digits of account number    __ __ __ __       ☑ No
                                                            ☐ Yes

**3.62**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $40,000.00
       __Nutra-Acres Inc_____    *Check all that apply.*
                                                            ☑ Contingent
       __205 Michigan Ave_____    ☑ Unliquidated
       __Chicago, IL 60611_____    ☑ Disputed

                                                            Basis for the claim: _____
       Date or dates debt was incurred    _____
                                                            Is the claim subject to offset?
       Last 4 digits of account number    __ __ __ __       ☑ No
                                                            ☐ Yes

**3.63**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $30,000.00
       __Nutre Leasing LLC_____    *Check all that apply.*
                                                            ☑ Contingent
       __23 Upton St_____    ☑ Unliquidated
       __Peabody, MA 01960_____    ☑ Disputed

                                                            Basis for the claim: _____
       Date or dates debt was incurred    _____
                                                            Is the claim subject to offset?
       Last 4 digits of account number    __ __ __ __       ☑ No
                                                            ☐ Yes

**3.64**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $67,500.00
       __NY SF Sunset Yards LLC_____   *Check all that apply.*
                                                            ☑ Contingent
       __64 Grand Street_____    ☑ Unliquidated
       __Brooklyn, NY 11249_____    ☑ Disputed

                                                            Basis for the claim: _____
       Date or dates debt was incurred    _____
                                                            Is the claim subject to offset?
       Last 4 digits of account number    __ __ __ __       ☑ No
                                                            ☐ Yes

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 17 of 26

| Debtor | Genie Investments NV, Inc. | Case number (if known) | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.65** | Nonpriority creditor's name and mailing address

On Site Life Care Inc.

41 Flatbush Avenue, 1st Floor

Brooklyn, NY 11217

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$97,500.00**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address

Oregon Business Management Group Inc

12600 SW 72nd Ave 140

Tigard, OR 97223

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$20,000.00**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address

Phoenix Rising LLC

172 Center Bay

Jackson, WY 83001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$30,000.00**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address

Platinum Investments USA LLC

c/o THE CORPORATION TRUST COMPANY

CORPORATION TRUST CENTER 1209 ORANGE ST

Wilmington, DE 19801

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$58,500.00**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   Genie Investments NV, Inc.                                    Case number *(if known)*   3:24-bk-00496-BAJ
         Name

| **Part 2:** | **Additional Page** |

**3.69** Nonpriority creditor's name and mailing address

Prine Energy Services LLC

450 Gears Road

Houston, TX 77067

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:         $40,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.70** Nonpriority creditor's name and mailing address

Ricks Ventures LLC

1354 W 1900 S

Logan, UT 84321

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:         $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.71** Nonpriority creditor's name and mailing address

Rolling By The Dozen RV Park LLC

40 Country Road 267

Somerville, TX 77879

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:         $35,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.72** Nonpriority creditor's name and mailing address

Rowehl & Russo Properties, LLC

237 Floyd Road

Shirley, NY 11967

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:         $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Genie Investments NV, Inc.                                    Case number (if known)    3:24-bk-00496-BAJ
          Name

| **Part 2:** | **Additional Page** |

**3.73** Nonpriority creditor's name and mailing address

S&L Zeppetell DBA SLZ Waste Inc

191 Moonachie Road

Moonachie, NJ 07074

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $70,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.74** Nonpriority creditor's name and mailing address

Seeking First LLC

3320 Laurel Dale Drive

Tampa, FL 33618

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.75** Nonpriority creditor's name and mailing address

Seiler Tucker Inc

400 Poydras Suite 1460

New Orleans, LA 70130

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $375,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.76** Nonpriority creditor's name and mailing address

Skyward Tax & Accounting Service LLC

3505 Lake Lynda Dr. 200

Orlando, FL 32817

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $30,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Genie Investments NV, Inc.**                                              Case number *(if known)*      **3:24-bk-00496-BAJ**
     Name

| **Part 2:** | **Additional Page** |

---

**3.77** Nonpriority creditor's name and mailing address

Solar Capital Funding LLC

23 Upton St

Peabody, MA 01960

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:                    $30,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address

Solas Realty Concepts LLC

112 Lehigh Avenue

Newark, NJ 07112

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:                    $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address

Springer Farms Landholdings LLC

325 N 1200 E

American Fork, UT 84003

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:                    $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address

SSC Services Inc

80 Franklin Street

Framingham, MA 01702

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:                    $100,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Genie Investments NV, Inc.                                  Case number *(if known)*    3:24-bk-00496-BAJ
          Name

| **Part 2:** | **Additional Page** |

**3.81**  Nonpriority creditor's name and mailing address

Story Book Homes LLC

86 Mountain Avenue

Berkeley Heights, NJ 07922

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $70,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.82**  Nonpriority creditor's name and mailing address

Sun Coast Entertainment Live LLC

6960 Brescia Way

Orlando, FL 32819

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $40,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.83**  Nonpriority creditor's name and mailing address

Sunlight Storage LLC

3344 Bear Canyon Ln

Pleasant Grove, UT 84062

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $50,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.84**  Nonpriority creditor's name and mailing address

Taj Construction LLC

10 Windsor Dr.

Foxboro, MA 02035

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $15,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Genie Investments NV, Inc. | Case number *(if known)* | 3:24-bk-00496-BAJ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400,000.00 |
|---|---|---|---|

| | Terry's Florists LLC | *Check all that apply.* | |
| | | ☑ Contingent | |
| | 46 English Plaza | ☑ Unliquidated | |
| | Red Bank, NJ 07701 | ☑ Disputed | |

