# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **Mary Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **215** |
| Chapter 11 Debtor: | **Genie Investments NV, Inc.** | |
| Case No. | **3:24−bk−00496−BAJ** | |
| Nature of Hearing: | **Trial on** | |
| | **U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Doc. No. 20)** | |
| | **Debtor's Response Thereto (Doc. No. 34)** | |
| | **U.S. Trustee's Reply (Doc. No. 38)** | |
| Trial Date: | **April 9, 2024, at 9:00 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**United States Bankruptcy Court**
**Middle District of Florida**

In re   **Genie Investments NV, Inc.**                                           Case No.   **3:24-bk-00496-BAJ**
                                    Debtor(s)                                    Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Genie Investments NV, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**04/03/2024**                                **/s/ Bryan K. Mickler**
Date                                          **Bryan K. Mickler**
                                              Signature of Attorney or Litigant
                                              Counsel for   **Genie Investments NV, Inc.**
                                              **Bar Number: 091790**
                                              **Law Offices of Mickler & Mickler, LLP**
                                              **5452 Arlington Expy.**
                                              **Jacksonville, FL 32211**
                                              **Phone: (904) 725-0822**
                                              **Email: bkmickler@planlaw.com**