

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/09/2024 09:00 AM

COURTROOM   4A, 4th Floor

**HONORABLE JASON BURGESS**

| CASE NUMBER: | FILING DATE: |
|---|---|
| 3:24-bk-00496-BAJ        11 | 02/21/2024 |

**Chapter 11**

**DEBTOR:**   Genie Investments NV Inc.

**DEBTOR ATTY:**   Bryan Mickler

**TRUSTEE:**   NA

**HEARING:**

(zoom ok for witnesses/alleged victims only)
Trial on Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss This Case, or Convert This Case to Chapter 7 Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 20
-Response to United States Trustee's Motion to Appoint Trustee and other Relief Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 34
-Reply to Debtor's Response to Expedited Motion to Appoint Chapter 11 Trustee, Appoint Examiner, Dismiss Case, or Convert to Chapter 7 Filed by U.S. Trustee United States Trustee - JAX 11 (related document(s)[34], [20]). (Bomkamp, Scott) Doc #38

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:** Trial on Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss This Case, or Convert This Case to Chapter 7 Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 20

 HELD (CONTINUED TO DAY 2)


-Response to United States Trustee's Motion to Appoint Trustee and other Relief Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 34

-Reply to Debtor's Response to Expedited Motion to Appoint Chapter 11 Trustee, Appoint Examiner, Dismiss Case, or Convert to Chapter 7 Filed by U.S. Trustee United States Trustee - JAX 11 (related document(s)[34], [20]). (Bomkamp, Scott) Doc #38
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being

denied as moot. This docket entry/document is not an official order of the Court.

Case Number 3:24-bk-00496-BAJ                Chapter 11