

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/10/2024 11:00 AM

COURTROOM   4A, 4th Floor

**HONORABLE JASON BURGESS**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **3:24-bk-00496-BAJ** | 11 | **02/21/2024** |

**Chapter 11**

**DEBTOR:**     Genie Investments NV Inc.

**DEBTOR ATTY:**  Bryan Mickler

**TRUSTEE:**      NA

**HEARING:**

Trial Day 2
Trial on Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss This Case, or Convert This Case to Chapter 7 Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 20
-Response to United States Trustee's Motion to Appoint Trustee and other Relief Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 34
-Reply to Debtor's Response to Expedited Motion to Appoint Chapter 11 Trustee, Appoint Examiner, Dismiss Case, or Convert to Chapter 7 Filed by U.S. Trustee United States Trustee - JAX 11 (related document(s)[34], [20]). (Bomkamp, Scott) Doc #38

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Trial Day 2

Trial on Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss This Case, or Convert This Case to Chapter 7 Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 20

  GRANTED IN PART, DENIED IN PART EXAMINER APPOINTED ORDER COURT.   ORE TENUS MOTION TO EXTEND CLAIMS BAR DATE TO 7/1/2024 GRANTED ORDER BOMKAMP.

-Response to United States Trustee's Motion to Appoint Trustee and other Relief Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 34

-Reply to Debtor's Response to Expedited Motion to Appoint Chapter 11 Trustee, Appoint Examiner, Dismiss Case, or Convert to Chapter 7 Filed by U.S. Trustee United States Trustee - JAX 11 (related document(s)[34], [20]). (Bomkamp, Scott) Doc #38 Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.