UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

*Admitted Into Evidence*
*APR 0 9 2024*

In re:

GENIE INVESTMENTS NV, INC.
    Debtor(s).

Case No.: 3:24-bk-00496-BAJ
Chapter 11

## DEBTOR'S EXHIBIT LIST

| Ex. No. | Date Identified | Date Admitted | By Whom | Description |
|---|---|---|---|---|
| 1 | 4/9/2024 | 4/9/24 | Debtor | 2634 – Kristin Stegent |
| 2 | 4/9/2024 | | Debtor | 2617 – Lea Muse |
| 3 | 4/9/2024 | | Debtor | 2791 – Blake Stringer |
| 4 | 4/9/2024 | | Debtor | 2633 – Kim Nash |
| 5 | 4/9/2024 | | | 2521 – Rejoe Joy |
| 6 | 4/9/2024 | | | 2678 – Christopher Lovett |
| 7 | 4/9/2024 | | | 2482 – Nicolas Virthe |
| 8 | 4/9/2024 | | | 2641 – Lisa Butkiewicz |
| 9 | 4/9/2024 | | Debtor | Rebuttal Exhibits |
| 10 | 4/9/2024 | | Debtor | Any Exhibit introduced by United States Trustee |

1

docs\bankrupt\forms\exhibit.lst