UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

*Admitted Into Evidence APR 0 9 2024*

In re:

Genie Investments NV, Inc.,   Case No.: 3:24-bk-00496-BAJ

Debtor.   Chapter 11

_____/

## UNITED STATES TRUSTEE'S EXHIBIT LIST (Part I)

Trial on Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Document No. 20)
Trial Date: April 9, 2024, at 9:00 a.m.

| Exh. No. | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1 | Docket for Case No. 3:24-bk-00496-BAJ | 4/9/24 | 4/9/24 | W/out |
| 2 | Voluntary Petition (Doc. No. 1) | | | |
| 3 | U.S. Trustee's Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss This Case, or Convert This Case to Chapter 7 (Doc. No. 20) | | | |
| 4 | Debtor's Response to U.S. Trustee's Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss This Case, or Convert Case to Chapter 7 (Doc. No. 34) | | | |
| 5 | U.S. Trustee's Reply to Debtor's Response to Expedited Motion to Appoint Chapter 11 Trustee, Appoint Examiner, Dismiss Case or Convert to Chapter 7 (Doc. No. 38) | | | |
| 6 | Statement of Small Business Owner, Kristin Stegent (Rolling By the Dozen RV Park, LLC) | | | |
| 7 | Stegent: $7,900 Wire Transfer | | | |
| 8 | Stegent: Due Diligence Fee Agreement signed & Wire Instructions to Genie | | | |
| 9 | Stegent: $35,000 Due Diligence Wire Transfer | ↓ | ↓ | ↓ |

| # | Description | | | |
|---|---|---|---|---|
| 10 | Stegent: Bridge Loan Agreement signed | 4/9/24 | 4/9/24 | w/out |
| 11 | Stegent: $26,805 Prepaid Interest & Zoomeral Fees Wired | | | |
| 12 | Stegent: BELOC Agreement | | | |
| 13 | Stegent: Email with David Hughes re public post | | | |
| 14 | Stegent: Email with David Hughes re breach | | | |
| 15 | Stegent: Email with McMann re the status of the BELOC loan closing | | | |
| 16 | Stegent: Email with David Hughes re countersuit | | | |
| 17 | Stegent: Genie's Cease & Desist Demand Letter | | | |
| 18 | Stegent: Genie's Refund Opt-In Agreement | | | |
| 19 | Stegent: Email with Genie's counsel re service of Genie Arbitration Complaint | | | |
| 20 | Stegent: Email with Genie's counsel re arbitration | | | |
| 21 | Stegent: Genie's JAMS Arbitration Demand | | | |
| 22 | Stegent: Email with Genie's counsel re postings | | | |
| 23 | Stegent: Email with JAMS re extension for Arbitration Objection | | | |
| 24 | Stegent: Genie's email re removal of posts to agree to extension | | | |
| 25 | Stegent: Genie email to remove online reviews | | | |
| 26 | Stegent: Objections to Arbitration | | | |
| 27 | Stegent: Genie's email to JAMS re motion for summary judgment filing | | | |
| 28 | Statement of Small Business Owner, Charles Blake Stringer (Nutra-Acres, LLC) | | | |
| 29 | Stringer: Email with Application, Business Plan, and BELOC timeline | | | |
| 30 | Stringer: Emails re BELOC timeline | | | |
| 31 | Stringer: Due Diligence Fee Agreement & Wiring Instructions | ✓ | ✓ | ✓ |

