**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:24-bk-00496-BAJ |
| GENIE INVESTMENTS NV, INC. | Chapter 11 |
| Debtor(s). | |

**NOTICE OF FILING AMENDED STATEMENT OF FINANCIAL AFFAIRS**

**PLEASE TAKE NOTICE** that the Debtor files the attached STATEMENT OF FINANCIAL AFFAIRS to update the required schedules for the Debtor.

Law Offices of Mickler & Mickler, LLP

By:_/s/ Bryan K. Mickler_____
    Bryan K. Mickler
Florida Bar No. 091790
Attorney for the Debtor(s)
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822
(904) 725-0855 FAX
court@planlaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was furnished to the United States Trustee and all interested parties per the attached mailing matrix by CM/ECF and/or First Class United States Mail this ___12__ day of April, 2024.

/s/ Bryan K. Mickler
Attorney

docs\bankrupt\forms\addendum notice 11