United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-00496-BAJ |
| Genie Investments NV Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 11, 2024 | Form ID: pdfdoc | Total Noticed: 105 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genie Investments NV Inc., PO Box 60443, Jacksonville, FL 32236-0443 |
| 30864160 | + | 20 Development LLC, 1089 E Benchview Drive, Ogden, UT 84404-3783 |
| 30864161 | + | A Complete Home Inspection LLC, 110 Velsco Lane, Port Sulphur, LA 70083-2362 |
| 30864166 | + | ALV Capital LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864162 | + | Acres & Royalty LLC, 205 N Michigan Ave, Chicago, IL 60601-5927 |
| 30864163 | | Adaptive Medical Technologies LLC, 7349 Paseo Del Sur, Scottsdale, AZ 85258 |
| 30864164 | + | Ajer LLC, 1070 S 650 West, Farmington, UT 84025-4603 |
| 30864165 | + | Alere LLC, 1530 E. Williams Field Rd 201, Gilbert, AZ 85295-1825 |
| 30864167 | + | Ameiva LLC, 282 E 300 S, Smithfield, UT 84335-1636 |
| 30864168 | + | Amrodddo Holdings LLC, 2283 Candlestick Ave, Henderson, NV 89052-2361 |
| 30864169 | #+ | Andorful Dynasty Real Estate LLC, 1622 N 3950 W, Lehi, UT 84043-6907 |
| 30864170 | + | Another Chance Group Home Inc, 54 N Vista Ave, Casa Grande, AZ 85122-3193 |
| 30864171 | + | Anvil Construction Inc, 470 N. Main Street, Brigham City, UT 84302-1858 |
| 30864172 | + | Archer Capital Investments, 1448 W. Salmon Caddis Drive, Bluffdale, UT 84065-5122 |
| 30864173 | + | Autonomous Drone Solutions DBA Calaway Solutions L, 2121 Brittmoore 2200, Houston, TX 77043-2220 |
| 30864174 | + | BAYI Capital Management LLC, 148 Undercliff Avenue, Edgewater, NJ 07020-1275 |
| 30864175 | + | Belle Maison Realty, LLC, 1133 E 83rd Street 171, Chicago, IL 60619-6455 |
| 30864176 | + | Bild Credit LLC, 30 N Gould Street 30212, Sheridan, WY 82801-6317 |
| 30864177 | + | Bold City Commercial LLC, 4426 CAPITAL DOME DR, Jacksonville, FL 32246-7456 |
| 30864249 | | Braces at Brick, PA, 900 Cedar Bridge Avenue, Brick, NJ 08723 |
| 30864250 | + | Brooklyn Heights LLC, 307 N Lincoln Street, Tallulah, LA 71282-4314 |
| 30799849 | + | Bryan K. Mickler, Attorney for the Debtor, 5452 Arlington Expy., Jacksonville, FL 32211-6860 |
| 30864251 | + | Bull & Bear Properties LLC, 1140 E 87th Street, Chicago, IL 60619-7012 |
| 30864252 | + | Business Live Global USA, LLC, 4538 Walnut Ridge Circle, Mc Donald, PA 15057-1608 |
| 30864254 | + | CNF Solutions LLC, 135 East 620 South, Smithfield, UT 84335-4901 |
| 30864253 | + | CannaVision Inc, 777 Main Street 600, Fort Worth, TX 76102-5368 |
| 30864255 | + | Cobb Utilities Inc, 191 Honey Suckle Circle, Ranger, GA 30734-6792 |
| 30864256 | + | Cool Beanz LLC, 6585 Decatur Blvd, Las Vegas, NV 89118-2110 |
| 30864257 | | Dajo Properties LLC, 11360Chestnut Tree Rd, Honey Brook, PA 19344 |
| 30864258 | + | Darnell Development, LLC, 2814 W Newton CT, Visalia, CA 93291-6593 |
| 30864259 | | Dun Agro Hemp Group Inc, P.O. Box 475, Shelbyville, IN 46176 |
| 30864260 | + | Edge Development LLC, 315 239th Ct. SE, Sammamish, WA 98074-3687 |
| 30864261 | | Expansive Investments, LLC, 3855 S 500 W B, Salt Lake City, UT 84115 |
| 30864262 | + | Faith Investor Services, LLC, 1522 4th Ave, Asbury Park, NJ 07712-4962 |
| 30864263 | + | Fehu Capital Inc, 3139 W. Holmbe Blvd A 77025-1533 |
| 30864264 | + | Ficarra Holdings LLC, 408 Billings Road, Somers, CT 06071-2037 |
| 30864265 | + | Foster Group LLC, 2539 N 300 E, Lehi, UT 84043-4403 |
| 30864266 | + | Global Verse Holdings LLC, 1709 Vintage Lane, Wylie, TX 75098-0816 |
| 30864267 | + | Golden Goods LLC, 3620 West 10th Street, Greeley, CO 80634-1853 |
| 30864268 | + | H&M Essential Services, LLC, 221 N Broad Street 3A, Middletown, DE 19709-1070 |
| 30864269 | | Half a Dime, LTD, Box 653, Alberta |
| 30864270 | | Heliosun LLC DBA Odin, 1600 S Litchfield Rd 230A, Goodyear, AZ 85338 |
| 30864271 | + | High Dunes II LLC, 17 Lockwood Drive, Charleston, SC 29401-1190 |
| 30864272 | + | Hospitality Growth Capital LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864273 | + | Humane Care 7 Days Medical Group Inc, 6552 Bolsa Avenue N, Huntington Beach, CA 92647-2656 |

