UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV Inc.,                    Case No. 3:24-bk-00496-BAJ
                                                               Chapter 11

    Debtor.
_____/

## APPOINTMENT OF CHAPTER 11 EXAMINER

Pursuant to this Court's Order Directing the Appointment of a Chapter 11 Examiner (Doc. No. 60), the United States Trustee for Region 21 appoints the following person as the Examiner:

Maria M. Yip, CPA, CFE, CIRA, CFF
Yip Associates
2 S. Biscayne Blvd, Suite 2690
Miami, Florida 33131
Office: 305-569-0550
Fax: 1-888-632-2672
Email: myip@yipcpa.com

This appointment is made on April 16, 2024.

Respectfully submitted,

Mary Ida Townson,
United States Trustee for Region 21

 /s/   Scott Bomkamp
Scott Bomkamp, Trial Attorney
Office of the United States Trustee
U.S. Department of Justice
400 W. Washington St., Suite 1100
Orlando, FL 32801
Telephone No.:  (407) 648-6301
Facsimile No.:   (407) 648-6323
Email: scott.e.bomkamp@usdoj.gov
Indiana Bar No.: 28475-49