**ORDERED.**

**Dated: April 16, 2024**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV LLC,                              Case No.:  3:24-bk-00496-BAJ
                                                       Chapter 7

_____Debtor._____ /

### ORDER GRANTING UNITED STATES TRUSTEE'S
### *ORE TENUS* MOTION TO EXTEND CLAIMS BAR DATE

THIS CASE came before the Court for hearing, on April 10, 2024, on the United States Trustee's *Ore Tenus* Motion to Extend Claims Bar Date (Doc. No 55), which was not opposed by the Debtor. By agreement of the parties, and for the additional reasons stated in Open Court, it is

**ORDERED:**

1. The claims bar date is extended to **July 1, 2024**.

2. Creditors who wish to file claims in this case are directed to the Court's website at https://pacer.flmb.uscourts.gov/cmecf/proofofclaim.htm. The Court's website contains information regarding the claims filing process and allows for electronic claims filing.

# # #

Copies to (Service by BNC): All creditors and parties in interest.