UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV Inc.,　　　　　　　　　　Case No. 3:24-bk-00496-BAJ
　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　　Debtor.
_____/

## UNITED STATES TRUSTEE'S APPLICATION FOR
## APPROVAL OF APPOINTMENT OF CHAPTER 11 EXAMINER

Mary Ida Townson, the United States Trustee for Region 21 ("United States Trustee"), pursuant to Federal Rule of Bankruptcy Procedure 2007.1(c) and this Court's Order Directing the Appointment of a Chapter 11 Examiner (Doc. No. 60), applies to this Court for approval of the appointment of Maria M. Yip, as the Chapter 11 Examiner in the instant case. In support of approval, the United States Trustee states as follows:

1.　　The United States Trustee has selected Maria M. Yip for appointment as the Chapter 11 Examiner in the instant case. Maria M. Yip's business address is:

　　Maria M. Yip, CPA, CFE, CIRA, CFF
　　Yip Associates
　　2 S. Biscayne Blvd, Suite 2690
　　Miami, Florida 33131
　　Office: 305-569-0550
　　Fax: 1-888-632-2672
　　E-mail: myip@yipcpa.com

2.　　The Appointment of Chapter 11 Examiner (Doc. No. 63) is attached to this Application as **Exhibit A**.

3.　　Prior to this appointment, the undersigned counsel for the United States

1

Trustee solicited input and/or received suggestions from parties in interest, including: (i) counsel for Genie Investments NV Inc. ("Debtor"), Bryan Mickler, Esq.; (ii) the self-organized creditor group of small business owners; (iii) and counsel for North Haven Lodging Partners LLC and Wallingford Lodging Partners LLC, Benjamin Morris, Esq.

4. To the best of the United States Trustee's knowledge, the appointed Chapter 11 Examiner has no connections with the Debtor, creditors, other parties in interest (with the exception of taxing authorities), their respective attorneys and accountants, the United States Trustee, and/or persons employed by the United States Trustee, except as may be set forth in the verified statement made by Maria M. Yip, which is attached hereto as **Exhibit B**.

5. The United States Trustee has reviewed Ms. Yip's verified statement and believes that the proposed examiner meets the disinterested person test as set forth in 11 U.S.C. § 101(14). Ms. Yip does not hold any interest materially adverse to the interests of the Debtor's estate or to any class of creditors or equity security holders by reason of the matters set forth in her verified statement or by reason of any other matter of which the United States Trustee is aware.

WHEREFORE, the United States Trustee respectfully applies to the Court for approval of Ms. Yip's appointment as the Chapter 11 Examiner in the instant case and requests that the Court enter an order approving Ms. Yip's appointment as the Chapter 11 Examiner in a form substantially similar to that which is attached hereto as **Exhibit C**.

DATED:  April 16, 2024.    Respectfully submitted,

Mary Ida Townson
United States Trustee, Region 21

 /s/ Scott E. Bomkamp
Scott E. Bomkamp, Trial Attorney
Indiana Bar No.: 28475-49
United States Department of Justice
Office of the United States Trustee
George C. Young Federal Building
400 W. Washington St., Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6069
Facsimile No.: (407) 648-6323
Email: scott.e.bomkamp@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing United States Trustee's Application for Approval of Appointment of Chapter 11 Examiner has been served electronically through CM/ECF on April 16, 2024, to all parties having appeared electronically in the instant matter.  **I HEREBY CERTIFY** further that a copy hereof shall be served by electronic mail or U.S. Mail, postage prepaid, on April 16, 2024 to the following:

Genie Investments NV Inc.
PO Box 60443
Jacksonville, FL 32236

Maria M. Yip, CPA, CFE, CIRA, CFF
Yip Associates
2 S. Biscayne Blvd, Suite 2690
Miami, Florida 33131

 /s/  Scott Bomkamp
Scott Bomkamp, Trial Attorney