UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV Inc.,　　　　　　　　　　Case No. 3:24-BK-00496-BAJ
　　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　Debtor.

_____/

### VERIFIED STATEMENT OF MARIA M. YIP

I HEREBY verify that I have no connections with the debtor(s), creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except as follows: (If you have no connections, write "none".)

The Florida Department of Revenue, and the Internal Revenue Service are creditors in unrelated cases in which I serve as a Chapter 7 trustee or Subchapter V trustee.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Date: April 16, 2024

　　　　　　　　　　　　　　　　　　_/s/ Maria M. Yip_
　　　　　　　　　　　　　　　　　　Maria M. Yip, CPA, CFE, CIRA, CFF
　　　　　　　　　　　　　　　　　　Yip Associates
　　　　　　　　　　　　　　　　　　2 S. Biscayne Blvd, Suite 2690
　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　Office: 305-787-3750
　　　　　　　　　　　　　　　　　　Fax: 1-888-632-2672
　　　　　　　　　　　　　　　　　　E-mail: myip@yipcpa.com