UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV Inc.,                    Case No. 3:24-bk-00496-BAJ
                                              Chapter 11
    Debtor.
_____/

### ORDER APPROVING SELECTION OF CHAPTER 11 EXAMINER

The Court, having been advised by the United States Trustee for Region 21 that Maria M. Yip, has been selected for appointment as the Chapter 11 Examiner in the instant case, and the Court having read and considered the application of the United States Trustee seeking approval of such appointment (Doc. No.: ___), it is

**ORDERED** that Maria M. Yip, Yip Associates, 2 S. Biscayne Blvd, Suite 2690, Miami, Florida 33131, Telephone Number: 305-569-0550, Facsimile Number: 888-632-2672, Email: myip@yipcpa.com, is approved for appointment as the Chapter 11 Examiner pursuant to 11 U.S.C. § 1104 in the instant case, and it is

**FURTHER ORDERED** that the Chapter 11 Examiner shall have all the powers and duties of an examiner under 11 U.S.C. §§ 1104(c) and 1106(b) and other duties as set forth in this Court's Order directing the appointment of an examiner (Doc. No. 60).

#   #   #

Copies to:
All Creditors and Interested Parties by BNC