# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA

### JACKSONVILLE DIVISION

In Re. GENIE INVESTMENTS NV, INC. §
§
§ Case No. _____
§
§ 24-00496
Debtor(s) §

☐ Jointly Administered

Chapter 11

Reporting Period Ended: __MARCH 2024__   Petition Date: __2/21/2024__

Months Pending: 0   Industry Classification: | | | |

Reporting Method:   Accrual Basis ○   Cash Basis ⊗

Debtor's Full-Time Employees (current): _____

Debtor's Full-Time Employees (as of date of order for relief): _____

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- [X] Statement of cash receipts and disbursements
- [X] Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- [X] Statement of operations (profit or loss statement)
- [X] Accounts receivable aging
- [X] Postpetition liabilities aging
- [X] Statement of capital assets
- [X] Schedule of payments to professionals
- [X] Schedule of payments to insiders
- [X] All bank statements and bank reconciliations for the reporting period
- [X] Description of the assets sold or transferred and the terms of the sale or transfer

_John Michael Cohan_
Signature of Responsible Party

4/17/2024
Date

John Michael Cohan
Printed Name of Responsible Party

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

SEE ATTACHED SHEETS

| Debtor's Name | | | Case No. | |
|---|---|---|---|---|

| **Part 1: Cash Receipts and Disbursements** | **Current Month** | **Cumulative** |
|---|---|---|
| a.   Cash balance beginning of month | | |
| b.   Total receipts (net of transfers between accounts) | | |
| c.   Total disbursements (net of transfers between accounts) | | |
| d.   Cash balance end of month (a+b-c) | | |
| e.   Disbursements made by third party for the benefit of the estate | | |
| f.   Total disbursements for quarterly fee calculation (c+e) | | |

| **Part 2:  Asset and Liability Status**<br>(Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** |
|---|---|
| a.   Accounts receivable (total net of allowance) | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | |
| c.   Inventory    ( Book ○   Market ○   Other ○    (attach explanation)) | |
| d   Total current assets | |
| e.   Total assets | |
| f.   Postpetition payables (excluding taxes) | |
| g.   Postpetition payables past due (excluding taxes) | |
| h.   Postpetition taxes payable | |
| i.   Postpetition taxes past due | |
| j.   Total postpetition debt (f+h) | |
| k.   Prepetition secured debt | |
| l.   Prepetition priority debt | |
| m.   Prepetition unsecured debt | |
| n.   Total liabilities (debt) (j+k+l+m) | |
| o.   Ending equity/net worth (e-n) | |

| **Part 3:  Assets Sold or Transferred** | **Current Month** | **Cumulative** |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | | |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | | |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | | |

| **Part 4:  Income Statement (Statement of Operations)**<br>(Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** | **Cumulative** |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | | |
| c. Gross profit (a-b) | | |
| d.   Selling expenses | | |
| e.   General and administrative expenses | | |
| f.   Other expenses | | |
| g.   Depreciation and/or amortization (not included in 4b) | | |
| h.   Interest | | |
| i.   Taxes (local, state, and federal) | | |
| j.   Reorganization items | | |
| k.   Profit (loss) | | |

UST Form 11-MOR (06/07/2021)                2

Debtor's Name _____    Case No. _____

## Part 5: Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name / Role | | | | |
| Delete i | | | | | |
| Delete ii | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name / Role | | | | |
| Delete i | | | | | |
| Delete ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | _____ | _____ |
| b. | Postpetition income taxes paid (local, state, and federal) | _____ | _____ |
| c. | Postpetition employer payroll taxes accrued | _____ | _____ |
| d. | Postpetition employer payroll taxes paid | _____ | _____ |
| e. | Postpetition property taxes paid | _____ | _____ |
| f. | Postpetition other taxes accrued (local, state, and federal) | _____ | _____ |
| g. | Postpetition other taxes paid (local, state, and federal) | _____ | _____ |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◯    No ◯

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ◯    No ◯

c. Were any payments made to or on behalf of insiders?    Yes ◯    No ◯

d. Are you current on postpetition tax return filings?    Yes ◯    No ◯

e. Are you current on postpetition estimated tax payments?    Yes ◯    No ◯

f. Were all trust fund taxes remitted on a current basis?    Yes ◯    No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ◯    No ◯

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ◯    No ◯    N/A ◯

i. Do you have:    Worker's compensation insurance?    Yes ◯    No ◯

If yes, are your premiums current?    Yes ◯    No ◯    N/A ◯    (if no, see Instructions)

Casualty/property insurance?    Yes ◯    No ◯

If yes, are your premiums current?    Yes ◯    No ◯    N/A ◯    (if no, see Instructions)

General liability insurance?    Yes ◯    No ◯

If yes, are your premiums current?    Yes ◯    No ◯    N/A ◯    (if no, see Instructions)

Debtor's Name _____                          Case No. _____

j.    Has a plan of reorganization been filed with the court?                    Yes ⭘    No ⭘

Debtor's Name _____    Case No. _____

k.  Has a disclosure statement been filed with the court?    Yes ○    No ○

l.  Are you current with quarterly U.S. Trustee fees as    Yes ○    No ○
    set forth under 28 U.S.C. § 1930?

**Part 8: Individual Chapter 11 Debtors (Only)**

a.  Gross income (receipts) from salary and wages    _____

b.  Gross income (receipts) from self-employment    _____

c.  Gross income from all other sources    _____

d.  Total income in the reporting period (a+b+c)    _____

e.  Payroll deductions    _____

f.  Self-employment related expenses    _____

g.  Living expenses    _____

h.  All other expenses    _____

i.  Total expenses in the reporting period (e+f+g+h)    _____

j.  Difference between total income and total expenses (d-i)    _____

k.  List the total amount of all postpetition debts that are past due    _____

l.  Are you required to pay any Domestic Support Obligations as defined by 11    Yes    No
    U.S.C § 101(14A)?    ○    ○

m.  If yes, have you made all Domestic Support Obligation payments?    Yes ○    No ○    N/A ○

