United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-00496-BAJ |
| Genie Investments NV Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 18, 2024 | Form ID: pdfdoc | Total Noticed: 115 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genie Investments NV Inc., PO Box 60443, Jacksonville, FL 32236-0443 |
| 30864160 | + | 20 Development LLC, 1089 E Benchview Drive, Ogden, UT 84404-3783 |
| 30864161 | + | A Complete Home Inspection LLC, 110 Velsco Lane, Port Sulphur, LA 70083-2362 |
| 30864166 | + | ALV Capital LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864162 | + | Acres & Royalty LLC, 205 N Michigan Ave, Chicago, IL 60601-5927 |
| 30864163 | | Adaptive Medical Technologies LLC, 7349 Paseo Del Sur, Scottsdale, AZ 85258 |
| 30864164 | + | Ajer LLC, 1070 S 650 West, Farmington, UT 84025-4603 |
| 30864165 | + | Alere LLC, 1530 E. Williams Field Rd 201, Gilbert, AZ 85295-1825 |
| 30864167 | + | Ameiva LLC, 282 E 300 S, Smithfield, UT 84335-1636 |
| 30864168 | + | Amrodddo Holdings LLC, 2283 Candlestick Ave, Henderson, NV 89052-2361 |
| 30864169 | #+ | Andorful Dynasty Real Estate LLC, 1622 N 3950 W, Lehi, UT 84043-6907 |
| 30864170 | + | Another Chance Group Home Inc, 54 N Vista Ave, Casa Grande, AZ 85122-3193 |
| 30864171 | + | Anvil Construction Inc, 470 N. Main Street, Brigham City, UT 84302-1858 |
| 30864172 | + | Archer Capital Investments, 1448 W. Salmon Caddis Drive, Bluffdale, UT 84065-5122 |
| 30864173 | + | Autonomous Drone Solutions DBA Calaway Solutions L, 2121 Brittmoore 2200, Houston, TX 77043-2220 |
| 30864174 | + | BAYI Capital Management LLC, 148 Undercliff Avenue, Edgewater, NJ 07020-1275 |
| 30864175 | + | Belle Maison Realty, LLC, 1133 E 83rd Street 171, Chicago, IL 60619-6455 |
| 30864176 | + | Bild Credit LLC, 30 N Gould Street 30212, Sheridan, WY 82801-6317 |
| 30864177 | + | Bold City Commercial LLC, 4426 CAPITAL DOME DR, Jacksonville, FL 32246-7456 |
| 30864249 | | Braces at Brick, PA, 900 Cedar Bridge Avenue, Brick, NJ 08723 |
| 30864250 | + | Brooklyn Heights LLC, 307 N Lincoln Street, Tallulah, LA 71282-4314 |
| 30799849 | + | Bryan K. Mickler, Attorney for the Debtor, 5452 Arlington Expy., Jacksonville, FL 32211-6860 |
| 30864251 | + | Bull & Bear Properties LLC, 1140 E 87th Street, Chicago, IL 60619-7012 |
| 30864252 | + | Business Live Global USA, LLC, 4538 Walnut Ridge Circle, Mc Donald, PA 15057-1608 |
| 30864254 | + | CNF Solutions LLC, 135 East 620 South, Smithfield, UT 84335-4901 |
| 30864253 | + | CannaVision Inc, 777 Main Street 600, Fort Worth, TX 76102-5368 |
| 30864255 | + | Cobb Utilities Inc, 191 Honey Suckle Circle, Ranger, GA 30734-6792 |
| 30864256 | + | Cool Beanz LLC, 6585 Decatur Blvd, Las Vegas, NV 89118-2110 |
| 30885760 | + | Cool Beanz, LLC, 143 West Fulton Street, Sanford, FL 32771-1218 |
| 30864257 | | Dajo Properties LLC, 11360Chestnut Tree Rd, Honey Brook, PA 19344 |
| 30864258 | + | Darnell Development, LLC, 2814 W Newton CT, Visalia, CA 93291-6593 |
| 30864259 | | Dun Agro Hemp Group Inc, P.O. Box 475, Shelbyville, IN 46176 |
| 30864260 | + | Edge Development LLC, 315 239th Ct. SE, Sammamish, WA 98074-3687 |
| 30864261 | | Expansive Investments, LLC, 3855 S 500 W B, Salt Lake City, UT 84115 |
| 30864262 | + | Faith Investor Services, LLC, 1522 4th Ave, Asbury Park, NJ 07712-4962 |
| 30882156 | + | Faith Investors Services LLC, 1522 4th Ave, Asbury Park, NJ 07712-4962 |
| 30864263 | + | Fehu Capital Inc, 3139 W. Holmbe Blvd A 77025-1533 |
| 30864264 | + | Ficarra Holdings LLC, 408 Billings Road, Somers, CT 06071-2037 |
| 30864265 | + | Foster Group LLC, 2539 N 300 E, Lehi, UT 84043-4403 |
| 30864266 | + | Global Verse Holdings LLC, 1709 Vintage Lane, Wylie, TX 75098-0816 |
| 30864267 | + | Golden Goods LLC, 3620 West 10th Street, Greeley, CO 80634-1853 |
| 30864268 | + | H&M Essential Services, LLC, 221 N Broad Street 3A, Middletown, DE 19709-1070 |
| 30864269 | | Half a Dime, LTD, Box 653, Alberta |
| 30864270 | | Heliosun LLC DBA Odin, 1600 S Litchfield Rd 230A, Goodyear, AZ 85338 |
| 30864271 | + | High Dunes II LLC, 17 Lockwood Drive, Charleston, SC 29401-1190 |

