UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV Inc.,           Case No. 3:24-bk-00496-BAJ
         Chapter 11

    Debtor.
_____/

**UNITED STATES TRUSTEE'S APPOINTMENT AND
NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE
<u>OF CREDITORS HOLDING UNSECURED CLAIMS</u>**

Pursuant to 11 U.S.C. § 1102(a), Mary Ida Townson, United States Trustee for Region 21, by undersigned counsel, hereby appoints the following creditors to serve on the Official Committee of Creditors Holding Unsecured Claims:

**North Haven Lodging Partners LLC**
Attn: Benjamin Morris, Esq.
Foley & Lardner LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 847-6750
Email: bmorris@foley.com

**Meetopolis LLC**
Attn: Lisa Butkiewicz
5434 E Kathleen Rd.
Scottsdale, AZ 85254
Phone: (818) 209-1933
Email: Lisa@meetopolis.com

**Autonomous Drone Solutions LLC DBA Calaway Solutions**
Attn: Garrett Calaway
7180 S Hudson Circle
Centennial, CO 80122
Phone: (832) 578-2982
Email: gcalaway@autonomousdronesolutions.com

**Belle Mason Realty, LLC**
Attn: Lea Muse
1133 E 83rd Street, Unit 171
Chicago, IL 60619
Phone: (818) 261-8583
Email: lea.bellerealty@gmail.com

**Archer Capital Investments, LLC**
Attn: Michael Thompson
1448 W. Salmon Caddis Dr.
Bluffdale, UT 84065
Phone: (847) 830-4072
Email: MFThompson@gmail.com

This appointment is made on April 24, 2024.

                                              Respectfully submitted,

                                              Mary Ida Townson,
                                              United States Trustee for Region 21

                                              /s/  Scott Bomkamp
                                              Scott Bomkamp, Trial Attorney
                                              Office of the United States Trustee
                                              U.S. Department of Justice
                                              400 W. Washington St., Suite 1100
                                              Orlando, FL 32801
                                              Telephone No.:   (407) 648-6301
                                              Facsimile No.:   (407) 648-6323
                                              Email: scott.e.bomkamp@usdoj.gov
                                              Indiana Bar No.: 28475-49