**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>GENIE INVESTMENTS, INC.<br><br>Debtor(s). | Case No.: 3:24-bk-00496-BAJ<br>Chapter 11 |

**INTERIM APPLICATION OF LAW OFFICES OF MICKLER & MICKLER, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR FOR THE PERIOD FROM JANUARY 21, 2024 THROUGH APRIL 25, 2024**

## NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Bryan K. Mickler, Attorney for Debtor in this Case for ("Applicant") has filed an application for compensation in the amount of $24,900.00 and reimbursement of expenses in the amount of $0.00 (the "Application"). A copy of the Application may be viewed on the case docket or may be obtained by request to Applicant at 904-725-0822 or court@planlaw.com.

If you object to the Application, you must file an objection with the Clerk of Court at Clerk U. S. Bankruptcy Court, 300 N. Hogan St., Suite 3-150, Jacksonville, FL 32202 within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and objection and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

## LOCAL RULE 2016-1 INFORMATION

**Name of Applicant**: Law Offices of Mickler & Mickler, LLP

**Services Provided to:** Debtor(s)

**Date of Retention:** February 26, 2024

**Period for this Application:** January 21, 2024 to April 21, 2024

**Amount of Compensation Sought: $24,900.00 fees**

**Amount of Expense Reimbursement: $0.00 costs**

**Amount of Original Retainer: $25,000.00 fee and $0.00 cost retainer = $25,000.00 TOTAL**

**Blended Hourly Rate this Application:** $400.00 Cumulative: $400.00

**This is an:** _ ✓ __interim___final application.

### SUMMARY OF COMPENSATION REQUESTED

In accordance with 11 U.S.C. §§ 330(a); 503(b)(2) and Fed.R.Bankr.P.2016, the Attorney for the Debtor-in-Possession makes application to this Court for interim compensation as follows:

Total Compensation Requested:    Fees:  $24,900.00 ($25,000.00 retainer plus $0.00 balance remaining)

Costs: $0.00 sought. ($0.00 retainer with $0.00 remaining balance )

**TOTAL FEES AND COSTS REQUESTED: $24,900.00**

**TOTAL BALANCE REMAINING UNPAID: $0.00**

Compensation Paid prior to Application: $25,000.00 retainer (with costs)

Billing Rate for Bryan K. Mickler @$400.00/hour

Total Hours Billed:    62.3 hours

**GENERAL INFORMATION**

This Case was commenced by the filing of a Voluntary Petition under Chapter 11 of the Bankruptcy Code on January 21, 2024 by the Debtor in Possession as a *pro se* filing. On March 8, 2024, the Court entered an order appointing Bryan K. Mickler as Attorney for the Debtor in the Chapter 11 case (Doc. No. 26). Under 11 U.S.C. § 1107, the Debtor in Possession is given all the rights, powers and duties, save for certain investigatory responsibilities.

The initial employment agreement entered into between the Debtor in Possession and the attorney was based upon an hourly billing rate of $400.00 per hour to be billed against a retainer of $25,000.00 (net minus costs). Attached as Exhibit "1" is the time sheet for the attorney for the Debtor in Possession.

Bryan K. Mickler of the Law Offices of Mickler & Mickler, LLP billed time during the application period which began on January 21, 2024 and ended on April 25, 2024. The rate charged is comparable with or below other practitioner's hourly rate in a case under Title 11 and in cases not under Title 11.

**PROJECT CATEGORIES**

| PROJECT CATGORY | TYPE OF ACTIVITY | RESULTS/BENEFIT | TIME PER CATEGORY |
|---|---|---|---|
| General Case Administration | Trustee Activity - initial draft of response to trustee and review of contracts and other items provided by | Appropriate information to creditors and Trustee to allow for thorough review of assets and income to | 19.5 hours |

|  | client | determine appropriate liquidation and disposable income |  |
|---|---|---|---|
| UST<br>Trustee Activity | Letters to US Trustee with required documents; amendments to schedules; communication with Trustee re plan status and examiner trial | Appropriate information to creditors and Trustee to allow for thorough review of assets and income to determine appropriate liquidation and disposable income | 41.4 hours |
| EMP<br>Employ Professional Activity | Retention of Debtor's Counsel and counsel for arbitration actions for recovery of claims held by Debtor | Allowed for continuation of representation of estate | 1.4 hours |

|  |  |  |  |
|---|---|---|---|
| TOTAL |  |  | 62.3 hours total |

## TYPE OF APPLICATION

This is an interim application for compensation. No previous applications have been submitted in this case. The applicant has reviewed the interim application with the Debtor in Possession. The Debtor in Possession has approved of the compensation requested.

