UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No.: 3:24-bk-00496-BAJ
Chapter 11

GENIE INVESTMENTS NV INC.,

    Debtor.
_____/

**VERIFIED STATEMENT OF RYAN E. DAVIS PURSUANT
TO F.R.B.P. RULE 2014 IN SUPPORT OF EXAMINER'S
APPLICATION FOR AUTHORITY TO RETAIN WINDERWEEDLE, HAINES,
WARD & WOODMAN, P.A., AS COUNSEL**

I, Ryan E. Davis, in accordance with F.R.B.P. 2014, make the following verified statements:

1. I am an attorney admitted to practice in the United States District Court for the Middle District of Florida.

2. I am a shareholder with the firm of Winderweedle, Haines, Ward, & Woodman, P.A. ("WHWW").

3. Neither I nor any member of the law firm has any connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the office of the United States Trustee, except as disclosed below:

| Entity | Type of Representation or Connection |
|---|---|
| Alliance Mortgage | WHWW previously represented parties in interest, including Alliance Mortgage, in real estate transactions involving Alliance Mortgage unrelated to this case. Alliance Mortgage is not a current client of the firm. |

1

| | |
|---|---|
| Byrd, James William | WHWW has represented an Estate of James Byrd in an Estate & Trust Administration that is unrelated to this case and that is closed. WHWW represented a client adverse to a James Byrd, which matter is closed. |
| Florida Department of Revenue | WHWW represents several Chapter 7 Trustees. Florida Dept. of Revenue has been named in other Chapter 7 bankruptcy cases as a creditor unrelated to this case. |
| | Florida Department of Revenue is often a defendant in foreclosure cases handled by WHWW unrelated to this case. |
| Hughes, David | WHWW previously represented parties in real estate transactions involving a David H. Hughes that are unrelated to this case. David H. Hughes is not a client of the firm. |
| Internal Revenue Service | WHWW represents several Chapter 7 Trustees. Internal Revenue Service has been named in other Chapter 7 bankruptcy cases as a creditor unrelated to this case. |
| | WHWW has been adverse to the Internal Revenue Service in bankruptcy adversary proceedings and cases unrelated to this case. |
| Virthe, Nicholas | WHWW represents a party in a litigation matter adverse to a Nicholas Virthe that is unrelated to this case. |
| Yip, Maria, Examiner | WHWW has represented parties in bankruptcy cases in which Maria Yip has served as examiner or trustee that are unrelated to this case. |

4.     Except as otherwise disclosed in paragraph 3, WHWW does not hold or represent any interest adverse to the estate. WHWW is disinterested within the definition under the Bankruptcy Code.

5.  WHWW has no connection with the U.S. Trustee's office or any person employed at the U.S. Trustee's office. Shareholders and associates of WHWW have dealt with the U.S. Trustee's office in other cases and have social contact with various attorneys of the Trustee's office.

6.  I understand that monetary compensation to WHWW for fees and expenses incurred as counsel to the Examiner in this case is subject to approval of this Court, after appropriate notice and hearing.

7.  The Examiner believes it is necessary to employ WHWW, which is duly admitted to practice before this Court, as Counsel, for the purpose of assisting the Examiner with the investigation of the alleged fraud in this Case and the issues set forth in the *Order Granting in Part and Denying in Part the United States Trustee's Motion* (the "Order") (Doc. No. 60). WHWW's role will be primarily limited to the preparation and issuance of subpoenas and reviewing certain contracts and agreements.

8.  The factual statements set forth in this Verified Statement have been made based on (1) a personal review by me and my staff of the list of insiders and creditors of Genie Investments NV Inc., (2) a computer search of WHWW's client list, and (3) a memorandum circulated to all of WHWW's attorneys requesting information as to whether a conflict would exist if this representation were undertaken. These efforts did not reveal any potential conflicts or connections, other than as set forth in paragraph 3 above.

I verify, under penalty of perjury under the laws of the State of Florida and the United States of America, that the foregoing is true and correct.

Dated April 26, 2024.

*/s/ Ryan E. Davis*
RYAN E. DAVIS
Florida Bar No. 0179851
rdavis@whww.com

**WINDERWEEDLE, HAINES, WARD  
 & WOODMAN, P.A.**  
Post Office Box 880  
Winter Park, FL 32790-0880  
Telephone: (407) 423-4246  
Facsimile: (407) 645-3728

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2024, a copy of the foregoing has been furnished via:

*Electronic Transmission to:*

**Bryan K. Mickler, Esq.**  
Mickler & Mickler  
5452 Arlington Expressway  
Jacksonville, FL 32211  
Email: court@planlaw.com

**Scott E Bomkamp, Esq.**  
DOJ-Ust  
United States Trustee  
400 W. Washington St., Suite 1100  
Orlando, FL 32801  
Email: scott.e.bomkamp@usdoj.gov

**United States Trustee**  
George C Young Federal Building  
400 West Washington Street, Suite 1100  
Orlando, FL 32801

All those registered to receive CM/ECF on this case.

*US Mail to:*

*Debtor*  
**Genie Investments NV Inc.**  
PO Box 60443  
Jacksonville, FL 32236

Local Rule 1007-2 parties in interest listed on the attached mailing matrix.

                                                 */s/ Ryan E. Davis*  
                                                 RYAN E. DAVIS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00496-BAJ<br>Middle District of Florida<br>Jacksonville<br>Fri Apr 26 15:57:47 EDT 2024 | Archer Capital Investments<br>Attn: Michael Thompson<br>1448 W. Salmon Caddis Drive<br>Bluffdale, UT 84065-5122 | Autonomous Drine Solutions LLC<br>dba Calaway Solutions<br>Attn: Garrett Calaway<br>7180 S Hudson Circle<br>Centennial, CO 80122-2553 |
| Belle Maison Realty, LLC<br>Attn: Lea Muse<br>1133 E 83rd Street 171<br>Chicago, IL 60619-6455 | Meetopolis LLC<br>Attn: Lisa Butkiewicz<br>5434 E Kathleen Road<br>Scottsdale, AZ 85254-1759 | North Haven Lodging Partners, LLC<br>Attn: Benjamin Morris, Esq.<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |

End of Label Matrix
Mailable recipients     5
Bypassed recipients     0
Total                   5