**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

*In re:*   Case No.: 3:24-bk-00496-BAJ

GENIE INVESTMENTS NV INC.,   Chapter 11

    Debtor.
_____/

### AFFIDAVIT OF HAL A. LEVENBERG, CIRA, CFE ON BEHALF OF YIP ASSOCIATES AS PROPOSED FINANCIAL ADVISORS FOR THE EXAMINER

**STATE IF FLORIDA** )
    ) SS:
**MIAMI-DADE COUNTY** )

    I, **HAL A. LEVENBERG, CIRA, CFE** being duly sworn, state that:

    1.    I am a Certified Insolvency and Restructuring Advisor ("CIRA"), a Certified Fraud Examiner ("CFE") in the State of Florida and a Partner of Yip Associates ("**Yip Associates**").  Our firm maintains offices in Florida, New Jersey, and New York.

    2.    I am familiar with the matters set forth herein and make this affidavit in support of the *Application for Authority to Retain Hal A. Levenberg, CIRA, CFE and Yip Associates as Financial Advisors for the Examiner (*the "**Application**").

    3.    Maria M. Yip, the duly appointed Examiner ("**Yip**" or the "**Examiner**") has requested that Yip Associates and I represent her for the reasons stated in the said Application.

    4.    Yip Associates maintains a conflict check system. A conflict check search was run for all creditors on the creditor matrix filed with the Court by GENIE INVESTMENTS NV INC.

1

(the "**Debtor**"), the Debtor and attorneys.  In preparing this Affidavit, I reviewed the results obtained from the firm's conflict check system and no employee in our firm has had or presently has any connection with the Debtor, the Debtor's creditors, any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, on any matters in which the firm is to be engaged with the following exceptions:

       (a)       Maria M. Yip is the sole member of Yip Associates.

       (b)       Maria M. Yip is a member of the panel of bankruptcy trustees in the Southern District of Florida.

       (c)       Maria M. Yip serves as a member of the pool of Subchapter V trustees for the Office of the United States Trustee in the Southern District of Florida.

       (d)       Debtor's counsel may serve as counsel for debtors in unrelated matters in which Maria M. Yip is the bankruptcy trustee.

       (e)       Some of the Debtor's creditors may be the same as some of the creditors in other unrelated bankruptcy matters in which Maria M. Yip is the bankruptcy trustee.

       (f)       Creditors' counsel may serve as counsel for creditors in other unrelated bankruptcy matters in which Maria M. Yip is the bankruptcy trustee.

       (g)       Some of the Debtor's creditors are common creditors in unrelated bankruptcy matters in which Yip Associates has been retained as accountants by Maria M. Yip in her capacity as Chapter 7 & Chapter 11 Trustee, Examiner, or Disbursing Agent, as well as other Chapter 7 Trustees in the Southern and Middle District of Florida as follows:

- Internal Revenue Service
- State of Florida - Department of Revenue

5. I am well-qualified to serve as financial advisor to the Examiner for the purpose required. I have more than 15 years of experience in accounting, including forensic accounting and bankruptcy related matters. I have been retained as financial advisor to render professional services to examiners in numerous unrelated bankruptcy matters in this District. Yip Associates and I have rendered professional services to fiduciaries and clients in this District in other unrelated bankruptcy and non-bankruptcy matters.

6. Neither Yip Associates nor I have or will represent any other entity in connection with this case and neither Yip Associates nor I have or will accept any fee from any other party or parties in this case, except the Examiner, unless otherwise authorized by the Court.

7. The professional fees and costs incurred by Yip Associates in the course of its representation of the Examiner in this case shall be subject in all respects to the application and notice requirements of 11 U.S.C. §§ 327, 330 and 331, and Rules 2014.

8. Yip Associates will apply for compensation and reimbursement of costs pursuant to 11 U.S.C. § 330 and 331, at its standard hourly rates, as they may be adjusted from time to time, for services rendered and cost incurred in this case.

9. No promises have been received by Yip Associates nor any member or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Hal A. Levenberg, CIRA, CFE
YIP ASSOCIATES
One Biscayne Tower
2 S. Biscayne Blvd., Suite 2690
Miami, Florida 33131
T: (305) 787-3753 F: 1(888) 632-2672
Email: HLevenberg@yipcpa.com

The foregoing instrument was acknowledged before me this 25th day of April, 2024, by Hal A. Levenberg who is personally known to me.

_____
Notary Public, State of Florida



Print Name:  Pamela Chuy

My Commission Expires:

4