UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Case No.: 3:24-bk-00496-BAJ
Chapter 11

GENIE INVESTMENTS NV INC.,

Debtor.
_______________________________/

**NOTICE OF PRELIMINARY HEARING**

**NOTICE IS GIVEN THAT:**

1. The Honorable Jason A. Burgess will conduct a preliminary hearing in this case on **Monday, May 13, 2024 at 10:00 a.m. (EST),** in Courtroom 4A, 4th Floor, Bryan C. Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202, on the following matter:

**APPLICATION FOR AUTHORITY TO RETAIN WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A., AS COUNSEL FOR THE EXAMINER AND VERIFIED STATEMENT OF RYAN E. DAVIS IN SUPPORT OF APPLICATION (DOC. NO. 73)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

*/s/ Ryan E. Davis*
RYAN E. DAVIS
Florida Bar No. 0179851
davis@whww.com

**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
Post Office Box 880
Winter Park, FL 32790-0880
Telephone: (407) 423-4246
Facsimile: (407) 645-3728

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 1, 2024, a copy of the foregoing has been furnished via:

**CM/ECF to**:

Bryan K. Mickler, Esq.
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
Email: court@planlaw.com

Scott E Bomkamp, Esq.
DOJ-Ust
United States Trustee
400 W. Washington St., Suite 1100
Orlando, FL 32801
Email: scott.e.bomkamp@usdoj.gov

United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

All those registered to receive CM/ECF on this case.

**US Mail to**:

Debtor
Genie Investments NV Inc.
PO Box 60443
Jacksonville, FL 32236

Local Rule 1007-2 parties in interest listed on the attached mailing matrix.

*/s/ Ryan E. Davis*
RYAN E. DAVIS

Label Matrix for local noticing
113A-3
Case 3:24-bk-00496-BAJ
Middle District of Florida
Jacksonville
Tue Apr 30 14:36:42 EDT 2024

Archer Capital Investments
Attn: Michael Thompson
1448 W. Salmon Caddis Drive
Bluffdale, UT 84065-5122

Autonomous Drine Solutions LLC
dba Calaway Solutions
Attn: Garrett Calaway
7180 S Hudson Circle
Centennial, CO 80122-2553

Belle Maison Realty, LLC
Attn: Lea Muse
1133 E 83rd Street 171
Chicago, IL 60619-6455

Meetopolis LLC
Attn: Lisa Butkiewicz
5434 E Kathleen Road
Scottsdale, AZ 85254-1759

North Haven Lodging Partners, LLC
Attn: Benjamin Morris, Esq.
Foley & Lardner LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 5 |
| Bypassed recipients | 0 |
| Total | 5 |