UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                            Case No.: 3:24-bk-00496-BAJ
                                                  Chapter 11
GENIE INVESTMENTS NV INC.,

    Debtor.
_____/

## MOTION TO ALLOW POST-PETITION RETAINER

Winderweedle, Haines, Ward & Woodman, P.A. ("WHWW"), as prospective counsel to the Examiner, Maria Yip, moves the Court to approve the payment of a post-petition retainer in the amount of $5,000 ("Retainer"), to be paid to the trust account of Winderweedle, Haines, Ward & Woodman, P.A. ("WHWW"). The Retainer would be utilized by WHWW, as counsel to the Examiner, to the extent this Court approves the *Application for Authority to Retain Winderweedle, Haines, Ward & Woodman, P.A., as Counsel for the Examiner and Verified Statement of Ryan E. Davis in Support of Application* (Doc. No. 73) ("Application for Employment"). WHWW requests authority to bill against the retainer, in the ordinary course, towards compensation for professional services and reimbursement of expenses without further Order, subject to final review and approval by the Court.

This is a complex case and the scope of the investigation, includes, but is not limited to, an examination of:

    (i)   the connection, if any, between the Debtor or its affiliates, and McMann Commercial Lending or its affiliates;

    (ii)  the alleged fraudulent agreement with Velanos;

    (iii) the connection and transfers between the Debtor and any affiliates or Debtor entities; and

1

(iv) any transfers between the Debtor, including its directors, officers, insiders, or affiliates over the last two years.

The Examiner needs the services of WHWW to prepare and issue subpoenas integral to the investigation and potentially to review contracts. The amount requested is reasonable. If the Debtor or its principals cannot fund the Retainer in full, WHWW requests to withdraw its Application for Employment.

On April 25, 2024, the day prior to an initial meeting with the Debtor's principals and counsel, the Examiner requested the funding of a retainer[1] and provided wire instructions. During the initial meeting on April 26, 2024, the Debtor's principals represented that the retainer would be funded. To date, despite multiple requests, the retainer has not been funded.

WHEREFORE, WHWW respectfully requests that this Court enter an Order authorizing and directing the payment of the Retainer, permitting billing against the Retainer in the ordinary course, and granting any other relief that this Court deems appropriate.

/s/ Ryan E. Davis
RYAN E. DAVIS
Florida Bar No. 0179851
rdavis@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
Post Office Box 880
Winter Park, FL 32790-0880
Phone: (407) 423-4246; Fax: (407) 645-3728
Prospective Counsel of the Examiner

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2024, a copy of the foregoing has been furnished via:

**CM/ECF to**:

Bryan K. Mickler, Esq.

---

[1] The Examiner requested $30,000, which is inclusive of the $25,000 sought by the Examiner by separate motion filed contemporaneously herewith.

2

Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
Email: court@planlaw.com

Scott E Bomkamp, Esq.
DOJ-Ust
United States Trustee
400 W. Washington St., Suite 1100
Orlando, FL 32801
Email: scott.e.bomkamp@usdoj.gov

United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

All those registered to receive CM/ECF on this case.

**US Mail to**:

Debtor
Genie Investments NV Inc.
PO Box 60443
Jacksonville, FL 32236

Local Rule 1007-2 parties in interest listed on the attached mailing matrix.

*/s/ Ryan E. Davis*
RYAN E. DAVIS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00496-BAJ<br>Middle District of Florida<br>Jacksonville<br>Wed May  8 15:30:39 EDT 2024 | Archer Capital Investments<br>Attn: Michael Thompson<br>1448 W. Salmon Caddis Drive<br>Bluffdale, UT 84065-5122 | Autonomous Drine Solutions LLC<br>dba Calaway Solutions<br>Attn: Garrett Calaway<br>7180 S Hudson Circle<br>Centennial, CO 80122-2553 |
| Belle Maison Realty, LLC<br>Attn: Lea Muse<br>1133 E 83rd Street 171<br>Chicago, IL 60619-6455 | Meetopolis LLC<br>Attn: Lisa Butkiewicz<br>5434 E Kathleen Road<br>Scottsdale, AZ 85254-1759 | North Haven Lodging Partners, LLC<br>Attn: Benjamin Morris, Esq.<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |

End of Label Matrix
Mailable recipients    5
Bypassed recipients    0
Total                  5