UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No.: 3:24-bk-00496-BAJ
Chapter 11

GENIE INVESTMENTS NV INC.,

    Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Jason A. Burgess will conduct a preliminary hearing in this case on **Monday, May 13, 2024 at 10:00 a.m. (EST)**, in Courtroom 4A, 4th Floor, Bryan C. Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202, on the following matter:

## MOTION TO ALLOW POST-PETITION RETAINER (DOC. NO. 84)

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

                                        */s/ Ryan E. Davis*
                                        RYAN E. DAVIS
                                        Florida Bar No. 0179851
                                        davis@whww.com
                                        **WINDERWEEDLE, HAINES, WARD**

& WOODMAN, P.A.
Post Office Box 880
Winter Park, FL 32790-0880
Telephone: (407) 423-4246
Facsimile: (407) 645-3728

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 10, 2024, a copy of the foregoing has been furnished via:

**CM/ECF to**:

Bryan K. Mickler, Esq.
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
Email: court@planlaw.com

Scott E Bomkamp, Esq.
DOJ-Ust
United States Trustee
400 W. Washington St., Suite 1100
Orlando, FL 32801
Email: scott.e.bomkamp@usdoj.gov

United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

All those registered to receive CM/ECF on this case.

**US Mail to**:

Debtor
Genie Investments NV Inc.
PO Box 60443
Jacksonville, FL 32236

Local Rule 1007-2 parties in interest listed on the attached mailing matrix.

*/s/ Ryan E. Davis*
RYAN E. DAVIS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00496-BAJ<br>Middle District of Florida<br>Jacksonville<br>Fri May 10 10:13:16 EDT 2024 | Archer Capital Investments<br>Attn: Michael Thompson<br>1448 W. Salmon Caddis Drive<br>Bluffdale, UT 84065-5122 | Autonomous Drine Solutions LLC<br>dba Calaway Solutions<br>Attn: Garrett Calaway<br>7180 S Hudson Circle<br>Centennial, CO 80122-2553 |
| Belle Maison Realty, LLC<br>Attn: Lea Muse<br>1133 E 83rd Street 171<br>Chicago, IL 60619-6455 | Meetopolis LLC<br>Attn: Lisa Butkiewicz<br>5434 E Kathleen Road<br>Scottsdale, AZ 85254-1759 | North Haven Lodging Partners, LLC<br>Attn: Benjamin Morris, Esq.<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |

End of Label Matrix
Mailable recipients    5
Bypassed recipients    0
Total                  5