EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**In re:**

**GENIE INVESTMENTS NV INC.,**  Case Number: 3:24-bk-00496-BAJ
Chapter 11

**Debtor,**

_____/

**ORDER GRANTING, AUTHORIZING AND APPROVING THE**
**EMPLOYMENT OF HOLLAND & KNIGHT LLP AS**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF THE DEBTOR EFFECTIVE AS OF MAY 3, 2023**

THIS CASE comes upon consideration of the Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order Approving the Retention and Employment of Holland & Knight LLP as Counsel to the Committee Effective as of May 3, 2023 (the "Application"),1 (Doc. # __) pursuant to sections 328(a) and 1103(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an order authorizing and approving the retention and employment of Holland & Knight LLP ("H&K") as counsel for the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned Debtor (the "Debtor") in this chapter 11 case; and upon consideration of the Declaration of Noel R. Boeke in support of the Application filed by the Committee; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors and other parties in interest; and the Committee having provided adequate and appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor;

Accordingly, it is **ORDERED**:

1       The Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order Approving the Retention and Employment of H&K as Counsel to the Committee effective as of May 3, 2024 is APPROVED.

2.      The Committee, in accordance with section 327 of the Bankruptcy Code, is authorized to retain and employ H&K as counsel to the Committee effective as of May 3, 2024, with compensation to be paid in such amounts as may be allowed by the Court upon proper application in accordance with 11 U.S.C. §§ 330 and 331 and the Local Rules of the Bankruptcy Court.

3.      The Debtor is directed to pay the amount of $_____ to the Trust Account of Holland & Knight LLP as a post-petition retainer.

4.      All compensation to H&K shall be upon proper application to this Court in accordance with 11 U.S.C. §§ 330 and 331, with copies served on Debtor, the United States Trustee, and such other parties-in-interest as the Court may direct, and paid in such amounts as may be allowed by the Court.

5. The United States Trustee expressly reserves the right to object to any and all compensation paid to H&K on a current basis upon the review of any applications for compensation filed in accordance with 11 U.S.C. §§ 330 and 331 and any compensation is subject to a determination of reasonableness and possible disgorgement. The hourly rates are not guaranteed and are subject to review.

6. Any interested party may object to this Order within fourteen (14) days from the date of service of this Order. If an interested party files such an objection within this time period, the Court will schedule the Application and objection for hearing on notice to the Committee, the Debtor, the United States Trustee, and to the objecting party.

7. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###

Noel R. Boeke is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file proof of service within three days of the entry of this order.