```
Label Matrix for local noticing          Genie Investments NV Inc.              The Official Committee of Unsecured Creditor
113A-3                                   PO Box 60443                           c/o Noel R. Boeke
Case 3:24-bk-00496-BAJ                   Jacksonville, FL 32236-0443            Holland & Knight LLP
Middle District of Florida                                                      100 North Tampa Street, Suite 4100
Jacksonville                                                                    Tampa, FL 33602-3644
Mon May 13 09:09:35 EDT 2024

Maria M Yip                              20 Development LLC                     A Complete Home Inspection LLC -
Yip & Associates                         1089 E Benchview Drive                 110 Velsco Lane
2 South Biscayne Boulevard, Suite 2690   Ogden, UT 84404-3783                   Port Sulphur, LA 70083-2362
Miami, FL 33131-1815


ALV Capital LLC                          ALV Capital LLC -                      AMRODDO HOLDINGS, LLC -
23 Upton St                              c/o Strauss Law Group PLLC             625 WOODMONT AVE
Peabody, MA 01960-0060                   264 South River Road, Box 552          BERKELEY, CA 94708-1233
                                         Bedford, NH 03110-7058


Acres & Royalty LLC -                    Adaptive Medical Technologies LLC      Ajer LLC
205 N Michigan Ave                       7349 Paseo Del Sur                     1070 S 650 West
Chicago, IL 60601-5927                   Scottsdale, AZ 85258                   Farmington, UT 84025-4603


Alere LLC                                Ameiva LLC                             Amrodddo Holdings LLC
1530 E. Williams Field Rd 201            282 E 300 S                            2283 Candlestick Ave
Gilbert, AZ 85295-1825                   Smithfield, UT 84335-1636              Henderson, NV 89052-2361


Andorful Dynasty Real Estate LLC         Another Chance Group Home Inc -        Anvil Construction Inc
1622 N 3950 W                            54 N Vista Ave                         470 N. Main Street
Lehi, UT 84043-6907                      Casa Grande, AZ 85122-3193             Brigham City, UT 84302-1858


Archer Capital Investments               Autonomous Drine Solutions LLC         Autonomous Drone Solutions DBA Calaway Solut
Attn: Michael Thompson                   dba Calaway Solutions                  2121 Brittmoore 2200
1448 W. Salmon Caddis Drive              Attn: Garrett Calaway                  Houston, TX 77043-2220
Bluffdale, UT 84065-5122                 7180 S Hudson Circle
                                         Centennial, CO 80122-2553

BAYI Capital Management LLC              Belle Maison Realty, LLC               Bild Credit LLC -
148 Undercliff Avenue                    Attn: Lea Muse                         30 N Gould Street 30212
Edgewater, NJ 07020-1275                 1133 E 83rd Street 171                 Sheridan, WY 82801-6317
                                         Chicago, IL 60619-6455


Bold City Commercial LLC                 Braces at Brick, PA                    Brooklyn Heights LLC
4426 CAPITAL DOME DR                     900 Cedar Bridge Avenue                307 N Lincoln Street
Jacksonville, FL 32246-7456              Brick, NJ 08723                        Tallulah, LA 71282-4314


Bryan K. Mickler                         Bull & Bear Properties LLC -           Business Live Global USA, LLC
Attorney for the Debtor                  1140 E 87th Street                     4538 Walnut Ridge Circle
5452 Arlington Expy.                     Chicago, IL 60619-7012                 Mc Donald, PA 15057-1608
Jacksonville, FL 32211-6860
```

| | | |
|---|---|---|
| CNF Solutions LLC<br>135 East 620 South<br>Smithfield, UT 84335-4901 | CannaVision Inc<br>777 Main Street 600<br>Fort Worth, TX 76102-5368 | Cobb Utilities Inc<br>191 Honey Suckle Circle<br>Ranger, GA 30734-6792 |
| Cool Beanz LLC<br>6585 Decatur Blvd<br>Las Vegas, NV 89118-2110 | Cool Beanz, LLC -<br>143 West Fulton Street<br>Sanford, FL 32771-1218 | Dajo Properties LLC<br>11360Chestnut Tree Rd<br>Honey Brook, PA 19344 |
| Darnell Development -<br>1118 N Chinowth<br>VISALIA, CA 93291-7896 | Darnell Development, LLC<br>2814 W Newton CT<br>Visalia, CA 93291-6593 | Dun Agro Hemp Group Inc<br>P.O. Box 475<br>Shelbyville, IN 46176 |
