UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>Jacsonsonville</u>   DIVISION

FILED MAIL USBC
JAX, FL MAY13'24

In re:
Genie Investments NV, Inc.

Case No. 3:24-bk-00496-BAJ
Chapter 11

_____Debtor(s)_____/

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐      CREDITOR: ✔

Please <u>print</u> the following information:

NAME: Lisa Butkiewicz

OLD MAILING ADDRESS: 5434 E. Kathleen Rd.
Scottsdale, AZ 85254

NEW MAILING ADDRESS: 6501 E. Greenway Parkway
#103-218
Scottsdale, AZ 85254

DATED: May 9 2024

_Lisa M. Butkiewicz_
Signature of Debtor or **Creditor**

_____
Signature of Joint Debtor (if applicable)

PHONE NUMBER: 818 209 1933

**All future notices shall be sent to the new mailing address**

(6/1/11)

Lisa Butkiewicz
6501 E Greenway Parkway
#103-218
Scottsdale, AZ 85254



PHOENIX AZ 852
10 MAY 2024 PM 6 L

Byron Simpson US Courthouse
300 N. Hogan St # 3-150
Jacksonville, Fl
32202

32202-426775