

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/13/2024 10:00 AM

COURTROOM  4A, 4th Floor

**HONORABLE JASON BURGESS**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:24-bk-00496-BAJ | 11 | 02/21/2024 |

**Chapter 11**

**DEBTOR:**   Genie Investments NV Inc.

**DEBTOR ATTY:**   Bryan Mickler

**TRUSTEE:**   NA

**HEARING:**

1. Preliminary Hearing on Application to Retain Winderweedle, Haines, Ward & Woodman, P.A. and Ryan E. Davis, Esq. as Legal Counsel Filed by Ryan E Davis on behalf of Examiner Maria M Yip Doc 73
2. Preliminary Hearing on Application to Retain Hal A. Levenberg, CIRA, CFE and YIP Associates as Financial Advisors Filed by Ryan E Davis on behalf of Examiner Maria M Yip Doc 75
3. Preliminary Hearing on Motion to Allow Post-Petition Retainer to Winderweedle, Haines, Ward & Woodman, P.A, Filed by Ryan E Davis on behalf of Examiner Maria M Yip Doc 83
4. Preliminary Hearing on Motion to Allow Post-Petition Retainer to Yip Associates Filed by Ryan E Davis on behalf of Examiner Maria M Yip Doc 84
**5. Application to Employ Holland & Knight LLP as Counsel for The Official Committee of Unsecured Creditors Filed by Edward M Fitzgerald on behalf of Creditor Committee The Official Committee of Unsecured Creditors Doc 87

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Preliminary Hearing on Application to Retain Winderweedle, Haines, Ward & Woodman, P.A. and Ryan E. Davis, Esq. as Legal Counsel Filed by Ryan E Davis on behalf of Examiner Maria M Yip Doc 73

   APPROVED ORDER DAVIS


2. Preliminary Hearing on Application to Retain Hal A. Levenberg, CIRA, CFE and YIP Associates as Financial Advisors Filed by Ryan E Davis on behalf of Examiner Maria M Yip Doc 75

   APPROVED ORDER DAVIS

3. Preliminary Hearing on Motion to Allow Post-Petition Retainer to Winderweedle, Haines, Ward & Woodman, P.A, Filed by Ryan E Davis on behalf of Examiner Maria M Yip Doc 83

   APPROVED ORDER DAVIS


4. Preliminary Hearing on Motion to Allow Post-Petition Retainer to Yip Associates Filed by Ryan E Davis on behalf of Examiner Maria M Yip Doc 84

   APPROVED ORDER DAVIS


5. Application to Employ Holland & Knight LLP as Counsel for The Official Committee of Unsecured Creditors Filed by Edward M Fitzgerald on behalf of Creditor Committee The Official Committee of Unsecured Creditors Doc 87

   APPROVED ORDER FITZGERALD

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.