FILED VIA MAIL

MAY 16 2024

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
Genie Investment NV, LLC

Case No. 3:24-bk-00496-BAJ
Chapter 7

_____Debtor(s)_____/

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐     CREDITOR: ✔

Please print the following information:

NAME: Andorful Dynasty Real Estate LLC

OLD MAILING ADDRESS: 1622 N 3950 W
Lehi, UT 84043

NEW MAILING ADDRESS: 4826 Cragmere Loop
Clermont, FL 34711

DATED: 05/08/2024

Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: 8019199336

**All future notices shall be sent to the new mailing address**

(6/1/11)

Andorful Dynasty Real Estate
4826 Cragmere Loop
Clermont, FL 34711

ORLANDO FL 328
10 MAY 2024 PM 2 L

Clerk of Court
Sheryl L. Loesch
2110 First Street
Fort Myers, FL 33901

33901-308344

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
OFFICE OF THE CLERK
ROOM 2-194 UNITED STATES COURTHOUSE
AND FEDERAL BUILDING
2110 FIRST STREET
**FORT MYERS, FL 33901**

OFFICIAL BUSINESS

Screened by USMS

FIRST-CLASS
US POSTAGE ᴵᴹ PITNEY BOWES
ZIP 33901
02 7H
0006144903    $ 000.64⁰
MAY 13 2024

US Bankruptcy court
Tampa Federal Court House
801 N Florida Ave
Tampa, FL 33602