**ORDERED.**

Dated: May 17, 2024

_Jason A. Burgess_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                            Case No.:  3:24-bk-00496-BAJ
                                                                                       Chapter 11

GENIE INVESTMENTS NV INC.,

        Debtor.
_____/

### ORDER APPROVING EXAMINER'S APPLICATION FOR AUTHORITY TO RETAIN WINDERWEEDLE, HAINES, WARD & WOODMAN, PA, AS COUNSEL (DOC. NO. 73)

THIS MATTER having come before the Court, on May 13, 2024 at 10:00 a.m., upon the _Examiner's Application for Authority to Retain Winderweedle, Haines, Ward & Woodman, P.A., as Counsel_ (the **"Application"**) (Doc. No. 73), and the _Verified Statement of Ryan E. Davis Pursuant to F.R.B.P. Rule 2014 in Support of Examiner's Application for Authority to Retain Winderweedle, Haines, Ward & Woodman, P.A. as Counsel_ (the **"Verified Statement"**) (Doc. No. 74).

The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The relief requested in the Application is in the best interests of the estate and the creditors. The Davis Verified Statement makes relevant disclosures as required by Fed. R. Bankr. P. 2014. The Davis

Verified Statement demonstrates that Ryan Davis and Winderweedle, Haines, Ward & Woodman, P.A. ("WHWW") are disinterested as required by 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, and the Court is authorized to grant the relief requested in the Application.

Based upon the representations that Ryan Davis and WHWW hold no interest adverse to the bankruptcy estate in the matters upon which they are to be engaged, and the Court's consideration of the pleadings, the record herein, oral argument, and being otherwise fully advised in the premises, the Court concludes that Ryan Davis and WHWW are disinterested persons as required by 11 U.S.C. § 327(a) and have disclosed any connections with parties set forth in Fed. R. Bankr. P. 2014, and that their employment is necessary and would be in the best interests of the estate, it is

**ORDERED:**

1. The Application (Doc. No. 73) is **GRANTED**.

2. The employment of RYAN E. DAVIS and the law firm of Winderweedle, Haines, Ward & Woodman, P.A. ("WHWW"), as counsel to the Examiner, is **APPROVED**, pursuant to 11 U.S.C. § 327(a).

2. The Examiner is authorized to retain WHWW, as counsel, pursuant to the terms of the Application.

3. Compensation will be determined later in accordance with 11 U.S.C. § 330. WHWW may bill against the $5,000 retainer, approved by separate Order, in the ordinary course of business. All fee amounts are not guaranteed and subject to review.

4. WHWW will file appropriate applications for allowance of interim or final compensation in accordance with the applicable rules, and any further order of the Court.

      5.      This Court reserves jurisdiction over the parties and the subject matter to award and/or approve fees and expenses in accordance with the applicable statutes and procedures.

#

Maria Yip, Examiner, is directed to serve a copy of this Order on interested parties who are on-CM/ECF users and file a proof of service within 3 days of entry of the Order.