**ORDERED.**

Dated: May 17, 2024

_Jason A. Burgess_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No.:   3:24-bk-00496-BAJ |
| | Chapter 11 |
| GENIE INVESTMENTS NV INC., | |
| Debtor. | |
| _____/ | |

### ORDER GRANTING WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.'S, MOTION TO ALLOW POST-PETITION RETAINER (DOC. NO. 83)

THIS MATTER having come before the Court, on May 13, 2024 at 10:00 a.m., upon prospective counsel, _Winderweedle, Haines, Ward & Woodman, P.A.'s Motion to Allow Post-Petition Retainer_ (the **"Motion"**) (Doc. No. 83). Based upon review of the Motion, and the Court's consideration of the pleadings, the record herein, oral argument, and being otherwise fully advised in the premises, it is

**ORDERED:**

1. The Motion (Doc. No. 83) is **GRANTED**.

2. The Debtor is authorized and directed to disburse an initial advance fee of $5,000.00 (the "Retainer"), on or before May 27, 2024, to the trust account of the law firm of Winderweedle, Haines, Ward & Woodman, P.A ("WHWW").

3. The Retainer in this case may be applied by WHWW in the ordinary course, towards compensation for professional services and reimbursement of expenses, as fees and costs are incurred.   All fee amounts are not guaranteed and subject to final review.

#

Maria Yip, Examiner, is directed to serve a copy of this Order on interested parties who are on-CM/ECF users and file a proof of service within 3 days of entry of the Order.