**ORDERED.**

Dated: May 17, 2024

_Jason A. Burgess_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No.: 3:24-bk-00496-BAJ
Chapter 11

GENIE INVESTMENTS NV INC.,

    Debtor.
_____/

### ORDER GRANTING EXAMINER'S
### MOTION TO ALLOW POST-PETITION RETAINER (DOC. NO. 84)

THIS MATTER having come before the Court, on May 13, 2024 at 10:00 a.m., upon MARIA YIP, the duly appointed Examiner's, *Motion to Allow Post-Petition Retainer* to YIP Associates *(*the **"Motion"**) (Doc. No. 84). Upon review of the Motion, and the Court's consideration of the pleadings, the record herein, oral argument, and being otherwise fully advised in the premises, it is

    **ORDERED:**

    1.    The Motion (Doc. No. 84) is **GRANTED**, as set forth herein.

    2.    The Debtor is authorized and directed to disburse an initial advance fee in the amount of $20,000.00 (the "Retainer"), to the trust account of Yip Associates, on or before May 27, 2024.

3. The Retainer may be applied in the ordinary course, towards compensation of Maria Yip, as Examiner, and Yip Associates, as financial advisors, for professional services and reimbursement of expenses, as fees and costs are incurred. All fee amounts are not guaranteed and subject to final review.

#

Maria Yip, Examiner, is directed to serve a copy of this Order on interested parties who are on-CM/ECF users and file a proof of service within 3 days of entry of the Order.