United States Bankruptcy Court
Middle District of Florida

In re:     Case No. 24-00496-BAJ
Genie Investments NV Inc.     Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-3     User: admin     Page 1 of 2
Date Rcvd: May 17, 2024     Form ID: pdfdoc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ex | + Email/Text: trustee@yipcpa.com | May 17 2024 21:17:00 | Maria M Yip, Yip & Associates, 2 South Biscayne Boulevard, Suite 2690, Miami, FL 33131-1815 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Edward M Fitzgerald | on behalf of Creditor Committee The Official Committee of Unsecured Creditors (Creditors Committee) edward.fitzgerald@hklaw.com tonya.berger@hklaw.com |
| Ryan E Davis | on behalf of Examiner Maria M Yip rdavis@whww.com thiggens@whww.com;thiggens@ecf.courtdrive.com |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov |

District/off: 113A-3 | User: admin | Page 2 of 2
Date Rcvd: May 17, 2024 | Form ID: pdfdoc | Total Noticed: 1

United States Trustee - JAX 11
          USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 5

**ORDERED.**

Dated:  May 17, 2024

*Jason A. Burgess*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

GENIE INVESTMENTS NV INC.,

      Debtor.
_____/

Case No.:   3:24-bk-00496-BAJ
Chapter 11

### ORDER GRANTING WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.'S, MOTION TO ALLOW POST-PETITION RETAINER (DOC. NO. 83)

THIS MATTER having come before the Court, on May 13, 2024 at 10:00 a.m., upon prospective counsel, *Winderweedle, Haines, Ward & Woodman, P.A.'s Motion to Allow Post-Petition Retainer* (the **"Motion"**) (Doc. No. 83). Based upon review of the Motion, and the Court's consideration of the pleadings, the record herein, oral argument, and being otherwise fully advised in the premises, it is

    **ORDERED:**

    1.    The Motion (Doc. No. 83) is **GRANTED**.

    2.    The Debtor is authorized and directed to disburse an initial advance fee of $5,000.00 (the "Retainer"), on or before May 27, 2024, to the trust account of the law firm of Winderweedle, Haines, Ward & Woodman, P.A ("WHWW").

3. The Retainer in this case may be applied by WHWW in the ordinary course, towards compensation for professional services and reimbursement of expenses, as fees and costs are incurred. All fee amounts are not guaranteed and subject to final review.

#

Maria Yip, Examiner, is directed to serve a copy of this Order on interested parties who are on-CM/ECF users and file a proof of service within 3 days of entry of the Order.