**ORDERED.**

Dated: May 23, 2024

*Jason A. Burgess*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

GENIE INVESTMENTS, INC.
   Debtor.

Case No.: 3:24-bk-00496-BAJ
Chapter 11

**ORDER GRANTING INTERIM APPLICATION OF LAW OFFICES OF MICKLER & MICKLER, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR FOR THE PERIOD FROM JNUARY 21, 2024 THROUGH APRIL 25, 2024**

This case is before the Court upon Interim Application for Compensation and Request for Administrative Expense pursuant to 11 U.S.C. §§ 330(a); 503(b)(2) and Fed.R.Bankr.P.2016, by the attorney for the Debtor in Possession (Doc. No. 72). The application was served pursuant to Local Rule 2002-4 on all creditors and interested parties on April 26, 2024. No responses having been filed, it is

**ORDERED**

1. The Interim Application for Compensation is approved;

2. The attorney for the Debtor in Possession is allowed an Administrative Expense for Attorney's fees and costs in the amount of: $24,900.00 ($24,900.00 retainer plus $0.00 balance remaining)

Bryan K. Mickler, Attorney for Debtor(s), is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.