| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00496-BAJ<br>Middle District of Florida<br>Jacksonville<br>Thu May 23 16:56:35 EDT 2024 | Andorful Dynasty Real Estate LLC<br>4826 Cragmere Loop<br>Clermont, FL 34711-5523 | Lisa Butkiewicz<br>6501 E. Greenway Parkway<br>#103-218<br>Scottsdale, AZ 85254-2025 |
| Genie Investments NV Inc.<br>PO Box 60443<br>Jacksonville, FL 32236-0443 | Holland & Knight LLP<br>c/o Noel Boeke, Esq.<br>100 N. Tampa St., Ste. 4100<br>Tampa, FL 33602-3644 | Hal A. Levenberg, CIRA, CFE<br>YIP ASSOCIATES<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 2690<br>Miami, FL 33131-1815 |
| The Official Committee of Unsecured Creditor<br>c/o Noel R. Boeke<br>Holland & Knight LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, FL 33602-3644 | Winderweedle, Haines, Ward & Woodman, P.A.<br>c/o Ryan E. Davis<br>PO Box 1391<br>Orlando, FL 32802-1391 | Maria M Yip<br>Yip & Associates<br>2 South Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 |
| 20 Development LLC<br>1089 E Benchview Drive<br>Ogden, UT 84404-3783 | A Complete Home Inspection LLC -<br>110 Velsco Lane<br>Port Sulphur, LA 70083-2362 | ALV Capital LLC<br>23 Upton St<br>Peabody, MA 01960-0060 |
| ALV Capital LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>Bedford, NH 03110-7058 | AMRODDO HOLDINGS, LLC -<br>625 WOODMONT AVE<br>BERKELEY, CA 94708-1233 | Acres & Royalty LLC -<br>205 N Michigan Ave<br>Chicago, IL 60601-5927 |
| Adaptive Medical Technologies LLC<br>7349 Paseo Del Sur<br>Scottsdale, AZ 85258 | Ajer LLC<br>1070 S 650 West<br>Farmington, UT 84025-4603 | Alere LLC<br>1530 E. Williams Field Rd 201<br>Gilbert, AZ 85295-1825 |
| Ameiva LLC<br>282 E 300 S<br>Smithfield, UT 84335-1636 | Amrodddo Holdings LLC<br>2283 Candlestick Ave<br>Henderson, NV 89052-2361 | Another Chance Group Home Inc -<br>54 N Vista Ave<br>Casa Grande, AZ 85122-3193 |
| Anvil Construction Inc<br>470 N. Main Street<br>Brigham City, UT 84302-1858 | Archer Capital Investments<br>Attn: Michael Thompson<br>1448 W. Salmon Caddis Drive<br>Bluffdale, UT 84065-5122 | Autonomous Drine Solutions LLC<br>dba Calaway Solutions<br>Attn: Garrett Calaway<br>7180 S Hudson Circle<br>Centennial, CO 80122-2553 |
| Autonomous Drone Solutions DBA Calaway Solut<br>2121 Brittmoore 2200<br>Houston, TX 77043-2220 | BAYI Capital Management LLC<br>148 Undercliff Avenue<br>Edgewater, NJ 07020-1275 | Belle Maison Realty, LLC<br>Attn: Lea Muse<br>1133 E 83rd Street 171<br>Chicago, IL 60619-6455 |
| Bild Credit LLC -<br>30 N Gould Street 30212<br>Sheridan, WY 82801-6317 | Bold City Commercial LLC<br>4426 CAPITAL DOME DR<br>Jacksonville, FL 32246-7456 | Braces at Brick, PA<br>900 Cedar Bridge Avenue<br>Brick, NJ 08723 |

Brooklyn Heights LLC
307 N Lincoln Street
Tallulah, LA 71282-4314

Bryan K. Mickler
Attorney for the Debtor
5452 Arlington Expy.
Jacksonville, FL 32211-6860

Bull & Bear Properties LLC -
1140 E 87th Street
Chicago, IL 60619-7012

Business Live Global USA LLC -
4538 Walnut Ridge Circle
4538 Walnut Ridge Circle
McDonald, PA 15057-1608

