**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:24-bk-00496-BAJ |
| GENIE INVESTMENTS NV, INC. | Chapter 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** a copy of the <u>ORDER DATED MAY 23, 2024 GRANTING INTERIM APPLICATION OF LAW OFFICES OF MICKLER & MICKLER, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR FOR THE PERIOD FROM JNUARY 21, 2024 THROUGH APRIL 25, 2024 (Doc 105)</u> has been furnished by either U.S. Mail, postage prepaid and/or CM/ECF electronic filing to United States Trustee and to all interested parties as per the attached Court's Matrix; this 24th day of Mayh, 2024.

    Law Offices of Mickler & Mickler

    By: _/s/ Bryan K. Mickler_____
        Bryan K. Mickler
    Florida Bar No. 091790
    Attorney for Debtor-in-Possession
    5452 Arlington Expressway
    Jacksonville, FL 32211
    (904) 725-0822 / FAX: 725-0855
    bkmickler@planlaw.com