UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                               Case No.: 3:24-bk-00496-BAJ
                                                                     Chapter 11
GENIE INVESTMENTS NV INC.,

      Debtor.
_____/

## PROOF OF SERVICE

I HEREBY CERTIFY that a true copy of the *Order Approving Examiner's Application for Authority to Retain Winderweedle, Haines, Ward & Woodman, P.A., as Counsel* (Doc. No. 96) has been furnished via:

CM/ECF on 5/17/24 to:

Bryan K. Mickler, Esq.
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
Email: court@planlaw.com

Scott E Bomkamp, Esq.
DOJ-Ust
United States Trustee
400 W. Washington St., Suite 1100
Orlando, FL 32801
Email: scott.e.bomkamp@usdoj.gov

United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

All those registered to receive CM/ECF on this case.

US Mail on 5/24/24 to:

Debtor
Genie Investments NV Inc.

PO Box 60443
Jacksonville, FL 32236

Local Rule 1007-2 parties in interest listed on the attached mailing matrix.

                                                */s/ Ryan E. Davis*
                                                RYAN E. DAVIS
                                                Florida Bar No. 0179851
                                                davis@whww.com
                                                **WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
                                                Post Office Box 880
                                                Winter Park, FL 32790-0880
                                                Telephone:  (407) 423-4246
                                                Facsimile:  (407) 645-3728
                                                *Counsel for Examiner, Maria Yip*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00496-BAJ<br>Middle District of Florida<br>Jacksonville<br>Fri May 24 11:38:37 EDT 2024 | Archer Capital Investments<br>Attn: Michael Thompson<br>1448 W. Salmon Caddis Drive<br>Bluffdale, UT 84065-5122 | Autonomous Drine Solutions LLC<br>dba Calaway Solutions<br>Attn: Garrett Calaway<br>7180 S Hudson Circle<br>Centennial, CO 80122-2553 |
| Belle Maison Realty, LLC<br>Attn: Lea Muse<br>1133 E 83rd Street 171<br>Chicago, IL 60619-6455 | Meetopolis LLC<br>Attn: Lisa Butkiewicz<br>5434 E Kathleen Road<br>Scottsdale, AZ 85254-1759 | North Haven Lodging Partners, LLC<br>Attn: Benjamin Morris, Esq.<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |

End of Label Matrix
Mailable recipients    5
Bypassed recipients    0
Total                  5