**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

**In re:**

**GENIE INVESTMENTS NV INC.,**        Case Number: 3:24-bk-00496-BAJ
                                     Chapter 11
     **Debtor,**

_____/

**NOTICE OF PRELIMINARY HEARING**

NOTICE IS GIVEN THAT:

1. The Honorable Jason A. Burgess will conduct a preliminary hearing in this case on **Thursday, June 13, 2024 at 11:00 AM (EST)**, in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202, on the following matter:

**MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) CLARIFYING THE REQUIREMENT TO PROVIDE ACCESS TO INFORMATION; AND (II) SETTING AND FIXING CREDITOR INFORMATION SHARING PROCEDURES AND PROTOCOLS (Doc. No. 113)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

/s/ Edward Fitzgerald
Edward M. Fitzgerald, Esq.
FL Bar Number: 010391

edward.fitzgerald@hklaw.com  
HOLLAND & KNIGHT LLP  
200 S. Orange Avenue, Suite 2600  
Orlando, FL 32801  
Telephone: (407) 425-8500  
Facsimile: (407) 24-5288  
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GENIE INVESTMENTS NV INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 28, 2024, a copy of the foregoing has been furnished via:

Electronic Transmission to:

Bryan K. Mickler, Esq.  
Mickler & Mickler  
5452 Arlington Expressway  
Jacksonville, FL 32211  
Email: court@planlaw.com

Scott E Bomkamp, Esq.  
DOJ-Ust  
United States Trustee  
400 W. Washington St., Suite 1100  
Orlando, FL 32801  
Email: scott.e.bomkamp@usdoj.gov

United States Trustee  
George C Young Federal Building  
400 West Washington Street, Suite 1100  
Orlando, FL 32801

All those registered to receive CM/ECF on this case.

Via US Mail to:

Debtor  
Genie Investments NV Inc.  
PO Box 60443  
Jacksonville, FL 32236

Local Rule 1007-2 parties in interest listed on the attached mailing matrix.

/s/ Edward M. Fitzgerald  
Edward M. Fitzgerald, Esq.

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00496-BAJ<br>Middle District of Florida<br>Jacksonville<br>Tue May 28 13:44:01 EDT 2024 | Archer Capital Investments<br>Attn: Michael Thompson<br>1448 W. Salmon Caddis Drive<br>Bluffdale, UT 84065-5122 | Autonomous Drine Solutions LLC<br>dba Calaway Solutions<br>Attn: Garrett Calaway<br>7180 S Hudson Circle<br>Centennial, CO 80122-2553 |
| Belle Maison Realty, LLC<br>Attn: Lea Muse<br>1133 E 83rd Street 171<br>Chicago, IL 60619-6455 | Meetopolis LLC<br>Attn: Lisa Butkiewicz<br>5434 E Kathleen Road<br>Scottsdale, AZ 85254-1759 | North Haven Lodging Partners, LLC<br>Attn: Benjamin Morris, Esq.<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |

End of Label Matrix
Mailable recipients    5
Bypassed recipients    0
Total                  5