**[Dntccnrh]** [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   Case No. 3:24−bk−00496−BAJ
Chapter 11

Genie Investments NV Inc.

_____Debtor*_____/

## NOTICE OF RESCHEDULED HEARING

NOTICE IS GIVEN THAT the hearing regarding 1) Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Doc 90) and 2) Motion of Official Committee of Unsecured Creditors for Entry of an Order (I) Clarifying the Requirement to Provide Access to Information; and (II) Setting and Fixing Creditor Information Sharing Procedures and Protocols (Doc 113) , originally scheduled for June 13, 2024 at 11:00 AM, has been rescheduled.

The hearing has been rescheduled and will be held on June 12, 2024 at 09:30 AM in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202.

All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess/.

Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

Dated: May 31, 2024

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3−150
Jacksonville, FL 32202

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.