**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

GENIE INVESTMENTS NV, INC.

                                                  Case No.: 3:24-bk-00496-BAJ

        Debtor
_____/

**NOTICE OF PRELIMINARY HEARING**

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held on before Honorable Jason A. Burgess on **June 12, 2024 at 9:30 a.m.** Jacksonville, FL - Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 N. Hogan Street, on the following matter:

Re: Motion for Protective Order Related to Creditors' Committee Discovery. Doc [117]

2. All parties may attend the hearing in person.  Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom or telephone available at (Procedures Governing Court Appearances – Jacksonville). If the Court permits appearances by Zoom, the Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866-582-6878) by 5:00 p.m. the business day preceding the hearing.

3. The Court may continue this matter upon announcement made in open court without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

Dated: June 6, 2024

                                            Law Offices of Mickler & Mickler, LLP

                                            By:_/s/ Bryan K. Mickler_____
                                                 Bryan K. Mickler
                                            Florida Bar No. 091790
                                            Attorney for the Debtor
                                            5452 Arlington Expressway
                                            Jacksonville, FL 32211
                                            (904) 725-0822 / (904) 725-0855 FAX
                                            bkmickler@planlaw.com

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a copy of the foregoing was furnished to United States Trustee and all creditors as per the attached Court's matrix; by CM/ECF electronic filing; this 6th day of June, 2024.

By: ___/s/ Bryan K. Mickler_____
BRYAN K. MICKLER