Filing Request for Protective Order for Kristin Stegent, Ryan Stegent and Rolling by the Dozen RV Park LLC from David Hughes, John Michael Cohan, Caleb Davis, Zoomeral, Genie Investments and ALL its entities

3-24-bk-496-BAJ

June 10, 2024

Honorable Judge Burgess,

I am writing you to ask for your help. I was the first witness called in the Genie Investments bankruptcy trial, the mom of 10 kids.

During the trial, David Hughes was asked by Scott Bomkamp, "So if we are going to talk about any of the customers we heard from yesterday, perhaps Mrs. Stegent for example. Your position is that although you don't owe her any money, you would like to give her a gift?" David Hughes responded, "100% of everything she wrote in that we put in our bank accounts, absolutely."

The same evening of that trial and of that statement, I received by e-mail a motion for summary judgement made by Genie Investments in Genie Investments' arbitration case against me. Genie has continued to communicate off and through JAMS in pursuit of arbitration, but they have yet to pay the retainer to proceed forward with the case - thankfully. Recently, I was told that a service agency was stopping by my husband's deceased grandma's house looking to serve me a lawsuit filed in Miami-Dade, FL from Zoomeral - owner David Hughes. I called the court to find out if a case had actually been filed and found out it had. I never even had a contract with Zoomeral (only McMann and Genie Investments) and I never did

business with David Hughes or any of his companies in the state of Florida.

Is there a way to stop David Hughes personally and within all his companies from pursuing arbitrations and lawsuits against those of us he victimized by taking our money and never funding our loans or returning our money? I feel like I'm being hunted by David Hughes. I cannot currently afford an attorney and feel a bit helpless to even stand my ground, much less try to recoup what was stolen from me. It's intimidating having 10 young children and knowing someone is coming after us. My husband fears leaving the children even for a few hours with the concern of someone showing up at our door.

My understanding from lawyers of other victims: Mr. Hughes is diminishing funds in a BK estate to come after some of the very customers he stole money from. Also, he is intimidating me as a witness in a federal crime case - FBI case # 196D-CG-3827971.

If within your power, will you please put a stop to the arbitrations and lawsuits filed against victims at least until the BK case has been concluded and until the FBI investigation is complete?

Mr. Hughes seems to believe there are a bunch of angry creditors/customers who have in his words "created a mob and gone rogue" against him. I'm just a mom of 10 trying to live my life without David Hughes stealing one more minute of my time and energy. My focus is on my children - being present with them and here for them physically, mentally, emotionally and financially.

Thank you for your time and consideration,

Kristin Stegent