

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/12/2024 09:30 AM

COURTROOM   4A, 4th Floor

**HONORABLE JASON BURGESS**

| CASE NUMBER: | FILING DATE: |
|---|---|
| 3:24-bk-00496-BAJ    11 | 02/21/2024 |

**Chapter 11**

**DEBTOR:**     Genie Investments NV Inc.

**DEBTOR ATTY:**  Bryan Mickler

**TRUSTEE:**      NA

**HEARING:**

1. Preliminary Hearing on Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 90
2. Preliminary Hearing on Motion of Official Committee of Unsecured Creditors for Entry of an Order (I) Clarifying the Requirement to Provide Access to Information; and (II) Setting and Fixing Creditor Information Sharing Procedures and Protocols Filed by Edward M Fitzgerald on behalf of Creditor Committee Holland & Knight LLP Doc 113
3. Preliminary Hearing on Motion for Protective Order Related to Creditors' Committee Discovery Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 117
-Objection to Debtor's Motion for Entry of a Protective Order Related to Creditor Committee Discovery Filed by Edward M Fitzgerald on behalf of Creditor Committee Holland & Knight LLP Doc 122
4. Preliminary Hearing on Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Debtor and Velanos Principal Capital Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 107
-Objection to Debtor's Motion to Approve Settlement with Velanos Principal Capital Filed by Edward M Fitzgerald on behalf of Creditor Committee Holland & Knight LLP Doc 118
5. Preliminary Hearing on Motion FOR REMOVAL OF MEMBERS OF CREDITORS COMMITTEE DUE TO BREACH OF FIDUCIARY DUTY Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 121
-Objection to Motion to Remove Members of Creditors' Committee Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 125

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Preliminary Hearing on Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 90

 GRANTED (60 DAYS) ORDER MICKLER

2. Preliminary Hearing on Motion of Official Committee of Unsecured Creditors for Entry of an Order (I) Clarifying the Requirement to Provide Access to Information; and (II) Setting and Fixing Creditor Information Sharing Procedures and Protocols Filed by Edward M Fitzgerald on behalf of Creditor Committee Holland & Knight LLP Doc 113

  GRANTED ORDER FITZGERALD


3. Preliminary Hearing on Motion for Protective Order Related to Creditors' Committee Discovery Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 117

  DENIED (TERMS STATED ON THE RECORD) ORDER MICKLER

-Objection to Debtor's Motion for Entry of a Protective Order Related to Creditor Committee Discovery Filed by Edward M Fitzgerald on behalf of Creditor Committee Holland & Knight LLP Doc 122


4. Preliminary Hearing on Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Debtor and Velanos Principal Capital Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 107

  CONTINUED TO JULY 23 @ 10:00 AOCNFN

-Objection to Debtor's Motion to Approve Settlement with Velanos Principal Capital Filed by Edward M Fitzgerald on behalf of Creditor Committee Holland & Knight LLP Doc 118


5. Preliminary Hearing on Motion FOR REMOVAL OF MEMBERS OF CREDITORS COMMITTEE DUE TO BREACH OF FIDUCIARY DUTY Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 121

  DENIED (AS STATED ON THE RECORD) ORDER MICKLER

-Objection to Motion to Remove Members of Creditors' Committee Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 125

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.