**ORDERED.**

Dated: June 14, 2024

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>GENIE INVESTMENTS NV, INC.<br><br>Debtors. | Case No.: 3:24-bk-00496-BAJ<br>Chapter 11 |

**ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY**
**AS SPECIAL COUNSEL FOR DEBTOR**

This case was before without hearing upon the application of the debtor-in-possession (Doc. No. 37) seeking authority to employ ADAM B. WALKER as counsel, which was served upon all interested parties on March 28, 2024 with Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 14 days of the date of service. No party filed an objection within the time permitted. The Court therefore considers the matter to be unopposed. It is

ORDERED

1. The debtor-in-possession is authorized to employ ADAM B. WALKER of Walker Law Office, LLC, as attorney for the arbitration proceedings and Federal Cases for pre-

   petition breach of contract claims as disclosed in the Debtor's Statement of Financial Affairs.

2. Compensation shall be determined later consistent with Section 330 of the Bankruptcy Code.

Attorney Bryan K. Mickler is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.