```
Label Matrix for local noticing          20 Development LLC                       A Complete Home Inspection LLC
113A-3                                    1089 E Benchview Drive                   110 Velsco Lane
Case 3:24-bk-00496-BAJ                    Ogden, UT 84404-3783                     Port Sulphur, LA 70083-2362
Middle District of Florida
Jacksonville
Mon Jun 17 06:47:17 EDT 2024

ALV Capital LLC                           ALV Capital LLC                          AMRODDO HOLDINGS, LLC
23 Upton St                               c/o Strauss Law Group PLLC               625 WOODMONT AVE
Peabody, MA 01960-0060                    264 South River Road, Box 552            BERKELEY, CA 94708-1233
                                          Bedford, NH 03110-7058


Acres & Royalty LLC                       Adaptive Medical Technologies LLC        Ajer LLC
205 N Michigan Ave                        7349 Paseo Del Sur                       1070 S 650 West
Chicago, IL 60601-5927                    Scottsdale, AZ 85258                     Farmington, UT 84025-4603


Alere LLC                                 Ameiva LLC                               Amrodddo Holdings LLC
1530 E. Williams Field Rd 201             282 E 300 S                              2283 Candlestick Ave
Gilbert, AZ 85295-1825                    Smithfield, UT 84335-1636                Henderson, NV 89052-2361


Andorful Dynasty Real Estate LLC          Another Chance Group Home Inc            Anvil Construction Inc
4826 Cragmere Loop                        54 N Vista Ave                           470 N. Main Street
Clermont, FL 34711-5523                   Casa Grande, AZ 85122-3193               Brigham City, UT 84302-1858


Archer Capital Investments                Autonomous Drine Solutions LLC           Autonomous Drone Solutions DBA Calaway Solut
Attn: Michael Thompson                    dba Calaway Solutions                    2121 Brittmoore 2200
1448 W. Salmon Caddis Drive               Attn: Garrett Calaway                    Houston, TX 77043-2220
Bluffdale, UT 84065-5122                  7180 S Hudson Circle
                                          Centennial, CO 80122-2553


BAYI Capital Management LLC               (p)BELLE MAISON REALTY  LLC              Bild Credit LLC
148 Undercliff Avenue                     ATTN LEA MUSE                            30 N Gould Street 30212
Edgewater, NJ 07020-1275                  1133 E 83RD ST                           Sheridan, WY 82801-6317
                                          171
                                          CHICAGO IL 60619-6455


Bold City Commercial LLC                  Scott E Bomkamp                          Braces at Brick, PA
4426 CAPITAL DOME DR                      DOJ-Ust                                  900 Cedar Bridge Avenue
Jacksonville, FL 32246-7456               United States Trustee                    Brick, NJ 08723
                                          400 W. Washington St.
                                          Ste 1100
                                          Orlando, FL 32801-2440


Brooklyn Heights                          Brooklyn Heights LLC                     Bryan K. Mickler
307 N Lincoln Street                      307 N Lincoln Street                     Attorney for the Debtor
307 N Lincoln Street                      Tallulah, LA 71282-4314                  5452 Arlington Expy.
Tallulah, LA 71282-4314                                                            Jacksonville, FL 32211-6860


Bull & Bear Properties LLC                Business Live Global USA LLC             Business Live Global USA, LLC
1140 E 87th Street                        4538 Walnut Ridge Circle                 4538 Walnut Ridge Circle
Chicago, IL 60619-7012                    4538 Walnut Ridge Circle                 Mc Donald, PA 15057-1608
                                          McDonald, PA 15057-1608
```

Lisa Butkiewicz
6501 E. Greenway Parkway
#103-218
Scottsdale, AZ 85254-2025

CNF Solutions LLC
135 East 620 South
Smithfield, UT 84335-4901

CannaVision Inc
777 Main Street 600
Fort Worth, TX 76102-5368

Charles Blake Stringer/Nutra-AcresLLC
149 South Shore Drive
Amarillo, TX 79118-8007

Cobb Utilities Inc
191 Honey Suckle Circle
Ranger, GA 30734-6792

Cool Beanz LLC
6585 Decatur Blvd
Las Vegas, NV 89118-2110

Cool Beanz, LLC
143 West Fulton Street
Sanford, FL 32771-1218

Dajo Properties LLC
11360Chestnut Tree Rd
Honey Brook, PA 19344

Darnell Development
1118 N Chinowth
VISALIA, CA 93291-7896

Darnell Development, LLC
2814 W Newton CT
Visalia, CA 93291-6593

Ryan E Davis
Winderweedle Haines Ward & Woodman P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Dun Agro Hemp Group Inc
P.O. Box 475
Shelbyville, IN 46176

