**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

GENIE INVESTMENTS, NV, INC.

CASE NO.:3:24-bk-00496-BAJ

Debtor(s).

---

**DEBTOR'S OBJECTION TO CLAIM 24 OF LATENT LENDING, LLC**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of the Court at 300 N. Hogan Street, Suite 3-150, Jacksonville, Florida 32202, and serve a copy on the movant's attorney Bryan K. Mickler, 5452 Arlington Expressway, Jacksonville, Florida 32211 within 30 days from the dare of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing dated or the Court will consider the response and grant or dent the relief requested in this paper without hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

The Debtor objects to the claim amount of $1.8M as stated in the Proof of Claim. The Debtor would show that it is owed $600,000.00 on a defaulted loan owed by this creditor. That amount should be offset from the total amount of the claim filed by the creditor. The Debtor objects to Claim 24 filed by Latent Lending, LLC (Acct No.: "0000") to the extent that it exceeds $1,200,000.00 as an allowed amount.

The Debtor would show that the claim amount is disputed based on documents attached. Therefore,

**PROOF OF SERVICE**

Bryan K. Mickler, under penalty of perjury, states that a copy of the foregoing Objection was furnished by either U.S. Mail, postage prepaid or CM/ECF electronic filing to:

United States Trustee Office
400 W. Washington Street, Suite 1100
Orlando, Florida 32801

1

which is the place they regularly conduct their business; and to:

Latent Lending, LLC
c/o Mark Steiner, Manager/Managing Agent
302 N. Abajo Peak Way
Heber City, UT 84032
which is the place he regularly conducts his business.

    this \_\_\_17\_\_\_ day of June, 2024.

                                          Law Offices of Mickler & Mickler, LLP

                                          By:\_\_/s/ Bryan K. Mickler_____
                                              BRYAN K. MICKLER
                                        Attorney for Debtor
                                        5452 Arlington Expressway
                                        Jacksonville, FL   32211
                                        (904) 725-0822/FAX: 725-0855
                                        Florida Bar No. 091790

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

GENIE INVESTMENTS NV, INC.

                        CASE NO.:3:24-bk-00496-BAJ

Debtor(s).

## DECLARATION CONCERNING DEBTOR'S OBJECTION TO CLAIM 24 OF LATENT LENDING, LLC

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06-17-2024

Signature: *John Michael Cohan*
John Michael Cohan, as Director

3