**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

GENIE INVESTMENTS, NV, INC.

CASE NO.:3:24-bk-00496-BAJ

Debtor(s).

---

### DEBTOR'S OBJECTION TO CLAIM 29 OF AUTONOMOUS DRONE SOLUTIONS, DBA CALAWAY SOLUTIONS

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of the Court at 300 N. Hogan Street, Suite 3-150, Jacksonville, Florida 32202, and serve a copy on the movant's attorney Bryan K. Mickler, 5452 Arlington Expressway, Jacksonville, Florida 32211 within 30 days from the dare of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing dated or the Court will consider the response and grant or dent the relief requested in this paper without hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

The Debtor objects to Claim 29 in the amount of $2,500,000.00 filed by Autonomous Drone Solutions, dba Calaway Solutions (Acct No.: "0496").

The Debtor would show that the claim amount is disputed based on documents attached to this objection. The creditor provided $100,000.00 in funds to Genie for the purpose of a $667,000.00 loan. The only possible loss to this creditor was the $100,000.00 down payment amount. The creditor committee member has filed a fraudulent claim against the estate in an attempt to increase his own personal recovery.

Therefore, this claim should only be allowed in the amount of $100,000.00.

### PROOF OF SERVICE

Bryan K. Mickler, under penalty of perjury, states that a copy of the foregoing Objection was

1

furnished by either U.S. Mail, postage prepaid or CM/ECF electronic filing to:

United States Trustee Office
400 W. Washington Street, Suite 1100
Orlando, Florida 32801

which is the place they regularly conduct their business; and to:

Autonomous Drone Solutions, dba Calaway Solutions
c/o Garrett Vinson Calaway, CEO/Managing Agent
7180 S. Hudson Circle
Centennial, CO 80122-7180

which is the place he regularly conducts his business.

this 17 day of June, 2024.

Law Offices of Mickler & Mickler, LLP

By: _____
BRYAN K. MICKLER
Attorney for Debtor
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822/FAX: 725-0855
Florida Bar No. 091790

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

GENIE INVESTMENTS NV, INC.

CASE NO.:3:24-bk-00496-BAJ

Debtor(s).

**DECLARATION CONCERNING DEBTOR'S OBJECTION**
**TO CLAIM 29 OF AUTONOMOUS DRONE SOLUTIONS, DBA CALAWAY**
**SOLUTIONS**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06-17-2024

Signature: *John Michael Cohan*
John Michael Cohan, as Director