

Attorneys at Law
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
904-725-0855

ALBERT H. MICKLER                                                                 BRYAN K. MICKLER

Mrc/United Wholesale

P.O. Box 619098                             11 June 2024

Dallas, Texas 75261-9741

Gentlemen/ Ladies:

Greetings! This office represents Mr. Todd Richard Van Camp and Ms. Emmy Jo May Van Camp. Mr. and Ms. Van Camp were forced to file a bankruptcy petition in the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division Case # 3:24-bk-01129-BAJ on 24 April 2024.

Mrc/United Wholesale holds /service a mortgage lien interest in the Van Camp homestead real property located at 921 Huffner Hill Circle St. Augustine Florida 32092.

If the account is current, please send to this office a reaffirmation agreement in the appropriate format. Mr. & s. Van Camp will sign the reaffirmation agreement and return the reaffirmation agreement to Mrc/United Wholesale for filing with the bankruptcy Court.

Your attention is appreciated.

Sincerely,

Al Mickler