**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

GENIE INVESTMENTS, NV, INC.

CASE NO.:3:24-bk-00496-BAJ

Debtor(s).

**DEBTOR'S OBJECTION TO CLAIM 22 OF FOSTER GROUP, LLC**

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of the Court at 300 N. Hogan Street, Suite 3-150, Jacksonville, Florida 32202, and serve a copy on the movant's attorney Bryan K. Mickler, 5452 Arlington Expressway, Jacksonville, Florida 32211 within 30 days from the dare of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
If you file and serve a response within the time permitted, the Court will either notify you of a hearing dated or the Court will consider the response and grant or dent the relief requested in this paper without hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
You should read these papers carefully and discuss them with your attorney if you have one.   If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

The Debtor objects to Claim 22 filed by Foster Group, LLC (Acct No.: "0000").

The Debtor would shot that the creditor has filed a claim for $202,900 based upon wires to McMann Commercial Funding and the Debtor for a pre-petition loan. McMann received wires in the amount of $7,900.00 on February 11, 2023 and $165,000.00 on June 20, 2023 according to Exhibit 1 to the Proof of Claim. The Debtor received a wire in the amount of $30,000.00 on March 29, 2023.

The Debtor would show that it never received the $7,900.00 and $165,000.00 wires from the creditor based on documents attached. McMann kept both wires and never turned the funds over to Genie. Therefore, the claim should be allowed only in the amount of $30,000.00 which represents the amount actually received by Genie. That amount would be without prejudice to the creditor pursuing any available remedies against McMann.

1

## PROOF OF SERVICE

Bryan K. Mickler, under penalty of perjury, states that a copy of the foregoing Objection was furnished by either U.S. Mail, postage prepaid or CM/ECF electronic filing to:

United States Trustee Office
400 W. Washington Street, Suite 1100
Orlando, Florida 32801

which is the place they regularly conduct their business; and to:

Foster Group, LLC
c/o Adam Foster, President/Managing Agent
2539 N 300 E
Lehi, UT 84043
which is the place he regularly conducts his business.

this  17  day of June, 2024.

Law Offices of Mickler & Mickler, LLP

By: /s/ Bryan K. Mickler
BRYAN K. MICKLER
Attorney for Debtor
5452 Arlington Expressway
Jacksonville, FL   32211
(904) 725-0822/FAX: 725-0855
Florida Bar No. 091790

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

GENIE INVESTMENTS NV, INC.

CASE NO.:3:24-bk-00496-BAJ

Debtor(s).

### DECLARATION CONCERNING DEBTOR'S OBJECTION TO CLAIM 22 OF FOSTER GROUP, LLC

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06-17-2024

Signature: *John Michael Cohan*
John Michael Cohan, as Director

3