**ORDERED.**

Dated: June 18, 2024

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: GENIE INVESTMENTS NV, INC.

CASE NO.: 3:24-bk-00496-BAJ

    Debtor (s).

_____/

**ORDER GRANTING MOTION TO EXTEND EXCLUSIVE PERIODS FOR THE FILING AND SOLICITATION OF ACCEPTANCE OF A CHAPTER 11 PLAN**

This case was before the Court on June 12, 2024 upon the motion (the "Motion") of the Debtor for entry of an order pursuant to Bankruptcy Code section 1121(d) extending the Debtor's exclusive periods in which to file a chapter 11 plan (the "Exclusive Filing Period") and solicit acceptances thereof (the "Exclusive Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods") (Doc. No. 90). The Court has reviewed the Motion and has jurisdiction over this matter pursuant to 28 U.S.C. 157 and §§ 1334(b). After a hearing it is

ORDERED

    1.    The Motion is GRANTED as set forth herein;

    2.    Pursuant to Bankruptcy Code section 1121(d), the Exclusive Filing Period is extended. The exclusive period during which only the Debtor may file a plan pursuant to Bankruptcy Code section 1121(b) and (c)(2) (the "Exclusive Filing Period") is extended from **June 20, 2024** to **August 18, 2024**;

3. The exclusive period during which only the Debtor may confirm a plan pursuant to Bankruptcy Code section 1121(c)(3) (the "Exclusive Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods") is extended from **August 19, 2024** to **October 18, 2024**.

4. The Extension of the Exclusive Periods granted herein is without prejudice to further requests that may be made pursuant to Bankruptcy Code section 1121(d).

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.