**ORDERED.**

Dated: June 18, 2024

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>GENIE INVESTMENTS NV, INC.<br><br>Debtors. | Case No.: 3:24-bk-00496-BAJ<br>Chapter 11 |

**ORDER DENYING MOTION FOR ENTRY OF A PROTECTIVE ORDER RELATED TO CREDITOR COMMITTEE DISCOVERY**

This case was before the Court on June 12, 2024 upon the Motion for Entry of Protective Order Related to Creditor Committee Discovery (Doc. No. 117). After a hearing, it is

ORDERED

1. The Motion for Entry of Protective Order Related to Creditor Committee Discovery is Denied.

2. The Court will require that two (2) conference calls be held between the attorney for the Debtor and the Creditor Committee before June 26, 2024 for discussion of discovery issues related to access by the Creditor Committee to documents currently in possession of the Debtor.

Attorney Bryan K. Mickler is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.