**ORDERED.**

Dated: June 18, 2024

_Jason A. Burgess_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:24-bk-00496-BAJ |
| GENIE INVESTMENTS NV, INC. | Chapter 11 |
| Debtors. | |

**ORDER DENYING MOTION FOR REMOVAL OF MEMBERS OF CREDITORS' COMMITTEE DUE TO BREACH OF FIDUCIARY DUTY**

This case was before the Court on June 12, 2024 upon the Motion for Removal of Members of Creditors' Committee Due to Breach of Fiduciary Duty (Doc. No. 121). After a hearing, it is

ORDERED

The Motion for Removal of Members of Creditors' Committee Due to Breach of Fiduciary Duty is Denied.

Attorney Bryan K. Mickler is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.