**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:24-bk-00496-BAJ |
| GENIE INVESTMENTS NV, INC. | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a copy of the Order dated June 18, 2024 Granting Motion to Extend Exclusive Periods for the Filing and Solicitation of Acceptance of a Chapter 11 Plan (Doc 137) has been furnished by either U.S. Mail, postage prepaid and/or CM/ECF electronic filing to United States Trustee and to all interested parties as per the attached Court's Matrix; this 21st day of June, 2024.

Law Offices of Mickler & Mickler

By: _/s/ Bryan K. Mickler_____
   Bryan K. Mickler
Florida Bar No. 091790
Attorney for Debtor-in-Possession
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822 / FAX: 725-0855
bkmickler@planlaw.com