```
Label Matrix for local noticing        20 Development LLC                      A Complete Home Inspection LLC
113A-3                                 1089 E Benchview Drive                  110 Velsco Lane
Case 3:24-bk-00496-BAJ                 Ogden, UT 84404-3783                    Port Sulphur, LA 70083-2362
Middle District of Florida
Jacksonville
Fri Jun 21 08:19:01 EDT 2024

ALV Capital LLC                        ALV Capital LLC                         AMRODDO HOLDINGS, LLC
23 Upton St                            c/o Strauss Law Group PLLC              625 WOODMONT AVE
Peabody, MA 01960-0060                 264 South River Road, Box 552           BERKELEY, CA 94708-1233
                                       Bedford, NH 03110-7058


Acres & Royalty LLC                    Adaptive Medical Technologies LLC       Ajer LLC
205 N Michigan Ave                     7349 Paseo Del Sur                      1070 S 650 West
Chicago, IL 60601-5927                 Scottsdale, AZ 85258                    Farmington, UT 84025-4603



Alere LLC                              Ameiva LLC                              Amrodddo Holdings LLC
1530 E. Williams Field Rd 201          282 E 300 S                             2283 Candlestick Ave
Gilbert, AZ 85295-1825                 Smithfield, UT 84335-1636               Henderson, NV 89052-2361



Andorful Dynasty Real Estate LLC       Another Chance Group Home Inc           Anvil Construction Inc
4826 Cragmere Loop                     54 N Vista Ave                          470 N. Main Street
Clermont, FL 34711-5523                Casa Grande, AZ 85122-3193              Brigham City, UT 84302-1858



Archer Capital Investments             Autonomous Drine Solutions LLC          Autonomous Drone Solutions DBA Calaway Solut
Attn: Michael Thompson                 dba Calaway Solutions                   2121 Brittmoore 2200
1448 W. Salmon Caddis Drive            Attn: Garrett Calaway                   Houston, TX 77043-2220
Bluffdale, UT 84065-5122               7180 S Hudson Circle
                                       Centennial, CO 80122-2553


BAYI Capital Management LLC            (p)BELLE MAISON REALTY  LLC             Bild Credit LLC
148 Undercliff Avenue                  ATTN LEA MUSE                           30 N Gould Street 30212
Edgewater, NJ 07020-1275               1133 E 83RD ST                          Sheridan, WY 82801-6317
                                       171
                                       CHICAGO IL 60619-6455


Bold City Commercial LLC               Scott E Bomkamp                         Braces at Brick, PA
4426 CAPITAL DOME DR                   DOJ-Ust                                 900 Cedar Bridge Avenue
Jacksonville, FL 32246-7456            United States Trustee                   Brick, NJ 08723
                                       400 W. Washington St.
                                       Ste 1100
                                       Orlando, FL 32801-2440

Brooklyn Heights                       Brooklyn Heights LLC                    Bryan K. Mickler
307 N Lincoln Street                   307 N Lincoln Street                    Attorney for the Debtor
307 N Lincoln Street                   Tallulah, LA 71282-4314                 5452 Arlington Expy.
Tallulah, LA 71282-4314                                                        Jacksonville, FL 32211-6860



Bull & Bear Properties LLC             Business Live Global USA LLC            Business Live Global USA, LLC
1140 E 87th Street                     4538 Walnut Ridge Circle                4538 Walnut Ridge Circle
Chicago, IL 60619-7012                 4538 Walnut Ridge Circle                Mc Donald, PA 15057-1608
                                       McDonald, PA 15057-1608
```

Lisa Butkiewicz
6501 E. Greenway Parkway
#103-218
Scottsdale, AZ 85254-2025

CNF Solutions LLC
135 East 620 South
Smithfield, UT 84335-4901

CannaVision Inc
777 Main Street 600
Fort Worth, TX 76102-5368

Charles Blake Stringer/Nutra-AcresLLC
149 South Shore Drive
Amarillo, TX 79118-8007

Cobb Utilities Inc
191 Honey Suckle Circle
Ranger, GA 30734-6792

Cool Beanz LLC
6585 Decatur Blvd
Las Vegas, NV 89118-2110

Cool Beanz, LLC
143 West Fulton Street
Sanford, FL 32771-1218

Dajo Properties LLC
11360Chestnut Tree Rd
Honey Brook, PA 19344

Darnell Development
1118 N Chinowth
VISALIA, CA 93291-7896

Darnell Development, LLC
2814 W Newton CT
Visalia, CA 93291-6593

Ryan E Davis
Winderweedle Haines Ward & Woodman P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Dun Agro Hemp Group Inc
P.O. Box 475
Shelbyville, IN 46176

