**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:24-bk-00496-BAJ |
| GENIE INVESTMENTS NV, INC. | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a copy of the Order dated June 18, 2024 Denying Motion for Removal of Members of Creditors' Committee Due to Breach of Fiduciary Duty (Doc 139) has been furnished by either U.S. Mail, postage prepaid and/or CM/ECF electronic filing to United States Trustee and to all creditors as per the attached Court's Matrix; this 21st day of June, 2024.

    Law Offices of Mickler & Mickler

    By: _/s/ Bryan K. Mickler_____
       Bryan K. Mickler
    Florida Bar No. 091790
    Attorney for Debtor-in-Possession
    5452 Arlington Expressway
    Jacksonville, FL 32211
    (904) 725-0822 / FAX: 725-0855
    bkmickler@planlaw.com