**FILED**
Date: 07/03/2024 via: email
Clerk, U.S. Bankruptcy
Jacksonville Division

July 3, 2024

To Whom it May Concern:

I'd like to file a motion to reschedule this hearing. I filed a request for the protective order that will be discussed in this hearing. I am unable to attend the July 23 hearing as I will be out of country July 20-27. I am able to attend the hearing July 8 for case number 3:24–bk–00496–BAJ via zoom if the motion for protective order could be discussed then.

Thank you,

Kristin Stegent

Rolling by the Dozen RV Park LLC
979-251-1214
PO Box 184
Snook, TX 77878