United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-00496-BAJ |
| Genie Investments NV Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 01, 2024 | Form ID: Dntcsc | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genie Investments NV Inc., PO Box 60443, Jacksonville, FL 32236-0443 |
| aty | | Winderweedle, Haines, Ward & Woodman, P.A., c/o Ryan E. Davis, PO Box 1391, Orlando, FL 32802-1391 |
| cr | + | Andorful Dynasty Real Estate LLC, 4826 Cragmere Loop, Clermont, FL 34711-5523 |
| fa | + | Hal A. Levenberg, CIRA, CFE, YIP ASSOCIATES, One Biscayne Tower, 2 S. Biscayne Blvd., Suite 2690, Miami, FL 33131-1815 |
| crcm | + | Holland & Knight LLP, c/o Noel Boeke, Esq., 100 N. Tampa St., Ste. 4100, Tampa, FL 33602-3644 |
| cr | + | Lisa Butkiewicz, 6501 E. Greenway Parkway, #103-218, Scottsdale, AZ 85254-2025 |
| crcm | + | The Official Committee of Unsecured Creditors (Cre, c/o Noel R. Boeke, Holland & Knight LLP, 100 North Tampa Street, Suite 4100, Tampa, FL 33602-3644 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ex | + | Email/Text: trustee@yipcpa.com | Jul 01 2024 21:56:00 | Maria M Yip, Yip & Associates, 2 South Biscayne Boulevard, Suite 2690, Miami, FL 33131-1815 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Adam B. Walker |
| cr | | Kristin Stegent |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 03, 2024 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 113A-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2024 | Form ID: Dntcsc | Total Noticed: 8 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Edward M Fitzgerald | on behalf of Creditor Committee Holland & Knight LLP edward.fitzgerald@hklaw.com  tonya.berger@hklaw.com |
| Edward M Fitzgerald | on behalf of Creditor Committee The Official Committee of Unsecured Creditors (Creditors Committee) edward.fitzgerald@hklaw.com  tonya.berger@hklaw.com |
| Ryan E Davis | on behalf of Examiner Maria M Yip rdavis@whww.com  thiggens@whww.com;thiggens@ecf.courtdrive.com |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov |
| United States Trustee - JAX 11 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 6

**[Dntcsc]** [District Notice of (Initial) Status Conference]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                  Case No. 3:24−bk−00496−BAJ
                                                                        Chapter 11

Genie Investments NV Inc.

_____Debtor*_____/

NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE:**

1. The Honorable Jason A. Burgess will conduct a status conference on **July 8, 2024 , at 09:30 AM in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202**.

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom available at https://www.flmb.uscourts.gov/judges/burgess/.

3. Interested parties must appear at the status conference, or any objections or defenses to matters discussed at the status conference may be deemed waived.

4. The Court may continue the status conference upon announcement made in open court and reflected on the docket without further written notice.

**Avoid delays at Courthouse security checkpoints**. You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

Dated  July 1, 2024

                                                               FOR THE COURT
                                                               Sheryl L. Loesch,
                                                               Clerk of Court
                                                               Bryan Simpson United States Courthouse
                                                               300 North Hogan Street
                                                               Suite 3−150
                                                               Jacksonville, FL 32202

*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.
The Clerk's office is directed to serve a copy of this Notice on interested parties.