**[Dntccnrh]** [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:24−bk−00496−BAJ<br>Chapter 11 |
| Genie Investments NV Inc. | |
| _____Debtor*_____/ | |

## NOTICE OF RESCHEDULED HEARING

NOTICE IS GIVEN THAT the hearing regarding Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Debtor and Velanos Principal Capital , (Document No. 107) , originally scheduled for July 23, 2024 at 10:00 AM, has been rescheduled.

The hearing has been rescheduled and will be held on August 8, 2024 at 09:00 AM in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202.

All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess/.

Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

| | |
|---|---|
| Dated: July 8, 2024 | FOR THE COURT<br>Sheryl L. Loesch , Clerk of Court<br>Bryan Simpson United States Courthouse<br>300 North Hogan Street<br>Suite 3−150<br>Jacksonville, FL 32202 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.