

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/08/2024 09:30 AM

COURTROOM   4A, 4th Floor

HONORABLE JASON BURGESS

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:24-bk-00496-BAJ | 11 | 02/21/2024 |

**Chapter 11**

**DEBTOR:**   Genie Investments NV Inc.

**DEBTOR ATTY:**   Adam Walker

**TRUSTEE:**   NA

**HEARING:**

1. Status Conference

   -Notice of Filing of Examiner's Report Filed by Ryan E Davis on behalf of Examiner Maria M Yip Doc 146
   2. Motion to Reschedule Hearing On Schedule July 23, 2024 Filed by Creditor Kristin Stegent Doc 148

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Status Conference

  CONCLUDED. FEE APPS DUE 7/19/24.


-Notice of Filing of Examiner's Report Filed by Ryan E Davis on behalf of Examiner Maria M Yip Doc 146


2. Motion to Reschedule Hearing On Schedule July 23, 2024 Filed by Creditor Kristin Stegent Doc 148

  GRANTED ORDER CHAMBERS
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.