[jiffyordnh] [Bench Order No Hearing +]

**ORDERED.**

Dated: July 09, 2024

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                 Case No. 3:24–bk–00496–BAJ
                                                                       Chapter 11

Genie Investments NV Inc.

_____Debtor*_____/

**ORDER GRANTING MOTION TO CONTINUE THE HEARING ON THE CREDITOR'S MOTION FOR PROTECTIVE ORDER**

THIS CASE came on for consideration without a hearing of the **Motion to Continue the hearing on the Creditor's Motion for Protective Order** (Doc. **148** ), filed by **Creditor Kristin Stegent** .

The Court having considered the record, the Motion to Continue the hearing on the Creditor's Motion for Protective Order is Granted .

The Motion for Protective Order will be heard on August 8, 2024 at 9:00 a.m. in Courtroom 4A, Bryan Simpson Courthouse, 300 North Hogan Street, Jacksonville, FL 32202.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.