United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

IN RE:
Genie Investments, NV, Inc.
    Debtor(s).

Case No.:3:24-bk-00496-BAJ

**Declaration Concerning Response to Debtor's Objection
to Claim 22 of Foster Group, LLC**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07-09-2024

Signature: _Adam Foster_
Adam Foster, Owner
Foster Group, LLC

FILED MAIL USBC
JAX, FL JUL 15'24

United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

IN RE:
Genie Investments, NV, Inc.                                  Case No.:3:24-bk-00496-BAJ
    Debtor(s).

## Response to Debtor's Objection

The Creditor (Foster Group, LLC) objects to the Debtor's objection to Claim 22 filed by Foster Group, LLC.

According to Exhibit 1 to the Proof of Claim, the Creditor sent wires to McMann Commercial Lending to the amount of $7,900 on February 11, 2023 and $165,000 on June 20, 2023. The Debtor claims that it never received the $7,900 and $165,000 wires from McMann Commercial Lending sent from the Creditor to McMann.

McMann has stated to the Creditor that McMann sent both amounts to the Debtor, and is preparing documentation as proof of these transactions. The Creditor requests that the appointed Examiner review the Debtor's financial transactions to determine whether or not these amounts were indeed received by the Debtor from McMann.

## PROOF OF SERVICE

Adam Foster, under penalty of perjury, states that a copy of the foregoing Response was furnished by either U.S. Mail, postage paid or CM/ECF electronic filing to:

Clerk of the Court
300 N. Hogan Street
Suite 3-150
Jacksonville, Florida 32202

Which is the place they regularly conduct their business, and to:

Bryan K. Mickler
5452 Arlington Expressway
Jacksonville, Florida 32211
Which is the place he regularly conducts his business.

This _9th_ day of July, 2024.

Foster Group, LLC

By: _Adam Foster_
Adam Foster
2539 N 300 E
Lehi, UT 84043
801-505-8646