United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

In Re:

Genie Investments NV, Inc.,

Debtor.

Case No.: 3:24-bk-00496

**FILED**
Date: 07/16/2024 via: email
Clerk, U.S. Bankruptcy
Jacksonville Division

### RESPONSE TO DEBTOR'S OBJECTION TO CLAIM 4 OF BELLE MAISON REALTY, LLC/LEA MUSE

**Background**: According to the Bridge Loan Agreement dated February 3, 2023, between Genie Investments NV ("Lender") and Belle Maison Realty, LLC ("Borrower"), the Lender was obligated to disburse $300,000 to the Interest Credit Account (ICA) within three banking days.

**Specific Obligation**:

- **Section 2.01(a)**: The Lender agreed to make a Bridge Loan of $300,000 available to the Borrower on the Effective Date.
- **Section 2.02(a)**: The procedures for loan borrowing specify that on the Effective Date, the Lender shall hold the Bridge Loan in the Lender's account on behalf of the Borrower.

**Failure to Fund**: The Lender failed to disburse the $300,000 to the ICA within the stipulated three banking days, thereby breaching their obligation under the Bridge Loan Agreement.[1]

**Consequences of Failure**:

1. **Inability to Secure LOC**:
   - Belle Maison Realty, LLC was unable to secure the approved $3,000,000 Line of Credit from the LOC Lender.
2. **Missed Real Estate Investment Purchase**:
   - Belle Maison Realty, LLC was consequently voided of power to purchase the intended real estate investment, leading to significant operational and financial setbacks.
3. **Incurred Losses**:
   - The Borrower suffered various losses due to this breach, including but not limited to:

   Borrowing Fees: $10,951.60

---

[1] Intercreditor Agreement, Recitals F

| | |
|---|---:|
| Interest and Payments: | $8,274.78 |
| Prepaid Interest: | $45,000.00 |
| Retention Fee: | $25,000.00 |
| Opportunity Costs[2]: | $4,200.00 |
| Lost Annual Appreciation[3]: | $90,000.00 |
| Due Diligence | $7,900 |
| Damages | $3,000,000 |
| TOTAL: | $3,191,226.38 |

**False Representations**:
The debtor falsely represented the necessary financial resources to provide the agreed-upon funding. These assurances were critical in Belle Maison's decision to proceed with the agreement.

**Fraud:**
Contrary to the debtor's assertions, Belle Maison Realty, LLC has substantial evidence showing that the debtor knowingly misrepresented their financial capability. The Examiner's Report clearly indicates that the debtor assured funding which they were not capable of providing.

**Indemnification Claim for Losses**: Due to the Lender's breach, Belle Maison Realty, LLC has incurred substantial financial losses amounting to $3,191,226.38. These losses include lost business opportunities, interest, prepaid interest, fees and damages.

**Request for Indemnification**: As per **Section 10.11[4]** of the Bridge Loan Agreement, the Lender is required to indemnify the Borrower for any damages, losses, liabilities, costs, and expenses incurred due to the Lender's default of its obligations. According to Section 10.11 of the Bridge Loan Agreement, the Lender is required to indemnify, defend, and hold harmless the Borrower from any damages, losses, liabilities, costs, and expenses incurred due to the Lender's default of its obligations under the Agreement.

Submitted by: Lea Muse, owner Belle Maison Realty, LLC

---

[2] based on 6% interest
[3] based on 3% annual appreciation on $3M multifamily property.
[4] **Section 10.11 Indemnification**: "provided that the Lender shall not have the right to be indemnified under this Section 10.11 for its own gross negligence or willful misconduct, as determined by a final and non-appealable decision in arbitration as for any dispute between the Parties, or by final non- appealable judgment of a court of competent jurisdiction when such dispute involves another third party Person."

Signed: *[signature]*                               date: 7/14/2024

A copy of this response was furnished to the following:

1. U.S Trustee's Office
   400 W Washington Street, Suite 1100
   Orlando, FL 32801

2. Bryan K. Mickler
   Attorney for the Debtor
   5452 Arlington Expressway
   Jacksonville, FL 32211

3. All parties interested registered with the U.S. Bankruptcy Court to receive electronic notices in this case.