**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

GENIE INVESTMENTS NV, INC.

                Debtor

Case No.: 3:24-bk-00496-BAJ

_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held on before Honorable Jason A. Burgess on **August 8, 2024 at 9:00 a.m.** Jacksonville, FL - Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 N. Hogan Street, on the following matter:

   Re: Objection to Claim(s). Claim 4 of Belle Maison Realty, LLC. Contains negative notice. Doc [135]

2. All parties may attend the hearing in person.   Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom or telephone available at (Procedures Governing Court Appearances – Jacksonville). If the Court permits appearances by Zoom, the Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866-582-6878) by 5:00 p.m. the business day preceding the hearing.

3. The Court may continue this matter upon announcement made in open court without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

Dated: July 17, 2024

                                          Law Offices of Mickler & Mickler, LLP

                                          By:_/s/ Bryan K. Mickler_____
                                              Bryan K. Mickler
                                        Florida Bar No. 091790
                                        Attorney for the Debtor
                                        5452 Arlington Expressway
                                        Jacksonville, FL 32211
                                        (904) 725-0822 / (904) 725-0855 FAX
                                        bkmickler@planlaw.com

## **CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that a copy of the foregoing was furnished to United States Trustee and to Belle Maison Realty, LLC, c/o Lea Muse, Owner/Managing Agent, 1133 E. 83rd Street 171, Chicago, IL 60619; by either US Mail, postage prepaid and/or CM/ECF electronic filing; this 17th day of July, 2024.

By: ___/s/ Bryan K. Mickler_____
BRYAN K. MICKLER