FILED INTAKE USBC
JUL 17 '24 AM 10:54

**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

In Re: § 
 §
Genie Investments, NV, INC., § Case No.:3:24-bk-00496-BAL
 §
  Debtor. §

### RESPONSE TO DEBTOR'S OBJECTION TO CLAIM 5 OF
### CHARLES BLAKE STRINGER/NUTRA ACRES, LLC

1)    This case was filed on February 21, 2014. The deadline to file claims was July 1, 2024[1].

2)    Charles Blake Stringer/Nutra Acres, LLC ("Stringer") filed its initial proof of claim in this cases on April 14, 2024 for the amount of $400,000.00. Stringer filed his Amended proof of claim on June 4, 2024 in the amount of $14,247,750.00.

3)    The Bankruptcy Code defines a claim as: (1) a right to payment; (2) or a right to an equitable remedy for a failure of performance if the breach gives rise to a right to payment. 11 U.S.C. § 101(5).

4)    Stringer is basing his amended proof of claim on "contract fraud." The basis for the claim is: (a) representations were made in the contract by a party; (b) the representations were false or misleading; and (c) the party making the representations in the contract knew they were false or misleading at the time of making the statement.

5)    The Debtor made representations to Stringer that they would supply funds to Stringer. These funds would have allowed Stringer to satisfy the secured claims against his farm properties and would allow him to fund continued operations of the properties. The funds advanced to the Debtor by Stringer were misappropriated and the loan never materialized. The misrepresentations made by the Debtor resulted in Stringer having to file bankruptcy for his farm properties and to sale his properties at a price significantly lower than their appraised value.

6)    Stringer's claim is based on the difference between the properties' appraised value and the amount Stringer realized from a forced sale conducted to prevent a foreclosure by the secured claimants.

7)    In support of this Response, Stringer states the following:

---

[1]    The Court entered its Order extending the claims bar date to July 1, 2024 on April 16, 2024 (doc. no. 64).

a.     a proof of claim is prima facie evidence of validity and amount of the Claim;

b.     the Objection did not identify any specific grounds as to why the Claim should not be allowed other than to state that the claim should be limited to pre-petition payments that Stringer had paid to the Debtor;

c.     the additional debt claim included in the Amended Proof of Claim arose out of Debtor's business dealings, and was based on a contract prepared by the Debtor that made material misrepresentations to Stringer;

d.     Stringer was damaged because he relied upon the misrepresentations made by the Debtor and incorporated in the Debtor's contract submitted to Stringer.

e.     Debtor's conduct constitutes fraud.

f.     Stringer is allowed to recover damages, explained in paragraph 6 above, resulting from the fraud.

WHEREFORE, PREMISES CONSIDERED, Stringer prays that the Court approve the Proof of Claim as amended, and also seeks such other and further relief as the Court may deem necessary and proper.

Dated: July 16, 2024

Respectfully submitted,

TARBOX LAW, P.C.
2301 Broadway
Lubbock, Texas 79401
806/686-4448; 806/368-9785 (FAX)
E-mail: max@tarboxlaw.com

By: _Max R. Tarbox_
Max R. Tarbox
State Bar No. 19639950
*Attorneys for Charles Blake Stringer*

## CERTIFICATE OF SERVICE

I, Max R. Tarbox, do hereby certify that a true and correct copy of the foregoing *Response* was served by either court enable electronic service or regular first class U.S. Mail upon the following listed parties on this 16th day of July, 2024:

1.    U. S. Trustee's Office
      400 W. Washington Street, Suite 1100
      Orlando, FL 32801

2.    Bryan K. Mickler
      *Attorney for the Debtor*
      5452 Arlington Expressway
      Jacksonville, FL 32211

3.    All parties in interest registered with the
      the U. S. Bankruptcy Court to receive
      electronic notices in this case.

                              Max R. Tarbox

U:\Creditor Rep\Stringer\Rsp to Objection to POC.wpd



# TARBOX LAW
P.C.

July 16, 2024

Clerk of the Court
300 N. Hogan Street
Suite 3-150
Jacksonville, FL 32202

    Re: Genie Investments, NV, INC., Case no. 3:24-bk-00496-BAJ.  U.S. Bankruptcy Court, Middle District of Florida, Jacksonville Divison.

Clerk's office:

    Please file the enclosed pleading as a response to *Debtor's Objection to Claim No. 5 of Charles Blake Stringer/Nutra Acres, LLC* (doc. no. 134).

    Thank you.

                                            Sincerely,

                                            Max R Tarbox

                                            Max R. Tarbox
                                            Attorney for Claimant

cc:    Bryan K. Mickler
       5452 Arlington Expressway
       Jacksonville, FL 32211

U:\Creditor Rep\Stringer\Rsp to Obj to Claim 5.wpd

---

**www.tarboxlaw.com**

**Max R. Tarbox**
Certified Business Bankruptcy Specialist
Certified Consumer Bankruptcy Specialist

2301 Broadway
Lubbock, Texas 79401

(806) 686-4448 Telephone
(806) 368-9785 Facsimile
max@tarboxlaw.com