UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                              Case No.: 3:24-bk-00496-BAJ
                                                    Chapter 11
GENIE INVESTMENTS NV INC.,

        Debtor.
_____/

**APPLICATION OF WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A., FOR COMPENSATION FOR SERVICES RENDERED AS COUNSEL FOR MARIA YIP, THE DULY APPOINTED EXAMINER FOR THE PERIOD APRIL 22, 2024 THROUGH THE DATE OF THIS APPLICATION**

| | |
|---|---|
| Name of Applicant: | Winderweedle, Haines, Ward & Woodman, P.A. |
| Services Provided to: | Maria Yip, the duly appointed Examiner |
| Date of Retention: | May 17, 2024 - Order Authorizing Employment of Attorney (Doc. No. 96) |
| Period for this Application: | April 22, 2024 through the date of this Application |
| Amount of Compensation Sought: | $7,968.00[1] |
| Amount of Expense Reimbursement: | $0.00 |
| Amount of Original Retainer: $5,000.00 | Current Balance: $5,000.00 |
| Blended Hourly Rate this Application: $262.97 (actual Fees of $7,968.00 /30.30 hours) | Cumulative: $262.97 |
| This is a final application | |
| Disclose the following for each prior application: No prior application | |

    Ryan E. Davis, Esquire, and the law firm of WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A., ("WHWW" or "Applicant"), as counsel for Maria Yip, the duly appointed

---

[1] WHWW incurred $11,363.00 in actual fees, but reduced the fess by $3,190.00, as reflected by the "no charge" entries.

Examiner ("Examiner"), hereby submits its final application for award of compensation ("Final Application") for services in the amount of $7,968.00 in fees, for the period April 22, 2024 through the date of this Application ("Application Period"), less retainer in the amount of $5,000.00, for a total of $2,968.00 unpaid. In support thereof of this Application, WHWW states as follows:

## GENERAL INFORMATION

1. This is the first application for award of fees for services rendered by WHWW as counsel to the Examiner in this case.

2. The services performed for which payment is sought were performed between April 22, 2024 and the date of this Application.

3. The Examiner has had the opportunity to review the application and has approved the requested amount.

## BACKGROUND AND SUMMARY OF APPLICANT'S EFFORTS

4. On February 21, 2024 (the "Petition Date"), GENIE INVESTMENTS NV INC. ("Debtor") filed its voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy Code.

5. On May 17, 2024, this Court entered an Order Approving Examiner's Application for Authority to Retain Winderweedle, Haines, Ward & Woodman, P.A., as Counsel (the "Employment Order") (Doc. No. 73).

6. Pursuant to the Order Granting Winderweedle, Haines, Ward & Woodman, P.A.'s Motion to Allow Post-Petition Retainer (Doc. No. 98), WHWW has been paid $5,000.00 as a retainer which is being held in trust.

7. Pursuant to the Employment Order, the Court authorized WHWW to bill against the retainer, in the ordinary course, towards compensation for professional services and

reimbursement of expenses, as fees and costs were incurred. All fee amounts are not guaranteed and subject to final review and approval by the Court.

8. Pursuant to Rule 2016(a), Federal Rules of Bankruptcy Procedure, WHWW represents that no agreement has been made to share any compensation to be received in this case with any other parties, except for professional employees of WHWW.

9. WHWW assisted the Examiner with, among other things:

(i) communications with Debtor and Warren Law requesting documents;

(ii) revising a confidentiality agreement with Debtor to obtain additional documents and correspondence related thereto;

(iii) review of the draft Examiner's report and proposed edits thereto;

(iv) communications with the Committee's counsel;

(v) preparation of employment and fee applications;

(vi) attendance at certain hearings; and

(vii) general consultation related to the fulfillment of the Examiner's duties.

## GENERAL SUMMARY OF TIME

10. WHWW spent a total of 27.3 hours from April 22, 2024, through July 12, 2024, and anticipates 2 hours of attorney time and 1 hour of paralegal time for the preparation of this Application and attendance at the fee hearing, for a total of 30.3 hours. Attached hereto as **Exhibit A** is a detailed listing of the time incurred in this matter. The names of the professionals and paraprofessionals employed by WHWW, the hourly rate charged by each, the number of hours billed by each, and the total fees incurred for each, are summarized on the table below. These rates are the same rates charged to non-bankruptcy clients for similar services.

