**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**In re:**

**GENIE INVESTMENTS NV INC.,**         Case Number: 3:24-bk-00496-BAJ
                                        Chapter 11

    **Debtor,**

_____/

**NOTICE OF FILING FIRST FEE APPLICATION OF HOLLAND & KNIGHT, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Pursuant to Rule 2002(c)(2) and Rule 2002(a)(6), Holland & Knight LLP hereby gives notice to parties in interest of the filing of an Application for Compensation Holland & Knight, LLP, Counsel for the Official Committee of Unsecured Creditors of Genie Investments NV Inc.

---

**NOTICE OF APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**
**AND OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Holland & Knight, LLP, as Counsel for the Official Committee of Unsecured Creditors of Genie Investments NV Inc. in this case, ("Applicant") has filed an Application for Compensation for Holland & Knight, LLP, in the amount of $66,703.06 (the "Application"). A copy of the Application may be viewed on the case docket or by request to Applicant at (407) 425-8500 or edward.fitzgerald@hklaw.com.

If you object to the Application, you must file an objection with the Clerk of Court at 300 North Hogan Street, Suite 3-150, Jacksonville, FL 32202 and a copy to Edward Fitzgerald, Esq., Holland & Knight, LLP, within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

---

                             **HOLLAND & KNIGHT LLP**

                             /s/ *Edward Fitzgerald*
                             Noel R. Boeke, Esq.
                             FL Bar Number: 151830

noel.boeke@hklaw.com
W. Keith Fendrick, Esq.
FL Bar Number: 612154
keith.fendrick@hklaw.com
100 North Tampa Street, Suite 4100
Tampa, FL 33602
Telephone: (813) 227-8500

and

Edward M. Fitzgerald, Esq.
FL Bar Number: 010391
edward.fitzgerald@hklaw.com
200 S. Orange Avenue, Suite 2600
Orlando, FL 32801
Telephone: (407) 425-8500

COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GENIE INVESTMENTS NV INC.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 19, 2024, a copy of the foregoing has been furnished via:

Electronic Transmission to:

Bryan K. Mickler, Esq.
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
Email: court@planlaw.com

Scott E Bomkamp, Esq.
DOJ-Ust
United States Trustee
400 W. Washington St., Suite 1100
Orlando, FL 32801
Email: scott.e.bomkamp@usdoj.gov

United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

All those registered to receive CM/ECF on this case.

Via US Mail to:

Debtor
Genie Investments NV, Inc.
PO Box 60443
Jacksonville, FL 32236

Local Rule 1007-2 parties in interest listed on the attached mailing matrix.

