UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:      GENIE INVESTMENTS NV, INC.

CASE NO.: 3:24-bk-00496-BAJ

Debtors

========================================

**MOTION FOR EXTENSION OF TIME WITHIN WHICH
TO FILE ATTORNEY AND CPA/ACCOUNTANT APPLICATIONS TO EMPLOY AND
FEE APPLICATIONS**

The Debtor moves this Court for entry of an Order pursuant to Fed.R.Bank.P. 9006 allowing it an extension of time within which to file the Attorney and CPA/Accounting Applications to Employ and Fee Applications as required by the Court at the July 8, 2024 Status Conference (Doc. No. 151).

In support, the Debtor would show that it is still gathering the required affidavits and fee application information from the numerous entities involved. The Debtor will be able to file all required application to employ and fee applications within seven (7) days. Accordingly, the Debtor requests an extension of time until July 26, 2024.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy hereof was furnished to the United States Trustee and all interested parties, by CM/ECF electronic filing, this _19th_ day of July, 2024.

Law Offices of Mickler & Mickler, LLP

By: _/s/ Bryan K. Mickler_____
   BRYAN K. MICKLER
Attorney of Debtor
5452 Arlington Expressway
Jacksonville, Florida 32211
(904) 725-0822/FAX: 725-0855
Florida Bar No.: 091790