**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**In re:**

**GENIE INVESTMENTS NV INC.,**   Case Number: 3:24-bk-00496-BAJ
                                  Chapter 11

    **Debtor,**

_____/

**FIRST FEE APPLICATION OF HOLLAND & KNIGHT,**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of the Court at 300 North Hogan Street, Suite 3-150, Jacksonville, FL 32202 within 21 days from the date of the attached proof of service, plus an additional 3 days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or a hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY.

| | |
|---|---|
| Edward M. Fitzgerald, Esq. | Date: July 19, 2024 |
| Name of Applicant: | Holland & Knight LLP |
| Services Provided to: | Official Committee of Unsecured Creditors of Genie Investments NV Inc. |

| | |
|---|---|
| Date of Retention: | May 3, 2023 |
| Period for this Application: | May 3, 2023 through present |
| Amount of Compensation Sought: | $ 66,433 |
| Amount of Expense Reimbursement: | $ 270.06 |
| Total Compensation and Expenses Sought: | $ 66,703.06 |
| Amount of Original Retainer: | $ 10,000.00 |

This is the first fee application as counsel to the Official Committee of Unsecured Creditors of Genie Investments NV Inc.

## FEE SUMMARY

| | |
|---|---|
| TOTAL FEES REQUESTED IN THIS APPLICATION: | $ 66,433 |
| TOTAL EXPENSES REQUESTED IN THIS APPLICATION: | $ 270.06 |
| TOTAL REQUESTED IN THIS APPLICATION: | $ 66,703.06 |

| Name of Professional | Title | Hourly Rate | Total Hours Worked | Value |
|---|---|---|---|---|
| Edward Fitzgerald | Partner | $595 | 83.1 | $49,444.50 |
| Eric Reed | Partner | $595 | 2.8 | $1,666 |
| Keith Fendrick | Partner | $595 | .9 | $535.50 |
| Noel Boeke | Partner | $595 | 7.6 | $4,522 |
| Kameron Fleming | Associate | $395 | 25.4 | $10,033 |
| Angel Irizarry | Paralegal | $290 | .8 | $232 |

## COST SUMMARY

| Category | Value |
|---|---|
| Mileage Charges | $188.19 |
| Parking/Validation Stamps | $6.45 |
| Lexis | $75.42 |
| **TOTAL** | **$270.06** |

**APPLICATION**

Holland & Knight LLP ("**Holland & Knight**" or "**Applicant**"), as counsel for the Official Committee of Unsecured Creditors of Genie Investments NV Inc. (the "**Committee**"), hereby submits this application (the "**Application**") for allowance of fees and costs pursuant to Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court, Middle District of Florida, and states as follows:

**BACKGROUND**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On February 21, 2024, the Debtor commenced a voluntary case under chapter 11 of the Bankruptcy Code in this Court. The Debtor is. authorized to operate its businesses and manage its properties as Debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On April 24, 2024, the United States Trustee for the Middle District of Florida (the "**U.S. Trustee**"), pursuant to sections 1102(a) and (b) of title 11 of the Bankruptcy Code, filed a Notice of Appointment (Dkt. 71) and appointed the Committee to serve as the official committee of unsecured creditors for the Debtor and to represent the interests of all unsecured creditors in this Chapter 11 Case. The members appointed to the Committee are:

|   | Name | Company |
|---|------|---------|
| 1 | Lea Muse | Belle Maison Realty, LLC |
| 2 | Lisa Butkiewicz | Meetopolis LLC |
| 3 | Garrett Calaway | Autonomous Drone Solutions LLC dba Callaway Solutions |
| 4 | Micheal Thompson | Archer Capital Investments, LLC |
| 5 | Shilesh Patel | North Haven Lodging Partners LLC |

4. The Committee elected Lea Muse of Belle Maison Realty, LLC, as Chairperson of the Committee.

5. Following a meeting held the day prior, on May 3, 2024, the Committee notified Holland & Knight that it was selected to serve as its counsel with respect to this Chapter 11 Case.

6. On May 15, 2024, this Court entered its Order Granting, Authorizing and Approving the Employment of Holland & Knight as Counsel to the Official Committee of Unsecured Creditors of the Debtor Effective as of May 3, 2023 (Dkt. 94) (the "**Order**"). A copy of the Order is attached hereto as **Exhibit A**.

7. Holland & Knight has served in this capacity and has faithfully and diligently discharged the duties and responsibilities imposed by the Order.

