# EXHIBIT "B"

**HOLLAND & KNIGHT LLP**
Prebill Number: **4305391**
Billed Through Date: 07/17/24

**DUE BACK BY:**
Date: 07/23/2024
Client.Matter: 230768.00001

**Client:** 230768  The Official Committee of Unsecured Cred
**Matter:** 00001  Genie Investments NV - Fraud Victims Case
**Matter Rate Code:** 1 - Standard Rate
**Date Opened:** 05/21/24
**Frequency Code:** UR
**Class Code:** STD  Hourly

**Billing Attorney:** 50159  Fitzgerald, Edward M. (ORL)
**Responsible Attorney:** 50159  Fitzgerald, Edward M.

**Participating Attorney Information:**
46397  Reed, Eric Christopher  ORIG  40%
50159  Fitzgerald, Edward M.  ORIG  40%
80092  Boeke, Noel R.  ORIG  10%
90900  Fendrick, Keith  ORIG  10%
46397  Reed, Eric Christopher  RESP  25%
50159  Fitzgerald, Edward M.  RESP  50%
80092  Boeke, Noel R.  RESP  25%

[ ] BILL NO CHANGE           [ ] CLOSE MATTER        [ ] TOTAL WRITE OFF
[ ] BILL WITH EDITS          [ ] HOLD
[ ] DRAFT WITH EDITS         [ ] FINAL BILL

**Billing Attorney Signature:** _____

| PREBILL SUMMARY | AMOUNT | |
|---|---:|---|
| UNBILLED FEES | 66,433.00 | |
| UNBILLED DISBURSEMENTS | 270.06 | |
| **TOTAL UNBILLED** | **66,703.06** | |
| LESS TOTAL ON ACCOUNT CREDITS | -(0.00) | |
| **AVAILABLE TO INVOICE AFTER APPLICATION OF ON ACCOUNT CREDITS** | **$ 66,703.06** | |

| MATTER CREDITS | | AMOUNT TO APPLY |
|---|---:|---|
| TOTAL UNAPPLIED CASH | 0.00 | |
| TOTAL ON ACCOUNT CREDITS | 0.00 | |
| TOTAL TRUST RETAINER | 10,000.00 | |
| TOTAL TRUST - 3RD PARTY | 0.00 | |

**HOLLAND & KNIGHT LLP**                                    **DUE BACK BY:**
Prebill Number: **4305391**                                 Date: 07/23/2024
Billed Through Date: 07/17/24                               Client.Matter: 230768.00001

| MATTER BILLING HISTORY | | | | |
|---|---|---|---|---|
| | **YTD Fees** | **YTD Disbursements** | **YTD Tax** | **YTD Total** |
| Balance from Prior Years | $0.00 | $0.00 | $0.00 | $0.00 |
| Balance On Account from Prior Years | $0.00 | $0.00 | | $0.00 |
| Fees/Costs Billed | 0.00 | 0.00 | 0.00 | 0.00 |
| Less Fees/Costs Paid | 0.00 | 0.00 | 0.00 | 0.00 |
| Less Fees/Costs Written Off | 0.00 | 0.00 | 0.00 | 0.00 |
| Plus On Account Fees/Costs Billed | 0.00 | 0.00 | | 0.00 |
| Less On Account Fees/Costs Paid | 0.00 | 0.00 | | 0.00 |
| Less On Account Fees/Costs Written Off | 0.00 | 0.00 | | 0.00 |
| Net Due | $0.00 | $0.00 | $0.00 | $0.00 |

| LIFE TO DATE BILLING SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| | **Fees** | **Disbursements** | **Tax** | **On Account Fees** | **On Account Disbursements** | **Total** |
| Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Written-Off | 0.00 | 0.00 | | | | 0.00 |

**SUMMARY OF TASKS**

| Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 3.80 | 2,261.00 |
| B160 | Fee/Employment Applications | 15.50 | 8,382.50 |
| B190 | Other Contested Matters | 0.70 | 416.50 |
| B410 | General Bankruptcy Advice/Opinions | 13.50 | 5,572.50 |
| L120 | Analysis/Strategy | 68.60 | 40,817.00 |
| L160 | Settlement/Non-Binding ADR | 0.20 | 119.00 |
| L210 | Pleadings | 0.20 | 119.00 |
| L250 | Other Written Motions and Submissions | 6.60 | 3,927.00 |
| L350 | Discovery Motions | 8.90 | 3,515.50 |
| P280 | Other | 0.80 | 232.00 |
| P300 | Structure/Strategy/Analysis | 1.80 | 1,071.00 |
| | Total | 120.60 | $66,433.00 |

**SUMMARY OF TASKS – CUMULATIVE**
(Includes this Prebill)

| Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 6.80 | 2,261.00 |
| B160 | Fee/Employment Applications | 15.50 | 8,382.50 |

**HOLLAND & KNIGHT LLP**  
Prebill Number: **4305391**  
Billed Through Date: 07/17/24

**DUE BACK BY:**  
Date: 07/23/2024  
Client.Matter: 230768.00001

| Code | Description | Hours | Amount |
|---|---|---|---|
| B190 | Other Contested Matters | 0.70 | 416.50 |
| B410 | General Bankruptcy Advice/Opinions | 17.40 | 5,572.50 |
| L120 | Analysis/Strategy | 73.00 | 40,817.00 |
| L160 | Settlement/Non-Binding ADR | 0.20 | 119.00 |
| L210 | Pleadings | 0.20 | 119.00 |
| L250 | Other Written Motions and Submissions | 12.60 | 3,927.00 |
| L350 | Discovery Motions | 8.90 | 3,515.50 |
| P280 | Other | 6.30 | 232.00 |
| P300 | Structure/Strategy/Analysis | 1.80 | 1,071.00 |
|  | Total | 143.40 | $66,433.00 |

