**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

GENIE INVESTMENTS NV, INC.

                                                    Case No.: 3:24-bk-00496-BAJ

        Debtor

_____/

**NOTICE OF PRELIMINARY HEARING**

NOTICE IS GIVEN THAT:

1.  A preliminary hearing in this case will be held on before Honorable Jason A. Burgess on

    **August 8, 2024 at 9:00 a.m.** Jacksonville, FL - Courtroom 4A, 4th Floor, Bryan Simpson

    United States Courthouse, 300 N. Hogan Street, on the following matter:

    Re: Objection to Claim(s). Claim 29 of Autonomous Drone Solutions.
    Contains negative notice. Doc [132].

2.  All parties may attend the hearing in person.   Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom or telephone available at (Procedures Governing Court Appearances – Jacksonville). If the Court permits appearances by Zoom, the Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866-582-6878) by 5:00 p.m. the business day preceding the hearing.

3.  The Court may continue this matter upon announcement made in open court without further notice.

4.  Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

Dated: July 21, 2024

                                         Law Offices of Mickler & Mickler, LLP

                                         By:_/s/ Bryan K. Mickler_____
                                             Bryan K. Mickler
                                         Florida Bar No. 091790
                                         Attorney for the Debtor
                                         5452 Arlington Expressway
                                         Jacksonville, FL 32211
                                         (904) 725-0822 / (904) 725-0855 FAX
                                         bkmickler@planlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I DO HEREBY CERTIFY that a copy of the foregoing was furnished to United States Trustee and to Autonomous Drone Solutions, dba Calaway Solutions, c/o Garrett Vinson Calaway, CEO/Managing Agent, 7180 S. Hudson Circle, Centennial, CO 80122-7180; by either US Mail, postage prepaid and/or CM/ECF electronic filing; this 21st day of July, 2024.


By:___*/s/ Bryan K. Mickler*____ ____
        BRYAN K. MICKLER