**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV, INC.
        Debtor

Case No.: 3:24-bk-00496-BAJ
Chapter 11

## APPLICATION TO EMPLOY ACCOUNTANT/BOOKKEPPER

TO:  The Honorable JASON A. BURGESS, Bankruptcy Judge

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Clerk of the Court at 300 N. Hogan St., Ste. 3-150, Jacksonville, FL 32202 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

      Upon this Application, the above captioned Debtor respectfully represents:

      1.  On February 21, 2024, the applicant filed a Petition for reorganization under Chapter 11 Subchapter V of the Bankruptcy Code.

      2.  Applicant wishes to employ SUSAN RAY as an Accountant/Bookkeeper.

      3.  Applicant has selected this an accountant/bookkeeper for the reason that she has had

experience in matters of this character, and applicant believes her to be well-qualified to represent the applicant in this proceeding.

4. The professional services which this accountant/bookkeeper is to render include preparation of the monthly operating reports and bookkeeping services. Attached to this Application is the proposed compensation in the amount of $150.00 per month for the preparation of the monthly operating reports and bookkeeping services going forward and the affidavit of the proposed CPA. There was no money owed to this accountant pre-petition and a $0.00 retainer to be paid post-petition.

5. Applicant wishes to employ this accountant/bookkeeper because of the extensive accounting services necessary to prepare the return which applicant anticipates will be required.

6. To the best of the applicant's knowledge, this accountant/bookkeeper has no interest adverse to the applicant or the estate (except as otherwise disclosed) in any of the matters upon which the accountant/bookkeeper is to be engaged and the employment would be in the best interest of this estate.

WHEREFORE, applicant prays that it be authorized to employ SUSAN RAY, as the accountant/bookkeeper for the debtor in this case and that said accountant be awarded compensation upon application to the Court for services rendered.

Law Offices of Mickler & Mickler, LLP

By:__/s/ Bryan K. Mickler_____
    Bryan K. Mickler
Attorney for Debtor(s)
5452 Arlington Expressway
Jacksonville, FL   32211
(904) 725-0822/Fax (904) 725-0855
Florida Bar No. 091790
bkmickler@planlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof was furnished to The United States Trustee and all interested parties per the attached matrix, by U.S. Mail and/or CM/ECF filing, this __22nd_ day of July, 2024.

/s/ Bryan K. Mickler
Attorney

docs\bankrupt\chap11\employ.cpa

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.
      Debtor.

Case No.: 3:24-bk-00496-BAJ

Chapter 11

**AFFIDAVIT IN SUPPORT OF DEBTOR'S APPLICATION, PURSUANT TO 11 U.S.C. §327(a) AND FED.R. BANKR. P. 2014 AND 2016, FOR EMPLOYMENT OF SUSAN RAY FOR THE DEBTOR**

STATE OF FLORIDA

COUNTY OF DUVAL

    BEFORE ME, the Undersigned Authority, personally appeared Susan Ray, who after first being duly deposed and sworn, says:

    1.    I, Susan Ray, am a bookkeeper, and am over the age of 18, and have personal knowledge of the information contained in this affidavit.

    2.    I have my principal office located at 4314 Argentina Circle, Pasadena, TX 77504.

    3.    To the best of my knowledge, I do not represent any interests adverse to the Debtor or the above captioned estate.

    4.    I do not have any connection with the Office of the United States Trustee or those employed by the Office of the United States Trustee.

    5.    I am a disinterested person.

    6.    The Debtor desires to retain me to provide the Monthly Operating Reports and bookkeeping services in this Chapter 11 case. The remaining MORs will be billed at $150.00

per month. The Debtor does not have an outstanding balance with the Firm owing prior to the Petition Date.

      FURTHER AFFIANT SAYTH NOT

I declare (or certify, verify, or state) under penalty of that the foregoing is true and correct. Executed on July 16, 2024.

                                                              SUSAN RAY