**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV, INC.
        Debtor

Case No.: 3:24-bk-00496-BAJ
Chapter 11

**APPLICATION TO EMPLOY CERTIFIED PUBLIC ACCOUNTANT**

TO:   The Honorable JASON A. BURGESS, Bankruptcy Judge

## NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Clerk of the Court at 300 N. Hogan St., Ste. 3-150, Jacksonville, FL 32202 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

      Upon this Application, the above captioned Debtor respectfully represents:

      1.  On February 21, 2024, the applicant filed a Petition for reorganization under Chapter 11 Subchapter V of the Bankruptcy Code.

      2.  Applicant wishes to employ JIMMY D. CHAMBERS, CPA as a Certified Public Accountant duly qualified to practice in the State of Florida.

3. Applicant has selected this Certified Public Accountant for the reason that he has had experience in matters of this character, and applicant believes him to be well-qualified to represent the applicant in this proceeding.

4. The professional services which this Certified Public Accountant is to render include preparation of the Debtor's Federal Income Tax Return Preparations and accounting services. Attached to this Application is the proposed compensation in the amount of $185.00 an hour for Federal Income Tax Return Preparations and accounting services going forward and the affidavit of the proposed CPA. There was no money owed to this accountant pre-petition and a $0.00 retainer to be paid post-petition.

5. Applicant wishes to employ this Certified Public Accountant because of the extensive accounting services necessary to prepare the return which applicant anticipates will be required.

6. To the best of the applicant's knowledge, this Certified Public Accountant has no interest adverse to the applicant or the estate (except as otherwise disclosed) in any of the matters upon which the Certified Public Accountant is to be engaged and the employment would be in the best interest of this estate.

WHEREFORE, applicant prays that it be authorized to employ JIMMY D. CHAMBERS, CPA as the Certified Public Accountant for the debtor in this case and that said accountant be awarded compensation upon application to the Court for services rendered.

Law Offices of Mickler & Mickler, LLP

By:__/s/ Bryan K. Mickler_____
    Bryan K. Mickler
Attorney for Debtor(s)
5452 Arlington Expressway
Jacksonville, FL   32211
(904) 725-0822/Fax (904) 725-0855
Florida Bar No. 091790

bkmickler@planlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof was furnished to The United States Trustee and all interested parties per the attached matrix, by U.S. Mail and/or CM/ECF filing, this __22nd_ day of July, 2024.

/s/ Bryan K. Mickler
Attorney

docs\bankrupt\chap11\employ.cpa

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 3:24-bk-00496-BAJ |
| GENIE INVESTMENTS NV, INC. | Chapter 11 |
| Debtor. | |

**AFFIDAVIT IN SUPPORT OF DEBTOR'S APPLICATION, PURSUANT TO 11 U.S.C. §327(a) AND FED.R. BANKR. P. 2014 AND 2016, FOR EMPLOYMENT OF JIMMY D. CHAMBERS, AS CPA FOR THE DEBTOR**

STATE OF TEXAS

COUNTY OF ORANGE

BEFORE ME, the Undersigned Authority, personally appeared Jimmy D. Chambers, CPA, who after first being duly deposed and sworn, says:

1. I, Jimmy D. Chambers, am a Certified Public Accountant ("CPA") duly licensed with the Texas State Board of Public Accountancy ("BOA"), and am over the age of 18, and have personal knowledge of the information contained in this affidavit.

2. I have my principal office located at 7200 Hwy 87 N., Orange, TX 77632. The Firm employs no other CPAs nor any other qualified accountants who may participate in this Chapter 11 case on behalf of the Debtor.

3. To the best of my knowledge, neither I nor any of the other CPAs with the Firm represent any interests adverse to the Debtor or the above captioned estate; but I and the Firm may represent one or more of the Debtor's creditors providing financial and accounting services, consulting, tax services, or other related financial services in the ordinary course of the Firm's business.

1

4.  Neither I nor any of the CPAs have any connection with the Office of the United States Trustee or those employed by the Office of the United States Trustee other than professional dealings with respect to Chapter 11 and Chapter 7 cases and related adversaries currently pending before the Court and as typical in providing accounting services.

5.  I am a disinterested person. To the best of my knowledge, the Firm is disinterested as well.

6.  The Debtor desires to retain the Firm to provide the Federal Income Tax Return Preparations and accounting services in this Chapter 11 case. The fees for these services will be billed at an hourly rate of $185. The Debtor does not have an outstanding balance with the Firm owing prior to the Petition Date.

FURTHER AFFIANT SAYTH NOT

I declare (or certify, verify, or state) under penalty of that the foregoing is true and correct. Executed on July 16, 2024.

_JChambers, CPA_
JIMMY D. CHAMBERS, CPA