**ORDERED.**

Dated: July 22, 2024

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: GENIE INVESTMENTS NV, INC.

                                                          CASE NO.: 3:24-bk-00496-BAJ

      Debtor (s).

_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME WITHIN WHICH**
**TO FILE ATTORNEY AND CPA/ACCOUNTANT APPLICATIONS TO EMPLOY AND**
**FEE APPLICATIONS**

This case is before the Court without a hearing upon the Motion by the Debtor for an Extension of Time Within Which To file Attorney and CPA/Accountant Applications to Employ and Fee Applications (Doc. No. 171). Upon consideration, it is

ORDERED

1. The Debtor's Motion is Granted.

2. The Debtor is allowed until July 26, 2024 to file the Attorney and CPA/Accountant Applications to Employ and Fee Applications.

Attorney Bryan K. Mickler is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.