**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS, INC.

        Debtor(s).

Case No.: 3:24-bk-00496-BAJ
Chapter 11

**INTERIM APPLICATION OF WALKER LAW OFFICE, LLC FOR COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL**
**TO THE DEBTOR FOR THE PERIOD**
**FROM APRIL 16, 2024 THROUGH JULY 8, 2024**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

Walker Law Office, LLC, Attorney for Debtor in this Case for ("Applicant") has filed an application for compensation in the amount of $24,075.97 and reimbursement of expenses in the amount of $0.00 (the "Application"). A copy of the Application may be viewed on the case docket or may be obtained by request to Applicant at 904-725-0822 or court@planlaw.com.

If you object to the Application, you must file an objection with the Clerk of Court at Clerk U. S. Bankruptcy Court, 300 N. Hogan St., Suite 3-150, Jacksonville, FL 32202 within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and objection and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

## LOCAL RULE 2016-1 INFORMATION

**Name of Applicant**: Walker Law Office, LLC

**Services Provided to:** Debtor(s)

**Date of Retention:  September 19, 2023**

**Period for this Application: April 16, 2024 – July 8, 2024**

**Amount of Compensation Sought: $24,075.97 fees**

**Amount of Expense Reimbursement: $0.00 costs**

**Amount of Original Retainer: $_____ fee and $0.00 cost retainer = $_____  TOTAL**

**Blended Hourly Rate this Application:** $500.00 Cumulative: $500.00

**This is an:_ ✓__interim___final application.**

## SUMMARY OF COMPENSATION REQUESTED

In accordance with 11 U.S.C. §§ 330(a); 503(b)(2) and Fed.R.Bankr.P.2016, the Attorney for the Debtor-in-Possession makes application to this Court for interim compensation as follows:

Total Compensation Requested:      Fees:   $24,075.97  ($_____  retainer plus $0.00 balance remaining)

Costs: $0.00  sought.  ($0.00  retainer  with  $0.00 remaining balance)

**TOTAL FEES AND COSTS REQUESTED: $24,075.97**

**TOTAL BALANCE REMAINING UNPAID: $0.00**

Compensation Paid prior to Application: $0.00 retainer (with costs)

Billing Rate for Adam Walker @$400.00/hour

Total Hours Billed:   63.3 hours

## GENERAL INFORMATION

This Case was commenced by the filing of a Voluntary Petition under Chapter 11 of the Bankruptcy Code on February 21, 2024 by the Debtor in Possession. On June 14, 2024, the Court entered an order appointing Adam Walker as Special Counsel for the Debtor in the Chapter 11 case (Doc. No. 128). Under 11 U.S.C. § 1107, the Debtor in Possession is given all the rights, powers and duties, save for certain investigatory responsibilities.

The initial employment agreement entered between the Debtor in Possession and the special counsel was based upon an hourly billing rate of $400.00 per hour to be billed against a retainer of $0.00 (net minus costs). Attached as Exhibit "1" is the time sheet for the attorney for the Debtor in Possession.

Adam Walker of Walker Law Office, LLC billed time during the application period which began on April 16, 2024 and ended on July 8, 2024. The rate charged is comparable with or below other practitioner's hourly rate in a case under Title 11 and in cases not under Title 11.

## PROJECT CATEGORIES

| PROJECT CATGORY | TYPE OF ACTIVITY | RESULTS/BENEFIT | TIME PER CATEGORY |
|---|---|---|---|
| General Case Administration | | | 63.3 hours |
| | | | |
| TOTAL | | | 63.3 hours total |

## TYPE OF APPLICATION

This is an interim application for compensation. No previous applications have been submitted in this case. The applicant has reviewed the interim application with the Debtor in Possession. The Debtor in Possession has approved the compensation requested.

## REASONS FOR FILING OF REORGANIZATION

The above compensation is fair and appropriate given the circumstances and nature of this case and the services performed for the benefit of the estate by the applicant. The applicant has attempted to reorganize the Debtor in possession since February of 2024.

The Chapter 11 was filed in an attempt to reorganize the unsecured debt of the Debtor in Possession after a series of defaults had threatened the lending business operated by the Debtor. The United States Trustee vigorously opposed the case and ultimately had an examiner appointed in this case to examine the pre-petition financial transactions of the Debtor. This in turn has allowed for restructuring of the unsecured debts and a potential 100% recovery for the unsecured creditors.

