**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:24-bk-00496-BAJ |
| GENIE INVESTMENTS NV, INC. | Chapter 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** a copy of the Order dated July 22, 2024 Granting Motion for Extension of Time Within Which to File Attorney and CPA/Accountant Application to Employ and Fee Applications (Doc 177) has been furnished by CM/ECF electronic filing to United States Trustee and to all interested parties; this 23rd day of July, 2024.

Law Offices of Mickler & Mickler

By: _/s/ Bryan K. Mickler_____
    Bryan K. Mickler
Florida Bar No. 091790
Attorney for Debtor-in-Possession
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822 / FAX: 725-0855
bkmickler@planlaw.com