| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00496-BAJ<br>Middle District of Florida<br>Jacksonville<br>Wed Jul 24 11:55:35 EDT 2024 | 20 Development LLC<br>1089 E Benchview Drive<br>Ogden, UT 84404-3783 | A Complete Home Inspection LLC<br>110 Velsco Lane<br>Port Sulphur, LA 70083-2362 |
| ALV Capital LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | ALV Capital LLC<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>Bedford, NH 03110-7058 | AMRODDO HOLDINGS, LLC<br>625 WOODMONT AVE<br>BERKELEY, CA 94708-1233 |
| Acres & Royalty LLC<br>205 N Michigan Ave<br>Chicago, IL 60601-5927 | Adaptive Medical Technologies LLC<br>7349 Paseo Del Sur<br>Scottsdale, AZ 85258 | Ajer LLC<br>1070 S 650 West<br>Farmington, UT 84025-4603 |
| Alere LLC<br>1530 E. Williams Field Rd 201<br>Gilbert, AZ 85295-1825 | Ameiva LLC<br>282 E 300 S<br>Smithfield, UT 84335-1636 | Amrodddo Holdings LLC<br>2283 Candlestick Ave<br>Henderson, NV 89052-2361 |
| Andorful Dynasty Real Estate LLC<br>4826 Cragmere Loop<br>Clermont, FL 34711-5523 | Another Chance Group Home Inc<br>54 N Vista Ave<br>Casa Grande, AZ 85122-3193 | Anvil Construction Inc<br>470 N. Main Street<br>Brigham City, UT 84302-1858 |
| Archer Capital Investments<br>Attn: Michael Thompson<br>1448 W. Salmon Caddis Drive<br>Bluffdale, UT 84065-5122 | Autonomous Drine Solutions LLC<br>dba Calaway Solutions<br>Attn: Garrett Calaway<br>7180 S Hudson Circle<br>Centennial, CO 80122-2553 | Autonomous Drone Solutions DBA Calaway Solut<br>2121 Brittmoore 2200<br>Houston, TX 77043-2220 |
| BAYI Capital Management LLC<br>148 Undercliff Avenue<br>Edgewater, NJ 07020-1275 | (p)BELLE MAISON REALTY  LLC<br>ATTN LEA MUSE<br>1133 E 83RD ST<br>171<br>CHICAGO IL 60619-6455 | Bild Credit LLC<br>30 N Gould Street 30212<br>Sheridan, WY 82801-6317 |
| Bold City Commercial LLC<br>4426 CAPITAL DOME DR<br>Jacksonville, FL 32246-7456 | Scott E Bomkamp<br>DOJ-Ust<br>United States Trustee<br>400 W. Washington St.<br>Ste 1100<br>Orlando, FL 32801-2440 | Braces at Brick, PA<br>900 Cedar Bridge Avenue<br>Brick, NJ 08723 |
| Brooklyn Heights<br>307 N Lincoln Street<br>307 N Lincoln Street<br>Tallulah, LA 71282-4314 | Brooklyn Heights LLC<br>307 N Lincoln Street<br>Tallulah, LA 71282-4314 | Bryan K. Mickler<br>Attorney for the Debtor<br>5452 Arlington Expy.<br>Jacksonville, FL 32211-6860 |
| Bull & Bear Properties LLC<br>1140 E 87th Street<br>Chicago, IL 60619-7012 | Business Live Global USA LLC<br>4538 Walnut Ridge Circle<br>4538 Walnut Ridge Circle<br>McDonald, PA 15057-1608 | Business Live Global USA, LLC<br>4538 Walnut Ridge Circle<br>Mc Donald, PA 15057-1608 |

