**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>GENIE INVESTMENTS, INC.<br><br>Debtor(s). | Case No.: 3:24-bk-00496-BAJ<br>Chapter 11 |

**SECOND INTERIM APPLICATION OF LAW OFFICES OF MICKLER & MICKLER, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR FOR THE PERIOD FROM APRIL 26, 2024 THROUGH AUGUST 8, 2024 (AS ESTIMATED)**

> # NOTICE OF OPPORTUNITY TO
> # OBJECT AND REQUEST FOR HEARING
>
> Bryan K. Mickler, Attorney for Debtor in this Case for ("Applicant") has filed an application for compensation in the amount of $19,080.00 and reimbursement of expenses in the amount of $0.00 (the "Application"). A copy of the Application may be viewed on the case docket or may be obtained by request to Applicant at 904-725-0822 or court@planlaw.com.
>
> If you object to the Application, you must file an objection with the Clerk of Court at Clerk U. S. Bankruptcy Court, 300 N. Hogan St., Suite 3-150, Jacksonville, FL 32202 within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.
>
> If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and objection and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

## LOCAL RULE 2016-1 INFORMATION

**Name of Applicant**: Law Offices of Mickler & Mickler, LLP

**Services Provided to:** Debtor(s)

**Date of Retention:** February 26, 2024

**Period for this Application:** APRIL 26, 2024 THROUGH AUGUST 8, 2024 (AS ESTIMATED)

**Amount of Compensation Sought: $19,080.00 fees**

**Amount of Expense Reimbursement: $0.00 costs**

**Amount of Original Retainer: $40,000.00 fee and $0.00 cost retainer = $40,000.00 TOTAL MINUS $24,900.00 PREVIOUSLY AWARDED**

**Blended Hourly Rate this Application:** $400.00 Cumulative: $400.00

**This is an:**_ ✓ __interim___final application.

### SUMMARY OF COMPENSATION REQUESTED

In accordance with 11 U.S.C. §§ 330(a); 503(b)(2) and Fed.R.Bankr.P.2016, the Attorney for the Debtor-in-Possession makes application to this Court for interim compensation as follows:

Total Compensation Requested:    Fees:   $19,080.00 ($15,100.00 remaining retainer plus $3,980.00 balance remaining)

Costs: $0.00 sought. ($0.00 retainer with $0.00 remaining balance )

**TOTAL FEES AND COSTS REQUESTED: $19,080.00**

**TOTAL BALANCE REMAINING UNPAID: $3,980.00**

Compensation Paid prior to Application: $40,000.00 retainer with $24,900.00 previously awarded (with costs)

Billing Rate for Bryan K. Mickler @$400.00/hour Total Hours Billed:    47.7 hours

**GENERAL INFORMATION**

This Case was commenced by the filing of a Voluntary Petition under Chapter 11 of the Bankruptcy Code on January 21, 2024 by the Debtor in Possession as a *pro se* filing. On March 8, 2024, the Court entered an order appointing Bryan K. Mickler as Attorney for the Debtor in the Chapter 11 case (Doc. No. 26). Under 11 U.S.C. § 1107, the Debtor in Possession is given all the rights, powers and duties, save for certain investigatory responsibilities.

The initial employment agreement entered into between the Debtor in Possession and the attorney was based upon an hourly billing rate of $400.00 per hour to be billed against a retainer of $25,000.00 (net minus costs). The Debtor then paid an additional $15,000.00 after the previous interim award of $24,900.00 by the Court as Doc. No. 105. Attached as Exhibit "1" is the time sheet for the attorney for the Debtor in Possession.

Bryan K. Mickler of the Law Offices of Mickler & Mickler, LLP billed time during the application period which began on April 26, 2024 and ended on July 26, 2024 as estimated through August 8, 2024 hearing on appointment of a Chapter 11 Trustee. The rate charged is comparable with or below other practitioner's hourly rate in a case under Title 11 and in cases not under Title 11.

