| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00496-BAJ<br>Middle District of Florida<br>Jacksonville<br>Fri Jul 26 11:50:05 EDT 2024 | Andorful Dynasty Real Estate LLC<br>4826 Cragmere Loop<br>Clermont, FL 34711-5523 | (p)BELLE MAISON REALTY  LLC<br>ATTN LEA MUSE<br>1133 E 83RD ST<br>171<br>CHICAGO IL 60619-6455 |
| Lisa Butkiewicz<br>6501 E. Greenway Parkway<br>#103-218<br>Scottsdale, AZ 85254-2025 | Genie Investments NV Inc.<br>PO Box 60443<br>Jacksonville, FL 32236-0443 | Holland & Knight LLP<br>c/o Noel Boeke, Esq.<br>100 N. Tampa St., Ste. 4100<br>Tampa, FL 33602-3644 |
| Hal A. Levenberg, CIRA, CFE<br>YIP ASSOCIATES<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 2690<br>Miami, FL 33131-1815 | The Official Committee of Unsecured Creditor<br>c/o Noel R. Boeke<br>Holland & Knight LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, FL 33602-3644 | Winderweedle, Haines, Ward & Woodman, P.A.<br>c/o Ryan E. Davis<br>PO Box 1391<br>Orlando, FL 32802-1391 |
| Maria M Yip<br>Yip & Associates<br>2 South Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 | 20 Development LLC<br>1089 E Benchview Drive<br>Ogden, UT 84404-3783 | A Complete Home Inspection LLC -<br>110 Velsco Lane<br>Port Sulphur, LA 70083-2362 |
| ALV Capital LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | ALV Capital LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>Bedford, NH 03110-7058 | AMRODDO HOLDINGS, LLC -<br>625 WOODMONT AVE<br>BERKELEY, CA 94708-1233 |
| Acres & Royalty LLC -<br>205 N Michigan Ave<br>Chicago, IL 60601-5927 | Adaptive Medical Technologies LLC<br>7349 Paseo Del Sur<br>Scottsdale, AZ 85258 | Ajer LLC<br>1070 S 650 West<br>Farmington, UT 84025-4603 |
| Alere LLC -<br>1530 E. Williams Field Rd 201<br>Gilbert, AZ 85295-1825 | Ameiva LLC<br>282 E 300 S<br>Smithfield, UT 84335-1636 | Amrodddo Holdings LLC<br>2283 Candlestick Ave<br>Henderson, NV 89052-2361 |
| Another Chance Group Home Inc -<br>54 N Vista Ave<br>Casa Grande, AZ 85122-3193 | Anvil Construction Inc<br>470 N. Main Street<br>Brigham City, UT 84302-1858 | Archer Capital Investments<br>Attn: Michael Thompson<br>1448 W. Salmon Caddis Drive<br>Bluffdale, UT 84065-5122 |
| Autonomous Drine Solutions LLC<br>dba Calaway Solutions<br>Attn: Garrett Calaway<br>7180 S Hudson Circle<br>Centennial, CO 80122-2553 | Autonomous Drone Solutions DBA Calaway Solut<br>2121 Brittmoore 2200<br>Houston, TX 77043-2220 | BAYI Capital Management LLC<br>148 Undercliff Avenue<br>Edgewater, NJ 07020-1275 |
| Bild Credit LLC -<br>30 N Gould Street 30212<br>Sheridan, WY 82801-6317 | Bold City Commercial LLC<br>4426 CAPITAL DOME DR<br>Jacksonville, FL 32246-7456 | Braces at Brick, PA<br>900 Cedar Bridge Avenue<br>Brick, NJ 08723 |

