| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00496-BAJ<br>Middle District of Florida<br>Jacksonville<br>Tue Aug  6 15:03:14 EDT 2024 | Andorful Dynasty Real Estate LLC<br>4826 Cragmere Loop<br>Clermont, FL 34711-5523 | (p)BELLE MAISON REALTY  LLC<br>ATTN LEA MUSE<br>1133 E 83RD ST<br>171<br>CHICAGO IL 60619-6455 |
| Lisa Butkiewicz<br>6501 E. Greenway Parkway<br>#103-218<br>Scottsdale, AZ 85254-2025 | Genie Investments NV Inc.<br>PO Box 60443<br>Jacksonville, FL 32236-0443 | Holland & Knight LLP<br>c/o Noel Boeke, Esq.<br>100 N. Tampa St., Ste. 4100<br>Tampa, FL 33602-3644 |
| Hal A. Levenberg, CIRA, CFE<br>YIP ASSOCIATES<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 2690<br>Miami, FL 33131-1815 | The Official Committee of Unsecured Creditor<br>c/o Noel R. Boeke<br>Holland & Knight LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, FL 33602-3644 | Winderweedle, Haines, Ward & Woodman, P.A.<br>c/o Ryan E. Davis<br>PO Box 1391<br>Orlando, FL 32802-1391 |
| Maria M Yip<br>Yip & Associates<br>2 South Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 | 20 Development LLC<br>1089 E Benchview Drive<br>Ogden, UT 84404-3783 | A Complete Home Inspection LLC -<br>110 Velsco Lane<br>Port Sulphur, LA 70083-2362 |
| ALV Capital LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | ALV Capital LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>Bedford, NH 03110-7058 | AMRODDO HOLDINGS, LLC -<br>625 WOODMONT AVE<br>BERKELEY, CA 94708-1233 |
| Acres & Royalty LLC -<br>205 N Michigan Ave<br>Chicago, IL 60601-5927 | Adaptive Medical Technologies LLC<br>7349 Paseo Del Sur<br>Scottsdale, AZ 85258 | Ajer LLC<br>1070 S 650 West<br>Farmington, UT 84025-4603 |
| Alere LLC -<br>1530 E. Williams Field Rd 201<br>Gilbert, AZ 85295-1825 | Ameiva LLC<br>282 E 300 S<br>Smithfield, UT 84335-1636 | Amrodddo Holdings LLC<br>2283 Candlestick Ave<br>Henderson, NV 89052-2361 |
| Another Chance Group Home Inc -<br>54 N Vista Ave<br>Casa Grande, AZ 85122-3193 | Anvil Construction Inc<br>470 N. Main Street<br>Brigham City, UT 84302-1858 | Archer Capital Investments<br>Attn: Michael Thompson<br>1448 W. Salmon Caddis Drive<br>Bluffdale, UT 84065-5122 |
| Autonomous Drine Solutions LLC<br>dba Calaway Solutions<br>Attn: Garrett Calaway<br>7180 S Hudson Circle<br>Centennial, CO 80122-2553 | Autonomous Drone Solutions DBA Calaway Solut<br>2121 Brittmoore 2200<br>Houston, TX 77043-2220 | BAYI Capital Management LLC<br>148 Undercliff Avenue<br>Edgewater, NJ 07020-1275 |
| Bild Credit LLC -<br>30 N Gould Street 30212<br>Sheridan, WY 82801-6317 | Bold City Commercial LLC<br>4426 CAPITAL DOME DR<br>Jacksonville, FL 32246-7456 | Braces at Brick, PA<br>900 Cedar Bridge Avenue<br>Brick, NJ 08723 |

