UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                Case No.:  3:24-bk-00496-BAJ

GENIE INVESTMENTS NV, INC.,                          Chapter 11

      Debtor.
_____/

**OBJECTION TO FIRST AND FINAL FEE APPLICATION OF HAL A. LEVENBERG, CIRA, CFE AND YIP ASSOCIATES, AS FINANCIAL ADVISORS FOR CHAPTER 11 EXAMINER MARIA M. YIP (DOC. NO. 165)**

      GENIE INVESTMENTS NV, INC., Debtor in Possession ("Debtor"), objects to the FIRST AND FINAL FEE APPLICATION OF HAL A. LEVENBERG, CIRA, CFE AND YIP ASSOCIATES, AS FINANCIAL ADVISORS FOR CHAPTER 11 EXAMINER MARIA M. YIP (Doc. No. 165). In support of this Objection, the Debtor states that for the reasons listed in it's Response to the Second Motion to Appoint a Trustee or Convert this Case at Doc. No. 182, that the Examiner has not provided value to the Estate. To the contrary, the Examiner reached false conclusions with respect to the ability of the Debtor to properly manage it's Estate. Such false conclusions have jeopardized the ability of the Debtor to pay it's creditors in full.

      WHEREFORE, the Debtor respectfully requests that this Court enter an order (i) sustaining this objection; (ii) reducing the amount of the Examiner's hourly billing and charges to a reasonable value; (iii) reserving jurisdiction to enforce the terms and conditions of such an order and to otherwise resolve any disputes under or pertaining to the order; and (iv) providing for such other and further relief as the Court deems just and proper if an objection is filed.

[INTENTIONALLY LEFT BLANK]

Dated:  August 6, 2024.

        Law Offices of Mickler & Mickler, LLP

        */s/ Bryan K. Mickler*
        Bryan K. Mickler, Esquire
        Florida Bar No. 091790
        Attorneys for Debtor in Possession
        5452 Arlington Expy.
        Jacksonville, FL 32211
        (904) 725.0822 / FAX: 725.0855
        bkmickler@planlaw.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 6, 2024, a true copy of the foregoing has been sent via:

***CM/ECF to:***

*U.S. Trustee*
**United States Trustee - JAX 11**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

All those registered to receive notice through CM/ECF and All Interested Parties listed on the attached matrix.

        */s/ Bryan K. Mickler*
        Bryan K. Mickler, Esquire