# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**In re:**

**GENIE INVESTMENTS NV INC.,**　　　　　　Case Number: 3:24-bk-00496-BAJ
　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　**Debtor,**

_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1.　　The Honorable Jason A. Burgess will conduct a preliminary hearing in this case on August 8, 2024 at 09:00 AM Jacksonville, FL - Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 N. Hogan Street, on the following matter:

　　First Fee Application of Holland & Knight, Counsel to The Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses (Doc. No. 70)

2.　　All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearing by Zoom, available at https://flmb.uscourts.gov/judges/burgess.

3.　　Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4.　　The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

## Certificate of Service

　　I HEREBY CERTIFY that on August 7, 2024 a true and correct copy of the foregoing Notice was served via U.S. First class Mail or electronic transmission to:

Electronic Transmission to:

Scott E Bomkamp on behalf of U.S. Trustee United States Trustee - JAX 11
scott.e.bomkamp@usdoj.gov

Ryan E Davis on behalf of Attorney Winderweedle, Haines, Ward & Woodman, P.A. rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

-2-

Ryan E Davis on behalf of Examiner Maria M Yip
rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

Ryan E Davis on behalf of Financial Advisor Hal A. Levenberg, CIRA, CFE
rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

Edward M Fitzgerald on behalf of Creditor Committee Holland & Knight LLP
edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Edward M Fitzgerald on behalf of Creditor Committee The Official Committee of Unsecured Creditors (Creditors Committee)
edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc.
court@planlaw.com,
tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net

Bryan K. Mickler on behalf of Plaintiff Genie Investments NV Inc.
court@planlaw.com,
tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net

Max R Tarbox on behalf of Creditor Charles Blake Stringer
max@tarboxlaw.com

United States Trustee - JAX 11
USTP.Region21.OR.ECF@usdoj.gov

All those registered to receive CM/ECF on this case.

Via US Mail to:

Debtor
Genie Investments NV Inc.
PO Box 60443
Jacksonville, FL 32236

Andorful Dynasty Real Estate LLC
4826 Cragmere Loop
Clermont, FL 34711

Belle Maison Realty, LLC
c/o Lea Muse, Owner
1133 E. 83rd Street 171
Chicago, IL 60619

Lisa Butkiewicz
6501 E. Greenway Parkway
#103-218
Scottsdale, AZ 85254

Foster Group, LLC
c/o Adam Foster, Owner
2539 N. 300
Lehi, UT 84043

The following recipients may be/have been bypassed for notice due to an undeliverable address.

Kristin Stegent

Adam B. Walker on behalf of Debtor Genie Investments NV Inc.

                               **HOLLAND & KNIGHT LLP**

                               /s/ *Edward Fitzgerald*
                               Noel R. Boeke, Esq.
                               FL Bar Number: 151830
                               noel.boeke@hklaw.com
                               W. Keith Fendrick, Esq.
                               FL Bar Number: 612154
                               keith.fendrick@hklaw.com
                               100 North Tampa Street, Suite 4100
                               Tampa, FL 33602
                               Telephone:  (813) 227-8500

                               and

                               Edward M. Fitzgerald, Esq.
                               FL Bar Number: 010391
                               edward.fitzgerald@hklaw.com
                               200 S. Orange Avenue, Suite 2600
                               Orlando, FL 32801
                               Telephone:  (407) 425-8500

COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GENIE INVESTMENTS NV INC.