UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

GENIE INVESTMENTS NV INC.,

    Debtor.
_____/

Case No.: 3:24-bk-00496-BAJ
Chapter 11

## NOTICE OF PRELIMINARY HEARING

**NOTICE IS GIVEN THAT:**

1. The Honorable Jason A. Burgess will conduct a preliminary hearing in this case on **Thursday, August 8, 2024 at 9:00 a.m. (EST),** in Courtroom 4A, 4th Floor, Bryan C. Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202, on the following matter:

### SUMMARY OF FIRST AND FINAL FEE APPLICATION OF HAL A. LEVENBERG, CIRA, CFE, AND YIP ASSOCIATES, AS FINANCIAL ADVISORS FOR CHAPTER 11 EXAMINER MARIA M. YIP (DOC. NO. 165)

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

                                                      */s/ Ryan E. Davis*
                                                      RYAN E. DAVIS
                                                      Florida Bar No. 0179851
                                                      davis@whww.com

WINDERWEEDLE, HAINES, WARD
& WOODMAN, P.A.
Post Office Box 880
Winter Park, FL 32790-0880
Telephone: (407) 423-4246
Facsimile: (407) 645-3728

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2024, a copy of the foregoing has been furnished via:

**CM/ECF to:**

Bryan K. Mickler, Esq.
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
Email: court@planlaw.com

Scott E Bomkamp, Esq.
DOJ-Ust
United States Trustee
400 W. Washington St., Suite 1100
Orlando, FL 32801
Email: scott.e.bomkamp@usdoj.gov

United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

All those registered to receive CM/ECF on this case.

**US Mail to:**

Debtor
Genie Investments NV Inc.
PO Box 60443
Jacksonville, FL 32236

Local Rule 1007-2 parties in interest listed on the attached mailing matrix.

/s/ Ryan E. Davis
RYAN E. DAVIS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00496-BAJ<br>Middle District of Florida<br>Jacksonville<br>Wed Aug  7 16:20:39 EDT 2024 | Archer Capital Investments<br>Attn: Michael Thompson<br>1448 W. Salmon Caddis Drive<br>Bluffdale, UT 84065-5122 | Autonomous Drine Solutions LLC<br>dba Calaway Solutions<br>Attn: Garrett Calaway<br>7180 S Hudson Circle<br>Centennial, CO 80122-2553 |
| (p)BELLE MAISON REALTY  LLC<br>ATTN LEA MUSE<br>1133 E 83RD ST<br>171<br>CHICAGO IL 60619-6455 | Meetopolis LLC<br>Attn: Lisa Butkiewicz<br>5434 E Kathleen Road<br>Scottsdale, AZ 85254-1759 | North Haven Lodging Partners, LLC<br>Attn: Benjamin Morris, Esq.<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Belle Maison Realty, LLC<br>Attn: Lea Muse<br>1133 E 83rd Street 171<br>Chicago, IL 60619 | End of Label Matrix<br>Mailable recipients    5<br>Bypassed recipients    0<br>Total                  5 |