```
Label Matrix for local noticing        20 Development LLC                      A Complete Home Inspection LLC
113A-3                                 1089 E Benchview Drive                  110 Velsco Lane
Case 3:24-bk-00496-BAJ                 Ogden, UT 84404-3783                    Port Sulphur, LA 70083-2362
Middle District of Florida
Jacksonville
Thu Aug  8 07:41:31 EDT 2024

ALV Capital LLC                        ALV Capital LLC                         AMRODDO HOLDINGS, LLC
23 Upton St                            c/o Strauss Law Group PLLC              625 WOODMONT AVE
Peabody, MA 01960-0060                 264 South River Road, Box 552           BERKELEY, CA 94708-1233
                                       Bedford, NH 03110-7058


Acres & Royalty LLC                    Adaptive Medical Technologies LLC       Ajer LLC
205 N Michigan Ave                     7349 Paseo Del Sur                      1070 S 650 West
Chicago, IL 60601-5927                 Scottsdale, AZ 85258                    Farmington, UT 84025-4603


Alere LLC                              Ameiva LLC                              Amrodddo Holdings LLC
1530 E. Williams Field Rd 201          282 E 300 S                             2283 Candlestick Ave
Gilbert, AZ 85295-1825                 Smithfield, UT 84335-1636               Henderson, NV 89052-2361


Andorful Dynasty Real Estate LLC       Another Chance Group Home Inc           Anvil Construction Inc
4826 Cragmere Loop                     54 N Vista Ave                          470 N. Main Street
Clermont, FL 34711-5523                Casa Grande, AZ 85122-3193              Brigham City, UT 84302-1858


Archer Capital Investments             Autonomous Drine Solutions LLC          Autonomous Drone Solutions DBA Calaway Solut
Attn: Michael Thompson                 dba Calaway Solutions                   2121 Brittmoore 2200
1448 W. Salmon Caddis Drive            Attn: Garrett Calaway                   Houston, TX 77043-2220
Bluffdale, UT 84065-5122               7180 S Hudson Circle
                                       Centennial, CO 80122-2553


BAYI Capital Management LLC            (p)BELLE MAISON REALTY  LLC             Bild Credit LLC
148 Undercliff Avenue                  ATTN LEA MUSE                           30 N Gould Street 30212
Edgewater, NJ 07020-1275               1133 E 83RD ST                          Sheridan, WY 82801-6317
                                       171
                                       CHICAGO IL 60619-6455


Bold City Commercial LLC               Scott E Bomkamp                         Braces at Brick, PA
4426 CAPITAL DOME DR                   DOJ-Ust                                 900 Cedar Bridge Avenue
Jacksonville, FL 32246-7456            United States Trustee                   Brick, NJ 08723
                                       400 W. Washington St.
                                       Ste 1100
                                       Orlando, FL 32801-2440


Brooklyn Heights                       Brooklyn Heights LLC                    Bryan K. Mickler
307 N Lincoln Street                   307 N Lincoln Street                    Attorney for the Debtor
307 N Lincoln Street                   Tallulah, LA 71282-4314                 5452 Arlington Expy.
Tallulah, LA 71282-4314                                                        Jacksonville, FL 32211-6860


Bull & Bear Properties LLC             Business Live Global USA LLC            Business Live Global USA, LLC
1140 E 87th Street                     4538 Walnut Ridge Circle                4538 Walnut Ridge Circle
Chicago, IL 60619-7012                 4538 Walnut Ridge Circle                Mc Donald, PA 15057-1608
                                       McDonald, PA 15057-1608
```

Lisa Butkiewicz
6501 E. Greenway Parkway
#103-218
Scottsdale, AZ 85254-2025

CNF Solutions LLC
135 East 620 South
Smithfield, UT 84335-4901

CannaVision Inc
777 Main Street 600
Fort Worth, TX 76102-5368

Charles Blake Stringer/Nutra-AcresLLC
149 South Shore Drive
Amarillo, TX 79118-8007

