**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

GENIE INVESTMENTS NV, INC.

Case No.: 3:24-bk-00496-BAJ

        Debtor

_____/

**NOTICE OF PRELIMINARY HEARING**

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held on before Honorable Jason A. Burgess on **August 8, 2024 at 9:00 a.m.** Jacksonville, FL - Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 N. Hogan Street, on the following matter:

Re: Application to Employ Michael Fargalla, Esq. with Spiegel and Ultera, P.A. as Special Counsel/Attorney for Debtor Contains negative notice. Doc [183]

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom or telephone available at (Procedures Governing Court Appearances – Jacksonville). If the Court permits appearances by Zoom, the Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866-582-6878) by 5:00 p.m. the business day preceding the hearing.

3. The Court may continue this matter upon announcement made in open court without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

Dated: August 8, 2024

    Law Offices of Mickler & Mickler, LLP

    By:_/s/ Bryan K. Mickler_____
        Bryan K. Mickler
    Florida Bar No. 091790
    Attorney for the Debtor
    5452 Arlington Expressway
    Jacksonville, FL 32211
    (904) 725-0822 / (904) 725-0855 FAX
    bkmickler@planlaw.com

## **CERTIFICATE OF SERVICE**

    I DO HEREBY CERTIFY that a copy of the foregoing was furnished to The United States Trustee and all interested parties per the attached Matrix; by CM/ECF electronic filing; this 8th day of August, 2024.


                                       By:___*/s/ Bryan K. Mickler*_____
                                          BRYAN K. MICKLER