

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/08/2024 09:00 AM

COURTROOM  4A, 4th Floor

HONORABLE JASON BURGESS

| CASE NUMBER: | FILING DATE: |
|---|---|
| 3:24-bk-00496-BAJ   11 | 02/21/2024 |

**Chapter 11**

**DEBTOR:**   Genie Investments NV Inc.

**DEBTOR ATTY:**   Adam Walker

**TRUSTEE:**   NA

**HEARING:**

1. Continued Preliminary Hearing on Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Debtor and Velanos Principal Capital Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 107
-Objection to Debtor's Motion to Approve Settlement with Velanos Principal Capital Filed by Edward M Fitzgerald on behalf of Creditor Committee Holland & Knight LLP Doc 118
(ZOOM OK FOR ORAL ARGUMENTS)
2. Preliminary Hearing on Motion for Protective Order (construed as) Filed by Creditor Kristin Stegent Doc 123
3. Preliminary Hearing on Second Motion to Appoint Trustee or Convert Case to Chapter 7 Filed by Scott E Bomkamp on behalf of U.S. Trustee United States Trustee - JAX 11 Doc 154
-Objection to Second Motion to Appoint Trustee or Convert to Chapter 7 case filed by United States Trustee Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 182
-Supplemental Response to Second Motion to Appoint Chapter 11 Trustee or Convert Case to Chapter 7 Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 188
4. Preliminary Hearing on Objection to Claim No. 22 of Foster Group, LLC Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 136
-Response to Debtors Objection to Claim 22 of Foster Group LLC Filed by Creditor Foster Group, LLC Doc 158   (Signed by owner of company - not attorney)
5. Preliminary Hearing on Objection to Claim 4 of Belle Maison Realty, LLC Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 135
-Response to Objection to Claim 4 Filed by Creditor Belle Maison Realty, LLC Doc 159   (Signed by owner of company - not attorney)
6. Preliminary Hearing on Objection to  Claim 5 of Charles Blake Stringer/Nutra Acres, LLC Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 134
-Response to Objection to Claim 5 of Charles Blke Stringer/Nutra Acres, LLC Filed by Max R Tarbox on behalf of Creditor Charles Blake Stringer Doc 162
7. Preliminary Hearing on Objection to Claim 24 of Latent Lending LLC Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 131
8. Preliminary Hearing on Objection to Claim 29 of Autonomous Drone Solutions Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 132

9. Preliminary Hearing on Application for Final Compensation for Maria M Yip, Examiner, Fee: $13,590.00, Expenses: $17.85, for the period of to. For the period: April 17, 2024 through July 17, 2024 Filed by Examiner Maria M Yip Doc 164

-Objection to FIRST AND FINAL FEE APPLICATION OF CHAPTER 11 EXAMINER MARIA M. YIP (Doc. No. 164) Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 186

10. Preliminary Hearing on Final Application for Compensation for Hal A. Levenberg, CIRA, CFE, Financial Advisor, Fee: $32,589.50, Expenses: $174.70, for the period of to. For the period: April 26, 2024 through July 17, 2024 Filed by Financial Advisor Hal A. Levenberg, CIRA, CFE Doc 165

-Objection to FIRST AND FINAL FEE APPLICATION OF HAL A. LEVENBERG, CIRA, CFE AND YIP ASSOCIATES, AS FINANCIAL ADVISORS FOR CHAPTER 11 EXAMINER MARIA M. YIP (Doc. No. 165) Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 187

~11. Preliminary Hearing on First Application for Compensation and Reimbursement of Expenses for Edward M Fitzgerald, Creditor Comm. Aty, Fee: $66,433.00, Expenses: $270.06, for the period of 5/3/2023 to 7/19/2024. For the period: May 3, 2023 to present Filed by Attorney Edward M Fitzgerald Doc 172

-Objection to FIRST FEE APPLICATION OF HOLLAND & KNIGHT, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (Doc. No. 172) Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 185

12. Preliminary Hearing on Application to Employ Susan Ray as Accountant/Bookkeeper Contains negative notice. Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 175

-Objection to Application to Employ Susan Ray as Accountant Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 193

13. Preliminary Hearing on Application to Employ Jimmy D. Chambers as CPA Contains negative notice. Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 176

-Objection to Application to Employ Jimmy D. Chambers as CPA Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 194

14. Preliminary Hearing on Application to Employ SHILOH A. PARKER as Special Counsel Contains negative notice. Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 180

-Objection to Application to Employ Shiloh A. Parker as Special Counsel Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 192

15. Preliminary Hearing on Interim Application for Compensation for Special Counsel Michael Faragalla of Spiegel and Ultera, P.A.. For the period: February 21, 2024 to July 25, 2024 Contains negative notice. Filed by Attorney Bryan K. Mickler Doc 184

-Objection to Interim Application for Compensation for Special Counsel Michael Faragalla of Spiegel and Ultera, P.A.. Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 190

16. Preliminary Hearing on Application to Employ Michael Fargalla, Esq. with Spiegel and Ultera, P.A. as Special Counsel/Attorney for Debtor Contains negative notice. Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 183

-Objection to Application to Employ Michael Fargalla, Esq. with Spiegel and Ultera, P.A. as Special Counsel Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 191

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Continued Preliminary Hearing on Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Debtor and Velanos Principal Capital Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 107

 CONTINUED TO SEPTEMBER 13 @ 10:00 AOCNFN

-Objection to Debtor's Motion to Approve Settlement with Velanos Principal Capital Filed by Edward M Fitzgerald on behalf of Creditor Committee Holland & Knight LLP Doc 118


