**ORDERED.**

Dated: August 09, 2024

_____
Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
flmb.uscourts.gov

In re:

Genie Investments NV, Inc.

    Debtor
_____/

Case No.: 3:24-bk-00496-BAJ

Chapter 11

### ORDER (I) GRANTING UNITED STATES TRUSTEE'S SECOND MOTION TO APPOINT CHAPTER 11 TRUSTEE, DISMISS CASE, OR CONVERT TO CHAPTER 7; (II) DIRECTING CLERK TO CONVERT CASE TO CHAPTER 7; AND (III) ORDERING RELATED RELIEF

THIS CASE came before the Court on August 8, 2024, upon the United States Trustee's Second Motion to Appoint Chapter 11 Trustee, Dismiss Case, or Convert to Chapter 7 ("Motion"; Doc. No. 154), and the debtor's objections thereto (Doc. Nos. 182 and 188). For the reasons stated in Open Court, the Court now Orders the following.

    1.    The Motion is GRANTED.

    2.    The Clerk is directed to convert this case to a case under chapter 7.

    3.    All persons who were formerly in control of the assets of the debtor or the bankruptcy estate are directed not to move or otherwise transfer any assets of the debtor or the bankruptcy estate, regardless of where or by what entity those assets are presently held.

    4.    Debtor's counsel is directed to retain any assets of the bankruptcy estate held in

his trust account until further order of the Court. For the avoidance of doubt, the Court finds no malfeasance on the part of debtor's counsel.

    5.    The examiner appointed to this case, Maria Yip, is DISCHARGED.

#    #    #

Copies to (Service by BNC): All creditors and parties in interest,