**ORDERED.**

Dated: August 12, 2024

_Jason A. Burgess_
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

    GENIE INVESTMENTS, NV, INC.

                                    CASE NO.:3:24-bk-00496-BAJ

    Debtor(s).

===========================================

### ORDER OVERRULING DEBTOR'S OBJECTION TO CLAIM 22 OF FOSTER GROUP, LLC WITHOUT PREJUDICE

The case came upon the Court on August 8, 2024 for the Debtor's Objection to Claim 22 of Foster Group, LLC (Doc No. 136) and upon the response of the creditor at Doc. No. 158. At the hearing, it is

    **ORDERED:**

    1.) The Objection to claim 22 of Foster Group, LLC (Acct No.: "0000") is overruled without prejudice.

    2.) The Chapter 7 Trustee may file an objection at a later date.

Bryan K. Mickler, Attorney for Debtor, is directed to serve a copy of this Order to interested parties and file a proof of service within three (3) days of entry of the Order.