**ORDERED.**

Dated: August 12, 2024

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

GENIE INVESTMENTS, NV, INC.

CASE NO.:3:24-bk-00496-BAJ

Debtor(s).

==========================================

**ORDER OVERRULING DEBTOR'S OBJECTION TO CLAIM 5 OF CHARLES BLAKE STRINGER/NUTRA ACRES, LLC WITHOUT PREJUDICE**

The case came upon the Court on August 8, 2024 for the Debtor's Objection to Claim 5 of Charles Blake Stringer/Nutra Acres, LLC (Doc No. 134) and upon the response of the creditor at Doc. No. 162. At the hearing, it is

**ORDERED:**

1.) The Objection to claim 5 of Charles Blake Stringer/Nutra Acres, LLC (Acct No.: "0000") is overruled without prejudice.

2.) The Chapter 7 Trustee may file an objection at a later date.

Bryan K. Mickler, Attorney for Debtor, is directed to serve a copy of this Order to interested parties and file proof of service within three (3) days of entry of the Order.