**ORDERED.**

Dated: August 12, 2024

*/s/ Jason A. Burgess*
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

    GENIE INVESTMENTS, NV, INC.

                                            CASE NO.:3:24-bk-00496-BAJ

        Debtor(s).

==========================================

### ORDER OVERRULING DEBTOR'S OBJECTION TO CLAIM 24 OF LATENT LENDING, LLC WITHOUT PREJUDICE

    The case came upon the Court on August 8, 2024 for the Debtor's Objection to Claim 24 of Latent Lending, LLC (Doc No. 131). At the hearing, it is

    **ORDERED:**

    1.) The Objection to claim 24 of Latent Lending, LLC (Acct No.: "0000") is overruled without prejudice.

    2.) The Chapter 7 Trustee may file an objection at a later date.

Bryan K. Mickler, Attorney for Debtor, is directed to serve a copy of this Order to interested parties and file proof of service within three (3) days of entry of the Order.