**ORDERED.**

Dated: August 12, 2024

_Jason A. Burgess_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

GENIE INVESTMENTS, NV, INC.

CASE NO.:3:24-bk-00496-BAJ

Debtor(s).

==========================================

**<u>ORDER OVERRULING DEBTOR'S OBJECTION TO CLAIM 29 OF AUTONOMOUS DRONE SOLUTIONS, DBA CALAWAY SOLUTIONS WITHOUT PREJUDICE</u>**

The case came upon the Court on August 8, 2024 for the Debtor's Objection to Claim 29 of Autonomous Drone Solutions, dba Calaway Solutions (Doc No. 132). At the hearing, it is

**ORDERED:**

1.) The Objection to claim 29 of Autonomous Drone Solutions, dba Calaway Solutions (Acct No.: "0496") is overruled without prejudice.

2.) The Chapter 7 Trustee may file an objection at a later date.

Bryan K. Mickler, Attorney for Debtor, is directed to serve a copy of this Order to interested parties and file proof of service within three (3) days of entry of the Order.