**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:24-bk-00496-BAJ |
| GENIE INVESTMENTS NV, INC. | Chapter 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** a copy of the Order dated August 12, 2024 Overruling Debtor's Objection to Claim 22 of Foster Group, LLC Without Prejudice (Doc 205) has been furnished by either U.S. Mail, postage prepaid and/or CM/ECF electronic filing to United States Trustee Office, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; and to Foster Group, LLC, c/o Adam Foster, President/Managing Agent, 2539 N 300 E, Lehi, UT 84043; this 13th day of August, 2024.

Law Offices of Mickler & Mickler

By: _/s/ Bryan K. Mickler_____
    Bryan K. Mickler
Florida Bar No. 091790
Attorney for Debtor-in-Possession
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822 / FAX: 725-0855
bkmickler@planlaw.com