**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                          Case No.: 3:24-bk-00496-BAJ

GENIE INVESTMENTS NV, INC.                                    Chapter 11

　　　　　Debtor.

_____

**CERTIFICATE OF SERVICE**

　　**I HEREBY CERTIFY** a copy of the Order dated August 12, 2024 Overruling Debtor's Objection

to Claim 4 of Belle Maison Realty, LLC Without Prejudice (Doc 206) has been furnished by either U.S.

Mail, postage prepaid and/or CM/ECF electronic filing to United States Trustee Office, 400 W. Washington

Street, Suite 1100, Orlando, Florida 32801; and to Belle Maison Realty, LLC, c/o Lea Muse,

Owner/Managing Agent, 1133 E. 83rd Street 171, Chicago, IL 60619; this 13th day of August, 2024.

　　　　　　　　　　　　　　　　　Law Offices of Mickler & Mickler

　　　　　　　　　　　　　　　　　By: _/s/ Bryan K. Mickler_____
　　　　　　　　　　　　　　　　　　　Bryan K. Mickler
　　　　　　　　　　　　　　　　　Florida Bar No. 091790
　　　　　　　　　　　　　　　　　Attorney for Debtor-in-Possession
　　　　　　　　　　　　　　　　　5452 Arlington Expressway
　　　　　　　　　　　　　　　　　Jacksonville, FL 32211
　　　　　　　　　　　　　　　　　(904) 725-0822 / FAX: 725-0855
　　　　　　　　　　　　　　　　　bkmickler@planlaw.com