**ORDERED.**

Dated:  August 12, 2024

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

    GENIE INVESTMENTS, NV, INC.

                                      CASE NO.:3:24-bk-00496-BAJ

          Debtor(s).

==========================================

**ORDER DENYING AS MOOT APPLICATION TO EMPLOY ACCOUTANT/BOOKKEPPER**

The case came upon the Court on August 8, 2024 for the Debtor's Application to Employ Accountant/Bookkeeper of SUSAN RAY (Doc No. 175). The court has converted this case to one under Chapter 7. Accordingly, it is

**ORDERED:**

The Application to Employ Accountant/Bookkeeper (Doc No. 175) is Denied as moot based upon the conversion of the case to a Chapter 7 case.

Bryan K. Mickler, Attorney for Debtor, is directed to serve a copy of this Order to interested parties and file proof of service within three (3) days of entry of the Order.