**ORDERED.**

**Dated:  August 12, 2024**

Jason A. Burgess
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

GENIE INVESTMENTS, NV, INC.

CASE NO.:3:24-bk-00496-BAJ

Debtor(s).

===========================================

### ORDER DENYING AS MOOT APPLICATION TO EMPLOY
### CERTIFIED PUBLIC ACCOUNTANT

The case came upon the Court on August 8, 2024 for the Debtor's Application to Employ

Certified Public Accountant of JIMMY D. CHAMBERS, CPA (Doc No. 176). The court has

converted this case to one under Chapter 7. Accordingly, it is

**ORDERED:**

The Application to Employ Certified Public Accountant (Doc No. 176) is Denied as moot

based upon the conversion of the case to a Chapter 7 case.

Bryan K. Mickler, Attorney for Debtor, is directed to serve a copy of this Order to interested parties
and file proof of service within three (3) days of entry of the Order.