**ORDERED.**

**Dated:  August 12, 2024**

_____
Jason A. Burgess
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:

      GENIE INVESTMENTS, NV, INC.

                                 CASE NO.:3:24-bk-00496-BAJ

              Debtor(s).

==========================================

## <u>ORDER DENYING AS MOOT APPLICATION TO EMPLOY</u>
## <u>ATTORNEY AS SPECIAL COUNSEL FOR DEBTOR</u>

      The case came upon the Court on August 8, 2024 for the Debtor's Application to Employ Attorney as Special Counsel for Debtor, MICHAEL FARAGALLA of SPIEGEL AND ULTERA, P.A. (Doc No. 183). The court has converted this case to one under Chapter 7. Accordingly, it is

      **ORDERED:**

      The Application to Employ Attorney as Special Counsel for Debtor (Doc No. 183) is Denied as moot based upon the conversion of the case to a Chapter 7 case.

Bryan K. Mickler, Attorney for Debtor, is directed to serve a copy of this Order to interested parties and file proof of service within three (3) days of entry of the Order.