**ORDERED.**

Dated: August 13, 2024

_Jason A. Burgess_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>GENIE INVESTMENTS NV, INC.<br>    Debtor. | Case No.: 3:24-bk-00496-BAJ<br>Chapter 11 |

**ORDER GRANTING SECOND INTERIM APPLICATION OF LAW OFFICES OF MICKLER & MICKLER, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR FOR THE PERIOD FROM APRIL 26, 2024 THROUGH AUGUST 8, 2024**

This case is before the Court upon Second Interim Application for Compensation and Request for Administrative Expense pursuant to 11 U.S.C. §§ 330(a); 503(b)(2) and Fed.R.Bankr.P.2016, by the attorney for the Debtor in Possession (Doc. No. 181). The application was served pursuant to Local Rule 2002-4 on all creditors and interested parties on July 26, 2024. No responses having been filed, it is

**ORDERED**

1. The Second Interim Application for Compensation is approved. The Court will construe the Second Interim Application as a Final Application based upon the conversion of the case to a Chapter 7 case after the filing of the Application;

2. The attorney for the Debtor in Possession is allowed an Administrative Expense for Attorney's fees and costs in the amount of Fees: $19,080.00 ($15,100.00 remaining retainer

      plus $3,980.00 balance remaining) and costs of $0.00.

Bryan K. Mickler, Attorney for Debtor(s), is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.