**ORDERED.**

Dated: August 13, 2024

_Jason A. Burgess_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>GENIE INVESTMENTS NV, INC.<br>  Debtor. | Case No.: 3:24-bk-00496-BAJ<br>Chapter 11 |

**ORDER GRANTING INTERIM APPLICATION OF WALKER LAW OFFICE, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR FOR THE PERIOD FROM APRIL 16, 2024 THROUGH JULY 8, 2024**

This case is before the Court upon Interim Application for Compensation and Request for Administrative Expense pursuant to 11 U.S.C. §§ 330(a); 503(b)(2) and Fed.R.Bankr.P.2016, by the Walker Law Office, LLC as special counsel for the Debtor in Possession (Doc. No. 178). The application was served pursuant to Local Rule 2002-4 on all creditors and interested parties on July 22, 2024. No responses having been filed, it is

**ORDERED**

1. The Interim Application for Compensation is approved. The Court will construe the Interim Application as a Final Application based upon the conversion of the case to a Chapter 7 case after the filing of the Application;

2. Walker Law Office, LLC is allowed an Administrative Expense for Attorney's fees and costs in the amount of Fees: $24,075.97 and costs of $0.00.

Bryan K. Mickler, Attorney for Debtor(s), is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.