**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:24-bk-00496-BAJ |
| GENIE INVESTMENTS NV, INC. | Chapter 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** a copy of the <u>Order dated August 12, 2024 Overruling Debtor's Objection to Claim 5 of Charles Blake Stringer/Nutra Acres, LLC Without Prejudice (Doc 208)</u> has been furnished by either U.S. Mail, postage prepaid and/or CM/ECF electronic filing to United States Trustee Office, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; and to Max R. Tarbox, Esquire, 2301 Broadway, Lubbock, TX 79401; this 14th day of August, 2024.

    Law Offices of Mickler & Mickler

    By: _/s/ Bryan K. Mickler_____
       Bryan K. Mickler
    Florida Bar No. 091790
    Attorney for Debtor-in-Possession
    5452 Arlington Expressway
    Jacksonville, FL 32211
    (904) 725-0822 / FAX: 725-0855
    bkmickler@planlaw.com