**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:24-bk-00496-BAJ |
| GENIE INVESTMENTS NV, INC. | Chapter 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** a copy of the **ORDER DATED AUGUST 12, 2024 DENYING AS MOOT APPLICATION TO EMPLOY ACCOUTANT/BOOKKEPPER (Doc 213)** has been furnished by either U.S. Mail, postage prepaid and/or CM/ECF electronic filing to the United States Trustee Office and all interested parties as per the attached Court's Matrix; this 14th day of August, 2024.

                                                Law Offices of Mickler & Mickler

                                                By: _/s/ Bryan K. Mickler_____
                                                    Bryan K. Mickler
                                               Florida Bar No. 091790
                                               Attorney for Debtor-in-Possession
                                               5452 Arlington Expressway
                                               Jacksonville, FL 32211
                                               (904) 725-0822 / FAX: 725-0855
                                               bkmickler@planlaw.com