Label Matrix for local noticing
113A-3
Case 3:24-bk-00496-BAJ
Middle District of Florida
Jacksonville
Wed Aug 14 10:32:57 EDT 2024

20 Development LLC
1089 E Benchview Drive
Ogden, UT 84404-3783

A Complete Home Inspection LLC
110 Velsco Lane
Port Sulphur, LA 70083-2362

ALV Capital LLC
23 Upton St
Peabody, MA 01960-0060

ALV Capital LLC
c/o Strauss Law Group PLLC
264 South River Road, Box 552
Bedford, NH 03110-7058

AMRODDO HOLDINGS, LLC
625 WOODMONT AVE
BERKELEY, CA 94708-1233

Acres & Royalty LLC
205 N Michigan Ave
Chicago, IL 60601-5927

Adaptive Medical Technologies LLC
7349 Paseo Del Sur
Scottsdale, AZ 85258

Ajer LLC
1070 S 650 West
Farmington, UT 84025-4603

Alere LLC
1530 E. Williams Field Rd 201
Gilbert, AZ 85295-1825

Ameiva LLC
282 E 300 S
Smithfield, UT 84335-1636

Amrodddo Holdings LLC
2283 Candlestick Ave
Henderson, NV 89052-2361

Andorful Dynasty Real Estate LLC
4826 Cragmere Loop
Clermont, FL 34711-5523

Another Chance Group Home Inc
54 N Vista Ave
Casa Grande, AZ 85122-3193

Anvil Construction Inc
470 N. Main Street
Brigham City, UT 84302-1858

Archer Capital Investments
Attn: Michael Thompson
1448 W. Salmon Caddis Drive
Bluffdale, UT 84065-5122

Autonomous Drine Solutions LLC
dba Calaway Solutions
Attn: Garrett Calaway
7180 S Hudson Circle
Centennial, CO 80122-2553

Autonomous Drone Solutions DBA Calaway Solut
2121 Brittmoore 2200
Houston, TX 77043-2220

BAYI Capital Management LLC
148 Undercliff Avenue
Edgewater, NJ 07020-1275

(p)BELLE MAISON REALTY  LLC
ATTN LEA MUSE
1133 E 83RD ST
171
CHICAGO IL 60619-6455

Bild Credit LLC
30 N Gould Street 30212
Sheridan, WY 82801-6317

Bold City Commercial LLC
4426 CAPITAL DOME DR
Jacksonville, FL 32246-7456

Scott E Bomkamp
DOJ-Ust
United States Trustee
400 W. Washington St.
Ste 1100
Orlando, FL 32801-2440

Braces at Brick, PA
900 Cedar Bridge Avenue
Brick, NJ 08723

Brooklyn Heights
307 N Lincoln Street
307 N Lincoln Street
Tallulah, LA 71282-4314

Brooklyn Heights LLC
307 N Lincoln Street
Tallulah, LA 71282-4314

Bryan K. Mickler
Attorney for the Debtor
5452 Arlington Expy.
Jacksonville, FL 32211-6860

Bull & Bear Properties LLC
1140 E 87th Street
Chicago, IL 60619-7012

Business Live Global USA LLC
4538 Walnut Ridge Circle
4538 Walnut Ridge Circle
McDonald, PA 15057-1608

