**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                                           Case No.: 3:24-bk-00496-BAJ

GENIE INVESTMENTS NV, INC.                                               Chapter 11

        Debtor.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a copy of the **ORDER DATED AUGUST 12, 2024 DENYING AS MOOT APPLICATION TO EMPLOY CERTIFIED PUBLIC ACCOUNTANT** (Doc 214) has been furnished by either U.S. Mail, postage prepaid and/or CM/ECF electronic filing to the United States Trustee Office and all interested parties as per the attached Court's Matrix; this 14th day of August, 2024.

                                                                                    Law Offices of Mickler & Mickler

                                                                                    By: _/s/ Bryan K. Mickler_____
                                                                                        Bryan K. Mickler
                                                                                Florida Bar No. 091790
                                                                                Attorney for Debtor-in-Possession
                                                                                5452 Arlington Expressway
                                                                                Jacksonville, FL 32211
                                                                                (904) 725-0822 / FAX: 725-0855
                                                                                bkmickler@planlaw.com