| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00496-BAJ<br>Middle District of Florida<br>Jacksonville<br>Wed Aug 14 10:32:57 EDT 2024 | 20 Development LLC<br>1089 E Benchview Drive<br>Ogden, UT 84404-3783 | A Complete Home Inspection LLC<br>110 Velsco Lane<br>Port Sulphur, LA 70083-2362 |
| ALV Capital LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | ALV Capital LLC<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>Bedford, NH 03110-7058 | AMRODDO HOLDINGS, LLC<br>625 WOODMONT AVE<br>BERKELEY, CA 94708-1233 |
| Acres & Royalty LLC<br>205 N Michigan Ave<br>Chicago, IL 60601-5927 | Adaptive Medical Technologies LLC<br>7349 Paseo Del Sur<br>Scottsdale, AZ 85258 | Ajer LLC<br>1070 S 650 West<br>Farmington, UT 84025-4603 |
| Alere LLC<br>1530 E. Williams Field Rd 201<br>Gilbert, AZ 85295-1825 | Ameiva LLC<br>282 E 300 S<br>Smithfield, UT 84335-1636 | Amrodddo Holdings LLC<br>2283 Candlestick Ave<br>Henderson, NV 89052-2361 |
| Andorful Dynasty Real Estate LLC<br>4826 Cragmere Loop<br>Clermont, FL 34711-5523 | Another Chance Group Home Inc<br>54 N Vista Ave<br>Casa Grande, AZ 85122-3193 | Anvil Construction Inc<br>470 N. Main Street<br>Brigham City, UT 84302-1858 |
| Archer Capital Investments<br>Attn: Michael Thompson<br>1448 W. Salmon Caddis Drive<br>Bluffdale, UT 84065-5122 | Autonomous Drine Solutions LLC<br>dba Calaway Solutions<br>Attn: Garrett Calaway<br>7180 S Hudson Circle<br>Centennial, CO 80122-2553 | Autonomous Drone Solutions DBA Calaway Solut<br>2121 Brittmoore 2200<br>Houston, TX 77043-2220 |
| BAYI Capital Management LLC<br>148 Undercliff Avenue<br>Edgewater, NJ 07020-1275 | (p)BELLE MAISON REALTY  LLC<br>ATTN LEA MUSE<br>1133 E 83RD ST<br>171<br>CHICAGO IL 60619-6455 | Bild Credit LLC<br>30 N Gould Street 30212<br>Sheridan, WY 82801-6317 |
| Bold City Commercial LLC<br>4426 CAPITAL DOME DR<br>Jacksonville, FL 32246-7456 | Scott E Bomkamp<br>DOJ-Ust<br>United States Trustee<br>400 W. Washington St.<br>Ste 1100<br>Orlando, FL 32801-2440 | Braces at Brick, PA<br>900 Cedar Bridge Avenue<br>Brick, NJ 08723 |
| Brooklyn Heights<br>307 N Lincoln Street<br>307 N Lincoln Street<br>Tallulah, LA 71282-4314 | Brooklyn Heights LLC<br>307 N Lincoln Street<br>Tallulah, LA 71282-4314 | Bryan K. Mickler<br>Attorney for the Debtor<br>5452 Arlington Expy.<br>Jacksonville, FL 32211-6860 |
| Bull & Bear Properties LLC<br>1140 E 87th Street<br>Chicago, IL 60619-7012 | Business Live Global USA LLC<br>4538 Walnut Ridge Circle<br>4538 Walnut Ridge Circle<br>McDonald, PA 15057-1608 | Business Live Global USA, LLC<br>4538 Walnut Ridge Circle<br>Mc Donald, PA 15057-1608 |

Lisa Butkiewicz
6501 E. Greenway Parkway
#103-218
Scottsdale, AZ 85254-2025

CNF Solutions LLC
135 East 620 South
Smithfield, UT 84335-4901

CannaVision Inc
777 Main Street 600
Fort Worth, TX 76102-5368

Charles Blake Stringer/Nutra-AcresLLC
149 South Shore Drive
Amarillo, TX 79118-8007

