```
Label Matrix for local noticing        20 Development LLC                    A Complete Home Inspection LLC
113A-3                                 1089 E Benchview Drive                110 Velsco Lane
Case 3:24-bk-00496-BAJ                 Ogden, UT 84404-3783                  Port Sulphur, LA 70083-2362
Middle District of Florida
Jacksonville
Wed Aug 14 10:32:57 EDT 2024

ALV Capital LLC                        ALV Capital LLC                       AMRODDO HOLDINGS, LLC
23 Upton St                            c/o Strauss Law Group PLLC            625 WOODMONT AVE
Peabody, MA 01960-0060                 264 South River Road, Box 552         BERKELEY, CA 94708-1233
                                       Bedford, NH 03110-7058


Acres & Royalty LLC                    Adaptive Medical Technologies LLC     Ajer LLC
205 N Michigan Ave                     7349 Paseo Del Sur                    1070 S 650 West
Chicago, IL 60601-5927                 Scottsdale, AZ 85258                  Farmington, UT 84025-4603


Alere LLC                              Ameiva LLC                            Amrodddo Holdings LLC
1530 E. Williams Field Rd 201          282 E 300 S                           2283 Candlestick Ave
Gilbert, AZ 85295-1825                 Smithfield, UT 84335-1636             Henderson, NV 89052-2361


Andorful Dynasty Real Estate LLC       Another Chance Group Home Inc         Anvil Construction Inc
4826 Cragmere Loop                     54 N Vista Ave                        470 N. Main Street
Clermont, FL 34711-5523                Casa Grande, AZ 85122-3193            Brigham City, UT 84302-1858


Archer Capital Investments             Autonomous Drine Solutions LLC        Autonomous Drone Solutions DBA Calaway Solut
Attn: Michael Thompson                 dba Calaway Solutions                 2121 Brittmoore 2200
1448 W. Salmon Caddis Drive            Attn: Garrett Calaway                 Houston, TX 77043-2220
Bluffdale, UT 84065-5122               7180 S Hudson Circle
                                       Centennial, CO 80122-2553


BAYI Capital Management LLC            (p)BELLE MAISON REALTY  LLC           Bild Credit LLC
148 Undercliff Avenue                  ATTN LEA MUSE                         30 N Gould Street 30212
Edgewater, NJ 07020-1275               1133 E 83RD ST                        Sheridan, WY 82801-6317
                                       171
                                       CHICAGO IL 60619-6455


Bold City Commercial LLC               Scott E Bomkamp                       Braces at Brick, PA
4426 CAPITAL DOME DR                   DOJ-Ust                               900 Cedar Bridge Avenue
Jacksonville, FL 32246-7456            United States Trustee                 Brick, NJ 08723
                                       400 W. Washington St.
                                       Ste 1100
                                       Orlando, FL 32801-2440


Brooklyn Heights                       Brooklyn Heights LLC                  Bryan K. Mickler
307 N Lincoln Street                   307 N Lincoln Street                  Attorney for the Debtor
307 N Lincoln Street                   Tallulah, LA 71282-4314               5452 Arlington Expy.
Tallulah, LA 71282-4314                                                      Jacksonville, FL 32211-6860


Bull & Bear Properties LLC             Business Live Global USA LLC          Business Live Global USA, LLC
1140 E 87th Street                     4538 Walnut Ridge Circle              4538 Walnut Ridge Circle
Chicago, IL 60619-7012                 4538 Walnut Ridge Circle              Mc Donald, PA 15057-1608
                                       McDonald, PA 15057-1608
```

Lisa Butkiewicz
6501 E. Greenway Parkway
#103-218
Scottsdale, AZ 85254-2025

CNF Solutions LLC
135 East 620 South
Smithfield, UT 84335-4901

CannaVision Inc
777 Main Street 600
Fort Worth, TX 76102-5368

Charles Blake Stringer/Nutra-AcresLLC
149 South Shore Drive
Amarillo, TX 79118-8007

