UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                                                    CASE NO.: 3:24-bk-00496-BAJ
                                                                          Chapter 7
GENIE INVESTMENTS NV INC.,

      Debtor.
_____

### TRUSTEE'S APPLICATION TO EMPLOY RAYE C. ELLIOTT OF AKERMAN LLP AS ATTORNEY FOR THE ESTATE

The Application of Aaron R. Cohen, as Trustee, shows:

1.      Applicant is the qualified and acting Trustee for the Estate having been appointed pursuant to §701 of Bankruptcy Code 11 U.S.C. §701(a).

2.      The estate wishes to employ Raye C. Elliott to assist the trustee in investigating and liquidating assets and any ancillary matters that may arise.

3.      Applicant wishes to employ Raye C. Elliott as attorney pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure to prosecute the claim on behalf of the estate. The trustee has selected this attorney because he is experienced in proceedings of this type and has the knowledge and expertise to effectively and efficiently represent the estate's interests.

4.      At this time the amount of the ultimate recovery to the estate is unknown, but the trustee estimates that it will be in excess of $3,000.00.

5.      The law firm is qualified within the meaning of the provisions of §327(a)-(f) of the Bankruptcy Code and is disinterested within the meaning of §101(14) of the Bankruptcy Code.

6.      The law firm and the Trustee have agreed that the attorneys shall seek

compensation at the firm's normal hourly rates.  At the present time, the hourly rate for Raye Elliott is $425.00.

7. The law firm understands that it must file an application for fees and reimbursement of out-of-pocket expenses, and that such fee application is subject to the approval of the Court pursuant to Section 330 of the Bankruptcy Code.

/s/ Aaron R. Cohen
_____
**AARON R. COHEN**
Post Office Box 4218
Jacksonville, Florida 32201
(904) 389-7277
aaron@arcohenlaw.com
Florida Bar I.D. No.  558230
Chapter 7 Trustee

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded by United States Mail on this 14 day of August 2024 the following: Raye C. Elliott, Esquire, 401 E. Jackson Street, Suite 1700, Tampa, Florida 33602; Genie Investments NV Inc., Po Box 60443, Jacksonville, FL 32236; and by CM/ECF electronic notice to Bryan K. Mickler, Esquire; and the United States Trustee.

/s/ Aaron R. Cohen
_____
Attorney

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

GENIE INVESTMENTS NV INC.,   Case No.: 3:24-bk-00496-BAJ

    Debtor.   Chapter 11

_____/

## DECLARATION OF PROPOSED ATTORNEY
## RAYE C. ELLIOTT

I, Raye C. Elliott, hereby declare:

1. I am an attorney admitted to practice in the State of Florida and the United States Bankruptcy Court for the Middle District of Florida.

2. I am an attorney with the law firm of Akerman LLP (the "Firm").

3. I maintain an office at 50 North Laura Street, Suite 3100, Jacksonville, Florida 32202 and 401 East Jackson Street, Suite 1700, Tampa, Florida 33602.

4. Neither I, nor to the best of my knowledge any member of the Firm, is a creditor, equity security holder or insider of the Debtor or has any connections with the Debtor, or the Debtor's respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

5. Based on the foregoing, I believe that neither I nor any member of my Firm holds or represents an interest adverse to this Estate and I am a disinterested person within the meaning of 11 U.S.C. § 101(14).

77639372;1

6.  My current hourly rate for this representation is $425, which is substantially discounted from my standard hourly rate, and other attorneys and paralegals may work on this file and will be billed at a substantial discount from their standard hourly rates. The ultimate fee request may vary from the above rate based on the factors discussed in *Johnson v. Georgia Highway Express,* 488 F.2d 714 (5th Cir. 1974) and periodic rate adjustments.

7.  I agree to represent the estate as its attorney, and fully understand that my employment by the estate is subject to the approval of the Bankruptcy Court, that all funds recovered by me on behalf of the estate are property of the estate and shall be forwarded without delay to the trustee of the estate, and that any compensation which I may seek for services rendered on behalf of the estate shall be subject to the review and approval of the Court.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: August 14, 2024

Respectfully submitted,

AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Phone: (813) 223-7333
Fax: (813) 223-2837
Email: raye.elliott@akerman.com

By: _____
Raye C. Elliott
Florida Bar Number: 018732