**ORDERED.**

Dated:  August 14, 2024

_____
Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 3:24-bk-00496-BAJ |
| | Chapter 7 |
| GENIE INVESTMENTS NV INC., | |
| Debtor. | |

**ORDER APPROVING TRUSTEE'S
APPLICATION TO EMPLOY RAYE C. ELLIOTT
OF AKERMAN LLP AS ATTORNEY FOR THE TRUSTEE**

THIS CASE came on for consideration upon the Chapter 7 trustee's Application to Employ Raye C. Elliott as Attorney for the Estate (Doc. No. 228). Accordingly, it is

**ORDERED:**

1. The application is approved, and Raye C. Elliott is authorized to be employed as attorney to assist the Trustee in investigating and liquidating assets and any ancillary matters that may arise.

2. Compensation will be determined later in accordance with the provisions of §330 of the Bankruptcy Code. The hourly rate is not guaranteed and is subject to review.

Trustee Aaron R. Cohen is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order