UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:

GENIE INVESTMENTS NV INC.,

Debtor.

CASE NO.: 3:24-bk-00496-BAJ
Chapter 7

**PROOF OF SERVICE OF
ORDER APPROVING TRUSTEE'S APPLICATION
TO EMPLOY RAYE C. ELLIOTT AS ATTORNEY FOR THE ESTATE**

COMES NOW the Trustee, Aaron R. Cohen, and hereby gives notice of the service of the Order Approving Trustee's Application to Employ Raye C. Elliott as Attorney for the Estate entered in the above-styled case on August 14, 2024 to the following parties: Raye C. Elliott, Esquire, 401 E. Jackson Street, Suite 1700, Tampa, Florida 33602; Genie Investments NV Inc., Po Box 60443, Jacksonville, FL 32236; and by CM/ECF electronic notice to Bryan K. Mickler, Esquire; and the United States Trustee, on this 14 day of August 2024.

/s/ Aaron R. Cohen
_____
Aaron R. Cohen
PO Box 4218
Jacksonville, FL 32201
Tel (904) 389-7277
aaron@arcohenlaw.com
Florida Bar No. 558230
Chapter 7 Trustee

**ORDERED.**

Dated: **August 14, 2024**

_____
Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                    CASE NO.: 3:24-bk-00496-BAJ
                                          Chapter 7
GENIE INVESTMENTS NV INC.,

   Debtor.
_____

## ORDER APPROVING TRUSTEE'S
## APPLICATION TO EMPLOY RAYE C. ELLIOTT
## OF AKERMAN LLP AS ATTORNEY FOR THE TRUSTEE

THIS CASE came on for consideration upon the Chapter 7 trustee's Application to Employ Raye C. Elliott as Attorney for the Estate (Doc. No. 228). Accordingly, it is

**ORDERED:**

1. The application is approved, and Raye C. Elliott is authorized to be employed as attorney to assist the Trustee in investigating and liquidating assets and any ancillary matters that may arise.

2. Compensation will be determined later in accordance with the provisions of §330 of the Bankruptcy Code. The hourly rate is not guaranteed and is subject to review.

Trustee Aaron R. Cohen is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order