**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

        Debtor.                                                      Chapter 7
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Raye C. Elliott, Esq., of Akerman LLP hereby appears in the above-captioned case as counsel to Aaron R. Cohen, Chapter 7 Trustee, and requests service of all notices and documents herein upon:

>  Raye C. Elliott, Esq.
>  Email: raye.elliott@akerman.com
>  Akerman LLP
>  401 East Jackson Street, Suite 1700
>  Tampa, FL 33602

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned Debtor, its property or the estate.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Notices* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Court judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary

77646325;1

withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity under any agreement, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  August 14, 2024                    AKERMAN LLP

By: */s/ Raye C. Elliott*
    Raye  C. Elliott, Esq.
    Florida Bar Number: 018732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, FL 33602
    Phone:  (813) 223-7333
    Fax:  (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 14, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

    */s/ Raye C. Elliott*
    Attorney