United States Bankruptcy Court
Middle District of Florida

In re:                                                                                                    Case No. 24-00496-BAJ

Genie Investments NV Inc.                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113A-3 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: Doncn117 | Total Noticed: 142 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genie Investments NV Inc., PO Box 60443, Jacksonville, FL 32236-0443 |
| aty | | Winderweedle, Haines, Ward & Woodman, P.A., c/o Ryan E. Davis, PO Box 1391, Orlando, FL 32802-1391 |
| fa | + | Hal A. Levenberg, CIRA, CFE, YIP ASSOCIATES, One Biscayne Tower, 2 S. Biscayne Blvd., Suite 2690, Miami, FL 33131-1815 |
| crcm | + | Holland & Knight LLP, c/o Noel Boeke, Esq., 100 N. Tampa St., Ste. 4100, Tampa, FL 33602-3644 |
| cr | + | Lisa Butkiewicz, 6501 E. Greenway Parkway, #103-218, Scottsdale, AZ 85254-2025 |
| crcm | + | The Official Committee of Unsecured Creditors (Cre, c/o Noel R. Boeke, Holland & Knight LLP, 100 North Tampa Street, Suite 4100, Tampa, FL 33602-3644 |
| 30864160 | + | 20 Development LLC, 1089 E Benchview Drive, Ogden, UT 84404-3783 |
| 30864161 | + | A Complete Home Inspection LLC, 110 Velsco Lane, Port Sulphur, LA 70083-2362 |
| 30917381 | + | ALV Capital LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, Bedford, NH 03110-7058 |
| 30864166 | + | ALV Capital LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30897961 | + | AMRODDO HOLDINGS, LLC, 625 WOODMONT AVE, BERKELEY, CA 94708-1233 |
| 30864162 | + | Acres & Royalty LLC, 205 N Michigan Ave, Chicago, IL 60601-5927 |
| 30864163 | | Adaptive Medical Technologies LLC, 7349 Paseo Del Sur, Scottsdale, AZ 85258 |
| 30864164 | + | Ajer LLC, 1070 S 650 West, Farmington, UT 84025-4603 |
| 30864165 | + | Alere LLC, 1530 E. Williams Field Rd 201, Gilbert, AZ 85295-1825 |
| 30864167 | + | Ameiva LLC, 282 E 300 S, Smithfield, UT 84335-1636 |
| 30864168 | + | Amrodddo Holdings LLC, 2283 Candlestick Ave, Henderson, NV 89052-2361 |
| 30864169 | + | Andorful Dynasty Real Estate LLC, 4826 Cragmere Loop, Clermont FL 34711-5523 |
| 30864170 | + | Another Chance Group Home Inc, 54 N Vista Ave, Casa Grande, AZ 85122-3193 |
| 30864171 | + | Anvil Construction Inc, 470 N. Main Street, Brigham City, UT 84302-1858 |
| 30864172 | + | Archer Capital Investments, Attn: Michael Thompson, 1448 W. Salmon Caddis Drive, Bluffdale, UT 84065-5122 |
| 30901437 | #+ | Autonomous Drine Solutions LLC, dba Calaway Solutions, Attn: Garrett Calaway, 7180 S Hudson Circle, Centennial, CO 80122-2553 |
| 30864173 | + | Autonomous Drone Solutions DBA Calaway Solutions L, 2121 Brittmoore 2200, Houston, TX 77043-2220 |
| 30864174 | + | BAYI Capital Management LLC, 148 Undercliff Avenue, Edgewater, NJ 07020-1275 |
| 30864176 | + | Bild Credit LLC, 30 N Gould Street 30212, Sheridan, WY 82801-6317 |
| 30864177 | + | Bold City Commercial LLC, 4426 CAPITAL DOME DR, Jacksonville, FL 32246-7456 |
| 30864249 | | Braces at Brick, PA, 900 Cedar Bridge Avenue, Brick, NJ 08723 |
| 30972357 | + | Brooklyn Heights, 307 N Lincoln Street, 307 N Lincoln Street, Tallulah, LA 71282-4314 |
| 30864250 | + | Brooklyn Heights, 307 N Lincoln Street, Tallulah, LA 71282-4314 |
| 30799849 | + | Bryan K. Mickler, Attorney for the Debtor, 5452 Arlington Expy., Jacksonville, FL 32211-6860 |
| 30864251 | + | Bull & Bear Properties LLC, 1140 E 87th Street, Chicago, IL 60619-7012 |
| 30938426 | + | Business Live Global USA LLC, 4538 Walnut Ridge Circle, 4538 Walnut Ridge Circle, McDonald, PA 15057-1608 |
| 30864252 | + | Business Live Global USA, LLC, 4538 Walnut Ridge Circle, Mc Donald, PA 15057-1608 |
| 30864254 | + | CNF Solutions LLC, 135 East 620 South, Smithfield, UT 84335-4901 |
| 30864253 | + | CannaVision Inc, 777 Main Street 600, Fort Worth, TX 76102-5368 |
| 30881178 | + | Charles Blake Stringer/Nutra-AcresLLC, 149 South Shore Drive, Amarillo, TX 79118-8007 |
| 30864255 | + | Cobb Utilities Inc, 191 Honey Suckle Circle, Ranger, GA 30734-6792 |
| 31007083 | + | Cobb Utilities Inc., 191 Honeysuckle Circle NE., Ranger, GA 30734-6792 |
| 30864256 | + | Cool Beanz LLC, 6585 Decatur Blvd, Las Vegas, NV 89118-2110 |
| 30885760 | + | Cool Beanz, LLC, 143 West Fulton Street, Sanford, FL 32771-1218 |
| 30864257 | | Dajo Properties LLC, 11360Chestnut Tree Rd, Honey Brook, PA 19344 |
| 30926477 | + | Darnell Development, 1118 N Chinowth, VISALIA, CA 93291-7896 |
| 30864258 | + | Darnell Development, LLC, 2814 W Newton CT, Visalia, CA 93291-6593 |
| 30864259 | | Dun Agro Hemp Group Inc, P.O. Box 475, Shelbyville, IN 46176 |
| 30864260 | + | Edge Development LLC, 315 239th Ct. SE, Sammamish, WA 98074-3687 |

