**ORDERED.**

Dated: August 15, 2024

_Jason A. Burgess_
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

    GENIE INVESTMENTS, NV, INC.

                                       CASE NO.:3:24-bk-00496-BAJ

                Debtor(s).

_____

**ORDER DENYING AS MOOT INTERIM APPLICATION OF MICHAEL FARAGALLA OF SPIEGEL AND ULTERA, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF COUNSEL TO THE DEBTOR FOR THE PERIOD FROM FERBRUARY 21, 2024 THROUGH JULY 26, 2024**

      The case came upon the Court on August 8, 2024 for the Interim Application of MICHAEL FARAGALLA of SPIEGEL AND ULTERA, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor for the Period from February 21, 2024 through July 26, 2024 (Doc No. 184). The court has converted this case to one under Chapter 7. Accordingly, it is

      **ORDERED:**

      The Interim Application of MICHAEL FARAGALLA of SPIEGEL AND ULTERA, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor

for the Period from February 21, 2024 through July 26, 2024 (Doc No. 184) is Denied as moot based upon the conversion of the case to a Chapter 7 case.

Bryan K. Mickler, Attorney for Debtor, is directed to serve a copy of this Order to interested parties and file proof of service within three (3) days of entry of the Order.