**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                                          Case No.: 3:24-bk-00496-BAJ

GENIE INVESTMENTS NV, INC.                                                    Chapter 11

          Debtor.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** a copy of the **ORDER DATED AUGUST 15, 2024 DENYING AS MOOT INTERIM APPLICATION OF MICHAEL FARAGALLA OF SPIEGEL AND ULTERA, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF COUNSEL TO THE DEBTOR FOR THE PERIOD FROM FERBRUARY 21, 2024 THROUGH JULY 26, 2024** (Doc 233) has been furnished by either U.S. Mail, postage prepaid and/or CM/ECF electronic filing to the United States Trustee Office and all interested parties as per the attached Court's Matrix; this 16th day of August, 2024.

                                                               Law Offices of Mickler & Mickler

                                                               By: _/s/ Bryan K. Mickler_____
                                                                   Bryan K. Mickler
                                                            Florida Bar No. 091790
                                                            Attorney for Debtor-in-Possession
                                                           5452 Arlington Expressway
                                                           Jacksonville, FL 32211
                                                           (904) 725-0822 / FAX: 725-0855
                                                           bkmickler@planlaw.com