**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>GENIE INVESTMENTS, INC.<br><br>Debtor(s). | Case No.: 3:24-bk-00496-BAJ<br>Chapter 11 |

**FINAL APPLICATION OF WALKER LAW OFFICE, LLC FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL
TO THE DEBTOR FOR THE PERIOD
FROM JULY 9, 2024 THROUGH AUGUST 2, 2024**

## NOTICE OF OPPORTUNITY TO
## OBJECT AND REQUEST FOR HEARING

Walker Law Office, LLC, Attorney for Debtor in this Case for ("Applicant") has filed an application for compensation in the amount of $21,037.50 and reimbursement of expenses in the amount of $0.00 (the "Application"). A copy of the Application may be viewed on the case docket or may be obtained by request to Applicant at 904-725-0822 or court@planlaw.com.

If you object to the Application, you must file an objection with the Clerk of Court at Clerk U. S. Bankruptcy Court, 300 N. Hogan St., Suite 3-150, Jacksonville, FL 32202 within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and objection and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

## LOCAL RULE 2016-1 INFORMATION

**Name of Applicant**: Walker Law Office, LLC

**Services Provided to:** Debtor(s)

**Date of Retention:** June 14, 2024

**Period for this Application:** July 9, 2024 – August 2, 2024

**Amount of Compensation Sought: $21,037.50 fees**

**Amount of Expense Reimbursement: $0.00 costs**

**Amount of Original Retainer: $0.00 fee and $0.00 cost retainer = $0.00 TOTAL**

**Blended Hourly Rate this Application:** $400.00 Cumulative: $400.00

**This is an:__interim _✓_final application.**

### SUMMARY OF COMPENSATION REQUESTED

In accordance with 11 U.S.C. §§ 330(a); 503(b)(2) and Fed.R.Bankr.P.2016, the Attorney for the Debtor-in-Possession makes application to this Court for interim compensation as follows:

Total Compensation Requested:    Fees:   $21,037.50 ($0.00 retainer plus $21,037.50 balance remaining)

Costs: $0.00 sought. ($0.00 retainer with $0.00 remaining balance)

**TOTAL FEES AND COSTS REQUESTED: $21,037.50**

**TOTAL BALANCE REMAINING UNPAID: $21,037.50**

Compensation Paid prior to Application: $24,075.97 awarded previously per Doc. No. 218

Billing Rate for Adam Walker @$382.50/hour

Total Hours Billed:   55 hours

**GENERAL INFORMATION**

This Case was commenced by the filing of a Voluntary Petition under Chapter 11 of the Bankruptcy Code on February 21, 2024 by the Debtor in Possession. On June 14, 2024, the Court entered an order appointing Adam Walker as Special Counsel for the Debtor in the Chapter 11 case (Doc. No. 128). Under 11 U.S.C. § 1107, the Debtor in Possession is given all the rights, powers and duties, save for certain investigatory responsibilities.

The initial employment agreement entered between the Debtor in Possession and the special counsel was based upon an hourly billing rate of $400.00 per hour to be billed against a retainer of $0.00 (net minus costs). Attached as Exhibit "1" is the time sheet for the attorney for the Debtor in Possession.

Adam Walker of Walker Law Office, LLC billed time during the application period which began on July 9, 2024 and ended on August 2, 2024. The rate charged is comparable with or below other practitioner's hourly rate in a case under Title 11 and in cases not under Title 11.

**PROJECT CATEGORIES**

| PROJECT CATGORY | TYPE OF ACTIVITY | RESULTS/BENEFIT | TIME PER CATEGORY |
|---|---|---|---|
| General Case Administration | | | 55 hours |
| | | | |
| TOTAL | | | 55 hours total |

## TYPE OF APPLICATION

This is a final application for compensation. An Order Granting Interim Application was entered August 13, 2024 for period April 16, 2024 through July 8, 2024 (Doc. No. 218) in this case. The applicant has reviewed the final application with the Debtor in Possession. The Debtor in Possession has approved the compensation requested.

