Honorable Judge Burgess
Courtroom 4A (4th Floor)
Bryan Simpson United States Courthouse
Jacksonville, Florida

**RE: Bankruptcy #: 3:24-bk-00496-BAJ**

Dear Honorable Judge Burgess,

This letter is submitted on behalf of all creditors involved in the Genie Investments bankruptcy case. As creditors, we seek clear and definitive clarification regarding **"Preliminary Hearing on Motion for Protective Order (construed as) Filed by Creditor Kristin Stegent Doc 123 GRANTED (INTERIM BASIS) THROUGH CONTINUED HEARING."**

Our primary objective is to understand the scope and intent of this order, particularly whether it was designed to protect all creditors in this case, as some of us continue to experience harassment from the Debtor and their legal team. *Please see attached demand letter.

For reference, here is one factual example:

On September 30, 2020, Mr. Mitchell Mimms entered into a loan agreement with Genie Investments, depositing $190,000 into a Genie ICA holding account, which was then transferred to an IOLTA trust account managed by the previous principal, Michael Conor (prosecuted felon) United States v. Connor (2:23-cr-00067), of Genie Investments. However, Mr. Mimms never received the full loan; instead, he received a single tranche payment that was less than his agreed terms.

Recently, Mr. Mimms received a demand through the Zoomeral communications portal, followed by a mailed formal demand letter from Genie, dated August 5, 2024. This Zoomeral letter was received by Mr. Mimms, who is a listed creditor in this case, just prior to the August 8 hearing. However, he also received a certified letter several days after the hearing date, on August 18, 2024, ten days after the bankruptcy was converted to Chapter 7.

**AS OF TODAY**, September 3, 2024, Mr Mimms was contacted at 10am by David Hughes and the principal of the now bankrupt Genie Investments. (See attached screenshot).

Mr. Mimms, along with other creditors, are deeply concerned that Genie has issued such demands despite that Genie's principal has testified under oath on multiple occasions, stating their intention to repay all creditors in full: "if you put a dollar in, you should get that dollar back." Mr. Mimms is among the earliest claimants in this pyramid lending scheme, having initially invested in 2020. Although he received a tranche payment, it did not cover his original ICA deposit, leaving him still at a loss of over $45,000, after accounting for fees taken by Genie and Zoomeral.

It is an indisputable fact that Mr. Mimms is a creditor with a recorded proof of claim and is listed in the bankruptcy schedules filed. Genie has been making demands for him to wire money yet to another bank account that has not been disclosed in the Schedules or in Maria Yip's Report, TD Bank Account #44444742343. Which we believe is not a Debtor-in-Possession (DIP) account.

This type of harassment has been ongoing in multiple instances with various creditors, even while Genie is in bankruptcy. Mr. Mimms, along with other creditors, feel that this matter should be reported to the court. For over four years, Mr. Mimms has been dealing with fraudulent UCC lien filing against his business, which took two years to release, along with other damages he has suffered due to Genie unjustifiably taking his money and failing to fulfill the promises and agreements made in the loan contract. To this day, Mr. Mimms has not received his $760,000 loan, despite learning throughout this bankruptcy process that Genie has managed multi-millions of dollars over the past four years while he has been waiting for the Debtor to fund his loan.

**We request clarification on the following:**
Does Genie still maintain the business account into which Mr. Mimms are being demanded to deposit money? and if so, is this not in violation of the Bankruptcy Code and court-imposed rules?

Can the court confirm that the protective order issued by your Honor extend to all creditors in this case?

**Substantive Consolidation:**
Genie Investments NV is using " Zoomeral" and "Genie Investments, LLC" to harass creditors and continue to fraud them with requests for funds.

Can the court consider an order of "substantive consolidation" to have all Genie entities combined into this bankruptcy?

| Dates of formation | Formation of Corporations | Location | Owner |
|---|---|---|---|
| 3/6/2018 | Zoomeral, Inc | Delaware | **David Hughes (?)** |
| 2/13/2020 | Genie Investments, LLC | Delaware | **David Hughes (?)** |
| 11/29/2021 | Genie Investments I, LLC | Delaware | **David Hughes (?)** |
| 12/17/2021 | Genie Investments NV | Nevada | David Hughes<br>Caleb Davis<br>Michael Connor<br>John M Cohan |
| 3/4/2022 | Genie Investments, LLC | Wyoming | **David Hughes (?)** |
| 9/14/2022 | Genie Investments II LLC | Delaware | |
| 3/21/2023 | Formation of Genie's Angels (Delaware) (changed name to Merkton Group LLC as of 2/26/2024) *post filing 5 days after bankruptcy. | Delaware | |
| 3/17/2023 | Genie Investments NV, Inc | Utah | David Hughes |
| 3/22/2023 | Genie Investments NV<br>STATEMENT AND DESIGNATION -<br>OUT-OF-STATE<br>STOCK CORPORATION | California | John Michael Cohan |
| 5/9/2023 | Genie Investments, LLC | Wyoming | |
| 3/29/2024 | Genie Investments NV, Inc | Utah | David Hughes |
| 4/25/2024 | Genie Investments NV, Inc | Florida | John M Cohan |

