**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

        Debtor.                                                  Chapter 7

_____/

**TRUSTEE'S MOTION TO CONTINUE PRELIMINARY HEARINGS**

      Aaron R. Cohen, Chapter 7 Trustee (the "Trustee"), by and through his undersigned counsel, hereby moves the Court for entry of an Order continuing the preliminary hearings currently scheduled for Friday, September 13, 2024, at 10:00 a.m. (the "Hearing") on the following: (i) Motion to Approve Settlement Agreement Between Genie Investments NV, Inc. and Velanos Principal Capital, Pursuant to Federal Rule of Bankruptcy Procedure 9019 (Doc. 107) (the "Velanos Settlement Motion"); (ii) Motion for Protective Order (Doc. 123) filed by creditor Kristin Stegent (the "Motion for Protective Order"); (iii) First and Final Fee Application of Chapter 11 Examiner Maria M. Yip (Doc. 164) (the "Yip Fee Application"); (iv) First and Final Fee Application of Hal A. Levenberg, CIRA, CFE and Yip Associates, as Final Advisors for Chapter 11 Examiner Maria M. Yip (Doc. 165) (the "Yip & Associates Fee Application"); and (v) First Fee Application of Holland & Knight, Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses (Doc. 172) (the "Holland & Knight Fee Application"), and in support thereof says:

      1.    On February 21, 2024 (the "Petition Date"), Genie Investments NV Inc. (the "Debtor") filed a Voluntary Petition for Relief (Doc. 1) under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville

77948406;1

2

Division, in the case styled *In re Genie Investments NV Inc.*, Case No: 3:24-bk-00496-BAJ (the "Bankruptcy Case").

2. On May 23, 2024, the Debtor filed the Velanos Settlement Motion.

3. On June 5, 2024, the Official Committee of Unsecured Creditors of Genie Investments NV, Inc. (the "Committee") filed an Objection (Doc. 118) to the Velanos Settlement Motion.

4. On August 12, 2024, the Bankruptcy Case was converted to a Chapter 7 liquidation case and the Trustee was appointed to administer the Debtor's estate (Doc. 207).

5. A preliminary hearing on the Velanos Settlement Motion, along with the Motion for Protective Order, Yip Fee Application, Yip & Associates Fee Application, and the Holland & Knight Fee Application, is currently scheduled for September 13, 2024, at 10:00 a.m.

6. Although the Trustee has begun his due diligence on the proposed settlement with Velanos Principal Capital, including discussions with the attorney who represented the Debtor in the settlement with Velanos and discussions with the attorney for Velanos, the Trustee has not yet concluded his evaluation of the proposed settlement. The Trustee requires additional time to determine whether it is in the best interests of the bankruptcy estate to proceed with the proposed settlement with Velanos.

7. Accordingly, the Trustee respectfully requests a continuance of the Hearing on the Velanos Settlement Motion to a date no sooner than thirty (30) days after September 13, 2024.

8. Additionally, the three fee applications which are also set for hearing on September 13, 2024 are administrative expenses of the Chapter 11 estate which are subordinate to administrative expenses of the Chapter 7 estate and would normally not be paid until distributions

are made at the conclusion of the Chapter 7 estate. Therefore, continuing the hearings on the three fee applications would not impact the fee applicants.

9. Finally, given that all other hearings set for September 13, 2024 would be continued, the Trustee believes it is appropriate to also continue the hearing on the Motion for Protective Order to the date set for the continued hearing on the Velanos Settlement Motion and the three fee applications.

10. This Motion is being filed in good faith and not for the purposes of delay.

WHEREFORE, Aaron R. Cohen, Chapter 7 Trustee, respectfully requests this Court enter an Order continuing the Hearing to a date no sooner than thirty (30) days after September 13, 2024, and granting such other and further relief as the Court deems just and proper.

Dated: September 9, 2024

AKERMAN LLP

By: */s/ Raye C. Elliott*
    Raye C. Elliott, Esq.
    Florida Bar Number: 018732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, FL 33602
    Phone: (813) 223-7333
    Fax: (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and that a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid and properly addressed to:

Kristin Stegent
PO Box 184
Snook, TX 77878

    */s/ Raye C. Elliott*
    Attorney

77948406;1