**ORDERED.**

Dated: September 10, 2024

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,   Case No.: 3:24-bk-00496-BAJ

    Debtor.   Chapter 7

_____/

**ORDER GRANTING TRUSTEE'S MOTION
TO CONTINUE PRELIMINARY HEARINGS**

THIS CASE came before the Court without a hearing on the Motion (the "Motion")[1] (Doc. 237) of Aaron R. Cohen, Chapter 7 Trustee, for entry of an Order continuing the Preliminary Hearing on the (i) Motion to Approve Settlement Agreement Between Genie Investments NV, Inc. and Velanos Principal Capital, Pursuant to Federal Rule of Bankruptcy Procedure 9019 (Doc. 107); (ii) Motion for Protective Order (Doc. 123) filed by creditor Kristin Stegent; (iii) First and Final Fee Application of Chapter 11 Examiner Maria M. Yip (Doc. 164); (iv) First and Final Fee Application of Hal A. Levenberg, CIRA, CFE and Yip Associates, as Final Advisors for Chapter 11 Examiner Maria M. Yip (Doc. 165); and (v) First Fee Application of Holland & Knight,

---

[1] Defined terms from the Motion are incorporated by reference herein.

77949555;1

2

Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses (Doc. 172).  Upon review of the Motion, it is

ORDERED:

1.     The Motion is GRANTED.

2.     The preliminary hearing on the (i) Motion to Approve Settlement Agreement Between Genie Investments NV, Inc. and Velanos Principal Capital, Pursuant to Federal Rule of Bankruptcy Procedure 9019 (Doc. 107); (ii) Motion for Protective Order (Doc. 123) filed by creditor Kristin Stegent; (iii) First and Final Fee Application of Chapter 11 Examiner Maria M. Yip (Doc. 164); (iv) First and Final Fee Application of Hal A. Levenberg, CIRA, CFE and Yip Associates, as Final Advisors for Chapter 11 Examiner Maria M. Yip (Doc. 165); and (v) First Fee Application of Holland & Knight, Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses (Doc. 172) is continued to October 23, 2024, at 10:00 a.m., in the Bryan Simpson United States Courthouse, Courtroom 4A, 4th Floor, 300 North Hogan Street, Jacksonville, Florida 32202.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.