**[31813]** [Order Striking]

ORDERED.

**Dated: September 11, 2024**

*Jason A. Burgess*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:	Case No.
	3:24−bk−00496−BAJ
	Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

<u>ORDER STRIKING OBJECTION TO LETTER RE: CREDITORS SEEK CLEAR AND DEFINITIVE CLARIFICATION REGARDING, PRELIMINARY HEARING ON MOTION FOR PROTECTIVE ORDER (CONSTRUED AS)</u>

   This case came on for consideration upon the Court's own motion. On September 9, 2024 , Debtor Representatives, David Hughes and John−Michael Cohan filed an Objection to Letter Re: Creditors seek clear and definitive clarification regarding, Preliminary Hearing on Motion for Protective Order (construed as) without original signature of Debtor's Attorney as required by Fed. R. Bank. P. 9011. It is

   Ordered:

   The Objection to Letter Re: Creditors seek clear and definitive clarification regarding, Preliminary Hearing on Motion for Protective Order (construed as) is stricken from the record.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.