**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,          Case No.: 3:24-bk-00496-BAJ

    Debtor.          Chapter 7

_____/

**PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Order Granting Trustee's Motion to Continue Preliminary Hearings (Doc. 238) was served via CM/ECF after the docketing to all creditors and parties-in-interest who have consented to receiving electronic notifications in this case, and on September 11, 2024, by United States mail, postage prepaid and properly addressed, to the following:

Kristin Stegent
PO Box 184
Snook, TX 77878

Dated: September 11, 2024          AKERMAN LLP

By: */s/ Raye C. Elliott*
    Raye C. Elliott, Esq.
    Florida Bar Number: 018732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, FL 33602
    Phone: (813) 223-7333
    Fax: (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee