United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-00496-BAJ |
| Genie Investments NV Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 13, 2024 | Form ID: Dnftpoc | Total Noticed: 150 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genie Investments NV Inc., PO Box 60443, Jacksonville, FL 32236-0443 |
| aty | + | Bryan K. Mickler, Mickler & Mickler, 5452 Arlington Expressway, Jacksonville, FL 32211-6860 |
| aty | + | Edward M Fitzgerald, Holland & Knight LLP, 200 South Orange Ave, Suite 2600, Orlando, FL 32801-3453 |
| aty | + | Max R Tarbox, Tarbox Law PC, 2301 Broadway, Lubbock, TX 79401-2916 |
| aty | + | Raye Curry Elliott, Akerman LLP, 401 East Jackson Street, Suite 1700, Tampa, FL 33602-5250 |
| aty | + | Ryan E Davis, Winderweedle Haines Ward & Woodman P.A., 329 Park Avenue North, Second Floor, Winter Park, FL 32789-7421 |
| aty | + | Scott E Bomkamp, DOJ-Ust, United States Trustee, 400 W. Washington St., Ste 1100 Orlando, FL 32801-2440 |
| aty | | Winderweedle, Haines, Ward & Woodman, P.A., c/o Ryan E. Davis, PO Box 1391, Orlando, FL 32802-1391 |
| fa | + | Hal A. Levenberg, CIRA, CFE, YIP ASSOCIATES, One Biscayne Tower, 2 S. Biscayne Blvd., Suite 2690, Miami, FL 33131-1815 |
| crcm | + | Holland & Knight LLP, c/o Noel Boeke, Esq., 100 N. Tampa St., Ste. 4100, Tampa, FL 33602-3644 |
| cr | + | Lisa Butkiewicz, 6501 E. Greenway Parkway, #103-218, Scottsdale, AZ 85254-2025 |
| crcm | + | The Official Committee of Unsecured Creditors (Cre, c/o Noel R. Boeke, Holland & Knight LLP, 100 North Tampa Street, Suite 4100, Tampa, FL 33602-3644 |
| 30864160 | + | 20 Development LLC, 1089 E Benchview Drive, Ogden, UT 84404-3783 |
| 30864161 | + | A Complete Home Inspection LLC, 110 Velsco Lane, Port Sulphur, LA 70083-2362 |
| 30917381 | + | ALV Capital LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, Bedford, NH 03110-7058 |
| 30864166 | + | ALV Capital LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30897961 | + | AMRODDO HOLDINGS, LLC, 625 WOODMONT AVE, BERKELEY, CA 94708-1233 |
| 30864162 | + | Acres & Royalty LLC, 205 N Michigan Ave, Chicago, IL 60601-5927 |
| 30864163 | | Adaptive Medical Technologies LLC, 7349 Paseo Del Sur, Scottsdale, AZ 85258 |
| 30864164 | + | Ajer LLC, 1070 S 650 West, Farmington, UT 84025-4603 |
| 30864165 | + | Alere LLC, 1530 E. Williams Field Rd 201, Gilbert, AZ 85295-1825 |
