**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

        Debtor.                                               Chapter 7
_____/

**TRUSTEE'S NOTICE OF 2004 EXAMINATION OF**
**CORPORATE REPRESENTATIVE(S) OF THE DEBTOR**

      Aaron R. Cohen, Chapter 7 Trustee, by and through undersigned counsel, hereby gives notice that he shall examine the corporate representative(s) of the Debtor, Genie Investments NV Inc. (the "Debtor"), with the most knowledge of the Debtor's business, under oath on **Wednesday, October 30, 2024, at 1:00 p.m., via ZOOM.**[1]  **The examination may continue from day to day until completed.**

      The examination is being conducted pursuant to Rule 2004, Federal Rules of Bankruptcy Procedure and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bankr. P. 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

      **To attend remotely via ZOOM videoconferencing, you will need a desktop computer or laptop with a webcam in order to be seen, speakers to hear the other parties connected and a microphone to be heard.**

      **For security reasons, the information necessary to connect to the examination will be separately provided to you prior to the examination date.**

---

[1] Or some other mutually agreeable date and time.

78137067;1

Dated: September 25, 2024

AKERMAN LLP

By: */s/ Raye C. Elliott*
    Raye C. Elliott, Esq.
    Florida Bar Number: 018732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, FL 33602
    Phone: (813) 223-7333
    Fax: (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 25, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and that a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid and properly addressed to:

Genie Investments NV Inc.
PO Box 60443
Jacksonville, FL 32236

                              */s/ Raye C. Elliott*
                              Attorney