FILED VIA MAIL
JACKSONVILLE, FLORIDA

OCT -1 2024

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
GENIE INVESTMENTS NV, INC

Case No. 3:24-bk-00496-BAJ
Chapter 7

_____Debtor(s)_____ /

**NOTICE OF CHANGE OF ADDRESS**

**CHECK ONLY ONE:**

DEBTOR(s): ☐    CREDITOR: ✔

Please print the following information:

NAME: ACRES & ROYALTY, LLC

OLD MAILING ADDRESS:
**205 N Michigan Ave.**
**Chicago, IL 60601**
*this address was never associated with this business.

NEW MAILING ADDRESS:
**c/o G. Chase Buxton**
**P.O. Box 1087**
**Ruston, LA 71273-1087**

DATED: 8/15/2024

Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: (318) 278-0799

**All future notices shall be sent to the new mailing address**

(6/1/11)