Case 3:24-bk-00496-BAJ  Doc 247  Filed 10/04/24  Page 1 of 2

Filed Via Mail
OCT 04 2024
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

2 Pages Scanned by AM

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
GENIE INVESTMENTS NV, INC

Case No. 3:24-bk-00496-BAJ
Chapter 7

Debtor(s)  /

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐   CREDITOR: ✔

Please print the following information:

NAME: ACRES AND ROYALTY, LLC

OLD MAILING ADDRESS: 205 N Michigan Ave
Chicago, IL 60601
**never associated with business**

NEW MAILING ADDRESS: P.O. BOX 1087
RUSTON, LA 71273-1087

DATED: 08/15/2024

Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: (318) 278-0799

**All future notices shall be sent to the new mailing address**

(6/1/11)

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK
ROOM 2-194 UNITED STATES COURTHOUSE
AND FEDERAL BUILDING
2110 FIRST STREET
FORT MYERS, FL 33901

OFFICIAL BUSINESS



FIRST-CLASS
US POSTAGE Pitney Bowes
ZIP 33901
02 7H    $ 000.69⁰
0006144903   OCT 01 2024



SHREVEPORT LA 710
15 AUG 2024 PM 1 L



**ACRES & ROYALTY**
P.O. Box 1087 Ruston, LA 71273
acresandroyalty.com

CLERK OF COURT
c/o SHERYL L. LOESCH
2110 FIRST ST.
FORT MEYERS, FL 33901

71273-108787