**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,          Case No.: 3:24-bk-00496-BAJ

    Debtor.          Chapter 7

_____/

**NOTICE OF FILING AMENDMENT TO SETTLEMENT**
**AGREEMENT AND RELEASE OF CLAIMS**

      Aaron R. Cohen, Chapter 7 Trustee, by and through his undersigned counsel, hereby gives notice of filing the attached Amendment to Settlement Agreement and Release of Claims in connection with the Motion to Approve Settlement Agreement Between Genie Investments NV, Inc. and Velanos Principal Capital, Pursuant to Federal Rule of Bankruptcy Procedure 9019 (Doc. 107).

Dated: October 17, 2024          AKERMAN LLP

                                                   By: */s/ Raye C. Elliott*
                                                        Raye C. Elliott, Esq.
                                                        Florida Bar Number: 018732
                                                        Email: raye.elliott@akerman.com
                                                        401 East Jackson Street, Suite 1700
                                                        Tampa, FL 33602
                                                        Phone: (813) 223-7333
                                                        Fax: (813) 223-2837

                               Attorneys for Aaron R. Cohen, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 17, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and that a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid and properly addressed to, to all parties on the attached mailing matrix.

                                                        */s/ Raye C. Elliott*
                                                        Attorney

78378296;1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00496-BAJ<br>Middle District of Florida<br>Jacksonville<br>Thu Oct 17 10:05:02 EDT 2024 | Acres & Royalty, LLC<br>c/o G. Chase Buxton<br>P.O. Box 1087<br>Ruston, LA 71273-1087 | Andorful Dynasty Real Estate LLC<br>4826 Cragmere Loop<br>Clermont, FL 34711-5523 |
| (p)BELLE MAISON REALTY  LLC<br>ATTN LEA MUSE<br>1133 E 83RD ST<br>171<br>CHICAGO IL 60619-6455 | Lisa Butkiewicz<br>6501 E. Greenway Parkway<br>#103-218<br>Scottsdale, AZ 85254-2025 | Genie Investments NV Inc.<br>PO Box 60443<br>Jacksonville, FL 32236-0443 |
| Holland & Knight LLP<br>c/o Noel Boeke, Esq.<br>100 N. Tampa St., Ste. 4100<br>Tampa, FL 33602-3644 | Hal A. Levenberg, CIRA, CFE<br>YIP ASSOCIATES<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 2690<br>Miami, FL 33131-1815 | The Official Committee of Unsecured Creditor<br>c/o Noel R. Boeke<br>Holland & Knight LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, FL 33602-3644 |
| Winderweedle, Haines, Ward & Woodman, P.A.<br>c/o Ryan E. Davis<br>PO Box 1391<br>Orlando, FL 32802-1391 | Maria M Yip<br>Yip & Associates<br>2 South Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 | 20 Development LLC<br>1089 E Benchview Drive<br>Ogden, UT 84404-3783 |
| A Complete Home Inspection LLC<br>110 Velsco Lane<br>Port Sulphur, LA 70083-2362 | ALV Capital LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | ALV Capital LLC<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>Bedford, NH 03110-7058 |
| AMRODDO HOLDINGS, LLC<br>625 WOODMONT AVE<br>BERKELEY, CA 94708-1233 | Acres & Royalty LLC<br>P.O. Box 1087<br>Ruston, LA  71273-1087 | Adaptive Medical Technologies LLC<br>7349 Paseo Del Sur<br>Scottsdale, AZ 85258 |
| Ajer LLC<br>1070 S 650 West<br>Farmington, UT 84025-4603 | Alere LLC<br>1530 E. Williams Field Rd 201<br>Gilbert, AZ 85295-1825 | Ameiva LLC<br>282 E 300 S<br>Smithfield, UT 84335-1636 |
| Amrodddo Holdings LLC<br>2283 Candlestick Ave<br>Henderson, NV 89052-2361 | Another Chance Group Home Inc<br>54 N Vista Ave<br>Casa Grande, AZ 85122-3193 | Anvil Construction Inc<br>470 N. Main Street<br>Brigham City, UT 84302-1858 |
| Archer Capital Investments<br>Attn: Michael Thompson<br>1448 W. Salmon Caddis Drive<br>Bluffdale, UT 84065-5122 | Autonomous Drine Solutions LLC<br>dba Calaway Solutions<br>Attn: Garrett Calaway<br>7180 S Hudson Circle<br>Centennial, CO 80122-2553 | Autonomous Drone Solutions DBA Calaway Solut<br>2121 Brittmoore 2200<br>Houston, TX 77043-2220 |
| BAYI Capital Management LLC<br>148 Undercliff Avenue<br>Edgewater, NJ 07020-1275 | Bild Credit LLC<br>30 N Gould Street 30212<br>Sheridan, WY 82801-6317 | Bold City Commercial LLC<br>4426 CAPITAL DOME DR<br>Jacksonville, FL 32246-7456 |

