**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

In Re: §
§
Genie Investments NV, Inc., §
§
§ Case No.: 3:24-bk-00496
Debtor. §

## CROSS-NOTICE OF RULE 2004 EXAMINATION ATTENDANCE

TO: All Interested Parties

PLEASE TAKE NOTICE that Lea Muse and Blake Stringer intend to attend the Rule 2004 examination of the following individuals and companies:

1. David Hughes
2. John Michael Cohen
3. Zoomeral
4. Genie Investments NV
5. All Genie entities

Date of Examination:     October 30, 2024
Location:                Zoom video conferencing with Aaron R Cohen, Trustee represented by Raye Curry Elliott, attorney Akerman LLP

The examination will concern matters related to the financial affairs and company activities of the debtor, Genie Investments NV Inc., as well as any other matters that may be relevant to the administration of the bankruptcy estate.

Both Lea Muse and Blake Stringer will attend the examination to observe and take notes as permitted by the applicable rules.

Lea Muse
Email: lea.bellerealty@gmail.com

*/s/ Lea Muse*

Date: October 16, 2024

FROM:
Lea Muse
1133 E 83rd St. #171
Chicago, IL 60619

TO:
Case # 3:24-BK-00496
Jacksonville Division
US Bankruptcy Court
300 N. Hogan Street
Suite 3-150
Jacksonville, FL 32202

US POSTAGE PAID
$10.45
Origin: 60616
10/16/24
1615920161-38

PRIORITY MAIL®
0 Lb 1.60 Oz
RDC 03
C008

EXPECTED DELIVERY DAY: 10/18/24

SHIP TO:
300 N HOGAN ST
JACKSONVILLE FL 32202-4204

USPS TRACKING® #
9505 5103 6772 4290 7465 07