**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

**GENIE INVESTMENTS NV INC.,**      Case Number: 3:24-bk-00496-BAJ
                                     Chapter 7

    Debtor,

_____/

**NOTICE OF FILING SUPPLEMENTAL FEE APPLICATION OF HOLLAND & KNIGHT, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

    Pursuant to Rule 2002(c)(2) and Rule 2002(a)(6), Holland & Knight LLP hereby gives notice to parties in interest of the filing of a Supplemental Application for Compensation Holland & Knight, LLP, Counsel for the Official Committee of Unsecured Creditors of Genie Investments NV Inc.

---

**NOTICE OF APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**
**AND OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Holland & Knight, LLP, as Counsel for the Official Committee of Unsecured Creditors of Genie Investments NV Inc. in this case, ("Applicant") has filed a Supplemental Application for Compensation for Holland & Knight, LLP, in the amount of $7,692.00 (the "Supplemental Application"). A copy of the Supplemental Application may be viewed on the case docket or by request to Applicant at (407) 425-8500 or edward.fitzgerald@hklaw.com.

If you object to the Application, you must file an objection with the Clerk of Court at 300 North Hogan Street, Suite 3-150, Jacksonville, FL 32202 and a copy to Edward Fitzgerald, Esq., Holland & Knight, LLP, within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

---

                                                 **HOLLAND & KNIGHT LLP**

                                                 */s/ Edward Fitzgerald*
                                                 Noel R. Boeke, Esq.

FL Bar Number: 151830
noel.boeke@hklaw.com
W. Keith Fendrick, Esq.
FL Bar Number: 612154
keith.fendrick@hklaw.com
100 North Tampa Street, Suite 4100
Tampa, FL 33602
Telephone:  (813) 227-8500

and

Edward M. Fitzgerald, Esq.
FL Bar Number: 010391
edward.fitzgerald@hklaw.com
200 S. Orange Avenue, Suite 2600
Orlando, FL 32801
Telephone:  (407) 425-8500

COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GENIE INVESTMENTS NV INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 21, 2024, a copy of the foregoing has been furnished via:

Electronic Transmission to:

Bryan K. Mickler, Esq.
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
Email: court@planlaw.com

Scott E Bomkamp, Esq.
DOJ-Ust
United States Trustee
400 W. Washington St., Suite 1100
Orlando, FL 32801
Email: scott.e.bomkamp@usdoj.gov

United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Email: raye.elliott@akerman.com

All those registered to receive CM/ECF on this case.

Via US Mail to:

Debtor
Genie Investments NV, Inc.
PO Box 60443
Jacksonville, FL 32236

Aaron R. Cohen
P.O. Box 4218
Jacksonville, FL 32201-4218

Local Rule 1007-2 parties in interest listed on the attached mailing matrix.

