# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**In re:**

**GENIE INVESTMENTS NV INC.,**  Case Number: 3:24-bk-00496-BAJ
Chapter 7

    **Debtor,**

_____/

## SUPPLEMENT TO FIRST APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES OF HOLLAND & KNIGHT LLP AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY.

| | |
|---|---|
| Edward M. Fitzgerald, Esq. | Date: October 21, 2024 |
| Name of Applicant: | Holland & Knight LLP |
| Services Provided to: | Official Committee of Unsecured Creditors of Genie Investments NV Inc. |
| Date of Retention: | May 3, 2023 |
| Period for this Supplemental Application: | July 18, 2024 through August 8, 2024 |
| Amount of Supplemental Compensation Sought: | $ 7,692.00 |
| Amount of Expense Reimbursement: | $ 0.00 |
| Total Supplemental Compensation Sought: | $ 7,692.00 |
| Total Compensation and Expenses Sought (including First Application): | $ 74,395.66 |
| Amount of Original Retainer: | $ 10,000.00 |

## FEE SUMMARY

TOTAL FEES REQUESTED
IN THIS SUPPLEMENTAL APPLICATION:    $ 7,692.00

TOTAL EXPENSES REQUESTED
IN THIS APPLICATION:    $ 0.00

TOTAL REQUESTED IN THIS
APPLICATION:    $ 7,692.00

| Name of Professional | Title | Hourly Rate | Total Hours Worked | Value |
|---|---|---|---|---|
| Edward Fitzgerald | Partner | $595 | 9 | $5,355.00 |
| Eric Reed | Partner | $595 | .2 | $119.00 |
| Noel Boeke | Partner | $595 | 2.4 | $1,428.00 |
| Kameron Fleming | Associate | $395 | 2 | $790.00 |

## SUPPLEMENTAL APPLICATION

Holland & Knight LLP ("**Holland & Knight**" or "**Applicant**"), as counsel to the Official Committee of Unsecured Creditors of Genie Investments NV Inc. (the "**Committee**"), and pursuant to Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court, Middle District of Florida, hereby submits this Supplement to its First Fee Application for Compensation and Reimbursement of Expenses ("**Supplemental Application**"), for the purpose of seeking compensation for services rendered and expenses incurred from the period of its First Fee Application for Compensation and Reimbursement of Expenses (the "**First Application**")[1] (Doc. No. 172) through August 8, 2024, the date of conversion of this case. In this Supplemental Application, Counsel applies for allowance of compensation for legal services provided to and on behalf of the Committee for the time period of *July 18, 2024 through August 8, 2024* (the "**Supplemental Period**") in the amount of **$7,692.00**, and in support states:

---

[1] The First Application and all exhibits thereto are hereby incorporated by reference.

- 2 -

1. On July 19, 2024, the undersigned counsel for the Committee filed its First Application requesting allowance of compensation for legal services performed in the above-captioned matter on behalf of the Debtor and for the benefit of the estate, in the amount of **$66,433.00** and reimbursement of expenses in the amount of **$270.06**, for total compensation of **$66,703.66** for services rendered during the time period of *May 3, 2024 through July 16, 2024.*

2. Since the submission of the First Fee Application, Counsel has rendered additional services to the estate on behalf of the Committee, as described herein, with a value of **$7,692.00** during the Supplemental Period (the "**Supplemental Amount**").

3. Holland & Knight submits this Supplemental Application as a summary of services performed, and states that the services rendered were reasonable and necessary to discharge its duties and responsibilities as counsel for the Committee.

4. Holland & Knight has attached its time and expense records as **Exhibit A** to this Application. These records reflect the services rendered on each date, the identity of the person rendering the service, and the time spent rendering the services.

