

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/23/2024 10:00 AM

COURTROOM   4A, 4th Floor

**HONORABLE JASON BURGESS**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:24-bk-00496-BAJ | 7 | 02/21/2024 |

**Chapter 7**

**DEBTOR:**   Genie Investments NV Inc.

**DEBTOR ATTY:**   Adam Walker

**TRUSTEE:**   Aaron Cohen

**HEARING:**

1. Continued Preliminary Hearing on Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Debtor and Velanos Principal Capital Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 107
-Objection to Debtor's Motion to Approve Settlement with Velanos Principal Capital Filed by Edward M Fitzgerald on behalf of Creditor Committee Holland & Knight LLP Doc 118
-Notice of Filing Amendment to Settlement Agreement and Release of Claims Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 249
2. Continued Preliminary Hearing on Motion for Protective Order (construed as) Filed by Creditor Kristin Stegent Doc 123
3.   Continued Preliminary Hearing on Application for Final Compensation for Maria M Yip, Examiner, Fee: $13,590.00, Expenses: $17.85, for the period of to. For the period: April 17, 2024 through July 17, 2024 Filed by Examiner Maria M Yip Doc 164
-Objection to FIRST AND FINAL FEE APPLICATION OF CHAPTER 11 EXAMINER MARIA M. YIP (Doc. No. 164) Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 186
4. Continued Preliminary Hearing on Final Application for Compensation for Hal A. Levenberg, CIRA, CFE, Financial Advisor, Fee: $32,589.50, Expenses: $174.70, for the period of to. For the period: April 26, 2024 through July 17, 2024 Filed by Financial Advisor Hal A. Levenberg, CIRA, CFE Doc 165
-Objection to FIRST AND FINAL FEE APPLICATION OF HAL A. LEVENBERG, CIRA, CFE AND YIP ASSOCIATES, AS FINANCIAL ADVISORS FOR CHAPTER 11 EXAMINER MARIA M. YIP (Doc. No. 165) Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 187
5. Continued Preliminary Hearing on First Application for Compensation and Reimbursement of Expenses for Edward M Fitzgerald, Creditor Comm. Aty, Fee: $66,433.00, Expenses: $270.06, for the period of 5/3/2023 to 7/19/2024. For the period: May 3, 2023 to present Filed by Attorney Edward M Fitzgerald Doc 172
-Objection to FIRST FEE APPLICATION OF HOLLAND & KNIGHT, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (Doc. No. 172) Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 185
6. Supplemental Application for Compensation and for Reimbursement of Expenses of Holland & Knight LLP as Counsel to Official Committee of Unsecured Creditors for Edward M Fitzgerald, Creditor Comm. Aty, Fee: $7692.00, Expenses: $0.00, for the period of to. For the period: July 18, 2024 through August 8, 2024 Filed by Attorney Edward M Fitzgerald Doc 252

-Objection to First Fee Application and Supplement to First Fee Application of Holland & Knight as Counsel for the Official Committee of Unsecured Creditors Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 253

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Continued Preliminary Hearing on Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Debtor and Velanos Principal Capital Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 107

  GRANTED (AS STATED ON THE RECORD) ORDER ELLIOTT

-Objection to Debtor's Motion to Approve Settlement with Velanos Principal Capital Filed by Edward M Fitzgerald on behalf of Creditor Committee Holland & Knight LLP Doc 118

-Notice of Filing Amendment to Settlement Agreement and Release of Claims Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 249


2. Continued Preliminary Hearing on Motion for Protective Order (construed as) Filed by Creditor Kristin Stegent Doc 123

  GRANTED THROUGH CONTINUED HEARING NOVEMBER 13 @ 9:00 AOCNFN


3.   Continued Preliminary Hearing on Application for Final Compensation for Maria M Yip, Examiner, Fee: $13,590.00, Expenses: $17.85, for the period of to. For the period: April 17, 2024 through July 17, 2024 Filed by Examiner Maria M Yip Doc 164

  APPROVED ORDER DAVIS

-Objection to FIRST AND FINAL FEE APPLICATION OF CHAPTER 11 EXAMINER MARIA M. YIP (Doc. No. 164) Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 186


4. Continued Preliminary Hearing on Final Application for Compensation for Hal A. Levenberg, CIRA, CFE, Financial Advisor, Fee: $32,589.50, Expenses: $174.70, for the period of to. For the period: April 26, 2024 through July 17, 2024 Filed by Financial Advisor Hal A. Levenberg, CIRA, CFE Doc 165

  APPROVED ORDER DAVIS

-Objection to FIRST AND FINAL FEE APPLICATION OF HAL A. LEVENBERG, CIRA, CFE AND YIP ASSOCIATES, AS FINANCIAL ADVISORS FOR CHAPTER 11 EXAMINER MARIA M. YIP (Doc. No. 165) Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 187


5. Continued Preliminary Hearing on First Application for Compensation and Reimbursement of Expenses for Edward M Fitzgerald, Creditor Comm. Aty, Fee: $66,433.00, Expenses: $270.06, for the period of 5/3/2023 to 7/19/2024. For the period: May 3, 2023 to present Filed by Attorney Edward M Fitzgerald Doc 172

  CONTINUED TO JANUARY 7 @ 9:30 AOCNFN

-Objection to FIRST FEE APPLICATION OF HOLLAND & KNIGHT, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (Doc. No. 172) Filed by Bryan K. Mickler on behalf of Debtor Genie Investments NV Inc. Doc 185

6. Supplemental Application for Compensation and for Reimbursement of Expenses of Holland & Knight LLP as Counsel to Official Committee of Unsecured Creditors for Edward M Fitzgerald, Creditor Comm. Aty, Fee: $7692.00, Expenses: $0.00, for the period of to. For the period: July 18, 2024 through August 8, 2024 Filed by Attorney Edward M Fitzgerald Doc 252

CONTINUED TO JANUARY 7 @ 9:30 AOCNFN

-Objection to First Fee Application and Supplement to First Fee Application of Holland & Knight as Counsel for the Official Committee of Unsecured Creditors Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 253

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.