**ORDERED.**

Dated: October 23, 2024

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:  Case No: 3:24-bk-00496-BAJ

Genie Investments NV, Inc.,

       Debtor.
_____/

### ORDER TEMPORARILY GRANTING MOTION FOR PROTECTIVE ORDER

This Case came before the Court for hearing on the *Motion for Protective Order* (the "Motion") filed by Kristin Stegent, Ryan Stegent, and Rolling by the Dozen RV Park, LLC (the "Movants") (Doc. 123). By the Motion, the Movants seek a protective order from David Hughes, John Michael Cohan, Caleb Davis, Zoomeral, Genie Investments NV, Inc. and its associated entities from pursuing the state court lawsuit titled *Zommeral, Inc., v. Kristen Stegent, Et Al.*, Case No. 2024-008427-CA-01, filed in the 11th Judicial Circuit in and for Miami-Dade, Florida (the "State Court Case"). For the reasons stated on the record in open court, that shall constitute the decision of the Court, the Motion is granted on a temporary basis through November 13, 2024, at which time the Court will hold a subsequent hearing on the matter. Accordingly, it is,

**ORDERED:**

1. The Motion is granted on a *temporary* basis to the limited extent described herein.

2. The proceedings in the State Court Case are hereby stayed as to *all* named defendants until November 13, 2024.

3. On November 13, 2024, at 9:00 a.m., the Court will hold a subsequent hearing on the Motion at the United States Bryan Simpson Courthouse, located at 300 North Hogan St., on the fourth floor in Courtroom 4A, Jacksonville, Fl 32202.

Clerk's Office to Serve