**ORDERED.**

Dated: October 24, 2024

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,            Case No.: 3:24-bk-00496-BAJ

           Debtor.                          Chapter 7

_____/

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN GENIE INVESTMENTS NV, INC AND VELANOS PRINCIPAL CAPITAL, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

THIS CASE came before the Court on the Motion to Approve Settlement Agreement Between Genie Investments NV, Inc. and Velanos Principal Capital, Pursuant to Federal Rule of Bankruptcy Procedure 9019 (the "Motion")[1] (Doc. 107) filed by Debtor, Genie Investments NV, Inc. (the "Debtor"), and the Notice of Filing Amendment to Settlement Agreement and Release of Claims (Doc. 249) filed by Aaron Cohen, Chapter 7 Trustee (the "Chapter 7 Trustee"). Based upon the Motion, the hearing held on October 23, 2024 (the "Hearing"), and the representations on the record at the Hearing, it is,

**ORDERED**:

1. The Motion is granted.

---

[1] Defined terms from the Motion are incorporated by reference herein.

78461935;1

2. The Compromise is approved and is fully enforceable in all respects.

3. Bryan K. Mickler, counsel for the Debtor, is authorized to transfer any and all funds he is holding on behalf of the Debtor to the Chapter 7 Trustee.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.