**ORDERED.**

Dated: **November 01, 2024**

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.:   3:24-bk-00496-BAJ |
| | Chapter 11 |
| GENIE INVESTMENTS NV INC., | |
| Debtor. _____/ | |

**ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF
CHAPTER 11 EXAMINER MARIA M. YIP (DOC. NO. 164)**

THIS MATTER came before the Court for hearing on October 23, 2024 at 10:00 AM on the *First and Final Fee Application of Chapter 11 Examiner Maria A. Yip* (the "Final Application") (Doc. No. 164) and the *Objection to First and Final Fee Application* (Doc. No. 186) (the "Objection"). The Court, having reviewed the Final Application and considering the record, and determining that it is in the best interest of the estate, finds that the Final Application should be granted. Accordingly, it is

**ORDERED**:

1. The Final Application (Doc. No. 164) is **APPROVED.** The Objection is overruled.

78565566;1

2.  Chapter 11 Examiner, Maria A. Yip ("Examiner"), has requested fees in the amount of $13,590.00 and costs in the amount of $17.85, for a total award of $13,607.85, which the Court determines to be reasonable for the work performed.

3.  Examiner is awarded, as an administrative expense, fees in the amount of $13,590.00, and costs in the amount of $17.85, for a total amount of $13,607.85.

4.  The Chapter 7 Trustee shall pay the amount of $13,607.85 at such time as Chapter 7 administrative expenses are paid, provided the Trustee has sufficient funds on hand after payment of Chapter 7 administrative expenses.

Raye C. Elliott is directed to serve a copy of this Order on interested parties who are on-CM/ECF users and file a proof of service within 3 days of entry of the Order.

78565566;1