**ORDERED.**

Dated: **November 01, 2024**

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.:  3:24-bk-00496-BAJ |
| | Chapter 11 |
| GENIE INVESTMENTS NV INC., | |
| Debtor. _____/ | |

**ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF
HAL A. LEVENBERG, CIRA, CFE AND YIP ASSOCIATES, AS FINANCIAL
ADVISORS FOR CHAPTER 11 EXAMINER MARIA M. YIP (DOC. NO. 165)**

THIS MATTER came before the Court for hearing on October 23, 2024 at 10:00 AM, on the *First and Final Fee Application of Hal A. Levenberg, CIRA, CFE and YIP Associates, as Financial Advisors for Chapter 11 Examiner Maria A. Yip* (the "Final Application") (Doc. No. 165) and the *Objection to First and Final Fee Application* (Doc. No. 187) (the "Objection").  The Court, having reviewed the Final Application and considered the record, and determining that it is in the best interest of the estate, finds that the Final Application should be granted. Accordingly, it is

**ORDERED**:

1. The Final Application (Doc. No. 165) is **APPROVED**. The Objection is overruled.

78565309;1

2. Hal A. Levenberg, CIRA, CFE and YIP Associates ("Applicant") have requested fees in the amount of $32,589.50 and costs in the amount of $174.70, for a total award of $32,764.20, which the Court determines to be reasonable for the work performed.

3. Applicant is awarded, as an administrative expense, fees in the amount of $32,589.50 and costs in the amount of $174.70.

4. Applicant may apply its retainer, in the amount of $20,000, against the fee award.

5. The Chapter 7 Trustee shall pay the remaining balance of $12,764.20 at such time as Chapter 7 administrative expenses are paid, provided the Trustee has sufficient funds on hand after payment of Chapter 7 administrative expenses.

Raye C. Elliott is directed to serve a copy of this Order on interested parties who are on-CM/ECF users and file a proof of service within 3 days of entry of the Order.