**ORDERED.**

Dated: **November 01, 2024**

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.:  3:24-bk-00496-BAJ |
| | Chapter 11 |
| GENIE INVESTMENTS NV INC., | |
| Debtor. | |
| _____/ | |

**ORDER APPROVING APPLICATION OF
WINDERWEEDLE, HAINES, WARD, & WOODMAN, P.A.,
FOR COMPENSATION FOR SERVICES RENDERED AS COUNSEL
FOR MARIA YIP, THE DULY APPOINTED EXAMINER (DOC. NO. 166)**

THIS MATTER came before the Court on the *Application of Winderweedle, Haines, Ward, & Woodman, P.A., for Compensation for Services Rendered as Counsel for Maria Yip, the Duly Appointed Examiner for the Period April 22, 2024 through July 18, 2024* (the "Final Application") (Doc. No. 166). The related *Notice of Final Application for Compensation* (Doc. No. 169) was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 21 days plus 3 additional days for service by mail. No party filed a response within the time permitted. The Court therefore considers this matter to be unopposed. The Court, having reviewed the Final Application, and determining that it is in the best interest of the estate, finds that the Final Application should be granted. Accordingly, it is

78565091;1

**ORDERED**:

1. The Final Application (Doc. No. 166) is APPROVED.

2. Winderweedle, Haines, Ward & Woodman, P.A. ("WHWW") has requested fees in the reduced amount of $7,968.00, which the Court determines to be reasonable for the work performed.

3. WHWW is awarded, as an administrative expense, fees for services rendered on behalf of the Examiner in the amount of $7,968.00.

4. Applicant may apply its retainer, in the amount of $5,000, against the fee award.

5. The Chapter 7 Trustee shall pay the remaining balance of $2,968.00 at such time as Chapter 7 administrative expenses are paid, provided the Trustee has sufficient funds on hand after payment of Chapter 7 administrative expenses.

Raye C. Elliott is directed to serve a copy of this Order on interested parties who are on-CM/ECF users and file a proof of service within 3 days of entry of the Order.