

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/13/2024 09:00 AM

COURTROOM 4A, 4th Floor

HONORABLE JASON BURGESS

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:24-bk-00496-BAJ | 7 | 02/21/2024 |

**Chapter 7**

**DEBTOR:** Genie Investments NV Inc.

**DEBTOR ATTY:** Adam Walker

**TRUSTEE:** Aaron Cohen

**HEARING:**

Continued Preliminary Hearing on Motion for Protective Order (construed as) Filed by Creditor Kristin Stegent Doc 123

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Preliminary Hearing on Motion for Protective Order (construed as) Filed by Creditor Kristin Stegent Doc 123

 DENIED (WITHOUT PREJUDICE) ORDER CHAMBERS
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.