[jiffyord] [Bench Order +]

**ORDERED.**

Dated:  November 13, 2024

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                             Case No. 3:24−bk−00496−BAJ
                                                                                                   Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

### ORDER DENYING MOTION FOR PROTECTIVE ORDER

THIS CASE came on for hearing on  November 13, 2024 , for consideration of the **Motion for Protective Order** (Doc. **123** ), filed by **Creditor Kristin Stegent** .

For the reasons stated orally and recorded in open court, the Motion for Protective Order is Denied .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

<u>Service Instructions:</u>

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.