United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-00496-BAJ |
| Genie Investments NV Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 14, 2024 | Form ID: pdfdoc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genie Investments NV Inc., PO Box 60443, Jacksonville, FL 32236-0443 |
| crcm | + | The Official Committee of Unsecured Creditors (Cre, c/o Noel R. Boeke, Holland & Knight LLP, 100 North Tampa Street, Suite 4100, Tampa, FL 33602-3644 |
| 31221058 | + | Kristin Stegent, 40 CR 267, Somerville, TX 77879-5208 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron R. Cohen | aaron@arcohenlaw.com  vanessa@arcohenlaw.com,ahc@trustesolutions.net,cahc11@trustesolutions.net |
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Bryan K. Mickler | on behalf of Plaintiff Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Edward M Fitzgerald | |

| | |
|---|---|
| District/off: 113A-3 | User: admin |
| Date Rcvd: Nov 14, 2024 | Form ID: pdfdoc |

Page 2 of 2
Total Noticed: 3

**Edward M Fitzgerald**
on behalf of Creditor Committee Holland & Knight LLP edward.fitzgerald@hklaw.com tonya.berger@hklaw.com

on behalf of Creditor Committee The Official Committee of Unsecured Creditors (Creditors Committee) edward.fitzgerald@hklaw.com tonya.berger@hklaw.com

**Max R Tarbox**
on behalf of Creditor Charles Blake Stringer max@tarboxlaw.com

**Raye Curry Elliott**
on behalf of Trustee Aaron R. Cohen raye.elliott@akerman.com jennifer.meehan@akerman.com;ava.hill@akerman.com

**Ryan E Davis**
on behalf of Financial Advisor Hal A. Levenberg CIRA, CFE rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

**Ryan E Davis**
on behalf of Examiner Maria M Yip rdavis@whww.com thiggens@whww.com;thiggens@ecf.courtdrive.com

**Ryan E Davis**
on behalf of Attorney Winderweedle Haines, Ward & Woodman, P.A. rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

**Scott E Bomkamp**
on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov

**United States Trustee - JAX 11**
USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 12

[jiffyord] [Bench Order +]

**ORDERED.**

Dated:  November 13, 2024

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                               Case No. 3:24−bk−00496−BAJ
                                                                                                     Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

**ORDER DENYING MOTION FOR PROTECTIVE ORDER**

   THIS CASE came on for hearing on  November 13, 2024 , for consideration of the **Motion for Protective Order** (Doc. **123** ), filed by **Creditor Kristin Stegent** .

   For the reasons stated orally and recorded in open court, the Motion for Protective Order is Denied .

   The Court in its discretion may file written findings of facts and conclusions of law at a later date.

   Service Instructions:

   The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.