**ORDERED.**

Dated: December 30, 2024

_Jason A. Burgess_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,            Case Number: 3:24-bk-00496-BAJ
                                       Chapter 7

     Debtor,

_____/

**AGREED ORDER APPROVING APPLICATIONS OF HOLLAND &**
**KNIGHT LLP FOR COMPENSATION FOR SERVICES RENDERED AS**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

THIS MATTER is before the Court on the First Fee Application of Holland & Knight LLP ("H&K"), as Counsel for the Official Committee of Unsecured Creditors (the "Committee'), for Compensation and Reimbursement of Expenses (ECF Doc No. 172) ("First H&K Fee Application"), and the Supplement to First Application for Compensation and Reimbursement of Expenses of H&K (ECF Doc. No. 252) ("Supplemental H&K Fee Application" and, together with the First H&K Fee Application, the "H&K Fee Application").  The related Notices for the H&K Fee Application were served on all

interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 21 days plus additional days for service by mail. Aaron R. Cohen, as Chapter 7 Trustee (the "Trustee"), filed an Objection to the H&K Fee Application (ECF Doc. No. 253), and the Court having reviewed the H&K Fee Application, and being advised that the parties have resolved the Objection, and there being no other parties having filed any objection to the H&K Fee Application, determines that it is in the best interest of the estate to approve the H&K Fee Application, in part. Accordingly, it is

**ORDERED:**

1. The H&K Fee Application is approved, in part, and the Court will construe the H&K Fee Application as a final application based upon the conversion of the case to a Chapter 7 case after the filing of the H&K Fee Application.

2. H&K is awarded, as an administrative expense, fees for services rendered and costs incurred on behalf of the Committee in the amount of $60,000.00.

3. H&K may apply its retainer, in the amount of $10,000.00, against the fee award.

4. The Trustee shall pay the remaining balance of $50,000.00 at such time as the Chapter 7 administrative expenses are paid, provided the Trustee has sufficient funds on hand after payment of the Chapter 7 administrative expenses.

5. Signatures of counsel for the Committee and counsel for the Trustee are below representing that this is an agreed order.

| HOLLAND & KNIGHT LLP | AKERMAN LLP |
|---|---|
| */s/ Edward M. Fitzgerald* | */s/ Raye C. Elliott* |
| Noel R. Boeke, Esq. | Raye C. Elliott, Esq. |

<div style="column-count:2">

Florida Bar Number: 151830
noel.boeke@hklaw.com
W. Keith Fendrick, Esq.
Florida Bar Number: 612154
keith.fendrick@hklaw.com
100 N. Tampa Street, Suite 4100
Tampa, FL 33602
Telephone: (813) 227-8500
And

Edward M. Fitzgerald, Esq.
Florida Bar No. 0010391
edward.fitzgerald@hklaw.com
200 S. Orange Avenue, Suite 2600
Orlando, FL 32801
Telephone: (407) 425-8500
edward.fitzgerald@hklaw.com
*Attorneys for the Official Committee of Unsecured Creditors*

Florida Bar Number: 018732
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Phone: (813) 223-7333
Fax:(813)223-2837
*Attorneys for Aaron R. Cohen, as Chapter 7 Trustee*

</div>

###

Edward M. Fitzgerald is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file proof of service within three days of the entry of this order.