UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

GENIE INVESTMENTS NV INC.,   Case Number: 3:24-bk-00496-BAJ
                              Chapter 7

　　　Debtor,
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 2, 2025, a copy of the Agreed Order Approving Applications of Holland & Knight LLP for Compensation for Services Rendered as Counsel to the Official Committee of Unsecured Creditors (Doc 268) was furnished to all those registered to receive CM/ECF in this case.

Via U.S. Mail to:
Debtor
Genie Investments NV Inc.
PO Box 60443
Jacksonville, FL 32236

United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Local Rule 1007-2 parties in interest listed on the attached mailing matrix.

　　　　　　　　　　　　　　　　　　HOLLAND & KNIGHT LLP

　　　　　　　　　　　　　　　　　　/s/ Edward M. Fitzgerald
　　　　　　　　　　　　　　　　　　Edward M. Fitzgerald, Esq.
　　　　　　　　　　　　　　　　　　FL Bar Number: 010391
　　　　　　　　　　　　　　　　　　200 S. Orange Avenue, Suite 2600
　　　　　　　　　　　　　　　　　　Orlando, FL 32801
　　　　　　　　　　　　　　　　　　Telephone: (407) 425-8500
　　　　　　　　　　　　　　　　　　Facsimile: (407) 244-5288
　　　　　　　　　　　　　　　　　　E-mail: edward.fitzgerald@hklaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00496-BAJ<br>Middle District of Florida<br>Jacksonville<br>Fri Apr 26 15:57:47 EDT 2024 | Archer Capital Investments<br>Attn: Michael Thompson<br>1448 W. Salmon Caddis Drive<br>Bluffdale, UT 84065-5122 | Autonomous Drine Solutions LLC<br>dba Calaway Solutions<br>Attn: Garrett Calaway<br>7180 S Hudson Circle<br>Centennial, CO 80122-2553 |
| Belle Maison Realty, LLC<br>Attn: Lea Muse<br>1133 E 83rd Street 171<br>Chicago, IL 60619-6455 | Meetopolis LLC<br>Attn: Lisa Butkiewicz<br>5434 E Kathleen Road<br>Scottsdale, AZ 85254-1759 | North Haven Lodging Partners, LLC<br>Attn: Benjamin Morris, Esq.<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 |

End of Label Matrix
Mailable recipients    5
Bypassed recipients    0
Total                  5