## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

GENIE INVESTMENTS NV INC.,　　　　　　　Case No.: 3:24-bk-00496-BAJ

　　　　Debtor.　　　　　　　　　　　　　Chapter 7
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

    1.    The Honorable Jason A. Burgess will conduct a preliminary hearing in this case on **Tuesday, February 25, 2025, at 10:00 a.m**., in the Bryan Simpson United States Courthouse, Courtroom 4A, 4th Floor, 300 North Hogan Street, Jacksonville, Florida 32202, on the following matter:

### TRUSTEE'S MOTION TO COMPEL COMPLIANCE
### WITH SETTLEMENT AGREEMENT (Doc. 271)

    2.    All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess.

    3.    Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

    4.    The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated:  January 17, 2025　　　　　　　　AKERMAN LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Raye C. Elliott*
　　　　　　　　　　　　　　　　　　　　　　Raye  C. Elliott, Esq.
　　　　　　　　　　　　　　　　　　　　　　Florida Bar Number: 018732
　　　　　　　　　　　　　　　　　　　　　　Email: raye.elliott@akerman.com
　　　　　　　　　　　　　　　　　　　　　　401 East Jackson Street, Suite 1700
　　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33602
　　　　　　　　　　　　　　　　　　　　　　Phone:  (813) 223-7333
　　　　　　　　　　　　　　　　　　　　　　Fax:  (813) 223-2837

　　　　　　　　　　　　　　　　　　　　Attorneys for Aaron R. Cohen, Chapter 7 Trustee

79600396;1

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on January 17, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and U.S. Mail and email to:

| | |
|---|---|
| Corey D. Boddie, Esq.<br>Boddie & Associates, P.C.<br>40 Exchange Place, Suite 1800<br>New York, NY 10005<br>Email: corey@boddieassoc.com | Corey D. Boddie, Esq.<br>Boddie & Associates, P.C.<br>10940 Wilshire Blvd., Ste. 1600<br>Los Angeles, CA 90024 |
| Velanos Principal Capital, Inc.<br>4695 MacArthur Court<br>Suite 1100<br>Newport Beach, CA 92660<br> Email: jwearmouth@velanospc.com<br>   josh.wearmouth@protonmail.com | Velanos Principal Capital<br>c/o Joshua Wearmouth<br>20101 SW Cypress Street<br>Newport Beach, CA 92660 |

                */s/ Raye C. Elliott*
                Attorney