**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

          Debtor.                                      Chapter 7

_____/

## NOTICE OF ISSUANCE OF SUBPOENA

      Aaron R. Cohen, Chapter 7 Trustee, by and through undersigned counsel, pursuant to

Federal Rule of Civil Procedure 45, hereby gives notice of the issuance of a Subpoena to Produce

Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or

Adversary Proceeding (the "Subpoena") on January 24, 2025, to JPMorgan Chase Bank, N.A.  A

true and correct copy of the Subpoena is attached to this Notice as **Exhibit 1**.

Dated:  January 24, 2025                    AKERMAN LLP

                              By: */s/ Raye C. Elliott*_____
                                 Raye  C. Elliott, Esq.
                                 Florida Bar Number: 018732
                                 Email: raye.elliott@akerman.com
                                 401 East Jackson Street, Suite 1700
                                 Tampa, FL 33602
                                 Phone:  (813) 223-7333
                                 Fax:  (813) 223-2837

                              Attorneys for Aaron R. Cohen, Chapter 7 Trustee

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 24, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and that a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid and properly addressed to, Genie Investments NV Inc., PO Box 60443, Jacksonville, FL 32236.

*/s/ Raye C. Elliott*

Attorney

79697518;1

# Exhibit 1

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of Florida

In re Genie Investments NV Inc.
_____
Debtor

*(Complete if issued in an adversary proceeding)*

_____
Plaintiff

v.

_____
Defendant

Case No. 3:24-bk-00496-BAJ

Chapter 7

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: JPMorgan Chase Bank, N.A., c/o Registered Agent, CT Corporation System, 1200 S. Pine Island Rd., Plantation, FL 33324
_____
*(Name of person to whom the subpoena is directed)*

☑ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Exhibit A

| PLACE If by electronic delivery: raye.elliott@akerman.com If by U.S. Mail: Raye Elliott, 401 E. Jackson St., Ste. 1700, Tampa, FL 33602 | DATE AND TIME February 24, 2025 at 4:00 p.m. |
|---|---|

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/24/2025

CLERK OF COURT

OR

_____          /s/ Raye C. Elliott
*Signature of Clerk or Deputy Clerk*          _____
                                                         *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* Aaron R. Cohen, Chapter 7 Trustee , who issues or requests this subpoena, are:
Raye C. Elliott, 401 E. Jackson St., Ste. 1700, Tampa, FL 33602; raye.elliott@akerman.com; (813) 209-5013

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on (*date*) _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of  $ _____ .

My fees are $ _____ for travel and $_____ for services, for a total of $_____  .


I declare under penalty of perjury that this information is true and correct.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information concerning attempted service, etc.:

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 3)

# Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
## (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:

(A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*

*(A) Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

*(B) Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*

*(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

*(B) When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

*(C) Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

*(A) Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

*(B) Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

*(C) Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

*(D) Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*

*(A) Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

*(B) Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

…

**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

**Exhibit A**

I.   Instructions

    A.   This document request is continuing in nature and when new knowledge or information comes to the attention of the deponent the information supplied in the answers to the document request shall be supplemented forthwith.

    B.   For each and every Request herein, you shall produce documents in your possession, custody, or control, which shall include but not be limited to, documents, objects or articles described that are in your possession or that you have the right to secure the original or a copy from another person or entity. The fact that your investigation is continuing or discovery is incomplete is not an excuse for your failure to respond to each request as fully and completely as possible. Your responses should consist of information known to you through yourself, your agents, your attorneys, your employees, or your representatives. All documents produced pursuant to this request are to be produced as they are kept in the usual course of business, and shall be organized and labeled (without permanently marking the item produced) so as to correspond with the categories of each numbered request hereof. If copies or drafts exist of a document, the production of which has been requested herein, produce and submit for inspection and copying each and every copy and draft which differs in any way from the original document or from any copy or draft.

