# EXHIBIT 1

| | *In re* : Genie Investments NV, Inc. | | |
| | Case No.: 3:24-bk-00496-BAJ | | |
| | | | |
| | Accounts Analyzed | | |
| No. | Institution | Account Name | Account No. |
| 1 | JPMorgan Chase Bank | Genie Investments NV | x2222 |
| 2 | JPMorgan Chase Bank | Genie Investments NV | x3350 |
| 3 | JPMorgan Chase Bank | Genie Investments NV | x8502 |
| 4 | JPMorgan Chase Bank | Genie Investments NV | x9701 |
| 5 | TD Bank | Genie Investments II LLC | x4873 |
| 6 | TD Bank | Genie Investments LLC | x2343 |
| 7 | TD Bank | Genie Investments LLC | x2998 |
| 8 | Wells Fargo | Genie Investments NV Inc | x9881 |
| 9 | Morgan Stanley | Genie Investments NV – Liquidity Access Line C/O Caleb Michael Davis | x1290 |
| 10 | Morgan Stanley | Genie Investments NV - Portfolio Management Active Assets Account C/O Caleb Michael Davis | x2290 |

# EXHIBIT 2

| In re: Genie Investments NV, Inc. | |
|---|---|
| Case No.: 3:24-bk-00496-BAJ | |
| | |
| Summary of Inflows for Genie Investments NV and Genie Investments NV Inc | |
| During the Period June 8, 2022 through August 21, 2023 | |
| (Sorted in Descending Order) | |
| | |
| **Payor** | **Amount** |
| | |
| Michael Connor Esq | $        14,973,807.55 |
| Genie Investments NV LLC / Morgan Stanley Line of Credit x1290 | 9,515,000.00 |
| Customer 91 | 5,000,000.00 |
| Customer 49 | 3,846,300.00 |
| Customer 112 | 1,950,000.00 |
| Customer 58 | 1,800,075.00 |
| Customer 81 | 1,800,075.00 |
| Customer 52 | 1,100,000.00 |
| Genie Investments NV LLC / Morgan Stanley Brokerage Account x2290 | 920,890.00 |
| Customer 57 | 602,575.00 |
| Customer 4 | 565,150.00 |
| Better Methods / Morgan Stanley x5290 | 520,000.00 |
| Customer 86 | 500,075.00 |
| Velanos Principal Capital Inc – Bank of Nova Scotia | 499,975.00 |
| Zoomeral Inc | 496,762.50 |
| Customer 10 | 350,075.00 |
| Customer 74 | 245,000.00 |
| Fratelli LLC | 240,150.00 |
| Customer 95 | 232,575.00 |
| 1/Arnold J Ainsley 3/ | 200,075.00 |
| Customer 11 | 200,075.00 |
| Customer 8 | 180,075.00 |
| Customer 102 | 176,075.00 |
| Travis V Nokes | 165,075.00 |
| Customer 32 | 165,075.00 |
| Biassess Strategies LLC | 165,000.00 |
| Customer 59 | 155,000.00 |
| Cash | 152,500.00 |
| Pd&C Financial Services  LLC | 150,075.00 |
| Customer 7 | 150,000.00 |
| Customer 19 | 150,000.00 |
| Customer 94 | 120,075.00 |
| IKB Acquisitions IV LLC | 105,000.00 |
| Customer 55 | 100,075.00 |
| Customer 23 | 100,075.00 |
| Customer 88 | 100,075.00 |
| Unknown Deposit | 100,042.00 |
| Customer 30 | 95,000.00 |
| Customer 77 | 83,500.00 |

| In re: Genie Investments NV, Inc. | |
|---|---|
| **Case No.: 3:24-bk-00496-BAJ** | |
| | |
| **Summary of Inflows for Genie Investments NV and Genie Investments NV Inc** | |
| **During the Period June 8, 2022 through August 21, 2023** | |
| **(Sorted in Descending Order)** | |
| | |
| **Payor** | **Amount** |
| | |
| Customer 45 | 80,075.00 |
| Limitless Investment Group LLC | 80,075.00 |
| JPMC Cb Funds Transfer Same Day | 78,110.00 |
| Customer 22 | 75,000.00 |
| Foreign Remittance Credit - JPMorgan Chase Bank | 74,052.69 |
| Customer 14 | 70,000.00 |
| Customer 109 | 67,575.00 |
| Christopher J Lovett | 64,575.00 |
| Kristin Stegent Or Ryan S Stegent | 61,805.00 |
| Customer 53 | 60,075.00 |
| Customer 85 | 60,075.00 |
| Customer 72 | 60,000.00 |
| Customer 89 | 60,000.00 |
| Customer 46 | 57,500.00 |
| Customer 98 | 50,075.00 |
| Customer 41 | 50,075.00 |
| Donald J Strickland Sheri Lynn | 48,075.00 |
| Customer 13 | 45,000.00 |
| Customer 68 | 45,000.00 |
| Customer 105 | 40,150.00 |
| Customer 34 | 40,000.00 |
| Jiya Foods Inc | 40,000.00 |
| Holland Energy Advisors LLC | 40,000.00 |
| Customer 6 | 37,000.00 |
| Customer 43 | 33,150.00 |
| Customer 93 | 30,075.00 |
| Hughes Holdings Group LLC | 30,075.00 |
| Customer 80 | 30,000.00 |
| Customer 29 | 30,000.00 |
| Camila Gutierrez | 30,000.00 |
| Robin P Allen Trustee | 30,000.00 |
| Customer 92 | 30,000.00 |
| Lourndy St louis | 30,000.00 |
| Customer 39 | 30,000.00 |
| Deborah M Lee | 30,000.00 |
| Customer 62 | 29,000.00 |
| Customer 33 | 27,500.00 |
| Customer 31 | 25,974.31 |
| Katrina A Richter | 25,000.00 |

| *In re: Genie Investments NV, Inc.* | |
|---|---|
| Case No.: 3:24-bk-00496-BAJ | |
| | |
| **Summary of Inflows for Genie Investments NV and Genie Investments NV Inc** | |
| **During the Period June 8, 2022 through August 21, 2023** | |
| *(Sorted in Descending Order)* | |
| | |
| **Payor** | **Amount** |
| Zon Hospitality Coro Operating | 25,000.00 |
| John Wilson | 25,000.00 |
| Make Enterprises LLC | 20,075.00 |
| GlobalwebSVentures LLC | 20,075.00 |
| Customer 28 | 20,075.00 |
| Customer 99 | 20,075.00 |
| Customer 101 | 20,075.00 |
| ilys LLC | 20,075.00 |
| Customer 25 | 20,075.00 |
| Customer 2 | 20,000.00 |
| Customer 67 | 15,075.00 |
| Customer 103 | 15,075.00 |
| Eastern Bank | 15,075.00 |
| Customer 48 | 15,000.00 |
| Customer 54 | 15,000.00 |
| Unknown Transfer – Chk78 | 15,000.00 |
| Michael Ehinger | 15,000.00 |
| Wrex & Whitney Lindsay Surprise | 15,000.00 |
| BJP Enterprises LLC | 10,000.00 |
| Customer 66 | 7,575.00 |
| Customer 9 | 7,575.00 |
| Beverly R Yoneyama Sammamish | 7,500.00 |
| Robert J Wrisley | 7,500.00 |
| Parasec | 5,671.25 |
| Customer 36 | 5,075.00 |
| Customer 96 | 5,075.00 |
| Verco Group Inc | 4,675.00 |
| Customer 84 | 2,575.00 |
| Kasy Consulting LLC | 1,575.00 |
| Dominique Brown | 1,050.00 |
| Interest Payment | 519.80 |
| Bank Service Charge Reversal | 350.00 |
| John O Ashby | 75.00 |
| Miscellaneous Fee Reversal | 15.00 |
| Caleb Michael Davis | 0.29 |
| **Totals** | **$        50,193,975.39** |

| *In re: Genie Investments NV, Inc.* | |
|---|---|
| **Case No.: 3:24-bk-00496-BAJ** | |
| | |
| **Summary of Inflows for Genie Investments NV and Genie Investments NV Inc** | |
| **During the Period June 8, 2022 through August 21, 2023** | |
| *(Sorted in Descending Order)* | |
| | |
| **Payor** | **Amount** |
| | |
| *Sources:* | |
| Bank statements for JPMorgan Chase Bank account x2222 for the period of September 22, 2022 through August 21, 2023. | |
| Bank statements for JPMorgan Chase Bank account x3350 for the period of December 12, 2022 through August 21, 2023. | |
| Bank statements for JPMorgan Chase Bank account x8502 for the period of June 8, 2022 through August 21, 2023. | |
| Bank statements for JPMorgan Chase Bank account x9701 for the period of September 16, 2022 through August 21, 2023. | |
| Bank statements for Wells Fargo Bank account x9881 for the period of July 27, 2022 through October 3, 2022. | |

# EXHIBIT 3

| | In re: Genie Investments NV, Inc. | |
|---|---|---|
| | Case No.: 3:24-bk-00496-BAJ | |
| | | |
| | Summary of Outflows for Genie Investments NV and Genie Investments NV Inc | |
| | During the Period June 8, 2022 through August 21, 2023 | |
| | (Sorted in Ascending Order) | |
| | | |
| **Payee** | | **Amount** |
| | | |
| Genie Investments NV LLC / Morgan Stanley Brokerage Account x2290 | $ | (11,375,000.00) |
| Warren Law Group | | (10,025,000.00) |
| Velanos Principal Capital Inc – Bank of Nova Scotia | | (6,000,000.00) |
| Customer 3 | | (5,000,000.00) |
| Zoomeral Inc | | (2,268,318.24) |
| Customer 76 | | (1,950,000.00) |
| Customer 49 | | (1,724,800.00) |
| Customer 113 | | (1,166,478.00) |
| Customer 15 | | (800,000.00) |
| Customer 60 | | (679,000.00) |
| Better Methods / Morgan Stanley  x5290 | | (650,000.00) |
| Capitulum LLC | | (517,109.87) |
| Customer 86 | | (500,000.00) |
| Cald Holdings LLC | | (499,567.21) |
| Customer 40 | | (400,000.00) |
| Customer 83 | | (399,900.00) |
| Michael Murphy | | (381,000.00) |
| Customer 87 | | (323,650.00) |
| Customer 18 | | (320,000.00) |
| Customer 95 | | (289,550.00) |
| Customer 57 | | (281,250.00) |
| Customer 78 | | (200,000.00) |
| Customer 90 | | (175,000.00) |
| Biassess Strategies LLC | | (165,000.00) |
| Customer 88 | | (159,900.00) |
| Festivalpass LLC | | (159,900.00) |
| Customer 69 | | (150,000.00) |
| Customer 19 | | (150,000.00) |
| Customer 35 | | (150,000.00) |
| Soteria Group LLC | | (148,412.50) |
| Customer 71 | | (139,400.00) |
| Law Offices of Scott J OH  LLC | | (121,600.00) |
| Customer 17 | | (116,480.00) |
| OOP Solutions Inc | | (110,752.00) |
| Law Offices of Scott J OH  LLC | | (100,000.00) |
| Customer 73 | | (100,000.00) |
| Customer 61 | | (100,000.00) |
| Customer 43 | | (98,000.00) |
| Customer 75 | | (95,900.00) |

| In re: Genie Investments NV, Inc. | |
|---|---|
| Case No.: 3:24-bk-00496-BAJ | |
| | |
| Summary of Outflows for Genie Investments NV and Genie Investments NV Inc | |
| During the Period June 8, 2022 through August 21, 2023 | |
| (Sorted in Ascending Order) | |
| | |
| **Payee** | **Amount** |
| | |
| Customer 82 | (95,900.00) |
| Maroon West Star LLC | (95,000.00) |
| Craig Boddington | (79,900.00) |
| Mario B Wongshue or Nicholas B | (79,900.00) |
| Customer 65 | (75,000.00) |
| Trizon Solutions LLC | (72,700.00) |
| Spiegel and Utrera PA | (66,278.30) |
| Tcf Associates LLC | (64,900.00) |
| Customer 50 | (63,800.00) |
| Customer 63 | (58,000.00) |
| Casual Skillet | (55,800.00) |
| Relco Industries LLC | (51,900.00) |
| Walker Global Enterprises | (51,050.00) |
| Customer 51 | (50,000.00) |
| Customer 26 | (50,000.00) |
| Laneaxis Inc | (50,000.00) |
| Customer 21 | (50,000.00) |
| Customer 93 | (47,900.00) |
| Primary Owner | (46,250.00) |
| Customer 111 | (45,400.00) |
| Joho LLC | (45,000.00) |
| Customer 38 | (45,000.00) |
| Laneaxis Inc | (42,900.00) |
| Paul Dsouza | (42,780.00) |
| Customer 47 | (40,000.00) |
| Customer 44 | (39,900.00) |
| Customer 79 | (38,400.00) |
| Djt Business Brokers  LLC | (32,400.00) |
| Gobi Group LLC | (32,400.00) |
| Customer 5 | (31,900.00) |
| Customer 100 | (31,900.00) |
| GlobalwebSVentures LLC | (31,900.00) |
| Customer 99 | (31,900.00) |
| Customer 2 | (31,900.00) |
| Customer 37 | (31,900.00) |
| Customer 25 | (31,900.00) |
| Schein Realty LLC | (31,900.00) |
| Customer 27 | (30,000.00) |
| Unknown Debits | (30,000.00) |

| In re: Genie Investments NV, Inc. | |
|---|---|
| Case No.: 3:24-bk-00496-BAJ | |
| | |
| Summary of Outflows for Genie Investments NV and Genie Investments NV Inc | |
| During the Period June 8, 2022 through August 21, 2023 | |
| (Sorted in Ascending Order) | |
| | |
| **Payee** | **Amount** |
| | |
| Second Chance Assets LLC | (25,500.00) |
| Genies Angels | (25,000.00) |
| Customer 1 | (25,000.00) |
| Customer 84 | (23,900.00) |
| Jamaal R Wilson | (23,150.00) |
| Cald Holdings LLC | (17,541.66) |
| Eloy Rotana | (15,900.00) |
| Customer 16 | (15,900.00) |
| Helu U S  Holdings Inc | (15,900.00) |
| Rockshop LLC | (15,900.00) |
| Customer 64 | (15,380.00) |
| Doba Tax And Accounting LLC | (15,000.00) |
| Prprty LLC | (15,000.00) |
| Eas Invest Group LLC | (12,900.00) |
| Farming CO Inc | (12,500.00) |
| Planting Seeds 4 Humanity Inc | (12,500.00) |
| Parasec | (12,088.75) |
| Djt Business Brokers  LLC | (8,250.00) |
| Customer 96 | (7,900.00) |
| A Threefold Cord LLC | (6,750.00) |
| Customer 42 | (6,000.00) |
| Soteria Group LLC | (5,625.00) |
| Shaver Law Group LLC | (5,000.00) |
| Customer 22 | (5,000.00) |
| Dave Lang | (4,500.00) |
| Bank Service Charge | (3,840.00) |
| Klie Enterprises LLC | (3,750.00) |
| Fiverrinc | (2,086.90) |
| Unknown Transfer – Cds x6314 | (2,000.00) |
| Fiverr | (1,236.35) |
| NV Sos Portal | (1,025.00) |
| Delaware Corp & Tax W | (780.00) |
| Corporate Filings LLC | (473.00) |
| Private Eyes Screening Group | (347.00) |
| Account Closing | (154.98) |
| Godaddy.com | (100.63) |
| Domestic Incoming Wire Fee | (75.00) |
| Wire Transfer Fee | (45.00) |
| **Totals** | **$       (50,278,625.39)** |

| *In re: Genie Investments NV, Inc.* | |
|---|---|
| **Case No.: 3:24-bk-00496-BAJ** | |
| | |
| **Summary of Outflows for Genie Investments NV and Genie Investments NV Inc** | |
| **During the Period June 8, 2022 through August 21, 2023** | |
| *(Sorted in Ascending Order)* | |
| | |
| **Payee** | **Amount** |
| | |
| | |
| | |
| *Sources:* | |
| Bank statements for JPMorgan Chase Bank account x2222 for the period of September 22, 2022 through August 21, 2023. | |
| Bank statements for JPMorgan Chase Bank account x3350 for the period of December 12, 2022 through August 21, 2023. | |
| Bank statements for JPMorgan Chase Bank account x8502 for the period of June 8, 2022 through August 21, 2023. | |
| Bank statements for JPMorgan Chase Bank account x9701 for the period of September 16, 2022 through August 21, 2023. | |
| Bank statements for Wells Fargo Bank account x9881 for the period of July 27, 2022 through October 3, 2022. | |

# EXHIBIT 4

*In re: Genie Investments NV, Inc.*
Case No.: 3:24-bk-00496-BAJ

Schedule of Transfers Between Genie Investments NV and Zoomeral Inc.
During the Period July 27, 2022 through July 28, 2023

*(Sorted by Date)*

| Institution | Account Name | Account No. | Date | Type | Payee/Payor | Amount |
|---|---|---|---|---|---|---|
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 09/12/22 | Wire | Zoomeral Inc | $ (7,500.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 09/16/22 | Wire | Zoomeral Inc | (6,937.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 09/22/22 | Wire | Zoomeral Inc | (16,666.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 09/23/22 | Wire | Zoomeral Inc | (300,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 09/23/22 | Wire | Zoomeral Inc | (71,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 09/27/22 | Wire | Zoomeral Inc | (7,500.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 09/26/22 | Wire | Zoomeral Inc | 210,000.00 |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 10/03/22 | Wire | Zoomeral Inc | (20,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 10/04/22 | Wire | Zoomeral Inc | (22,500.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 10/05/22 | Wire | Zoomeral Inc | (127,500.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 10/07/22 | Wire | Zoomeral Inc | (47,217.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 10/12/22 | Wire | Zoomeral Inc | (505.50) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 10/14/22 | Wire | Zoomeral Inc | (8,040.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 10/19/22 | Wire | Zoomeral Inc | (172,863.17) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 10/20/22 | Wire | Zoomeral Inc | (33,333.33) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 10/31/22 | Wire | Zoomeral Inc | (6,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 10/31/22 | Wire | Zoomeral Inc | (61,600.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 11/02/22 | Wire | Zoomeral Inc | (4,666.66) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 11/04/22 | Wire | Zoomeral Inc | (5,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 11/14/22 | Wire | Zoomeral Inc | (35,320.83) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 11/14/22 | Wire | Zoomeral Inc | (224,250.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 11/16/22 | Wire | Zoomeral Inc | (7,250.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 11/17/22 | Wire | Zoomeral Inc | 138,262.50 |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 11/18/22 | Wire | Zoomeral Inc | (15,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 11/29/22 | Wire | Zoomeral Inc | (10,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 11/29/22 | Wire | Zoomeral Inc | (12,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 12/06/22 | Wire | Zoomeral Inc | (247,500.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 12/07/22 | Wire | Zoomeral Inc | (83,875.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 12/09/22 | Wire | Zoomeral Inc | 148,500.00 |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 12/12/22 | Wire | Zoomeral Inc | (2,812.50) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 12/13/22 | Wire | Zoomeral Inc | (2,812.50) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 12/13/22 | Wire | Zoomeral Inc | (3,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 12/13/22 | Wire | Zoomeral Inc | (30,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 12/13/22 | Wire | Zoomeral Inc | (54,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 12/16/22 | Wire | Zoomeral Inc | (100.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 12/16/22 | Wire | Zoomeral Inc | (15,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 12/23/22 | Wire | Zoomeral Inc | (5,250.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 01/04/23 | Wire | Zoomeral Inc | (8,250.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 01/05/23 | Wire | Zoomeral Inc | (9,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 01/12/23 | Wire | Zoomeral Inc | (3,000.00) |

*In re: Genie Investments NV, Inc.*

Case No. 3:24-bk-00496-BAJ

Schedule of Transfers Between Genie Investments NV and Zoomeral Inc.

During the Period July 27, 2022 through July 28, 2023

*(Sorted by Date)*

| Institution | Account Name | Account No. | Date | Type | Payee/Payor | Amount |
|---|---|---|---|---|---|---|
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 01/20/23 | Wire | Zoomeral Inc | (2,437.50) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 01/30/23 | Wire | Zoomeral Inc | (4,500.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 02/01/23 | Wire | Zoomeral Inc | (3,750.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 02/06/23 | Wire | Zoomeral Inc | (33,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 02/08/23 | Wire | Zoomeral Inc | (3,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 03/01/23 | Wire | Zoomeral Inc | (20,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 03/06/23 | Wire | Zoomeral Inc | (6,900.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 03/16/23 | Wire | Zoomeral Inc | (5,850.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 03/16/23 | Wire | Zoomeral Inc | (16,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 03/16/23 | Wire | Zoomeral Inc | (33,150.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 03/17/23 | Wire | Zoomeral Inc | (30,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 04/11/23 | Wire | Zoomeral Inc | (77,481.25) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 04/24/23 | Wire | Zoomeral Inc | (60,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 04/26/23 | Wire | Zoomeral Inc | (5,500.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 04/26/23 | Wire | Zoomeral Inc | (5,500.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 05/03/23 | Wire | Zoomeral Inc | (4,500.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 05/05/23 | Wire | Zoomeral Inc | (4,500.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 06/06/23 | Wire | Zoomeral Inc | (75,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 06/06/23 | Wire | Zoomeral Inc | (80,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 06/13/23 | Wire | Zoomeral Inc | (6,500.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 07/03/23 | Wire | Zoomeral Inc | (100,000.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 07/28/23 | Wire | Zoomeral Inc | (250.00) |
| JPMorgan Chase Bank | Genie Investments NV | x8502 | 07/28/23 | Wire | Zoomeral Inc | (3,250.00) |
| | | | | | **Grand Total** | **$ (1,771,555.74)** |

*Sources:*

Bank statements for JPMorgan Chase Bank account x8502 for the period of September 16, 2022 through June 1, 2023

Bank statements for JPMorgan Chase Bank account x2222 for the period of September 22, 2022 through August 21,

Bank statements for Wells Fargo Bank account x9881 for the period of July 27, 2022 through October 3, 2022.

Bank statements for JPMorgan Chase Bank account x9701 for the period of September 16, 2022 through August 21,

Bank statements for JPMorgan Chase Bank account x3350 for the period of December 12, 2022 through August 21,

# EXHIBIT 5

| *In re: Genie Investments NV, Inc.* | | |
|---|---|---|
| **Case No.: 3:24-bk-00496-BAJ** | | |
| | | |
| **Summary of Inflows for Genie Investments II, LLC** | | |
| **During the Period January 25, 2023 through April 30, 2024** | | |
| *(Sorted in Descending Order)* | | |
| | | |
| **Payor** | **Amount** | |
| | | |
| Genie Investments NV LLC / Morgan Stanley Brokerage Account x2290 | $ | 1,244,606.44 |
| Customer 70 | | 375,000.00 |
| Unknown Deposit - x1722 | | 150,000.00 |
| Customer 110 | | 150,000.00 |
| Customer 12 | | 100,075.00 |
| Unknown Deposit | | 66,580.24 |
| Customer 48 | | 56,325.00 |
| Customer 24 | | 50,075.00 |
| Customer 95 | | 25,000.00 |
| Percy Law Group PC | | 20,432.87 |
| Customer 84 | | 20,075.00 |
| Tower Transition Logistics | | 15,100.00 |
| Customer 56 | | 15,075.00 |
| Spiegel and Utrera PA | | 2,816.35 |
| ZipRecruiter Inc | | 447.81 |
| Unknown Credits | | 105.00 |
| Walker Law Office LLC | | 0.96 |
| **Totals** | $ | 2,291,714.67 |
| | | |
| | | |
| *Sources:* | | |
| Bank records for TD Bank account ending x4873 held in the name of Genie Investments II LLC for the period of January 25, 2023 through April 30, 2024. | | |

# EXHIBIT 6

| *In re: Genie Investments NV, Inc.* | |
|---|---|
| **Case No.: 3:24-bk-00496-BAJ** | |
| **Summary of Outflows for Genie Investments II, LLC** | |
| **During the Period January 25, 2023 through April 30, 2024** | |
| *(Sorted in Ascending Order)* | |
| **Payee** | **Amount** |
| Zoomeral Inc | $ (979,250.00) |
| Genie Investments NV LLC / Morgan Stanley Brokerage Account x2290 | (508,000.00) |
| Unknown Debits | (330,092.04) |
| Walker Law Office LLC | (103,316.89) |
| Better Methods I LLC | (100,000.00) |
| Spiegel and Utrera PA | (59,426.13) |
| Shaver Law Group LLC | (57,238.00) |
| Reputation.com | (32,500.00) |
| Jams Inc | (16,970.00) |
| Upwork | (16,340.95) |
| Customer 20 | (15,000.00) |
| Tower Transition Logistics | (15,000.00) |
| Customer 95 | (10,000.00) |
| Genie Investments ACH | (8,952.00) |
| Bold City Proper | (7,391.68) |
| Kenneth J Yesh II | (5,900.00) |
| Seamless AI | (5,064.00) |
| The Plan Writers | (3,000.00) |
| USPS PO | (2,554.37) |
| Warren Law Group | (2,400.00) |
| ZipRecruiter Inc | (1,919.20) |
| Mark John Pangil | (1,842.97) |
| Parasec | (1,351.25) |
| Instantly AI | (1,125.00) |
| Wire Transfer Fee | (990.00) |
| Godaddy.com | (651.80) |
| ABSABSTM | (646.00) |
| Google Domains | (624.00) |
| Gig Bookkeeping | (600.00) |
| Genie Investments LLC / TD Bank x2998 | (500.00) |
| Trademarken CMP | (499.00) |
| Ring Central Inc | (387.76) |
| The Holsters Com | (302.00) |
| Corporate Filings LLC | (269.00) |
| Craigslist | (250.00) |
| Private Eyes Screening Group | (212.00) |
| Take 5 | (207.43) |
| ABS MONITR FEE | (199.00) |
| ChatGPT | (160.00) |

| *In re: Genie Investments NV, Inc.* | |
|---|---|
| **Case No.: 3:24-bk-00496-BAJ** | |
| | |
| Summary of Outflows for Genie Investments II, LLC | |
| During the Period January 25, 2023 through April 30, 2024 | |
| *(Sorted in Ascending Order)* | |
| | |
| **Payee** | **Amount** |
| | |
| Bank Service Charge | (142.00) |
| Earthlink LLC | (127.90) |
| Overdraft Fee | (105.00) |
| Wyoming Secretary of State | (102.00) |
| Free Conference Call Glo | (65.68) |
| SBIB | (20.00) |
| Webull Technology | (17.94) |
| **Totals** | **$ (2,291,712.99)** |
| | |
| | |
| *Sources:* | |
| Bank records for TD Bank account ending x4873 held in the name of Genie Investments II LLC for the period of January 25, 2023 through April 30, 2024. | |

**UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION**

**Case No.: 3:24-bk-00496-BAJ**
**Chapter 7**

**IN RE:**
Genie Investments NV, Inc.,
Debtor.

---

**ORDER ON COMBINED MOTION FOR SANCTIONS AND PROTECTIVE ORDER**

**THIS MATTER** came before the Court on the Combined Motion for Sanctions and Protective Order filed by John Michael Cohan and David Hughes ("Movants") against Aaron Cohen, Chapter 7 Trustee ("Trustee"). After reviewing the Motion, considering the evidence presented, and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED:**

1. **Sanctions:**
   ☑ GRANTED in the amount of $750,000 to be paid personally to John Michael Cohan and David Hughes for retaliatory conduct, abuse of process, and breach of fiduciary duties by the Trustee.

2. **Protective Order:**
   ☑ GRANTED. The Trustee is prohibited from initiating or pursuing personal litigation or claims against the Movants and their Affiliated Businesses.

3. **Accounting:**
   ☑ The Trustee is directed to provide a transparent accounting of actions related to claims against the Warren Law Group and any other relevant parties within ____ days of this Order.

4. **Other Relief:**
   ☑ GRANTED as follows: _____

**IT IS FURTHER ORDERED** that any additional relief requested in the Motion and not expressly granted herein is:

☑ GRANTED as follows: _____

**DONE AND ORDERED** in Jacksonville, Florida, on this ___ day of _____, 2025.

_____

**HONORABLE JUDGE BURGESS**
United States Bankruptcy Judge