**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:
Case Number: 3:24-bk-00496-BAJ
Chapter 7

FILED INTAKE USBC
JAN 29 '25 AM 10:50

## MOTION TO ALLOW CELL PHONE AND/OR COMPUTER ACCESS TO THE COURTHOUSE

COMES NOW, John Michael Cohan ("John") and David Hughes ("David"), stakeholders of Genie Investments NV, Inc., along with their affiliated entities—**Capitulum LLC, Better Methods LLC, Genie's Angels LLC (aka Merkton Group LLC), Zoomeral Inc.,** and **Genie Investments II LLC** (collectively, the "Affiliated Businesses")—in their capacities as **Sole Trustees** and **Sole Beneficiaries** with **durable powers of attorney** in place for these entities, as the entities are property of and are currently managed by the secured party, **GENIE INVESTMENTS TRUST**, by and through the undersigned counsel, and respectfully requests this Honorable Court to enter an order permitting the undersigned to bring a cell phone and/or computer into the Courthouse for purposes related to this case. In support of this Motion, the undersigned states as follows:

[1] **Background:** The undersigned is one of the Stakeholders for Genie Investments NV Inc. that is brought a Motion for a Protective Order and Sanctions against the Chapter 7 Trustee and is a party that is representing themselves.

[2] **Necessity of Device(s):** The undersigned requires access to a cell phone and/or computer for the following reasons:
- To access case-related documents before, during and after hearings/trials.
- To communicate with necessary parties during breaks.

[3] **Local Rules:** The undersigned acknowledges Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073-1 of this Court's Local Rules, which generally prohibit the use of cell phones or computers within the Courthouse unless specifically authorized by the presiding judge.

[4] **Request for Authorization:** The undersigned respectfully requests that this Court grant an exception to the above-stated rules and allow the undersigned to bring the specified device(s) into the Courthouse solely for purposes related to the proceedings in this case.

[5] **Limited Use Assurance:** The undersigned assures the Court that the device(s) will be used solely for purposes relevant to the case and will not disrupt Court proceedings.

**WHEREFORE**, the undersigned respectfully requests that this **Honorable Court** enter an order:

[1] Authorizing **JOHN MICHAEL COHAN** to bring a cell phone and/or computer into the Courthouse for purposes related to the case, and
[2] Granting such further relief as the Court deems just and proper.

Dated: 01-29-2025

Respectfully submitted,

John Michael Cohan and David Hughes
jmcohan@genieinvestments.com; dhughes@genieinvestments.com

**CC VIA EMAIL & U.S. MAIL: Aaron Cohen, Chapter 7 Trustee, Raye Elliott, Akerman LLP;**
aaron@arcohenlaw.com; raye.elliott@akerman.com, **Bryan K. Mickler, Attorney for the Debtor, Law Offices of Mickler & Mickler, LLP.** bkmickler@planlaw.com