**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:
Case Number: 3:24-bk-00496-BAJ
Chapter 7

FILED INTAKE USBC
JAN 29 '25 AM10:50

### ORDER GRANTING MOTION TO ALLOW CELL PHONE AND/OR COMPUTER ACCESS TO THE COURTHOUSE

THIS CAUSE came before the Court upon the Motion to Allow Cell Phone and/or Computer Access to the Courthouse (the "Motion") filed by **John Michael Cohan and David Hughes**. The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that the relief requested is appropriate and should be granted.

Accordingly, it is hereby **ORDERED**:

1. The Motion is **GRANTED**.

2. **JOHN MICHAEL COHAN is authorized to bring a cell phone and/or computer into the Courthouse** for purposes related to the proceedings in this case.

3. The use of such device(s) shall be limited to case-related matters and must not disrupt Court proceedings.

4. **JOHN MICHAEL COHAN** is directed to **comply with all security procedures** and **any instructions provided by Courthouse personnel** regarding the possession and use of electronic devices.

5. This **authorization** is valid **only** for the **duration of proceedings related to this case** unless otherwise ordered by the Court.

**DONE** AND **ORDERED** in Jacksonville, Florida, this _____ day of _____, 2025.

_____
**Honorable Judge Jason Burgess**
**United States Bankruptcy Judge**