**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

In re:
Genie Investments NV, Inc.,
Debtor.
Case No.: 3:24-bk-00496-BAJ
Chapter 7

FILED INTAKE USBC
JAN 29 '25 AM 10:50

---

### CERTIFICATE OF SERVICE

I, John Michael Cohan and David Hughes, hereby certify that on this **29 day of January, 2025**, I caused a true and correct copy of the following documents to be served via **U.S. Mail and Electronic Mail** upon the Trustee and all necessary parties in this matter:

[1] **Notice of Filing**
[2] **Combined Motion for Sanctions and Protective Order Against Trustee For Retalitory Conduct, Abuse of Process, and Breach of Fiduciary Duty**
[3] **Motion to Compel Disclosure of Trustee Communications and Administrative Decisions**
[4] **Motion To Allow Cell Phone and/or Computer Access to the Courthouse**
[5] **Certificate of Service**

These documents were served upon the following parties:

**Via Electronic Mail and U.S. Mail**

Aaron Cohen, Chapter 7 Trustee
Raye Elliott
Akerman LLP
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
aaron@arcohenlaw.com;
raye.elliott@akerman.com

**CC VIA EMAIL ONLY:**

Bryan K. Mickler, Attorney for the Debtor
Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy.
Jacksonville, Florida 32211
bkmickler@planlaw.com

Under **Fed. R. Bankr. P. 9014(b) and 7004**, and in compliance with **local rules of the United States Bankruptcy Court for the Middle District of Florida**, service has been effectuated to ensure proper notice to all interested parties.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01-29-2025

**Respectfully submitted,**

John Michael Cohan and David Hughes
P.O. Box 60443
Jacksonville, Florida 32236
jmcohan@genieinvestments.com; dhughes@genieinvestments.com