[jiffyordnh] [Bench Order No Hearing +]

**ORDERED.**

Dated: January 30, 2025

*Jason A. Burgess*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 3:24–bk–00496–BAJ<br>Chapter 7 |

Genie Investments NV Inc.

_____Debtor*_____/

**ORDER DENYING MOTION TO ALLOW CELL PHONE AND/OR COMPUTER ACCESS TO THE COURTHOUSE**

THIS CASE came on for consideration without a hearing of the **Motion to Allow Cell Phone and/or Computer Access to the Courthouse** (Doc. **278** ), filed by **Interested Party John–Michael Cohan** .

The Court having considered the record, the Motion to Allow Cell Phone and/or Computer Access to the Courthouse is Denied .

The Motion is denied without prejudice to the Movant requesting cell phone and/or computer access for an evidentiary hearing.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

<u>Service Instructions:</u>

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.