**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                Case No.: 3:24-bk-00496-BAJ

        Debtor.                                   Chapter 7
_____/

**MOTION TO STRIKE MOTION TO COMPEL DISCLOSURE OF**
**TRUSTEE COMMUNICATIONS AND ADMINISTRATIVE DECISIONS**

Aaron R. Cohen, Chapter 7 Trustee (the "Trustee"), by and through his undersigned counsel, requests that the Court strike the Motion to Compel Disclosure of Trustee Communications and Administrative Decisions (Doc. 277) (the "Motion to Compel") filed by John Michael Cohan ("Cohan") and David Hughes ("Hughes") and Capitulum, LLC, Better Methods, LLC, Genie's Angels, LLC (a/k/a Merkton Group, LLC), and Zoomeral, Inc. (collectively, the "Corporate Entities") and in support would show the Court as follows:

1.    On February 21, 2024 (the "Petition Date"), Genie Investments NV Inc. (the "Debtor") filed a Voluntary Petition for Relief (Doc. 1) under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, in the case styled *In re Genie Investments NV Inc.*, Case No: 3:24-bk-00496-BAJ (the "Bankruptcy Case").

2.    On August 12, 2024, the Bankruptcy Case was converted to a Chapter 7 liquidation case and the Trustee was appointed to administer the Debtor's estate (Doc. 207).

3.    On January 29, 2025, Cohan, Hughes, and the Corporate Entities filed the Motion to Compel.

79757943;1

4.      This Court's Local Rule 1074-1 provides that "corporations, partnerships, trusts, and other persons who are not individuals may appear and be heard <u>only through counsel</u> permitted to practice in the Court under Local Rule 2090-1", subject to exceptions only for attending a meeting of creditors or for limited matters with the Court's permission.

5.      Filing a Motion to Compel constitutes the practice of law and therefore, under Local Rule 1074-1, the Corporate Entities may do so only through an attorney authorized to practice law in this Court. Accordingly, the Trustee requests that the Court strike the Corporate Entities' Motion to Compel.

6.      The Trustee also incorporates by reference the factual background in his Response to Combined Motion for Sanctions and Protective Order and Request for Evidentiary Hearing (Doc. 276) as if fully set forth herein.

WHEREFORE, Aaron R. Cohen, Chapter 7 Trustee, respectfully requests that the Court strike the Motion to Compel Disclosure of Trustee Communications and Administrative Decisions and for such other and further relief as the Court deems just and proper.

Dated:  January 30, 2025                    AKERMAN LLP

By: */s/ Raye C. Elliott*
    Raye C. Elliott, Esq.
    Florida Bar Number: 018732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, FL 33602
    Phone:  (813) 223-7333
    Fax:  (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee

3

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 30, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and by U.S. Mail and email to:

| | |
|---|---|
| John Michael Cohan | David Hughes |
| 11179 Limerick Dr. | PO Box 60443 |
| Jacksonville, FL 32256 | Jacksonville, FL 32211 |
| jmcohan@genieinvestments.com | dhughes@genieinvestments.com |

                                      */s/ Raye C. Elliott*
                                      Attorney