United States Bankruptcy Court

Middle District of Florida

In re:     Case No. 24-00496-BAJ

Genie Investments NV Inc.     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-3     User: admin     Page 1 of 2

Date Rcvd: Jan 28, 2025     Form ID: Dntchrg     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Genie Investments NV Inc., PO Box 60443, Jacksonville, FL 32236-0443 |
|  | + David Hughes, PO Box 60443, Jacksonville, FL 32236-0443 |
|  | + John-Michael Cohan, PO Box 60443, Jacksonville, FL 32236-0443 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Cohen | aaron@arcohenlaw.com vanessa@arcohenlaw.com,ahc@trustesolutions.net,cahc11@trustesolutions.net |
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Bryan K. Mickler | on behalf of Plaintiff Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Edward M Fitzgerald | on behalf of Creditor Committee Holland & Knight LLP edward.fitzgerald@hklaw.com tonya.berger@hklaw.com |

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 28, 2025 | Form ID: Dntchrg | Total Noticed: 3 |

Edward M Fitzgerald
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors (Creditors Committee) edward.fitzgerald@hklaw.com  tonya.berger@hklaw.com

Max R Tarbox
    on behalf of Creditor Charles Blake Stringer max@tarboxlaw.com

Raye Curry Elliott
    on behalf of Plaintiff Aaron R. Cohen  Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com

Raye Curry Elliott
    on behalf of Trustee Aaron R. Cohen raye.elliott@akerman.com  jennifer.meehan@akerman.com;ava.hill@akerman.com

Ryan E Davis
    on behalf of Financial Advisor Hal A. Levenberg  CIRA, CFE rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

Ryan E Davis
    on behalf of Examiner Maria M Yip rdavis@whww.com  thiggens@whww.com;thiggens@ecf.courtdrive.com

Ryan E Davis
    on behalf of Attorney Winderweedle  Haines, Ward & Woodman, P.A. rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

Scott E Bomkamp
    on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov

United States Trustee - JAX 11
    USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 13

**[Dntchrg]** [District Notice of Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                              Case Number:
                                                                    3:24−bk−00496−BAJ
                                                                    Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

NOTICE OF HEARING

**PLEASE TAKE NOTICE:**

1. The Honorable Jason A. Burgess will conduct a non−evidentiary hearing on **February 25, 2025 at 10:00 AM in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202** to consider the following:

**Combined Motion For Sanctions and Protective Order Against Chapter 7 Trustee for Retaliatory Conduct, Abuse of Process, and Breach of Fiduciary Duty Filed by Interested Parties John Michael Cohan, David Hughes, Doc. No. 274**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess/.

3. A party that opposes the relief sought in the matter to be heard must appear at the hearing; otherwise, any objection or defense may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

**Avoid delays at Courthouse security checkpoints**. You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

Dated January 28, 2025

                                                                    FOR THE COURT
                                                                    Jose A Rodriguez,
                                                                    Clerk of Court
                                                                    Bryan Simpson United States Courthouse
                                                                    300 North Hogan Street
                                                                    Suite 3−150
                                                                    Jacksonville, FL 32202

*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.
The Clerk's office is directed to serve a copy of this Notice on interested parties.