UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

GENIE INVESTMENTS NV INC.,                Case No.: 3:24-bk-00496-BAJ

        Debtor.                                                    Chapter 7
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

    1.    The Honorable Jason A. Burgess will conduct a preliminary hearing in this case on **Tuesday, February 25, 2025, at 10:00 a.m**., in the Bryan Simpson United States Courthouse, Courtroom 4A, 4th Floor, 300 North Hogan Street, Jacksonville, Florida 32202, on the following matter:

**MOTION TO STRIKE MOTION TO COMPEL DISCLOSURE OF
TRUSTEE COMMUNICATIONS AND ADMINISTRATIVE DECISIONS
(Doc. 282)**

    2.    All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess.

    3.    Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

    4.    The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: January 31, 2025        AKERMAN LLP

                              By: */s/ Raye C. Elliott*
                                   Raye C. Elliott, Esq.
                                   Florida Bar Number: 018732
                                   Email: raye.elliott@akerman.com
                                   401 East Jackson Street, Suite 1700
                                   Tampa, FL 33602
                                   Phone: (813) 223-7333
                                   Fax: (813) 223-2837

                                   Attorneys for Aaron R. Cohen, Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 31, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and by U.S. Mail and email to:

| | |
|---|---|
| John Michael Cohan | David Hughes |
| 11179 Limerick Dr. | PO Box 60443 |
| Jacksonville, FL 32256 | Jacksonville, FL 32211 |
| jmcohan@genieinvestments.com | dhughes@genieinvestments.com |

                                              */s/ Raye C. Elliott*
                                              Attorney