UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
Genie Investments NV Inc.,
Case No. 3:24-bk-00496-BAJ
Chapter 7

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2025, I caused a true and correct copy of the following documents to be served upon all counsel of record and interested parties via U.S. Mail and Email:

1. Reply to Trustee's Response to Motion for Sanctions and Protective Order
2. Response Motion to Strike Motion to Compel Disclosure of Trustee Communications and Administrative Decisions and Motion for Sanctions
3. Motion for Reconsideration of Order Denying Motion to Allow Cell Phone and/or Computer Access to the Courthouse

The foregoing documents were served upon the following parties:

| | |
|---|---|
| Aaron Cohen, Chapter 7 Trustee | Bryan K. Mickler, Attorney for the Debtor |
| Raye Elliott | Law Offices of Mickler & Mickler, LLP |
| Akerman LLP | 5452 Arlington Expy. |
| 50 North Laura Street, Suite 3100 | Jacksonville, Florida 32211 |
| Jacksonville, Florida 32202 | bkmickler@planlaw.com |
| aaron@arcohenlaw.com; | |
| raye.elliott@akerman.com | |

Respectfully submitted,

John Michael Cohan and David Hughes
Stakeholders of GENIE INVESTMENTS NV INC.
Sole Trustees & Sole Beneficiaries of GENIE INVESTMENTS TRUST
Authorized Representatives, without prejudice and without recourse,
Movants, Pro Se, In Rem, Corpus Juris, Quasi In Rem, In personam, Under Fiduciary Duty, FS 736.0816, UTC 801-817, UPAA 203 & 207, 11 USC 541, UCC §9-109, UCC §9-503, UCC §9-607, UCC §9-615, UCC §9-202, Restatement (Third) of Trusts 70 & 85, Dodge v. Ford Motor Co. (1919), Hodel v. Irving, 481 U.S. 704 (1987), C.E. Pope Equity Trust v. United States, 818 F.2d 696 (9th Cir. 1987)