UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville____ DIVISION

FILED MAIL USBC
JAX, FL FEB7725

In re:
Genie Investments NV Inc._____

Case No. 3:24-bk-00496_____
Chapter 7_____

_____Debtor(s)_____ /

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): [ ]    CREDITOR: [✓]

Please print the following information:

NAME: **20Twenty Development LLC**

OLD MAILING ADDRESS: **1089 E Benchview Dr**
**Ogden, UT 84404**

NEW MAILING ADDRESS: **494 N Emery Ave**
**Orem, UT 84057**
**Attn: Bryan Olson**

DATED: **1/30/25**

_Signature of Debtor or Creditor_

_Signature of Joint Debtor (if applicable)_

PHONE NUMBER: **435-300-3500**

**All future notices shall be sent to the new mailing address**

(6/1/11)