United States Bankruptcy
Court Middle District of Florida - Jacksonville Division

FILED MAIL USBC
JAX, FL FEB7'25

In re:                                                    Case No. 3:24-bk-00496-BAJ
                                                          Chapter 7

**Genie Investments NV Inc.**

**Debtor/**

## Motion to allow Late File Claim

Dear Judge Burgess,

My company, **20Twenty Development LLC** is a creditor in the above referenced case, however, I had no notice or knowledge that the debtor had filed bankruptcy. Furthermore, I was not aware that there was a written request sent out by the Court specifying a "Deadline to File a Proof of Claim". I did not learn of the bankruptcy, or the letter sent by the Court until just this week on January 29, 2005 that a dividend appears possible in this case and that we needed to file.

I have done everything that I knew to communicate and follow up with Genie Investments over the years to hopefully be repaid. Communication with Genie Investments was specifically handled via email and their online portal which I accessed frequently for updates. The last email communication I had from Genie Investments was Feb 20, 2024 and had nothing to do with them filing for bankruptcy. It was only by reaching out repeatedly to the sales representative that brought us to Genie Investments via phone/text that I was able to finally learn that they had filed Chapter 7 and that there was a notice from the Court requesting Proof Of Claim.

I made substantial investments with Genie Investments through separate deposits dated October 6, 2022 and October 31, 2022 totaling **$545,000**. My understanding is this amount is likely among the top 10 of claimants / creditors based on dollar amount. These substantial losses of capital we suffered when not repaid as promised so negatively impacted our business it became defunct the following year.

The address in our contract with Genie Investments was 1089 E Benchview Drive, Ogden, UT. This address for the business was closed in August of 2023. Because the business was inactive, and because the history of communication was all via email or phone with the Debtor, there was no expectation that providing them with a new mailing address would have any impact. It is apparent now, that this is why we did not receive any notification via mail from the Court.

Page 1 of 2

United States Bankruptcy
Court Middle District of Florida - Jacksonville Division

Upon learning that such a case and request for Proof of Claim existed, I immediately reached out to anyone for more clarity and was able to communicate with the appointed Trustee, <u>Raye Elliott with Akerman LLP</u>. Raye confirmed that my business was listed on the schedule of creditors as provided by the debtor, but that I should petition you to allow for a late claim since I was not notified. It was suggested by her and others that you would likely allow the late claim as I have cause.

I was instructed to complete the **Proof Of Claim form 410** which I was able to fill out on the Court's website and a copy of evidence of such in enclosed herein. I have also included a **Notice Of Change Of Address** form for the Court for all future needs.

I respectfully request that you allow our filed *Proof Of Claim* to be included so that we may rightfully recover as much as possible from our substantial losses to Genie Investments. It would be an injustice to be excluded from any dividends paid when we were not made aware of any need to file previously. Once I learned, I responded immediately, submitting proof within a day.

Respectfully,

Signed: : _[signature]_

Dated: Jan 30, 2025

Bryan K. Olson
20Twenty Development LLC
Owner / Operating Manager
494 N Emery Ave
Orem, UT 84057

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Genie Investments NV Inc. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court | Middle District of Florida |
| Case number: | 24-00496 |

FILED
U.S. Bankruptcy Court
Middle District of Florida

1/30/2025

Jose A. Rodriguez, Clerk

# Official Form 410
# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
20Twenty Development LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: Bryan K. Olson

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
20Twenty Development LLC
Name
494 N Emery Ave
Orem, UT 84057

Contact phone  4343003500
Contact email  bryan@lonepeak.dev

Uniform claim identifier (if you use one):
_____

Where should payments to the creditor be sent? (if different)
Name _____

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410 — Proof of Claim — page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ | |
| 7. How much is the claim? | $ 545000.00 | **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Money lent for purposes of obtaining additional credit | |
| 9. Is all or part of the claim secured? | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br>   **Nature of property:**<br>   ☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>   ☐ Motor vehicle<br>   ☐ Other. Describe: _____<br><br>   **Basis for perfection:** _____<br>   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>   **Value of property:** $ _____<br>   **Amount of the claim that is secured:** $ _____<br>   **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>   **Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>   **Annual Interest Rate** (when case was filed) _____ %<br>   ☐ Fixed<br>   ☐ Variable | |
| 10. Is this claim based on a lease? | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ | |
| 11. Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ | |

Official Form 410                                        Proof of Claim                                        page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No <br> ☐ Yes. *Check all that apply*: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ _____ |
| | * Amounts are subject to adjustment on 4/1/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    1/30/2025
                    MM / DD / YYYY

/s/ Bryan K. Olson
Signature

Print the name of the person who is completing and signing this claim:

Name: Bryan K. Olson
       First name    Middle name    Last name

Title: Owner / Operating Manager

Company: 20Twenty Development LLC
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 494 N Emery Ave
         Number   Street
         Orem, UT 84057
         City   State   ZIP Code

Contact phone: 4343003500    Email: bryan@lonepeak.dev

Official Form 410    Proof of Claim    page 3

# PRIORITY MAIL
UNITED STATES POSTAL SERVICE®

Flat Rate Mailing Envelope
Visit us at usps.com

EXPECTED DELIVERY DAY: 02/05/25

USPS TRACKING® #

9505 5150 3919 5034 2382 23



PM
OREM, UT 84057
FEB 03, 2025
32202
RDC 03    0 Lb 1.70 Oz    $10.10
S2324P500465-8

FROM:
Bryan Olson
444 N. Emery Ave.
Orem, UT 84057

TO:
U.S. Bankruptcy Court
300 N. Hogan Street
Suite 3-150
Jacksonville, FL 32202