**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

          Debtor.                                              Chapter 7
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Jason A. Burgess will conduct a preliminary hearing in this case on **Tuesday, February 25, 2025, at 10:00 a.m**., in the Bryan Simpson United States Courthouse, Courtroom 4A, 4th Floor, 300 North Hogan Street, Jacksonville, Florida 32202, on the following matter:

**TRUSTEE'S MOTION TO ENFORCE AUTOMATIC STAY (Doc. 296)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated:  February 20, 2025            AKERMAN LLP

                                                By: */s/ Raye C. Elliott*
                                                Raye  C. Elliott, Esq.
                                                Florida Bar Number: 018732
                                                Email: raye.elliott@akerman.com
                                                401 East Jackson Street, Suite 1700
                                                Tampa, FL 33602
                                                Phone:  (813) 223-7333
                                                Fax:  (813) 223-2837

                                             Attorneys for Aaron R. Cohen, Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 20, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and a true and correct copy was served by email and by U.S. Mail to:

| | |
|---|---|
| John Cohan | David Hughes |
| PO Box 60443 | PO Box 60443 |
| Jacksonville, FL 32236 | Jacksonville, FL 32211 |
| jmcohan@genieinvestments.com | dhughes@genieinvestments.com |

            */s/ Raye C. Elliott*
            Attorney