**ORDERED.**

Dated: February 20, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,

    Debtor.
_____/

CASE NO.: 3:24-bk-00496-BAJ
Chapter 7

## ORDER GRANTING MOTION FOR RECONSIDERATION

This case is before the Court on the Motion for Reconsideration (the "Motion") (Doc. No. 286) filed by interested party, John-Michael Cohan. Upon review, the Court determines that the Motion should be granted.

Accordingly, it is **ORDERED:**

1. The Motion is **GRANTED**.

2. Mr. Cohan's authorization to use his cell phone and laptop in the courthouse is limited to the terms and conditions outlined in the Order of Authorization entered in Miscellaneous Proceeding 3:25-mp-2-JAB.

2

Clerk's Office to Serve.