United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-00496-BAJ |
| Genie Investments NV Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 20, 2025 | Form ID: pdfdoc | Total Noticed: 154 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genie Investments NV Inc., PO Box 60443, Jacksonville, FL 32236-0443 |
| aty | + | Corey D. Boddie, 40 Exchange Place, Suite 1800, New York, NY 10005-2716 |
| aty | | Winderweedle, Haines, Ward & Woodman, P.A., c/o Ryan E. Davis, PO Box 1391, Orlando, FL 32802-1391 |
| cr | | Acres & Royalty, LLC, c/o G. Chase Buxton, P.O. Box 1087, Ruston, LA 71273-1087 |
| cr | + | Attn: Bryan Olson 20 Twenty Development LLC, 494 N Emery Ave, Orem, UT 84057-3708 |
| fa | + | Hal A. Levenberg, CIRA, CFE, YIP ASSOCIATES, One Biscayne Tower, 2 S. Biscayne Blvd., Suite 2690, Miami, FL 33131-1815 |
| crcm | + | Holland & Knight LLP, c/o Noel Boeke, Esq., 100 N. Tampa St., Ste. 4100, Tampa, FL 33602-3644 |
| cr | + | Lisa Butkiewicz, 6501 E. Greenway Parkway, #103-218, Scottsdale, AZ 85254-2025 |
| crcm | + | The Official Committee of Unsecured Creditors (Cre, c/o Noel R. Boeke, Holland & Knight LLP, 100 North Tampa Street, Suite 4100, Tampa, FL 33602-3644 |
| 31394700 | + | 20Twenty Development LLC, 494 N Emery Ave, Orem, UT 84057-3708 |
| 30864161 | + | A Complete Home Inspection LLC, 110 Velsco Lane, Port Sulphur, LA 70083-2362 |
| 30917381 | + | ALV Capital LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, Bedford, NH 03110-7058 |
| 30864166 | + | ALV Capital LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30897961 | + | AMRODDO HOLDINGS, LLC, 625 WOODMONT AVE, BERKELEY, CA 94708-1233 |
| 30864162 | | Acres & Royalty LLC, P.O. Box 1087, Ruston, LA 71273-1087 |
| 30864163 | | Adaptive Medical Technologies LLC, 7349 Paseo Del Sur, Scottsdale, AZ 85258 |
| 30864164 | + | Ajer LLC, 1070 S 650 West, Farmington, UT 84025-4603 |
| 30864165 | + | Alere LLC, 1530 E. Williams Field Rd 201, Gilbert, AZ 85295-1825 |
| 30864167 | + | Ameiva LLC, 282 E 300 S, Smithfield, UT 84335-1636 |
| 30864168 | + | Amrodddo Holdings LLC, 2283 Candlestick Ave, Henderson, NV 89052-2361 |
| 30864169 | + | Andorful Dynasty Real Estate LLC, 4826 Cragmere Loop, Clermont FL 34711-5523 |
| 30864170 | + | Another Chance Group Home Inc, 54 N Vista Ave, Casa Grande, AZ 85122-3193 |
| 30864171 | + | Anvil Construction Inc, 470 N. Main Street, Brigham City, UT 84302-1858 |
| 31296902 | + | Anvil Construction Inc., 470 N Main St, Brigham City, UT 84302, Brigham City, UT 84302-1858 |
| 30864172 | + | Archer Capital Investments, Attn: Michael Thompson, 1448 W. Salmon Caddis Drive, Bluffdale, UT 84065-5122 |
| 31312041 | + | Archer Capital Investments LLC / Michael Thompson, 1448 W. Salmon Caddis Dr., 1448 W. Salmon Caddis Dr., Bluffdale, UT 84065-5122 |
| 30901437 | #+ | Autonomous Drine Solutions LLC, dba Calaway Solutions, Attn: Garrett Calaway, 7180 S Hudson Circle, Centennial, CO 80122-2553 |
| 30864173 | + | Autonomous Drone Solutions DBA Calaway Solutions L, 2121 Brittmoore 2200, Houston, TX 77043-2220 |
| 30864174 | + | BAYI Capital Management LLC, 148 Undercliff Avenue, Edgewater, NJ 07020-1275 |
| 30864176 | + | Bild Credit LLC, 30 N Gould Street 30212, Sheridan, WY 82801-6317 |
| 30864177 | + | Bold City Commercial LLC, 4426 CAPITAL DOME DR, Jacksonville, FL 32246-7456 |
| 30864249 | | Braces at Brick, PA - Dr John Young, 900 Cedar Bridge Ave Ste B15, Brick, NJ 08723 |
| 31161290 | | Brian Bevan, 282 East 300 South, SMITHFIELD, UT 84335-1636 |
| 30972357 | + | Brooklyn Heights, 307 N Lincoln Street, 307 N Lincoln Street, Tallulah, LA 71282-4314 |
| 30864250 | + | Brooklyn Heights LLC, 307 N Lincoln Street, Tallulah, LA 71282-4314 |
| 30799849 | + | Bryan K. Mickler, Attorney for the Debtor, 5452 Arlington Expy., Jacksonville, FL 32211-6860 |
| 30864251 | + | Bull & Bear Properties LLC, 1140 E 87th Street, Chicago, IL 60619-7012 |
| 30938426 | + | Business Live Global USA LLC, 4538 Walnut Ridge Circle, 4538 Walnut Ridge Circle, McDonald, PA 15057-1608 |
| 30864252 | + | Business Live Global USA, LLC, 4538 Walnut Ridge Circle, Mc Donald, PA 15057-1608 |
| 30864254 | + | CNF Solutions LLC, 135 East 620 South, Smithfield, UT 84335-4901 |
| 30864253 | + | CannaVision Inc, 777 Main Street 600, Fort Worth, TX 76102-5368 |

| | | |
|---|---|---|
| 30881178 | + | Charles Blake Stringer/Nutra-AcresLLC, 149 South Shore Drive, Amarillo, TX 79118-8007 |
| 30864255 | + | Cobb Utilities Inc, 191 Honey Suckle Circle, Ranger, GA 30734-6792 |
| 31007083 | + | Cobb Utilities Inc., 191 Honeysuckle Circle NE., Ranger, GA 30734-6792 |
| 30864256 | + | Cool Beanz LLC, 6585 Decatur Blvd, Las Vegas, NV 89118-2110 |
| 30885760 | + | Cool Beanz, LLC, 143 West Fulton Street, Sanford, FL 32771-1218 |
| 30864257 | | Dajo Properties LLC, 11360Chestnut Tree Rd, Honey Brook, PA 19344 |
| 30926477 | #+ | Darnell Development, 1118 N Chinowth, VISALIA, CA 93291-7896 |
| 30864258 | + | Darnell Development, LLC, 2814 W Newton CT, Visalia, CA 93291-6593 |
| 30864259 | | Dun Agro Hemp Group Inc, P.O. Box 475, Shelbyville, IN 46176 |
| 30864260 | + | Edge Development LLC, 315 239th Ct. SE, Sammamish, WA 98074-3687 |
| 30864261 | | Expansive Investments, LLC, 3855 S 500 W B, Salt Lake City, UT 84115 |
| 30864262 | + | Faith Investor Services, LLC, 1522 4th Ave, Asbury Park, NJ 07712-4962 |
| 30882156 | + | Faith Investors Services LLC, 1522 4th Ave, Asbury Park, NJ 07712-4962 |
| 30864263 | + | Fehu Capital Inc, 3139 W. Holmbe Blvd A 77025-1533 |
| 30864264 | + | Ficarra Holdings LLC, 408 Billings Road, Somers, CT 06071-2037 |
| 30864265 | + | Foster Group LLC, 2539 N 300 E, Lehi, UT 84043-4403 |
| 30864266 | + | Global Verse Holdings LLC, 1709 Vintage Lane, Wylie, TX 75098-0816 |
| 30864267 | + | Golden Goods LLC, 3620 West 10th Street, Greeley, CO 80634-1853 |
| 30864268 | + | H&M Essential Services, LLC, 221 N Broad Street 3A, Middletown, DE 19709-1070 |
| 30864269 | | Half a Dime, LTD, Box 653, Alberta |
| 30864270 | | Heliosun LLC DBA Odin, 1600 S Litchfield Rd 230A, Goodyear, AZ 85338 |
| 30864271 | + | High Dunes II LLC, 17 Lockwood Drive, Charleston, SC 29401-1190 |
| 30917428 | + | Hospitality Growth Capital LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, Bedford, NH 03110-7058 |
| 30864272 | + | Hospitality Growth Capital LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864273 | + | Humane Care 7 Days Medical Group Inc, 6552 Bolsa Avenue N, Huntington Beach, CA 92647-2656 |
| 30864274 | + | Iron Dragon Corporation, 70 Winding Way, Gibbsboro, NJ 08026-1460 |
| 30864275 | + | JC&TL Inc, 13865 Magnolia Avenue B, Chino, CA 91710-7047 |
| 31230380 | + | Jimmy D Chambers, CPA, 7200 Hwy 87 N, Orange, TX 77632-9275 |
| 30864276 | + | Just Hewitt LLC, 205 E Hidalgo Avenue, Raymondville, TX 78580-2545 |
| 30864277 | + | Knife & Spirit, 7217 E 4th Avenue, Scottsdale, AZ 85251-3634 |
| 30864278 | + | Knights Lending, 1603 Capitol Ave, Ste. 413, Cheyenne, WY 82001-4562 |
| 30864279 | + | Knut LLC, 697 N 740 E, Lehi UT 84043-1300 |
| 31221058 | + | Kristin Stegent, 40 CR 267, Somerville, TX 77879-5208 |
| 30885650 | | Latent Lending, LLC, Latent Wealth Group, LLC, Mark Steiner, 302 N. Abajo Peak Way, UT 84032 |
| 30864280 | + | Latent Wealth Group LLC, 302 N. Abajo Peak Way, Heber City, UT 84032-6501 |
| 30864281 | + | Law Offices of Mickler & Mickler, LLP, 5452 Arlington Expy., Jacksonville, FL 32211-6860 |
| 30882328 | + | Legacy Land Developers LLC, 1651 W 100th St, CHICAGO, IL 60643-2128 |
| 31202972 | | Limitless Investment Group, LLC, 3855 south, 500 West Unit B, Salt Lake City, UT 84115 |
| 30864282 | + | Lobenhaus Capital, LLC, 6303 Lone Wolf Drive, Jamesville, NY 13078-9587 |
| 30864283 | + | Log Cabin Building LLC, 289 Parker Drive, Pittsburgh, PA 15216-1346 |
| 30864284 | | MAA DFW Investments LLC, 2509 Amelia Island, Southlake, TX 76092-1583 |
| 30882317 | + | MIMS-IPR, LLC, 1627 7th St S, Clanton, AL 35045-8786 |
| 31286412 | + | McMann Commercial Lending LLC, c/o David E. Cohen, SWK Attorneys at Law, 500 Skokie Blvd., Ste 600, Northbrook, IL 60062-2831 |
| 30864285 | + | McMann Commercial Lending LLC, 500 N Michigan Ave 600, Chicago, IL 60611-3754 |
| 30864286 | + | Meetopolis LLC, Attn: Lisa Butkiewicz, 5434 E Kathleen Road, Scottsdale, AZ 85254-1759 |
| 31203128 | | Michael Calvitto, H&M Essential Services LLC., 15714 Torry Pines Rd., Houston, TX 77062-4512 |
| 31014476 | + | Michael Thompson, 1448 W Salmon Caddis Dr, Bluffdale, UT 84065-5122 |
| 30864287 | | Michele Ruiz Productions, LLC DBA Ruiz Strategies, 925 Century Park East 1700, West Hollywood, CA 90069 |
| 30864288 | + | Moser Holdings, LLC, 537 S. 150 E., Smithfield, UT 84335-1654 |
| 30864289 | + | My Dragonfly Home Solutions, LLC, 7700 Irvine Center Drive 800, Irvine, CA 92618-3047 |
| 31014317 | + | N2N Group, Inc, 5 Webb Hill Road, Great Neck, NY 11020, Attention: Michelle Chen, Great Neck, NY 11020-1118 |
| 30864290 | + | NCR Digital Corp, 237 Floyd Road, Shirley, NY 11967-2941 |
| 30864296 | + | NY SF Sunset Yards LLC, 64 Grand Street, Brooklyn, NY 11249-4219 |
| 31000629 | + | New Mount Olive Church, 2905 Macfarlane Crescent, 2905 Macfarlane Crescent, Flossmoor, IL 60422-1427 |
| 30864291 | + | New Mount olive Missionary Baptist Church Inc, P.O. Box 1696, Harvey, IL 60426-7696 |
| 30991787 | + | North Haven Lodging Partners LLC, Benjamin J. Morris, c/o Foley & Lardner, 11988 El Camino Real, Suite 400, San Diego, CA 92130-2594 |
| 30864292 | + | North Haven Lodging Partners LLC, 2517 W Brentridge Circle, Sioux Falls, SD 57108-1573 |
| 30901426 | + | North Haven Lodging Partners, LLC, Attn: Benjamin Morris, Esq., Foley & Lardner LLP, 11988 El Camino Real, Suite 400, San Diego, CA 92130-2594 |
| 30864293 | + | Nortical Capital Inc, 921 E. Parker Street 1, Lakeland, FL 33801-1901 |
| 30864294 | + | Nutra-Acres Inc, 205 Michigan Ave, Chicago, IL 60601-5927 |
| 30917430 | + | Nutre Leasing LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, c/o Strauss Law Group PLLC, 264 South Ri, Bedford, |

Case 3:24-bk-00496-BAJ   Doc 300   Filed 02/22/25   Page 3 of 7

| District/off: 113A-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 20, 2025 | Form ID: pdfdoc | Total Noticed: 154 |

| | | |
|---|---|---|
| | | NH 03110-7058 |
| 30864295 | + | Nutre Leasing LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864297 | + | On Site Life Care Inc., 41 Flatbush Avenue, 1st Floor, Brooklyn, NY 11217-1145 |
| 31089885 | + | Onsite lifecare Inc, 23 dora lane, Holmdel, NJ 07733-1624 |
| 30864299 | | Phoenix Rising LLC, 172 Center Bay, Jackson, WY 83001 |
| 30864300 | + | Platinum Investments USA LLC, c/o THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER 1209 ORANGE ST, Wilmington, DE 19801-1120 |
| 30864301 | + | Prine Energy Services LLC, 450 Gears Road, Houston, TX 77067-4529 |
| 31005624 | + | Relco Industries LLC and Richard L Ellison, 75 Lambert Avenue, Clifton, NJ 07013-1254 |
| 30864302 | + | Ricks Ventures LLC, 1354 W 1900 S, Logan, UT 84321-6882 |
| 30864303 | + | Rolling By The Dozen RV Park LLC, 40 Country Road 267, Somerville, TX 77879-5208 |
| 30864304 | + | Rowehl & Russo Properties, LLC, 237 Floyd Road, Shirley, NY 11967-2941 |
| 30864305 | + | S&L Zeppeteli DBA SLZ Waste Inc, 191 Moonachie Road, Moonachie, NJ 07074-1309 |
| 30864312 | #+ | SSC Services Inc, 80 Franklin Street, Framingham, MA 01702-6671 |
| 30790356 | + | Secretary of the Treasury, 15th & Pennsylvania Ave., NW, Washington, DC 20220-0001 |
| 30864306 | + | Seeking First LLC, 3320 Laurel Dale Drive, Tampa, FL 33618-1033 |
| 30864307 | + | Seiler Tucker Inc, 400 Poydras Suite 1460, New Orleans, LA 70130-3260 |
| 30864308 | + | Skyward Tax & Accounting Service LLC, 3505 Lake Lynda Dr. 200, Orlando, FL 32817-8333 |
| 30882319 | + | Solace Realty Concepts LLC, 112 Lehigh Ave, Newark, NJ 07112-2036 |
| 30917462 | + | Solar Capital Funding LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, c/o Strauss Law Group PLLC, 264 South Ri, Bedford, NH 03110-7058 |
| 30864309 | + | Solar Capital Funding LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864310 | + | Solas Realty Concepts LLC, 112 Lehigh Avenue, Newark, NJ 07112-2036 |
| 30864311 | + | Springer Farms Landholdings LLC, 325 N 1200 E, American Fork, UT 84003-2049 |
| 30864313 | + | Story Book Homes LLC, 86 Mountain Avenue, Berkeley Heights, NJ 07922-2633 |
| 30864314 | + | Sun Coast Entertainment Live LLC, 6960 Brescia Way, Orlando, FL 32819-5288 |
| 30864315 | + | Sunlight Storage LLC, 3344 Bear Canyon Ln, Pleasant Grove, UT 84062-8016 |
| 31227394 | + | Susan Ray, 4314 Argentina Circle, 4314 Argentina Circle, Pasadena, TX 77504-2502 |
| 30864316 | + | Taj Construction LLC, 10 Windsor Dr., Foxboro, MA 02035-2226 |
| 30881180 | + | Temidayo Adebayo, 148 Undercliff Avenue, Suite 9, Edgewater, NJ 07020-1123 |
| 30864317 | + | Terry's Florists LLC, 46 English Plaza, Red Bank, NJ 07701-1693 |
| 30882962 | | The Farming Co Pty Ltd, 86 Lakeside Drive, Helena Valley, 6056, Western Australia |
| 30864318 | | The Farming Co. PTY LTD, 86 Lakeside Dr., Helena, MT 59604 |
| 30864319 | + | The Generations Group, 1006 Top Hill Dr, Brenham, TX 77833-2585 |
| 30824504 | | The Generations Group-DonStrickland, 14312 Zion Gate Xing, Conroe, TX 77384-2516 |
| 30864320 | + | TnC NOLA Holdings LLC, 1461 Annunciaction Street B, New Orleans, LA 70130-4539 |
| 30883746 | + | Uncle Willie Green Wings, 141 Lehigh Ave, Newark, NJ 07112-2037 |
| 30864321 | + | VTJ LLC, 706 Leander DR, Leander, TX 78641-5017 |
| 31014318 | + | WAI Holdings, LLC, 1275 S Lucerne Blvd, Los Angeles, California 90019, Attention: David Meiselman, Los Angeles, CA 90019-6804 |
| 30864325 | + | WW LLC, 26620 E Hoxie Road, Rockford, WA 99030-7003 |
| 30864322 | + | Wai Holdings LLC, 45 North Market, Wailuku, HI 96793-1756 |
| 30864323 | + | Wallingford Lodging Partners LLC, 2517 W Brentridge Circle, Sioux Falls, SD 57108-1573 |
| 30991793 | + | Wallingford Lodging Partners LLC, Benjamin J. Morris, c/o Foley & Lardner, 11988 El Camino Real, Suite 400, San Diego, CA 92130-2594 |
| 30971318 | + | West Palm Holdings Inc, 2705 Via Vistosa, San Clemente, CA 92672-3636 |
| 30864324 | + | Winslow Homes LLC, 3539 Tuscany Reserve Blvd 32168-5334 |
| 30864326 | + | Zelco Properties LLC, 108 Patriot Dr A, Middletown, DE 19709-8803 |

TOTAL: 145

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| cr | Email/Text: lea.bellerealty@gmail.com | | |
| | | Feb 20 2025 22:25:00 | Belle Maison Realty, LLC, c/o Lea Muse, Owner, 1133 E. 83rd Street 171, Chicago, IL 60619 |
| ex | + Email/Text: trustee@yipcpa.com | | |
| | | Feb 20 2025 22:23:00 | Maria M Yip, Yip & Associates, 2 South Biscayne Boulevard, Suite 2690, Miami, FL 33131-1815 |
| 30864175 | Email/Text: lea.bellerealty@gmail.com | | |
| | | Feb 20 2025 22:25:00 | Belle Maison Realty, LLC, Attn: Lea Muse, 1133 E 83rd Street 171, Chicago, IL 60619 |
| 30790351 | + Email/Text: taxdept@coj.net | | |
| | | Feb 20 2025 22:25:00 | Duval County Tax Collector, 231 Forsyth St. #130, Jacksonville FL 32202-3380 |

Case 3:24-bk-00496-BAJ   Doc 300   Filed 02/22/25   Page 4 of 7

| District/off: 113A-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 20, 2025 | Form ID: pdfdoc | Total Noticed: 154 |

| Recip ID | | | | |
|---|---|---|---|---|
| 30790352 | | Email/Text: OGCBankruptcy@floridarevenue.com | Feb 20 2025 22:23:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 30790354 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 20 2025 22:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 31159816 | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 20 2025 22:25:00 | Office of the United States Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2440 |
| 30790355 | | Email/Text: atlreorg@sec.gov | Feb 20 2025 22:25:00 | U.S. Securities & Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, N.E., Suite 900, Atlanta, GA 30326-1382 |
| 30790353 | + | Email/Text: Usaflm.bk-jax@usdoj.gov | Feb 20 2025 22:24:00 | United States Attorney, 300 North Hogan St Suite 700, Jacksonville, FL 32202-4204 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Adam B. Walker |
| cr | | Charles Blake Stringer |
| intp | | Corey D. Boddie |
| intp | | David Hughes |
| cr | | Foster Group, LLC |
| intp | | John-Michael Cohan |
| cr | | Kristin Stegent |
| cr | | Lea Muse |
| cr | *+ | Andorful Dynasty Real Estate LLC, 4826 Cragmere Loop, Clermont, FL 34711-5523 |
| 31018210 | *+ | Rowehl & Russo Properties LLC., 237 Floyd Rd, Shirley, NY 11967-2941 |
| 30919198 | *+ | Springer Farms Landholdings, LLC, 325 N 1200 E, American Fork, UT 84003-2049 |
| 30864298 | ##+ | Oregon Business Management Group Inc, 12600 SW 72nd Ave 140, Tigard, OR 97223-8356 |

TOTAL: 8 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 22, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron R. Cohen | aaron@arcohenlaw.com vanessa@arcohenlaw.com,ahc@trustesolutions.net,cahc11@trustesolutions.net |
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.br |

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Feb 20, 2025 | Form ID: pdfdoc | Total Noticed: 154 |

Bryan K. Mickler

    yank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net

    on behalf of Plaintiff Genie Investments NV Inc. court@planlaw.com
tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.br
yank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net

Edward M Fitzgerald

    on behalf of Creditor Committee The Official Committee of Unsecured Creditors (Creditors Committee)
edward.fitzgerald@hklaw.com  tonya.berger@hklaw.com

Edward M Fitzgerald

    on behalf of Creditor Committee Holland & Knight LLP edward.fitzgerald@hklaw.com  tonya.berger@hklaw.com

Max R Tarbox

    on behalf of Creditor Charles Blake Stringer max@tarboxlaw.com

Raye Curry Elliott

    on behalf of Trustee Aaron R. Cohen raye.elliott@akerman.com  jennifer.meehan@akerman.com;ava.hill@akerman.com

Raye Curry Elliott

    on behalf of Plaintiff Aaron R. Cohen  Chapter 7 Trustee raye.elliott@akerman.com,
jennifer.meehan@akerman.com;ava.hill@akerman.com

Ryan E Davis

    on behalf of Examiner Maria M Yip rdavis@whww.com  thiggens@whww.com;thiggens@ecf.courtdrive.com

Ryan E Davis

    on behalf of Attorney Winderweedle  Haines, Ward & Woodman, P.A. rdavis@whww.com,
thiggens@whww.com;thiggens@ecf.courtdrive.com

Ryan E Davis

    on behalf of Financial Advisor Hal A. Levenberg  CIRA, CFE rdavis@whww.com,
thiggens@whww.com;thiggens@ecf.courtdrive.com

Scott E Bomkamp

    on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov

United States Trustee - JAX 11

    USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 13

**ORDERED.**

Dated:  February 20, 2025

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,

Debtor.
_____/

CASE NO.: 3:24-bk-00496-BAJ
Chapter 7

**ORDER GRANTING MOTION FOR RECONSIDERATION**

This case is before the Court on the Motion for Reconsideration (the "Motion") (Doc. No. 286) filed by interested party, John-Michael Cohan.  Upon review, the Court determines that the Motion should be granted.

Accordingly, it is **ORDERED:**

1. The Motion is **GRANTED**.

2. Mr. Cohan's authorization to use his cell phone and laptop in the courthouse is limited to the terms and conditions outlined in the Order of Authorization entered in Miscellaneous Proceeding 3:25-mp-2-JAB.

Clerk's Office to Serve.