

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/25/2025 10:00 AM

COURTROOM   4A, 4th Floor

**HONORABLE JASON BURGESS**

| CASE NUMBER: | FILING DATE: |
|---|---|
| 3:24-bk-00496-BAJ           7 | 02/21/2024 |

**Chapter 7**

**DEBTOR:**      Genie Investments NV Inc.

**DEBTOR ATTY:**   Adam Walker

**TRUSTEE:**      Aaron Cohen

**HEARING:**

1. Motion to Compel Compliance with Settlement Agreement   Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 271
-Memorandum of Law in Opposition to Trustee's Motion to Compel Compliance with Settlement Agreement Filed by Corey D. Boddie on behalf of Interested Party Corey D. Boddie Doc 293
-Reply to Memorandum of Law in Opposition to Trustee's Motion to Compel Compliance With Settlement Agreement Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 295
2. Preliminary Hearing on Motion For Sanctions and Protective Order Against Chapter 7 Trustee for Retaliatory Conduct, Abuse of Process, and Breach of Fiduciary Duty (Combined) Filed by Interested Parties John-Michael Cohen, David Hughes Doc 274
-Response to Combined Motion for Sanctions and Protective Order and Request for Evidentiary Hearing Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 276
-Response/Reply to Trustee's Response to Motion for Sanctions and Protective Order Filed by Interested Parties John-Michael Cohan, David Hughes Doc 287
3. Preliminary Hearing on Motion to Compel Disclosure of Trustee Communications and Administrative Decisions Filed by Interested Party John-Michael Cohan Doc 277
4. Preliminary Hearing on Motion to Strike Motion to Compel Disclosure of Trustee Communications and Administrative Decisions (Doc. 277) Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 282
-Response to Motion to Strike Motion to Compel Disclosure of Trustee Communications and Administrative Decisions and Motion for Sanctions Filed by Interested Parties John-Michael Cohan, David Hughes Doc 288
5. Preliminary Hearing on Motion to Allow Late Filed Claim(s) as Timely Filed Filed by Creditor Attn: Bryan Olson 20 Twenty Development LLC Doc 291   (*no attorney)
6. Preliminary Hearing on Motion to Enforce Automatic Stay Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 296
~7. Preliminary Hearing on Amendment to Motion to Strike Trustee's Motion for Automatic Stay as Procedurally Improper, Motion for Reconsideration of Order Granting Trustee's Motion to Strike Movants' Motion to Dismiss Adversary Complaint, and Request for Additional Sanctions for Clear Breach of Fiduciary Duty Filed by Interested Parties John-Michael Cohan, David Hughes Doc 301

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**

1. Motion to Compel Compliance with Settlement Agreement   Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 271

   GRANTED (TERMS STATED ON THE RECORD) ORDER ELLIOTT

-Memorandum of Law in Opposition to Trustee's Motion to Compel Compliance with Settlement Agreement Filed by Corey D. Boddie on behalf of Interested Party Corey D. Boddie Doc 293

-Reply to Memorandum of Law in Opposition to Trustee's Motion to Compel Compliance With Settlement Agreement Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 295


2. Preliminary Hearing on Motion For Sanctions and Protective Order Against Chapter 7 Trustee for Retaliatory Conduct, Abuse of Process, and Breach of Fiduciary Duty (Combined) Filed by Interested Parties John-Michael Cohen, David Hughes Doc 274

   DENIED (WITHOUT PREJUDICE) ORDER ELLIOTT

-Response to Combined Motion for Sanctions and Protective Order and Request for Evidentiary Hearing Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 276

-Response/Reply to Trustee's Response to Motion for Sanctions and Protective Order Filed by Interested Parties John-Michael Cohan, David Hughes Doc 287


3. Preliminary Hearing on Motion to Compel Disclosure of Trustee Communications and Administrative Decisions Filed by Interested Party John-Michael Cohan Doc 277

   DENIED (WITHOUT PREJUDICE) ORDER ELLIOTT


4. Preliminary Hearing on Motion to Strike Motion to Compel Disclosure of Trustee Communications and Administrative Decisions (Doc. 277) Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 282

   DENIED AS MOOT ORDER ELLIOTT

-Response to Motion to Strike Motion to Compel Disclosure of Trustee Communications and Administrative Decisions and Motion for Sanctions Filed by Interested Parties John-Michael Cohan, David Hughes Doc 288


5. Preliminary Hearing on Motion to Allow Late Filed Claim(s) as Timely Filed Filed by Creditor Attn: Bryan Olson 20 Twenty Development LLC Doc 291

   GRANTED ORDER ELLIOTT


6. Preliminary Hearing on Motion to Enforce Automatic Stay Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 296

   CHAMBERS TO PREPARE SCHEDULING ORDER


~7. Preliminary Hearing on Amendment to Motion to Strike Trustee's Motion for Automatic Stay as Procedurally Improper, Motion

for Reconsideration of Order Granting Trustee's Motion to Strike Movants' Motion to Dismiss Adversary Complaint, and Request for Additional Sanctions for Clear Breach of Fiduciary Duty Filed by Interested Parties John-Michael Cohan, David Hughes Doc 301

  CHAMBERS TO PREPARE SCHEDULING ORDER

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.