[jiffyordnh] [Bench Order No Hearing +]

**ORDERED.**

Dated: **February 27, 2025**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3−24−bk−00496−BAJ
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

**ORDER DENYING AS MOOT MOTION FOR EXPEDITED RULING ON MOTION FOR RECONSIDERATION**

　　THIS CASE came before the Court for hearing on the **Motion for Expedited Ruling on Motion for Reconsideration** (Doc. **302** ), filed by **Interested Party John−Michael Cohan** .

　　The Court having considered the record, the Motion for Expedited Ruling on Motion for Reconsideration is Denied as Moot .

　　The Court in its discretion may file written findings of facts and conclusions of law at a later date.

　　Service Instructions:

　　The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.