**ORDERED.**

Dated: February 27, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,            Case No.: 3:24-bk-00496-BAJ

    Debtor.                                    Chapter 7
_____/

**ORDER GRANTING MOTION TO ALLOW LATE FILED CLAIM**

THIS CASE is before the Court on the Motion to Allow Late Filed Claim (the "Motion")[1] (Doc. 291) filed by 20Twenty Development LLC ("Creditor"). For the reasons stated on the record at the hearing held on February 25, 2025, it is,

**ORDERED**:

1. The Motion is **GRANTED**.

2. The proof of claim filed by Creditor (the "Claim") shall not be subject to objection on the basis of timeliness.

3. The Chapter 7 Trustee's, or any other party-in-interest's, right to object to the Claim on any other grounds is preserved.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

---

[1] Defined terms from the Motion are incorporated by reference herein.

80175982;1