**ORDERED.**

Dated: February 27, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,           Case No.: 3:24-bk-00496-BAJ

       Debtor.                                       Chapter 7
_____/

**ORDER DENYING COMBINED MOTION FOR SANCTIONS
AND PROTECTIVE ORDER AGAINST CHAPTER 7 TRUSTEE**

       THIS CASE is before the Court on the Combined Motion for Sanctions and Protective Order Against Chapter 7 Trustee for Retaliatory Conduct, Abuse of Process, and Breach of Fiduciary Duty (the "Motion")[1] (Doc. 274) filed by John Michael Cohan and David Hughes. For the reasons stated on the record at the hearing held on February 25, 2025, it is,

       **ORDERED**:

       1.       The Motion is **DENIED** without prejudice.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

---

[1] Defined terms from the Motion are incorporated by reference herein.

80177791;1