**ORDERED.**

Dated: February 27, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

GENIE INVESTMENTS NV INC.,         Case No.: 3:24-bk-00496-BAJ

    Debtor.         Chapter 7

_____/

**ORDER DENYING MOTION TO COMPEL DISCLOSURE
OF TRUSTEE COMMUNICATIONS AND ADMINISTRATIVE DECISIONS**

THIS CASE is before the Court on the Motion to Compel Disclosure of Trustee Communications and Administrative Decisions (the "Motion")[1] (Doc. 277) filed by John Michael Cohan and David Hughes. For the reasons stated on the record at the hearing held on February 25, 2025, it is,

**ORDERED**:

1. The Motion is **DENIED** without prejudice.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

---

[1] Defined terms from the Motion are incorporated by reference herein.