**ORDERED.**

Dated: February 27, 2025

_Jason A. Burgess_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                Case No.: 3:24-bk-00496-BAJ

　　　　Debtor.                                                Chapter 7
_____/

**ORDER DENYING TRUSTEE'S MOTION TO STRIKE
MOTION TO COMPEL DISCLOSURE OF TRUSTEE
COMMUNICATIONS AND ADMINISTRATIVE DECISIONS**

THIS CASE is before the Court on the Motion to Strike Motion to Compel Disclosure of Trustee Communications and Administrative Decisions (the "Motion")[1] (Doc. 282) filed by Aaron Cohen, Chapter 7 Trustee. For the reasons stated on the record at the hearing held on February 25, 2025, it is,

**ORDERED**:

1.　　The Motion is **DENIED** as moot.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

---

[1] Defined terms from the Motion are incorporated by reference herein.

80179710;1