**ORDERED.**

Dated: February 27, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

　　　　Debtor.                                         Chapter 7
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO**
**COMPEL COMPLIANCE WITH SETTLEMENT AGREEMENT**

THIS CASE is before the Court on the Motion to Compel Compliance with Settlement Agreement (the "Motion")[1] (Doc. 271) filed by Aaron Cohen, Chapter 7 Trustee (the "Trustee"). For the reasons stated on the record at the hearing held on February 25, 2025, it is,

**ORDERED**:

1.　　The Motion is **GRANTED**.

2.　　Attorney Corey Boddie shall provide the Account Documents to the Trustee's counsel no later than 5:00 p.m. (e.s.t.) on February 28, 2025. Such disclosure does not violate the ABA Model Rules of Professional Conduct or the Florida Model Rules of Professional Conduct.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

---

[1] Defined terms from the Motion are incorporated by reference herein.

80177791;2