**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                     Case No.: 3:24-bk-00496-BAJ

          Debtor.                                                           Chapter 7

_____/

**PROOF OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the Order Granting Motion to Allow Late Filed Claim (Doc. 309) was served via CM/ECF after the docketing to all creditors and parties-in-interest who have consented to receiving electronic notifications in this case, and on February 28, 2025, by United States mail, postage prepaid and properly addressed, to the following:

20Twenty Development LLC
Attn. Bryan L. Olson, Owner/Operating Manager
494 N. Emery Ave
Orem, UT 84057

and by email to Bryan Olson at bryan@lonepeak.dev

Dated:  February 28, 2025              AKERMAN LLP

                                          By: */s/ Raye C. Elliott*
                                              Raye  C. Elliott, Esq.,
                                              Florida Bar Number: 018732
                                              Email: raye.elliott@akerman.com
                                              401 East Jackson Street, Suite 1700
                                              Tampa, FL 33602
                                              Phone:  (813) 223-7333
                                              Fax:  (813) 223-2837

                                        Attorneys for Aaron R. Cohen, Chapter 7 Trustee

80243117;1