**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

           Debtor.                              Chapter 7

_____/

## PROOF OF SERVICE

      I HEREBY CERTIFY that true and correct copies of the (i) Order Denying Motion for Sanctions and Protective Order Against Chapter 7 Trustee (Doc. 310); (ii) Order Denying Motion to Compel Disclosure of Trustee Communications and Administrative Decisions (Doc. 311); and (iii) Order Denying Trustee's Motion to Strike Motion to Compel Disclosure of Trustee Communications and Administrative Decisions (Doc. 312) were served via CM/ECF after the docketing to all creditors and parties-in-interest who have consented to receiving electronic notifications in this case, and on February 28, 2025, by U.S. Mail and email to the following:

| | |
|---|---|
| John Michael Cohan<br>PO Box 60443<br>Jacksonville, FL 32236<br>jmcohan@genieinvestments.com | David Hughes<br>PO Box 60443<br>Jacksonville, FL 32236<br>dhughes@genieinvestments.com |

Dated: February 28, 2025                AKERMAN LLP

                                              By: */s/ Raye C. Elliott*
                                                  Raye C. Elliott, Esq.,
                                                  Florida Bar Number: 018732
                                                  Email: raye.elliott@akerman.com
                                                  401 East Jackson Street, Suite 1700
                                                  Tampa, FL 33602
                                                  Phone: (813) 223-7333
                                                  Fax: (813) 223-2837

                                          Attorneys for Aaron R. Cohen, Chapter 7 Trustee