**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,   Case No.: 3:24-bk-00496-BAJ

    Debtor.   Chapter 7

_____/

**PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Order Granting Trustee's Motion to Compel Compliance with Settlement Agreement (Doc. 313) was served via CM/ECF after the docketing to all creditors and parties-in-interest who have consented to receiving electronic notifications in this case, and on February 28, 2025, by U.S. Mail and email to:

| | |
|---|---|
| Corey D. Boddie, Esq.<br>Boddie & Associates, P.C.<br>40 Exchange Place, Suite 1800<br>New York, NY 10005<br>Email: corey@boddieassoc.com | Corey D. Boddie, Esq.<br>Boddie & Associates, P.C.<br>10940 Wilshire Blvd., Ste. 1600<br>Los Angeles, CA 90024 |
| Velanos Principal Capital, Inc.<br>4695 MacArthur Court<br>Suite 1100<br>Newport Beach, CA 92660<br>Email: jwearmouth@velanospc.com<br>      josh.wearmouth@protonmail.com | Velanos Principal Capital<br>c/o Joshua Wearmouth<br>20101 SW Cypress Street<br>Newport Beach, CA 92660 |

Dated:  February 28, 2025

AKERMAN LLP

By: */s/ Raye C. Elliott*
    Raye  C. Elliott, Esq.,
    Florida Bar Number: 018732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, FL 33602
    Phone:  (813) 223-7333
    Fax:  (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee