**ORDERED.**

Dated: March 03, 2025

_Jason A. Burgess_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,

    Debtor.
_____/

CASE NO.: 3:24-bk-00496-BAJ
Chapter 7

## ORDER SCHEDULING TRIAL

The Court will conduct a trial on the Motion to Enforce the Automatic Stay (Doc. 296) filed by Raye Curry Elliott, Esq. on behalf of Chapter 7 Trustee Aaron R. Cohen (the "Trustee") and the Amended Motion to Strike Trustee's Motion to Enforce the Automatic Stay (Doc. 301) filed by Interested Parties, John-Michael Cohan and David Hughes ("Mr. Cohan and Mr. Hughes") on June 24, 2025, at 09:00 AM, in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202.  Accordingly, it is

**ORDERED:**

1.     **Briefing Deadlines.**  The briefing schedule is as follows:

(a) The Parties[1] shall file their respective briefs on or before April 11, 2025, at 4:00 PM Eastern.
(b) The Parties shall file their responses to the opposing party's brief on or before May 2, 2025 at 4:00 PM Eastern.
(c) If the Parties choose to file replies, the replies must be filed on or before May 16, 2025, at 4:00PM Eastern.
(d) Please review Judge Williamson's 10-10-10 rule for guidance preparing the foregoing documents.[2]
(e) Each of the foregoing documents shall not exceed ten (10) pages, including footnotes, typed, double-spaced, Times New Roman, 12-point font. Any document exceeding the page limit will be promptly stricken.

2. The Court reserves the right to cancel the trial and rule from the papers.

3. **Litigation Stay.** A separate interim order will be entered staying certain litigation pending final adjudication.

4. **Pretrial Disclosure.** Fed. R. Civ. P. 26(a)(3)[3] governs pretrial disclosure regarding witness and use of depositions. Parties must file and exchange names, telephone numbers, and addresses for witnesses, and any designations at least 28 days before trial. Objections under Fed. R. Civ. P. 32(a) to the use of depositions must be filed within 14 days of the disclosure. (Note: Under Fed. R. Civ. P. 32(b), objections to the admissibility of deposition testimony are reserved for hearing or trial.)

5. **Joint Stipulation of Undisputed Facts.** The parties must meet in person or by video to prepare a joint stipulation of undisputed facts and exhibits that may be admitted into evidence without objection. The stipulation must be filed no later than seven days before the date set for trial.

6. **Exhibits.** Parties must comply with all requirements of Local Rules 7001−1 and 9070−1 concerning exhibits. Parties must exchange exhibits no later than seven days before the date set for trial.

(a) **Objections to Authenticity.** Unless written objection to authenticity is filed with the Court and served by email no later than the close of business on the second business day before trial, copies of exhibits will be admitted in lieu of the originals.

(b) **Self−Authentication.** If a party intends to rely upon the self−authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party must file with the Court and serve on other parties the written declaration required by Fed. R. Evid. 902(11) or (12) and a copy of all records sought to be admitted at least 28 days before trial.

---

[1] The Trustee and Mr. Cohan and Mr. Hughes are collectively referred to as "the Parties."
[2] http://www.flmb.uscourts.gov/judges/tampa/williamson/3-3-3_rule.pdf
[3] Bankruptcy Rule 9014 states that Fed. R. Civ. P. 26 does not apply in contested matters, unless ordered otherwise by the Court. Thus, Fed. R. Civ. P. 26 applies only to the extent as directed by the Court in this Order.

7.      **Expert Testimony.**  As a condition of using expert testimony at trial, parties must comply with Fed. R. Civ. P. 26(a)(2) no later than 28 days before trial.

8.      **Discovery Cutoff.**  Parties must complete discovery no later than seven days before the trial date except that parties may complete previously scheduled depositions up to the trial date.

9.      **Meet and Confer Requirement.**  Counsel for all parties must confer within seven days prior to the trial and seek in good faith to settle the adversary proceeding.

<u>Avoid delays at Courthouse security checkpoints.</u>  You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

Clerk's Office to Serve on Relevant Parties.