**ORDERED.**

**Dated:  March 03, 2025**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,

     Debtor.

_____/

CASE NO.: 3:24-bk-00496-BAJ
Chapter 7

### INTERIM ORDER ON MOTION TO ENFORCE AUTOMATIC STAY

This case is before the Court for hearing on February 25, 2025, on the Motion to Enforce the Automatic Stay (Doc. 296) filed by Raye Curry Elliott, Esq. on behalf of Chapter 7 Trustee Aaron R. Cohen (the "Trustee") and the Amended Motion to Strike Trustee's Motion to Enforce the Automatic Stay (Doc. 301) filed by Interested Parties, John-Michael Cohan and David Hughes ("Mr. Cohan and Mr. Hughes").  For the reasons stated at the hearing, the Court will temporarily stay the Velanos Litigation and the Scarinci Litigation.  Accordingly, it is

**ORDERED:**

1.      Reference #216797945,[1] Duval County, Florida, Circuit Court (the "Velanos Litigation") is stayed pending further order of the Court.

2.      Civil Case No. 3:25-cv-00164-HES-MCR, U.S. District Court, Middle District of Florida, Jacksonville Division (the "Scrainci Litigation") is stayed pending further order of the Court.

Clerk's Office to Serve on Relevant Parties.

---

[1] Complaint was filed and rejected by Duval County clerk with no case number generated.