**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: March 4, 2025**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No.
3:24–bk–00496–BAJ
Chapter 7

Genie Investments NV Inc.

_____Debtor*_____ /

### ORDER DENYING MOTION FOR RELIEF FROM STAY

THIS CASE came on for consideration, without hearing, of the Motion for Relief from Stay filed by Interested Parties, John Michael Cohan and David Hughes , Doc. # 320 . After review, the Court determines that the motion is deficient as follows:

A signed and dated proof of service was not filed. Local Rule 9013–3.

Service on required parties is not indicated. Local Rule 9013–3.

The prescribed filing fee was not paid as required by the Bankruptcy Court Schedule under 28 U.S.C. § 1930. The prescribed filing fee is $199.00

Accordingly it is

**ORDERED:**

1. The motion is denied to allow movant to file an amended motion. No additional filing fee will be assessed for the filing of any amended motion filed for the purpose of correcting the noted deficiency.

2. The automatic stay of 11 U.S.C. § 362(a) is continued in effect until further order of this Court. The deadlines of 11 U.S.C. § 362(e)(1),(2) are tolled during the abatement period.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.