**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**
**IN RE:**
**Genie Investments NV, Inc., Debtor.**
**Case No.: 3:24-bk-00496-BAJ**
**Chapter 7**



---

## MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL FOR ADVERSARY PROCEEDING

COME NOW, Movants John Michael Cohan and David Hughes, and respectfully request an extension of time to retain legal counsel to represent them in the pending adversary proceeding. Movants submit this request in good faith, in compliance with this Court's directive requiring legal representation for this matter, and in light of the complexity and high stakes involved in securing appropriate counsel.

### I. INTRODUCTION & BASIS FOR EXTENSION

1. Movants acknowledge that this Court has ordered that legal representation must be secured for the adversary complaint.

2. Movants are actively seeking legal counsel but require additional time due to the complexity of the case, the financial burden of securing high-quality representation, and the necessity of finding an attorney with expertise in both bankruptcy and constitutional litigation.

3. Courts routinely grant extensions for retaining counsel where there is no undue prejudice to the opposing party and where it serves the interests of justice (*Pioneer Inv. Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380 (1993)).

### II. LEGAL GROUNDS FOR EXTENSION

A. Good Faith Efforts to Retain Counsel

4. Movants are actively engaging with potential attorneys and have taken reasonable steps to secure legal representation.

5. However, due to the complexity of the case, additional time is necessary to evaluate, interview, and retain competent counsel.

B. No Prejudice to the Trustee or Other Parties

6. Granting this extension will not unduly delay proceedings or cause prejudice to the opposing party.

7. Courts favor granting reasonable extensions where they serve the interests of fairness without harming opposing parties (*Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871 (1990)).

C. Ensuring Due Process & Fair Representation

8. Requiring Movants to proceed without sufficient time to obtain proper counsel would infringe upon their right to adequate legal representation and due process (*Gideon v. Wainwright*, 372 U.S. 335 (1963)).

### III. REQUESTED RELIEF

WHEREFORE, Movants respectfully request that this Court:

1. Grant an extension of at least 60 days to allow Movants adequate time to secure legal representation.

2. Suspend all current deadlines related to the adversary proceeding until the counsel is retained.

**Dated:** March 6, 2025
**Respectfully submitted in Good Faith,**

John Michael Cohan & David Hughes, Pro Se