United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-00496-BAJ |
| Genie Investments NV Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 04, 2025 | Form ID: Doddos | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genie Investments NV Inc., PO Box 60443, Jacksonville, FL 32236-0443 |
| intp | + | David Hughes, PO Box 60443, Jacksonville, FL 32236-0443 |
| intp | + | John-Michael Cohan, 103 Century 21 Drive, Suite 100 #4, Jacksonville, FL 32216-9256 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Cohen | aaron@arcohenlaw.com  vanessa@arcohenlaw.com,ahc@trustesolutions.net,cahc11@trustesolutions.net |
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Bryan K. Mickler | on behalf of Plaintiff Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Edward M Fitzgerald | on behalf of Creditor Committee Holland & Knight LLP edward.fitzgerald@hklaw.com  tonya.berger@hklaw.com |

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 04, 2025 | Form ID: Doddos | Total Noticed: 3 |

Edward M Fitzgerald
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors (Creditors Committee) edward.fitzgerald@hklaw.com  tonya.berger@hklaw.com

Max R Tarbox
    on behalf of Creditor Charles Blake Stringer max@tarboxlaw.com

Raye Curry Elliott
    on behalf of Plaintiff Aaron R. Cohen  Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com

Raye Curry Elliott
    on behalf of Trustee Aaron R. Cohen raye.elliott@akerman.com  jennifer.meehan@akerman.com;ava.hill@akerman.com

Ryan E Davis
    on behalf of Financial Advisor Hal A. Levenberg  CIRA, CFE rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

Ryan E Davis
    on behalf of Examiner Maria M Yip rdavis@whww.com  thiggens@whww.com;thiggens@ecf.courtdrive.com

Ryan E Davis
    on behalf of Attorney Winderweedle  Haines, Ward & Woodman, P.A. rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

Scott E Bomkamp
    on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov

United States Trustee - JAX 11
    USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 13

**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: March 4, 2025**

*Jason A. Burgess*
*United States Bankruptcy Judge*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:   Case No.
 3:24−bk−00496−BAJ
 Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

### ORDER DENYING MOTION FOR RELIEF FROM STAY

   THIS CASE came on for consideration, without hearing, of the Motion for Relief from Stay filed by Interested Parties, John Michael Cohan and David Hughes , Doc. # 320 . After review, the Court determines that the motion is deficient as follows:

   A signed and dated proof of service was not filed. Local Rule 9013−3.

   Service on required parties is not indicated. Local Rule 9013−3.

   The prescribed filing fee was not paid as required by the Bankruptcy Court Schedule under 28 U.S.C. § 1930. The prescribed filing fee is $199.00

Accordingly it is

   ***ORDERED:***

1. The motion is denied to allow movant to file an amended motion. No additional filing fee will be assessed for the filing of any amended motion filed for the purpose of correcting the noted deficiency.

2. The automatic stay of 11 U.S.C. § 362(a) is continued in effect until further order of this Court. The deadlines of 11 U.S.C. § 362(e)(1),(2) are tolled during the abatement period.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.