United States Bankruptcy Court

Middle District of Florida

In re:                                                                              Case No. 24-00496-BAJ

Genie Investments NV Inc.                                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 04, 2025 | Form ID: pdfdoc | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | David Hughes, PO Box 60443, Jacksonville, FL 32236-0443 |
| intp | + | John-Michael Cohan, 103 Century 21 Drive, Suite 100 #4, Jacksonville, FL 32216-9256 |
| crcm | + | The Official Committee of Unsecured Creditors (Cre, c/o Noel R. Boeke, Holland & Knight LLP, 100 North Tampa Street, Suite 4100, Tampa, FL 33602-3644 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Cohen | aaron@arcohenlaw.com  vanessa@arcohenlaw.com,ahc@trustesolutions.net,cahc11@trustesolutions.net |
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Bryan K. Mickler | on behalf of Plaintiff Genie Investments NV Inc. court@planlaw.com tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com,mmiller@planlaw.com;mmiller@planlaw.com;mickler.bryank.r65971@notify.bestcase.com;LawOfficesofMicklerMicklerLLP@jubileebk.net |
| Edward M Fitzgerald | |

District/off: 113A-3                      User: admin                                    Page 2 of 2
Date Rcvd: Mar 04, 2025                   Form ID: pdfdoc                          Total Noticed: 3

on behalf of Creditor Committee Holland & Knight LLP edward.fitzgerald@hklaw.com  tonya.berger@hklaw.com

Edward M Fitzgerald

on behalf of Creditor Committee The Official Committee of Unsecured Creditors (Creditors Committee) edward.fitzgerald@hklaw.com  tonya.berger@hklaw.com

Max R Tarbox

on behalf of Creditor Charles Blake Stringer max@tarboxlaw.com

Raye Curry Elliott

on behalf of Plaintiff Aaron R. Cohen  Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com

Raye Curry Elliott

on behalf of Trustee Aaron R. Cohen raye.elliott@akerman.com  jennifer.meehan@akerman.com;ava.hill@akerman.com

Ryan E Davis

on behalf of Financial Advisor Hal A. Levenberg  CIRA, CFE rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

Ryan E Davis

on behalf of Examiner Maria M Yip rdavis@whww.com  thiggens@whww.com;thiggens@ecf.courtdrive.com

Ryan E Davis

on behalf of Attorney Winderweedle  Haines, Ward & Woodman, P.A. rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

Scott E Bomkamp

on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov

United States Trustee - JAX 11

USTP.Region21.OR.ECF@usdoj.gov


TOTAL: 13

**ORDERED.**

**Dated:  March 03, 2025**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,

        Debtor.

_____/

CASE NO.: 3:24-bk-00496-BAJ
Chapter 7

**<u>INTERIM ORDER ON MOTION TO ENFORCE AUTOMATIC STAY</u>**

This case is before the Court for hearing on February 25, 2025, on the Motion to Enforce the Automatic Stay (Doc. 296) filed by Raye Curry Elliott, Esq. on behalf of Chapter 7 Trustee Aaron R. Cohen (the "Trustee") and the Amended Motion to Strike Trustee's Motion to Enforce the Automatic Stay (Doc. 301) filed by Interested Parties, John-Michael Cohan and David Hughes ("Mr. Cohan and Mr. Hughes").  For the reasons stated at the hearing, the Court will temporarily stay the Velanos Litigation and the Scarinci Litigation.  Accordingly, it is

**ORDERED:**

1.      Reference #216797945,[1] Duval County, Florida, Circuit Court (the "Velanos Litigation") is stayed pending further order of the Court.

2.      Civil Case No. 3:25-cv-00164-HES-MCR, U.S. District Court, Middle District of Florida, Jacksonville Division (the "Scrainci Litigation") is stayed pending further order of the Court.

Clerk's Office to Serve on Relevant Parties.

---

[1] Complaint was filed and rejected by Duval County clerk with no case number generated.