FILED INTAKE USBC
MAR 12 '25 PM2:42

**IN THE UNITED STATES BANKRUPTCY COURT**
**Middle District of Florida**
**Case No.: 3:24-bk-00496-BAJ**
**Chapter 7, In re: GENIE INVESTMENTS NV INC.**

---

## MOTION FOR COURT RECOGNITION OF RESIGNATION AS DEBTOR REPRESENTATIVE

COMES NOW, David Hughes, in his capacity as one of the current Debtor Representatives for **GENIE INVESTMENTS NV INC.** and hereby tenders his resignation effective immediately. Additionally, he moves this Honorable Court to formally recognize his resignation as Debtor Representative, effective immediately, and to confirm he bears no further fiduciary duties or liabilities regarding the estate. In support of this motion, as the investigations intensify, the undersigned states as follows:

### I. BASIS FOR RESIGNATION

1. It is the undersigned's belief that the Trustee has and is continuing to act in bad faith, has taken fraudulent actions, and engaged in intentional misconduct. These acts have compromised the integrity of these proceedings and created an untenable environment where the undersigned is not willing to have a fiduciary role alongside this Trustee.

2. Though the undersigned worked in Good Faith with the Trustee since his appointment, the undersigned is resigning because he now knows that the Trustee has not worked in Good Faith with him in the estate's best interest. To this end, this resignation protects against future liability and lawsuits that the undersigned believes will certainly arise from the Trustee's past and future mismanagement of the estate.

3. This resignation is a direct consequence of the undersigned's belief of the Trustee's failure to act impartially, improper handling of estate assets, and apparent disregard for equitable treatment of all parties involved in these proceedings.

4. The undersigned believes the Trustee misused estate resources, targeted actions against equity holders, and engaged in procedural bad faith that has created significant legal exposure for everyone involved, further necessitating the undersigned's immediate withdrawal from any role in overseeing the debtors'/creditors' best interests.

5. The undersigned believes that his time would be best spent attempting to ensure that the estate is handled correctly without being a Debtor Representative.

---

## II. PRESERVATION OF INDIVIDUAL RIGHTS

5. The undersigned is resigning solely in his fiduciary capacity and expressly retains all personal rights, claims, and defenses against any wrongful conduct by the Trustee and other parties attempting to improperly extend the reach of the estate into his personal assets.

6. This resignation does not waive, limit, or impair the undersigned's ability to:

• Challenge improper estate administration and mismanagement by the Trustee.

• Defend his personal property, financial interests, and any non-estate litigation that arises from these proceedings.

• Oppose any fraudulent or unjust claims, adversary proceedings, or future legal actions taken by the Trustee, other interested parties or uninterested parties against him personally, his personal assets, securities, interests and property.

## III. RELIEF REQUESTED

WHEREFORE, the undersigned respectfully requests that this Court:

1. Formally acknowledge and accept the resignation of David Hughes as Debtor Representative, effective immediately.

2. Release the undersigned from any further fiduciary duties, responsibilities, or obligations related to the debtor and the bankruptcy estate.

3. Confirm that this resignation does not constitute a waiver of any individual legal rights regarding separate legal claims, defenses, or ongoing litigation.

4. Grant such further relief as this Court deems just and proper.

Dated: 03-12-2025

Respectfully submitted in Good Faith,

David Hughes

## NOTARY ACKNOWLEDGMENT

Illinois  STATE

Sangamon  COUNTY

On this 12 day of March 2025, before me, David Hughes. , a Notary Public in and for said County and State, personally appeared David Hughes, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

Notary Public Signature

(Seal)

OFFICIAL SEAL
JODY GUDGEL
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 09-05-2027
ID # 900708

My Commission Expires: 09-05-2027