300 North Hogan St
Suite 3-150
Jacksonville, FL 32202

Filing Request for Protective Order for Mitchell Mims of MIMS-IPR, LLC from David Hughes, John Michael Cohan, Caleb Davis, Zoomeral, Genie Investments and ALL entities associated thereof.

March 23, 2025

Honorable Judge Burgess,

I am writing you to ask for your help. I am listed as a victim in case number 318B-CG-3827971 by the FBI and filed a claim as a creditor in bankruptcy case number 3:24-bk-00496-BAJ and have not been objected to as a creditor in this case. See attached the victim letter from the FBI that I have used to help protect myself the past month against direct attacks from John Michael Cohan and possibly David Hughes trying to seize my assets by "foreclosing" on me, contacting banks that I work with directly and now my tenants individually. I will attach supporting documentation proving the harassment, causing undue hardship on me, my family, my business, and my tenants, whom deserve more than this.

A brief background on my story, I sent in my ICA deposit in the amount of $190,000 to Genie Investments, LLC with Mike Conner as the active attorney and acting president of Genie Investments LLC at the time, located in California in September, 2020. I may, perhaps, be the oldest victim in this case in regard to who is listed as a victim determined by the date of the ICA deposit. My loan was supposed to be 4x of my deposit with a 6% closing fee. My $190,000 deposit was supposed to produce a $760,000 loan net of the 6% closing fee, i.e. $45,600. The loan was to come in 4 tranches, the 1st being the net of the closing fee 100 days after deposit, and then the 2nd, 3rd, and 4th tranches coming 60 days apart thereafter. As agreed to in the contract, I did in fact receive my first tranche within 100 days in January, 2021 in the amount of $144,400, which is net of the 6% closing fee of the $760,000 that was supposed to come. Genie Investments, LLC originated the lien you can also see attached shortly thereafter in February 2021. The remaining tranches never came, leaving me $45,600 in the hole and with a lien showing on my business, against ALL assets, for a loan

that never came as described in the contract. The simple definition of a loan is when you receive more money from them than you currently have and then pay it back with interest. However, they claim I owe them my first tranche, net of the remaining "ICA" they claim to still possess when we all know they just gave me back my same money and held onto the closing fee and called it a loan. At one point in time, they demanded $33,316, see attached, that I supposedly owe beyond the $45,600 they took from me and then again demanded $75,000 from me for defamation, only because I was a part of this group of victims, I suppose. I do consider myself lucky since I did receive something back as many of my fellow victims I am apart of are 100% out of their money. I was lucky to find this group of victims so that I may know I was not alone as a victim in this.

Starting February 26th, 2025, my business checking account at ASE Credit Union was frozen, containing a little over $13,000, that I primarily operate my business with. My bank took the documentation that was mailed directly to them by Cohan, honored his "foreclosure" and froze my assets and was preparing them for transfer once a court order appeared, which was never going to happen. After 36 hours of deliberation, ASE finally made my funds available to me, refunded me the insufficient fund charges for ACH activity that was happening in the 36-hour period, only after the FBI sent the victim letter attached, claiming I was a victim in this investigation. I did reach out to Raye Elliott for assistance, but she really didn't offer much even though my money was converted into the estate that she currently represents. I do believe this bank should be kicked in the teeth for even considering this a possibility. The FBI agents involved in helping me resolve this were Katherine Walker, Jody Blau, and Colleen Ross. I will attach the documentation Cohan sent ASE as well.

I preemptively alerted the remaining 3 banks I work with about the potential documentation they may receive from Cohan and to be prepared to call me if they receive it so I can share with them what is going on. The 4 banks being referenced are ASE Credit Union, Amerifirst Bank, Central State Bank, and Alabama One Credit Union.

On March 21, 2025, Amerifirst received the documentation, also attached to this letter, about the "foreclosure" and listed 12 parcels in particular they were pursuing. Only 4 of the 12 parcels actually had anything to do with Amerifirst. However, my banker, Joel Roy, called me and I went to the Chilton County courthouse after seeing in this documentation a Deed of Transfer filing, which is COMPLETELY FALSE, that was filed on March 11, 2025. They are filing false records and deed transfers for unjust enrichment. If you look on the Alabama Secretary of State website, you can see the lien from Genie Investments, LLC was terminated on 12/5/2022, also attached. I assume this was because Mike Connor went to prison for being a pedophile and may have resulted in the LLC being dissolved. According

to the Federal Bankruptcy YIP Report, liquidation did in fact take place of the first Genie entity. This would mean they committed alter-ego again, reviving a dissolved entity, making a claim against me and my assets. It looks as though they are claiming a lien in chronological order after I started with these banks and ignoring the termination date of 12/5/2022, which would make the banks in fact 1st position, especially on the collateralized assets I have mortgages on these properties with them on and should not exist in front of my lenders at all. Also found in the YIP Report, these guys somehow got my money along with several other creditor victims' money out of IOLTA Trust Account without the knowledge of us creditors, which is a direct violation of the contract on the use of the ICA account, resulting in breach of contract on their end, converted it into the new Genie alter-ego company, Genie Investments NV, which is now bankrupt. After meeting with the Probate Judge for Chilton County, Jason Calhoun, Judge Calhoun filed the attached FBI victim letter with the Alabama Seretary of State as a notice that they were under investigation for fraudulent activity and that was all he could do at the moment. Why these 12 parcels were chosen out of the many I own, I do not know the answer to that. They didn't even have the parcels Amerifirst has stake in correct. Joel has contacted the bank's attorney and preparing to protect the bank's interest in the 4 properties Cohan is making a claim against.

Yesterday morning, March 22, 2025, two tenants called to inform me of the letter they received from them, stating deed of transfer has occurred and that they were to wire their rent directly to the provided bank account listed on the letter, even offering a generous discount for sending rent their way instead of me, the actual landlord. A new business is listed in this letter as Tenant First Homes with a Springfield, IL address. Coincidentally that is where David Hughes lives. No names are signed to the document. Perhaps this is yet another alter-ego company they have created and even more fraudulent documentation they have produced. I will attach both letters as well for your records. I have notified all tenants leasing at the 12 parcels listed on the letter they sent to Amerifirst. In my notice to my tenants this morning I stated: "I have discovered I am a victim of a scam that I am fighting. One of my tenants called me this morning saying they received a letter that deed had been transferred and where you should start sending rent. I have NOT sold anything! Let me know if you get the letter and I'll collect it for my attorney, the FBI, and whatever bank is associated with your house. Thank you". Now my tenants are involved after more falsified documentation has been produced by them and creating undue stress to them and their future housing.

I fully expect them to contact the 2 remaining banks I have business relationships with in trying to see what they can capitalize on. Central State Bank has interest in 2 of the 12 properties and the remaining are properties I own are free and clear.

I am soon to be a father of 4, adopting 2 from my wife's children from a previous marriage. I just want to move on with my life and enjoy the birth of my 2nd biological child without this in the back of my mind since I had to deal with it being in the middle of having my 1st son in March of 2024. I feel I am being targeted because the entity granted bankruptcy, to the best of my knowledge in case number 3:24-bk-00496-BAJ, is Genie Investments NV and not Genie Investments, LLC. Obviously, the funds from Genie Investments, LLC was converted over into Genie Investments NV and Genie Investments II. This pierces the corporate veil; however, they are casting a vast net to grab anything they can from us before time runs out on them when the wheels of justice have finally settled. I recall David Hughes in one of the hearings claiming Genie Investments, LLC dissolved, evident of the terminated lien on my business, but they are pretending it remains in good standing and that they have a claim against me.

To reiterate some points I believe deserve the most attention in regard to my request:

-They converted and made a conversion of funds out Genie Investments LLC into the now bankrupt Genie Investments NV, found in numerous places of evidence, including their testimony in the hearings, and the YIP Report. They have the original victims of Genie Investments LLC listed, I being one of them. My claim was filed and never objected to.

-See attached the demand letter I received from them dated August 2, 2024 saying I owed $33,316. In there, they claim they have an ICA balance for me in the amount of $156,684. This is utterly and completely false because all of the monies of Genie Investments LLC went into Genie Investments NV, now bankrupt. The Genie Investments LLC account does not exist and the transfer itself was a breach of contract.

-The UCC filing was terminated 12/5/2022. That means any interest against my assets should be no more. You can't go back in and start over just because you want to. All new security agreements would have to be put in place. This blanket lien, as they are treating it, does not perpetuate. All assets acquired after February 2021 shouldn't even be considered to be at risk of this. They did not have a perpetual agreement and never updated the lien list. No bank has ever had issues doing business with me when buying or refinancing properties. They DO NOT HAVE A PERFECTED LIEN filed against me.

-I was never served on any of this by an attorney and they're trying to practice law without a license representing their companies. Any kid with an AI program could just sign their name on the bottom of something saying they own it and they want my money out of my account.

Judge Burgess, as you can see that this, using your own words, "sketchy contract" dealing with the ICA accounts that are "claimed" to be held in trust by the contract itself, was never challenged from the creditors of either Genie company as to where this money went or how it ended up being used or, in this case, lost. The fact is, money being held in an IOLTA Trust Account should have never disappeared, and sure should have never left the account without the proper authorization of the beneficiaries, which are we, the creditors. Even Raye Elliott has said that none of these loan contracts were enforceable that came through the Zoomeral system/portal because there has never been an original signature contract to be provided.

If within your power, will you please put a stop to the foreclosure attempts, the communications of demand to me, my tenants, and my banks, falsified documents and liens against my assets and stakeholders, for all victims actually, until the FBI investigation and this case is concluded? Their actions clearly spell out illegal conversion, from a bank trust account, piercing the corporate veil as an alter-ego, falsifying documents, lien and deed forgery, and unjust enrichment. To top it all off, every single thing they are doing to us, which are corporations, is WITHOUT legal representation by any council or attorney, a big NO-NO I believe you personally informed them about recently.

If I can be of any assistance at all, please do not hesitate in contacting me at mimsipr92@gmail.com and/or 205-245-4143. My mailing address is 1627 7th St S Clanton, AL 35045.

Thank you for your time and consideration,

Mitchell Mims
MIMS-IPR, LLC