**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
In re:
**GENIE INVESTMENTS NV INC., Debtor.**
**Case No.: 3:24-bk-00496-BAJ**
**Chapter 7**

FILED INTAKE USBC
MAR 27 '25 AM10:49

## MOTION FOR IMMEDIATE CONSIDERATION ON PENDING MOTION FOR EXPEDITED RULINGS AND SANCTIONS

Movants, John Michael Cohan and David Hughes, specially appearing pro se, hereby respectfully move this Court for immediate consideration of their previously filed Motion for Expedited Rulings on Procedural Violations, Bad-Faith Litigation, and Request for Sanctions Against the Trustee [**Doc. 322, 325, 332, 333 & 337**], filed on March 20, 2025. In support of this request, Movants state as follows:

### 1. URGENCY AND BASIS FOR RELIEF

1. The March 31, 2025 deadline, imposed by stipulation in the Adversary Proceeding (**3:25-ap-00011-BAJ, Doc. 10**), was entered without service upon Movants and is therefore procedurally defective.

2. Movants have since filed a Notice of Material Change in Circumstances, informing the Court that the named corporate defendants have been lawfully dissolved, rendering the adversary complaint moot as to Movants.

3. The pending Motion for Expedited Rulings raises significant issues of due process, selective enforcement, and bad-faith litigation, which require urgent judicial review before the March 31 deadline is used as a procedural weapon against Movants.

4. The Trustee has not provided any factual or legal rebuttal to the Sworn Statement of John Michael Cohan and David Hughes (Exhibit A) attached to the pending motion.

### 2. LEGAL AUTHORITY FOR EXPEDITED CONSIDERATION

5. Pursuant to **Federal Rule of Bankruptcy Procedure 9006(c)(1)**, the Court may, for cause shown, in its discretion order the period of notice shortened and grant expedited consideration of motions where warranted.

6. Courts routinely grant expedited relief when parties demonstrate (1) risk of irreparable harm, (2) a need for immediate action, and (3) no prejudice to opposing parties from an expedited ruling.

7. All three elements are satisfied here:

• Movants face irreparable harm if the Court permits an unenforceable deadline to stand.

• The factual record has been fully developed and briefed.

• The Trustee has had adequate time to respond to the sworn statement but has failed to do so.

### 3. RELIEF REQUESTED

WHEREFORE, Movants respectfully request that this Court:

A. Grant immediate consideration of the Motion for Expedited Rulings on Procedural Violations and Request for Sanctions filed in this case;

B. Issue a ruling before March 31, 2025, to prevent further procedural abuse and protect Movants from unnecessary legal harm; and

C. Grant such other relief as this Court deems just and proper.

**Dated:** March 27, 2025

**Respectfully submitted in Good Faith,**

**John Michael Cohan and David Hughes, Pro Se, without prejudice, UCC 1-308, 1-103**

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the following documents to be served upon all interested parties via electronic mail:

- MOTION FOR IMMEDIATE CONSIDERATION ON PENDING MOTION FOR EXPEDITED RULINGS AND SANCTIONS

Service of these documents was effectuated by electronic mail to all interested parties as agreed upon by the parties, in accordance with the correspondence exchanged regarding service.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
In re:
**GENIE INVESTMENTS NV INC., Debtor.**
**Case No.: 3:24-bk-00496-BAJ**
**Chapter 7**

## ORDER GRANTING MOTION FOR IMMEDIATE CONSIDERATION

This case is before the Court on the Motion for Immediate Consideration on the Motion for Expedited Rulings and Request for Sanctions Against the Trustee filed by John Michael Cohan and David Hughes.

Having reviewed the motion and being otherwise fully advised in the premises, the Court finds that cause exists under **Federal Rule of Bankruptcy Procedure 9006(c)** to shorten the notice period and grant immediate consideration.

Accordingly, it is:

ORDERED:

1. The Motion for Immediate Consideration is GRANTED.

2. The Court will enter a ruling on the pending Motion for Expedited Rulings on Procedural Violations, Bad-Faith Litigation, and Request for Sanctions Against the Trustee on or before March 31, 2025, or schedule it for immediate hearing as appropriate.

3. The Clerk is directed to serve this Order on all interested parties.


DONE AND ORDERED in Jacksonville, Florida, on this ___ day of _____, 2025.


_____

**Hon. Jason A. Burgess, United States Bankruptcy Judge**