[Dntchrg] [District Notice of Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case Number:
3:24−bk−00496−BAJ
Chapter 11

Genie Investments NV Inc.

Debtor*

## NOTICE OF EVIDENTIARY HEARING

**PLEASE TAKE NOTICE:**

1. The Honorable Jason A. Burgess will conduct an evidentiary hearing on **June 24, 2025, at 9:00 a.m. in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthous**e, **300 North Hogan Street, Jacksonville, FL 32202** to consider the following:

   1) **Motion For Sanctions Against Chapter 7 Trustee, Akerman LLP, Aaron Cohen, and Ray Elliott for Bad Faith Litigation, Abuse of Process, Suppression of Exculpatory Evidence, Retaliation, and Breach of Fiduciary Duty (doc #322)**

   2) **Motion For Sanctions for Violation of the Automatic Stay under 11 U.S.C. Sec. 362(k) and Bad Faith Litigation Against Raye C. Elliott & Akerman LLP (doc #325)**

   3) **Motion for Court Recognition of Resignation as Debtor Representative Filed by Interested Party David Hughes (doc #334)**

   4) **Motion for Court Recognition of Resignation as Debtor Representative Filed by Interested Party John-Michael Cohan (doc #335)**

   5) **Motion for Expedited Rulings on Procedural Violations, Bad-Faith Litigation, Due Process Violations and Request for Sanctions Against the Trustee (doc #337)**

2. A party that opposes the relief sought in the matter to be heard must appear In PERSON otherwise, any objection or defense may be deemed waived.

3. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

**Avoid delays at Courthouse security checkpoints**. You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

Dated March 27, 2025

FOR THE COURT
Jose A. Rodriguez,
Clerk of Court
Bryan Simpson United States
Courthouse 300 North Hogan Street
Suite 3−150
Jacksonville, FL 32202

*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.