**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No.: | 24-00496 | Trustee Name: | Aaron R. Cohen |
| Case Name: | GENIE INVESTMENTS NV INC. | Date Filed (f) or Converted (c): | 08/12/2024 (c) |
| For the Period Ending: | 03/31/2025 | §341(a) Meeting Date: | 09/12/2024 |
| | | Claims Bar Date: | 12/12/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | MORGAN STANLEY MMA | | $2,516.80 | Unknown | | $0.00 | Unknown |
| 2 | BOLD CITY PRE PAYMENT UNTIL 6/24 | | $0.00 | Unknown | | $0.00 | Unknown |
| 3 | ACCOUNTS RECEIVABLE | | $84,624,144.00 | Unknown | | $0.00 | Unknown |
| 4 | OFFICE FURNITURE | | $250.00 | Unknown | | $0.00 | Unknown |
| 5 | VELANOS AND RELATED ENTITIES CLAIMS - FRAUD / THEFT | | Unknown | Unknown | | $1,522,159.60 | Unknown |
| 6 | WARREN LAW GROUP LEGAL MALPRACTICE CLAIM | | Unknown | Unknown | | $0.00 | Unknown |
| 7 | CLAIM FOR FRAUDULENT TRANSFERS TO ZOOMERAL INC. | (u) | Unknown | Unknown | | $0.00 | Unknown |
| 8 | CLAIM FOR FRAUDULENT TRANSFERS TO CAPITULUM LLC | (u) | Unknown | Unknown | | $0.00 | Unknown |
| 9 | CLAIM FOR FRAUDULENT TRANSFERS TO CALD HOLDINGS LLC | (u) | Unknown | Unknown | | $0.00 | Unknown |
| 10 | CLAIM FOR FRAUDULENT TRANSFERS TO GENIE INVESTMENTS II LLC | (u) | Unknown | Unknown | | $0.00 | Unknown |
| 11 | CLAIM FOR FRAUDULENT TRANSFERS TO BETTER METHODS LLC | (u) | Unknown | Unknown | | $0.00 | Unknown |
| 12 | CLAIM FOR FRAUDULENT TRANSFERS TO GENIES ANGELS LLC | (u) | Unknown | Unknown | | $0.00 | Unknown |
| INT | Interest Earned | (u) | Unknown | Unknown | | $4,329.79 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                **Gross Value of Remaining Assets**

| | | | |
|---|---|---|---|
| $84,626,910.80 | $0.00 | $1,526,489.39 | $0.00 |

**Major Activities affecting case closing:**
03/04/2025    1/2 DAY TRIAL SCHEDULED FOR 6/24

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 24-00496 | | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|---|
| Case Name: | GENIE INVESTMENTS NV INC. | | | Date Filed (f) or Converted (c): | 08/12/2024 (c) |
| For the Period Ending: | 03/31/2025 | | | §341(a) Meeting Date: | 09/12/2024 |
| | | | | Claims Bar Date: | 12/12/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 02/07/2025 | COMPLAINT FILED AGAINST ZOOMERAL INC, CAPITULUM LLC, CALD HOLDINGS LLC, GENIE INVESTMENTS II LLC, BETER METHODS LLC, GENIES ANGELS LLC FOR RECOVERY OF FRAUDULENT TRANSFERS, 25-ap-11<br><br>3/31/25 CALD HOLDINGS LLC FILED AN ANSWER - COUNSEL IS JERRETT MCCONNELL - STATUS CONFERENCE SET FOR 6/17<br><br>4/8/25 CLERK ENTERED DEFAULT AGAINST ZOOMERAL INC., CAPITULUM INC, GENIE INVESTMENTS II LLC, BETTER METHODS LLC, GENIE'S ANGELS LLC |
| 01/13/2025 | COMPLAINT FILED AGAINST VELANOS PRINCIPAL CAPITAL INC., 25-ap-00007, TO CONFIRM ARBITRATION SETTLEMENT<br><br>2/19/25 DEFAULT ENTERED AGAINST VELANOS PRINCIPAL CAPITAL INC.<br><br>3/4/25 ORDER GRANTING MOTION FOR DEFAULT JUDGMENT<br><br>3/5/25 JUDGMENT IN FAVOR OF TRUSTEE IN THE PRINCIPAL AMOUNT OF $20,000,000, PLUS 9% INTEREST |
| 10/17/2024 | NOTICE OF FILING AMENDMENT TO SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS - SUBSTITUTING ESTATE FOR GENIE INVESTMENTS NV, D.E. 249<br><br>(SALIENT TERMS OF DOC. NO. 107 - MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN GENIE INVESTIMENTS NV, INC AND VELANOS PRINCIPAL CAPITAL DATED 5/23/24 - VELANOS WILL PAY THE SUM OF $15,000,000. PAYMENTS WERE TO HAVE BEEN PER A SCHEDULE IN 10 INSTALLMENTS BETWEEN APPROX JUNE 2024 THROUGH JUNE 2026)<br><br>10/24/24 ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN GENIE INVESTMENT NV, INC AND VELANOS PRINCIPAL CAPITAL, D.E. 257 - THE COMPROMISE IS APPROVED AND BRYAN MICKLER IS AUTHORIZED TO TRANSFER AND ALL FUNDS HE IS HOLDING ON BEHALF OF THE DEBTOR TO THE CHAPTER 7 TRUSTEE |
| 09/25/2024 | 2004 EXAM SET FOR 10/30 |
| 08/14/2024 | APPLICATION TO EMPLOY RAYE C. ELLIOTT AS ATTORNEY FOR THE ESTATE, D.E. 228; ORDER, D.E. 229 |
| 08/12/2024 | ORDER CONVERTING CASE TO CHAPTER 7, 341 MEETING SET FOR 9/12/24 |

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 07/15/2025 | Current Projected Date Of Final Report (TFR): | 07/15/2026 |

/s/ AARON R. COHEN

AARON R. COHEN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 24-00496 | | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|---|
| Case Name: | GENIE INVESTMENTS NV INC. | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6343 | | | Checking Acct #: | ******9601 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | dda |
| For Period Beginning: | 04/01/2024 | | | Blanket bond (per case limit): | $47,373,257.00 |
| For Period Ending: | 03/31/2025 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/01/2024 | (5) | BODDIE & ASSOCIATES PC | VELANOS PAYMENT PER AGREEMENT # 2 | 1149-000 | $1,000,000.00 | | $1,000,000.00 |
| 11/04/2024 | (5) | LAW OFFICES OF MICKLER & MICKLER LLP IOLTA ACCOUNT | TURNOVER OF BALANCE OF FUNDS IN TRUST, PER ORDER, D.E. 257, DEBTOR'S ATTORNEY RECEIVED FUNDS OF $549,965 ($550K LESS $35 WIRE FEE) FROM VELANOS, PART OF THE FUNDS WERE USED BY COUNSEL TO PAY APPROVED FEES FOR CREDITOR COMMITTEE & EXAMINER | 1149-000 | $522,159.60 | | $1,522,159.60 |
| 01/02/2025 | 3001 | Morgan Stanley Smith Barney | Morgan Stanley File No. Swapna Gunasekaran - 0485604 | 7100-000 | | $55.00 | $1,522,104.60 |
| 02/02/2025 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $1,355.33 | | $1,523,459.93 |
| 03/02/2025 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $1,460.86 | | $1,524,920.79 |
| 03/06/2025 | 3002 | INTERNATIONAL SURETIES | Prorated bond premium payment | 2300-000 | | $1,213.53 | $1,523,707.26 |
| 03/31/2025 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $1,513.60 | | $1,525,220.86 |

**SUBTOTALS** $1,526,489.39  $1,268.53

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 24-00496 | | **Trustee Name:** | Aaron R. Cohen |
| **Case Name:** | GENIE INVESTMENTS NV INC. | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***6343 | | **Checking Acct #:** | ******9601 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | dda |
| **For Period Beginning:** | 04/01/2024 | | **Blanket bond (per case limit):** | $47,373,257.00 |
| **For Period Ending:** | 03/31/2025 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $1,526,489.39 | $1,268.53 | $1,525,220.86 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | **Subtotal** | $1,526,489.39 | $1,268.53 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | **Net** | $1,526,489.39 | $1,268.53 | |

| For the period of 04/01/2024 to 03/31/2025 | | For the entire history of the account between 09/09/2024 to 3/31/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,526,489.39 | Total Compensable Receipts: | $1,526,489.39 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,526,489.39 | Total Comp/Non Comp Receipts: | $1,526,489.39 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,268.53 | Total Compensable Disbursements: | $1,268.53 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,268.53 | Total Comp/Non Comp Disbursements: | $1,268.53 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | |
|---|---|
| Case No. | 24-00496 |
| Case Name: | GENIE INVESTMENTS NV INC. |
| Primary Taxpayer ID #: | **-***6343 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 04/01/2024 |
| For Period Ending: | 03/31/2025 |

| | |
|---|---|
| Trustee Name: | Aaron R. Cohen |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******9601 |
| Account Title: | dda |
| Blanket bond (per case limit): | $47,373,257.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,526,489.39 | $1,268.53 | $1,525,220.86 |

**For the period of 04/01/2024 to 03/31/2025**

| | |
|---|---|
| Total Compensable Receipts: | $1,526,489.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,526,489.39 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,268.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,268.53 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/09/2024 to 3/31/2025**

| | |
|---|---|
| Total Compensable Receipts: | $1,526,489.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,526,489.39 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,268.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,268.53 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ AARON R. COHEN

AARON R. COHEN