**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,　　　　　　　　　Case No.: 3:24-bk-00496-BAJ

　　　　　Debtor.　　　　　　　　　　　　　　　　Chapter 7
_____/

**CHAPTER 7 TRUSTEE'S WITNESS LIST**

Aaron R. Cohen, Chapter 7 Trustee (the "Trustee") by and through undersigned counsel, and pursuant to the Court's Order Scheduling Trial (Doc. 317), hereby submits the following as his witness list for the trial on the Trustee's Motion to Enforce Automatic Stay (Doc. 296) scheduled for June 24, 2025, at 9:00 a.m.:

**WITNESSES**

The Trustee may call the following witnesses:

1. John-Michael Cohan.

2. David Hughes.

3. Any person identified through discovery having information relevant to the issues before the Court.

4. Any witness called by John-Michael Cohan or David Hughes.

5. Rebuttal witnesses for any witness called by John-Michael Cohan and David Hughes.

The Trustee reserves the right to supplement and amend this witness list.

Dated: May 27, 2025　　　　　　　　　　AKERMAN LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Raye C. Elliott*
　　　　　　　　　　　　　　　　　　　　　　Raye C. Elliott, Esq.
　　　　　　　　　　　　　　　　　　　　　　Florida Bar Number: 018732
　　　　　　　　　　　　　　　　　　　　　　Email: raye.elliott@akerman.com

81581054;1

2

        401 East Jackson Street, Suite 1700
        Tampa, FL 33602
        Phone:  (813) 223-7333
        Fax:  (813) 223-2837

        Attorneys for Aaron R. Cohen, Chapter 7 Trustee

### **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 27, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and a true and correct copy was served by electronic mail to the following who consented in writing to receive service of pleadings at the email address listed below:

| | |
|---|---|
| John Michael Cohan<br>iustusprocessus@outlook.com | David Hughes<br>iustusprocessus@outlook.com |

        */s/ Raye C. Elliott*
        Attorney