FILED MAIL USBC
JAX, FL JUN2'25

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
In re: GENIE INVESTMENTS NV INC., Debtor.
Case No.: 3:24-bk-00496-BAJ
**Chapter 7**

### JOHN MICHAEL COHAN AND DAVID HUGHES' WITNESS LIST

John Michael Cohan and David Hughes, specially appearing pro se in their individual capacity, pursuant to the Court's Order Scheduling Trial (Doc. 317), hereby submits the following as his witness list for the trial on the Trustee's Motion to Enforce Automatic Stay (Doc. 296) scheduled for June 24, 2025, at 9:00 a.m.:

### WITNESSES

The Trustee may call the following witnesses:

1. Raye Elliott, in her individual and official capacity

2. Aaron Cohen, in his individual and official capacity

3. John Michael Cohan, in his individual capacity

4. David Hughes, in his individual capacity

5. Any person identified through discovery having information relevant to the issues before the Court.

6. Any witness called by the Chapter 7 Trustee.

7. Rebuttal witnesses for any witness called by the Chapter 7 Trustee.

We reserve the right to supplement and amend this witness list.

Dated: 05-29-2025

Respectfully submitted in good faith,

John Michael Cohan, and David Hughes Pro se, without recourse, UCC 1-308, 1-103

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 05-29-25 a true and correct copy of the JOHN MICHAEL COHAN AND DAVID HUGHES' WITNESS LIST was filed with the Court by U.S. Mail and served electronically via the CM/ECF system to all parties registered to receive electronic notices in this case, in accordance with the service agreements between the parties.

John Michael Cohen & Omro Hughes
3309 Robbins Road #134
Springfield, Illinois 62704

JACKSONVILLE FL 320
30 MAY 2025 PM 4 L


LUNAR NEW YEAR
· FOREVER USA ·

United States Bankruptcy Court
300 N Hogan Street 3-350
Jacksonville, Florida 32202

32202-426725