# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:
**GENIE INVESTMENTS, NV,**
Debtor.
*Case No. 3:24-bk-00496-BAJ*
*Chapter 7*

FILED INTAKE USBC
JUN 23 '25 PM 3:01

### NOTICE TO THE HONORABLE JUDGE BURGESS REGARDING SEPARATE FILINGS

NOW COMES David Hughes, appearing pro se, and respectfully submits this Notice to inform the Court as follows:

While I maintain the highest respect for my business partner and, at times, co-filer, Mr. John Michael Cohan, I wish to clarify that I may proceed independently with respect to future filings and courtroom matters. Mr. Cohan and I are distinct individuals, and while we often share aligned objectives, we may, at times, have different questions, arguments, or emphases in addressing the issues before this Court.

Accordingly, and in the interest of procedural clarity and judicial efficiency, I respectfully advise the Court that:

1. I may or may not file joint responses, motions, or pleadings with Mr. Cohan, depending on the nature of the issues presented;
2. I intend to reserve the right to present my own opening and closing arguments at evidentiary hearings;
3. I may also pose distinct questions to the Chapter 7 Trustee and other parties based on the record as it pertains specifically to me; and
4. This approach is partly informed by the fact that certain allegations and pleadings in this matter have not historically included my name.

This Notice is submitted to ensure transparency and to facilitate the orderly administration of the proceedings.

Respectfully submitted,
David Hughes, Pro Se
2812 Pat Tillman Drive
Springfield, IL 62711
Email: davidchoatehughes@gmail.com