UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

FILED INTAKE USBC
JUN 23 '25 PM3:01

IN RE:

GENIE INVESTMENTS, NV, Inc.,

Debtor.

Case No. 3:24-bk-00496-BAJ

Chapter 7

NOTICE OF NON-APPEARANCE FOR MEDICAL REASONS AND REMOTE AVAILABILITY

PLEASE TAKE NOTICE that Respondent and Party-in-Interest David C. Hughes, while not appearing in person at the June 24, 2025, hearing due to a temporary respiratory illness for which he is currently under medical treatment, will be fully available to participate by Zoom or telephone, should the Court or Trustee have any questions for him.

Respondent does not intend to request separate or independent relief beyond what is being sought by co-principal and in-person party John Michael Cohan.

Respectfully submitted,

*/s/ David C. Hughes II*

David C. Hughes

2812 Pat Tillman Drive

Springfield, IL 62711

Email: davidchoatehughes@gmail.com

Date: June 23, 2025