UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

*Admitted Into Evidence*
*JUN 2 4 2025*

In re:

GENIE INVESTMENTS NV, INC.,

Debtor.

Case No.: 3:24-bk-00496-BAJ

Chapter 7

_____/

**Aaron Cohen, Chapter 7 Trustee's Exhibit List**
(Trial on Trustee's Motion to Enforce Automatic Stay (Doc. 296))
Hearing Date: June 24, 2025 at 9:00 a.m.

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1. | Trustee's Complaint for Confirmation of Arbitration Award filed against Velanos Principal Capital, Inc. in Adv. Pro. No. 3:25-ap-0007-BAJ | 6/24/25 | 6/24/25 | w/out |
| 2. | Final Judgment in favor of Trustee against Velanos Principal Capital, Inc. in Adv. Pro. No. 3:25-ap-0007-BAJ | 6/24/25 | 6/24/25 | w/out |
| 3. | Complaint by John Michael Cohan and David Hughes filed against Joshua Wearmouth, Velanos, Resydency and Nordic Trust Alliance KB, LLC | 6/24/25 | 6/24/25 | w/out |
| 4. | October 14, 2022 Engagement Agreement letter from Warren Law Group to Genie Investments, NV | 6/24/25 | 6/24/25 | w/out |
| 5. | Complaint by John Michael Cohan and David Hughes filed against Scarinci Hollenbeck, LLC as successor in interest to Warren Law Group, and Scott Oh | 6/24/25 | 6/24/25 | w/out |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

GENIE INVESTMENTS NV, INC.,

Debtor.

Case No.: 3:24-bk-00496-BAJ

Chapter 7

_____/

**Aaron Cohen, Chapter 7 Trustee's Exhibit List**
(Trial on Motion For Sanctions Against Chapter 7 Trustee, Akerman LLP, Aaron Cohen, and Ray Elliott for Bad Faith Litigation, Abuse of Process, Suppression of Exculpatory Evidence, Retaliation, and Breach of Fiduciary Duty (Doc. 322))
Hearing Date: June 24, 2025 at 9:00 a.m.

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 6 | Joint Stipulation of Facts of Undisputed Facts and Exhibits Regarding the Trustee's Motion to Enforce Automatic Stay | 6/24/25 | 6/24/25 | w/out |
| 7. | Motion for Entry of Final Default Judgment Against Zoomeral, Inc., Capitulum, LLC, Genie Investments, II, LLC, Better Methods LLC, and Genie Angels, LLC nka Merkton Group, LLC in Adv. Pro. No. 3:25-ap-00011-BAJ | 6/24/25 | 6/24/25 | w/out |
| 8. | Final Judgment in favor of Trustee against Zoomeral, Inc., Capitulum, LLC, Genie Investments, II, LLC, Better Methods LLC, and Genie Angels, LLC nka Merkton Group, LLC in Adv. Pro. No. 3:25-ap-00011-BAJ | 6/24/25 | 6/24/25 | w/out |
| ~~4.~~ | | | | |
| ~~5.~~ | | | | |

81956210;1

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

GENIE INVESTMENTS NV, INC.,　　　　　　　Case No.: 3:24-bk-00496-BAJ

　　　　　Debtor.　　　　　　　　　　　　　　Chapter 7

_____/

**Aaron Cohen, Chapter 7 Trustee's Exhibit List**
(Trial on Motion For Sanctions Against Raye C. Elliott & Akerman LLP for Violation of
Bankruptcy Stay and Bad Faith Litigation (Doc. 325))
Hearing Date: June 24, 2025 at 9:00 a.m.

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 9. | Notice of Filing Copy of Bankruptcy Court Order (Doc. 4) filed in *John Michael Cohan and David Hughes v. Scarinci Hollenbeck, LLC and Scott Oh;* United States District Court, Middle District of Florida; Case No. 3:25-cv-00164-HES-MCR | 6/24/25 | 6/24/25 | w/out |
| 10. | Notice of Appearance (Doc. 5) filed in *John Michael Cohan and David Hughes v. Scarinci Hollenbeck, LLC and Scott Oh;* United States District Court, Middle District of Florida; Case No. 3:25-cv-00164-HES-MCR | 6/24/25 | 6/24/25 | w/out |
| 3̸. | | | | |
| 4̸. | | | | |
| 5̸. | | | | |

81956361;1