

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/24/2025 09:00 AM

COURTROOM   4A, 4th Floor

## HONORABLE JASON BURGESS

| CASE NUMBER: | | | FILING DATE: |
|---|---|---|---|
| **3:24-bk-00496-BAJ** | **7** | | **02/21/2024** |

**Chapter 7**

**DEBTOR:**      Genie Investments NV Inc.

**DEBTOR ATTY:   Adam Walker**

**TRUSTEE:      Aaron Cohen**

**HEARING:**

1. Trial on Motion to Enforce Automatic Stay Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 296
-Brief in Support of Motion to Enforce Automatic Stay Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen (Elliott, Raye) Doc 353
-Response to Trustee's Brief Opposing Enforcement of the Stays Against Non-Estate Personal Claims. Filed by Interested Parties John-Michael Cohan, David Hughes Doc 355
-Reply to Brief on the Inapplicability of the Automatic Stays to Personal Claims (Doc. 319) Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 357
-Reply to David Hughes' and John Cohan's Response to the Trustee's Brief Opposing Enforcement of the Stay Against Non-Estate Personal Claims Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 360
-Objection to Trustee's Unauthorized Second Reply Filed by Interested Party John-Michael Cohan Doc 361
-Witness List Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Docs 362,363
-Witness List re Trustee's Motion to Enforce Automatic Stay(Doc. 296) Filed by Interested Parties John-Michael Cohan, David Hughes Doc 364
2. Trial on Amended Motion to Strike Trustee's Motion for Automatic Stay as Procedurally Improper, Motion for Reconsideration of Order Granting Trustee's Motion to Strike Movants' Motion to Dismiss Adversary Complaint, and Request for Additional Sanctions for Clear Breach of Fiduciary Duty Filed by Interested Parties John-Michael Cohan, David Hughes Doc 301
3. Trial on Motion For Sanctions Against Chapter 7 Trustee, Akerman LLP, Aaron Cohen, and Ray Elliott for Bad Faith Litigation, Abuse of Process, Suppression of Exculpatory Evidence, Retaliation, and Breach of Fiduciary Duty Filed by Interested Parties John-Michael Cohan, David Hughes Doc 322
-Response to Motion for Sanctions Against Chapter 7 Trustee, Akerman LLP, Aaron Cohen, and Raye Elliott for Bad Faith Litigation, Abuse of Process, Suppression of Exculpatory Evidence, Retaliation, and Breach of Fiduciary Duty (Doc. 322) Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 329
4. Trial on Motion For Sanctions for Violation of the Automatic Stay under 11 U.S.C. Sec. 362(k). and Bad Faith Litigation Against Raye C. Elliott & Akerman LLP   Doc 325
-Response to Motion for Sanctions Against Attorney Raye C. Elliott and Akerman LLP for Violation of Bankruptcy Stay and Bad Faith Litigation Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 330
-Reply in Support of Motion for Sanctions Against Attorney Raye C. Elliott and Akerman LLP for Violation of Bankruptcy Stay and Bad Faith Litigation Filed by Interested Party John-Michael Cohan Doc 332

-Reply to Trustee's Response to Motion for Sanctions against Chapter 7 Trustee, Akerman LLP, AARON COHEN, and RAYE ELLIOTT for Bad Faith Litigation, Abuse of Process, Suppression of Exculpatory Exculpatory Evidence, Retaliation, and Breach of Fiduciary Duty. Filed by Interested Party John-Michael Cohan Doc 333

5. Trial on Motion for Court Recognition of Resignation as Debtor Representative Filed by Interested Party David Hughes Doc 334

6. Trial on Motion for Court Recognition of Resignation as Debtor Representative Filed by Interested Party John-Michael Cohan Doc 335

7. Trial on Motion for Expedited Rulings on Procedural Violations, Bad-Faith Litigation, Due Process Violations and Request for Sanctions Against the Trustee Filed by Interested Parties John-Michael Cohan, David Hughes Doc 337

-Response to Motion for Expedited Rulings on Procedural Violations, Bad-Faith Litigation, Due Process Violations and Request for Sanctions Against Trustee Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 338

-Reply to Trustee's Response to Motion for Expedited Rulings on Procedural Violations, Bed-Faith Litigation, and Request for Sanctions. Filed by Interested Parties John-Michael Cohan, David Hughes Doc 340

8. Trial on Motion for Immediate Consideration on Pending Motion for Expedited Rulings and Sanctions Filed by Debtor Genie Investments NV Inc. Doc 344

9. Show Cause Hearing


**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**

1. Trial on Motion to Enforce Automatic Stay Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 296

  UNDER ADVISEMENT.   BRIEFS DUE BY JULY 25, 2025 11:59 PM (15 PAGES MAX)

-Brief in Support of Motion to Enforce Automatic Stay Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen (Elliott, Raye) Doc 353

-Response to Trustee's Brief Opposing Enforcement of the Stays Against Non-Estate Personal Claims. Filed by Interested Parties John-Michael Cohan, David Hughes Doc 355

-Reply to Brief on the Inapplicability of the Automatic Stays to Personal Claims (Doc. 319) Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 357

-Reply to David Hughes' and John Cohan's Response to the Trustee's Brief Opposing Enforcement of the Stay Against Non-Estate Personal Claims Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 360

-Objection to Trustee's Unauthorized Second Reply Filed by Interested Party John-Michael Cohan Doc 361


-Witness List Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Docs 362,363

-Witness List re Trustee's Motion to Enforce Automatic Stay(Doc. 296) Filed by Interested Parties John-Michael Cohan, David Hughes Doc 364




2. Trial on Amended Motion to Strike Trustee's Motion for Automatic Stay as Procedurally Improper, Motion for Reconsideration of Order Granting Trustee's Motion to Strike Movants' Motion to Dismiss Adversary Complaint, and Request for Additional Sanctions for Clear Breach of Fiduciary Duty Filed by Interested Parties John-Michael Cohan, David Hughes Doc 301

  UNDER ADVISEMENT


3. Trial on Motion For Sanctions Against Chapter 7 Trustee, Akerman LLP, Aaron Cohen, and Ray Elliott for Bad Faith Litigation, Abuse of Process, Suppression of Exculpatory Evidence, Retaliation, and Breach of Fiduciary Duty Filed by Interested Parties John-Michael Cohan, David Hughes Doc 322

UNDER ADVISEMENT

-Response to Motion for Sanctions Against Chapter 7 Trustee, Akerman LLP, Aaron Cohen, and Raye Elliott for Bad Faith Litigation, Abuse of Process, Suppression of Exculpatory Evidence, Retaliation, and Breach of Fiduciary Duty (Doc. 322) Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 329

4. Trial on Motion For Sanctions for Violation of the Automatic Stay under 11 U.S.C. Sec. 362(k). and Bad Faith Litigation Against Raye C. Elliott & Akerman LLP    Doc 325

UNDER ADVISEMENT

-Response to Motion for Sanctions Against Attorney Raye C. Elliott and Akerman LLP for Violation of Bankruptcy Stay and Bad Faith Litigation Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 330

-Reply in Support of Motion for Sanctions Against Attorney Raye C. Elliott and Akerman LLP for Violation of Bankruptcy Stay and Bad Faith Litigation Filed by Interested Party John-Michael Cohan Doc 332

-Reply to Trustee's Response to Motion for Sanctions against Chapter 7 Trustee, Akerman LLP, AARON COHEN, and RAYE ELLIOTT for Bad Faith Litigation, Abuse of Process, Suppression of Exculpatory Exculpatory Evidence, Retaliation, and Breach of Fiduciary Duty. Filed by Interested Party John-Michael Cohan Doc 333

5. Trial on Motion for Court Recognition of Resignation as Debtor Representative Filed by Interested Party David Hughes Doc 334

GRANTED IN PART ORDER CHAMBERS

6. Trial on Motion for Court Recognition of Resignation as Debtor Representative Filed by Interested Party John-Michael Cohan Doc 335

GRANTED IN PART ORDER CHAMBERS

7. Trial on Motion for Expedited Rulings on Procedural Violations, Bad-Faith Litigation, Due Process Violations and Request for Sanctions Against the Trustee Filed by Interested Parties John-Michael Cohan, David Hughes Doc 337

UNDER ADVISEMENT

-Response to Motion for Expedited Rulings on Procedural Violations, Bad-Faith Litigation, Due Process Violations and Request for Sanctions Against Trustee Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 338

-Reply to Trustee's Response to Motion for Expedited Rulings on Procedural Violations, Bed-Faith Litigation, and Request for Sanctions. Filed by Interested Parties John-Michael Cohan, David Hughes Doc 340

8. Trial on Motion for Immediate Consideration on Pending Motion for Expedited Rulings and Sanctions Filed by Debtor Genie Investments NV Inc. Doc 344

UNDER ADVISEMENT

9. Show Cause Hearing

HELD AND CONTINUED UNTIL FURTHER ORDER OF THE COURT
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being

denied as moot. This docket entry/document is not an official order of the Court.