FILED INTAKE USBC
JUN 25 '25 PM 12:24

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re:
GENIE INVESTMENTS NV INC., Debtor.
Case No.: 3:24-bk-00496-BAJ

### Exhibit List 06-24-2025

Stay Trial
-Chart of Organized Defamation campaign from certain creditors by certain creditors of Genie Investments NV Inc, John Michael Cohan and David Hughes - This document was submitted by Kristen Stegent in the arbitration between Genie Investments NV Inc.

-Some of the many personal and debtor online attacks by various creditors demonstrating personal harm resulting from Warren Law Group and Velanos' actions

Evidentiary Hearing
A - H Demand Letters from Raye Elliot to John Michael Cohan and David Hughes, personally, Better Methods LLC, Genie Investments II LLC, Genie's Angel LLC, Capitulum LLC and ZOOMERAL Inc. with Good Faith conversations

I – Maria Yip's Examiner Report specifically Line 233 stating the word "potential" 4x.

Dated: 06-25-2025
Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com