**ORDERED.**

Dated: June 26, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,   Case No.: 3:24-bk-00496-BAJ

   Debtor.   Chapter 7

_____/

**ORDER DENYING MOTION TO QUASH TRUSTEE'S MOTION TO
COMPEL DISCOVERY AND FOR ENTRY OF PROTECTIVE ORDER**

This Case is before the Court on the Motion to Quash Trustee's Motion to Compel Discovery and for Entry of Protective Order (the "Motion") (Doc. 376), filed by David Hughes. Upon review, the Court will deny the Motion. The Court also notes that Mr. Hughes failed to appear at the hearing held on June 24, 2025, at which various matters were addressed by the Court. Accordingly, it is

**ORDERED**:

The Motion is Denied.