[jiffyordnh] [Bench Order No Hearing +]

**ORDERED.**

Dated: August 12, 2025

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No. 3:24–bk–00496–BAJ
Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

**ORDER DENYING MOTION TO SEAL ADDRESS**

THIS CASE came on for consideration without a hearing of the **Motion to Seal Address** (the "Motion") (Doc. **395**), filed by **Interested Party John–Michael Cohan**.

Upon review of the Motion and the applicable law, the Court will deny the Motion.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.