**ORDERED.**

Dated: August 18, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,

    Debtor.
_____/

CASE NO.: 3:24-bk-00496-BAJ
Chapter 7

**ORDER GRANTING, IN PART, MOTION FOR PHONE AND COMPUTER USE**

This case is before the Court on the Motion to Allow Use of Phone and Computer (the "Motion") (Doc. 396) filed by interested party, John-Michael Cohan. Upon review, the Court determines that the Motion should be granted, in part.

Accordingly, it is **ORDERED**:

1. The Motion is **GRANTED**, in part.

2. Mr. Cohan's authorization to use his cell phone and laptop in the courthouse is limited to the hearing on August 25, 2025, and only to the extent as described by the terms and

2

conditions outlined in the Order of Authorization[1] entered in Miscellaneous Proceeding 3:25-mp-2-JAB.

Clerk's Office to Serve.

---

[1] Doc. 7 in Miscellaneous Proceeding.