ORDERED.

Dated: August 22, 2025

*Jason A. Burgess*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,　　　　　　　Case No.: 3:24-bk-00496-BAJ

　　　　Debtor.　　　　　　　　　　　　　　Chapter 7

_____/

**ORDER DENYING MOTION FOR RECONSIDERATION**
**OF MOTION TO SEAL ADDRESS**

　　　　This Case is before the Court on the Motion for Reconsideration of Motion to Seal Address (the "Motion") (Doc. 400), filed by John Michael Cohan (the "Movant"). By the Motion, the Movant seeks reconsideration of the Order Denying Motion to Seal Address (the "Order Denying") (Doc. 397). For the reasons set forth herein, the Court denies the Motion.

　　　　Motions for reconsideration are governed by Federal Rule of Bankruptcy Procedure 9023, which incorporates Rule 59 of the Federal Rules of Civil Procedure ("Rule(s)"). Relief under Rule 59(e) is limited to the following circumstances: "(1) an intervening change in controlling law; (2) newly discovered evidence; or (3) clear error or manifest injustice." Woide v. Fed. Nat'l Mortg.

Ass'n (In re Woide), No. 6:16–cv–1484–Orl–37, 2017 WL 549160, at *1 (M.D. Fla. Feb. 9, 2017), aff'd, 730 F. App'x 731 (11th Cir. 2018).

In the Motion, the Movant does not reference an intervening change in controlling law or newly discovered evidence. Further, the Court finds the Movant has failed to demonstrate clear error or manifest injustice. Accordingly, the Court will deny the Motion. It is,

**ORDERED:**

The Motion is Denied.