**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

Dated: September 3, 2025

*Jason A. Burgess*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No. 3:24−bk−00496−BAJ
Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

### AMENDED ORDER STRIKING
### (to reflect correct date of order)

THIS CASE came on for consideration, without hearing, on the **Motion to Vacate Conversion Order and for Relief from Fraud on Court filed by Interested Parties David Hughes, Doc. # 419**. Pursuant to the Order to Show Cause in case 3:24-bk-00496-BAJ (Document Number 347), and after review, the Court determines that the Interested Party's **Motion to Vacate Conversion Order and for Relief from Fraud on Court (Doc. # 419)** will be stricken:

**ORDERED:**

The filing is stricken from the record.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.