**ORDERED.**

Dated: October 16, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

Genie Investments NV Inc.,　　　　　　　　　　Case No.: 3:24-bk-00496-BAJ
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor.
_____/

### ORDER STRIKING PROTECTIVE NOTICE OF APPEAL

This Case is before the Court on the *Protective Notice of Appeal* (the "Notice") (Doc. 441), filed by John Michael Cohan ("Mr. Cohan").[1]  By the Notice, Mr. Cohan seeks to protect his appellate rights from the *Order Granting Trustee's Motion to Enforce Automatic Stay and Denying with Prejudice Equity Holders' Motions for Relief from Order* (Doc. 432).  Upon review, the Notice does not comply with the requirements set forth in Bankruptcy Rule 8003.  Accordingly, the Court will strike the Notice.  It is,

**ORDERED**:

The Notice is **STRICKEN**.

---

[1] The Notice was filed and signed by Mr. Cohan.  Although Mr. Cohan references David Hughes in the Notice, Mr. Hughes' signature does not appear on the Notice.