**ORDERED.**

Dated: October 21, 2025

_Jason A. Burgess_
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:

Genie Investments NV Inc.,

        Debtor.

Case No.: 3:24-bk-00496-BAJ
Chapter 7

_____/

## ORDER STRIKING MOTION FOR RECONSIDERATION

This Case is before the Court on the *Motion for Reconsideration of Order Granting Trustee's Motion to Enforce Automatic Stay and Denying with Prejudice Third Party Individual's Motions for Sanctions* (the "Motion") (Doc. 438), filed by John Michael Cohan ("Mr. Cohan"). On March 27, 2025, the Court entered an Order to Show Cause that restricted the right of Mr. Cohan to file *pro se* pleadings in the Case. (Main Case, Doc. 347). On June 24, 2025, the show cause hearing was held and continued until further order of the Court. (Main Case, Doc. 378). The Order to Show Cause remains in full force and effect. Accordingly, the Court will strike the Motion. It is,

**ORDERED**:

The Motion is **STRICKEN**.