[jiffyordnh] [Bench Order No Hearing +]

**ORDERED.**

Dated: October 22, 2025

*Jason A. Burgess*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No. 3:24−bk−00496−BAJ
Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL**

THIS CASE came on for consideration without a hearing of the **Motion to Extend Time to File Notice of Appeal** (Doc. **444** ), filed by **Interested Party John−Michael Cohan and David Hughes (the "Movants")** .

The Court having considered the record, the Motion to Extend Time to File Notice of Appeal is Granted .

The Movants have seven (7) days from the date of this Order to file a Notice of Appeal.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

<u>Service Instructions:</u>

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.