**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

    Debtor.                                    Chapter 7

_____/

**TRUSTEE'S MOTION FOR EXPEDITED EVIDENTIARY HEARING ON MOTION TO (I) COMPROMISE CLAIMS WITH CHRISTOPHER D. WARREN, P.C., WARREN LAW GROUP, PLLC, AND SCOTT OH AND (II) ENJOIN CERTAIN CLAIMS**

    Aaron R. Cohen, Chapter 7 Trustee, (the "Trustee"), by and through his undersigned counsel, respectfully requests that the Court schedule an expedited evidentiary hearing on the Trustee's Motion to (I) Compromise Claims With Christopher D. Warren, P.C., Warren Law Group, PLLC, and Scott Oh and (II) Enjoin Certain Claims (Doc. 435) (the "Compromise Approval Motion") and in support would show the Court as follows:

    1.    The Trustee filed his Compromise Approval Motion on October 9, 2025 using the Court's negative notice procedure. The Compromise Approval Motion seeks approval of a settlement agreement (the "Settlement Agreement") entered into by the Trustee with Christopher D. Warren, P.C., Warren Law Group, PLLC, and Scott Oh (collectively, "Warren Law Group") to settle the Debtor's legal malpractice claim against the law firm and its attorneys. The Compromise Motion also seeks entry of a "bar order" enjoining any third party from pursuing claims against Warren Law Group, because that is an integral requirement of the Settlement Agreement.

    2.    On October 14, 2025, John Michael Cohan ("Cohan") and David Hughes ("Hughes") filed an Objection to the Compromise Approval Motion (Doc. 440) (the "Objection"), specifically objecting to the bar order component of the Settlement Agreement.

83734010;1

3.      The payment of $435,000 to the bankruptcy estate is contingent upon approval of the Settlement Agreement, including the requested bar order.

4.      Therefore, the Trustee respectfully requests that the Court schedule an evidentiary hearing on the Compromise Approval Motion on an expedited basis so that approval of the Settlement Agreement can be determined and, if the Settlement Agreement is approved, payment of the $435,000 to the bankruptcy estate can occur.

WHEREFORE, Aaron R. Cohen, Chapter 7 Trustee, respectfully requests the Court schedule an evidentiary hearing on an expedited basis on the Compromise Approval Motion and, for such other and further relief as the Court deems just and proper.

Dated: October 27, 2025                           AKERMAN LLP

                                                  By: /s/ *Raye C. Elliott*
                                                      Raye C. Elliott, Esq.
                                                      Florida Bar Number: 018732
                                                      Email: raye.elliott@akerman.com
                                                      401 East Jackson Street, Suite 1700
                                                      Tampa, FL 33602
                                                      Phone: (813) 223-7333
                                                      Fax: (813) 223-2837

                                                  *Attorneys for Aaron R. Cohen, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

                                                  */s/ Raye C. Elliott*
                                                  Attorney