**[Dntccnrh]** [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:24−bk−00496−BAJ
Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

NOTICE OF CANCELLED HEARING

NOTICE IS GIVEN THAT the hearing regarding Motion to Approve Compromise of Controversy or Settlement Agreement , (Document No. 435) filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen, originally scheduled for December 2, 2025 at 10:00 AM, has been cancelled.

Dated: October 28, 2025

FOR THE COURT
Jose A Rodriguez , Clerk of Court
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3−150
Jacksonville, FL 32202

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.