[Dordstnd] [Order Scheduling Trial–BK (No Deadlines)]

ORDERED.

**Dated: October 28, 2025**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 3:24–bk–00496–BAJ<br>Chapter 7 |

Genie Investments NV Inc.

_____Debtor*_____/

### ORDER SCHEDULING TRIAL

   THIS CASE came on for consideration without a hearing on the Motion to Approve Compromise of Controversy or Settlement Agreement (Document No. 435) filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen. The Court is satisfied that the contested matter is now ready for a trial. Accordingly, it is

   **ORDERED:**

   The Court will conduct a trial on December 2, 2025, at 01:30 PM, in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202.

   <u>Avoid delays at Courthouse security checkpoints.</u> You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073–1 of this Court's Local Rules.

The Clerk's office is directed to serve a copy of this Order on interested parties via CM/ECF.

...

*All references to "Debtor" must include and refer to both of the debtors in a case filed jointly by two individuals.