**ORDERED.**

Dated: October 28, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

Genie Investments NV Inc.,            Case No.: 3:24-bk-00496-BAJ
                                                            Chapter 7

         Debtor.
_____/

## ORDER STRIKING OBJECTION TO TRUSTEE'S MOTION TO (I) COMPROMISE CLAIMS WITH CHRISTOPHER D. WARREN, P.C., WARREN LAW GROUP, PLLC, AND SCOTT OH AND (II) ENJOIN CERTAIN CLAIMS

This Case is before the Court on the *Objection to Trustee's Motion to (I) Compromise Claims with Christopher D. Warren, P.C., Warren Law Group, PLLC, and Scott Oh and (II) Enjoin Certain Claims* (the "Objection") (Doc. 440), filed by John Michael Cohan and David Hughes (collectively, the "Movants"). On March 27, 2025, the Court entered an Order to Show Cause that restricted the right of the Movants to file *pro se* pleadings in the Case. (Main Case, Doc. 347). On June 24, 2025, the show cause hearing was held and continued until further order of the Court. (Main Case, Doc. 378). The Order to Show Cause remains in full force and effect. Accordingly, the Court will strike the Objection. It is,

       **ORDERED**:

       The Objection is **STRICKEN**.