**ORDERED.**

Dated: October 28, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

Genie Investments NV Inc.,                    Case No.: 3:24-bk-00496-BAJ
                                              Chapter 7
      Debtor.

_____/

## ORDER STRIKING MOTION TO CORRECT THE RECORD
## AND FOR RELIEF FROM ORDER GRANTING MOTION FOR CONTEMPT
## AND IMPOSING FILING SANCTIONS

This Case is before the Court on the *Motion to Correct the Record and for Relief from Order Granting Motion for Contempt and Imposing Filing Sanctions* (the "Motion") (Doc. 451), filed by John Michael Cohan and David Hughes (collectively, the "Movants"). On March 27, 2025, the Court entered an Order to Show Cause that restricted the right of the Movants to file *pro se* pleadings in the Case. (Main Case, Doc. 347). On June 24, 2025, the show cause hearing was held and continued until further order of the Court. (Main Case, Doc. 378). The Order to Show Cause remains in full force and effect. Accordingly, the Court will strike the Motion. It is,

    **ORDERED**:

    The Motion is **STRICKEN**.