[jiffyordnh] [Bench Order No Hearing +]

**ORDERED.**

Dated: October 30, 2025

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:24−bk−00496−BAJ
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

**ORDER DENYING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS**

　THIS CASE came on for consideration without a hearing of the **Motion for Leave to Appeal in Forma Pauperis** (Doc. **460** ), filed by **Interested Party John−Michael Cohan and David Hughes** (the "Movants").

　The Court having considered the record, the Motion for Leave to Appeal in Forma Pauperis is Denied.

　The Movants shall have seven (7) days from the date of this Order to pay the appeal filing fee.

　The Court in its discretion may file written findings of facts and conclusions of law at a later date.

　Service Instructions:

　The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

　*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.