**ORDERED.**

**Dated:  November 04, 2025**

_____

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                   Case No.: 3:24-bk-00496-BAJ

         Debtor.                                         Chapter 7

_____/

**ORDER GRANTING TRUSTEE'S MOTION TO (I) COMPROMISE**
**CLAIMS WITH CHRISTOPHER D. WARREN, P.C., WARREN LAW**
**GROUP, PLLC, AND SCOTT OH AND (II) ENJOIN CERTAIN CLAIMS**

THIS CASE came before the Court upon the Motion (the "Motion") (Doc. 435)[1] of Aaron

R. Cohen, as Chapter 7 Trustee for the bankruptcy estate of Debtor, Genie Investments NV Inc.,

to (I) Approve Compromise with Christopher D. Warren, P.C., Warren Law Group, PLLC, and

Scott Oh, and (II) Enjoin Certain Claims. John Michael Cohan and David Hughes filed an

Objection to the Motion (Doc. 440) which was stricken by the Court in an Order dated October

28, 2025 (Doc. 457). No valid responses having been timely filed after proper notice to interested

parties pursuant to Local Bankruptcy Rule 2002-4 on October 9, 2025, it is

**ORDERED**:

1.      The Motion is granted.

_____

[1] Defined terms from the Motion are incorporated by reference herein.

83420870;3

2.     The Compromise is approved and is fully enforceable in all respects.

3.     The Court finds that a bar order is a mandatory condition of the Compromise and that, without the bar order, the Compromise will not be consummated and that entry of a bar order is necessary and appropriate in order to achieve the payment to the bankruptcy estate contemplated by the Compromise, and that its entry is an appropriate exercise of the Court's sound discretion to facilitate settlements and promote the consensual resolution of disputes.

4.     **Therefore, the right to pursue any claims held by the Debtor against Christopher D. Warren, P.C., Warren Law Group, PLLC, and Scott Oh (as well as any purported successors in interest) are solely owned by the bankruptcy estate and all non-debtor parties are enjoined from asserting a claim against Christopher D. Warren, P.C., Warren Law Group, PLLC, and Scott Oh arising out of or related to their representation of the Debtor, included, but not limited to, the District Court Action.**

5.     The trial on the Motion scheduled for December 2, 2025, at 1:30 p.m. is CANCELED.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

83420870;3