**ORDERED.**

Dated: **November 05, 2025**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,          Case No.: 3:24-bk-00496-BAJ

    Debtor.                                  Chapter 7

_____/

**ORDER DENYING TRUSTEE'S MOTION FOR EXPEDITED
EVIDENTIARY HEARING ON MOTION TO (I) COMPROMISE CLAIMS
WITH CHRISTOPHER D. WARREN, P.C., WARREN LAW GROUP, PLLC,
AND SCOTT OH AND (II) ENJOIN CERTAIN CLAIMS AS MOOT**

THIS CASE came before the Court upon the Motion (the "Motion") (Doc. 453)[1] of Aaron R. Cohen, as Chapter 7 Trustee for the bankruptcy estate of Debtor, Genie Investments NV Inc., for Expedited Evidentiary Hearing on Motion to (I) Approve Compromise with Christopher D. Warren, P.C., Warren Law Group, PLLC, and Scott Oh, and (II) Enjoin Certain Claims. Based upon the Order Granting Trustee's Motion (I) Approve Compromise with Christopher D. Warren, P.C., Warren Law Group, PLLC, and Scott Oh, and (II) Enjoin Certain Claims (Doc. 471) entered on November 4, 2025, it is

**ORDERED:**

---

[1] Defined terms from the Motion are incorporated by reference herein.

83745146;1

       The Motion is DENIED as MOOT.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.