FILED INTAKE USBC
NOV 12 '25 PM3:09

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

## COVER SHEET

1. BANKRUPTCY CASE NUMBER:       3:24-bk-00496-BAJ
2. DEBTOR:   Genie Investments NV Inc.
3. BANKRUPTCY JUDGE:  Honorable Jason A. Burgess

4. ADVERSARY PROCEEDING NUMBER (if applicable): n/a

5. APPEAL FROM (check one):
[X] A Final Judgment, Order, or Decree
[ ] An Interlocutory Judgment, Order, or Decree

6. APPELLANT(S):
John Michael Cohan (Pro Se)
(Redacted for Appellant's Safety

7. APPELLEE(S):
The Chapter 7 Trustee Aaron Cohen
Raye C. Elliott, Esq.,
Florida Bar Number: 018732
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Phone: (813) 223-7333
Fax: (813) 223-2837
Attorneys for Aaron R. Cohen, Chapter 7 Trustee

8. DATE OF NOTICE OF APPEAL: November 12, 2025

9. DATE OF ORDER/JUDGMENT APPEALED:   November 5, 2025 (Bankr. Docket No. 471)

10. IS THIS APPEAL FROM AN ORDER IN AN ADVERSARY PROCEEDING?
[ ] Yes   [X] No

11. RELIEF SOUGHT (check one):
[X] The appellant appeals from the order listed in item 9.
[ ] The appellant cross-appeals from the order listed in item 9.

12. IS A MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS BEING FILED?
   [X] Yes  [ ] No

13. IS A MOTION FOR STAY PENDING APPEAL BEING FILED?
   [ ] Yes    [X] No

Dated: 11-12-2025

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the following documents by the CM/ECF system.