UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

### MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

Appellant, John Michael Cohan, *pro se*, respectfully moves this Court for leave to appeal *in forma pauperis* from the Order Granting Motion to Approve Compromise or Settlement (Document 471), entered in the underlying bankruptcy proceeding on November 5, 2025. In support of this Motion, Appellant states as follows:

1. I am the Appellant in this action and seek to appeal to this Court.

2. I am unable to pay the $298 filing fee for this appeal, or to give security for it. My financial situation is as follows:
   a. Income: I am currently unemployed. My sole source of income is government assistance in the form of SNAP benefits, which is currently suspended due to the government shutdown. I have no regular income.
   b. Cash & Liquid Assets: The total of all cash and funds in my possession is $357.04, held across several accounts as detailed in the attached affidavit and exhibits. This amount is necessary for my and my dependent's basic subsistence.
   c. Dependents: I have sole legal and physical custody of my four-year-old daughter and am her only provider.
   d. Monthly Expenses: My essential monthly living expenses for myself and my daughter exceed $2,500, far surpassing my $0 income and negligible liquid assets.
   e. Real Property & Other Assets: I have no assets that provide equity or liquid funds. My residence is in foreclosure, and any potential interest in a real estate portfolio is the subject of litigation and is completely inaccessible.

3. I believe I am entitled to redress and that this appeal is taken in good faith, challenging fundamental due process violations and the bankruptcy court's abuse of discretion.

4. Appellant's indigent status has been formally conceded by the United States government in a separate sealed federal proceeding. This Court can and should adopt this factual concession for the purpose of this motion.

WHEREFORE, Appellant, John Michael Cohan, respectfully requests that this Court grant him leave to prosecute his appeal *in forma pauperis*.

Dated: 11-12-2025

Respectfully submitted in good faith,

*[signature]*

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

## Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the following documents by the CM/ECF system.

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

FLORIDA STATE
DUVAL COUNTY

John Michael Cohan, being first duly sworn, upon oath, deposes and states:

1. I am the Appellant in the above-entitled case. I have read the foregoing Motion and affirm that the facts stated therein regarding my financial circumstances are true and correct to the best of my knowledge, information, and belief.

2. The attached screenshots from my banking and benefits applications, dated November 2025, accurately reflect my available financial resources. In addition to SNAP benefits, I receive irregular, nominal income from plasma donation, which is used for basic subsistence. This is not stable employment.

3. Real Property: I am on the title of my domicile. For safety reasons related to an active protective order, which this Honorable Court is aware of, I omit the specific address. The property is in active foreclosure proceedings. I hold no equitable or beneficial interest in it and derive no income or accessible equity from it.

4. Dependents: I have sole legal and physical custody of my four-year-old daughter. I am her only provider, and all my limited income and resources are used for our basic subsistence, including her food, clothing, and shelter.

5. Monthly Expenses: My essential monthly living expenses for myself and my daughter, including housing, utilities, food, and other basic necessities, exceed $2,500. This objectively demonstrates that my necessary costs of living far surpass my $0 income and negligible liquid assets, making it impossible to pay a $605 court fee. A detailed breakdown is withheld for personal security reasons, given the nature of this case.

6. Other Assets: I have a potential legal interest in a real estate portfolio located in Alabama that is the subject of pending litigation. However, the opposing party controls the properties, collects all rent, and a cloud on the title makes any sale or refinance impossible. This entity provides me with no income, no accessible funds, and has no liquid value to me.

7. Safety Concern: I omit the specific property address and any associated case details due to an active protective order issued for my safety.

_____
JOHN MICHAEL COHAN

Subscribed and sworn to before me this 6th day of November, 2025.
Notary Public
Florida State
Duval County

AMBROSIA BLACKETOR
Notary Public - State of Florida
Commission # HH 274394
My Comm. Expires Jun 9, 2026

11/6/25

5:47   Propel

# Welcome back, John Michael 

 **EBT >**
Just now

**$420.71**
Food stamps

**$123.32**
Cash

Last transaction: 4 days ago         View

## Latest news                              See all

● UPDATED: 11/3

**Government shutdown update**

A court ordered the government to issue partial November payments for most SNAP recipients. It's unclear when payments will arrive or how much you'll receive—both depend on your state and household.

## Savings & assistance



**Find local food banks**

 Home   Health   News   Offers  More





   

12:09

 **Banking**  

# $24.²⁸

Total available balance ⓘ

| Checking | |
|---|---|
| 0.50% APY | $24.28 |

| Savings | |
|---|---|
| 1.00% APY | $0.00 |

 

Transfer   Deposit   Pay   Zelle®

**Crypto's coming back—find out how you could get a Bitcoin. Terms apply.**

Join the waitlist



 Home    Banking    Credit card    Invest    Loans



Good Afternoon,
# John!

JC

## My Appointments      My Balances



**Debit Card Balance**

## $26.64



**My BioLife Rewards**

## 6,850

**My Patient Impact**           ⓘ

**My Lifetime Plasma Donations:**

## 29

**PI Patients Treated:**

## 58



Home    Promotions    Donate    Rewards    More



# Good Morning, John



○ 4 of 10  **Set up myWisely account**
Get started!

**Wisely Pay - 0985**  •••

 **$39.99**
Available Balance

**Card Status: activated**
Your card is ready to use!    [ Add Money ]

10.23  Enrolled successfully! Account created.

[View card order status](#)

Add your card to your digital wallet    [  Add to Wallet ]

**Recent Transactions**

| 11.04 | SHELL SERVICE STATION JACKS… | - $25.01 |
| 10.27 | Deposit from First Coast Workfor… | + $65.00 |

[View more transactions](#)

 Home    Move Money    Savings    Perks

