UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

FILED INTAKE USBC
NOV 12 '25 PM 3:10

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Interested Party John Michael Cohan ("Appellant"), hereby appeals to the United States District Court for the Middle District of Florida from the Order **Granting Trustee's Motion to (I) Compromise Claims with Christopher D. Warren, P.C., Warren Law Group, P.L.C. and Scott Oh and (II) Enjoin Certain Claims** entered on November 5, 2025 (Bankruptcy Docket No. 471).

This appeal also necessarily brings before this Court for review the series of interlocutory orders that led to and are subsumed within the finality of Docket 471, which collectively demonstrate the procedural irregularities and denial of due process that infected the proceedings below. These include, but are not limited to:

1. The **Order Striking Motion to Correct the Record and for Relief from Order** (Bankr. Doc. 458, entered Oct. 29, 2025).

2. The **Order Striking Objection to Trustee's Motion to Compromise Claims** (Bankr. Doc. 457, entered Oct. 29, 2025).

The Appellant designates the entire record, but these orders are integral to understanding how the final order (Doc. 471) was procured through a process that violated due process by striking filings based on factual inaccuracies and preventing Appellant from being heard.
This appeal is taken pursuant to 28 U.S.C. § 158(a)(1).
Dated: 11-12-2025

Respectfully submitted in good faith,

*/s/ John Michael Cohan*

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

### Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the following documents by the CM/ECF system.