UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

GENIE INVESTMENTS NV INC.,　　　　　　　　　Case No. 3:24-bk-00496-BAJ
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　Debtor.
_____/

**DESIGNATION OF ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL**

Pursuant to In re Administrative Orders of the Chief Judge, Case No. 3:21-mc-00001-TJC (M.D. Fla. Oct. 29, 2024), Doc. No. 156, Paragraph B(2), the Middle District of Florida Bankruptcy Court hereby transmits the following record for review:

1.　**Cover Sheet**, Document Entry 478, filed on November 12, 2025;

2.　**Order Granting Trustee's Motion to (I) Compromise Claims with Chrisopher D. Warren, P.C., Warren Law Forup, PLLC, and Scott Oh and (II) Enjoin Certain Claims**, Document Entry 471, filed on November 5, 2025;

3.　**Motion for Leave to Appeal in Forma Pauperis**, Document Entry 479, filed on November 12, 2025;

4.　**Order Denying Motion for Leave to Appeal in Forma Pauperis**, Document Entry 486, filed on November 14, 2025;

5.　**Notice of Appeal**, Document Entry 480, filed on November 12, 2025;

6.　**Motion for District Court Review of Bankruptcy Court Denial of In Forma Pauperis Status**, Document Entry 490, filed on November 18, 2025; and

7.　**Findings Of Fact And Conclusions Of Law On Order Denying Motion For Leave To Appeal In Forma Pauperis,** Document Entry 492, filed on November 25, 2025.

　　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: November 25, 2025.　　　　　　　　　José A. Rodriguez, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　Bryan Simpson United States Courthouse
　　　　　　　　　　　　　　　　　　　　　300 North Hogan Street Suite 3−150
　　　　　　　　　　　　　　　　　　　　　Jacksonville, FL 32202