

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/02/2025 10:00 AM

COURTROOM  4A, 4th Floor

HONORABLE JASON BURGESS

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:24-bk-00496-BAJ | 7 | 02/21/2024 |

Chapter 7

**DEBTOR:** Genie Investments NV Inc.

**DEBTOR ATTY:** Adam Walker

**TRUSTEE:** Aaron Cohen

**HEARING:**

Preliminary Hearing on Motion to Approve Compromise of Controversy or Settlement Agreement Related Case and Parties: Trustee and Cald Holdings, LLC, a Florida limited liability company, and Caleb Davis; Adversary Proceeding Number 3:25-ap-00011-BAJ Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 427
-Limited Objection to and Motion for Continuance regarding Trustee's Proposed Settlement with Caleb Davis Filed by Creditor Charles Blake Stringer Doc 434

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Preliminary Hearing on Motion to Approve Compromise of Controversy or Settlement Agreement Related Case and Parties: Trustee and Cald Holdings, LLC, a Florida limited liability company, and Caleb Davis; Adversary Proceeding Number 3:25-ap-00011-BAJ Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 427

 CONTINUED TO DECEMBER 16 @ 1:00 AOCNFN

-Limited Objection to and Motion for Continuance regarding Trustee's Proposed Settlement with Caleb Davis Filed by Creditor Charles Blake Stringer Doc 434
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.