[jiffyordnh] [Bench Order No Hearing +]

**ORDERED.**

Dated: December 16, 2025

_Jason A. Burgess_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:    Case No. 3:24–bk–00496–BAJ
          Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

**ORDER DENYING AS MOOT MOTION FOR RELIEF**

THIS CASE came on for consideration without a hearing of the **Motion for Relief** (Doc. **485**), filed by **Interested Party John–Michael Cohan** .

The Court having considered the record, the Motion for Relief is Denied as Moot .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.