**[jiffyordnh]** [Bench Order No Hearing +]

**ORDERED.**

**Dated:  December 16, 2025**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No. 3:24−bk−00496−BAJ
                                                                          Chapter 7

Genie Investments NV Inc.


_____Debtor*_____/

### ORDER STRIKING MOTION TO VACATE CONVERSION ORDER

THIS CASE came on for consideration without a hearing of the **Motion to Vacate Conversion Order (the "Motion to Vacate")** (Doc. **501** ), filed by **Interested Party John−Michael Cohan** .

Pursuant to the Order to Show Cause (Doc. 347), and after review, the Court will Strike the Motion to Vacate. Accordingly, it is
Ordered:

The Motion to Vacate is Stricken from the record.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.