**ORDERED.**

Dated: December 17, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

    Debtor.                                    Chapter 7
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE**
**CLAIMS WITH CALD HOLDINGS, LLC AND CALEB DAVIS**

THIS CASE came before the Court upon the Motion (the "Motion") (Doc. 427) of Aaron R. Cohen, as Chapter 7 Trustee for the bankruptcy estate of Debtor, Genie Investments NV Inc., for entry of an Order approving the terms of the Compromise[1] by and between the Trustee and Cald Holdings, LLC and Caleb Davis. A Limited Objection (Doc. 434) (the "Objection") to the Motion was filed by creditor, Blake Stringer. After hearings on the Motion and Objection held on December 2 and December 16, 2025, it is

**ORDERED**:

1. The Objection is overruled.

2. The Motion is granted.

---

[1] Defined terms in the Motion are incorporated herein.

82709185;1

2

      3.      The Compromise is approved and is fully enforceable in all respects.

      4.      The Court reserves the right to supplement this Order with written Findings of Fact and Conclusions of Law.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.