UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7



FILED INTAKE USBC
DEC 18 '25 PM 2:43

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Interested Party and Appellant, John Michael Cohan, pro se, hereby appeals to the United States District Court for the Middle District of Florida from the following orders of the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, entered on December 16, 2025:

1. Order Denying as Moot Motion for Relief (Document No. 505)

2. Order Striking Motion to Vacate Conversion Order (Document No. 506)

This appeal is taken pursuant to 28 U.S.C. § 158 and Federal Rules of Bankruptcy Procedure 8001 et seq.

The nature of the order(s) appealed from is/are final orders that dispose of the Appellant's Emergency Motion to Vacate Conversion Order Under Rule 9024/60(d)(3), for Immediate Temporary Restraining Order, and to Preserve All Rights Pending Full Briefing (Document No. 501) and related Motion for Relief, effectively ending Appellant's ability to seek relief from the fraudulently procured conversion order and to obtain a TRO to preserve estate assets.

ADDITIONAL NOTICE: Appellant hereby gives notice that motions for recusal, disqualification and/or removal of the United States Trustee, Debtor's counsel, Chapter 7 Trustee, and their counsel filed on 12/16/25 remain pending and undecided. These motions allege the same misconduct and due process violations that form the basis of this appeal. The appellees should not be permitted to take actions (including asset distribution) while their authority and conduct are legitimately challenged.

Dated: 12-18-2025

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

### Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the following documents by the CM/ECF system.