UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7



## DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1) and (a)(4), Interested Party, Protected Party and Appellant, John Michael Cohan (pro se), hereby designates the items to be included in the record on appeal and states the issues to be presented.

### I. DESIGNATION OF RECORD

The record on appeal shall include the entire record of the proceedings in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, in Case No. 3:24-bk-00496-BAJ, as defined by Federal Rule of Bankruptcy Procedure 8006. Appellant specifically designates the following documents as necessary for this appeal:

1. Emergency Motion to Vacate Conversion Order Under Rule 9024/60(d)(3), for Immediate Temporary Restraining Order, and to Preserve All Rights Pending Full Briefing (Document No. 501), including all Exhibits 1-8.

2. The Order Striking Motion to Vacate Conversion Order (Document No. 506).

3. The Order Denying as Moot Motion for Relief (Document No. 505).

4. The Order to Show Cause (Document No. 347) and all related pleadings and orders concerning the restrictions placed on Appellant's filings.

5. All documents and docket entries related to the conversion from Chapter 11 to Chapter 7, including but not limited to:

   - The Conversion Order
   - United States Trustee's Motions to Convert
   - Examiner's Report
   - Debtor's opposition to conversion

6. Documents demonstrating fraud on the court and misconduct:

   - Exhibit 1: Spliced §341 audio waveform
   - Exhibit 2: Florida State Attorney's Office email confirming judge-signed warrant and accompanying JSO police report (25-471040)

- Exhibit 3: Former FINRA internal memorandum and declaration (expert opinion)
- Exhibit 4: Debtor's counsel refusal to allege fraud/seek reconsideration

7. Documents demonstrating the Debtor's viable operations and ability to reorganize:

- Exhibit 5: Sample list of capital providers and accredited investors
- Exhibit 6: Contracts and UCC provisions
- Exhibit 7: Active third-party customer letter
- Exhibit 8: Default letters vs. Chapter 7 Trustee's collection plan

8. All transcripts of hearings related to the conversion and any §341 meetings.

9. Any and all ex parte communications, voicemails, or off-the-record communications between the Court and any party regarding this case.

10. The entire docket in Case No. 3:24-bk-00496-BAJ.

Appellant requests that the Clerk of the Bankruptcy Court prepare and transmit to the District Court the designated record, including any transcripts not yet produced.

## II. STATEMENT OF ISSUES

The issues to be presented on appeal, which question the constitutional and statutory integrity of the proceedings below, are as follows:

1. Whether the Bankruptcy Court abused its discretion and violated Appellant's due process rights by striking his Emergency Motion to Vacate Conversion Order without considering the merits or providing a meaningful hearing, particularly when the motion presented evidence of fraud on the court under Rule 60(d)(3).

2. Whether the Bankruptcy Court erred in denying Appellant's Motion for Relief as moot, when the procedural restrictions imposed created an impermissible barrier to accessing the court and seeking redress for fundamental due process violations.

3. Whether the Bankruptcy Court's pattern of procedural irregularities—including striking motions without review, imposing frivolous filing restrictions without merit, and denying meaningful hearings—cumulatively demonstrates bias and a denial of fundamental fairness requiring vacatur of the appealed orders.

4. Whether the Bankruptcy Court failed to fulfill its duty to prevent fraud on the court when presented with prima facie evidence of:

   a. Corruption of the §341 record
   b. Fabrication of evidence to support conversion

c. Material misrepresentations by the United States Trustee

d. Debtor's Counsel and Chapter 7 Trustee's refusal to acknowledge or allege known fraud

5. Whether the Bankruptcy Court's actions in striking the Emergency Motion without considering the request for a Temporary Restraining Order constituted an abuse of discretion that will cause irreparable harm through the imminent distribution of estate assets.

6. Whether the appealed orders are final for purposes of appeal under 28 U.S.C. § 158(a)(1), as they conclusively determine Appellant's right to seek vacatur of the conversion order and obtain emergency relief.

Dated: 12-18-2025

Respectfully submitted in good faith,

*/s/ John Michael Cohan*

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103

iustusprocessus@outlook.com

## Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the following documents by the CM/ECF system.