**ORDERED.**

Dated:  December 23, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

GENIE INVESTMENTS NV INC.,                      Case No.: 3:24-bk-00496-BAJ

           Debtor.                                Chapter 7
_____/

## ORDER ON MOTION FOR DISTRICT COURT REVIEW OF BANKRUPTCY COURT DENIAL OF IN FORMA PAUPERIS STATUS

This Case is before the Court on the *Motion for District Court Review of Bankruptcy Court Denial of In Forma Pauperis Status* (Doc. 490) (the "Motion"), filed by John Michael Cohan.  Upon review, the Court is guided by the Amended General Order Establishing Protocols for Processing Bankruptcy Appeals, entered by the United States District Court for the Middle District of Florida, which provides in pertinent part:

> A party in interest aggrieved by the bankruptcy judge's order determining the motion to proceed *in forma pauperis* may file a motion for review by a district judge by filing such motion with the Clerk of the Bankruptcy Court within 14 days of the date of entry of the bankruptcy judge's order. Upon the filing of such a motion for review, the Clerk of the Bankruptcy Court shall transmit to the Clerk of the District

Court a record sufficient to permit the district judge to review the bankruptcy judge's order determining the motion to proceed *in forma pauperis*.

Administrative Order No.: 3-21-mc-1-TJC. para. B2 (the "Administrative Order"). Accordingly, the Court will grant the Motion to the limited extent that the relief sought falls within the guidelines set forth in the Administrative Order. It is,

**ORDERED:**

1. The Motion is granted to the limited extent provided herein.

2. The Clerk for the Middle District of Florida Bankruptcy Court shall transmit for review an appropriate record to the District Court for the Middle District of Florida.[1]

---

[1] On November 25, 2025, in compliance with the Administrative Order, the Court entered a Designation of Items to be Included in the Record on Appeal (Doc. 493) and transmitted such record to the District Court for the Middle District of Florida.