FILED MAIL USBC
JAX, FL JAN6'26

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

## MOTION FOR JUDICIAL NOTICE AND APPLICATION OF FULL FAITH AND CREDIT

### INTRODUCTION

Interested and Protected Party, John Michael Cohan, proceeding pro se, respectfully moves this Court for Judicial Notice and Application of Full Faith and Credit pursuant to Article IV, Section 1 of the United States Constitution and 28 U.S.C. § 1738.

### ARGUMENT

I. The Constitutional and Statutory Mandate

The Full Faith and Credit Clause of the United States Constitution commands that:

"Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State." U.S. Const. art. IV, § 1.

Congress implemented this command through 28 U.S.C. § 1738, which requires all courts—state and federal—to give the same faith and credit to the judicial proceedings of every state that they would receive in the courts of that state.

This mandate removes discretion. Courts are not permitted to ignore, discount, or relitigate the official judicial determinations of a sister state.

II. The Florida Records

The movant possesses official Florida State records constituting public acts and judicial proceedings, including:

1.    Official email correspondence verification from the Florida State Attorney's Office acknowledging the judicially signed warrant finding probable cause for the crime of Violation of a Restraining Order and confirming an active criminal case; and

2.    A Police Report detailing the alleged incident.

These records are attached as Exhibits A and B, respectively.

### III. The Official Finding to Be Recognized

Together, these records constitute a final, official determination by the State of Florida that there exists probable cause to believe the specified crime occurred at a specific time and place— namely, during the 341 meeting of the Protected Party's corporate Florida bankruptcy case.

This motion does not request that this Court determine guilt or adjudicate the criminal charge. It requests only that this Court recognize the existence and legal effect of Florida's official probable-cause finding, as constitutionally required.

### IV. Relevance to This Proceeding

The Florida records pertain directly to this bankruptcy case. They allege that a crime occurred during its 341 meeting, a foundational proceeding required by federal bankruptcy law.

The integrity of that foundational proceeding is now subject to a state criminal probable-cause finding. This fact is central to pending and anticipated matters involving fraud on the court, procedural fairness, and the validity of subsequent orders—including the default judgment—that flowed from a potentially corrupted proceeding.

### PRAYER FOR RELIEF

Protected Party respectfully requests that this Court:

1. Take Judicial Notice of the Florida records;

2. Apply Full Faith and Credit and establish the State of Florida's probable-cause finding as a fact in this bankruptcy case; and

3. Require that all parties and future rulings acknowledge this established fact.

Dated: 01-02-2026

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

### Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the following documents by the CM/ECF system.

# EXHIBIT A

iustusprocessus@outlook.com

**From:**      Asbrand, Justin <JAsbrand@coj.net>
**Sent:**      Wednesday, November 19, 2025 1:44 PM
**To:**        Debitus Processus
**Subject:**   RE: Following Up >> Warrant Status - JSO Report 25-471040

Good afternoon,

I just wanted to let you know that Judge Charbula signed the warrant on 11/10/25 and that it is active right now.

Thanks



**Justin Asbrand**
Assistant State Attorney
State Attorney's Office, 4th Circuit
311 W. Monroe St. – Jacksonville, FL 32202
O: (904) 255-2782
PURSUE JUSTICE ALWAYS



**From:** Debitus Processus <iustusprocessus@outlook.com>
**Sent:** Monday, November 17, 2025 12:08 PM
**To:** Asbrand, Justin <JAsbrand@coj.net>
**Subject:** RE: Following Up >> Warrant Status - JSO Report 25-471040

**EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Mr. Asbrand,

Understood. I will await your confirmation regarding the system. Also, if it's any help to law enforcement, the last known jurisdiction she was in is Philadelphia, Pennsylvania. (See attached)

Thank you.

John Michael Cohan

**From:** Asbrand, Justin <JAsbrand@coj.net>
**Sent:** Monday, November 17, 2025 11:31 AM
**To:** Debitus Processus <iustusprocessus@outlook.com>
**Subject:** RE: Following Up >> Warrant Status - JSO Report 25-471040

Good morning,

1

The technical problem is still ongoing; I will get you the info as soon as I can access it. They are telling us the system should be back sometime today. There will not be an assigned attorney or case number until she is arrested. The warrant is only in Florida, so she would not be arrested for it unless she is in the state of Florida

Thanks,



**Justin Asbrand**
Assistant State Attorney
**State Attorney's Office, 4th Circuit**
311 W. Monroe St. – Jacksonville, FL 32202
O: (904) 255-2782
**PURSUE JUSTICE ALWAYS**



**From:** Debitus Processus <iustusprocessus@outlook.com>
**Sent:** Monday, November 17, 2025 8:53 AM
**To:** Asbrand, Justin <JAsbrand@coj.net>
**Subject:** Re: Following Up >> Warrant Status – JSO Report 25-471040

**EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Mr. Asbrand,

Thank you for your email on Friday.

I am following up as I have not yet received the confirmation of the signed warrant. Please confirm if the technical issue has been resolved and provide an estimated timeframe for when I can expect to receive the official confirmation/documentation of the signed warrant.

For my records and for the related federal court proceedings, could you please also provide the name of the assigned Supervising State Attorney for this case and the official court case number associated with the warrant?

I appreciate your assistance in this urgent matter.

Sincerely,

John Michael Cohan

**From:** Asbrand, Justin <JAsbrand@coj.net>
**Sent:** Friday, November 14, 2025 1:59 PM
**To:** Debitus Processus <iustusprocessus@outlook.com>
**Subject:** RE: Following Up >> Warrant Status – JSO Report 25-471040

2

Hello,

Our warrant system is down right now so I cannot check. However, I'm pretty sure I remember seeing the warrant was signed. I will update you once the system is back up.

Thanks,



**Justin Asbrand**
Assistant State Attorney
**State Attorney's Office, 4th Circuit**
311 W. Monroe St. – Jacksonville, FL 32202
O: (904) 255-2782
**Pursue Justice Always**



---

**From:** Debitus Processus <iustusprocessus@outlook.com>
**Sent:** Friday, November 14, 2025 1:03 PM
**To:** Asbrand, Justin <JAsbrand@coj.net>
**Subject:** Following Up >> Warrant Status - JSO Report 25-471040

**EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Mr. Asbrand,

I am following up on our conversation from November 7, 2025 regarding the restraining order violation.

Could you please confirm if the judge has signed the warrant yet?
Also, what is the judge's name that is presiding over the matter?

Thank you for your assistance and time.

John Michael Cohan

# EXHIBIT B



| **Jacksonville Sheriff's Office**<br>**Incident (Offense)**<br>**2025-0471040** | **Sheriff T.K. Waters** |
|---|---|

## Route To
*Groups:*
*People:*

---

## Incident Information

**Incident Location**

**1425 CHAFFEE RD S**
**JACKSONVILLE, FL 32221**
*Sub-sector:* **T2**   *TAZ:* **544**
*Location Type:* **ONLINE**
*Primary Weapon Used:* **THREAT / INTIMIDATION**
*School Name:*

*Day/Date/Time Reported:* **Saturday, 08/16/2025 09:19**
*Day/Date/Time Incident From:* **Friday, 08/15/2025 17:28** *To:* **Friday, 08/15/2025 17:28**
*Is this a Corrections Information Report?:* **NO**

*School Number:*

*Incident Occurred:* **Outside Location**   *Incident Occurred In the Parking Lot at this Location?:* **NO**

**Miscellaneous**
*Drug Activity:* **NOT APPLICABLE**       *Drug Type:* **NOT APPLICABLE**                    # of Offenses: 1
                                                                                              # of Victims: 1
*MCI Case:* **YES**              *Follow-up By:* **Patrol**                                    # of Suspects: 1
*Was Hate Crime Involved?:* **NO**   *Dating Violence Involved?:* **NO**   *Is Offense(s) Related to Domestic Violence?:* **NO**
*If not Domestic Violence, Is it Domestic Related?:* **NO**   *Any Children under 18 Involved as a Victim?:* **NO**

**NIBIN Leads**

**Associated CCR Numbers**

---

## Offense(s)

**#1**   *Statute #:* **741.31(4)(A)**           *Degree:* **M1**   *UCR Code:* **9000**   *Attempt Code:* **Committed**
**VIOLATION OF INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE**
*Criminal Activity Type:*

---

## Victim #1 - COHAN, JOHN MICHAEL

*Did victim invoke right to prevent the disclosure of personal info (Marsy's Law)?:* **NO**

**Demographics**
*Race:* **WHITE**           *Sex:* **MALE**          *Date of Birth:* **07/05/1989**
*Ethnicity:* **NOT OF HISPANIC ORIGIN**
*Primary Language:* **English**   *Secondary Language:* **NOT APPLICABLE**
*Age:* **36**              *Height (inches):* **5'10"**                    *Weight (lbs):* **170**
*Hair Style:* **NAPPY / UNKEMPT**   *Hair Color:* **BROWN**               *Hair Length:* **LONG**
*Build:* **THIN**            *Eye Color:* **BLUE**                         *Facial Hair:* **BEARD**
*Complexion:* **PALE**   *Voice:* **NORMAL**
*Clothing/Description:*

**Contact Information**
*Home Phone #:*                *Bus. Phone #:*                *Ext.:*                *Alt. Phone #:*
*Cell Phone #:* **(516) 547-2810**   *Cell Phone Provider:*
*Email Address:*

**Primary Identification**
*Type of ID Given:* **DRIVERS LICENSE**           *ID:* **C500‑▮▮▮▮**           *Issuing State:* **FLORIDA**
**Home Address**                        **Mailing Address**              **Alternate Address**
▮▮▮▮▮▮▮▮▮▮▮▮
**JACKSONVILLE, FL** ▮▮▮▮
*Sub-sector:* **T4**   *TAZ:* **456**

**Employment/School**
*Employer:* **UK**                      *Occupation:* **UK**
*School Last Attended:*

**Alternate Contact Information**
*Home Phone #:*                *Bus. Phone #:*                *Ext.:*
*Cell Phone #:*                *Cell Phone Provider:*
*Email Address:*

**Other Information**
*Residence Type:* **CITY**       *Residence Status:* **RESIDENT**

---

## Incident (Offense)   2025-0471040 (Continued)

Drugs Involved?: **NO**      Alcohol Involved?: **NO**      Computer Involved?: **NO**   Mode of Travel: **FOOT**
Victim Type: **ADULT**   Injury Extent: **NONE**   Injury Type: **NOT APPLICABLE**
Hospital Victim Taken To: **NOT APPLICABLE**   Sexual Battery Type:

**Life Saving Measures**
Used?: **NO**      Type:                     Narcan Administered By:                     Narcan Outcome:

**Weapon(s) Involved**
   Weapon(s): **THREAT / INTIMIDATION**
**Victim Relationship to Offender(s):**
   Relationship: **CHILD IN COMMON**   To:  Suspect (01) - FREEDOM, PEACE M
**Related Offenses**
   <unset>

---

### Suspect #1 - FREEDOM, PEACE M
**Demographics**
   Race: **BLACK**            Sex: **FEMALE**        Date of Birth: **01/15/1993**
   Ethnicity: **UNKNOWN**
   Primary Language: **English**   Secondary Language: **NOT APPLICABLE**
   Age: **32**                    Height (inches): **5'05" to 5'06"**      `Weight (lbs): **130 to 140**
   Hair Style:                    Hair Color: **BLACK**                    Hair Length:
   Build:                         Eye Color: **BROWN**                     Facial Hair:
   Complexion: **DARK**   Voice: **UNKNOWN**
   Clothing/Description:  **UK**
   Place of Birth:  **UNKNOWN, UNKNOWN**
   Nicknames:
   Aliases:  **PEACE EKUTA**

**Distinguishing Marks (Scars, Marks, and Tattoos)**

**Contact Information**
   Home Phone #:              Bus. Phone #:                 Ext.:              Alt. Phone #:
   Cell Phone #:   **UK**       Cell Phone Provider:
   Email Address:
**Primary Identification**
   Type of ID Given: **DRIVERS LICENSE**            ID:  **204_____**           Issuing State:  **DELAWARE**
   **Home Address**                  **Mailing Address**                  **Alternate Address**

**Employment/School**
   Employer:     **UK**                       Occupation:  **UK**
   School Last Attended:
**CEW (Conducted Electric Weapon)**
   ECD Usage:
   RTR Written Related to This Incident?:  **NO**       RTR Incident Year:             RTR Incident #:
**Other Information**
   Drugs Involved?: **UNKNOWN**   Alcohol Involved?: **UNKNOWN**   Computer Involved?: **UNKNOWN**
   Mode of Travel:  **UNKNOWN**   Juvenile?: **UNKNOWN**   Confessed?: **NO**
   Arrested?: **At Large**   Were Miranda Rights Given?: **NO**   Jail # Type: **NA**   Jail Booking #:
**Related Offenses**
   <unset>
**Life Saving Measures**
   Used?: **NO**       Type:                     Narcan Administered By:             Narcan Outcome:

---

### Property #1 - Documents/ Personal or Business
   Quantity: **1**        Status: **NONE**
   Turned in at:  **NOT APPLICABLE**
   Manufacturer:                                    Model:
   Serial Number:                                   Color:
   Description:  **Copies of screenshots, injunction, and miscellaneous documents**
   Related Charge:  **#01: 741.31(4)(A) - VIOLATION OF INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE**
   Value Stolen or Damaged:              Value Recovered:              Victim/Complaint Signed Signature Card:  **N/A**
   Was Property Recovered From Vehicle?: **NO**   Vehicle Property Recovered From:
**Property Owner:**

**JACKSONVILLE SHERIFF'S OFFICE**
   Bus. Contact Name:  **P.T. BURKE ( #81350 )**   Bus. Contact Phone #:  **(904) 630-0500**   Ext.:

---

## Incident (Offense)    2025-0471040 (Continued)

**Received From:**
Victim (01) - COHAN, JOHN MICHAEL

*Additional Information*

On 08/16/2025 at 0954, I responded to the Chaffee Public Library (1425 Chaffee Rd S) in reference to written threats to kill (CCR #25-471040) and a violation of injunction (this CCR). Upon arrival, I made contact with the victim, Mr. Cohan.

Note: Cohan and the suspect (Peace Freedom) were in an intimate relationship for 10 years and share a child ( ▓▓▓▓▓ ) together. Cohan has a foreign (New Jersey) injunction (#FV-04-002494-22), which has been entered into Florida (#16-2025-AO-156901-FXXX-MA).

Cohan advised that on 04/09/2024 and 04/17/2024, Freedom telephonically (voice only) called in to his company's Federal Bankruptcy 341 hearing, knowing the injunction has been active since 03/03/2022. Cohan stated Freedom was not invited to the hearing, nor was she a part of the company. However, the hearing details were publicly available and the Federal Trustee (Mr. Bonkamp) allowed Freedom to remain in the hearing and to speak during the hearing and ask questions. According to Cohan, Bonkamp was notified of the active injunction and still allowed Freedom to remain. Cohan stated Freedom never identified herself by her real name and he did not see her, but due to their long shared history he recognized her voice immediately.

When speaking to Sgt. P. Yarber #5134, Cohan advised during the bankruptcy hearings Freedom spoke directly to him.

Cohan also provided a typed "Affidavit to Witness Statement" from a Mr. Hughes, who corroborates his account of the violation of injunction during the bankruptcy hearings.

Cohan further advised that between 05/2025-06/29/2025, Freedom "poked" him on Pi KSY cryptocurrency app, which sends him notifications to "keep mining" for cryptocurrency. The app allows users in the same crypto mining circle to send fellow miners reminders to continue mining, but no actual talking/ typing occurs. Cohan advised he was unable to remove Freedom from his group and he did not leave the group because he would lose all of his money/ crypto if he did.

It should be noted, Freedom's current location and contact information is unknown. Freedom's last police contact was in 2024 in Virginia, and her most recent driver's license is out of Delaware.

Because Cohan can reasonably identify Freedom's voice due to their history, Probable Cause exists to seek an arrest warrant for Freedom for violating the injunction.

The copies of the provided documents (property 1) were placed in the property room.

Case not cleared. Pending SAO disposition.

*Additional Question(s)*

**Body Worn Camera Footage**

| | | |
|---|---|---|
| 01 | *Is there Body Worn Camera (BWC) footage for incident?* | YES |

**Risk Protection Order**

| | | |
|---|---|---|
| 01 | *Subject poses a significant danger of causing personal injury to himself/herself or others:* | NO |
| 02 | *Subject owns, has care, custody or control of, or has the ability to purchase, possess, or receive firearm(s) and/or ammunition:* | |
| 03 | *Subject was involved in a recent act or threat of violence against himself/herself or others, whether or not such violence involved a firearm:* | |
| 04 | *Subject has made a threat of violence in the past 12 months against himself/herself or others:* | |
| 05 | *Subject is seriously mentally ill or has recurring mental health issues:* | |
| 06 | *Subject was a respondent of, or violated, a previous/existing injunction related to domestic, dating, sexual, or repeat violence and/or stalking:* | |
| 07 | *The subject has previously been issued an RPO:* | |
| 08 | *Subject has previously violated the provisions of an RPO:* | |
| 09 | *Subject has been convicted of, had adjudication withheld on, or pled nolo contendere to, a crime constituting domestic violence in any state:* | |
| 10 | *Subject has used, or threatened to use, against himself/herself or others, any weapons or physical force:* | |
| 11 | *Subject has unlawfully or recklessly used, displayed, or brandished a firearm:* | |
| 12 | *Subject has stalked another person:* | |
| 13 | *Subject has been arrested for, convicted of, had adjudication withheld, or pled nolo contendere to a crime or threat of violence in any other state:* | |
| 14 | *Is evidence to demonstrate the abuse of controlled substances or alcohol by the subject:* | |
| 15 | *Is evidence to demonstrate the subject has recently acquired firearm(s) or ammunition:* | |
| 16 | *Is there any other relevant information provided by a family/household member concerning the subject. (If yes, place information into the narrative):* | |

**Investigative Resource Use**

---

## Incident (Offense)   2025-0471040 (Continued)

| | | |
|---|---|---|
| 1 | Use of LPR assisted in investigation?: | |
| 2 | Use of NIBN assisted in investigation?: | NO |
| 3 | Use of RTCC assisted in investigation?: | NO |
| | | NO |

### Misc Information

Clearance Status:  **CASE NOT CLEARED**       Clearance Code:  **NOT APPLICABLE**   Date Case Was Cleared:
Case Not Cleared Type:  **PENDING STATE ATTORNEY'S OFFICE DISP?**
Is there additional information included on a continuation report?:  **NO**                          Number of Cases Cleared:
Did this incident qualify as a "Cargo Theft"?:        Are there other Pertinent Reports?:  **NO**
Is this a "TeleServ" report?:  **NO**           Was victim provided options to obtain rights card?:
Option provided to victim?:
In your opinion is there significant reason to believe that the crime can be solved by a patrol follow-up investigation?:
Neighborhood Canvass Conducted?:
**Case Card Information Left with:  Person**
    Victim (01) – COHAN, JOHN MICHAEL
**Handouts**
  #1:  **Case Information Card**
**Bias Motivation(s)**

### Investigation Time #1
Hour(s):  **03**         Minute(s):  **00**        Cost Amount:  **$144.72**

### Signature
**Signature(s)**
Reporting Officer #1:   **P.T. BURKE ( #81350 )**      Division:  **PATROL**        Section/Unit:  **ZONE 5**
Reporting Officer #2:   **N/A**                Division:                 Section/Unit:
Report submitted on:    **08/16/2025 11:59**
Report Reviewer:     **P.G. YARBER II ( #5134 )**    Status:  **Approved**
Report approved on:    **08/16/2025 17:11**



John Michael Cohen -General Delivery
5455 Venn Blvd
Jacksonville, Florida 32234

US Bankruptcy Court
300 N Hogan Street Rm 3-150
Jacksonville Florida 32202