**ORDERED.**

Dated: January 08, 2026

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                                    Case No.: 3:24-bk-00496-BAJ

   Debtor.                                                                        Chapter 7
_____/

**ORDER STRIKING MOTION TO DISQUALIFY
AND RECUSE CHAPTER 7 TRUSTEE, COUNSEL FOR THE
CHAPTER 7 TRUSTEE, THE UNITED STATES TRUSTEE,
AND DEBTOR'S COUNSEL AS MATERIAL WITNESSES**

This Case is before the Court on the *Motion to Disqualify and Recuse Chapter 7 Trustee, Counsel for the Chapter 7 Trustee, the United States Trustee, and Debtor's Counsel as Material Witnesses* (the "Motion") (Doc. 508), filed by John Michael Cohan (the "Movant"). On March 27, 2025, the Court entered an Order to Show Cause that restricted the right of the Movant to file pro se pleadings in the Case. (Main Case, Doc. 347). On June 24, 2025, the show cause hearing was held and continued until further order of the Court. (Main Case, Doc. 378). The Order to Show Cause remains in full force and effect. Accordingly, the Court will strike the Motion. It is,

   **ORDERED:**

   The Motion is **STRICKEN**.