**ORDERED.**

Dated: January 08, 2026

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

    Debtor.                                                            Chapter 7

_____/

**ORDER STRIKING MOTION FOR REMOVAL OF CHAPTER 7 TRUSTEE**
**AND DISQUALIFICATION OF HIS COUNSEL, FOR CAUSE**

This Case is before the Court on the *Motion for Removal of the Chapter 7 Trustee and Disqualification of his Counsel, for Cause* (the "Motion") (Doc. 509), filed by John Michael Cohan (the "Movant"). On March 27, 2025, the Court entered an Order to Show Cause that restricted the right of the Movant to file pro se pleadings in the Case. (Main Case, Doc. 347). On June 24, 2025, the show cause hearing was held and continued until further order of the Court. (Main Case, Doc. 378). The Order to Show Cause remains in full force and effect. Accordingly, the Court will strike the Motion. It is,

    **ORDERED:**

The Motion is **STRICKEN**.