B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of Florida

In re  Genie Investments NV                          ,          Case No.   3:24-bk-00496-BAJ

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Wallingford Lodging Partners, LLC (50% Transferee)* | McMann Commercial Lending LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Foley & Lardner LLP c/o Benjamin J. Morris
11988 El Camino Real, Suite 400
San Diego, CA 92130

Court Claim # (if known): ___64-2___
Amount of Claim: ___$1,986,155.74*___
Date Claim Filed: ___02/03/2026___

Phone:  (858) 847-6750
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

*Fifty percent (50%) of total claim amount transferred to Transferee per Assignment and Cooperation Agreement.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: 02/24/2026 _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.