ORDERED.

**Dated:  February 27, 2026**

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

            Debtor.                                        Chapter 7

_____/

**ORDER ABATING MOTION FOR LEAVE TO**
**PROCEED ON APPEAL IN FORMA PAUPERIS**

This Case is before the Court on the *Motion for Leave to Proceed on Appeal In Forma Pauperis* (the "Motion") (Doc. 557), filed by John Michael Cohan.  Upon review, and pursuant to Fed. R. of Bankr. Proc. 8007(e)(1), (2),[1] the Court will abate the Motion pending the decision in the District Court for the Middle District of Florida, Case No.: 3:25-cv-01398-JEP (the "Appeal"),

---

[1] Rule 8007 is titled, "Stay Pending Appeal; Bond; Suspending Proceedings," and provides in pertinent part: (e) Continuing Proceedings in the Bankruptcy Court. Despite Rule 7062- but subject to the authority of the district court, BAP, or court of appeals – while the appeal is pending, the bankruptcy court may: (1) suspend or order the continuation of other proceedings in the case, or (2) issue any appropriate order to protect the rights of all parties in interest. Fed. R. Bankr. P. 8007(e)(1), (2).

in which Mr. Cohan has requested a review of this Court's Order Denying Motion for Leave to Appeal In Forma Pauperis (Doc. 526). Accordingly, it is

**ORDERED:**

1. The Motion is abated pending the decision of the Appeal by the District Court.

2. All related deadlines regarding this Motion are stayed until further order of the Court.