UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                              CASE NO.: 3:24-bk-00496-BAJ
                                                    Chapter 7
GENIE INVESTMENTS NV INC.,

                Debtors.

_____

TRUSTEE'S REPORT OF FUNDS RECEIVED

The Chapter 7 trustee, Aaron R. Cohen, files this report and states:

1.      The estate has received $30,000.00 from Caleb Davis in settlement of claims related to the Transfers.[1]

2.      Notice of this settlement [Doc. No. 427] and opportunity for a hearing was given to all creditors and parties in interest on September 16, 2025.

DATED: April 1, 2026.

                                    /s/ Aaron R. Cohen

                                    _____

                                    Aaron R. Cohen
                                    PO Box 4218
                                    Jacksonville, FL 32201
                                    aaron@arcohenlaw.com
                                    (904) 389-7277
                                    Florida Bar No. 558230
                                    Chapter 7 Trustee

cc: Office of US Trustee

_____

[1] Terms are defined in the Trustee's Motion to Compromise Claims with Cald Holdings LLC and Caleb Davis, D.E. 427.