UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Case No.: 3:24-bk-00496-BAJ

GENIE INVESTMENTS NV INC.,

Chapter 7

Debtor.

_____/

## JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM 5-3 OF CHARLES BLAKE STRINGER/NUTRA-ACRES, LLC

Aaron R. Cohen, Chapter 7 Trustee, ("the Trustee") and Charles Blake Stringer/Nutra-Acres, LLC ("Stringer"), by and through their respective undersigned counsel, hereby stipulate to an enlargement of time to **May 2, 2026** for Stringer to file a response to Objection to Claim 5-3.

*/s/ Scott W. Spradley*
SCOTT W. SPRADLEY
Florida Bar No. 782467
Law Offices of Scott W. Spradley, P.A.
301 S. Central Avenue
P.O. Box 1
Flagler Beach, FL 32136
Tel: 386/693-4935
Fax: 386/693-4937
scott@flaglerbeachlaw.com
Attorneys for Creditors Charles Blake Stringer
and Nutra-Acres LLC

*/s/ Raye C. Elliott*
Ray C. Elliott, Esq.
Florida Bar Number: 018732
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Phone: (813) 223-7333
Fax: (813) 223-2837

*Attorneys for Aaron R. Cohen, Chapter 7 Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic means this 2nd day of April, 2026 to all parties in interest.


*/s/ Scott W. Spradley*
SCOTT W. SPRADLEY