**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



| | | | |
|---|---|---|---|
| **Case No.:** | 24-00496 | **Trustee Name:** | Aaron R. Cohen |
| **Case Name:** | GENIE INVESTMENTS NV INC. | **Date Filed (f) or Converted (c):** | 08/12/2024 (c) |
| **For the Period Ending:** | 03/31/2026 | **§341(a) Meeting Date:** | 09/12/2024 |
| | | **Claims Bar Date:** | 12/12/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | MORGAN STANLEY MMA | $2,516.80 | $0.00 | | $0.00 | FA |
| 2 | BOLD CITY PRE PAYMENT UNTIL 6/24 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE | $84,624,144.00 | $0.00 | | $0.00 | FA |
| 4 | OFFICE FURNITURE | $250.00 | $0.00 | | $0.00 | FA |
| 5 | VELANOS AND RELATED ENTITIES CLAIMS - FRAUD / THEFT | Unknown | $20,000,000.00 | | $1,522,159.60 | $18,477,840.40 |
| **Asset Notes:** | 25-ap-7 | | | | | |
| 6 | WARREN LAW GROUP LEGAL MALPRACTICE CLAIM | Unknown | $435,000.00 | | $0.00 | $435,000.00 |
| 7 | CLAIM FOR FRAUDULENT TRANSFERS TO ZOOMERAL INC. **(u)** | Unknown | $1,771,555.74 | | $0.00 | $1,771,555.74 |
| **Asset Notes:** | 25-ap-11, JMT FOR PRINCIPAL SUM OF $1,771,555.74, D.E. 42;<br>A Proof of Claim was filed in David Hughes's Chapter 7 case in IL for the judgment amount | | | | | |
| 8 | CLAIM FOR FRAUDULENT TRANSFERS TO CAPITULUM LLC **(u)** | Unknown | $517,109.87 | | $0.00 | $517,109.87 |
| **Asset Notes:** | 25-ap-11, JMT FOR PRINCIPAL SUM OF $517,109.87, D.E. 42 | | | | | |
| 9 | CLAIM FOR FRAUDULENT TRANSFERS TO CALD HOLDINGS LLC **(u)** | Unknown | $30,000.00 | | $30,000.00 | FA |
| **Asset Notes:** | 25-ap-11, SETTLED PER ORDER APPROVING COMPROMISE, D.E. 511 | | | | | |
| 10 | CLAIM FOR FRAUDULENT TRANSFERS TO GENIE INVESTMENTS II LLC **(u)** | Unknown | $1,769,706.44 | | $0.00 | $1,769,706.44 |
| **Asset Notes:** | 25-ap-11, JMT FOR PRINCIPAL SUMS OF $1,244,606.44, $516,550.00, AND $8,550.00, D.E. 42 | | | | | |
| 11 | CLAIM FOR FRAUDULENT TRANSFERS TO BETTER METHODS LLC **(u)** | Unknown | $130,000.00 | | $0.00 | $130,000.00 |
| **Asset Notes:** | 25-ap-11, JMT FOR PRINCIPAL SUM OF $130,000, D.E. 42 | | | | | |
| 12 | CLAIM FOR FRAUDULENT TRANSFERS TO GENIES ANGELS LLC **(u)** | Unknown | $25,000.00 | | $0.00 | $25,000.00 |
| **Asset Notes:** | 25-ap-11, JMT FOR PRINCIPAL SUM OF $25,000, D.E. 42 | | | | | |
| 13 | CLAIM AGAINST CHALANCO FUNDING LLC **(u)** | Unknown | $7,900.00 | | $7,900.00 | FA |
| 14 | CLAIM AGAINST WASATCH HOME BUYERS INC. **(u)** | Unknown | $3,000.00 | | $0.00 | $3,000.00 |
| **Asset Notes:** | 26-ap-21<br>Defendant defaulted; Estate seeking judgment for $149,900 | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



| | | | |
|---|---|---|---|
| **Case No.:** | 24-00496 | **Trustee Name:** | Aaron R. Cohen |
| **Case Name:** | GENIE INVESTMENTS NV INC. | **Date Filed (f) or Converted (c):** | 08/12/2024 (c) |
| **For the Period Ending:** | 03/31/2026 | **§341(a) Meeting Date:** | 09/12/2024 |
| | | **Claims Bar Date:** | 12/12/2024 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 15 | CLAIM AGAINST CMZ INVESTMENTS LLC | (u) | Unknown | $13,368.95 | | $0.00 | $13,368.95 |
| **Asset Notes:** | 26-ap-23<br>Defendant has agreed to pay 75% of amount transferred, which is $13,368.75, currently negotiating terms | | | | | | |
| 16 | CLAIM AGAINST FESTIVALPASS LLC, FESTIVALPASS DE, LLC | (u) | Unknown | $2,000.00 | | $0.00 | $2,000.00 |
| **Asset Notes:** | 26-ap-244<br>Defendant defaulted; Estate seeking judgment for $59,900 | | | | | | |
| 17 | CLAIM AGAINST ZNOC ENTERPRISES LLC | (u) | Unknown | $92,681.25 | | $0.00 | $92,681.25 |
| **Asset Notes:** | 26-ap-22<br>Defendant has agreed to pay 75% of amount transferred, which is $92,681.25, currently negotiating terms | | | | | | |
| 18 | CLAIM AGAINST TCF ASSOCIATES LLC | (u) | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| **Asset Notes:** | 26-ap-31<br>Defendant defaulted; Estate seeking judgment for $14,825 | | | | | | |
| 19 | CLAIM AGAINST PROGRATA GROUP LLC | (u) | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| **Asset Notes:** | 26-ap-28<br>Defendant defaulted; Estate seeking judgment for $20,575 | | | | | | |
| 20 | CLAIM AGAINST JMP GROUP LLC | (u) | Unknown | $2,000.00 | | $0.00 | $2,000.00 |
| **Asset Notes:** | 26-ap-30<br>Defendant defaulted; Estate seeking judgment for $433,725; principal of defendant filed Chapter 7 bankruptcy and claims that company never had any assets and is now dissolved; Trustee will attempt to sell judgment | | | | | | |
| 21 | CLAIM AGAIST RED BALOON CAPITAL LLC | (u) | Unknown | $43,725.00 | | $0.00 | $43,725.00 |
| **Asset Notes:** | 26-ap-27<br>Defendant defaulted; attorney for Defendant has communicated that Defendant will pay $43,725, which is the amount the Estate sought; Estate preparing settlement agreement and 9019 motion | | | | | | |
| 22 | CLAIM AGAINST WALTER GREEN | (u) | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| **Asset Notes:** | 26-ap-32<br>Defendant defaulted; Estate seeking judgment for $35,900 | | | | | | |
| 23 | CLAIM AGAINST 527 TEN ROD ROAD LLC | (u) | Unknown | $5,000.00 | | $0.00 | $5,000.00 |
| **Asset Notes:** | MAC, D.E. 572 | | | | | | |
| 24 | CLAIM AGAINST SCHEIN REALTY LLC AND MICHAEL SCHEIN | (u) | Unknown | $5,000.00 | | $0.00 | $5,000.00 |
| **Asset Notes:** | MAC, D.E. 527 | | | | | | |
| 25 | CLAIM AGAINST ATLAS GLOBAL ENTERPRISE LLC | (u) | Unknown | $10,000.00 | | $0.00 | $10,000.00 |

FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case No.:** 24-00496
**Case Name:** GENIE INVESTMENTS NV INC.
**For the Period Ending:** 03/31/2026

**Trustee Name:** Aaron R. Cohen
**Date Filed (f) or Converted (c):** 08/12/2024 (c)
**§341(a) Meeting Date:** 09/12/2024
**Claims Bar Date:** 12/12/2024

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 26 | CLAIM AGAINST BJP INVESTMENTS LLC | (u) | Unknown | $500.00 | | $0.00 | $500.00 |
| 27 | CLAIM AGAINST CASUAL SKILLETT LLC | (u) | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 28 | CLAIM AGAINST DEGEN LLC | (u) | Unknown | $500.00 | | $0.00 | $500.00 |
| 29 | CLAIM AGAINST DJT BUSINESS BROKERS LLC | (u) | Unknown | $0.00 | | $0.00 | $0.00 |
| 30 | CLAIM AGAINST EAS INVEST GROUP LLC | (u) | Unknown | $500.00 | | $0.00 | $500.00 |
| 31 | CLAIM AGAINST GLOBAL WEB3 VENTURES LLC | (u) | Unknown | $700.00 | | $0.00 | $700.00 |
| 32 | CLAIM AGAINST GOBI GROUP LLC | (u) | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 33 | CLAIM AGAINST GREEN LIGHT GO PROPERTY SOLUTIONS LLC | (u) | Unknown | $500.00 | | $0.00 | $500.00 |
| 34 | CLAIM AGAINST GRINDSTONE INC. | (u) | Unknown | $0.00 | | $0.00 | $0.00 |
| 35 | CLAIM AGAINST HACHI CAPITAL LLC | (u) | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 36 | CLAIM AGAINST HELU US HOLDINGS INC | (u) | Unknown | $4,000.00 | | $0.00 | $4,000.00 |
| 37 | CLAIM AGAINST ITYS LLC | (u) | Unknown | $700.00 | | $0.00 | $700.00 |
| 38 | CLAIM AGAINST JJHK ENTERPRISE INC. | (u) | Unknown | $500.00 | | $0.00 | $500.00 |
| 39 | CLAIM AGAINST JUST HEWITT LLC | (u) | Unknown | $0.00 | | $0.00 | $0.00 |
| 40 | CLAIM AGAINST LANEAXIS INC. | (u) | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 41 | CLAIM AGAINST LARAE FARMS LLC | (u) | Unknown | $0.00 | | $0.00 | $0.00 |
| 42 | CLAIM AGAINST NEWVENTURES 1 LTD | (u) | Unknown | $0.00 | | $0.00 | $0.00 |
| 43 | CLAIM AGAINST PLATINUM INVESTMENTS USA LLC | (u) | Unknown | $0.00 | | $0.00 | $0.00 |
| 44 | CLAIM AGAINST SUMERIAN LLC | (u) | Unknown | $15,000.00 | | $0.00 | $15,000.00 |
| 45 | CLAIM AGAINST TRIZON SOLUTIONS INC. | (u) | Unknown | $700.00 | | $0.00 | $700.00 |
| 46 | CLAIM AGAINST WALKER GLOBAL ENTERPRISES LLC | (u) | Unknown | $500.00 | | $0.00 | $500.00 |
| 47 | CLAIM AGAINST WEST PALM HOLDINGS INC | (u) | Unknown | $500.00 | | $0.00 | $500.00 |
| INT | Interest Earned | (u) | Unknown | Unknown | | $21,629.45 | Unknown |

| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Asset** |
|---|---|---|---|---|
| | **$84,626,910.80** | **$24,894,647.25** | **$1,581,689.05** | **$23,334,587.65** |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES



| | | | |
|---|---|---|---|
| **Case No.:** | 24-00496 | **Trustee Name:** | Aaron R. Cohen |
| **Case Name:** | GENIE INVESTMENTS NV INC. | **Date Filed (f) or Converted (c):** | 08/12/2024 (c) |
| **For the Period Ending:** | 03/31/2026 | **§341(a) Meeting Date:** | 09/12/2024 |
| | | **Claims Bar Date:** | 12/12/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

04/02/2026 MOTION TO COMPROMISE CLAIMS WITH (I) 527 TEN ROD ROAD, LLC, SCHEIN REALTY LLC, MICHEL SCHEIN AND BRENDA SCHEIN AND (2) CHALANCO FUNDING LLC, D.E. 572 - TEN ROD WILL PAY $5,000.00 WITHIN 10 DAYS OF ORDER APPROVING COMPROMISE, SHEIN WILL PAY $5,000.00 WITHIN 10 DAYS OF ORDER APPROVING COMPROMISE, CHALANCO WILL PAY $7,900.00 (CHALANCO FUNDS RECEIVED)

02/27/2026 OBJECTION TO CLAIM 4-2, D.E. 560; HEARING SET FOR 5/19

OBJECTION TO CLAIM 5-3, D.E. 561; JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO OBJECTION, D.E. 571

10/09/2025 MOTION TO APPROVE COMPROMISE OF CONTROVERSY OR SETTLEMENT AGREEMENT BETWEEN TRUSTEE AND THE WARREN LAW GROUP, PLLC AND SCOTT OH, D.E. 435

ORDER APPROVING COMPROMISE, D.E. 471

09/16/2025 MOTION TO COMPROMISE CLAIMS WITH CALD HOLDINGS LLC AND CALEB DAVIS, D.E. 427 - CALEB DAVIS WILL PAY THE SUM OF $30,000 WITHIN 10 DAYS OF ORDER APPROVING COMPROMISE, CALD HOLDINGS LLC WILL STIPULATE TO A JMT IN THE AP FOR THE FULL AMOUNT OF THE TRANSFERS

ORDER GRANTING MOTION TO COMPROMISE CLAIMS WITH CALD HOLDINGS AND CALEB DAVIS, D.E. 511

REPORT OF FUNDS RECEIVED, D.E. 570

03/04/2025 1/2 DAY TRIAL SCHEDULED FOR 6/24

02/07/2025 COMPLAINT FILED AGAINST ZOOMERAL INC, CAPITULUM LLC, CALD HOLDINGS LLC, GENIE INVESTMENTS II LLC, BETER METHODS LLC, GENIES ANGELS LLC FOR RECOVERY OF FRAUDULENT TRANSFERS, 25-ap-11

5/2/25 FINAL JUDGMENT ENTERED, D.E. 42, AGAINST ZOOMERAL INC., CAPITULUM INC, GENIE INVESTMENTS II LLC, BETTER METHODS LLC, GENIE'S ANGELS LLC

01/13/2025 COMPLAINT FILED AGAINST VELANOS PRINCIPAL CAPITAL INC., 25-ap-00007, TO CONFIRM ARBITRATION SETTLEMENT

2/19/25 DEFAULT ENTERED AGAINST VELANOS PRINCIPAL CAPITAL INC.

3/4/25 ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

3/5/25 JUDGMENT IN FAVOR OF TRUSTEE IN THE PRINCIPAL AMOUNT OF $20,000,000, PLUS 9% INTEREST

Estate domesticated Judgment in California where J. Wearmouth lives and scheduled a judgment debtor examination of J. Wearmouth before the District Court Magistrate Judge; however, the Jmt Debtor Examination Order has to be personally served on the deponent and Estate has been unable to locate him to serve him. The Estate's process server has tried multiple addresses but was unable to serve him, and the Estate hired a private investigator to do some due diligence but has been unable to locate a good address for him

| | | |
|---|---|---|
| **SUBTOTALS** | $0.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| **Case No.:** | 24-00496 | **Trustee Name:** | Aaron R. Cohen |
| **Case Name:** | GENIE INVESTMENTS NV INC. | **Date Filed (f) or Converted (c):** | 08/12/2024 (c) |
| **For the Period Ending:** | 03/31/2026 | **§341(a) Meeting Date:** | 09/12/2024 |
| | | **Claims Bar Date:** | 12/12/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

10/17/2024 NOTICE OF FILING AMENDMENT TO SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS - SUBSTITUTING ESTATE FOR GENIE INVESTMENTS NV, D.E. 249

(SALIENT TERMS OF DOC. NO. 107 - MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN GENIE INVESTIMENTS NV, INC AND VELANOS PRINCIPAL CAPITAL DATED 5/23/24 - VELANOS WILL PAY THE SUM OF $15,000,000. PAYMENTS WERE TO HAVE BEEN PER A SCHEDULE IN 10 INSTALLMENTS BETWEEN APPROX JUNE 2024 THROUGH JUNE 2026)

10/24/24 ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN GENIE INVESTMENT NV, INC AND VELANOS PRINCIPAL CAPITAL, D.E. 257 - THE COMPROMISE IS APPROVED AND BRYAN MICKLER IS AUTHORIZED TO TRANSFER AND ALL FUNDS HE IS HOLDING ON BEHALF OF THE DEBTOR TO THE CHAPTER 7 TRUSTEE

09/25/2024 2004 EXAM SET FOR 10/30

08/14/2024 APPLICATION TO EMPLOY RAYE C. ELLIOTT AS ATTORNEY FOR THE ESTATE, D.E. 228; ORDER, D.E. 229

08/12/2024 ORDER CONVERTING CASE TO CHAPTER 7, 341 MEETING SET FOR 9/12/24

**Initial Projected Date Of Final Report (TFR):** 07/15/2025 **Current Projected Date Of Final Report (TFR):** 05/15/2027

/s/ AARON R. COHEN

AARON R. COHEN

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD



| | | | |
|---|---|---|---|
| **Case No.** | 24-00496 | **Trustee Name:** | Aaron R. Cohen |
| **Case Name:** | GENIE INVESTMENTS NV INC. | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***6343 | **Checking Acct #:** | ******9601 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | dda |
| **For Period Beginning:** | 04/01/2025 | **Blanket bond (per case limit):** | $47,373,257.00 |
| **For Period Ending:** | 03/31/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/01/2024 | (5) | BODDIE & ASSOCIATES PC | SETTLEMENT, PAYMENT PER ORDER APPROVING SETTLEMENT AGREEMENT, D.E. 257 | 1149-000 | $1,000,000.00 | | $1,000,000.00 |
| 11/04/2024 | (5) | LAW OFFICES OF MICKLER & MICKLER LLP IOLTA ACCOUNT | TURNOVER OF BALANCE OF FUNDS IN TRUST, PER ORDER, D.E. 257, DEBTOR'S ATTORNEY RECEIVED FUNDS OF $549,965 ($550K LESS $35 WIRE FEE) FROM VELANOS, PART OF THE FUNDS WERE USED BY COUNSEL TO PAY APPROVED FEES FOR CREDITOR COMMITTEE & EXAMINER | 1149-000 | $522,159.60 | | $1,522,159.60 |
| 01/02/2025 | 3001 | Morgan Stanley Smith Barney | Morgan Stanley File No. Swapna Gunasekaran - 0485604 | 7100-000 | | $55.00 | $1,522,104.60 |
| 02/02/2025 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $1,355.33 | | $1,523,459.93 |
| 03/02/2025 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $1,460.86 | | $1,524,920.79 |
| 03/06/2025 | 3002 | INTERNATIONAL SURETIES | Prorated bond premium payment | 2300-000 | | $1,213.53 | $1,523,707.26 |
| 03/31/2025 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $1,513.60 | | $1,525,220.86 |
| 04/30/2025 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $1,567.01 | | $1,526,787.87 |
| 05/08/2025 | 3003 | J&J Court Transcribers Inc. | Invoice # 2025-00711 | 3991-000 | | $40.95 | $1,526,746.92 |
| 06/01/2025 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $1,673.18 | | $1,528,420.10 |
| 06/30/2025 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $1,517.95 | | $1,529,938.05 |
| 07/31/2025 | (INT) | Veritex Community Bank | MONTHLY INTEREST | 1270-000 | $1,624.25 | | $1,531,562.30 |
| 08/29/2025 | (9) | AMANDA LEE DAVIS | SETTLEMENT, PAYMENT IN FULL PER ORDER GRANTING MOTION TO COMPROMISE, D.E. 511 | 1241-000 | $30,000.00 | | $1,561,562.30 |
| 09/01/2025 | (INT) | Veritex Community Bank | MONTHLY INTEREST | 1270-000 | $1,682.54 | | $1,563,244.84 |
| 09/30/2025 | (INT) | Veritex Community Bank | MONTHLY INTEREST | 1270-000 | $1,413.34 | | $1,564,658.18 |
| 11/02/2025 | (INT) | Veritex Community Bank | MONTHLY INTEREST | 1270-000 | $1,414.62 | | $1,566,072.80 |
| 11/14/2025 | (INT) | Veritex Community Bank | Interest Earned For November | 1270-000 | $471.97 | | $1,566,544.77 |
| 11/14/2025 | | Veritex Community Bank | Transfer Funds | 9999-000 | | $1,566,544.77 | $0.00 |
| | | | | **SUBTOTALS** | $1,567,854.25 | $1,567,854.25 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD



| | | | |
|---|---|---|---|
| **Case No.** | 24-00496 | **Trustee Name:** | Aaron R. Cohen |
| **Case Name:** | GENIE INVESTMENTS NV INC. | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***6343 | **Checking Acct #:** | ******9601 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | dda |
| **For Period Beginning:** | 04/01/2025 | **Blanket bond (per case limit):** | $47,373,257.00 |
| **For Period Ending:** | 03/31/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $1,567,854.25 | $1,567,854.25 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $1,566,544.77 | |
| | | | **Subtotal** | | $1,567,854.25 | $1,309.48 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,567,854.25 | $1,309.48 | |

**For the period of 04/01/2025 to 03/31/2026**

| | |
|---|---|
| Total Compensable Receipts: | $41,364.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $41,364.86 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40.95 |
| Total Internal/Transfer Disbursements: | $1,566,544.77 |

**For the entire history of the account between 09/09/2024 to 3/31/2026**

| | |
|---|---|
| Total Compensable Receipts: | $1,567,854.25 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,567,854.25 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,309.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,309.48 |
| Total Internal/Transfer Disbursements: | $1,566,544.77 |

# FORM 2



## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-00496 | **Trustee Name:** | Aaron R. Cohen |
| **Case Name:** | GENIE INVESTMENTS NV INC. | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***6343 | **Checking Acct #:** | ******9601 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 04/01/2025 | **Blanket bond (per case limit):** | $47,373,257.00 |
| **For Period Ending:** | 03/31/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/14/2025 | | Integrity Bank | Transfer Funds | 9999-000 | $1,566,544.77 | | $1,566,544.77 |
| 12/31/2025 | (INT) | Integrity Bank | Interest Credit | 1270-000 | $1,331.11 | | $1,567,875.88 |
| 01/07/2026 | (INT) | INTEGRITY BANK | INTEREST POSTED 11/30/2025 | 1270-000 | $729.62 | | $1,568,605.50 |
| 02/01/2026 | (INT) | INTEGRITY BANK | INTEREST POSTED 2/1/26 | 1270-000 | $1,375.21 | | $1,569,980.71 |
| 02/11/2026 | 4001 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $1,668.71 | $1,568,312.00 |
| 02/28/2026 | (INT) | Integrity Bank | Interest Credit | 1270-000 | $1,203.87 | | $1,569,515.87 |
| 03/09/2026 | (13) | CHALANCO FUNDING LLC | SETTLEMENT, PAYMENT IN FULL PER MOTION TO APPROVE COMPROMISE WITH CHALANCO FUNDING LLC, D.E. 572 (ORDER NOT ENTERED YET) | 1241-000 | $7,900.00 | | $1,577,415.87 |
| 03/31/2026 | (INT) | Integrity Bank | Interest Credit | 1270-000 | $1,294.99 | | $1,578,710.86 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $1,580,379.57 | $1,668.71 | $1,578,710.86 |
| **Less: Bank transfers/CDs** | $1,566,544.77 | $0.00 | |
| **Subtotal** | $13,834.80 | $1,668.71 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $13,834.80 | $1,668.71 | |

**For the period of 04/01/2025 to 03/31/2026**

| | |
|---|---|
| Total Compensable Receipts: | $13,834.80 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,834.80 |
| Total Internal/Transfer Receipts: | $1,566,544.77 |
| | |
| Total Compensable Disbursements: | $1,668.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,668.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/14/2025 to 3/31/2026**

| | |
|---|---|
| Total Compensable Receipts: | $13,834.80 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,834.80 |
| Total Internal/Transfer Receipts: | $1,566,544.77 |
| | |
| Total Compensable Disbursements: | $1,668.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,668.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD



| | | | |
|---|---|---|---|
| **Case No.** | 24-00496 | **Trustee Name:** | Aaron R. Cohen |
| **Case Name:** | GENIE INVESTMENTS NV INC. | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***6343 | **Checking Acct #:** | ******9601 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 04/01/2025 | **Blanket bond (per case limit):** | $47,373,257.00 |
| **For Period Ending:** | 03/31/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,581,689.05 | $2,978.19 | $1,578,710.86 |

**For the period of 04/01/2025 to 03/31/2026**

| | |
|---|---|
| Total Compensable Receipts: | $55,199.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,199.66 |
| Total Internal/Transfer Receipts: | $1,566,544.77 |
| | |
| Total Compensable Disbursements: | $1,709.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,709.66 |
| Total Internal/Transfer Disbursements: | $1,566,544.77 |

**For the entire history of the account between 11/14/2025 to 3/31/2026**

| | |
|---|---|
| Total Compensable Receipts: | $1,581,689.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,581,689.05 |
| Total Internal/Transfer Receipts: | $1,566,544.77 |
| | |
| Total Compensable Disbursements: | $2,978.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,978.19 |
| Total Internal/Transfer Disbursements: | $1,566,544.77 |

/s/ AARON R. COHEN

AARON R. COHEN