ORDERED.

**Dated:  April 29, 2026**

_____

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                     Case No.: 3:24-bk-00496-BAJ

            Debtor.                                     Chapter 7

_____/

**ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE CLAIMS
WITH (1) 527 TEN ROD ROAD, LLC, SCHEIN REALTY, LLC, MICHAEL
SCHEIN AND BRENDA SCHEIN AND (2) CHALANCO FUNDING, LLC**

THIS CASE came before the Court on the Motion (the "Motion")[1] (Doc. 572) of Aaron R. Cohen, Chapter 7 Trustee, for entry of an Order approving the terms of the Compromise by and between (1) the Trustee and 527 Ten Rod Road, LLC, Schein Realty, LLC, Michael Schein and Brenda Schein and (2) the Trustee and Chalanco Funding, LLC.  There being no objection to the Motion after proper notice to interested parties pursuant to Local Bankruptcy Rule 2002-4 on April 2, 2026, it is

**ORDERED**:

1.      The Motion is granted.

2.      The Compromise is approved and is fully enforceable in all respects.

---

[1] Defined terms from the Motion are incorporated by reference herein.

86026589;1

2

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

2

86026589;1