UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                           CASE NO.: 3:24-bk-00496-BAJ
                                                 Chapter 7
GENIE INVESTMENTS NV INC.,

           Debtors.
_____

TRUSTEE'S REPORT OF FUNDS RECEIVED

The Chapter 7 trustee, Aaron R. Cohen, files this report and states:

1.      The estate has received $7,900.00 from Chalanco Funding LLC in settlement of claims related to the Ten Rod Outstanding Principal Balance.[1]

2.      The estate has received $5,000.00 from the Law Office of Michael L. Schein in settlement of claims related to the Ten Rod Outstanding Principal Balance.

3.      The estate has received $5,000.00 from the Law Office of Michael L. Schein in settlement of claims related to the Schein Outstanding Principal Balance.

4.      Notice of this settlement [Doc. No. 572] and opportunity for a hearing was given to all creditors and parties in interest on April 2, 2026.

       DATED: May 13, 2026.

                                                 /s/ Aaron R. Cohen
                                                 _____
                                                 Aaron R. Cohen
                                                 PO Box 4218
                                                 Jacksonville, FL 32201
                                                 aaron@arcohenlaw.com
                                                 (904) 389-7277
                                                 Florida Bar No. 558230
                                                 Chapter 7 Trustee

---

[1] Terms are defined in the Trustee's Motion to Compromise Claims with (1) 527 Ten Rod Road LLC, Scheine Realty LLC, Michael Schein and Brenda Schein and (2) Chalanco Funding, LLC, D.E. 572.