**ORDERED.**

**Dated: May 18, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

_____________________________________/

**AGREED ORDER SUSTAINING TRUSTEE'S**
**OBJECTION TO CLAIM 4-2 OF BELLE MAISON REALTY, LLC**

THIS CASE came before the Court on the Trustee's Objection to Claim 4-2 of Belle Maison Realty, LLC (the "Objection") (Doc. 560) filed by Aaron R. Cohen, Chapter 7 Trustee (the "Trustee"), the Response of Belle Maison Realty, LLC to Trustee's Objection to Claim (Doc. 568), the Motion to Allow Amendment of Proof of Claim and Clarification of Claimant Interest filed by Belle Maison Realty, LLC (Doc. 574), and the Claimant's Clarification of Position and Limited Response to Trustee's Reply in Support of Objection to Claim 4-2. Based upon the agreement of the Trustee and Belle Maison Realty, LLC as evidenced by the signatures below, it is,

**ORDERED**:

1. The Objection is sustained.

2. Claim 4-2 shall be allowed as a general unsecured claim in the amount of $70,000.

3. This Order is limited to the allowance and classification of Claim 4-2 for purposes of distribution from the Debtor's bankruptcy estate only. Nothing in this Order shall be construed as an adjudication, waiver, release, or determination of any rights, claims, remedies, or defenses that Belle Maison Realty, LLC and/or Lea Muse may have against any non-Debtor third parties.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

**Agreed and Accepted:**

BELLE MAISON REALTY, LLC

By: [signature]
Lea Muse
Its: Managing Member

AKERMAN LLP

By: /s/ *Raye C. Elliott*
Raye C. Elliott, Esq.
Florida Bar Number: 018732
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Phone: (813) 223-7333
Fax: (813) 223-2837

*Attorneys for Aaron R. Cohen, Chapter 7 Trustee*