UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

FILED INTAKE USBC
JUN 4 '26 PM1:37

## VERIFIED SUPPLEMENT TO VERIFIED NOTICE OF RESERVATION OF RIGHTS (DOC. 595) TO PROVIDE EMAIL ADDRESS FOR SERVICE

John Michael Cohan, an equity shareholder of the debtor, party in interest and protected person, hereby supplements his Verified Notice of Reservation of Rights filed on June 1, 2026 (Doc. 595) as follows:

1. The undersigned's email address for service of all pleadings, notices, orders, and other papers is: iustusprocessus@outlook.com

2. The undersigned has been served by email at times convenient to certain parties. The undersigned has also *not* been served by email at times inconvenient to certain parties. (i.e. Doc. 475)

3. To avoid any confusion or selective service going forward, the undersigned clarifies: Parties cannot serve me by email when it is convenient for them and in their favor, and then refuse to serve me by email when it is not. I must be served across the board.

4. If any party intends to serve the undersigned by email, they must do so consistently for all pleadings, notices, orders, and other papers.

5. If any party intends to hold the undersigned personally accountable for any order, judgment, or proceeding, they must serve the undersigned in accordance with this notice and the applicable rules. Selective service — serving by email when convenient and not serving when inconvenient — will not be accepted.

6. No notice, no effect. If any party fails to serve the undersigned in accordance with this notice and the applicable rules, the undersigned will not be bound by any order or proceeding resulting from such failure.

7. This supplement is filed solely to provide notice to all parties.

VERIFICATION

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06-04-2026

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the following documents by the CM/ECF system.