**ORDERED.**

**Dated:  June 08, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                          Case No.: 3:24-bk-00496-BAJ

          Debtor.                                                   Chapter 7

_____/

**ORDER STRIKING MOTION FOR RECONSIDERATION**
**OF ORDER ALLOWING CLAIM FOUR (4)**

This Case is before the Court on the Motion for Reconsideration of Order Allowing Claim Four (4) of Belle Maison Realty, LLC (the "Motion") (Doc. 593), filed by John Michael Cohan (the "Movant"). On March 27, 2025, the Court entered an Order to Show Cause that restricted the right of the Movant to file pro se pleadings in the Case. (Doc. 347). On June 24, 2025, the show cause hearing was held and continued until further order of the Court. (Doc. 378). The Order to Show Cause remains in full force and effect. Accordingly, the Court will strike the Motion. It is,

          **ORDERED:**

The Motion is **STRICKEN**.