ORDERED.

Dated:  June 08, 2026

_____
Jason A. Burgess
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

       Debtor.                                    Chapter 7

_____/

## ORDER STRIKING OBJECTION TO CLAIM FIVE (5)

This Case is before the Court on the Objection to Claim Five (the "Objection") (Doc. 594), filed by John Michael Cohan (the "Movant"). On March 27, 2025, the Court entered an Order to Show Cause that restricted the right of the Movant to file pro se pleadings in the Case. (Doc. 347). On June 24, 2025, the show cause hearing was held and continued until further order of the Court. (Doc. 378). The Order to Show Cause remains in full force and effect.  Accordingly, the Court will strike the Objection. It is,

       **ORDERED:**

The Objection is **STRICKEN**.