**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                          Case No.: 3:24-bk-00496-BAJ

                    Debtor.                          Chapter 7

_____/

**NOTICE OF WITHDRAWAL OF MOTION TO STRIKE NOTICE OF APPEAL,**
**MOTION FOR RECONSIDERATION, AND OBJECTION TO CLAIM 5**

Aaron R. Cohen, Chapter 7 Trustee (the "Trustee"), by and through his undersigned

counsel, hereby gives notice of withdrawal of the Trustee's Motion to Strike Notice of Appeal,

Motion for Reconsideration, and Objection to Claim 5 (Doc. 599) filed on June 8, 2026.

Dated:  June 9, 2026                       AKERMAN LLP

                                           By: */s/ Raye C. Elliott*
                                               Raye  C. Elliott, Esq.
                                               Florida Bar Number: 018732
                                               Email: raye.elliott@akerman.com
                                               401 East Jackson Street, Suite 1700
                                               Tampa, FL 33602
                                               Phone:  (813) 223-7333
                                               Fax:  (813) 223-2837

                                           Attorneys for Aaron R. Cohen, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 9, 2026, I filed a true and correct copy of the foregoing
with the United States Bankruptcy Court for the Middle District of Florida using the Court's
CM/ECF system, which will serve copies on all counsel of record and by email to:

John Michael Cohan
iustusprocessus@outlook.com

                                           */s/ Raye C. Elliott*
                                           Attorney

87099105;1