ORDERED.

**Dated:  July 15, 2026**

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                Case No. 3:24-bk-00496-BAJ
                                                                      Chapter 7
Genie Investments NV Inc.,

             Debtor.
_____/

**ORDER: 1) PROVIDING FOR JUDGE RIVERA TO PRESIDE OVER A CONTESTED MATTER, 2) DIRECTING CLERK TO OPEN A MISCELLANEOUS PROCEEDING FOR THIS MATTER, AND 3) DIRECTING ALL FUTURE FILINGS RELATED TO THAT MATTER BE FILED IN THE NEW PROCEEDING FOR THIS CASE**

On February 21, 2024, the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.  On August 12, 2024, the Court entered its _Order and Notice Converting Case to Chapter 7_ (the "Conversion Order") (Doc. 207).  On July 6, 2026, interested party, John-Michael Cohan, filed a _Verified Motion to Recuse Judge and Disqualification of Judge Jason A. Burgess Pursuant to 28 U.S.C. § 455(a)_ (the "Disqualification Motion") (Doc. 622).  Due to the willingness of the Honorable Luis E. Rivera, United States Bankruptcy Court Judge for the Middle District of Florida, Fort Myers Division, to preside over the contested matter, it is

**ORDERED:**

1.      Judge Rivera will preside over the contested matter initiated by the Disqualification Motion described above.  Specifically, Judge Rivera will schedule, preside over, and resolve the contested matter and all issues directly related thereto, including, but not limited to, discovery disputes, potentially dispositive pre-trial motions, motions in limine, etc.

2.      For purposes of administrative efficiency, the Clerk is directed to open a new miscellaneous proceeding to be assigned to Judge Rivera and to docket in that proceeding all papers filed in this case as of the date of entry of this Order that relates to the Disqualification Motion.

3.      Further, the Clerk is directed to file a copy of this Order and Disqualification Motion in the new miscellaneous proceeding.

4.      **ALL FUTURE FILINGS** that relate to this contested matter must be filed in the new miscellaneous proceeding.

###

The Clerk is directed to serve a copy of this Order on any interested parties who do not receive service via CM/ECF.