**ORDERED.**

**Dated:  July 15, 2026**

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

               Debtor.                                      Chapter 7

_____/

**ORDER GRANTING TRUSTEE'S MOTION TO
COMPROMISE CLAIMS WITH SUMERIAN, LLC**

THIS CASE came before the Court on the Motion (the "Motion")[1] (Doc. 607) of Aaron R. Cohen, Chapter 7 Trustee, for entry of an Order approving the terms of the Compromise by and between the Trustee and Sumerian, LLC.  There being no objection to the Motion after proper notice to interested parties pursuant to Local Bankruptcy Rule 2002-4 on June 11, 2026, it is

**ORDERED**:

1.      The Motion is granted.

2.       The Compromise is approved and is fully enforceable in all respects.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

---

[1] Defined terms from the Motion are incorporated by reference herein.

87072996;1