[Doddos] [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: July 17, 2026**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV Inc.

Case No.
3:24–bk–00496–BAJ
Chapter 7

_____Debtor*_____/

### *ORDER STRIKING OMNIBUS OJECTIONS TO CLAIMS*

   THIS CASE came on for consideration, without hearing, of the Omnibus Objections to Claim #3 of TnC NOLA Holding, #4 of Belle Maison Realty, #5 of Nutra Acres, #6 of Acres & Royalty, #7 of Rolling By The Dozen RV Park, #8 of BAYI Capital Management, #10 of Global Verse Holdings, #11 of A Complete Home Inspection, #12 of Sun Coast Entertainment Live, #13 of Meetopolis, #14 Heliosun LLC DBA Odin, #15 of Faith Investors Services, #16 of MIMS–IPR, #17 of Solace Realty Concepts, #18 of Legacy Land Developers, #22 of Foster Group, #23 of Uncle Wille Green Wings, #24 of Latent Lending, #28 of Bild Credit LLC, #29 of Autonomous Drone Solutions d/b/a Calaway Solutions, #35 of Springer Farms Landholdings, #36 of Darnell Development, #37 of Business Live Global USA, #38 of Log Cabin Building, #39 of West Palm Holdings, #42 of North Haven Lodging Partners, #43 of Wallingford Lodging Partners, #49 of N2N Group, #50 of WAI Holdings, #51 & #68 of Archer Capital Investments, #52 of Seiler Tucker, #55 of Onsite Lifecare, #57 of Ameiva, #58 of Limitless Investments Group, #59 of H&M Essential Services, #64 of McMann Commercial Lending, #71 of 20 Twenty Development filed by Interested Party, John Michael Cohan , Doc. # 620 . After review, the Court determines that the objection is deficient as follows:

   The proof of service does not refer to the pleading or other paper being served. Local Rule 9013–3(g).

   Service upon the claimant is not indicated or the claimant was not served in the manner required by the Federal Rules of Bankruptcy Procedure or Local Rules. Fed. R. Bankr. P. 3007(a), and Local Rule 3007–1(b).

The Omnibus Objection does not list claimants alphabetically, provide a cross–reference to claim numbers and, if appropriate, list claimants by category of claims pursuant to Fed. R. Bankr. P. 3007(e)(2).

The Omnibus Objection does not state in the title the identity of the objector or the grounds for the objection(s) pursuant to Fed. R. Bankr. P. 3007(e)(4).

Accordingly it is

***ORDERED:***

The objection is overruled to allow movant to file an amended objection.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.