**ORDERED.**

**Dated:  July 21, 2026**

Jason A. Burgess
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

            Debtor.                                          Chapter 7

_____/

## ORDER DIRECTING RESPONSE TO MOTION TO MODIFY OR RESCIND ORDER TO SHOW CAUSE AND FOR FINAL RULING ON SHOW CAUSE HEARING

This Case is before the Court on the *Motion to Modify or Rescind Order to Show Cause and for Final Ruling on Show Cause Hearing* (the "Motion") (Doc. 617), filed by John Michael Cohan ("Cohan").  By the Motion, Cohan requests that the Court modify or rescind the terms and conditions set forth in the Order to Show Cause (Doc. 347), which temporarily restricts the rights of Cohan and David Hughes to file *pro se* pleading in this Case.  Upon review, the Court will give the Chapter 7 Trustee, the United States Trustee, and any other interested party twenty-one days from the date of this Order to respond to the Motion.  Accordingly, it is

**ORDERED:**

1. The Chapter 7 Trustee, the United States Trustee, and any other interested party shall have twenty-one days from the date of this Order to respond to the Motion.

2. Upon the closing of the response time, the Court will either set a hearing on the Motion or rule on the papers.