**ORDERED.**

**Dated: July 21, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

_______________________________________/

**ORDER ABATING NOTICE OF APPEAL**

This Case is before the Court on the *Notice of Appeal* (Doc. 618), filed by John Michael Cohan. The Court finds the Notice of Appeal is deficient because the filing fee as required by Federal Rule of Bankruptcy Procedure 8003(a)(3)(C) has not been paid. Upon review, and pursuant to Fed. R. of Bankr. Proc. 8007(e)(1), (2),[1] the Court will abate the Notice of Appeal

[1] Rule 8007 is titled, "Stay Pending Appeal; Bond; Suspending Proceedings," and provides in pertinent part: (e) Continuing Proceedings in the Bankruptcy Court. Despite Rule 7062- but subject to the authority of the district court, BAP, or court of appeals – while the appeal is pending, the bankruptcy court may: (1) suspend or order the continuation of other proceedings in the case, or (2) issue any appropriate order to protect the rights of all parties in interest. Fed. R. Bankr. P. 8007(e)(1), (2).

pending the decision in the District Court for the Middle District of Florida, Case No.: 3:25-cv-01398-JEP (the "Request"), in which Mr. Cohan has requested a review of this Court's Order Denying Motion for Leave to Appeal In Forma Pauperis (Doc. 526). Accordingly, it is

**ORDERED:**

1. The Notice of Appeal is abated pending the decision on the Request by the District Court.
2. All related deadlines regarding this Notice of Appeal are stayed until further order of the Court.
3. The Court reserves the right to rule on the merits at a later date.