**ORDERED.**

**Dated:  July 21, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,

Debtor.

_____/

Case No.: 3:24-bk-00496-BAJ

Chapter 7

**ORDER DIRECTING RESPONSE TO TRUSTEE'S**
**MOTION FOR PRELIMINARY INJUNCTION**

This Case is before the Court on the *Motion for Preliminary and Permanent Injunction* (the "Motion") (Doc. 624), filed by the Chapter 7 Trustee (the "Trustee").  By the Motion, the Trustee seeks a preliminary and permanent injunction prohibiting Michael Cohan ("Cohan"), and David Hughes ("Hughes") from filing any further *pro se* pleadings in the Bankruptcy Court for the Middle District of Florida without first obtaining Court approval.  Upon review, the Court will give Cohan and Hughes twenty-one days from the date of this Order to respond to the Motion. Accordingly, it is

**ORDERED:**

1. Cohan and Hughes shall have twenty-one days from the date of this Order to file a response to the Motion.[1]

2. Upon the closing of the response time, the Court will either set a hearing on the Motion or rule on the papers.

---

[1] Solely as it pertains to filing a response within the twenty-one-day negative notice period, the Court will permit Cohan and Hughes to file their respective responses on a *pro se* basis. Otherwise, the terms set forth in the Show Cause Order (Doc. 347) remain in full force and effect.