UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/18/2026 10:00 AM

COURTROOM 4A, 4th Floor

HONORABLE JASON BURGESS

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **3:24-bk-00496-BAJ** | **7** | **02/21/2024** |

**Chapter 7**

**DEBTOR:** Genie Investments NV Inc.

**DEBTOR ATTY:** **Adam Walker**

**TRUSTEE:** **Aaron Cohen**

**HEARING:**

Preliminary Hearing on Objection to Claim No. 5-3 of Charles Blake Stringer/Nutra-Acres LLC Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 561
-Response to Trustee's Objection to Claim 5-3 of Charles Blake Stringer and Nutra-Acres, LLC, Filed by Scott W Spradley on behalf of Creditor Charles Blake Stringer Doc 581

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Preliminary Hearing on Objection to Claim No. 5-3 of Charles Blake Stringer/Nutra-Acres LLC Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 561

SET FOR TRIAL (ALL DAY) JANUARY 7 @ 9:00 CM TO PREPARE

-Response to Trustee's Objection to Claim 5-3 of Charles Blake Stringer and Nutra-Acres, LLC, Filed by Scott W Spradley on behalf of Creditor Charles Blake Stringer Doc 581
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.