**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

_______________________________________/

# NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Jason A. Burgess will conduct a preliminary hearing in this case on **Monday, December 14, 2026, at 10:00 a.m**., in the Bryan Simpson United States Courthouse, Courtroom 4A, 4th Floor, 300 North Hogan Street, Jacksonville, Florida 32202, on the following matter:

**CHAPTER 7 TRUSTEE'S MOTION FOR**
**PRELIMINARY AND PERMANENT INJUNCTION (Doc. 624)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: August 20, 2026

AKERMAN LLP

By: */s/ Raye C. Elliott*

Raye C. Elliott, Esq.
Florida Bar Number: 018732
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Phone: (813) 223-7333
Fax: (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 20, 2026, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and by email to:

John Michael Cohan
iustusprocessus@outlook.com

David Hughes
davidchoatehughes@gmail.com

*/s/ Raye C. Elliott*
Attorney