**ORDERED.**

**Dated: August 21, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

______________________________________/

## ORDER STRIKING OMNIBUS OBJECTION TO CLAIMS

This Case is before the Court on the Omnibus Objection to Claims (the "Objection") (Doc. 644), filed by John Michael Cohan (the "Movant"). On March 27, 2025, the Court entered an Order to Show Cause that restricted the right of the Movant to file *pro se* pleadings in the Case. (Doc. 347). On June 24, 2025, the show cause hearing was held and continued until further order of the Court. (Doc. 378). The Order to Show Cause remains in full force and effect. Accordingly, the Court will strike the Objection. It is,

**ORDERED:**

The Objection is **STRICKEN**.