FILED MAIL USBC
JAX, FL AUG28'26

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

# NOTICE OF APPEAL

Notice is hereby given that John Michael Cohan, a protected person and pro se litigant, appeals to the United States District Court for the Middle District of Florida from the following order entered in this action:

Order Striking Omnibus Objection to Claims (Doc. 658) , entered on August 21, 2026.

This appeal is taken from an order that disposes of the Movant's Omnibus Objection to Claims (Doc. 644) and prevents the Movant from challenging claims filed against the estate.

The Movant is proceeding pro se and is a protected person with an active restraining order. The movant's address has been sealed in other proceedings in this same district. For all purposes of service and for the safety of the undersigned, his email address is iustusprocessus@outlook.com.

Dated: 08-25-2026

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the foregoing document and/or its attachments by the CM/ECF system, U.S. Mail and/or email.

Debtor
Genie Investments NV Inc.
represented by Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
Email: court@planlaw.com

U.S. Trustee
represented by Scott E. Bomkamp
DOJ-Ust
United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

Chapter 7 Trustee
Aaron R. Cohen
represented by Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
Email: raye.elliott@akerman.com

David C. Hughes II
davidchoatehughes@gmail.com

John Michael Cohan
General Delivery
5455 Verna Blvd.
Jacksonville, Florida 32236




US Bankruptcy Court
300 N Hogan Street, 3-150
Jacksonville, Florida 32202

32202$4267 C008