FILED MAIL USBC
JAX, FL AUG28'26

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

**MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS**

COMES NOW John Michael Cohan, protected person, pro se, and respectfully moves this Court for leave to proceed on appeal *in forma pauperis* without prepayment of fees, costs, or security therefore. In support thereof, the undersigned states:

I. THE UNDERSIGNED IS INDIGENT

1. The undersigned is unable to pay the fees and costs associated with this appeal.

2. A true and correct copy of the undersigned's financial affidavit with attached screenshots is attached hereto as **Exhibit A**, showing minimal liquid assets, no regular income, and sole custody of a minor child.

3. The undersigned's total annual income is approximately $6,972, which is below the federal poverty level of $15,650 for an individual.

4. The undersigned's monthly expenses far exceed his income.

5. The undersigned was recently granted *in forma pauperis* status in the United States District Court for the District of Columbia in *Cohan v. Bomkamp*, Case No. 1:25-cv-02009-RDM (D.D.C.), where Judge Moss granted IFP status within twenty-four (24) hours. A copy of that Order is attached hereto as **Exhibit B**.

6. The undersigned has also filed IFP motions in multiple other proceedings in this Circuit, all of which remain pending due to undue delay, not due to any *appellate* finding that the undersigned is not indigent or has filed in bad faith. See 3:25-cv-01398, Docs. 29, 32.

II. THE APPEAL IS TAKEN IN GOOD FAITH AND RAISES NON-FRIVOLOUS ISSUES

7. The undersigned seeks to appeal to the United States District Court for the Middle District of Florida from the following order entered in this action:

Order Striking Omnibus Objection to Claims (Bankr. Doc. 658), entered on August 21, 2026.

8. This appeal is taken in good faith and raises substantial, non-frivolous questions, including but not limited to:

a. Whether the Court erred in ordering (Bankr. Doc. 631) the undersigned to amend his Omnibus Objection, only to strike the amended filing (Bankr.

Doc. 658) later based on an Order to Show Cause (Bankr. Doc. 347) that has been pending for over seventeen (17) months without a final ruling.

b. Whether the bankruptcy court erred in striking the undersigned's Amended Omnibus Objection to Claims (Bankr. Doc. 644) based on an Order to Show Cause (Bankr. Doc. 347) that has been pending since March 2025 and has not been finally resolved, without addressing the merits of the Objection;

c. Whether the bankruptcy court's continued reliance on the unresolved Order to Show Cause constitutes a denial of due process, depriving the undersigned of the right to challenge claims filed against the estate;

d. Whether the undersigned, as a 50% equity shareholder with a reasonable possibility of surplus, has standing to object to claims, including but not limited to erroneously overinflated or double-counted claims (Examples: Stringer Claim 5-3 $14+ million claim for a $385,000 payment and a $3 million claim for a $70,000 payment, and McMann Claim 64 (duplicating 24 customer claims);

e. Whether the striking of the Amended Omnibus Objection is part of a coordinated pattern of procedural suppression across multiple jurisdictions, including 3:25-cv-01398-JEP; 2:25-cv-00742-RAH; 1:25-cv-02009-RDM; and others;

f. Whether the bankruptcy court's failure to address the merits of the Objection, while continuing to enforce an unresolved Order to Show Cause, constitutes an abuse of discretion and a violation of due process.

9. The undersigned's appeal is not frivolous. It raises substantial legal and factual questions that warrant appellate review.

10. The undersigned objects to any abatement or stay of this appeal. The Order to Show Cause (Bankr. Doc. 347) has been pending since March 2025 — over seventeen (17) months — without a final ruling. Further delay would prejudice the undersigned and the creditors of this estate.

III. CONCLUSION

The Court entered an Order (Bankr. Doc. 631) directing the undersigned to amend his filing to correct deficiencies. The undersigned complied and filed an Amended Omnibus Objection (Bankr. Doc. 644). The Court then struck the Amended Omnibus Objection (Bankr. Doc. 658) based on an Order to Show Cause (Bankr. Doc. 347) that has been pending since March 2025 — over seventeen (17) months — without a final ruling. The undersigned was ordered to amend, complied, and was then punished for doing so. That is not ordinary administration. That was a procedural trap. WHEREFORE, the undersigned respectfully requests that this Court:

i. Grant the undersigned leave to proceed on appeal in forma pauperis without prepayment of fees, costs, or security;

ii. Waive the requirement for prepayment of the appellate filing fee;

iii. Authorize the Clerk of this Court to transmit the notice of appeal, docket sheet, and all relevant parts of the record to the District Court without requiring the undersigned to pay record preparation fees;

iv. Reject any request for abatement or stay of this appeal; and

v. Grant such other and further relief as justice requires.

Dated: 08-25-2026

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

## Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the foregoing document and/or its attachments by the CM/ECF system, U.S. Mail and/or email.

Debtor
Genie Investments NV Inc.
represented by Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
Email: court@planlaw.com

U.S. Trustee
represented by Scott E. Bomkamp
DOJ-Ust
United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

Chapter 7 Trustee
Aaron R. Cohen
represented by Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
Email: raye.elliott@akerman.com

David C. Hughes II
davidchoatehughes@gmail.com

# EXHIBIT A

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

FLORIDA STATE

DUVAL COUNTY

I, John Michael Cohan, being first duly sworn, depose and state that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Appellant in this action and seek to appeal in good faith to the United States District Court for the Middle District of Florida.

2. I am unable to pay the fees and costs associated with this appeal, or to give security for them. My financial situation is as follows:

   a. Employment & Income: I am currently unemployed. My sole source of income is government assistance in the form of Supplemental Nutrition Assistance Program (SNAP) benefits. I receive no salary, wages, or unemployment compensation. I occasionally receive nominal funds from plasma donation, which are used for basic subsistence. My projected total annual income is approximately $6,972, which is below the federal poverty level of $15,650 for an individual and qualifies me for in forma pauperis status. For Tax Year 2025, I earned less than $2,500.

   b. Cash Assets: The total of all cash and funds in my checking and savings accounts is:

| Source | Amount |
|---|---|
| Cash financial assistance | $5.70 |
| Bank account #1 | $0.13 |
| Bank account #2 (TD) | $0.00 (Closed) |
| Checking account #1 | $0.00 |
| Checking account #2 | $25.70 |
| Plasma debit card (Octapharma donations) | ($0.50) |
| Plasma debit card (Biolife donations) | $10.09 |
| Travel gas card (Florida benefits) | $0.00 |
| Total cash / liquid balance | $41.12 |

Food stamps (SNAP benefits) $571.45 (not cash; food only)

c. Dependents: I have sole legal and physical custody of my five-year-old daughter. I am her only provider, and all my limited income and resources are used for our basic subsistence, including her food, clothing, and shelter.

d. Real Property: I am on the title of a domicile that is currently in foreclosure proceedings due to my inability to pay the mortgage. I have no equity or liquid assets I can access to pay for appellate filing fees. I am merely a tenant-in-possession with no financial interest in the property. For safety reasons related to an active protective order, I omit the specific address, but I will provide it in camera if required by the Court.

e. Monthly Expenses: My essential monthly living expenses for myself and my daughter, including housing, utilities, food, transportation, and other basic necessities, exceed $2,500. These are estimates based on bills owed, not amounts paid. Any variation between $2,500 and higher figures in prior filings, if any, reflects normal fluctuations in monthly obligations for someone in financial distress. Some months certain bills are not paid. These necessary costs of living far surpass my income and negligible liquid assets, making it impossible for me to pay appellate filing fees.

f. Other Assets:

· I have a potential interest in a real estate portfolio located in Alabama that is the subject of pending state litigation. However, the opposing party controls the properties, collects all rent, and a cloud on the title makes any sale or refinance impossible. This entity provides me with no income, no accessible funds, and has no liquid value to me at this time.

· I do not own a vehicle.

· All of my former business entities are defunct and generate no income.

· I have no substantial retirement accounts, stocks, bonds, or other investments.

· I have no trust funds or expected inheritances.

g. Debt and Financial Collapse: A $9 million corporate collapse that forms the backdrop of this litigation destroyed my businesses and left me personally financially devastated. I survive through state assistance and drawing on dwindling resources. I have no access to credit or loans to pay court fees.

h. Expenses vs. Income: My mortgage/rent is unpaid, my home is in foreclosure, and I am surviving through assistance, unreliable income and non-payment of certain bills. I am unable to pay the appellate filing fee because I have no stable disposable income and no liquid assets.

3. I believe I am entitled to redress and that this appeal is taken in good faith. It raises substantial, non-frivolous questions regarding the bankruptcy court's striking of my Amended Omnibus Objection on procedural grounds without ever addressing the merits.

4. I was previously granted *in forma pauperis* status in the United States District Court for the District of Columbia in *Cohan v. Bomkam*p, Case No. 1:25-cv-02009-RDM (D.D.C.), where Judge Moss granted IFP status within twenty-four (24) hours. My financial circumstances are the same and have not materially changed.

5. The attached screenshots from my banking and benefits applications accurately reflect my available financial resources and corroborate the financial information provided herein.

6. I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 08-25-2026

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com



Accounts

JOHN COHAN SWITCH

EDIT ACCOUNTS VIEW

TOTAL
$25.70

Rewards Checking

$0.00

AVAILABLE BALANCE

Current Balance **$0.00**

g-26. Visit your card URL for more info.

445544

Today 8:42 AM

Bal

MyPaymentVault: Your card ending in 9865 has a balance of -USD0.50 as of 8:42AM on 25-Aug-26. Visit your card URL for more info.

MyPaymentVault: Your card ending in 9348 has a balance of USD10.09 as of 8:42AM on 25-Aug-26. Visit your card URL for more info.

Good afternoon, John

0 pts →   Get $15 →

Banking · 2 — $0.13

0 transactions today — $0.00

# Good morning, John

**Get paid on your card**

Control where your money goes by setting up direct deposit.



Set up direct deposit

Wisely •••0985

••• Quick actions

wisely
by ADP

Activate

$0.00

Available Balance

# Exhibit B

Activity in Case 1:25-cv-02009-RDM COHAN v. UNITED STATES TRUSTEE PROGRAM et al Order on Motion for Leave to Appeal ...

Summarize

DCD_ECFNotice@dcd.uscourts.gov
To DCD_ECFNotice@dcd.uscourts.gov

Reply | Reply All | Forward | ...

Fri 7/17/2026 10:06 AM

You forwarded this message on 7/17/2026 11:41 AM.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered on 7/17/2026 at 10:05 AM and filed on 7/17/2026

**Case Name:** COHAN v. UNITED STATES TRUSTEE PROGRAM et al

**Case Number:** 1:25-cv-02009-RDM

**Filer:**

**WARNING: CASE CLOSED on 06/16/2026**

**Document Number:** No document attached

**Docket Text:**

**MINUTE ORDER: Upon consideration of Plaintiff's motion for leave to appeal in forma pauperis, Dkt. [77], it is hereby ORDERED that the motion is GRANTED. Upon consideration of Plaintiff's two requests for leave to file, Dkt. [75] ; Dkt. [79], it is further ORDERED that the requests are GRANTED and that the proposed notices are DEEMED FILED. Defendant need not respond to Plaintiff's notices absent further order of the Court. Signed by Judge Randolph D. Moss on 7/17/2026. (lcrdm3)**

**1:25-cv-02009-RDM Notice has been electronically mailed to:**

Tara Derbisz tara.derbisz@usdoj.gov, CaseView.ECF@usdoj.gov, USADC.ECFCSS@usdoj.gov

JOHN MICHAEL COHAN iustusprocessus@outlook.com

**1:25-cv-02009-RDM Notice will be delivered by other means to::**

All folders are up to date. Connected to: Microsoft Exchange Display Settings

Search

11:46 AM
7/19/2026