**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7
_______________________________________/

**CHAPTER 7 TRUSTEE'S WITNESS LIST**

Aaron R. Cohen, Chapter 7 Trustee (the "Trustee") by and through undersigned counsel, and pursuant to the Court's Order Scheduling Trial (Doc. 654), hereby submits the following as his witness list for the trial on the Objection to Claim 5-3 of Charles Blake Stringer/Nutra-Acres LLC (Doc. 561) scheduled for January 7, 2027, at 9:00 a.m.:

**WITNESSES**

The Trustee may call the following witnesses:

1. Aaron R. Cohen, Chapter 7 Trustee.
2. Charles Blake Stringer.
3. Any person identified through discovery having information relevant to the issues before the Court.
4. Any witness called by Charles Blake Stringer.
5. Rebuttal witnesses for any witness called by Charles Blake Stringer.

The Trustee reserves the right to supplement and amend this witness list.

Dated: September 2, 2026

AKERMAN LLP

By: */s/ Raye C. Elliott*
Raye C. Elliott, Esq.
Florida Bar Number: 018732
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700

Tampa, FL 33602
Phone: (813) 223-7333
Fax: (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 2, 2026, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

*/s/ Raye C. Elliott*
Attorney