**ORDERED.**

**Dated: September 03, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

______________________________________/

**ORDER APPROVING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**

This Case is before the Court on the *Application to Proceed in District Court Without Pre-Paying Fees or Costs* (the "Application") (Doc. 666, pp. 15-19), filed by John Michael Cohan. The Application was filed in response to the Court's Order Directing Response (Doc. 664), which gave Mr. Cohan fourteen (14) days from the date of the order to file the Application.[1] Upon review

[1] On August 25, 2026, the United States District Court for the Middle District of Florida, Jacksonville Division, entered an order which vacated this Court's Order Denying Motion for Leave to Appeal In Forma Pauperis (Docs. 479, 486) and remanded the case for further proceedings to determine whether Mr. Cohan meets the indigency requirements under 28 U.S.C. § 1915(a)(1). (Case No.: 3-25-cv-1398-JEP, Doc. 33).

of the Application, the Affidavit in Support of the Application, and the supporting documents filed by Mr. Cohan, the Court finds that Mr. Cohan meets the indigency requirement to proceed in forma pauperis on appeal. Accordingly, the Court will approve the Application. It is,

**ORDERED:**

1. The Application is Approved.
2. The Clerk for the Middle District of Florida Bankruptcy Court is directed to process the Notice of Appeal filed by Mr. Cohan on November 12, 2025 (Doc. 480).