UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Case No.: 3:24-bk-00496-BAJ

GENIE INVESTMENTS NV INC.,

Chapter 7

Debtor.
_________________________________/

**WITNESS LIST OF CHARLES BLAKE STRINGER AND NUTRA-ACRES, LLC**

Claimants, CHARLES BLAKE STRINGER and NUTRA-ACRES, LLC by and through their undersigned counsel, pursuant to the *Order Scheduling Trial* dated August 19, 2026 (Doc. 654) and file this, their Witness List[1], as follows:

**Witnesses**

1. Initial List of Witnesses

| | |
|---|---|
| **Michael Lanza** | 1332 8th St., Orange City, FL 32763 |
| **David Choate Hughes II** | 2812 Pat Tillman Drive, Springfield, IL 62711 |
| **John Michael Cohan** | PO Box 60443, Jacksonville, FL 32236; |
| **Caleb Davis** | PO Box 60443, Jacksonville, FL 32236. |
| **Michael Connor** | |
| **Walter P. Trock** | 205 N Michigan Ave, Ste 810, Chicago, IL 60601-5902. |

[1] This is Creditors' preliminary Witness List. Creditors fully anticipate the filing of an Amended Witness which narrows the scope and number of potential witnesses, in the near future.

| | |
|---|---|
| **Joshua Wearmouth** | . |
| **Maria M. Yip** | Yip Associates, 2 S. Biscayne Blvd., Suite 2690, Miami, FL 33131. |
| **Jason Huang, CFP, ChFC,** | Oppenheimer & Co. Inc., 888 Veterans Memorial Hwy, Suite 400, Hauppauge, NY 11788 |
| **Nathan Fenno** | |
| **Charles Blake Stringer / Nutra-Acres, LLC** | c/o Scott W. Spradley, 301 S. Central Ave., Flagler Beach, FL 32136 |
| **Max R. Tarbox** | Tarbox Law, P.C., 2301 Broadway, Lubbock, TX 79401-2916 |
| **Terry A. Sheldon, CPA** | Johnson & Sheldon, PLLC<br>500 S. Taylor St., Suite 200, ANB Plaza II, Amarillo, TX 79101 |
| **Jeff P. Prostok** | Forshey Prostok LLP, Fort Worth, TX. |
| **Scott J. Oh** | 2454 E. Dempster St., Suite 310, Des Plaines, IL 60016 |
| **John H. Lovell** | 112 SW 8th Ave., Suite 1000, Amarillo, TX 79101 |
| **Aaron R. Cohen** | P.O. Box 4218, Jacksonville, FL 32201-4218. (904) 389-7277. |

| | |
|---|---|
| **Melanie Prinsloo** | 5236 ID-22, Dubois, ID 83423 |
| **Nicholas Virthe** | |
| **Andy Nenstiel** | Herring Bank, 2201 Civic Circle, Suite 1000, Amarillo, TX 79109 |
| **John F. Massouh** | Sprouse Shrader Smith PLLC, 701 S. Taylor St., Suite 500, Amarillo, TX 79101 |
| **Mike Smiley** | Underwood Law Firm, P.C., 500 S. Taylor St., Suite 1200, Amarillo, TX 79101 |
| **Mark Nicholas** | |
| **Gary Guy** | Zions Ag Finance, 500 5th Street, Ames, IA 50010 . |
| **Kyle Brady** | 4312 Seagrape Rd., Louisville, KY 40299 |
| **Michael Stewart** | |
| **HomeStreet Bank** | 601 Union Street, Suite 2000, Seattle, WA 98101 |
| **Wells Fargo / JPMorgan Chase** | |
| **Warren Law Group / Christopher D. Warren** | |
| **Jimmy Chambers** | |

2. All witnesses listed or called by the Trustee or any other interested party.

3. Rebuttal witnesses, whose identities are not currently known but who will be disclosed in due course.

4. Supplemental disclosures of the identity of witnesses will be made should the Creditors elect to call additional witnesses not listed herein.

*<u>/s/ Scott W. Spradley</u>*
Scott W. Spradley
Fla. Bar #782467
Law Offices of Scott W. Spradley, P.A.
301 South Central Avenue
P.O. Box 1
Flagler Beach, FL 32136
Tel: 386/693-4935
Fax: 386/693-4937
scott@flaglerbeachlaw.com
Attorneys for the Creditors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2026, all interested parties were served by first class, U.S. mail, postage prepaid, or by the procedure utilized through CM/ECF.

*<u>/s/ Scott W. Spradley</u>*
Scott W. Spradley