**ORDERED.**

**Dated: September 04, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

_______________________________________/

**ORDER GRANTING IN-PART MOTION TO EXPEDITE HEARING**

This Case is before the Court on the *Motion to Expedite Hearing on the Motion to Modify or Rescind Order to Show Cause* (Doc. 665) (the "Motion to Expedite") filed by John Michael Cohan. Upon review, the Court will grant in-part the Motion to Expedite as set forth herein. The non-evidentiary hearing set for December 14, 2026, on the Motion to Modify or Rescind Order to Show Cause (Doc. 347), and for Final Ruling on Show Cause Hearing (Doc. 617), will be rescheduled to an evidentiary hearing on November 9, 2026, at 10:00 a.m. Accordingly, it is

**ORDERED:**

1. The Motion to Expedite is granted in-part to the limited extent set forth herein.
2. The non-evidentiary hearing set for December 14, 2026, on the Debtor's Motion to Modify or Rescind Order to Show Cause (Doc. 347), and for Final Ruling on Show Cause Hearing (Doc. 617), is rescheduled to an *evidentiary* hearing on **November 9, 2026, at 10:00 a.m.**
3. A separate trial order will be noticed by the Clerk's Office to interested parties.