FILED INTAKE USBC
SEP 11 '26 PM3:42

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

## VERIFIED WITNESS LIST FILED JOHN MICHAEL COHAN

Movant, John Michael Cohan, equity shareholder of the Debtor, protected person under Marcy's Law, appearing *pro se*, hereby submits this Witness List as instructed by the court. Movant respectfully advises the Court that **he is not attempting to burden the Court** with unnecessary evidentiary witnesses. If Movant is able to obtain the transcripts as requested in the **contemporaneously filed motion**, many of these witnesses can stay at home. Movant further **offers Zoom appearance for all out-of-state parties** to minimize inconvenience and expense.

## A. REPRESENTATIVES OF ALLEGED CREDITORS (CLAIM NOS. 1–71, EXCEPT THOSE NOT OBJECTED TO)

*Note: Claims 20 and 48 are the same creditor (The Farming Co Pty Ltd); Claims 26 and 60 are the same creditor (Knut LLC); Claims 30 and 66 are the same creditor (Bull & Bear Properties LLC); Claims 51 and 68 are the same creditor (Archer Capital Investments LLC / Michael Thompson).*

| Claim No. | Creditor / Representative | Address | Email |
|---|---|---|---|
| 1 | The Generations Group – Don Strickland | 14312 Zion Gate Xing, Conroe, TX 77384-2516 | info@thegenerationsgroup.net |
| 3 | TnC NOLA Holdings LLC | 1461 Annunciation Street B, New Orleans, LA 70130 | chris@revolutionmep.com |
| 4 | Belle Maison Realty, LLC – Attn: Lea Muse | 1133 E 83rd Street 171, Chicago, IL 60619 | lea.bellerelaty@gmail.com |
| 5 | Charles Blake Stringer / Nutra-Acres LLC | 149 South Shore Drive, Amarillo, TX 79118 | (Not available) |
| 6 | Acres & Royalty LLC | P.O. Box 1087, Ruston, LA 71273-1087 | gcbuxton@acresandroyalty.com |
| 7 | Rolling By The Dozen RV Park LLC | 40 Country Road 267, Somerville, TX 77879 | kristinsteqent@hotmail.com |

| Claim No. | Creditor / Representative | Address | Email |
|---|---|---|---|
| 8 | Temidayo Adebayo / BAYI Capital Management | 148 Undercliff Avenue Suite 9, Edgewater, NJ 07020 | tadebayo@bayicapital.com |
| 9 | S&L Zeppeteli DBA SLZ Waste Inc | 191 Moonachie Road, Moonachie, NJ 07074 | (Not available) |
| 10 | Global Verse Holdings LLC | 1709 Vintage Lane, Wylie, TX 75098 | globalverseholdingsllc@gmail.com |
| 11 | A Complete Home Inspection LLC | 110 Velsco Lane, Port Sulphur, LA 70083 | kipnash7@gmail.com |
| 12 | Sun Coast Entertainment Live LLC | 6960 Brescia Way, Orlando, FL 32819 | nicholas@sensobeachclub.com |
| 13 | Meetopolis LLC – Attn: Lisa Butkiewicz | 5434 E Kathleen Road, Scottsdale, AZ 85254 | meetopolis1@protonmail.com |

| Claim No. | Creditor / Representative | Address | Email |
|---|---|---|---|
| 14 | Heliosun LLC DBA Odin | 1600 S Litchfield Rd 230A, Goodyear, AZ 85338 | wlindsay@odin.energy |
| 15 | Faith Investors Services LLC | 1522 4th Ave, Asbury Park, NJ 07712 | lourndystlouis@gmail.com |
| 16 | MIMS-IPR, LLC | 1627 7th St S, Clanton, AL 35045 | mimsipr@hotmail.com |
| 17 | Solace Realty Concepts LLC | 112 Lehigh Ave, Newark, NJ 07112 | solacerealty2020@gmail.com |
| 18 | Legacy Land Developers LLC | 1651 W 100th St, Chicago, IL 60643 | (Not available) |
| 19 | Another Chance Group Home Inc | 54 N Vista Ave, Casa Grande, AZ 85122 | (Not available) |
| 20 & 48 | The Farming Co Pty Ltd | 86 Lakeside Drive, Helena Valley, WA 6056, Australia | melprinsloo@protonmail.com |
| 21 | Nortic Capital Inc | 921 E. Parker Street 1, Lakeland, FL 33801 | (Not available) |

| Claim No. | Creditor / Representative | Address | Email |
|---|---|---|---|
| 22 | Foster Group LLC | 2539 N 300 E, Lehi, UT 84043 | Fostergroupllc.net@gmail.com |
| 23 | Uncle Willie Green Wings | 141 Lehigh Ave, Newark, NJ 07112 | (Not available) |
| 24 | Latent Lending, LLC | 302 N. Abajo Peak Way, UT 84032 | mark@latentwealthgroup.com |
| 25 | Cool Beanz, LLC | 143 West Fulton Street, Sanford, FL 32771-143 | (Not available) |
| 26 & 60 | Knut LLC | 697 N 740 E, Lehi, UT 84043 | (Not available) |
| 27 | AMRODDO HOLDINGS, LLC | 625 Woodmont Ave, Berkeley, CA 94708 | owners@amroddo.net |
| 28 | Bild Credit LLC | 30 N Gould Street 30212, Sheridan, WY 82801 | (Not available) |
| 29 | Autonomous Drone Solutions DBA Calaway Solutions L | 2121 Brittmoore 2200, Houston, TX 77043 | calaway@gmx.com |

| Claim No. | Creditor / Representative | Address | Email |
|---|---|---|---|
| 30 & 66 | Bull & Bear Properties LLC | 1140 E 87th Street, Chicago, IL 60619 | (Not available) |
| 31 | ALV Capital LLC – c/o Strauss Law Group PLLC | 264 South River Road, Box 552, Bedford, NH 03110 | (Not available) |
| 32 | Hospitality Growth Capital LLC – c/o Strauss Law Group PLLC | 264 South River Road, Box 552, Bedford, NH 03110 | (Not available) |
| 33 | Nutre Leasing LLC – c/o Strauss Law Group PLLC | 264 South River Road, Box 552, Bedford, NH 03110 | (Not available) |
| 34 | Solar Capital Funding LLC – c/o Strauss Law Group PLLC | 264 South River Road, Box 552, Bedford, NH 03110 | (Not available) |

| Claim No. | Creditor / Representative | Address | Email |
|---|---|---|---|
| 35 | Springer Farms Landholdings, LLC | 325 N 1200 E, American Fork, UT 84003-325 | tnokes@discovereality.com |
| 36 | Darnell Development | 1118 N Chinowth, Visalia, CA 93291-2814 | darnelledev01@protonmail.com |
| 37 | Business Live Global USA LLC | 4538 Walnut Ridge Circle, McDonald, PA 15057 | bizliveusa@gmail.com |
| 38 | Log Cabin Building LLC | 289 Parker Drive, Pittsburgh, PA 15216 | iblack@ikbrealestate.com |
| 39 | West Palm Holdings Inc | 2705 Via Vistosa, San Clemente, CA 92672 | scott.a.mednick@gmail.com |
| 40 | Brooklyn Heights | 307 N Lincoln Street, Tallulah, LA 71282-307 | shameikaamin80@gmail.com |
| 41 | Zelco Properties LLC | 108 Patriot Dr A, Middletown, DE 19709 | zelco@gmx.com |

| Claim No. | Creditor / Representative | Address | Email |
|---|---|---|---|
| 42 | North Haven Lodging Partners LLC – c/o Foley & Lardner LLP | 11988 El Camino Real, Suite 400, San Diego, CA 92130 | (Not available) |
| 43 | Wallingford Lodging Partners LLC – c/o Foley & Lardner LLP | 11988 El Camino Real, Suite 400, San Diego, CA 92130 | (Not available) |
| 44 | New Mount Olive Church | 2905 Macfarlane Crescent, Flossmoor, IL 60422-2905 | fernlew@comcast.net |
| 45 | Relco Industries LLC and Richard L Ellison | 75 Lambert Avenue, Clifton, NJ 07013 | richard.ellison@relcoindustries.com |
| 46 | Cobb Utilities Inc. | 191 Honeysuckle Circle NE, Ranger, GA 54235 | (Not available) |
| 47 | Alere LLC | 1530 E. Williams Field Rd 201, Gilbert, AZ 85295 | (Not available) |

| Claim No. | Creditor / Representative | Address | Email |
|---|---|---|---|
| 49 | N2N Group, Inc – Attention: Michelle Chen | 5 Webb Hill Road, Great Neck, NY 11020 | michellechennyc@gmail.com |
| 50 | WAI Holdings, LLC – Attention: David Meiselman | 1275 S Lucerne Blvd, Los Angeles, CA 90019 | johnny@waibarmauni.com |
| 51 & 68 | Michael Thompson / Archer Capital Investments LLC | 1448 W Salmon Caddis Dr, Bluffdale, UT 85065 | MFThompson@gmail.com |
| 52 | Seiler Tucker Inc | 400 Poydras Suite 1460, New Orleans, LA 70130 | michelle@seilertucker.com |
| 53 | Rowell & Russo Properties LLC | 237 Floyd Rd, Shirley, NY 11967 | rowell1@gmx.com |
| 54 | NCR Digital Corp | 237 Floyd Road, Shirley, NY 11967 | (Not available) |

| Claim No. | Creditor / Representative | Address | Email |
|---|---|---|---|
| 55 | Onsite lifecare Inc | 23 Dora Lane, Holmdel, NJ 07733 | info@onsitelifecare.com |
| 57 | Brian Bevan / Ameiva | 282 East 300 South, Smithfield, UT 84335-1636 | brian.bevan.13@gmail.com |
| 58 | Limitless Investment Group, LLC | 3855 South 500 West Unit B, Salt Lake City, UT 84115 | (Not available) |
| 59 | Michael Calvitto, H&M Essential Services LLC | 15714 Torry Pines Rd., Houston, TX 77062-4512 | michaelcalvitto1@gmail.com |
| 63 | Dajo Properties LLC | 11360 Chestnut Tree Rd, Honey Brook, PA 19344 | dajopropp@gmail.com |
| 64 | McMann Commercial Lending LLC | 500 N Michigan Ave Ste 600, Chicago, IL 60611 | walt.trock@gmail.com |
| 65 | Anvil Construction Inc. | 470 N Main St, Brigham City, UT 84302 | (Not available) |

| Claim No. | Creditor / Representative | Address | Email |
|---|---|---|---|
| 67 | Sunlight Storage LLC | 3344 Bear Canyon Ln, Pleasant Grove, UT 84062 | dougelo7@gmail.com |
| 69 | Moser Holdings, LLC | 537 S. 150 E., Smithfield, UT 84335 | (Not available) |
| 70 | Braces at Brick, PA – Dr John Young | 900 Cedar Bridge Ave Ste B15, Brick, NJ 08723 | (Not available) |
| 71 | 20Twenty Development LLC | 494 N Emery Ave, Orem, UT 84057 | bryan@newdevelopmentconsulting.com |

**B. OTHER WITNESSES**

| Name / Role | Address | Email |
|---|---|---|
| **Scott Bomkamp**, United States Trustee | 400 West Washington Street, Suite 1100, Orlando, FL 32801 | scott.e.bomkamp@usdoj.gov |
| **Aaron R. Cohen**, Chapter 7 Trustee | P.O. Box 4218, Jacksonville, FL 32201-4218 | (Not available) |

| Name / Role | Address | Email |
|---|---|---|
| **Raye Curry Elliott**, Attorney for Trustee | Akerman LLP, 401 East Jackson Street, Suite 1700, Tampa, FL 33602 | raye.elliott@akerman.com |
| **Bryan K. Mickler**, Debtor's Counsel | Mickler & Mickler, 5452 Arlington Expressway, Jacksonville, FL 32211 | court@planlaw.com |
| **Maria Yip**, Examiner | 2 S. Biscayne Blvd., Suite 2690, Miami, FL 33131 | myip@yipcpa.com |
| **Hal Levenberg**, Assistant to Examiner Maria Yip | (Not available) | (Not available) |
| **David Choate Hughes II** | (Not available) | davidchoatehughes@gmail.com |
| **Adam Walker, Esq.** | Walker Law Office, LLC d/b/a AW Securities Law, 4050 Pennsylvania Ave., Suite 115-10, Kansas City, MO 64111 | (Not available) |
| **Noel R. Boeke**, Counsel for Creditors' Committee | Holland & Knight LLP, 100 North Tampa Street, Suite 4100, Tampa, FL 33602 | (Not available) |

| Name / Role | Address | Email |
|---|---|---|
| **Edward M. Fitzgerald**, Counsel for Creditors' Committee | Holland & Knight LLP, 200 South Orange Ave, Suite 2600, Orlando, FL 32801 | edward.fitzgerald@hklaw.com |
| **Ryan E. Davis**, Counsel for Examiner | Winderweedle, Haines, Ward & Woodman, P.A., Post Office Box 880, Winter Park, FL 32790-0880 | davis@whww.com |
| **Scott W. Spradley**, Attorney for Creditor Stringer/Nutra-Acres | Law Offices of Scott W. Spradley, P.A., 301 S. Central Avenue, P.O. Box 1, Flagler Beach, FL 32136 | scott@flaglerbeachlaw.com |

## C. NOTES ON ZOOM APPEARANCE AND TRANSCRIPTS

Movant respectfully requests that **all out-of-state parties be permitted to appear via Zoom** to avoid undue burden and expense. Movant further states that **if the transcripts requested in the contemporaneously filed motion are produced**, many of the above witnesses may not need to appear at all, as their testimony may be established by the record. Movant is **not attempting to burden the Court** and seeks only an efficient, fair resolution of the underlying motion (Bankr. Doc. 617).

The undersigned further request, since the undersigned is proceeding IFP, that the Court send out all notices/subpoenas to the witnesses listed.

VERIFICATION

I, John Michael Cohan, declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 09-11-2026

**Respectfully submitted in good faith,**

**John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103**
iustusprocessus@outlook.com

Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the foregoing document and/or its attachments by the CM/ECF system, U.S. Mail and/or email.

Debtor
Genie Investments NV Inc.
represented by Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
Email: court@planlaw.com

U.S. Trustee
represented by Scott E. Bomkamp
DOJ-Ust
United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

Chapter 7 Trustee
Aaron R. Cohen
represented by Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
Email: raye.elliott@akerman.com

David C. Hughes II
davidchoatehughes@gmail.com