FILED INTAKE USBC
SEP 14 '26 PM3:48

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

# VERIFIED STATEMENT OF ISSUES

Per Appeal Doc. 480, 669

The issues to be presented on appeal, which question the constitutional and statutory integrity of the proceedings below, are as follows, including but not limited to:

1. Whether the Bankruptcy Court's alleged systemic tampering with the official docket, resulting in the suppression of material evidence—including a law enforcement report documenting a verified crime—violated the Due Process Clause and the Court's ministerial duty to maintain a complete record, thereby rendering the proceedings fundamentally unfair and the record unsuitable for meaningful appellate review.

2. Whether the Bankruptcy Court allegedly engaged in judicial retaliation and violated Appellant's due process rights by canceling the trial on his personal claims immediately after he exposed docket tampering and misconduct, creating a reasonable perception of a retaliatory intent to punish the exercise of his First Amendment right to petition.

3. Whether the cumulative effect of the alleged documented misconduct—docket tampering, concealment of evidence, judicial retaliation, procedural entrapment, and ex parte communications—demonstrates a pattern of bias and a breakdown of the adversarial process so severe that it creates a conclusive appearance of partiality, requiring vacatur of the appealed orders and remand with instructions for reassignment to a different judge.

4. Whether the Bankruptcy Court abused its discretion by striking Appellant's objection to the compromise order without a hearing, where the objection was timely filed and raised material factual disputes regarding the settlement's effect on Appellant's personal claims.

5. Whether the Bankruptcy Court erred by approving a compromise that extinguished Appellant's personal claims against third-party attorneys without providing Appellant notice, an opportunity to be heard, or a determination that the settlement was fair and equitable as to his interests.

6. Whether the Bankruptcy Court violated Appellant's due process rights by failing to address the disappearance of the police report from the docket after Appellant re-filed it, and by canceling the hearing on the matter without explanation.

7. Whether the Bankruptcy Court's cumulative errors—including the alleged docket tampering, suppression of evidence, judicial retaliation, procedural entrapment, and ex parte communications—deprived Appellant of a fair hearing and require reassignment to a different judge on remand.

8. Whether the Bankruptcy Court's approval of the compromise order (Bankr. Doc. 471) on the day immediately following Appellant's re-filing of the police report (Bankr. Doc. 470) demonstrates temporal proximity sufficient to establish a reasonable inference of retaliation, and whether that retaliation violated Appellant's due process rights and his First Amendment right to petition.

VERIFICATION

I, John Michael Cohan, declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 09-14-2026

**Respectfully submitted in good faith,**

**John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103**
iustusprocessus@outlook.com

## Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the foregoing document and/or its attachments by the CM/ECF system, U.S. Mail and/or email.

Debtor
Genie Investments NV Inc.
represented by Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
Email: court@planlaw.com

U.S. Trustee
represented by Scott E. Bomkamp
DOJ-Ust
United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

Chapter 7 Trustee
Aaron R. Cohen
represented by Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
Email: raye.elliott@akerman.com

David C. Hughes II
davidchoatehughes@gmail.com