**[Dtrnabk]** [District Transmittal of Notice of Appeal − BK]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:24−bk−00496−BAJ
Chapter 7

Genie Investments NV Inc.

________Debtor(s)________/

TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this case.

Notice of Appeal filed by John−Michael Cohan and David Hughes on October 30, 2025 (Doc. No. 461), Cover Sheet (Doc. No. 459).

Title of order appealed is 1) Order Granting Motion to Enforce Automatic Stay (filed by Trustee) and Denying the Prejudice Equity Holders' Motions for Sanctions(against the Trustee, Akerman LLP, Aaron Cohen, and Raye Elliott for Bad Faith Litigation, Abuse of Process, Suppression of Exculpatory Evidence, Retaliation, and Breach of Fiduciary Duty filed by John Michael Cohen and David Hughes) (Doc.#432) entered on September 30, 2025; 2) Order Striking Motion for Reconsideration of Order Granting Trustee's Motion to Enforce Automatic Stay and Denying with Prejudice Third Party Individual's Motion for Sanctions filed by David Hughes (Doc.#446) entered on October 21, 2025; 3) Order Striking Motion for Reconsideration of Order Granting Trustee's Motion to Enforce Automatic Stay and Denying with Prejudice Third Party Individual's Motion for Sanctions filed by David Hughes (Doc.#447) entered on October 21, 2025; 4) Order Scheduling Trial on Motion to Approve Compromise of Controversy or Settlement Agreementfiled by Raye Curry Elliott on b (Doc. No. 458) entered on October 29, 2025.

The party or parties included in the appeal to District Court are:

APPELLANT: John−Michael Cohan (Pro Se) General Delivery 5455 Verna Blvd. Jacksonville, FL 32236

ATTORNEY: N/A

APPELLEE: Aaron R. Cohen, Chapter 7 Trustee P.O. Box 4218 Jacksonville, FL 32201−4218 904−389−7277

ATTORNEY: Raye Curry Elliott Akerman LLP 401 East Jackson Street, Suite 1700 Tampa, FL 33602 (813) 223−7333

ADDITIONAL PARTIES IN INTEREST INCLUDE:

APPELLANT:
David Hughes (Pro Se)
2812 Pat Tillman Dr.
Springfield, IL 62711
217−416−5051

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

*Notice of Appeal

The debtor's county of residence is Duval County, Florida.

DC Case #3:26-cv-2394-WWB

DATED on September 14, 2026

FOR THE COURT
Jose A Rodriguez , Clerk of Court
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3−150
Jacksonville, FL 32202

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.