**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

Genie Investments NV Inc.,

Debtor.
______________________/

Case No.: 3:24-bk-00496-BAJ
Chapter 7

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE:**

1. The Honorable Jason A. Burgess will conduct a hearing on **November 9, 2026 at 12:00 p.m. in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202** to consider the following:

**Motion for Leave to Appeal In Forma Pauperis (Doc. 662)**

2. All Parties are directed to appear for this hearing.

3. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

**Avoid delays at Courthouse security checkpoints**. You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

**DATED: September 15, 2026**

FOR THE COURT
Jose A. Rodriguez,
Clerk of Court
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3−150
Jacksonville, FL 32202