**Dated: September 15, 2026**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:
Genie Investments NV Inc.

Case No. 3:24-bk-00496-BAJ
Chapter 7

**ORDER OF AUTHORIZATION**

In accordance with Local Rule 7.02(a)(2), **John Michael Cohan** is permitted to bring a cellphone and a laptop into the Courthouse on **Monday, November 9, 2026, at 10:00 a.m. & 12:00 p.m. and Thursday, January 7, 2027, at 9:00 a.m.**

Mr. Cohan shall present a copy of this Order to security personnel each time he enters the Courthouse with such equipment. Courthouse security personnel will require Mr. Cohan to present a picture identification at the time of entry.

The equipment is subject to inspection at any time by Courthouse security personnel. The equipment shall not be used to take any video or audio recordings. The equipment may not be connected to the Judiciary's computer network within the Courthouse.

The Clerk of the Court shall ensure a copy of this Order is provided to appropriate security personnel and to Mr. Cohan.

Copies:

Interested Party, John-Michael Cohan
U.S. Marshal Service
Court Security Officer
Operations Supervisor – U.S. Bankruptcy Court