**ORDERED.**

**Dated: September 16, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7
_____________________________________/

**ORDER VACATING ORDER ABATING TRUSTEE'S MOTION TO DISMISS APPEALS FOR FAILURE TO PAY FILING FEE**

This Case is before the Court on the Order Abating Trustee's Motion to Dismiss Appeals for Failure to Pay Filing Fee (the "Order Abating") (Doc. 535). Upon review, the Court will *vacate* the Order Abating. Further, the Court will set a status conference on the Motion to Dismiss Appeals for Failure to Pay Filing Fee (the "Motion to Dismiss Appeals") (Doc. 491), filed by the Chapter 7 Trustee. Accordingly, it is

**ORDERED:**

1. The Order Abating (Doc. 535) is Vacated.

2. The Court will hold a status conference at **noon on November 9, 2026**, on the Motion to Dismiss Appeals (Doc. 491). The status conference will be held at the Bryan Simpson United States Courthouse, 300 North Hogan Street, on the fourth floor in Courtroom 4A, Jacksonville, FL 32202.