**ORDERED.**

**Dated: September 16, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

______________________________/

**ORDER VACATING ORDERS ABATING**

This Case is before the Court on the *Motion to Lift Abatement, Reinstate Struck Motions, and for Related Relief* (the "Motion") (Doc. 682), filed by John Michael Cohan. Upon review, the Court will *vacate* the Order Abating Notice of Appeal (Doc. 549) and the Order Abating Motion for Leave to Proceed on Appeal In Forma Pauperis (Doc. 550), and (collectively, the "Abatement Orders"). Further, the Court will set a status conference on the Notice of Appeal (Doc. 546)[1] and the Motion for Leave to Proceed on Appeal In Forma Pauperis (Doc. 547). Accordingly, it is

---

[1] The Notice of Appeal seeks to appeal various matters. (Doc. 546).

**ORDERED:**

1. The Abatement Orders (Docs. 549, 550) are Vacated.

2. The Court will hold a status conference at **noon on November 9, 2026**, on the Notice of Appeal (Doc. 546) and the Motion for Leave to Proceed on Appeal In Forma Pauperis (Doc. 547). The status conference will be held at the Bryan Simpson United States Courthouse, 300 North Hogan Street, on the fourth floor in Courtroom 4A, Jacksonville, FL 32202.