**ORDERED.**

**Dated: September 16, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

_______________________________________/

**ORDER VACATING ORDERS ABATING**

This Case is before the Court on the *Motion to Lift Abatement, Reinstate Struck Motions, and for Related Relief* (the "Motion") (Doc. 682), filed by John Michael Cohan. Upon review, the Court will *vacate* the Order Abating Motion for Leave to Proceed on Appeal In Forma Pauperis (Doc. 602), and the Order Abating Notice of Appeal (Doc. 605) (collectively, the "Abatement Orders"). Further, the Court will process the Notice of Appeal (Doc. 591) of the Order Sustaining Trustee's Objection to Claim Four (Doc. 583) (Doc. 591) and grant the Motion for Leave to Proceed on Appeal In Forma Pauperis (Doc. 592). Accordingly, it is

**ORDERED:**

1. The Abatement Orders (Docs. 602, 605) are Vacated.
2. The Motion for Leave to Proceed on Appeal In Forma Pauperis (Doc. 592) is Granted.
3. The Clerk for the Middle District of Florida Bankruptcy Court is directed to process the Notice of Appeal (Doc. 591) filed by Mr. Cohan.