**ORDERED.**

**Dated: September 17, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

_______________________________________/

**ORDER DIRECTING RESPONSE AND SCHEDULING HEARING**

This Case is before the Court on the *Amended Verified Omnibus Objection to Claims* (the "Amended Objection") (Doc. 644), filed by John Michael Cohan. Upon review, the Court will give the Chapter 7 Trustee (the "Trustee"), and all other interested parties thirty (30) days from the date of this Order to respond to the Amended Objection. Accordingly, it is

**ORDERED:**

1. The Trustee and all other interested parties shall have thirty (30) days from the date of this Order to respond to the Amended Objection.

2. The Court will hold a hearing at **noon on November 9, 2026**, on the Amended Objection (Doc. 644). The hearing will be held at the Bryan Simpson United States Courthouse, 300 North Hogan Street, on the fourth floor in Courtroom 4A, Jacksonville, FL 32202.