FILED INTAKE USBC
SEP 17 '26 PM3:32

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

**VERIFIED NOTICE OF APPEAL**

COMES NOW John Michael Cohan, protected person under Marsy's Law, pro se, and hereby appeals to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. § 158(a), from the following orders entered by the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division:

1. The Order Vacating Orders Abating (Docs. 533, 534) entered on September 16, 2026, at Bankr. Doc. 700, in Case No. 3:24-bk-00496-BAJ.

2. The Order Vacating Order Abating Trustee's Motion to Dismiss Appeals (Doc. 535) entered on September 16, 2026, at Bankr. Doc. 702, in Case No. 3:24-bk-00496-BAJ.

3. The Order Vacating Orders Abating (Docs. 549, 550) entered on September 16, 2026, at Bankr. Doc. 704, in Case No. 3:24-bk-00496-BAJ.

4. The Order Vacating Orders Abating (Docs. 564, 565) entered on September 16, 2026, at Bankr. Doc. 705, in Case No. 3:24-bk-00496-BAJ.

5. The Order Vacating Orders Abating (Docs. 635, 636) entered on September 16, 2026, at Bankr. Doc. 707, in Case No. 3:24-bk-00496-BAJ.

VERIFICATION

I, John Michael Cohan, declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 09-17-2026

**Respectfully submitted in good faith,**

**John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103**
iustusprocessus@outlook.com

## Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the foregoing document and/or its attachments by the CM/ECF system, U.S. Mail and/or email.

Debtor
Genie Investments NV Inc.
represented by Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
Email: court@planlaw.com

U.S. Trustee
represented by Scott E. Bomkamp
DOJ-Ust
United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

Chapter 7 Trustee
Aaron R. Cohen
represented by Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
Email: raye.elliott@akerman.com

David C. Hughes II
davidchoatehughes@gmail.com