**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

______________________________________/

**CHAPTER 7 TRUSTEE'S WITNESS LIST**

Aaron R. Cohen, Chapter 7 Trustee (the "Trustee"), by and through undersigned counsel and pursuant to the Court's Orders Scheduling Trial (Docs. 671 and 672), hereby submits the following as his witness list for the trial on: (i) John Michael Cohan's Verified Motion to Modify or Rescind Order to Show Cause and for Final Ruling on Show Cause Hearing (Doc. 617), and (ii) Chapter 7 Trustee's Motion for Preliminary and Permanent Injunction (Doc. 624), scheduled for November 9, 2026, at 10:00 a.m.:

**WITNESSES**

The Trustee may call the following witnesses:

1. Aaron R. Cohen, Chapter 7 Trustee.
2. John Michael Cohan.
3. David C. Hughes II.
4. Any person identified through discovery as having information relevant to the issues before the Court.
5. Any witness called by John Michael Cohan.
6. Any witness called by David C. Hughes II.
7. Any rebuttal witness to testimony offered by John Michael Cohan.
8. Any rebuttal witness to testimony offered by David C. Hughes II.

The Trustee reserves the right to supplement and amend this Witness List.

Dated: September 18, 2026

AKERMAN LLP

By: */s/ Raye C. Elliott*

Raye C. Elliott, Esq.
Florida Bar Number: 018732
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Phone: (813) 223-7333
Fax: (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 18, 2026, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and a true and correct copy was served by electronic mail to the following who consented in writing to receive service of pleadings at the email address listed below:

John Michael Cohan
iustusprocessus@outlook.com

David Hughes
davidchoatehughes@gmail.com

*/s/ Raye C. Elliott*
Attorney