UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Genie Investments NV, Inc.,

Case No.: 3:24-bk-00496-BAJ
Chapter 7

Debtor.
_______________________________/

**UNITED STATES TRUSTEE'S WITNESS LIST IN CONNECTION WITH THE TRIAL ON THE VERIFIED MOTION TO MODIFY OR RESCIND ORDER TO SHOW CAUSE (Doc. No. 347) AND FOR FINAL RULING ON SHOW CAUSE HEARING (Doc. No. 617)**

COMES NOW, the Acting United States Trustee for Region 21, Guy A. Van Baalen (the "United States Trustee"), by and through the undersigned counsel, and files this witness list in connection with the trial on the Verified Motion to Modify or Rescind Order to Show Cause (Doc. No. 347) and for Final Ruling on Show Cause Hearing (Doc. No. 617) which trial has been set for November 9, 2026. (Doc. No. 671).

The witnesses whom the United States Trustee may call include the following:

1. **David C. Hughes, II**

   Email: dhughes@genieinvestments.com

2. **John Michael Cohan**

   Email: jmcohan@genieinvestments.com
   iustusprocessus@outlook.com

3. Any witness called by Counsel for the Debtor or any Interested Party; and

4. Any rebuttal witnesses.

Dated: September 18, 2026.

Respectfully Submitted,

Guy A. Van Baalen
Acting United States Trustee for Region 21

*/s/ Scott Bomkamp*
Scott Bomkamp, Trial Attorney
Office of the United States Trustee
U.S. Department of Justice
400 W. Washington St., Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6067
Email: scott.e.bomkamp@usdoj.gov
Indiana Bar No.: 28475-49

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on September 18, 2026 on all parties having appeared electronically via CM/ECF in the instant matter and upon iustusprocessus@outlook.com.

*/s/ Scott Bomkamp*
Scott Bomkamp, Trial Attorney