United States Bankruptcy Court
Middle District of Florida

In re: Genie Investments NV Inc.
Debtor

Case No. 24-00496-BAJ
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-3 User: admin Page 1 of 3
Date Rcvd: Sep 16, 2026 Form ID: pdfdocLR Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genie Investments NV Inc., PO Box 60443, Jacksonville, FL 32236-0443 |
| aty | + | Corey D. Boddie, 40 Exchange Place, Suite 1800, New York, NY 10005-2716 |
| aty | | Winderweedle, Haines, Ward & Woodman, P.A., c/o Ryan E. Davis, PO Box 1391, Orlando, FL 32802-1391 |
| cr | | Acres & Royalty, LLC, c/o G. Chase Buxton, P.O. Box 1087, Ruston, LA 71273-1087 |
| cr | + | Andorful Dynasty Real Estate LLC, 4826 Cragmere Loop, Clermont, FL 34711-5523 |
| cr | + | Attn: Bryan Olson 20 Twenty Development LLC, 494 N Emery Ave, Orem, UT 84057-3708 |
| intp | + | David Hughes, PO Box 60443, Jacksonville, FL 32236-0443 |
| fa | #+ | Hal A. Levenberg, CIRA, CFE, YIP ASSOCIATES, One Biscayne Tower, 2 S. Biscayne Blvd., Suite 2690, Miami, FL 33131-1815 |
| crcm | + | Holland & Knight LLP, c/o Noel Boeke, Esq., 100 N. Tampa St., Ste. 4100, Tampa, FL 33602-3644 |
| intp | + | John-Michael Cohan, 103 Century 21 Drive, Suite 100 #4, Jacksonville, FL 32216-9256 |
| cr | + | Lisa Butkiewicz, 6501 E. Greenway Parkway, #103-218, Scottsdale, AZ 85254-2025 |
| intp | + | Mitchell Mims, MIMS-IPR, LLC, 1627 7th St S, Clanton, AL 35045-8786 |
| cr | + | North Haven Lodging Partners, LLC, c/o Foley & Lardner LLP, Attn: Benjamin J. Morris, 11988 El Camino Real, Ste. 400, San Diego, CA 92130-2594 |
| crcm | + | The Official Committee of Unsecured Creditors (Cre, c/o Noel R. Boeke, Holland & Knight LLP, 100 North Tampa Street, Suite 4100, Tampa, FL 33602-3644 |
| cr | + | Wallingford Lodging Partners, LLC, c/o Foley & Lardner LLP, Attn: Benjamin J. Morris, 11988 El Camino Real, Ste. 400, San Diego, CA 92130-2594 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: lea.bellerealty@gmail.com | Sep 16 2026 22:16:00 | Belle Maison Realty, LLC, c/o Lea Muse, Owner, 1133 E. 83rd Street 171, Chicago, IL 60619 |
| ex | + | Email/Text: trustee@yipcpa.com | Sep 16 2026 22:16:00 | Maria M Yip, Yip & Associates, 9200 S. Dadeland Blvd., Ste 316, Miami, FL 33156-2711 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Adam B. Walker |
| cr | | Charles Blake Stringer |
| intp | | Corey D. Boddie |
| cr | | Foster Group, LLC |
| cr | | Kristin Stegent |
| cr | | Lea Muse |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Cohen | aaron@arcohenlaw.com vanessa@arcohenlaw.com,ahc@trustesolutions.net,cahc11@trustesolutions.net,nick@arcohenlaw.com |
| Bryan K. Mickler | on behalf of Plaintiff Genie Investments NV Inc. court@planlaw.com bkmickler@planlaw.com;mmiller@planlaw.com;kdcollier@planlaw.com;mmiller@planlaw.com;LawOfficesofMicklerMicklerLLP@jubileebk.net;ahm.planman@gmail.com;ahm-planman@juno.com |
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com bkmickler@planlaw.com;mmiller@planlaw.com;kdcollier@planlaw.com;mmiller@planlaw.com;LawOfficesofMicklerMicklerLLP@jubileebk.net;ahm.planman@gmail.com;ahm-planman@juno.com |
| Bryce C Krampert | on behalf of Defendant CMZ Investments LLC bryce@postillionlaw.com |
| Bryce C Krampert | on behalf of Defendant ZNOC Enterprises LLC bryce@postillionlaw.com |
| Edward M Fitzgerald | on behalf of Creditor Committee The Official Committee of Unsecured Creditors (Creditors Committee) edward.fitzgerald@hklaw.com margaret.gruener@hklaw.com |
| Edward M Fitzgerald | on behalf of Creditor Committee Holland & Knight LLP edward.fitzgerald@hklaw.com margaret.gruener@hklaw.com |
| Jerrett M. McConnell | on behalf of Defendant Cald Holdings LLC jmcconnell@mcconnelllawgroup.com |
| John Cohan | iustusprocessus@outlook.com |
| Max R Tarbox | on behalf of Creditor Charles Blake Stringer max@tarboxlaw.com |
| Raye Curry Elliott | on behalf of Trustee Aaron R. Cohen raye.elliott@akerman.com jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Interested Party Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Intervenor Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Counter-Defendant Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Plaintiff Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |

| | |
|---|---|
| Ryan E Davis | on behalf of Examiner Maria M Yip rdavis@whww.com mquallio@whww.com |
| Ryan E Davis | on behalf of Attorney Winderweedle Haines, Ward & Woodman, P.A. rdavis@whww.com, mquallio@whww.com |
| Ryan E Davis | on behalf of Financial Advisor Hal A. Levenberg CIRA, CFE rdavis@whww.com, mquallio@whww.com |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - JAX 13/7 7 scott.e.bomkamp@usdoj.gov |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - FTM7/13 7 scott.e.bomkamp@usdoj.gov |
| Scott W Spradley | on behalf of Creditor Charles Blake Stringer scott@flaglerbeachlaw.com suzy@flaglerbeachlaw.com;danielle@flaglerbeachlaw.com |
| Scott W Spradley | on behalf of Plaintiff Nutra-Acres LLC scott@flaglerbeachlaw.com, suzy@flaglerbeachlaw.com;danielle@flaglerbeachlaw.com |
| Scott W Spradley | on behalf of Plaintiff Charles Blake Stringer scott@flaglerbeachlaw.com suzy@flaglerbeachlaw.com;danielle@flaglerbeachlaw.com |
| United States Trustee - JAX 11 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 25

**ORDERED.**

**Dated: September 16, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

______________________________________/

**ORDER VACATING ORDERS ABATING**

This Case is before the Court on the *Motion to Lift Abatement, Reinstate Struck Motions, and for Related Relief* (the "Motion") (Doc. 682), filed by John Michael Cohan. Upon review, the Court will *vacate* the Order Abating Notice of Appeal (Doc. 635) and the Order Abating Motion for Leave to Proceed on Appeal In Forma Pauperis (Doc. 636), and (collectively, the "Abatement Orders"). Further, the Court will set a status conference on the Notice of Appeal (Doc. 618)[1] and the Motion for Leave to Proceed on Appeal In Forma Pauperis (Doc. 619). Accordingly, it is

[1] The Notice of Appeal seeks to appeal various matters. (Doc. 618).

**ORDERED:**

1. The Abatement Orders (Docs. 635, 636) are Vacated.
2. The Court will hold a status conference at **noon on November 9, 2026**, on the Notice of Appeal (Doc. 618) and the Motion for Leave to Proceed on Appeal In Forma Pauperis (Doc. 619). The status conference will be held at the Bryan Simpson United States Courthouse, 300 North Hogan Street, on the fourth floor in Courtroom 4A, Jacksonville, FL 32202.