**ORDERED.**

**Dated: September 22, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

Genie Investments NV, Inc.,

Debtor.
_______________________________/

Case No.: 3:24-bk-00496-BAJ
Chapter 7

**ORDER TO SHOW CAUSE**

This Case came for consideration on the Court's own motion to consider the entry of an appropriate order. After reviewing various pleadings filed by John M. Cohan ("Mr. Cohan") in this Case, it has come to the Court's attention that many of the cases cited appear to not exist or quotes from the cited cases do not exist. Upon review, the Court finds it appropriate to hold a Show Cause hearing, at which Mr. Cohan is required to appear ***in person***, and show cause, if cause exists, why Mr. Cohan should not be sanctioned. Sanctions may include but are not limited to: denial of any and all pending Motions, Objections, or other pleadings filed by Mr. Cohan; granting of any and all Motions, Objections, or other pleadings filed against Mr. Cohan; and/or impose limitations or restrictions on future filings by Mr. Cohan.

Accordingly, it is,

**ORDERED:**

Mr. Cohan shall appear before the Court ***in person*** on **November 9, 2026**, **at 10:00 a.m.**, in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida, 32202 and show cause, if cause exists, why the Court should not deny any and all pending Motions, Objections, or other pleadings filed by Mr. Cohan; grant any and all Motions, Objections, or other pleadings filed against Mr. Cohan; and/or impose limitations or restrictions on future filings by Mr. Cohan.

# # #

Clerk's Office to Serve.