FILED INTAKE USBC
SEP 22 '26 PM3:47

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

# AMENDED NOTICE OF APPEAL

Notice is hereby given that John Michael Cohan, an equity shareholder of the debtor and party in interest, appeals to the United States District Court for the Middle District of Florida from the following orders entered in this bankruptcy case:

- **Doc. 601** – Order Striking Objection to Amended Claim Four (4), entered **June 9, 2026**
- **Doc. 602** – Order Abating Motion for Leave to Proceed on Appeal in Forma Pauperis, entered **June 9, 2026**
- **Doc. 603** – Order Striking Motion for Reconsideration of Order Allowing Claim Four (4), entered **June 9, 2026**
- **Doc. 604** – Order Striking Objection to Claim Five (5), entered **June 9, 2026**
- **Doc. 605** – Order Abating Notice of Appeal, entered **June 9, 2026**

This Amended Notice of Appeal is filed to correct the docket descriptions and dates in the original Notice of Appeal (Doc. 618, filed June 22, 2026), and to add Doc. 602, which was inadvertently misnamed.

The undersigned requests that the District Court decide whether the Bankruptcy Court abused its discretion by striking the undersigned's filings without a final ruling on the pending show cause hearing (Doc. 347).

Dated: 09-22-2026

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the foregoing document and/or its attachments by the CM/ECF system, U.S. Mail and/or email.