**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

_______________________________________/

**APPELLEE'S DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Aaron Cohen, Chapter 7 Trustee (the "Trustee"), by and through undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 8009, submits his designation of items to be included in the appeal initiated by the Notice of Appeal filed by John Michael Cohan which was designated Case No. 3:26-cv-02394-WWB by the United States District Court for the Middle District of Florida and Statement of Issues to be Presented on Appeal as follows:

**DESIGNATION OF THE RECORD**

| Filing Date | Docket No. | Description |
|---|---|---|
| 2/19/2025 | 296 | Trustee's Motion to Enforce Automatic Stay |
| 3/4/2025 | 317 | Order Scheduling Trial |
| 3/4/2025 | 318 | Interim Order on Motion to Enforce Automatic Stay |
| 3/4/2025 | 319 | Movants' Brief On The Inapplicability of the Automatic Stays to Personal Claims |
| 4/11/2025 | 353 | Trustee's Brief in Support of Motion to Enforce Automatic Stay |
| 5/2/2025 | 355 | Response to Trustee's Brief Opposing Enforcement of the Stays Against Non-Estate Claims |
| 5/2/2025 | 357 | Trustee's Reply to Brief on the Inapplicability of the Automatic Stays to Personal Claims |
| 5/16/2025 | 360 | Trustee's Reply to David Hughes' and John Cohan's Response to Trustee's Brief Opposing Enforcement of the Stay Against Non-Estate Personal Claims |
| 6/17/2025 | 372 | Joint Stipulation of Undisputed Facts and Exhibits Regarding the Trustee's Motion to Enforce Automatic Stay |
| 6/17/2025 | 373 | Chapter 7 Trustee's Exhibit List for trial on Trustee's Motion to Enforce Automatic Stay |
| | 373-1 | Trustee's Exhibit 1 |

| Filing Date | Docket No. | Description |
|---|---|---|
| | 373-2 | Trustee's Exhibit 2 |
| | 373-3 | Trustee's Exhibit 3 |
| | 373-4 | Trustee's Exhibit 4 |
| | 373-5 | Trustee's Exhibit 5 |
| 6/24/2025 | 377 | Annotated Exhibit List of Chapter 7 Trustee |
| 6/25/2025 | 379 | John Cohan's Exhibit List |
| 7/25/2025 | 388 | Trustee's Post-Trial Brief in Support of His Motion to Enforce Automatic Stay and in Opposition to Motions for Sanctions |
| 7/25/2025 | 389 | Notice of Filing Transcript Excerpt |
| 7/25/2025 | 390 | John Cohan's Post-Trial Brief – Applicability of the Stays Trial/Motion for Sanctions Evidentiary Hearing |
| 9/30/2025 | 432 | Order Granting Trustee's Motion to Enforce Automatic Stay and Denying With Prejudice Equity Holders' Motions for Sanctions |
| 10/9/2025 | 435 | Trustee's Motion to (I) Compromise Claims With Christopher D. Warren, P.C., Warren Law Group, PLLC, and Scott Oh and (II) Enjoin Certain Claims |
| 10/14/2025 | 440 | John Michael Cohan's and David Hughes' Objection to Trustee's Motion to (I) Compromise Claims With Christopher D. Warren, P.C., Warren Law Group, PLLC, and Scott Oh and (II) Enjoin Certain Claims |
| 10/28/2025 | 455 | Order Scheduling Trial |
| 10/29/2025 | 457 | Order Striking Objection to Trustee's Motion to (I) Compromise Claims With Christopher D. Warren, P.C., Warren Law Group, PLLC, and Scott Oh and (II) Enjoin Certain Claims |
| 11/5/2025 | 471 | Order Granting Trustee's Motion to (I) Compromise Claims With Christopher D. Warren, P.C., Warren Law Group, PLLC, and Scott Oh and (II) Enjoin Certain Claims |
| 11/12/2025 | 479 | Motion for Leave to Appeal In Forma Pauperis |
| 11/12/2025 | 480 | Notice of Appeal |
| 11/14/2025 | 486 | Order Denying Motion for Leave to Appeal In Forma Pauperis |
| 11/18/2025 | 490 | Motion for District Court Review of Bankruptcy Court Denial of In Forma Pauperis Status |
| 11/25/2025 | 492 | Findings of Fact and Conclusions of Law on Order Denying Motion for Leave to Appeal In Forma Pauperis |
| 8/27/2026 | 660 | Notice of Transmittal of Copy of Case Paper to Bankruptcy Clerk re: District Court Case # 3:25-cv-1398-JEP |
| 9/3/2026 | 669 | Order Approving Application to Proceed in District Court Without Prepaying Fees or Costs |

**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

The issues presented by this appeal are as follows:[1]

1. Did the Bankruptcy Court commit reversible error by approving the Trustee's settlement of the Debtor's malpractice claim?

2. Does the Trustee's settlement of the Debtor's malpractice claim meet the requirements for Bankruptcy Court approval of settlements set forth in *Wallis v. Justice Oaks II, Ltd. (In re Justice Oaks II, Ltd.)*, 898 F.2d 1544 (11th Cir. 1990)?

3. Did the Bankruptcy Court commit reversible error by holding that the right to pursue the Debtor's malpractice claims are solely owned by the bankruptcy estate and enjoining all non-debtor parties from asserting a claim against the attorneys and law firms that are the subject of the proposed settlement?

Dated: September 25, 2026

AKERMAN LLP

By: */s/ Raye C. Elliott*

Raye C. Elliott, Esq.
Florida Bar Number: 018732
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Phone: (813) 223-7333
Fax: (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee

[1] The Trustee recognizes that Federal Rule of Bankruptcy Procedure 8009 does not provide for Appellee to file a separate statement of issues to be presented on appeal. However, the Statement of Issues filed by Appellant, John Cohan, (Doc. 689) does not accurately represent the actual issues that are the subject of this appeal and therefore the Trustee is filing his own separate Statement of Issues To Be Presented On Appeal.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 25, 2026, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and a true and correct copy was served by electronic mail to the following who consented in writing to receive service of pleadings at the email address listed below:

John Michael Cohan
iustusprocessus@outlook.com

*/s/ Raye C. Elliott*
Attorney