United States Bankruptcy Court
Middle District of Florida

In re: Case No. 24-00496-BAJ
Genie Investments NV Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-3 User: admin Page 1 of 6
Date Rcvd: Sep 24, 2026 Form ID: Dordst Total Noticed: 155

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genie Investments NV Inc., PO Box 60443, Jacksonville, FL 32236-0443 |
| aty | + | Corey D. Boddie, 40 Exchange Place, Suite 1800, New York, NY 10005-2716 |
| aty | | Winderweedle, Haines, Ward & Woodman, P.A., c/o Ryan E. Davis, PO Box 1391, Orlando, FL 32802-1391 |
| cr | | Acres & Royalty, LLC, c/o G. Chase Buxton, P.O. Box 1087, Ruston, LA 71273-1087 |
| cr | + | Attn: Bryan Olson 20 Twenty Development LLC, 494 N Emery Ave, Orem, UT 84057-3708 |
| intp | + | David Hughes, PO Box 60443, Jacksonville, FL 32236-0443 |
| fa | #+ | Hal A. Levenberg, CIRA, CFE, YIP ASSOCIATES, One Biscayne Tower, 2 S. Biscayne Blvd., Suite 2690, Miami, FL 33131-1815 |
| crcm | + | Holland & Knight LLP, c/o Noel Boeke, Esq., 100 N. Tampa St., Ste. 4100, Tampa, FL 33602-3644 |
| intp | + | John-Michael Cohan, 103 Century 21 Drive, Suite 100 #4, Jacksonville, FL 32216-9256 |
| cr | + | Lisa Butkiewicz, 6501 E. Greenway Parkway, #103-218, Scottsdale, AZ 85254-2025 |
| intp | + | Mitchell Mims, MIMS-IPR, LLC, 1627 7th St S, Clanton, AL 35045-8786 |
| cr | + | North Haven Lodging Partners, LLC, c/o Foley & Lardner LLP, Attn: Benjamin J. Morris, 11988 El Camino Real, Ste. 400, San Diego, CA 92130-2594 |
| crcm | + | The Official Committee of Unsecured Creditors (Cre, c/o Noel R. Boeke, Holland & Knight LLP, 100 North Tampa Street, Suite 4100, Tampa, FL 33602-3644 |
| cr | + | Wallingford Lodging Partners, LLC, c/o Foley & Lardner LLP, Attn: Benjamin J. Morris, 11988 El Camino Real, Ste. 400, San Diego, CA 92130-2594 |
| 31394700 | + | 20Twenty Development LLC, 494 N Emery Ave, Orem, UT 84057-3708 |
| 30864161 | + | A Complete Home Inspection LLC, 110 Velsco Lane, Port Sulphur, LA 70083-2362 |
| 30917381 | + | ALV Capital LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, Bedford, NH 03110-7058 |
| 30864166 | + | ALV Capital LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30897961 | + | AMRODDO HOLDINGS, LLC, 625 WOODMONT AVE, BERKELEY, CA 94708-1233 |
| 30864162 | | Acres & Royalty LLC, P.O. Box 1087, Ruston, LA 71273-1087 |
| 30864163 | | Adaptive Medical Technologies LLC, 7349 Paseo Del Sur, Scottsdale, AZ 85258 |
| 30864164 | + | Ajer LLC, 1070 S 650 West, Farmington, UT 84025-4603 |
| 30864167 | + | Ameiva LLC, 282 E 300 S, Smithfield, UT 84335-1636 |
| 30864168 | + | Amrodddo Holdings LLC, 2283 Candlestick Ave, Henderson, NV 89052-2361 |
| 30864169 | + | Andorful Dynasty Real Estate LLC, 4826 Cragmere Loop, Clermont FL 34711-5523 |
| 30864170 | + | Another Chance Group Home Inc, 54 N Vista Ave, Casa Grande, AZ 85122-3193 |
| 30864171 | + | Anvil Construction Inc, 470 N. Main Street, Brigham City, UT 84302-1858 |
| 31296902 | + | Anvil Construction Inc., 470 N Main St, Brigham City, UT 84302, Brigham City, UT 84302-1858 |
| 30864172 | + | Archer Capital Investments, Attn: Michael Thompson, 1448 W. Salmon Caddis Drive, Bluffdale, UT 84065-5122 |
| 31312041 | + | Archer Capital Investments LLC / Michael Thompson, 1448 W. Salmon Caddis Dr., 1448 W. Salmon Caddis Dr., Bluffdale, UT 84065-5122 |
| 30864173 | + | Autonomous Drone Solutions DBA Calaway Solutions L, 2121 Brittmoore 2200, Houston, TX 77043-2220 |
| 30864174 | + | BAYI Capital Management LLC, 148 Undercliff Avenue, Edgewater, NJ 07020-1275 |
| 30864176 | + | Bild Credit LLC, 30 N Gould Street 30212, Sheridan, WY 82801-6317 |
| 30864177 | + | Bold City Commercial LLC, 4426 CAPITAL DOME DR, Jacksonville, FL 32246-7456 |
| 30864249 | | Braces at Brick, PA - Dr John Young, 900 Cedar Bridge Ave Ste B15, Brick, NJ 08723 |
| 31161290 | | Brian Bevan, 282 East 300 South, SMITHFIELD, UT 84335-1636 |
| 30972357 | + | Brooklyn Heights, 307 N Lincoln Street, 307 N Lincoln Street, Tallulah, LA 71282-4314 |
| 30864250 | + | Brooklyn Heights LLC, 307 N Lincoln Street, Tallulah, LA 71282-4314 |
| 30799849 | + | Bryan K. Mickler, Attorney for the Debtor, 5452 Arlington Expy., Jacksonville, FL 32211-6860 |

| | | |
|---|---|---|
| 30864251 | + | Bull & Bear Properties LLC, 1140 E 87th Street, Chicago, IL 60619-7012 |
| 30938426 | + | Business Live Global USA LLC, 4538 Walnut Ridge Circle, 4538 Walnut Ridge Circle, McDonald, PA 15057-1608 |
| 30864252 | + | Business Live Global USA, LLC, 4538 Walnut Ridge Circle, Mc Donald, PA 15057-1608 |
| 30864254 | + | CNF Solutions LLC, 135 East 620 South, Smithfield, UT 84335-4901 |
| 30864253 | + | CannaVision Inc, 777 Main Street 600, Fort Worth, TX 76102-5368 |
| 30881178 | + | Charles Blake Stringer/Nutra-AcresLLC, 149 South Shore Drive, Amarillo, TX 79118-8007 |
| 30864255 | + | Cobb Utilities Inc, 191 Honey Suckle Circle, Ranger, GA 30734-6792 |
| 31007083 | + | Cobb Utilities Inc., 191 Honeysuckle Circle NE., Ranger, GA 30734-6792 |
| 30864256 | + | Cool Beanz LLC, 6585 Decatur Blvd, Las Vegas, NV 89118-2110 |
| 30885760 | + | Cool Beanz, LLC, 143 West Fulton Street, Sanford, FL 32771-1218 |
| 30864257 | | Dajo Properties LLC, 11360Chestnut Tree Rd, Honey Brook, PA 19344 |
| 30864258 | + | Darnell Development, LLC, 2814 W Newton CT, Visalia, CA 93291-6593 |
| 30864259 | | Dun Agro Hemp Group Inc, P.O. Box 475, Shelbyville, IN 46176 |
| 30864260 | + | Edge Development LLC, 315 239th Ct. SE, Sammamish, WA 98074-3687 |
| 30864261 | | Expansive Investments, LLC, 3855 S 500 W B, Salt Lake City, UT 84115 |
| 30864262 | + | Faith Investor Services, LLC, 1522 4th Ave, Asbury Park, NJ 07712-4962 |
| 30882156 | + | Faith Investors Services LLC, 1522 4th Ave, Asbury Park, NJ 07712-4962 |
| 30864263 | + | Fehu Capital Inc, 3139 W. Holmbe Blvd A 77025-1533 |
| 30864264 | + | Ficarra Holdings LLC, 408 Billings Road, Somers, CT 06071-2037 |
| 30864266 | + | Global Verse Holdings LLC, 1709 Vintage Lane, Wylie, TX 75098-0816 |
| 30864267 | + | Golden Goods LLC, 3620 West 10th Street, Greeley, CO 80634-1853 |
| 30864268 | + | H&M Essential Services, LLC, 221 N Broad Street 3A, Middletown, DE 19709-1070 |
| 30864269 | | Half a Dime, LTD, Box 653, Alberta |
| 30864270 | | Heliosun LLC DBA Odin, 1600 S Litchfield Rd 230A, Goodyear, AZ 85338 |
| 30864271 | + | High Dunes II LLC, 17 Lockwood Drive, Charleston, SC 29401-1190 |
| 30917428 | + | Hospitality Growth Capital LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, Bedford, NH 03110-7058 |
| 30864272 | + | Hospitality Growth Capital LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864273 | + | Humane Care 7 Days Medical Group Inc, 6552 Bolsa Avenue N, Huntington Beach, CA 92647-2656 |
| 30864274 | + | Iron Dragon Corporation, 70 Winding Way, Gibbsboro, NJ 08026-1460 |
| 30864275 | + | JC&TL Inc, 13865 Magnolia Avenue B, Chino, CA 91710-7047 |
| 31230380 | + | Jimmy D Chambers, CPA, 7200 Hwy 87 N, Orange, TX 77632-9275 |
| 30864276 | + | Just Hewitt LLC, 205 E Hidalgo Avenue, Raymondville, TX 78580-2545 |
| 30864277 | + | Knife & Spirit, 7217 E 4th Avenue, Scottsdale, AZ 85251-3634 |
| 30864278 | + | Knights Lending, 1603 Capitol Ave, Ste. 413, Cheyenne, WY 82001-4562 |
| 30864279 | + | Knut LLC, 697 N 740 E, Lehi UT 84043-1300 |
| 31221058 | + | Kristin Stegent, 40 CR 267, Somerville, TX 77879-5208 |
| 30885650 | | Latent Lending, LLC, Latent Wealth Group, LLC, Mark Steiner, 302 N. Abajo Peak Way, UT 84032 |
| 30864280 | + | Latent Wealth Group LLC, 302 N. Abajo Peak Way, Heber City, UT 84032-6501 |
| 30864281 | + | Law Offices of Mickler & Mickler, LLP, 5452 Arlington Expy., Jacksonville, FL 32211-6860 |
| 30882328 | + | Legacy Land Developers LLC, 1651 W 100th St, CHICAGO, IL 60643-2128 |
| 31202972 | | Limitless Investment Group, LLC, 3855 south, 500 West Unit B, Salt Lake City, UT 84115 |
| 30864282 | + | Lobenhaus Capital, LLC, 6303 Lone Wolf Drive, Jamesville, NY 13078-9587 |
| 30864283 | + | Log Cabin Building LLC, 289 Parker Drive, Pittsburgh, PA 15216-1346 |
| 30864284 | + | MAA DFW Investments LLC, 2509 Amelia Island, Southlake, TX 76092-1583 |
| 30882317 | + | MIMS-IPR, LLC, 1627 7th St S, Clanton, AL 35045-8786 |
| 31286412 | + | McMann Commercial Lending LLC, c/o David E. Cohen, SWK Attorneys at Law, 500 Skokie Blvd., Ste 600, Northbrook, IL 60062-2831 |
| 30864285 | + | McMann Commercial Lending LLC, 500 N Michigan Ave 600, Chicago, IL 60611-3754 |
| 30864286 | + | Meetopolis LLC, Attn: Lisa Butkiewicz, 5434 E Kathleen Road, Scottsdale, AZ 85254-1759 |
| 31203128 | | Michael Calvitto, H&M Essential Services LLC., 15714 Torry Pines Rd., Houston, TX 77062-4512 |
| 31014476 | + | Michael Thompson, 1448 W Salmon Caddis Dr, Bluffdale, UT 84065-5122 |
| 30864287 | | Michele Ruiz Productions, LLC DBA Ruiz Strategies, 925 Century Park East 1700, West Hollywood, CA 90069 |
| 30864288 | + | Moser Holdings, LLC, 537 S. 150 E., Smithfield, UT 84335-1654 |
| 30864289 | + | My Dragonfly Home Solutions, LLC, 7700 Irvine Center Drive 800, Irvine, CA 92618-3047 |
| 31014317 | + | N2N Group, Inc, 5 Webb Hill Road, Great Neck, NY 11020, Attention: Michelle Chen, Great Neck, NY 11020-1118 |
| 30864290 | + | NCR Digital Corp, 237 Floyd Road, Shirley, NY 11967-2941 |
| 30864296 | + | NY SF Sunset Yards LLC, 64 Grand Street, Brooklyn, NY 11249-4219 |
| 31000629 | + | New Mount Olive Church, 2905 Macfarlane Crescent, 2905 Macfarlane Crescent, Flossmoor, IL 60422-1427 |
| 30864291 | + | New Mount olive Missionary Baptist Church Inc, P.O. Box 1696, Harvey, IL 60426-7696 |
| 30991787 | + | North Haven Lodging Partners LLC, Benjamin J. Morris, c/o Foley & Lardner, 11988 El Camino Real, Suite 400, San Diego, CA 92130-2594 |
| 30864292 | + | North Haven Lodging Partners LLC, 2517 W Brentridge Circle, Sioux Falls, SD 57108-1573 |
| 30901426 | + | North Haven Lodging Partners, LLC, Attn: Benjamin Morris, Esq., Foley & Lardner LLP, 11988 El Camino Real, Suite 400, San Diego, CA 92130-2594 |

| | | |
|---|---|---|
| 30864293 | + | Nortical Capital Inc, 921 E. Parker Street 1, Lakeland, FL 33801-1901 |
| 30864294 | + | Nutra-Acres Inc, 205 Michigan Ave, Chicago, IL 60601-5927 |
| 30917430 | + | Nutre Leasing LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, c/o Strauss Law Group PLLC, 264 South Ri, Bedford, NH 03110-7058 |
| 30864295 | + | Nutre Leasing LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864297 | + | On Site Life Care Inc., 41 Flatbush Avenue, 1st Floor, Brooklyn, NY 11217-1145 |
| 31089885 | + | Onsite lifecare Inc, 23 dora lane, Holmdel, NJ 07733-1624 |
| 30864299 | | Phoenix Rising LLC, 172 Center Bay, Jackson, WY 83001 |
| 30864300 | + | Platinum Investments USA LLC, c/o THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER 1209 ORANGE ST, Wilmington, DE 19801-1120 |
| 30864301 | + | Prine Energy Services LLC, 450 Gears Road, Houston, TX 77067-4529 |
| 31005624 | #+ | Relco Industries LLC and Richard L Ellison, 75 Lambert Avenue, Clifton, NJ 07013-1254 |
| 30864302 | + | Ricks Ventures LLC, 1354 W 1900 S, Logan, UT 84321-6882 |
| 30864303 | + | Rolling By The Dozen RV Park LLC, 40 Country Road 267, Somerville, TX 77879-5208 |
| 30864304 | + | Rowehl & Russo Properties, LLC, 237 Floyd Road, Shirley, NY 11967-2941 |
| 30864305 | + | S&L Zeppeteli DBA SLZ Waste Inc, 191 Moonachie Road, Moonachie, NJ 07074-1309 |
| 30790356 | + | Secretary of the Treasury, 15th & Pennsylvania Ave., NW, Washington, DC 20220-0001 |
| 30864306 | + | Seeking First LLC, 3320 Laurel Dale Drive, Tampa, FL 33618-1033 |
| 30864307 | + | Seiler Tucker Inc, 400 Poydras Suite 1460, New Orleans, LA 70130-3260 |
| 30864308 | + | Skyward Tax & Accounting Service LLC, 3505 Lake Lynda Dr. 200, Orlando, FL 32817-8333 |
| 30882319 | + | Solace Realty Concepts LLC, 112 Lehigh Ave, Newark, NJ 07112-2036 |
| 30917462 | + | Solar Capital Funding LLC, c/o Strauss Law Group PLLC, 264 South River Road, Box 552, c/o Strauss Law Group PLLC, 264 South Ri, Bedford, NH 03110-7058 |
| 30864309 | + | Solar Capital Funding LLC, 23 Upton St, Peabody, MA 01960-0060 |
| 30864310 | + | Solas Realty Concepts LLC, 112 Lehigh Avenue, Newark, NJ 07112-2036 |
| 30864311 | + | Springer Farms Landholdings LLC, 325 N 1200 E, American Fork, UT 84003-2049 |
| 30864313 | + | Story Book Homes LLC, 86 Mountain Avenue, Berkeley Heights, NJ 07922-2633 |
| 30864314 | + | Sun Coast Entertainment Live LLC, 6960 Brescia Way, Orlando, FL 32819-5288 |
| 30864315 | + | Sunlight Storage LLC, 3344 Bear Canyon Ln, Pleasant Grove, UT 84062-8016 |
| 31227394 | + | Susan Ray, 4314 Argentina Circle, 4314 Argentina Circle, Pasadena, TX 77504-2502 |
| 30864316 | + | Taj Construction LLC, 10 Windsor Dr., Foxboro, MA 02035-2226 |
| 30881180 | + | Temidayo Adebayo, 148 Undercliff Avenue, Suite 9, Edgewater, NJ 07020-1123 |
| 30864317 | + | Terry's Florists LLC, 46 English Plaza, Red Bank, NJ 07701-1693 |
| 30882962 | | The Farming Co Pty Ltd, 86 Lakeside Drive, Helena Valley, 6056, Western Australia |
| 30864318 | | The Farming Co. PTY LTD, 86 Lakeside Dr., Helena, MT 59604 |
| 30864319 | + | The Generations Group, 1006 Top Hill Dr, Brenham, TX 77833-2585 |
| 30824504 | | The Generations Group-DonStrickland, 14312 Zion Gate Xing, Conroe, TX 77384-2516 |
| 30864320 | + | TnC NOLA Holdings LLC, 1461 Annunciaction Street B, New Orleans, LA 70130-4539 |
| 30883746 | + | Uncle Willie Green Wings, 141 Lehigh Ave, Newark, NJ 07112-2037 |
| 30864321 | + | VTJ LLC, 706 Leander DR, Leander, TX 78641-5017 |
| 31014318 | + | WAI Holdings, LLC, 1275 S Lucerne Blvd, Los Angeles, California 90019, Attention: David Meiselman, Los Angeles, CA 90019-6804 |
| 30864325 | + | WW LLC, 26620 E Hoxie Road, Rockford, WA 99030-7003 |
| 30864322 | + | Wai Holdings LLC, 45 North Market, Wailuku, HI 96793-1756 |
| 30991793 | + | Wallingford Lodging Partners LLC, Benjamin J. Morris, c/o Foley & Lardner, 11988 El Camino Real, Suite 400, San Diego, CA 92130-2594 |
| 30864323 | + | Wallingford Lodging Partners LLC, 2517 W Brentridge Circle, Sioux Falls, SD 57108-1573 |
| 30971318 | + | West Palm Holdings Inc, 2705 Via Vistosa, San Clemente, CA 92672-3636 |
| 30864324 | + | Winslow Homes LLC, 3539 Tuscany Reserve Blvd 32168-5334 |
| 30864326 | + | Zelco Properties LLC, 108 Patriot Dr A, Middletown, DE 19709-8803 |

TOTAL: 145

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: lea.bellerealty@gmail.com | Sep 24 2026 23:01:00 | Belle Maison Realty, LLC, c/o Lea Muse, Owner, 1133 E. 83rd Street 171, Chicago, IL 60619 |
| ex | + | Email/Text: trustee@yipcpa.com | Sep 24 2026 23:01:00 | Maria M Yip, Yip & Associates, 9200 S. Dadeland Blvd., Ste 316, Miami, FL 33156-2711 |
| 30864175 | | Email/Text: lea.bellerealty@gmail.com | Sep 24 2026 23:01:00 | Belle Maison Realty, LLC, Attn: Lea Muse, 1133 E 83rd Street 171, Chicago, IL 60619 |
| 30790351 | + | Email/Text: taxdept@coj.net | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 24 2026 23:01:00 | Duval County Tax Collector, 231 Forsyth St. #130, Jacksonville FL 32202-3380 |
| 30864265 | | Email/Text: adam@fostergroupinc.net | Sep 24 2026 23:01:00 | Foster Group LLC, 2539 N 300 E, Lehi, UT 84043 |
| 30790352 | | Email/Text: BNC_Notices@floridarevenue.com | Sep 24 2026 23:00:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 30790354 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2026 23:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 31159816 | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Sep 24 2026 23:01:00 | Office of the United States Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2440 |
| 30790355 | | Email/Text: atlreorg@sec.gov | Sep 24 2026 23:01:00 | U.S. Securities & Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, N.E., Suite 900, Atlanta, GA 30326-1382 |
| 30790353 | + | Email/Text: Usaflm.bk-jax@usdoj.gov | Sep 24 2026 23:00:00 | United States Attorney, 300 North Hogan St Suite 700, Jacksonville, FL 32202-4204 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Adam B. Walker |
| cr | | Charles Blake Stringer |
| intp | | Corey D. Boddie |
| cr | | Foster Group, LLC |
| cr | | Kristin Stegent |
| cr | | Lea Muse |
| cr | *+ | Andorful Dynasty Real Estate LLC, 4826 Cragmere Loop, Clermont, FL 34711-5523 |
| 31018210 | *+ | Rowehl & Russo Properties LLC., 237 Floyd Rd, Shirley, NY 11967-2941 |
| 30919198 | *+ | Springer Farms Landholdings, LLC, 325 N 1200 E, American Fork, UT 84003-2049 |
| 30864165 | ##+ | Alere LLC, 1530 E. Williams Field Rd 201, Gilbert, AZ 85295-1825 |
| 30901437 | ##+ | Autonomous Drine Solutions LLC, dba Calaway Solutions, Attn: Garrett Calaway, 7180 S Hudson Circle, Centennial, CO 80122-2553 |
| 30926477 | ##+ | Darnell Development, 1118 N Chinowth, VISALIA, CA 93291-7896 |
| 30864298 | ##+ | Oregon Business Management Group Inc, 12600 SW 72nd Ave 140, Tigard, OR 97223-8356 |
| 30864312 | ##+ | SSC Services Inc, 80 Franklin Street, Framingham, MA 01702-6671 |

TOTAL: 6 Undeliverable, 3 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Cohen | aaron@arcohenlaw.com vanessa@arcohenlaw.com,ahc@trustesolutions.net,cahc11@trustesolutions.net,nick@arcohenlaw.com |
| Bryan K. Mickler | on behalf of Plaintiff Genie Investments NV Inc. court@planlaw.com bkmickler@planlaw.com;mmiller@planlaw.com;kdcollier@planlaw.com;mmiller@planlaw.com;LawOfficesofMicklerMicklerLLP@jubileebk.net;ahm.planman@gmail.com;ahm-planman@juno.com |
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com bkmickler@planlaw.com;mmiller@planlaw.com;kdcollier@planlaw.com;mmiller@planlaw.com;LawOfficesofMicklerMicklerLLP@jubileebk.net;ahm.planman@gmail.com;ahm-planman@juno.com |
| Bryce C Krampert | on behalf of Defendant CMZ Investments LLC bryce@postillionlaw.com |
| Bryce C Krampert | on behalf of Defendant ZNOC Enterprises LLC bryce@postillionlaw.com |
| Edward M Fitzgerald | on behalf of Creditor Committee The Official Committee of Unsecured Creditors (Creditors Committee) edward.fitzgerald@hklaw.com margaret.gruener@hklaw.com |
| Edward M Fitzgerald | on behalf of Creditor Committee Holland & Knight LLP edward.fitzgerald@hklaw.com margaret.gruener@hklaw.com |
| Jerrett M. McConnell | on behalf of Defendant Cald Holdings LLC jmcconnell@mcconnelllawgroup.com |
| John Cohan | iustusprocessus@outlook.com |
| Max R Tarbox | on behalf of Creditor Charles Blake Stringer max@tarboxlaw.com |
| Raye Curry Elliott | on behalf of Trustee Aaron R. Cohen raye.elliott@akerman.com jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Interested Party Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Intervenor Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Counter-Defendant Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Plaintiff Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Ryan E Davis | on behalf of Examiner Maria M Yip rdavis@whww.com mquallio@whww.com |
| Ryan E Davis | on behalf of Attorney Winderweedle Haines, Ward & Woodman, P.A. rdavis@whww.com, mquallio@whww.com |
| Ryan E Davis | on behalf of Financial Advisor Hal A. Levenberg CIRA, CFE rdavis@whww.com, mquallio@whww.com |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - JAX 13/7 7 scott.e.bomkamp@usdoj.gov |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - FTM7/13 7 scott.e.bomkamp@usdoj.gov |
| Scott W Spradley | on behalf of Creditor Charles Blake Stringer scott@flaglerbeachlaw.com suzy@flaglerbeachlaw.com;danielle@flaglerbeachlaw.com |
| Scott W Spradley | on behalf of Plaintiff Nutra-Acres LLC scott@flaglerbeachlaw.com, suzy@flaglerbeachlaw.com;danielle@flaglerbeachlaw.com |
| Scott W Spradley | on behalf of Plaintiff Charles Blake Stringer scott@flaglerbeachlaw.com suzy@flaglerbeachlaw.com;danielle@flaglerbeachlaw.com |

United States Trustee - JAX 11 USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 25

**[Dordst]** [Order Scheduling Trial–BK]

ORDERED.

**Dated: September 24, 2026**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Case No.
3:24–bk–00496–BAJ
Chapter 7

Genie Investments NV Inc.

Debtor* /

**ORDER SCHEDULING TRIAL**

The Court will conduct a trial on the Objection to Claim 5–3 of Charles Blake Stringer/Nutra–Ares LLC (Doc. No. 561) filed by Trustee, on February 4, 2027, at 09:00 AM, in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202. The estimated duration of the trial is ALL DAY Accordingly, it is

**ORDERED:**

1. ***Witness List.*** The parties must exchange names and addresses of witnesses within 14 days of the date of entry of this Order.

2. ***Joint Stipulation of Undisputed Facts.*** The parties must meet in person or by video to prepare a joint stipulation of undisputed facts and exhibits that may be admitted into evidence without objection. The stipulation must be filed no later than seven days before the date set for trial.

3. ***Exhibits.*** Parties must comply with all requirements of Local Rules 7001–1 and 9070–1 concerning exhibits. Parties must exchange exhibits no later than seven days before the date set for trial.

(a) ***Objections to Authenticity.*** Unless written objection to authenticity is filed with the Court and served by email no later than the close of business on the second business day before trial, copies of exhibits will be admitted in lieu of the originals.

(b) ***Self–Authentication.*** If a party intends to rely upon the self–authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party must file with the Court and serve on other parties the written declaration required by Fed. R. Evid.

902(11) or (12) and a copy of all records sought to be admitted at least 28 days before trial.

4. ***Discovery Cutoff.*** Parties must complete discovery no later than seven days before the trial date except that parties may complete previously scheduled depositions up to the trial date.

5. ***Discovery Disputes.*** The parties must first confer in good faith to resolve any discovery disputes. If unsuccessful, any party may request a telephone conference with the Court so that the Court may render an informal, preliminary ruling on the discovery dispute, without prejudice to the right of any party to file a formal motion.

6. ***Meet and Confer Requirement.*** Counsel for all parties must confer within seven days prior to the trial and seek in good faith to settle the case.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

The Clerk's office is directed to serve a copy of this Order on interested parties via CM/ECF.

...

[*]All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.