United States Bankruptcy Court
Middle District of Florida

In re:
Genie Investments NV Inc.
Debtor

Case No. 24-00496-BAJ
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-3 User: admin Page 1 of 2
Date Rcvd: Sep 29, 2026 Form ID: Dnreqfdr Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | John-Michael Cohan, 103 Century 21 Drive, Suite 100 #4, Jacksonville, FL 32216-9256 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: lea.bellerealty@gmail.com | Sep 29 2026 23:55:00 | Belle Maison Realty, LLC, c/o Lea Muse, Owner, 1133 E. 83rd Street 171, Chicago, IL 60619 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Cohen | aaron@arcohenlaw.com vanessa@arcohenlaw.com,ahc@trustesolutions.net,cahc11@trustesolutions.net,nick@arcohenlaw.com |
| Bryan K. Mickler | on behalf of Plaintiff Genie Investments NV Inc. court@planlaw.com bkmickler@planlaw.com;mmiller@planlaw.com;kdcollier@planlaw.com;mmiller@planlaw.com;LawOfficesofMicklerMicklerLLP@jubileebk.net;ahm.planman@gmail.com;ahm-planman@juno.com |
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com |

| | |
|---|---|
| | bkmickler@planlaw.com;mmiller@planlaw.com;kdcollier@planlaw.com;mmiller@planlaw.com;LawOfficesofMicklerMicklerLLP@jubileebk.net;ahm.planman@gmail.com;ahm-planman@juno.com |
| Bryce C Krampert | on behalf of Defendant CMZ Investments LLC bryce@postillionlaw.com |
| Bryce C Krampert | on behalf of Defendant ZNOC Enterprises LLC bryce@postillionlaw.com |
| Edward M Fitzgerald | on behalf of Creditor Committee The Official Committee of Unsecured Creditors (Creditors Committee) edward.fitzgerald@hklaw.com margaret.gruener@hklaw.com |
| Edward M Fitzgerald | on behalf of Creditor Committee Holland & Knight LLP edward.fitzgerald@hklaw.com margaret.gruener@hklaw.com |
| Jerrett M. McConnell | on behalf of Defendant Cald Holdings LLC jmcconnell@mcconnelllawgroup.com |
| John Cohan | iustusprocessus@outlook.com |
| Max R Tarbox | on behalf of Creditor Charles Blake Stringer max@tarboxlaw.com |
| Raye Curry Elliott | on behalf of Intervenor Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Counter-Defendant Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Plaintiff Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Trustee Aaron R. Cohen raye.elliott@akerman.com jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Interested Party Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Ryan E Davis | on behalf of Financial Advisor Hal A. Levenberg CIRA, CFE rdavis@whww.com, mquallio@whww.com |
| Ryan E Davis | on behalf of Examiner Maria M Yip rdavis@whww.com mquallio@whww.com |
| Ryan E Davis | on behalf of Attorney Winderweedle Haines, Ward & Woodman, P.A. rdavis@whww.com, mquallio@whww.com |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - JAX 13/7 7 scott.e.bomkamp@usdoj.gov |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - FTM7/13 7 scott.e.bomkamp@usdoj.gov |
| Scott W Spradley | on behalf of Plaintiff Nutra-Acres LLC scott@flaglerbeachlaw.com, suzy@flaglerbeachlaw.com;danielle@flaglerbeachlaw.com |
| Scott W Spradley | on behalf of Plaintiff Charles Blake Stringer scott@flaglerbeachlaw.com suzy@flaglerbeachlaw.com;danielle@flaglerbeachlaw.com |
| Scott W Spradley | on behalf of Creditor Charles Blake Stringer scott@flaglerbeachlaw.com suzy@flaglerbeachlaw.com;danielle@flaglerbeachlaw.com |
| United States Trustee - JAX 11 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 25

**[Dnreqfdr]** [District Notice to Appellant of Responsibilities – BK]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:24–bk–00496–BAJ
Chapter 7

Genie Investments NV Inc.

Debtor(s) /

NOTICE OF REQUIREMENT TO FILE
DESIGNATION OF RECORD AND STATEMENT OF ISSUES

Pursuant to Fed. R. Bankr. P. 8009, within fourteen (14) days after the filing of the notice of appeal, the appellant shall file with the Clerk of the Bankruptcy Court:

1. A designation of the items to be included in the record on appeal and served on the appellee.

   a. The designation of record should indicate by document number, any item to be included in the record on appeal.

   b. If you intend to designate a transcript, a Purchase Order for Transcript is available on the court's website at www.flmb.uscourts.gov. Go to Forms and click on Purchase Order for Transcript. Requests for transcripts should be directed to a certified court reporting transcription service. For further information regarding digital audio recording and/or request forms for CD copies of hearings, please visit the court's website at http://www.flmb.uscourts.gov/ and click on Courtroom Services.

2. A statement of the issues to be presented and served on the appellee.

DATED on September 29, 2026

FOR THE COURT
Jose A Rodriguez , Clerk of Court
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3–150
Jacksonville, FL 32202

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.