**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

_______________________________________/

**APPELLEE'S DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL FOR NOTICE OF APPEAL (DOC. 591) OF AGREED ORDER SUSTAINING OBJECTION TO CLAIM 4 OF BELLE MAISON REALTY, LLC**

Aaron Cohen, Chapter 7 Trustee (the "Trustee"), by and through undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 8009, submits his designation of items to be included in the appeal initiated by the Notice of Appeal (Doc. 591) filed by John Michael Cohan as follows:

**DESIGNATION OF THE RECORD**

| Filing Date | Docket No. | Description |
|---|---|---|
| 6/6/2024 | | Claim 4-2 filed by Belle Maison Realty, LLC |
| 2/27/2026 | 560 | Trustee's Objection to Claim 4-2 of Belle Maison Realty, LLC |
| 3/26/2026 | 568 | Response of Belle Maison Realty, LLC to Trustee's Objection to Claim |
| 3/27/2026 | 569 | Notice of Preliminary Hearing |
| 4/28/2026 | 574 | Motion to Allow Amendment of Proof of Claim and Clarification of Claimant Interest |
| 5/12/2026 | 579 | Reply in Support of Trustee's Objection to Claim 4-2 of Belle Maison Realty, LLC |
| 5/18/2026 | 583 | Agreed Order Sustaining Trustee's Objection to Claim 4-2 of Belle Maison Realty, LLC |
| 5/18/2026 | 586 | Claimant's Clarification of Position and Limited Response to Trustee's Reply in Support of Objection to Claim 4-2 |
| 6/1/2026 | 591 | Verified Notice of Appeal by John Michael Cohan |
| 6/1/2026 | 592 | Verified Motion for Leave to Appeal In Forma Pauperis |
| 6/8/2026 | 602 | Order Abating Motion for Leave to Proceed on Appeal In Forma Pauperis |
| 6/9/2026 | 605 | Order Abating Notice of Appeal |
| 9/16/2026 | 706 | Order Vacating Orders Abating |

Dated: October 6, 2026

AKERMAN LLP

By: */s/ Raye C. Elliott*
Raye C. Elliott, Esq.
Florida Bar Number: 018732
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Phone: (813) 223-7333
Fax: (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 6, 2026, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and a true and correct copy was served by electronic mail to the following who consented in writing to receive service of pleadings at the email address listed below:

John Michael Cohan
iustusprocessus@outlook.com

*/s/ Raye C. Elliott*
Attorney



88773148;1