FILED MAIL USBC
JAX, FL OCT6'26

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

# COMBINED VERIFIED NOTICE OF INTENT TO SERVE SUBPOENAS DUCES TECUM AND MOTION FOR SERVICE BY THE UNITED STATES MARSHALS SERVICE

COMES NOW John Michael Cohan, protected person under Marcy's Law, pro se, and files this Combined Verified Notice of Intent to Serve Subpoenas Duces Tecum and Motion for Service by the United States Marshals Service.

## I. NOTICE OF INTENT TO SERVE SUBPOENAS DUCES TECUM

1. On September 27, 2026, the undersigned files this Combined Verified Notice of Intent to Serve Subpoenas Duces Tecum and Motion for Service by the United States Marshals Service pursuant to Fed. R. Civ. P. 45(a)(4) on all non-parties.

2. The undersigned incorporates 2:26-mp-00001, Misc. Doc. 54, incorporated by reference and fully set-forth herein. The only things that will change is the Case Caption and Number and the undersigned will remove any language regarding the recusal of Judge Jason A. Burgess as it is currently unnecessary due the recent orders provided by Judge Luis E. Rivera, such as, including but not limited to

"Produce all communications between you and Judge Jason A. Burgess or his chambers regarding this case."

3. The undersigned will file a certificate of service with this Court promptly after the Notice of Intent is served, confirming service on each non-party and all related counsel of record:

a. Spiegel & Utrera, P.A.; Attn: Michael Faragalla and/or Jason Houda; 1840 Coral Way, 4th Floor; Miami, FL 33145; attorneyfaragalla@amerilawyer.com; attorneyhouda@amerilawyer.com
b. United States Trustee Program; Executive Office for U.S. Trustees; Department of Justice; 950 Pennsylvania Avenue NW; Washington, DC 20530; USTP.ExecutiveOffice@usdoj.gov
c. Adam B. Walker, Esq.; Walker Law Office, LLC; 4050 Pennsylvania Ave., Suite 115-10; Kansas City, Missouri 64111
d. Bryan K. Mickler; Mickler & Mickler, LLP; 5452 Arlington Expressway; Jacksonville, FL 32211; court@planlaw.com; bkmickler@planlaw.com
e. Guy A. Van Baalen; Acting United States Trustee; 400 West Washington Street, Suite 1100; Orlando, Florida 32801; USTP.Region21@usdoj.gov
f. Hal Levenberg; Yip Associates; 2 Biscayne Blvd #2690; Miami, FL 33132; hlevenberg@yipcpa.com
g. Justin Asbrand; Custodian of Records; Assistant State Attorney; Fourth Judicial Circuit; State Attorney's Office; 311 W. Monroe St.; Jacksonville, FL 32202; JAsbrand@coj.net
h. Jacksonville Sheriff's Office — Custodian of Records; 501 E. Bay Street; Jacksonville, FL 32202
i. Maria M. Yip; Yip Associates; 2 Biscayne Blvd #2690; Miami, FL 33132; myip@yipcpa.com
j. PACER Service Center; Administrative Office of the U.S. Courts; P.O. Box 780549; San Antonio, TX 78278; pacer@psc.uscourts.gov
k. Raye Elliott; Akerman LLP; 401 East Jackson Street, Suite 1700; Tampa, FL 33602; raye.elliott@akerman.com
l. Ryan E. Davis; Florida Bar No. 0179851; Winderweedle, Haines, Ward & Woodman, P.A.; Post Office Box 880; Winter Park, FL 32790-0880; davis@whww.com

## II. MOTION FOR SERVICE BY THE UNITED STATES MARSHALS SERV.

### A. The Undersigned Is Requesting to Proceed *In Forma Pauperis*

4. The undersigned has filed a Motion for Leave to Proceed In Forma Pauperis in this proceeding contemporaneously with this filing and has attached an affidavit to that filing.

5. The undersigned is indigent and cannot afford the costs of private service and attached an affidavit as **Exhibit A** and supporting documents such as this Court and others granting the undersigned's application to proceed indigent attached hereto as **Exhibit B**.

6. Under 28 U.S.C. § 1915(d), the Court may order the United States Marshals Service to serve process for an indigent litigant without cost.

7. The undersigned requests that, upon the Court's grant of the Motion for Leave to Proceed *In Forma Pauperis* and the Court's issuance of the subpoenas, the Clerk be directed to deliver the issued subpoenas with their respective enclosed documents directly to the United States Marshals Service, together with a copy of the Order and the list of non-parties with their addresses, so that the Marshals may serve them.

B. Subpoenas Are Necessary for This Proceeding

8. The undersigned seeks to serve subpoenas on non-parties in this matter, including but not limited to:

a. Attorneys and law firms (Bryan K. Mickler, Raye C. Elliott, Akerman LLP, etc.);

b. Alleged Creditors and witnesses (Mitchell Mims, Seiler Tucker Inc., etc.).

9. The subpoenas seek only documents — no testimony is requested at this time.

10. The documents sought are directly relevant to this Court's inquiry into what occurred outside the courtroom, including but not limited to:

>The removal of the police report from the docket;

>The spoliation of the §341 meeting audio;

>Governing agreements;

>The suppressed coordinated defamation campaign by some of the alleged creditors;

>The retaliatory conduct against the undersigned.

11. The attached subpoenas have been completed by the undersigned but do not yet bear the Clerk's signature or seal and are not yet issued by the Court. The date and time for production on each subpoena will be intentionally left blank so that it may

be filled in by the Clerk at the time of issuance, consistent with the rules governing the issuance of subpoenas.

12. The undersigned has no means to serve these subpoenas himself, as Rule 45 requires service by a non-party over the age of 18.

13. Private process servers charge fees that the undersigned cannot afford.

14. The undersigned firmly believes the United States Marshal's will be happy to accommodate if directed to.

C. The Subpoenas Are Document-Only

15. Each subpoena seeks only documents, electronically stored information, and tangible things — no testimony is requested.

16. No witness fees are required for document-only subpoenas under Rule 45.

WHEREFORE, the undersigned respectfully requests that this Court:

i. ORDER that, upon the Court's grant of this Motion for Leave to Proceed *In Forma Pauperis*, the undersigned shall serve the Notice of Intent to Serve Subpoenas Duces Tecum on all non-parties and all counsel of record pursuant to Fed. R. Civ. P. 45(a)(4), and shall file a certificate of service confirming such notice;

ii. ORDER the Clerk to issue the subpoenas within seven to fourteen (14) days of receipt of the fresh copies described in subparagraph vii below;

iii. ORDER the Clerk to fill in the date and time for production on each subpoena at the time of issuance;

iv. ORDER the Clerk to deliver the issued subpoenas, together with a copy of this Order and the list of non-parties with addresses, directly to the United States Marshals Service for the Middle District of Florida;

v. ORDER the United States Marshals Service to serve the subpoenas on the non-parties identified herein at no cost to the undersigned;

vi. ORDER the Marshals to file proof of service with the Court and provide a copy to the undersigned.

vii. ORDER that, upon the Court's grant of this Motion, the undersigned shall promptly supply to the Clerk fresh copies of the same subpoenas referenced in Misc. Doc. 54, each bearing the full and correct court caption, without any recusal language, for the Clerk's signature, seal, and issuance, and that the Clerk shall accept, file, and issue said fresh copies in accordance with this Order without further motion or application by the undersigned.

viii. ORDER such other and further relief as this Court deems just and proper.

VERIFICATION

I, John Michael Cohan, declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 09-27-2026

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the foregoing document and/or its attachments by the CM/ECF system, U.S. Mail and/or email.

Debtor
Genie Investments NV Inc.
represented by Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
Email: court@planlaw.com

U.S. Trustee
represented by Scott E. Bomkamp
DOJ-Ust
United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

Chapter 7 Trustee
Aaron R. Cohen
represented by Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
Email: raye.elliott@akerman.com

David C. Hughes II
davidchoatehughes@gmail.com

# Exhibit A

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

STATE OF FLORIDA
COUNTY OF DUVAL

I, John Michael Cohan, being first duly sworn, depose and state that the following is true and correct to the best of my knowledge, information, and belief:

I am a interested party in this action and seek to serve subpoenas with the help of the United States Marshall's in good faith.

I am unable to pay the fees and costs associated with this appeal, or to give security for them. My financial situation is as follows:

a. Employment & Income: I am currently unemployed. My sole source of income is government assistance in the form of Supplemental Nutrition Assistance Program (SNAP) benefits. I receive no salary, wages, or unemployment compensation. I occasionally receive nominal funds from plasma donation [1], which are used for basic subsistence. My projected total annual income is approximately $6,972, which is below the federal poverty level of $15,650 for an individual and qualifies me for in forma pauperis status. For Tax Year 2025, I earned less than $2,500.

b. Cash Assets: The total of all cash and funds in my checking and savings accounts is:

| Source | Amount |
|---|---|
| Cash financial assistance | $0.00 |
| Bank account #1 | $0.13 |
| Bank account #2 (TD) | $0.00 (Closed) |
| Checking account #1 | $0.00 |
| Checking account #2 | $0.16 |
| Plasma debit card (Octapharma donations) | $0.00 |
| Plasma debit card (Biolife donations) | $0.00 |
| Travel gas card (Florida benefits) | $0.00 |
| Total cash / liquid balance | $0.29 [2] |

Food stamps (SNAP benefits) $129.14 (not cash; food

[1] Appellant has not been able to donate plasma for over a week due to high blood pressure and stress caused by these recent erroneous events in the related Alabama state cases, and the Jacksonville and Fort Myers Divisions.

[2] Appellant needed to borrow the $7 from his five-year-old daughter to send the following filing certified mail to avoid any unnecessary or manufactured docketing delay. Please see contemporaneously filed "Notice of Supplemental Authority…" in D.D.C. App. Case No 26-5269 and the other relevant documentation regarding opposing counsel's frivolous request for an extension. Appellant's daughter could not afford certified mail for this filing too.

c. Dependents: I have sole legal and physical custody of my five-year-old daughter. I am her only provider, and all my limited income and resources are used for our basic subsistence, including her food, clothing, and shelter.

d. Real Property: I am on the title of a domicile that is currently in foreclosure proceedings due to my inability to pay the mortgage. I have no equity or liquid assets I can access to pay for appellate filing fees. I am merely a tenant-in-possession with no financial interest in the property. For safety reasons related to an active protective order, I omit the specific address, but I will provide it in camera if required by the Court.

e. Monthly Expenses: My essential monthly living expenses for myself and my daughter, including housing, utilities, food, transportation, and other basic necessities, exceed $2,500. These are estimates based on bills owed, not amounts paid. Any variation between $2,500 and higher figures in prior filings, if any, reflects normal fluctuations in monthly obligations for someone in financial distress. Some months certain bills are not paid. These necessary costs of living far surpass my income and negligible liquid assets, making it impossible for me to pay appellate filing fees.

f. Other Assets:

> I have a potential interest in a real estate portfolio located in Alabama that is the subject of pending state litigation. However, the opposing party controls the properties, collects all rent, and a cloud on the title makes any sale or refinance impossible. This entity provides me with no income, no accessible funds, and has no liquid value to me at this time.
>
> I do not own a vehicle.
>
> All of my former business entities are defunct and generate no income.
>
> I have no substantial retirement accounts, stocks, bonds, or other investments.
>
> I have no trust funds or expected inheritances.

g. Debt and Financial Collapse: A $9 million corporate collapse that forms the backdrop of this litigation destroyed my businesses and left me personally financially devastated. I survive through state assistance and drawing on dwindling resources. I have no access to credit or loans to pay court fees.

h. Expenses vs. Income: My mortgage/rent is unpaid, my home is in foreclosure, and I am surviving through assistance, unreliable income and non-payment of certain bills. I am unable to pay the $605 appellate filing fee because I have no stable disposable income and no liquid assets.

I believe I am entitled to this request and that this request is taken in good faith. It regards substantial, non-frivolous questions regarding this proceeding addressing the discovery/evidence/merits.

I was previously granted *in forma pauperis* status in the United States District Court for the District of Columbia in *Cohan v. Bomkamp*, Case No. 1:25-cv-02009-RDM (D.D.C.), where Judge Moss granted IFP status within twenty-four (24) hours and *in forma pauperis* filings granted in other courts, including this one.

The attached screenshots from my banking and benefits applications accurately reflect my available financial resources and corroborate the financial information provided herein.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 09-27-2026

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

**Welcome back, John Michael**

2

**EBT** · 20 min ago

**$129.14**
Food stamps

**$0.00**
Cash

Accounts

JOHN COHAN SWITCH

EDIT ACCOUNTS VIEW

TOTAL

**$0.16**


Good afternoon, John
0 pts →
Get $15 →
Banking • 2
0 transactions today
$0.13
$0.00


Rewards Checking
$0.00
AVAILABLE BALANCE
Current Balance $0.00

Today 10:09 AM

Bal

Bal

MyPaymentVault: Your card ending in 9348 has a balance of USD0.00 as of 10:10AM on 27-Sep-26. Visit your card URL for more info.

MyPaymentVault: Your card ending in 9865 has a balance of USD0.00 as of 10:10AM on 27-Sep-26. Visit your card URL for more info.

+ Text Message • SMS

# Good morning, John

## Get paid on your card

Control where your money goes by setting up direct deposit.



Set up direct deposit

^ Wisely •••0985 ••• Quick actions

wisely by ADP

Activate

$0.00

Available Balance

# Exhibit B

Activity in Case 1:25-cv-02009-RDM COHAN v. UNITED STATES TRUSTEE PROGRAM et al Order on Motion for Leave to Appeal ...

Summarize

DCD_ECFNotice@dcd.uscourts.gov
To DCD_ECFNotice@dcd.uscourts.gov

Reply | Reply All | Forward | ...

Fri 7/17/2026 10:06 AM

You forwarded this message on 7/17/2026 11:41 AM.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered on 7/17/2026 at 10:05 AM and filed on 7/17/2026

**Case Name:** COHAN v. UNITED STATES TRUSTEE PROGRAM et al
**Case Number:** 1:25-cv-02009-RDM
**Filer:**
**WARNING: CASE CLOSED on 06/16/2026**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: Upon consideration of Plaintiff's motion for leave to appeal in forma pauperis, Dkt. [77], it is hereby ORDERED that the motion is GRANTED. Upon consideration of Plaintiff's two requests for leave to file, Dkt. [75] ; Dkt. [79], it is further ORDERED that the requests are GRANTED and that the proposed notices are DEEMED FILED. Defendant need not respond to Plaintiff's notices absent further order of the Court. Signed by Judge Randolph D. Moss on 7/17/2026. (lcrdm3)**

**1:25-cv-02009-RDM Notice has been electronically mailed to:**

Tara Derbisz tara.derbisz@usdoj.gov, CaseView.ECF@usdoj.gov, USADC.ECFCSS@usdoj.gov

JOHN MICHAEL COHAN iustusprocessus@outlook.com

**1:25-cv-02009-RDM Notice will be delivered by other means to::**

All folders are up to date. Connected to: Microsoft Exchange Display Settings

Search

11:46 AM
7/19/2026

**ORDERED.**

**Dated: September 03, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

______________________________/

**ORDER APPROVING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**

This Case is before the Court on the *Application to Proceed in District Court Without Pre-Paying Fees or Costs* (the "Application") (Doc. 666, pp. 15-19), filed by John Michael Cohan. The Application was filed in response to the Court's Order Directing Response (Doc. 664), which gave Mr. Cohan fourteen (14) days from the date of the order to file the Application.[1] Upon review

[1] On August 25, 2026, the United States District Court for the Middle District of Florida, Jacksonville Division, entered an order which vacated this Court's Order Denying Motion for Leave to Appeal In Forma Pauperis (Docs. 479, 486) and remanded the case for further proceedings to determine whether Mr. Cohan meets the indigency requirements under 28 U.S.C. § 1915(a)(1). (Case No.: 3-25-cv-1398-JEP, Doc. 33).

of the Application, the Affidavit in Support of the Application, and the supporting documents filed by Mr. Cohan, the Court finds that Mr. Cohan meets the indigency requirement to proceed in forma pauperis on appeal. Accordingly, the Court will approve the Application. It is,

**ORDERED:**

1. The Application is Approved.
2. The Clerk for the Middle District of Florida Bankruptcy Court is directed to process the Notice of Appeal filed by Mr. Cohan on November 12, 2025 (Doc. 480).

Jody Phillips
Clerk of the Circuit Court
Duval County
501 W Adams St.
Jacksonville, Florida 32202
(904) 255-2000

IN THE CIRCUIT COURT,
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY,
FLORIDA

DATE: 09/11/2026

CASE NUMBER: 16-2026-CA-006395-AXXX-MA
DIVISION: CV-A (Circuit Court)

JOHN MICHAEL COHAN
Plantiff(s)

vs.

PEACE AYELO EKUTA
Defendant(s)

## CERTIFICATE OF INDIGENCY

I, Jody Phillips, Clerk of the Circuit Court, Duval County, Florida do hereby certify that petitioner JOHN MICHAEL COHAN has filed an afffidavit of indigency in this case in accordance with Section 57.081(1), Florida Statutes, and it appears that said affidavit is sufficient and that the petitioner is entitled to receive the services of the court, sheriff, and clerk with respect to this proceeding.

Witness my hand and seal at Jacksonville, Florida this 11th of September, 2026.

Lisa Reeves

BY Lisa A. Reeves
DEPUTY CLERK

Jody Phillips
Clerk of the Circuit Court
Duval County
501 W Adams St.
Jacksonville, Florida 32202
(904) 255-2000

IN THE CIRCUIT COURT,
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY,
FLORIDA

DATE: 09/14/2026

CASE NUMBER: 16-2025-CA-004534-AXXX-MA
DIVISION: CV-F (Circuit Court)

US BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST
Plantiff(s)

vs.

ADH HOLDINGS FL LLC
Defendant(s)

**CERTIFICATE OF INDIGENCY**

I, Jody Phillips, Clerk of the Circuit Court, Duval County, Florida do hereby certify that petitioner John Michael Cohan has filed an afffidavit of_indigency in this case in accordance with Section 57.081(1), Florida Statutes, and it appears that said affidavit is sufficient and that the petitioner is entitled to receive the services of the court, sheriff, and clerk with respect to this proceeding.

Witness my hand and seal at Jacksonville, Florida this 14th of September, 2026.

Pamela R Harrell

BY Pamela R Harrell
DEPUTY CLERK

# Exhibit C

Please accept the Exhibit below as supplemental evidence that was recently obtained on September 17, 2026. It is a screenshot of an email from Jacksonville Sheriff's Office receiving my discovery request for the Florida state civil case (2026-CA-6395, incorporated by reference) against my abuser for the violation of the restraining order that happened during the §341 meetings and other claims.

7:25 20m

Public Records Request :: P541886-091726

Dear John Cohan:

Thank you for your interest in public records of Jacksonville Sheriff's Office. Your request has been received and is being processed. Your request was received in this office on 9/17/2026 and given the reference number P541886-091726 for tracking purposes.

*Case No# 2026-CA-6395*
*All related documents to the following CCR's:*
*(25-471040), (25-471178), (25-562988) and (26-538341).*

*Received on 09/16/2026 @ 15:25*
*Entered into GovQA on 09/17/2026 @ 07:18*

Reply

Mail Calendar Apps

John Michael Cohan
General Delivery
5455 Verna Blvd
Jacksonville, Florida 32205







US Bankruptcy Court
300 N. Hogan Street, 3-150
Jacksonville, Florida 32202