FILED INTAKE USBC
OCT 13 '26 PM 12:5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

**VERIFIED DECLARATION OF SELF-AUTHENTICATION OF EXHIBITS**

COMES NOW John Michael Cohan, protected person under Marsy's Law and the First Amendment of the United States Constitution, 50% equity holder of the Debtor, interested party, pro se, and declares under penalty of perjury as follows:

1. I am over the age of eighteen (18) and competent to testify. Prior to conversion, I was the custodian of records for Genie Investments NV Inc. from its formation through the conversion of this case to Chapter 7, and I retained and continue to possess many of the Debtor's records.

2. Each exhibit submitted with this filing is submitted pursuant 3(b) the Court's orders at Bankr. Docs. 671-1 and 672.

3. Each exhibit is a true and correct copy of the document it purports to be. I declare under penalty of perjury under the laws of the United States and the State of Florida that I was the custodian of records for the Debtor, that I personally filed, sent, received, or obtained each document reproduced in these exhibits through the

Court's CM/ECF system, PACER, the JAMS arbitration process, the issuing agencies, or the ordinary course of the Debtor's business, and that each exhibit is a true and correct copy of the document it purports to be.[1]

4. I make this declaration in support of the admission of the exhibits into the record.

5. The undersigned is proceeding pro se and is not an attorney. The descriptions and summaries provided for each exhibit represent the undersigned's own understanding of the documents and are offered solely to assist the Court in identifying the exhibits. They are not intended as legal conclusions, or requests for the Court to adopt any particular interpretation. The Court is respectfully requested to review the exhibits themselves and draw its own conclusions.

6. Pursuant to Federal Rule of Bankruptcy Procedure 9006(a), the 28-day deadline computed backward from the November 9, 2026 trial date falls on Columbus Day, a legal holiday. The deadline is therefore extended to the next business day, today, October 13, 2026. This filing is timely and the undersigned reserves the right to supplement this exhibit list as new evidence arises, such as, including but not limited to, the forth-coming discovery request admissions, the transcripts not yet in the record and the transcript from the Fort Myers' recusal matter.

---

[1] The integrity of the record is a *prerequisite* to any reliable determination of whether a surplus exists.

VERIFICATION

I, John Michael Cohan, declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing and its exhibits, if any, are true and correct to the best of my knowledge and belief.

Dated: 10-13-2026

**Respectfully submitted in good faith,**

**John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103**
iustusprocessus@outlook.com

Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the foregoing document and/or its attachments by the CM/ECF system, U.S. Mail and/or email.

Debtor
Genie Investments NV Inc.
represented by Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
Email: court@planlaw.com

U.S. Trustee
represented by Scott E. Bomkamp
DOJ-Ust
United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

Chapter 7 Trustee
Aaron R. Cohen
represented by Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
Email: raye.elliott@akerman.com

David C. Hughes II
davidchoatehughes@gmail.com

**EXHIBIT INDEX OF JOHN MICHAEL COHAN**

| Exhibit | Title |
|---|---|
| 1 | Trustee's Motion for Summary Judgment on Trustee's Objection to Claim 5-3 of Charles Blake Stringer/Nutra-Acres LLC (Bankr. Doc. 759) |
| 2 | Attorney Attestation from Spiegel & Utrera, P.A. — Genie Investments NV Inc. Corporate Good Standing and Clean History |
| 3 | Genie Investments NV Inc. — Business Expansion Line of Credit (BELOC) Loan Portfolio: Total Loans Made by the Debtor |
| 4 | Genie Investments NV Inc. — Due Diligence Fee Agreements: Total Due Diligence Fees Collected by the Debtor |
| 5 | Genie Investments NV Inc. — Bridge Loan Agreements: Total Bridge Loans Made by the Debtor |
| 6 | Forensic Waveform Analysis of the April 17, 2024 § 341 Meeting Audio (Flatline Discontinuity) and Notice of Chapter 7 Trustee's Refusal to Investigate U.S. Trustee Bomkamp (Bankr. Doc. 590) |
| 7 | Composite Exhibit — Evidence of Restraining Order Violation at April 17, 2024 § 341 Meeting, Chain of Custody of Official Audio, Judicial Findings, Omission by Court Officers, and Marsy's Law Right to Be Heard |
| 8 | Evidence of Post-Filing Removal of Material Exhibits from the Official Docket Without Court Order — Including the JSO Police Report Documenting Probable Cause of a Crime Committed During the § 341 Meeting, Removed Twice Without Motion, Notice, Order, or Hearing |
| 9 | Attorney Emails and Background Research — Instructions to Counsel to Incorporate Adam Walker's Declaration and Internal Memorandum into the Opposition to the U.S. Trustee's Motion to Appoint a Chapter 11 Trustee, Including the Express Accusation That the U.S. Trustee Fabricated Evidence of Fraud, Together with Background Research on Warren Law Group and Scott Oh, Evidence That Christopher Warren Is No Longer with |

| Exhibit | Title |
| --- | --- |
| | Scarinci Hollenbeck, the Suppressed Rebuttal Opposing Conversion, and the Google Search Results Showing No Negative Press About SBLCs |
| **10** | Composite Exhibit — Frivolous "Ponzi Scheme" Complaint and Its Voluntary Withdrawal, Over-Inflated Claims, Coordinated Online Defamation Campaign, the ZOOMERAL Defamation Lawsuit and Defaults, Pending Arbitrations for Breach of Contract, and Document No. 513 showing an Estate Surplus of $4,524,517.59 |
| **11** | Composite Exhibit — Order Scheduling Trial on Claim 5-3, Recusal Denial Based on Lack of Standing, Discovery Evasion, and the "No Reasonable Prospect of Surplus" Finding |
| **12** | Composite Exhibit — Cohan's Amended Omnibus Objection to Claims, the Trustee's Motion to Strike Based on Lack of Standing, the Trustee's Response Asserting No Surplus, the Illinois Bankruptcy Court's Orders Sustaining Objections and Disallowing Claims in the Parallel Hughes Case, the Corporate Separation Between Genie Investments LLC (Delaware, formed 2/13/2020, EIN 84-4713500) and Genie Investments NV Inc. (Nevada, formed 12/17/2021, EIN 87-4036343), and the Mickler April 2024 Trial Exhibits (Bridge Loan Agreements and Related Documents) Incorporated by Reference |
| **13** | Composite Exhibit — Final Judgment Against Velanos Principal Capital, Inc. ($20,000,000), Settlement and Compromise with Warren Law Group/Scott Oh ($435,000), the Immaterially Amended Velanos Settlement Agreement, the Order Granting the Warren Law Settlement, the Original Velanos-Debtor Settlement Agreement Executed Before the Trustee's Appointment, and the Complete Velanos Dockets (M.D. Fla. Case No. 6:24-cv-00271-ACC-LHP; C.D. Cal. Case No. 8:25-mc-00011-UA; and C.D. Cal. Case No. 8:25-cv-01740-TJH-DFM) Reflecting the Timing of the Settlement and the Trustee's Enforcement Efforts |
| **14** | Composite Exhibit — Lender Remedies (Section 13.7 Force Majeure Clause and Borrower's Sole Remedy), Borrower Update Letters (March 31, 2023; April 21, 2023; August 23, 2023; December 6, 2023), Arbitration Demand (October 25, 2023), and the Wearmouth Deposition Transcript (February 8, 2024) Establishing the Debtor's Compliance with Section 13.7 and the Wholesale Lender's Failure to Fund |
| **15** | Composite Exhibit — Genie Management Declaration (Signed March 12, 2024), Gowling WLG Engagement Letter (November 16, 2022), Scott Oh Legitimizing Wire Trace Report |

| Exhibit | Title |
|---|---|
| | (March 9, 2023), and $19.8 Million Proof of Funds Screenshots (November 1, 2023) Establishing the Debtor's Good-Faith Reliance, the Wholesale Lender's Fraud, and the Debtor's Compliance with Section 13.7 |
| **16** | Composite Exhibit — Additional Supporting Documents for Motion to Disqualify and Recuse United States Trustee Scott Bomkamp and Debtor's Counsel Bryan Mickler (Bankr. Doc. 507), Motion to Disqualify and Recuse Chapter 7 Trustee Aaron Cohen and Counsel Raye Elliott (Bankr. Doc. 508), Motion to Remove Trustee for Cause (Bankr. Doc. 509), All Filed December 16, 2025, Together with the Report and Recommendation of the Magistrate Judge in Cohan v. Calhoun (M.D. Ala. Case No. 2:25-cv-00742-RAH-KFP, Doc. 69, Filed December 16, 2025), the Eleventh Circuit Order Reinstating Appeal (No. 26-10943-F, May 6, 2026) and Memorandum Opinion in Cohan v. Bomkamp, No. 1:25-cv-02009-RDM (D.D.C. June 16, 2026) (Doc. 73). |
| **17** | Recorded Call Summary and Transcript — Genie-Platform Borrower Verification Call (Daniel Knutson, ZOOMERAL User ID 3052), Establishing a Recorded Example of How Genie Disclosed the Non-Refundable Nature of Due Diligence Fees, Bridge Interest Payments, and ZOOMERAL Software Activations, the Best-Efforts Nature of the Loan Agreement, the Interest Credit Account Risk Disclosure, and the Five-Day Cooling-Off Period |
| **18** | Composite Exhibit — Pre-Drafted Motion for Reconsideration and Notice of Appeal, Email Exchange Between Cohan and Debtor's Counsel Bryan Mickler Regarding the Basis for Appeal and Counsel's Refusal to Provide Appellate Services (August 11–12, 2024), and Cohan's Inquiry Regarding Reporting U.S. Trustee Bomkamp and Examiner Yip for Fraud (August 12, 2024) |
| **19** | Composite Exhibit — McMann Commercial Lending Audit Email (July 31, 2023; August 17, 2023) and the Trustee's Motion for Summary Judgment on Objection to Claim 5-3 of Charles Blake Stringer/Nutra-Acres LLC (Bankr. Doc. 759, Pages 21–180), Including the McMann BELOC Agreement, Bridge Loan Agreement, Intercreditor Agreement, Promissory Note, Security Agreement, Due Diligence Fee Agreement, and All Supporting Exhibits, Trustee's Objection to Claim 64-2 of McMann Commercial Lending, LLC (Bankr. Doc. 772) |
| **20** | Composite Exhibit — Third-Party Complaints and Related Filings Establishing the Velanos/Nordic Trust SBLC Fraud Enterprise (Klein v. Velanos Principal Capital, Inc., |

| Exhibit | Title |
|---|---|
| | N.D. Tex. Case No. 3:25-cv-01991-S; Hantash v. Byrd, N.D. Tex. Case No. 3:24-cv-02392-D; and Genie Investments NV v. Wearmouth, M.D. Fla. Case No. 6:24-cv-00271-ACC-LHP), Together with Borrower Default Notices (August 2, 2024), Trustee's Voluntary Payment Demand Letter (October 3, 2025), Email Exchange Regarding the ZOOMERAL 3% Success Fee and Due Diligence Fee Split (October 28–29, 2025), the ZOOMERAL Terms of Use, the Sample Term Sheet and Examiner's Report Excerpts Establishing the Borrower-Paid 3% Origination Fee, the Trustee's Correspondence Regarding the Closed Loans, and Cohan's Notice of Good-Faith Conduct (December 9, 2025) |
| **21** | Examiner's Report of Maria M. Yip (Bankr. Doc. 146, filed June 28, 2024) — Court-Appointed Examiner's Investigative Report Containing No Finding of Fraud, Identifying Estate Assets, and Expressly Acknowledging the Limits of Its Investigation |
| **22** | Composite Exhibit — Chapter 7 Trustee's Inconsistent Accounting and Shifting Positions: (A) Notice of Inconsistent Accounting and Shifting Positions by the Chapter 7 Trustee (Bankr. Doc. 587), with Exhibits A (Bankr. Doc. 354) and B (Bankr. Doc. 573), the Trustee's Form 2 Cash Receipts and Disbursements Records (Bankr. Docs. 569, 586), and the Trustee's Contradictory Statements in Adversary Proceeding 25-cv-00164 and Bankr. Docs. 389, 390, 438, 560; and (B) Movant's Motion for Reconsideration of Order Granting Trustee's Motion to Enforce Automatic Stay and Denying With Prejudice Third Party Individual's Motions for Sanctions (Doc. 438), with Exhibits I–VII; The Trustee's Foundational Omission: Failure to Review the Conversion Trial Transcripts |
| **23** | Composite Exhibit — Orders and Determinations Granting In Forma Pauperis Status and Certificates of Indigency: (A) Minute Order Granting Leave to Appeal In Forma Pauperis, *Cohan v. Bomkamp*, No. 1:25-cv-02009-RDM (D.D.C. July 17, 2026); (B) Order Approving Application to Proceed in District Court Without Prepaying Fees or Costs, In re Genie Investments NV Inc., No. 3:24-bk-00496-BAJ (Bankr. M.D. Fla. Sept. 3, 2026); (C) Order Approving Verified Motion for Leave to Proceed on Appeal In Forma Pauperis, Misc. Pro. No. 2:26-mp-00001-FMR (Bankr. M.D. Fla. Oct. 5, 2026); (D) Certificate of Indigency, *Cohan v. Ekuta*, No. 16-2026-CA-006395-AXXX-MA (Fla. 4th Cir. Ct. Sept. 11, 2026); and (E) Certificate of Indigency, *U.S. Bank Trust Nat'l Ass'n v. ADH Holdings FLLC*, No. 16-2025-CA-004534-AXXX-MA (Fla. 4th Cir. Ct. Sept. 14, 2026) |