FILED INTAKE USI
OCT 13 '26 PM1:0

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

**VERIFIED MOTION TO EXPEDITE CONSIDERATION OF VERIFIED NOTICE OF FILING OF POLICE REPORTS AND REQUEST FOR JUDICIAL NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 201(b)(2)**

COMES NOW John Michael Cohan, protected person under Marsy's Law and the First Amendment of the United States Constitution, pro se, and respectfully moves this Court to expedite consideration of the re-filed and procedurally corrected Verified Notice of Filing of Police Reports and Request for Judicial Notice filed contemporaneously with this Motion.

1. The standing trial is scheduled for November 9, 2026.

2. The police report (JSO# 2025-0471040, its supplements -01 through -04 and its related reports are directly relevant to the standing analysis.

3. The Notice and Request for Judicial Notice was originally filed on or around October 1, 2026 (Bankr. Doc. 767). The Court has *not* ruled.

4. The undersigned identified redaction errors in the initial request, has corrected those errors and has re-filed the Request for Judicial Notice of the police reports on or around October 13, 2026, contemporaneously filed with this motion.

5. The undersigned requests that the Court expedites, under Federal Rule of Bankruptcy Procedure 9006(c), its ruling on the Request for Judicial Notice, so that the police report is in the record for the standing trial on November 9, 2026.

6. This Motion is submitted in support of the undersigned's rights under the First Amendment to the United States Constitution (the right to petition the Government for a redress of grievances), the Fifth Amendment to the United States Constitution (the guarantee of due process of law), and the equal protection component of the Fifth Amendment's Due Process Clause (the guarantee of equal treatment under the law).

WHEREFORE, the undersigned respectfully requests that this Court expedite consideration of the Verified Notice of Filing of Police Reports and Request for Judicial Notice and Rule on the Request for Judicial Notice within a reasonable timeframe.

VERIFICATION

I, John Michael Cohan, declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 10-13-2026

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the foregoing document and/or its attachments by the CM/ECF system, U.S. Mail and/or email.

Debtor
Genie Investments NV Inc.
represented by Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
Email: court@planlaw.com

U.S. Trustee
represented by Scott E. Bomkamp
DOJ-Ust
United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

Chapter 7 Trustee
Aaron R. Cohen
represented by Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
Email: raye.elliott@akerman.com

David C. Hughes II
davidchoatehughes@gmail.com