FILED INTAKE USE
OCT 13 '26 PM1:0

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

# VERIFIED MOTION TO EXPEDITE CONSIDERATION OF REQUEST FOR ORDERS TO SHOW CAUSE

COMES NOW John Michael Cohan, protected person under Marsy's Law and the First Amendment of the United States Constitution, pro se, and respectfully moves this Court to expedite consideration of his Request for Orders to Show Cause.

1. The standing trial is scheduled for November 9, 2026.

2. The Request for Orders to Show Cause was included in the undersigned's Verified Response to Order Directing Response (Bankr. Doc. 735), Objections to Procedural Gameplay, and Request for Orders to Show Cause, filed at Bankr. Doc. 756.

3. The Request asks the Court to issue Orders to Show Cause directed to:

a. The Chapter 7 Trustee, to show cause why the Chapter 7 Trustee should *not* be sanctioned for allegedly deeming the agreements "irrelevant" to the standing analysis despite the agreements being the basis for every claim;

b. The United States Trustee, to show cause why the United States Trustee should *not* be sanctioned for (i) the alleged audio alteration, (ii) allegedly permitting a party subject to a restraining order to ask the undersigned questions for "five (5) minutes at the end" during the §341 meeting after being notified, and (iii) allegedly omitting the violation from the record;

c. Debtor's counsel, to show cause why Debtor's counsel should *not* be sanctioned for allegedly omitting the violation from the record.

4. The Request was filed on September 29, 2026 at Bankr. Doc. 754.

5. A verified notice was filed on October 5, 2026 at Bankr. Doc. 768.

6. The Request has *not* yet been ruled on.

7. The undersigned requests that the Court expeditiously rule under Federal Rule of Bankruptcy Procedure 9006(c) on the Request for Orders to Show Cause, so that the matters raised in the Request are substantively addressed before the standing trial.

8. This Motion is submitted in support of the undersigned's rights under the First Amendment to the United States Constitution (the right to petition the Government for a redress of grievances), the Fifth Amendment to the United States Constitution (the guarantee of due process of law), and the equal protection component of the

Fifth Amendment's Due Process Clause (the guarantee of equal treatment under the law).

WHEREFORE, the undersigned respectfully requests that this Court expedite consideration of the Request for Orders to Show Cause and rule on the Request within a reasonable timeframe.

VERIFICATION

I, John Michael Cohan, declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 10-13-2026

Respectfully submitted in good faith,

**John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103**
iustusprocessus@outlook.com

Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the foregoing document and/or its attachments by the CM/ECF system, U.S. Mail and/or email.

Debtor
Genie Investments NV Inc.
represented by Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
Email: court@planlaw.com

U.S. Trustee
represented by Scott E. Bomkamp
DOJ-Ust
United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

Chapter 7 Trustee
Aaron R. Cohen
represented by Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
Email: raye.elliott@akerman.com

David C. Hughes II
davidchoatehughes@gmail.com