UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

FILED INTAKE USB
OCT 13 '26 PM1:0

# VERIFIED MOTION TO EXPEDITE CONSIDERATION OF REQUEST FOR TRANSCRIPTS

COMES NOW John Michael Cohan, protected person under Marsy's Law and the First Amendment of the United States Constitution, pro se, and respectfully moves this Court to expedite consideration of his Request for Transcripts filed at Bankr. Docs. 681, 714, 754, and 769.

1. The standing trial is scheduled for November 9, 2026.

2. The transcripts requested are necessary for the standing trial and for the pending appeal.

3. The verified Request for Transcripts was filed on or around September 11, 2026 at Bankr. Doc. 681.

4. A verified motion to expedite the transcript request was filed on or around September 17, 2026 at Bankr. Doc. 714.

5. The Court entered an Order Directing Response on or around September 22, 2026 at Bankr. Doc. 735.

6. The undersigned filed a verified Response on or around September 29, 2026 at Bankr. Doc. 754.

7. The undersigned filed a verified notice of filing of the transcripts on or around October 5, 2026 at Bankr. Doc. 769.

8. Many of the transcripts have *not* yet been produced. A Transcript Order form has been attached.

9. The undersigned requests that the Court expeditiously rules on the Request for Transcripts under Federal Rule of Bankruptcy Procedure 9006(c) and order the transcripts prepared at government expense pursuant to 28 U.S.C. § 753(f).

10. The undersigned acknowledges receipt of the April 2024 trial transcripts (Bankr. Docs. 79 and 80), which satisfy only part of the Verified Request for Transcripts. The remaining requested transcripts are *still* outstanding.

11. The Trustee's counsel first disclosed knowledge of the existence of the April 2024 trial transcripts on October 12, 2026 — after representing on September 9, 2026 that no such transcripts existed — approximately one (1) month after the Request for Transcripts was filed. The undersigned requests that the Court still rule expeditiously on the § 753(f) motion as to the remaining transcripts.

12. This Motion is submitted in support of the undersigned's rights under the First Amendment to the United States Constitution (the right to petition the Government for a redress of grievances), the Fifth Amendment to the United States Constitution (the guarantee of due process of law), and the equal protection component of the Fifth Amendment's Due Process Clause (the guarantee of equal treatment under the law).

WHEREFORE, the undersigned respectfully requests that this Court expedite consideration of the Request for Transcripts and order the transcripts prepared within a reasonable timeframe.

VERIFICATION

I, John Michael Cohan, declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 10-13-2026

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the foregoing document and/or its attachments by the CM/ECF system, U.S. Mail and/or email.

Debtor
Genie Investments NV Inc.
represented by Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
Email: court@planlaw.com

U.S. Trustee
represented by Scott E. Bomkamp
DOJ-Ust
United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

Chapter 7 Trustee
Aaron R. Cohen
represented by Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
Email: raye.elliott@akerman.com

David C. Hughes II
davidchoatehughes@gmail.com

AO 435
(Rev. 10/23)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

| | | | |
|---|---|---|---|
| 1. NAME<br>John Michael Cohan | | 2. PHONE NUMBER<br>(904) 490-0743 | 3. DATE<br>10/8/2026 |
| 4. DELIVERY ADDRESS OR EMAIL<br>iustusprocessus@outlook.com | | 5. CITY<br>Jacksonville | 6. STATE<br>FL / 7. ZIP CODE<br>32205 |
| 8. CASE NUMBER<br>2:26-mp-00001 | 9. JUDGE<br>Rivera | DATES OF PROCEEDINGS<br>10. FROM 8/12/2026 | 11. TO |
| 12. CASE NAME<br>In re: John-Michael Cohan | | LOCATION OF PROCEEDINGS<br>13. CITY Tampa | 14. STATE Florida (Zoom) |

15. ORDER FOR

- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☒ IN FORMA PAUPERIS
- ☒ BANKRUPTCY
- ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) | August 12, 2026 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☒ | ☒ | NO. OF COPIES<br>4 | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next-Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-Hour | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE [signature]

PROCESSED BY

19. DATE
10/8/2026

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY