**[Dntchrg]** [District Notice of Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case Number:
3:24−bk−00496−BAJ
Chapter 7

Genie Investments NV Inc.

Debtor* /

NOTICE OF HEARING

**PLEASE TAKE NOTICE:**

1. The Honorable Jason A. Burgess will conduct a non−evidentiary hearing on **January 13, 2027 at 09:00 AM in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202** to consider the following:

**1) Verified Motion to Deem Requests for Admission Admitted (Doc. No.793) filed by Interested Party, John Michael Cohan,**
**2) Verified Motion to Compel Answers to Interrogatories (Doc. No.794) filed by Interested Party, John Michael Cohan,**
**3) Verified Motion to Compel Production of Documents (Doc. No.795) filed by Interested Party, John Michael Cohan,**
**4) Verified Motion to Compel Discovery Responses from Aaron R. Cohen, Chapter 7 Trustee, and for an Order Requiring a Privilege Log (Doc. No.796) filed by Interested Party, John Michael Cohan,**
**5) Verified Motion to Compel Discovery Responses from North Haven Lodging Partners LLC and Wallingford Lodging Partners LLC (Doc. No.797) filed by Interested Party, John Michael Cohan and**
**6) Verified Motion for Leave to Conduct a Second Round of Discovery (Doc. No.799) filed by Interested Party, John Michael Cohan**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess/.

3. A party that opposes the relief sought in the matter to be heard must appear at the hearing; otherwise, any objection or defense may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

Dated October 28, 2026

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3−150
Jacksonville, FL 32202

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this Notice on interested parties.