**ORDERED.**

**Dated: October 29, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

______________________________________/

**ORDER STRIKING COMBINED MOTION FOR REQUESTING MULTIPLE FORMS OF ALTERNATIVE RELIEF**

This Case is before the Court on the *Verified Hybrid Notice of Supplemental Authority and Combined Motion to Clarify Hearings, Joinder with Mr. Hughes' Fraud on the Court Motions, Request for Judicial Notice of the Police Report and Set the Trials for Bankr. Doc. 617 and 624 after the Hearings* (Doc. 713) (the "Combined Motion"), filed by John Michael Cohan ("Mr. Cohan"). Upon review, the Court will strike the Combined Motion because it impermissibly seeks multiple forms of relief.

Specifically, a motion must seek only *one* form of relief, except in instances in which the alternative relief sought falls under the same provision of the Bankruptcy Code or Bankruptcy

Rules.[1] The various forms of relief sought by Mr. Cohan involve separate orders, separate rules, and separate legal standards. Therefore, the Combined Motion violates Local Rule 9013-1(a) and will be stricken without prejudice to filing a procedurally proper motion directed to a single form of relief. Accordingly, it is

**ORDERED:**

The Combined Motion is **STRICKEN** without prejudice to filing a procedurally proper motion directed to a single form of relief.

###

Clerk's Office to serve.

[1] See M.D. Fla. Bankr. L.R. 9013-1(a) ("A motion filed with the Court must request only one form of relief unless the request seeks alternative forms of relief under the same provision of the Bankruptcy Code or Federal Rules of Bankruptcy Procedure.").