**ORDERED.**

**Dated: October 29, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

________________________________________/

**ORDER DENYING MOTION TO CONTINUE TRIAL**

This Case is before the Court on the *Motion to Continue Trial set for November 9, 2026*, filed by John Michael Cohan (Doc. 800). Upon review, the Court will deny the Motion. Accordingly, it is

**ORDERED:**

1. The Motion is **DENIED**.
2. The Trials set for November 9, 2026, will proceed as scheduled.