**ORDERED.**

**Dated: October 29, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

________________________________________/

**ORDER GRANTING IN PART AND DENYING IN PART MOTIONS FOR AUTHORIZATION TO FILE ELECTRONICALLY AND RECEIVE ELECTRONIC NOTICE AS A PRO SE CREDITOR FILED BY DAVID HUGHES**

This Case is before the Court on the *Motions for Authorization to File Electronically and Receive Electronic Notice as a Pro Se Creditor* (Docs. 764, 774), filed by David Hughes (the "Motions") (Doc. 718). By the Motions, Mr. Hughes requests authorization to file documents electronically through the Court's CM/ECF system, and to receive electronic notice and service in this Case. For the reasons stated herein, the Court will grant in part and deny in part the Motions.

Pursuant to Administrative Order FLMB-2024-2, entered on August 21, 2024, unrepresented parties are *not* permitted to file papers by email or fax. The Court does, however,

permit pro se creditors to receive email notifications whenever the Court generates a notice or order in a specified Case. Accordingly, it is

**ORDERED:**

1. The Motions are Granted in Part and Denied in Part as stated herein.
2. Mr. Hughes is not authorized to file papers by email or fax.
3. Upon the filing of a proper request, the Court will permit Mr. Hughes to receive email notifications whenever the Court generates a notice or order in this Case.[1]

---

[1] The form titled "Request by Individual Pro Se Creditor to Receive Email Notifications" is located on the Court's website under "Filing Without an Attorney" (https://www.flmb.uscourts.gov).