**ORDERED.**

**Dated: October 29, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

______________________________________/

**ORDER ON TRUSTEE'S OBJECTION TO AND MOTION FOR PROTECTIVE ORDER FOR WITNESS LIST FILED BY JOHN MICHAEL COHAN**

This Case is before the Court on the *Trustee's Objection to and Motion for Protective Order for Witness List filed by John Michael Cohan* (the "Motion") (Doc. 718), and the *Response in Opposition to the Motion* (the "Response") (Doc. 744), filed by Mr. Cohan. By the Motion, the Trustee requests that the Court prohibit Mr. Cohan from calling the Trustee's Attorney, Raye Elliott, as a witness at the November 9, 2026, trial (the "Trial"). Upon review, the Court will deny the Motion without prejudice to the Trustee raising defenses to any questions Ms. Elliott is asked as a witness at the Trial by Mr. Cohan.[1] Accordingly, it is

[1] The right to raise defenses at trial to questions Ms. Elliott is asked by Mr. Cohan extends to counsel for Ms. Elliott.

**ORDERED:**

The Motion is DENIED WITHOUT PREJUDICE to the Trustee, or counsel for Ms. Elliott, raising defenses to any questions Ms. Elliott is asked as a witness at the trial by Mr. Cohan.