United States Bankruptcy Court
Middle District of Florida

In re: Case No. 24-00496-BAJ
Genie Investments NV Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-3 User: admin Page 1 of 3
Date Rcvd: Oct 31, 2026 Form ID: Dordst Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genie Investments NV Inc., PO Box 60443, Jacksonville, FL 32236-0443 |
| aty | + | Corey D. Boddie, 40 Exchange Place, Suite 1800, New York, NY 10005-2716 |
| aty | | Winderweedle, Haines, Ward & Woodman, P.A., c/o Ryan E. Davis, PO Box 1391, Orlando, FL 32802-1391 |
| cr | | Acres & Royalty, LLC, c/o G. Chase Buxton, P.O. Box 1087, Ruston, LA 71273-1087 |
| cr | + | Andorful Dynasty Real Estate LLC, 4826 Cragmere Loop, Clermont, FL 34711-5523 |
| cr | + | Attn: Bryan Olson 20 Twenty Development LLC, 494 N Emery Ave, Orem, UT 84057-3708 |
| intp | + | David Hughes, PO Box 60443, Jacksonville, FL 32236-0443 |
| fa | #+ | Hal A. Levenberg, CIRA, CFE, YIP ASSOCIATES, One Biscayne Tower, 2 S. Biscayne Blvd., Suite 2690, Miami, FL 33131-1815 |
| crcm | + | Holland & Knight LLP, c/o Noel Boeke, Esq., 100 N. Tampa St., Ste. 4100, Tampa, FL 33602-3644 |
| cr | + | Lisa Butkiewicz, 6501 E. Greenway Parkway, #103-218, Scottsdale, AZ 85254-2025 |
| cr | + | Log Cabin Building, LLC, c/o Ian Black, Manager, 289 Parker Drive, Pittsburgh, PA 15216-1346 |
| intp | + | Mitchell Mims, MIMS-IPR, LLC, 1627 7th St S, Clanton, AL 35045-8786 |
| cr | + | North Haven Lodging Partners, LLC, c/o Foley & Lardner LLP, Attn: Benjamin J. Morris, 11988 El Camino Real, Ste. 400, San Diego, CA 92130-2594 |
| crcm | + | The Official Committee of Unsecured Creditors (Cre, c/o Noel R. Boeke, Holland & Knight LLP, 100 North Tampa Street, Suite 4100, Tampa, FL 33602-3644 |
| cr | + | Wallingford Lodging Partners, LLC, c/o Foley & Lardner LLP, Attn: Benjamin J. Morris, 11988 El Camino Real, Ste. 400, San Diego, CA 92130-2594 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: lea.bellerealty@gmail.com | Oct 31 2026 15:34:00 | Belle Maison Realty, LLC, c/o Lea Muse, Owner, 1133 E. 83rd Street 171, Chicago, IL 60619 |
| ex | + | Email/Text: trustee@yipcpa.com | Oct 31 2026 15:34:00 | Maria M Yip, Yip & Associates, 9200 S. Dadeland Blvd., Ste 316, Miami, FL 33156-2711 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Adam B. Walker |
| cr | | Charles Blake Stringer |
| intp | | Corey D. Boddie |
| cr | | Foster Group, LLC |
| cr | | Kristin Stegent |
| cr | | Lea Muse |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 31, 2026 | Form ID: Dordst | Total Noticed: 17 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Cohen | aaron@arcohenlaw.com vanessa@arcohenlaw.com,ahc@trustesolutions.net,cahc11@trustesolutions.net,nick@arcohenlaw.com |
| Bryan K. Mickler | on behalf of Plaintiff Genie Investments NV Inc. court@planlaw.com bkmickler@planlaw.com;mmiller@planlaw.com;kdcollier@planlaw.com;mmiller@planlaw.com;LawOfficesofMicklerMicklerLLP@jubileebk.net;ahm.planman@gmail.com;ahm-planman@juno.com |
| Bryan K. Mickler | on behalf of Debtor Genie Investments NV Inc. court@planlaw.com bkmickler@planlaw.com;mmiller@planlaw.com;kdcollier@planlaw.com;mmiller@planlaw.com;LawOfficesofMicklerMicklerLLP@jubileebk.net;ahm.planman@gmail.com;ahm-planman@juno.com |
| Bryce C Krampert | on behalf of Defendant CMZ Investments LLC bryce@postillionlaw.com |
| Bryce C Krampert | on behalf of Defendant ZNOC Enterprises LLC bryce@postillionlaw.com |
| Edward M Fitzgerald | on behalf of Creditor Committee The Official Committee of Unsecured Creditors (Creditors Committee) edward.fitzgerald@hklaw.com margaret.gruener@hklaw.com |
| Edward M Fitzgerald | on behalf of Creditor Committee Holland & Knight LLP edward.fitzgerald@hklaw.com margaret.gruener@hklaw.com |
| Jerrett M. McConnell | on behalf of Defendant Cald Holdings LLC jmcconnell@mcconnelllawgroup.com |
| John Michael Cohan | iustusprocessus@outlook.com |
| Max R Tarbox | on behalf of Creditor Charles Blake Stringer max@tarboxlaw.com |
| Raye Curry Elliott | on behalf of Trustee Aaron R. Cohen raye.elliott@akerman.com jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Interested Party Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Intervenor Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Counter-Defendant Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | on behalf of Plaintiff Aaron R. Cohen Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |

| | |
|---|---|
| Ryan E Davis | on behalf of Examiner Maria M Yip rdavis@whww.com mquallio@whww.com |
| Ryan E Davis | on behalf of Attorney Winderweedle Haines, Ward & Woodman, P.A. rdavis@whww.com, mquallio@whww.com |
| Ryan E Davis | on behalf of Financial Advisor Hal A. Levenberg CIRA, CFE rdavis@whww.com, mquallio@whww.com |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - JAX 11 scott.e.bomkamp@usdoj.gov |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - JAX 13/7 7 scott.e.bomkamp@usdoj.gov |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - FTM7/13 7 scott.e.bomkamp@usdoj.gov |
| Scott W Spradley | on behalf of Creditor Charles Blake Stringer scott@flaglerbeachlaw.com suzy@flaglerbeachlaw.com;danielle@flaglerbeachlaw.com |
| Scott W Spradley | on behalf of Plaintiff Nutra-Acres LLC scott@flaglerbeachlaw.com, suzy@flaglerbeachlaw.com;danielle@flaglerbeachlaw.com |
| Scott W Spradley | on behalf of Plaintiff Charles Blake Stringer scott@flaglerbeachlaw.com suzy@flaglerbeachlaw.com;danielle@flaglerbeachlaw.com |
| United States Trustee - JAX 11 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 25

**[Dordst]** [Order Scheduling Trial–BK]

ORDERED.

**Dated: October 21, 2026**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Case No. 3:24–bk–00496–BAJ
Chapter 7

Genie Investments NV Inc.

Debtor* /

**ORDER SCHEDULING TRIAL**

The Court will conduct a trial on the (1) Verified Motion to Expedite Consideration of Request for Orders to Show Cause (Doc No. 783); (2) Verified Motion for Judicial Notice of the Court's Own Docket and Transcripts Under Fed. R. Evid. 201 (Doc No. 780): (3) Verified Motion to Expedite Consideration of Verified Notice of Filing of Police Reports and Request for Judicial Notice Pursuant to Federal Rule of Evidence 201(b)(2) (Doc. No. 782) filed by Interested Party John–Michael Cohan, on November 9, 2026, at 10:00 AM, in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202. Accordingly, it is

**ORDERED:**

1. ***Witness List.*** The parties must exchange names and addresses of witnesses within 14 days of the date of entry of this Order.

2. ***Joint Stipulation of Undisputed Facts.*** The parties must meet in person or by video to prepare a joint stipulation of undisputed facts and exhibits that may be admitted into evidence without objection. The stipulation must be filed no later than seven days before the date set for trial.

3. ***Exhibits.*** Parties must comply with all requirements of Local Rules 7001–1 and 9070–1 concerning exhibits. Parties must exchange exhibits no later than seven days before the date set for trial.

(a) ***Objections to Authenticity.*** Unless written objection to authenticity is filed with the Court and served by email no later than the close of business on the second business day before trial, copies of exhibits will be admitted in lieu of the originals.

(b) ***Self–Authentication.*** If a party intends to rely upon the self–authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party must file with the Court and serve on other parties the written declaration required by Fed. R. Evid. 902(11) or (12) and a copy of all records sought to be admitted at least 28 days before trial.

4. ***Discovery Cutoff.*** Parties must complete discovery no later than seven days before the trial date except that parties may complete previously scheduled depositions up to the trial date.

5. ***Discovery Disputes.*** The parties must first confer in good faith to resolve any discovery disputes. If unsuccessful, any party may request a telephone conference with the Court so that the Court may render an informal, preliminary ruling on the discovery dispute, without prejudice to the right of any party to file a formal motion.

6. ***Meet and Confer Requirement.*** Counsel for all parties must confer within seven days prior to the trial and seek in good faith to settle the case.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073–1.

The Clerk's office is directed to serve a copy of this Order on interested parties via CM/ECF.

...

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.