# Exhibits 1-24

Exhibits 1 through 24 are already on the docket at Bankr. Docs. 781, 781-1 through 781-24 and are incorporated by reference.