# Exhibit 25

This is an email thread where Bryan Mickler assisted in the drafting of answers to questions asked by the Examiner and her assistant. This email was subsequently sent to the Examiner on or around the same date. The email chain also shows that the taxes of the Debtor was sent to the Examiner through the Examiner's upload portal. The Examiner's report did not mention the $9 million loss reported to the Internal Revenue Service in its report. A $9 million loss could not be reported if the Debtor did not report the $9 million as revenue, once again, defeating any "customer funds" theory.

**iustusprocessus@outlook.com**

| | |
|---|---|
| **From:** | David Choate <davidchoatehughes@gmail.com> |
| **Sent:** | Monday, August 17, 2026 5:27 PM |
| **To:** | Debitus Processus |
| **Subject:** | Fwd: Maria Lied |

Thank you, and Respectfully,

David C. Hughes II
3309 Robbins Rd PMB 160
Springfield, IL 62704
217.416.5059

---------- Forwarded message ---------
From: **David from Genie Investments** <dhughes@genieinvestments.com>
Date: Sun, Jun 15, 2025 at 3:18 PM
Subject: Maria Lied
To: davidchoatehughes@gmail.com <davidchoatehughes@gmail.com>

FYI Below

Sincerely,

**David Hughes**

Genie Investments, Director

GI | GENIE INVESTMI

A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.

DISCLAIMER: The sender (dhughes@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. The sender is a Consultant and makes no warranties or representations as to the Buyer, Seller, or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, the Recipient must return any and all documents in their original receipted condition to the Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710 AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm

PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.

This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and educational purposes only and does not provide investment advice.

---

**From:** Bryan Mickler <bkmickler@planlaw.com>
**Sent:** Monday, June 24, 2024 3:21 PM
**To:** John from Genie Investments <jmcohan@genieinvestments.com>; David from Genie Investments <dhughes@genieinvestments.com>
**Subject:** RE: Thank You For The Call Earlier

Answers dictated below:

Bryan K. Mickler, Attorney

Law Offices of Mickler & Mickler, LLP

5452 Arlington Expy.

Jacksonville, FL 32211

904-725-0822

904-725-0855 FAX

www.planlaw.com

**From:** John from Genie Investments <jmcohan@genieinvestments.com>
**Sent:** Monday, June 24, 2024 2:03 PM
**To:** David from Genie Investments <dhughes@genieinvestments.com>
**Cc:** Bryan Mickler <bkmickler@planlaw.com>
**Subject:** RE: Thank You For The Call Earlier

CAUTION: This message was sent from outside the company

Hal/Maria,

1. The Morgan Stanley Portfolio Management Active Assets account ending x2290 – Do you have account opening documents for this account? Specifically, we are looking for whether this was a secured loan and if there were any personal guarantees? See attached (Opening Statement 1 & 2 and 2290 AAA Document). – **This account was opened by Caleb Davis and was a secured line of credit tied to the Morgan Stanley brokerage account. See attached opening statements for both accounts showing secured status, guarantor and other information. Neither John nor David participated in opening the accounts nor were either of them a personal guarantor on the line of credit.**

2. The $121,600 in payments to the Law Offices of Scott J. Oh – Do you have invoices for services relating to these payments? See attached invoices and one wire receipt A total of $29,455.42 was for retainer. $50,000 was from .5% of the $10MM escrow agreement (attached GENIE-VIKING). $21,600 was paid in good faith in anticipation of a partnership that never came to fruition. Total: $101,055.42, which is short of your number. – **Documents attached to support $101k in payments to Oh. We have reviewed the invoices with our attorney Adam Walker and do not see a total amount paid of $121k. Could you please provide to us the payments that you have documented and we will try to determine if we are missing a payment to Oh?**

3. For the $9,000,000 transferred to Velanos, what was the source of monies used to fund those transfers? The $9,000,000 transferred to Velanos were 100% sourced by Genie Investments NV. Our answer has been consistent each time this question has been asked. **The source of these funds was income earned by Genie during the period of 2021 and 2022 prior to the transfer to Velanos. You should have all of the bank account statements to show income from ICA payments by customers, bridge loan interest by customers and due diligence payments by customers during this time period.**

4. Velanos transferred $499,975 to the Debtor on May 2, 2023. What is your understanding of what that payment from Velanos was for? Partial payment of what Velanos owed to Genie Investments NV. **This was a payment by Velanos to Genie that was show that there were funds available to repay the $9M that**

had stolen by Velanos from Genie. During this time we were constantly threatening Velanos with legal action if they refused to repay the stolen funds. The $500k payment was to represent a good faith down payment towards the repayment of Genie's funds. However, it appears that these funds were part of the scheme to defraud by Velanos in order to buy more time. Velanos continued to make promises to Genie that it would repay the stolen funds but never did.

5. For the loans funded in the "Loan Closing Date" schedule, what was the source of the funds used to provide those loans? The loans funded in the "Loan Closing Date" schedule were 100% sourced by Genie Investments NV. Our answer has been consistent each time this question has been asked. Same as 3?

6. Zoomeral – According to the 341 audio, Zoomeral is 81% owned by David and 17.5% owned by John. Who owns the additional 1.5%? David's math was incorrect. Correct percentages: 82.5% David; 17.5% John; To be clear, there are no other owners of ZOOMERAL other than John and David.

7. Better Methods – The Debtor transferred funds to Better Methods from January 2023 through January 2024. Do you have bank statements for Better Methods during that time? Yes, see attached. Ok to provide in order to show that you were protecting funds in order to fund legal fees for Genie. Please emphasize to Ms. Yip that all funds transferred to Better Methods ultimately were used for Genie legal fees and other Genie expenses. Give her some examples of payments to Adam Walker, my office, arbitration costs, etc.

8. Genie Investments NV, Inc. (Florida) – The Debtor's JPMorgan Chase account account ending x8502 transferred $11,275,000 to Genie Investments NV, Inc.'s Wells Fargo account ending x9881 on July 28, 2022. On September 22, 2022 the exact same amount was transferred back from the Wells Fargo account to the Debtor's JPMorgan Chase account ending x8502. Why was such a large sum transferred to the Wells Fargo account and then returned during this time? We wanted to have multiple bank accounts open to diversify our banking relationships.

9. Old Plank Trail Community Bank account ending x6406 – Did the Debtor maintain an account at Old Plank Trail Community Bank? Genie, nor any affiliate entity, had account at Old Plank Trail Community Bank. – McMann account – let Yip know who owned the account and let her know that you had no access to the account, made no deposits or withdrawals and did not receive financial statements on the account.

We can skip tomorrow morning's call if the answers above suffice. Please let us know. Thank you.

Sincerely,

**John Michael Cohan**

Genie Investments, Director

GI | GENIE INVESTMENTS

A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.

DISCLAIMER: Sender (jmcohan@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710 AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm

PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.

This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and educational purposes only and does not provide investment advice.

**From:** Hal Levenberg <HLevenberg@yipcpa.com>
**Sent:** Friday, June 21, 2024 3:02 PM

**To:** David from Genie Investments <dhughes@genieinvestments.com>; John from Genie Investments <jmcohan@genieinvestments.com>
**Cc:** Maria Yip <MYip@yipcpa.com>; Bryan Mickler <bkmickler@planlaw.com>
**Subject:** RE: Thank You For The Call Earlier

David & John,

Thank you for providing the tax returns. Maria and I had some follow-up questions/requests:

1. The Morgan Stanley Portfolio Management Active Assets account ending x2290 – Do you have account opening documents for this account? Specifically, we are looking for whether this was a secured loan and if there were any personal guarantees?

2. The $121,600 in payments to the Law Offices of Scott J. Oh – Do you have invoices for services relating to these payments?

3. For the $9,000,000 transferred to Velanos, what was the source of monies used to fund those transfers? All funds were owned by Genie Investments NV.

4. Velanos transferred $499,975 to the Debtor on May 2, 2023. What is your understanding of what that payment from Velanos was for? Partial payment of what Velanos owed to Genie Investments NV.

5. For the loans funded in the "Loan Closing Date" schedule, what was the source of the funds used to provide those loans? All funds were owned by Genie Investments NV.

Thanks,

Hal

**From:** David from Genie Investments <dhughes@genieinvestments.com>
**Sent:** Friday, June 21, 2024 1:08 PM
**To:** John from Genie Investments <jmcohan@genieinvestments.com>; Hal Levenberg <HLevenberg@yipcpa.com>
**Cc:** Maria Yip <MYip@yipcpa.com>; Bryan Mickler <bkmickler@planlaw.com>
**Subject:** RE: Thank You For The Call Earlier

Maria & Hal,

Thank you both and please let us know if we need to provide additional materials or answer any questions/concerns at all.

Thank You & Respectfully,

**David Hughes**

Genie Investments, Director

GENIE INVESTMENTS

A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.

DISCLAIMER: The sender (dhughes@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. The sender is a Consultant and makes no warranties or representations as to the Buyer, Seller, or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, the Recipient must return any and all documents in their original receipted condition to the Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710 AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm

PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited

from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.

This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and educational purposes only and does not provide investment advice.

---

**From:** John from Genie Investments <jmcohan@genieinvestments.com>
**Sent:** Friday, June 21, 2024 10:32 AM
**To:** David from Genie Investments <dhughes@genieinvestments.com>; Hal Levenberg <HLevenberg@yipcpa.com>
**Cc:** Maria Yip <MYip@yipcpa.com>; Bryan Mickler <bkmickler@planlaw.com>
**Subject:** RE: Thank You For The Call Earlier

Hal,

2022 and 2023 Taxes were uploaded in the Financial folder.

Sincerely,

---

**John Michael Cohan**

Genie Investments, Director

GH | GENIE INVESTMENTS

A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.

DISCLAIMER: Sender (jmcohan@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This

electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710 AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm

PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.

This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and educational purposes only and does not provide investment advice.

---

**From:** David from Genie Investments <dhughes@genieinvestments.com>
**Sent:** Thursday, June 13, 2024 1:37 PM
**To:** Hal Levenberg <HLevenberg@yipcpa.com>; John from Genie Investments <jmcohan@genieinvestments.com>
**Cc:** Maria Yip <MYip@yipcpa.com>; Bryan Mickler <bkmickler@planlaw.com>
**Subject:** RE: Thank You For The Call Earlier

Hal,

We should have taxes finalized and ready this afternoon. We will advise. Thanks for everyone's patience.

Sincerely,

---

**David Hughes**

Genie Investments, Director

GI | GENIE INVESTMENTS

A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.

DISCLAIMER: The sender (dhughes@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. The sender is a Consultant and makes no warranties or representations as to the Buyer, Seller, or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, the Recipient must return any and all documents in their original receipted condition to the Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710 AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm

PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.

This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and educational purposes only and does not provide investment advice.

---

**From:** Hal Levenberg <HLevenberg@yipcpa.com>
**Sent:** Thursday, June 13, 2024 12:12 PM
**To:** John from Genie Investments <jmcohan@genieinvestments.com>; David from Genie Investments <dhughes@genieinvestments.com>
**Cc:** Maria Yip <MYip@yipcpa.com>; Bryan Mickler <bkmickler@planlaw.com>
**Subject:** RE: Thank You For The Call Earlier

Thank you John.

Hal

---

**From:** John from Genie Investments <jmcohan@genieinvestments.com>
**Sent:** Wednesday, June 12, 2024 12:27 PM
**To:** Hal Levenberg <HLevenberg@yipcpa.com>; David from Genie Investments <dhughes@genieinvestments.com>
**Cc:** Maria Yip <MYip@yipcpa.com>; Bryan Mickler <bkmickler@planlaw.com>
**Subject:** RE: Thank You For The Call Earlier

Hal,

Uploading now in the CONFIDENTIAL folder. The document provided is the same document we provided to the Illinois Secretary of State regarding their investigation. Be advised that this document reflects and encompasses all Genie entities as requested by the IL SOS. If you have any questions regarding this document, please let us know. Thanks.

Sincerely,

**John Michael Cohan**

Genie Investments, Director

GI | GENIE INVESTMENTS

A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.

DISCLAIMER: Sender (jmcohan@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710 AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm

PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.

This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and educational purposes only and does not provide investment advice.

**From:** Hal Levenberg <HLevenberg@yipcpa.com>
**Sent:** Tuesday, June 11, 2024 3:56 PM
**To:** David from Genie Investments <dhughes@genieinvestments.com>
**Cc:** Maria Yip <MYip@yipcpa.com>; Bryan Mickler <bkmickler@planlaw.com>; John from Genie Investments <jmcohan@genieinvestments.com>
**Subject:** RE: Thank You For The Call Earlier

John,

Thank you for providing the principal due schedule.

Do you have a listing of McMann customers that Genie was to fund loans for? You previously provided the customer list that was for non-McMann customers.

Thanks,
Hal

**From:** David from Genie Investments <dhughes@genieinvestments.com>
**Sent:** Monday, June 10, 2024 3:58 PM
**To:** Hal Levenberg <HLevenberg@yipcpa.com>
**Cc:** Maria Yip <MYip@yipcpa.com>; Bryan Mickler <bkmickler@planlaw.com>; John from Genie Investments <jmcohan@genieinvestments.com>
**Subject:** Thank You For The Call Earlier

Maria & Hal,

Thank you both for your time on the call earlier. As stated, if you need any other document/s, please let us know and we will provide it. If there is anything that needs clarification/explanation, let us know, and we will have it answered the same day.

Thank You Both & Respectfully,

**David Hughes**

Genie Investments, Director

GI | GENIE INVESTMENTS

A Word of Caution to Sellers & Buyers Business is based on trust. Genie Investments (Genie) is acting solely as Consultants, Genie does not accept any liability on behalf of Sellers or Buyers or their associated Facilitators and/or Intermediaries. Genie advises Buyers and Sellers to take the course of wisdom and perform full verification & due diligence on their own before going into any opportunity.

DISCLAIMER: The sender (dhughes@genieinvestments.com) is NOT a United States Securities Dealer or Broker or U.S. Investment Advisor. The sender is a Consultant and makes no warranties or representations as to the Buyer, Seller, or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, the Recipient must return any and all documents in their original receipted condition to the Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521,2701-2710 AS PER GRAMM-LEACH-BLILEY ACT 15 USC, SUBCHAPTER I, SEC 6801-6809 DISCLOSURE OF NONPUBLIC PERSONAL INFORMATION. Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm

PRIVATE AND CONFIDENTIAL: This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or using any of this information. Please inform the sender if you have received this email in error.

This email is not a solicitation or recommendation to buy, sell, or hold securities. This email is meant for informational and educational purposes only and does not provide investment advice.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

# Exhibit 26

These are all the Uniform Commercial Code's UCC-1's filed by the Debtor through third-party Parasec against its Borrowers entities who received loans from the Debtor. These undisputed liens placed against borrowers for the loans destroys the Trustee's wet-ink promissory note lack of collectability theory as the UCC-1s, combined with copies of the agreements and the bank accounts, demonstrate loans were made and are collectible through alternative means.

PARASEC
National Entity Formation & Compliance

**Date:** 7/10/2023
**Customer:** Z187163
**Order:** 2000662
**Ref:** Winslow Homes LLC

GENIE INVESTMENTS
Attn: John Michael Cohan
PO BOX 60443
JACKSONVILLE, FL 32236

**Parasec Rep:**
Benjamin Carpineta
bcarpineta@parasec.com

## ORDER SUMMARY

### Winslow Homes LLC

**USA, FL**

File Lien — Filed 7/7/2023. File #202301854595.

*Parasec and/or its agents accept no responsibility for errors or omissions contained in any report provided by Parasec. Should a claim be asserted against Parasec for errors or omissions, the sole extent of Parasec's liability shall be limited to an amount equal to the cost Parasec charged for the report. Parasec shall not be liable for consequential damages arising out of the use of the report by any customer or third party.*

*Parasec does not warrant the accuracy of the contents of the report. Parasec relies on records maintained by third parties and/or governmental agencies and is not responsible for the content of those records.*

Thank you for allowing us to service your needs.

Benjamin Carpineta

Benjamin Carpineta
Account Executive - Sacramento
bcarpineta@parasec.com
800-453-8533 Phone, 800-603-5868 Fax

**STATE OF FLORIDA UNIFORM COMMERICAL CODE FINANCING STATEMENT FORM**

**Florida Secured Transaction Registry**

# FILED

2023 Jul 07 01:42 PM

******* 202301854595 *******

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
GENIE INVESTMENTS NV INC.; 5165472810
Email CONTACT@GENIEINVESTMENTS.COM

B. SEND ACKNOWLEDGEMENT TO:

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: WINSLOW HOMES LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 1c. MAILING ADDRESS Line One: 3539 TUSCANY RESERVE BLVD | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY: NEW SMYMA BEACH | STATE: FL | POSTAL CODE: 32168 | COUNTRY: US |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 2c. MAILING ADDRESS Line One | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: GENIE INVESTMENTS NV INC. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 3c. MAILING ADDRESS Line One: PO BOX 60443 | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY: JACKSONVILLE | STATE: FL | POSTAL CODE: 32236 | COUNTRY: US |

**4. This FINANCING STATEMENT covers the following collateral:**

(1) All Company Assets (2) Interest Credit Account

5. ALTERNATE DESIGNATION (if applicable) ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ AG LIEN ☐ NON-UCC FILING ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

PARASEC
National Entity Formation & Compliance

**Date:** 9/5/2023
**Customer:** Z187163
**Order:** 2028061
**Ref:** UCC Filing n9-4-23

GENIE INVESTMENTS
Attn: John Michael Cohan
PO BOX 60443
JACKSONVILLE, FL 32236

**Parasec Rep:**
Benjamin Carpineta
bcarpineta@parasec.com

## ORDER SUMMARY

### KASY Consulting LLC

**USA, WA**

File Lien — Filed 9/5/2023. File #2023-248-7512-2.

*Parasec and/or its agents accept no responsibility for errors or omissions contained in any report provided by Parasec. Should a claim be asserted against Parasec for errors or omissions, the sole extent of Parasec's liability shall be limited to an amount equal to the cost Parasec charged for the report. Parasec shall not be liable for consequential damages arising out of the use of the report by any customer or third party.*

*Parasec does not warrant the accuracy of the contents of the report. Parasec relies on records maintained by third parties and/or governmental agencies and is not responsible for the content of those records.*

Thank you for allowing us to service your needs.

Benjamin Carpineta

Benjamin Carpineta
Account Executive - Sacramento
bcarpineta@parasec.com
800-453-8533 Phone, 800-603-5868 Fax

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
**Contact@genieinvestments.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**Genie Investments NV Inc.**
**PO Box 60443**
**Jacksonville FL USA 32236**

**Date of Filing : 09/05/2023**
**Time of Filing : 08:51:00 AM**
**File Number : 2023-248-7512-2**
**Lapse Date : 09/05/2028**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **KASY Consulting LLC** | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **18495 CAMP 12 RD** | **Leavenworth** | **WA** | **98826** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Genie Investments NV Inc.** | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **PO Box 60443** | **Jacksonville** | **FL** | **32236** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**(1) All Company Assets**
**(2) Interest Credit Account**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**PARASEC**
National Entity Formation & Compliance

**Date:** 11/14/2022
**Customer:** Z187163
**Order:** 1871511
**Ref:** UCC-1 filings

GENIE INVESTMENTS
Attn: John Michael Cohan
1347 FELICITA LN
ESCONDIDO, CA 92029

**Parasec Rep:**
Benjamin Carpineta
bcarpineta@parasec.com

## ORDER SUMMARY

### DJT Business Brokers LLC

**USA, UT**

File Lien — Filed 11/4/2022. File #221104914957-9.

### EAS INVEST GROUP, LLC

**USA, VA**

File Lien — Filed 11/4/2022. File #20221104147047.

### festivalPass, LLC

**USA, TX**

File Lien — Filed 11/4/2022. File #22-0054028376.

### Gobi Group LLC

**USA, WY**

File Lien — Filed 11/7/2022. File #2022-23087222.

### Green Light, GO. Property Solutions LLC

**USA, CO**

File Lien — Filed 11/4/2022. File #20222113064.

### Hachi Capital LLC

**USA, WY**

File Lien — Filed 11/7/2022. File #2022-23087525.

### Helu U.S. Holdings Inc

**USA, WY**

File Lien — Filed 11/7/2022. File #2022-23087424.

### Knights & Co.

PARASEC
National Entity Formation & Compliance

**Date:** 11/14/2022
**Customer:** Z187163
**Order:** 1871511
**Ref:** UCC-1 filings

**USA, NV**

File Lien — Filed 11/4/2022. File #2022284563-6.

## LaneAxis

**USA, CA**

File Lien — Filed 11/4/2022. File #U220241236829.

## LeRae Farms LLC

**USA, UT**

File Lien — Filed 11/4/2022. File #221104914958-6.

## NEWVENTURES1 LTD

**USA, WY**

File Lien — Filed 11/7/2022. File #2022-23087323.

## Platinum Investments USA LLC

**AU, NS**

File Lien — Filed 11/11/2022. File #202211110029743.

## Prograta Group, LLC

**USA, GA**

File Lien — Filed 11/9/2022. File #0332022-04110.

## Relco Industries LLC

**USA, NJ**

File Lien — Filed 11/4/2022. File #56272543.

## Trizion Solutions LLC

**USA, MD**

File Lien — Filed 11/4/2022. File #221104-1432000.

## Uncle Willie's Wings Inc.

**USA, NJ**

File Lien — Filed 11/4/2022. File #56272550.

## Walker Global Enterprises LLC

**USA, MI**

File Lien — Filed 11/4/2022. File #20221104000466-0.

PARASEC
National Entity Formation & Compliance

**Date:** 11/14/2022
**Customer:** Z187163
**Order:** 1871511
**Ref:** UCC-1 filings

## West Palm Holdings Inc.

**USA, WY**

File Lien — Filed 11/7/2022. File #2022-23087121.

*Parasec and/or its agents accept no responsibility for errors or omissions contained in any report provided by Parasec. Should a claim be asserted against Parasec for errors or omissions, the sole extent of Parasec's liability shall be limited to an amount equal to the cost Parasec charged for the report. Parasec shall not be liable for consequential damages arising out of the use of the report by any customer or third party.*

*Parasec does not warrant the accuracy of the contents of the report. Parasec relies on records maintained by third parties and/or governmental agencies and is not responsible for the content of those records.*

Thank you for allowing us to service your needs.

Benjamin Carpineta

Benjamin Carpineta
Account Executive - Sacramento
bcarpineta@parasec.com
800-453-8533 Phone, 800-603-5868 Fax

1

# Profile Summary Report

**File Lien**

LOCATION: ***USA, UT***

RE: **DJT Business Brokers LLC**

**Filed 11/4/2022. File #221104914957-9.**

SPENCER COX
*Governor*
DEIDRE HENDERSON
*Lieutenant Governor*

State of Utah
Department of Commerce
Division of Corporations and Commercial Code

MARGARET BUSSE
*Executive Director*

LEIGH VEILLETTE
*Director, Division of Corporations and Commercial Code*

Parasec
2804 Gateway Oaks Dr. #100
Sacramento, CA 95833

11/4/2022

# UCC Filing Acknowledgment

**Filing Description**
UCC-1 Initial Financing Statement
**Work Order Number**
W20221104-238586

**Document Filing Number**
221104914957-9
**Initial Filing Number**
221104914957-9

**Date/Time Processed: 11/4/2022 11:51:44**

| Debtor Name | Debtor Type | Debtor Address |
|---|---|---|
| DJT BUSINESS BROKERS LLC | Organization | 222 S MAIN STREET, SUITE 500<br>SALT LAKE CITY, UT, USA 84101 |

| Secured Party Name | Secured Party Type | Secured Party Address |
|---|---|---|
| GENIE INVESTMENTS NV INC. | Organization | PO BOX 5886<br>WILMINGTON, DE, USA 19808 |

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Parasec

B. E-MAIL CONTACT AT FILER (optional)
lculley@parasec.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Parasec
2804 Gateway Oaks Dr. #100
Sacramento CA 95833 USA

| Filed in the Office of | |
|---|---|
| L. Veillette (signature) Director, Division of Corporations and Commercial Code | Filing Number 221104914957-9 |
| | Initial Filing Number 221104914957-9 |
| | Filed On November 4, 2022 11:51 AM |
| | Lapse Date 11/04/2027 |
| | Number of Pages 1 |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: DJT BUSINESS BROKERS LLC

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 222 S MAIN STREET, SUITE 500 | SALT LAKE CITY | UT | 84101 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: GENIE INVESTMENTS NV INC.

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| PO BOX 5886 | WILMINGTON | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) ALL COMPANY ASSETS
(2) INTEREST CREDIT ACCOUNT

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

2

# Profile Summary Report

**File Lien**

LOCATION: ***USA, VA***

RE: **EAS INVEST GROUP, LLC**

**Filed 11/4/2022. File #20221104147047.**

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| |
|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>Lindsay Culley |
| B. E-MAIL CONTACT AT FILER (optional)<br>uccorders@parasec.com |
| C. SEND ACKNOWLEDGEMENT TO: (Name and Address)<br>Lindsay Culley<br>2804 Gateway Oaks Dr. #100<br>Sacramento, CA 95833 USA |

**Office of the Clerk**
**Virginia State Corporation Commission**

**Filing Number: 20221104147047**
**Filing Date and Time: 11/4/2022 3:36:24 PM**
**Total Number of Pages: 1**
**(Document filed electronically)**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME<br>**EAS INVEST GROUP, LLC** | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX | |
| 1c. MAILING ADDRESS<br>**2428 Number Ten Ln** | CITY<br>**Chesapeake** | STATE<br>**VA** | POSTAL CODE<br>**23323** | COUNTRY<br>**USA** | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME<br>**Genie Investments NV Inc.** | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS<br>**PO Box 5886** | CITY<br>**Wilmington** | STATE<br>**DE** | POSTAL CODE<br>**19808** | COUNTRY<br>**USA** |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets

(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

3

# Profile Summary Report

**File Lien**

LOCATION: ***USA, TX***

RE: **festivalPass, LLC**

**Filed 11/4/2022. File #22-0054028376.**

Uniform Commercial Code
P.O. Box 13193
Austin,Texas 78711-3193

John B. Scott
Secretary of State

# Office of the Secretary of State

November 04, 2022
Page 1 of 1

Parasec

| | |
|---|---|
| Filing Fee: | $5.00 |
| **Total Filing Fee:** | **$5.00** |

2804 Gateway Oaks Dr
Suite 100
Sacramento, CA 95833 -

Re: **Texas UCC Initial Filing Acknowledgment**

The Texas Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed into our system.

Initial Filing Type: **Financing Statement**

Initial Filing Number: **22-0054028376** Filing Date: **11/04/2022** Filing Time: **2:08 p.m.**

Lapse Date: **11/04/2027** Document Number: **1193921440002**

| Party Type | Party Name and Address |
|---|---|
| Debtor | **FESTIVALPASS, LLC**<br><br>**2028 E BEN WHITE BLVD #240-1219, AUSTIN, TX, USA, 78741** |
| Secured Party | **GENIE INVESTMENTS NV INC.**<br><br>**PO BOX 5886, WILMINGTON, DE, USA, 19808** |

Please feel free to contact us at 512-475-2703 if you have any questions regarding the above information.

User ID: WEBSUBSCRIBER

**UCC FINANCING STATEMENT**

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Parasec 9165767000

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Parasec
2804 Gateway Oaks Dr
Suite 100
Sacramento, CA 95833
USA

**FILING NUMBER: 22-0054028376**
**FILING DATE:** 11/04/2022 02:08 PM
**DOCUMENT NUMBER:** 1193921440002
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: **festivalPass, LLC** | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |
| **2028 E Ben White Blvd #240-1219** | **Austin** | **TX** | **78741** | **USA** | |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: **Genie Investments NV Inc.** | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |
| **PO Box 5886** | **Wilmington** | **DE** | **19808** | **USA** | |

4. COLLATERAL: This financing statement covers the following collateral:
(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

4

# Profile Summary Report

**File Lien**

LOCATION: ***USA, WY***

RE: **Gobi Group LLC**

**Filed 11/7/2022. File #2022-23087222.**

[redacted]

WY Secretary of State
FILED: 11/07/2022 09:23 AM
ID: 2022-23087222

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Genie Investments

B. E-MAIL CONTACT AT FILER (optional)
contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Genie Investments
PO Box 5886
Wilmington, Delaware 19808

Received
Secretary of State
Wyoming

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: Gobi Group LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 1c. MAILING ADDRESS: 30 N. Gould St. Ste R | CITY: Sheridan | STATE: WY | POSTAL CODE: 82801 | | COUNTRY: USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: Genie Investments NV Inc. | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 3c. MAILING ADDRESS: PO Box 5886 | CITY: Wilmington | STATE: DE | POSTAL CODE: 19808 | | COUNTRY: USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:



International Association of Commercial Administrators (IACA)

**STATE OF WYOMING * SECRETARY OF STATE**
**BUSINESS DIVISION**
Herschler Bldg East, Ste.100 & 101 , Cheyenne, WY 82002-0020
Phone: 307-777-7311 | Email: UCC@wyo.gov

GENIE INVESTMENTS
PO BOX 5886
WILMINGTON, DE 19808

November 7, 2022

## UCC Financing Statement Acknowledgement

**FILING INFORMATION**

| | |
|---|---|
| Document #: | 2022-23087222 |
| Filing Date: | 11/07/2022 |
| Lapse Date: | 11/07/2032 |
| Record Type: | UCC |
| Receipt #: | 002776739 |
| Alternate Designation: | Debtor / Secured Party |

**DEBTOR INFORMATION**

| | |
|---|---|
| Debtor Name: | GOBI GROUP LLC |
| Address: | 30 N. GOULD ST STE R<br>SHERIDAN, WY 82801 |

**SECURED PARTY INFORMATION**

| | |
|---|---|
| Secured Party Name: | GENIE INVESTMENTS NV INC. |
| Address: | PO BOX 5886<br>WILMINGTON, DE 19808 |

This acknowledges the filing of the attached document. If we may be of any further service to you, please contact us at the number noted above.

KARL ALLRED
Secretary of State
State of Wyoming

Enclosures: Original Documents

5

# Profile Summary Report

**File Lien**

LOCATION: ***USA, CO***

RE: **Green Light, GO. Property Solutions LLC**

**Filed 11/4/2022. File #20222113064.**

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 11/04/2022 01:14:33 PM
Master ID: 20222113064
Validation Number: 20222113064
Amount: $8.00

## Debtor: (Organization)

Name: Green Light, GO. Property Solutions LLC
Address1: 2770 Arapahoe Road, Suite 132
Address2:
City: Lafayette State: CO ZIP/Postal Code: 80026
Province: Country: United States

## Secured Party: (Organization)

Name: Genie Investments NV Inc.
Address1: PO Box 5886
Address2:
City: Wilmington State: DE ZIP/Postal Code: 19808
Province: Country: United States

## Collateral

**Description:**
(1) All Company Assets (2) Interest Credit Account

6

# Profile Summary Report

**File Lien**

LOCATION: ***USA, WY***

RE: **Hachi Capital LLC**

**Filed 11/7/2022. File #2022-23087525.**

[redacted]

WY Secretary of State
FILED: 11/07/2022 09:29 AM
ID: 2022-23087525

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Genie Investments

B. E-MAIL CONTACT AT FILER (optional)
contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Genie Investments
PO Box 5886
Wilmington, Delaware 19808

Received NOV - 4 [illegible] Secretary of State Wyoming

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: Hachi Capital LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 1c. MAILING ADDRESS: 5830E 2nd St Ste 7000 | CITY: Casper | STATE: WY | POSTAL CODE: 826009 | | COUNTRY: USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: Genie Investments NV Inc. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS: PO Box 5886 | CITY: Wilmington | STATE: DE | POSTAL CODE: 19808 | COUNTRY: USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**STATE OF WYOMING * SECRETARY OF STATE**
**BUSINESS DIVISION**
Herschler Bldg East, Ste.100 & 101 , Cheyenne, WY 82002-0020
Phone: 307-777-7311 | Email: UCC@wyo.gov

GENIE INVESTMENTS
PO BOX 5886
WILMINGTON, DE 19808

November 7, 2022

# UCC Financing Statement Acknowledgement

**FILING INFORMATION**

| | |
|---|---|
| Document #: | 2022-23087525 |
| Filing Date: | 11/07/2022 |
| Lapse Date: | 11/07/2032 |
| Record Type: | UCC |
| Receipt #: | 002776770 |
| Alternate Designation: | Debtor / Secured Party |

**DEBTOR INFORMATION**

| | |
|---|---|
| Debtor Name: | HACHI CAPITAL LLC |
| Address: | 5820E 2ND ST STE 7000<br>CASPER, WY 826009 |

**SECURED PARTY INFORMATION**

| | |
|---|---|
| Secured Party Name: | GENIE INVESTMENTS NV INC. |
| Address: | PO BOX 5886<br>WILMINGTON, DE 19808 |

This acknowledges the filing of the attached document. If we may be of any further service to you, please contact us at the number noted above.

KARL ALLRED
Secretary of State
State of Wyoming

Enclosures: Original Documents

7

# Profile Summary Report

**File Lien**

LOCATION: ***USA, WY***

RE: **Helu U.S. Holdings Inc**

**Filed 11/7/2022. File #2022-23087424.**

[redacted]

WY Secretary of State
FILED: 11/07/2022 09:27 AM
ID: 2022-23087424

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Genie Investments

B. E-MAIL CONTACT AT FILER (optional)
contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Genie Investments
PO Box 5886
Wilmington, Delaware 19808

Received
Secretary of State
Wyoming

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: Helu U.S. Holdings Inc

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 172 Center Street, Suite 202, P.O. Box 2869 | Jackson | WY | 83001 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME:

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: Genie Investments NV Inc.

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO Box 5886 | Wilmington | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

# STATE OF WYOMING * SECRETARY OF STATE
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101 , Cheyenne, WY 82002-0020
Phone: 307-777-7311 | Email: UCC@wyo.gov

GENIE INVESTMENTS
PO BOX 5886
WILMINGTON, DE 19808

November 7, 2022

## UCC Financing Statement Acknowledgement

**FILING INFORMATION**

| | |
|---|---|
| Document #: | 2022-23087424 |
| Filing Date: | 11/07/2022 |
| Lapse Date: | 11/07/2032 |
| Record Type: | UCC |
| Receipt #: | 002776762 |
| Alternate Designation: | Debtor / Secured Party |

**DEBTOR INFORMATION**

| | |
|---|---|
| Debtor Name: | HELU U.S. HOLDINGS INC |
| Address: | 172 CENTER STREET STE 202<br>PO BOX 2869<br>JACKSON, WY 83001 |

**SECURED PARTY INFORMATION**

| | |
|---|---|
| Secured Party Name: | GENIE INVESTMENTS NV INC. |
| Address: | PO BOX 5886<br>WILMINGTON, DE 19808 |

This acknowledges the filing of the attached document. If we may be of any further service to you, please contact us at the number noted above.

KARL ALLRED
Secretary of State
State of Wyoming

Enclosures: Original Documents

8

# Profile Summary Report

**File Lien**

LOCATION: ***USA, NV***

RE: **Knights & Co.**

**Filed 11/4/2022. File #2022284563-6.**

**STATE OF NEVADA**

***BARBARA K. CEGAVSKE***
*Secretary of State*

***KIMBERLEY PERONDI***
*Deputy Secretary for Commercial Recordings*

**OFFICE OF THE SECRETARY OF STATE**

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

# Filing Acknowledgement

November 4, 2022 12:25 PM

| | |
|---|---|
| **Work Order Number** | **Initial Filing Number** |
| W2022110400933 | 2022284563-6 |
| **Filing Description** | **Document Filing Number** |
| UCC-1 | 2022284563-6 |
| **Debtors** | |
| KNIGHTS & CO. | 304 S JONES BLVD STE 5151<br>LAS VEGAS, NV 89107 |
| **Secured Parties** | |
| GENIE INVESTMENTS NV INC. | PO BOX 5886<br>WILMINGTON, DE 19808 |

The Nevada Secretary of State, Uniform Commercial Code Division has filed the attached documents. The filing number, date, and time are shown on each document. The filing number can be used to reference the document in the future.

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional) | Michele Calkins 5-883-0104 |
| B. E-MAIL CONTACT AT FILER (optional) | mcalkins@parasec.com |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) | Parasec Nevada<br>318 N Carson St #208<br>Carson City, NV 89701, USA |

| | |
|---|---|
| Filed in the Office of<br>[signature]<br>Secretary of State<br>State Of Nevada | Initial Filing Number<br>2022284563-6<br>Filed On<br>November 4, 2022 12:25 PM<br>Number of Pages<br>1 |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: KNIGHTS & CO. | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX | |
| 1c. MAILING ADDRESS<br>304 S JONES BLVD STE 5151 | CITY<br>LAS VEGAS | STATE<br>NV | POSTAL CODE<br>89107 | COUNTRY<br>USA | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: GENIE INVESTMENTS NV INC. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS<br>PO BOX 5886 | CITY<br>WILMINGTON | STATE<br>DE | POSTAL CODE<br>19808 | COUNTRY<br>USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) ALL COMPANY ASSETS
(2) INTEREST CREDIT ACCOUNT

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

9

# Profile Summary Report

**File Lien**

LOCATION: ***USA, CA***

RE: **LaneAxis**

**Filed 11/4/2022. File #U220241236829.**

# Secretary of State

**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

GENIE INVESTMENTS
GENIE INVESTMENTS
PO BOX 5886
WILMINGTON, DE 19808

November 4, 2022 11:59 AM

File No.: U220241236829

## Lien Acknowledgment

This acknowledges the filing of the attached Lien document relavant to the information below. To access free copies of filed UCC documents, enter the File No. above in the Search module on the UCC Online web portal at bizfileonline.sos.ca.gov/search/ucc.

**DEBTOR INFORMATION**

| | |
|---|---|
| Debtor Name: | LANEAXIS |
| Debtor Address: | 520 NEWPORT CENTER DRIVE, SUITE 670<br>NEWPORT BEACH, CA 92660 |

**SECURED PARTY INFORMATION**

| | |
|---|---|
| Secured Party Name: | GENIE INVESTMENTS NV INC. |
| Secured Party Address: | PO BOX 5886<br>WILMINGTON, DE 19808 |

**FILING INFORMATION**

| | |
|---|---|
| Lien Type: | UCC |
| Lien File No.: | U220241236829 |
| File Date: | 11/4/2022 11:59 AM |
| Lapse Date: | 11/4/2027 11:59 PM |

U220241236829

B1228-4294 11/04/2022 11:59 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File No.: U220241236829
Date Filed: 11/4/2022

Submitter Information:

| | |
|---|---|
| Contact Name | Genie Investments |
| Organization Name | Genie Investments |
| Phone Number | |
| Email Address | contact@genieinvestments.com |
| Address | PO BOX 5886<br>WILMINGTON, DE 19808 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| LaneAxis | 520 Newport Center Drive, Suite 670<br>Newport Beach, CA 92660 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| Genie Investments NV Inc. | PO Box 5886<br>Wilmington, DE 19808 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
(1) All Company Assets
(2) Interest Credit Account

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Not Applicable

Optional Filer Reference Information:

Miscellaneous Information:

Search to Reflect:

☐ Order a Search to Reflect

10

# Profile Summary Report

**File Lien**

LOCATION: ***USA, UT***

RE: **LeRae Farms LLC**

**Filed 11/4/2022. File #221104914958-6.**

SPENCER COX
*Governor*
DEIDRE HENDERSON
*Lieutenant Governor*

State of Utah
Department of Commerce
Division of Corporations and Commercial Code

MARGARET BUSSE
*Executive Director*

LEIGH VEILLETTE
*Director, Division of Corporations and Commercial Code*

Parasec
2804 Gateway Oaks Dr. #100
Sacramento, CA 95833

11/4/2022

# UCC Filing Acknowledgment

| | |
|---|---|
| **Filing Description** | **Document Filing Number** |
| UCC-1 Initial Financing Statement | 221104914958-6 |
| **Work Order Number** | **Initial Filing Number** |
| W20221104-238586 | 221104914958-6 |

**Date/Time Processed: 11/4/2022 11:52:10**

| Debtor Name | Debtor Type | Debtor Address |
|---|---|---|
| LERAE FARMS LLC | Organization | 12800 N 1200 E<br>COVE, UT, USA 84320 |

| Secured Party Name | Secured Party Type | Secured Party Address |
|---|---|---|
| GENIE INVESTMENTS NV INC. | Organization | PO BOX 5886<br>WILMINGTON, DE, USA 19808 |

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Parasec

B. E-MAIL CONTACT AT FILER (optional)
lculley@parasec.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Parasec

2804 Gateway Oaks Dr. #100

Sacramento CA 95833 USA

| Filed in the Office of | Filing Number<br>221104914958-6 |
|---|---|
| L. Veillette<br>Director, Division of Corporations and Commercial Code | Initial Filing Number<br>221104914958-6 |
| | Filed On<br>November 4, 2022 11:52 AM |
| | Lapse Date<br>11/04/2027 |
| | Number of Pages<br>1 |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: **LERAE FARMS LLC**

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 12800 N 1200 E | COVE | UT | 84320 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: **GENIE INVESTMENTS NV INC.**

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| PO BOX 5886 | WILMINGTON | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) ALL COMPANY ASSETS
(2) INTEREST CREDIT ACCOUNT

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

11

# Profile Summary Report

**File Lien**

LOCATION: ***USA, WY***

RE: **NEWVENTURES1 LTD**

**Filed 11/7/2022. File #2022-23087323.**

[redacted]

WY Secretary of State
FILED: 11/07/2022 09:26 AM
ID: 2022-23087323

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Genie Investments

B. E-MAIL CONTACT AT FILER (optional)
contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Genie Investments
PO Box 5886
Wilmington, Delaware 19808

Received NOV - 4 [illegible] Secretary of State Wyoming

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME NEWVENTURES1 LTD | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS 5830 E 2nd ST, 7000 | CITY Casper | STATE WY | POSTAL CODE 82609 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME Genie Investments NV Inc. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS PO Box 5886 | CITY Wilmington | STATE DE | POSTAL CODE 19808 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:

**(1) All Company Assets**
**(2) Interest Credit Account**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**STATE OF WYOMING ∗ SECRETARY OF STATE**
**BUSINESS DIVISION**
Herschler Bldg East, Ste.100 & 101 , Cheyenne, WY 82002-0020
Phone: 307-777-7311 | Email: UCC@wyo.gov

GENIE INVESTMENTS
PO BOX 5886
WILMINGTON, DE 19808

November 7, 2022

# UCC Financing Statement Acknowledgement

## FILING INFORMATION

| | |
|---|---|
| Document #: | 2022-23087323 |
| Filing Date: | 11/07/2022 |
| Lapse Date: | 11/07/2032 |
| Record Type: | UCC |
| Receipt #: | 002776752 |
| Alternate Designation: | Debtor / Secured Party |

## DEBTOR INFORMATION

| | |
|---|---|
| Debtor Name: | NEWVENTURES1 LTD |
| Address: | 5830 E 2ND ST<br>7000<br>CASPER, WY 82609 |

## SECURED PARTY INFORMATION

| | |
|---|---|
| Secured Party Name: | GENIE INVESTMENTS NV INC. |
| Address: | PO BOX 5886<br>WILMINGTON, DE 19808 |

This acknowledges the filing of the attached document. If we may be of any further service to you, please contact us at the number noted above.

KARL ALLRED
Secretary of State
State of Wyoming

Enclosures: Original Documents

12

# Profile Summary Report

**File Lien**

LOCATION: ***AU, NS***

RE: **Platinum Investments USA LLC**

**Filed 11/11/2022. File #202211110029743.**

Australian Government
Australian Financial Security Authority

PPSR
Personal Property
Securities Register

11/11/2022

# Verification Statement

Financing Statement

This verification statement is provided under section 156 of the *Personal Property Securities Act 2009*

This PPSR registration was created on 11/11/2022 12:01:23 (Canberra Time)

## PPSR Registration Details

| | | | |
|---|---|---|---|
| PPSR Registration number: | 202211110029743 | Change number: | 73331718 |
| Registration kind: | Security interest | | |
| Giving of notice identifier: | 1871511 | | |
| Registration start time: | 11/11/2022 12:01:23 (Canberra Time) | | |
| Registration end time: | 11/11/2029 23:59:59 (Canberra Time) | | |
| Registration last changed: | 11/11/2022 12:01:23 (Canberra Time) | | |
| Subordinate registration: | Not stated | Transitional: | No |

## Grantor Details

| | |
|---|---|
| Organisation name: | Platinum Investments USA LLC |

## Collateral Details

| | |
|---|---|
| Collateral type: | Commercial property |
| Collateral class: | Intangible property - Account |
| Description: | (1) All Company Assets (2) Interest Credit Account |
| Proceeds: | No |
| Inventory: | No |
| Subject to Control: | No |

## Secured Party Details

| | |
|---|---|
| Organisation name: | Genie Investments NV Inc. (Unable to be verified) |

## Address for Service

| | | |
|---|---|---|
| Contact name: | Genie Investments NV Inc. | |
| Email: | contact@genieinvestments.com | |
| Mailing address: | PO Box 5886 | |
| | Wilmongton | |
| | Delaware | 19808 |
| | UNITED STATES OF AMERICA | |
| Physical address: | No address provided | |

You may be obliged by section 157 of the *Personal Property Securities Act 2009* to give a notice of this verification statement to another person. The notice must be in the approved form. Information about your obligations under section 157 of the *Personal Property Securities Act 2009* is available from: www.ppsr.gov.au.

**Privacy and Terms and Conditions**

The Australian Financial Security Authority is subject to the *Privacy Act 1988* which requires that we comply with the Australian Privacy Principles (APPs) set out in the Act. The APPs set out how Australian Government agencies should collect, use, store and disclose personal information and how individuals can access records containing their personal information.

Access to and use of the PPSR is subject to the General Conditions of Use, as well as other relevant terms and conditions. All relevant terms and conditions can be found at www.ppsr.gov.au.

End of Verification Statement

EMAIL: enquiries@ppsr.gov.au WEBSITE: www.ppsr.gov.au

GPO Box 1944 Adelaide SA 5001 1300 00 77 77

13

# Profile Summary Report

**File Lien**

LOCATION: ***USA, GA***

RE: **Prograta Group, LLC**

**Filed 11/9/2022. File #0332022-04110.**

[redacted]

CTY# YEAR UCC #
0332022-04110
Filed and Recorded Nov-09-2022 12:19pm

Connie Taylor
Clerk of Superior Court Cobb Cty. Ga.

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Genie Investments

B. E-MAIL CONTACT AT FILER (optional)
contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Genie Investments
PO Box 5886
Wilmington, Delaware 19808

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Prograta Group, LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX | |
| | | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |
| 294 Still Pine Bend | Smyrna | GA | 30082 | USA | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Genie Investments NV Inc. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| PO Box 5886 | Wilmington | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

14

# Profile Summary Report

**File Lien**

LOCATION: ***USA, NJ***

RE: **Relco Industries LLC**

**Filed 11/4/2022. File #56272543.**

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Parasec 9165767000

B. E-MAIL CONTACT AT FILER (optional)
uccorders@parasec.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Parasec
2804 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833
US

State of New Jersey
Department of the Treasury
Division of Revenue & Enterprise Services
UCC Section
Filed

Filing Number:56272543

11/04/22 14:48:20

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: Relco Industries LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 1c. MAILING ADDRESS: 28 Valley Road | CITY: Montclair | STATE: NJ | POSTAL CODE: 07043 | | COUNTRY: US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: Genie Investments NV Inc. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS: PO Box 5886 | CITY: Wilmington | STATE: DE | POSTAL CODE: 19808 | COUNTRY: US |

4. COLLATERAL: This financing statement covers the following collateral:
(1) All Company Assets (2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

15

# Profile Summary Report

**File Lien**

LOCATION: ***USA, MD***

RE: **Trizion Solutions LLC**

**Filed 11/4/2022. File #221104-1432000.**

[redacted]

# UCC-1

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Genie Investments

B. E-MAIL CONTACT AT FILER (optional)
contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**Genie Investments**
**PO Box 5886**
**Wilmington, DE 19808**

MD DEPT. OF ASSESSMENTS & TAXATION
221104-1432000 NS
Lapse Date: 11/04/2027
Date: 11/4/2022
Time 2:32 PM
Page Count: 1 Pg
Debtor Count: 1
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID# 61819776

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: Trizion Solutions LLC

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2209 Hyde Lane | Bowie | MD | 20716 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME:

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: Genie Investments NV Inc.

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO Box 5886 | Wilmington | DE | 19808 | US |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

16

# Profile Summary Report

**File Lien**

LOCATION: ***USA, NJ***

RE: **Uncle Willie's Wings Inc.**

**Filed 11/4/2022. File #56272550.**

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Parasec 9165767000

B. E-MAIL CONTACT AT FILER (optional)
uccorders@parasec.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Parasec
2804 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833
US

State of New Jersey
Department of the Treasury
Division of Revenue & Enterprise Services
UCC Section
Filed

Filing Number:56272550

11/04/22 14:44:25

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: Uncle Willie's Wings Inc. | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 1c. MAILING ADDRESS: 1036 Bergen Street | CITY: Newark | STATE: NJ | POSTAL CODE: 07112 | | COUNTRY: US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: Genie Investments NV Inc. | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 3c. MAILING ADDRESS: PO Box 5886 | CITY: Wilmington | STATE: DE | POSTAL CODE: 19808 | | COUNTRY: US |

4. COLLATERAL: This financing statement covers the following collateral:
(1) All Company Assets (2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

17

# Profile Summary Report

**File Lien**

LOCATION: ***USA, MI***

RE: **Walker Global Enterprises LLC**

**Filed 11/4/2022. File #20221104000466-0.**

# MICHIGAN DEPARTMENT OF STATE

Uniform Commercial Code
P.O. Box 30197
Lansing, Michigan 48909
www.michigan.gov/sosucc

## Filing Acknowledgement

November 04, 2022 02:24 PM

**Work Order Number**
WO202211040000386

**Initial Filing Number**
20221104000466-0

**Filing Description**
UCC-1

**Document Filing Number**
20221104000466-0

**Debtors**
Walker Global Enterprises LLC
2958 Birch Hollow Dr Apt 2B
Ann Arbor, MI 48108 USA

**Secured Parties**
Genie Investments NV Inc.
PO Box 5886
Wilmington, DE 19808 USA

The Michigan Secretary of State, Uniform Commercial Code office has filed the attached documents. The filing number, date, and time are shown on each document. The filing number can be used to reference the document in the future.

Jocelyn Benson
Secretary of State

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20221104000466-0**

Filing Date and Time: 11/04/2022 02:24 PM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Parasec**

B. E-MAIL CONTACT AT FILER (optional)
**uccorders@parasec.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)
**Parasec**
**2804 Gateway Oaks Dr. #200**
**Sacramento, CA 95833 USA**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME<br>**Walker Global Enterprises LLC** | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX | |
| 1c. MAILING ADDRESS<br>**2958 Birch Hollow Dr Apt 2B** | CITY<br>**Ann Arbor** | STATE<br>**MI** | POSTAL CODE<br>**48108** | COUNTRY<br>**USA** | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME<br>**Genie Investments NV Inc.** | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS<br>**PO Box 5886** | CITY<br>**Wilmington** | STATE<br>**DE** | POSTAL CODE<br>**19808** | COUNTRY<br>**USA** |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets

(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

18

# Profile Summary Report

**File Lien**

LOCATION: ***USA, WY***

RE: **West Palm Holdings Inc.**

**Filed 11/7/2022. File #2022-23087121.**

[redacted]

WY Secretary of State
FILED: 11/07/2022 09:19 AM
ID: 2022-23087121

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Genie Investments

B. E-MAIL CONTACT AT FILER (optional)
contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Genie Investments
PO Box 5886
Wilmington, Delaware 19808

AM 1 2 3 4 5 6 7 8 9 10 11 12 PM 1 2 3 4 5 6 7 8 9 10 11 12 PM
Received
NOV - 4 2022
Secretary of State
Wyoming

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: **West Palm Holdings Inc.**

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1908 Thomas Avenue | Cheyenne | WY | 82001 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME:

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: **Genie Investments NV Inc.**

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO Box 5886 | Wilmington | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**STATE OF WYOMING * SECRETARY OF STATE**
**BUSINESS DIVISION**
Herschler Bldg East, Ste.100 & 101 , Cheyenne, WY 82002-0020
Phone: 307-777-7311 | Email: UCC@wyo.gov

GENIE INVESTMENTS
PO BOX 5886
WILMINGTON, DE 19808

November 7, 2022

## UCC Financing Statement Acknowledgement

**FILING INFORMATION**

| | |
|---|---|
| Document #: | 2022-23087121 |
| Filing Date: | 11/07/2022 |
| Lapse Date: | 11/07/2032 |
| Record Type: | UCC |
| Receipt #: | 002776732 |
| Alternate Designation: | Debtor / Secured Party |

**DEBTOR INFORMATION**

| | |
|---|---|
| Debtor Name: | WEST PALM HOLDINGS INC. |
| Address: | 1908 THOMAS AVENUE<br>CHEYENNE, WY 82001 |

**SECURED PARTY INFORMATION**

| | |
|---|---|
| Secured Party Name: | GENIE INVESTMENTS NV INC. |
| Address: | PO BOX 5886<br>WILMINGTON, DE 19808 |

This acknowledges the filing of the attached document. If we may be of any further service to you, please contact us at the number noted above.

KARL ALLRED
Secretary of State
State of Wyoming

Enclosures: Original Documents

# PARASEC
National Entity Formation & Compliance

**Date:** 11/21/2022
**Customer:** Z187163
**Order:** 1880715
**Ref:** UCC1 Filings

GENIE INVESTMENTS
Attn: John Michael Cohan
1347 FELICITA LN
ESCONDIDO, CA 92029

**Parasec Rep:**
Benjamin Carpineta
bcarpineta@parasec.com

## ORDER SUMMARY

### Sumerian LLC

**USA, UT**

File Lien — Filed 11/21/2022. File #221121918605-2.

### TCF Associates LLC

**USA, SC**

File Lien — Filed 11/21/2022. File #221121-1151371.

### Wasatch Home Buyers, Inc.

**USA, UT**

File Lien — Filed 11/21/2022. File #221121918607-6.

*Parasec and/or its agents accept no responsibility for errors or omissions contained in any report provided by Parasec. Should a claim be asserted against Parasec for errors or omissions, the sole extent of Parasec's liability shall be limited to an amount equal to the cost Parasec charged for the report. Parasec shall not be liable for consequential damages arising out of the use of the report by any customer or third party.*

*Parasec does not warrant the accuracy of the contents of the report. Parasec relies on records maintained by third parties and/or governmental agencies and is not responsible for the content of those records.*

Thank you for allowing us to service your needs.

Benjamin Carpineta

Benjamin Carpineta
Account Executive - Sacramento
bcarpineta@parasec.com
800-453-8533 Phone, 800-603-5868 Fax

1

# Profile Summary Report

**File Lien**

LOCATION: ***USA, UT***

RE: **Sumerian LLC**

**Filed 11/21/2022. File #221121918605-2.**

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Parasec

B. E-MAIL CONTACT AT FILER (optional)
lculley@parasec.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Parasec

2804 Gateway Oaks Dr. #100

Sacramento CA 95833 USA

| Filed in the Office of | Filing Number 221121918605-2 |
|---|---|
| L. Veillette | Initial Filing Number 221121918605-2 |
| Director, Division of Corporations and Commercial Code | Filed On November 21, 2022 10:07 AM |
| | Lapse Date 11/21/2027 |
| | Number of Pages 1 |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| OR | 1a. ORGANIZATION'S NAME: SUMERIAN LLC | | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | 9980 S 300 W STE 200 | CITY: SANDY | STATE: UT | POSTAL CODE: 84070 | COUNTRY: USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| OR | 2a. ORGANIZATION'S NAME | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| OR | 3a. ORGANIZATION'S NAME: GENIE INVESTMENTS NV INC. | | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | PO BOX 5886 | CITY: WILMINGTON | STATE: DE | POSTAL CODE: 19808 | COUNTRY: USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) ALL COMPANY ASSETS
(2) INTEREST CREDIT ACCOUNT

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

2

# Profile Summary Report

**File Lien**

LOCATION: ***USA, SC***

RE: **TCF Associates LLC**

**Filed 11/21/2022. File #221121-1151371.**

# UCC-1

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Genie Investments NV Inc.
PO Box 5886

Wilmington, DE 19808

SC SECRETARY OF STATE NS
221121-1151371
Lapse Date: 11/21/2027
Date: 11/21/2022
Time 11:51 AM
Page Count: 1 Pg
Debtor Count: 1
Filing Fees: $8.00
Service Fee* SC.GOV: $8.00
**Total:** $16.00
**Order ID#** 138247310

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: TCF Associates LLC

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 118 McClellan Way | Summerville | SC | 29483 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME:

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: Genie Investments NV Inc.

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO Box 5886 | Wilmington | DE | 19808 | US |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

Acknowledgment Copy

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

3

# Profile Summary Report

**File Lien**

LOCATION: ***USA, UT***

RE: **Wasatch Home Buyers, Inc.**

**Filed 11/21/2022. File #221121918607-6.**

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Parasec

B. E-MAIL CONTACT AT FILER (optional)
lculley@parasec.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Parasec

2804 Gateway Oaks Dr. #100

Sacramento CA 95833 USA

| Filed in the Office of | Filing Number 221121918607-6 |
|---|---|
| L. Veillette (signature) | Initial Filing Number 221121918607-6 |
| Director, Division of Corporations and Commercial Code | Filed On November 21, 2022 10:07 AM |
| | Lapse Date 11/21/2027 |
| | Number of Pages 1 |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: WASATCH HOME BUYERS, INC.

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 1042 E. FT UNION BLVD SUITE 262 | MIDVALE | UT | 84047 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: GENIE INVESTMENTS NV INC.

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| PO BOX 5886 | WILMINGTON | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) ALL COMPANY ASSETS

(2) INTEREST CREDIT ACCOUNT

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

PARASEC
National Entity Formation & Compliance

**Date:** 12/12/2022
**Customer:** Z187163
**Order:** 1889520
**Ref:** UCC Filing - ZNOC Enterprises LLC

GENIE INVESTMENTS
Attn: John Michael Cohan
1347 FELICITA LN
ESCONDIDO, CA 92029

**Parasec Rep:**
Benjamin Carpineta
bcarpineta@parasec.com

## ORDER SUMMARY

### ZNOC Enterprises LLC

**USA, UT**

File Lien — Filed 12/12/2022. File #221212923322-1.

*Parasec and/or its agents accept no responsibility for errors or omissions contained in any report provided by Parasec. Should a claim be asserted against Parasec for errors or omissions, the sole extent of Parasec's liability shall be limited to an amount equal to the cost Parasec charged for the report. Parasec shall not be liable for consequential damages arising out of the use of the report by any customer or third party.*

*Parasec does not warrant the accuracy of the contents of the report. Parasec relies on records maintained by third parties and/or governmental agencies and is not responsible for the content of those records.*

Thank you for allowing us to service your needs.

Benjamin Carpineta

Benjamin Carpineta
Account Executive - Sacramento
bcarpineta@parasec.com
800-453-8533 Phone, 800-603-5868 Fax

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Parasec

B. E-MAIL CONTACT AT FILER (optional)
lculley@parasec.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Parasec

2804 Gateway Oaks Dr. #100

Sacramento CA 95833 USA

| Filed in the Office of | Filing Number<br>221212923322-1 |
|---|---|
| L. Veillette (signature)<br>Director, Division of Corporations and Commercial Code | Initial Filing Number<br>221212923322-1 |
| | Filed On<br>December 12, 2022 10:17 AM |
| | Lapse Date<br>12/12/2027 |
| | Number of Pages<br>1 |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME<br>ZNOC ENTERPRISES LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 1c. MAILING ADDRESS<br>2323 S 2400 W | CITY<br>WELLSVILLE | STATE<br>UT | POSTAL CODE<br>84339 | | COUNTRY<br>USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME<br>GENIE INVESTMENTS NV INC. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS<br>PO BOX 5886 | CITY<br>WILMINGTON | STATE<br>DE | POSTAL CODE<br>19808 | COUNTRY<br>USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) ALL COMPANY ASSETS
(2) INTEREST CREDIT ACCOUNT

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

 

PARASEC
National Entity Formation & Compliance

**Date:** 12/16/2022
**Customer:** Z187163
**Order:** 1892364
**Ref:** UCC Filing 12-16-22

GENIE INVESTMENTS
Attn: John Michael Cohan
1347 FELICITA LN
ESCONDIDO, CA 92029

**Parasec Rep:**
Benjamin Carpineta
bcarpineta@parasec.com

## ORDER SUMMARY

### 10xmultifamily LLC

**USA, CA**

File Lien — Filed 12/16/2022. File #U220252273325.

### Atlas Global Enterprise LLC

**USA, CO**

File Lien — Filed 12/16/2022. File #20222126842.

### CMZ Investments LLC

**USA, UT**

File Lien — Filed 12/16/2022. File #221216925154-2.

*Parasec and/or its agents accept no responsibility for errors or omissions contained in any report provided by Parasec. Should a claim be asserted against Parasec for errors or omissions, the sole extent of Parasec's liability shall be limited to an amount equal to the cost Parasec charged for the report. Parasec shall not be liable for consequential damages arising out of the use of the report by any customer or third party.*

*Parasec does not warrant the accuracy of the contents of the report. Parasec relies on records maintained by third parties and/or governmental agencies and is not responsible for the content of those records.*

Thank you for allowing us to service your needs.

Benjamin Carpineta

Benjamin Carpineta
Account Executive - Sacramento
bcarpineta@parasec.com
800-453-8533 Phone, 800-603-5868 Fax

1

# Profile Summary Report

**File Lien**

LOCATION: ***USA, UT***

RE: **CMZ Investments LLC**

**Filed 12/16/2022. File #221216925154-2.**

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Parasec

B. E-MAIL CONTACT AT FILER (optional)
lculley@parasec.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Parasec
2804 Gateway Oaks Dr. #100
Sacramento CA 95833 USA

| Filed in the Office of | |
|---|---|
| L. Veillette (signature) | Filing Number 221216925154-2 |
| Director, Division of Corporations and Commercial Code | Initial Filing Number 221216925154-2 |
| | Filed On December 16, 2022 01:15 PM |
| | Lapse Date 12/16/2027 |
| | Number of Pages 1 |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: **CMZ INVESTMENTS LLC**

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2270 E KALINDA DRIVE | SANDY | UT | 84092 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME:

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: **GENIE INVESTMENTS NV INC.**

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO BOX 5886 | WILMINGTON | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) ALL COMPANY ASSETS
(2) INTEREST CREDIT ACCOUNT

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

2

# Profile Summary Report

**File Lien**

LOCATION: ***USA, CO***

RE: **Atlas Global Enterprise LLC**

**Filed 12/16/2022. File #20222126842.**

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 12/16/2022 01:27:25 PM
Master ID: 20222126842
Validation Number: 20222126842
Amount: $8.00

**Debtor: (Organization)**

Name: Atlas Global Enterprise LLC
Address1: 3620 West 10th. Street
Address2:
City: Greely State: CO ZIP/Postal Code: 80634
Province: Country: United States

**Secured Party: (Organization)**

Name: Genie Investments NV Inc.
Address1: PO Box 5886
Address2:
City: Wilmington State: DE ZIP/Postal Code: 19808
Province: Country: United States

## Collateral

**Description:**

(1) All Company Assets (2) Interest Credit Account

3

# Profile Summary Report

**File Lien**

LOCATION: ***USA, CA***

RE: **10xmultifamily LLC**

**Filed 12/16/2022. File #U220252273325.**

# Secretary of State

**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

GENIE INVESTMENTS NV INC.
PO BOX 5886
WILMINGTON, DE 19808

December 16, 2022 12:37 PM

File No.: U220252273325

## Lien Acknowledgment

This acknowledges the filing of the attached Lien document relavant to the information below. To access free copies of filed UCC documents, enter the File No. above in the Search module on the UCC Online web portal at bizfileonline.sos.ca.gov/search/ucc.

**DEBTOR INFORMATION**

| | |
|---|---|
| Debtor Name: | 10XMULTIFAMILY LLC |
| Debtor Address: | 15209 LARCH AVE<br>LAWNDALE, CA 90260 |

**SECURED PARTY INFORMATION**

| | |
|---|---|
| Secured Party Name: | GENIE INVESTMENTS NV INC. |
| Secured Party Address: | PO BOX 5886<br>WILMINGTON, DE 19808 |

**FILING INFORMATION**

| | |
|---|---|
| Lien Type: | UCC |
| Lien File No.: | U220252273325 |
| File Date: | 12/16/2022 12:37 PM |
| Lapse Date: | 12/16/2027 11:59 PM |

U220252273325

B1327-8204 12/16/2022 12:37 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File No.: U220252273325
Date Filed: 12/16/2022

Submitter Information:

| | |
|---|---|
| Contact Name | |
| Organization Name | Genie Investments NV Inc. |
| Phone Number | |
| Email Address | Contact@genieinvestments.com |
| Address | PO BOX 5886<br>WILMINGTON, DE 19808 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| 10xmultifamily LLC | 15209 Larch Ave<br>Lawndale, CA 90260 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| Genie Investments NV Inc. | PO Box 5886<br>Wilmington, DE 19808 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
(1) All Company Assets
(2) Interest Credit Account

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Not Applicable

Optional Filer Reference Information:

Miscellaneous Information:

Search to Reflect:

☐ Order a Search to Reflect

PARASEC
National Entity Formation & Compliance

**Date:** 4/19/2023
**Customer:** Z187163
**Order:** 1953833
**Ref:** UCC Filing 4-11-23

GENIE INVESTMENTS
Attn: John Michael Cohan
PO BOX 60443
JACKSONVILLE, FL 32236

**Parasec Rep:**
Benjamin Carpineta
bcarpineta@parasec.com

## ORDER SUMMARY

### 527 Ten Rod Road, LLC

**USA, RI**

File Lien — Filed 4/12/2023. File #202328926040.

### BJP Investments LLC

**USA, PA**

File Lien — Filed 4/17/2023. File #20230417074656.

### Casual Skillet LLC

**USA, PA**

File Lien — Filed 4/12/2023. File #20230417074663.

### Chalanco Funding LLC

**USA, PA**

File Lien — Filed 4/12/2023. File #20230417074661.

### DEGEN LLC

**USA, RI**

File Lien — Filed 4/12/2023. File #202328925980.

### Global Web3 Ventures LLC

**USA, GA, Henry**

File Lien — Filed 4/11/2023. File #075-2023-000786.

### Grindstone Inc.

**USA, MD**

File Lien — Filed 4/12/2023. File #230412-1304000.

### ITYS LLC

PARASEC
National Entity Formation & Compliance

**Date:** 4/19/2023
**Customer:** Z187163
**Order:** 1953833
**Ref:** UCC Filing 4-11-23

**USA, RI**

File Lien — Filed 4/12/2023. File #202328926130.

**JJHK Enterprise Inc.**

**USA, PA**

File Lien — Filed 4/12/2023. File #20230417074667.

**Mako LLC**

**USA, RI**

File Lien — Filed 4/12/2023. File #202328926770.

**Red Balloon Capital LLC**

**USA, RI**

File Lien — Filed 4/12/2023. File #202328925890.

**Rockshop LLC**

**USA, MA**

File Lien — Filed 4/11/2023. File #202399367760..

**Schein Realty, LLC**

**USA, RI**

File Lien — Filed 4/12/2023. File #202328926860.

*Parasec and/or its agents accept no responsibility for errors or omissions contained in any report provided by Parasec. Should a claim be asserted against Parasec for errors or omissions, the sole extent of Parasec's liability shall be limited to an amount equal to the cost Parasec charged for the report. Parasec shall not be liable for consequential damages arising out of the use of the report by any customer or third party.*

*Parasec does not warrant the accuracy of the contents of the report. Parasec relies on records maintained by third parties and/or governmental agencies and is not responsible for the content of those records.*

Thank you for allowing us to service your needs.

Benjamin Carpineta

Benjamin Carpineta
Account Executive - Sacramento
bcarpineta@parasec.com
800-453-8533 Phone, 800-603-5868 Fax

1

# Profile Summary Report

**File Lien**

LOCATION: ***USA, PA***

RE: **Casual Skillet LLC**

**Filed 4/12/2023. File #20230417074663.**

**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
PO Box 8721 | Harrisburg, PA 17105-8721
T: 717.787.1057
dos.pa.gov/BusinessCharities

April 17, 2023
File No.: 20230417074663

## Lien Acknowledgment

| | |
|---|---|
| **FILING INFORMATION** | |
| Lien Type: | UCC |
| Lien File No.: | 20230417074663 |
| File Date: | 4/12/2023 4:39 PM |
| Lapse Date: | 4/12/2028 11:59 PM |
| **DEBTOR INFORMATION** | |
| Debtor Name: | CASUAL SKILLET LLC |
| Debtor Address: | 1127 SWEDE STREET<br>NORRISTOWN, PA 19401 |
| **SECURED PARTY INFORMATION** | |
| Secured Party Name: | GENIE INVESTMENTS NV INC. |
| Secured Party Address: | PO BOX 5886<br>WILMINGTON, DE 19808 |

[redacted]

Pennsylvania Department of State
**-FILED-**
File #: 20230417074663
Date Filed: 4/12/2023

B0552-0594 04/12/2023 4:39 PM Received by Pennsylvania Department of State

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional) FNS

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

PA DEPT OF STATE

APR 12 2023

Print Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: Casual Skillet LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |
| 1127 Swede Street | Norristown | PA | 19401 | USA | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: Genie Investments NV Inc. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| PO Box 5886 | Wilmington | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:



International Association of Commercial Administrators (IACA)

2

# Profile Summary Report

**File Lien**

LOCATION: ***USA, PA***

RE: **BJP Investments LLC**

**Filed 4/17/2023. File #20230417074656.**

**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
PO Box 8721 | Harrisburg, PA 17105-8721
T: 717.787.1057
dos.pa.gov/BusinessCharities

April 17, 2023
File No.: 20230417074656

## Lien Acknowledgment

**FILING INFORMATION**

| | |
|---|---|
| Lien Type: | UCC |
| Lien File No.: | 20230417074656 |
| File Date: | 4/12/2023 4:39 PM |
| Lapse Date: | 4/12/2028 11:59 PM |

**DEBTOR INFORMATION**

| | |
|---|---|
| Debtor Name: | BJP INVESTMENTS LLC |
| Debtor Address: | 532 W 8TH ST |
| | ERIE, PA 16502 |

**SECURED PARTY INFORMATION**

| | |
|---|---|
| Secured Party Name: | GENIE INVESTMENTS NV INC. |
| Secured Party Address: | PO BOX 5886 |
| | WILMINGTON, DE 19808 |

[redacted]

**Pennsylvania Department of State**
**-FILED-**
File #: 20230417074656
Date Filed: 4/12/2023

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional) FNS

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

PA DEF

Print Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
OR BJP Investments LLC

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 532 W 8th St | Erie | PA | 16502 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME
OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
OR Genie Investments NV Inc.

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| PO Box 5886 | Wilmington | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:


International Association of Commercial Administrators (IACA)

B0552-0587 04/12/2023 4:39 PM Received by Pennsylvania Department of State

3

# Profile Summary Report

**File Lien**

LOCATION: ***USA, PA***

RE: **Chalanco Funding LLC**

**Filed 4/12/2023. File #20230417074661.**

**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
PO Box 8721 | Harrisburg, PA 17105-8721
T: 717.787.1057
dos.pa.gov/BusinessCharities

April 17, 2023
File No.: 20230417074661

# Lien Acknowledgment

**FILING INFORMATION**

| | |
|---|---|
| Lien Type: | UCC |
| Lien File No.: | 20230417074661 |
| File Date: | 4/12/2023 4:39 PM |
| Lapse Date: | 4/12/2028 11:59 PM |

**DEBTOR INFORMATION**

| | |
|---|---|
| Debtor Name: | CHALANCO FUNDING LLC |
| Debtor Address: | 1653 LITIZ PIKE 1033<br>LANCASTER, PA 17601 |

**SECURED PARTY INFORMATION**

| | |
|---|---|
| Secured Party Name: | GENIE INVESTMENTS NV INC. |
| Secured Party Address: | PO BOX 5886<br>WILMINGTON, DE 19808 |

[redacted]

**Pennsylvania Department of State**
**-FILED-**
File #: 20230417074661
Date Filed: 4/12/2023

PA DEP

APR 12 2023

Print | Reset

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional) FNS

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: Chalanco Funding LLC

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1653 Litiz Pike 1033 | Lancaster | PA | 17601 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME:

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: Genie Investments NV Inc.

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO Box 5886 | Wilmington | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

B0552-0592 04/12/2023 4:39 PM Received by Pennsylvania Department of State

4

# Profile Summary Report

**File Lien**

LOCATION: ***USA, PA***

RE: **JJHK Enterprise Inc.**

**Filed 4/12/2023. File #20230417074667.**

**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
PO Box 8721 | Harrisburg, PA 17105-8721
T: 717.787.1057
dos.pa.gov/BusinessCharities

April 17, 2023
File No.: 20230417074667

# Lien Acknowledgment

**FILING INFORMATION**

| | |
|---|---|
| Lien Type: | UCC |
| Lien File No.: | 20230417074667 |
| File Date: | 4/12/2023 4:39 PM |
| Lapse Date: | 4/12/2028 11:59 PM |

**DEBTOR INFORMATION**

| | |
|---|---|
| Debtor Name: | JJHK ENTERPRISE INC. |
| Debtor Address: | 108 TRACY CT<br>WILLOW STREET, PA 17584 |

**SECURED PARTY INFORMATION**

| | |
|---|---|
| Secured Party Name: | GENIE INVESTMENTS NV INC. |
| Secured Party Address: | PO BOX 5886<br>WILMINGTON, DE 19808 |

[redacted]

Pennsylvania Department of State

**-FILED-**

File #: 20230417074667
Date Filed: 4/12/2023

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional) FNS

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

PA DEPT OF STATE

APR 1 2 2023

Print Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: JJHK Enterprise Inc.

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 108 Tracy Ct | Willow Street | PA | 17584 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME:

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: Genie Investments NV Inc.

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| PO Box 5886 | Wilmington | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:



B0552-0596 04/12/2023 4:39 PM Received by Pennsylvania Department of State

5

# Profile Summary Report

**File Lien**

LOCATION: ***USA, GA, Henry***

RE: **Global Web3 Ventures LLC**

**Filed 4/11/2023. File #075-2023-000786.**

GSCCCA eFile1: EF_009527115_001657582_075 Received:Tuesday, April 11, 2023 12:18:45 PM Page 1 of 1

[redacted]

FILED & RECORDED
Tuesday, April 11, 2023 12:23:56 PM
File Number: 075-2023-000786
Sabriya Hill
Henry County Clerk of Superior Court

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Genie Investments NV Inc.
PO Box 60443
Jacksonville, Florida 32236

Print Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
Global Web3 Ventures LLC

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 182 Church Rd | Stockbridge | GA | 30281 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
Genie Investments NV Inc.

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO Box 5886 | Wilmington | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

6

# Profile Summary Report

**File Lien**

LOCATION: ***USA, MD***

RE: **Grindstone Inc.**

**Filed 4/12/2023. File #230412-1304000.**

[redacted]

Maryland Department of Assessments and Taxation Business Services
File ID: 230412-1304000
Lapse Date: 04/12/2028

RECEIVED
DEPARTMENT OF
ASSESSMENTS & TAXATION
2023 APR 12 P 1:08

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Genie Investments NV Inc.
PO Box 60443
Jacksonville, Florida 32236

Print Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: Grindstone Inc.

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 4725 Dorsey Hall Drive | Ellicot | MD | 21042 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: Genie Investments NV Inc.

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| PO Box 5886 | Wilmington | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

7

# Profile Summary Report

**File Lien**

LOCATION: ***USA, RI***

RE: **Red Balloon Capital LLC**

**Filed 4/12/2023. File #202328925890.**

RI SOS Filing Number: 202328925890 Date: 4/12/2023 1:07:00 PM

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Genie Investments NV Inc.
PO Box 60443
Jacksonville, Florida 32236

Print Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: Red Balloon Capital LLC

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 969 Waterman Avenue | East Providence | RI | 2914 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME:

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: Genie Investments NV Inc.

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO Box 5886 | Wilmington | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

8

# Profile Summary Report

**File Lien**

LOCATION: ***USA, RI***

RE: **ITYS LLC**

**Filed 4/12/2023. File #202328926130.**

RI SOS Filing Number: 202328926130 Date: 4/12/2023 2:20:00 PM

[redacted]

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO (Name and Address)

Genie Investments NV Inc.
PO Box 60443
Jacksonville, Florida 32236

Print Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: ITYS LLC

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 39 De Soto Street | Providence | RI | 2909 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: Genie Investments NV Inc.

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO Box 5886 | Wilmington | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

9

# Profile Summary Report

**File Lien**

LOCATION: ***USA, RI***

RE: **DEGEN LLC**

**Filed 4/12/2023. File #202328925980.**

RI SOS Filing Number: 202328925980 Date: 4/12/2023 2:08:00 PM

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO (Name and Address)

Genie Investments NV Inc.
PO Box 60443
Jacksonville, Florida 32236

Print Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: DEGEN LLC

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 141 Power Rd, Suite 205 | Pawtucket | RI | 2860 | USA |

2. DEBTOR'S NAME Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: Genie Investments NV Inc.

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| PO Box 5886 | Wilmington | DE | 19808 | USA |

4. COLLATERAL This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

10

# Profile Summary Report

**File Lien**

LOCATION: ***USA, RI***

RE: **Mako LLC**

**Filed 4/12/2023. File #202328926770.**

RI SOS Filing Number: 202328926770 Date: 4/12/2023 2:24:00 PM

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO (Name and Address)

Genie Investments NV Inc.
PO Box 60443
Jacksonville, Florida 32236

Print Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: Mako LLC

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 141 Power Rd, Suite 205 | Pawtucket | RI | 2860 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: Genie Investments NV Inc.

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO Box 5886 | Wilmington | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

11

# Profile Summary Report

**File Lien**

LOCATION: ***USA, RI***

RE: **527 Ten Rod Road, LLC**

**Filed 4/12/2023. File #202328926040.**

RI SOS Filing Number: 202328926040 Date: 4/12/2023 2:22:00 PM

[redacted]

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Genie Investments NV Inc.
PO Box 60443
Jacksonville, Florida 32236

Print Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: 527 Ten Rod Road, LLC

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 310 Hamilton Allenton Road | North Kingston | RI | 2852 | USA |

2. DEBTOR'S NAME Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: Genie Investments NV Inc.

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO Box 5886 | Wilmington | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

12

# Profile Summary Report

**File Lien**

LOCATION: ***USA, RI***

RE: **Schein Realty, LLC**

**Filed 4/12/2023. File #202328926860.**

RI SOS Filing Number: 202328926860 Date: 4/12/2023 2:26:00 PM

[redacted]

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Genie Investments NV Inc.
PO Box 60443
Jacksonville, Florida 32236

Print Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: Schein Realty, LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS: 310 Hamilton Allenton Road | CITY: North Kingston | STATE: RI | POSTAL CODE: 2852 | | COUNTRY: USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: Genie Investments NV Inc. | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS: PO Box 5886 | CITY: Wilmington | STATE: DE | POSTAL CODE: 19808 | | COUNTRY: USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA

13

# Profile Summary Report

**File Lien**

LOCATION: ***USA, MA***

RE: **Rockshop LLC**

**Filed 4/11/2023. File #202399367760..**

MA SOC Filing Number: 202399367760 Date: 4/11/2023 2:51:00 PM

[redacted]

SECRETARY OF THE COMMONWEALTH
2023 APR 11 PM 2: 51
CORPORATIONS DIVISION

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Genie Investments NV Inc.
PO Box 60443
Jacksonville, Florida 32236

Print Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: Rockshop LLC

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 1425 County Street | Attleboro | MA | 2703 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME:

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: Genie Investments NV Inc.

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| PO Box 5886 | Wilmington | DE | 19808 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

PARASEC
National Entity Formation & Compliance

**Date:** 6/15/2023
**Customer:** Z187163
**Order:** 1988846
**Ref:** UCC Filing - JERI'S PLACE, LLC

GENIE INVESTMENTS
Attn: John Michael Cohan
PO BOX 60443
JACKSONVILLE, FL 32236

**Parasec Rep:**
Benjamin Carpineta
bcarpineta@parasec.com

## ORDER SUMMARY

### JERI'S PLACE, LLC

**USA, TX**

File Lien — Filed 6/13/2023. File #23-0025852986.

*Parasec and/or its agents accept no responsibility for errors or omissions contained in any report provided by Parasec. Should a claim be asserted against Parasec for errors or omissions, the sole extent of Parasec's liability shall be limited to an amount equal to the cost Parasec charged for the report. Parasec shall not be liable for consequential damages arising out of the use of the report by any customer or third party.*

*Parasec does not warrant the accuracy of the contents of the report. Parasec relies on records maintained by third parties and/or governmental agencies and is not responsible for the content of those records.*

Thank you for allowing us to service your needs.

Benjamin Carpineta

Benjamin Carpineta
Account Executive - Sacramento
bcarpineta@parasec.com
800-453-8533 Phone, 800-603-5868 Fax

Uniform Commercial Code
P.O. Box 13193
Austin,Texas 78711-3193

Jane Nelson
Secretary of State

# Office of the Secretary of State

June 15, 2023
Page 1 of 1

PARASEC
2804 GATEWAY OAKS DR. # 100
Sacramento, CA 95833 -

Filing Fee: $30.00

**Total Filing Fee: $30.00**

Re: **Texas UCC Initial Filing Acknowledgment**

The Texas Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed into our system.

Initial Filing Type: **Financing Statement**

Initial Filing Number: **23-0025852986** Filing Date: **06/13/2023** Filing Time: **11:19 a.m.**

Lapse Date: **06/13/2028** Document Number: **1256807180002**

| Party Type | Party Name and Address |
|---|---|
| Debtor | **JERI'S PLACE, LLC**<br>**5503 BENT BOUGH LN, HOUSTON, TX, USA, 77088** |
| Secured Party | **GENIE INVESTMENTS NV INC.**<br>**PO BOX 60443, JACKSONVILLE, FL, USA, 32236** |

Please feel free to contact us at 512-475-2703 if you have any questions regarding the above information.

User ID: SRULIFFSON

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Contact@genieinvestments.com

C. SEND ACKNOWLEDGMENT TO (Name and Address)

Genie Investments NV Inc.
PO Box 60443
Jacksonville, Florida 32236

23-0025852986
06/13/2023 11:19 AM
FILED
TEXAS
SECRETARY OF STATE
SOS
1256807180002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: JERI'S PLACE, LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS: 5503 Bent Bough LN | CITY: Houston | STATE: TX | POSTAL CODE: 77088 | COUNTRY: USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: Genie Investments NV Inc. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS: PO Box 60443 | CITY: Jacksonville | STATE: FL | POSTAL CODE: 32236 | COUNTRY: USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) All Company Assets
(2) Interest Credit Account

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: