FILED INTAKE USBC
NOV 2 '26 PM1:07

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

**INTERESTED PARTY JOHN MICHAEL COHAN'S EXHIBIT LIST**

Pursuant to Local Rule 9070-1 and the Court's Orders Scheduling Trial (Bankr. Docs. 671-1, 672, 803), Interested Party John Michael Cohan, proceeding *pro se*, protected person under Marsy's Law and the United States Constitution respectfully submits the following list of exhibits for admission into the record at the trials scheduled for November 9, 2026.

The documents listed below are true and correct copies. The foundational statements, summaries, and relevance for Exhibits 1 through 24 are detailed in the concurrently filed "Declaration of John Michael Cohan in Support of Authentication of Exhibits" (Bankr. Doc. 781). Exhibits 25 and 26 are attached to the concurrently filed "Hughes and Cohan's Joint Stipulation of Undisputed Facts." The undersigned reserves the right to supplement this list on the day of trial with any new exhibits, if any.

| Exhibit No. | Description | Bankr. Doc. Reference |
| --- | --- | --- |
| **1** | **Trustee's Motion for Summary Judgment on Trustee's Objection to Claim 5-3 of Charles Blake Stringer/Nutra-Acres LLC** | **Bankr. Doc. 781-1** |
| **2** | **Attorney Attestation from Spiegel & Utrera, P.A. — Genie Investments NV Inc. Corporate Good Standing and Clean History** | **Bankr. Doc. 781-2** |
| **3** | **Genie Investments NV Inc. — Business Expansion Line of Credit (BELOC) Loan Portfolio: Total Loans Made by the Debtor** | **Bankr. Doc. 781-3** |
| **4** | **Genie Investments NV Inc. — Due Diligence Fee Agreements: Total Due Diligence Fees Collected by the Debtor** | **Bankr. Doc. 781-4** |
| **5** | **Genie Investments NV Inc. — Bridge Loan Agreements: Total Bridge Loans Made by the Debtor** | **Bankr. Doc. 781-5** |
| **6** | **Forensic Waveform Analysis of the April 17, 2024 §341 Meeting Audio (Flatline Discontinuity) and Notice of Chapter 7 Trustee's Refusal to Investigate U.S. Trustee Bomkamp** | **Bankr. Doc. 781-6** |

*This section was intentionally left blank.*

| Exhibit No. | Description | Bankr. Doc. Reference |
|---|---|---|
| **7** | **Composite Exhibit — Evidence of Restraining Order Violation at April 17, 2024 §341 Meeting, Chain of Custody of Official Audio, Judicial Findings, Omission by Court Officers, and Marsy's Law Right to Be Heard** | **Bankr. Doc. 781-7** |
| **8** | **Evidence of Post-Filing Removal of Material Exhibits from the Official Docket Without Court Order — Including the JSO Police Report Documenting Probable Cause of a Crime Committed During the §341 Meeting, Removed Twice Without Motion, Notice, Order, or Hearing** | **Bankr. Doc. 781-8** |
| **9** | **Attorney Emails and Background Research — Instructions to Counsel to Incorporate Adam Walker's Declaration and Internal Memorandum into the Opposition to the U.S. Trustee's Motion to Appoint a Chapter 11 Trustee, *Including* the Express Accusation That the U.S. Trustee Fabricated Evidence of Fraud, Together with Background Research on Warren Law Group and Scott Oh, Evidence That Christopher Warren Is No Longer with Scarinci Hollenbeck, the Suppressed Rebuttal Opposing Conversion, and the Google Search Results Showing No Negative Press About SBLCs** | **Bankr. Doc. 781-9** |

| Exhibit No. | Description | Bankr. Doc. Reference |
|---|---|---|
| **10** | **Composite Exhibit — Frivolous "Ponzi Scheme" Complaint and Its Voluntary Withdrawal, Over-Inflated Claims, Coordinated Online Defamation Campaign, the ZOOMERAL Defamation Lawsuit and Defaults, Pending Arbitrations for Breach of Contract, and Document No. 513 showing an Estate Surplus of $4,524,517.59** | **Bankr. Doc. 781-10** |
| **11** | **Composite Exhibit — Order Scheduling Trial on Claim 5-3, Recusal Denial Based on Lack of Standing, Discovery Evasion, and the "No Reasonable Prospect of Surplus" Finding** | **Bankr. Doc. 781-11** |
| **12** | **Composite Exhibit — Cohan's Amended Omnibus Objection to Claims, the Trustee's Motion to Strike Based on Lack of Standing, the Trustee's Response Asserting No Surplus, the Illinois Bankruptcy Court's Orders Sustaining Objections and Disallowing Claims in the Parallel Hughes Case, the Corporate Separation Between Genie Investments LLC (Delaware, formed 2/13/2020, EIN 84-4713500) and Genie Investments NV Inc. (Nevada, formed 12/17/2021, EIN 87-4036343), and the Mickler April 2024 Trial Exhibits (Bridge Loan Agreements and Related Documents) Incorporated by Reference** | **Bankr. Doc. 781-12** |

| Exhibit No. | Description | Bankr. Doc. Reference |
|---|---|---|
| **13** | **Composite Exhibit — Final Judgment Against Velanos Principal Capital, Inc. ($20,000,000), Settlement and Compromise with Warren Law Group/Scott Oh ($435,000), the Immaterially Amended Velanos Settlement Agreement, the Order Granting the Warren Law Settlement, the Original Velanos-Debtor Settlement Agreement Executed Before the Trustee's Appointment, and the Complete Velanos Dockets (M.D. Fla. Case No. 6:24-cv-00271-ACC-LHP; C.D. Cal. Case No. 8:25-mc-00011-UA; and C.D. Cal. Case No. 8:25-cv-01740-TJH-DFM) Reflecting the Timing of the Settlement and the Trustee's Enforcement Efforts** | **Bankr. Doc. 781-13** |
| **14** | **Composite Exhibit — Lender Remedies (Section 13.7 Force Majeure Clause and Borrower's Sole Remedy), Borrower Update Letters (March 31, 2023; April 21, 2023; August 23, 2023; December 6, 2023), Arbitration Demand (October 25, 2023), and the Warmouth Deposition Transcript (February 8, 2024) Establishing the Debtor's Compliance with Section 13.7 and the Wholesale Lender's Failure to Fund** | **Bankr. Doc. 781-14** |

*This section was intentionally left blank.*

| Exhibit No. | Description | Bankr. Doc. Reference |
|---|---|---|
| **15** | **Composite Exhibit — Genie Management Declaration (Signed March 12, 2024), Gowling WLG Engagement Letter (November 16, 2022), Scott Oh Legitimizing Wire Trace Report (March 9, 2023), and $19.8 Million Proof of Funds Screenshots (November 1, 2023) Establishing the Debtor's Good-Faith Reliance, the Wholesale Lender's Fraud, and the Debtor's Compliance with Section 13.7** | **Bankr. Doc. 781-15** |
| **16** | **Composite Exhibit — Additional Supporting Documents for Motion to Disqualify and Recuse United States Trustee Scott Bomkamp and Debtor's Counsel Bryan Mickler (Bankr. Doc. 507), Motion to Disqualify and Recuse Chapter 7 Trustee Aaron Cohen and Counsel Raye Elliott (Bankr. Doc. 508), Motion to Remove Trustee for Cause (Bankr. Doc. 509), All Filed December 16, 2025, Together with the *Report and Recommendation of the Magistrate* Judge in Cohan v. Calhoun (M.D. Ala. Case No. 2:25-cv-00742-RAH-KFP, Doc. 69, Filed December 16, 2025), the Eleventh Circuit Order Reinstating Appeal (No. 26-10943-F, May 6, 2026) and Memorandum Opinion in Cohan v. Bomkamp, No. 1:25-cv-02009-RDM (D.D.C. June 16, 2026) (ECF No. 73).** | **Bankr. Doc. 781-16** |

| Exhibit No. | Description | Bankr. Doc. Reference |
| --- | --- | --- |
| **17** | **Recorded Call Summary and Transcript — Genie-Platform Borrower Verification Call (Daniel Knutson, ZOOMERAL User ID 3052), Establishing a Recorded Example of How Genie Disclosed the Non-Refundable Nature of Due Diligence Fees, Bridge Interest Payments, and ZOOMERAL Software Activations, the Best-Efforts Nature of the Loan Agreement, the Interest Credit Account Risk Disclosure, and the Five-Day Cooling-Off Period** | **Bankr. Doc. 781-17** |
| **18** | **Composite Exhibit — Pre-Drafted Motion for Reconsideration and Notice of Appeal, Email Exchange Between Cohan and Debtor's Counsel Bryan Mickler Regarding the Basis for Appeal and Counsel's Refusal to Provide Appellate Services (August 11–12, 2024), and Cohan's Inquiry Regarding Reporting U.S. Trustee Bomkamp and Examiner Yip for Fraud (August 12, 2024)** | **Bankr. Doc. 781-18** |

*This section was intentionally left blank.*

| Exhibit No. | Description | Bankr. Doc. Reference |
|---|---|---|
| **19** | **Composite Exhibit — McMann Commercial Lending Audit Email (July 31, 2023; August 17, 2023) and the Trustee's Motion for Summary Judgment on Objection to Claim 5-3 of Charles Blake Stringer/Nutra-Acres LLC (Bankr. Doc. 759, Pages 21–180), Including the McMann BELOC Agreement, Bridge Loan Agreement, Intercreditor Agreement, Promissory Note, Security Agreement, Due Diligence Fee Agreement, and All Supporting Exhibits, Trustee's Objection to Claim 64-2 of McMann Commercial Lending, LLC (Bankr. Doc. 772)** | **Bankr. Doc. 781-19** |

*This section was intentionally left blank.*

| Exhibit No. | Description | Bankr. Doc. Reference |
|---|---|---|
| **20** | **Composite Exhibit — Third-Party Complaints and Related Filings Establishing the Velanos/Nordic Trust SBLC Fraud Enterprise (Klein v. Velanos Principal Capital, Inc., N.D. Tex. Case No. 3:25-cv-01991-S; Hantash v. Byrd, N.D. Tex. Case No. 3:24-cv-02392-D; and Genie Investments NV v. Wearmouth, M.D. Fla. Case No. 6:24-cv-00271-ACC-LHP), Together with Borrower Default Notices (August 2, 2024), Trustee's Voluntary Payment Demand Letter (October 3, 2025), Email Exchange Regarding the ZOOMERAL 3% Success Fee and Due Diligence Fee Split (October 28-29, 2025), the ZOOMERAL Terms of Use, the Sample Term Sheet and Examiner's Report Excerpts Establishing the Borrower-Paid 3% Origination Fee, the Trustee's Correspondence Regarding the Closed Loans, and Cohan's Notice of Good-Faith Conduct (December 9, 2025)** | **Bankr. Doc. 781-20** |
| **21** | **Examiner's Report of Maria M. Yip (Bankr. Doc. 146, filed June 28, 2024) — Court-Appointed Examiner's Investigative Report Containing No Finding of Fraud, Identifying Estate Assets, and Expressly Acknowledging the Limits of Its Investigation** | **Bankr. Doc. 781-21** |

| Exhibit No. | Description | Bankr. Doc. Reference |
|---|---|---|
| **22** | **Composite Exhibit — Chapter 7 Trustee's Inconsistent Accounting and Shifting Positions: (A) Notice of Inconsistent Accounting and Shifting Positions by the Chapter 7 Trustee (Bankr. Doc. 587), with Exhibits A (Bankr. Doc. 354) and B (Bankr. Doc. 573), the Trustee's Form 2 Cash Receipts and Disbursements Records (Bankr. Docs. 569, 586), and the Trustee's Contradictory Statements in Adversary Proceeding 25-cv-00164 and Bankr. Docs. 389, 390, 438, 560; and (B) Movant's Motion for Reconsideration of Order Granting Trustee's Motion to Enforce Automatic Stay and Denying With Prejudice Third Party Individual's Motions for Sanctions (Doc. 438), with Exhibits I-VII; The Trustee's Foundational Omission: Failure to Review the Conversion Trial Transcripts** | **Bankr. Doc. 781-22** |

*This section was intentionally left blank.*

| Exhibit No. | Description | Bankr. Doc. Reference |
|---|---|---|
| **23** | **Composite Exhibit — Orders and Determinations Granting In Forma Pauperis Status and Certificates of Indigency: (A) Minute Order Granting Leave to Appeal In Forma Pauperis, Cohan v. Bomkamp, No. 1:25-cv-02009-RDM (D.D.C. July 17, 2026); (B) Order Approving Application to Proceed in District Court Without Prepaying Fees or Costs, In re Genie Investments NV Inc., No. 3:24-bk-00496-BAJ (Bankr. M.D. Fla. Sept. 3, 2026); (C) Order Approving Verified Motion for Leave to Proceed on Appeal In Forma Pauperis, Misc. Pro. No. 2:26-mp-00001-FMR (Bankr. M.D. Fla. Oct. 5, 2026); (D) Certificate of Indigency, Cohan v. Ekuta, No. 16-2026-CA-006395-AXXX-MA (Fla. 4th Cir. Ct. Sept. 11, 2026); and (E) Certificate of Indigency, U.S. Bank Trust Nat'l Ass'n v. ADH Holdings FLLC, No. 16-2025-CA-004534-AXXX-MA (Fla. 4th Cir. Ct. Sept. 14, 2026)** | **Bankr. Doc. 781-23** |
| **24** | **The Constitution of the United States — Including Article I (Legislative Powers, Uniform Laws on Bankruptcies, Habeas Corpus, Prohibition on Bills of Attainder and Ex Post Facto Laws), Article III (Judicial Power, Jury Trial, Treason), Article IV (Full Faith and Credit), Article VI (Supremacy Clause), and the Bill of Rights and Subsequent Amendments (First, Fourth, Fifth, Ninth, and Fourteenth Amendments)** | **Bankr. Doc. 781-24** |

| Exhibit No. | Description | Bankr. Doc. Reference |
| --- | --- | --- |
| 25 | **Email thread where Bryan Mickler assisted in the drafting of answers to questions asked by the Examiner and her assistant. This email was subsequently sent to the Examiner on or around the same date. The email chain also shows that the taxes of the Debtor were sent to the Examiner through the Examiner's upload portal. The Examiner's report did not mention the $9 million loss reported to the Internal Revenue Service in its report. A $9 million loss could not be reported if the Debtor did not report the $9 million as revenue, once again, defeating any "customer funds" theory.** | **Attached to Joint Stipulation** |
| 26 | **All the Uniform Commercial Code's UCC-1's filed by the Debtor through third-party Parasec against its Borrowers entities who received loans from the Debtor. These undisputed liens placed against borrowers for the loans destroys the Trustee's wet-ink promissory note lack of collectability theory as the UCC-1s, combined with copies of the agreements and the bank accounts, demonstrate loans were made and are collectible through alternative means.** | **Attached to Joint Stipulation** |

VERIFICATION

I, John Michael Cohan, declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 11-02-2026

**Respectfully submitted in good faith,**

**John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103**
iustusprocessus@outlook.com

Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the foregoing document and/or its attachments by the CM/ECF system, U.S. Mail and/or email.

Debtor
Genie Investments NV Inc.
represented by Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
Email: court@planlaw.com

U.S. Trustee
represented by Scott E. Bomkamp
DOJ-Ust
United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

Chapter 7 Trustee
Aaron R. Cohen
represented by Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
Email: raye.elliott@akerman.com

David C. Hughes II
davidchoatehughes@gmail.com