UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

FILED INTAKE USBC
NOV 6 '26 PM3:36

**VERIFIED REPLY TO THE UNITED STATES TRUSTEE'S RESPONSE TO THE ORDER TO SHOW CAUSE (BANKR. DOCS. 734, 743, 754, 850)**

COMES NOW John Michael Cohan, interested party, 50% equity holder of the Debtor, pro se, protected person under Marsy's Law and the First Amendment to the United States Constitution, and respectfully replies. The undersigned incorporated Bankr. Docs. 781, 844, and 848 in their entirety by reference.

I. UNTIMELY RESPONSES

1. The U.S. Trustee filed Responses (Bankr. Docs. 849, 850) on November 6, 2026, a Friday, three (3) days before the Monday trial. The Order to Show Cause was entered on September 22, 2026. The 60(d)(3) motion was filed on August 18, 2026. The Responses should have been filed months ago. **They are untimely and should be stricken.**

2. Of the twenty-two (22) alleged errors in the U.S. Trustee's chart, only one (1) is in a filing relevant to the November 9 trial (Bankr. Doc. 617, Ex. 74). The

other twenty-one (21) are in filings that have been stricken or have nothing to do with the matters before the Court on November 9.

3. The undersigned is a pro se litigant. He does *not* have Westlaw, Lexis, or a research staff. He used publicly available tools to locate case law. He did *not* intend to mislead the Court. The citation errors were mistakes, *not* fabrications. The undersigned will file corrections for any citation the Court identifies, if required. Please also see Bankr. Doc. 743.

4. The U.S. Trustee is asking this Court to sanction the undersigned for citation errors. The U.S. Trustee is the one who allowed the restrained individual to speak at the § 341 meeting after being notified of the restraining order. The U.S. Trustee is the one who produced the allegedly altered audio and has *not* produced the unaltered original. The U.S. Trustee is the one who has *not* explained the flatline. The U.S. Trustee is the one who filed a protective order to avoid answering questions. The U.S. Trustee is the one who was accused by a twelve year FINRA fraud enforcement attorney of fabricating allegations.

II. THE TRUSTEES ARE CALLING EVERY OFFICIAL A LIAR

7. The Trustees say they do *not* agree to the "truth of the contents" of the police reports. That is *not* a legal objection. That is an accusation. By refusing to agree to the “truth of the contents”, the Trustees are calling the Jacksonville

Sheriff's Office a liar. They are calling the officers who investigated liars. They are calling the Sergeant who confirmed the reports a liar. They are calling the Sheriff agency a liar.

8. By refusing to agree to the "truth of the contents", the Trustees are calling the Florida State Attorney's Office a liar. They are calling the prosecutors who reviewed the audio liars. They are calling the office that applied for the warrant a liar.

9. By refusing to agree to the "truth of the contents", the Trustees are calling Florida State Judge Charbula a liar. They are calling the judge who found probable cause a liar. They are calling the judge who signed the warrant a liar.

10. By refusing to agree to the "truth of the contents" of the transcripts, the Trustees are calling the court reporters liars. They are calling the record of these proceedings a lie. They are calling this Court's own record a lie.

11. That is what the Trustees are doing. They are *not* saying the documents are inadmissible. They are saying the documents are lies. They are saying the agency is lying. They are saying the State Attorney is lying. They are saying the judges are lying. They are saying the record is lying. They are saying the truth is lying.

12. The undersigned is the alleged victim of a crime that happened during a federal proceeding. The crime is documented by the Jacksonville Sheriff's Office. The warrant is signed by a judge. The State Attorney confirmed it is active. The state court extended an injunction based on these documents. And the Trustees are calling every one of them a liar. The Trustees have *not* provided one reasonable doubt that *any* of the documents or the facts the undersigned alleged are factually incorrect. None. Zero.

13. What is worse, Your Honor? A wrong citation? Or calling the Jacksonville Sheriff's Office a liar? A wrong citation? Or calling the Florida State Attorney's Office a liar? A wrong citation? Or calling judges liars? A wrong citation? Or calling the record of this Court a liar? A wrong citation? Or tampering with evidence? A wrong citation? Or allowing the violation of a restraining order? A wrong citation? Or altering the audio to suppress the record of the crime? A wrong citation? Or omitting a crime that happened during this federal proceeding?

14. The record is the record. The truth is the truth. The trial is November 9, 2026.

## III. THE TRUSTEES HAVE NOT DENIED THE RECORD

15. The Trustees have *not* denied that they did *not* review the bank records before filing the fraudulent transfer claims. They have *not* denied that they filed fraud claims against the Debtor *without* reviewing the business records. They have *not* denied that the §341 audio was spliced. They have *not* denied that there was a violation of a restraining order. They have *not* denied that they received notification of the restraining order and that the party who was violating it was allowed to speak at the §341 meeting. They have *not* denied any of it.

16. The Trustees have done nothing but play procedural games. They have asked for the protection of the Court. They have filed protective orders. They have filed motions to strike. They have filed motions for injunctions. They have filed charts of citations. They have done everything except deny the record.

17. The record is the record. The truth is the truth. The silence is the silence.

18. The blue behind is the undersigned. The Jacksonville Sheriff's Office. The State Attorney. The judge who signed the warrant. The state court judge who extended the injunction. The police reports. The DC circuit who took judicial notice. The warrant. The State Attorney's confirmation. The state court order. The blue is behind the undersigned, *not* behind the Trustees.

19. The Trustees have their procedural games. They have their protective orders. They have their charts. They have their citations. They have their silence.

WHEREFORE, the undersigned respectfully requests that the Court:

i. Strike the U.S. Trustee's Responses (Bankr. Docs. 849, 850) as untimely;

ii. Allow the undersigned to correct the relevant citations; and

iii. Order an Order to Show Cause against the Trustees per Bankr. Docs. 735, 754, 783, and 803.

VERIFICATION

I, John Michael Cohan, declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 11-06-2026

**Respectfully submitted in good faith,**

**John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103**
iustusprocessus@outlook.com

## Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the foregoing document and/or its attachments by the CM/ECF system, U.S. Mail and/or email.

Debtor
Genie Investments NV Inc.
represented by Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
Email: court@planlaw.com

U.S. Trustee
represented by Scott E. Bomkamp
DOJ-Ust
United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

Chapter 7 Trustee
Aaron R. Cohen
represented by Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
Email: raye.elliott@akerman.com

David C. Hughes II
davidchoatehughes@gmail.com