UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

Admitted Into Evidence
NOV 10 2026

In re:

Genie Investments NV Inc.,

Debtor.

Case No.: 3:24-bk-00496-BAJ
Chapter 7

/

## UNITED STATES TRUSTEE'S TRIAL EXHIBIT LIST

**Trial on (i) Motion for Preliminary Injunction and Permanent Injunction (Doc. 624); and (ii) Verified Motion to Modify or Rescind Order to Show Cause (Doc. 347) and for Final Ruling on Show Cause Hearing (Doc. 617)**

**on November 9, 2026, at 10:00 AM**

| Exh. # | Description | Date Identified | *Date Admitted* | With/ Without Objection |
|---|---|---|---|---|
| 1 | Docket Report for Case No. 3:24-bk-00496-BAJ | 11/9/26 | 11/9/26 | w/out |
| 2 | Debtor's Voluntary Chapter 11 Petition (Doc. 1) | | | |
| 3 | Debtor's Motion in Limine to Exclude Trial Testimony (Doc. 23) | | | |
| 4 | Debtor's Response to United States Trustee's Motion to Appoint Trustee (Doc. 34) | | | |
| 5 | Debtor's Schedules A through J, Summary of Schedules, List of 20 Largest Unsecured Creditors (Doc. 39) | | | |
| 6 | Debtor's Statement of Financial Affairs (Doc. 40) | | | |
| 7 | Debtor's Amended Statement of Financial Affairs (Doc. 50) | | | |
| 8 | Debtor's Second Amended Statement of Financial Affairs (Doc. 61) | | | |
| 9 | Debtor's Motion to Approve Velanos Compromise (Doc. 107) | | | |
| 10 | Debtor's Motion for Entry of a Protective Order Related to Creditor Committee Discovery (Doc. 117) | | | |
| 11 | Debtor's Motion to Remove Committee Members (Doc. 121) | | | |

| Exh. # | Description | Date Identified | *Date Admitted* | With/ Without Objection |
|---|---|---|---|---|
| 12 | Debtor's Opposition to Second Motion to Appoint Chapter 11 Trustee or In the Alternative, Appoint an Examiner, Dismiss this Case or Convert the Case to Chapter 7 (Doc. 182) | 11/9/26 | 11/9/26 | w/out |
| 13 | John Michael Cohan's and David Hughes' Objection to Creditor's Request re Mitchell Mims (Doc. 239) | | | |
| 14 | Cohan's and Hughes' Combined Motion for Sanctions and Protective Order Against Chapter 7 Trustee for Retaliatory Conduct, Abuse of Process, and Breach of Fiduciary Duty (Doc. 274) | | | |
| 15 | Cohan's and Hughes' Motion to Compel Disclosure of Trustee Communications and Administrative Decisions (Doc. 277) | | | |
| 16 | Cohan's and Hughes' Motion to Allow Cell Phone and/or Computer Access to the Courthouse (Doc. 278) | | | |
| 17 | Cohan's and Hughes' Motion for Reconsideration of Order Denying Motion to Allow Cell Phone and/or Computer Access to the Courthouse (Doc. 286) | | | |
| 18 | Cohan's and Hughes' Reply to Trustee's Response to Motion for Sanctions and Protective Order (Doc. 287) | | | |
| 19 | Cohan's and Hughes' Response to Motion to Strike Motion to Compel Disclosure of Trustee Communications and Administrative Decisions and Motion for Sanctions (Doc. 288) | | | |
| 20 | Cohan's and Hughes' Amendment to Motion to Strike Trustee's Motion for Automatic Stay As Procedurally Improper, Motion for Reconsideration of Order Granting Trustee's Motion to Strike Movant's Motion to Dismiss Adversary Complaint, and Request for Additional Sanctions for Clear Breach of Fiduciary Duty (Doc. 301) | | | |
| 21 | Cohan's and Hughes' Motion for Expedited Ruling on Motion for Reconsiderations (Doc. 302) | | | |
| 22 | Cohan's and Hughes' Notice of Urgency Regarding Pending Motion for Reconsiderations (Doc. 303) | | | |

| Exh. # | Description | Date Identified | *Date Admitted* | With/ Without Objection |
|---|---|---|---|---|
| 23 | Cohan's and Hughes' Movants' Brief on the Inapplicability of the Automatic Stays to Personal Claims (Doc. 319) | 11/9/26 | 11/9/26 | w/out |
| 24 | Cohan's and Hughes' Motion to Lift the Automatic Stay Pursuant to 11 U.S.C. § 362(d) (Doc. 320) | | | |
| 25 | Cohan's and Hughes' Motion for Sanctions Against Chapter 7 Trustee, Akerman LLP, Aaron Cohen, and Raye Elliott for Bad Faith Litigation, Abuse of Process, Suppression of Exculpatory Evidence, Retaliation, and Breach of Fiduciary Duty (Doc. 322) | | | |
| 26 | Cohan's Motion to Allow Use of Phone and Computer During Subsequent Hearing Dates and Trial Dates (Doc. 323) | | | |
| 27 | Cohan's and Hughes' Motion for Sanctions Against Attorney Raye C. Elliott & Akerman LLP for Violation of Bankruptcy Stay and Bad Faith Litigation (Doc. 325) | | | |
| 28 | Cohan's and Hughes' Reply to Trustee's Response to Motion for Sanctions Against Chapter 7 Trustee, Akerman LLP, Aaron Cohen, and Raye Elliott for Bad Faith Litigation, Abuse of Process, Suppression of Exculpatory Evidence, Retaliation, and Breach of Fiduciary Duty (Doc. 333) | | | |
| 29 | Hughes' Motion for Court Recognition of Resignation as Debtor Representative (Doc. 334) | | | |
| 30 | Cohan's Motion for Court Recognition of Resignation as Debtor Representative (Doc. 335) | | | |
| 31 | Cohan's and Hughes' Motion for Expedited Rulings on Procedural Violations, Bad-Faith Litigation, Due Process Violations, and Request for Sanctions Against the Trustee (Doc. 337) | | | |
| 32 | Cohan's and Hughes' Reply to Trustee's Response to Motion for Expedited Rulings on Procedural Violations, Bad-Faith Litigation, and Request for Sanctions (Doc. 340) | | | |

| Exh. # | Description | Date Identified | *Date Admitted* | With/ Without Objection |
|---|---|---|---|---|
| 33 | Mitchell Mims Letter Attaching Demand for Settlement from Genie Investments Trust from John Michael Cohan and David Hughes as "Appointed Trustees" (Doc. 342) | 11/9/26 | 11/9/26 | w/out |
| 34 | Cohan's and Hughes' Notice of Material Change in Circumstances (Doc. 343) | | | |
| 35 | Cohan's and Hughes' Motion for Immediate Consideration of Pending Motion for Expedited Rulings and Sanctions (Doc. 344) | | | |
| 36 | Order to Show Cause (Doc. 347) | | | |
| 37 | Cohan's and Hughes' Response to Trustee's Brief Opposing Enforcement of the Stays Against Non-Estate Personal Claims (Doc. 355) | | | |
| 38 | Chapter 7 Trustee's Reply to David Hughes' and John Cohan's Response to Trustee's Brief Opposing Enforcement of the Stay Against Non-Estate Personal Claims (Doc. 360) | | | |
| 39 | Cohan's Objection to Trustee's Unauthorized Second Reply (Doc. 361) | | | |
| 40 | Cohan's and Hughes' Witness List (Doc. 364) | | | |
| 41 | Trustee's Objection to and Motion for Protective Order for Witness List filed by John Michael Cohan and David Hughes (Doc. 367) | | | |
| 42 | Cohan's and Hughes' Notice to Material Witnesses of Judicial Misconduct and Civil Rights Violations (Doc. 368) | | | |
| 43 | Cohan's Response to Motion for Protective Order and Objection to Witness List (Doc. 369) | | | |
| 44 | Order Granting Trustee's Motion for Protective Order for Witness List filed by John Michael Cohan and David Hughes (Doc. 370) | | | |
| 45 | Joint Stipulation of Undisputed Facts and Exhibits Regarding the Trustee's Motion to Enforce Automatic Stay (Doc. 372) | | | |

| Exh. # | Description | Date Identified | *Date Admitted* | With/ Without Objection |
|---|---|---|---|---|
| 46 | Hughes' Notice Regarding Separate Filings (Doc. 374) | 11/9/26 | 11/9/26 | w/out |
| 47 | Hughes' Notice of Non-Appearance for Medical Reasons and Remote Availability (Doc. 375) | | | |
| 48 | Hughes' Motion to Quash Trustee's Motion to Compel Discovery and for Entry of Protective Order (Doc. 376) | | | |
| 49 | Cohan's Exhibit List 06-24-2025 (Doc. 379) | | | |
| 50 | Cohan's Notice of Intent to Challenge Default Judgment and Seek Intervention (Doc. 382) | | | |
| 51 | Cohan's Supplemental Notice to Material Witnesses of Judicial Misconduct & Civil Rights Violations (Doc. 385) | | | |
| 52 | Cohan's Notice of Abuse and Misconduct Impacting These Proceedings (Doc. 386) | | | |
| 53 | Cohan's Post-Trial Brief – Applicability of the Stays Trial/Motion for Sanctions Evidentiary Hearing (Doc. 390) | | | |
| 54 | Hughes' Objection to Trustee's Post-Trial Brief and Clarification of David Hughes' Non-Appearance for Medical Reasons (Doc. 391) | | | |
| 55 | Hughes' Motion to Vacate Judgment for Fraud on the Court and Wrongful Conversion (Doc. 392) | | | |
| 56 | Cohan's Motion for Prompt Ruling on Post-Trial Issues, Or, In the Alternative, for Prompt Status Conference (Doc. 393) | | | |
| 57 | Cohan's Motion to Seal Address (Doc. 395) | | | |
| 58 | Cohan's Motion to Allow Use of Phone and Computer for John Michael Cohan During Subsequent Hearing Dates and Trial Dates (Doc. 396) | | | |
| 59 | Hughes' Letter attaching the Supplemental Motion to Compel Ruling on Pending Rule 60(d)(3) Motion and Request for Evidentiary Hearing (Doc. 398) | | | |

| Exh. # | Description | Date Identified | *Date Admitted* | With/ Without Objection |
|---|---|---|---|---|
| 60 | Cohan's Motion to Reconsider Motion to Seal Address (Doc. 400) | 11/9/26 | 11/9/26 | w/out |
| 61 | Cohan's Motion for Clarification Regarding Party Status and Standing (Doc. 401) | | | |
| 62 | Cohan's Notice of Non-Response/ Supplemental Request for Prompt Ruling (Doc. 402) | | | |
| 63 | Cohan's Motion for Judicial Notice of Bankruptcy Court Fraud, Judicial Notice of "FINRA" Report and Notice of Defaults Filed (Doc. 406) | | | |
| 64 | Hughes' Motion to Vacate Conversion Order and for Relief from Fraud on the Court (Doc. 419) | | | |
| 65 | Cohan's Objection to Judicial Conduct and Suppression of Evidence (Doc. 426) | | | |
| 66 | Cohan's Notice of Lack of Response/ Notice of Unopposed Motion re Doc. No. 406 (Doc. 428) | | | |
| 67 | Cohan's Notice of Evidence of Potential Fraud, Defamation, and Abuse of Process (Doc. 429) | | | |
| 68 | Order Granting Trustee's Motion to Enforce Automatic Stay and Denying With Prejudice Equity Holders' Motions for Sanctions (Doc. 432) | | | |
| 69 | Order Striking Motion for Reconsideration of Order Granting Trustee's Motion to Enforce Automatic Stay and Denying With Prejudice Equity Holders' Motions for Sanctions filed by David Hughes (Doc. 446) | | | |
| 70 | Order Striking Motion for Reconsideration of Order Granting Trustee's Motion to Enforce Automatic Stay and Denying With Prejudice Equity Holders' Motions for Sanctions filed by John Michael Cohan (Doc. 447) | | | |
| 71 | Order Scheduling Trial on Motion to Approve Compromise of Controversy or Settlement Agreement (Doc. 455) | | | |

| Exh. # | Description | Date Identified | *Date Admitted* | With/ Without Objection |
|---|---|---|---|---|
| 72 | Order Striking Objection to Trustee's Motion to (i) Compromise Claims with Christopher D. Warren, P.C., Warren Law Group, PLLC, and Scott Oh and (ii) Enjoin Certain Claims (Doc. 457) | 11/9/26 | 11/9/26 | w/out |
| 73 | Order Striking Motion to Correct the Record and for Relief from Order Granting Motion for Contempt and Imposing Filing Sanctions (Doc. 458) | ↓ | ↓ | ↓ |
| 74 | Cohan's Verified Motion to Modify or Rescind Order to Show Cause (Doc. 347) and for Final Ruling on Show Cause Hearing (Doc. 617) | ↓ | ↓ | ↓ |
| 75 | Chapter 7 Trustee's Motion for Preliminary and Permanent Injunction (Doc. 624) | ↓ | ↓ | ↓ |
| 76 | Cohan's Response to Chapter 7 Trustee's Motion for Preliminary and Permanent Injunction (Doc. 625) | ↓ | ↓ | ↓ |
| 77 | Cohan's Amended Verified Omnibus Objection to Claim Nos. by Equity Shareholder on Grounds of Non-Refundable Fee Agreements, et. al (Doc. 644) | ↓ | ↓ | ↓ |
| 78 | United States Trustee's Response to Motion to Modify or Rescind Order to Show Cause (Doc. 648) | ↓ | ↓ | ↓ |
| 79 | Cohan's Verified Reply to United States Trustee's Response to Motion to Modify or Rescind Order to Show Cause (Doc. 649) | ↓ | ↓ | ↓ |
| 80 | Cohan's Verified Notice of Correction and Supplement to Exhibit Index (Doc. 789) | ↓ | ↓ | ↓ |
| 81 | Cohan's Request for Judicial Notice of the August 12, 2026 Hearing Transcript in the Related Miscellaneous Proceeding (Doc. 790) | ↓ | ↓ | ↓ |
| 82 | Cohan's Verified Notice of Supplemental Filing of Police Report (JSO #2026-0538317) and Request for Judicial Notice Pursuant to Federal Rule of Evidence 201(b)(2) (Doc. 791) | ↓ | ↓ | ↓ |
| 83 | Cohan's Verified Notice of Filing Exhibits in Support of Motions to Deem Requests for Admission Admitted, to Compel Answers to Interrogatories, and to Compel Production of Documents (Doc. 792) | ↓ | ↓ | ↓ |

| Exh. # | Description | Date Identified | *Date Admitted* | With/ Without Objection |
|---|---|---|---|---|
| 84 | Cohan's Verified Motion to Deem Requests for Admission Admitted (Doc. 793) | 11/9/26 | 11/9/26 | w/out |
| 85 | Cohan's Verified Motion to Compel Answers to Interrogatories (Doc. 794) | | | |
| 86 | Cohan's Verified Motion to Compel Production of Documents (Doc. 795) | | | |
| 87 | Cohan's Verified Motion to Compel Discovery Responses from Aaron R. Cohen, Chapter 7 Trustee, and for an Order Requiring a Privilege Log (Doc. 796) | | | |
| 88 | Cohan's Verified Motion to Compel Discovery Responses from North Haven Lodging Partners LLC and Wallingford Lodging Partners LLC (Doc. 797) | | | |
| 89 | Cohan's Verified Response and Objection to the United States Trustee's Expedited Motion for Protective Order (Doc. 798) | | | |
| 90 | Cohan's Verified Motion for Leave to Conduct a Second Round of Discovery (Doc. 799) | | | |
| 91 | Cohan's Verified Motion for Continuance (Doc. 800) | | | |
| 92 | Cohan's Verified Response and Partial Objection to Trustee's Motion for Summary Judgment on Trustee's Objection to Claim 5-3 of Charles Blake Stringer/ Nutra-Acres LLC (Doc. 801) | | | |
| 93 | Cohan's Verified Motion for Order Sustaining Objections to Claims and Disallowing Claims Pursuant to Federal Rule of Bankruptcy Procedure 3007 (Doc. 802) | | | |
| 94 | Trial Transcript of Expedited Motion to Appoint Chapter 11 Trustee Or, In the Alternative, Appoint An Examiner, Dismiss This Case, or Convert This Case to Chapter 7 dated April 10, 2024 | | | |
| 95 | Docket Report for the Adversary Proceeding of Aaron R. Cohen, Chapter 7 Trustee, v. Velanos Principal Capital, Inc., Case No. 3:25-ap-00007-BAJ (MDFL Bankr.) | | | |

| Exh. # | Description | Date Identified | *Date Admitted* | With/ Without Objection |
|---|---|---|---|---|
| 96 | Chapter 7 Trustee's Motion for Entry of Final Default Judgment (Doc. 7, Cohen v. Velanos, Adversary 3:25-ap-00007-BAJ) | 11/9/26 | 11/9/26 | w/out |
| 97 | Order Granting Motion for Entry of Final Default Judgment (Doc. 8, Cohen v. Velanos, Adversary 3:25-ap-00007-BAJ) | | | |
| 98 | Final Judgment (Doc. 9, Cohen v. Velanos, Adversary 3:25-ap-00007-BAJ) | | | |
| 99 | Docket Report for the Appellate Proceeding of John Michael Cohan v. Aaron R. Cohen, Case No. 3:25-cv-1398-JEP (MDFL Civil) | | | |
| 100 | Order Remanding the Bankruptcy Case and Vacating the Denial of Appellant's Motion for Leave to Appeal in forma Pauperis (Doc. 33, USDC MDFL No. 3:25-cv-1398-JEP) | | | |
| 101 | United States Trustee's Chart of Inaccurately Cited Cases as filed by John Michael Cohan and David Hughes ☆ Subject to court review + demonstrative | 11/9/26 | 11/9/26 | w/out |