Admitted Into Evidence
NOV 10 2026

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV, INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

_______________________________________/

**Aaron Cohen, Chapter 7 Trustee's Exhibit List**
(Trial on (i) John Michael Cohan's Verified Motion to Modify or Rescind Order to Show Cause and for Final Ruling on Show Cause Hearing (Doc. 617), and (ii) Chapter 7 Trustee's Motion for Preliminary and Permanent Injunction (Doc. 624))
Trial Date: November 9, 2026, at 10:00 a.m.

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1. | Declaration of Raye Elliott of Attorneys' Fees | 11/9/26 | 11/9/26 | *with |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |