UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/09/2026 10:00 AM

COURTROOM 4A, 4th Floor

HONORABLE JASON BURGESS

CASE NUMBER: FILING DATE:

**3:24-bk-00496-BAJ** **7** **02/21/2024**

**Chapter 7**

**DEBTOR:** Genie Investments NV Inc.

**DEBTOR ATTY:** **Adam Walker**

**TRUSTEE:** **Aaron Cohen**

**HEARING:**

1. Trial on Verified Motion to Modify or Rescind Order to Show Cause (Doc. 347) and for Final Ruling on Show Cause Hearing Filed by Interested Party John-Michael Cohan Doc 617

-Order Directing Response Re: Motion to Modify or Rescind Order to Show Cause and for Final Ruling on Show Cause Hearing Doc 634

-Response to Motion to Modify or Rescind Order to Show Cause Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 645

-Reply to Trustee's Response to Motion to Modify or Rescind Order to Show Cause. Filed by Interested Party John-Michael Cohan Doc 646

-Response to Motion to Modify or Rescind Order to Show Cause Filed by U.S. Trustee United States Trustee - JAX 11 Doc 648

-Response to Response to Motion to Modify or Rescind Order to Show Cause Filed by Interested Party John-Michael Cohan Doc 649

2. Trial on Motion for Preliminary Injunction and Permanent Injunction Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 624

-Order Directing Response Re: Trustee's Motion for Preliminary Injunction Doc 637

-Response to David C. Hughes to Chapter 7 Trustee's Motion for Preliminary and Permanent Injunction Filed by Interested Party John-Michael Cohan Doc 639

3. Order to Show Cause Doc 734

-Verified Response to Order to Show Cause Filed by Interested Party John-Michael Cohan Doc 743

4. Trial on Verified Motion to Expedite Consideration of Request for Orders to Show Cause Filed by Interested Party John-Michael Cohan Doc 783

5. Trial on Verified Motion for Judicial Notice of the Court's Own Docket and Transcripts Under Fed. R. Evid. 201 Filed by Interested Party John-Michael Cohan Doc 780

6. Trial on Verified Motion to Expedite Consideration of Verified Notice of Filing of Police Reports and Request for Judicial Notice Pursuant to Federal Rule of Evidence 201(b)(2) Filed by Interested Party John-Michael Cohan Doc 782

-Verified Supplemental Notice of Filing of Police Reports (JSO# 2025-0471040, 2025-0471040-01, 2025-0471040-02, 2025-0471040-03, 2025-0471040-04, 2025-0471178, 2025-0562988) And Motion for Judicial Notice Pursuant to Federal Rule of Evidence 201(b)(2) and Federal Rule of Evidence (c)(2) Filed by Interested Party John-Michael Cohan Doc 779

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**

1. Trial on Verified Motion to Modify or Rescind Order to Show Cause (Doc. 347) and for Final Ruling on Show Cause Hearing Filed by Interested Party John-Michael Cohan Doc 617

#1 - #6 UNDER ADVISEMENT

-Order Directing Response Re: Motion to Modify or Rescind Order to Show Cause and for Final Ruling on Show Cause Hearing Doc 634

-Response to Motion to Modify or Rescind Order to Show Cause Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 645

-Reply to Trustee's Response to Motion to Modify or Rescind Order to Show Cause. Filed by Interested Party John-Michael Cohan Doc 646

-Response to Motion to Modify or Rescind Order to Show Cause Filed by U.S. Trustee United States Trustee - JAX 11 Doc 648

-Response to Response to Motion to Modify or Rescind Order to Show Cause Filed by Interested Party John-Michael Cohan Doc 649

2. Trial on Motion for Preliminary Injunction and Permanent Injunction Filed by Raye Curry Elliott on behalf of Trustee Aaron R. Cohen Doc 624

-Order Directing Response Re: Trustee's Motion for Preliminary Injunction Doc 637

-Response to David C. Hughes to Chapter 7 Trustee's Motion for Preliminary and Permanent Injunction Filed by Interested Party John-Michael Cohan Doc 639

3. Order to Show Cause Doc 734

-Verified Response to Order to Show Cause Filed by Interested Party John-Michael Cohan Doc 743

4. Trial on Verified Motion to Expedite Consideration of Request for Orders to Show Cause Filed by Interested Party John-Michael Cohan Doc 783

5. Trial on Verified Motion for Judicial Notice of the Court's Own Docket and Transcripts Under Fed. R. Evid. 201 Filed by Interested Party John-Michael Cohan Doc 780

6. Trial on Verified Motion to Expedite Consideration of Verified Notice of Filing of Police Reports and Request for Judicial Notice Pursuant to Federal Rule of Evidence 201(b)(2) Filed by Interested Party John-Michael Cohan Doc 782

-Verified Supplemental Notice of Filing of Police Reports (JSO# 2025-0471040, 2025-0471040-01, 2025-0471040-02, 2025-0471040-03, 2025-0471040-04, 2025-0471178, 2025-0562988) And Motion for Judicial Notice Pursuant to Federal Rule of

Evidence 201(b)(2) and Federal Rule of Evidence (c)(2) Filed by Interested Party John-Michael Cohan Doc 779
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.