UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

FILED INTAKE USBC
NOV 12 '26 PM3:43

**VERIFIED MOTION REGARDING ORIGINAL EVIDENCE LEFT IN THE COURTROOM ON NOVEMBER 9, 2026, FOR SUBMISSION AS EVIDENCE, AND FOR RETURN OF ORIGINALS**

Interested Party John Michael Cohan, proceeding pro se and *in forma pauperis*, protected party under Marsy's Law and the United States Constitution, moves for an order deeming the original evidence left in Courtroom 4A on November 9, 2026 as submitted as evidence in this matter. In support, Mr. Cohan states:

1. What was left in the courtroom. Following the November 9, 2026 hearing, Mr. Cohan left in Courtroom 4A an envelope bearing the Jacksonville Federal Bureau of Investigation (FBI) address as the return address from Mr. Cohan's daughter's mother address to the minor child, and a USB drive, which the Court Clerk retained. The USB drive is the copy of the §341 audio that Mr. Cohan received from U.S. Trustee trial attorney Scott E. Bomkamp through Debtor's counsel Bryan K. Mickler. These items were brought to the trial with the intention that they be submitted as evidence.

2. Submission as evidence. The Court already has a redacted copy of the envelope on the record (Bankr. Doc. 781-7), and the record reflects that the Court received a copy of the §341 audio (Bankr. Doc. 848). Mr. Cohan requests that the Court deem the originals — the envelope and the USB drive — as submitted as evidence in this matter, if it has not done so already. The parties have already stipulated that the Court may take judicial notice of the audios, the transcripts, and the police reports that have been submitted to the Court (Bankr. Doc. 846). The items left in Courtroom 4A and retained by the Court Clerk are the originals of those materials.

3. Contact with the Clerk's Office. On November 10, 2026, Mr. Cohan contacted the Clerk's Office for Judge Burgess. The Clerk's Office confirmed that the items are in the Court's possession. The Clerk's Office stated that it would need to consult with the Court regarding the items being returned and asked Mr. Cohan to call back on Thursday, November 12, 2026.

4. Result of the November 12, 2026 call. On November 12, 2026, Mr. Cohan called the Clerk's Office as instructed. The Clerk's Office stated that the items will be released to Mr. Cohan from intake after the Clerk reaches out to Mr. Cohan. Mr. Cohan received notification from the Clerk and picked up/will pick up the originals within/on 11\12\26.

5. Return of originals. Mr. Cohan does *not* object to the Court retaining copies of the items for the record. The originals are being returned to Mr. Cohan so that they may be used in other proceedings in which they are needed.

WHEREFORE, Mr. Cohan respectfully requests that the Court deem the items left in Courtroom 4A and retained by the Court Clerk on November 9, 2026 as submitted as evidence in this matter.

VERIFICATION

I, John Michael Cohan, declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 11-12-2026

**Respectfully submitted in good faith,**

**John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103**
iustusprocessus@outlook.com

## Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the foregoing document and/or its attachments by the CM/ECF system, U.S. Mail and/or email.

Debtor
Genie Investments NV Inc.
represented by Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
Email: court@planlaw.com

U.S. Trustee
represented by Scott E. Bomkamp
DOJ-Ust
United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

Chapter 7 Trustee
Aaron R. Cohen
represented by Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
Email: raye.elliott@akerman.com

David C. Hughes II
davidchoatehughes@gmail.com