Sara O’Connor
2066 Cocos Lane
Winter Park, FL 32792-2067
(407) 529-5933
liquidhorse2@gmail.com

RECEIVED
JACKSONVILLE, FLORIDA

NOV - 5 2026

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

NOV 3 2026 PM1:27
FILED-USBC-FLMD-JAX

October 30, 2026

Clerk of Court
U.S. Bankruptcy Court, Middle District of Florida
Jacksonville Division
300 North Hogan Street, Suite 3-150
Jacksonville, FL 32202

**RE: Request to Clarify/Add Creditor to Mailing Matrix**
**Debtor:** Aluminum Trailer Group, LLC
**Case Number:** 3:26-bk-04852 (Chapter 7)

To the Clerk of Court:

I am writing as an individual consumer creditor regarding the Chapter 7 bankruptcy case of Aluminum Trailer Group, LLC.

Prior to the debtor filing for bankruptcy, I placed a deposit of $5,056.80 toward the purchase of a custom-manufactured trailer intended for personal use. Because the debtor has ceased operations and filed for liquidation, the trailer was never delivered, and the deposit was not refunded.

I understand that this case is currently designated as a "No Asset" case and that Proof of Claim forms are not being actively collected at this time. However, I want to ensure that my contact information is officially included on the debtor’s Mailing Matrix. This will guarantee that I receive a formal Notice of Assets and a deadline to file Official Form 410 should the court-appointed trustee recover funds for distribution to priority consumer creditors under 11 U.S.C. § 507(a)(7).

Please verify that my name and address are on the official matrix, or add my information as follows:

Sara O’Connor
2066 Cocos Lane
Winter Park, FL 32792-2067

Thank you for your time and assistance in protecting my rights in this matter.

Sincerely,

Sara O'Connor

Sara O’Connor

O'Connor
Cocos Lane
Park, FL. 32792-2067

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 3402 3598 34

**Retail**

UNITED STATES POSTAL SERVICE®

32202

RDC 99

0 Lb 0.80 Oz

U.S. POSTAGE PAID
FCM LG ENV
WINTER PARK, FL 32792
OCT 30, 2026

**$11.89**

S2324Y500273-19

Clerk of Court
U.S. Bankruptcy Court, Middle District of Florida
Jacksonville Division
300 North Hogan Street, Suite 3-150
Jacksonville, FL. 32202