**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7

______________________________________/

# JOINT STIPULATION TO ENLARGE TIME TO FILE REPLY TO CHARLES BLAKE STRINGER AND NUTRA-ACRES LLC'S RESPONSE TO TRUSTEE'S MOTION FOR SUMMARY JUDGMENT REGARDING TRUSTEES' OBJECTION TO CLAIM 5-3

Aaron R. Cohen, Chapter 7 Trustee, (the "Trustee") and Charles Blake Stringer/Nutra-Acres, LLC, by and through their respective undersigned counsel, hereby stipulate to an enlargement of time to **November 24, 2026** for the Trustee to file a reply to Charles Blake Stringer and Nutra-Acres LLC's Response to Trustee's Motion for Summary Judgment Regarding Trustees' Objection to Claim 5-3 (Doc. 860).

AKERMAN LLP

By: /s/ Raye C. Elliott
Raye C. Elliott, Esq.
Florida Bar Number: 018732
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Phone: (813) 223-7333
Fax: (813) 223-2837
*Attorneys for Aaron R. Cohen, Chapter 7 Trustee*

LAW OFFICES OF SCOTT W. SPRADLEY, P.A.

By: /s/ Scott W. Spradley
Scott W. Spradley
Florida Bar No. 782467
104 S. 4th Street
P.O. Box 1
Flagler Beach, FL 32136
Tel: 386/693-4935
Fax: 386/693-4937
scott@flaglerbeachlaw.com
*Attorneys for Blake Stringer & Nutra-Acres*

*Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Raye C. Elliott attests that concurrence in the filing of this paper has been obtained.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 18, 2026, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

*/s/ Raye C. Elliott*
Attorney