**ORDERED.**

**Dated: November 19, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

Genie Investments NV, Inc. Case No.: 3:24-bk-00496-BAJ
Chapter 7

Debtor.
_____________________________/

**ORDER ON MOTIONS FOR JUDICIAL NOTICE OF THE COURT'S DOCKET AND TRANSCRIPTS, POLICE REPORTS, AND MOTION TO EXPEDITE CONSIDERATION OF ORDERS TO SHOW CAUSE**

This Case came before the Court for trial on November 9, 2026, on the *Motion for Judicial Notice of the Court's Own Docket and Transcripts* (the "Motion for Judicial Notice") (Doc. 780), filed by John M. Cohan, the *Motion to Expedite Consideration of Notice of Filing Police Reports* (Doc. 782) (the "Motion on Police Reports"), filed by Mr. Cohan, and the *Motion to Expedite Consideration of Request for Orders to Show Cause* (the "Motion to Expedite Consideration of Orders to Show Cause") (Doc. 783), filed by Mr. Cohan.

With respect to the Motion for Judicial Notice, the Court took judicial notice during the trial of the docket in this Case and of the transcripts filed. Therefore, the relief sought by Mr. Cohan is granted to the extent stated at the trial. As to the Motion on Police Reports, the Court admitted the police reports as exhibits at the trial. Finally, in regard to the Motion to Expedite

Consideration of Orders to Show Cause, the trial was held on November 9, 2026, and therefore the motion is moot. Accordingly, it is

**ORDERED:**

1. The Motion for Judicial Notice is granted to the extent that the Court took judicial notice at the trial of the docket and the transcripts filed in this Case.
2. The Motion on Police Reports is granted to the extent that the Court admitted the police reports as exhibits at the trial.
3. The Motion to Expedite Consideration of Orders to Show Cause is Moot.