Date or dates debt was incurred _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500,000.00 |
|---|---|---|---|

| | The Farming Co. PTY LTD | *Check all that apply.* | |
| | | ☑ Contingent | |
| | 86 Lakeside Dr. | ☑ Unliquidated | |
| | Helena, MT 59604 | ☑ Disputed | |

Date or dates debt was incurred _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,000.00 |
|---|---|---|---|

| | The Generations Group | *Check all that apply.* | |
| | | ☑ Contingent | |
| | 1006 Top Hill Dr | ☑ Unliquidated | |
| | Brenham, TX 77833 | ☑ Disputed | |

Date or dates debt was incurred _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
|---|---|---|---|

| | TnC NOLA Holdings LLC | *Check all that apply.* | |
| | | ☑ Contingent | |
| | 1461 Annunciation Street B | ☑ Unliquidated | |
| | New Orleans, LA 70130 | ☑ Disputed | |

Date or dates debt was incurred _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Genie Investments NV, Inc. | Case number (if known) | 3:24-bk-00496-BAJ |
|--------|---------------------------|------------------------|-------------------|
|        | Name                      |                        |                   |

## Part 2: Additional Page

**3.89** Nonpriority creditor's name and mailing address

VTJ LLC

706 Leander DR

Leander, TX 78641

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $25,000.00
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address

Wai Holdings LLC

45 North Market

Wailuku, HI 96793

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $25,000.00
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address

Wallingford Lodging Partners LLC

2517 W Brentridge Circle

Sioux Falls, SD 57108

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $1,800,000.00
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.92** Nonpriority creditor's name and mailing address

Winslow Homes LLC

3539 Tuscany Reserve Blvd

32168

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $20,000.00
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Genie Investments NV, Inc.**                                          Case number *(if known)*    **3:24-bk-00496-BAJ**
          Name

| Part 2: | Additional Page |
|---|---|

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 |
|---|---|---|---|

**WW LLC**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**26620 E Hoxie Road**

**Rockford, WA 99030**

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    — — — —
- ☑ No
- ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150,000.00 |
|---|---|---|---|

**Zelco Properties LLC**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**108 Patriot Dr A**

**Middletown, DE 19709**

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    — — — —
- ☑ No
- ☐ Yes

Debtor    **Genie Investments NV, Inc.**                                              Case number *(if known)*    **3:24-bk-00496-BAJ**
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5.    Add the amounts of priority and nonpriority unsecured claims.

|                                              |       | Total of claim amounts |
|----------------------------------------------|-------|------------------------|
| 5a.  **Total claims from Part 1**            | 5a.   | $0.00                  |
| 5b.  **Total claims from Part 2**            | 5b. + | $10,679,644.00         |
| 5c.  **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c.   | $10,679,644.00         |

Fill in this information to identify the case:

Debtor name _____ Genie Investments NV, Inc. _____

United States Bankruptcy Court for the:
_____ Middle District of Florida _____

Case number (if known): _____ 3:24-bk-00496-BAJ _____   Chapter ___ 11 ___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  List all contracts and unexpired leases

| | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Florida | Bold City Commercial LLC |
| | | Contract to be ASSUMED | 4426 CAPITAL DOME DR |
| | State the term remaining | 0 months | Jacksonville, FL 32246 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name: **Genie Investments NV, Inc.**

United States Bankruptcy Court for the: **Middle** District of **Florida**
(State)

Case number (if known): **3:24-bk-00496-BAJ**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ Street _____ City    State    ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ Street _____ City    State    ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ Street _____ City    State    ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ Street _____ City    State    ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H    Schedule H: Codebtors    page 1 of __2__

Debtor   Genie Investments NV, Inc.                                         Case number (if known)  3:24-bk-00496-BAJ
         Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | _____ | | |
| | City    State    ZIP Code | | |
| 2.6 _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | _____ | | |
| | City    State    ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name _____ Genie Investments NV, Inc. _____

United States Bankruptcy Court for the:
_____ Middle District of Florida _____

Case number (if known): ___ 3:24-bk-00496-BAJ ___    Chapter ___ 11 ___

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................... | $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................. | $84,626,910.80

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................... | $84,626,910.80

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............... | $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. | $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. | + $10,679,644.00

4. **Total liabilities**...............................................................................................
   Lines 2 + 3a + 3b | $10,679,644.00

Label Matrix for local noticing
113A-3
Case 3:24-bk-00496-BAJ
Middle District of Florida
Jacksonville
Wed Apr  3 09:07:31 EDT 2024

Genie Investments NV Inc.
PO Box 60443
Jacksonville, FL 32236-0443

Bryan K. Mickler
Attorney for the Debtor
5452 Arlington Expy.
Jacksonville, FL 32211-6860

Duval County Tax Collector
231 Forsyth St.  #130
Jacksonville FL 32202-3380

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

The Generations Group-DonStrickland -
14312 Zion Gate Xing
Conroe, TX 77384-2516

U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

Bryan K. Mickler +
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211-6860

United States Trustee - JAX 11 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Scott E Bomkamp +
DOJ-Ust
United States Trustee
400 W. Washington St.
Ste 1100
Orlando, FL 32801-2440

Jason A. Burgess +
Jacksonville
300 North Hogan Street
Room 4-213
Jacksonville, FL 32202-4204

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
---------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    13
Bypassed recipients     1
Total                  14