| # | Description | | | |
|---|---|---|---|---|
| 32 | Stringer: Email re BELOC Loan Agreement & Bridge Loan Agreement | 4/9/24 | 4/9/24 | w/out |
| 33 | Stringer: Email attaching Due Diligence Fee Agreement and Bridge Loan Agreement | | | |
| 34 | Stringer: Signed Bridge Loan Agreement | | | |
| 35 | Stringer: Email with notarized signature on the Bridge Loan Agreement with Genie | | | |
| 36 | Stringer: McMann Wiring Instructions to Genie's account for BELOC Loan Agreement | | | |
| 37 | Stringer: Email with David at Zoomeral attaching signed Bridge Loan Agreement | | | |
| 38 | Stringer: Email attaching Nutra-Acres Demand Letter to McMann and Genie | | | |
| 39 | Stringer: McMann BELOC loan funding update and Nutra-Acres email response | | | |
| 40 | Stringer: McMann termination letter of BELOC with Nutra-Acres | | | |
| 41 | Stringer: Email re unable to refund $115k wire | | | |
| 42 | Stringer: Email re unable to refund $245k wire | | | |
| 43 | Stringer: Genie's Cease & Desist Letter | | | |
| 44 | Stringer: Genie's email re update on Due Diligence & Bridge Interest Payments | | | |
| 45 | Stringer: Genie email re Refund Opt-In | | | |
| 46 | Stringer: Nutra-Acres Commercial Demand for Arbitration to AAA | | | |
| 47 | Stringer: Genie email serving Cease & Desist Letter re defamation, Arbitration Complaint, signed Due Diligence Agreement | | | |
| 48 | Stringer: Genie email re Nutra-Acres Response to Objections | | | |
| 49 | Stringer: Genie email re arbitration attorney | | | |
| 50 | Stringer: AAA email re submission by 11/16/23 | | | |
| 51 | Stringer: Nutra-Acres Objection to Arbitration | ✓ | ✓ | ✓ |

| 52 | Stringer: EM from AAA Closing Arbitration | 4/9/24 | 4/9/24 | w/out |

BY: _____Kate Menard_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV, Inc.,　　　　　　　　Case No.: 3:24-bk-00496-BAJ

Debtor.　　　　　　　　　　　　　　　　　Chapter 11

_____/

### UNITED STATES TRUSTEE'S EXHIBIT LIST (Part II)
Trial on Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Document No. 20)
Trial Date: April 9, 2024, at 9:00 a.m.

| Exh. No. | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 53 | Statement of Small Business Owner, Lisa Butkiewicz (Meetopolis, LLC) | 4/9/24 | 4/9/24 | w/out |
| 54 | Butkiewicz: Email re line of credit options | | | |
| 55 | Butkiewicz: Email re use of funds | | | |
| 56 | Butkiewicz: Terms & Commitment | | | |
| 57 | Butkiewicz: Email re due diligence agreement | | | |
| 58 | Butkiewicz: Email re loan approval | | | |
| 59 | Butkiewicz: Email re due diligence fee of $15k | | | |
| 60 | Butkiewicz: Email re wire instructions | | | |
| 61 | Butkiewicz: Email with Zoomeral link to upload the business plan | | | |
| 62 | Butkiewicz: Genie wiring instructions and signed BELOC agreement | | | |
| 63 | Butkiewicz: Genie letter to Borrowers | | | |
| 64 | Butkiewicz: Genie letter re Update on Funding Delays | | | |
| 65 | Butkiewicz: Genie Refund Opt-In Agreement | | | |
| 66 | Butkiewicz: Text correspondence with Broker | ↓ | ↓ | ↓ |

| | | | | |
|---|---|---|---|---|
| 67 | Butkiewicz: Zoomeral correspondence with Genie | 4/9/24 | 4/9/24 | w/out |
| 68 | Small Business Owner, Adam Foster (Foster Group, LLC): Jeff Klie email with BELOC requirements | | | |
| 69 | Foster: Jeff Klie email with testimonials, BELOC requirements, Term Sheet and Wiring Instructions | | | |
| 70 | Foster: McMann emails regarding BELOC and terms | | | |
| 71 | Foster: McMann meeting with BELOC underwriting notes and BELOC advertisement | | | |
| 72 | Foster: Emails with McMann forwarding BELOC application and $7,900 wire confirmation | | | |
| 73 | Foster: Emails with McMann forwarding signed documents | | | |
| 74 | Foster: McMann emails to not end up cash short | | | |
| 75 | Foster: Email applying for the $11m BELOC | | | |
| 76 | Foster: Email forwarding $11m BELOC application, signed Due Diligence with Genie, and confirmation of $30k wire to Genie | | | |
| 77 | Foster: Email forwarding signed Data Management Agreement, Security Agreement, Promissory Note, Intercreditor Agreement | | | |
| 78 | Foster: McMann letter re funding status | | | |
| 79 | Foster: Wiring instructions and confirmation of $165k wire | | | |
| 80 | Foster: BELOC Loan Closing Protocol | | | |
| 81 | Foster: Email re Final Confirmation and Proceed with BELOC Funding | | | |
| 82 | Foster: Email to McMann requesting phone call | | | |
| 83 | Foster: Email from Genie Bridge Loan interest payments are non-refundable | | | |
| 84 | Foster: Email from Genie's lawyer re refund | ↓ | ↓ | ↓ |

| 85 | Foster: Signed Opt-In Agreement | 4/9/24 | 4/9/24 | w/out |
| --- | --- | --- | --- | --- |
| 86 | Foster: Demand Letter to McMann requesting refund | | | |
| 87 | Foster: Form Termination Letter (notarized) | | | |
| 88 | Foster: Zoomeral Termination Confirmation | | | |
| 89 | Foster: McMann email re recovery of funds | | | |
| 90 | Foster: McMann email advertising new program PLOC | | | |
| 91 | Foster: McMann Personal Business Line of Credit (PLOC) | | | |
| 92 | Foster: McMann email re Genie's fraud filing | ✓ | ✓ | ✓ |

BY: _Kate Menard_
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV, Inc.,            Case No.: 3:24-bk-00496-BAJ

Debtor.            Chapter 11

_____/

### UNITED STATES TRUSTEE'S EXHIBIT LIST (Part III)
Trial on Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Document No. 20)
Trial Date: April 9, 2024, at 9:00 a.m.

| Exh. No. | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 93 | Statement of Small Business Owner, Rejoe Joy (Global Verse Holdings, LLC) | 4/9/24 | 4/9/24 | w/out |
| 94 | Joy: Genie Due Diligence Fee Agreement (signed) and Wiring Instructions to Genie's account | | | |
| 95 | Joy: Wire transfer of $50k to Genie for retention fee | | | |
| 96 | Joy: Emails with McMann and Crestar attaching the loan agreements and requesting reallocation of the $50k Bridge Loan as a down | | | |
| 97 | Joy: Scan of Agreements | | | |
| 98 | Joy: Bridge Loan Agreement | | | |
| 99 | Joy: Wire transfer of $45k to Genie Investments for prepaid interest on the Bridge Loan Agreement | | | |
| 100 | Joy: Demand Letter to McMann | | | |
| 101 | Joy: McMann response to Demand Letter that refund must come from Genie for the $95k | | | |
| 102 | Joy: McMann email re Retention Fee Discount for future deal | | | |
| 103 | Joy: Email to McMann and Crestar regarding return of funds | ✓ | ✓ | ✓ |

| # | Description | | | |
|---|---|---|---|---|
| 104 | Joy: BELOC Funding Timeline advertisement | 4/9/24 | 4/9/24 | w/out |
| 105 | Statement of Small Business Owner, Lea Muse (Belle Maison Realty, LLC) | | | |
| 106 | Muse: Literature from McMann advertising BELOC, BELOC application, Executive Summary Line of Credit, Borrowers Consent, Due Diligence checklist, and wiring instructions | | | |
| 107 | Muse: McMann email with application to complete, due diligence cost of $6,900 | | | |
| 108 | Muse: McMann email attaching BELOC application, business plan template and wiring instructions | | | |
| 109 | Muse: BELOC application | | | |
| 110 | Muse: $7,800 Wire to McMann | | | |
| 111 | Muse: McMann emails re request for advanced amount | | | |
| 112 | Muse: McMann emails re approved BELOC loan applicant and start up protocol including Zoomeral sign up | | | |
| 113 | Muse: Signed Due Diligence Fee Agreement and wiring instructions to Genie's account | | | |
| 114 | Muse: $25K Wire confirmation to Genie account | | | |
| 115 | Muse: Terms & Commitment Letter | | | |
| 116 | Muse: Bridge Loan Agreement | | | |
| 117 | Muse: Emails with McMann transferring documents | | | |
| 118 | Muse: Engagement letter and Mortgage Banking Data | | | |
| 119 | Muse: Loan Agreement and list of Closing Requirements | | | |
| 120 | Muse: Signed BELOC Agreement | | | |
| 121 | Muse: Signed & notarized BELOC Agreement | | | |
| 122 | Muse: BELOC Agreement Questions | ✓ | ✓ | ✓ |

| 123 | Muse: $45K Wire confirmation to Genie account | 4/9/24 | 4/9/24 | w/out |
| --- | --- | --- | --- | --- |
| 124 | Muse: BELOC Loan Funding Update | | | |
| 125 | Muse: BELOC Loan Closing Protocol | | | |
| 126 | Muse: Genie update on funding delays | | | |
| 127 | Muse: Genie corporation statement | | | |
| 128 | Muse: Zoomeral messages with Genie | | | |
| 129 | Muse: BELOC applicant update | | | |
| 130 | Muse: Genie's update on refund delays | | | |
| 131 | Muse: Genie Settlement Agreement re Velanos Trial | | | |
| 132 | Muse: Genie closed Chase bank account | | | |

BY: ____*Kate Menard*____
      Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV, Inc.,　　　　　　　　Case No.: 3:24-bk-00496-BAJ

Debtor.　　　　　　　　　　　　　　　　　Chapter 11

_____/

### UNITED STATES TRUSTEE'S EXHIBIT LIST (Part IV)
Trial on Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Document No. 20)
Trial Date: April 9, 2024, at 9:00 a.m.

| Exh. No. | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 133 | Statement of Small Business Owner Kim Nash (A Complete Home Inspection, LLC) | 4/9/24 | 4/9/24 | w/out |
| 134 | Nash: Email with McMann, Crestar, and Alliance Mortgage Now re a line of credit agreement and amendment | | | |
| 135 | Nash: Email wiring instructions for $7,800 fee | | | |
| 136 | Nash: Email re fee breakdown | | | |
| 137 | Nash: Email re the BELOC timeline | | | |
| 138 | Nash: Email re the new loan amount | | | |
| 139 | Nash: Email re Regions Bank Wire $7,900 | | | |
| 140 | Nash: Email re underwriter inquiry | | | |
| 141 | Nash: Email with Retention Agreement | | | |
| 142 | Nash: Email re Regions $20k wire to Genie for Due Diligence Fees | | | |
| 143 | Nash: Email attaching signed Bridge Loan Agreement | | | |
| 144 | Nash: McMann BELOC agreement signed | | | |
| 145 | Nash: BELOC agreement (altered by Genie in Arbitration) | ✓ | ✓ | ✓ |

| # | Description | | | |
|---|---|---|---|---|
| 146 | Nash: Email attaching Security Agreement | 4/9/24 | 4/9/24 | w/out |
| 147 | Nash: Email forwarding BELOC Loan Agreement | | | |
| 148 | Nash: Email confirming $37,500 wire to Genie for 3 months pre-paid interest/ construction costs | | | |
| 149 | Nash: Email with McMann re loan agreement | | | |
| 150 | Nash: Email re Second Operating Agreement | | | |
| 151 | Nash: Email to McMann with HEIC file | | | |
| 152 | Nash: Email re Bridge Loan Agreement | | | |
| 153 | Nash: Email receipt of signature page forwarded to underwriting | | | |
| 154 | Nash: Email re first tranche in a week | | | |
| 155 | Nash: Email re first tranche week of 4/2/23 | | | |
| 156 | Nash: Email re funding update | | | |
| 157 | Nash: Email re status of the problem | | | |
| 158 | Nash: McMann email advising don't cancel BELOC | | | |
| 159 | Nash: Email requesting an update | | | |
| 160 | Nash: Email re hardship | | | |
| 161 | Nash: Hughes email re alternative financing | | | |
| 162 | Nash: Email re Zoomeral | | | |
| 163 | Nash: Genie letter re 5/5/23 text with David Hughes | | | |
| 164 | Nash: Genie Arbitration Complaint against A Complete Home Inspection, LLC | | | |
| 165 | Small Business Owner Shailesh Patel (North Haven Lodging Partners, LLC and Wallingford Lodging Partners, LLC) Emails regarding NCNDA agreement | | | |
| 166 | Shailesh Patel: Email with fillable BELOC application for North Haven and Wallingford | | | |
| 167 | Shailesh Patel: Email re $7,500 wire | ✓ | ✓ | ✓ |

| # | Description | | | |
|---|---|---|---|---|
| 168 | Shailesh Patel: Email with Business Plan template | 4/9/24 | 4/9/24 | w/out |
| 169 | Shailesh Patel: Email re concerns about BELOC | | | |
| 170 | Shailesh Patel: Email attaching the corrected North Haven BELOC agreement (2816) | | | |
| 171 | Shailesh Patel: Email attaching the corrected Wallingford BELOC agreement (2815) | | | |
| 172 | Shailesh Patel: Email that all documents are in order, next send the wires | | | |
| 173 | Shailesh Patel: Email confirming $1.8m North Haven wire confirmation on 5/3/23 and $1.8m Wallingford wire confirmation on 5/3/23 both to Genie | | | |
| 174 | Shailesh Patel: Email re 75-day cycle and first tranche | | | |
| 175 | Shailesh Patel: Email re material and labor cost incurred for hotel construction, request funds | | | |
| 176 | Shailesh Patel: Email re termination of ICA loan 2816 and 2815 | | | |
| 177 | Shailesh Patel: Email requesting conference to discuss termination | | | |
| 178 | Shailesh Patel: Email to Hughes post conference forwarding termination template for termination and refund via a Zoomeral link | | | |
| 179 | Preet Patel (Representative for North Haven Lodging Partners, LLC and Wallingford Lodging Partners, LLC) Wiring instructions for North Haven Loan 2815 to Genie account | | | |
| 180 | Preet Patel: Wiring instructions for Wallingford Loan 2816 to Genie account | | | |
| 181 | Preet Patel: Email to David re dealings with McMann | | | |
| 182 | Preet Patel: Emails regarding expected refund date of 10/13/23 | | | |
| 183 | Preet Patel: Email with David Hughes re Zoomeral tutorial | ✓ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| 184 | Preet Patel: Email with David Hughes re expected ICA refund the week of 10/13/23 | 4/9/24 | 4/9/24 | w/out |
| 185 | Preet Patel: Email re ICA termination refund status | | | |
| 186 | Preet Patel: Genie's attorney's letter (Walker Law Office) re Update on Funding Delays | | | |
| 187 | Preet Patel: Emails with McMann forwarding Genie's letters for North Haven Lodging and Wallingord | | | |
| 188 | Preet Patel: Emails with McMann re their agreement with Genie re refunds | | | |
| 189 | Preet Patel: Emails requesting Genie provide $3.6m refund to the applicants | | | |
| 190 | Preet Patel: Email from David Hughes re teleconference to discuss the refund | | | |
| 191 | Preet Patel: Emails with McMann re Genie's prior requests for BELOC terminations and ICA refund | | | |
| 192 | Preet Patel: Email with David Hughes re the processing of the ICA refund | | | |
| 193 | Preet Patel: Email with David Hughes re further communications through counsel | | | |
| 194 | Preet Patel: McMann counsel's (Klapman) demand letter that Genie provide the $3.6m refund | | | |
| 195 | Preet Patel: Applicant counsel's (Morris) demand to McMann to refund the $3.6m ICA deposit | | | |
| 196 | Preet Patel: Applicant counsel's (Morris) demand to Genie re failure to refund post termination | | | |
| 197 | Preet Patel: Text messages with Walter Trock of McMann | | | |
| 198 | Preet Patel: Text messages with David Hughes of Genie | | | |
| 199 | Preet Patel: Zoomeral messages with David Hughes | ✓ | ✓ | ✓ |

BY: _____Kate Menard_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV, Inc.,           Case No.: 3:24-bk-00496-BAJ

Debtor.           Chapter 11

_____ /

### UNITED STATES TRUSTEE'S EXHIBIT LIST (Part V)
Trial on Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint Examiner, Dismiss Case, or Convert Case to Chapter 7 (Document No. 20)
Trial Date: April 9, 2024, at 9:00 a.m.

| Exh. No. | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 200 | Docket for U.S. District Court Case No. 6:24-cv-00271-ACC in the Middle District of Florida – Genie Investments NV, LLC v. Joshua Wearmouth, et al. | 4/9/24 | 4/9/24 | w/out |
| 201 | Complaint filed by Genie against Wearmouth and Velanos Principal Capital in the U.S. District Court Case No. 6:24-cv-00271-ACC for violations of the Exchange Act, California Corporate Code, and fraud seeking $10m+ in damages, etc. | | | |
| 202 | Docket for U.S. District Court Case No. 1:23-cv-16264 in the Northern District of Illinois – North Haven Lodging Partners, LLC and Wallingford Lodging Partners, LLC v. McMann Commercial Lending LLC and Genie Investments NV | | | |
| 203 | Complaint filed by North Haven and Wallingford against McMann and Genie in the U.S. District Court Case No. 1:23-cv-16264 for breach of contract, conversion, fraudulent transfer, fraudulent misrepresentation, breach of fiduciary duty, constructive trust, and unjust enrichment | | | |
| 204 | Suggestion of Bankruptcy filed by Genie in U.S. District Court Case No. 1:23-cv-16264 | ✓ | ✓ | ✓ |

| # | Description | | | |
|---|---|---|---|---|
| 205 | Docket for U.S. Bankruptcy Court Adversary Proceeding Case No. 3:20-ap-07029, Gargula v. Hughes, II | 4/9/24 | 4/9/24 | w/out |
| 206 | U.S. Trustee's Complaint Objecting to the Discharge of Debtor David C. Hughes, II in Adversary Proceeding Case No. 3:20-ap-07029 | | | |
| 207 | U.S. Trustee's Motion for Entry of Default and Motion for Default Judgment in Adversary Proceeding Case No. 3:20-ap-07029 | | | |
| 208 | U.S. Trustee's Default Judgment to Deny Discharge of Debtor David C. Hughes, II in Adversary Proceeding Case No. 3:20-ap-07029 | | | |
| 209 | Genie's List of Money Owed to Customers provided to the U.S. Trustee | | | |
| 210 | Genie's Proof of Refunds provided to the U.S. Trustee | | | |
| 211 | Genie's Morgan Stanley Statement for Genie Investments NV for the period of January 1-31, 2024, provided to the U.S. Trustee | | | |
| 212 | Genie Investments NV's Summary of Assets, Schedules and Statements (Doc. No. 39) | | | |
| 213 | Genie Investments NV's Statement of Financial Affairs (Doc. No. 40) | | | |
| 214 | Genie Investments NV's List of Equity Security Holders (Doc. No. 41) | | | |
| 215 | Genie Investments NV's Statement of Corporate Ownership (Doc. No. 42) | | | |
| 216 | Genie Investments NV's Chapter 11 Case Management Summary (Doc. No. 44) | ↓ | ↓ | ↓ |

BY: _Kate Menard_
Deputy Clerk

-2-