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 11, 2024 | Form ID: pdfdoc | Total Noticed: 105 |

```
30864274        +  Iron Dragon Corporation, 70 Winding Way, Gibbsboro, NJ 08026-1460
30864275        +  JC&TL Inc, 13865 Magnolia Avenue B, Chino, CA 91710-7047
30864276        +  Just Hewitt LLC, 205 E Hidalgo Avenue, Raymondville, TX 78580-2545
30864277        +  Knife & Spirit, 7217 E 4th Avenue, Scottsdale, AZ 85251-3634
30864278        +  Knights Lending, 1603 Capitol Ave, Ste. 413, Cheyenne, WY 82001-4562
30864279        +  Knut LLC, 697 N 740 E 84043-1300
30864280        +  Latent Wealth Group LLC, 302 N. Abajo Peak Way, Heber City, UT 84032-6501
30864281        +  Law Offices of Mickler & Mickler, LLP, 5452 Arlington Expy., Jacksonville, FL 32211-6860
30864282        +  Lobenhaus Capital, LLC, 6303 Lone Wolf Drive, Jamesville, NY 13078-9587
30864283        +  Log Cabin Building LLC, 289 Parker Drive, Pittsburgh, PA 15216-1346
30864284        +  MAA DFW Investments LLC, 2509 Amelia Island, Southlake, TX 76092-1583
30864285        +  McMann Commercial Lending LLC, 500 N Michigan Ave 600, Chicago, IL 60611-3754
30864286        +  Meetopolis LLC, 5434 E Kathleen Road, Scottsdale, AZ 85254-1759
30864287           Michele Ruiz Productions, LLC DBA Ruiz Strategies, 925 Century Park East 1700, West Hollywood, CA 90069
30864288        +  Moser Holdings, LLC, 537 S. 150 E., Smithfield, UT 84335-1654
30864289        +  My Dragonfly Home Solutions, LLC, 7700 Irvine Center Drive 800, Irvine, CA 92618-3047
30864290        +  NCR Digital Corp, 237 Floyd Road, Shirley, NY 11967-2941
30864296        +  NY SF Sunset Yards LLC, 64 Grand Street, Brooklyn, NY 11249-4219
30864291        +  New Mount olive Missionary Baptist Church Inc, P.O. Box 1696, Harvey, IL 60426-7696
30864292        +  North Haven Lodging Partners LLC, 2517 W Brentridge Circle, Sioux Falls, SD 57108-1573
30864293        +  Nortical Capital Inc, 921 E. Parker Street 1, Lakeland, FL 33801-1901
30864294        +  Nutra-Acres Inc, 205 Michigan Ave, Chicago, IL 60601-5927
30864295        +  Nutre Leasing LLC, 23 Upton St, Peabody, MA 01960-0060
30864297        +  On Site Life Care Inc., 41 Flatbush Avenue, 1st Floor, Brooklyn, NY 11217-1145
30864298       #+  Oregon Business Management Group Inc, 12600 SW 72nd Ave 140, Tigard, OR 97223-8356
30864299           Phoenix Rising LLC, 172 Center Bay, Jackson, WY 83001
30864300        +  Platinum Investments USA LLC, c/o THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER 1209 ORANGE
                   ST, Wilmington, DE 19801-1120
30864301        +  Prine Energy Services LLC, 450 Gears Road, Houston, TX 77067-4529
30864302        +  Ricks Ventures LLC, 1354 W 1900 S, Logan, UT 84321-6882
30864303        +  Rolling By The Dozen RV Park LLC, 40 Country Road 267, Somerville, TX 77879-5208
30864304        +  Rowehl & Russo Properties, LLC, 237 Floyd Road, Shirley, NY 11967-2941
30864305        +  S&L Zeppeteli DBA SLZ Waste Inc, 191 Moonachie Road, Moonachie, NJ 07074-1309
30864312        +  SSC Services Inc, 80 Franklin Street, Framingham, MA 01702-6671
30864306        +  Seeking First LLC, 3320 Laurel Dale Drive, Tampa, FL 33618-1033
30864307        +  Seiler Tucker Inc, 400 Poydras Suite 1460, New Orleans, LA 70130-3260
30864308        +  Skyward Tax & Accounting Service LLC, 3505 Lake Lynda Dr. 200, Orlando, FL 32817-8333
30864309        +  Solar Capital Funding LLC, 23 Upton St, Peabody, MA 01960-0060
30864310        +  Solas Realty Concepts LLC, 112 Lehigh Avenue, Newark, NJ 07112-2036
30864311        +  Springer Farms Landholdings LLC, 325 N 1200 E, American Fork, UT 84003-2049
30864313        +  Story Book Homes LLC, 86 Mountain Avenue, Berkeley Heights, NJ 07922-2633
30864314        +  Sun Coast Entertainment Live LLC, 6960 Brescia Way, Orlando, FL 32819-5288
30864315        +  Sunlight Storage LLC, 3344 Bear Canyon Ln, Pleasant Grove, UT 84062-8016
30864316        +  Taj Construction LLC, 10 Windsor Dr., Foxboro, MA 02035-2226
30864317        +  Terry's Florists LLC, 46 English Plaza, Red Bank, NJ 07701-1693
30864318           The Farming Co. PTY LTD, 86 Lakeside Dr., Helena, MT 59604
30864319        +  The Generations Group, 1006 Top Hill Dr, Brenham, TX 77833-2585
30824504           The Generations Group-DonStrickland, 14312 Zion Gate Xing, Conroe, TX 77384-2516
30864320        +  TnC NOLA Holdings LLC, 1461 Annunciaction Street B, New Orleans, LA 70130-4539
30864321        +  VTJ LLC, 706 Leander DR, Leander, TX 78641-5017
30864325        +  WW LLC, 26620 E Hoxie Road, Rockford, WA 99030-7003
30864322        +  Wai Holdings LLC, 45 North Market, Wailuku, HI 96793-1756
30864323        +  Wallingford Lodging Partners LLC, 2517 W Brentridge Circle, Sioux Falls, SD 57108-1573
30864324        +  Winslow Homes LLC, 3539 Tuscany Reserve Blvd 32168-5334
30864326        +  Zelco Properties LLC, 108 Patriot Dr A, Middletown, DE 19709-8803
```

TOTAL: 99

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 30790351 | + Email/Text: taxdept@coj.net | | |
| | | Apr 11 2024 21:38:00 | Duval County Tax Collector, 231 Forsyth St. |

Case 3:24-bk-00496-BAJ    Doc 62    Filed 04/13/24    Page 3 of 5

| District/off: 113A-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2024 | Form ID: pdfdoc | Total Noticed: 105 |

| | | | | |
|---|---|---|---|---|
| 30790352 | | Email/Text: OGCBankruptcy@floridarevenue.com | Apr 11 2024 21:37:00 | #130, Jacksonville FL 32202-3380<br>Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 30790354 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 11 2024 21:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 30790356 | + | Email/Text: karen.brown@treasury.gov | Apr 11 2024 21:38:00 | Secretary of the Treasury, 15th & Pennsylvania Ave., NW, Washington, DC 20220-0001 |
| 30790355 | | Email/Text: atlreorg@sec.gov | Apr 11 2024 21:38:00 | U.S. Securities & Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, N.E., Suite 900, Atlanta, GA 30326-1382 |
| 30790353 | + | Email/Text: Usaflm.bk-jax@usdoj.gov | Apr 11 2024 21:38:00 | United States Attorney, 300 North Hogan St Suite 700, Jacksonville, FL 32202-4204 |

TOTAL: 6

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 13, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov |
| United States Trustee - JAX 11 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 3

**ORDERED.**

Dated: April 11, 2024

Jason A. Burgess
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

Genie Investments NV, Inc.,

           Debtor.
_____/

Case No.: 3:24-bk-00496-BAJ
Chapter 11

### ORDER GRANTING IN PART AND DENYING IN PART UNITED STATES TRUSTEE'S EXPEDITED MOTION TO APPOINT CHAPTER 11 TRUSTEE, OR, IN THE ALTERNATIVE, APPOINT AN EXAMINER, DISMISS THE CASE, OR CONVERT THE CASE TO CHAPTER 7

This Case came before the Court for a two-day trial beginning on April 10, 2024, on the *Expedited Motion to Appoint Chapter 11 Trustee, or, in the Alternative, Appoint an Examiner, Dismiss the Case, or Convert the Case to Chapter 7* (the "Motion") (Doc. 20), filed by the United States Trustee (the "Trustee"), the *Response in Opposition to the Motion* (the "Response") (Doc. 34), filed by Genie Investments NV, Inc. (the "Debtor"), and the *Reply to the Response* (the "Reply") (Doc. 38), filed by the Trustee. During the trial, the Court heard *extensive* testimony from numerous witnesses called by the Trustee, as well as detailed testimony from the principals of the Debtor, and an attorney for the Debtor. At the conclusion of the trial, the Court issued an oral ruling due to the exigent circumstances surrounding this Case. For the reasons stated on the

record, which shall constitute the decision of the Court, the Court finds it is in the best interest of all parties involved to appoint an examiner in this Case. The Court also finds the appointment of an examiner is necessary and mandated pursuant to 11 U.S.C. § 1104(c)(1), (c)(2). Accordingly, it is,

**ORDERED:**

1. The Motion is Granted in Part and Denied in Part as set forth herein.

2. Pursuant to 11 U.S.C. § 1104(c)(1), (c)(2), an examiner shall be appointed in this Case.

3. The examiner is directed to investigate the alleged fraud in this Case, including but not limited to:

    (i) the connection, if any, between the Debtor or its affiliates, and McMann Commercial Lending or its affiliates;
    (ii) the alleged fraudulent agreement with Velanos;
    (iii) the connection and transfers between the Debtor and any affiliates or Debtor entities;
    (iv) any transfers between the Debtor, including its directors, officers, insiders, or affiliates over the last two years.

4. The Debtor in Possession must fully and transparently cooperate with the entirety of the investigation conducted by the examiner.

5. The Court reserves the right to supplement this Order with written findings of fact and conclusions of law.