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**


_____
Signature of Responsible Party

_____
Title

_____
Printed Name of Responsible Party

_____
Date

# Genie Investments NV

## Balance Sheet

As of March 31, 2024

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Other Current Assets | |
| A/R - Account Closure Morgan Stanley | 18.74 |
| Due From Other Genie Entities | 539.92 |
| Loans Receivable | |
| 1076 Loan #1076 | 40,000.00 |
| 1278 Loan #1278 | 383,418.00 |
| 1507 Loan #1507 | 55,000.00 |
| 1858 Loan #1858 | 112,000.00 |
| 1903 Loan #1903 | 20,000.00 |
| 1999 Loan #1999 | 70,000.00 |
| 2014 Loan #2014 | 80,000.00 |
| 2056-1 Loan #2056-1 | 36,000.00 |
| 2056-2 Loan #2056-2 | 50,000.00 |
| 2113 Loan #2113 | 100,000.00 |
| 2213 Loan #2213 | 100,000.00 |
| 2214 Loan #2214 | 200,000.00 |
| 2239 Loan #2239 | 20,000.00 |
| 2260 Loan #2260 | 400,000.00 |
| 2270 Loan #2270 | 50,000.00 |
| 2276 Loan #2276 | 53,600.00 |
| 2288 Loan #2288 | 20,000.00 |
| 2341 Loan #2341 | 120,000.00 |
| 2364 Loan #2364 | 200,000.00 |
| 2377 Loan #2377 | 120,000.00 |
| 2384 Loan #2384 | 500,000.00 |
| 2399 Loan #2399 | 100,000.00 |
| 2402 Loan #2402 | 100,000.00 |
| 2465 Loan #2465 | 200,000.00 |
| 2531 Loan #2531 | 40,000.00 |
| 2565 Loan #2565 | 20,000.00 |
| 2587 Loan #2587 | 65,000.00 |
| 2594 - 1 Loan #2594 -1 | 60,000.00 |
| 2594-2 Loan #2594-2 | 60,000.00 |
| 2611 Loan #2611 | 20,000.00 |
| 2646 Loan #2646 | 600,000.00 |
| 2658 Loan #2658 | 10,000.00 |
| 2665 Loan #2665 | 50,000.00 |
| 2685 Loan #2685 | 25,000.00 |
| 2694 Loan #2694 | 40,000.00 |
| 2695 Loan #2695 | 40,000.00 |
| 2701 Loan #2701 | 40,000.00 |
| 2703 Loan #2703 | 40,000.00 |

# Genie Investments NV

## Balance Sheet

### As of March 31, 2024

| | TOTAL |
|---|---|
| 2704 Loan #2704 | 40,000.00 |
| 2706 Loan #2706 | 40,000.00 |
| 271 Loan#271 | 517,409.70 |
| 2716 Loan #2716 | 40,000.00 |
| 2717 Loan #2717 | 40,000.00 |
| 2735 Loan #2735 | 20,000.00 |
| 2990 Loan #2990 | 25,000.00 |
| 3278 Loan #3278 | 81,250.00 |
| 3281 Loan #3281 | 1,085,073.37 |
| 355 Loan #355 | 20,000.00 |
| 429 Loan#429 | 1,380,590.24 |
| 621 Loan #621 | 25,000.00 |
| 648 Loan#648 | 516,358.87 |
| 862 Loan #862 | 40,000.00 |
| **Total Loans Receivable** | **8,110,700.18** |
| Loans Receivable Offset from Chase Bk | -25,000.00 |
| Morgan Stanley Acct xxx145712-290 | |
| Morgan Stanley Cash Account | 0.96 |
| **Total Morgan Stanley Acct xxx145712-290** | **0.96** |
| Velanos Capital Receivable | 83,500,025.00 |
| **Total Other Current Assets** | **$91,586,284.80** |
| **Total Current Assets** | **$91,586,284.80** |
| **TOTAL ASSETS** | **$91,586,284.80** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Long-Term Liabilities | |
| Deferred Revenue - ICA | 1,754,794.40 |
| ICA Payable | 9,715,400.42 |
| Velanos Notes Payable | 75,000,000.00 |
| **Total Long-Term Liabilities** | **$86,470,194.82** |
| **Total Liabilities** | **$86,470,194.82** |
| Equity | |
| Retained Earnings | -1,610,452.29 |
| Net Income | 6,726,542.27 |
| **Total Equity** | **$5,116,089.98** |
| **TOTAL LIABILITIES AND EQUITY** | **$91,586,284.80** |

# Genie Investments NV

## Profit and Loss

### March 2024

|  | TOTAL |
|---|---|
| Income |  |
| **Total Income** |  |
| GROSS PROFIT | **$0.00** |
| Expenses |  |
| **Total Expenses** |  |
| NET OPERATING INCOME | **$0.00** |
| Other Income |  |
| Dividends | 18.74 |
| Interest Earned |  |
| Interest Earned - ICA | 12,077.45 |
| **Total Interest Earned** | **12,077.45** |
| Refunds from Stocks | 0.96 |
| **Total Other Income** | **$12,097.15** |
| NET OTHER INCOME | **$12,097.15** |
| NET INCOME | **$12,097.15** |

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2024

**STATEMENT FOR:**
GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

**Beginning Total Value** (as of 3/1/24) —
**Ending Total Value** (as of 3/31/24) —
*Includes Accrued Interest*

**Your Financial Advisor**
**Michael Stewart**
Senior Vice President
Michael.G.Stewart@morganstanley.com
818 409-0769

*Morgan Stanley Smith Barney LLC. Member SIPC.*

**Your Branch**
55 SOUTH LAKE AVE, STE 700
PASADENA, CA 91101
Telephone: 626-449-1240; Alt. Phone: 800-488-1240; Fax: 626-449-7121

#BWNJGWM

GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS
401 RYLAND ST.
SUITE 200A
RENO NV 89502-1643

**Client Service Center** (24 Hours a Day; 7 Days a Week): 800-869-3326
**Access Your Account Online:** www.morganstanley.com/online

INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD

255 - 147971 - 290 - 4 - 3

# Morgan Stanley

## Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2024

## Account Summary

| | Liquidity Access Line<br>255-147971-290 | GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |
|---|---|---|

### BANK LOAN ACTIVITY SUMMARY

| | This Period<br>(3/1/24-3/31/24) | This Year<br>(1/1/24-3/31/24) |
|---|---|---|
| **OPENING LOAN BALANCE** | — | **$9,863,316.39** |
| Borrowed | — | 67,543.52 |
| Repayments | — | (9,930,859.91) |
| **CLOSING LOAN BALANCE** | — | — |
| *Includes:* | | |
| Interest Paid | — | $71,920.34 |

### BANK LOAN SUMMARY

| | This Period<br>(as of 3/31/24) |
|---|---|
| Variable Rate Line at 7.93312% | — |

**LAL TYPE:**                        NON-PURPOSE

### INTEREST ON VARIABLE RATE LINE

| | This Period<br>(3/1/24-3/31/24) |
|---|---|
| Interest Accrued | — |
| Interest Adjustments | — |
| **TOTAL INTEREST** | — |

*Interest is calculated on the basis of a 360-day year, but charged for the actual number of elapsed days. If interest has accrued, it will display in the Variable Rate Line: Daily Interest Schedule.*

### LOAN BALANCE OVER TIME



### AVAILABLE FUNDS

| | This Period<br>(as of 3/31/24) |
|---|---|
| Available to Borrow ^ | — |

*^ Available to borrow at month-end is equal to the loan value of the pledged collateral less outstanding loan balances and accrued interest and fees.*

### CASH FLOW

| | This Period<br>(3/1/24-3/31/24) | This Year<br>(1/1/24-3/31/24) |
|---|---|---|
| Electronic Transfers-Credits | — | $9,935,236.73 |
| Other Credits | — | 71,920.34 |
| Other Debits | — | (10,007,157.07) |
| **Total Cash Related Activity** | — | — |
| **Total Check Activity** | — | — |

*The lender of Liquidity Access Line (LAL) is either Morgan Stanley Private Bank, National Association or Morgan Stanley Bank, N.A., as applicable, each an affiliate of Morgan Stanley Smith Barney LLC (MSSB). For more information, see your Liquidity Access Line Application and Agreements.*

# Morgan Stanley

## Account Detail

| | Liquidity Access Line | GENIE INVESTMENTS NV |
|---|---|---|
| | 255-147971-290 | C/O CALEB MICHAEL DAVIS |

**Loan Account:** Liquidity Access Line

## ACTIVITY

## BANK LOAN ACTIVITY *(This section reflects the impact of Cash Related Activity on your Liquidity Access Line.)*

### VARIABLE RATE LINE

**Variable Rate Line**      **Interest Rate as of 3/31/24:** 7.93312%      **Interest Payment Date:**

**Interest Accrued This Period:** —      **Interest Payment Type:** Variable Rate Advance

**Interest Payment Amount:** —

| Transaction Date | Effective Date | Description | Amount | Loan Balance |
|---|---|---|---|---|
| | 3/1 | Opening Balance | | — |
| | 3/28 | Closing Balance | | — |

## MESSAGES

**Financial Disclosure Statement (in millions of dollars):**
At January 31, 2024 Morgan Stanley Smith Barney LLC had net capital of $4,627 which exceeded the Securities and Exchange Commission's minimum requirement by $4,139. A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at December 31, 2023 can be viewed online at: https://www.morganstanley.com/about-us-ir/subsidiaries, or may be mailed to you at no cost by calling 1 (833) 445-2492, after March 15, 2024.

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**FINRA BrokerCheck**
FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**Tips on Protecting Yourself from Fraudulent Account Activity**
The protection of client data is of the utmost importance to us. Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know.

Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency.

If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns.

**Retirement Rollover Guide**
If you are considering rolling over your retirement assets, please review our Rollover Guide which can be found at https://www.morganstanleyclientserv.com/publiccontent/msoc/pdf/RolloverGuide.pdf for important information regarding your options and the factors that you should consider before you make your rollover decision.

# Morgan Stanley

## Account Detail

| Liquidity Access Line | GENIE INVESTMENTS NV |
| 255-147971-290 | C/O CALEB MICHAEL DAVIS |

**Best Practices for Protecting Yourself and Your Investments**
When investing at any financial institution or with a financial professional, it is important to keep the following best practices in mind:
- Be clear about your investment goals and the amount of risk you are comfortable taking.
- Before making any investments, be sure to ask questions about the potential investment, including the potential risks associated with them. Request information such as the prospectus, offering documents, or research information and carefully review them.
- Be cautious of investment opportunities that offer an unusually high rate of return but are described as low-risk or guaranteed.
- Be cautious of investment opportunities that are not offered directly through the institution you are investing with, such as real estate, start-up businesses, etc. as most financial institutions, like Morgan Stanley prohibit these types of recommendations.
- Read and retain your account statements, confirmations, and any other information you receive about your investment transactions including the firm's client relationship summary (CRS). The CRS can be located on the websites of all SEC registered investment advisors and broker-dealers who work with retail investors.
- Immediately contact a member of the management team if you recognize any type of a discrepancy on your account statement. For example:
  o A security or money transaction you did not authorize
  o An investment you purchased that you do not see on your account statement
  o An item on your account statement that you do not understand
- When sending funds to your financial institution, be sure the funds are being sent directly to the financial institution you are investing with and not to a 3rd party institution.
Last but not least, never share your account passwords with anyone.

**Notice of T+1 Settlement Cycle Transition**
Effective May 28, 2024, Securities and Exchange Commission (SEC) rules will require that most U.S. securities transactions settle on or before the next business day following the trade date (a settlement date of T+1).
Generally, the settlement date is when an investor must pay for the security purchased or deliver the security sold in negotiable form. Please note, final tax lot selection will be subject to the shortened T+1 settlement timeline and must be submitted by 4:00 p.m. ET on the settlement date.
For additional details about T+1 settlement and eligible securities, please visit the Depository Trust & Clearing Corporation (DTCC) website at www.dtcc.com/ust1. You can also view the full text of the final rules on the SEC website at www.sec.gov.

**Upcoming Change to Bank Deposit Program (BDP) Pricing Groups**
Interest rates for deposits in your account are tiered based on the Total Deposit Balances in your BDP Pricing Group. Currently, the Total Deposit Balances include deposits in the BDP and in the Morgan Stanley Savings Program in all applicable accounts within a BDP Pricing Group. A BDP Pricing Group is a group of accounts within a household that have the same address, or the same Social Security and/or tax identification number.
Effective May 3, 2024, Total Deposit Balances used to calculate your interest rate tier will no longer include deposits in the Morgan Stanley Savings Program within your BDP Pricing Group. If you have any questions or need assistance, please contact us or view the Bank Deposit Program Disclosure Statement at https://www.morganstanley.com/wealth-disclosures/pdfs/BDP_disclosure.pdf

Morgan Stanley

This page intentionally left blank

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2024

**STATEMENT PACKAGE FOR:**
GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

**Beginning Total Value** (as of 3/1/24) —
**Ending Total Value** (as of 3/31/24) $0.96
*Includes Accrued Interest*
*Excludes Bank Loan Balances (See detail on Overview page)*

**Your Financial Advisor**
**Michael Stewart**
Senior Vice President
Michael.G.Stewart@morganstanley.com
818 409-0769

**Your Branch**
55 SOUTH LAKE AVE, STE 700
PASADENA, CA 91101
Telephone: 626-449-1240; Alt. Phone: 800-488-1240; Fax: 626-449-7121

*Morgan Stanley Smith Barney LLC. Member SIPC.*

#BWNJGWM

GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS
401 RYLAND ST.
SUITE 200A
RENO NV 89502-1643

**Client Service Center** (24 Hours a Day; 7 Days a Week): 800-869-3326
**Access Your Accounts Online:** www.morganstanley.com/online

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2024

## Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer** (not available for certain retirement accounts)

If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle,

printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

# Morgan Stanley

## Consolidated Summary

### OVERVIEW OF YOUR ACCOUNTS (includes accrued interest)

*Although only whole dollar amounts are displayed below, both dollars and cents are used to calculate all totals. Manually summing the individual line items may not equal the actual total displayed. Refer to Account Statements for details. Excludes Bank Loan Balances (including Liquidity Access Lines, Tailored Lending Loans and Mortgage Balances).*

| | Account Number | Beginning Value (3/1/24) | Funds Credited/(Debited) | Security/Currency Transfers Rcvd/(Dlvd) | Change in Value | Ending Value (3/31/24) | Income/Dist This Period/YTD | YTD Realized Gain/(Loss) (Total ST/LT) | Unrealized Gain/(Loss) (Total ST/LT) | Page |
|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL FOR ALL ACCOUNTS** | | — | $(17) | — | $18 | — | $18 | — | — | |
| | | | | | | | $2,304 | — | — | |
| **Business Accounts** | | | | | | | | | | |
| GENIE INVESTMENTS NV | 255-145712-290 | — | (17) | — | 18 | — | 18 | — | — | 7 |
| C/O CALEB MICHAEL DAVIS | | | | | | | 2,304 | — | — | eDel |
| **Total Business Accounts** | | — | $(17) | — | $18 | — | $18 | — | — | |
| | | | | | | | $2,304 | — | — | |

**Liquidity Access Line Accounts** (These accounts are not included in the Consolidated Summary balances.)

| | | | |
|---|---|---|---|
| GENIE INVESTMENTS NV | 255-145861-290 | | * |
| C/O CALEB MICHAEL DAVIS | *(Liquidity Access Line effective only upon written notice from Morgan Stanley Bank, N.A. or Morgan Stanley Private Bank, National Association)* | | |
| GENIE INVESTMENTS NV | 255-147971-290 | - See Account Summary and/or Account Detail - | 13 |
| C/O CALEB MICHAEL DAVIS | *MSPBNA Loan* | | eDel |

*This summary may include assets held in either brokerage and/or advisory accounts. Visit https://www.morganstanley.com/wealth-relationshipwithms/pdfs/understandingyourrelationship.pdf to understand the differences between brokerage and advisory accounts. Refer to individual Account Gain/(Loss) Summary and Expanded Disclosures for additional information. Accounts with no balances, holdings or activity year-to-date are not displayed on this page. *No statement was created for this period as the account had neither eligible activity nor assets. eDel: This account is enrolled in eDelivery.*

# Morgan Stanley

## Consolidated Summary

### CHANGE IN VALUE OF YOUR ACCOUNTS (includes accrued interest)

|  | This Period (3/1/24-3/31/24) | This Year (1/1/24-3/31/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** |  | **$10,566,138.22** |
| Credits | 0.96 | 7,450.00 |
| Debits | (18.74) | (10,590,596.27) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | **$(17.78)** | **$(10,583,146.27)** |
| **Change in Value** | 18.74 | 17,009.01 |
| **TOTAL ENDING VALUE** | **$0.96** | **$0.96** |

*Net Credits / Debits include investment advisory fees as applicable. See Activity section for details.*

### MARKET VALUE OVER TIME

*The below chart displays the most recent thirteen months of Market Value.*



*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

|  | Market Value | Percentage |
|---|---|---|
| Cash | $0.96 | 100.00 |
| **TOTAL VALUE** | **$0.96** | **100.00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



Cash

*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

# Morgan Stanley

## Consolidated Summary

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 2/29/24) | This Period (as of 3/31/24) |
|---|---|---|
| Cash, BDP, MMFs | $4,916.74 | $0.96 |
| **Total Assets** | **$4,916.74** | **$0.96** |
| Cash, BDP, MMFs (Debit) | (4,916.74) | — |
| **Total Liabilities** (outstanding balance) | **$(4,916.74)** | — |
| **TOTAL VALUE** | — | **$0.96** |

*Total liabilities excludes Bank Loan Balances (including Liquidity Access Lines, Tailored Lending Loans and Mortgage Balances).*

### CASH FLOW

| | This Period (3/1/24-3/31/24) | This Year (1/1/24-3/31/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | — | **$3,586,260.88** |
| 2023 Net Unsettled Purch/Sales | N/A | 6,979,877.34 |
| Income and Distributions | 18.74 | 17,009.01 |
| **Total Investment Related Activity** | **$18.74** | **$6,996,886.35** |
| Electronic Transfers-Credits | — | 6,817.15 |
| Electronic Transfers-Debits | (18.74) | (10,584,778.65) |
| Other Credits | 0.96 | 632.85 |
| Other Debits | — | (5,817.62) |
| **Total Cash Related Activity** | **$(17.78)** | **$(10,583,146.27)** |
| **Total Card/Check Activity** | — | — |
| **CLOSING CASH, BDP, MMFs** | **$0.96** | **$0.96** |

Morgan Stanley

This page intentionally left blank

# Morgan Stanley

## Account Summary

**Active Assets Account**
255-145712-290

**GENIE INVESTMENTS NV**
**C/O CALEB MICHAEL DAVIS**

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (3/1/24-3/31/24) | This Year (1/1/24-3/31/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | — | **$10,566,138.22** |
| Credits | 0.96 | 7,450.00 |
| Debits | (18.74) | (10,590,596.27) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | **$(17.78)** | **$(10,583,146.27)** |
| **Change in Value** | **18.74** | **17,009.01** |
| **TOTAL ENDING VALUE** | **$0.96** | **$0.96** |

### MARKET VALUE OVER TIME
*The below chart displays the most recent thirteen months of Market Value.*



*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $0.96 | 100.00 |
| **TOTAL VALUE** | **$0.96** | **100.00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures.*
*Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



Cash

*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

| CONSOLIDATED SUMMARY | PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | **BUSINESS ACCOUNTS** | LIQUIDITY ACCESS LINE ACCOUNTS |
|---|---|---|---|---|---|---|

# Morgan Stanley

## Account Summary

|  | Active Assets Account<br>255-145712-290 | GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |
|---|---|---|

### BALANCE SHEET (^ includes accrued interest)

|  | Last Period<br>(as of 2/29/24) | This Period<br>(as of 3/31/24) |
|---|---|---|
| Cash, BDP, MMFs | $4,916.74 | $0.96 |
| **Total Assets** | **$4,916.74** | **$0.96** |
| Cash, BDP, MMFs (Debit) | (4,916.74) | — |
| **Total Liabilities** (outstanding balance) | **$(4,916.74)** | — |
| **TOTAL VALUE** | **—** | **$0.96** |

### CASH FLOW

|  | This Period<br>(3/1/24-3/31/24) | This Year<br>(1/1/24-3/31/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | — | $3,586,260.88 |
| 2023 Net Unsettled Purch/Sales | N/A | 6,979,877.34 |
| Income and Distributions | 18.74 | 17,009.01 |
| **Total Investment Related Activity** | **$18.74** | **$6,996,886.35** |
| Electronic Transfers-Credits | — | 6,817.15 |
| Electronic Transfers-Debits | (18.74) | (10,584,778.65) |
| Other Credits | 0.96 | 632.85 |
| Other Debits | — | (5,817.62) |
| **Total Cash Related Activity** | **$(17.78)** | **$(10,583,146.27)** |
| **Total Card/Check Activity** | **—** | **—** |
| **CLOSING CASH, BDP, MMFs** | **$0.96** | **$0.96** |

### INCOME AND DISTRIBUTION SUMMARY

|  | This Period<br>(3/1/24-3/31/24) | This Year<br>(1/1/24-3/31/24) |
|---|---|---|
| Other Dividends | $18.74 | $2,304.06 |
| **Income And Distributions** | **$18.74** | **$2,304.06** |
| **Tax-Exempt Income** | **—** | **—** |
| **TOTAL INCOME AND DISTRIBUTIONS** | **$18.74** | **$2,304.06** |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### GAIN/(LOSS) SUMMARY

|  | Realized This Period<br>(3/1/24-3/31/24) | Realized This Year<br>(1/1/24-3/31/24) | Unrealized<br>Inception to Date<br>(as of 3/31/24) |
|---|---|---|---|
| **TOTAL GAIN/(LOSS)** | **—** | **—** | **—** |

*This Summary is for informational purposes only and should not be used for tax preparation. Refer to the Expanded Disclosures or go to www.morganstanley.com/wealth/disclosures/disclosures.asp.*

# Morgan Stanley

## Account Detail

| | |
|---|---|
| **Active Assets Account**<br>255-145712-290 | GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |

**Investment Objectives (in order of priority):**  Income, Aggressive Income, Capital Appreciation, Speculation

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

**Brokerage Account**

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period. For more information on how we price securities, go to www.morganstanley.com/wealth/disclosures/disclosures.asp.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to https://www.morganstanley.com/content/dam/msdotcom/en/wealth-disclosures/pdfs/BDP_disclosure.pdf*

| Description | | | Market Value | 7-Day<br>Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|---|
| CASH | | | $0.96 | | | |

| | Percentage<br>of Holdings | | | Market Value | Est Ann Income | |
|---|---|---|---|---|---|---|
| CASH, BDP, AND MMFs | 100.00% | | | $0.96 | — | |

| | Percentage<br>of Holdings | Total Cost | Market Value | Unrealized<br>Gain/(Loss) | Est Ann Income<br>Accrued Interest | Current<br>Yield % |
|---|---|---|---|---|---|---|
| TOTAL VALUE | 100.00% | — | $0.96 | N/A | —<br>— | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

# Morgan Stanley

| Account Detail | Active Assets Account<br>255-145712-290 | GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |
|---|---|---|

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income &<br>Preferred Securities | Alternatives | Structured<br>Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $0.96 | — | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$0.96** | **—** | **—** | **—** | **—** | **—** |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity<br>Date | Settlement<br>Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 3/1 | | Dividend | MSILF GOVT SEC PART<br>DIV PAYMENT | | | | $18.74 |
| 3/4 | | Withdrawal | BRANCH CHECK | PAID TO MSL FBO GENIE INVESTME | | | (18.74) |
| 3/21 | | Refund | MSILF GOVT SEC PART | | | | 0.96 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$0.96** |

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity<br>Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 3/1 | Automatic Redemption | MSILF GOVT SEC PART | $(4,916.74) |
| 3/4 | Automatic Investment | MSILF GOVT SEC PART | 18.74 |
| 3/5 | Automatic Redemption | MSILF GOVT SEC PART | (18.74) |
| **NET ACTIVITY FOR PERIOD** | | | **$(4,916.74)** |

## MESSAGES

**Financial Disclosure Statement (in millions of dollars):**
At January 31, 2024 Morgan Stanley Smith Barney LLC had net capital of $4,627 which exceeded the Securities and Exchange Commission's minimum requirement by $4,139. A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at December 31, 2023 can be viewed online at: https://www.morganstanley.com/about-us-ir/subsidiaries, or may be mailed to you at no cost by calling 1 (833) 445-2492, after March 15, 2024.

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**FINRA BrokerCheck**
FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2024

## Account Detail

| Active Assets Account | GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

**Tips on Protecting Yourself from Fraudulent Account Activity**

The protection of client data is of the utmost importance to us. Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know.

Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency.

If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns.

**Retirement Rollover Guide**

If you are considering rolling over your retirement assets, please review our Rollover Guide which can be found at https://www.morganstanleyclientserv.com/publiccontent/msoc/pdf/RolloverGuide.pdf for important information regarding your options and the factors that you should consider before you make your rollover decision.

**Best Practices for Protecting Yourself and Your Investments**

When investing at any financial institution or with a financial professional, it is important to keep the following best practices in mind:

- Be clear about your investment goals and the amount of risk you are comfortable taking.
- Before making any investments, be sure to ask questions about the potential investment, including the potential risks associated with them. Request information such as the prospectus, offering documents, or research information and carefully review them.
- Be cautious of investment opportunities that offer an unusually high rate of return but are described as low-risk or guaranteed.
- Be cautious of investment opportunities that are not offered directly through the institution you are investing with, such as real estate, start-up businesses, etc. as most financial institutions, like Morgan Stanley prohibit these types of recommendations.
- Read and retain your account statements, confirmations, and any other information you receive about your investment transactions including the firm's client relationship summary (CRS). The CRS can be located on the websites of all SEC registered investment advisors and broker-dealers who work with retail investors.
- Immediately contact a member of the management team if you recognize any type of a discrepancy on your account statement. For example:
  o   A security or money transaction you did not authorize
  o   An investment you purchased that you do not see on your account statement
  o   An item on your account statement that you do not understand
- When sending funds to your financial institution, be sure the funds are being sent directly to the financial institution you are investing with and not to a 3rd party institution.

Last but not least, never share your account passwords with anyone.

**Notice of T+1 Settlement Cycle Transition**

Effective May 28, 2024, Securities and Exchange Commission (SEC) rules will require that most U.S. securities transactions settle on or before the next business day following the trade date (a settlement date of T+1).

Generally, the settlement date is when an investor must pay for the security purchased or deliver the security sold in negotiable form. Please note, final tax lot selection will be subject to the shortened T+1 settlement timeline and must be submitted by 4:00 p.m. ET on the settlement date.

For additional details about T+1 settlement and eligible securities, please visit the Depository Trust & Clearing Corporation (DTCC) website at www.dtcc.com/ust1. You can also view the full text of the final rules on the SEC website at www.sec.gov.

**Upcoming Change to Bank Deposit Program (BDP) Pricing Groups**

Interest rates for deposits in your account are tiered based on the Total Deposit Balances in your BDP Pricing Group. Currently, the Total Deposit Balances include deposits in the BDP and in the Morgan Stanley Savings Program in all applicable accounts within a BDP Pricing Group. A BDP Pricing Group is a group of accounts within a household that have the same address, or the same Social Security and/or tax identification number.

Effective May 3, 2024, Total Deposit Balances used to calculate your interest rate tier will no longer include deposits in the Morgan Stanley Savings Program within your BDP Pricing Group. If you have any questions or need assistance, please contact us or view the Bank Deposit Program Disclosure Statement at https://www.morganstanley.com/wealth-disclosures/pdfs/BDP_disclosure.pdf

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2024

## Account Detail

| Active Assets Account | GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

**Changes to the Liquidity Needs Question on your Account Profile**

To better understand the importance of your liquidity needs, Morgan Stanley has renamed the existing profile question called Liquidity Needs to the "Anticipated Withdrawal Period," and has created a new investor profile question called "Liquidity Needs" with four different responses ranging from Very Important to Not Important.

To update your profile related to the new Liquidity Needs question, Morgan Stanley estimated the liquidity of your collective account holdings as of January 31, 2024. Based on this estimation, we have inferred an implied response to the importance of your Liquidity Needs.

The response we selected for your profile is: Important - I want the majority of the assets in this account to be convertible to cash (1) quickly and (2) without incurring significant penalties or costs.  I am comfortable holding some illiquid assets during the life of the account.

Please refer to the enclosed "For Your Information" booklet (page 2) for more information. If the implied response appears inaccurate, or for more information on your Anticipated Withdrawal Period and these changes, please contact a member of your Morgan Stanley team.

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2024

## Account Summary

| | Liquidity Access Line | GENIE INVESTMENTS NV |
|---|---|---|
| | 255-147971-290 | C/O CALEB MICHAEL DAVIS |

Account is not included in the Consolidated Summary balances

### BANK LOAN ACTIVITY SUMMARY

| | This Period (3/1/24-3/31/24) | This Year (1/1/24-3/31/24) |
|---|---|---|
| **OPENING LOAN BALANCE** | — | **$9,863,316.39** |
| Borrowed | — | 67,543.52 |
| Repayments | — | (9,930,859.91) |
| **CLOSING LOAN BALANCE** | — | — |
| *Includes:* | | |
| Interest Paid | — | $71,920.34 |

### LOAN BALANCE OVER TIME



### BANK LOAN SUMMARY

| | This Period (as of 3/31/24) |
|---|---|
| Variable Rate Line at  7.93312% | — |

### AVAILABLE FUNDS

| | This Period (as of 3/31/24) |
|---|---|
| Available to Borrow ^ | — |

^ *Available to borrow at month-end is equal to the loan value of the pledged collateral less outstanding loan balances and accrued interest and fees.*

**LAL TYPE:**                                    NON-PURPOSE

### INTEREST ON VARIABLE RATE LINE

| | This Period (3/1/24-3/31/24) |
|---|---|
| Interest Accrued | — |
| Interest Adjustments | — |
| **TOTAL INTEREST** | — |

*Interest is calculated on the basis of a 360-day year, but charged for the actual number of elapsed days. If interest has accrued, it will display in the Variable Rate Line: Daily Interest Schedule.*

### CASH FLOW

| | This Period (3/1/24-3/31/24) | This Year (1/1/24-3/31/24) |
|---|---|---|
| Electronic Transfers-Credits | — | $9,935,236.73 |
| Other Credits | — | 71,920.34 |
| Other Debits | — | (10,007,157.07) |
| **Total Cash Related Activity** | — | — |
| **Total Check Activity** | — | — |

*The lender of Liquidity Access Line (LAL) is either Morgan Stanley Private Bank, National Association or Morgan Stanley Bank, N.A., as applicable, each an affiliate of Morgan Stanley Smith Barney LLC (MSSB). For more information, see your Liquidity Access Line Application and Agreements.*

# Morgan Stanley

| Account Detail | Liquidity Access Line 255-147971-290 | GENIE INVESTMENTS NV C/O CALEB MICHAEL DAVIS |
|---|---|---|

Account is not included in the Consolidated Summary balances

**Loan Account:** Liquidity Access Line

## ACTIVITY

## BANK LOAN ACTIVITY *(This section reflects the impact of Cash Related Activity on your Liquidity Access Line.)*

### VARIABLE RATE LINE

**Variable Rate Line**                    **Interest Rate as of 3/31/24:** 7.93312%                    **Interest Payment Date:**
**Interest Accrued This Period:** —                                                                    **Interest Payment Type:** Variable Rate Advance
                                                                                                       **Interest Payment Amount:** —

| Transaction Date | Effective Date | Description | Amount | Loan Balance |
|---|---|---|---|---|
| | 3/1 | Opening Balance | | — |
| | 3/28 | Closing Balance | | — |

## MESSAGES

**Financial Disclosure Statement (in millions of dollars):**
At January 31, 2024 Morgan Stanley Smith Barney LLC had net capital of $4,627 which exceeded the Securities and Exchange Commission's minimum requirement by $4,139.  A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at December 31, 2023 can be viewed online at:  https://www.morganstanley.com/about-us-ir/subsidiaries, or may be mailed to you at no cost by calling 1 (833) 445-2492, after March 15, 2024.

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**FINRA BrokerCheck**
FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**Tips on Protecting Yourself from Fraudulent Account Activity**
The protection of client data is of the utmost importance to us.  Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know.

Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency.

If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns.

**Retirement Rollover Guide**
If you are considering rolling over your retirement assets, please review our Rollover Guide which can be found at https://www.morganstanleyclientserv.com/publiccontent/msoc/pdf/RolloverGuide.pdf for important information regarding your options and the factors that you should consider before you make your rollover decision.

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2024

## Account Detail

| Liquidity Access Line | GENIE INVESTMENTS NV |
| 255-147971-290 | C/O CALEB MICHAEL DAVIS |

Account is not included in the Consolidated Summary balances

**Best Practices for Protecting Yourself and Your Investments**
When investing at any financial institution or with a financial professional, it is important to keep the following best practices in mind:
- Be clear about your investment goals and the amount of risk you are comfortable taking.
- Before making any investments, be sure to ask questions about the potential investment, including the potential risks associated with them. Request information such as the prospectus, offering documents, or research information and carefully review them.
- Be cautious of investment opportunities that offer an unusually high rate of return but are described as low-risk or guaranteed.
- Be cautious of investment opportunities that are not offered directly through the institution you are investing with, such as real estate, start-up businesses, etc. as most financial institutions, like Morgan Stanley prohibit these types of recommendations.
- Read and retain your account statements, confirmations, and any other information you receive about your investment transactions including the firm's client relationship summary (CRS). The CRS can be located on the websites of all SEC registered investment advisors and broker-dealers who work with retail investors.
- Immediately contact a member of the management team if you recognize any type of a discrepancy on your account statement. For example:
  o A security or money transaction you did not authorize
  o An investment you purchased that you do not see on your account statement
  o An item on your account statement that you do not understand
- When sending funds to your financial institution, be sure the funds are being sent directly to the financial institution you are investing with and not to a 3rd party institution.
Last but not least, never share your account passwords with anyone.

**Notice of T+1 Settlement Cycle Transition**
Effective May 28, 2024, Securities and Exchange Commission (SEC) rules will require that most U.S. securities transactions settle on or before the next business day following the trade date (a settlement date of T+1).
Generally, the settlement date is when an investor must pay for the security purchased or deliver the security sold in negotiable form. Please note, final tax lot selection will be subject to the shortened T+1 settlement timeline and must be submitted by 4:00 p.m. ET on the settlement date.
For additional details about T+1 settlement and eligible securities, please visit the Depository Trust & Clearing Corporation (DTCC) website at www.dtcc.com/ust1. You can also view the full text of the final rules on the SEC website at www.sec.gov.

**Upcoming Change to Bank Deposit Program (BDP) Pricing Groups**
Interest rates for deposits in your account are tiered based on the Total Deposit Balances in your BDP Pricing Group. Currently, the Total Deposit Balances include deposits in the BDP and in the Morgan Stanley Savings Program in all applicable accounts within a BDP Pricing Group. A BDP Pricing Group is a group of accounts within a household that have the same address, or the same Social Security and/or tax identification number.
Effective May 3, 2024, Total Deposit Balances used to calculate your interest rate tier will no longer include deposits in the Morgan Stanley Savings Program within your BDP Pricing Group. If you have any questions or need assistance, please contact us or view the Bank Deposit Program Disclosure Statement at https://www.morganstanley.com/wealth-disclosures/pdfs/BDP_disclosure.pdf

Morgan Stanley

This page intentionally left blank

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2024

**STATEMENT FOR:**
GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS

**Beginning Total Value** (as of 3/1/24)                                    —
**Ending Total Value** (as of 3/31/24)                                 $0.96
  *Includes Accrued Interest*

**Your Financial Advisor**
**Michael Stewart**
Senior Vice President
Michael.G.Stewart@morganstanley.com
818 409-0769

**Your Branch**
55 SOUTH LAKE AVE, STE 700
PASADENA, CA 91101
Telephone: 626-449-1240; Alt. Phone: 800-488-1240; Fax: 626-449-7121

*Morgan Stanley Smith Barney LLC. Member SIPC.*

#BWNJGWM

GENIE INVESTMENTS NV
C/O CALEB MICHAEL DAVIS
401 RYLAND ST.
SUITE 200A
RENO NV 89502-1643

**Client Service Center** (24 Hours a Day; 7 Days a Week): 800-869-3326
**Access Your Account Online:** www.morganstanley.com/online

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

# Morgan Stanley

## Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer** (not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2024

## Account Summary

| Active Assets Account | GENIE INVESTMENTS NV |
|---|---|
| 255-145712-290 | C/O CALEB MICHAEL DAVIS |

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (3/1/24-3/31/24) | This Year (1/1/24-3/31/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | — | $10,566,138.22 |
| Credits | 0.96 | 7,450.00 |
| Debits | (18.74) | (10,590,596.27) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | $(17.78) | $(10,583,146.27) |
| **Change in Value** | 18.74 | 17,009.01 |
| **TOTAL ENDING VALUE** | $0.96 | $0.96 |

### MARKET VALUE OVER TIME
*The below chart displays the most recent thirteen months of Market Value.*



*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $0.96 | 100.00 |
| **TOTAL VALUE** | **$0.96** | **100.00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures.*
*Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



Cash

*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances.  These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

# Morgan Stanley

## Account Summary

| | Active Assets Account<br>255-145712-290 | GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |
|---|---|---|

### BALANCE SHEET (^ includes accrued interest)

| | Last Period<br>(as of 2/29/24) | This Period<br>(as of 3/31/24) |
|---|---|---|
| Cash, BDP, MMFs | $4,916.74 | $0.96 |
| **Total Assets** | **$4,916.74** | **$0.96** |
| Cash, BDP, MMFs (Debit) | (4,916.74) | — |
| **Total Liabilities** (outstanding balance) | **$(4,916.74)** | — |
| **TOTAL VALUE** | **—** | **$0.96** |

### CASH FLOW

| | This Period<br>(3/1/24-3/31/24) | This Year<br>(1/1/24-3/31/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | — | $3,586,260.88 |
| 2023 Net Unsettled Purch/Sales | N/A | 6,979,877.34 |
| Income and Distributions | 18.74 | 17,009.01 |
| **Total Investment Related Activity** | **$18.74** | **$6,996,886.35** |
| Electronic Transfers-Credits | — | 6,817.15 |
| Electronic Transfers-Debits | (18.74) | (10,584,778.65) |
| Other Credits | 0.96 | 632.85 |
| Other Debits | — | (5,817.62) |
| **Total Cash Related Activity** | **$(17.78)** | **$(10,583,146.27)** |
| **Total Card/Check Activity** | **—** | **—** |
| **CLOSING CASH, BDP, MMFs** | **$0.96** | **$0.96** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period<br>(3/1/24-3/31/24) | This Year<br>(1/1/24-3/31/24) |
|---|---|---|
| Other Dividends | $18.74 | $2,304.06 |
| **Income And Distributions** | **$18.74** | **$2,304.06** |
| **Tax-Exempt Income** | **—** | **—** |
| **TOTAL INCOME AND DISTRIBUTIONS** | **$18.74** | **$2,304.06** |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### GAIN/(LOSS) SUMMARY

| | Realized This Period<br>(3/1/24-3/31/24) | Realized This Year<br>(1/1/24-3/31/24) | Unrealized<br>Inception to Date<br>(as of 3/31/24) |
|---|---|---|---|
| **TOTAL GAIN/(LOSS)** | **—** | **—** | **—** |

*This Summary is for informational purposes only and should not be used for tax preparation. Refer to the Expanded Disclosures or go to www.morganstanley.com/wealth/disclosures/disclosures.asp.*

# Morgan Stanley

## Account Detail

| | |
|---|---|
| **Active Assets Account**<br>255-145712-290 | GENIE INVESTMENTS NV<br>C/O CALEB MICHAEL DAVIS |

**Investment Objectives (in order of priority):** Income, Aggressive Income, Capital Appreciation, Speculation

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

Brokerage Account

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period. For more information on how we price securities, go to www.morganstanley.com/wealth/disclosures/disclosures.asp.*

### CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to https://www.morganstanley.com/content/dam/msdotcom/en/wealth-disclosures/pdfs/BDP_disclosure.pdf*

| Description | | | Market Value | 7-Day<br>Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|---|
| CASH | | | $0.96 | | | |

| | Percentage<br>of Holdings | | | Market Value | | Est Ann Income |
|---|---|---|---|---|---|---|
| **CASH, BDP, AND MMFs** | 100.00% | | | $0.96 | | — |

| | Percentage<br>of Holdings | Total Cost | Market Value | Unrealized<br>Gain/(Loss) | Est Ann Income<br>Accrued Interest | Current<br>Yield % |
|---|---|---|---|---|---|---|
| TOTAL VALUE | 100.00% | — | $0.96 | N/A | —<br>— | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

# Morgan Stanley

## Account Detail

| | Active Assets Account | GENIE INVESTMENTS NV |
| | 255-145712-290 | C/O CALEB MICHAEL DAVIS |

### ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $0.96 | — | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$0.96** | **—** | **—** | **—** | **—** | **—** |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 3/1 | | Dividend | MSILF GOVT SEC PART DIV PAYMENT | | | | $18.74 |
| 3/4 | | Withdrawal | BRANCH CHECK | PAID TO MSL FBO GENIE INVESTME | | | (18.74) |
| 3/21 | | Refund | MSILF GOVT SEC PART | | | | 0.96 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$0.96** |

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 3/1 | Automatic Redemption | MSILF GOVT SEC PART | $(4,916.74) |
| 3/4 | Automatic Investment | MSILF GOVT SEC PART | 18.74 |
| 3/5 | Automatic Redemption | MSILF GOVT SEC PART | (18.74) |
| **NET ACTIVITY FOR PERIOD** | | | **$(4,916.74)** |

## MESSAGES

**Financial Disclosure Statement (in millions of dollars):**
At January 31, 2024 Morgan Stanley Smith Barney LLC had net capital of $4,627 which exceeded the Securities and Exchange Commission's minimum requirement by $4,139.  A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at December 31, 2023 can be viewed online at:  https://www.morganstanley.com/about-us-ir/subsidiaries, or may be mailed to you at no cost by calling 1 (833) 445-2492, after March 15, 2024.

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**FINRA BrokerCheck**
FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2024

## Account Detail

| | |
|---|---|
| **Active Assets Account**<br>**255-145712-290** | **GENIE INVESTMENTS NV**<br>**C/O CALEB MICHAEL DAVIS** |

**Tips on Protecting Yourself from Fraudulent Account Activity**

The protection of client data is of the utmost importance to us.  Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know.

Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency.

If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns.

**Retirement Rollover Guide**

If you are considering rolling over your retirement assets, please review our Rollover Guide which can be found at https://www.morganstanleyclientserv.com/publiccontent/msoc/pdf/RolloverGuide.pdf for important information regarding your options and the factors that you should consider before you make your rollover decision.

**Best Practices for Protecting Yourself and Your Investments**

When investing at any financial institution or with a financial professional, it is important to keep the following best practices in mind:

- Be clear about your investment goals and the amount of risk you are comfortable taking.
- Before making any investments, be sure to ask questions about the potential investment, including the potential risks associated with them. Request information such as the prospectus, offering documents, or research information and carefully review them.
- Be cautious of investment opportunities that offer an unusually high rate of return but are described as low-risk or guaranteed.
- Be cautious of investment opportunities that are not offered directly through the institution you are investing with, such as real estate, start-up businesses, etc. as most financial institutions, like Morgan Stanley prohibit these types of recommendations.
- Read and retain your account statements, confirmations, and any other information you receive about your investment transactions including the firm's client relationship summary (CRS). The CRS can be located on the websites of all SEC registered investment advisors and broker-dealers who work with retail investors.
- Immediately contact a member of the management team if you recognize any type of a discrepancy on your account statement. For example:
  o A security or money transaction you did not authorize
  o An investment you purchased that you do not see on your account statement
  o An item on your account statement that you do not understand
- When sending funds to your financial institution, be sure the funds are being sent directly to the financial institution you are investing with and not to a 3rd party institution.

Last but not least, never share your account passwords with anyone.

**Notice of T+1 Settlement Cycle Transition**

Effective May 28, 2024, Securities and Exchange Commission (SEC) rules will require that most U.S. securities transactions settle on or before the next business day following the trade date (a settlement date of T+1).

Generally, the settlement date is when an investor must pay for the security purchased or deliver the security sold in negotiable form. Please note, final tax lot selection will be subject to the shortened T+1 settlement timeline and must be submitted by 4:00 p.m. ET on the settlement date.

For additional details about T+1 settlement and eligible securities, please visit the Depository Trust & Clearing Corporation (DTCC) website at www.dtcc.com/ust1. You can also view the full text of the final rules on the SEC website at www.sec.gov.

**Upcoming Change to Bank Deposit Program (BDP) Pricing Groups**

Interest rates for deposits in your account are tiered based on the Total Deposit Balances in your BDP Pricing Group. Currently, the Total Deposit Balances include deposits in the BDP and in the Morgan Stanley Savings Program in all applicable accounts within a BDP Pricing Group. A BDP Pricing Group is a group of accounts within a household that have the same address, or the same Social Security and/or tax identification number.

Effective May 3, 2024, Total Deposit Balances used to calculate your interest rate tier will no longer include deposits in the Morgan Stanley Savings Program within your BDP Pricing Group. If you have any questions or need assistance, please contact us or view the Bank Deposit Program Disclosure Statement at https://www.morganstanley.com/wealth-disclosures/pdfs/BDP_disclosure.pdf

# Morgan Stanley

**CLIENT STATEMENT** | For the Period March 1-31, 2024

## Account Detail

**Active Assets Account**
255-145712-290

**GENIE INVESTMENTS NV**
**C/O CALEB MICHAEL DAVIS**

**Changes to the Liquidity Needs Question on your Account Profile**

To better understand the importance of your liquidity needs, Morgan Stanley has renamed the existing profile question called Liquidity Needs to the "Anticipated Withdrawal Period," and has created a new investor profile question called "Liquidity Needs" with four different responses ranging from Very Important to Not Important.

To update your profile related to the new Liquidity Needs question, Morgan Stanley estimated the liquidity of your collective account holdings as of January 31, 2024. Based on this estimation, we have inferred an implied response to the importance of your Liquidity Needs.

The response we selected for your profile is: Important - I want the majority of the assets in this account to be convertible to cash (1) quickly and (2) without incurring significant penalties or costs.  I am comfortable holding some illiquid assets during the life of the account.

Please refer to the enclosed "For Your Information" booklet (page 2) for more information. If the implied response appears inaccurate, or for more information on your Anticipated Withdrawal Period and these changes, please contact a member of your Morgan Stanley team.