Case 3:24-bk-00496-BAJ   Doc 70   Filed 04/20/24   Page 2 of 5

| District/off: 113A-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Apr 18, 2024 | Form ID: pdfdoc | Total Noticed: 115 |

| | | |
| --- | --- | --- |
| 30864272 | + | Hospitality Growth Capital LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864273 | + | Humane Care 7 Days Medical Group Inc, 6552 Bolsa Avenue N, Huntington Beach, CA 92647-2656 |
| 30864274 | + | Iron Dragon Corporation, 70 Winding Way, Gibbsboro, NJ 08026-1460 |
| 30864275 | + | JC&TL Inc, 13865 Magnolia Avenue B, Chino, CA 91710-7047 |
| 30864276 | + | Just Hewitt LLC, 205 E Hidalgo Avenue, Raymondville, TX 78580-2545 |
| 30864277 | + | Knife & Spirit, 7217 E 4th Avenue, Scottsdale, AZ 85251-3634 |
| 30864278 | + | Knights Lending, 1603 Capitol Ave, Ste. 413, Cheyenne, WY 82001-4562 |
| 30864279 | + | Knut LLC, 697 N 740 E 84043-1300 |
| 30885650 | | Latent Lending, LLC, Latent Wealth Group, LLC, Mark Steiner, 302 N. Abajo Peak Way, UT 84032 |
| 30864280 | + | Latent Wealth Group LLC, 302 N. Abajo Peak Way, Heber City, UT 84032-6501 |
| 30864281 | + | Law Offices of Mickler & Mickler, LLP, 5452 Arlington Expy., Jacksonville, FL 32211-6860 |
| 30882328 | + | Legacy Land Developers LLC, 1651 W 100th St, CHICAGO, IL 60643-2128 |
| 30864282 | + | Lobenhaus Capital, LLC, 6303 Lone Wolf Drive, Jamesville, NY 13078-9587 |
| 30864283 | + | Log Cabin Building LLC, 289 Parker Drive, Pittsburgh, PA 15216-1346 |
| 30864284 | + | MAA DFW Investments LLC, 2509 Amelia Island, Southlake, TX 76092-1583 |
| 30882317 | + | MIMS-IPR, LLC, 1627 7th St S, Clanton, AL 35045-8786 |
| 30864285 | + | McMann Commercial Lending LLC, 500 N Michigan Ave 600, Chicago, IL 60611-3754 |
| 30864286 | + | Meetopolis LLC, 5434 E Kathleen Road, Scottsdale, AZ 85254-1759 |
| 30864287 | | Michele Ruiz Productions, LLC DBA Ruiz Strategies, 925 Century Park East 1700, West Hollywood, CA 90069 |
| 30864288 | + | Moser Holdings, LLC, 537 S. 150 E., Smithfield, UT 84335-1654 |
| 30864289 | + | My Dragonfly Home Solutions, LLC, 7700 Irvine Center Drive 800, Irvine, CA 92618-3047 |
| 30864290 | + | NCR Digital Corp, 237 Floyd Road, Shirley, NY 11967-2941 |
| 30864296 | + | NY SF Sunset Yards LLC, 64 Grand Street, Brooklyn, NY 11249-4219 |
| 30864291 | + | New Mount olive Missionary Baptist Church Inc, P.O. Box 1696, Harvey, IL 60426-7696 |
| 30864292 | + | North Haven Lodging Partners LLC, 2517 W Brentridge Circle, Sioux Falls, SD 57108-1573 |
| 30864293 | + | Nortical Capital Inc, 921 E. Parker Street 1, Lakeland, FL 33801-1901 |
| 30864294 | + | Nutra-Acres Inc, 205 Michigan Ave, Chicago, IL 60601-5927 |
| 30881178 | + | Nutra-Acres LLC, 149 South Shore, Amarillo, TX 79118-8007 |
| 30864295 | + | Nutre Leasing LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864297 | + | On Site Life Care Inc., 41 Flatbush Avenue, 1st Floor, Brooklyn, NY 11217-1145 |
| 30864298 | #+ | Oregon Business Management Group Inc, 12600 SW 72nd Ave 140, Tigard, OR 97223-8356 |
| 30864299 | | Phoenix Rising LLC, 172 Center Bay, Jackson, WY 83001 |
| 30864300 | + | Platinum Investments USA LLC, c/o THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER 1209 ORANGE ST, Wilmington, DE 19801-1120 |
| 30864301 | + | Prine Energy Services LLC, 450 Gears Road, Houston, TX 77067-4529 |
| 30864302 | + | Ricks Ventures LLC, 1354 W 1900 S, Logan, UT 84321-6882 |
| 30864303 | + | Rolling By The Dozen RV Park LLC, 40 Country Road 267, Somerville, TX 77879-5208 |
| 30864304 | + | Rowehl & Russo Properties, LLC, 237 Floyd Road, Shirley, NY 11967-2941 |
| 30864305 | + | S&L Zeppeteli DBA SLZ Waste Inc, 191 Moonachie Road, Moonachie, NJ 07074-1309 |
| 30864312 | + | SSC Services Inc, 80 Franklin Street, Framingham, MA 01702-6671 |
| 30864306 | + | Seeking First LLC, 3320 Laurel Dale Drive, Tampa, FL 33618-1033 |
| 30864307 | + | Seiler Tucker Inc, 400 Poydras Suite 1460, New Orleans, LA 70130-3260 |
| 30864308 | + | Skyward Tax & Accounting Service LLC, 3505 Lake Lynda Dr. 200, Orlando, FL 32817-8333 |
| 30882319 | + | Solace Realty Concepts LLC, 112 Lehigh Ave, Newark, NJ 07112-2036 |
| 30864309 | + | Solar Capital Funding LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864310 | + | Solas Realty Concepts LLC, 112 Lehigh Avenue, Newark, NJ 07112-2036 |
| 30864311 | + | Springer Farms Landholdings LLC, 325 N 1200 E, American Fork, UT 84003-2049 |
| 30864313 | + | Story Book Homes LLC, 86 Mountain Avenue, Berkeley Heights, NJ 07922-2633 |
| 30864314 | + | Sun Coast Entertainment Live LLC, 6960 Brescia Way, Orlando, FL 32819-5288 |
| 30864315 | + | Sunlight Storage LLC, 3344 Bear Canyon Ln, Pleasant Grove, UT 84062-8016 |
| 30864316 | + | Taj Construction LLC, 10 Windsor Dr., Foxboro, MA 02035-2226 |
| 30881180 | + | Temidayo Adebayo, 148 Undercliff Avenue, Suite 9, Edgewater, NJ 07020-1123 |
| 30864317 | + | Terry's Florists LLC, 46 English Plaza, Red Bank, NJ 07701-1693 |
| 30882962 | | The Farming Co Pty Ltd, 86 Lakeside Drive, Helena Valley, 6056, Western Australia |
| 30864318 | | The Farming Co. PTY LTD, 86 Lakeside Dr., Helena, MT 59604 |
| 30864319 | + | The Generations Group, 1006 Top Hill Dr, Brenham, TX 77833-2585 |
| 30824504 | | The Generations Group-DonStrickland, 14312 Zion Gate Xing, Conroe, TX 77384-2516 |
| 30864320 | + | TnC NOLA Holdings LLC, 1461 Annunciaction Street B, New Orleans, LA 70130-4539 |
| 30883746 | + | Uncle Willie Green Wings, 141 Lehigh Ave, Newark, NJ 07112-2037 |
| 30864321 | + | VTJ LLC, 706 Leander DR, Leander, TX 78641-5017 |
| 30864325 | + | WW LLC, 26620 E Hoxie Road, Rockford, WA 99030-7003 |
| 30864322 | + | Wai Holdings LLC, 45 North Market, Wailuku, HI 96793-1756 |
| 30864323 | + | Wallingford Lodging Partners LLC, 2517 W Brentridge Circle, Sioux Falls, SD 57108-1573 |

Case 3:24-bk-00496-BAJ   Doc 70   Filed 04/20/24   Page 3 of 5

| District/off: 113A-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: pdfdoc | Total Noticed: 115 |

| | | |
|---|---|---|
| 30864324 | + | Winslow Homes LLC, 3539 Tuscany Reserve Blvd 32168-5334 |
| 30864326 | + | Zelco Properties LLC, 108 Patriot Dr A, Middletown, DE 19709-8803 |

TOTAL: 109

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 30790351 | + | Email/Text: taxdept@coj.net | Apr 18 2024 21:45:00 | Duval County Tax Collector, 231 Forsyth St. #130, Jacksonville FL 32202-3380 |
| 30790352 | | Email/Text: OGCBankruptcy@floridarevenue.com | Apr 18 2024 21:44:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 30790354 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 18 2024 21:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 30790356 | + | Email/Text: karen.brown@treasury.gov | Apr 18 2024 21:45:00 | Secretary of the Treasury, 15th & Pennsylvania Ave., NW, Washington, DC 20220-0001 |
| 30790355 | | Email/Text: atlreorg@sec.gov | Apr 18 2024 21:45:00 | U.S. Securities & Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, N.E., Suite 900, Atlanta, GA 30326-1382 |
| 30790353 | + | Email/Text: Usaflm.bk-jax@usdoj.gov | Apr 18 2024 21:44:00 | United States Attorney, 300 North Hogan St Suite 700, Jacksonville, FL 32202-4204 |

TOTAL: 6

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov |
| United States Trustee - JAX 11 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 3

**ORDERED.**

**Dated: April 17, 2024**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV Inc.,                    Case No. 3:24-bk-00496-BAJ
                                              Chapter 11
    Debtor.
_____/

### ORDER APPROVING SELECTION OF CHAPTER 11 EXAMINER

The Court, having been advised by the United States Trustee for Region 21 that Maria M. Yip, has been selected for appointment as the chapter 11 examiner in the instant case, and the Court having read and considered the application of the United States Trustee seeking approval of such appointment (Doc. No.: 65), it is

**ORDERED** that Maria M. Yip, Yip Associates, 2 S. Biscayne Blvd, Suite 2690, Miami, Florida 33131, Telephone Number: 305-569-0550, Facsimile Number: 888-632-2672, Email: myip@yipcpa.com, is approved for appointment as chapter 11 examiner pursuant to 11 U.S.C. § 1104 in the instant case, and it is

**FURTHER ORDERED** that the chapter 11 examiner shall have all the powers and duties of an examiner under 11 U.S.C. §§ 1104(c) and 1106(b) and other duties as set forth in this Court's Order directing the appointment of an examiner (Doc. No. 60).

#   #   #

Copies to:
All Creditors and Interested Parties by BNC