## REASONS FOR FILING OF REORGANIZATION

The above compensation is fair and appropriate given the circumstances and nature of this case and the services performed for the benefit of the estate by the applicant. The applicant has attempted to reorganize the Debtor in possession since January of 2024.

The Chapter 11 was filed in an attempt to reorganize the unsecured debt of the Debtor in Possession after a series of defaults had threatened the lending business operated by the Debtor. The United States Trustee vigorously opposed the case and ultimately had an examiner appointed in this case to examine the pre-petition financial transactions of the Debtor. This in turn has allowed for restructuring of the unsecured debts and a potential 100% recovery for the unsecured creditors.

The actions of the attorney for the Debtor, have benefitted the estate by the preservation of the Debtor's assets. The proposed plan anticipates a 100% distribution to unsecured and tax creditors through disposable income generated by the Debtor.

        Law Offices of Mickler & Mickler, LLP

By: /s/ Bryan K. Mickler
   Bryan K. Mickler
Florida Bar No. 091790
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822
(904) 725-0855 FAX
bkmickler@planlaw.com

## PROOF OF SERVICE

**I HEREBY CERTIFY** under penalty of perjury that a copy hereof was furnished to:

Assistant U.S. Trustee
400 W. Washington St., Suite 1100
Orlando, Florida 32801

and to all interested parties per the attached mailing matrix, by CM/ECF and/or U. S. Mail postage prepaid, this   26   day of April 2024.

Signature: /s/ Bryan K. Mickler
Bryan K. Mickler, Attorney for Debtor(s)

# EXHIBIT 1

# CASE ACTIVITY
As of **04/26/2024**

Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy. Jacksonville, FL 32211

**Bankruptcy | 3:24-bk-00496-BAJ**
## Genie Investments NV, Inc.
10844

## Activities (Billable Items)

Total: **$24,900.00**
( 62 hours and 18 minutes.)

| CREATED ON | ACTIVITY | BILLABLE TIME | RATE | AMOUNT |
|---|---|---|---|---|
| Thursday, Apr 25, 2024 | **GEN** <br> General - telecon with clients re examiner; email to examiner with zoom information; email to adam walker re velanos settlement <br> *Completed by:* Bryan K. Mickler | 01 hours and 06 minutes. | $400.00 | $440.00 |
| Thursday, Apr 18, 2024 | **GEN** <br> General - telecon with federal atty re arbitration <br> *Completed by:* Bryan K. Mickler | 00 hours and 48 minutes. | $400.00 | $320.00 |
| Wednesday, Apr 17, 2024 | **UST** <br> Trustee Activity - email to client with trustee appointment and finalize MOR filing <br> *Completed by:* Bryan K. Mickler | 00 hours and 36 minutes. | $400.00 | $240.00 |
| Wednesday, Apr 17, 2024 | **UST** <br> Trustee Activity - attend continued 341 meeting; follow up with clients <br> *Completed by:* Bryan K. Mickler | 01 hours and 00 minutes. | $400.00 | $400.00 |
| Friday, Apr 12, 2024 | **GEN** <br> General - amend SOFA and answer of questions from Genie email <br> *Completed by:* Bryan K. Mickler | 00 hours and 24 minutes. | $400.00 | $160.00 |
| Friday, Apr 12, 2024 | **GEN** <br> General - amended sofa filing and telecon with clients re stringer attempting to collect debt <br> *Completed by:* Bryan K. Mickler | 00 hours and 24 minutes. | $400.00 | $160.00 |
| Thursday, Apr 11, 2024 | **GEN** <br> General - telecon with creditor re how to file a claim; email to clients re MORs needed and forms <br> *Completed by:* Bryan K. Mickler | 00 hours and 18 minutes. | $400.00 | $120.00 |

# Activities (Billable Items)

Total: **$24,900.00**
( 62 hours and 18 minutes.)

| CREATED ON | ACTIVITY | BILLABLE TIME | RATE | AMOUNT |
|---|---|---|---|---|
| Wednesday, Apr 10, 2024 | **UST** — Trustee Activity - attend continued trial on motion to appoint trustee  *Completed by:* Bryan K. Mickler | 05 hours and 00 minutes. | $400.00 | $2,000.00 |
| Tuesday, Apr 09, 2024 | **UST** — Trustee Activity - attend trial on motion to appoint trustee  *Completed by:* Bryan K. Mickler | 09 hours and 00 minutes. | $400.00 | $3,600.00 |
| Monday, Apr 08, 2024 | **GEN** — General - trial prep. prepare witnesses with in office interview; telecon with witness and trustee; prepare cross exam with lexis research and other review of exhibits  *Completed by:* Bryan K. Mickler | 08 hours and 00 minutes. | $400.00 | $3,200.00 |
| Friday, Apr 05, 2024 | **GEN** — General - email to atty for debtor; telecon with client re exhibits  *Completed by:* Bryan K. Mickler | 00 hours and 24 minutes. | $350.00 | $140.00 |
| Friday, Apr 05, 2024 | **GEN** — General - trial prep with review of trustee exhibits and prepare witnesses  *Completed by:* Bryan K. Mickler | 04 hours and 00 minutes. | $400.00 | $1,600.00 |
| Thursday, Apr 04, 2024 | **GEN** — General - telecon with clients; review of trustee exhibits and file exhibits  *Completed by:* Bryan K. Mickler | 00 hours and 54 minutes. | $400.00 | $360.00 |
| Wednesday, Apr 03, 2024 | **GEN** — General - case management summary  *Completed by:* Bryan K. Mickler | 00 hours and 30 minutes. | $400.00 | $200.00 |
| Wednesday, Apr 03, 2024 | **UST** — Trustee Activity - attend continued 341 meeting; telecon with clients  *Completed by:* Bryan K. Mickler | 02 hours and 30 minutes. | $400.00 | $1,000.00 |

## Activities (Billable Items)

Total: **$24,900.00**
( 62 hours and 18 minutes.)

| CREATED ON | ACTIVITY | BILLABLE TIME | RATE | AMOUNT |
|---|---|---|---|---|
| Tuesday, Apr 02, 2024 | **GEN** — General - final update of schedules and review of financial information provided for 2023. *Completed by:* Bryan K. Mickler | 03 hours and 00 minutes. | $400.00 | $1,200.00 |
| Friday, Mar 29, 2024 | **UST** — Trustee Activity - trial prep with clients telecon. *Completed by:* Bryan K. Mickler | 01 hours and 42 minutes. | $400.00 | $680.00 |
| Friday, Mar 29, 2024 | **UST** — Trustee Activity - second conf with client. *Completed by:* Bryan K. Mickler | 00 hours and 12 minutes. | $400.00 | $80.00 |
| Thursday, Mar 28, 2024 | **EMP** — Employ Professional Activity - telecon with atty for estate; prepare and file App to employ with affidavit. *Completed by:* Bryan K. Mickler | 00 hours and 48 minutes. | $400.00 | $320.00 |
| Wednesday, Mar 27, 2024 | **GEN** — General - telecon with clients re dismissal of case or 11 trustee. *Completed by:* Bryan K. Mickler | 01 hours and 24 minutes. | $400.00 | $560.00 |
| Wednesday, Mar 27, 2024 | **UST** — Trustee Activity - 341 meeting with Trustee. *Completed by:* Bryan K. Mickler | 01 hours and 00 minutes. | $400.00 | $400.00 |
| Wednesday, Mar 27, 2024 | **UST** — Trustee Activity - telecon with UST re status of motion to appoint trustee. *Completed by:* Bryan K. Mickler | 00 hours and 36 minutes. | $400.00 | $240.00 |
| Wednesday, Mar 20, 2024 | **GEN** — General - office meeting with review of schedules and trustee issues. *Completed by:* Bryan K. Mickler | 02 hours and 00 minutes. | $400.00 | $800.00 |
| Thursday, Mar 14, 2024 | **UST** — Trustee Activity - attend IDI with clients and UST; follow up with clients re missing docs and other issues. *Completed by:* Bryan K. Mickler | 01 hours and 30 minutes. | $400.00 | $600.00 |

## Activities (Billable Items)

Total: **$24,900.00**
( 62 hours and 18 minutes.)

| CREATED ON | ACTIVITY | BILLABLE TIME | RATE | AMOUNT |
|---|---|---|---|---|
| Thursday, Mar 14, 2024 | **UST** — Trustee Activity - initial response to trustee motion to appoint trustee; idi follow up documents to trustee<br>*Completed by:* Bryan K. Mickler | 02 hours and 42 minutes. | $400.00 | $1,080.00 |
| Wednesday, Mar 13, 2024 | **GEN** — General - emails from client and attorney re arbitration status; review of financial docs provided<br>*Completed by:* Bryan K. Mickler | 00 hours and 36 minutes. | $400.00 | $240.00 |
| Tuesday, Mar 12, 2024 | **GEN** — General - email and response re bad review on web<br>*Completed by:* Bryan K. Mickler | 00 hours and 12 minutes. | $400.00 | $80.00 |
| Friday, Mar 08, 2024 | **GEN** — General - emails with trustee re timing of schedules and with attorney for suggestion of bankruptcy<br>*Completed by:* Bryan K. Mickler | 00 hours and 24 minutes. | $400.00 | $160.00 |
| Friday, Mar 08, 2024 | **UST** — Trustee Activity - Motion in Limine prep and emails to client<br>*Completed by:* Bryan K. Mickler | 02 hours and 36 minutes. | $400.00 | $1,040.00 |
| Thursday, Mar 07, 2024 | **GEN** — General- attend status conference and follow up email with client<br>*Completed by:* Bryan K. Mickler | 01 hours and 30 minutes. | $400.00 | $600.00 |
| Wednesday, Mar 06, 2024 | **UST** — Trustee Activity - review of motion to appoint trustee or convert; email to clients with review of arbitration complaint and district court complaint<br>*Completed by:* Bryan K. Mickler | 01 hours and 00 minutes. | $400.00 | $400.00 |
| Wednesday, Mar 06, 2024 | **UST** — Trustee Activity - initial draft of response to ustee and review of contracts and other items provided by client<br>*Completed by:* Bryan K. Mickler | 02 hours and 12 minutes. | $400.00 | $880.00 |

## Activities (Billable Items)

Total: **$24,900.00**
( 62 hours and 18 minutes.)

| CREATED ON | ACTIVITY | BILLABLE TIME | RATE | AMOUNT |
|---|---|---|---|---|
| Wednesday, Mar 06, 2024 | **UST**<br>Trustee Activity - telecon with clients re trustee motion<br>*Completed by:* Bryan K. Mickler | 01 hours and 30 minutes. | $400.00 | $600.00 |
| Tuesday, Mar 05, 2024 | **UST**<br>Trustee Activity - set up IDI emails with UST and other questions related to debt collection emails<br>*Completed by:* Bryan K. Mickler | 00 hours and 18 minutes. | $400.00 | $120.00 |
| Wednesday, Feb 28, 2024 | **GEN**<br>telecon with clients re status of financials and other introductory issues<br>*Completed by:* Bryan K. Mickler | 00 hours and 48 minutes. | $400.00 | $320.00 |
| Tuesday, Feb 27, 2024 | **EMP**<br>Employ Professional Activity - email to MO atty the affidavit to employ<br>*Completed by:* Bryan K. Mickler | 00 hours and 36 minutes. | $400.00 | $240.00 |
| Tuesday, Feb 27, 2024 | **GEN**<br>General - Notice of Appearance and Motion to Extend time to file documents<br>*Completed by:* Bryan K. Mickler | 00 hours and 18 minutes. | $400.00 | $120.00 |
| Saturday, Feb 24, 2024 | **GEN**<br>General - initial telecon with client and atty in MO related to take over of chapter 11 case; review of docket and email to client to retain<br>*Completed by:* Bryan K. Mickler | 00 hours and 30 minutes. | $400.00 | $200.00 |