| Duval County Tax Collector<br>231 Forsyth St.  #130<br>Jacksonville FL 32202-3380 | Edge Development LLC<br>315 239th Ct. SE<br>Sammamish, WA 98074-3687 | Expansive Investments, LLC<br>3855 S 500 W B<br>Salt Lake City, UT 84115 |
| Faith Investor Services, LLC<br>1522 4th Ave<br>Asbury Park, NJ 07712-4962 | Faith Investors Services LLC -<br>1522 4th Ave<br>Asbury Park, NJ 07712-4962 | Fehu Capital Inc<br>3139 W. Holmbe Blvd A 77025-1533 |
| Ficarra Holdings LLC<br>408 Billings Road<br>Somers, CT 06071-2037 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Foster Group LLC -<br>2539 N 300 E<br>Lehi, UT 84043-4403 |
| Global Verse Holdings LLC -<br>1709 Vintage Lane<br>Wylie, TX 75098-0816 | Golden Goods LLC<br>3620 West 10th Street<br>Greeley, CO 80634-1853 | H&M Essential Services, LLC<br>221 N Broad Street 3A<br>Middletown, DE 19709-1070 |
| Half a Dime, LTD<br>Box 653<br>Alberta | Heliosun LLC DBA Odin -<br>1600 S Litchfield Rd 230A<br>Goodyear, AZ 85338 | High Dunes II LLC<br>17 Lockwood Drive<br>Charleston, SC 29401-1190 |
| Hospitality Growth Capital LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Hospitality Growth Capital LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>Bedford, NH 03110-7058 | Humane Care 7 Days Medical Group Inc<br>6552 Bolsa Avenue N<br>Huntington Beach, CA 92647-2656 |
| Internal Revenue Service -<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Iron Dragon Corporation<br>70 Winding Way<br>Gibbsboro, NJ 08026-1460 | JC&TL Inc<br>13865 Magnolia Avenue B<br>Chino, CA 91710-7047 |

| | | |
|---|---|---|
| Just Hewitt LLC<br>205 E Hidalgo Avenue<br>Raymondville, TX 78580-2545 | Knife & Spirit<br>7217 E 4th Avenue<br>Scottsdale, AZ 85251-3634 | Knights Lending<br>1603 Capitol Ave, Ste. 413<br>Cheyenne, WY 82001-4562 |
| Knut LLC -<br>697 N 740 E 84043-1300 | Latent Lending, LLC -<br>Latent Wealth Group, LLC<br>Mark Steiner<br>302 N. Abajo Peak Way, UT 84032 | Latent Wealth Group LLC<br>302 N. Abajo Peak Way<br>Heber City, UT 84032-6501 |
| Law Offices of Mickler & Mickler, LLP<br>5452 Arlington Expy.<br>Jacksonville, FL 32211-6860 | Legacy Land Developers LLC -<br>1651 W 100th St<br>CHICAGO, IL 60643-2128 | Lobenhaus Capital, LLC<br>6303 Lone Wolf Drive<br>Jamesville, NY 13078-9587 |
| Log Cabin Building LLC<br>289 Parker Drive<br>Pittsburgh, PA 15216-1346 | MAA DFW Investments LLC<br>2509 Amelia Island<br>Southlake, TX 76092-1583 | MIMS-IPR, LLC -<br>1627 7th St S<br>Clanton, AL 35045-8786 |
| McMann Commercial Lending LLC<br>500 N Michigan Ave 600<br>Chicago, IL 60611-3754 | Meetopolis LLC<br>Attn: Lisa Butkiewicz<br>5434 E Kathleen Road<br>Scottsdale, AZ 85254-1759 | Michele Ruiz Productions, LLC DBA Ruiz Strat<br>925 Century Park East 1700<br>West Hollywood, CA 90069 |
| Moser Holdings, LLC<br>537 S. 150 E.<br>Smithfield, UT 84335-1654 | My Dragonfly Home Solutions, LLC<br>7700 Irvine Center Drive 800<br>Irvine, CA 92618-3047 | NCR Digital Corp<br>237 Floyd Road<br>Shirley, NY 11967-2941 |
| NY SF Sunset Yards LLC<br>64 Grand Street<br>Brooklyn, NY 11249-4219 | New Mount olive Missionary Baptist Church In<br>P.O. Box 1696<br>Harvey, IL 60426-7696 | North Haven Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 |
| North Haven Lodging Partners, LLC<br>Attn: Benjamin Morris, Esq.<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 | Nortical Capital Inc -<br>921 E. Parker Street 1<br>Lakeland, FL 33801-1901 | Nutra-Acres Inc<br>205 Michigan Ave<br>Chicago, IL 60601-5927 |
| Nutra-Acres LLC -<br>149 South Shore<br>Amarillo, TX 79118-8007 | Nutre Leasing LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Nutre Leasing LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 |
| On Site Life Care Inc.<br>41 Flatbush Avenue, 1st Floor<br>Brooklyn, NY 11217-1145 | Oregon Business Management Group Inc<br>12600 SW 72nd Ave 140<br>Tigard, OR 97223-8356 | Phoenix Rising LLC<br>172 Center Bay<br>Jackson, WY 83001 |

```
Platinum Investments USA LLC              Prine Energy Services LLC                 Ricks Ventures LLC
c/o THE CORPORATION TRUST COMPANY         450 Gears Road                            1354 W 1900 S
CORPORATION TRUST CENTER 1209 ORANGE ST   Houston, TX 77067-4529                    Logan, UT 84321-6882
Wilmington, DE 19801-1120


Rolling By The Dozen RV Park LLC -        Rowehl & Russo Properties, LLC            S&L Zeppeteli DBA SLZ Waste Inc -
40 Country Road 267                       237 Floyd Road                            191 Moonachie Road
Somerville, TX 77879-5208                 Shirley, NY 11967-2941                    Moonachie, NJ 07074-1309


SSC Services Inc                          Secretary of the Treasury                 Seeking First LLC
80 Franklin Street                        15th & Pennsylvania Ave., NW              3320 Laurel Dale Drive
Framingham, MA 01702-6671                 Washington, DC 20220-0001                 Tampa, FL 33618-1033


Seiler Tucker Inc                         Skyward Tax & Accounting Service LLC      Solace Realty Concepts LLC -
400 Poydras Suite 1460                    3505 Lake Lynda Dr. 200                   112 Lehigh Ave
New Orleans, LA 70130-3260                Orlando, FL 32817-8333                    Newark, NJ 07112-2036


Solar Capital Funding LLC                 Solar Capital Funding LLC -               Solas Realty Concepts LLC
23 Upton St                               c/o Strauss Law Group PLLC                112 Lehigh Avenue
Peabody, MA 01960-0060                    264 South River Road, Box 552             Newark, NJ 07112-2036
                                          c/o Strauss Law Group PLLC, 264 South Ri
                                          Bedford, NH 03110-7058


Springer Farms Landholdings LLC           Story Book Homes LLC                      Sun Coast Entertainment Live LLC -
325 N 1200 E                              86 Mountain Avenue                        6960 Brescia Way
American Fork, UT 84003-2049              Berkeley Heights, NJ 07922-2633           Orlando, FL 32819-5288


Sunlight Storage LLC                      Taj Construction LLC                      Temidayo Adebayo -
3344 Bear Canyon Ln                       10 Windsor Dr.                            148 Undercliff Avenue
Pleasant Grove, UT 84062-8016             Foxboro, MA 02035-2226                    Suite 9
                                                                                    Edgewater, NJ 07020-1123


Terry's Florists LLC                      The Farming Co Pty Ltd -                  The Farming Co. PTY LTD
46 English Plaza                          86 Lakeside Drive                         86 Lakeside Dr.
Red Bank, NJ 07701-1693                   Helena Valley                             Helena, MT 59604
                                          6056, Western Australia


The Generations Group                     The Generations Group-DonStrickland -     TnC NOLA Holdings LLC -
1006 Top Hill Dr                          14312 Zion Gate Xing                      1461 Annunciaction Street B
Brenham, TX 77833-2585                    Conroe, TX 77384-2516                     New Orleans, LA 70130-4539


U.S. Securities & Exchange Commission     Uncle Willie Green Wings -                United States Attorney
Office of Reorganization                  141 Lehigh Ave                            300 North Hogan St Suite 700
950 East Paces Ferry Road, N.E.           Newark, NJ 07112-2037                     Jacksonville, FL 32202-4204
Suite 900
Atlanta, GA 30326-1382
```

| | | |
|---|---|---|
| VTJ LLC<br>706 Leander DR<br>Leander, TX 78641-5017 | WW LLC<br>26620 E Hoxie Road<br>Rockford, WA 99030-7003 | Wai Holdings LLC<br>45 North Market<br>Wailuku, HI 96793-1756 |
| Wallingford Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 | Winslow Homes LLC<br>3539 Tuscany Reserve Blvd 32168-5334 | Zelco Properties LLC<br>108 Patriot Dr A<br>Middletown, DE 19709-8803 |
| Ryan E Davis +<br>Winderweedle Haines Ward & Woodman P.A.<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 | Bryan K. Mickler +<br>Mickler & Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6860 | United States Trustee - JAX 11 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Edward M Fitzgerald +<br>Holland & Knight LLP<br>200 South Orange Ave<br>Suite 2600<br>Orlando, FL 32801-3453 | Scott E Bomkamp +<br>DOJ-Ust<br>United States Trustee<br>400 W. Washington St.<br>Ste 1100<br>Orlando, FL 32801-2440 | Jason A. Burgess +<br>Jacksonville<br>300 North Hogan Street<br>Room 4-213<br>Jacksonville, FL 32202-4204 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Springer Farms Landholdings, LLC -<br>325 N 1200 E<br>American Fork, UT 84003-2049 | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    131<br>Bypassed recipients      2<br>Total                  133 |