Business Live Global USA, LLC
4538 Walnut Ridge Circle
Mc Donald, PA 15057-1608

CNF Solutions LLC
135 East 620 South
Smithfield, UT 84335-4901

CannaVision Inc
777 Main Street 600
Fort Worth, TX 76102-5368

Cobb Utilities Inc
191 Honey Suckle Circle
Ranger, GA 30734-6792

Cool Beanz LLC
6585 Decatur Blvd
Las Vegas, NV 89118-2110

Cool Beanz, LLC -
143 West Fulton Street
Sanford, FL 32771-1218

Dajo Properties LLC
11360Chestnut Tree Rd
Honey Brook, PA 19344

Darnell Development -
1118 N Chinowth
VISALIA, CA 93291-7896

Darnell Development, LLC
2814 W Newton CT
Visalia, CA 93291-6593

Dun Agro Hemp Group Inc
P.O. Box 475
Shelbyville, IN 46176

Duval County Tax Collector
231 Forsyth St.  #130
Jacksonville FL 32202-3380

Edge Development LLC
315 239th Ct. SE
Sammamish, WA 98074-3687

Expansive Investments, LLC
3855 S 500 W B
Salt Lake City, UT 84115

Faith Investor Services, LLC
1522 4th Ave
Asbury Park, NJ 07712-4962

Faith Investors Services LLC -
1522 4th Ave
Asbury Park, NJ 07712-4962

Fehu Capital Inc
3139 W. Holmbe Blvd A 77025-1533

Ficarra Holdings LLC
408 Billings Road
Somers, CT 06071-2037

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Foster Group LLC -
2539 N 300 E
Lehi, UT 84043-4403

Global Verse Holdings LLC -
1709 Vintage Lane
Wylie, TX 75098-0816

Golden Goods LLC
3620 West 10th Street
Greeley, CO 80634-1853

H&M Essential Services, LLC
221 N Broad Street 3A
Middletown, DE 19709-1070

Half a Dime, LTD
Box 653
Alberta

Heliosun LLC DBA Odin -
1600 S Litchfield Rd 230A
Goodyear, AZ 85338

High Dunes II LLC
17 Lockwood Drive
Charleston, SC 29401-1190

Hospitality Growth Capital LLC
23 Upton St
Peabody, MA 01960-0060

Hospitality Growth Capital LLC -
c/o Strauss Law Group PLLC
264 South River Road, Box 552
Bedford, NH 03110-7058

Humane Care 7 Days Medical Group Inc
6552 Bolsa Avenue N
Huntington Beach, CA 92647-2656

Internal Revenue Service -
PO Box 7346
Philadelphia, PA  19101-7346

Iron Dragon Corporation
70 Winding Way
Gibbsboro, NJ 08026-1460

JC&TL Inc
13865 Magnolia Avenue B
Chino, CA 91710-7047

Just Hewitt LLC
205 E Hidalgo Avenue
Raymondville, TX 78580-2545

Knife & Spirit
7217 E 4th Avenue
Scottsdale, AZ 85251-3634

Knights Lending
1603 Capitol Ave, Ste. 413
Cheyenne, WY 82001-4562

Knut LLC -
697 N 740 E 84043-1300

Latent Lending, LLC -
Latent Wealth Group, LLC
Mark Steiner
302 N. Abajo Peak Way, UT 84032

Latent Wealth Group LLC
302 N. Abajo Peak Way
Heber City, UT 84032-6501

Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211-6860

Legacy Land Developers LLC -
1651 W 100th St
CHICAGO, IL 60643-2128

Lobenhaus Capital, LLC
6303 Lone Wolf Drive
Jamesville, NY 13078-9587

Log Cabin Building LLC -
289 Parker Drive
Pittsburgh, PA 15216-1346

MAA DFW Investments LLC
2509 Amelia Island
Southlake, TX 76092-1583

MIMS-IPR, LLC -
1627 7th St S
Clanton, AL 35045-8786

McMann Commercial Lending LLC
500 N Michigan Ave 600
Chicago, IL 60611-3754

Meetopolis LLC
Attn: Lisa Butkiewicz
5434 E Kathleen Road
Scottsdale, AZ 85254-1759

Michele Ruiz Productions, LLC DBA Ruiz Strat
925 Century Park East 1700
West Hollywood, CA 90069

Moser Holdings, LLC
537 S. 150 E.
Smithfield, UT 84335-1654

My Dragonfly Home Solutions, LLC
7700 Irvine Center Drive 800
Irvine, CA 92618-3047

NCR Digital Corp
237 Floyd Road
Shirley, NY 11967-2941

NY SF Sunset Yards LLC
64 Grand Street
Brooklyn, NY 11249-4219

New Mount olive Missionary Baptist Church In
P.O. Box 1696
Harvey, IL 60426-7696

North Haven Lodging Partners LLC
2517 W Brentridge Circle
Sioux Falls, SD 57108-1573

North Haven Lodging Partners, LLC
Attn: Benjamin Morris, Esq.
Foley & Lardner LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

Nortical Capital Inc -
921 E. Parker Street 1
Lakeland, FL 33801-1901

Nutra-Acres Inc
205 Michigan Ave
Chicago, IL 60601-5927

Nutra-Acres LLC -
149 South Shore
Amarillo, TX 79118-8007

| | | |
|---|---|---|
| Nutre Leasing LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Nutre Leasing LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 | On Site Life Care Inc.<br>41 Flatbush Avenue, 1st Floor<br>Brooklyn, NY 11217-1145 |
| Oregon Business Management Group Inc<br>12600 SW 72nd Ave 140<br>Tigard, OR 97223-8356 | Phoenix Rising LLC<br>172 Center Bay<br>Jackson, WY 83001 | Platinum Investments USA LLC<br>c/o THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER 1209 ORANGE ST<br>Wilmington, DE 19801-1120 |
| Prine Energy Services LLC<br>450 Gears Road<br>Houston, TX 77067-4529 | Ricks Ventures LLC<br>1354 W 1900 S<br>Logan, UT 84321-6882 | Rolling By The Dozen RV Park LLC -<br>40 Country Road 267<br>Somerville, TX 77879-5208 |
| Rowehl & Russo Properties, LLC<br>237 Floyd Road<br>Shirley, NY 11967-2941 | S&L Zeppeteli DBA SLZ Waste Inc -<br>191 Moonachie Road<br>Moonachie, NJ 07074-1309 | SSC Services Inc<br>80 Franklin Street<br>Framingham, MA 01702-6671 |
| Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Seeking First LLC<br>3320 Laurel Dale Drive<br>Tampa, FL 33618-1033 | Seiler Tucker Inc<br>400 Poydras Suite 1460<br>New Orleans, LA 70130-3260 |
| Skyward Tax & Accounting Service LLC<br>3505 Lake Lynda Dr. 200<br>Orlando, FL 32817-8333 | Solace Realty Concepts LLC -<br>112 Lehigh Ave<br>Newark, NJ 07112-2036 | Solar Capital Funding LLC<br>23 Upton St<br>Peabody, MA 01960-0060 |
| Solar Capital Funding LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 | Solas Realty Concepts LLC<br>112 Lehigh Avenue<br>Newark, NJ 07112-2036 | Springer Farms Landholdings LLC<br>325 N 1200 E<br>American Fork, UT 84003-2049 |
| Story Book Homes LLC<br>86 Mountain Avenue<br>Berkeley Heights, NJ 07922-2633 | Sun Coast Entertainment Live LLC -<br>6960 Brescia Way<br>Orlando, FL 32819-5288 | Sunlight Storage LLC<br>3344 Bear Canyon Ln<br>Pleasant Grove, UT 84062-8016 |
| Taj Construction LLC<br>10 Windsor Dr.<br>Foxboro, MA 02035-2226 | Temidayo Adebayo -<br>148 Undercliff Avenue<br>Suite 9<br>Edgewater, NJ 07020-1123 | Terry's Florists LLC<br>46 English Plaza<br>Red Bank, NJ 07701-1693 |
| The Farming Co Pty Ltd -<br>86 Lakeside Drive<br>Helena Valley<br>6056, Western Australia | The Farming Co. PTY LTD<br>86 Lakeside Dr.<br>Helena, MT 59604 | The Generations Group<br>1006 Top Hill Dr<br>Brenham, TX 77833-2585 |

| | | |
|---|---|---|
| The Generations Group-DonStrickland -<br>14312 Zion Gate Xing<br>Conroe, TX 77384-2516 | TnC NOLA Holdings LLC -<br>1461 Annunciaction Street B<br>New Orleans, LA 70130-4539 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 |
| Uncle Willie Green Wings -<br>141 Lehigh Ave<br>Newark, NJ 07112-2037 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | VTJ LLC<br>706 Leander DR<br>Leander, TX 78641-5017 |
| WW LLC<br>26620 E Hoxie Road<br>Rockford, WA 99030-7003 | Wai Holdings LLC<br>45 North Market<br>Wailuku, HI 96793-1756 | Wallingford Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 |
| Winslow Homes LLC<br>3539 Tuscany Reserve Blvd 32168-5334 | Zelco Properties LLC<br>108 Patriot Dr A<br>Middletown, DE 19709-8803 | Ryan E Davis +<br>Winderweedle Haines Ward & Woodman P.A.<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 |
| Bryan K. Mickler +<br>Mickler & Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6860 | United States Trustee - JAX 11 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Edward M Fitzgerald +<br>Holland & Knight LLP<br>200 South Orange Ave<br>Suite 2600<br>Orlando, FL 32801-3453 |
| Scott E Bomkamp +<br>DOJ-Ust<br>United States Trustee<br>400 W. Washington St.<br>Ste 1100<br>Orlando, FL 32801-2440 | Jason A. Burgess +<br>Jacksonville<br>300 North Hogan Street<br>Room 4-213<br>Jacksonville, FL 32202-4204 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Andorful Dynasty Real Estate LLC<br>4826 Cragmere Loop<br>Clermont FL 34711-5523 | (d)Springer Farms Landholdings, LLC -<br>325 N 1200 E<br>American Fork, UT 84003-2049 | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>-------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case |

End of Label Matrix
Mailable recipients    136
Bypassed recipients      3
Total                  139