Duval County Tax Collector
231 Forsyth St.  #130
Jacksonville FL 32202-3380

Edge Development LLC
315 239th Ct. SE
Sammamish, WA 98074-3687

Expansive Investments, LLC
3855 S 500 W B
Salt Lake City, UT 84115

Faith Investor Services, LLC
1522 4th Ave
Asbury Park, NJ 07712-4962

Faith Investors Services LLC
1522 4th Ave
Asbury Park, NJ 07712-4962

Fehu Capital Inc
3139 W. Holmbe Blvd A 77025-1533

Ficarra Holdings LLC
408 Billings Road
Somers, CT 06071-2037

Edward M Fitzgerald
Holland & Knight LLP
200 South Orange Ave
Suite 2600
Orlando, FL 32801-3453

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Foster Group LLC
2539 N 300 E
Lehi, UT 84043-4403

Genie Investments NV Inc.
PO Box 60443
Jacksonville, FL 32236-0443

Global Verse Holdings LLC
1709 Vintage Lane
Wylie, TX 75098-0816

Golden Goods LLC
3620 West 10th Street
Greeley, CO 80634-1853

H&M Essential Services, LLC
221 N Broad Street 3A
Middletown, DE 19709-1070

Half a Dime, LTD
Box 653
Alberta

Heliosun LLC DBA Odin
1600 S Litchfield Rd 230A
Goodyear, AZ 85338

High Dunes II LLC
17 Lockwood Drive
Charleston, SC 29401-1190

Holland & Knight LLP
c/o Noel Boeke, Esq.
100 N. Tampa St., Ste. 4100
Tampa, FL 33602-3644

Hospitality Growth Capital LLC
23 Upton St
Peabody, MA 01960-0060

Hospitality Growth Capital LLC
c/o Strauss Law Group PLLC
264 South River Road, Box 552
Bedford, NH 03110-7058

Humane Care 7 Days Medical Group Inc
6552 Bolsa Avenue N
Huntington Beach, CA 92647-2656

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Iron Dragon Corporation
70 Winding Way
Gibbsboro, NJ 08026-1460

JC&TL Inc
13865 Magnolia Avenue B
Chino, CA 91710-7047

Just Hewitt LLC
205 E Hidalgo Avenue
Raymondville, TX 78580-2545

Knife & Spirit
7217 E 4th Avenue
Scottsdale, AZ 85251-3634

Knights Lending
1603 Capitol Ave, Ste. 413
Cheyenne, WY 82001-4562

Knut LLC
697 N 740 E 84043-1300

Latent Lending, LLC
Latent Wealth Group, LLC
Mark Steiner
302 N. Abajo Peak Way, UT 84032

Latent Wealth Group LLC
302 N. Abajo Peak Way
Heber City, UT 84032-6501

Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211-6860

Legacy Land Developers LLC
1651 W 100th St
CHICAGO, IL 60643-2128

Hal A. Levenberg, CIRA, CFE
YIP ASSOCIATES
One Biscayne Tower
2 S. Biscayne Blvd., Suite 2690
Miami, FL 33131-1815

Lobenhaus Capital, LLC
6303 Lone Wolf Drive
Jamesville, NY 13078-9587

Log Cabin Building LLC
289 Parker Drive
Pittsburgh, PA 15216-1346

MAA DFW Investments LLC
2509 Amelia Island
Southlake, TX 76092-1583

MIMS-IPR, LLC
1627 7th St S
Clanton, AL 35045-8786

McMann Commercial Lending LLC
500 N Michigan Ave 600
Chicago, IL 60611-3754

Meetopolis LLC
Attn: Lisa Butkiewicz
5434 E Kathleen Road
Scottsdale, AZ 85254-1759

Michele Ruiz Productions, LLC DBA Ruiz Strat
925 Century Park East 1700
West Hollywood, CA 90069

Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211-6860

Moser Holdings, LLC
537 S. 150 E.
Smithfield, UT 84335-1654

My Dragonfly Home Solutions, LLC
7700 Irvine Center Drive 800
Irvine, CA 92618-3047

NCR Digital Corp
237 Floyd Road
Shirley, NY 11967-2941

NY SF Sunset Yards LLC
64 Grand Street
Brooklyn, NY 11249-4219

New Mount olive Missionary Baptist Church In
P.O. Box 1696
Harvey, IL 60426-7696

| | | |
|---|---|---|
| North Haven Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 | North Haven Lodging Partners, LLC<br>Attn: Benjamin Morris, Esq.<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 | Nortical Capital Inc<br>921 E. Parker Street 1<br>Lakeland, FL 33801-1901 |
| Nutra-Acres Inc<br>205 Michigan Ave<br>Chicago, IL 60601-5927 | Nutre Leasing LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Nutre Leasing LLC<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 |
| On Site Life Care Inc.<br>41 Flatbush Avenue, 1st Floor<br>Brooklyn, NY 11217-1145 | Oregon Business Management Group Inc<br>12600 SW 72nd Ave 140<br>Tigard, OR 97223-8356 | Phoenix Rising LLC<br>172 Center Bay<br>Jackson, WY 83001 |
| Platinum Investments USA LLC<br>c/o THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER 1209 ORANGE ST<br>Wilmington, DE 19801-1120 | Prine Energy Services LLC<br>450 Gears Road<br>Houston, TX 77067-4529 | Ricks Ventures LLC<br>1354 W 1900 S<br>Logan, UT 84321-6882 |
| Rolling By The Dozen RV Park LLC<br>40 Country Road 267<br>Somerville, TX 77879-5208 | Rowehl & Russo Properties, LLC<br>237 Floyd Road<br>Shirley, NY 11967-2941 | S&L Zeppeteli DBA SLZ Waste Inc<br>191 Moonachie Road<br>Moonachie, NJ 07074-1309 |
| SSC Services Inc<br>80 Franklin Street<br>Framingham, MA 01702-6671 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Seeking First LLC<br>3320 Laurel Dale Drive<br>Tampa, FL 33618-1033 |
| Seiler Tucker Inc<br>400 Poydras Suite 1460<br>New Orleans, LA 70130-3260 | Skyward Tax & Accounting Service LLC<br>3505 Lake Lynda Dr. 200<br>Orlando, FL 32817-8333 | Solace Realty Concepts LLC<br>112 Lehigh Ave<br>Newark, NJ 07112-2036 |
| Solar Capital Funding LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Solar Capital Funding LLC<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 | Solas Realty Concepts LLC<br>112 Lehigh Avenue<br>Newark, NJ 07112-2036 |
| Springer Farms Landholdings LLC<br>325 N 1200 E<br>American Fork, UT 84003-2049 | Story Book Homes LLC<br>86 Mountain Avenue<br>Berkeley Heights, NJ 07922-2633 | Sun Coast Entertainment Live LLC<br>6960 Brescia Way<br>Orlando, FL 32819-5288 |
| Sunlight Storage LLC<br>3344 Bear Canyon Ln<br>Pleasant Grove, UT 84062-8016 | Taj Construction LLC<br>10 Windsor Dr.<br>Foxboro, MA 02035-2226 | Temidayo Adebayo<br>148 Undercliff Avenue<br>Suite 9<br>Edgewater, NJ 07020-1123 |

| | | |
|---|---|---|
| Terry's Florists LLC<br>46 English Plaza<br>Red Bank, NJ 07701-1693 | The Farming Co Pty Ltd<br>86 Lakeside Drive<br>Helena Valley<br>6056, Western Australia | The Farming Co. PTY LTD<br>86 Lakeside Dr.<br>Helena, MT 59604 |
| The Generations Group<br>1006 Top Hill Dr<br>Brenham, TX 77833-2585 | The Generations Group-DonStrickland<br>14312 Zion Gate Xing<br>Conroe, TX 77384-2516 | The Official Committee of Unsecured Creditor<br>c/o Noel R. Boeke<br>Holland & Knight LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, FL 33602-3644 |
| TnC NOLA Holdings LLC<br>1461 Annunciaction Street B<br>New Orleans, LA 70130-4539 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | Uncle Willie Green Wings<br>141 Lehigh Ave<br>Newark, NJ 07112-2037 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - JAX 11<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | VTJ LLC<br>706 Leander DR<br>Leander, TX 78641-5017 |
| WW LLC<br>26620 E Hoxie Road<br>Rockford, WA 99030-7003 | Wai Holdings LLC<br>45 North Market<br>Wailuku, HI 96793-1756 | Wallingford Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 |
| West Palm Holdings Inc<br>2705 Via Vistosa<br>San Clemente, CA 92672-3636 | Winderweedle, Haines, Ward & Woodman, P.A.<br>c/o Ryan E. Davis<br>PO Box 1391<br>Orlando, FL 32802-1391 | Winslow Homes LLC<br>3539 Tuscany Reserve Blvd 32168-5334 |
| Maria M Yip<br>Yip & Associates<br>2 South Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 | Zelco Properties LLC<br>108 Patriot Dr A<br>Middletown, DE 19709-8803 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Belle Maison Realty, LLC
Attn: Lea Muse
1133 E 83rd Street 171
Chicago, IL 60619

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Andorful Dynasty Real Estate LLC      (d)Springer Farms Landholdings, LLC      (u)Kristin Stegent
4826 Cragmere Loop                       325 N 1200 E
Clermont FL 34711-5523                   American Fork, UT 84003-2049


(u)Adam B. Walker                        End of Label Matrix
                                         Mailable recipients   139
                                         Bypassed recipients     4
                                         Total                 143
```