Duval County Tax Collector
231 Forsyth St.  #130
Jacksonville FL 32202-3380

Edge Development LLC
315 239th Ct. SE
Sammamish, WA 98074-3687

Expansive Investments, LLC
3855 S 500 W B
Salt Lake City, UT 84115

Faith Investor Services, LLC
1522 4th Ave
Asbury Park, NJ 07712-4962

Faith Investors Services LLC
1522 4th Ave
Asbury Park, NJ 07712-4962

Fehu Capital Inc
3139 W. Holmbe Blvd A 77025-1533

Ficarra Holdings LLC
408 Billings Road
Somers, CT 06071-2037

Edward M Fitzgerald
Holland & Knight LLP
200 South Orange Ave
Suite 2600
Orlando, FL 32801-3453

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Foster Group LLC
2539 N 300 E
Lehi, UT 84043-4403

Genie Investments NV Inc.
PO Box 60443
Jacksonville, FL 32236-0443

Global Verse Holdings LLC
1709 Vintage Lane
Wylie, TX 75098-0816

Golden Goods LLC
3620 West 10th Street
Greeley, CO 80634-1853

H&M Essential Services, LLC
221 N Broad Street 3A
Middletown, DE 19709-1070

Half a Dime, LTD
Box 653
Alberta

Heliosun LLC DBA Odin
1600 S Litchfield Rd 230A
Goodyear, AZ 85338

High Dunes II LLC
17 Lockwood Drive
Charleston, SC 29401-1190

Holland & Knight LLP
c/o Noel Boeke, Esq.
100 N. Tampa St., Ste. 4100
Tampa, FL 33602-3644

Hospitality Growth Capital LLC
23 Upton St
Peabody, MA 01960-0060

Hospitality Growth Capital LLC
c/o Strauss Law Group PLLC
264 South River Road, Box 552
Bedford, NH 03110-7058

Humane Care 7 Days Medical Group Inc
6552 Bolsa Avenue N
Huntington Beach, CA 92647-2656

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Iron Dragon Corporation
70 Winding Way
Gibbsboro, NJ 08026-1460

JC&TL Inc
13865 Magnolia Avenue B
Chino, CA 91710-7047

Just Hewitt LLC
205 E Hidalgo Avenue
Raymondville, TX 78580-2545

Knife & Spirit
7217 E 4th Avenue
Scottsdale, AZ 85251-3634

Knights Lending
1603 Capitol Ave, Ste. 413
Cheyenne, WY 82001-4562

Knut LLC
697 N 740 E 84043-1300

Latent Lending, LLC
Latent Wealth Group, LLC
Mark Steiner
302 N. Abajo Peak Way, UT 84032

Latent Wealth Group LLC
302 N. Abajo Peak Way
Heber City, UT 84032-6501

Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211-6860

Legacy Land Developers LLC
1651 W 100th St
CHICAGO, IL 60643-2128

Hal A. Levenberg, CIRA, CFE
YIP ASSOCIATES
One Biscayne Tower
2 S. Biscayne Blvd., Suite 2690
Miami, FL 33131-1815

Lobenhaus Capital, LLC
6303 Lone Wolf Drive
Jamesville, NY 13078-9587

Log Cabin Building LLC
289 Parker Drive
Pittsburgh, PA 15216-1346

MAA DFW Investments LLC
2509 Amelia Island
Southlake, TX 76092-1583

MIMS-IPR, LLC
1627 7th St S
Clanton, AL 35045-8786

McMann Commercial Lending LLC
500 N Michigan Ave 600
Chicago, IL 60611-3754

Meetopolis LLC
Attn: Lisa Butkiewicz
5434 E Kathleen Road
Scottsdale, AZ 85254-1759

Michele Ruiz Productions, LLC DBA Ruiz Strat
925 Century Park East 1700
West Hollywood, CA 90069

Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211-6860

Moser Holdings, LLC
537 S. 150 E.
Smithfield, UT 84335-1654

My Dragonfly Home Solutions, LLC
7700 Irvine Center Drive 800
Irvine, CA 92618-3047

NCR Digital Corp
237 Floyd Road
Shirley, NY 11967-2941

NY SF Sunset Yards LLC
64 Grand Street
Brooklyn, NY 11249-4219

New Mount olive Missionary Baptist Church In
P.O. Box 1696
Harvey, IL 60426-7696

```
North Haven Lodging Partners LLC          North Haven Lodging Partners LLC          North Haven Lodging Partners, LLC
2517 W Brentridge Circle                  Benjamin J. Morris, c/o Foley & Lardner   Attn: Benjamin Morris, Esq.
Sioux Falls, SD 57108-1573                11988 El Camino Real, Suite 400           Foley & Lardner LLP
                                          San Diego, CA 92130-2594                  11988 El Camino Real, Suite 400
                                                                                    San Diego, CA 92130-2594


Nortical Capital Inc                      Nutra-Acres Inc                           Nutre Leasing LLC
921 E. Parker Street 1                    205 Michigan Ave                          23 Upton St
Lakeland, FL 33801-1901                   Chicago, IL 60601-5927                    Peabody, MA 01960-0060


Nutre Leasing LLC                         On Site Life Care Inc.                    Oregon Business Management Group Inc
c/o Strauss Law Group PLLC                41 Flatbush Avenue, 1st Floor             12600 SW 72nd Ave 140
264 South River Road, Box 552             Brooklyn, NY 11217-1145                   Tigard, OR 97223-8356
c/o Strauss Law Group PLLC, 264 South Ri
Bedford, NH 03110-7058


Phoenix Rising LLC                        Platinum Investments USA LLC             Prine Energy Services LLC
172 Center Bay                            c/o THE CORPORATION TRUST COMPANY        450 Gears Road
Jackson, WY 83001                         CORPORATION TRUST CENTER 1209 ORANGE ST  Houston, TX 77067-4529
                                          Wilmington, DE 19801-1120


Ricks Ventures LLC                        Rolling By The Dozen RV Park LLC          Rowehl & Russo Properties, LLC
1354 W 1900 S                             40 Country Road 267                       237 Floyd Road
Logan, UT 84321-6882                      Somerville, TX 77879-5208                 Shirley, NY 11967-2941


S&L Zeppeteli DBA SLZ Waste Inc           SSC Services Inc                          Secretary of the Treasury
191 Moonachie Road                        80 Franklin Street                        15th & Pennsylvania Ave., NW
Moonachie, NJ 07074-1309                  Framingham, MA 01702-6671                 Washington, DC 20220-0001


Seeking First LLC                         Seiler Tucker Inc                         Skyward Tax & Accounting Service LLC
3320 Laurel Dale Drive                    400 Poydras Suite 1460                    3505 Lake Lynda Dr. 200
Tampa, FL 33618-1033                      New Orleans, LA 70130-3260                Orlando, FL 32817-8333


Solace Realty Concepts LLC                Solar Capital Funding LLC                 Solar Capital Funding LLC
112 Lehigh Ave                            23 Upton St                               c/o Strauss Law Group PLLC
Newark, NJ 07112-2036                     Peabody, MA 01960-0060                    264 South River Road, Box 552
                                                                                    c/o Strauss Law Group PLLC, 264 South Ri
                                                                                    Bedford, NH 03110-7058


Solas Realty Concepts LLC                 Springer Farms Landholdings LLC           Story Book Homes LLC
112 Lehigh Avenue                         325 N 1200 E                              86 Mountain Avenue
Newark, NJ 07112-2036                     American Fork, UT 84003-2049              Berkeley Heights, NJ 07922-2633


Sun Coast Entertainment Live LLC          Sunlight Storage LLC                      Taj Construction LLC
6960 Brescia Way                          3344 Bear Canyon Ln                       10 Windsor Dr.
Orlando, FL 32819-5288                    Pleasant Grove, UT 84062-8016             Foxboro, MA 02035-2226
```

| | | |
|---|---|---|
| Temidayo Adebayo<br>148 Undercliff Avenue<br>Suite 9<br>Edgewater, NJ 07020-1123 | Terry's Florists LLC<br>46 English Plaza<br>Red Bank, NJ 07701-1693 | The Farming Co Pty Ltd<br>86 Lakeside Drive<br>Helena Valley<br>6056, Western Australia |
| The Farming Co. PTY LTD<br>86 Lakeside Dr.<br>Helena, MT 59604 | The Generations Group<br>1006 Top Hill Dr<br>Brenham, TX 77833-2585 | The Generations Group-DonStrickland<br>14312 Zion Gate Xing<br>Conroe, TX 77384-2516 |
| The Official Committee of Unsecured Creditor<br>c/o Noel R. Boeke<br>Holland & Knight LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, FL 33602-3644 | TnC NOLA Holdings LLC<br>1461 Annunciaction Street B<br>New Orleans, LA 70130-4539 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 |
| Uncle Willie Green Wings<br>141 Lehigh Ave<br>Newark, NJ 07112-2037 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - JAX 11<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| VTJ LLC<br>706 Leander DR<br>Leander, TX 78641-5017 | WW LLC<br>26620 E Hoxie Road<br>Rockford, WA 99030-7003 | Wai Holdings LLC<br>45 North Market<br>Wailuku, HI 96793-1756 |
| Wallingford Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 | Wallingford Lodging Partners LLC<br>Benjamin J. Morris, c/o Foley & Lardner<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 | West Palm Holdings Inc<br>2705 Via Vistosa<br>San Clemente, CA 92672-3636 |
| Winderweedle, Haines, Ward & Woodman, P.A.<br>c/o Ryan E. Davis<br>PO Box 1391<br>Orlando, FL 32802-1391 | Winslow Homes LLC<br>3539 Tuscany Reserve Blvd 32168-5334 | Maria M Yip<br>Yip & Associates<br>2 South Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 |
| Zelco Properties LLC<br>108 Patriot Dr A<br>Middletown, DE 19709-8803 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Belle Maison Realty, LLC
Attn: Lea Muse
1133 E 83rd Street 171
Chicago, IL 60619

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Andorful Dynasty Real Estate LLC
4826 Cragmere Loop
Clermont FL 34711-5523

(d)Springer Farms Landholdings, LLC
325 N 1200 E
American Fork, UT 84003-2049

(u)Kristin Stegent


(u)Adam B. Walker

End of Label Matrix
Mailable recipients   141
Bypassed recipients     4
Total                 145