**Fees Incurred**

| Professional/ Paraprofessional | | Hourly Rate | Number of Hours | Total Fees Incurred |
|---|---|---|---|---|
| Ryan E. Davis, Professional | RD | $450.00 | 13.90 | $6,255.00 |
| | | $0.00 | 3.80 | $0.00 |
| Lauren M. Reynolds, Professional | LMR | $380.00 | 1.60 | $608.00 |
| Toni M. Higgens, Paraprofessional | TMH | 0.00 | 8.00 | $0.00 |
| Two additional hours of attorneys' time has been included for preparation of this application, review of the YIP application, and attendance at fee hearing | | $450.00 | 2.0 | $900.00 |
| One additional hour of paralegal time has been included for preparation of this application | | $205.00 | 1.0 | $205.00 |
| Total: | | | 30.3 | $7,968 |
| Blended Hourly Rate: | | $262.97 | | |

11. As reflected by the chart, WHWW has incurred $11,158 in fees, but has reduced its fee request by $3,190, as reflected by 11.8 hours in "no charge" time.

12. Pursuant to Rule 2016(a), Federal Rules of Bankruptcy Procedure, WHWW represents that no agreement has been made to share any compensation to be received in this case with any other parties, except for professional employees of WHWW.

## FEE APPLICATION GUIDELINES

In connection with this fee application, WHWW submits as follows:

13. All services for which compensation is requested were performed on behalf of the Trustee and not on behalf of any committee, creditor, or other person and did not duplicate those of the Trustee.

14. The valuation of the WHWW's services in this matter should be based on the following factors enumerated in *Grant v. George Schumann Tire & Battery Co.*, 908 F.2d 874

(11th Cir.1990), and *In the Matter of First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977):

    a. <u>Time and Labor Required</u>: The attorney for the Examiner has spent approximately 30.3 hours rendering professional services to or on behalf of the Examiner in this case. WHWW has maintained detailed, daily records of the time devoted in rendering these services which are summarized in the attachments.

    b. <u>Novelty and Difficulty of Questions</u>: The services performed by WHWW were not particularly novel or difficult, but this is a complex case.

    c. <u>Skills Requisite to Perform the Legal Services Properly</u>: WHWW is a full-service firm with a department specializing in bankruptcy and WHWW performed the services for the Trustee to the best of its ability.

    d. <u>Preclusion of Other Employment by Attorney</u>: This case did not preclude WHWW from other employment.

    e. <u>Customary Fee</u>: The fee requested by WHWW is its customary fee when performing these services, but WHWW has proposed to reduce its fee by $3,190.

    f. <u>Whether the Fee is Fixed or Contingent</u>: The fee is contingent in that payment from the estate is subject to the approval of the bankruptcy court and the recovery of assets, but the application is based upon hours incurred.

    g. <u>Time Limitations Imposed by the Client or Other Circumstances</u>: There were no limitations imposed by the client or other circumstance.

    h. <u>Amount Involved and Results Obtained</u>: This factor is not relevant here, but the Examiner ultimately prepared a thorough and comprehensive report.

    i. <u>Nature and Length of the Professional Relationship with the Client</u>: This factor is not relevant under the circumstances of this case.

    j. <u>Awards in Similar Cases</u>: To the best of WHWW's knowledge, the amount sought is within the range of awards in similar cases.

15. In providing these professional services, a conscious effort has been made by WHWW not to internally over-staff the case. Wherever possible, associate and paralegal time was used.

16. The hourly rates charged by Ryan E. Davis and the firm of Winderweedle, Haines, Ward & Woodman, P.A., are reasonable and well within the range of fees normally charged for services of this kind rendered in similar cases.

17. The total compensation and reimbursement of fees requested by WHWW is $7,968.00. As shown on the itemization chart, WHWW incurred a total of $11,158 in fees, but has agreed to a reduced amount of $7,968 for services rendered by WHWW, resulting from the expenditure of 30.3 hours (at a blended hourly rate of $262.97).

WHEREFORE, Applicant requests that it be allowed compensation in the amount of $7,968.00 in fees for services rendered on behalf of the Examiner, less the retainer of $5,000.00 for a total amount of $2,968.00.

I, Ryan E. Davis, Esquire, certify under penalty of perjury that the that the fees and costs for which reimbursement is sought are reasonable for the work performed and that the information contained in the foregoing Application and all exhibits are true and correct to the best of my knowledge, information, and belief.

Dated July 18, 2024.

/s/ Ryan E. Davis
RYAN E. DAVIS
Florida Bar No. 0179851
rdavis@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
329 Park Avenue North, Second Floor
Post Office Box 880
Winter Park, FL 32790-0880
Telephone: (407) 423-4246
Facsimile: (407) 645-3728
Attorneys for Maria Yip, Examiner

# EXHIBIT "A"

# WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.
## P.O. BOX 880
## WINTER PARK, FLORIDA 32790-0880
## (407) 423-4246

July 18, 2024

Maria M. Yip, CPA, CFE, CIRA, CFF
Yip Associates
2 S. Biscayne Blvd., Suite 2690
Miami, FL 33131

## TRANSACTION DETAIL

Matter ID: 95644   Matter Producer: RD
Yip, Maria, Examiner / Genie Investments NV Inc.
Client ID: 41315CLI

Federal ID #: 59-1295597

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/22/2024 | RD | Telephone Conference with Yip regarding Background of Case and Duties (.8); Correspondence to Mickler regarding Meeting (.1) (no charge) | 0.90 hr | $0.00 |
| 04/23/2024 | RD | Preparing Application for Retention and Verified Statement (no charge) | 0.20 hr | 0.00 |
| 04/23/2024 | RD | Revise Application for Employment (.5); Begin Revising Verified Statement (.1) (no charge) | 0.60 hr | 0.00 |
| 04/23/2024 | TMH | Review file and court docket (.3); review and analyze firm conflict check (.4); prepare Application to Employ WHWW and compile exhibits (.6); prepare Declaration of WHWW (.5); prepare proposed Order regarding Application to Employ (.3) (no charge) | 2.10 hr | 0.00 |
| 04/24/2024 | RD | Revise Verified Statement (.3); Review Potential Connections / Conflicts for Disclosure Purposes (.3); Revise Draft Order (.2); Revise Application for Employment (.1) (no charge) | 0.90 hr | 0.00 |
| 04/25/2024 | RD | Telephone Conference with Levenberg regarding Draft Application and Next Steps in Case | 0.20 hr | 90.00 |
| 04/25/2024 | RD | Finalize WHWW Application and Proposed Order (no charge) | 0.10 hr | 0.00 |
| 04/25/2024 | RD | Review Yip and Associates Application, Verified Statement and Proposed Order (.2); Correspondence with YIP regarding Same (.1) (no charge) | 0.30 hr | 0.00 |
| 04/26/2024 | TMH | Review Application to Employ Hal Levenberg (.4); finalize and compile exhibits to Application to Employ Hal Levenberg (.4); review Affidavit of Hal Levenberg (.2); review and finalize proposed Order regarding Application to Employ Hal Levenberg (.2) (no charge) | 1.20 hr | 0.00 |
| 04/30/2024 | TMH | Prepare Notice of Hearing regarding Application to Employ WHWW (no charge) | 0.30 hr | 0.00 |
| 04/30/2024 | TMH | Prepare Notice of Hearing regarding Application to Employ Hal Levenberg (no charge) | 0.30 hr | 0.00 |
| 04/30/2024 | RD | Correspondence to Opposing Attorney regarding Documents and Retainer; Correspondence with Client regarding Hearing | 0.20 hr | 90.00 |
| 05/01/2024 | RD | Review and Execute Notices of Hearing regarding Employment Applications (no charge) | 0.10 hr | 0.00 |
| 05/02/2024 | RD | Correspondence to Opposing Attorney regarding Documents and Retainer | 0.10 hr | 45.00 |
| 05/02/2024 | RD | Telephone Conference with Eddie Fitzgerald regarding Potential Assets | 0.20 hr | 90.00 |
| 05/06/2024 | RD | Correspondence with Client regarding Retainer; Correspondence with Opposing Attorney regarding Retainer (no charge) | 0.20 hr | 0.00 |
| 05/07/2024 | RD | Telephone Conference with Client regarding Retainer Issue (.2); Correspondence to Mickler regarding Retainer (.1) | 0.30 hr | 135.00 |
| 05/07/2024 | TMH | Prepare Motion to Allow Post Petition Funds (no charge) | 0.20 hr | 0.00 |
| 05/08/2024 | RD | Drafting Motions for Payment of Post-Petition Retainer as to YIP Associates and WHWW; Revising Motions; Correspondence with Client regarding Draft Motions | 1.00 hr | 450.00 |

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/08/2024 | RD | Telephone Conference with Client regarding Draft Motions to Authorize Payment of Retainer | 0.20 hr | 90.00 |
| 05/08/2024 | TMH | Work on Motion to Allow Post Petition Retainer to WHWW (no charge) | 0.20 hr | 0.00 |
| 05/09/2024 | RD | Correspondence with Client regarding Records Needed From Debtor | 0.10 hr | 45.00 |
| 05/09/2024 | RD | Telephone Conference with Eddie Fitzgerald regarding Upcoming Hearing | 0.30 hr | 135.00 |
| 05/10/2024 | RD | Review and Execute Notices of Hearing | 0.10 hr | 45.00 |
| 05/10/2024 | RD | Correspondence to Opposing Attorney regarding Pending Applications and Motions | 0.10 hr | 45.00 |
| 05/10/2024 | TMH | Prepare Notice of Hearing regarding Motion to Allow Post-Petition Retainer to WHWW (no charge) | 0.30 hr | 0.00 |
| 05/10/2024 | TMH | Prepare Notice of Hearing regarding Motion to Allow Post-Petition Retainer to Yip Associates (no charge) | 0.30 hr | 0.00 |
| 05/10/2024 | TMH | Prepare index and compile documents for hearing notebook on Application to Employ WHWW and Motion to Allow Post-Petition Retainer to WHWW (no charge) | 0.20 hr | 0.00 |
| 05/10/2024 | TMH | Prepare index and compile documents for hearing notebook on Application to Employ Yip Associates and Motion to Allow Post-Petition Retainer to Yip Associates (no charge) | 0.20 hr | 0.00 |
| 05/13/2024 | RD | Prepare for Hearing on Employment Applications and Motions to Pay Retainer (.5); Telephone Conference with Maria Yip regarding Hearing Preparation (.2) | 0.70 hr | 315.00 |
| 05/13/2024 | RD | Attend Hearing on Employment Applications and Motions to Pay Retainer | 0.50 hr | 225.00 |
| 05/13/2024 | RD | Zoom Conference with Maria Yip and Hal Levenberg regarding Obtaining Account Records and Hearing Outcome | 0.30 hr | 135.00 |
| 05/13/2024 | TMH | Prepare Order Granting Application to Employ WHWW (no charge) | 0.30 hr | 0.00 |
| 05/13/2024 | TMH | Prepare Order Granting Application to Employ YIP Associates (no charge) | 0.30 hr | 0.00 |
| 05/13/2024 | TMH | Prepare Order Granting Motion for Post-Petition Retainer to WHWW (no charge) | 0.30 hr | 0.00 |
| 05/13/2024 | TMH | Prepare Order Granting Motion for Post-Petition Retainer to YIP Associates (no charge) | 0.30 hr | 0.00 |
| 05/14/2024 | RD | Revise Orders on Post-Petition Retainers (.4); Revise Orders on Employment Applications (.4) | 0.80 hr | 360.00 |
| 05/15/2024 | RD | Finalize Retention and Retainer Orders for Submission to the Court | 0.20 hr | 90.00 |
| 05/21/2024 | RD | Review Correspondence from Fitzgerald regarding Documents to Request | 0.10 hr | 45.00 |
| 05/24/2024 | RD | Review 9019 Motion with Velanos and Correspondence to Client regarding Same | 0.20 hr | 90.00 |
| 05/24/2024 | RD | Review Draft Confidentiality Agreement and Correspondence to Client regarding Same | 0.20 hr | 90.00 |
| 05/24/2024 | RD | Revise Draft Confidentiality Agreement and Correspondence with Client regarding Same | 0.50 hr | 225.00 |
| 05/24/2024 | TMH | Prepare Proof of Service regarding Application to Employ WHWW (no charge) | 0.30 hr | 0.00 |
| 05/24/2024 | TMH | Prepare Proof of Service regarding Application to Employ YIP Associates (no charge) | 0.30 hr | 0.00 |
| 05/24/2024 | TMH | Prepare Proof of Service regarding WHWW's Motion for Post-Petition Retainer (no charge) | 0.30 hr | 0.00 |
| 05/24/2024 | TMH | Prepare Proof of Service regarding Maria Yip's Motion for Post-Petition Retainer (no charge) | 0.30 hr | 0.00 |
| 05/28/2024 | RD | Review Motion Clarifying Requirement to Provide Access to Information; Correspondence with Client regarding Revised Confidentiality Agreement | 0.20 hr | 90.00 |
| 05/29/2024 | RD | Correspondence with Opposing Attorney and with Client regarding Confidentiality Agreement; Finalize Confidentiality Agreement | 0.20 hr | 90.00 |
| 06/03/2024 | RD | Telephone Conference with Levenberg regarding Draft Report | 0.30 hr | 135.00 |
| 06/05/2024 | RD | Correspondence with Client regarding Contents of Report | 0.10 hr | 45.00 |
| 06/05/2024 | RD | Telephone Conference with Levenberg regarding Examiner's Report and Chapter 11 Issues | 0.30 hr | 135.00 |
| 06/10/2024 | RD | Telephone Conference with Levenberg regarding Draft Report | 0.20 hr | 90.00 |
| 06/10/2024 | RD | Analyze 40-Page Yip Report; Draft Suggested Revisions and Supplements | 1.50 hr | 675.00 |
| 06/10/2024 | RD | Conference with Levenberg regarding Draft Report and Edits | 0.70 hr | 315.00 |
| 06/11/2024 | RD | Review Motion to Remove Committee Members; Correspondence with Client regarding Same | 0.10 hr | 45.00 |
| 06/11/2024 | RD | Conference Call with Yip and Levenberg regarding Draft Report and Developments in Case | 0.80 hr | 360.00 |
| 06/17/2024 | RD | Review Proceeding Memo (no charge) | 0.10 hr | 0.00 |
| 06/21/2024 | RD | Telephone Conference with Client regarding Request for Additional Documentation (.3); Draft Correspondence to Warren Law regarding Information Needed (.2) | 0.50 hr | 225.00 |
| 06/28/2024 | TMH | Prepare Notice of Filing Examiner's Report (.2); email Notice of Filing to client (.1) (no charge) | 0.30 hr | 0.00 |

Matter ID: 95644                                                                                                          Federal ID #:59-1295597

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/28/2024 | RD | Review Latest Draft of Report; Work on File regarding Notice of Filing Report | 1.10 hr | 495.00 |
| 07/01/2024 | RD | Telephone Conference with Levenberg regarding Report | 0.30 hr | 135.00 |
| 07/02/2024 | RD | Review Correspondence from Mickler regarding Sharing Documents; Review Related Orders; Correspondence to Client regarding Sharing Documents with Committee | 0.20 hr | 90.00 |
| 07/02/2024 | RD | Telephone Conference with Client regarding Turnover Request (.2); Correspondence to Mickler regarding Turnover Request (,.2) | 0.40 hr | 180.00 |
| 07/02/2024 | RD | Correspondence with Committee's Counsel regarding Turnover of Documents | 0.10 hr | 45.00 |
| 07/05/2024 | RD | Telephone Conference with Levenberg regarding Production of Documents and Status Conference (.3); Review Notice of Status Conference and Correspondence with Client regarding Same (.3) | 0.60 hr | 270.00 |
| 07/05/2024 | LMR | Outline matter background and status in preparation for status conference. | 0.20 hr | 76.00 |
| 07/05/2024 | LMR | Review multiple email correspondence with client regarding status conference and whether duties as examiner have been completed. | 0.20 hr | 76.00 |
| 07/08/2024 | LMR | Prepare for and attend status conference set after examiner filed report. | 1.20 hr | 456.00 |
| 07/12/2024 | RD | Correspondence with Client regarding Fee Application; Preparing Final Fee Application (no charge) | 0.40 hr | 0.00 |

Total Professional Services: $6,863.00

**TRANSACTION DETAIL SUMMARY**

| Producer | Role | Rate | Hours | Amount |
|---|---|---|---|---|
| LMR - Lauren M Reynolds | PARTNER | $380.00 | 1.60 | $608.00 |
| RD - Ryan Davis | PARTNER | 450.00 | 13.90 | 6,255.00 |
| RD - Ryan Davis | PARTNER | 0.00 | 3.80 | 0.00 |
| TMH - Toni M Higgens | PARALEGAL | 0.00 | 8.00 | 0.00 |

For Professional Services:     27.30 Hours            $6,863.00
**Total Charges:**                                     **$6,863.00**

**Please return one copy of this Invoice with your payment.  Thank you.**