                                        /s/ Edward M. Fitzgerald
                                        Edward M. Fitzgerald, Esq.

```
Label Matrix for local noticing          20 Development LLC                       A Complete Home Inspection LLC
113A-3                                   1089 E Benchview Drive                   110 Velsco Lane
Case 3:24-bk-00496-BAJ                   Ogden, UT 84404-3783                     Port Sulphur, LA 70083-2362
Middle District of Florida
Jacksonville
Fri Jul 19 14:45:10 EDT 2024

ALV Capital LLC                          ALV Capital LLC                          AMRODDO HOLDINGS, LLC
23 Upton St                              c/o Strauss Law Group PLLC               625 WOODMONT AVE
Peabody, MA 01960-0060                   264 South River Road, Box 552            BERKELEY, CA 94708-1233
                                         Bedford, NH 03110-7058


Acres & Royalty LLC                      Adaptive Medical Technologies LLC        Ajer LLC
205 N Michigan Ave                       7349 Paseo Del Sur                       1070 S 650 West
Chicago, IL 60601-5927                   Scottsdale, AZ 85258                     Farmington, UT 84025-4603



Alere LLC                                Ameiva LLC                               Amrodddo Holdings LLC
1530 E. Williams Field Rd 201            282 E 300 S                              2283 Candlestick Ave
Gilbert, AZ 85295-1825                   Smithfield, UT 84335-1636                Henderson, NV 89052-2361



Andorful Dynasty Real Estate LLC         Another Chance Group Home Inc            Anvil Construction Inc
4826 Cragmere Loop                       54 N Vista Ave                           470 N. Main Street
Clermont, FL 34711-5523                  Casa Grande, AZ 85122-3193               Brigham City, UT 84302-1858



Archer Capital Investments               Autonomous Drine Solutions LLC           Autonomous Drone Solutions DBA Calaway Solut
Attn: Michael Thompson                   dba Calaway Solutions                    2121 Brittmoore 2200
1448 W. Salmon Caddis Drive              Attn: Garrett Calaway                    Houston, TX 77043-2220
Bluffdale, UT 84065-5122                 7180 S Hudson Circle
                                         Centennial, CO 80122-2553


BAYI Capital Management LLC              (p)BELLE MAISON REALTY  LLC              Bild Credit LLC
148 Undercliff Avenue                    ATTN LEA MUSE                            30 N Gould Street 30212
Edgewater, NJ 07020-1275                 1133 E 83RD ST                           Sheridan, WY 82801-6317
                                         171
                                         CHICAGO IL 60619-6455


Bold City Commercial LLC                 Scott E Bomkamp                          Braces at Brick, PA
4426 CAPITAL DOME DR                     DOJ-Ust                                  900 Cedar Bridge Avenue
Jacksonville, FL 32246-7456              United States Trustee                    Brick, NJ 08723
                                         400 W. Washington St.
                                         Ste 1100
                                         Orlando, FL 32801-2440


Brooklyn Heights                         Brooklyn Heights LLC                     Bryan K. Mickler
307 N Lincoln Street                     307 N Lincoln Street                     Attorney for the Debtor
307 N Lincoln Street                     Tallulah, LA 71282-4314                  5452 Arlington Expy.
Tallulah, LA 71282-4314                                                           Jacksonville, FL 32211-6860



Bull & Bear Properties LLC               Business Live Global USA LLC             Business Live Global USA, LLC
1140 E 87th Street                       4538 Walnut Ridge Circle                 4538 Walnut Ridge Circle
Chicago, IL 60619-7012                   4538 Walnut Ridge Circle                 Mc Donald, PA 15057-1608
                                         McDonald, PA 15057-1608
```

```
Lisa Butkiewicz                CNF Solutions LLC              CannaVision Inc
6501 E. Greenway Parkway       135 East 620 South             777 Main Street 600
#103-218                       Smithfield, UT 84335-4901      Fort Worth, TX 76102-5368
Scottsdale, AZ 85254-2025


Charles Blake Stringer/Nutra-AcresLLC   Cobb Utilities Inc           Cobb Utilities Inc.
149 South Shore Drive                   191 Honey Suckle Circle      191 Honeysuckle Circle NE.
Amarillo, TX 79118-8007                 Ranger, GA 30734-6792        Ranger, GA 30734-6792


Cool Beanz LLC                 Cool Beanz, LLC                Dajo Properties LLC
6585 Decatur Blvd              143 West Fulton Street         11360Chestnut Tree Rd
Las Vegas, NV 89118-2110       Sanford, FL 32771-1218         Honey Brook, PA 19344


Darnell Development            Darnell Development, LLC       Ryan E Davis
1118 N Chinowth                2814 W Newton CT               Winderweedle Haines Ward & Woodman P.A.
VISALIA, CA 93291-7896         Visalia, CA 93291-6593         329 Park Avenue North, Second Floor
                                                              Winter Park, FL 32789-7421


Dun Agro Hemp Group Inc        Duval County Tax Collector     Edge Development LLC
P.O. Box 475                   231 Forsyth St.  #130          315 239th Ct. SE
Shelbyville, IN 46176          Jacksonville FL 32202-3380     Sammamish, WA 98074-3687


Expansive Investments, LLC     Faith Investor Services, LLC   Faith Investors Services LLC
3855 S 500 W B                 1522 4th Ave                   1522 4th Ave
Salt Lake City, UT 84115       Asbury Park, NJ 07712-4962     Asbury Park, NJ 07712-4962


Fehu Capital Inc               Ficarra Holdings LLC           Edward M Fitzgerald
3139 W. Holmbe Blvd A 77025-1533   408 Billings Road          Holland & Knight LLP
                               Somers, CT 06071-2037          200 South Orange Ave
                                                              Suite 2600
                                                              Orlando, FL 32801-3453


Florida Dept of Revenue        Florida Dept. of Revenue       Foster Group LLC
P.O. Box 6668                  Bankruptcy Unit                2539 N 300 E
Tallahassee, FL 32314-6668     P.O. Box 6668                  Lehi, UT 84043-4403
                               Tallahassee, FL 32314-6668


Genie Investments NV Inc.      Global Verse Holdings LLC      Golden Goods LLC
PO Box 60443                   1709 Vintage Lane              3620 West 10th Street
Jacksonville, FL 32236-0443    Wylie, TX 75098-0816           Greeley, CO 80634-1853


H&M Essential Services, LLC    Half a Dime, LTD               Heliosun LLC DBA Odin
221 N Broad Street 3A          Box 653                        1600 S Litchfield Rd 230A
Middletown, DE 19709-1070      Alberta                        Goodyear, AZ 85338
```

```
High Dunes II LLC                    Holland & Knight LLP                 Hospitality Growth Capital LLC
17 Lockwood Drive                    c/o Noel Boeke, Esq.                 23 Upton St
Charleston, SC 29401-1190            100 N. Tampa St., Ste. 4100          Peabody, MA 01960-0060
                                     Tampa, FL 33602-3644


Hospitality Growth Capital LLC       Humane Care 7 Days Medical Group Inc IRS
c/o Strauss Law Group PLLC           6552 Bolsa Avenue N                  Centralized Insolvency Operations
264 South River Road, Box 552        Huntington Beach, CA 92647-2656      P.O. Box 7346
Bedford, NH 03110-7058                                                    Philadelphia, PA 19101-7346


Internal Revenue Service             Iron Dragon Corporation              JC&TL Inc
PO Box 7346                          70 Winding Way                       13865 Magnolia Avenue B
Philadelphia, PA  19101-7346         Gibbsboro, NJ 08026-1460             Chino, CA 91710-7047


Just Hewitt LLC                      Knife & Spirit                       Knights Lending
205 E Hidalgo Avenue                 7217 E 4th Avenue                    1603 Capitol Ave, Ste. 413
Raymondville, TX 78580-2545          Scottsdale, AZ 85251-3634            Cheyenne, WY 82001-4562


Knut LLC                             Latent Lending, LLC                  Latent Wealth Group LLC
697 N 740 E 84043-1300               Latent Wealth Group, LLC             302 N. Abajo Peak Way
                                     Mark Steiner                         Heber City, UT 84032-6501
                                     302 N. Abajo Peak Way, UT 84032


Law Offices of Mickler & Mickler, LLP Legacy Land Developers LLC          Hal A. Levenberg, CIRA, CFE
5452 Arlington Expy.                 1651 W 100th St                      YIP ASSOCIATES
Jacksonville, FL 32211-6860          CHICAGO, IL 60643-2128               One Biscayne Tower
                                                                          2 S. Biscayne Blvd., Suite 2690
                                                                          Miami, FL 33131-1815


Lobenhaus Capital, LLC               Log Cabin Building LLC               MAA DFW Investments LLC
6303 Lone Wolf Drive                 289 Parker Drive                     2509 Amelia Island
Jamesville, NY 13078-9587            Pittsburgh, PA 15216-1346            Southlake, TX 76092-1583


MIMS-IPR, LLC                        McMann Commercial Lending LLC        Meetopolis LLC
1627 7th St S                        500 N Michigan Ave 600               Attn: Lisa Butkiewicz
Clanton, AL 35045-8786               Chicago, IL 60611-3754               5434 E Kathleen Road
                                                                          Scottsdale, AZ 85254-1759


Michael Thompson                     Michele Ruiz Productions, LLC DBA Ruiz Strat  Bryan K. Mickler
1448 W Salmon Caddis Dr              925 Century Park East 1700           Mickler & Mickler
Bluffdale, UT 84065-5122             West Hollywood, CA 90069             5452 Arlington Expressway
                                                                          Jacksonville, FL 32211-6860


Moser Holdings, LLC                  My Dragonfly Home Solutions, LLC     N2N Group, Inc
537 S. 150 E.                        7700 Irvine Center Drive 800         5 Webb Hill Road
Smithfield, UT 84335-1654            Irvine, CA 92618-3047                Great Neck, NY  11020
                                                                          Attention:  Michelle Chen
                                                                          Great Neck, NY 11020-1118
```

| | | |
|---|---|---|
| NCR Digital Corp<br>237 Floyd Road<br>Shirley, NY 11967-2941 | NY SF Sunset Yards LLC<br>64 Grand Street<br>Brooklyn, NY 11249-4219 | New Mount Olive Church<br>2905 Macfarlane Crescent<br>2905 Macfarlane Crescent<br>Flossmoor, IL 60422-1427 |
| New Mount olive Missionary Baptist Church In<br>P.O. Box 1696<br>Harvey, IL 60426-7696 | North Haven Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 | North Haven Lodging Partners LLC<br>Benjamin J. Morris, c/o Foley & Lardner<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |
| North Haven Lodging Partners, LLC<br>Attn: Benjamin Morris, Esq.<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 | Nortical Capital Inc<br>921 E. Parker Street 1<br>Lakeland, FL 33801-1901 | Nutra-Acres Inc<br>205 Michigan Ave<br>Chicago, IL 60601-5927 |
| Nutre Leasing LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Nutre Leasing LLC<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 | On Site Life Care Inc.<br>41 Flatbush Avenue, 1st Floor<br>Brooklyn, NY 11217-1145 |
| Oregon Business Management Group Inc<br>12600 SW 72nd Ave 140<br>Tigard, OR 97223-8356 | Phoenix Rising LLC<br>172 Center Bay<br>Jackson, WY 83001 | Platinum Investments USA LLC<br>c/o THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER 1209 ORANGE ST<br>Wilmington, DE 19801-1120 |
| Prine Energy Services LLC<br>450 Gears Road<br>Houston, TX 77067-4529 | Relco Industries LLC and Richard L Ellison<br>75 Lambert Avenue<br>Clifton, NJ 07013-1254 | Ricks Ventures LLC<br>1354 W 1900 S<br>Logan, UT 84321-6882 |
| Rolling By The Dozen RV Park LLC<br>40 Country Road 267<br>Somerville, TX 77879-5208 | Rowehl & Russo Properties LLC.<br>237 Floyd Rd<br>Shirley, NY 11967-2941 | S&L Zeppeteli DBA SLZ Waste Inc<br>191 Moonachie Road<br>Moonachie, NJ 07074-1309 |
| SSC Services Inc<br>80 Franklin Street<br>Framingham, MA 01702-6671 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Seeking First LLC<br>3320 Laurel Dale Drive<br>Tampa, FL 33618-1033 |
| Seiler Tucker Inc<br>400 Poydras Suite 1460<br>New Orleans, LA 70130-3260 | Skyward Tax & Accounting Service LLC<br>3505 Lake Lynda Dr. 200<br>Orlando, FL 32817-8333 | Solace Realty Concepts LLC<br>112 Lehigh Ave<br>Newark, NJ 07112-2036 |
| Solar Capital Funding LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Solar Capital Funding LLC<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 | Solas Realty Concepts LLC<br>112 Lehigh Avenue<br>Newark, NJ 07112-2036 |

| | | |
|---|---|---|
| Springer Farms Landholdings LLC<br>325 N 1200 E<br>American Fork, UT 84003-2049 | Story Book Homes LLC<br>86 Mountain Avenue<br>Berkeley Heights, NJ 07922-2633 | Sun Coast Entertainment Live LLC<br>6960 Brescia Way<br>Orlando, FL 32819-5288 |
| Sunlight Storage LLC<br>3344 Bear Canyon Ln<br>Pleasant Grove, UT 84062-8016 | Taj Construction LLC<br>10 Windsor Dr.<br>Foxboro, MA 02035-2226 | Max R Tarbox<br>Tarbox Law PC<br>2301 Broadway<br>Lubbock, TX 79401-2916 |
| Temidayo Adebayo<br>148 Undercliff Avenue<br>Suite 9<br>Edgewater, NJ 07020-1123 | Terry's Florists LLC<br>46 English Plaza<br>Red Bank, NJ 07701-1693 | The Farming Co Pty Ltd<br>86 Lakeside Drive<br>Helena Valley<br>6056, Western Australia |
| The Farming Co. PTY LTD<br>86 Lakeside Dr.<br>Helena, MT 59604 | The Generations Group<br>1006 Top Hill Dr<br>Brenham, TX 77833-2585 | The Generations Group-DonStrickland<br>14312 Zion Gate Xing<br>Conroe, TX 77384-2516 |
| The Official Committee of Unsecured Creditor<br>c/o Noel R. Boeke<br>Holland & Knight LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, FL 33602-3644 | TnC NOLA Holdings LLC<br>1461 Annunciaction Street B<br>New Orleans, LA 70130-4539 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 |
| Uncle Willie Green Wings<br>141 Lehigh Ave<br>Newark, NJ 07112-2037 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - JAX 11<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| VTJ LLC<br>706 Leander DR<br>Leander, TX 78641-5017 | WAI Holdings, LLC<br>1275 S Lucerne Blvd<br>Los Angeles, California 90019<br>Attention:  David Meiselman<br>Los Angeles, CA 90019-6804 | WW LLC<br>26620 E Hoxie Road<br>Rockford, WA 99030-7003 |
| Wai Holdings LLC<br>45 North Market<br>Wailuku, HI 96793-1756 | Wallingford Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 | Wallingford Lodging Partners LLC<br>Benjamin J. Morris, c/o Foley & Lardner<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |
| West Palm Holdings Inc<br>2705 Via Vistosa<br>San Clemente, CA 92672-3636 | Winderweedle, Haines, Ward & Woodman, P.A.<br>c/o Ryan E. Davis<br>PO Box 1391<br>Orlando, FL 32802-1391 | Winslow Homes LLC<br>3539 Tuscany Reserve Blvd 32168-5334 |
| Maria M Yip<br>Yip & Associates<br>2 South Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 | Zelco Properties LLC<br>108 Patriot Dr A<br>Middletown, DE 19709-8803 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Belle Maison Realty, LLC  
c/o Lea Muse, Owner  
1133 E. 83rd Street 171  
Chicago, IL 60619

(d)Belle Maison Realty, LLC  
Attn: Lea Muse  
1133 E 83rd Street 171  
Chicago, IL 60619

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Andorful Dynasty Real Estate LLC  
4826 Cragmere Loop  
Clermont FL 34711-5523

(u)Foster Group, LLC

(d)Rowehl & Russo Properties, LLC  
237 Floyd Road  
Shirley, NY 11967-2941

(d)Springer Farms Landholdings, LLC  
325 N 1200 E  
American Fork, UT 84003-2049

(u)Kristin Stegent

(u)Charles Blake Stringer

(u)Adam B. Walker

End of Label Matrix  
Mailable recipients   148  
Bypassed recipients     7  
Total                 155