6. This is Holland & Knight's first application for fees as counsel to the Committee.

7. Holland & Knight seeks fees in the amount of $66,433 and reimbursement of costs in the amount of $270.06 for expenses from May 3, 2024, to the present. Holland & Knight submits this Application as a summary of services performed, and states that the services rendered were reasonable and necessary to discharge its duties and responsibilities as counsel for the Committee.

8. Holland & Knight has attached its time and expense records as **Exhibit B** to this Application. These records reflect the services rendered on each date, the identity of the person rendering the service, and the time spent rendering the services. As reflected therein, Holland & Knight incurred a total of $66,703.06 for services rendered.

9. Holland & Knight, in the discharge of its duties and responsibilities pursuant to the Order, has rendered services to the Committee upon the Committee's request in order to discharge the Committee's responsibilities and further the interests of the Committee's constituents in this

Chapter 11 Case. Holland & Knight's services have included, assisting, advising and representing the Committee with respect to the following matters:

    a.    The administration of this Chapter 11 Case and the exercise of oversight with respect to the Debtor's affairs, including all issues in connection with the Debtor, the Committee and/or this Chapter 11 Case;

    b.    The preparation on behalf of the Committee of necessary applications, objections, memoranda, orders, reports, and other legal papers;

    c.    Appearances in Court, participation in meetings with the Court-Appointed Examiner Maria Yip to represent the interests of the Committee;

    d.    Investigation, directed by the Committee, of among other things, unencumbered assets, liabilities, and financial condition of the Debtor, prior transactions, and operational issues concerning the Debtor that may be relevant to this Chapter 11 Case;

    e.    Communications with the Committee's constituents in furtherance of its responsibilities, including, but not limited to, communications required under section 1102 of the Bankruptcy Code; and

    f.    The performance of all of the Committee's duties and powers under the Bankruptcy Code and the Bankruptcy Rules and the performance of such other services as are in the interests of those represented by the Committee.

## **FACTORS TO BE CONSIDERED**

10.    The professional services for which compensation is sought were rendered solely on behalf of the Committee in connection with this case, pursuant to the professional responsibility of Applicant as counsel to the Committee. None of the services for which compensation is requested were performed on behalf of any other person or entity. Neither Applicant nor any member of Applicant's firm is party to any agreement for the sharing of compensation in this case other than the agreement for sharing compensation among members of the law firm as expressly authorized by the Bankruptcy Code.

11. The hours spent and rates charged by Applicant are commensurate with attorneys performing similar services in the Middle District of Florida, specifically Jacksonville. The services rendered by Applicant with respect to the above-referenced case were beneficial at the time rendered and necessary. The services were performed in a reasonable amount of time with respect to the complexity, importance and nature of the problems, issues and tasks addressed. The compensation Applicant seeks is reasonable based upon customary compensation. Applicant has the experience, reputation and ability in the field of bankruptcy law, and commercial law, to justify an award in the amount requested. In addition, as detailed in the Committee's Application to Retain and Employ Applicant, Applicant's standard hourly rates were significantly discounted for this Chapter 11 case.

12. Holland & Knight submits this Application with the Court seeking allowance and payment for the fees and costs incurred in rendering services to the Committee in this proceeding.

WHEREFORE, Holland & Knight respectfully submits this application requesting approval and payment of its fees and expenses set forth herein and for such other relief as this Court deems proper.

Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

/s/ *Edward M. Fitzgerald*
Noel R. Boeke, Esq.
FL Bar Number: 151830
noel.boeke@hklaw.com
W. Keith Fendrick, Esq.
FL Bar Number: 612154
keith.fendrick@hklaw.com
100 North Tampa Street, Suite 4100
Tampa, FL 33602
Telephone: (813) 227-8500

and

        Edward M. Fitzgerald, Esq.
        FL Bar Number: 010391
        edward.fitzgerald@hklaw.com
        200 S. Orange Avenue, Suite 2600
        Orlando, FL 32801
        Telephone:  (407) 425-8500

        COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GENIE INVESTMENTS NV INC.

**DECLARATION**

1. I am a partner in the firm of Holland & Knight LLP. Holland & Knight was appointed by this Court as counsel for the Committee in the matter entitled *In re Genie Investments NV Inc.*, Case No. 3:24-bk-00496-BAJ.

2. Under penalties of perjury, I declare that the Application for Allowance of Attorneys' Fees filed in this cause and the exhibits thereto, are true and correct to the best of my knowledge, information, and belief.

Dated: July 19, 2024.

/s/ Edward M. Fitzgerald
**Edward M. Fitzgerald**
Florida Bar No. 010391