## TIMEKEEPER SUMMARY

| | | | Standard | | | Billed | | |
|---|---|---|---|---|---|---|---|---|
| Timekeeper | | Title | Hours | Rate | Amount | Hours | Rate | Amount |
| 47190 | Fleming, Kameron | Associate | 31.1 | 490.00 | 15,239.00 | 25.4 | 395.00 | 10,033.00 |
| 50159 | Fitzgerald, Edward M. | Non Equity Partner | 91.5 | 725.00 | 66,337.50 | 83.1 | 595.00 | 49,444.50 |
| 46397 | Reed, Eric Christopher | Non Equity Partner | 4.4 | 695.00 | 3,058.00 | 2.8 | 595.00 | 1,666.00 |
| 82262 | Irizarry, Angel L. | Paralegal | 0.8 | 420.00 | 336.00 | 0.8 | 290.00 | 232.00 |
| 80092 | Boeke, Noel R. | Equity Partner | 7.6 | 795.00 | 6,042.00 | 7.6 | 595.00 | 4,522.00 |
| 90900 | Fendrick, Keith | Equity Partner | 0.9 | 900.00 | 810.00 | 0.9 | 595.00 | 535.50 |
| | Total | | 136.3 | | $91,822.50 | 120.6 | | $66,433.00 |

## DISBURSEMENT SUMMARY

| Type | Description | Amount | Adjustment |
|---|---|---|---|
| LEXIS | Lexis | 75.42 | |
| MILEGE | Mileage Charges | 188.19 | |
| PARK | Parking/Validation stamps | 6.45 | |
| | **Total Disbursements** | **270.06** | |

## UNBILLED TIME DETAIL

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/03/24 | 98565350 | Fitzgerald, Edward M.**(ORL)** | Review issues regarding history of debtor and case filings.<br><br>L120 Analysis/Strategy   A104 Review/Analyze | 1.20 | 595.00 | 714.00 |
| 05/03/24 | 98565351 | Fitzgerald, Edward M.**(ORL)** | Begin working on application for Committee to retain H&K.<br><br>B160 Fee/Employment Applications   A103 Draft/Revise | 0.80 | 595.00 | 476.00 |
| 05/03/24 | 98565352 | Fitzgerald, Edward M.**(ORL)** | Conference with Committee regarding selection of H&K as counsel and initial case matters.<br><br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.50 | 595.00 | 297.50 |

**HOLLAND & KNIGHT LLP**  
Prebill Number: **4305391**  
Billed Through Date: 07/17/24

**DUE BACK BY:**  
Date: 07/23/2024  
Client.Matter: 230768.00001

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/06/24 | 97963620 | Boeke, Noel R.**(TPA)** | Conference call with committee members re strategy and issues.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.40 | 595.00 | 238.00 |
| 05/06/24 | 98021156 | Fitzgerald, Edward M.**(ORL)** | Review and strategize next steps for committee action.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.60 | 595.00 | 357.00 |
| 05/06/24 | 98565774 | Fitzgerald, Edward M.**(ORL)** | Review schedules and SoFA.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.60 | 595.00 | 357.00 |
| 05/06/24 | 98565775 | Fitzgerald, Edward M.**(ORL)** | Review status of debtor's arbitrations and litigation.<br>L120 Analysis/Strategy   A104 Review/Analyze | 1.20 | 595.00 | 714.00 |
| 05/06/24 | 98565776 | Fitzgerald, Edward M.**(ORL)** | Prepare for and attend call with committee.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.90 | 595.00 | 535.50 |
| 05/06/24 | 98565777 | Fitzgerald, Edward M.**(ORL)** | Prepare committee bylaws.<br>L120 Analysis/Strategy   A103 Draft/Revise | 1.20 | 595.00 | 714.00 |
| 05/08/24 | 97963621 | Boeke, Noel R.**(TPA)** | Review and revise retention papers.<br>B160 Fee/Employment Applications   A107 Communicate (other outside counsel) | 0.40 | 595.00 | 238.00 |
| 05/08/24 | 98021158 | Fitzgerald, Edward M.**(ORL)** | Continue to review case background and schedules.<br>B160 Fee/Employment Applications   A104 Review/Analyze | 1.50 | 595.00 | 892.50 |
| 05/08/24 | 98565778 | Boeke, Noel R.**(TPA)** | Follow-up with UST Scott Bomkamp re upcoming hearing and retainer/fee issues.<br>B160 Fee/Employment Applications   A107 Communicate (other outside counsel) | 0.10 | 595.00 | 59.50 |
| 05/08/24 | 98565779 | Boeke, Noel R.**(TPA)** | Telephone call with UST Scott Bomkamp re upcoming hearing and retainer/fee issues.<br>B160 Fee/Employment Applications   A107 Communicate (other outside counsel) | 0.20 | 595.00 | 119.00 |
| 05/08/24 | 98565783 | Fitzgerald, Edward M.**(ORL)** | Conference with committee members.<br>B160 Fee/Employment Applications   A106 Communicate (with client) | 0.50 | 595.00 | 297.50 |
| 05/08/24 | 98565784 | Fitzgerald, Edward M.**(ORL)** | Continue to draft application for H&K.<br>B160 Fee/Employment Applications   A103 Draft/Revise | 1.50 | 595.00 | 892.50 |
| 05/08/24 | 98565785 | Fitzgerald, Edward M.**(ORL)** | Prepare for upcoming hearing on pending applications.<br>B160 Fee/Employment Applications   A103 Draft/Revise | 0.50 | 595.00 | 297.50 |
| 05/09/24 | 97963624 | Boeke, Noel R.**(TPA)** | Analysis re causes of action, assets, and follow-up re upcoming hearing.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.40 | 595.00 | 238.00 |

**HOLLAND & KNIGHT LLP**  
Prebill Number: **4305391**  
Billed Through Date: 07/17/24

**DUE BACK BY:**  
Date: 07/23/2024  
Client.Matter: 230768.00001

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/09/24 | 98021151 | Fitzgerald, Edward M.**(ORL)** | Email to Debtor's counsel.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.20 | 595.00 | 119.00 |
| 05/09/24 | 98565897 | Fitzgerald, Edward M.**(ORL)** | Continue to draft application for retention and supporting exhibits.<br>B160 Fee/Employment Applications   A103 Draft/Revise | 2.40 | 595.00 | 1,428.00 |
| 05/09/24 | 98565898 | Fitzgerald, Edward M.**(ORL)** | Review case docket and recent filings.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.30 | 595.00 | 178.50 |
| 05/09/24 | 98565899 | Fitzgerald, Edward M.**(ORL)** | Conference with counsel for Examiner.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 0.50 | 595.00 | 297.50 |
| 05/10/24 | 98021152 | Fitzgerald, Edward M.**(ORL)** | Finalize and file application.<br>B160 Fee/Employment Applications   A103 Draft/Revise | 2.00 | 595.00 | 1,190.00 |
| 05/10/24 | 98565901 | Fitzgerald, Edward M.**(ORL)** | Prepare for hearing on Monday, May 13.<br>L120 Analysis/Strategy   A101 Plan and Prepare for | 0.30 | 595.00 | 178.50 |
| 05/10/24 | 98565902 | Fitzgerald, Edward M.**(ORL)** | Conference with counsel for examiner.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 0.30 | 595.00 | 178.50 |
| 05/13/24 | 97963625 | Boeke, Noel R.**(TPA)** | Follow-up re committee issues, causes of action and potential assets and recoveries, and direct committee information request and information sharing procedures.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.50 | 595.00 | 297.50 |
| 05/13/24 | 98021153 | Fitzgerald, Edward M.**(ORL)** | Prepare for and attend hearing on pending applications to employ professionals.<br>B160 Fee/Employment Applications   A110 Manage Data/Files | 0.60 | 595.00 | 357.00 |
| 05/13/24 | 98566216 | Fitzgerald, Edward M.**(ORL)** | Finalize order granting application to employ H&K .<br>B160 Fee/Employment Applications   A103 Draft/Revise | 0.40 | 595.00 | 238.00 |
| 05/13/24 | 98566217 | Fitzgerald, Edward M.**(ORL)** | Call and emails with committee member.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.40 | 595.00 | 238.00 |
| 05/14/24 | 98021154 | Fitzgerald, Edward M.**(ORL)** | Email communications with US Trustee regarding application.<br>B160 Fee/Employment Applications   A107 Communicate (other outside counsel) | 0.20 | 595.00 | 119.00 |
| 05/14/24 | 98566218 | Fitzgerald, Edward M.**(ORL)** | Review issues with committee members regarding case status and potential meeting with Examiner.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.50 | 595.00 | 297.50 |

# HOLLAND & KNIGHT LLP

Prebill Number: **4305391**
Billed Through Date: 07/17/24

**DUE BACK BY:**
Date: 07/23/2024
Client.Matter: 230768.00001

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/15/24 | 98021159 | Fitzgerald, Edward M.**(ORL)** | Review issues regarding objecting to motion to extend exclusivity period.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.50 | 595.00 | 297.50 |
| 05/15/24 | 98566219 | Fitzgerald, Edward M.**(ORL)** | Emails with counsel for examiner regarding retainer.<br>B160 Fee/Employment Applications   A107 Communicate (other outside counsel) | 0.20 | 595.00 | 119.00 |
| 05/15/24 | 98566220 | Fitzgerald, Edward M.**(ORL)** | Conference with committee member.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.30 | 595.00 | 178.50 |
| 05/20/24 | 97963520 | Boeke, Noel R.**(TPA)** | Analysis re outstanding issues and conference call with committee members re strategy and upcoming hearing.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.70 | 595.00 | 416.50 |
| 05/20/24 | 98088815 | Fitzgerald, Edward M.**(ORL)** | Continue drafting document request.<br>L120 Analysis/Strategy   A103 Draft/Revise | 0.50 | 595.00 | 297.50 |
| 05/20/24 | 98088817 | Fitzgerald, Edward M.**(ORL)** | Review issues regarding claims bar date.<br>L120 Analysis/Strategy   A102 Research | 0.20 | 595.00 | 119.00 |
| 05/20/24 | 98089084 | Fitzgerald, Edward M.**(ORL)** | Prepare for and attend conference call with committee.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 1.50 | 595.00 | 892.50 |
| 05/20/24 | 98089085 | Fitzgerald, Edward M.**(ORL)** | Prepare motion for order confirming procedures to respond to creditor inquiries.<br>L120 Analysis/Strategy   A103 Draft/Revise | 1.80 | 595.00 | 1,071.00 |
| 05/21/24 | 97960319 | Fendrick, Keith**(TPA)** | Analysis and input re options to deal with continuing state court actions.<br>B410 General Bankruptcy Advice/Opinions A105 Communicate (in firm) | 0.20 | 595.00 | 119.00 |
| 05/21/24 | 97963597 | Boeke, Noel R.**(TPA)** | Analysis re stay of action that related company is pursuing and potential derivative standing for the committee.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.30 | 595.00 | 178.50 |
| 05/21/24 | 97973282 | Reed, Eric Christopher**(ORL)** | Receive, review and respond to emails re: pursuing derivative actions.<br>B410 General Bankruptcy Advice/Opinions A105 Communicate (in firm) | 0.50 | 595.00 | 297.50 |
| 05/21/24 | 97981718 | Boeke, Noel R.**(TPA)** | Analysis re standing to bring actions and stopping related company from pursuing estate causes of action.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.30 | 595.00 | 178.50 |
| 05/21/24 | 98090774 | Fitzgerald, Edward M.**(ORL)** | Meeting with client to discuss pending issues.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.80 | 595.00 | 476.00 |

**HOLLAND & KNIGHT LLP**
Prebill Number: **4305391**
Billed Through Date: 07/17/24

**DUE BACK BY:**
Date: 07/23/2024
Client.Matter: 230768.00001

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/21/24 | 98090811 | Fitzgerald, Edward M.**(ORL)** | Review discovery issues and finalize initial informal request for documents.<br>L120 Analysis/Strategy   A103 Draft/Revise | 1.20 | 595.00 | 714.00 |
| 05/21/24 | 98091560 | Fitzgerald, Edward M.**(ORL)** | Continue drafting motion concerning access to records for creditors.<br>L120 Analysis/Strategy   A103 Draft/Revise | 0.90 | 595.00 | 535.50 |
| 05/21/24 | 98091814 | Fitzgerald, Edward M.**(ORL)** | Review pending lawsuits and arbitrations filed by Debtor.<br>L120 Analysis/Strategy   A104 Review/Analyze | 1.60 | 595.00 | 952.00 |
| 05/22/24 | 98092038 | Fitzgerald, Edward M.**(ORL)** | Continue to draft document request.<br>L120 Analysis/Strategy   A103 Draft/Revise | 0.60 | 595.00 | 357.00 |
| 05/22/24 | 98092043 | Fitzgerald, Edward M.**(ORL)** | Respond to client inquiries regarding discovery.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.40 | 595.00 | 238.00 |
| 05/23/24 | 98092153 | Fitzgerald, Edward M.**(ORL)** | Email communications with client regarding motion for approval.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.50 | 595.00 | 297.50 |
| 05/23/24 | 98092164 | Fitzgerald, Edward M.**(ORL)** | Finalize motion regarding procedures for responding to creditor inquiries.<br>L120 Analysis/Strategy   A103 Draft/Revise | 0.80 | 595.00 | 476.00 |
| 05/23/24 | 98092296 | Fitzgerald, Edward M.**(ORL)** | Review monthly operating report.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.50 | 595.00 | 297.50 |
| 05/23/24 | 98092776 | Fitzgerald, Edward M.**(ORL)** | Analysis of motion for approval of settlement.<br>L120 Analysis/Strategy   A104 Review/Analyze | 1.30 | 595.00 | 773.50 |
| 05/24/24 | 98002458 | Reed, Eric Christopher**(ORL)** | Receive, review and respond to emails re: committee issues and claims in bankruptcy.<br>B410 General Bankruptcy Advice/Opinions   A105 Communicate (in firm) | 0.50 | 595.00 | 297.50 |
| 05/24/24 | 98021098 | Fitzgerald, Edward M.**(ORL)** | Prepare email to Debtor's counsel regarding motion for approval of settlement.<br>L160 Settlement/Non-Binding ADR   A107 Communicate (other outside counsel) | 0.20 | 595.00 | 119.00 |
| 05/24/24 | 98028675 | Boeke, Noel R.**(TPA)** | Analyze Motion to Compromise Controversy and committee objection.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.20 | 595.00 | 119.00 |
| 05/24/24 | 98566441 | Boeke, Noel R.**(TPA)** | Participate in committee call.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 0.30 | 595.00 | 178.50 |
| 05/24/24 | 98566442 | Boeke, Noel R.**(TPA)** | Telephone call with Lea Muse re strategy.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.30 | 595.00 | 178.50 |

**HOLLAND & KNIGHT LLP**  
Prebill Number: **4305391**  
Billed Through Date: 07/17/24

**DUE BACK BY:**  
Date: 07/23/2024  
Client.Matter: 230768.00001

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/24/24 | 98567173 | Fitzgerald, Edward M.**(ORL)** | Finalize and file procedures motion.<br>B110 Case Administration   A103 Draft/Revise | 1.00 | 595.00 | 595.00 |
| 05/24/24 | 98567174 | Fitzgerald, Edward M.**(ORL)** | Conference with committee members regarding motion for approval of settlement and other matters.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 0.60 | 595.00 | 357.00 |
| 05/24/24 | 98567175 | Fitzgerald, Edward M.**(ORL)** | Analysis of potential objection to motion for approval of settlement.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.80 | 595.00 | 476.00 |
| 05/24/24 | 98567176 | Fitzgerald, Edward M.**(ORL)** | Review motion to approve settlement.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.50 | 595.00 | 297.50 |
| 05/28/24 | 98094890 | Fitzgerald, Edward M.**(ORL)** | Emails with US Trustee regarding motion for approval of settlement.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 0.30 | 595.00 | 178.50 |
| 05/28/24 | 98096042 | Fitzgerald, Edward M.**(ORL)** | Continue to review considerations related to motion for approval of settlement and potential grounds for objection.<br>L120 Analysis/Strategy   A104 Review/Analyze | 1.80 | 595.00 | 1,071.00 |
| 05/29/24 | 98097245 | Fitzgerald, Edward M.**(ORL)** | Prepare for and attend conference with committee members regarding motion for approval of settlement.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.80 | 595.00 | 476.00 |
| 05/29/24 | 98097251 | Fitzgerald, Edward M.**(ORL)** | Begin drafting objection to motion for approval.<br>L120 Analysis/Strategy   A103 Draft/Revise | 1.30 | 595.00 | 773.50 |
| 05/30/24 | 98094505 | Fitzgerald, Edward M.**(ORL)** | Prepare for and attend conference with counsel for Debtor concerning settlement with Velanos.<br>L120 Analysis/Strategy   A103 Draft/Revise | 0.90 | 595.00 | 535.50 |
| 05/30/24 | 98094761 | Fitzgerald, Edward M.**(ORL)** | Continue to draft objection to motion for approval of settlement.<br>L120 Analysis/Strategy   A103 Draft/Revise | 0.90 | 595.00 | 535.50 |
| 05/30/24 | 98095079 | Fitzgerald, Edward M.**(ORL)** | Multiple communications with committee members regarding motion for approval of settlement.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.50 | 595.00 | 297.50 |
| 05/31/24 | 98059852 | Fendrick, Keith**(TPA)** | Input re proposed settlement.<br>B110 Case Administration   A104 Review/Analyze | 0.20 | 595.00 | 119.00 |
| 05/31/24 | 98070356 | Reed, Eric Christopher**(ORL)** | Receive and review settlement agreement between Velanos and Genie.<br>P300 Structure/Strategy/Analysis   A104 Review/Analyze | 0.20 | 595.00 | 119.00 |

| | | HOLLAND & KNIGHT LLP | | | | DUE BACK BY: |
|---|---|---|---|---|---|---|

**HOLLAND & KNIGHT LLP**

Prebill Number: **4305391**
Billed Through Date: 07/17/24

**DUE BACK BY:**
Date: 07/23/2024
Client.Matter: 230768.00001

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/31/24 | 98077318 | Boeke, Noel R.**(TPA)** | Analysis re objection to Motion to Compromise Controversy re Velanos settlement.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.40 | 595.00 | 238.00 |
| 05/31/24 | 98098387 | Fitzgerald, Edward M.**(ORL)** | Multiple communications with committee members regarding motion for approval for settlement.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.60 | 595.00 | 357.00 |
| 06/03/24 | 98119775 | Boeke, Noel R.**(TPA)** | Review and analyze motion for protective order filed by Debtor.<br>B190 Other Contested Matters   A104 Review/Analyze | 0.10 | 595.00 | 59.50 |
| 06/03/24 | 98130030 | Reed, Eric Christopher**(ORL)** | Receive and review Debtor's Motion for Protective Order on discovery.<br>P300 Structure/Strategy/Analysis   A104 Review/Analyze | 0.10 | 595.00 | 59.50 |
| 06/03/24 | 98245038 | Fitzgerald, Edward M.**(ORL)** | Communications with committee regarding recent case filings.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.40 | 595.00 | 238.00 |
| 06/03/24 | 98245042 | Fitzgerald, Edward M.**(ORL)** | Continue drafting objection to motion for approval of settlement.<br>L120 Analysis/Strategy   A103 Draft/Revise | 1.20 | 595.00 | 714.00 |
| 06/03/24 | 98245177 | Fitzgerald, Edward M.**(ORL)** | Receipt and review of motion for protective order.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.50 | 595.00 | 297.50 |
| 06/04/24 | 98120696 | Boeke, Noel R.**(TPA)** | Review and analyze local rules for meeting and conferring prior to initiating dicovery dispoutes which debtor's counsel failed to do and consider response, and review objection to Velanos Motion to Compromise Controversy.<br>B190 Other Contested Matters   A104 Review/Analyze | 0.40 | 595.00 | 238.00 |
| 06/04/24 | 98245573 | Fitzgerald, Edward M.**(ORL)** | Review allegations of Committee member malfeasance.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.70 | 595.00 | 416.50 |
| 06/04/24 | 98245578 | Fitzgerald, Edward M.**(ORL)** | Conference with S. Bomkamp regarding allegations of Committee member malfeasance.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 0.30 | 595.00 | 178.50 |
| 06/04/24 | 98245727 | Fitzgerald, Edward M.**(ORL)** | Prepare for and attend Committee meeting.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 1.20 | 595.00 | 714.00 |
| 06/04/24 | 98245772 | Fitzgerald, Edward M.**(ORL)** | Finalize draft objection to motion for approval of settlement.<br>L250 Other Written Motions and Submissions   A103 Draft/Revise | 0.80 | 595.00 | 476.00 |

**HOLLAND & KNIGHT LLP**

Prebill Number: **4305391**
Billed Through Date: 07/17/24

**DUE BACK BY:**
Date: 07/23/2024
Client.Matter: 230768.00001

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/04/24 | 98245781 | Fitzgerald, Edward M.**(ORL)** | Research issues regarding Zoomeral and dissipation of estate assets to fund litigation against creditors.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.40 | 595.00 | 238.00 |
| 06/05/24 | 98129850 | Fendrick, Keith**(TPA)** | Input and analysis re pleadings and suggestions from committee.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.30 | 595.00 | 178.50 |
| 06/05/24 | 98130041 | Reed, Eric Christopher**(ORL)** | Review Objection to Motion to Approve Settlement with Velanos.<br>P300 Structure/Strategy/Analysis   A104 Review/Analyze | 0.30 | 595.00 | 178.50 |
| 06/05/24 | 98160915 | Boeke, Noel R.**(TPA)** | Review objection to Velanos Motion to Compromise Controversy.<br>L250 Other Written Motions and Submissions   A104 Review/Analyze | 0.10 | 595.00 | 59.50 |
| 06/05/24 | 98245946 | Fitzgerald, Edward M.**(ORL)** | Revise and file Objection to Motion for Approval of Settlement.<br>L250 Other Written Motions and Submissions   A103 Draft/Revise | 0.50 | 595.00 | 297.50 |
| 06/05/24 | 98245948 | Fitzgerald, Edward M.**(ORL)** | Multiple calls with Committee members regarding case status.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.60 | 595.00 | 357.00 |
| 06/05/24 | 98245953 | Fitzgerald, Edward M.**(ORL)** | Review issues regarding responding to Motion for Protective Order.<br>L250 Other Written Motions and Submissions   A104 Review/Analyze | 0.90 | 595.00 | 535.50 |
| 06/05/24 | 98245964 | Fitzgerald, Edward M.**(ORL)** | Continue to review issues regarding Debtor's Zommeral litigation.<br>L250 Other Written Motions and Submissions   A104 Review/Analyze | 0.30 | 595.00 | 178.50 |
| 06/06/24 | 98247958 | Fitzgerald, Edward M.**(ORL)** | Begin preparing for hearing on motions scheduled for argument on June 12, 2024.<br>L120 Analysis/Strategy   A101 Plan and Prepare for | 2.50 | 595.00 | 1,487.50 |
| 06/07/24 | 98153568 | Fleming, Kameron**(JAX)** | Begin drafting objection to Debtor's motion for protective order.<br>L350 Discovery Motions   A103 Draft/Revise | 3.90 | 395.00 | 1,540.50 |
| 06/08/24 | 98166444 | Fleming, Kameron**(JAX)** | Research citations to add to our objection to the Debtor's motion for protective order.<br>L350 Discovery Motions   A102 Research | 1.80 | 395.00 | 711.00 |
| 06/10/24 | 98172412 | Fleming, Kameron**(JAX)** | Complete drafting objection to Debtor's motion for protective order.<br>L350 Discovery Motions   A103 Draft/Revise | 3.20 | 395.00 | 1,264.00 |
| 06/10/24 | 98176373 | Fendrick, Keith**(TPA)** | Input and comments re form of response to be filed today for Wednesday's hearing.<br>L210 Pleadings   A104 Review/Analyze | 0.20 | 595.00 | 119.00 |

**HOLLAND & KNIGHT LLP**  
Prebill Number: **4305391**  
Billed Through Date: 07/17/24

**DUE BACK BY:**  
Date: 07/23/2024  
Client.Matter: 230768.00001

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/10/24 | 98247251 | Fitzgerald, Edward M.**(ORL)** | Receipt and review of motion to remove committee members.<br>L250 Other Written Motions and Submissions<br>A104 Review/Analyze | 0.40 | 595.00 | 238.00 |
| 06/10/24 | 98247265 | Fitzgerald, Edward M.**(ORL)** | Analysis of response and opposition to motion for removal of committee members.<br>L250 Other Written Motions and Submissions<br>A104 Review/Analyze | 1.10 | 595.00 | 654.50 |
| 06/10/24 | 98247275 | Fitzgerald, Edward M.**(ORL)** | Review and revise opposition to motion for protective order.<br>L250 Other Written Motions and Submissions<br>A104 Review/Analyze | 1.80 | 595.00 | 1,071.00 |
| 06/10/24 | 98247350 | Fitzgerald, Edward M.**(ORL)** | Prepare update to Committee members.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.30 | 595.00 | 178.50 |
| 06/10/24 | 98247355 | Fitzgerald, Edward M.**(ORL)** | Communications with counsel for M. Yip regarding upcoming hearing and Examiner's report.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 0.30 | 595.00 | 178.50 |
| 06/11/24 | 98187960 | Reed, Eric Christopher**(ORL)** | Receive and review Committee's Objection to the Debtor's Motion for Protective Order, and Debtor's Motion to Remove Committee Members; Receive and review email from client re: same.<br>P300 Structure/Strategy/Analysis   A104 Review/Analyze | 0.10 | 595.00 | 59.50 |
| 06/11/24 | 98248023 | Fitzgerald, Edward M.**(ORL)** | Plan and prepare for upcoming hearing on motions scheduled for argument on 6/12/2024.<br>L120 Analysis/Strategy   A101 Plan and Prepare for | 2.50 | 595.00 | 1,487.50 |
| 06/11/24 | 98248123 | Fitzgerald, Edward M.**(ORL)** | E-mail communications with R. Davis and M. Yip regarding conference with creditor.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 0.40 | 595.00 | 238.00 |
| 06/12/24 | 98194318 | Fitzgerald, Edward M.**(ORL)** | Travel to hearing (in-person attendance mandatory per Court rules).<br>L120 Analysis/Strategy   A109 Appear for/Attend | 2.80 | 595.00 | 1,666.00 |
| 06/12/24 | 98194322 | Fitzgerald, Edward M.**(ORL)** | Attend hearing on motion for protective order, motion to approve settlement, motion for committee information guidelines, and motion to remove committee members.<br>L120 Analysis/Strategy   A109 Appear for/Attend | 0.80 | 595.00 | 476.00 |
| 06/12/24 | 98194325 | Fitzgerald, Edward M.**(ORL)** | Travel from hearing (in person attendance mandatory per Court rules).<br>L120 Analysis/Strategy   A109 Appear for/Attend | 2.80 | 595.00 | 1,666.00 |
| 06/12/24 | 98194329 | Fitzgerald, Edward M.**(ORL)** | Conference with Maria Yip and Hal Levenberg.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 0.50 | 595.00 | 297.50 |

**HOLLAND & KNIGHT LLP**  
Prebill Number: **4305391**  
Billed Through Date: 07/17/24

**DUE BACK BY:**  
Date: 07/23/2024  
Client.Matter: 230768.00001

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/13/24 | 98246814 | Fitzgerald, Edward M.**(ORL)** | Prepare proposed order granting Committee motion regarding access to materials and protocols for requests.<br>L250 Other Written Motions and Submissions   A103 Draft/Revise | 0.50 | 595.00 | 297.50 |
| 06/18/24 | 98276111 | Boeke, Noel R.**(TPA)** | Analysis re claim objections.<br>B190 Other Contested Matters   A104 Review/Analyze | 0.10 | 595.00 | 59.50 |
| 06/20/24 | 98407413 | Fitzgerald, Edward M.**(ORL)** | Multiple conferences and emails with Committee chair.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 1.10 | 595.00 | 654.50 |
| 06/24/24 | 98408069 | Fitzgerald, Edward M.**(ORL)** | Email communications with Debtor's counsel regarding discovery issues.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 0.90 | 595.00 | 535.50 |
| 06/24/24 | 98408075 | Fitzgerald, Edward M.**(ORL)** | Review discovery response deficiency issues.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 1.30 | 595.00 | 773.50 |
| 06/25/24 | 98409002 | Fitzgerald, Edward M.**(ORL)** | Prepare for and attend conference call with Debtor's counsel.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 0.40 | 595.00 | 238.00 |
| 06/25/24 | 98409006 | Fitzgerald, Edward M.**(ORL)** | E-mail to M. Yip regarding status of report.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 0.20 | 595.00 | 119.00 |
| 06/25/24 | 98409015 | Fitzgerald, Edward M.**(ORL)** | Conference with committee chair.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.30 | 595.00 | 178.50 |
| 06/25/24 | 98409020 | Fitzgerald, Edward M.**(ORL)** | Review issues regarding potential clawback actions.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.40 | 595.00 | 238.00 |
| 06/26/24 | 98409630 | Fitzgerald, Edward M.**(ORL)** | E-mail to Examiner regarding information relevant to her report.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 0.20 | 595.00 | 119.00 |
| 06/27/24 | 98409428 | Fitzgerald, Edward M.**(ORL)** | Conference with Committee chair regarding case status and pending Examiner's report.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.30 | 595.00 | 178.50 |
| 06/28/24 | 98373130 | Fitzgerald, Edward M.**(ORL)** | Receipt and review of Examiner's Report and analysis of next steps.<br>L120 Analysis/Strategy   A104 Review/Analyze | 2.20 | 595.00 | 1,309.00 |
| 07/01/24 | 98407368 | Reed, Eric Christopher**(ORL)** | Receive and review examiner's report.<br>P300 Structure/Strategy/Analysis   A104 Review/Analyze | 0.50 | 595.00 | 297.50 |

**HOLLAND & KNIGHT LLP**  
Prebill Number: **4305391**  
Billed Through Date: 07/17/24

**DUE BACK BY:**  
Date: 07/23/2024  
Client.Matter: 230768.00001

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/01/24 | 98419018 | Fitzgerald, Edward M.**(ORL)** | Plan and prepare for call with Debtor's counsel regarding discovery issues.<br>L120 Analysis/Strategy   A101 Plan and Prepare for | 0.20 | 595.00 | 119.00 |
| 07/01/24 | 98419021 | Fitzgerald, Edward M.**(ORL)** | Plan and prepare for status conference on July 8.<br>L120 Analysis/Strategy   A101 Plan and Prepare for | 0.70 | 595.00 | 416.50 |
| 07/01/24 | 98419025 | Fitzgerald, Edward M.**(ORL)** | Plan and prepare for Committee meeting.<br>L120 Analysis/Strategy   A101 Plan and Prepare for | 0.40 | 595.00 | 238.00 |
| 07/02/24 | 98425916 | Boeke, Noel R.**(TPA)** | Analysis re chapter 11 trustee appointment and then attend conference call with committee members to discuss same.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 1.20 | 595.00 | 714.00 |
| 07/02/24 | 98550787 | Fitzgerald, Edward M.**(ORL)** | Prepare for and conduct meeting of creditor committee.<br>B110 Case Administration   A106 Communicate (with client) | 1.10 | 595.00 | 654.50 |
| 07/02/24 | 98550789 | Fitzgerald, Edward M.**(ORL)** | Conference with US Trustee's office regarding Examiner's Report.<br>B110 Case Administration   A107 Communicate (other outside counsel) | 0.40 | 595.00 | 238.00 |
| 07/03/24 | 98550637 | Fitzgerald, Edward M.**(ORL)** | Conference with US Trustees office regarding Examiner Report.<br>B110 Case Administration   A107 Communicate (other outside counsel) | 0.20 | 595.00 | 119.00 |
| 07/03/24 | 98550646 | Fitzgerald, Edward M.**(ORL)** | Conference with Examiner regarding records transfer.<br>B110 Case Administration   A107 Communicate (other outside counsel) | 0.20 | 595.00 | 119.00 |
| 07/08/24 | 98512888 | Fitzgerald, Edward M.**(ORL)** | Prepare for and attend status conference.<br>L120 Analysis/Strategy   A109 Appear for/Attend | 1.30 | 595.00 | 773.50 |
| 07/09/24 | 98477005 | Fleming, Kameron**(JAX)** | Begin drafting Holland & Knight's first interim application for compensation.<br>B160 Fee/Employment Applications   A103 Draft/Revise | 2.10 | 395.00 | 829.50 |
| 07/09/24 | 98478076 | Boeke, Noel R.**(TPA)** | Analysis re recovery from brokers.<br>B190 Other Contested Matters   A104 Review/Analyze | 0.10 | 595.00 | 59.50 |
| 07/09/24 | 98481392 | Reed, Eric Christopher**(ORL)** | Review documents in support of examiner's report.<br>P300 Structure/Strategy/Analysis   A104 Review/Analyze | 0.60 | 595.00 | 357.00 |
| 07/09/24 | 98484311 | Irizarry, Angel L.**(ORL)** | Review Genie Investments - Examiner Files; convert documents as needed; review and respond to email correspondence. | 0.80 | 290.00 | 232.00 |

**HOLLAND & KNIGHT LLP**
Prebill Number: **4305391**
Billed Through Date: 07/17/24

**DUE BACK BY:**
Date: 07/23/2024
Client.Matter: 230768.00001

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | P280 Other   A110 Manage Data/Files | | | |
| 07/09/24 | 98549412 | Fitzgerald, Edward M.**(ORL)** | Review bank records and other documents produced by Examiner supporting her Report.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.90 | 595.00 | 535.50 |
| 07/09/24 | 98549413 | Fitzgerald, Edward M.**(ORL)** | Review issues regarding submission of fee application.<br>L250 Other Written Motions and Submissions A104 Review/Analyze | 0.20 | 595.00 | 119.00 |
| 07/10/24 | 98490717 | Fleming, Kameron**(JAX)** | Research grounds to prevent Zoomeral from proceeding against creditors in separate litigation, under eleventh circuit case law.<br>B410 General Bankruptcy Advice/Opinions A102 Research | 2.50 | 395.00 | 987.50 |
| 07/10/24 | 98490722 | Fleming, Kameron**(JAX)** | Analyze Kristin Stegent's motion and various bankruptcy filings to strategize regarding grounds to prevent Zoomeral from proceeding against creditors in separate litigation.<br>B410 General Bankruptcy Advice/Opinions A102 Research | 1.70 | 395.00 | 671.50 |
| 07/10/24 | 98491107 | Boeke, Noel R.**(TPA)** | Analysis re options and jurisdiction to enjoin Zoomeral lawsuit.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.30 | 595.00 | 178.50 |
| 07/10/24 | 98549686 | Fitzgerald, Edward M.**(ORL)** | Review and research grounds to support injunction against zoomeral lawsuits.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.60 | 595.00 | 357.00 |
| 07/11/24 | 98504303 | Fleming, Kameron**(JAX)** | Complete drafting fee application, notice of fee application, and exhibits.<br>B160 Fee/Employment Applications   A103 Draft/Revise | 2.10 | 395.00 | 829.50 |
| 07/11/24 | 98504362 | Fleming, Kameron**(JAX)** | Meet and confer with internal team regarding case strategy.<br>B410 General Bankruptcy Advice/Opinions A105 Communicate (in firm) | 0.50 | 395.00 | 197.50 |
| 07/11/24 | 98505989 | Boeke, Noel R.**(TPA)** | Analysis re options for dealing with Zoomeral actions against creditors and consider impediments thereto and strategy in support thereof, as well as options for pursuing brokers.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.80 | 595.00 | 476.00 |
| 07/11/24 | 98511412 | Fitzgerald, Edward M.**(ORL)** | Internal HK conference regarding upcoming August 8 hearing.<br>L120 Analysis/Strategy   A105 Communicate (in firm) | 0.50 | 595.00 | 297.50 |
| 07/11/24 | 98551195 | Fitzgerald, Edward M.**(ORL)** | Review potential causes of action to recover transfers to insiders.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.50 | 595.00 | 297.50 |
| 07/12/24 | 98551727 | Fitzgerald, Edward M.**(ORL)** | Receipt and review of renewed motion to appoint chapter 11 trustee.<br>B110 Case Administration   A104 | 0.50 | 595.00 | 297.50 |

**HOLLAND & KNIGHT LLP**
Prebill Number: **4305391**
Billed Through Date: 07/17/24

**DUE BACK BY:**
Date: 07/23/2024
Client.Matter: 230768.00001

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Review/Analyze | | | |
| 07/12/24 | 98551730 | Fitzgerald, Edward M.**(ORL)** | E-mail to committee members regarding renewed motion to appoint chapter 11 trustee.<br>B110 Case Administration   A106 Communicate (with client) | 0.20 | 595.00 | 119.00 |
| 07/15/24 | 98536135 | Fleming, Kameron**(JAX)** | Begin full review of findings in examiners report to use in outline of arguments for why Zoomeral is an insider draining estate funds.<br>B410 General Bankruptcy Advice/Opinions   A102 Research | 1.70 | 395.00 | 671.50 |
| 07/15/24 | 98536146 | Fleming, Kameron**(JAX)** | Examine filings in Miami-Dade County case to add info to outline of arguments for why Zoomeral is an insider draining estate funds.<br>B410 General Bankruptcy Advice/Opinions   A102 Research | 0.50 | 395.00 | 197.50 |
| 07/15/24 | 98536191 | Fleming, Kameron**(JAX)** | Begin researching the various bankruptcy court definitions of non-statutory insider to add to outline of arguments for why Zoomeral is an insider draining estate funds.<br>B410 General Bankruptcy Advice/Opinions   A102 Research | 1.20 | 395.00 | 474.00 |
| 07/15/24 | 98543334 | Fitzgerald, Edward M.**(ORL)** | Plan and prepare for August 8 hearing on Trustee motion and motion for protective order.<br>L120 Analysis/Strategy   A101 Plan and Prepare for | 0.50 | 595.00 | 297.50 |
| 07/16/24 | 98553998 | Fleming, Kameron**(JAX)** | Research cases showing examples of statutory insidership status exhibited through shared ownership for outline of arguments explaining that Zoomeral is an insider of the Debtor.<br>B410 General Bankruptcy Advice/Opinions   A102 Research | 1.80 | 395.00 | 711.00 |
| 07/16/24 | 98554025 | Fleming, Kameron**(JAX)** | Complete researching the various bankruptcy court definitions/explanations of non-statutory insider to add to outline of arguments for why Zoomeral is an insider.<br>B410 General Bankruptcy Advice/Opinions   A102 Research | 0.50 | 395.00 | 197.50 |
| 07/16/24 | 98554027 | Fleming, Kameron**(JAX)** | Complete full review of findings in examiners report and add excerpts to outline of arguments for why Zoomeral is an insider draining estate funds.<br>B410 General Bankruptcy Advice/Opinions   A102 Research | 0.70 | 395.00 | 276.50 |
| 07/16/24 | 98554034 | Fleming, Kameron**(JAX)** | Complete outline of arguments asserting that Zoomeral is an insider, to be used in subsequent hearings and filings.<br>B410 General Bankruptcy Advice/Opinions   A102 Research | 1.20 | 395.00 | 474.00 |
| | | | **Total** | **120.60** | | **$66,433.00** |

**H&K Confidential**

Page 15

**HOLLAND & KNIGHT LLP**                                                     **DUE BACK BY:**
Prebill Number: **4305391**                                                   Date: 07/23/2024
Billed Through Date: 07/17/24                                     Client.Matter: 230768.00001

**UNBILLED DISBURSEMENT DETAIL**

| Date | Cost ID | Cost Description | Narrative | Amount |
|---|---|---|---|---|
| 06/12/24 | 52238987 | MILEGE  Mileage Charges | Vendor: Edward Fitzgerald Invoice#: 6738803206181206 Date: 6/13/2024   -  - Edward M Fitzgerald; Mileage; Attend Preliminary Hearing on Motion for Removal of Members of Creditors Committee Due to Breach of Fiduciary Duty; 06/12/2024 | 188.19 |
| 06/12/24 | 52238988 | PARK  Parking/Validation stamps | Vendor: Edward Fitzgerald Invoice#: 6738803206181206 Date: 6/13/2024   -  - Edward M Fitzgerald; Parking; Courthouse parking; 06/12/2024 | 6.45 |
| 07/10/24 | 52265181 | LEXIS  Lexis | Lexis-ONLINE TIME-2024-07-10 | 75.42 |
| | | | **Total** | **270.06** |
| | | | **MATTER TOTAL** | **$66,703.06** |

**HOLLAND & KNIGHT LLP**                      **DUE BACK BY:**
Prebill Number: **4305391**                      Date: 07/23/2024
Billed Through Date: 07/17/24                  Client.Matter: 230768.00001

## BILLING DETAILS

Bill Address

The Official Committee of Unsecured Cred
Attn: Lea Muse
1133 E 83rd Street, Unit 171
Chicago, IL  60619

| | | |
|---|---|---|
| **Bill Narrative:** Genie Investments NV - Fraud Victims Case | | |
| **Client Notes:** | | |
| **Matter Notes:** Noel Boeke $595<br>Edward Fitzgerald $595<br>Eric Chris Reed $595<br>Keith Fendrick $595 | | |
| **Frequency Code:** UR | **Is EBilled?** N | |
| **Class Code:** STD Hourly | **EBilling Vendor:** 0 - | |
| | **EBilling ID:** | |
| | **Large Client:** | |

| Matter Options: | | |
|---|---|---|
| Time Detail | 25 | Date,Name,Desc,Hours,Rate,Amount |
| Time Summary | 14 | Name,Title,Hours,Rate,Amount |
| Display Discount | 2 | Yes - Show Adjustment As A Discount |
| AR | 5 | Outstanding Inv Summary, total due amt |
| Payment Terms | 2 | Due on Receipt |
| Display Remittance | 2 | Include Remittance Pg (with wire info) |
| Retainer Payment | N | None |
| BNC Hours | 2 | Display Work Hours for BNC (default) |
| Cost Formats | 2 | Date, Desc,Amt-sum ccodes (Default) |
| Task Summary | 1 | No Task Summary |
| Trust Summary Detail | 1 | No Summary or Detail |
| Multi-Payor Summary | 1 | ALL Multipayors and % |
| Year-to-Date\Life-to-Date | 1 | No YTD or LTD Info (Default) |
| Copies | 1 | |
| Latin American Bill Rule | | |
| COP Flat Fee Amount | | 0.00 |
| USD Flat Fee Amount | | 0.00 |
| Invoice Email | | lea.bellrealty@gmail.com |
| Invoice Email Rule | 2 | Yes - Email to Biller to review |

| Payor | Percentage |
|---|---|
| The Official Committee of Unsecured Cred | 100.00% |

**HOLD NOTES:**