The actions of the attorney for the Debtor, have benefitted the estate by the preservation of the Debtor's assets. The proposed plan anticipates a 100% distribution to unsecured and tax creditors through disposable income generated by the Debtor.

Law Offices of Mickler & Mickler, LLP

By: /s/ Bryan K. Mickler
     Bryan K. Mickler
Florida Bar No. 091790
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822 / (904) 725-0855 FAX
bkmickler@planlaw.com

**PROOF OF SERVICE**

**I HEREBY CERTIFY** under penalty of perjury that a copy hereof was furnished to:

      Assistant U.S. Trustee
      400 W. Washington St., Suite 1100
      Orlando, Florida 32801

      and to all interested parties per the attached mailing matrix, by CM/ECF and/or U. S. Mail postage prepaid, this __22nd__ day of July, 2024.

                Signature:_/s/ Bryan K. Mickler_____
                Bryan K. Mickler, Attorney for Debtor(s)

# Invoice

**Invoice ID:**    #1015
**Invoice Date:**    04/30/2024
**Due date:**    05/07/2024

WALKER LAW OFFICE, LLC
4050 Pennsylvania Ave., Suite 115-10
Kansas City, Missouri 64111
(816) 226-6476

## Billed to:

Genie Investments NV
c/o John Michael Cohan
jmcohan@genieinvestments.com
dhughes@genieinvestments.com

## Pay to:

Walker Law Office d/b/a AW Securities Law
4050 Pennsylvania Ave, Suite 115-10
Kansas City, Missouri 64111

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Legal services, April 16-30, 2024 | 25.6 | 9,937.50 |
| Printing & shipping -- hard copy of dispositive motion and exhibits | 1 | 63.47 |
| SUBTOTAL | | 10,000.97 USD |

TOTAL
## 10,000.97 USD

# Invoice

**Invoice ID:**     #1016
**Invoice Date:**   05/15/2024
**Due date:**       05/22/2024



## Billed to:

Genie Investments NV
c/o John Michael Cohan
jmcohan@genieinvestments.com
dhughes@genieinvestments.com

## Pay to:

Walker Law Office d/b/a AW Securities Law
4050 Pennsylvania Ave, Suite 115-10
Kansas City, Missouri 64111

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Genie Investments | 16.7 | 6,937.50 |
| SUBTOTAL | | 6,937.50 USD |

TOTAL
**6,937.50 USD**

# Invoice

**Invoice ID:**    #1017
**Invoice Date:**  05/31/2024
**Due date:**      06/07/2024



## Billed to:

Genie Investments NV
c/o John Michael Cohan
jmcohan@genieinvestments.com
dhughes@genieinvestments.com

## Pay to:

Walker Law Office d/b/a AW Securities
Law
4050 Pennsylvania Ave, Suite 115-10
Kansas City, Missouri 64111

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Genie Investments | 3.1 | 1,412.50 |
| SUBTOTAL | | 1,412.50 USD |

TOTAL
**1,412.50 USD**

# Invoice

**Invoice ID:**      #1018
**Invoice Date:**   07/08/2024
**Due date:**        07/15/2024



## Billed to:

Genie Investments NV
c/o John Michael Cohan
jmcohan@genieinvestments.com
dhughes@genieinvestments.com

## Pay to:

Walker Law Office d/b/a AW Securities
Law
4050 Pennsylvania Ave, Suite 115-10
Kansas City, Missouri 64111

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Genie Investments | 17.9 | 7,737.50 |
| SUBTOTAL | | 7,737.50 USD |

TOTAL
**7,737.50 USD**

# Detailed Report

04/16/2024 – 04/30/2024

| TOTAL HOURS | BILLABLE HOURS | AMOUNT |
|---|---|---|
| 25:36:00 | 25:36:00 | 9,937.50 USD |

| TIME ENTRY | TAGS | USER | DURATION | AMOUNTS | DATE |
|---|---|---|---|---|---|
| Phone conf. w/D. Hughes and J. Cohan<br>● General Counsel - standard rate<br>● Genie Investments | | $ | Adam Walker | 0:24:00 | 200.00 USD | 04/16/2024 |
| Preparation of dispositive motion<br>● Velanos - blended rate<br>● Genie Investments | Velanos arbitration | $ | Adam Walker | 3:18:00 | 1,237.50 USD | 04/16/2024 |
| Phone conf. w/D. Hughes and J. Cohan re proposed settlement w/Velanos<br>● General Counsel - standard rate<br>● Genie Investments | Velanos settlement | $ | Adam Walker | 0:18:00 | 150.00 USD | 04/17/2024 |
| Preparation of dispositive motion; legal research re same<br>● Velanos - blended rate<br>● Genie Investments | Velanos arbitration | $ | Adam Walker | 3:48:00 | 1,425.00 USD | 04/17/2024 |
| Preparation of dispositive motion<br>● Velanos - blended rate<br>● Genie Investments | Velanos arbitration | $ | Adam Walker | 2:30:00 | 937.50 USD | 04/18/2024 |
| Finalize exhibits and citations for dispositive motion -<br>● Velanos - Associate rate<br>● Genie Investments | Velanos arbitration | $ | Adam Walker | 1:24:00 | 350.00 USD | 04/18/2024 |
| Phone conf. w/D. Hughes<br>● Velanos - Standard rate<br>● Genie Investments | Velanos arbitration | $ | Adam Walker | 0:06:00 | 50.00 USD | 04/19/2024 |
| Preparation of dispositive motion<br>● Velanos - blended rate<br>● Genie Investments | Velanos arbitration | $ | Adam Walker | 0:54:00 | 337.50 USD | 04/19/2024 |
| Evaluation of updated settlement proposal from Velanos; correspondence w/D. Hughes and J. Cohan re same<br>● Velanos - blended rate<br>● Genie Investments | Velanos settlement | $ | Adam Walker | 0:18:00 | 112.50 USD | 04/22/2024 |



| | | | | | | |
|---|---|---|---|---|---|---|
| Preparation and shipping of hard copies to arbitrator<br>● Velanos - Associate rate<br>○ Genie Investments | Velanos arbitration | $ | Adam Walker | 0:36:00 | 150.00 USD | 04/22/2024 |
| Correspondence w/C. Boddie re settlement details<br>● Velanos - blended rate<br>○ Genie Investments | Velanos settlement | $ | Adam Walker | 0:18:00 | 112.50 USD | 04/23/2024 |
| Phone conf. w/D. Hughes re Velanos settlement discussions<br>● Velanos - Standard rate<br>○ Genie Investments | Velanos settlement | $ | Adam Walker | 0:18:00 | 150.00 USD | 04/23/2024 |
| Legal research re potential alternatives to confession of judgment by Velanos in presumptive settlement agreement<br>● Velanos - blended rate<br>○ Genie Investments | Velanos settlement | $ | Adam Walker | 0:30:00 | 187.50 USD | 04/23/2024 |
| Review documents provided by Velanos' lawyer to substantiate Velanos assets in Forex trading account; correspondence w/D. Hughes re same<br>● Velanos - blended rate<br>○ Genie Investments | Velanos settlement | $ | Adam Walker | 0:24:00 | 150.00 USD | 04/24/2024 |
| Phone conf. w/D. Hughes re settlement discussions<br>● Velanos - Standard rate<br>○ Genie Investments | Velanos settlement | $ | Adam Walker | 0:12:00 | 100.00 USD | 04/24/2024 |
| Phone conf. w/C. Boddie re settlement requirements<br>● Velanos - Standard rate<br>○ Genie Investments | Velanos settlement | $ | Adam Walker | 0:18:00 | 150.00 USD | 04/24/2024 |
| Preparation of settlement agreement; legal research related to same<br>● Velanos - blended rate<br>○ Genie Investments | Velanos settlement | $ | Adam Walker | 0:36:00 | 225.00 USD | 04/25/2024 |
| Correspondence w/Genie re Velanos settlement discussions<br>● Velanos - blended rate<br>○ Genie Investments | Velanos arbitration, Velanos settlement | $ | Adam Walker | 0:18:00 | 112.50 USD | 04/25/2024 |
| Correspondence w/Genie re SEC investigation into Velanos, et al.<br>● Velanos - blended rate<br>○ Genie Investments | | $ | Adam Walker | 0:06:00 | 37.50 USD | 04/25/2024 |



| | | | | | | |
|---|---|---|---|---|---|---|
| Preparation of settlement agreement; legal research re same<br>● Velanos - blended rate<br>◦ Genie Investments | Velanos settlement | $ | Adam Walker | 2:00:00 | 750.00 USD | 04/25/2024 |
| Phone conf. w/Genie re SEC investigation<br>● Velanos - Standard rate<br>◦ Genie Investments | Velanos settlement | $ | Adam Walker | 0:30:00 | 250.00 USD | 04/25/2024 |
| Correspondence w/C. Boddie re settlement details<br>● Velanos - blended rate<br>◦ Genie Investments | Velanos settlement | $ | Adam Walker | 0:24:00 | 150.00 USD | 04/26/2024 |
| Phone conf. w/D. Hughes and J. Cohan re settlement discussions<br>● Velanos - Standard rate<br>◦ Genie Investments | Velanos settlement | $ | Adam Walker | 0:06:00 | 50.00 USD | 04/26/2024 |
| Phone conf. w/bankruptcy examiner<br>● General Counsel - standard rate<br>◦ Genie Investments | Bankruptcy | $ | Adam Walker | 1:54:00 | 950.00 USD | 04/26/2024 |
| Preparation of settlement agreement; legal research related to same<br>● Velanos - blended rate<br>◦ Genie Investments | Velanos settlement | $ | Adam Walker | 1:18:00 | 487.50 USD | 04/26/2024 |
| Preparation of settlement agreement<br>● Velanos - blended rate<br>◦ Genie Investments | Velanos settlement | $ | Adam Walker | 0:42:00 | 262.50 USD | 04/29/2024 |
| Correspondence w/C. Boddie re settlement details<br>● Velanos - blended rate<br>◦ Genie Investments | Velanos settlement | $ | Adam Walker | 0:12:00 | 75.00 USD | 04/29/2024 |
| Review subpoenas issued by Illinois Securities Dept<br>● General Counsel - Blended rate<br>◦ Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 0:06:00 | 37.50 USD | 04/30/2024 |
| Phone conf. w/D. Hughes re subpoenas from Illinois Securities Dept.<br>● General Counsel - standard rate<br>◦ Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 0:36:00 | 300.00 USD | 04/30/2024 |
| Legal research re Illinois Loan Brokers Act<br>● General Counsel - Blended rate<br>◦ Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 0:06:00 | 37.50 USD | 04/30/2024 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Correspondence w/C. Boddie re terms of proposed settlement with Velanos; review legal and ethical restrictions applicable to proposed retraction of fraud allegations<br><br>● Velanos - blended rate<br>● Genie Investments | | $ | Adam Walker | 0:30:00 | 187.50 USD | 04/30/2024 |
| Correspondence w/Genie and B. Mickler re effect of bankruptcy on regulatory inquiries<br><br>● Velanos - blended rate<br>● Genie Investments | | $ | Adam Walker | 0:06:00 | 37.50 USD | 04/30/2024 |
| Legal research re Illinois Loan Brokers Act; phone call to Illinois Securities Dept re subpoenas<br><br>● General Counsel - Blended rate<br>● Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 0:30:00 | 187.50 USD | 04/30/2024 |

# Detailed Report

05/01/2024 – 05/15/2024

| TOTAL HOURS | BILLABLE HOURS | AMOUNT |
|---|---|---|
| 16:42:00 | 16:42:00 | 6,937.50 USD |

| TIME ENTRY | TAGS | USER | DURATION | AMOUNTS | DATE |
|---|---|---|---|---|---|
| Phone conf. w/Illinois Securities Dept.<br>● General Counsel - standard rate<br>• Genie Investments | IL Securities Division inquiry | $ Adam Walker | 0:54:00 | 450.00 USD | 05/01/2024 |
| Correspondence w/D. Hughes and J. Cohan re Illinois Securities Dept. inquiry.<br>● General Counsel - Blended rate<br>• Genie Investments | IL Securities Division inquiry | $ Adam Walker | 0:12:00 | 75.00 USD | 05/01/2024 |
| Phone conf. w/C. Boddie re settlement details<br>● Velanos - Standard rate<br>• Genie Investments | Velanos settlement | $ Adam Walker | 0:18:00 | 150.00 USD | 05/01/2024 |
| Phone conf. w/D. Hughes and J. Cohan re response to Illinois Securities Dept. and Velanos settlement terms<br>● General Counsel - standard rate<br>• Genie Investments | IL Securities Division inquiry, Velanos settlement | $ Adam Walker | 0:54:00 | 450.00 USD | 05/01/2024 |
| Correspondence w/Genie Investments setting out terms of tentative agreement re validation of asset partially securing settlement<br>● Velanos - blended rate<br>• Genie Investments | Velanos settlement | $ Adam Walker | 0:06:00 | 37.50 USD | 05/01/2024 |
| Preparation of settlement agreement<br>● Velanos - blended rate<br>• Genie Investments | Velanos settlement | $ Adam Walker | 1:54:00 | 712.50 USD | 05/03/2024 |
| Correspondence w/C. Boddie re proposal to resolve concern about validity of Velanos' collateral<br>● Velanos - blended rate<br>• Genie Investments | Velanos settlement | $ Adam Walker | 0:06:00 | 37.50 USD | 05/03/2024 |
| Correspondence w/Genie re draft settlement agreement<br>● Velanos - blended rate<br>• Genie Investments | Velanos settlement | $ Adam Walker | 0:06:00 | 37.50 USD | 05/03/2024 |

AW SECURITIES LAW

| | | | | | | |
|---|---|---|---|---|---|---|
| Correspondence w/C. Boddie re draft settlement agreement; revisions to same<br>● Velanos - blended rate<br>○ Genie Investments | Velanos settlement | $ | Adam Walker | 0:30:00 | 187.50 USD | 05/03/2024 |
| Correspondence w/D. Hughes re response to Illinois Securities Dept.<br>● General Counsel - Blended rate<br>○ Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 0:00:00 | 0.00 USD | 05/06/2024 |
| Phone conf. w/J. Cohan re response to Illinois Securities Dept.<br>● General Counsel - standard rate<br>○ Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 0:48:00 | 400.00 USD | 05/07/2024 |
| Review C. Boddie's proposed revisions of settlement agreement; correspondence w/Genie re same.<br>● Velanos - blended rate<br>○ Genie Investments | Velanos settlement | $ | Adam Walker | 0:42:00 | 262.50 USD | 05/07/2024 |
| Phone conf. w/D. Hughes re Velanos settlement terms<br>● Velanos - Standard rate<br>○ Genie Investments | Velanos settlement | $ | Adam Walker | 0:30:00 | 250.00 USD | 05/07/2024 |
| Correspondence w/C. Boddie re settlement agreement<br>● Velanos - blended rate<br>○ Genie Investments | Velanos settlement | $ | Adam Walker | 0:12:00 | 75.00 USD | 05/07/2024 |
| Phone conf. w/J. Cohan and D. Hughes re Velanos settlement<br>● Velanos - Standard rate<br>○ Genie Investments | Velanos settlement | $ | Adam Walker | 0:12:00 | 100.00 USD | 05/08/2024 |
| Phone conf. w/C. Boddie re settlement terms<br>● Velanos - Standard rate<br>○ Genie Investments | Velanos settlement | $ | Adam Walker | 0:12:00 | 100.00 USD | 05/08/2024 |
| Correspondence w/Genie re Velanos settlement<br>● Velanos - blended rate<br>○ Genie Investments | Velanos settlement | $ | Adam Walker | 0:06:00 | 37.50 USD | 05/08/2024 |
| Phone conf. w/D. Hughes and J. Cohan re settlement, bankruptcy case, Illinois Securities Dept inquiry<br>● Velanos - Standard rate<br>○ Genie Investments | IL Securities Division inquiry, North Haven/Wallingford suit, Velanos settlement | $ | Adam Walker | 0:36:00 | 300.00 USD | 05/10/2024 |

AW SECURITIES LAW

| | | | | | | |
|---|---|---|---|---|---|---|
| Review documents provided by J. Cohan for submission to Illinois Securities Dept.; preparation of subpoena response; phone conf. w/J. Cohan re same<br>● General Counsel - Blended rate<br>• Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 2:18:00 | 862.50 USD | 05/10/2024 |
| Review proposed revision of settlement agreement; correspondence w/C. Boddie re same<br>● Velanos - blended rate<br>• Genie Investments | Velanos settlement | $ | Adam Walker | 0:06:00 | 37.50 USD | 05/10/2024 |
| Review documents provided by J. Cohan for submission to Illinois Securities Dept.; preparation of subpoena response; phone conf. w/J. Cohan re same<br>● General Counsel - Blended rate<br>• Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 0:00:00 | 0.00 USD | 05/10/2024 |
| Review documents provided by J. Cohan for submission to Illinois Securities Dept.; preparation of subpoena response; phone conf. w/J. Cohan re same<br>● General Counsel - Blended rate<br>• Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 0:18:00 | 112.50 USD | 05/10/2024 |
| Review proposed revision of settlement agreement; correspondence w/C. Boddie re same<br>● Velanos - blended rate<br>• Genie Investments | Velanos settlement | $ | Adam Walker | 0:06:00 | 37.50 USD | 05/10/2024 |
| Review documents provided by J. Cohan for submission to Illinois Securities Dept.; preparation of subpoena response; phone conf. w/J. Cohan re same<br>● General Counsel - Blended rate<br>• Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 0:36:00 | 225.00 USD | 05/10/2024 |
| Review proposed revision of settlement agreement; correspondence w/C. Boddie re same; phone conf. w/Genie re same<br>● Velanos - blended rate<br>• Genie Investments | Velanos settlement | $ | Adam Walker | 0:48:00 | 300.00 USD | 05/10/2024 |
| Preparation of response to Illinois Dept of Securities<br>● General Counsel - Blended rate<br>• Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 0:18:00 | 112.50 USD | 05/10/2024 |
| Preparation of response to Illinois Dept of Securities; correspondence w/J. Cohan re same<br>● General Counsel - Blended rate<br>• Genie Investments | | $ | Adam Walker | 0:30:00 | 187.50 USD | 05/13/2024 |

AW SECURITIES LAW

| Description | Matter | | Timekeeper | Time | Amount | Date |
|---|---|---|---|---|---|---|
| Review proposed revision of settlement agreement; correspondence w/Genie re same<br>● Velanos - blended rate<br>● Genie Investments | Velanos settlement | $ | Adam Walker | 0:18:00 | 112.50 USD | 05/13/2024 |
| Phone conf. w/D. Hughes and J. Cohan<br>● Velanos - Standard rate<br>● Genie Investments | Velanos settlement | $ | Adam Walker | 0:06:00 | 50.00 USD | 05/13/2024 |
| Phone conf. w/C. Boddie re settlement language<br>● Velanos - Standard rate<br>● Genie Investments | Velanos settlement | $ | Adam Walker | 0:12:00 | 100.00 USD | 05/13/2024 |
| Phone conf. w/C. Boddie re settlement language<br>● Velanos - Standard rate<br>● Genie Investments | Velanos settlement | $ | Adam Walker | 0:06:00 | 50.00 USD | 05/13/2024 |
| Preparation of response to Illinois Dept of Securities; correspondence w/J. Cohan re same<br>● General Counsel - Blended rate<br>● Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 0:18:00 | 112.50 USD | 05/13/2024 |
| Correspondence w/D. Hughes and SEC re interview<br>● Velanos - blended rate<br>● Genie Investments | | $ | Adam Walker | 0:06:00 | 37.50 USD | 05/14/2024 |
| Preparation of arbitration consent award; finalize settlement agreement<br>● Velanos - blended rate<br>● Genie Investments | Velanos arbitration, Velanos settlement | $ | Adam Walker | 0:48:00 | 300.00 USD | 05/14/2024 |
| Phone conf. w/G. Solberg re submission to Illinois Securities Dept.<br>● General Counsel - standard rate<br>● Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 0:12:00 | 100.00 USD | 05/14/2024 |
| Phone conf. w/D. Hughes and J. Cohan re subpoenas from Illinois Securities Dept.<br>● General Counsel - standard rate<br>● Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 0:24:00 | 200.00 USD | 05/14/2024 |
| Review settlement agreement and related documents for consistency and adequacy; correspondence w/opposing counsel re same<br>● Velanos - blended rate<br>● Genie Investments | Velanos settlement | $ | Adam Walker | 0:06:00 | 37.50 USD | 05/14/2024 |
| Finalize settlement agreement and exhibits; correspondence w/Genie and opposing counsel re same<br>● Velanos - blended rate<br>● Genie Investments | Velanos settlement | $ | Adam Walker | 0:42:00 | 262.50 USD | 05/15/2024 |

AW SECURITIES LAW

| Correspondence w/D. Hughes and SEC re interview | $ | Adam Walker | 0:06:00 | 37.50 USD | 05/15/2024 |
|---|---|---|---|---|---|

- Velanos - blended rate
- Genie Investments

# Detailed Report

05/16/2024 – 05/31/2024

| TOTAL HOURS | BILLABLE HOURS | AMOUNT |
|---|---|---|
| 3:06:00 | 3:06:00 | 1,412.50 USD |

| TIME ENTRY | TAGS | | USER | DURATION | AMOUNTS | DATE |
|---|---|---|---|---|---|---|
| Correspondence w/SEC re D. Hughes interview<br>● General Counsel - Blended rate<br>● Genie Investments | | $ | Adam Walker | 0:06:00 | 37.50 USD | 05/17/2024 |
| Review executed settlement agreement; correspondence w/Genie re same; correspondence w/JAMS re settlement and additional fee request; correspondence w/C. Boddie re settlement execution and initial payment.<br>● Velanos - blended rate<br>● Genie Investments | Velanos settlement | $ | Adam Walker | 0:48:00 | 300.00 USD | 05/17/2024 |
| Phone conf. w/G. Solberg, Illinois Securities Dept.; correspondence w/Genie re subpoena response<br>● General Counsel - Blended rate<br>● Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 0:00:00 | 0.00 USD | 05/17/2024 |
| Submit joint motion for consent award - Velanos arbitration<br>● Velanos - blended rate<br>● Genie Investments | Velanos arbitration | $ | Adam Walker | 0:06:00 | 37.50 USD | 05/17/2024 |
| Review and submit additional materials responsive to subpoena from Illinois Securities Dept.<br>● General Counsel - standard rate<br>● Genie Investments | IL Securities Division inquiry | $ | Adam Walker | 0:12:00 | 100.00 USD | 05/20/2024 |
| Send initial Velanos settlement payment to B. Mickler<br>● Velanos - Standard rate<br>● Genie Investments | Velanos settlement | $ | Adam Walker | 0:30:00 | 250.00 USD | 05/20/2024 |
| Review proposed arbitration order; correspondence w/JAMS re same<br>● Velanos - blended rate<br>● Genie Investments | Velanos arbitration | $ | Adam Walker | 0:06:00 | 37.50 USD | 05/28/2024 |
| TC/Genie and B. Mickler<br>● General Counsel - standard rate<br>● Genie Investments | Bankruptcy | $ | Adam Walker | 0:36:00 | 300.00 USD | 05/28/2024 |

AW SECURITIES LAW

| | | | | | | |
|---|---|---|---|---|---|---|
| TC/D. Hughes re creditors' committee, IL Securities Dept investigation<br>● General Counsel - standard rate<br>● Genie Investments | Bankruptcy | $ | Adam Walker | 0:12:00 | 100.00 USD | 05/30/2024 |
| TC/E. Fitzgerald (creditors' committee counsel) re Velanos settlement<br>● General Counsel - standard rate<br>● Genie Investments | Bankruptcy | $ | Adam Walker | 0:30:00 | 250.00 USD | 05/30/2024 |

# Detailed Report

06/01/2024 – 07/08/2024

| TOTAL HOURS | BILLABLE HOURS | AMOUNT |
|---|---|---|
| 17:54:00 | 17:54:00 | 7,737.50 USD |

| TIME ENTRY | TAGS | | USER | DURATION | AMOUNTS | DATE |
|---|---|---|---|---|---|---|
| Review arbitration award; correspondence w/Genie re award and court confirmation of award. <br> ● Velanos - blended rate <br> ● Genie Investments | Velanos arbitration | $ | Adam Walker | 0:18:00 | 112.50 USD | 06/04/2024 |
| Attend hearing on various motion, including motions related to approval of Velanos settlement <br> ● General Counsel - standard rate <br> ● Genie Investments | Bankruptcy | $ | Adam Walker | 0:42:00 | 350.00 USD | 06/12/2024 |
| Phone conf. w/D. Hughes – miscellaneous issues <br> ● General Counsel - standard rate <br> ● Genie Investments | | $ | Adam Walker | 0:24:00 | 200.00 USD | 06/12/2024 |
| Review invoices from and payments to Warren Law Group and Scott Oh; correspondence w/J. Cohan re same. <br> ● General Counsel - standard rate <br> ● Genie Investments | Bankruptcy | $ | Adam Walker | 0:30:00 | 250.00 USD | 06/21/2024 |
| Phone conf. w/D. Hughes re examiner report, Velanos default <br> ● General Counsel - standard rate <br> ● Genie Investments | Bankruptcy, Velanos settlement | $ | Adam Walker | 0:24:00 | 200.00 USD | 07/01/2024 |
| Phone conf. w/C. Boddie re status of settlement payment <br> ● Velanos - Standard rate <br> ● Genie Investments | Velanos settlement | $ | Adam Walker | 0:06:00 | 50.00 USD | 07/02/2024 |
| Correspondence w/Genie re Velanos settlement payment <br> ● General Counsel - standard rate <br> ● Genie Investments | Velanos settlement | $ | Adam Walker | 0:42:00 | 350.00 USD | 07/02/2024 |
| Phone conf. w/D. Hughes and J. Cohan re response to examiner's report <br> ● General Counsel - standard rate <br> ● Genie Investments | Bankruptcy | $ | Adam Walker | 1:12:00 | 600.00 USD | 07/02/2024 |

AW SECURITIES LAW

| | | | | | | |
|---|---|---|---|---|---|---|
| Review examiner's report; draft response to same<br>🔵 General Counsel - Blended rate<br>⚫ Genie Investments | Bankruptcy | $ | Adam Walker | 1:48:00 | 675.00 USD | 07/02/2024 |
| Review examiner's report; draft response to same<br>🔵 General Counsel - Blended rate<br>⚫ Genie Investments | Bankruptcy | $ | Adam Walker | 0:18:00 | 112.50 USD | 07/02/2024 |
| Phone conf. w/C. Boddie re default<br>🔴 General Counsel - standard rate<br>⚫ Genie Investments | Velanos settlement | $ | Adam Walker | 0:12:00 | 100.00 USD | 07/02/2024 |
| Phone conf. w/D. Hughes and J. Cohan re Velanos default<br>🔴 General Counsel - standard rate<br>⚫ Genie Investments | Velanos settlement | $ | Adam Walker | 0:06:00 | 50.00 USD | 07/02/2024 |
| Correspondence w/Velanos attorney re default on settlement agreement<br>🔵 General Counsel - Blended rate<br>⚫ Genie Investments | Velanos settlement | $ | Adam Walker | 0:48:00 | 300.00 USD | 07/02/2024 |
| Draft response to bankruptcy examiner's report<br>🔵 General Counsel - Blended rate<br>⚫ Genie Investments | Bankruptcy | $ | Adam Walker | 2:54:00 | 1,087.50 USD | 07/03/2024 |
| Phone conf. w/Genie and B. Mickler<br>🔴 General Counsel - standard rate<br>⚫ Genie Investments | Bankruptcy | $ | Adam Walker | 1:36:00 | 800.00 USD | 07/03/2024 |
| Phone conf. w/C. Boddie re second installment payment<br>🔴 General Counsel - standard rate<br>⚫ Genie Investments | Velanos settlement | $ | Adam Walker | 0:06:00 | 50.00 USD | 07/03/2024 |
| Phone conf. w/D. Hughes re proposed resolution of late settlement payment from Velanos<br>🔴 General Counsel - standard rate<br>⚫ Genie Investments | Velanos settlement | $ | Adam Walker | 0:06:00 | 50.00 USD | 07/03/2024 |
| Correspondence w/C. Boddie re proposed resolution of late settlement payment<br>🔵 General Counsel - Blended rate<br>⚫ Genie Investments | Velanos settlement | $ | Adam Walker | 0:18:00 | 112.50 USD | 07/03/2024 |
| Analyze Examiner's Report and identify talking points for request for status conference<br>🔵 General Counsel - Blended rate<br>⚫ Genie Investments | Bankruptcy | $ | Adam Walker | 1:42:00 | 637.50 USD | 07/05/2024 |

AW SECURITIES LAW

| | | | | | | |
|---|---|---|---|---|---|---|
| Analyze Examiner's Report and identify talking points for request for status conference<br>🔵 General Counsel - Blended rate<br>⚪ Genie Investments | Bankruptcy | $ | Adam Walker | 0:24:00 | 150.00 USD | 07/05/2024 |
| Phone conf. w/D. Hughes<br>🔴 General Counsel - standard rate<br>⚪ Genie Investments | Velanos settlement | $ | Adam Walker | 0:12:00 | 100.00 USD | 07/05/2024 |
| Analyze Examiner's Report and identify talking points for request for status conference<br>🔵 General Counsel - Blended rate<br>⚪ Genie Investments | Bankruptcy | $ | Adam Walker | 1:12:00 | 450.00 USD | 07/05/2024 |
| Status conference in Genie bankruptcy case<br>🔴 General Counsel - standard rate<br>⚪ Genie Investments | Bankruptcy | $ | Adam Walker | 0:48:00 | 400.00 USD | 07/08/2024 |
| Phone conf. w/D. Hughes and J. Cohan re bankruptcy case<br>🔴 General Counsel - standard rate<br>⚪ Genie Investments | Bankruptcy | $ | Adam Walker | 1:06:00 | 550.00 USD | 07/08/2024 |