| | | |
|---|---|---|
| Lisa Butkiewicz<br>6501 E. Greenway Parkway<br>#103-218<br>Scottsdale, AZ 85254-2025 | CNF Solutions LLC<br>135 East 620 South<br>Smithfield, UT 84335-4901 | CannaVision Inc<br>777 Main Street 600<br>Fort Worth, TX 76102-5368 |
| Charles Blake Stringer/Nutra-AcresLLC<br>149 South Shore Drive<br>Amarillo, TX 79118-8007 | Cobb Utilities Inc<br>191 Honey Suckle Circle<br>Ranger, GA 30734-6792 | Cobb Utilities Inc.<br>191 Honeysuckle Circle NE.<br>Ranger, GA 30734-6792 |
| Cool Beanz LLC<br>6585 Decatur Blvd<br>Las Vegas, NV 89118-2110 | Cool Beanz, LLC<br>143 West Fulton Street<br>Sanford, FL 32771-1218 | Dajo Properties LLC<br>11360Chestnut Tree Rd<br>Honey Brook, PA 19344 |
| Darnell Development<br>1118 N Chinowth<br>VISALIA, CA 93291-7896 | Darnell Development, LLC<br>2814 W Newton CT<br>Visalia, CA 93291-6593 | Ryan E Davis<br>Winderweedle Haines Ward & Woodman P.A.<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 |
| Dun Agro Hemp Group Inc<br>P.O. Box 475<br>Shelbyville, IN 46176 | Duval County Tax Collector<br>231 Forsyth St.  #130<br>Jacksonville FL 32202-3380 | Edge Development LLC<br>315 239th Ct. SE<br>Sammamish, WA 98074-3687 |
| Expansive Investments, LLC<br>3855 S 500 W B<br>Salt Lake City, UT 84115 | Faith Investor Services, LLC<br>1522 4th Ave<br>Asbury Park, NJ 07712-4962 | Faith Investors Services LLC<br>1522 4th Ave<br>Asbury Park, NJ 07712-4962 |
| Fehu Capital Inc<br>3139 W. Holmbe Blvd A 77025-1533 | Ficarra Holdings LLC<br>408 Billings Road<br>Somers, CT 06071-2037 | Edward M Fitzgerald<br>Holland & Knight LLP<br>200 South Orange Ave<br>Suite 2600<br>Orlando, FL 32801-3453 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Foster Group LLC<br>2539 N 300 E<br>Lehi, UT 84043-4403 |
| Genie Investments NV Inc.<br>PO Box 60443<br>Jacksonville, FL 32236-0443 | Global Verse Holdings LLC<br>1709 Vintage Lane<br>Wylie, TX 75098-0816 | Golden Goods LLC<br>3620 West 10th Street<br>Greeley, CO 80634-1853 |
| H&M Essential Services, LLC<br>221 N Broad Street 3A<br>Middletown, DE 19709-1070 | Half a Dime, LTD<br>Box 653<br>Alberta | Heliosun LLC DBA Odin<br>1600 S Litchfield Rd 230A<br>Goodyear, AZ 85338 |

| | | |
|---|---|---|
| High Dunes II LLC<br>17 Lockwood Drive<br>Charleston, SC 29401-1190 | Holland & Knight LLP<br>c/o Noel Boeke, Esq.<br>100 N. Tampa St., Ste. 4100<br>Tampa, FL 33602-3644 | Hospitality Growth Capital LLC<br>23 Upton St<br>Peabody, MA 01960-0060 |
| Hospitality Growth Capital LLC<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>Bedford, NH 03110-7058 | Humane Care 7 Days Medical Group Inc<br>6552 Bolsa Avenue N<br>Huntington Beach, CA 92647-2656 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Iron Dragon Corporation<br>70 Winding Way<br>Gibbsboro, NJ 08026-1460 | JC&TL Inc<br>13865 Magnolia Avenue B<br>Chino, CA 91710-7047 |
| Just Hewitt LLC<br>205 E Hidalgo Avenue<br>Raymondville, TX 78580-2545 | Knife & Spirit<br>7217 E 4th Avenue<br>Scottsdale, AZ 85251-3634 | Knights Lending<br>1603 Capitol Ave, Ste. 413<br>Cheyenne, WY 82001-4562 |
| Knut LLC<br>697 N 740 E 84043-1300 | Latent Lending, LLC<br>Latent Wealth Group, LLC<br>Mark Steiner<br>302 N. Abajo Peak Way, UT 84032 | Latent Wealth Group LLC<br>302 N. Abajo Peak Way<br>Heber City, UT 84032-6501 |
| Law Offices of Mickler & Mickler, LLP<br>5452 Arlington Expy.<br>Jacksonville, FL 32211-6860 | Legacy Land Developers LLC<br>1651 W 100th St<br>CHICAGO, IL 60643-2128 | Hal A. Levenberg, CIRA, CFE<br>YIP ASSOCIATES<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 2690<br>Miami, FL 33131-1815 |
| Lobenhaus Capital, LLC<br>6303 Lone Wolf Drive<br>Jamesville, NY 13078-9587 | Log Cabin Building LLC<br>289 Parker Drive<br>Pittsburgh, PA 15216-1346 | MAA DFW Investments LLC<br>2509 Amelia Island<br>Southlake, TX 76092-1583 |
| MIMS-IPR, LLC<br>1627 7th St S<br>Clanton, AL 35045-8786 | McMann Commercial Lending LLC<br>500 N Michigan Ave 600<br>Chicago, IL 60611-3754 | Meetopolis LLC<br>Attn: Lisa Butkiewicz<br>5434 E Kathleen Road<br>Scottsdale, AZ 85254-1759 |
| Michael Thompson<br>1448 W Salmon Caddis Dr<br>Bluffdale, UT 84065-5122 | Michele Ruiz Productions, LLC DBA Ruiz Strat<br>925 Century Park East 1700<br>West Hollywood, CA 90069 | Bryan K. Mickler<br>Mickler & Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6860 |
| Moser Holdings, LLC<br>537 S. 150 E.<br>Smithfield, UT 84335-1654 | My Dragonfly Home Solutions, LLC<br>7700 Irvine Center Drive 800<br>Irvine, CA 92618-3047 | N2N Group, Inc<br>5 Webb Hill Road<br>Great Neck, NY  11020<br>Attention:  Michelle Chen<br>Great Neck, NY 11020-1118 |

NCR Digital Corp
237 Floyd Road
Shirley, NY 11967-2941

NY SF Sunset Yards LLC
64 Grand Street
Brooklyn, NY 11249-4219

New Mount Olive Church
2905 Macfarlane Crescent
2905 Macfarlane Crescent
Flossmoor, IL 60422-1427

New Mount olive Missionary Baptist Church In
P.O. Box 1696
Harvey, IL 60426-7696

North Haven Lodging Partners LLC
2517 W Brentridge Circle
Sioux Falls, SD 57108-1573

North Haven Lodging Partners LLC
Benjamin J. Morris, c/o Foley & Lardner
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

North Haven Lodging Partners, LLC
Attn: Benjamin Morris, Esq.
Foley & Lardner LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

Nortical Capital Inc
921 E. Parker Street 1
Lakeland, FL 33801-1901

Nutra-Acres Inc
205 Michigan Ave
Chicago, IL 60601-5927

Nutre Leasing LLC
23 Upton St
Peabody, MA 01960-0060

Nutre Leasing LLC
c/o Strauss Law Group PLLC
264 South River Road, Box 552
c/o Strauss Law Group PLLC, 264 South Ri
Bedford, NH 03110-7058

On Site Life Care Inc.
41 Flatbush Avenue, 1st Floor
Brooklyn, NY 11217-1145

Oregon Business Management Group Inc
12600 SW 72nd Ave 140
Tigard, OR 97223-8356

Phoenix Rising LLC
172 Center Bay
Jackson, WY 83001

Platinum Investments USA LLC
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
Wilmington, DE 19801-1120

Prine Energy Services LLC
450 Gears Road
Houston, TX 77067-4529

Relco Industries LLC and Richard L Ellison
75 Lambert Avenue
Clifton, NJ 07013-1254

Ricks Ventures LLC
1354 W 1900 S
Logan, UT 84321-6882

Rolling By The Dozen RV Park LLC
40 Country Road 267
Somerville, TX 77879-5208

Rowehl & Russo Properties LLC.
237 Floyd Rd
Shirley, NY 11967-2941

S&L Zeppeteli DBA SLZ Waste Inc
191 Moonachie Road
Moonachie, NJ 07074-1309

SSC Services Inc
80 Franklin Street
Framingham, MA 01702-6671

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

Seeking First LLC
3320 Laurel Dale Drive
Tampa, FL 33618-1033

Seiler Tucker Inc
400 Poydras Suite 1460
New Orleans, LA 70130-3260

Skyward Tax & Accounting Service LLC
3505 Lake Lynda Dr. 200
Orlando, FL 32817-8333

Solace Realty Concepts LLC
112 Lehigh Ave
Newark, NJ 07112-2036

Solar Capital Funding LLC
23 Upton St
Peabody, MA 01960-0060

Solar Capital Funding LLC
c/o Strauss Law Group PLLC
264 South River Road, Box 552
c/o Strauss Law Group PLLC, 264 South Ri
Bedford, NH 03110-7058

Solas Realty Concepts LLC
112 Lehigh Avenue
Newark, NJ 07112-2036

| | | |
|---|---|---|
| Springer Farms Landholdings LLC<br>325 N 1200 E<br>American Fork, UT 84003-2049 | Story Book Homes LLC<br>86 Mountain Avenue<br>Berkeley Heights, NJ 07922-2633 | Sun Coast Entertainment Live LLC<br>6960 Brescia Way<br>Orlando, FL 32819-5288 |
| Sunlight Storage LLC<br>3344 Bear Canyon Ln<br>Pleasant Grove, UT 84062-8016 | Taj Construction LLC<br>10 Windsor Dr.<br>Foxboro, MA 02035-2226 | Max R Tarbox<br>Tarbox Law PC<br>2301 Broadway<br>Lubbock, TX 79401-2916 |
| Temidayo Adebayo<br>148 Undercliff Avenue<br>Suite 9<br>Edgewater, NJ 07020-1123 | Terry's Florists LLC<br>46 English Plaza<br>Red Bank, NJ 07701-1693 | The Farming Co Pty Ltd<br>86 Lakeside Drive<br>Helena Valley<br>6056, Western Australia |
| The Farming Co. PTY LTD<br>86 Lakeside Dr.<br>Helena, MT 59604 | The Generations Group<br>1006 Top Hill Dr<br>Brenham, TX 77833-2585 | The Generations Group-DonStrickland<br>14312 Zion Gate Xing<br>Conroe, TX 77384-2516 |
| The Official Committee of Unsecured Creditor<br>c/o Noel R. Boeke<br>Holland & Knight LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, FL 33602-3644 | TnC NOLA Holdings LLC<br>1461 Annunciaction Street B<br>New Orleans, LA 70130-4539 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 |
| Uncle Willie Green Wings<br>141 Lehigh Ave<br>Newark, NJ 07112-2037 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - JAX 11<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| VTJ LLC<br>706 Leander DR<br>Leander, TX 78641-5017 | WAI Holdings, LLC<br>1275 S Lucerne Blvd<br>Los Angeles, California 90019<br>Attention: David Meiselman<br>Los Angeles, CA 90019-6804 | WW LLC<br>26620 E Hoxie Road<br>Rockford, WA 99030-7003 |
| Wai Holdings LLC<br>45 North Market<br>Wailuku, HI 96793-1756 | Wallingford Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 | Wallingford Lodging Partners LLC<br>Benjamin J. Morris, c/o Foley & Lardner<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |
| West Palm Holdings Inc<br>2705 Via Vistosa<br>San Clemente, CA 92672-3636 | Winderweedle, Haines, Ward & Woodman, P.A.<br>c/o Ryan E. Davis<br>PO Box 1391<br>Orlando, FL 32802-1391 | Winslow Homes LLC<br>3539 Tuscany Reserve Blvd 32168-5334 |
| Maria M Yip<br>Yip & Associates<br>2 South Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 | Zelco Properties LLC<br>108 Patriot Dr A<br>Middletown, DE 19709-8803 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Belle Maison Realty, LLC  
c/o Lea Muse, Owner  
1133 E. 83rd Street 171  
Chicago, IL 60619

(d)Belle Maison Realty, LLC  
Attn: Lea Muse  
1133 E 83rd Street 171  
Chicago, IL 60619

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Andorful Dynasty Real Estate LLC  
4826 Cragmere Loop  
Clermont FL 34711-5523

(u)Foster Group, LLC

(d)Rowehl & Russo Properties, LLC  
237 Floyd Road  
Shirley, NY 11967-2941

(d)Springer Farms Landholdings, LLC  
325 N 1200 E  
American Fork, UT 84003-2049

(u)Kristin Stegent

(u)Charles Blake Stringer

(u)Adam B. Walker

End of Label Matrix  
Mailable recipients   148  
Bypassed recipients     7  
Total                 155