**PROJECT CATEGORIES**

| PROJECT CATGORY | TYPE OF ACTIVITY | RESULTS/BENEFIT | TIME PER CATEGORY |
|---|---|---|---|
| General Case Administration | Trustee Activity - initial draft of response to trustee | Appropriate information to creditors and Trustee to allow for | 18.6 hours |

| | appointment motion and review of contracts and other items provided by client | thorough review of assets and income to determine appropriate liquidation and disposable income | |
|---|---|---|---|
| UST<br>Trustee Activity | Trustee Activity - initial draft of response to trustee appointment motion and review of contracts and other items provided by client; review of examiner report and attendance at multiple hearings | Appropriate information to creditors and Trustee to allow for thorough review of assets and income to determine appropriate liquidation and disposable income | 16.7 hours |
| EMP<br>Employ Professional Activity | Retention of Debtor's Counsel and counsel for arbitration actions for recovery of claims held by | Allowed for continuation of representation of estate | 3.6 hours |

| | Debtor; CPA and bookkeeping applications | | |
|---|---|---|---|
| Plan Activity | Drafting of initial plan and related activity with clients re: repayment of customer funds | Allowed for 100% plan to be filed in case | 5.6 hours |
| TOTAL | | | 47.7 hours total |

## TYPE OF APPLICATION

This is an interim application for compensation. No previous applications have been submitted in this case. The applicant has reviewed the interim application with the Debtor in Possession. The Debtor in Possession has approved of the compensation requested.

## REASONS FOR FILING OF REORGANIZATION

The above compensation is fair and appropriate given the circumstances and nature of this case and the services performed for the benefit of the estate by the applicant. The applicant has attempted to reorganize the Debtor in possession since February of 2024.

The Chapter 11 was filed in an attempt to reorganize the unsecured debt of the Debtor in Possession after a series of defaults had threatened the lending business operated by the Debtor. The United States Trustee vigorously opposed the case and ultimately had an examiner appointed in this case to examine the pre-petition financial transactions of the Debtor. This in turn has allowed for restructuring of the unsecured debts and a potential 100% recovery for the unsecured

creditors.

The actions of the attorney for the Debtor, have benefitted the estate by the preservation of the Debtor's assets. The proposed plan anticipates a 100% distribution to unsecured and tax creditors through disposable income generated by the Debtor.

Law Offices of Mickler & Mickler, LLP


By: /s/ Bryan K. Mickler
    Bryan K. Mickler
Florida Bar No. 091790
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822
(904) 725-0855 FAX
bkmickler@planlaw.com

**PROOF OF SERVICE**

**I HEREBY CERTIFY** under penalty of perjury that a copy hereof was furnished to:

Assistant U.S. Trustee
400 W. Washington St., Suite 1100
Orlando, Florida 32801

and to all interested parties per the attached mailing matrix, by CM/ECF and/or U. S. Mail postage prepaid, this   26   day of July 2024.

Signature:_/s/ Bryan K. Mickler_____
Bryan K. Mickler, Attorney for Debtor(s)

# EXHIBIT 1

# CASE ACTIVITY
As of **07/26/2024**

Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy. Jacksonville, FL 32211

Bankruptcy | 3:24-bk-00496-BAJ
## Genie Investments NV, Inc.
10844

## Activities (Billable Items)

Total: **$19,080.00**
(47.7 hours)

| CREATED ON | ACTIVITY | BILLABLE TIME | RATE | AMOUNT |
|---|---|---|---|---|
| Friday, Jul 26, 2024 | **UST** — Trustee Activity - multiple emails and phone calls with client and special counsel for review of trustee response; file response with final edits. *Completed by:* Bryan K. Mickler | 3 hours | $400.00 | $1,200.00 |
| Friday, Jul 26, 2024 | **PLN** — Plan - initial draft of plan - as estimated. *Completed by:* Bryan K. Mickler | 3 hours | $400.00 | $1,200.00 |
| Friday, Jul 26, 2024 | **GEN** — General - draft and file injunction complaint related to creditor of Genie 2 claiming arbitration - as estimated. *Completed by:* Bryan K. Mickler | 1.9 hours | $400.00 | $760.00 |
| Friday, Jul 26, 2024 | **UST** — Trustee Activity - prepare for and attend hearing on objections to claims and trustee appointment - as estimated. *Completed by:* Bryan K. Mickler | 4 hours | $400.00 | $1,600.00 |
| Friday, Jul 26, 2024 | **EMP** — Employ Professional Activity - review of CPA and attorney applications; file multiple applications to employ and for compensation - Walker, CPA, Bookkeeper, Parker and Spiegel. *Completed by:* Bryan K. Mickler | 3.6 hours | $400.00 | $1,440.00 |
| Monday, Jul 22, 2024 | **UST** — Trustee Activity - draft initial response to trustee appointment motion; telecon with client. *Completed by:* Bryan K. Mickler | 3.3 hours | $400.00 | $1,320.00 |

## Activities (Billable Items)

Total: **$19,080.00**
(47.7 hours)

| CREATED ON | ACTIVITY | BILLABLE TIME | RATE | AMOUNT |
|---|---|---|---|---|
| Monday, Jul 15, 2024 | **GEN**<br>General - telecon with clients re next steps with trustee; examiner and new creditor<br>*Completed by:* Bryan K. Mickler | 0.5 hours | $400.00 | $200.00 |
| Wednesday, Jul 03, 2024 | **PLN**<br>Plan - telecon with clients and other atty to discuss plan terms and ability to restructure.<br>*Completed by:* Bryan K. Mickler | 1.6 hours | $400.00 | $640.00 |
| Tuesday, Jul 02, 2024 | **GEN**<br>General - telecon with creditor committee attorney; email to counsel for examiner and debtor<br>*Completed by:* Bryan K. Mickler | 0.6 hours | $400.00 | $240.00 |
| Monday, Jul 01, 2024 | **GEN**<br>General - telecon with client re impact of examiner report and options going forward<br>*Completed by:* Bryan K. Mickler | 1.9 hours | $400.00 | $760.00 |
| Sunday, Jun 30, 2024 | **GEN**<br>General - review of examiner report; email to atty for genie and client<br>*Completed by:* Bryan K. Mickler | 1 hours | $400.00 | $400.00 |
| Tuesday, Jun 25, 2024 | **GEN**<br>General - telecon with examiner and Genie re report and other documents needed<br>*Completed by:* Bryan K. Mickler | 0.9 hours | $400.00 | $360.00 |
| Tuesday, Jun 25, 2024 | **GEN**<br>General - telecon with creditor committee and email follow up with clients<br>*Completed by:* Bryan K. Mickler | 0.8 hours | $400.00 | $320.00 |
| Monday, Jun 24, 2024 | **GEN**<br>General - telecon with clients re examiner questions and response email with points and documents<br>*Completed by:* Bryan K. Mickler | 1.1 hours | $400.00 | $440.00 |

## Activities (Billable Items)

Total: **$19,080.00**
(47.7 hours)

| CREATED ON | ACTIVITY | BILLABLE TIME | RATE | AMOUNT |
|---|---|---|---|---|
| Friday, Jun 14, 2024 | **CLM** <br> Claims Objections and Activities - telecon to review claims and finalize objections <br> *Completed by:* Bryan K. Mickler | 1.2 hours | $400.00 | $480.00 |
| Thursday, Jun 13, 2024 | **CLM** <br> Claims Objections and Activities - review of claims; prepare claims objections based on chart of client <br> *Completed by:* Bryan K. Mickler | 2 hours | $400.00 | $800.00 |
| Thursday, Jun 13, 2024 | **GEN** <br> General - tax conversation with cpa and client re income issues <br> *Completed by:* Bryan K. Mickler | 0.4 hours | $400.00 | $160.00 |
| Wednesday, Jun 12, 2024 | **GEN** <br> General - attend multiple hearings related to creditor committee issues; telecon and email to client for follow up; review of claims <br> *Completed by:* Bryan K. Mickler | 1.1 hours | $400.00 | $440.00 |
| Tuesday, Jun 11, 2024 | **GEN** <br> General - review with client hearings set for next day by phone; emails to confirm <br> *Completed by:* Bryan K. Mickler | 0.8 hours | $400.00 | $320.00 |
| Monday, Jun 10, 2024 | **UST** <br> Trustee Activity - review of documents related to the creditor committee members breach; prepare and circulate motion to remove <br> *Completed by:* Bryan K. Mickler | 1.9 hours | $400.00 | $760.00 |
| Monday, Jun 10, 2024 | **UST** <br> Trustee Activity - attend meeting with examiner via phone; follow up with clients <br> *Completed by:* Bryan K. Mickler | 1.7 hours | $400.00 | $680.00 |
| Thursday, Jun 06, 2024 | **GEN** <br> General - review of settlement objection by committee; email to clients with update; documents to client and review of examiner emails related to missing documents <br> *Completed by:* Bryan K. Mickler | 0.7 hours | $400.00 | $280.00 |

## Activities (Billable Items)

Total: **$19,080.00**
(47.7 hours)

| CREATED ON | ACTIVITY | BILLABLE TIME | RATE | AMOUNT |
|---|---|---|---|---|
| Tuesday, Jun 04, 2024 | **GEN**<br>General - creditor committee email to UST to remove members<br>*Completed by:* Bryan K. Mickler | 0.6 hours | $400.00 | $240.00 |
| Monday, Jun 03, 2024 | **GEN**<br>General - review of creditor committee motion in discovery; prepare protective motion response<br>*Completed by:* Bryan K. Mickler | 2 hours | $400.00 | $800.00 |
| Friday, May 24, 2024 | **GEN**<br>General - review of request to produce and objection email by creditor committee; email to clients with reference to protective motion<br>*Completed by:* Bryan K. Mickler | 0.6 hours | $400.00 | $240.00 |
| Thursday, May 23, 2024 | **GEN**<br>General -review of examiner request for docs and email from client; response email with confidentiality issues<br>*Completed by:* Bryan K. Mickler | 0.4 hours | $400.00 | $160.00 |
| Thursday, May 23, 2024 | **GEN**<br>General - 9019 motion for velanos<br>*Completed by:* Bryan K. Mickler | 0.3 hours | $400.00 | $120.00 |
| Monday, May 20, 2024 | **PLN**<br>Plan - review by telephone with client on plan terms and settlement with velanos<br>*Completed by:* Bryan K. Mickler | 1 hours | $400.00 | $400.00 |
| Tuesday, May 14, 2024 | **GEN**<br>General - telecon re examiner bank requests<br>*Completed by:* Bryan K. Mickler | 1 hours | $400.00 | $400.00 |
| Monday, May 13, 2024 | **UST**<br>Trustee Activity - attend examiner retention hearings; follow up emails from examiner and to client<br>*Completed by:* Bryan K. Mickler | 0.8 hours | $400.00 | $320.00 |

## Activities (Billable Items)

Total: **$19,080.00**
(47.7 hours)

| CREATED ON | ACTIVITY | BILLABLE TIME | RATE | AMOUNT |
|---|---|---|---|---|
| Friday, May 10, 2024 | **UST**<br>Trustee Activity - telecon with clients re examiner hearings<br>*Completed by:* Bryan K. Mickler | 0.7 hours | $400.00 | $280.00 |
| Monday, Apr 29, 2024 | **PLN**<br>Plan - exclusivity motion and order with email to clients to approve<br>*Completed by:* Bryan K. Mickler | 1.3 hours | $400.00 | $520.00 |
| Friday, Apr 26, 2024 | **GEN**<br>General - telecon with examiner to discuss past transactions<br>*Completed by:* Bryan K. Mickler | 2 hours | $400.00 | $800.00 |