| | | |
|---|---|---|
| Brooklyn Heights -<br>307 N Lincoln Street<br>307 N Lincoln Street<br>Tallulah, LA 71282-4314 | Brooklyn Heights LLC<br>307 N Lincoln Street<br>Tallulah, LA 71282-4314 | Bryan K. Mickler<br>Attorney for the Debtor<br>5452 Arlington Expy.<br>Jacksonville, FL 32211-6860 |
| Bull & Bear Properties LLC -<br>1140 E 87th Street<br>Chicago, IL 60619-7012 | Business Live Global USA LLC -<br>4538 Walnut Ridge Circle<br>4538 Walnut Ridge Circle<br>McDonald, PA 15057-1608 | Business Live Global USA, LLC<br>4538 Walnut Ridge Circle<br>Mc Donald, PA 15057-1608 |
| CNF Solutions LLC<br>135 East 620 South<br>Smithfield, UT 84335-4901 | CannaVision Inc<br>777 Main Street 600<br>Fort Worth, TX 76102-5368 | Charles Blake Stringer/Nutra-AcresLLC<br>149 South Shore Drive<br>Amarillo, TX 79118-8007 |
| Cobb Utilities Inc<br>191 Honey Suckle Circle<br>Ranger, GA 30734-6792 | Cobb Utilities Inc. -<br>191 Honeysuckle Circle NE.<br>Ranger, GA 30734-6792 | Cool Beanz LLC<br>6585 Decatur Blvd<br>Las Vegas, NV 89118-2110 |
| Cool Beanz, LLC -<br>143 West Fulton Street<br>Sanford, FL 32771-1218 | Dajo Properties LLC<br>11360Chestnut Tree Rd<br>Honey Brook, PA 19344 | Darnell Development -<br>1118 N Chinowth<br>VISALIA, CA 93291-7896 |
| Darnell Development, LLC<br>2814 W Newton CT<br>Visalia, CA 93291-6593 | Dun Agro Hemp Group Inc<br>P.O. Box 475<br>Shelbyville, IN 46176 | Duval County Tax Collector<br>231 Forsyth St.  #130<br>Jacksonville FL 32202-3380 |
| Edge Development LLC<br>315 239th Ct. SE<br>Sammamish, WA 98074-3687 | Expansive Investments, LLC<br>3855 S 500 W B<br>Salt Lake City, UT 84115 | Faith Investor Services, LLC<br>1522 4th Ave<br>Asbury Park, NJ 07712-4962 |
| Faith Investors Services LLC -<br>1522 4th Ave<br>Asbury Park, NJ 07712-4962 | Fehu Capital Inc<br>3139 W. Holmbe Blvd A 77025-1533 | Ficarra Holdings LLC<br>408 Billings Road<br>Somers, CT 06071-2037 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Foster Group LLC -<br>2539 N 300 E<br>Lehi, UT 84043-4403 | Global Verse Holdings LLC -<br>1709 Vintage Lane<br>Wylie, TX 75098-0816 |
| Golden Goods LLC<br>3620 West 10th Street<br>Greeley, CO 80634-1853 | H&M Essential Services, LLC<br>221 N Broad Street 3A<br>Middletown, DE 19709-1070 | Half a Dime, LTD<br>Box 653<br>Alberta |

| | | |
|---|---|---|
| Heliosun LLC DBA Odin -<br>1600 S Litchfield Rd 230A<br>Goodyear, AZ 85338 | High Dunes II LLC<br>17 Lockwood Drive<br>Charleston, SC 29401-1190 | Hospitality Growth Capital LLC<br>23 Upton St<br>Peabody, MA 01960-0060 |
| Hospitality Growth Capital LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>Bedford, NH 03110-7058 | Humane Care 7 Days Medical Group Inc<br>6552 Bolsa Avenue N<br>Huntington Beach, CA 92647-2656 | Internal Revenue Service -<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Iron Dragon Corporation<br>70 Winding Way<br>Gibbsboro, NJ 08026-1460 | JC&TL Inc<br>13865 Magnolia Avenue B<br>Chino, CA 91710-7047 | Just Hewitt LLC<br>205 E Hidalgo Avenue<br>Raymondville, TX 78580-2545 |
| Knife & Spirit<br>7217 E 4th Avenue<br>Scottsdale, AZ 85251-3634 | Knights Lending<br>1603 Capitol Ave, Ste. 413<br>Cheyenne, WY 82001-4562 | Knut LLC -<br>697 N 740 E 84043-1300 |
| Latent Lending, LLC -<br>Latent Wealth Group, LLC<br>Mark Steiner<br>302 N. Abajo Peak Way, UT 84032 | Latent Wealth Group LLC<br>302 N. Abajo Peak Way<br>Heber City, UT 84032-6501 | Law Offices of Mickler & Mickler, LLP<br>5452 Arlington Expy.<br>Jacksonville, FL 32211-6860 |
| Legacy Land Developers LLC -<br>1651 W 100th St<br>CHICAGO, IL 60643-2128 | Lobenhaus Capital, LLC<br>6303 Lone Wolf Drive<br>Jamesville, NY 13078-9587 | Log Cabin Building LLC -<br>289 Parker Drive<br>Pittsburgh, PA 15216-1346 |
| MAA DFW Investments LLC<br>2509 Amelia Island<br>Southlake, TX 76092-1583 | MIMS-IPR, LLC -<br>1627 7th St S<br>Clanton, AL 35045-8786 | McMann Commercial Lending LLC<br>500 N Michigan Ave 600<br>Chicago, IL 60611-3754 |
| Meetopolis LLC<br>Attn: Lisa Butkiewicz<br>5434 E Kathleen Road<br>Scottsdale, AZ 85254-1759 | Michael Thompson -<br>1448 W Salmon Caddis Dr<br>Bluffdale, UT 84065-5122 | Michele Ruiz Productions, LLC DBA Ruiz Strat<br>925 Century Park East 1700<br>West Hollywood, CA 90069 |
| Moser Holdings, LLC<br>537 S. 150 E.<br>Smithfield, UT 84335-1654 | My Dragonfly Home Solutions, LLC<br>7700 Irvine Center Drive 800<br>Irvine, CA 92618-3047 | N2N Group, Inc -<br>5 Webb Hill Road<br>Great Neck, NY  11020<br>Attention:  Michelle Chen<br>Great Neck, NY 11020-1118 |
| NCR Digital Corp -<br>237 Floyd Road<br>Shirley, NY 11967-2941 | NY SF Sunset Yards LLC<br>64 Grand Street<br>Brooklyn, NY 11249-4219 | New Mount Olive Church -<br>2905 Macfarlane Crescent<br>2905 Macfarlane Crescent<br>Flossmoor, IL 60422-1427 |

New Mount olive Missionary Baptist Church In
P.O. Box 1696
Harvey, IL 60426-7696

North Haven Lodging Partners LLC
2517 W Brentridge Circle
Sioux Falls, SD 57108-1573

North Haven Lodging Partners LLC -
Benjamin J. Morris, c/o Foley & Lardner
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

North Haven Lodging Partners, LLC
Attn: Benjamin Morris, Esq.
Foley & Lardner LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

Nortical Capital Inc -
921 E. Parker Street 1
Lakeland, FL 33801-1901

Nutra-Acres Inc
205 Michigan Ave
Chicago, IL 60601-5927

Nutre Leasing LLC
23 Upton St
Peabody, MA 01960-0060

Nutre Leasing LLC -
c/o Strauss Law Group PLLC
264 South River Road, Box 552
c/o Strauss Law Group PLLC, 264 South Ri
Bedford, NH 03110-7058

On Site Life Care Inc.
41 Flatbush Avenue, 1st Floor
Brooklyn, NY 11217-1145

Oregon Business Management Group Inc
12600 SW 72nd Ave 140
Tigard, OR 97223-8356

Phoenix Rising LLC
172 Center Bay
Jackson, WY 83001

Platinum Investments USA LLC
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
Wilmington, DE 19801-1120

Prine Energy Services LLC
450 Gears Road
Houston, TX 77067-4529

Relco Industries LLC and Richard L Ellison -
75 Lambert Avenue
Clifton, NJ 07013-1254

Ricks Ventures LLC
1354 W 1900 S
Logan, UT 84321-6882

Rolling By The Dozen RV Park LLC -
40 Country Road 267
Somerville, TX 77879-5208

Rowehl & Russo Properties LLC. -
237 Floyd Rd
Shirley, NY 11967-2941

S&L Zeppeteli DBA SLZ Waste Inc -
191 Moonachie Road
Moonachie, NJ 07074-1309

SSC Services Inc
80 Franklin Street
Framingham, MA 01702-6671

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

Seeking First LLC
3320 Laurel Dale Drive
Tampa, FL 33618-1033

Seiler Tucker Inc -
400 Poydras Suite 1460
New Orleans, LA 70130-3260

Skyward Tax & Accounting Service LLC
3505 Lake Lynda Dr. 200
Orlando, FL 32817-8333

Solace Realty Concepts LLC -
112 Lehigh Ave
Newark, NJ 07112-2036

Solar Capital Funding LLC
23 Upton St
Peabody, MA 01960-0060

Solar Capital Funding LLC -
c/o Strauss Law Group PLLC
264 South River Road, Box 552
c/o Strauss Law Group PLLC, 264 South Ri
Bedford, NH 03110-7058

Solas Realty Concepts LLC
112 Lehigh Avenue
Newark, NJ 07112-2036

Springer Farms Landholdings LLC
325 N 1200 E
American Fork, UT 84003-2049

Story Book Homes LLC
86 Mountain Avenue
Berkeley Heights, NJ 07922-2633

Sun Coast Entertainment Live LLC -
6960 Brescia Way
Orlando, FL 32819-5288

| | | |
|---|---|---|
| Sunlight Storage LLC<br>3344 Bear Canyon Ln<br>Pleasant Grove, UT 84062-8016 | Taj Construction LLC<br>10 Windsor Dr.<br>Foxboro, MA 02035-2226 | Temidayo Adebayo -<br>148 Undercliff Avenue<br>Suite 9<br>Edgewater, NJ 07020-1123 |
| Terry's Florists LLC<br>46 English Plaza<br>Red Bank, NJ 07701-1693 | The Farming Co Pty Ltd -<br>86 Lakeside Drive<br>Helena Valley<br>6056, Western Australia | The Farming Co. PTY LTD<br>86 Lakeside Dr.<br>Helena, MT 59604 |
| The Generations Group<br>1006 Top Hill Dr<br>Brenham, TX 77833-2585 | The Generations Group-DonStrickland -<br>14312 Zion Gate Xing<br>Conroe, TX 77384-2516 | TnC NOLA Holdings LLC -<br>1461 Annunciaction Street B<br>New Orleans, LA 70130-4539 |
| U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | Uncle Willie Green Wings -<br>141 Lehigh Ave<br>Newark, NJ 07112-2037 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| VTJ LLC<br>706 Leander DR<br>Leander, TX 78641-5017 | WAI Holdings, LLC -<br>1275 S Lucerne Blvd<br>Los Angeles, California 90019<br>Attention: David Meiselman<br>Los Angeles, CA 90019-6804 | WW LLC<br>26620 E Hoxie Road<br>Rockford, WA 99030-7003 |
| Wai Holdings LLC<br>45 North Market<br>Wailuku, HI 96793-1756 | Wallingford Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 | Wallingford Lodging Partners LLC -<br>Benjamin J. Morris, c/o Foley & Lardner<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |
| West Palm Holdings Inc -<br>2705 Via Vistosa<br>San Clemente, CA 92672-3636 | Winslow Homes LLC<br>3539 Tuscany Reserve Blvd 32168-5334 | Zelco Properties LLC -<br>108 Patriot Dr A<br>Middletown, DE 19709-8803 |
| Ryan E Davis +<br>Winderweedle Haines Ward & Woodman P.A.<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 | Bryan K. Mickler +<br>Mickler & Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6860 | United States Trustee - JAX 11 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Edward M Fitzgerald +<br>Holland & Knight LLP<br>200 South Orange Ave<br>Suite 2600<br>Orlando, FL 32801-3453 | Max R Tarbox +<br>Tarbox Law PC<br>2301 Broadway<br>Lubbock, TX 79401-2916 | Scott E Bomkamp +<br>DOJ-Ust<br>United States Trustee<br>400 W. Washington St.<br>Ste 1100<br>Orlando, FL 32801-2440 |
| Jason A. Burgess +<br>Jacksonville<br>300 North Hogan Street<br>Room 4-213<br>Jacksonville, FL 32202-4204 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Belle Maison Realty, LLC  
c/o Lea Muse, Owner  
1133 E. 83rd Street 171  
Chicago, IL 60619

(d)Belle Maison Realty, LLC  
Attn: Lea Muse  
1133 E 83rd Street 171  
Chicago, IL 60619

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Foster Group, LLC

(u)Kristin Stegent

(u)Charles Blake Stringer

(u)Adam B. Walker

(d)Andorful Dynasty Real Estate LLC  
4826 Cragmere Loop  
Clermont FL 34711-5523

(d)Rowehl & Russo Properties, LLC  
237 Floyd Road  
Shirley, NY 11967-2941

(d)Springer Farms Landholdings, LLC -  
325 N 1200 E  
American Fork, UT 84003-2049

(u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF  
-------------------------------------------  
Note: Entries with a '-' at the end of the name have filed a claim in this case

End of Label Matrix  
Mailable recipients   147  
Bypassed recipients     8  
Total               155