| | | |
|---|---|---|
| Brooklyn Heights -<br>307 N Lincoln Street<br>307 N Lincoln Street<br>Tallulah, LA 71282-4314 | Brooklyn Heights LLC<br>307 N Lincoln Street<br>Tallulah, LA 71282-4314 | Bryan K. Mickler<br>Attorney for the Debtor<br>5452 Arlington Expy.<br>Jacksonville, FL 32211-6860 |
| Bull & Bear Properties LLC -<br>1140 E 87th Street<br>Chicago, IL 60619-7012 | Business Live Global USA LLC -<br>4538 Walnut Ridge Circle<br>4538 Walnut Ridge Circle<br>McDonald, PA 15057-1608 | Business Live Global USA, LLC<br>4538 Walnut Ridge Circle<br>Mc Donald, PA 15057-1608 |
| CNF Solutions LLC<br>135 East 620 South<br>Smithfield, UT 84335-4901 | CannaVision Inc<br>777 Main Street 600<br>Fort Worth, TX 76102-5368 | Charles Blake Stringer/Nutra-AcresLLC<br>149 South Shore Drive<br>Amarillo, TX 79118-8007 |
| Cobb Utilities Inc<br>191 Honey Suckle Circle<br>Ranger, GA 30734-6792 | Cobb Utilities Inc. -<br>191 Honeysuckle Circle NE.<br>Ranger, GA 30734-6792 | Cool Beanz LLC<br>6585 Decatur Blvd<br>Las Vegas, NV 89118-2110 |
| Cool Beanz, LLC -<br>143 West Fulton Street<br>Sanford, FL 32771-1218 | Dajo Properties LLC<br>11360Chestnut Tree Rd<br>Honey Brook, PA 19344 | Darnell Development -<br>1118 N Chinowth<br>VISALIA, CA 93291-7896 |
| Darnell Development, LLC<br>2814 W Newton CT<br>Visalia, CA 93291-6593 | Dun Agro Hemp Group Inc<br>P.O. Box 475<br>Shelbyville, IN 46176 | Duval County Tax Collector<br>231 Forsyth St.  #130<br>Jacksonville FL 32202-3380 |
| Edge Development LLC<br>315 239th Ct. SE<br>Sammamish, WA 98074-3687 | Expansive Investments, LLC<br>3855 S 500 W B<br>Salt Lake City, UT 84115 | Faith Investor Services, LLC<br>1522 4th Ave<br>Asbury Park, NJ 07712-4962 |
| Faith Investors Services LLC -<br>1522 4th Ave<br>Asbury Park, NJ 07712-4962 | Fehu Capital Inc<br>3139 W. Holmbe Blvd A 77025-1533 | Ficarra Holdings LLC<br>408 Billings Road<br>Somers, CT 06071-2037 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Foster Group LLC -<br>2539 N 300 E<br>Lehi, UT 84043-4403 | Global Verse Holdings LLC -<br>1709 Vintage Lane<br>Wylie, TX 75098-0816 |
| Golden Goods LLC<br>3620 West 10th Street<br>Greeley, CO 80634-1853 | H&M Essential Services, LLC<br>221 N Broad Street 3A<br>Middletown, DE 19709-1070 | Half a Dime, LTD<br>Box 653<br>Alberta |

Heliosun LLC DBA Odin -
1600 S Litchfield Rd 230A
Goodyear, AZ 85338

High Dunes II LLC
17 Lockwood Drive
Charleston, SC 29401-1190

Hospitality Growth Capital LLC
23 Upton St
Peabody, MA 01960-0060


Hospitality Growth Capital LLC -
c/o Strauss Law Group PLLC
264 South River Road, Box 552
Bedford, NH 03110-7058

Humane Care 7 Days Medical Group Inc
6552 Bolsa Avenue N
Huntington Beach, CA 92647-2656

Internal Revenue Service -
PO Box 7346
Philadelphia, PA  19101-7346


Iron Dragon Corporation
70 Winding Way
Gibbsboro, NJ 08026-1460

JC&TL Inc
13865 Magnolia Avenue B
Chino, CA 91710-7047

Just Hewitt LLC
205 E Hidalgo Avenue
Raymondville, TX 78580-2545


Knife & Spirit
7217 E 4th Avenue
Scottsdale, AZ 85251-3634

Knights Lending
1603 Capitol Ave, Ste. 413
Cheyenne, WY 82001-4562

Knut LLC -
697 N 740 E 84043-1300


Latent Lending, LLC -
Latent Wealth Group, LLC
Mark Steiner
302 N. Abajo Peak Way, UT 84032

Latent Wealth Group LLC
302 N. Abajo Peak Way
Heber City, UT 84032-6501

Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211-6860


Legacy Land Developers LLC -
1651 W 100th St
CHICAGO, IL 60643-2128

Lobenhaus Capital, LLC
6303 Lone Wolf Drive
Jamesville, NY 13078-9587

Log Cabin Building LLC -
289 Parker Drive
Pittsburgh, PA 15216-1346


MAA DFW Investments LLC
2509 Amelia Island
Southlake, TX 76092-1583

MIMS-IPR, LLC -
1627 7th St S
Clanton, AL 35045-8786

McMann Commercial Lending LLC
500 N Michigan Ave 600
Chicago, IL 60611-3754


Meetopolis LLC
Attn: Lisa Butkiewicz
5434 E Kathleen Road
Scottsdale, AZ 85254-1759

Michael Thompson -
1448 W Salmon Caddis Dr
Bluffdale, UT 84065-5122

Michele Ruiz Productions, LLC DBA Ruiz Strat
925 Century Park East 1700
West Hollywood, CA 90069


Moser Holdings, LLC
537 S. 150 E.
Smithfield, UT 84335-1654

My Dragonfly Home Solutions, LLC
7700 Irvine Center Drive 800
Irvine, CA 92618-3047

N2N Group, Inc -
5 Webb Hill Road
Great Neck, NY  11020
Attention:  Michelle Chen
Great Neck, NY 11020-1118


NCR Digital Corp -
237 Floyd Road
Shirley, NY 11967-2941

NY SF Sunset Yards LLC
64 Grand Street
Brooklyn, NY 11249-4219

New Mount Olive Church -
2905 Macfarlane Crescent
2905 Macfarlane Crescent
Flossmoor, IL 60422-1427

| | | |
|---|---|---|
| New Mount olive Missionary Baptist Church In<br>P.O. Box 1696<br>Harvey, IL 60426-7696 | North Haven Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 | North Haven Lodging Partners LLC -<br>Benjamin J. Morris, c/o Foley & Lardner<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |
| North Haven Lodging Partners, LLC<br>Attn: Benjamin Morris, Esq.<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 | Nortical Capital Inc -<br>921 E. Parker Street 1<br>Lakeland, FL 33801-1901 | Nutra-Acres Inc<br>205 Michigan Ave<br>Chicago, IL 60601-5927 |
| Nutre Leasing LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Nutre Leasing LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 | On Site Life Care Inc.<br>41 Flatbush Avenue, 1st Floor<br>Brooklyn, NY 11217-1145 |
| Oregon Business Management Group Inc<br>12600 SW 72nd Ave 140<br>Tigard, OR 97223-8356 | Phoenix Rising LLC<br>172 Center Bay<br>Jackson, WY 83001 | Platinum Investments USA LLC<br>c/o THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER 1209 ORANGE ST<br>Wilmington, DE 19801-1120 |
| Prine Energy Services LLC<br>450 Gears Road<br>Houston, TX 77067-4529 | Relco Industries LLC and Richard L Ellison -<br>75 Lambert Avenue<br>Clifton, NJ 07013-1254 | Ricks Ventures LLC<br>1354 W 1900 S<br>Logan, UT 84321-6882 |
| Rolling By The Dozen RV Park LLC -<br>40 Country Road 267<br>Somerville, TX 77879-5208 | Rowehl & Russo Properties LLC. -<br>237 Floyd Rd<br>Shirley, NY 11967-2941 | S&L Zeppeteli DBA SLZ Waste Inc -<br>191 Moonachie Road<br>Moonachie, NJ 07074-1309 |
| SSC Services Inc<br>80 Franklin Street<br>Framingham, MA 01702-6671 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Seeking First LLC<br>3320 Laurel Dale Drive<br>Tampa, FL 33618-1033 |
| Seiler Tucker Inc -<br>400 Poydras Suite 1460<br>New Orleans, LA 70130-3260 | Skyward Tax & Accounting Service LLC<br>3505 Lake Lynda Dr. 200<br>Orlando, FL 32817-8333 | Solace Realty Concepts LLC -<br>112 Lehigh Ave<br>Newark, NJ 07112-2036 |
| Solar Capital Funding LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Solar Capital Funding LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 | Solas Realty Concepts LLC<br>112 Lehigh Avenue<br>Newark, NJ 07112-2036 |
| Springer Farms Landholdings LLC<br>325 N 1200 E<br>American Fork, UT 84003-2049 | Story Book Homes LLC<br>86 Mountain Avenue<br>Berkeley Heights, NJ 07922-2633 | Sun Coast Entertainment Live LLC -<br>6960 Brescia Way<br>Orlando, FL 32819-5288 |

| | | |
|---|---|---|
| Sunlight Storage LLC<br>3344 Bear Canyon Ln<br>Pleasant Grove, UT 84062-8016 | Taj Construction LLC<br>10 Windsor Dr.<br>Foxboro, MA 02035-2226 | Temidayo Adebayo -<br>148 Undercliff Avenue<br>Suite 9<br>Edgewater, NJ 07020-1123 |
| Terry's Florists LLC<br>46 English Plaza<br>Red Bank, NJ 07701-1693 | The Farming Co Pty Ltd -<br>86 Lakeside Drive<br>Helena Valley<br>6056, Western Australia | The Farming Co. PTY LTD<br>86 Lakeside Dr.<br>Helena, MT 59604 |
| The Generations Group<br>1006 Top Hill Dr<br>Brenham, TX 77833-2585 | The Generations Group-DonStrickland -<br>14312 Zion Gate Xing<br>Conroe, TX 77384-2516 | TnC NOLA Holdings LLC -<br>1461 Annunciaction Street B<br>New Orleans, LA 70130-4539 |
| U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | Uncle Willie Green Wings -<br>141 Lehigh Ave<br>Newark, NJ 07112-2037 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| VTJ LLC<br>706 Leander DR<br>Leander, TX 78641-5017 | WAI Holdings, LLC -<br>1275 S Lucerne Blvd<br>Los Angeles, California 90019<br>Attention: David Meiselman<br>Los Angeles, CA 90019-6804 | WW LLC<br>26620 E Hoxie Road<br>Rockford, WA 99030-7003 |
| Wai Holdings LLC<br>45 North Market<br>Wailuku, HI 96793-1756 | Wallingford Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 | Wallingford Lodging Partners LLC -<br>Benjamin J. Morris, c/o Foley & Lardner<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |
| West Palm Holdings Inc -<br>2705 Via Vistosa<br>San Clemente, CA 92672-3636 | Winslow Homes LLC<br>3539 Tuscany Reserve Blvd 32168-5334 | Zelco Properties LLC -<br>108 Patriot Dr A<br>Middletown, DE 19709-8803 |
| Ryan E Davis +<br>Winderweedle Haines Ward & Woodman P.A.<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 | Bryan K. Mickler +<br>Mickler & Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6860 | United States Trustee - JAX 11 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Edward M Fitzgerald +<br>Holland & Knight LLP<br>200 South Orange Ave<br>Suite 2600<br>Orlando, FL 32801-3453 | Max R Tarbox +<br>Tarbox Law PC<br>2301 Broadway<br>Lubbock, TX 79401-2916 | Scott E Bomkamp +<br>DOJ-Ust<br>United States Trustee<br>400 W. Washington St.<br>Ste 1100<br>Orlando, FL 32801-2440 |
| Jason A. Burgess +<br>Jacksonville<br>300 North Hogan Street<br>Room 4-213<br>Jacksonville, FL 32202-4204 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Belle Maison Realty, LLC
c/o Lea Muse, Owner
1133 E. 83rd Street 171
Chicago, IL 60619

(d)Belle Maison Realty, LLC
Attn: Lea Muse
1133 E 83rd Street 171
Chicago, IL 60619


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Foster Group, LLC

(u)Kristin Stegent

(u)Charles Blake Stringer


(u)Adam B. Walker

(d)Andorful Dynasty Real Estate LLC
4826 Cragmere Loop
Clermont FL 34711-5523

(d)Rowehl & Russo Properties, LLC
237 Floyd Road
Shirley, NY 11967-2941


(d)Springer Farms Landholdings, LLC -
325 N 1200 E
American Fork, UT 84003-2049

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
-------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients   147
Bypassed recipients     8
Total                 155