Cobb Utilities Inc
191 Honey Suckle Circle
Ranger, GA 30734-6792

Cobb Utilities Inc.
191 Honeysuckle Circle NE.
Ranger, GA 30734-6792

Cool Beanz LLC
6585 Decatur Blvd
Las Vegas, NV 89118-2110

Cool Beanz, LLC
143 West Fulton Street
Sanford, FL 32771-1218

Dajo Properties LLC
11360Chestnut Tree Rd
Honey Brook, PA 19344

Darnell Development
1118 N Chinowth
VISALIA, CA 93291-7896

Darnell Development, LLC
2814 W Newton CT
Visalia, CA 93291-6593

Ryan E Davis
Winderweedle Haines Ward & Woodman P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Dun Agro Hemp Group Inc
P.O. Box 475
Shelbyville, IN 46176

Duval County Tax Collector
231 Forsyth St.  #130
Jacksonville FL 32202-3380

Edge Development LLC
315 239th Ct. SE
Sammamish, WA 98074-3687

Expansive Investments, LLC
3855 S 500 W B
Salt Lake City, UT 84115

Faith Investor Services, LLC
1522 4th Ave
Asbury Park, NJ 07712-4962

Faith Investors Services LLC
1522 4th Ave
Asbury Park, NJ 07712-4962

Fehu Capital Inc
3139 W. Holmbe Blvd A 77025-1533

Ficarra Holdings LLC
408 Billings Road
Somers, CT 06071-2037

Edward M Fitzgerald
Holland & Knight LLP
200 South Orange Ave
Suite 2600
Orlando, FL 32801-3453

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Foster Group LLC
2539 N 300 E
Lehi, UT 84043-4403

Genie Investments NV Inc.
PO Box 60443
Jacksonville, FL 32236-0443

Global Verse Holdings LLC
1709 Vintage Lane
Wylie, TX 75098-0816

Golden Goods LLC
3620 West 10th Street
Greeley, CO 80634-1853

H&M Essential Services, LLC
221 N Broad Street 3A
Middletown, DE 19709-1070

Half a Dime, LTD
Box 653
Alberta

Heliosun LLC DBA Odin
1600 S Litchfield Rd 230A
Goodyear, AZ 85338

High Dunes II LLC
17 Lockwood Drive
Charleston, SC 29401-1190

Holland & Knight LLP
c/o Noel Boeke, Esq.
100 N. Tampa St., Ste. 4100
Tampa, FL 33602-3644

Hospitality Growth Capital LLC
23 Upton St
Peabody, MA 01960-0060

Hospitality Growth Capital LLC
c/o Strauss Law Group PLLC
264 South River Road, Box 552
Bedford, NH 03110-7058

Humane Care 7 Days Medical Group Inc
6552 Bolsa Avenue N
Huntington Beach, CA 92647-2656

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Iron Dragon Corporation
70 Winding Way
Gibbsboro, NJ 08026-1460

JC&TL Inc
13865 Magnolia Avenue B
Chino, CA 91710-7047

Just Hewitt LLC
205 E Hidalgo Avenue
Raymondville, TX 78580-2545

Knife & Spirit
7217 E 4th Avenue
Scottsdale, AZ 85251-3634

Knights Lending
1603 Capitol Ave, Ste. 413
Cheyenne, WY 82001-4562

Knut LLC
697 N 740 E 84043-1300

Latent Lending, LLC
Latent Wealth Group, LLC
Mark Steiner
302 N. Abajo Peak Way, UT 84032

Latent Wealth Group LLC
302 N. Abajo Peak Way
Heber City, UT 84032-6501

Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211-6860

Legacy Land Developers LLC
1651 W 100th St
CHICAGO, IL 60643-2128

Hal A. Levenberg, CIRA, CFE
YIP ASSOCIATES
One Biscayne Tower
2 S. Biscayne Blvd., Suite 2690
Miami, FL 33131-1815

Lobenhaus Capital, LLC
6303 Lone Wolf Drive
Jamesville, NY 13078-9587

Log Cabin Building LLC
289 Parker Drive
Pittsburgh, PA 15216-1346

MAA DFW Investments LLC
2509 Amelia Island
Southlake, TX 76092-1583

MIMS-IPR, LLC
1627 7th St S
Clanton, AL 35045-8786

McMann Commercial Lending LLC
500 N Michigan Ave 600
Chicago, IL 60611-3754

Meetopolis LLC
Attn: Lisa Butkiewicz
5434 E Kathleen Road
Scottsdale, AZ 85254-1759

Michael Thompson
1448 W Salmon Caddis Dr
Bluffdale, UT 84065-5122

Michele Ruiz Productions, LLC DBA Ruiz Strat
925 Century Park East 1700
West Hollywood, CA 90069

Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211-6860

Moser Holdings, LLC
537 S. 150 E.
Smithfield, UT 84335-1654

My Dragonfly Home Solutions, LLC
7700 Irvine Center Drive 800
Irvine, CA 92618-3047

N2N Group, Inc
5 Webb Hill Road
Great Neck, NY  11020
Attention:  Michelle Chen
Great Neck, NY 11020-1118

NCR Digital Corp
237 Floyd Road
Shirley, NY 11967-2941

NY SF Sunset Yards LLC
64 Grand Street
Brooklyn, NY 11249-4219

New Mount Olive Church
2905 Macfarlane Crescent
2905 Macfarlane Crescent
Flossmoor, IL 60422-1427

New Mount olive Missionary Baptist Church In
P.O. Box 1696
Harvey, IL 60426-7696

North Haven Lodging Partners LLC
2517 W Brentridge Circle
Sioux Falls, SD 57108-1573

North Haven Lodging Partners LLC
Benjamin J. Morris, c/o Foley & Lardner
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

North Haven Lodging Partners, LLC
Attn: Benjamin Morris, Esq.
Foley & Lardner LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

Nortical Capital Inc
921 E. Parker Street 1
Lakeland, FL 33801-1901

Nutra-Acres Inc
205 Michigan Ave
Chicago, IL 60601-5927

Nutre Leasing LLC
23 Upton St
Peabody, MA 01960-0060

Nutre Leasing LLC
c/o Strauss Law Group PLLC
264 South River Road, Box 552
c/o Strauss Law Group PLLC, 264 South Ri
Bedford, NH 03110-7058

On Site Life Care Inc.
41 Flatbush Avenue, 1st Floor
Brooklyn, NY 11217-1145

Oregon Business Management Group Inc
12600 SW 72nd Ave 140
Tigard, OR 97223-8356

Phoenix Rising LLC
172 Center Bay
Jackson, WY 83001

Platinum Investments USA LLC
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
Wilmington, DE 19801-1120

Prine Energy Services LLC
450 Gears Road
Houston, TX 77067-4529

Relco Industries LLC and Richard L Ellison
75 Lambert Avenue
Clifton, NJ 07013-1254

Ricks Ventures LLC
1354 W 1900 S
Logan, UT 84321-6882

Rolling By The Dozen RV Park LLC
40 Country Road 267
Somerville, TX 77879-5208

Rowehl & Russo Properties LLC.
237 Floyd Rd
Shirley, NY 11967-2941

S&L Zeppeteli DBA SLZ Waste Inc
191 Moonachie Road
Moonachie, NJ 07074-1309

SSC Services Inc
80 Franklin Street
Framingham, MA 01702-6671

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

Seeking First LLC
3320 Laurel Dale Drive
Tampa, FL 33618-1033

Seiler Tucker Inc
400 Poydras Suite 1460
New Orleans, LA 70130-3260

Skyward Tax & Accounting Service LLC
3505 Lake Lynda Dr. 200
Orlando, FL 32817-8333

Solace Realty Concepts LLC
112 Lehigh Ave
Newark, NJ 07112-2036

Solar Capital Funding LLC
23 Upton St
Peabody, MA 01960-0060

Solar Capital Funding LLC
c/o Strauss Law Group PLLC
264 South River Road, Box 552
c/o Strauss Law Group PLLC, 264 South Ri
Bedford, NH 03110-7058

Solas Realty Concepts LLC
112 Lehigh Avenue
Newark, NJ 07112-2036

Springer Farms Landholdings LLC
325 N 1200 E
American Fork, UT 84003-2049

Story Book Homes LLC
86 Mountain Avenue
Berkeley Heights, NJ 07922-2633

Sun Coast Entertainment Live LLC
6960 Brescia Way
Orlando, FL 32819-5288

Sunlight Storage LLC
3344 Bear Canyon Ln
Pleasant Grove, UT 84062-8016

Taj Construction LLC
10 Windsor Dr.
Foxboro, MA 02035-2226

Max R Tarbox
Tarbox Law PC
2301 Broadway
Lubbock, TX 79401-2916

Temidayo Adebayo
148 Undercliff Avenue
Suite 9
Edgewater, NJ 07020-1123

Terry's Florists LLC
46 English Plaza
Red Bank, NJ 07701-1693

The Farming Co Pty Ltd
86 Lakeside Drive
Helena Valley
6056, Western Australia

The Farming Co. PTY LTD
86 Lakeside Dr.
Helena, MT 59604

The Generations Group
1006 Top Hill Dr
Brenham, TX 77833-2585

The Generations Group-DonStrickland
14312 Zion Gate Xing
Conroe, TX 77384-2516

The Official Committee of Unsecured Creditor
c/o Noel R. Boeke
Holland & Knight LLP
100 North Tampa Street, Suite 4100
Tampa, FL 33602-3644

TnC NOLA Holdings LLC
1461 Annunciaction Street B
New Orleans, LA 70130-4539

U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

Uncle Willie Green Wings
141 Lehigh Ave
Newark, NJ 07112-2037

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

United States Trustee - JAX 11
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

VTJ LLC
706 Leander DR
Leander, TX 78641-5017

WAI Holdings, LLC
1275 S Lucerne Blvd
Los Angeles, California 90019
Attention: David Meiselman
Los Angeles, CA 90019-6804

WW LLC
26620 E Hoxie Road
Rockford, WA 99030-7003

Wai Holdings LLC
45 North Market
Wailuku, HI 96793-1756

Wallingford Lodging Partners LLC
2517 W Brentridge Circle
Sioux Falls, SD 57108-1573

Wallingford Lodging Partners LLC
Benjamin J. Morris, c/o Foley & Lardner
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

West Palm Holdings Inc
2705 Via Vistosa
San Clemente, CA 92672-3636

Winderweedle, Haines, Ward & Woodman, P.A.
c/o Ryan E. Davis
PO Box 1391
Orlando, FL 32802-1391

Winslow Homes LLC
3539 Tuscany Reserve Blvd 32168-5334

Maria M Yip
Yip & Associates
2 South Biscayne Boulevard, Suite 2690
Miami, FL 33131-1815

Zelco Properties LLC
108 Patriot Dr A
Middletown, DE 19709-8803

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Belle Maison Realty, LLC  
c/o Lea Muse, Owner  
1133 E. 83rd Street 171  
Chicago, IL 60619  

(d)Belle Maison Realty, LLC  
Attn: Lea Muse  
1133 E 83rd Street 171  
Chicago, IL 60619  

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Andorful Dynasty Real Estate LLC  
4826 Cragmere Loop  
Clermont FL 34711-5523  

(u)Foster Group, LLC  

(d)Rowehl & Russo Properties, LLC  
237 Floyd Road  
Shirley, NY 11967-2941  

(d)Springer Farms Landholdings, LLC  
325 N 1200 E  
American Fork, UT 84003-2049  

(u)Kristin Stegent  

(u)Charles Blake Stringer  

(u)Adam B. Walker  

End of Label Matrix  
Mailable recipients   148  
Bypassed recipients     7  
Total                 155