2. Preliminary Hearing on Motion for Protective Order (construed as) Filed by Creditor Kristin Stegent Doc 123

 GRANTED (INTERIM BASIS) THROUGH CONTINUED HEARING SEPTEMBER 13 @ 10:00 ORDER CHAMBERS

3. Preliminary Hearing on Second Motion to Appoint Trustee or Convert Case to Chapter 7 Filed by Scott E Bomkamp on behalf of U.S. Trustee United States Trustee - JAX 11 Doc 154

  GRANTED (CONVERTED TO CH 7) ORDER BOMKAMP

-Objection to Second Motion to Appoint Trustee or Convert to Chapter 7 case filed by United States Trustee Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 182

-Supplemental Response to Second Motion to Appoint Chapter 11 Trustee or Convert Case to Chapter 7 Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 188


4. Preliminary Hearing on Objection to Claim No. 22 of Foster Group, LLC Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 136

  OVERRULED (WITHOUT PREJUDICE) ORDER MICKER

-Response to Debtors Objection to Claim 22 of Foster Group LLC Filed by Creditor Foster Group, LLC Doc 158   (Signed by owner of company - not attorney)


5. Preliminary Hearing on Objection to Claim 4 of Belle Maison Realty, LLC Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 135

  OVERRULED (WITHOUT PREJUDICE) ORDER MICKER

-Response to Objection to Claim 4 Filed by Creditor Belle Maison Realty, LLC Doc 159    (Signed by owner of company - not attorney)


6. Preliminary Hearing on Objection to   Claim 5 of Charles Blake Stringer/Nutra Acres, LLC Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 134

  OVERRULED (WITHOUT PREJUDICE) ORDER MICKER


-Response to Objection to Claim 5 of Charles Blke Stringer/Nutra Acres, LLC Filed by Max R Tarbox on behalf of Creditor Charles Blake Stringer Doc 162


7. Preliminary Hearing on Objection to Claim 24 of Latent Lending LLC Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 131

  OVERRULED (WITHOUT PREJUDICE) ORDER MICKER


8. Preliminary Hearing on Objection to Claim 29 of Autonomous Drone Solutions Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 132

  OVERRULED (WITHOUT PREJUDICE) ORDER MICKER


9. Preliminary Hearing on Application for Final Compensation for Maria M Yip, Examiner, Fee: $13,590.00, Expenses: $17.85, for the period of to. For the period: April 17, 2024 through July 17, 2024 Filed by Examiner Maria M Yip Doc 164

CONTINUED TO SEPTEMBER 13 @ 10:00 AOCNFN

-Objection to FIRST AND FINAL FEE APPLICATION OF CHAPTER 11 EXAMINER MARIA M. YIP (Doc. No. 164) Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 186

10. Preliminary Hearing on Final Application for Compensation for Hal A. Levenberg, CIRA, CFE, Financial Advisor, Fee: $32,589.50, Expenses: $174.70, for the period of to. For the period: April 26, 2024 through July 17, 2024 Filed by Financial Advisor Hal A. Levenberg, CIRA, CFE Doc 165

CONTINUED TO SEPTEMBER 13 @ 10:00 AOCNFN

-Objection to FIRST AND FINAL FEE APPLICATION OF HAL A. LEVENBERG, CIRA, CFE AND YIP ASSOCIATES, AS FINANCIAL ADVISORS FOR CHAPTER 11 EXAMINER MARIA M. YIP (Doc. No. 165) Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 187

~11. Preliminary Hearing on First Application for Compensation and Reimbursement of Expenses for Edward M Fitzgerald, Creditor Comm. Aty, Fee: $66,433.00, Expenses: $270.06, for the period of 5/3/2023 to 7/19/2024. For the period: May 3, 2023 to present Filed by Attorney Edward M Fitzgerald Doc 172

CONTINUED TO SEPTEMBER 13 @ 10:00 AOCNFN

-Objection to FIRST FEE APPLICATION OF HOLLAND & KNIGHT, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (Doc. No. 172) Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 185

12. Preliminary Hearing on Application to Employ Susan Ray as Accountant/Bookkeeper Contains negative notice. Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 175

DENIED AS MOOT ORDER MICKLER

-Objection to Application to Employ Susan Ray as Accountant Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 193

13. Preliminary Hearing on Application to Employ Jimmy D. Chambers as CPA Contains negative notice. Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 176

DENIED AS MOOT ORDER MICKLER

-Objection to Application to Employ Jimmy D. Chambers as CPA Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 194

14. Preliminary Hearing on Application to Employ SHILOH A. PARKER as Special Counsel Contains negative notice. Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 180

DENIED AS MOOT ORDER MICKLER

-Objection to Application to Employ Shiloh A. Parker as Special Counsel Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 192

15. Preliminary Hearing on Interim Application for Compensation for Special Counsel Michael Faragalla of Spiegel and Ultera, P.A.. For the period: February 21, 2024 to July 25, 2024 Contains negative notice. Filed by Attorney Bryan K. Mickler Doc 184

DENIED AS MOOT ORDER MICKLER

-Objection to Interim Application for Compensation for Special Counsel Michael Faragalla of Spiegel and Ultera, P.A.. Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 190


16. Preliminary Hearing on Application to Employ Michael Fargalla, Esq. with Spiegel and Ultera, P.A. as Special Counsel/Attorney for Debtor Contains negative notice. Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 183

 DENIED AS MOOT ORDER MICKLER

-Objection to Application to Employ Michael Fargalla, Esq. with Spiegel and Ultera, P.A. as Special Counsel Filed by U.S. Trustee United States Trustee - JAX 11 (Bomkamp, Scott) Doc 191
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.