Business Live Global USA, LLC
4538 Walnut Ridge Circle
Mc Donald, PA 15057-1608

| | | |
|---|---|---|
| Lisa Butkiewicz<br>6501 E. Greenway Parkway<br>#103-218<br>Scottsdale, AZ 85254-2025 | CNF Solutions LLC<br>135 East 620 South<br>Smithfield, UT 84335-4901 | CannaVision Inc<br>777 Main Street 600<br>Fort Worth, TX 76102-5368 |
| Charles Blake Stringer/Nutra-AcresLLC<br>149 South Shore Drive<br>Amarillo, TX 79118-8007 | Cobb Utilities Inc<br>191 Honey Suckle Circle<br>Ranger, GA 30734-6792 | Cobb Utilities Inc.<br>191 Honeysuckle Circle NE.<br>Ranger, GA 30734-6792 |
| Aaron R. Cohen<br>P.O. Box 4218<br>Jacksonville, FL 32201-4218 | Cool Beanz LLC<br>6585 Decatur Blvd<br>Las Vegas, NV 89118-2110 | Cool Beanz, LLC<br>143 West Fulton Street<br>Sanford, FL 32771-1218 |
| Dajo Properties LLC<br>11360Chestnut Tree Rd<br>Honey Brook, PA 19344 | Darnell Development<br>1118 N Chinowth<br>VISALIA, CA 93291-7896 | Darnell Development, LLC<br>2814 W Newton CT<br>Visalia, CA 93291-6593 |
| Ryan E Davis<br>Winderweedle Haines Ward & Woodman P.A.<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 | Dun Agro Hemp Group Inc<br>P.O. Box 475<br>Shelbyville, IN 46176 | Duval County Tax Collector<br>231 Forsyth St.  #130<br>Jacksonville FL 32202-3380 |
| Edge Development LLC<br>315 239th Ct. SE<br>Sammamish, WA 98074-3687 | Expansive Investments, LLC<br>3855 S 500 W B<br>Salt Lake City, UT 84115 | Faith Investor Services, LLC<br>1522 4th Ave<br>Asbury Park, NJ 07712-4962 |
| Faith Investors Services LLC<br>1522 4th Ave<br>Asbury Park, NJ 07712-4962 | Fehu Capital Inc<br>3139 W. Holmbe Blvd A 77025-1533 | Ficarra Holdings LLC<br>408 Billings Road<br>Somers, CT 06071-2037 |
| Edward M Fitzgerald<br>Holland & Knight LLP<br>200 South Orange Ave<br>Suite 2600<br>Orlando, FL 32801-3453 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Foster Group LLC<br>2539 N 300 E<br>Lehi, UT 84043-4403 | Genie Investments NV Inc.<br>PO Box 60443<br>Jacksonville, FL 32236-0443 | Global Verse Holdings LLC<br>1709 Vintage Lane<br>Wylie, TX 75098-0816 |
| Golden Goods LLC<br>3620 West 10th Street<br>Greeley, CO 80634-1853 | H&M Essential Services, LLC<br>221 N Broad Street 3A<br>Middletown, DE 19709-1070 | Half a Dime, LTD<br>Box 653<br>Alberta |

| | | |
|---|---|---|
| Heliosun LLC DBA Odin<br>1600 S Litchfield Rd 230A<br>Goodyear, AZ 85338 | High Dunes II LLC<br>17 Lockwood Drive<br>Charleston, SC 29401-1190 | Holland & Knight LLP<br>c/o Noel Boeke, Esq.<br>100 N. Tampa St., Ste. 4100<br>Tampa, FL 33602-3644 |
| Hospitality Growth Capital LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Hospitality Growth Capital LLC<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>Bedford, NH 03110-7058 | Humane Care 7 Days Medical Group Inc<br>6552 Bolsa Avenue N<br>Huntington Beach, CA 92647-2656 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Iron Dragon Corporation<br>70 Winding Way<br>Gibbsboro, NJ 08026-1460 |
| JC&TL Inc<br>13865 Magnolia Avenue B<br>Chino, CA 91710-7047 | Just Hewitt LLC<br>205 E Hidalgo Avenue<br>Raymondville, TX 78580-2545 | Knife & Spirit<br>7217 E 4th Avenue<br>Scottsdale, AZ 85251-3634 |
| Knights Lending<br>1603 Capitol Ave, Ste. 413<br>Cheyenne, WY 82001-4562 | Knut LLC<br>697 N 740 E 84043-1300 | Latent Lending, LLC<br>Latent Wealth Group, LLC<br>Mark Steiner<br>302 N. Abajo Peak Way, UT 84032 |
| Latent Wealth Group LLC<br>302 N. Abajo Peak Way<br>Heber City, UT 84032-6501 | Law Offices of Mickler & Mickler, LLP<br>5452 Arlington Expy.<br>Jacksonville, FL 32211-6860 | Legacy Land Developers LLC<br>1651 W 100th St<br>CHICAGO, IL 60643-2128 |
| Hal A. Levenberg, CIRA, CFE<br>YIP ASSOCIATES<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 2690<br>Miami, FL 33131-1815 | Lobenhaus Capital, LLC<br>6303 Lone Wolf Drive<br>Jamesville, NY 13078-9587 | Log Cabin Building LLC<br>289 Parker Drive<br>Pittsburgh, PA 15216-1346 |
| MAA DFW Investments LLC<br>2509 Amelia Island<br>Southlake, TX 76092-1583 | MIMS-IPR, LLC<br>1627 7th St S<br>Clanton, AL 35045-8786 | McMann Commercial Lending LLC<br>500 N Michigan Ave 600<br>Chicago, IL 60611-3754 |
| Meetopolis LLC<br>Attn: Lisa Butkiewicz<br>5434 E Kathleen Road<br>Scottsdale, AZ 85254-1759 | Michael Thompson<br>1448 W Salmon Caddis Dr<br>Bluffdale, UT 84065-5122 | Michele Ruiz Productions, LLC DBA Ruiz Strat<br>925 Century Park East 1700<br>West Hollywood, CA 90069 |
| Bryan K. Mickler<br>Mickler & Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6860 | Moser Holdings, LLC<br>537 S. 150 E.<br>Smithfield, UT 84335-1654 | My Dragonfly Home Solutions, LLC<br>7700 Irvine Center Drive 800<br>Irvine, CA 92618-3047 |

| | | |
|---|---|---|
| N2N Group, Inc<br>5 Webb Hill Road<br>Great Neck, NY  11020<br>Attention:  Michelle Chen<br>Great Neck, NY 11020-1118 | NCR Digital Corp<br>237 Floyd Road<br>Shirley, NY 11967-2941 | NY SF Sunset Yards LLC<br>64 Grand Street<br>Brooklyn, NY 11249-4219 |
| New Mount Olive Church<br>2905 Macfarlane Crescent<br>2905 Macfarlane Crescent<br>Flossmoor, IL 60422-1427 | New Mount olive Missionary Baptist Church In<br>P.O. Box 1696<br>Harvey, IL 60426-7696 | North Haven Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 |
| North Haven Lodging Partners LLC<br>Benjamin J. Morris, c/o Foley & Lardner<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 | North Haven Lodging Partners, LLC<br>Attn: Benjamin Morris, Esq.<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 | Nortical Capital Inc<br>921 E. Parker Street 1<br>Lakeland, FL 33801-1901 |
| Nutra-Acres Inc<br>205 Michigan Ave<br>Chicago, IL 60601-5927 | Nutre Leasing LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Nutre Leasing LLC<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 |
| On Site Life Care Inc.<br>41 Flatbush Avenue, 1st Floor<br>Brooklyn, NY 11217-1145 | Onsite lifecare Inc<br>23 dora lane<br>Holmdel, NJ 07733-1624 | Oregon Business Management Group Inc<br>12600 SW 72nd Ave 140<br>Tigard, OR 97223-8356 |
| Phoenix Rising LLC<br>172 Center Bay<br>Jackson, WY 83001 | Platinum Investments USA LLC<br>c/o THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER 1209 ORANGE ST<br>Wilmington, DE 19801-1120 | Prine Energy Services LLC<br>450 Gears Road<br>Houston, TX 77067-4529 |
| Relco Industries LLC and Richard L Ellison<br>75 Lambert Avenue<br>Clifton, NJ 07013-1254 | Ricks Ventures LLC<br>1354 W 1900 S<br>Logan, UT 84321-6882 | Rolling By The Dozen RV Park LLC<br>40 Country Road 267<br>Somerville, TX 77879-5208 |
| Rowehl & Russo Properties LLC.<br>237 Floyd Rd<br>Shirley, NY 11967-2941 | S&L Zeppeteli DBA SLZ Waste Inc<br>191 Moonachie Road<br>Moonachie, NJ 07074-1309 | SSC Services Inc<br>80 Franklin Street<br>Framingham, MA 01702-6671 |
| Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Seeking First LLC<br>3320 Laurel Dale Drive<br>Tampa, FL 33618-1033 | Seiler Tucker Inc<br>400 Poydras Suite 1460<br>New Orleans, LA 70130-3260 |
| Skyward Tax & Accounting Service LLC<br>3505 Lake Lynda Dr. 200<br>Orlando, FL 32817-8333 | Solace Realty Concepts LLC<br>112 Lehigh Ave<br>Newark, NJ 07112-2036 | Solar Capital Funding LLC<br>23 Upton St<br>Peabody, MA 01960-0060 |

| | | |
|---|---|---|
| Solar Capital Funding LLC<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 | Solas Realty Concepts LLC<br>112 Lehigh Avenue<br>Newark, NJ 07112-2036 | Springer Farms Landholdings LLC<br>325 N 1200 E<br>American Fork, UT 84003-2049 |
| Story Book Homes LLC<br>86 Mountain Avenue<br>Berkeley Heights, NJ 07922-2633 | Sun Coast Entertainment Live LLC<br>6960 Brescia Way<br>Orlando, FL 32819-5288 | Sunlight Storage LLC<br>3344 Bear Canyon Ln<br>Pleasant Grove, UT 84062-8016 |
| Taj Construction LLC<br>10 Windsor Dr.<br>Foxboro, MA 02035-2226 | Max R Tarbox<br>Tarbox Law PC<br>2301 Broadway<br>Lubbock, TX 79401-2916 | Temidayo Adebayo<br>148 Undercliff Avenue<br>Suite 9<br>Edgewater, NJ 07020-1123 |
| Terry's Florists LLC<br>46 English Plaza<br>Red Bank, NJ 07701-1693 | The Farming Co Pty Ltd<br>86 Lakeside Drive<br>Helena Valley<br>6056, Western Australia | The Farming Co. PTY LTD<br>86 Lakeside Dr.<br>Helena, MT 59604 |
| The Generations Group<br>1006 Top Hill Dr<br>Brenham, TX 77833-2585 | The Generations Group-DonStrickland<br>14312 Zion Gate Xing<br>Conroe, TX 77384-2516 | The Official Committee of Unsecured Creditor<br>c/o Noel R. Boeke<br>Holland & Knight LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, FL 33602-3644 |
| TnC NOLA Holdings LLC<br>1461 Annunciaction Street B<br>New Orleans, LA 70130-4539 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | Uncle Willie Green Wings<br>141 Lehigh Ave<br>Newark, NJ 07112-2037 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - JAX 11<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | VTJ LLC<br>706 Leander DR<br>Leander, TX 78641-5017 |
| WAI Holdings, LLC<br>1275 S Lucerne Blvd<br>Los Angeles, California 90019<br>Attention: David Meiselman<br>Los Angeles, CA 90019-6804 | WW LLC<br>26620 E Hoxie Road<br>Rockford, WA 99030-7003 | Wai Holdings LLC<br>45 North Market<br>Wailuku, HI 96793-1756 |
| Wallingford Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 | Wallingford Lodging Partners LLC<br>Benjamin J. Morris, c/o Foley & Lardner<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 | West Palm Holdings Inc<br>2705 Via Vistosa<br>San Clemente, CA 92672-3636 |
| Winderweedle, Haines, Ward & Woodman, P.A.<br>c/o Ryan E. Davis<br>PO Box 1391<br>Orlando, FL 32802-1391 | Winslow Homes LLC<br>3539 Tuscany Reserve Blvd 32168-5334 | Maria M Yip<br>Yip & Associates<br>2 South Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 |

Zelco Properties LLC
108 Patriot Dr A
Middletown, DE 19709-8803

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Belle Maison Realty, LLC
c/o Lea Muse, Owner
1133 E. 83rd Street 171
Chicago, IL 60619

(d)Belle Maison Realty, LLC
Attn: Lea Muse
1133 E 83rd Street 171
Chicago, IL 60619

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Andorful Dynasty Real Estate LLC
4826 Cragmere Loop
Clermont FL 34711-5523

(u)Foster Group, LLC

(d)Rowehl & Russo Properties, LLC
237 Floyd Road
Shirley, NY 11967-2941

(d)Springer Farms Landholdings, LLC
325 N 1200 E
American Fork, UT 84003-2049

(u)Kristin Stegent

(u)Charles Blake Stringer

(u)Adam B. Walker

End of Label Matrix
Mailable recipients   150
Bypassed recipients     7
Total                 157