Cobb Utilities Inc
191 Honey Suckle Circle
Ranger, GA 30734-6792

Cobb Utilities Inc.
191 Honeysuckle Circle NE.
Ranger, GA 30734-6792

Aaron R. Cohen
P.O. Box 4218
Jacksonville, FL 32201-4218

Cool Beanz LLC
6585 Decatur Blvd
Las Vegas, NV 89118-2110

Cool Beanz, LLC
143 West Fulton Street
Sanford, FL 32771-1218

Dajo Properties LLC
11360Chestnut Tree Rd
Honey Brook, PA 19344

Darnell Development
1118 N Chinowth
VISALIA, CA 93291-7896

Darnell Development, LLC
2814 W Newton CT
Visalia, CA 93291-6593

Ryan E Davis
Winderweedle Haines Ward & Woodman P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Dun Agro Hemp Group Inc
P.O. Box 475
Shelbyville, IN 46176

Duval County Tax Collector
231 Forsyth St.  #130
Jacksonville FL 32202-3380

Edge Development LLC
315 239th Ct. SE
Sammamish, WA 98074-3687

Expansive Investments, LLC
3855 S 500 W B
Salt Lake City, UT 84115

Faith Investor Services, LLC
1522 4th Ave
Asbury Park, NJ 07712-4962

Faith Investors Services LLC
1522 4th Ave
Asbury Park, NJ 07712-4962

Fehu Capital Inc
3139 W. Holmbe Blvd A 77025-1533

Ficarra Holdings LLC
408 Billings Road
Somers, CT 06071-2037

Edward M Fitzgerald
Holland & Knight LLP
200 South Orange Ave
Suite 2600
Orlando, FL 32801-3453

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Foster Group LLC
2539 N 300 E
Lehi, UT 84043-4403

Genie Investments NV Inc.
PO Box 60443
Jacksonville, FL 32236-0443

Global Verse Holdings LLC
1709 Vintage Lane
Wylie, TX 75098-0816

Golden Goods LLC
3620 West 10th Street
Greeley, CO 80634-1853

H&M Essential Services, LLC
221 N Broad Street 3A
Middletown, DE 19709-1070

Half a Dime, LTD
Box 653
Alberta

```
Heliosun LLC DBA Odin                High Dunes II LLC                     Holland & Knight LLP
1600 S Litchfield Rd 230A            17 Lockwood Drive                     c/o Noel Boeke, Esq.
Goodyear, AZ 85338                   Charleston, SC 29401-1190             100 N. Tampa St., Ste. 4100
                                                                           Tampa, FL 33602-3644


Hospitality Growth Capital LLC       Hospitality Growth Capital LLC        Humane Care 7 Days Medical Group Inc
23 Upton St                          c/o Strauss Law Group PLLC            6552 Bolsa Avenue N
Peabody, MA 01960-0060               264 South River Road, Box 552         Huntington Beach, CA 92647-2656
                                     Bedford, NH 03110-7058


IRS                                  Internal Revenue Service              Iron Dragon Corporation
Centralized Insolvency Operations    PO Box 7346                           70 Winding Way
P.O. Box 7346                        Philadelphia, PA  19101-7346          Gibbsboro, NJ 08026-1460
Philadelphia, PA 19101-7346


JC&TL Inc                            Just Hewitt LLC                       Knife & Spirit
13865 Magnolia Avenue B              205 E Hidalgo Avenue                  7217 E 4th Avenue
Chino, CA 91710-7047                 Raymondville, TX 78580-2545           Scottsdale, AZ 85251-3634


Knights Lending                      Knut LLC                              Latent Lending, LLC
1603 Capitol Ave, Ste. 413           697 N 740 E 84043-1300                Latent Wealth Group, LLC
Cheyenne, WY 82001-4562                                                    Mark Steiner
                                                                           302 N. Abajo Peak Way, UT 84032


Latent Wealth Group LLC              Law Offices of Mickler & Mickler, LLP Legacy Land Developers LLC
302 N. Abajo Peak Way                5452 Arlington Expy.                  1651 W 100th St
Heber City, UT 84032-6501            Jacksonville, FL 32211-6860           CHICAGO, IL 60643-2128


Hal A. Levenberg, CIRA, CFE          Lobenhaus Capital, LLC                Log Cabin Building LLC
YIP ASSOCIATES                       6303 Lone Wolf Drive                  289 Parker Drive
One Biscayne Tower                   Jamesville, NY 13078-9587             Pittsburgh, PA 15216-1346
2 S. Biscayne Blvd., Suite 2690
Miami, FL 33131-1815


MAA DFW Investments LLC              MIMS-IPR, LLC                         McMann Commercial Lending LLC
2509 Amelia Island                   1627 7th St S                         500 N Michigan Ave 600
Southlake, TX 76092-1583             Clanton, AL 35045-8786                Chicago, IL 60611-3754


Meetopolis LLC                       Michael Thompson                      Michele Ruiz Productions, LLC DBA Ruiz Strat
Attn: Lisa Butkiewicz                1448 W Salmon Caddis Dr               925 Century Park East 1700
5434 E Kathleen Road                 Bluffdale, UT 84065-5122              West Hollywood, CA 90069
Scottsdale, AZ 85254-1759


Bryan K. Mickler                     Moser Holdings, LLC                   My Dragonfly Home Solutions, LLC
Mickler & Mickler                    537 S. 150 E.                         7700 Irvine Center Drive 800
5452 Arlington Expressway            Smithfield, UT 84335-1654             Irvine, CA 92618-3047
Jacksonville, FL 32211-6860
```

N2N Group, Inc
5 Webb Hill Road
Great Neck, NY  11020
Attention:  Michelle Chen
Great Neck, NY 11020-1118

NCR Digital Corp
237 Floyd Road
Shirley, NY 11967-2941

NY SF Sunset Yards LLC
64 Grand Street
Brooklyn, NY 11249-4219

New Mount Olive Church
2905 Macfarlane Crescent
2905 Macfarlane Crescent
Flossmoor, IL 60422-1427

New Mount olive Missionary Baptist Church In
P.O. Box 1696
Harvey, IL 60426-7696

North Haven Lodging Partners LLC
2517 W Brentridge Circle
Sioux Falls, SD 57108-1573

North Haven Lodging Partners LLC
Benjamin J. Morris, c/o Foley & Lardner
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

North Haven Lodging Partners, LLC
Attn: Benjamin Morris, Esq.
Foley & Lardner LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

Nortical Capital Inc
921 E. Parker Street 1
Lakeland, FL 33801-1901

Nutra-Acres Inc
205 Michigan Ave
Chicago, IL 60601-5927

Nutre Leasing LLC
23 Upton St
Peabody, MA 01960-0060

Nutre Leasing LLC
c/o Strauss Law Group PLLC
264 South River Road, Box 552
c/o Strauss Law Group PLLC, 264 South Ri
Bedford, NH 03110-7058

On Site Life Care Inc.
41 Flatbush Avenue, 1st Floor
Brooklyn, NY 11217-1145

Onsite lifecare Inc
23 dora lane
Holmdel, NJ 07733-1624

Oregon Business Management Group Inc
12600 SW 72nd Ave 140
Tigard, OR 97223-8356

Phoenix Rising LLC
172 Center Bay
Jackson, WY 83001

Platinum Investments USA LLC
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
Wilmington, DE 19801-1120

Prine Energy Services LLC
450 Gears Road
Houston, TX 77067-4529

Relco Industries LLC and Richard L Ellison
75 Lambert Avenue
Clifton, NJ 07013-1254

Ricks Ventures LLC
1354 W 1900 S
Logan, UT 84321-6882

Rolling By The Dozen RV Park LLC
40 Country Road 267
Somerville, TX 77879-5208

Rowehl & Russo Properties LLC.
237 Floyd Rd
Shirley, NY 11967-2941

S&L Zeppeteli DBA SLZ Waste Inc
191 Moonachie Road
Moonachie, NJ 07074-1309

SSC Services Inc
80 Franklin Street
Framingham, MA 01702-6671

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

Seeking First LLC
3320 Laurel Dale Drive
Tampa, FL 33618-1033

Seiler Tucker Inc
400 Poydras Suite 1460
New Orleans, LA 70130-3260

Skyward Tax & Accounting Service LLC
3505 Lake Lynda Dr. 200
Orlando, FL 32817-8333

Solace Realty Concepts LLC
112 Lehigh Ave
Newark, NJ 07112-2036

Solar Capital Funding LLC
23 Upton St
Peabody, MA 01960-0060

Solar Capital Funding LLC
c/o Strauss Law Group PLLC
264 South River Road, Box 552
c/o Strauss Law Group PLLC, 264 South Ri
Bedford, NH 03110-7058

Solas Realty Concepts LLC
112 Lehigh Avenue
Newark, NJ 07112-2036

Springer Farms Landholdings LLC
325 N 1200 E
American Fork, UT 84003-2049

Story Book Homes LLC
86 Mountain Avenue
Berkeley Heights, NJ 07922-2633

Sun Coast Entertainment Live LLC
6960 Brescia Way
Orlando, FL 32819-5288

Sunlight Storage LLC
3344 Bear Canyon Ln
Pleasant Grove, UT 84062-8016

Taj Construction LLC
10 Windsor Dr.
Foxboro, MA 02035-2226

Max R Tarbox
Tarbox Law PC
2301 Broadway
Lubbock, TX 79401-2916

Temidayo Adebayo
148 Undercliff Avenue
Suite 9
Edgewater, NJ 07020-1123

Terry's Florists LLC
46 English Plaza
Red Bank, NJ 07701-1693

The Farming Co Pty Ltd
86 Lakeside Drive
Helena Valley
6056, Western Australia

The Farming Co. PTY LTD
86 Lakeside Dr.
Helena, MT 59604

The Generations Group
1006 Top Hill Dr
Brenham, TX 77833-2585

The Generations Group-DonStrickland
14312 Zion Gate Xing
Conroe, TX 77384-2516

The Official Committee of Unsecured Creditor
c/o Noel R. Boeke
Holland & Knight LLP
100 North Tampa Street, Suite 4100
Tampa, FL 33602-3644

TnC NOLA Holdings LLC
1461 Annunciaction Street B
New Orleans, LA 70130-4539

U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

Uncle Willie Green Wings
141 Lehigh Ave
Newark, NJ 07112-2037

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

United States Trustee - JAX 11
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

VTJ LLC
706 Leander DR
Leander, TX 78641-5017

WAI Holdings, LLC
1275 S Lucerne Blvd
Los Angeles, California 90019
Attention: David Meiselman
Los Angeles, CA 90019-6804

WW LLC
26620 E Hoxie Road
Rockford, WA 99030-7003

Wai Holdings LLC
45 North Market
Wailuku, HI 96793-1756

Wallingford Lodging Partners LLC
2517 W Brentridge Circle
Sioux Falls, SD 57108-1573

Wallingford Lodging Partners LLC
Benjamin J. Morris, c/o Foley & Lardner
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

West Palm Holdings Inc
2705 Via Vistosa
San Clemente, CA 92672-3636

Winderweedle, Haines, Ward & Woodman, P.A.
c/o Ryan E. Davis
PO Box 1391
Orlando, FL 32802-1391

Winslow Homes LLC
3539 Tuscany Reserve Blvd 32168-5334

Maria M Yip
Yip & Associates
2 South Biscayne Boulevard, Suite 2690
Miami, FL 33131-1815

Zelco Properties LLC
108 Patriot Dr A
Middletown, DE 19709-8803


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Belle Maison Realty, LLC
c/o Lea Muse, Owner
1133 E. 83rd Street 171
Chicago, IL 60619

(d)Belle Maison Realty, LLC
Attn: Lea Muse
1133 E 83rd Street 171
Chicago, IL 60619


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Andorful Dynasty Real Estate LLC
4826 Cragmere Loop
Clermont FL 34711-5523

(u)Foster Group, LLC

(d)Rowehl & Russo Properties, LLC
237 Floyd Road
Shirley, NY 11967-2941


(d)Springer Farms Landholdings, LLC
325 N 1200 E
American Fork, UT 84003-2049

(u)Kristin Stegent

(u)Charles Blake Stringer


(u)Adam B. Walker

End of Label Matrix
Mailable recipients    150
Bypassed recipients      7
Total                  157