Cobb Utilities Inc
191 Honey Suckle Circle
Ranger, GA 30734-6792

Cobb Utilities Inc.
191 Honeysuckle Circle NE.
Ranger, GA 30734-6792

Aaron R. Cohen
P.O. Box 4218
Jacksonville, FL 32201-4218

Cool Beanz LLC
6585 Decatur Blvd
Las Vegas, NV 89118-2110

Cool Beanz, LLC
143 West Fulton Street
Sanford, FL 32771-1218

Dajo Properties LLC
11360Chestnut Tree Rd
Honey Brook, PA 19344

Darnell Development
1118 N Chinowth
VISALIA, CA 93291-7896

Darnell Development, LLC
2814 W Newton CT
Visalia, CA 93291-6593

Ryan E Davis
Winderweedle Haines Ward & Woodman P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Dun Agro Hemp Group Inc
P.O. Box 475
Shelbyville, IN 46176

Duval County Tax Collector
231 Forsyth St.  #130
Jacksonville FL 32202-3380

Edge Development LLC
315 239th Ct. SE
Sammamish, WA 98074-3687

Expansive Investments, LLC
3855 S 500 W B
Salt Lake City, UT 84115

Faith Investor Services, LLC
1522 4th Ave
Asbury Park, NJ 07712-4962

Faith Investors Services LLC
1522 4th Ave
Asbury Park, NJ 07712-4962

Fehu Capital Inc
3139 W. Holmbe Blvd A 77025-1533

Ficarra Holdings LLC
408 Billings Road
Somers, CT 06071-2037

Edward M Fitzgerald
Holland & Knight LLP
200 South Orange Ave
Suite 2600
Orlando, FL 32801-3453

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Foster Group LLC
2539 N 300 E
Lehi, UT 84043-4403

Genie Investments NV Inc.
PO Box 60443
Jacksonville, FL 32236-0443

Global Verse Holdings LLC
1709 Vintage Lane
Wylie, TX 75098-0816

Golden Goods LLC
3620 West 10th Street
Greeley, CO 80634-1853

H&M Essential Services, LLC
221 N Broad Street 3A
Middletown, DE 19709-1070

Half a Dime, LTD
Box 653
Alberta

| | | |
|---|---|---|
| Heliosun LLC DBA Odin<br>1600 S Litchfield Rd 230A<br>Goodyear, AZ 85338 | High Dunes II LLC<br>17 Lockwood Drive<br>Charleston, SC 29401-1190 | Holland & Knight LLP<br>c/o Noel Boeke, Esq.<br>100 N. Tampa St., Ste. 4100<br>Tampa, FL 33602-3644 |
| Hospitality Growth Capital LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Hospitality Growth Capital LLC<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>Bedford, NH 03110-7058 | Humane Care 7 Days Medical Group Inc<br>6552 Bolsa Avenue N<br>Huntington Beach, CA 92647-2656 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Iron Dragon Corporation<br>70 Winding Way<br>Gibbsboro, NJ 08026-1460 |
| JC&TL Inc<br>13865 Magnolia Avenue B<br>Chino, CA 91710-7047 | Just Hewitt LLC<br>205 E Hidalgo Avenue<br>Raymondville, TX 78580-2545 | Knife & Spirit<br>7217 E 4th Avenue<br>Scottsdale, AZ 85251-3634 |
| Knights Lending<br>1603 Capitol Ave, Ste. 413<br>Cheyenne, WY 82001-4562 | Knut LLC<br>697 N 740 E 84043-1300 | Latent Lending, LLC<br>Latent Wealth Group, LLC<br>Mark Steiner<br>302 N. Abajo Peak Way, UT 84032 |
| Latent Wealth Group LLC<br>302 N. Abajo Peak Way<br>Heber City, UT 84032-6501 | Law Offices of Mickler & Mickler, LLP<br>5452 Arlington Expy.<br>Jacksonville, FL 32211-6860 | Legacy Land Developers LLC<br>1651 W 100th St<br>CHICAGO, IL 60643-2128 |
| Hal A. Levenberg, CIRA, CFE<br>YIP ASSOCIATES<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 2690<br>Miami, FL 33131-1815 | Lobenhaus Capital, LLC<br>6303 Lone Wolf Drive<br>Jamesville, NY 13078-9587 | Log Cabin Building LLC<br>289 Parker Drive<br>Pittsburgh, PA 15216-1346 |
| MAA DFW Investments LLC<br>2509 Amelia Island<br>Southlake, TX 76092-1583 | MIMS-IPR, LLC<br>1627 7th St S<br>Clanton, AL 35045-8786 | McMann Commercial Lending LLC<br>500 N Michigan Ave 600<br>Chicago, IL 60611-3754 |
| Meetopolis LLC<br>Attn: Lisa Butkiewicz<br>5434 E Kathleen Road<br>Scottsdale, AZ 85254-1759 | Michael Thompson<br>1448 W Salmon Caddis Dr<br>Bluffdale, UT 84065-5122 | Michele Ruiz Productions, LLC DBA Ruiz Strat<br>925 Century Park East 1700<br>West Hollywood, CA 90069 |
| Bryan K. Mickler<br>Mickler & Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6860 | Moser Holdings, LLC<br>537 S. 150 E.<br>Smithfield, UT 84335-1654 | My Dragonfly Home Solutions, LLC<br>7700 Irvine Center Drive 800<br>Irvine, CA 92618-3047 |

N2N Group, Inc
5 Webb Hill Road
Great Neck, NY  11020
Attention:  Michelle Chen
Great Neck, NY 11020-1118

NCR Digital Corp
237 Floyd Road
Shirley, NY 11967-2941

NY SF Sunset Yards LLC
64 Grand Street
Brooklyn, NY 11249-4219

New Mount Olive Church
2905 Macfarlane Crescent
2905 Macfarlane Crescent
Flossmoor, IL 60422-1427

New Mount olive Missionary Baptist Church In
P.O. Box 1696
Harvey, IL 60426-7696

North Haven Lodging Partners LLC
2517 W Brentridge Circle
Sioux Falls, SD 57108-1573

North Haven Lodging Partners LLC
Benjamin J. Morris, c/o Foley & Lardner
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

North Haven Lodging Partners, LLC
Attn: Benjamin Morris, Esq.
Foley & Lardner LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

Nortical Capital Inc
921 E. Parker Street 1
Lakeland, FL 33801-1901

Nutra-Acres Inc
205 Michigan Ave
Chicago, IL 60601-5927

Nutre Leasing LLC
23 Upton St
Peabody, MA 01960-0060

Nutre Leasing LLC
c/o Strauss Law Group PLLC
264 South River Road, Box 552
c/o Strauss Law Group PLLC, 264 South Ri
Bedford, NH 03110-7058

On Site Life Care Inc.
41 Flatbush Avenue, 1st Floor
Brooklyn, NY 11217-1145

Onsite lifecare Inc
23 dora lane
Holmdel, NJ 07733-1624

Oregon Business Management Group Inc
12600 SW 72nd Ave 140
Tigard, OR 97223-8356

Phoenix Rising LLC
172 Center Bay
Jackson, WY 83001

Platinum Investments USA LLC
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
Wilmington, DE 19801-1120

Prine Energy Services LLC
450 Gears Road
Houston, TX 77067-4529

Relco Industries LLC and Richard L Ellison
75 Lambert Avenue
Clifton, NJ 07013-1254

Ricks Ventures LLC
1354 W 1900 S
Logan, UT 84321-6882

Rolling By The Dozen RV Park LLC
40 Country Road 267
Somerville, TX 77879-5208

Rowehl & Russo Properties LLC.
237 Floyd Rd
Shirley, NY 11967-2941

S&L Zeppeteli DBA SLZ Waste Inc
191 Moonachie Road
Moonachie, NJ 07074-1309

SSC Services Inc
80 Franklin Street
Framingham, MA 01702-6671

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

Seeking First LLC
3320 Laurel Dale Drive
Tampa, FL 33618-1033

Seiler Tucker Inc
400 Poydras Suite 1460
New Orleans, LA 70130-3260

Skyward Tax & Accounting Service LLC
3505 Lake Lynda Dr. 200
Orlando, FL 32817-8333

Solace Realty Concepts LLC
112 Lehigh Ave
Newark, NJ 07112-2036

Solar Capital Funding LLC
23 Upton St
Peabody, MA 01960-0060

| | | |
|---|---|---|
| Solar Capital Funding LLC<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 | Solas Realty Concepts LLC<br>112 Lehigh Avenue<br>Newark, NJ 07112-2036 | Springer Farms Landholdings LLC<br>325 N 1200 E<br>American Fork, UT 84003-2049 |
| Story Book Homes LLC<br>86 Mountain Avenue<br>Berkeley Heights, NJ 07922-2633 | Sun Coast Entertainment Live LLC<br>6960 Brescia Way<br>Orlando, FL 32819-5288 | Sunlight Storage LLC<br>3344 Bear Canyon Ln<br>Pleasant Grove, UT 84062-8016 |
| Taj Construction LLC<br>10 Windsor Dr.<br>Foxboro, MA 02035-2226 | Max R Tarbox<br>Tarbox Law PC<br>2301 Broadway<br>Lubbock, TX 79401-2916 | Temidayo Adebayo<br>148 Undercliff Avenue<br>Suite 9<br>Edgewater, NJ 07020-1123 |
| Terry's Florists LLC<br>46 English Plaza<br>Red Bank, NJ 07701-1693 | The Farming Co Pty Ltd<br>86 Lakeside Drive<br>Helena Valley<br>6056, Western Australia | The Farming Co. PTY LTD<br>86 Lakeside Dr.<br>Helena, MT 59604 |
| The Generations Group<br>1006 Top Hill Dr<br>Brenham, TX 77833-2585 | The Generations Group-DonStrickland<br>14312 Zion Gate Xing<br>Conroe, TX 77384-2516 | The Official Committee of Unsecured Creditor<br>c/o Noel R. Boeke<br>Holland & Knight LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, FL 33602-3644 |
| TnC NOLA Holdings LLC<br>1461 Annunciaction Street B<br>New Orleans, LA 70130-4539 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | Uncle Willie Green Wings<br>141 Lehigh Ave<br>Newark, NJ 07112-2037 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - JAX 11<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | VTJ LLC<br>706 Leander DR<br>Leander, TX 78641-5017 |
| WAI Holdings, LLC<br>1275 S Lucerne Blvd<br>Los Angeles, California 90019<br>Attention: David Meiselman<br>Los Angeles, CA 90019-6804 | WW LLC<br>26620 E Hoxie Road<br>Rockford, WA 99030-7003 | Wai Holdings LLC<br>45 North Market<br>Wailuku, HI 96793-1756 |
| Wallingford Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 | Wallingford Lodging Partners LLC<br>Benjamin J. Morris, c/o Foley & Lardner<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 | West Palm Holdings Inc<br>2705 Via Vistosa<br>San Clemente, CA 92672-3636 |
| Winderweedle, Haines, Ward & Woodman, P.A.<br>c/o Ryan E. Davis<br>PO Box 1391<br>Orlando, FL 32802-1391 | Winslow Homes LLC<br>3539 Tuscany Reserve Blvd 32168-5334 | Maria M Yip<br>Yip & Associates<br>2 South Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 |

Zelco Properties LLC
108 Patriot Dr A
Middletown, DE 19709-8803


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Belle Maison Realty, LLC
c/o Lea Muse, Owner
1133 E. 83rd Street 171
Chicago, IL 60619

(d)Belle Maison Realty, LLC
Attn: Lea Muse
1133 E 83rd Street 171
Chicago, IL 60619


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Andorful Dynasty Real Estate LLC
4826 Cragmere Loop
Clermont FL 34711-5523

(u)Foster Group, LLC

(d)Rowehl & Russo Properties, LLC
237 Floyd Road
Shirley, NY 11967-2941


(d)Springer Farms Landholdings, LLC
325 N 1200 E
American Fork, UT 84003-2049

(u)Kristin Stegent

(u)Charles Blake Stringer


(u)Adam B. Walker

End of Label Matrix
Mailable recipients   150
Bypassed recipients     7
Total                 157