| | | |
|---|---|---|
| 30864261 | | Expansive Investments, LLC, 3855 S 500 W B, Salt Lake City, UT 84115 |
| 30864262 | + | Faith Investor Services, LLC, 1522 4th Ave, Asbury Park, NJ 07712-4962 |
| 30882156 | + | Faith Investors Services LLC, 1522 4th Ave, Asbury Park, NJ 07712-4962 |
| 30864263 | + | Fehu Capital Inc, 3139 W. Holmbe Blvd A 77025-1533 |
| 30864264 | + | Ficarra Holdings LLC, 408 Billings Road, Somers, CT 06071-2037 |
| 30864265 | + | Foster Group LLC, 2539 N 300 E, Lehi, UT 84043-4403 |
| 30864266 | + | Global Verse Holdings LLC, 1709 Vintage Lane, Wylie, TX 75098-0816 |
| 30864267 | + | Golden Goods LLC, 3620 West 10th Street, Greeley, CO 80634-1853 |
| 30864268 | + | H&M Essential Services, LLC, 221 N Broad Street 3A, Middletown, DE 19709-1070 |
| 30864269 | | Half a Dime, LTD, Box 653, Alberta |
| 30864270 | | Heliosun LLC DBA Odin, 1600 S Litchfield Rd 230A, Goodyear, AZ 85338 |
| 30864271 | + | High Dunes II LLC, 17 Lockwood Drive, Charleston, SC 29401-1190 |
| 30917428 | + | Hospitality Growth Capital LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, Bedford, NH 03110-7058 |
| 30864272 | | Hospitality Growth Capital LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864273 | + | Humane Care 7 Days Medical Group Inc, 6552 Bolsa Avenue N, Huntington Beach, CA 92647-2656 |
| 30864274 | + | Iron Dragon Corporation, 70 Winding Way, Gibbsboro, NJ 08026-1460 |
| 30864275 | + | JC&TL Inc, 13865 Magnolia Avenue B, Chino, CA 91710-7047 |
| 30864276 | + | Just Hewitt LLC, 205 E Hidalgo Avenue, Raymondville, TX 78580-2545 |
| 30864277 | + | Knife & Spirit, 7217 E 4th Avenue, Scottsdale, AZ 85251-3634 |
| 30864278 | + | Knights Lending, 1603 Capitol Ave, Ste. 413, Cheyenne, WY 82001-4562 |
| 30864279 | + | Knut LLC, 697 N 740 E 84043-1300 |
| 30885650 | | Latent Lending, LLC, Latent Wealth Group, LLC, Mark Steiner, 302 N. Abajo Peak Way, UT 84032 |
| 30864280 | + | Latent Wealth Group LLC, 302 N. Abajo Peak Way, Heber City, UT 84032-6501 |
| 30864281 | + | Law Offices of Mickler & Mickler, LLP, 5452 Arlington Expy., Jacksonville, FL 32211-6860 |
| 30882328 | + | Legacy Land Developers LLC, 1651 W 100th St, CHICAGO, IL 60643-2128 |
| 30864282 | + | Lobenhaus Capital, LLC, 6303 Lone Wolf Drive, Jamesville, NY 13078-9587 |
| 30864283 | + | Log Cabin Building LLC, 289 Parker Drive, Pittsburgh, PA 15216-1346 |
| 30864284 | + | MAA DFW Investments LLC, 2509 Amelia Island, Southlake, TX 76092-1583 |
| 30882317 | + | MIMS-IPR, LLC, 1627 7th St S, Clanton, AL 35045-8786 |
| 30864285 | + | McMann Commercial Lending LLC, 500 N Michigan Ave 600, Chicago, IL 60611-3754 |
| 30864286 | + | Meetopolis LLC, Attn: Lisa Butkiewicz, 5434 E Kathleen Road, Scottsdale, AZ 85254-1759 |
| 31014476 | + | Michael Thompson, 1448 W Salmon Caddis Dr, Bluffdale, UT 84065-5122 |
| 30864287 | | Michele Ruiz Productions, LLC DBA Michele Ruiz Strategies, 925 Century Park East 1700, West Hollywood, CA 90069 |
| 30864288 | + | Moser Holdings, LLC, 537 S. 150 E., Smithfield, UT 84335-1654 |
| 30864289 | + | My Dragonfly Home Solutions, LLC, 7700 Irvine Center Drive 800, Irvine, CA 92618-3047 |
| 31014317 | + | N2N Group, Inc, 5 Webb Hill Road, Great Neck, NY 11020, Attention: Michelle Chen, Great Neck, NY 11020-1118 |
| 30864290 | + | NCR Digital Corp, 237 Floyd Road, Shirley, NY 11967-2941 |
| 30864296 | + | NY SF Sunset Yards LLC, 64 Grand Street, Brooklyn, NY 11249-4219 |
| 31000629 | + | New Mount Olive Church, 2905 Macfarlane Crescent, 2905 Macfarlane Crescent, Flossmoor, IL 60422-1427 |
| 30864291 | + | New Mount olive Missionary Baptist Church Inc, P.O. Box 1696, Harvey, IL 60426-7696 |
| 30991787 | + | North Haven Lodging Partners LLC, Benjamin J. Morris, c/o Foley & Lardner, 11988 El Camino Real, Suite 400, San Diego, CA 92130-2594 |
| 30864292 | + | North Haven Lodging Partners LLC, 2517 W Brentridge Circle, Sioux Falls, SD 57108-1573 |
| 30901426 | + | North Haven Lodging Partners, LLC, Attn: Benjamin Morris, Esq., Foley & Lardner LLP, 11988 El Camino Real, Suite 400, San Diego, CA 92130-2594 |
| 30864293 | + | Nortical Capital Inc, 921 E. Parker Street 1, Lakeland, FL 33801-1901 |
| 30864294 | + | Nutra-Acres Inc, 205 Michigan Ave, Chicago, IL 60601-5927 |
| 30917430 | + | Nutre Leasing LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, c/o Strauss Law Group PLLC, 264 South Ri, Bedford, NH 03110-7058 |
| 30864295 | + | Nutre Leasing LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864297 | + | On Site Life Care Inc., 41 Flatbush Avenue, 1st Floor, Brooklyn, NY 11217-1145 |
| 31089885 | + | Onsite lifecare Inc, 23 dora lane, Holmdel, NJ 07733-1624 |
| 30864298 | #+ | Oregon Business Management Group Inc, 12600 SW 72nd Ave 140, Tigard, OR 97223-8356 |
| 30864299 | | Phoenix Rising LLC, 172 Center Bay, Jackson, WY 83001 |
| 30864300 | + | Platinum Investments USA LLC, c/o THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER 1209 ORANGE ST, Wilmington, DE 19801-1120 |
| 30864301 | + | Prine Energy Services LLC, 450 Gears Road, Houston, TX 77067-4529 |
| 31005624 | + | Relco Industries LLC and Richard L Ellison, 75 Lambert Avenue, Clifton, NJ 07013-1254 |
| 30864302 | + | Ricks Ventures LLC, 1354 W 1900 S, Logan, UT 84321-6882 |
| 30864303 | + | Rolling By The Dozen RV Park LLC, 40 Country Road 267, Somerville, TX 77879-5208 |
| 30864304 | + | Rowehl & Russo Properties, LLC, 237 Floyd Road, Shirley, NY 11967-2941 |
| 30864305 | + | S&L Zeppeteli DBA SLZ Waste Inc, 191 Moonachie Road, Moonachie, NJ 07074-1309 |
| 30864312 | #+ | SSC Services Inc, 80 Franklin Street, Framingham, MA 01702-6671 |
| 30864306 | + | Seeking First LLC, 3320 Laurel Dale Drive, Tampa, FL 33618-1033 |

| | | |
|---|---|---|
| 30864307 | + | Seiler Tucker Inc, 400 Poydras Suite 1460, New Orleans, LA 70130-3260 |
| 30864308 | + | Skyward Tax & Accounting Service LLC, 3505 Lake Lynda Dr. 200, Orlando, FL 32817-8333 |
| 30882319 | + | Solace Realty Concepts LLC, 112 Lehigh Ave, Newark, NJ 07112-2036 |
| 30917462 | + | Solar Capital Funding LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, c/o Strauss Law Group PLLC, 264 South Ri, Bedford, NH 03110-7058 |
| 30864309 | + | Solar Capital Funding LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864310 | + | Solas Realty Concepts LLC, 112 Lehigh Avenue, Newark, NJ 07112-2036 |
| 30864311 | + | Springer Farms Landholdings LLC, 325 N 1200 E, Amerian Fork, UT 84003-2049 |
| 30864313 | + | Story Book Homes LLC, 86 Mountain Avenue, Berkeley Heights, NJ 07922-2633 |
| 30864314 | + | Sun Coast Entertainment Live LLC, 6960 Brescia Way, Orlando, FL 32819-5288 |
| 30864315 | + | Sunlight Storage LLC, 3344 Bear Canyon Ln, Pleasant Grove, UT 84062-8016 |
| 30864316 | + | Taj Construction LLC, 10 Windsor Dr., Foxboro, MA 02035-2226 |
| 30881180 | + | Temidayo Adebayo, 148 Undercliff Avenue, Suite 9, Edgewater, NJ 07020-1123 |
| 30864317 | + | Terry's Florists LLC, 46 English Plaza, Red Bank, NJ 07701-1693 |
| 30882962 | | The Farming Co Pty Ltd, 86 Lakeside Drive, Helena Valley, 6056, Western Australia |
| 30864318 | | The Farming CO. PTY LTD, 86 Lakeside Dr., Helena, MT 59604 |
| 30864319 | + | The Generations Group, 1006 Top Hill Dr, Brenham, TX 77833-2585 |
| 30824504 | | The Generations Group-DonStrickland, 14312 Zion Gate Xing, Conroe, TX 77384-2516 |
| 30864320 | + | TnC NOLA Holdings LLC, 1461 Annunciaction Street B, New Orleans, LA 70130-4539 |
| 30883746 | + | Uncle Willie Green Wings, 141 Lehigh Ave, Newark, NJ 07112-2037 |
| 30864321 | + | VTJ LLC, 706 Leander DR, Leander, TX 78641-5017 |
| 31014318 | + | WAI Holdings, LLC, 1275 S Lucerne Blvd, Los Angeles, California 90019, Attention: David Meiselman, Los Angeles, CA 90019-6804 |
| 30864325 | + | WW LLC, 26620 E Hoxie Road, Rockford, WA 99030-7003 |
| 30864322 | + | Wai Holdings LLC, 45 North Market, Wailuku, HI 96793-1756 |
| 30864323 | + | Wallingford Lodging Partners LLC, 2517 W Brentridge Circle, Sioux Falls, SD 57108-1573 |
| 30991793 | + | Wallingford Lodging Partners LLC, Benjamin J. Morris, c/o Foley & Lardner, 11988 El Camino Real, Suite 400, San Diego, CA 92130-2594 |
| 30971318 | + | West Palm Holdings Inc, 2705 Via Vistosa, San Clemente, CA 92672-3636 |
| 30864324 | + | Winslow Homes LLC, 3539 Tuscany Reserve Blvd 32168-5334 |
| 30864326 | + | Zelco Properties LLC, 108 Patriot Dr A, Middletown, DE 19709-8803 |

TOTAL: 133

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: lea.bellerealty@gmail.com | | |
| | | | Aug 12 2024 21:37:00 | Belle Maison Realty, LLC, c/o Lea Muse, Owner, 1133 E. 83rd Street 171, Chicago, IL 60619 |
| ex | + | Email/Text: trustee@yipcpa.com | | |
| | | | Aug 12 2024 21:37:00 | Maria M Yip, Yip & Associates, 2 South Biscayne Boulevard, Suite 2690, Miami, FL 33131-1815 |
| 30864175 | | Email/Text: lea.bellerealty@gmail.com | | |
| | | | Aug 12 2024 21:37:00 | Belle Maison Realty, LLC, Attn: Lea Muse, 1133 E 83rd Street 171, Chicago, IL 60619 |
| 30790351 | + | Email/Text: taxdept@coj.net | | |
| | | | Aug 12 2024 21:37:00 | Duval County Tax Collector, 231 Forsyth St. #130, Jacksonville FL 32202-3380 |
| 30790352 | | Email/Text: OGCBankruptcy@floridarevenue.com | | |
| | | | Aug 12 2024 21:37:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 30790354 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Aug 12 2024 21:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 30790356 | + | Email/Text: karen.brown@treasury.gov | | |
| | | | Aug 12 2024 21:37:00 | Secretary of the Treasury, 15th & Pennsylvania Ave., NW, Washington, DC 20220-0001 |
| 30790355 | | Email/Text: atlreorg@sec.gov | | |
| | | | Aug 12 2024 21:37:00 | U.S. Securities & Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, N.E., Suite 900, Atlanta, GA 30326-1382 |
| 30790353 | + | Email/Text: Usaflm.bk-jax@usdoj.gov | | |
| | | | Aug 12 2024 21:37:00 | United States Attorney, 300 North Hogan St Suite 700, Jacksonville, FL 32202-4204 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Adam B. Walker |
| cr | | Charles Blake Stringer |
| cr | | Foster Group, LLC |
| cr | | Kristin Stegent |
| cr | *+ | Andorful Dynasty Real Estate LLC, 4826 Cragmere Loop, Clermont, FL 34711-5523 |
| 31018210 | *+ | Rowehl & Russo Properties LLC., 237 Floyd Rd, Shirley, NY 11967-2941 |
| 30919198 | *+ | Springer Farms Landholdings, LLC, 325 N 1200 E, American Fork, UT 84003-2049 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2024                    Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron R. Cohen | aaron@arcohenlaw.com  vanessa@arcohenlaw.com,ahc@trustesolutions.net,cahc11@trustesolutions.net |
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Bryan K. Mickler | on behalf of Plaintiff Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Edward M Fitzgerald | on behalf of Creditor Committee The Official Committee of Unsecured Creditors (Creditors Committee) edward.fitzgerald@hklaw.com  tonya.berger@hklaw.com |
| Edward M Fitzgerald | on behalf of Creditor Committee Holland & Knight LLP edward.fitzgerald@hklaw.com  tonya.berger@hklaw.com |
| Max R Tarbox | on behalf of Creditor Charles Blake Stringer max@tarboxlaw.com |
| Ryan E Davis | on behalf of Examiner Maria M Yip rdavis@whww.com  thiggens@whww.com;thiggens@ecf.courtdrive.com |
| Ryan E Davis | on behalf of Attorney Winderweedle  Haines, Ward & Woodman, P.A. rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com |
| Ryan E Davis | on behalf of Financial Advisor Hal A. Levenberg  CIRA, CFE rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com |

District/off: 113A-3                             User: admin                                      Page 5 of 5
Date Rcvd: Aug 12, 2024                       Form ID: Doncn117                         Total Noticed: 142

Scott E Bomkamp

on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov

United States Trustee - JAX 11

USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 11

ORDERED.

**Dated: August 12, 2024**

_____
Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                      Case No.
                                                            3:24–bk–00496–BAJ
                                                            Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

### *ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7*

THIS CASE came on for hearing on August 8, 2024 on the Motion to Convert Case to Chapter 7 (the Motion) under Section 1112 of the Bankruptcy Code (Document No. 154. The Court finds that Debtor is eligible for relief under Chapter 7 of the Bankruptcy Code. Accordingly, it is

***ORDERED:***

1. The Motion is granted. This case is converted to a case under Chapter 7 of the Bankruptcy Code.

2. Within 14 days from the date of this Order, Debtor shall file a Chapter 7 Statement of Income (Means Test), a Statement of Intent, and any unfiled schedules or Statement of Financial Affairs required by Fed. R. Bankr. P. 1007, or the case may be dismissed without further notice. The following documents are needed: Chapter 7 Statement of Income (Means Test).

3. Within 14 days from the date of the Order Converting Case, as required by Fed. Bankr. P. 1019, Debtor shall file a schedule of debts incurred after the commencement of the case and before the entry of the Order Converting Case, including the name and address of each holder of a claim. If Debtor is represented by an attorney, the attorney shall upload the additional holders of claims via CM/ECF. Debtor or Debtor's attorney shall serve a copy of the Order Converting Case and this notice on each additional holder of a claim and shall file a proof of service with the Court. If the case is converted after confirmation of a plan, Debtor shall also file a schedule of all properties acquired after the commencement of the case but before the entry of the order of confirmation, and a schedule of all executory contracts and unexpired leases entered into or assumed after the commencement of the case but before the entry of the Order Converting Case.

4. Within 14 days from the date of the Order Converting Case, Debtor shall pay unpaid filing fees in the amount of N/ and the $15.00 fee for converting the case, if not previously paid. Failure to pay the overdue filing fee may result in dismissal of the case or the discharge being withheld. Payment shall be made by cashier's check or money order payable to

Clerk, U.S. Bankruptcy Court
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3–150
Jacksonville, FL 32202

5. All hearings pending in the Chapter 11 case are cancelled.

6. Pursuant to Local Rule 4001–1(c)(5), any motion for relief from stay pending as of the date of this order is abated until the movant files an amended motion for relief from stay in the converted case and serves it on the appropriate parties.

7. Any appointed creditors' committee is dissolved

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*NOTICE REGARDING CONVERSION TO CHAPTER 7*

1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. § 341, for **September 12, 2024** at **11:00 AM**. **Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 382 788 7472, and passcode 2386906071, or call 904–670–1963**. Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. The § 341 meeting may be adjourned from time to time without further written notice.

2. The U.S. Trustee has appointed a Chapter 7 Trustee:

Aaron R. Cohen
P.O. Box 4218
Jacksonville, FL 32201–4218

3. Please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

4. Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073–1 restricts the entry of cellular telephones and computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.