## REASONS FOR FILING OF REORGANIZATION

The above compensation is fair and appropriate given the circumstances and nature of this case and the services performed for the benefit of the estate by the applicant. The applicant has attempted to reorganize the Debtor in possession since February of 2024.

The Chapter 11 was filed in an attempt to reorganize the unsecured debt of the Debtor in Possession after a series of defaults had threatened the lending business operated by the Debtor. The United States Trustee vigorously opposed the case and ultimately had an examiner appointed in this case to examine the pre-petition financial transactions of the Debtor. The case was eventually converted a Chapter 7 case.

The actions of the attorney for the Debtor, have benefitted the estate by the preservation of the Debtor's assets prior to conversion and the negotiation of the Velanos Settlement Agreement for $15 Million which will ultimately benefit the estate creditors.

Law Offices of Mickler & Mickler, LLP

By: /s/ Bryan K. Mickler
    Bryan K. Mickler
Florida Bar No. 091790
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822 / (904) 725-0855 FAX
bkmickler@planlaw.com

## PROOF OF SERVICE

**I HEREBY CERTIFY** under penalty of perjury that a copy hereof was furnished to:

    Assistant U.S. Trustee
    400 W. Washington St., Suite 1100
    Orlando, Florida 32801

    and to all interested parties per the attached mailing matrix, by CM/ECF and/or U. S. Mail postage prepaid, this __28th__ day of August, 2024.

                                              Signature:_/s/ Bryan K. Mickler_____
                                              Bryan K. Mickler, Attorney for Debtor(s)

# Invoice

**Invoice ID:** #1019
**Invoice Date:** 08/10/2024
**Due date:** 08/10/2024



**Billed to:**
Genie Investments NV
c/o John Michael Cohan
jmcohan@genieinvestments.com
dhughes@genieinvestments.com

**Pay to:**
Walker Law Office d/b/a AW Securities Law
4050 Pennsylvania Ave, Suite 115-10
Kansas City, Missouri 64111

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Genie Investments | 55 | 21,037.50 |
| SUBTOTAL | | 21,037.50 USD |

TOTAL
**21,037.50 USD**

AW SECURITIES LAW

# Detailed Report

07/09/2024 – 08/04/2024

| TOTAL HOURS | BILLABLE HOURS | AMOUNT |
|---|---|---|
| 55:00:00 | 55:00:00 | 21,037.50 USD |

| TIME ENTRY | TAGS | USER | DURATION | AMOUNTS | DATE |
|---|---|---|---|---|---|
| Analyze Examiner's report for opposition to U.S. Trustee's motion to appoint Chapter 11 trustee<br>● General Counsel - Blended rate<br>● Genie Investments | Bankruptcy $ | Adam Walker | 0:54:00 | 337.50 USD | 07/09/2024 |
| Legal research re appointment of bankruptcy trustee<br>● General Counsel - Blended rate<br>● Genie Investments | Bankruptcy $ | Adam Walker | 0:12:00 | 75.00 USD | 07/10/2024 |
| Legal research re appointment of bankruptcy trustee<br>● General Counsel - Blended rate<br>● Genie Investments | Bankruptcy $ | Adam Walker | 0:24:00 | 150.00 USD | 07/11/2024 |
| Review and analyze second motion to appoint bankruptcy trustee; confer w/D. Hughes and J. Cohan re same<br>● General Counsel - Blended rate<br>● Genie Investments | Borrower disputes $ | Adam Walker | 0:24:00 | 150.00 USD | 07/12/2024 |
| Review and analyze second motion to appoint bankruptcy trustee; confer w/D. Hughes and J. Cohan re same<br>● General Counsel - Blended rate<br>● Genie Investments | Borrower disputes $ | Adam Walker | 0:36:00 | 225.00 USD | 07/12/2024 |
| Review and analyze second motion to appoint bankruptcy trustee; legal research re same<br>● General Counsel - Blended rate<br>● Genie Investments | Borrower disputes $ | Adam Walker | 0:42:00 | 262.50 USD | 07/15/2024 |
| Phone conf. w/D. Hughes and J. Cohan re opposition to motion to appoint Ch. 11 trustee<br>● General Counsel - standard rate<br>● Genie Investments | Bankruptcy $ | Adam Walker | 1:12:00 | 600.00 USD | 07/15/2024 |
| Review and analyze second motion to appoint bankruptcy trustee; legal research re standards for same<br>● General Counsel - Blended rate<br>● Genie Investments | Borrower disputes $ | Adam Walker | 1:12:00 | 450.00 USD | 07/15/2024 |

AW SECURITIES LAW

| Description | Matter | | Staff | Time | Amount | Date |
|---|---|---|---|---|---|---|
| Review and analyze second motion to appoint bankruptcy trustee<br>● General Counsel - Blended rate<br>• Genie Investments | Borrower disputes | $ | Adam Walker | 0:12:00 | 75.00 USD | 07/15/2024 |
| Review and analyze second motion to appoint bankruptcy trustee<br>● General Counsel - Blended rate<br>• Genie Investments | Borrower disputes | $ | Adam Walker | 0:24:00 | 150.00 USD | 07/15/2024 |
| Review and analyze second motion to appoint bankruptcy trustee<br>● General Counsel - Blended rate<br>• Genie Investments | Borrower disputes | $ | Adam Walker | 0:42:00 | 262.50 USD | 07/15/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 0:48:00 | 300.00 USD | 07/16/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 1:00:00 | 375.00 USD | 07/16/2024 |
| Phone conf. w/Velanos lawyer re second installment payment under settlement agreement; correspondence w/Genie re same<br>● General Counsel - standard rate<br>• Genie Investments | Velanos settlement | $ | Adam Walker | 0:12:00 | 100.00 USD | 07/16/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 0:54:00 | 337.50 USD | 07/16/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 0:54:00 | 337.50 USD | 07/16/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 3:42:00 | 1,387.50 USD | 07/17/2024 |
| Phone conf. w/D. Hughes and J. Cohan re opposition to motion to appoint Ch. 11 trustee<br>● General Counsel - standard rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 0:30:00 | 250.00 USD | 07/17/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 2:12:00 | 825.00 USD | 07/17/2024 |

AW SECURITIES LAW

| Description | Category | | Attorney | Time | Amount | Date |
|---|---|---|---|---|---|---|
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 0:42:00 | 262.50 USD | 07/18/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 0:18:00 | 112.50 USD | 07/18/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 1:00:00 | 375.00 USD | 07/18/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 0:54:00 | 337.50 USD | 07/18/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 1:30:00 | 562.50 USD | 07/18/2024 |
| Phone conf. w/D. Hughes re opposition to US Trustee's motion<br>● General Counsel - standard rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 0:18:00 | 150.00 USD | 07/18/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 1:36:00 | 600.00 USD | 07/19/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 1:18:00 | 487.50 USD | 07/19/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 0:18:00 | 112.50 USD | 07/19/2024 |
| | | | Adam Walker | 0:00:00 | 0.00 USD | 07/19/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 1:12:00 | 450.00 USD | 07/19/2024 |

AW SECURITIES LAW

| Description | Category | | Attorney | Time | Amount | Date |
|---|---|---|---|---|---|---|
| Draft opposition to motion to appoint trustee/convert to Ch. 7; phone conf. w/D. Hughes re same<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 1:48:00 | 675.00 USD | 07/22/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 4:18:00 | 1,612.50 USD | 07/22/2024 |
| Revise draft opposition to US Trustee's second motion to appoint bankruptcy trustee<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 1:00:00 | 375.00 USD | 07/23/2024 |
| Draft opposition to motion to appoint trustee/convert to Ch. 7<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 1:48:00 | 675.00 USD | 07/23/2024 |
| Correspondence w/Genie and bankruptcy counsel re draft opposition to US Trustee's motion<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 0:18:00 | 112.50 USD | 07/23/2024 |
| Phone conf. w/D. Hughes re contract-review project<br>● General Counsel - standard rate<br>• Genie Investments | | $ | Adam Walker | 1:06:00 | 550.00 USD | 07/23/2024 |
| Correspondence w/Genie and B. Mickler re examiner documents, future collection efforts<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 0:12:00 | 75.00 USD | 07/24/2024 |
| Review and analyze standard BELOC agreement for potential revisions<br>● General Counsel - Blended rate<br>• Genie Investments | | $ | Adam Walker | 1:18:00 | 487.50 USD | 07/25/2024 |
| Review updated draft opposition to motion to appoint Ch. 11 trustee; correspondence w/Genie and B. Mickler re same<br>● General Counsel - Blended rate<br>• Genie Investments | Bankruptcy | $ | Adam Walker | 0:24:00 | 150.00 USD | 07/26/2024 |
| Revision of BELOC Agreement<br>● General Counsel - Blended rate<br>• Genie Investments | | $ | Adam Walker | 3:42:00 | 1,387.50 USD | 07/26/2024 |
| Revision of BELOC Agreement<br>● General Counsel - Blended rate<br>• Genie Investments | | $ | Adam Walker | 0:18:00 | 112.50 USD | 07/26/2024 |

AW SECURITIES LAW

| Description | | Attorney | Time | Amount | Date |
|---|---|---|---|---|---|
| Revision of BELOC Agreement<br>● General Counsel - Blended rate<br>• Genie Investments | $ | Adam Walker | 2:36:00 | 975.00 USD | 07/29/2024 |
| Revision of BELOC Agreement<br>● General Counsel - Blended rate<br>• Genie Investments | $ | Adam Walker | 0:24:00 | 150.00 USD | 07/29/2024 |
| Revision of BELOC Agreement<br>● General Counsel - Blended rate<br>• Genie Investments | $ | Adam Walker | 0:48:00 | 300.00 USD | 07/30/2024 |
| Revision of BELOC Agreement<br>● General Counsel - Blended rate<br>• Genie Investments | $ | Adam Walker | 1:54:00 | 712.50 USD | 07/30/2024 |
| Revision of BELOC Agreement<br>● General Counsel - Blended rate<br>• Genie Investments | $ | Adam Walker | 0:42:00 | 262.50 USD | 07/30/2024 |
| Revision of LOC Documents<br>● General Counsel - Blended rate<br>• Genie Investments | $ | Adam Walker | 1:48:00 | 675.00 USD | 07/31/2024 |
| Revision of LOC Documents<br>● General Counsel - Blended rate<br>• Genie Investments | $ | Adam Walker | 1:06:00 | 412.50 USD | 07/31/2024 |
| Revision of LOC Documents; correspondence w/Genie re same.<br>● General Counsel - Blended rate<br>• Genie Investments | $ | Adam Walker | 0:30:00 | 187.50 USD | 08/01/2024 |
| Revision of LOC Documents; correspondence w/Genie re same.<br>● General Counsel - Blended rate<br>• Genie Investments | $ | Adam Walker | 0:36:00 | 225.00 USD | 08/01/2024 |
| Revision of LOC Documents<br>● General Counsel - Blended rate<br>• Genie Investments | $ | Adam Walker | 0:36:00 | 225.00 USD | 08/02/2024 |
| Revision of Security Agreement<br>● General Counsel - Blended rate<br>• Genie Investments | $ | Adam Walker | 0:06:00 | 37.50 USD | 08/02/2024 |
| Revision of Security Agreement<br>● General Counsel - Blended rate<br>• Genie Investments | $ | Adam Walker | 0:30:00 | 187.50 USD | 08/02/2024 |
| Revision of Security Agreement<br>● General Counsel - Blended rate<br>• Genie Investments | $ | Adam Walker | 1:00:00 | 375.00 USD | 08/02/2024 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00496-BAJ<br>Middle District of Florida<br>Jacksonville<br>Wed Aug 28 16:04:52 EDT 2024 | Andorful Dynasty Real Estate LLC<br>4826 Cragmere Loop<br>Clermont, FL 34711-5523 | (p)BELLE MAISON REALTY  LLC<br>ATTN LEA MUSE<br>1133 E 83RD ST<br>171<br>CHICAGO IL 60619-6455 |
| Lisa Butkiewicz<br>6501 E. Greenway Parkway<br>#103-218<br>Scottsdale, AZ 85254-2025 | Genie Investments NV Inc.<br>PO Box 60443<br>Jacksonville, FL 32236-0443 | Holland & Knight LLP<br>c/o Noel Boeke, Esq.<br>100 N. Tampa St., Ste. 4100<br>Tampa, FL 33602-3644 |
| Hal A. Levenberg, CIRA, CFE<br>YIP ASSOCIATES<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 2690<br>Miami, FL 33131-1815 | The Official Committee of Unsecured Creditor<br>c/o Noel R. Boeke<br>Holland & Knight LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, FL 33602-3644 | Winderweedle, Haines, Ward & Woodman, P.A.<br>c/o Ryan E. Davis<br>PO Box 1391<br>Orlando, FL 32802-1391 |
| Maria M Yip<br>Yip & Associates<br>2 South Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 | 20 Development LLC<br>1089 E Benchview Drive<br>Ogden, UT 84404-3783 | A Complete Home Inspection LLC -<br>110 Velsco Lane<br>Port Sulphur, LA 70083-2362 |
| ALV Capital LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | ALV Capital LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>Bedford, NH 03110-7058 | AMRODDO HOLDINGS, LLC -<br>625 WOODMONT AVE<br>BERKELEY, CA 94708-1233 |
| Acres & Royalty LLC -<br>205 N Michigan Ave<br>Chicago, IL 60601-5927 | Adaptive Medical Technologies LLC<br>7349 Paseo Del Sur<br>Scottsdale, AZ 85258 | Ajer LLC<br>1070 S 650 West<br>Farmington, UT 84025-4603 |
| Alere LLC -<br>1530 E. Williams Field Rd 201<br>Gilbert, AZ 85295-1825 | Ameiva LLC<br>282 E 300 S<br>Smithfield, UT 84335-1636 | Amrodddo Holdings LLC<br>2283 Candlestick Ave<br>Henderson, NV 89052-2361 |
| Another Chance Group Home Inc -<br>54 N Vista Ave<br>Casa Grande, AZ 85122-3193 | Anvil Construction Inc<br>470 N. Main Street<br>Brigham City, UT 84302-1858 | Archer Capital Investments<br>Attn: Michael Thompson<br>1448 W. Salmon Caddis Drive<br>Bluffdale, UT 84065-5122 |
| Autonomous Drine Solutions LLC<br>dba Calaway Solutions<br>Attn: Garrett Calaway<br>7180 S Hudson Circle<br>Centennial, CO 80122-2553 | Autonomous Drone Solutions DBA Calaway Solut<br>2121 Brittmoore 2200<br>Houston, TX 77043-2220 | BAYI Capital Management LLC<br>148 Undercliff Avenue<br>Edgewater, NJ 07020-1275 |
| Bild Credit LLC -<br>30 N Gould Street 30212<br>Sheridan, WY 82801-6317 | Bold City Commercial LLC<br>4426 CAPITAL DOME DR<br>Jacksonville, FL 32246-7456 | Braces at Brick, PA<br>900 Cedar Bridge Avenue<br>Brick, NJ 08723 |

Brooklyn Heights -
307 N Lincoln Street
307 N Lincoln Street
Tallulah, LA 71282-4314

Brooklyn Heights LLC
307 N Lincoln Street
Tallulah, LA 71282-4314

Bryan K. Mickler
Attorney for the Debtor
5452 Arlington Expy.
Jacksonville, FL 32211-6860

Bull & Bear Properties LLC -
1140 E 87th Street
Chicago, IL 60619-7012

Business Live Global USA LLC -
4538 Walnut Ridge Circle
4538 Walnut Ridge Circle
McDonald, PA 15057-1608

Business Live Global USA, LLC
4538 Walnut Ridge Circle
Mc Donald, PA 15057-1608

CNF Solutions LLC
135 East 620 South
Smithfield, UT 84335-4901

CannaVision Inc
777 Main Street 600
Fort Worth, TX 76102-5368

Charles Blake Stringer/Nutra-AcresLLC
149 South Shore Drive
Amarillo, TX 79118-8007

Cobb Utilities Inc
191 Honey Suckle Circle
Ranger, GA 30734-6792

Cobb Utilities Inc. -
191 Honeysuckle Circle NE.
Ranger, GA 30734-6792

Cool Beanz LLC
6585 Decatur Blvd
Las Vegas, NV 89118-2110

Cool Beanz, LLC -
143 West Fulton Street
Sanford, FL 32771-1218

Dajo Properties LLC
11360Chestnut Tree Rd
Honey Brook, PA 19344

Darnell Development -
1118 N Chinowth
VISALIA, CA 93291-7896

Darnell Development, LLC
2814 W Newton CT
Visalia, CA 93291-6593

Dun Agro Hemp Group Inc
P.O. Box 475
Shelbyville, IN 46176

Duval County Tax Collector
231 Forsyth St.  #130
Jacksonville FL 32202-3380

Edge Development LLC
315 239th Ct. SE
Sammamish, WA 98074-3687

Expansive Investments, LLC
3855 S 500 W B
Salt Lake City, UT 84115

Faith Investor Services, LLC
1522 4th Ave
Asbury Park, NJ 07712-4962

Faith Investors Services LLC -
1522 4th Ave
Asbury Park, NJ 07712-4962

Fehu Capital Inc
3139 W. Holmbe Blvd A 77025-1533

Ficarra Holdings LLC
408 Billings Road
Somers, CT 06071-2037

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Foster Group LLC -
2539 N 300 E
Lehi, UT 84043-4403

Global Verse Holdings LLC -
1709 Vintage Lane
Wylie, TX 75098-0816

Golden Goods LLC
3620 West 10th Street
Greeley, CO 80634-1853

H&M Essential Services, LLC
221 N Broad Street 3A
Middletown, DE 19709-1070

Half a Dime, LTD
Box 653
Alberta

| | | |
|---|---|---|
| Heliosun LLC DBA Odin -<br>1600 S Litchfield Rd 230A<br>Goodyear, AZ 85338 | High Dunes II LLC<br>17 Lockwood Drive<br>Charleston, SC 29401-1190 | Hospitality Growth Capital LLC<br>23 Upton St<br>Peabody, MA 01960-0060 |
| Hospitality Growth Capital LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>Bedford, NH 03110-7058 | Humane Care 7 Days Medical Group Inc<br>6552 Bolsa Avenue N<br>Huntington Beach, CA 92647-2656 | Internal Revenue Service -<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Iron Dragon Corporation<br>70 Winding Way<br>Gibbsboro, NJ 08026-1460 | JC&TL Inc<br>13865 Magnolia Avenue B<br>Chino, CA 91710-7047 | Just Hewitt LLC<br>205 E Hidalgo Avenue<br>Raymondville, TX 78580-2545 |
| Knife & Spirit<br>7217 E 4th Avenue<br>Scottsdale, AZ 85251-3634 | Knights Lending<br>1603 Capitol Ave, Ste. 413<br>Cheyenne, WY 82001-4562 | Knut LLC -<br>697 N 740 E 84043-1300 |
| Latent Lending, LLC -<br>Latent Wealth Group, LLC<br>Mark Steiner<br>302 N. Abajo Peak Way, UT 84032 | Latent Wealth Group LLC<br>302 N. Abajo Peak Way<br>Heber City, UT 84032-6501 | Law Offices of Mickler & Mickler, LLP<br>5452 Arlington Expy.<br>Jacksonville, FL 32211-6860 |
| Legacy Land Developers LLC -<br>1651 W 100th St<br>CHICAGO, IL 60643-2128 | Lobenhaus Capital, LLC<br>6303 Lone Wolf Drive<br>Jamesville, NY 13078-9587 | Log Cabin Building LLC -<br>289 Parker Drive<br>Pittsburgh, PA 15216-1346 |
| MAA DFW Investments LLC<br>2509 Amelia Island<br>Southlake, TX 76092-1583 | MIMS-IPR, LLC -<br>1627 7th St S<br>Clanton, AL 35045-8786 | McMann Commercial Lending LLC<br>500 N Michigan Ave 600<br>Chicago, IL 60611-3754 |
| Meetopolis LLC<br>Attn: Lisa Butkiewicz<br>5434 E Kathleen Road<br>Scottsdale, AZ 85254-1759 | Michael Thompson -<br>1448 W Salmon Caddis Dr<br>Bluffdale, UT 84065-5122 | Michele Ruiz Productions, LLC DBA Ruiz Strat<br>925 Century Park East 1700<br>West Hollywood, CA 90069 |
| Moser Holdings, LLC<br>537 S. 150 E.<br>Smithfield, UT 84335-1654 | My Dragonfly Home Solutions, LLC<br>7700 Irvine Center Drive 800<br>Irvine, CA 92618-3047 | N2N Group, Inc -<br>5 Webb Hill Road<br>Great Neck, NY  11020<br>Attention:  Michelle Chen<br>Great Neck, NY 11020-1118 |
| NCR Digital Corp -<br>237 Floyd Road<br>Shirley, NY 11967-2941 | NY SF Sunset Yards LLC<br>64 Grand Street<br>Brooklyn, NY 11249-4219 | New Mount Olive Church -<br>2905 Macfarlane Crescent<br>2905 Macfarlane Crescent<br>Flossmoor, IL 60422-1427 |

| | | |
|---|---|---|
| New Mount olive Missionary Baptist Church In<br>P.O. Box 1696<br>Harvey, IL 60426-7696 | North Haven Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 | North Haven Lodging Partners LLC -<br>Benjamin J. Morris, c/o Foley & Lardner<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |
| North Haven Lodging Partners, LLC<br>Attn: Benjamin Morris, Esq.<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 | Nortical Capital Inc -<br>921 E. Parker Street 1<br>Lakeland, FL 33801-1901 | Nutra-Acres Inc<br>205 Michigan Ave<br>Chicago, IL 60601-5927 |
| Nutre Leasing LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Nutre Leasing LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 | On Site Life Care Inc.<br>41 Flatbush Avenue, 1st Floor<br>Brooklyn, NY 11217-1145 |
| Onsite lifecare Inc -<br>23 dora lane<br>Holmdel, NJ 07733-1624 | Oregon Business Management Group Inc<br>12600 SW 72nd Ave 140<br>Tigard, OR 97223-8356 | Phoenix Rising LLC<br>172 Center Bay<br>Jackson, WY 83001 |
| Platinum Investments USA LLC<br>c/o THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER 1209 ORANGE ST<br>Wilmington, DE 19801-1120 | Prine Energy Services LLC<br>450 Gears Road<br>Houston, TX 77067-4529 | Relco Industries LLC and Richard L Ellison -<br>75 Lambert Avenue<br>Clifton, NJ 07013-1254 |
| Ricks Ventures LLC<br>1354 W 1900 S<br>Logan, UT 84321-6882 | Rolling By The Dozen RV Park LLC -<br>40 Country Road 267<br>Somerville, TX 77879-5208 | Rowehl & Russo Properties LLC. -<br>237 Floyd Rd<br>Shirley, NY 11967-2941 |
| S&L Zeppeteli DBA SLZ Waste Inc -<br>191 Moonachie Road<br>Moonachie, NJ 07074-1309 | SSC Services Inc<br>80 Franklin Street<br>Framingham, MA 01702-6671 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| Seeking First LLC<br>3320 Laurel Dale Drive<br>Tampa, FL 33618-1033 | Seiler Tucker Inc -<br>400 Poydras Suite 1460<br>New Orleans, LA 70130-3260 | Skyward Tax & Accounting Service LLC<br>3505 Lake Lynda Dr. 200<br>Orlando, FL 32817-8333 |
| Solace Realty Concepts LLC -<br>112 Lehigh Ave<br>Newark, NJ 07112-2036 | Solar Capital Funding LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Solar Capital Funding LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 |
| Solas Realty Concepts LLC<br>112 Lehigh Avenue<br>Newark, NJ 07112-2036 | Springer Farms Landholdings LLC<br>325 N 1200 E<br>American Fork, UT 84003-2049 | Story Book Homes LLC<br>86 Mountain Avenue<br>Berkeley Heights, NJ 07922-2633 |

Sun Coast Entertainment Live LLC -
6960 Brescia Way
Orlando, FL 32819-5288

Sunlight Storage LLC
3344 Bear Canyon Ln
Pleasant Grove, UT 84062-8016

Taj Construction LLC
10 Windsor Dr.
Foxboro, MA 02035-2226

Temidayo Adebayo -
148 Undercliff Avenue
Suite 9
Edgewater, NJ 07020-1123

Terry's Florists LLC
46 English Plaza
Red Bank, NJ 07701-1693

The Farming Co Pty Ltd -
86 Lakeside Drive
Helena Valley
6056, Western Australia

The Farming Co. PTY LTD
86 Lakeside Dr.
Helena, MT 59604

The Generations Group
1006 Top Hill Dr
Brenham, TX 77833-2585

The Generations Group-DonStrickland -
14312 Zion Gate Xing
Conroe, TX 77384-2516

TnC NOLA Holdings LLC -
1461 Annunciaction Street B
New Orleans, LA 70130-4539

U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

Uncle Willie Green Wings -
141 Lehigh Ave
Newark, NJ 07112-2037

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

VTJ LLC
706 Leander DR
Leander, TX 78641-5017

WAI Holdings, LLC -
1275 S Lucerne Blvd
Los Angeles, California 90019
Attention:  David Meiselman
Los Angeles, CA 90019-6804

WW LLC
26620 E Hoxie Road
Rockford, WA 99030-7003

Wai Holdings LLC
45 North Market
Wailuku, HI 96793-1756

Wallingford Lodging Partners LLC
2517 W Brentridge Circle
Sioux Falls, SD 57108-1573

Wallingford Lodging Partners LLC -
Benjamin J. Morris, c/o Foley & Lardner
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

West Palm Holdings Inc -
2705 Via Vistosa
San Clemente, CA 92672-3636

Winslow Homes LLC
3539 Tuscany Reserve Blvd 32168-5334

Zelco Properties LLC -
108 Patriot Dr A
Middletown, DE 19709-8803

Aaron R. Cohen +
P.O. Box 4218
Jacksonville, FL 32201-4218

Raye Curry Elliott +
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602-5250

Ryan E Davis +
Winderweedle Haines Ward & Woodman P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Bryan K. Mickler +
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211-6860

United States Trustee - JAX 11 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Edward M Fitzgerald +
Holland & Knight LLP
200 South Orange Ave
Suite 2600
Orlando, FL 32801-3453

Max R Tarbox +
Tarbox Law PC
2301 Broadway
Lubbock, TX 79401-2916

Scott E Bomkamp +
DOJ-Ust
United States Trustee
400 W. Washington St.
Ste 1100
Orlando, FL 32801-2440

Jason A. Burgess +
Jacksonville
300 North Hogan Street
Room 4-213
Jacksonville, FL 32202-4204

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Belle Maison Realty, LLC
c/o Lea Muse, Owner
1133 E. 83rd Street 171
Chicago, IL 60619

(d)Belle Maison Realty, LLC
Attn: Lea Muse
1133 E 83rd Street 171
Chicago, IL 60619

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Foster Group, LLC

(u)Kristin Stegent

(u)Charles Blake Stringer

(u)Adam B. Walker

(d)Andorful Dynasty Real Estate LLC
4826 Cragmere Loop
Clermont FL 34711-5523

(d)Rowehl & Russo Properties, LLC
237 Floyd Road
Shirley, NY 11967-2941

(d)Springer Farms Landholdings, LLC -
325 N 1200 E
American Fork, UT 84003-2049

(u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF
-------------------------------------------
Note: Entries with a '-' at the end of the name have filed a claim in this case

End of Label Matrix
Mailable recipients   150
Bypassed recipients     8
Total                 158