**\*Merkton Group LLC formally known as Genie's Angels LLC**
Genie's Angels LLC is listed in this bankruptcy as another shell company that has had funds deposited shown in the schedules of this bankruptcy.

We the creditors are concerned that the Merkton Group LLC has the same corporate filing number as Genie's Angels. We have confirmed it is a name change with Delaware Division of Corporations as of February 26, 2024. We question this could be another potential scam lender insider company of the Debtors. Here is the link to the website of the new lender that raises questions if it belongs to this Debtor in this case.   https://merktongroup.com/

One other recent questionable filing…

**Adam Walker**

An "Application to Employ Adam Walker as Special Counsel Attorney for Debtor with supporting Affidavit Contains negative notice. Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc." on March 28, 2024 (doc 37)

Adam Walker was not involved in the case to any other degree, nor did he contribute to the benefit of the bankruptcy estate. There is no order approving his application.

"Final Application for Compensation for Adam Walker as Special Counsel for Debtor for Genie Investments NV Inc., Special Counsel, Fee: $21,037.50, Expenses: $0.00, for the period of 7/9/2024 to 8/9/2024" (doc 235)

We appreciate your attention to these matters and kindly request clarity on these issues.

Thank you,

Creditors of Genie Bankruptcy
Bankruptcy case#: 3:24-bk-00496-BAJ





# INVESTMENTS

MIMS-IPR, LLC
ZOOMERAL USER ID: 1055

August 2, 2024

Re: Demand for Outstanding Principal

Dear Mitchell Mims,

This correspondence serves as an official notice regarding the outstanding principal in the amount of One hundred ninety thousand dollars ($190,000) owed under our agreement is due immediately. As of April 15, 2024, you were in default of the terms outlined in our agreement and you failed to cure the breach within the allotted 60-day period.

Before proceeding with any legal action, we wish to extend an opportunity for an amicable resolution. We are open to discussing a feasible settlement plan that works for both parties. Please contact us at your earliest convenience to initiate these discussions via this messaging system.

For your reference, here are your current totals:
| | |
|---|---|
| Outstanding Principal (OP): | $190,000 |
| (-) Interest Credit Account (ICA) balance: | $156,684 |
| Amount due today (OP less ICA): | $33,316 |

You can make your payment using the following Wiring Instructions for Wires or ACH:

Account Number: 4444742343
ACH routing: 0670-14822
Wire routing: 031101266
Title: Genie Investments LLC
Address: P.O. Box 60443, Jacksonville, Florida 32236
Bank Name: TD Bank
Bank Address: 32 Chestnut Street, P.O. Box 1377, Lewiston, Maine 04243-1377

However, should we not receive a response within 5 business days from the date of this letter, we will be compelled to pursue collection actions as afforded to us under our agreement and applicable law.

Thank you for your prompt attention to this matter. We look forward to resolving this issue promptly.

Yours sincerely,

*Genie Investments*

Genie Investments
Legal Team




Envelope
Recycle me.

Align top of FedEx Express® shipping label here

ORIGIN ID:GYYA  (318) 261-8583
LEA MUSE
1133 E 83RD ST UNIT 171
CHICAGO, IL 60619
UNITED STATES US

SHIP DATE: 03SEP24
ACTWGT: 0.10 LB
CAD: 6990167/SSF02541

BILL CREDIT CARD

TO  **JACKSONVILLE DIVISION**
**U.S. BANKRUPTCY COURT**
**300 N HOGAN STREET**
**SUITE 3-150**
**JACKSONVILLE FL 32202**
(111) 111-1111       REF:
PO:                  DEPT:

M.F

FedEx Express

E
REL# 3785346

TRK# 2790 6308 9145
0201

THU - 05 SEP 5:00P
** 2DAY **

**SS NIPA**

32202
FL-US  JAX