| 30864167 | + | Ameiva LLC, 282 E 300 S, Smithfield, UT 84335-1636 |
| 30864168 | + | Amrodddo Holdings LLC, 2283 Candlestick Ave, Henderson, NV 89052-2361 |
| 30864169 | + | Andorful Dynasty Real Estate LLC, 4826 Cragmere Loop, Clermont FL 34711-5523 |
| 30864170 | + | Another Chance Group Home Inc, 54 N Vista Ave, Casa Grande, AZ 85122-3193 |
| 30864171 | + | Anvil Construction Inc, 470 N. Main Street, Brigham City, UT 84302-1858 |
| 30864172 | + | Archer Capital Investments, Attn: Michael Thompson, 1448 W. Salmon Caddis Drive, Bluffdale, UT 84065-5122 |
| 30901437 | #+ | Autonomous Drine Solutions LLC, dba Calaway Solutions, Attn: Garrett Calaway, 7180 S Hudson Circle, Centennial, CO 80122-2553 |
| 30864173 | + | Autonomous Drone Solutions DBA Calaway Solutions L, 2121 Brittmoore 2200, Houston, TX 77043-2220 |
| 30864174 | + | BAYI Capital Management LLC, 148 Undercliff Avenue, Edgewater, NJ 07020-1275 |
| 30864176 | + | Bild Credit LLC, 30 N Gould Street 30212, Sheridan, WY 82801-6317 |
| 30864177 | + | Bold City Commercial LLC, 4426 CAPITAL DOME DR, Jacksonville, FL 32246-7456 |
| 30864249 | | Braces at Brick, PA, 900 Cedar Bridge Avenue, Brick, NJ 08723 |
| 30972357 | + | Brooklyn Heights, 307 N Lincoln Street, 307 N Lincoln Street, Tallulah, LA 71282-4314 |
| 30864250 | + | Brooklyn Heights LLC, 307 N Lincoln Street, Tallulah, LA 71282-4314 |
| 30799849 | + | Bryan K. Mickler, Attorney for the Debtor, 5452 Arlington Expy., Jacksonville, FL 32211-6860 |
| 30864251 | + | Bull & Bear Properties LLC, 1140 E 87th Street, Chicago, IL 60619-7012 |
| 30938426 | + | Business Live Global USA LLC, 4538 Walnut Ridge Circle, 4538 Walnut Ridge Circle, McDonald, PA 15057-1608 |
| 30864252 | + | Business Live Global USA, LLC, 4538 Walnut Ridge Circle, Mc Donald, PA 15057-1608 |
| 30864254 | + | CNF Solutions LLC, 135 East 620 South, Smithfield, UT 84335-4901 |
| 30864253 | + | CannaVision Inc, 777 Main Street 600, Fort Worth, TX 76102-5368 |
| 30881178 | + | Charles Blake Stringer/Nutra-AcresLLC, 149 South Shore Drive, Amarillo, TX 79118-8007 |
| 30864255 | + | Cobb Utilities Inc, 191 Honey Suckle Circle, Ranger, GA 30734-6792 |
| 31007083 | + | Cobb Utilities Inc., 191 Honeysuckle Circle NE., Ranger, GA 30734-6792 |
| 30864256 | + | Cool Beanz LLC, 6585 Decatur Blvd, Las Vegas, NV 89118-2110 |

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 2 of 5 |
| Date Rcvd: Sep 13, 2024 | Form ID: Dnftpoc | Total Noticed: 150 |

```
30885760        +  Cool Beanz, LLC, 143 West Fulton Street, Sanford, FL 32771-1218
30864257           Dajo Properties LLC, 11360Chestnut Tree Rd, Honey Brook, PA 19344
30926477       #+  Darnell Development, 1118 N Chinowth, VISALIA, CA 93291-7896
30864258        +  Darnell Development, LLC, 2814 W Newton CT, Visalia, CA 93291-6593
30864259           Dun Agro Hemp Group Inc, P.O. Box 475, Shelbyville, IN 46176
30864260        +  Edge Development LLC, 315 239th Ct. SE, Sammamish, WA 98074-3687
30864261           Expansive Investments, LLC, 3855 S 500 W B, Salt Lake City, UT 84115
30864262        +  Faith Investor Services, LLC, 1522 4th Ave, Asbury Park, NJ 07712-4962
30882156        +  Faith Investors Services LLC, 1522 4th Ave, Asbury Park, NJ 07712-4962
30864263        +  Fehu Capital Inc, 3139 W. Holmbe Blvd A 77025-1533
30864264        +  Ficarra Holdings LLC, 408 Billings Road, Somers, CT 06071-2037
30864265        +  Foster Group LLC, 2539 N 300 E, Lehi, UT 84043-4403
30864266        +  Global Verse Holdings LLC, 1709 Vintage Lane, Wylie, TX 75098-0816
30864267        +  Golden Goods LLC, 3620 West 10th Street, Greeley, CO 80634-1853
30864268        +  H&M Essential Services, LLC, 221 N Broad Street 3A, Middletown, DE 19709-1070
30864269           Half a Dime, LTD, Box 653, Alberta
30864270           Heliosun LLC DBA Odin, 1600 S Litchfield Rd 230A, Goodyear, AZ 85338
30864271        +  High Dunes II LLC, 17 Lockwood Drive, Charleston, SC 29401-1190
30917428        +  Hospitality Growth Capital LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, Bedford, NH 03110-7058
30864272        +  Hospitality Growth Capital LLC, 23 Upton St, Peabody, MA 01960-0060
30864273        +  Humane Care 7 Days Medical Group Inc, 6552 Bolsa Avenue N, Huntington Beach, CA 92647-2656
30864274        +  Iron Dragon Corporation, 70 Winding Way, Gibbsboro, NJ 08026-1460
30864275        +  JC&TL Inc, 13865 Magnolia Avenue B, Chino, CA 91710-7047
30864276        +  Just Hewitt LLC, 205 E Hidalgo Avenue, Raymondville, TX 78580-2545
30864277        +  Knife & Spirit, 7217 E 4th Avenue, Scottsdale, AZ 85251-3634
30864278        +  Knights Lending, 1603 Capitol Ave, Ste. 413, Cheyenne, WY 82001-4562
30864279        +  Knut LLC, 697 N 740 E 84043-1300
30885650           Latent Lending, LLC, Latent Wealth Group, LLC, Mark Steiner, 302 N. Abajo Peak Way, UT 84032
30864280        +  Latent Wealth Group LLC, 302 N. Abajo Peak Way, Heber City, UT 84032-6501
30864281        +  Law Offices of Mickler & Mickler, LLP, 5452 Arlington Expy., Jacksonville, FL 32211-6860
30882328        +  Legacy Land Developers LLC, 1651 W 100th St, CHICAGO, IL 60643-2128
30864282        +  Lobenhaus Capital, LLC, 6303 Lone Wolf Drive, Jamesville, NY 13078-9587
30864283        +  Log Cabin Building LLC, 289 Parker Drive, Pittsburgh, PA 15216-1346
30864284        +  MAA DFW Investments LLC, 2509 Amelia Island, Southlake, TX 76092-1583
30882317        +  MIMS-IPR, LLC, 1627 7th St S, Clanton, AL 35045-8786
30864285        +  McMann Commercial Lending LLC, 500 N Michigan Ave 600, Chicago, IL 60611-3754
30864286        +  Meetopolis LLC, Attn: Lisa Butkiewicz, 5434 E Kathleen Road, Scottsdale, AZ 85254-1759
31014476        +  Michael Thompson, 1448 W Salmon Caddis Dr, Bluffdale, UT 84065-5122
30864287           Michele Ruiz Productions, LLC DBA Ruiz Strategies, 925 Century Park East 1700, West Hollywood, CA 90069
30864288        +  Moser Holdings, LLC, 537 S. 150 E., Smithfield, UT 84335-1654
30864289        +  My Dragonfly Home Solutions, LLC, 7700 Irvine Center Drive 800, Irvine, CA 92618-3047
31014317        +  N2N Group, Inc, 5 Webb Hill Road, Great Neck, NY 11020, Attention: Michelle Chen, Great Neck, NY 11020-1118
30864290        +  NCR Digital Corp, 237 Floyd Road, Shirley, NY 11967-2941
30864296        +  NY SF Sunset Yards LLC, 64 Grand Street, Brooklyn, NY 11249-4219
31000629        +  New Mount Olive Church, 2905 Macfarlane Crescent, 2905 Macfarlane Crescent, Flossmoor, IL 60422-1427
30864291        +  New Mount olive Missionary Baptist Church Inc, P.O. Box 1696, Harvey, IL 60426-7696
30991787        +  North Haven Lodging Partners LLC, Benjamin J. Morris, c/o Foley & Lardner, 11988 El Camino Real, Suite 400, San Diego, CA
                   92130-2594
30864292        +  North Haven Lodging Partners LLC, 2517 W Brentridge Circle, Sioux Falls, SD 57108-1573
30901426        +  North Haven Lodging Partners, LLC, Attn: Benjamin Morris, Esq., Foley & Lardner LLP, 11988 El Camino Real, Suite 400, San Diego,
                   CA 92130-2594
30864293        +  Nortical Capital Inc, 921 E. Parker Street 1, Lakeland, FL 33801-1901
30864294        +  Nutra-Acres Inc, 205 Michigan Ave, Chicago, IL 60601-5927
30917430        +  Nutre Leasing LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, c/o Strauss Law Group PLLC, 264 South Ri, Bedford,
                   NH 03110-7058
30864295        +  Nutre Leasing LLC, 23 Upton St, Peabody, MA 01960-0060
30864297        +  On Site Life Care Inc., 41 Flatbush Avenue, 1st Floor, Brooklyn, NY 11217-1145
31089885        +  Onsite lifecare Inc, 23 dora lane, Holmdel, NJ 07733-1624
30864298       #+  Oregon Business Management Group Inc, 12600 SW 72nd Ave 140, Tigard, OR 97223-8356
30864299           Phoenix Rising LLC, 172 Center Bay, Jackson, WY 83001
30864300        +  Platinum Investments USA LLC, c/o THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER 1209 ORANGE
                   ST, Wilmington, DE 19801-1120
30864301        +  Prine Energy Services LLC, 450 Gears Road, Houston, TX 77067-4529
31005624        +  Relco Industries LLC and Richard L Ellison, 75 Lambert Avenue, Clifton, NJ 07013-1254
```

Case 3:24-bk-00496-BAJ   Doc 244   Filed 09/15/24   Page 3 of 6

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 3 of 5 |
| Date Rcvd: Sep 13, 2024 | Form ID: Dnftpoc | Total Noticed: 150 |

| Recip ID | | Recipient |
|---|---|---|
| 30864302 | + | Ricks Ventures LLC, 1354 W 1900 S, Logan, UT 84321-6882 |
| 30864303 | + | Rolling By The Dozen RV Park LLC, 40 Country Road 267, Somerville, TX 77879-5208 |
| 30864304 | + | Rowehl & Russo Properties, LLC, 237 Floyd Road, Shirley, NY 11967-2941 |
| 30864305 | + | S&L Zeppeteli DBA SLZ Waste Inc, 191 Moonachie Road, Moonachie, NJ 07074-1309 |
| 30864312 | #+ | SSC Services Inc, 80 Franklin Street, Framingham, MA 01702-6671 |
| 30864306 | + | Seeking First LLC, 3320 Laurel Dale Drive, Tampa, FL 33618-1033 |
| 30864307 | + | Seiler Tucker Inc, 400 Poydras Suite 1460, New Orleans, LA 70130-3260 |
| 30864308 | + | Skyward Tax & Accounting Service LLC, 3505 Lake Lynda Dr. 200, Orlando, FL 32817-8333 |
| 30882319 | + | Solace Realty Concepts LLC, 112 Lehigh Ave, Newark, NJ 07112-2036 |
| 30917462 | + | Solar Capital Funding LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, c/o Strauss Law Group PLLC, 264 South Ri, Bedford, NH 03110-7058 |
| 30864309 | + | Solar Capital Funding LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864310 | + | Solas Realty Concepts LLC, 112 Lehigh Avenue, Newark, NJ 07112-2036 |
| 30864311 | + | Springer Farms Landholdings LLC, 325 N 1200 E, American Fork, UT 84003-2049 |
| 30864313 | + | Story Book Homes LLC, 86 Mountain Avenue, Berkeley Heights, NJ 07922-2633 |
| 30864314 | + | Sun Coast Entertainment Live LLC, 6960 Brescia Way, Orlando, FL 32819-5288 |
| 30864315 | + | Sunlight Storage LLC, 3344 Bear Canyon Ln, Pleasant Grove, UT 84062-8016 |
| 30864316 | + | Taj Construction LLC, 10 Windsor Dr., Foxboro, MA 02035-2226 |
| 30881180 | + | Temidayo Adebayo, 148 Undercliff Avenue, Suite 9, Edgewater, NJ 07020-1123 |
| 30864317 | + | Terry's Florists LLC, 46 English Plaza, Red Bank, NJ 07701-1693 |
| 30882962 | | The Farming Co Pty Ltd, 86 Lakeside Drive, Helena Valley, 6056, Western Australia |
| 30864318 | | The Farming Co. PTY LTD, 86 Lakeside Dr., Helena, MT 59604 |
| 30864319 | + | The Generations Group, 1006 Top Hill Dr, Brenham, TX 77833-2585 |
| 30824504 | | The Generations Group-DonStrickland, 14312 Zion Gate Xing, Conroe, TX 77384-2516 |
| 30864320 | + | TnC NOLA Holdings LLC, 1461 Annunciaction Street B, New Orleans, LA 70130-4539 |
| 30883746 | + | Uncle Willie Green Wings, 141 Lehigh Ave, Newark, NJ 07112-2037 |
| 30864321 | + | VTJ LLC, 706 Leander DR, Leander, TX 78641-5017 |
| 31014318 | + | WAI Holdings, LLC, 1275 S Lucerne Blvd, Los Angeles, California 90019, Attention: David Meiselman, Los Angeles, CA 90019-6804 |
| 30864325 | + | WW LLC, 26620 E Hoxie Road, Rockford, WA 99030-7003 |
| 30864322 | + | Wai Holdings LLC, 45 North Market, Wailuku, HI 96793-1756 |
| 30864323 | + | Wallingford Lodging Partners LLC, 2517 W Brentridge Circle, Sioux Falls, SD 57108-1573 |
| 30991793 | + | Wallingford Lodging Partners LLC, Benjamin J. Morris, c/o Foley & Lardner, 11988 El Camino Real, Suite 400, San Diego, CA 92130-2594 |
| 30971318 | + | West Palm Holdings Inc, 2705 Via Vistosa, San Clemente, CA 92672-3636 |
| 30864324 | + | Winslow Homes LLC, 3539 Tuscany Reserve Blvd 32168-5334 |
| 30864326 | + | Zelco Properties LLC, 108 Patriot Dr A, Middletown, DE 19709-8803 |

TOTAL: 139

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: vanessa@arcohenlaw.com | Sep 13 2024 21:37:00 | Aaron R. Cohen, P.O. Box 4218, Jacksonville, FL 32201-4218 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Sep 13 2024 21:38:00 | United States Trustee - JAX 11, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| cr | Email/Text: lea.bellerealty@gmail.com | Sep 13 2024 21:38:00 | Belle Maison Realty, LLC, c/o Lea Muse, Owner, 1133 E. 83rd Street 171, Chicago, IL 60619 |
| ex | + EDI: FMMYIP | Sep 14 2024 01:30:00 | Maria M Yip, Yip & Associates, 2 South Biscayne Boulevard, Suite 2690, Miami, FL 33131-1815 |
| 30864175 | Email/Text: lea.bellerealty@gmail.com | Sep 13 2024 21:38:00 | Belle Maison Realty, LLC, Attn: Lea Muse, 1133 E 83rd Street 171, Chicago, IL 60619 |
| 30790351 | + Email/Text: taxdept@coj.net | Sep 13 2024 21:38:00 | Duval County Tax Collector, 231 Forsyth St. #130, Jacksonville FL 32202-3380 |
| 30790352 | EDI: FLDEPREV.COM | Sep 14 2024 01:30:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 30790354 | EDI: IRS.COM | Sep 14 2024 01:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 3:24-bk-00496-BAJ   Doc 244   Filed 09/15/24   Page 4 of 6

| District/off: 113A-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 13, 2024 | Form ID: Dnftpoc | Total Noticed: 150 |

| 30790356 | + | Email/Text: karen.brown@treasury.gov | | |
|---|---|---|---|---|
| | | | Sep 13 2024 21:37:00 | Secretary of the Treasury, 15th & Pennsylvania Ave., NW, Washington, DC 20220-0001 |
| 30790355 | | Email/Text: atlreorg@sec.gov | | |
| | | | Sep 13 2024 21:38:00 | U.S. Securities & Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, N.E., Suite 900, Atlanta, GA 30326-1382 |
| 30790353 | + | Email/Text: Usaflm.bk-jax@usdoj.gov | | |
| | | | Sep 13 2024 21:37:00 | United States Attorney, 300 North Hogan St Suite 700, Jacksonville, FL 32202-4204 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Adam B. Walker |
| cr | | Charles Blake Stringer |
| intp | | David Hughes |
| cr | | Foster Group, LLC |
| intp | | John-Michael Cohen |
| cr | | Kristin Stegent |
| cr | *+ | Andorful Dynasty Real Estate LLC, 4826 Cragmere Loop, Clermont, FL 34711-5523 |
| 31018210 | *+ | Rowehl & Russo Properties LLC., 237 Floyd Rd, Shirley, NY 11967-2941 |
| 30919198 | *+ | Springer Farms Landholdings, LLC, 325 N 1200 E, American Fork, UT 84003-2049 |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron R. Cohen | aaron@arcohenlaw.com  vanessa@arcohenlaw.com,ahc@trustesolutions.net,cahc11@trustesolutions.net |
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Bryan K. Mickler | on behalf of Plaintiff Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Edward M Fitzgerald | on behalf of Creditor Committee The Official Committee of Unsecured Creditors (Creditors Committee) edward.fitzgerald@hklaw.com  tonya.berger@hklaw.com |

District/off: 113A-3     User: admin     Page 5 of 5
Date Rcvd: Sep 13, 2024     Form ID: Dnftpoc     Total Noticed: 150

Edward M Fitzgerald
   on behalf of Creditor Committee Holland & Knight LLP edward.fitzgerald@hklaw.com  tonya.berger@hklaw.com

Max R Tarbox
   on behalf of Creditor Charles Blake Stringer max@tarboxlaw.com

Raye Curry Elliott
   on behalf of Trustee Aaron R. Cohen raye.elliott@akerman.com  jennifer.meehan@akerman.com;ava.hill@akerman.com

Ryan E Davis
   on behalf of Examiner Maria M Yip rdavis@whww.com  thiggens@whww.com;thiggens@ecf.courtdrive.com

Ryan E Davis
   on behalf of Attorney Winderweedle  Haines, Ward & Woodman, P.A. rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

Ryan E Davis
   on behalf of Financial Advisor Hal A. Levenberg  CIRA, CFE rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

Scott E Bomkamp
   on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov

United States Trustee - JAX 11
   USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 12

**[Dnftpoc]** [Asset Notice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:24−bk−00496−BAJ
Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

NOTICE OF DEADLINE TO FILE PROOF OF CLAIM

NOTICE IS HEREBY GIVEN TO CREDITORS, AND OTHER PARTIES IN INTEREST:

   Pursuant to Fed. R. Bankr. P. 3002(c)(5), creditors are hereby notified that a dividend now appears possible in this case. Therefore, the "Deadline to File a Proof of Claim" in this case is December 12, 2024 .

   A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the "Deadline to File a Proof of Claim" provided herein, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid, you must file a proof of claim, even if your claim is listed in the schedules filed by the Debtor. Any creditor who has filed a proof of claim in this case previously need not file another proof of claim.

   A Proof of Claim form ("Official Form B 410") may be filed on−line at the Court's website − ***www.flmb.uscourts.gov,*** or obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

   Copies of supporting documents, such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim whether filing via the internet, in person or by mail.

   Dated September 13, 2024 .

> Sheryl L. Loesch , Clerk of Court
> Bryan Simpson United States Courthouse
> 300 North Hogan Street
> Suite 3−150
> Jacksonville, FL 32202

   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

   Copies furnished to:
   All Interested Parties