| | | |
|---|---|---|
| Braces at Brick, PA<br>900 Cedar Bridge Avenue<br>Brick, NJ 08723 | Brian Bevan<br>282 East 300 South<br>SMITHFIELD, UT 84335-1636 | Brooklyn Heights<br>307 N Lincoln Street<br>307 N Lincoln Street<br>Tallulah, LA 71282-4314 |
| Brooklyn Heights LLC<br>307 N Lincoln Street<br>Tallulah, LA 71282-4314 | Bryan K. Mickler<br>Attorney for the Debtor<br>5452 Arlington Expy.<br>Jacksonville, FL 32211-6860 | Bull & Bear Properties LLC<br>1140 E 87th Street<br>Chicago, IL 60619-7012 |
| Business Live Global USA LLC<br>4538 Walnut Ridge Circle<br>4538 Walnut Ridge Circle<br>McDonald, PA 15057-1608 | Business Live Global USA, LLC<br>4538 Walnut Ridge Circle<br>Mc Donald, PA 15057-1608 | CNF Solutions LLC<br>135 East 620 South<br>Smithfield, UT 84335-4901 |
| CannaVision Inc<br>777 Main Street 600<br>Fort Worth, TX 76102-5368 | Charles Blake Stringer/Nutra-AcresLLC<br>149 South Shore Drive<br>Amarillo, TX 79118-8007 | Cobb Utilities Inc<br>191 Honey Suckle Circle<br>Ranger, GA 30734-6792 |
| Cobb Utilities Inc.<br>191 Honeysuckle Circle NE.<br>Ranger, GA 30734-6792 | Cool Beanz LLC<br>6585 Decatur Blvd<br>Las Vegas, NV 89118-2110 | Cool Beanz, LLC<br>143 West Fulton Street<br>Sanford, FL 32771-1218 |
| Dajo Properties LLC<br>11360Chestnut Tree Rd<br>Honey Brook, PA 19344 | Darnell Development<br>1118 N Chinowth<br>VISALIA, CA 93291-7896 | Darnell Development, LLC<br>2814 W Newton CT<br>Visalia, CA 93291-6593 |
| Dun Agro Hemp Group Inc<br>P.O. Box 475<br>Shelbyville, IN 46176 | Duval County Tax Collector<br>231 Forsyth St. #130<br>Jacksonville FL 32202-3380 | Edge Development LLC<br>315 239th Ct. SE<br>Sammamish, WA 98074-3687 |
| Expansive Investments, LLC<br>3855 S 500 W B<br>Salt Lake City, UT 84115 | Faith Investor Services, LLC<br>1522 4th Ave<br>Asbury Park, NJ 07712-4962 | Faith Investors Services LLC<br>1522 4th Ave<br>Asbury Park, NJ 07712-4962 |
| Fehu Capital Inc<br>3139 W. Holmbe Blvd A 77025-1533 | Ficarra Holdings LLC<br>408 Billings Road<br>Somers, CT 06071-2037 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Foster Group LLC<br>2539 N 300 E<br>Lehi, UT 84043-4403 | Global Verse Holdings LLC<br>1709 Vintage Lane<br>Wylie, TX 75098-0816 | Golden Goods LLC<br>3620 West 10th Street<br>Greeley, CO 80634-1853 |

H&M Essential Services, LLC
221 N Broad Street 3A
Middletown, DE 19709-1070

Half a Dime, LTD
Box 653
Alberta

Heliosun LLC DBA Odin
1600 S Litchfield Rd 230A
Goodyear, AZ 85338

High Dunes II LLC
17 Lockwood Drive
Charleston, SC 29401-1190

Hospitality Growth Capital LLC
23 Upton St
Peabody, MA 01960-0060

Hospitality Growth Capital LLC
c/o Strauss Law Group PLLC
264 South River Road, Box 552
Bedford, NH 03110-7058

Humane Care 7 Days Medical Group Inc
6552 Bolsa Avenue N
Huntington Beach, CA 92647-2656

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Iron Dragon Corporation
70 Winding Way
Gibbsboro, NJ 08026-1460

JC&TL Inc
13865 Magnolia Avenue B
Chino, CA 91710-7047

Just Hewitt LLC
205 E Hidalgo Avenue
Raymondville, TX 78580-2545

Knife & Spirit
7217 E 4th Avenue
Scottsdale, AZ 85251-3634

Knights Lending
1603 Capitol Ave, Ste. 413
Cheyenne, WY 82001-4562

Knut LLC
697 N 740 E
Lehi UT 84043-1300

Latent Lending, LLC
Latent Wealth Group, LLC
Mark Steiner
302 N. Abajo Peak Way, UT 84032

Latent Wealth Group LLC
302 N. Abajo Peak Way
Heber City, UT 84032-6501

Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211-6860

Legacy Land Developers LLC
1651 W 100th St
CHICAGO, IL 60643-2128

Limitless Investment Group, LLC
3855 south
500 West Unit B
Salt Lake City, UT 84115

Lobenhaus Capital, LLC
6303 Lone Wolf Drive
Jamesville, NY 13078-9587

Log Cabin Building LLC
289 Parker Drive
Pittsburgh, PA 15216-1346

MAA DFW Investments LLC
2509 Amelia Island
Southlake, TX 76092-1583

MIMS-IPR, LLC
1627 7th St S
Clanton, AL 35045-8786

McMann Commercial Lending LLC
500 N Michigan Ave 600
Chicago, IL 60611-3754

Meetopolis LLC
Attn: Lisa Butkiewicz
5434 E Kathleen Road
Scottsdale, AZ 85254-1759

Michael Calvitto, H&M Essential Services LLC
15714 Torry Pines Rd.
Houston, TX 77062-4512

Michael Thompson
1448 W Salmon Caddis Dr
Bluffdale, UT 84065-5122

Michele Ruiz Productions, LLC DBA Ruiz Strat
925 Century Park East 1700
West Hollywood, CA 90069

Moser Holdings, LLC
537 S. 150 E.
Smithfield, UT 84335-1654

My Dragonfly Home Solutions, LLC
7700 Irvine Center Drive 800
Irvine, CA 92618-3047

N2N Group, Inc
5 Webb Hill Road
Great Neck, NY  11020
Attention: Michelle Chen
Great Neck, NY 11020-1118

NCR Digital Corp
237 Floyd Road
Shirley, NY 11967-2941

NY SF Sunset Yards LLC
64 Grand Street
Brooklyn, NY 11249-4219

New Mount Olive Church
2905 Macfarlane Crescent
2905 Macfarlane Crescent
Flossmoor, IL 60422-1427

New Mount olive Missionary Baptist Church In
P.O. Box 1696
Harvey, IL 60426-7696

North Haven Lodging Partners LLC
2517 W Brentridge Circle
Sioux Falls, SD 57108-1573

North Haven Lodging Partners LLC
Benjamin J. Morris, c/o Foley & Lardner
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

North Haven Lodging Partners, LLC
Attn: Benjamin Morris, Esq.
Foley & Lardner LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

Nortical Capital Inc
921 E. Parker Street 1
Lakeland, FL 33801-1901

Nutra-Acres Inc
205 Michigan Ave
Chicago, IL 60601-5927

Nutre Leasing LLC
23 Upton St
Peabody, MA 01960-0060

Nutre Leasing LLC
c/o Strauss Law Group PLLC
264 South River Road, Box 552
c/o Strauss Law Group PLLC, 264 South Ri
Bedford, NH 03110-7058

Office of the United States Trustee
400 West Washington Street
Suite 1100
Orlando, FL 32801-2440

On Site Life Care Inc.
41 Flatbush Avenue, 1st Floor
Brooklyn, NY 11217-1145

Onsite lifecare Inc
23 dora lane
Holmdel, NJ 07733-1624

Oregon Business Management Group Inc
12600 SW 72nd Ave 140
Tigard, OR 97223-8356

Phoenix Rising LLC
172 Center Bay
Jackson, WY 83001

Platinum Investments USA LLC
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
Wilmington, DE 19801-1120

Prine Energy Services LLC
450 Gears Road
Houston, TX 77067-4529

Relco Industries LLC and Richard L Ellison
75 Lambert Avenue
Clifton, NJ 07013-1254

Ricks Ventures LLC
1354 W 1900 S
Logan, UT 84321-6882

Rolling By The Dozen RV Park LLC
40 Country Road 267
Somerville, TX 77879-5208

Rowehl & Russo Properties LLC.
237 Floyd Rd
Shirley, NY 11967-2941

S&L Zeppeteli DBA SLZ Waste Inc
191 Moonachie Road
Moonachie, NJ 07074-1309

SSC Services Inc
80 Franklin Street
Framingham, MA 01702-6671

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

Seeking First LLC
3320 Laurel Dale Drive
Tampa, FL 33618-1033

Seiler Tucker Inc
400 Poydras Suite 1460
New Orleans, LA 70130-3260

Skyward Tax & Accounting Service LLC
3505 Lake Lynda Dr. 200
Orlando, FL 32817-8333

Solace Realty Concepts LLC
112 Lehigh Ave
Newark, NJ 07112-2036

| | | |
|---|---|---|
| Solar Capital Funding LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Solar Capital Funding LLC<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 | Solas Realty Concepts LLC<br>112 Lehigh Avenue<br>Newark, NJ 07112-2036 |
| Springer Farms Landholdings LLC<br>325 N 1200 E<br>American Fork, UT 84003-2049 | Story Book Homes LLC<br>86 Mountain Avenue<br>Berkeley Heights, NJ 07922-2633 | Sun Coast Entertainment Live LLC<br>6960 Brescia Way<br>Orlando, FL 32819-5288 |
| Sunlight Storage LLC<br>3344 Bear Canyon Ln<br>Pleasant Grove, UT 84062-8016 | Taj Construction LLC<br>10 Windsor Dr.<br>Foxboro, MA 02035-2226 | Temidayo Adebayo<br>148 Undercliff Avenue<br>Suite 9<br>Edgewater, NJ 07020-1123 |
| Terry's Florists LLC<br>46 English Plaza<br>Red Bank, NJ 07701-1693 | The Farming Co Pty Ltd<br>86 Lakeside Drive<br>Helena Valley<br>6056, Western Australia | The Farming Co. PTY LTD<br>86 Lakeside Dr.<br>Helena, MT 59604 |
| The Generations Group<br>1006 Top Hill Dr<br>Brenham, TX 77833-2585 | The Generations Group-DonStrickland<br>14312 Zion Gate Xing<br>Conroe, TX 77384-2516 | TnC NOLA Holdings LLC<br>1461 Annunciaction Street B<br>New Orleans, LA 70130-4539 |
| U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | Uncle Willie Green Wings<br>141 Lehigh Ave<br>Newark, NJ 07112-2037 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| VTJ LLC<br>706 Leander DR<br>Leander, TX 78641-5017 | WAI Holdings, LLC<br>1275 S Lucerne Blvd<br>Los Angeles, California 90019<br>Attention: David Meiselman<br>Los Angeles, CA 90019-6804 | WW LLC<br>26620 E Hoxie Road<br>Rockford, WA 99030-7003 |
| Wai Holdings LLC<br>45 North Market<br>Wailuku, HI 96793-1756 | Wallingford Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 | Wallingford Lodging Partners LLC<br>Benjamin J. Morris, c/o Foley & Lardner<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |
| West Palm Holdings Inc<br>2705 Via Vistosa<br>San Clemente, CA 92672-3636 | Winslow Homes LLC<br>3539 Tuscany Reserve Blvd 32168-5334 | Zelco Properties LLC<br>108 Patriot Dr A<br>Middletown, DE 19709-8803 |
| Aaron R. Cohen +<br>P.O. Box 4218<br>Jacksonville, FL 32201-4218 | Raye Curry Elliott +<br>Akerman LLP<br>401 East Jackson Street, Suite 1700<br>Tampa, FL 33602-5250 | Ryan E Davis +<br>Winderweedle Haines Ward & Woodman P.A.<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 |

| | | |
|---|---|---|
| Bryan K. Mickler + <br> Mickler & Mickler <br> 5452 Arlington Expressway <br> Jacksonville, FL 32211-6860 | United States Trustee - JAX 11 + <br> Office of the United States Trustee <br> George C Young Federal Building <br> 400 West Washington Street, Suite 1100 <br> Orlando, FL 32801-2210 | Edward M Fitzgerald + <br> Holland & Knight LLP <br> 200 South Orange Ave <br> Suite 2600 <br> Orlando, FL 32801-3453 |
| Max R Tarbox + <br> Tarbox Law PC <br> 2301 Broadway <br> Lubbock, TX 79401-2916 | Scott E Bomkamp + <br> DOJ-Ust <br> United States Trustee <br> 400 W. Washington St. <br> Ste 1100 <br> Orlando, FL 32801-2440 | Jason A. Burgess + <br> Jacksonville <br> 300 North Hogan Street <br> Room 4-213 <br> Jacksonville, FL 32202-4204 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Belle Maison Realty, LLC <br> c/o Lea Muse, Owner <br> 1133 E. 83rd Street 171 <br> Chicago, IL 60619 | (d)Belle Maison Realty, LLC <br> Attn: Lea Muse <br> 1133 E 83rd Street 171 <br> Chicago, IL 60619 |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)John-Michael Cohen | (u)Foster Group, LLC | (u)David Hughes |
| (u)Kristin Stegent | (u)Charles Blake Stringer | (u)Adam B. Walker |
| (d)Andorful Dynasty Real Estate LLC <br> 4826 Cragmere Loop <br> Clermont FL 34711-5523 | (d)Rowehl & Russo Properties, LLC <br> 237 Floyd Road <br> Shirley, NY 11967-2941 | (d)Springer Farms Landholdings, LLC <br> 325 N 1200 E <br> American Fork, UT 84003-2049 |

End of Label Matrix
Mailable recipients    156
Bypassed recipients      9
Total                  165

**AMENDMENT TO SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS**

THIS AMENDMENT TO SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS (the "Amendment") is entered into this ___ day of October, 2024 (the "Effective Date") by and between Aaron Cohen, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Genie Investments NV, Inc. (the "Debtor") and Velanos Principal Capital, a business entity registered in Ontario, Canada ("Velanos" and collectively with the Trustee, the "Parties").

WHEREAS, on February 21, 2024, (the "Petition Date"), the Debtor filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") initiating the case styled: *In re Genie Investments NV, Inc.*, Case No: Case No. 3:24-bk-00496-BAJ (the "Bankruptcy Case").

WHEREAS, the Debtor and Velanos entered into that certain Settlement Agreement and Release of Claims (the "Existing Agreement") with an effective date of May 15, 2024 which settled certain claims the Debtor held against Velanos.

WHEREAS, on August 12, 2024 the Bankruptcy Court entered an Order Converting Case From Chapter 11 to Chapter 7 and the Trustee was appointed to administer the Debtor's estate. As a result, the Trustee now holds the Debtor's claims against Velanos.

WHEREAS, the Trustee and Velanos desire to amend the Existing Agreement to substitute the Trustee as a party to the Existing Agreement in place of the Debtor.

NOW, THEREFORE, in consideration of the foregoing and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1. <u>Amendments to the Existing Agreement</u>. The Existing Agreement is hereby amended as follows:

    a) The Trustee is substituted in the Existing Agreement in place of the Debtor. All references in the Existing Agreement to "Genie Investments NV, a Nevada corporation" are replaced with "Aaron Cohen, Chapter 7 Trustee for the bankruptcy estate of Genie Investments NV, Inc." and all references to "Genie" are replaced with "Trustee", with the exception of paragraphs a. b., and c on page 1 of the Existing Agreement.

    b) Paragraph 15 of the Existing Agreement is hereby deleted in its entirety and replaced with the following:

    15. <u>Pendency of Bankruptcy Proceedings</u>. The Parties acknowledge that this Settlement Agreement is contingent upon the approval of this Settlement Agreement by the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") in the bankruptcy case styled *In re Genie Investments NV, Inc.*, Case No: Case No. 3:24-bk-00496-BAJ (the "Bankruptcy Case"). If the Trustee is unable to obtain Bankruptcy Court

      approval of the Settlement Agreement in the form of a non-appealable and final order, the Settlement Agreement shall be voided as to any remaining obligations of the Parties, except that the Trustee is entitled to retain any part of the Settlement Amount previously paid by Velanos and the Consent Award entered pursuant to ¶ 6 of the Settlement Agreement shall remain in full force and effect.

c)   Paragraph 16 of the Existing Agreement is hereby deleted in its entirety and replaced with the following:

16. <u>Choice of Law and Venue</u>. This Settlement Agreement shall in all respects be construed in accordance with and governed by the laws of the State of Florida applicable to contracts made and to be performed fully within the State of Florida. The Parties consent to the jurisdiction of the Bankruptcy Court for any all disputes arising out of or resulting from this Settlement Agreement.

d)   Paragraph 26 of the Existing Agreement is hereby amended with the addition of the following sentence at the end of Paragraph 26:

"The Trustee is permitted to attach a copy of this Settlement Agreement to the motion to approve the Settlement Agreement (the "<u>Motion</u>") filed with the Bankruptcy Court and serve the Motion with attached Settlement Agreement on all persons required to receive service of the Motion pursuant to the United States Bankrtupcy Code and Federal Rules of Bankruptcy Procedure."

e)   Paragraph 27 of the Existing Agreement is hereby amended to delete the following indicated by a ~~strike-through~~ and replaced with the following indicated by an <u>underline</u>:

~~Genie Investments NV~~
~~c/o of David Hughes~~
~~2812 Pat Tillman Drive~~
~~Springfield, Illinois 627111~~
~~dhughes@genieinvestments.com~~

<u>Aaron Cohen, Chapter 7 Trustee</u>
<u>P.O. Box 4218</u>
<u>Jacksonville, FL 32201-4218</u>

~~Legal Counsel for Genie Investments:~~
~~AW Securities Law~~
~~c/o Adam Walker~~
~~4010 Pennsylvania Ave., Suite 115-110~~
~~Kansas City, Missouri 64111~~
~~adam@awsecuritieslaw.com~~

2

78252077;1

       Legal Counsel for the Trustee:
       Raye Elliott
       Akerman LLP
       401 E. Jackson St., Ste. 1700
       Tampa, FL 33602
       raye.elliott@akerman.com

    f) Exhibit A to the Existing Agreement is deleted in its entirety. Bank account information for the Trustee has previously been provided to counsel for Velanos.

2. **Miscellaneous**.

    a) This Amendment is governed by and construed in accordance with the laws of the State of Florida applicable to contracts made and to be performed fully within the State of Florida. The Parties consent to the jurisdiction of the Bankruptcy Court for any all disputes arising out of or resulting from this Amendment.

    b) This Amendment shall inure to the benefit of and be binding upon each of the Parties and each of their respective successors and assigns.

    c) The headings in this Amendment are for reference only and do not affect the interpretation of this Amendment.

    d) This Amendment may be executed in counterparts, each of which is deemed an original, but all of which constitute one and the same agreement.

    e) This Amendment constitutes the sole and entire agreement between the Parties with respect to the subject matter contained herein, and supersedes all prior and contemporaneous understandings, agreements, representations, and warranties, both written and oral, with respect to such subject matter.

    f) Each Party shall pay its own costs and expenses in connection with this Amendment (including the fees and expenses of its advisors, accountants, and legal counsel).

IN WITNESS WHEREOF, the Parties intending to be legally bound, have duly executed and delivered this Amendment as of the Effective Date.

| **VELANOS PRINCIPAL CAPITAL** | **AARON R. COHEN, CHAPTER 7 TRUSTEE** |
|---|---|
| By: _/s/ Joshua Wearmouth_ <br> Joshua Wearmouth <br> Its: Chief Executive Officer <br> Dated: 10/17/2024 | _/s/ Aaron R. Cohen, Trustee_ <br> Aaron R. Cohen, as Chapter 7 Trustee of the bankrtupcy estate of Genie Investments NV, Inc. <br> Dated: 10/16/2024 |

4