/s/ Edward M. Fitzgerald
Edward M. Fitzgerald, Esq.

```
Label Matrix for local noticing           Acres & Royalty, LLC                      Andorful Dynasty Real Estate LLC
113A-3                                    c/o G. Chase Buxton                       4826 Cragmere Loop
Case 3:24-bk-00496-BAJ                    P.O. Box 1087                             Clermont, FL 34711-5523
Middle District of Florida                Ruston, LA 71273-1087
Jacksonville
Mon Oct 21 17:15:04 EDT 2024

(p)BELLE MAISON REALTY  LLC               Lisa Butkiewicz                           Genie Investments NV Inc.
ATTN LEA MUSE                             6501 E. Greenway Parkway                  PO Box 60443
1133 E 83RD ST                            #103-218                                  Jacksonville, FL 32236-0443
171                                       Scottsdale, AZ 85254-2025
CHICAGO IL 60619-6455


Holland & Knight LLP                      Hal A. Levenberg, CIRA, CFE               The Official Committee of Unsecured Creditor
c/o Noel Boeke, Esq.                      YIP ASSOCIATES                            c/o Noel R. Boeke
100 N. Tampa St., Ste. 4100               One Biscayne Tower                        Holland & Knight LLP
Tampa, FL 33602-3644                      2 S. Biscayne Blvd., Suite 2690           100 North Tampa Street, Suite 4100
                                          Miami, FL 33131-1815                      Tampa, FL 33602-3644


Winderweedle, Haines, Ward & Woodman, P.A. Maria M Yip                              20 Development LLC
c/o Ryan E. Davis                         Yip & Associates                          1089 E Benchview Drive
PO Box 1391                               2 South Biscayne Boulevard, Suite 2690    Ogden, UT 84404-3783
Orlando, FL 32802-1391                    Miami, FL 33131-1815


A Complete Home Inspection LLC -          ALV Capital LLC                           ALV Capital LLC -
110 Velsco Lane                           23 Upton St                               c/o Strauss Law Group PLLC
Port Sulphur, LA 70083-2362               Peabody, MA 01960-0060                    264 South River Road, Box 552
                                                                                    Bedford, NH 03110-7058


AMRODDO HOLDINGS, LLC -                   Acres & Royalty LLC                       Adaptive Medical Technologies LLC
625 WOODMONT AVE                          P.O. Box 1087                             7349 Paseo Del Sur
BERKELEY, CA 94708-1233                   Ruston, LA  71273-1087                    Scottsdale, AZ 85258


Ajer LLC                                  Alere LLC -                               Ameiva LLC
1070 S 650 West                           1530 E. Williams Field Rd 201             282 E 300 S
Farmington, UT 84025-4603                 Gilbert, AZ 85295-1825                    Smithfield, UT 84335-1636


Amrodddo Holdings LLC                     Another Chance Group Home Inc -           Anvil Construction Inc
2283 Candlestick Ave                      54 N Vista Ave                            470 N. Main Street
Henderson, NV 89052-2361                  Casa Grande, AZ 85122-3193                Brigham City, UT 84302-1858


Archer Capital Investments                Autonomous Drine Solutions LLC            Autonomous Drone Solutions DBA Calaway Solut
Attn: Michael Thompson                    dba Calaway Solutions                     2121 Brittmoore 2200
1448 W. Salmon Caddis Drive               Attn: Garrett Calaway                     Houston, TX 77043-2220
Bluffdale, UT 84065-5122                  7180 S Hudson Circle
                                          Centennial, CO 80122-2553


BAYI Capital Management LLC               Bild Credit LLC -                         Bold City Commercial LLC
148 Undercliff Avenue                     30 N Gould Street 30212                   4426 CAPITAL DOME DR
Edgewater, NJ 07020-1275                  Sheridan, WY 82801-6317                   Jacksonville, FL 32246-7456
```

| | | |
|---|---|---|
| Braces at Brick, PA<br>900 Cedar Bridge Avenue<br>Brick, NJ 08723 | Brian Bevan -<br>282 East 300 South<br>SMITHFIELD, UT 84335-1636 | Brooklyn Heights -<br>307 N Lincoln Street<br>307 N Lincoln Street<br>Tallulah, LA 71282-4314 |
| Brooklyn Heights LLC<br>307 N Lincoln Street<br>Tallulah, LA 71282-4314 | Bryan K. Mickler<br>Attorney for the Debtor<br>5452 Arlington Expy.<br>Jacksonville, FL 32211-6860 | Bull & Bear Properties LLC -<br>1140 E 87th Street<br>Chicago, IL 60619-7012 |
| Business Live Global USA LLC -<br>4538 Walnut Ridge Circle<br>4538 Walnut Ridge Circle<br>McDonald, PA 15057-1608 | Business Live Global USA, LLC<br>4538 Walnut Ridge Circle<br>Mc Donald, PA 15057-1608 | CNF Solutions LLC<br>135 East 620 South<br>Smithfield, UT 84335-4901 |
| CannaVision Inc<br>777 Main Street 600<br>Fort Worth, TX 76102-5368 | Charles Blake Stringer/Nutra-AcresLLC<br>149 South Shore Drive<br>Amarillo, TX 79118-8007 | Cobb Utilities Inc<br>191 Honey Suckle Circle<br>Ranger, GA 30734-6792 |
| Cobb Utilities Inc. -<br>191 Honeysuckle Circle NE.<br>Ranger, GA 30734-6792 | Cool Beanz LLC<br>6585 Decatur Blvd<br>Las Vegas, NV 89118-2110 | Cool Beanz, LLC -<br>143 West Fulton Street<br>Sanford, FL 32771-1218 |
| Dajo Properties LLC<br>11360Chestnut Tree Rd<br>Honey Brook, PA 19344 | Darnell Development -<br>1118 N Chinowth<br>VISALIA, CA 93291-7896 | Darnell Development, LLC<br>2814 W Newton CT<br>Visalia, CA 93291-6593 |
| Dun Agro Hemp Group Inc<br>P.O. Box 475<br>Shelbyville, IN 46176 | Duval County Tax Collector<br>231 Forsyth St.  #130<br>Jacksonville FL 32202-3380 | Edge Development LLC<br>315 239th Ct. SE<br>Sammamish, WA 98074-3687 |
| Expansive Investments, LLC<br>3855 S 500 W B<br>Salt Lake City, UT 84115 | Faith Investor Services, LLC<br>1522 4th Ave<br>Asbury Park, NJ 07712-4962 | Faith Investors Services LLC -<br>1522 4th Ave<br>Asbury Park, NJ 07712-4962 |
| Fehu Capital Inc<br>3139 W. Holmbe Blvd A 77025-1533 | Ficarra Holdings LLC<br>408 Billings Road<br>Somers, CT 06071-2037 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Foster Group LLC -<br>2539 N 300 E<br>Lehi, UT 84043-4403 | Global Verse Holdings LLC -<br>1709 Vintage Lane<br>Wylie, TX 75098-0816 | Golden Goods LLC<br>3620 West 10th Street<br>Greeley, CO 80634-1853 |

| | | |
|---|---|---|
| H&M Essential Services, LLC<br>221 N Broad Street 3A<br>Middletown, DE 19709-1070 | Half a Dime, LTD<br>Box 653<br>Alberta | Heliosun LLC DBA Odin -<br>1600 S Litchfield Rd 230A<br>Goodyear, AZ 85338 |
| High Dunes II LLC<br>17 Lockwood Drive<br>Charleston, SC 29401-1190 | Hospitality Growth Capital LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Hospitality Growth Capital LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>Bedford, NH 03110-7058 |
| Humane Care 7 Days Medical Group Inc<br>6552 Bolsa Avenue N<br>Huntington Beach, CA 92647-2656 | Internal Revenue Service -<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Iron Dragon Corporation<br>70 Winding Way<br>Gibbsboro, NJ 08026-1460 |
| JC&TL Inc<br>13865 Magnolia Avenue B<br>Chino, CA 91710-7047 | Just Hewitt LLC<br>205 E Hidalgo Avenue<br>Raymondville, TX 78580-2545 | Knife & Spirit<br>7217 E 4th Avenue<br>Scottsdale, AZ 85251-3634 |
| Knights Lending<br>1603 Capitol Ave, Ste. 413<br>Cheyenne, WY 82001-4562 | Knut LLC<br>697 N 740 E<br>Lehi UT 84043-1300 | Latent Lending, LLC -<br>Latent Wealth Group, LLC<br>Mark Steiner<br>302 N. Abajo Peak Way, UT 84032 |
| Latent Wealth Group LLC<br>302 N. Abajo Peak Way<br>Heber City, UT 84032-6501 | Law Offices of Mickler & Mickler, LLP<br>5452 Arlington Expy.<br>Jacksonville, FL 32211-6860 | Legacy Land Developers LLC -<br>1651 W 100th St<br>CHICAGO, IL 60643-2128 |
| Limitless Investment Group, LLC -<br>3855 south<br>500 West Unit B<br>Salt Lake City, UT 84115 | Lobenhaus Capital, LLC<br>6303 Lone Wolf Drive<br>Jamesville, NY 13078-9587 | Log Cabin Building LLC -<br>289 Parker Drive<br>Pittsburgh, PA 15216-1346 |
| MAA DFW Investments LLC<br>2509 Amelia Island<br>Southlake, TX 76092-1583 | MIMS-IPR, LLC -<br>1627 7th St S<br>Clanton, AL 35045-8786 | McMann Commercial Lending LLC<br>500 N Michigan Ave 600<br>Chicago, IL 60611-3754 |
| Meetopolis LLC<br>Attn: Lisa Butkiewicz<br>5434 E Kathleen Road<br>Scottsdale, AZ 85254-1759 | Michael Calvitto, H&M Essential Services LLC<br>15714 Torry Pines Rd.<br>Houston, TX 77062-4512 | Michael Thompson -<br>1448 W Salmon Caddis Dr<br>Bluffdale, UT 84065-5122 |
| Michele Ruiz Productions, LLC DBA Ruiz Strat<br>925 Century Park East 1700<br>West Hollywood, CA 90069 | Moser Holdings, LLC<br>537 S. 150 E.<br>Smithfield, UT 84335-1654 | My Dragonfly Home Solutions, LLC<br>7700 Irvine Center Drive 800<br>Irvine, CA 92618-3047 |

| | | |
|---|---|---|
| N2N Group, Inc -<br>5 Webb Hill Road<br>Great Neck, NY  11020<br>Attention:  Michelle Chen<br>Great Neck, NY 11020-1118 | NCR Digital Corp -<br>237 Floyd Road<br>Shirley, NY 11967-2941 | NY SF Sunset Yards LLC<br>64 Grand Street<br>Brooklyn, NY 11249-4219 |
| New Mount Olive Church -<br>2905 Macfarlane Crescent<br>2905 Macfarlane Crescent<br>Flossmoor, IL 60422-1427 | New Mount olive Missionary Baptist Church In<br>P.O. Box 1696<br>Harvey, IL 60426-7696 | North Haven Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 |
| North Haven Lodging Partners LLC -<br>Benjamin J. Morris, c/o Foley & Lardner<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 | North Haven Lodging Partners, LLC<br>Attn: Benjamin Morris, Esq.<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 | Nortical Capital Inc -<br>921 E. Parker Street 1<br>Lakeland, FL 33801-1901 |
| Nutra-Acres Inc<br>205 Michigan Ave<br>Chicago, IL 60601-5927 | Nutre Leasing LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Nutre Leasing LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 |
| Office of the United States Trustee -<br>400 West Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | On Site Life Care Inc.<br>41 Flatbush Avenue, 1st Floor<br>Brooklyn, NY 11217-1145 | Onsite lifecare Inc -<br>23 dora lane<br>Holmdel, NJ 07733-1624 |
| Oregon Business Management Group Inc<br>12600 SW 72nd Ave 140<br>Tigard, OR 97223-8356 | Phoenix Rising LLC<br>172 Center Bay<br>Jackson, WY 83001 | Platinum Investments USA LLC<br>c/o THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER 1209 ORANGE ST<br>Wilmington, DE 19801-1120 |
| Prine Energy Services LLC<br>450 Gears Road<br>Houston, TX 77067-4529 | Relco Industries LLC and Richard L Ellison -<br>75 Lambert Avenue<br>Clifton, NJ 07013-1254 | Ricks Ventures LLC<br>1354 W 1900 S<br>Logan, UT 84321-6882 |
| Rolling By The Dozen RV Park LLC -<br>40 Country Road 267<br>Somerville, TX 77879-5208 | Rowehl & Russo Properties LLC. -<br>237 Floyd Rd<br>Shirley, NY 11967-2941 | S&L Zeppeteli DBA SLZ Waste Inc -<br>191 Moonachie Road<br>Moonachie, NJ 07074-1309 |
| SSC Services Inc<br>80 Franklin Street<br>Framingham, MA 01702-6671 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Seeking First LLC<br>3320 Laurel Dale Drive<br>Tampa, FL 33618-1033 |
| Seiler Tucker Inc -<br>400 Poydras Suite 1460<br>New Orleans, LA 70130-3260 | Skyward Tax & Accounting Service LLC<br>3505 Lake Lynda Dr. 200<br>Orlando, FL 32817-8333 | Solace Realty Concepts LLC -<br>112 Lehigh Ave<br>Newark, NJ 07112-2036 |

| | | |
|---|---|---|
| Solar Capital Funding LLC<br>23 Upton St<br>Peabody, MA 01960-0060 | Solar Capital Funding LLC -<br>c/o Strauss Law Group PLLC<br>264 South River Road, Box 552<br>c/o Strauss Law Group PLLC, 264 South Ri<br>Bedford, NH 03110-7058 | Solas Realty Concepts LLC<br>112 Lehigh Avenue<br>Newark, NJ 07112-2036 |
| Springer Farms Landholdings LLC<br>325 N 1200 E<br>American Fork, UT 84003-2049 | Story Book Homes LLC<br>86 Mountain Avenue<br>Berkeley Heights, NJ 07922-2633 | Sun Coast Entertainment Live LLC -<br>6960 Brescia Way<br>Orlando, FL 32819-5288 |
| Sunlight Storage LLC<br>3344 Bear Canyon Ln<br>Pleasant Grove, UT 84062-8016 | Taj Construction LLC<br>10 Windsor Dr.<br>Foxboro, MA 02035-2226 | Temidayo Adebayo -<br>148 Undercliff Avenue<br>Suite 9<br>Edgewater, NJ 07020-1123 |
| Terry's Florists LLC<br>46 English Plaza<br>Red Bank, NJ 07701-1693 | The Farming Co Pty Ltd -<br>86 Lakeside Drive<br>Helena Valley<br>6056, Western Australia | The Farming Co. PTY LTD<br>86 Lakeside Dr.<br>Helena, MT 59604 |
| The Generations Group<br>1006 Top Hill Dr<br>Brenham, TX 77833-2585 | The Generations Group-DonStrickland -<br>14312 Zion Gate Xing<br>Conroe, TX 77384-2516 | TnC NOLA Holdings LLC -<br>1461 Annunciaction Street B<br>New Orleans, LA 70130-4539 |
| U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | Uncle Willie Green Wings -<br>141 Lehigh Ave<br>Newark, NJ 07112-2037 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| VTJ LLC<br>706 Leander DR<br>Leander, TX 78641-5017 | WAI Holdings, LLC -<br>1275 S Lucerne Blvd<br>Los Angeles, California 90019<br>Attention: David Meiselman<br>Los Angeles, CA 90019-6804 | WW LLC<br>26620 E Hoxie Road<br>Rockford, WA 99030-7003 |
| Wai Holdings LLC<br>45 North Market<br>Wailuku, HI 96793-1756 | Wallingford Lodging Partners LLC<br>2517 W Brentridge Circle<br>Sioux Falls, SD 57108-1573 | Wallingford Lodging Partners LLC -<br>Benjamin J. Morris, c/o Foley & Lardner<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |
| West Palm Holdings Inc -<br>2705 Via Vistosa<br>San Clemente, CA 92672-3636 | Winslow Homes LLC<br>3539 Tuscany Reserve Blvd 32168-5334 | Zelco Properties LLC -<br>108 Patriot Dr A<br>Middletown, DE 19709-8803 |
| Aaron R. Cohen +<br>P.O. Box 4218<br>Jacksonville, FL 32201-4218 | Raye Curry Elliott +<br>Akerman LLP<br>401 East Jackson Street, Suite 1700<br>Tampa, FL 33602-5250 | Ryan E Davis +<br>Winderweedle Haines Ward & Woodman P.A.<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 |

| | | |
|---|---|---|
| Bryan K. Mickler +<br>Mickler & Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6860 | United States Trustee - JAX 11 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Edward M Fitzgerald +<br>Holland & Knight LLP<br>200 South Orange Ave<br>Suite 2600<br>Orlando, FL 32801-3453 |
| Max R Tarbox +<br>Tarbox Law PC<br>2301 Broadway<br>Lubbock, TX 79401-2916 | Scott E Bomkamp +<br>DOJ-Ust<br>United States Trustee<br>400 W. Washington St.<br>Ste 1100<br>Orlando, FL 32801-2440 | Jason A. Burgess +<br>Jacksonville<br>300 North Hogan Street<br>Room 4-213<br>Jacksonville, FL 32202-4204 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Belle Maison Realty, LLC<br>c/o Lea Muse, Owner<br>1133 E. 83rd Street 171<br>Chicago, IL 60619 | (d)Belle Maison Realty, LLC<br>Attn: Lea Muse<br>1133 E 83rd Street 171<br>Chicago, IL 60619 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)John-Michael Cohen | (u)Foster Group, LLC | (u)David Hughes |
| (u)Lea Muse | (u)Kristin Stegent | (u)Charles Blake Stringer |
| (u)Adam B. Walker | (d)Andorful Dynasty Real Estate LLC<br>4826 Cragmere Loop<br>Clermont FL 34711-5523 | (d)Rowehl & Russo Properties, LLC<br>237 Floyd Road<br>Shirley, NY 11967-2941 |
| (d)Springer Farms Landholdings, LLC -<br>325 N 1200 E<br>American Fork, UT 84003-2049 | (u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF<br>---------------------------------------------<br>Note: Entries with a '-' at the end of the name have filed a claim in this case | End of Label Matrix<br>Mailable recipients   155<br>Bypassed recipients    11<br>Total                 166 |