5. Holland & Knight, in the discharge of its duties and responsibilities pursuant to the Order, has rendered services to the Committee upon the Committee's request in order to discharge the Committee's responsibilities and further the interests of the Committee's constituents in this Chapter 11 Case. Holland & Knight's services in the Supplemental Period have included, assisting, advising and representing the Committee with respect to the following matters:

    a. The administration of this Chapter 11 Case and the exercise of oversight with respect to the Debtor's affairs, including all issues in connection with the Debtor, the Committee and/or this Chapter 11 Case;

    b. The preparation on behalf of the Committee of necessary applications, objections, memoranda, orders, reports, and other legal papers;

    c.      Appearances in Court;

    d.      Participation in meetings with the Committee;

    e.      Communications with the Committee's constituents in furtherance of its responsibilities, including, but not limited to, communications required under section 1102 of the Bankruptcy Code; and

    f.      The performance of all of the Committee's duties and powers under the Bankruptcy Code and the Bankruptcy Rules and the performance of such other services as are in the interests of those represented by the Committee.

## **FACTORS TO BE CONSIDERED**

6.      The professional services for which compensation is sought were rendered solely on behalf of the Committee in connection with this case, pursuant to the professional responsibility of Applicant as counsel to the Committee. None of the services for which compensation is requested were performed on behalf of any other person or entity. Neither Applicant nor any member of Applicant's firm is party to any agreement for the sharing of compensation in this case other than the agreement for sharing compensation among members of the law firm as expressly authorized by the Bankruptcy Code.

7.      The hours spent and rates charged by Applicant during the Supplemental Period are commensurate with attorneys performing similar services in the Middle District of Florida, specifically Jacksonville. The services rendered by Applicant with respect to the above-referenced case were beneficial at the time rendered and necessary. The services were performed in a reasonable amount of time with respect to the complexity, importance and nature of the problems, issues and tasks addressed. The compensation Applicant seeks is reasonable based upon customary compensation. Applicant has the experience, reputation and ability in the field of bankruptcy law, and commercial law, to justify an award in the amount requested. In

addition, as detailed in the Committee's Application to Retain and Employ Applicant, Applicant's standard hourly rates were significantly discounted for this Chapter 11 case.

8. Holland & Knight submits this Supplemental Application with the Court seeking allowance and payment for the fees incurred in rendering services to the Committee in this proceeding.

WHEREFORE, Holland & Knight respectfully submits this Supplemental Application requesting approval and payment of its fees and expenses set forth herein and for such other relief as this Court deems proper.

Dated: October 21, 2024

        Respectfully Submitted,

        **HOLLAND & KNIGHT LLP**

        /s/ *Edward M. Fitzgerald*
        Noel R. Boeke, Esq.
        FL Bar Number: 151830
        noel.boeke@hklaw.com
        W. Keith Fendrick, Esq.
        FL Bar Number: 612154
        keith.fendrick@hklaw.com
        100 North Tampa Street, Suite 4100
        Tampa, FL 33602
        Telephone: (813) 227-8500

        and

        Edward M. Fitzgerald, Esq.
        FL Bar Number: 010391
        edward.fitzgerald@hklaw.com
        200 S. Orange Avenue, Suite 2600
        Orlando, FL 32801
        Telephone: (407) 425-8500

        COUNSEL TO THE OFFICIAL COMMITTEE OF
        UNSECURED CREDITORS OF GENIE
        INVESTMENTS NV INC.

**DECLARATION**

1. I am a partner in the firm of Holland & Knight LLP. Holland & Knight was appointed by this Court as counsel for the Committee in the matter entitled *In re Genie Investments NV Inc.*, Case No. 3:24-bk-00496-BAJ.

2. Under penalties of perjury, I declare that the Supplemental Application for Allowance of Attorneys' Fees filed in this cause and the exhibit thereto, are true and correct to the best of my knowledge, information, and belief.

Dated: October 21, 2024.

/s/ Edward M. Fitzgerald
Edward M. Fitzgerald
Florida Bar No. 010391

**EXHIBIT A**

**HOLLAND & KNIGHT LLP**          **DUE BACK BY:**
Prebill Number: **4349124**      Date: 08/26/2024
Billed Through Date: 08/21/24      Client.Matter: 230768.00001

---

**Client:** 230768  The Official Committee of Unsecured Cred
**Matter:** 00001  Genie Investments NV - Fraud Victims Case
**Matter Rate Code:** 1 - Standard Rate
**Date Opened:** 05/21/24
**Frequency Code:** UR
**Class Code:** STD  Hourly

**Billing Attorney:** 50159  Fitzgerald, Edward M. (ORL)
**Responsible Attorney:** 50159  Fitzgerald, Edward M.

**Participating Attorney Information:**
46397  Reed, Eric Christopher  ORIG  40%
50159  Fitzgerald, Edward M.  ORIG  40%
80092  Boeke, Noel R.  ORIG  10%
90900  Fendrick, Keith  ORIG  10%
46397  Reed, Eric Christopher  RESP  25%
50159  Fitzgerald, Edward M.  RESP  50%
80092  Boeke, Noel R.  RESP  25%

☐ BILL NO CHANGE      ☐ CLOSE MATTER      ☐ TOTAL WRITE OFF
☐ BILL WITH EDITS      ☐ HOLD
☐ DRAFT WITH EDITS      ☐ FINAL BILL

**Billing Attorney Signature:** _____

| PREBILL SUMMARY | AMOUNT | |
|---|---:|---|
| UNBILLED FEES | 7,692.00 | |
| UNBILLED DISBURSEMENTS | 0.00 | |
| **TOTAL UNBILLED** | **7,692.00** | |
| LESS TOTAL ON ACCOUNT CREDITS | -(0.00) | |
| **AVAILABLE TO INVOICE AFTER APPLICATION OF ON ACCOUNT CREDITS** | **$ 7,692.00** | |

| MATTER CREDITS | | AMOUNT TO APPLY |
|---|---:|---|
| TOTAL UNAPPLIED CASH | 0.00 | |
| TOTAL ON ACCOUNT CREDITS | 0.00 | |
| TOTAL TRUST RETAINER | 10,000.00 | |
| TOTAL TRUST - 3RD PARTY | 0.00 | |

**HOLLAND & KNIGHT LLP**                                        **DUE BACK BY:**
Prebill Number: **4349124**                                                    Date: 08/26/2024
Billed Through Date: 08/21/24                                 Client.Matter: 230768.00001

| MATTER BILLING HISTORY | | | | |
|---|---|---|---|---|
| | **YTD Fees** | **YTD Disbursements** | **YTD Tax** | **YTD Total** |
| Balance from Prior Years | $0.00 | $0.00 | $0.00 | $0.00 |
| Balance On Account from Prior Years | $0.00 | $0.00 | | $0.00 |
| Fees/Costs Billed | 0.00 | 0.00 | 0.00 | 0.00 |
| Less Fees/Costs Paid | 0.00 | 0.00 | 0.00 | 0.00 |
| Less Fees/Costs Written Off | 0.00 | 0.00 | 0.00 | 0.00 |
| Plus On Account Fees/Costs Billed | 0.00 | 0.00 | | 0.00 |
| Less On Account Fees/Costs Paid | 0.00 | 0.00 | | 0.00 |
| Less On Account Fees/Costs Written Off | 0.00 | 0.00 | | 0.00 |
| Net Due | $0.00 | $0.00 | $0.00 | $0.00 |

| LIFE TO DATE BILLING SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| | **Fees** | **Disbursements** | **Tax** | **On Account Fees** | **On Account Disbursements** | **Total** |
| Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Written-Off | 0.00 | 0.00 | | | | 0.00 |

**SUMMARY OF TASKS**

| Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 1.70 | 1,011.50 |
| B160 | Fee/Employment Applications | 2.90 | 1,325.50 |
| B190 | Other Contested Matters | 1.10 | 654.50 |
| L120 | Analysis/Strategy | 6.60 | 3,927.00 |
| L250 | Other Written Motions and Submissions | 1.10 | 654.50 |
| P300 | Structure/Strategy/Analysis | 0.20 | 119.00 |
| | Total | 13.60 | $7,692.00 |

**SUMMARY OF TASKS – CUMULATIVE**
**(Includes this Prebill)**

| Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 1.70 | 1,011.50 |
| B160 | Fee/Employment Applications | 2.90 | 1,325.50 |
| B190 | Other Contested Matters | 1.10 | 654.50 |
| B410 | General Bankruptcy Advice/Opinions | 0.00 | 0.00 |
| L120 | Analysis/Strategy | 6.60 | 3,927.00 |
| L160 | Settlement/Non-Binding ADR | 0.00 | 0.00 |
| L210 | Pleadings | 0.00 | 0.00 |

**HOLLAND & KNIGHT LLP**                                                                                      **DUE BACK BY:**
Prebill Number: **4349124**                                                                                   Date: 08/26/2024
Billed Through Date: 08/21/24                                                                                 Client.Matter: 230768.00001

| | | | |
|---|---|---|---|
| L250 | Other Written Motions and Submissions | 1.10 | 654.50 |
| L350 | Discovery Motions | 0.00 | 0.00 |
| P280 | Other | 0.00 | 0.00 |
| P300 | Structure/Strategy/Analysis | 0.20 | 119.00 |
| | Total | 13.60 | $7,692.00 |

### TIMEKEEPER SUMMARY

| | Timekeeper | Title | Standard | | | Billed | | |
|---|---|---|---|---|---|---|---|---|
| | | | Hours | Rate | Amount | Hours | Rate | Amount |
| 47190 | Fleming, Kameron | Associate | 2.6 | 490.00 | 1,274.00 | 2 | 395.00 | 790.00 |
| 50159 | Fitzgerald, Edward M. | Non Equity Partner | 11.7 | 725.00 | 8,482.50 | 9 | 595.00 | 5,355.00 |
| 46397 | Reed, Eric Christopher | Non Equity Partner | 0.5 | 695.00 | 347.50 | 0.2 | 595.00 | 119.00 |
| 80092 | Boeke, Noel R. | Equity Partner | 2.8 | 795.00 | 2,226.00 | 2.4 | 595.00 | 1,428.00 |
| | **Total** | | **17.6** | | **$12,330.00** | **13.6** | | **$7,692.00** |

### DISBURSEMENT SUMMARY

| Type | Description | Amount | Adjustment |
|---|---|---|---|
| | Total Disbursements | 0.00 | |

### UNBILLED TIME DETAIL

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/18/24 | 98584215 | Reed, Eric Christopher **(ORL)** | Receive and review Application for Compensation.<br>P300 Structure/Strategy/Analysis   A104 Review/Analyze | 0.20 | 595.00 | 119.00 |
| 07/18/24 | 98593204 | Fleming, Kameron **(JAX)** | Edit fee application and notice of filing fee application with appropriate rates and amounts owed.<br>B160 Fee/Employment Applications   A103 Draft/Revise | 0.90 | 395.00 | 355.50 |
| 07/18/24 | 98724092 | Fitzgerald, Edward M. **(ORL)** | Finalize and file fee application for H&K.<br>B160 Fee/Employment Applications   A103 Draft/Revise | 0.90 | 595.00 | 535.50 |
| 07/19/24 | 98593424 | Fleming, Kameron **(JAX)** | Finalize fee application and notice of filing fee application after careful comparison to the Examiners fee application and prepare for filing.<br>B160 Fee/Employment Applications   A103 Draft/Revise | 1.10 | 395.00 | 434.50 |
| 07/22/24 | 98609207 | Fitzgerald, Edward M. **(ORL)** | Emails with counsel for Examiner regarding turnover of documents to Debtor.<br>B110 Case Administration   A107 Communicate (other outside counsel) | 0.20 | 595.00 | 119.00 |
| 07/22/24 | 98610104 | Fitzgerald, Edward | Receipt and review of applications to employ | 0.50 | 595.00 | 297.50 |

**HOLLAND & KNIGHT LLP**  
Prebill Number: **4349124**  
Billed Through Date: 08/21/24

**DUE BACK BY:**  
Date: 08/26/2024  
Client.Matter: 230768.00001

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  | M.**(ORL)** | professionals and application by special counsel for fees.<br>L250 Other Written Motions and Submissions   A104 Review/Analyze |  |  |  |
| 07/23/24 | 98627067 | Boeke, Noel R.**(TPA)** | Analysis re broker recovery actions and objections to new retention papers from the debtor for CPA and bookkeeper.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.40 | 595.00 | 238.00 |
| 07/23/24 | 98636666 | Fitzgerald, Edward M.**(ORL)** | E-mails with debtor's counsel regarding documents received from Examiner.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 0.20 | 595.00 | 119.00 |
| 07/23/24 | 98636698 | Fitzgerald, Edward M.**(ORL)** | Review documents received from Examiner for any privilege issues.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.30 | 595.00 | 178.50 |
| 07/24/24 | 98648876 | Fitzgerald, Edward M.**(ORL)** | Conference and emails with Committee chair regarding case status.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.50 | 595.00 | 297.50 |
| 07/25/24 | 98659450 | Boeke, Noel R.**(TPA)** | Conference call with committee members re bankruptcy strategy and litigation options and analysis re same and recent employment apps filed by the debtor.<br>L120 Analysis/Strategy   A108 Communicate (other external) | 0.60 | 595.00 | 357.00 |
| 07/25/24 | 98722922 | Fitzgerald, Edward M.**(ORL)** | Prepare for and attend conference with committee members.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.60 | 595.00 | 357.00 |
| 07/25/24 | 98722923 | Fitzgerald, Edward M.**(ORL)** | Review status of Velanos settlement with Debtor's counsel.<br>L120 Analysis/Strategy   A107 Communicate (other outside counsel) | 0.20 | 595.00 | 119.00 |
| 07/25/24 | 98722924 | Fitzgerald, Edward M.**(ORL)** | Review and analyze multiple applications filed by Debtor.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.30 | 595.00 | 178.50 |
| 07/26/24 | 98676993 | Boeke, Noel R.**(TPA)** | Review and analyze Debtor response to motion to appoint chapter 11 trustee.<br>L250 Other Written Motions and Submissions   A104 Review/Analyze | 0.30 | 595.00 | 178.50 |
| 07/26/24 | 98725012 | Fitzgerald, Edward M.**(ORL)** | Review response to US Trustees Motion to Appoint Trustee.<br>L250 Other Written Motions and Submissions   A104 Review/Analyze | 0.30 | 595.00 | 178.50 |
| 08/05/24 | 98782153 | Fitzgerald, Edward M.**(ORL)** | Plan and prepare for upcoming hearing on Motion to Appoint Trustee.<br>L120 Analysis/Strategy   A101 Plan and Prepare for | 1.50 | 595.00 | 892.50 |

**HOLLAND & KNIGHT LLP**  
Prebill Number: **4349124**  
Billed Through Date: 08/21/24

**DUE BACK BY:**  
Date: 08/26/2024  
Client.Matter: 230768.00001

| Date | Time ID | Timekeeper (Office) | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/06/24 | 98870822 | Fitzgerald, Edward M.**(ORL)** | Continue to plan and prepare for hearing on motion to appoint trustee or convert, motion for protective order, objections to claims, and objections to fee applications.<br>L120 Analysis/Strategy   A101 Plan and Prepare for | 0.50 | 595.00 | 297.50 |
| 08/07/24 | 98791479 | Boeke, Noel R.**(TPA)** | Conference call with committee members re tomorrow's hearing on trustee appointment, claim objections, and litigation targets and process, and analysis re same.<br>B190 Other Contested Matters   A106 Communicate (with client) | 0.90 | 595.00 | 535.50 |
| 08/07/24 | 98885426 | Fitzgerald, Edward M.**(ORL)** | Prepare for and attend meeting with Committee members regarding hearing on motion to appoint trustee or convert case and other pending motions and objections.<br>L120 Analysis/Strategy   A106 Communicate (with client) | 0.90 | 595.00 | 535.50 |
| 08/08/24 | 98802486 | Boeke, Noel R.**(TPA)** | Analysis re conversion and proposed orders on conversion and all fee apps.<br>B190 Other Contested Matters   A104 Review/Analyze | 0.20 | 595.00 | 119.00 |
| 08/08/24 | 98886072 | Fitzgerald, Edward M.**(ORL)** | Further prepare for hearing on motion to appoint trustee or convert and other pending matters.<br>L120 Analysis/Strategy   A101 Plan and Prepare for | 0.30 | 595.00 | 178.50 |
| 08/08/24 | 98886073 | Fitzgerald, Edward M.**(ORL)** | Attend hearing on motion to appoint trustee or convert and other pending matters.<br>B110 Case Administration   A109 Appear for/Attend | 0.80 | 595.00 | 476.00 |
| 08/08/24 | 98886074 | Fitzgerald, Edward M.**(ORL)** | E-mails with committee members regarding conversion of case.<br>B110 Case Administration   A106 Communicate (with client) | 0.30 | 595.00 | 178.50 |
| 08/09/24 | 98886579 | Fitzgerald, Edward M.**(ORL)** | Review issues regarding dissolution of Committee.<br>L120 Analysis/Strategy   A104 Review/Analyze | 0.30 | 595.00 | 178.50 |
| 08/12/24 | 98831170 | Fitzgerald, Edward M.**(ORL)** | Email to creditor committee members regarding conversion to Chapter 7.<br>B110 Case Administration   A106 Communicate (with client) | 0.20 | 595.00 | 119.00 |
| 08/12/24 | 98831171 | Fitzgerald, Edward M.**(ORL)** | Email to creditor committee members regarding issuance of notice of conversion and dissolution of committee.<br>B110 Case Administration   A106 Communicate (with client) | 0.20 | 595.00 | 119.00 |
| | | | **Total** | **13.60** | | **$7,692.00** |

**HOLLAND & KNIGHT LLP**  **DUE BACK BY:**
Prebill Number: **4349124** Date: 08/26/2024
Billed Through Date: 08/21/24 Client.Matter:  230768.00001

**MATTER TOTAL** **$7,692.00**

**HOLLAND & KNIGHT LLP**  
Prebill Number: **4349124**  
Billed Through Date: 08/21/24

**DUE BACK BY:**  
Date: 08/26/2024  
Client.Matter:  230768.00001

**BILLING DETAILS**

Bill Address

The Official Committee of Unsecured Cred  
Attn: Lea Muse  
1133 E 83rd Street, Unit 171  
Chicago, IL  60619

| | |
|---|---|
| **Bill Narrative:** Genie Investments NV - Fraud Victims Case | |
| **Client Notes:** | |
| **Matter Notes:** Noel Boeke $595<br>Edward Fitzgerald $595<br>Eric Chris Reed $595<br>Keith Fendrick $595 | |
| **Frequency Code:** UR | **Is EBilled?** N |
| **Class Code:** STD  Hourly | **EBilling Vendor:** 0 - |
| | **EBilling ID:** |
| | **Large Client:** |

| Matter Options: | | |
|---|---|---|
| Time Detail | 25 | Date,Name,Desc,Hours,Rate,Amount |
| Time Summary | 14 | Name,Title,Hours,Rate,Amount |
| Display Discount | 2 | Yes - Show Adjustment As A Discount |
| AR | 5 | Outstanding Inv Summary, total due amt |
| Payment Terms | 2 | Due on Receipt |
| Display Remittance | 2 | Include Remittance Pg (with wire info) |
| Retainer Payment | N | None |
| BNC Hours | 2 | Display Work Hours for BNC (default) |
| Cost Formats | 2 | Date, Desc,Amt-sum ccodes (Default) |
| Task Summary | 1 | No Task Summary |
| Trust Summary Detail | 1 | No Summary or Detail |
| Multi-Payor Summary | 1 | ALL Multipayors and % |
| Year-to-Date\Life-to-Date | 1 | No YTD or LTD Info (Default) |
| Copies | 1 | |
| Latin American Bill Rule | | |
| COP Flat Fee Amount | | 0.00 |
| USD Flat Fee Amount | | 0.00 |
| Invoice Email | | lea.bellrealty@gmail.com |
| Invoice Email Rule | 2 | Yes - Email to Biller to review |

| Payor | Percentage |
|---|---|
| The Official Committee of Unsecured Cred | 100.00% |

**HOLD NOTES:**

H&K Confidential          Page 7