    C.   If you at any time you had possession, custody, or control of any document requested herein, and such document has been lost, destroyed, discarded, or is not presently in your possession, these documents shall be identified as completely as possible, including:

        1.   The names of the authors of the document;
        2.   The names of the persons to whom the documents or copies were sent;
        3.   The date of the document;
        4.   The date on which the document was received by each addressee, copyee or its recipients;
        5.   A description of the nature and subject matter of the document that is as complete as possible;
        6.   The date on which the document was lost, discarded or destroyed; and
        7.   The manner in which the document was lost, discarded or destroyed.

    D.   With respect to any document that you withhold under claim of privilege, you shall number such documents, hold them separately, and retain them intact pending a ruling by the Court on the claimed privilege. In addition, you shall provide a statement, signed by an attorney representing the deponent, setting forth as to each such document:

        1.   The names of the senders or the document;

        2.   The names of the authors of the document;

3.      The names of the persons to whom the document or copies were sent;

4.      The job title of every person named in subparagraphs 1, 2 and 3 above;

5.      The date of the document;

6.      The date on which the document was received by each addressee, copyee or its recipient;

7.      A brief description of the nature and subject matter of the document; and

8.      The statute, rule or decision which is claimed to give rise to the privilege.

E.      If you cannot, after exercising due diligence to secure or produce the document(s) requested, you must identify which Request(s) that you do not have any responsive documents for, and answer the request for production to the fullest extent possible, specifying your inability to produce the document(s), providing the identity of the person who has possession, custody, or control of the requested document(s).

## III.    Documents Requested[1]

1.      All documents related to or reflecting the disposition of the 8/21/23 Debit DDA – Check Charge in the amounts of $1,100,000.00 and $41,124.32 for the Account titled **Genie Investments NV, Account Number** ▮▮▮▮▮▮**8502** as reflected on the attached Exhibit 1, including but not limited, copies of checks, wire transfers or any other documents showing to whom the funds were paid.

2.      All documents related to or reflecting the disposition of the 8/21/23 Debit DDA – Check Charge in the amount of $2,045.30 for the Account titled **Genie Investments NV, Account Number** ▮▮▮▮▮▮**9701** as reflected on the attached Exhibit 2, including but not limited, copies of checks, wire transfers or any other documents showing to whom the funds were paid.

3.      All documents related to or reflecting the disposition of the 8/21/23 Debit DDA – Check Charge in the amount of $2,000.82 for the Account titled **Genie Investments NV, Account Number** ▮▮▮▮▮▮**2222** as reflected on the attached Exhibit 3, including but not limited, copies of checks, wire transfers or any other documents showing to whom the funds were paid.

4.      All documents related to or reflecting the disposition of the 8/21/23 Debit DDA – Check Charge in the amount of $21,307.56 for the Account titled **Genie Investments NV, Account Number** ▮▮▮▮▮▮**3350** as reflected on the attached Exhibit 4, including but not limited, copies of checks, wire transfers or any other documents showing to whom the funds were paid.

---

[1] To the extent any or all documents or records responsive to this Request are in electronic format, please contact the attorney issuing this subpoena to arrange for their production.

# Exhibit 1

03-Oct-23

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G03Oct23-420**
Sequence number   Posting date   Amount

03Oct23-420

## CHASE ◘

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2023 through August 31, 2023

Account Number: ████████ 8502



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

00018808 DRE 021 144 24423 NNNNNNNNNNN T 1 000000000 64 0000

GENIE INVESTMENTS NV
PO BOX 60443
JACKSONVILLE FL 32236-0443

## We're discontinuing Text Banking

Starting on October 15, 2023, we'll no longer offer our Text Banking service. This change doesn't affect any Account Alerts you receive by text. There are other ways you can manage your account from your mobile phone or computer.

Access your accounts with the Chase Mobile® app[1] and on **chase.com**, where you can:
- View your transactions, transfer money and make payments.
- Sign up for Account Alerts — get alerts about your balance, spending and more. Choose the alerts you want in **Profile and Settings.**

If you have questions, please call the number on this statement. We accept operator relay calls.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,140,783.32** |
| Deposits and Additions | 1 | 350.00 |
| ATM & Debit Card Withdrawals | 1 | -9.00 |
| Other Withdrawals | 2 | -1,141,124.32 |
| **Ending Balance** | **4** | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

Please note that this account was closed on 08/21/23.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/10 | Service Fee Reversal | $350.00 |
| **Total Deposits and Additions** | | **$350.00** |

THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
GROUP ID G03Oct23-420
Sequence number  Posting date  Amount

**CHASE**

August 01, 2023 through August 31, 2023
Account Number: ███████8502

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/07 | Card Purchase     08/04 Corporate Filings LLC 888-7898466 WY Card 9242 | $9.00 |
| **Total ATM & Debit Card Withdrawals** | | **$9.00** |

## ATM & DEBIT CARD SUMMARY

Caleb Michael Davis  Card 9242

| | AMOUNT |
|--|--------|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $9.00 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | AMOUNT |
|--|--------|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $9.00 |
| Total Card Deposits & Credits | $0.00 |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/21 | Debit DDA - Check Charge | $1,100,000.00 |
| 08/21 | Debit DDA - Check Charge | 41,124.32 |
| **Total Other Withdrawals** | | **$1,141,124.32** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 08/07 | $1,140,774.32 |
| 08/10 | 1,141,124.32 |
| 08/21 | 0.00 |

## SERVICE CHARGE SUMMARY

| | AMOUNT |
|--|--------|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

03-Oct-23

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G03Oct23-420**
Sequence number  Posting date  Amount

03Oct23-420



August 01, 2023 through August 31, 2023

Account Number: ████████8502

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information: and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



---

03-Oct-23

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G03Oct23-420**
Sequence number   Posting date  Amount

03Oct23-420

CHASE 

August 01, 2023 through August 31, 2023
Account Number:        ████████8502

This Page Intentionally Left Blank

Page 4 of 4

# Exhibit 2

03-Oct-23

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G03Oct23-424**
Sequence number   Posting date   Amount

03Oct23-424

## CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2023 through August 31, 2023

Account Number:  ■■■■9701

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00058419 DRE 703 142 24423 NNNNNNNNNNNN  T  1 000000000 60 0000

GENIE INVESTMENTS NV
PO BOX 60443
JACKSONVILLE FL 32236-0443



### We're discontinuing Text Banking

Starting on October 15, 2023, we'll no longer offer our Text Banking service. This change doesn't affect any Account Alerts you receive by text. There are other ways you can manage your account from your mobile phone or computer.

Access your accounts with the Chase Mobile® app[1] and on **chase.com**, where you can:
- View your transactions, transfer money and make payments.
- Sign up for Account Alerts — get alerts about your balance, spending and more. Choose the alerts you want in **Profile and Settings**.

If you have questions, please call the number on this statement. We accept operator relay calls.

[1]**Chase Mobile**® app is available for select mobile devices. Message and data rates may apply.

### SAVINGS SUMMARY   Chase Business Total Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,045.29** |
| Deposits and Additions | 1 | 0.01 |
| Other Withdrawals | 1 | -2,045.30 |
| **Ending Balance** | **2** | **$0.00** |
| Annual Percentage Yield Earned This Period | | 0.01% |
| Interest Paid This Period | | $0.01 |
| Interest Paid Year-to-Date | | $0.82 |

Please note that this account was closed on 08/21/23.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$2,045.29** |
| 08/17 | Interest Payment | 0.01 | 2,045.30 |
| 08/21 | Debit DDA - Check Charge | -2,045.30 | 0.00 |
| | **Ending Balance** | | **$0.00** |

03-Oct-23

THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
GROUP ID G03Oct23-424
Sequence number   Posting date   Amount

03Oct23-424



August 01, 2023 through August 31, 2023

Account Number: ████████9701

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# Exhibit 3

03-Oct-23                                                                                      03Oct23-423

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G03Oct23-423**
Sequence number  Posting date  Amount

## CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2023 through August 31, 2023
Account Number: ███████2222

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00058416 DRE 703 142 24423 NNNNNNNNNNN  T  1 000000000 60 0000

GENIE INVESTMENTS NV
PO BOX 60443
JACKSONVILLE FL 32236-0443



### We're discontinuing Text Banking

Starting on October 15, 2023, we'll no longer offer our Text Banking service. This change doesn't affect any Account Alerts
you receive by text. There are other ways you can manage your account from your mobile phone or computer.

Access your accounts with the Chase Mobile® app[1] and on **chase.com**, where you can:
- View your transactions, transfer money and make payments.
- Sign up for Account Alerts — get alerts about your balance, spending and more. Choose the alerts you want in
  **Profile and Settings**.

If you have questions, please call the number on this statement. We accept operator relay calls.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

| **SAVINGS SUMMARY** | Chase Business Premier Savings | |
|---|---|---|
| | INSTANCES | AMOUNT |
| **Beginning Balance** | | **$2,000.80** |
| Deposits and Additions | 1 | 0.02 |
| Other Withdrawals | 1 | -2,000.82 |
| **Ending Balance** | **2** | **$0.00** |
| Annual Percentage Yield Earned This Period | | 0.02% |
| Interest Paid This Period | | $0.02 |
| Interest Paid Year-to-Date | | $41.05 |

Please note that this account was closed on 08/21/23.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$2,000.80** |
| 08/17 | Interest Payment | 0.02 | 2,000.82 |
| 08/21 | Debit DDA - Check Charge | -2,000.82 | 0.00 |
| | **Ending Balance** | | **$0.00** |

03-Oct-23

THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
GROUP ID G03Oct23-423
Sequence number   Posting date  Amount

03Oct23-423



August 01, 2023 through August 31, 2023

Account Number:  ████████2222



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

# Exhibit 4

03-Oct-23

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G03Oct23-422**
Sequence number   Posting date  Amount

03Oct23-422

# CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2023 through August 31, 2023
Account Number:          ████████3350

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00005667 DRE 021 144 24423 NNNNNNNNNNN T 1 000000000 62 0000
GENIE INVESTMENTS NV
PO BOX 60443
JACKSONVILLE FL 32236-0443



### We're discontinuing Text Banking

Starting on October 15, 2023, we'll no longer offer our Text Banking service. This change doesn't affect any Account Alerts you receive by text. There are other ways you can manage your account from your mobile phone or computer.

Access your accounts with the Chase Mobile® app[1] and on **chase.com**, where you can:
- View your transactions, transfer money and make payments.
- Sign up for Account Alerts — get alerts about your balance, spending and more. Choose the alerts you want in **Profile and Settings.**

If you have questions, please call the number on this statement. We accept operator relay calls.

[1]**Chase Mobile**® **app** is available for select mobile devices. Message and data rates may apply.

## SAVINGS SUMMARY — Chase Business Premier Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$21,307.38** |
| Deposits and Additions | 1 | 0.18 |
| Other Withdrawals | 1 | -21,307.56 |
| **Ending Balance** | **2** | **$0.00** |
| Annual Percentage Yield Earned This Period | | 0.02% |
| Interest Paid This Period | | $0.18 |
| Interest Paid Year-to-Date | | $7.28 |

Please note that this account was closed on 08/21/23.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$21,307.38** |
| 08/17 | Interest Payment | 0.18 | 21,307.56 |
| 08/21 | Debit DDA - Check Charge | -21,307.56 | 0.00 |
| | **Ending Balance** | | **$0.00** |

Page 1 of 2

03-Oct-23

THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
GROUP ID G03Oct23-422
Sequence number   Posting date  Amount

03Oct23-422



August 01, 2023 through August 31, 2023

Account Number:  ███████3350



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC